UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  VIOXX : | |
| : | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION : | |
| : | SECTION L |
| : | |
| This document relates to ALL ACTIONS : | JUDGE FALLON |
| : | MAG. JUDGE KNOWLES |
| : | |

## MOTION AND INCORPORATED MEMORANDUM FOR ADDITIONAL PAGES FOR FEE ALLOCATION COMMITTEE'S RESPONSE TO OBJECTIONS TO RECOMMENDED COMMON BENEFIT FEE ALLOCATION

The Fee Allocation Committee, through undersigned liaison counsel, hereby moves the Court for an extension of the page length for the Fee Allocation Committee's Response to Objections to Recommended Common Benefit Fee Allocation.  The Fee Allocation Committee requests that it be granted twenty-seven (27) additional pages, for a total of fifty-two (52) pages for its memorandum to address the many complex issues raised in the Objectors Motion.

WHEREFORE, Vioxx Fee Allocation Committee respectfully requests that it be granted twenty-seven (27) additional pages, for a total of fifty-two (52) pages for its Memorandum in Response to Objections to Recommended Common Benefit Fee Allocation.

Date:   March 1, 2011              By:     /s/ Russ M. Herman
                                           **Russ M. Herman (Bar No. 6819)**
                                           Leonard A. Davis (Bar No. 14190)
                                           Stephen J. Herman (Bar No. 23129)
                                           ***Herman, Herman, Katz & Cotlar, L.L.P.***
                                           820 O'Keefe Avenue
                                           New Orleans, Louisiana 70113
                                           Telephone: (504) 581-4892
                                           Facsimile: (504) 561-6024

                                           **PLAINTIFFS' LIAISON COUNSEL
                                           AND CHAIR OF THE FEE
                                           ALLOCATION COMMITTEE**


                                   By:     /s/ Andy D. Birchfield, Jr.,
                                           **Andy D. Birchfield, Jr**.
                                           ***Beasley, Allen, Crow, Methvin,
                                           Portis & Miles, P.C.***
                                           P. O. Box 4160
                                           Montgomery, AL  36103-4160
                                           Telephone: (334) 369-2343
                                           Facsimile: (334) 954-7555

                                           **PLAINTIFFS' CO-LEAD COUNSEL
                                           AND SECRETARY OF THE FEE
                                           ALLOCATION COMMITTEE**

Russ M. Herman, Esq.
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
(504) 581-4892 (telephone)
(504) 561-6024 (telecopier)

Andy D. Birchfield, Jr., Esquire
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
(800) 898-2034 (telephone)
(334) 954-7555 (telecopier)

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Thomas V. Girardi, Esq.
GIRARDI & KEESE
1126 Wilshire Blvd.
Los Angeles, CA 90017-1904
(213) 977-0211 (telephone)

Mark Lanier, Esq.
LANIER LAW FIRM, PC
6810 FM 1960 West
Houston, TX 77069
(713) 659-5200 (telephone)
(713) 659-2204 (telecopier)

Edward F. Blizzard, Esq.
BLIZZARD, MCCARTHY & NABERS, LLP
Lyric Centre, 440 Louisiana
Suite 1710
Houston, TX 77002-1689
(713) 844-3750 (telephone)
(713) 844-3755 (telecopier)

Perry Weitz, Esq.
WEITZ & LUXENBERG
180 Maiden Lane
New York, NY 10038
(212) 558-5500 (telephone)
(212) 344-5461 (telecopier)

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

**FEE ALLOCATION COMMITTEE**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and email, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 1st day of March, 2011.

/s/ Andy D. Birchfield, Jr.,
**Andy D. Birchfield, Jr**.
*Beasley, Allen, Crow, Methvin,*
*Portis & Miles, P.C.*
P. O. Box 4160
Montgomery, AL  36103-4160
Telephone: (334) 369-2343
Facsimile: (334) 954-7555