# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX : | |
| : | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION : | |
| : | SECTION L |
| : | |
| This document relates to ALL ACTIONS : | JUDGE FALLON |
| : | MAG. JUDGE KNOWLES |

## ORDER

Considering the foregoing Motion and Incorporated Memorandum for Additional Pages for the Fee Allocation Committee's Response to Objections to Recommended Common Benefit Fee Allocation,

**IT IS ORDERED** that the Fee Allocation Committee be and is hereby granted an additional twenty-seven (27) additional pages, for a total of fifty-two (52) pages for its Memorandum in Response to Objections to Recommended Common Benefit Fee Allocation.

**NEW ORLEANS, LOUISIANA,** this \_\_\_\_ day of _____, 2011.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE