UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  VIOXX : | |
| : | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION : | |
| : | SECTION L |
| : | |
| This document relates to ALL ACTIONS : | JUDGE FALLON |
| : | MAG. JUDGE KNOWLES |
| : | |

### FEE ALLOCATION COMMITTEE'S MOTION TO FILE EXHIBITS IN CAMERA AND UNDER SEAL

_____

The Fee Allocation Committee, through undersigned counsel, hereby moves the Court for leave to file Exhibit C and Exhibit M to its Response to Objections to Recommended Common Benefit Allocation in camera and under seal in order to protect the privileged nature of the documents in compliance with the Court's Order of March 2, 2011.

WHEREFORE, the Fee Allocation Committee respectfully requests that it be granted leave to file Exhibit C and Exhibit M to its Response to Objections to Recommended Common Benefit Allocation in camera and under seal.

                                                     Respectfully submitted,

Date:  March 2, 2011         By:     /s/ Russ M. Herman

                                                            **Russ M. Herman (Bar No. 6819)**
                                                            Leonard A. Davis (Bar No. 14190)
                                                            Stephen J. Herman (Bar No. 23129)
                                                            *Herman, Herman, Katz & Cotlar, L.L.P.*
                                                            820 O'Keefe Avenue
                                                            New Orleans, Louisiana 70113
                                                            Telephone: (504) 581-4892

                                                            **PLAINTIFFS' LIAISON COUNSEL,
                                                            CHAIR OF THE FEE ALLOCATION
                                                            COMMITTEE, AND LIAISON COUNSEL
                                                            FOR COMMON BENEFIT COUNSEL**

By:    /s/ Andy D. Birchfield, Jr.,
      **Andy D. Birchfield, Jr**.
      *Beasley, Allen, Crow, Methvin,*
      *Portis & Miles, P.C.*
      P. O. Box 4160
      Montgomery, AL  36103-4160
      Telephone: (334) 369-2343

      **PLAINTIFFS' CO-LEAD COUNSEL, SECRETARY OF THE FEE ALLOCATION COMMITTEE, AND CO-LEAD COUNSEL FOR COMMON BENEFIT COUNSEL**

By:    /s/ Christopher A. Seeger
      **Christopher A. Seeger**
      *Seeger Weiss*
      One William Street
      New York, NY 10004
      Telephone: (212) 584-0700

      **PLAINTIFFS' CO-LEAD COUNSEL AND CO-LEAD COUNSEL FOR COMMON BENEFIT COUNSEL**

Russ M. Herman, Esq.
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
(504) 581-4892 (telephone)
(504) 561-6024 (telecopier)

Andy D. Birchfield, Jr., Esquire
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
(800) 898-2034 (telephone)
(334) 954-7555 (telecopier)

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Thomas V. Girardi, Esq.
GIRARDI & KEESE
1126 Wilshire Blvd.
Los Angeles, CA 90017-1904
(213) 977-0211 (telephone)

Mark Lanier, Esq.
LANIER LAW FIRM, PC
6810 FM 1960 West
Houston, TX 77069
(713) 659-5200 (telephone)
(713) 659-2204 (telecopier)

Edward F. Blizzard, Esq.
BLIZZARD, MCCARTHY & NABERS, LLP
Lyric Centre, 440 Louisiana
Suite 1710
Houston, TX 77002-1689
(713) 844-3750 (telephone)
(713) 844-3755 (telecopier)

Perry Weitz, Esq.
WEITZ & LUXENBERG
180 Maiden Lane
New York, NY 10038
(212) 558-5500 (telephone)
(212) 344-5461 (telecopier)

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

**FEE ALLOCATION COMMITTEE**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and email, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 2nd day of March, 2011.

 /s/ Andy D. Birchfield, Jr.,
**Andy D. Birchfield, Jr**.
*Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.*
P. O. Box 4160
Montgomery, AL  36103-4160
Telephone: (334) 369-2343
Facsimile: (334) 954-7555