**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re:  VIOXX : | |
| : | MDL Docket NO. 1657 |
| **PRODUCTS LIABILITY LITIGATION** : | |
| : | SECTION L |
| : | |
| **This document relates to ALL ACTIONS** : | JUDGE FALLON |
| : | MAG. JUDGE KNOWLES |
| : | |

# FILED
# UNDER SEAL

# Exhibit C

Fee Allocation Committee's Response to Objections
to Recommended Allocation