Page 1

Anastopoulo and Clore, LLC

| Date | Staff | Description | Time |
|------|-------|-------------|------|
| 11/18/2005 | JSB | CA: Medical Data review for expert literature package | 4.5 |
| 11/22/2005 | JSB | CA: Medical Data review for expert literature package | 3.5 |
| | | TOTAL | 8 |

**MDL 1657**
**Vioxx Products Liability Litigation Report of Member Firm Time**

Reporting Period:
From _8-1-2005_
To _1-31-2005_

Firm Name: _Anapol Schwartz & Weiss, LLC_

| Name of Individual | Identify Attorney (A), Paralegal (P), Law Clerk (L), or Other (O) | Case Assessment, Development, and Administration (insert number of hours) | Pre-Trial/Discovery (and Motions) (insert number of hours) | Discovery (insert number of hours) | Trial Preparation and Trial (insert number of hours) | Appeal (insert number of hours) | Total Hours Worked by Individual |
|---|---|---|---|---|---|---|---|
| Crystal Welch | A _P_L_X_O | 6.5 | | | | | 6.5 |
| Tracy Finkbeiner | A _X_P_L_O | 24.75 | | | | | 24.75 |
| Joanne Kaski | A _X_P_L_O | 15 | | | | | 15 |
| | A _P_L_O | | | | | | |
| | A _P_L_O | | | | | | |
| | A _P_L_O | | | | | | |
| | A _P_L_O | | | | | | |
| | A _P_L_O | | | | | | |
| | A _P_L_O | | | | | | |
| | A _P_L_O | | | | | | |
| | A _P_L_O | | | | | | |
| | A _P_L_O | | | | | | |
| | A _P_L_O | | | | | | |
| | A _P_L_O | | | | | | |

**Total Firm Time** _48.25_ Hrs.

I certify that the time documented above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657.

Signature: _____   Date: _10/20/2005_

Last Printed: 4/18/2005

Confidential Attorney Work Product

Page 1

Anastopoulo and Clore, LLC

| Date | Staff | Description | Time |
|------|-------|-------------|------|
| 12/5/2005 | CW | CA: Binding and creation of CD for expert review | 6.5 |
| 12/9/2005 | JSB | CA: Medical Data review for expert literature package | 3.75 |
| 12/16/2005 | JSB | CA: Medical Data review for expert literature package | 3 |
| 12/17/2005 | JSB | CA: Medical Data review for expert literature package | 6.5 |
| 12/18/2005 | JSB | CA: Medical Data review for expert literature package | 6.5 |
| 12/19/2005 | JSB | CA: Medical Data review for expert literature package | 7 |
| 12/20/2005 | JAK | CA: Update Expert Folders | 7.5 |
| 12/21/2005 | JAK | CA: Update Expert Folders | 7.5 |
| | | TOTAL | 48.25 |

# MDL 1657
## Vioxx Products Liability Litigation Report of Member Firm Time

Reporting Period:
From _____
To _____

Firm Name: _____

| Name of Individual | Identify if Attorney (A), Paralegal (P), Law Clerk (L), or Other (O) | Case Assessment, Development, and Administration (hours) | Pre-Trial/Discovery Case Materials (hours) | Discovery (hours) | Total Pre-Trial/Trial Time (hours) | Trial (hours) | Training/Education (hours) | Common Benefit Firm Hours |
|---|---|---|---|---|---|---|---|---|
| Jerry Kozloski | _A _P _L _O | 1.0 | | | | | 1.0 | |
| Samuel Allen | ☒A _P _L _O | 16.5 | | | | | 16.5 | |
| Mark Chee | ☒A _P _L _O | 16.5 | | | | | 16.5 | |
| | _A _P _L _O | | | | | | | |
| | _A _P _L _O | | | | | | | |
| | _A _P _L _O | | | | | | | |
| | _A _P _L _O | | | | | | | |
| | _A _P _L _O | | | | | | | |
| | _A _P _L _O | | | | | | | |
| | _A _P _L _O | | | | | | | |
| | _A _P _L _O | | | | | | | |
| | _A _P _L _O | | | | | | | |
| | _A _P _L _O | | | | | | | |
| | _A _P _L _O | | | | | | | |

**Total Firm Time** 34 Hrs.

I certify that the time documented above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657.

Signature: _____    Date: _____

Confidential Attorney Work Product

Last Printed: 4/18/2005

FAC Resp. Exhibit B -- 88

Page 1

Anastopoulo and Clore, LLC

| Date | Staff | Description | Time |
|------|-------|-------------|------|
| 7/21/2006 | JAK | CA: Presentation materials for Press meeting NC | 0.5 |
| 7/21/2006 | JAK | CA: Materials for Tampa Meeting with experts SKA | 0.5 |
| 7/21/2006 | SKA | CA: Expert interview and presentation Tampa Fl | 16.5 |
| 7/21/2006 | MDC | CA: Expert interview and presentation Tampa Fl | 16.5 |
| | | TOTAL | 34 |

MDL 1657

Vioxx Products Liability Litigation Report of Member Firm Time

Reporting Period:
From _____
To _____

Firm Name: Montgomery & Cone llc

| Name of Attorney or Individual | Identify if Attorney (A) Paralegal (P) Law Clerk (L) or Other (O) | Case Assessment, Development, and Administration (Insert number of hours) | [col] | Trial/Depositions and Hearings (Insert number of hours) | Discovery (Insert number of hours) | Trial Preparation and Trial (Insert number of hours) | Total (Insert number of hours) | Total hours for individuals |
|---|---|---|---|---|---|---|---|---|
| Juan Kielski | A _X_ P _ L _ O | 3.75 | | | | | | 3.75 |
| Samuel Allen | A _X_ P _ L _ O | 24.25 | | | | | | 24.25 |
| Mark Cone | A _X_ P _ L _ O | 24.25 | | | | | | 24.25 |
| | A _ P _ L _ O | | | | | | | |
| | A _ P _ L _ O | | | | | | | |
| | A _ P _ L _ O | | | | | | | |
| | A _ P _ L _ O | | | | | | | |
| | A _ P _ L _ O | | | | | | | |
| | A _ P _ L _ O | | | | | | | |
| | A _ P _ L _ O | | | | | | | |
| | A _ P _ L _ O | | | | | | | |
| | A _ P _ L _ O | | | | | | | |
| | A _ P _ L _ O | | | | | | | |
| | A _ P _ L _ O | | | | | | | |
| Total Firm Time | | | | | | | | 52.25 Hrs. |

I certify that the time documented above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657.

Signature: _____    Date: _____

Confidential Attorney Work Product

Last Printed: 4/18/2005

Page 1

Anastopoulo and Clore, LLC

| Date | Staff | Description | Time |
|------|-------|-------------|------|
| 8/9/2006 | JAK | CA: Meeting arrangments for Motley Meeting NJ update | 2.25 |
| 8/9/2006 | JAK | CA: Meeting arrangements for Dallas meeting update TX | 1.5 |
| 8/9/2006 | SKA | CA: Attorney Meeting Dallas & Travel | .21 |
| 8/9/2006 | MDC | CA: Attorney Meeting Dallas & Travel | .21 |
| 8/28/2006 | SKA | CA: Update NJ & Motley on expert progress on Stroke experts | 3.25 |
| 8/28/2006 | MDC | CA: Update NJ & Motley on expert progress on Stroke experts | 3.25 |
| | | TOTAL | 52.25 |

## MDL 1657
### Vioxx Products Liability Litigation Report of Member Firm Time

Reporting Period:
From _____
To _____

Firm Name: _____

| Firm Timekeeper or Individual | Identify if Attorney (A), Paralegal (P), Law Clerk (L), or Other (O) | Case-Specific Research, Preparation, and Representation (Insert number of hours) | Pre-Trial Meetings and Conferences (Insert number of hours) | Discovery (Insert number of hours) | Trial Preparation and Trial (Insert number of hours) | Total Number of Individuals | |
|---|---|---|---|---|---|---|---|
| Samuel Allen | A _P_L_O | | | 38 | | 38 | |
| Mark Chow | A ✗P_L_O | | | 39 | | 39 | |
| Susan Kristof | A _P_L_O | 5.25 | | | | 5.25 | |
| | A _P_L_O | | | | | | |
| | A _P_L_O | | | | | | |
| | A _P_L_O | | | | | | |
| | A _P_L_O | | | | | | |
| | A _P_L_O | | | | | | |
| | A _P_L_O | | | | | | |
| | A _P_L_O | | | | | | |
| | A _P_L_O | | | | | | |
| | A _P_L_O | | | | | | |
| | A _P_L_O | | | | | | |
| | A _P_L_O | | | | | | |

**Total Firm Time** — 82.25 Hrs.

I certify that the time documented above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657.

Signature: _____   Date: _____

Last Printed: 4/18/2005

Confidential Attorney Work Product

Page 1

Anastopoulo and Clore, LLC

| Date | Staff | Description | Time |
|------|-------|-------------|------|
| 9/14/2006 | SKA | D: OCR program review and outlining meetings and travel to Houston | 38 |
| 9/14/2006 | MDC | D: OCR program review and outlining meetings and travel to Houston | 38 |
| 9/20/2006 | JAK | CA: ltr Expert payment Abramson | 0.25 |
| 9/21/2006 | MDC | CA: Consult Expert Entman | 1 |
| 9/22/2006 | JAK | CA: Houston Hearing materials packaged and forward ahead of meeting at ABW | 5 |
| | | TOTAL | 82.25 |

Reporting Period:
From 10-1-2004
To 12-3-200_

Firm Name: Anapol Schwartz LLC

# MDL 1657
## Vioxx Products Liability Litigation Report of Member Firm Time

| Name of Individual | Identify if Attorney (A) Paralegal (P) Law Clerk (L) or Other (O) | Case Assessment Development and Administration (insert number of hours) | Pre-Trial Briefing and Motions (insert number of hours) | Discovery (insert number or hour) | Total Pre-Trial and Trial (insert number of hours) | | Total Individual |
|---|---|---|---|---|---|---|---|
| Jason Kolesk | A _P _L _O | 3.75 | 2.3 | | | | 3.75 |
| Samuel Allen | A _P _L _O | | 2.3 | 47 | | | 70 |
| Nick Cloe | A _P _L _O | | 2.3 | 47 | | | 70 |
| | _A _P _L _O | | | | | | |
| | _A _P _L _O | | | | | | |
| | _A _P _L _O | | | | | | |
| | _A _P _L _O | | | | | | |
| | _A _P _L _O | | | | | | |
| | _A _P _L _O | | | | | | |
| | _A _P _L _O | | | | | | |
| | _A _P _L _O | | | | | | |
| | _A _P _L _O | | | | | | |
| | _A _P _L _O | | | | | | |
| | _A _P _L _O | | | | | | |

**Total Firm Time** ___ 143.75 ___ Hrs.

I certify that the time documented above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657.

Signature: _____   Date: 12/29/2005

Confidential Attorney Work Product

Last Printed: 4/18/2005

Page 2

Anastopoulo and Clore, LLC

| Date | Staff | Description | Time |
|------|-------|-------------|------|
| 10/10/2006 | JAK | CA: Shipping materials to PSC member for motion support | 1.25 |
| 10/10/2006 | JAK | CA: Expert contact for reports motion support | 2 |
| 10/10/2006 | JAK | CA: MDC phone conference set up | 0.5 |
| 10/10/2006 | SKA | PT: Prepare and Motion in Partial Summary Judgement by Merck TX | 23 |
| 10/10/2006 | MDC | PT: Prepare and Motion in Partial Summary Judgement by Merck TX | 23 |
| 10/11/2006 | SKA | D: Deposition TX | 8 |
| 10/11/2006 | MDC | D: Deposition TX | 8 |
| 10/11-31/200 | SKA | D: Travel to Depos and Hearing TX | 13 |
| 10/11-31/200 | MDC | D: Travel to Depos and Hearing TX | 13 |
| 10/27-29/200 | SKA | D: Deposition TX | 26 |
| 10/27-29/200 | MDC | D: Deposition TX | 26 |
| | | TOTAL | 143.75 |

MDL 1657

Vioxx Products Liability Litigation Report of Member Firm Time

Reporting Period:
From: 1/1/2005
To: 5/31/2005

Firm Name: Anapol Schwartz & Weiss, LLC

| Name of Individual | (Identify if Attorney (A), Paralegal (P), Law Clerk (L), or Other (O)) | Case Assessment, Development and Administration (Insert number of hours) | Pre-Trial Motions and Memos (Insert number of hours) | Discovery (Insert number of hours) | Trial and Post-Trial (Insert number of hours) | Appeals (Insert number of hours) | Total time spent by individual | Total time of Last 4 columns for each individual (by firm PSC) |
|---|---|---|---|---|---|---|---|---|
| Joann Kurlek | A P L O | 15.75 | | | | | 15.75 | |
| Mark Clore | A P L O | 4 | | | | | 4 | |
| | A P L O | | | | | | | |
| | A P L O | | | | | | | |
| | A P L O | | | | | | | |
| | A P L O | | | | | | | |
| | A P L O | | | | | | | |
| | A P L O | | | | | | | |
| | A P L O | | | | | | | |
| | A P L O | | | | | | | |
| | A P L O | | | | | | | |
| | A P L O | | | | | | | |
| | A P L O | | | | | | | |

Total Firm Time: 19.75 Hrs.

I certify that the time documented above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657.

Signature: _____   Date: 10/20/2008

Confidential Attorney Work Product

Last Printed: 4/18/2005

Page 1

Anastopoulo and Clore, LLC

| Date | Staff | Description | Time |
|------|-------|-------------|------|
| 11/7/2006 | JAK | CA: Case materials for TX trial selection | 8 |
| 11/7/2006 | JAK | CA: ltr Expert payment for Zane | 0.25 |
| 11/8/2006 | JAK | CA: Case materials for TX trial selection | 7.5 |
| 11/22/2006 | MDC | CA: Conference Sandleback | 0.5 |
| 11/22/2006 | MDC | CA: Review and consult with Abramson | 3.5 |
| | | TOTAL | 19.75 |

MDL 1657

## Vioxx Products Liability Litigation Report of Member Firm Time

Reporting Period:

From _____

To _____

Firm Name: _Anastopoulo & Clore LLC_

| Name of Individual | Identify if Attorney (A), Paralegal (P), Law Clerk (L), or Other (O) | Case Assessment, Development, and Administration (Insert number of hours) | Pre-Trial Discovery and Motions (Insert number of hours) | Discovery (Insert number of hours) | Total Preparation and Trial by (Insert number of hours) | Appeal (Insert number of hours) | Total (Insert number of hours) by individual | [black column] |
|---|---|---|---|---|---|---|---|---|
| Mark Clore | _A_ P _ L _ O | 2.5 | | | | | 2.5 | |
| | _A_ P _ L _ O | | | | | | | |
| | _A_ P _ L _ O | | | | | | | |
| | _A_ P _ L _ O | | | | | | | |
| | _A_ P _ L _ O | | | | | | | |
| | _A_ P _ L _ O | | | | | | | |
| | _A_ P _ L _ O | | | | | | | |
| | _A_ P _ L _ O | | | | | | | |
| | _A_ P _ L _ O | | | | | | | |
| | _A_ P _ L _ O | | | | | | | |
| | _A_ P _ L _ O | | | | | | | |
| | _A_ P _ L _ O | | | | | | | |
| | _A_ P _ L _ O | | | | | | | |

**Total Firm Time** — 2.5 Hrs.

I certify that the time documented above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657.

Signature: _____   Date: _____

Confidential Attorney Work Product

Last Printed: 4/18/2005

Page 1

Anastopoulo and Clore, LLC

| Date | Staff | Description | Time |
|------|-------|-------------|------|
| 12/29/2006 | MDC | CA: Follow up with Abramson review | 2.5 |
| | | TOTAL | 2.5 |

Reporting Period:
From: _____
To: _____

Firm Name: _____

## MDL 1657
## Vioxx Products Liability Litigation Report of Member Firm Time

| Name of Individual | Identify if Attorney (A), Paralegal (P), Law Clerk (L), or Other (O) | Case Assessment, Development and Administration (Insert number of hours) | Pre-Trial Discovery and Motions (Insert number of hours) | Discovery (Insert number of hours) | Trial Preparation and Trial (Insert number of hours) | Appeal (Insert number of hours) | Total Hours by Individual |
|---|---|---|---|---|---|---|---|
|  | A _P _L _O | 3  5 | 6 |  |  |  | 6 |
|  | A _P _L _O |  |  |  |  |  | 3  5 |
|  | A _P _L _O |  |  |  |  |  |  |
|  | A _P _L _O |  |  |  |  |  |  |
|  | A _P _L _O |  |  |  |  |  |  |
|  | A _P _L _O |  |  |  |  |  |  |
|  | A _P _L _O |  |  |  |  |  |  |
|  | A _P _L _O |  |  |  |  |  |  |
|  | A _P _L _O |  |  |  |  |  |  |
|  | A _P _L _O |  |  |  |  |  |  |
|  | A _P _L _O |  |  |  |  |  |  |
|  | A _P _L _O |  |  |  |  |  |  |
|  | A _P _L _O |  |  |  |  |  |  |

**Total Firm Time** ____ Hrs.

I certify that the time documented above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657.

Signature: _____   Date: _____

Confidential Attorney Work Product

Last Printed: 4/18/2005

Page 1

Anastopoulo and Clore, LLC

| Date | Staff | Description | Time |
|------|-------|-------------|------|
| 1/10/2007 | MDC | PT: Report revisions for TX motion support Abramson | 6 |
| 1/21/2007 | JAK | CA: Update Trial Case materiasl for 1/22/07 Wilson Hearing | 3.5 |
| | | TOTAL | 9.5 |

**MDL 1657**

**Vioxx Products Liability Litigation Report of Member Firm Time**

Reporting Period:
From: _____
To: _____
Firm Name: _Anspach & Cook LLC_

| Name of Individual | Identity of Attorney (A) Paralegal (P) Law Clerk (L) or Other (O) | Case Assessment, Development, and Administration (insert number of hours) | Pre-Trial Motions and Hearings (insert number of hours) | Discovery (insert number of hours) | Total Preparation of/and Total (insert number of hours) | Other (insert number of hours) | Total Hours by Individual |
|---|---|---|---|---|---|---|---|
| John Kukoski | A ☒P _L _O | 1.75 | | | | | 1.75 |
| Mark Clark | A _P _L _O | | 21 | | | | 21 |
| | A _P _L _O | | | | | | |
| | A _P _L _O | | | | | | |
| | A _P _L _O | | | | | | |
| | A _P _L _O | | | | | | |
| | A _P _L _O | | | | | | |
| | A _P _L _O | | | | | | |
| | A _P _L _O | | | | | | |
| | A _P _L _O | | | | | | |
| | A _P _L _O | | | | | | |
| | A _P _L _O | | | | | | |
| | A _P _L _O | | | | | | |
| **Total Firm Time** | | | | | | | 22.75 Hrs. |

I certify that the time documented above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657.

Signature: _____   Date: _____

Confidential Attorney Work Product

Last Printed: 4/18/2005

Page 1

Anastopoulo and Clore, LLC

| Date | Staff | Description | Time |
|------|-------|-------------|------|
| 2/2/2007 | JAK | CA: Deposition confirmation | 1.25 |
| 2/4/2007 | JAK | CA: Format change video depos | 0.5 |
| 2/28/2007 | MDC | PT: Travel and Meeting with Defense Counsel TX F&J | 21 |
| | | TOTAL | 22.75 |

FAC Resp. Exhibit B -- 103

# ASHCRAFT & GEREL, LLP

ATTORNEYS AND COUNSELLORS AT LAW

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS*

SUITE 400

2000 L STREET, N.W.

## WASHINGTON, D.C. 20036

(202) 783-6400

FAX (202) 416-6392

DISTRICT OF COLUMBIA
JAMES A. MANNINO*
MARK L. SCHAFFER*
WAYNE M. MANSULLA
JAMES F. GREEN
ALLEN J. LOWE
MICHAEL H. FELDMAN
JAMES M. HANNY
MICHAEL V. KOWALSKI
H. VINCENT McKNIGHT
MICHELLE A. PARFITT
CHRISTOPHER V. TISI
GEORGE E. SWEGMAN
PETER J. VANGSNES
MICHAEL W. HEAVISIDE
SIDNEY SCHUPAK
MARTIN TRPIS
MICHAEL E. GALLANT
REBEKAH R. ARCH
SOTIRIOS B. YANAKAKIS
JERRY D. SPITZ
KERI A. JONES
SUSAN E. FATTIG
MOHAMMAD A. SYED
DAVID B. VERMONT

MARYLAND
MARTIN E. GEREL*
ROBERT G. SAMET
DAVID M. LaCIVITA
WILLIAM F. MULRONEY
ROBERT P. ENDERLE
ROBERT A. FLACK
JONATHAN S. BEISER
DENISE J. GOTTRON
DAVID M. LAYTON
AMANDA M. FALLON
ANDREW B. CALABRESE
PATRICK M. WYSONG
ALAN J. MENSH
NICHOLAS L. PHUCAS
DOROTHEA R. LEONNIG

VIRGINIA
LAWRENCE J. PASCAL
J. HUNT BRASFIELD
CRAIG A. BROWN
DAVID L. BAYNE

LEE C. ASHCRAFT
1906-1993

OF COUNSEL
LEONARD J. RALSTON, JR.*
ALTOMEASE R. KENNEDY
EDWARD J. PARR, JR.

ROCKVILLE, MD. 20852
SUITE 1002
11300 ROCKVILLE PIKE
(301) 770-3737

ALEXANDRIA VA. 22311
SUITE 650
4900 SEMINARY ROAD
(703) 931-5500

LANDOVER, MD. 20785
SUITE 301
4301 GARDEN CITY DRIVE
(301) 459-8400

BOSTON, MASS. 02109
SUITE 600
440 COMMERCIAL STREET
(617) 723-8544

BALTIMORE, MD. 21202
SUITE 1212
10 EAST BALTIMORE STREET
(410) 539-1122

October 30, 2008

**VIA OVERNIGHT MAIL**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re:  *In Re Vioxx Product Liability Litigation*, MDL 1657 (E.D. La)

Dear Mr. Herman and Mr. Davis:

Please find attached a document entitled "*Affidavit of Christopher Vincent Tisi, Esquire, in Support of Ashcraft and Gerel, LLP's Application for an Award of Counsel Fees as Required by PTO 6(D) (Fee Application Guidelines).*"

If you have any questions concerning this affidavit or any of Ashcraft and Gerel, LLP's submissions, please feel free to contact me at (307) 733-0028.

Sincerely,

Christopher V. Tisi

cc:   Michelle A. Parfitt, Esquire
      Robert P. Enderle, Esquire

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1675 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| | * | |

**AFFIDAVIT OF CHRISTOPHER VINCENT TISI, ESQUIRE
IN SUPPORT OF ASHCRAFT AND GEREL LLP'S APPLICATION FOR AN
AWARD OF COUNSEL FEES AS REQUIRED BY PTO 6 (D) (FEE APPLICAION
GUIDELINES)**

I, CHRISTOPHER V. TISI, make the following sworn statement based on personal knowledge:

1.      I am a Senior Partner in the law firm of Ashcraft and Gerel, LLP (A&G).

2.      During the course of this litigation, A&G dedicated the following Senior Partners to actively and consistently participate in this litigation in the following official MDL capacities:

·       <u>Christopher V. Tisi</u>:  *Plaintiffs' Steering Committee (Judicially Appointed)*; *Discovery Committee (Vice Chair)*; *Science and Expert Committee (Member)*; *Trial Selection Committee (Member)*; *Privilege Committee (Member)*; *Trial Package Committee (Member)*; *Law and Briefing Committee (Member)*.
·       <u>Michelle A. Parfitt</u>:  *Science and Expert Committee* (Co-Chair); *Discovery Committee* (Member).

In addition, A&G assigned one (1) additional Senior Partner, two (2) Associates and numerous Paralegals to work on the PSC committee assignments. <u>See</u>, <u>Exhibit 1</u>—Selected Biographies of A&G Attorneys.

3.      A&G's work in this litigation preceded the withdrawal of Vioxx in September 2004.  It continues through today.  A&G's commitment to Vioxx litigation has been consistent and significant in both the MDL and New Jersey.  Mr. Tisi worked almost exclusively on Vioxx related matters for over three years.

4.      To date, A&G has expended $495,241.24.00 in Vioxx-related Common Benefit MDL costs.

5.      A&G's efforts are described in its MDL time submissions.  However, I offer the following:

   A.   **Plaintiff Steering Committee Activities**:  Mr. Tisi was a judicially appointed member of the PSC.   In this capacity, Mr. Tisi regularly attended and actively participated in PSC weekly meetings, periodic PSC in-person meetings and Monthly Status and Motions hearings before the MDL Court.

   B.   **PSC Discovery Committee (PSCDC) Activities**:  Mr. Tisi was appointed by the PEC as Vice Chair of the Discovery Committee.  Along with the PSCDC co-chairs, he directed the daily activities of the PSCDC, negotiated discovery disputes with Merck and third parties, managed the PSC depositories and coordinated discovery with various state courts.  Additional specific tasks performed:

      i.   "<u>Third Party Consultant</u>" trial depositions:  Mr. Tisi was the primary architect of the "third party-discovery strategy" employed by the PSC.  Through his efforts, the PSC secured important independent fact witness testimony, all of which were central to Federal and State trials:
·       *Eric Topol, MD*– Chair of Cardiology, Cleveland Clinic (Introduced in MDL and state trials)
·       *David Graham, MD* –Current FDA Scientist (Introduced in numerous state trials.)
·       *Steven Nissen, MD* –President if the American College of Cardiology (Introduced in a state trial)
·       *James Fries, MD* –Professor of Medicine, Stanford University (Introduced in state trials)
·       *Jerome Avorn, MD*- Chair of Epidemiology Harvard Univ. (Introduced in MDL and state trials)

      <u>ii</u>      <u>Fact Witness Trial Depositions and Involvement:</u>  In addition to securing the appearance of the third witnesses, Mr. Tisi personally conducted and actively participated in preparation for

1

and depositions of third party and corporate trial depositions as described below:

- *Peter Honing, MD* -Vice President, Merck(Tisi--First Chair)(Aug. 8 & 9, 2005)
- *David Graham, MD* -FDA Scientist (Tisi--Second Chair with Thomas. Kline)(May 9, 2006)
- *Steven Nissen, MD*- President,  American College of Cardiology(Tisi-First Chair)(Dec.12, 2006)
- *Gil Block, MD*–Clinical Investigator,  Alzheimer's Trials (Tisi–First Chair)(Nov. 2, 2005)
- *Eliev Barr, MD*–Merck Researcher (Tisi–Second Chair)
- *Mal Mixon*--Cleveland Clinic (Tisi–Second Chair)

**iii.**   Plaintiff and Merck Profile Forms–Mr. Tisi was the primary author and negotiator of the Plaintiff Profile Form (PPF) and Merck Profile Form (MPF).  The MPF was an innovation developed by Mr. Tisi.  It had not been employed previously. See PTO 18.  Mr. Tisi and Leonard Davis negotiated amendments that were adopted in the MDL and New Jersey  See, PTO 18A-D.

**iv.**   PSC Master Interrogatories: Mr. Tisi drafted *PSC's First Interrogatories (Master Set)* and negotiated Merck's form of reply and drafted *PSC's Interrogatories Related to "Martin Report"*.

**v.**   FDA Documents: Mr. Tisi was central to the negotiations with FDA concerning document production.  He met with FDA lawyers and authored or co-authored briefs on FDA issues.

**vi.**   Document Review: All A&G lawyers performed significant document review. In fact, A&G rented an apartment in New York for attorney review of marketing documents for several months.

C.   **PSC Briefing Committee**:  Mr. Tisi authored /co-authored/argued at least ten (10) MDL motions and two (3) New Jersey Motions *In Limine*.  Examples of briefing are as follows:

i.   *PSC Opposition to FDA Motion to Quash Subpoena to David Graham.* (MDL) (Tisi Co-authored with Michael Weinkowitz) (Tisi Argued) (Graham deposition ordered).

ii.   *Motion to Compel FDA to Produce Documents withheld and for Unredacted Documents already produced* (Tisi with Michael Weikowitz) (MDL)(Granted and denied in part)

iii.   *Memorandum in Support of Plaintiffs' Motion For Leave to Use the deposition of Eric Topol,* MD (Irvin-MDL) (Co-Authored with Leigh O'Dell) (Motion Granted)

iv.   *PSC Opposition to Merck's Motion Under Daubert to Strike the Testimony of Jerome Avorn, MD (*Tisi Authored and Argued)(Merck Motion Denied)

v.   *Memorandum in Opposition to Merck's Motion for a Protective Order relating to Dr. Farquhar-*(Tisi Briefed and Argued) (Granted in part)

vi.   *PSC Motion for Rule 37(B) (2) Remedial Relief for Merck's Examination of David Graham in Excess of the Court's Limitations* (Tisi Briefed) (Denied)

vii.   *Plaintiffs' Opposition to Merck Motion to Exclude Testimony that APPROVe Extension Data Confers Latent Cardiovascular Effect* (Tisi brief (NJ-Hummeston-Hermans)

viii.   *Plaintiffs' Opposition to Merck Motion to exclude 1. Subgroup Analysis from VIGOR and 2. Subgroup analysis from APPROVe on Diabetics* (Tisi Brief)(NJ-Hummeston-Hermans)

D.   **Privilege Committee**: Mr. Tisi was one of several PSC lawyers to regularly appear and brief issues before Special Master Rice.  These intensive efforts led to the release of previously withheld documents.

2

E     **PSC Trial Package Committee**: As a member of this committee, Mr. Tisi participated in the development of the PSC trial packages.  He developed numerous cross-examination "modules" and the "Science Compendium."  He co-presented these to the MDL Court twice, in 2007 and 2008.

F:     **PSC Science and Expert Committee (PSCSEC)**:  Ms. Parfitt was appointed Co-Chair of the PSCSEC.  With her co-chairs, she directed the PSCSEC. A&G attorneys also performed the following:

   i.     Interviewed Multiple Potential Generic Experts for PSC:  Drs. Brown, Schang, Singh, Zipes, Lipicky, Rice, Simon (Parfitt, Green and Tisi)
   ii.    Worked with PSC/ New Jersey Retained Expert Witnesses to Develop Expert Reports;
          ·     Jerome Avorn, MD–Epidemiologist (Tisi and Orendi with Jeff Grand)
          ·     John Gueriguian, MD, FDA Expert (Tisi, Parfitt with Grand and Buchanan)
          ·     Richard Kronmal, Ph.D–Biostatistician (David Buchanan with Chris Tisi)
          ·     Scott Rice, MD–Biochemist (Parfitt and Tisi)
          ·     Edward Feldman, MD–Stroke Expert (Weikowitz with Dagostino, Tisi and Parfitt)
   iii.   Defended PSC/New Jersey Generic Experts Depositions:
          ·     Jerome Avorn, MD–Tisi (with Lisa Dagositio and Jeff Grand)
          ·     Richard Kronmal, PhD (with David Buchanan)
          ·     Richard Kapit, MD (Michelle Parfitt)
   iv.    Provided Important Trial Preservation Testimony for PSC/ New Jersey Generic Experts
          ·     Jerome Avorn, M.D. –Trial Preservation Deposition (June 29 and 30, 2006)
          ·     Wayne Ray, PhD--(prepared for, but interrupted by, announcement of settlement)

G.     **Vioxx Jury Trials:**  Through Mr. Tisi, A&G actively participated in numerous Vioxx trials in both the MDL and State Courts.  These activities are briefly described below:

   i.     Hummeston I (NJ): Mr. Tisi spent a week in Atlantic City assisting the *Hummeston* Team. He prepared oppositions to Merck's Motions *in Limine*, assisted in preparation of cross-examination of Briggs Morrison and prepared trial video testimony of Merck witnesses.
   ii.    Irvin I (MDL): Mr. Tisi (with L. Dagostino) prepared trial designations for Eric Topol. Mr. Tisi also prepared Wayne Ray, PhD, an MDL Generic Expert, for cross-examination.
   iii.   Barnett (MDL): Mr. Tisi (with L. Dagostino) prepared the trial designations/ counter-designations and objections for the Avorn Deposition.
   iv.    Mason (MDL): Mr. Tisi argued Merck's Motion to Strike Avorn opinions. (Sept. 7, 2006)
   v.     Irvin II (MDL): Mr. Tisi spent a week with and assisted the *Irvin II* trial team.  He assisted Troy Rafferty in the preparation of PSC generic FDA expert Dr. Kapit and in the cross-examination of Briggs Morrison.  He also helped prepare the Reicin cross-examination for Andy Birchfield on FDA Advisory Committee findings.
   vi.    Hummeston-Hermans (NJ):  Hummeston-Hermans was initially a four-plaintiff consolidated trial.  Carver v. Merck, an A&G case, was severed from the consolidated case a week before jury selection.  Despite this, A&G continued to contribute to this trial.  For example, Mr. Tisi drafted numerous Oppositions to Merck Motions *in Limine,* including those identified in ¶ 4(C) (vi) (vii) above] and spent a week in Atlantic City assisting in, among other things, preparation of Jerome Avorn, M.D. for his live testimony.

3

I, CHRISTOPHER VINCENT TISI, declare under penalty of perjury under the laws of the United States of America that the foregoing AFFIDAVIT is true and correct.

Christopher V. Tisi, Senior Partner
Ashcraft and Gerel, LLP

## NOTARIZATION OF SIGNATURE

STATE OF WYOMING_____, COUNTY OF TETON_____ SS.:

I hereby certify that on   OCTOBER 30_____, 2008, CHRISTOPHER V TISI personally came before me and acknowledged under oath to my satisfaction that this person: (a) is named and personally signed this document; and (b) signed, sealed and deliver this document as his or her act and deed.

Notary Public

KATIE TOOLSON    NOTARY PUBLIC
COUNTY OF            STATE OF
LINCOLN              WYOMING
MY COMMISSION EXPIRES SEPTEMBER 3, 2012

4

FAC Resp. Exhibit B -- 109

**Christopher V. Tisi, Esq.**

Christopher V. Tisi is a partner in the law firm of Ashcraft and Gerel, LLP. He graduated from the State University of New York at Albany, *Cum Laude*, in 1982 and from Wake Forest School of Law in 1986. He has specialized in all areas of personal injury litigation, including product liability law, pharmaceutical liability and medical malpractice. Mr. Tisi has been admitted to practice law in federal and local courts in the District of Columbia and Maryland. He is a member of the bars of The United States Court of Appeals for the District of Columbia Circuit, The United States Court of Appeals for the Fourth Circuit and the United States Supreme Court.

Mr. Tisi has been at the forefront of major pharmaceutical litigation. Most recently, Mr Tisi was judicially appointed to the Plaintiff's Steering Committee for the proceedings entitled **In Re Vioxx product Liability Litigation**, MDL 1657 (E.D.La). In that capacity, Mr. Tisi served as Co-Chair of the Vioxx Plaintiff's Discovery Committee which oversaw all Vioxx-related discovery conducted in the federal Courts. In November 2007, the Plaintiff's Steering Committee negotiated a settlement on Vioxx cases totaling 4.85 Billion dollars.

Recently, Mr. Tisi was appointed to serve as co-chair of the Plaintiff's Discovery Committee for In **Re: Gadolinium Based Contrast Agent Litigation**, MDL 1909 (N.D.OH). In this role, he is directing master discovery against four (4) manufacturers of MRI contrast dye that caused a debilitating disease, Nephrogenic Systemic Fibrosis (NSF) in patients with kidney impairment.

Previously, Mr. Tisi was appointed to serve as a member of the Discovery and Science Committees for other large pharmaceutical mass tort cases including **In Re: Drug Pharmaceutical Litigation (Fenfluramine/Dexfenfluramine/Phentermine) Product Liability Litigation**, MDL 1203 (E.D. Pa), **In Re: Rezulin Product Liability Litigation**, MDL 1348 (S.D. N.Y.), **In Re: Phenylpropanolamine Product Liability Litigation**, MDL 1407 (D. Wash) and **In re Zyprexa Products Liability Litigation**, MDL 1596 (E.D.N.Y.). .

In addition to his Mass Tort experience, Mr. Tisi has achieved significant jury verdicts and settlements on behalf of his clients. In 2003, Mr. Tisi was co-trial counsel in a landmark case in which a jury returned a 2 million dollar ($2,000,000) compensatory and punitive damage award against the manufacturer of Rezulin, a diabetes drug. In addition, Mr. Tisi argued and won an appeal affirming the right of plaintiff's to proceed to trial in a case where his client received a transfusion of AIDS-tainted blood. He has won numerous trials and appeals in a wide variety of cases, including medical malpractice and products liability cases.

Mr. Tisi has frequently lectured to trial lawyers throughout the country on mass tort litigation and general trial practice issues. He has lectured on topics such as the use of scientific and medical evidence in a pharmaceutical case, how to try a failure to warn case, how to rebut defenses in a pharmaceutical case, how to review raw clinical trail data and the ethics of mass tort settlements.

Mr. Tisi has been active in the D.C. Bar/Trial Lawyers joint *pro bono* program and through that program provides legal representation to patients who have been denied insurance treatments related to their cancer treatment.  He is a member of the District of Columbia Bar, the Maryland Bar, the American Bar Association, the American Association for Justice (AAJ), and the District of Columbia Trial Lawyers Association (DCTLA).

Mr. Tisi has been selected by his peers and listed for multiple years in the "Best Lawyers in America" legal directory.  He is "AV" rated by Martindale Hubbell.

Mr. Tisi practices out of the District of Columbia office.

**Michelle A. Parfitt, Esq.**

Michelle Parfitt is a Senior Partner in the law firm of Ashcraft & Gerel, L.L.P. Ashcraft & Gerel, L.L.P. was founded in 1953 and since that time the law firm has developed a reputation for excellence in the area of mass tort, particularly pharmaceutical, medical device and product liability litigation. The firm of Ashcraft & Gerel, L.L.P. is one of the nations largest plaintiffs' firms operating five offices in Washington, DC, Maryland and Virginia and employing approximately 40 attorneys. Ashcraft & Gerel, L.L.P. is also part of a consortium of firms that have partnered together to form the national consumer law firm of Herman Gerel, L.L.P. This partnership specializes in complex consumer litigation committed to representing plaintiffs across the nation.

Over the last twenty-seven years of Michelle's professional career, she has sought to distinguish herself as a champion of individual rights as well as a leader before the bar in the area of mass torts specializing in pharmaceutical, medical device and product liability cases. She currently heads the Mass Tort practice section of Ashcraft & Gerel, L.L.P. and has had the privilege of representing thousands of individuals in various state and federal courts across the country who have filed suit against pharmaceutical and medical device manufacturers.

Michelle received her undergraduate degree from Northeastern University and masters degree from Michigan State University where she graduated Magna Cum Laude. She was later awarded her Juris Doctor from Hofstra Law School in 1980. Michelle is a past president of the Trial Lawyers Association of Metropolitan Washington, D.C. having previously served as an officer and member of the Board of Governors for that association since 1998. She is also a past committee member for the TLA-DC's Women's Trial Education programs. Currently she sits as a Board member on The Council for Court Excellence located in Washington, D.C., which is a nonpartisan, civic organization that works to improve the administration of justice in local and federal courts. This Council also works with related organizations nationwide. Additionally, Michelle has been selected by her peers to be included in The Best Lawyers of America publications and the Super Lawyers publications.

Michelle has also had the opportunity to serve in numerous leadership and committee positions for the Association of Trial Lawyers of America (ATLA), the District of Columbia Bar and the Women's Bar Association of the District of Columbia (WBA). She has been an active lecturer and author for the American Trial Lawyers Association, State Bar Associations and numerous national continuing legal education programs.

As a member of ATLA, Michelle has served as Co-Chair of its Diet Drug Litigation Group. As a member of the District of Columbia Bar, she has served as a trial mediator appointed by the District of Columbia Court in complex personal injury matters.

With regard to the Women's Bar Association, Michelle has Co-Chaired its Sections on Litigation, Immigration and Naturalization and Executive Endorsements. She has an AV Martindale-Hubbel rating and is licensed to practice law in the District of Columbia and the

Commonwealth of Virginia.  She is a member of the District of Columbia Bar, Virginia State Bar, The Trial Lawyers Association of Metropolitan Washington, D.C. and the Virginia Trial Lawyers Association.

Within Michelle's practice concentration in the area of pharmaceutical litigation, she has earned a reputation as one of the most knowledgeable attorneys in the areas of medical science and expert testimony preparation.  Her reputation in this area is perhaps best evidenced by the fact that she has been appointed by Judges of Federal District Courts in several jurisdictions to serve either as a member of the Steering Committee, Discovery Committee, Chair or Co-Chair of the Science and Expert Committees in a number of complex mass pharmaceutical litigations.

Michelle has been appointed to serve in various capacities in Federal Multi-District Litigations on behalf of the plaintiffs.  Some of Michelle's appointments are:

- Gadolinium MDL No. 1909, Plaintiff's Steering Committee; Science, Discovery and Expert Committee

- Fosamax MDL No. 1789, Plaintiff's Steering Committee

- Ortho Evra MDL No. 1742,  Plaintiff's Steering Committee, Science and Discovery Committee

- PPA MDL No. 1407, Plaintiff's Steering Committee, Science and Discovery Committee

- Vioxx MDL No. 1657, Science and Discovery Committee

- Zyprexa MDL No. 1596, Science and Discovery Committee

- Rezulin MDL No. 1348, Science and Discovery Committee

- Propulsid MDL No. 1355, Science and Discovery Committee

- Diet Drug MDL 1203, Science and Discovery Committee

Commonwealth of Virginia.  She is a member of the District of Columbia Bar, Virginia State Bar, The Trial Lawyers Association of Metropolitan Washington, D.C. and the Virginia Trial Lawyers Association.

Within Michelle's practice concentration in the area of pharmaceutical litigation, she has earned a reputation as one of the most knowledgeable attorneys in the areas of medical science and expert testimony preparation.  Her reputation in this area is perhaps best evidenced by the fact that she has been appointed by Judges of Federal District Courts in several jurisdictions to serve either as a member of the Steering Committee, Discovery Committee, Chair or Co-Chair of the Science and Expert Committees in a number of complex mass pharmaceutical litigations.

Michelle has been appointed to serve in various capacities in Federal Multi-District Litigations on behalf of the plaintiffs.  Some of Michelle's appointments are:

- Gadolinium MDL No. 1909, Plaintiff's Steering Committee; Science, Discovery and Expert Committee

- Fosamax MDL No. 1789, Plaintiff's Steering Committee

- Ortho Evra MDL No. 1742,  Plaintiff's Steering Committee, Science and Discovery Committee

- PPA MDL No. 1407, Plaintiff's Steering Committee, Science and Discovery Committee

- Vioxx MDL No. 1657, Science and Discovery Committee

- Zyprexa MDL No. 1596, Science and Discovery Committee

- Rezulin MDL No. 1348, Science and Discovery Committee

- Propulsid MDL No. 1355, Science and Discovery Committee

- Diet Drug MDL 1203, Science and Discovery Committee

**James F. Green, Esq.**

James F. Green, Esquire is a senior partner of Ashcraft & Gerel, L.L.P. and the national law firm of Herman Gerel, L.L.P.  Ashcraft & Gerel, L.L.P. is headquartered in Washington, D.C. and operates five offices throughout the District of Columbia, Virginia and Maryland employing approximately 45 attorneys and 125 other professionals.  Ashcraft & Gerel, L.L.P. represents plaintiffs throughout the United States in individual, group and class cases including a substantial practice area concentration in mass-tort.  Indeed, Ashcraft & Gerel, L.L.P. has represented thousands of victims of mass torts including litigation involving Asbestos, Agent Orange, Breast Implants, Norplant, Dalkon Shield, DPT Vaccine, Hard Metals Poisoning, Diet Drugs, Aviation Accidents, Transfusion-associated Aids, Vioxx, Zyprexa, PPA, Propulsid, Baycol, Fosamax and Gadolinium.

Mr. Green is a member of the Massachusetts, District of Columbia and Virginia Bars.  He is also a member of the Bar of the Supreme Court of the United States where he has had the privilege of arguing cases on behalf of plaintiffs.  He was educated at St. Anselm College where he was a member of the honor societies *Delta Sigma Rho*, *Tau Kappa Alpha*, and graduated with a Bachelor of Arts degree in 1970.  He received his Juris Doctor from Suffolk University School of Law in 1973, where he was a member of *Phi Alpha Delta*.  During his professional career, he has specialized in representing plaintiffs in workplace injury and mass toxic torts.  In 1978 he helped found the Asbestos Litigation Group.  Since that time, he has served on various State and Federal Plaintiff Committees regarding consolidated Asbestos litigation in the several state and federal districts in which Ashcraft & Gerel, L.L.P. practices.  He is one of the principal senior partners responsible for mass tort work.  He is a member of the American Bar Association and the American Association for Justice (formerly the Association of Trial Lawyers of America).  He has served as past National Chairman and Vice Chairman of  committees of these associations.  He has been both an active lecturer, writer and has served on the faculty of several National Continuing Legal Education Programs.

He has been selected by his peers and listed for multiple years in the "Best Lawyers in America" legal directory.  He is "AV" rated by Martindale Hubbell.

Mr. Green has been appointed to serve in various capacities in Federal Multi-District Litigations on behalf of plaintiffs.  Some of Mr. Green's appointments are:

- Agent Orange MDL No. 381, Briefing and Discovery Committees

- Rezulin MDL No. 1348, Plaintiff's Steering Committee and Discovery Committee

- Propulsid MDL No. 1355, Discovery Committee

- PPA MDL No. 1407, Discovery Committee and Settlement Subcommittee Dexatrim

- Zyprexa MDL No. 1596, Discovery Committee

- Vioxx MDL No. 1657, Discovery and Science Committees

- Accutane MDL No. 1626, Plaintiff's Steering Committee and Discovery Committee

- Fosamax MDL No. 1789, Co-Chair Discovery Committee

- Gadolinium MDL No. 1909, Discovery Committee

**David M. Layton, Esq.**

David M. Layton was born in Wheeling, West Virginia. He attended the University of Baltimore, where he received a Bachelor of Science Degree in 1974 and John Hopkins University, where he received a Master of Administrative Science degree in 1976. After receiving his Juris Doctor degree from the University of Baltimore in 1979, Mr. Layton was admitted to the Maryland Bar in 1980 and the Bar of the United States District Court for the District of Maryland in 1983. Mr. Layton is a member of the Bar Association of Baltimore City, the Maryland State Bar Association and The Maryland Trial Lawyers Association. Before joining Ashcraft & Gerel, Mr. Layton served as an attorney with the Interstate Commerce Commission in Washington, D.C

**Jennifer L. Orendi, Esq.**

Ms. Orendi focused her undergraduate research on the neurobiological aspects of human cognition and emotion.  Prior to attending law school, she was a research specialist in a neuroscience laboratory at the University of Wisconsin-Madison, where she designed and implemented functional neuroimaging studies of the neurobiological systems underlying psychiatric illnesses in children. While Ms. Orendi was employed as a clerk at a boutique firm specializing in patent and trademark prosecution, she attended the evening program at Illinois Institute of Technology's Chicago-Kent College of Law, from which she earned her Juris Doctor degree with a certificate in Intellectual Property Law in 2001.

In addition to her background in the neurosciences, Ms. Orendi contributes to her practice group over five years of experience as a litigator in the pharmaceutical and medical device fields.  She has a working knowledge of FDA's regulations pertaining to the safety and efficacy of products that affect public health, including claims contained on product labeling and packaging.

**Education:** Carnegie Mellon University (B.A., 1996); Chicago-Kent College Of Law (J.D.,2001).

**Admissions:** Supreme Court of Illinois (September 2002); United States District Court for the Northern District of Illinois (October 2002); U.S. Court of Appeals for the Seventh Circuit (October 2002); District of Columbia Court of Appeals (November 2004).

**Memberships:** American Bar Association; Illinois State Bar Association; Chicago Bar Association; Food and Drug Law Institute.

**Amy C. Ishizawar, Esq.**

Amy C. Ishizawar was born in Petersburg, Virginia. She attended Wellesley College where she received her Bachelor of Arts degree, *cum laude*, in 2001. She received her Juris Doctor degree from the Washington College of Law of American University in 2004. While at the Washington College of Law, Ms. Ishizawar was a member of the Journal of Gender, Social Policy & the Law and participated in the Civil Practice clinic. Ms. Ishizawar is admitted to the Virginia State Bar, the District of Columbia Bar, and the United States District Court for the Eastern District of Virginia. She is also a member of the Virginia Bar Association and Asian Pacific American Bar Association.

# Audet & Partners, LLP
### A t t o r n e y s – a t – L a w

221 MAIN STREET, SUITE 1460
SAN FRANCISCO, CA 94105
TELEPHONE: 415.568.2555
FACSIMILE: 415.568.2556
www.audetlaw.com

---

## CONFIDENTIAL COMMUNICATION

---

October 30, 2008

**Via FedEx**

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

  Re: *Audet & Partners Vioxx Common Fund Attorneys' Fee Application -- New Jersey*

Dear Mr. Herman:

  Pursuant to Pre-Trial Order No. 6(D) of the Honorable Fallon, please find the enclosed Declaration of Susanne N. Scovern in support of Audet & Partners' application for an award of common benefit attorneys' fees and expenses for work performed in the New Jersey Vioxx Litigation.

  If you have any questions, or should require any additional information, please do not hesitate to contact me.  Thank you in advance for your consideration.

    Very truly yours,

    Susanne N. Scovern, Esq.
    AUDET & PARTNERS, LLP

Enclosures

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| In re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657<br><br>JUDGE FALLON<br><br>DECLARATION OF SUSANNE N. SCOVERN IN SUPPORT OF AUDET & PARTNERS, LLP'S REQUEST FOR COMMON FUND ATTORNEY FEES AND REIMBURSEMENT OF EXPENSES<br><br>(New Jersey Common Benefit Application) |

I, Susanne N. Scovern, declare under penalty of perjury that the following is true and correct:

1.      I am an associate at the law firm of Audet & Partners, LLP.  I make this declaration in compliance with Pre-Trial Order No. 6-D of the Honorable Eldon E. Fallon pertaining to the application for an award of common benefit attorneys' fees and reimbursement of expenses ("fee application") from the allocation fund that has been set aside for such purposes, pursuant to Orders of this Court.

2.      My firm, Audet & Partners, LLP, made a substantial contribution to the prosecution and ultimate settlement of the Vioxx litigation as outlined in the previously submitted declarations of William Audet and myself on June 27, 2008. (*Attached hereto as Exhibits "A" and "B" respectively*).

3.      William Audet, the senior partner of my firm, headed up an informal Vioxx litigation "working group" consisting of several law firms and was instrumental in establishing a number of in-person Vioxx "mini-seminars" in which our firm brought in medical and trial experts to speak about relevant Vioxx topics to the Vioxx group.

4.    I have essentially worked full-time on the Vioxx litigation from October 2004 to November 2007.  I was supported within my firm by several attorneys and paralegals.  My common benefit work occurred exclusively through the New Jersey Vioxx Litigation.  I worked in concert with and reported to the New Jersey Plaintiffs Liaison Committee (primarily David Buchanan and Jeff Grand of Seeger Weiss, as well as various attorneys at Anapol Schwartz).

5.    In furtherance of the common benefit to all Vioxx clients, my firm working with Robert Dassow (Hovde Dassow & Deets, LLP) prosecuted several New Jersey Vioxx trial pool cases and litigated specific issues for the common benefit of all plaintiffs including but not limited to the following activities:

(i) Expedited discovery and trial preparation of *Benjamin C. LoPresti v. Merck & Co., Inc*, a New Jersey bellwether trial selected by Judge Higbee for trial in April 2006;

(ii) Extensively worked on discovery related to the production of Merck sales representatives' monthly American Express statements and expense reports which exposed the strong financial support and gifting relationship between the Merck and Merck sales representatives with Vioxx prescribers (Ken Soh of the Lanier Law Firm provided critical supportive documentation which assisted in a series of motions before the Court on this issue);

(iii) Organized, subsidized and participated with members of the New Jersey liaison counsel (Chris Seeger, David Buchanan, Sol Weiss and David Jacoby and others) in two week-long Vioxx trial strategy seminars presented by Rodney Jew of CDS, a well-respected trial preparation and consulting firm in Palo Alto, California;

(iv) Participated in the expedited discovery of several cases for New Jersey trial consideration, *Jennie Tena (Administrator) v. Merck*, (ATL-1690-05 MT) and *Richard Allen v. Merck*, (ATL-162-05MT);

(v) Raised to the Court and aggressively pursued discovery relating to a series of inconsistent physician compensation Merck MPF responses - this was ultimately traced to the faulty methodology utilized by Merck/Dechert to "mine" physician compensation data;

(vi) Uncovered Merck's failure to generate 1099s to their network of physicians' professional corporations for compensation they received from Merck for "clinical research" from 2000 to 2004.

(vii) On October 29, 2007, just days before the announced settlement, I along with Jeff Grand, Jerry Kristal and Mike Weinkowitz representing New Jersey plaintiffs participated in a special hearing called by Judge Higbee concerning the deficient and incomplete production of the sales representatives' custodial and personnel files—the result of which certainly would have effected production for all future cases in the litigation.

6.      My firm made significant payments to the New Jersey Vioxx Litigation Fund whenever requested by the New Jersey Plaintiffs Liaison Committee.  Additionally, my firm contributed significantly to common benefit expenses as detailed in our June 2008 submission to Wegmann Dazet.

7.      Despite adverse jury verdicts in New Jersey and elsewhere in the country during the course of the Vioxx litigation, my firm's and my personal and professional commitment to aggressively prosecute Vioxx cases and bring Merck to trial never waned.  For example, at the

3

time of the settlement in November 2007, we were preparing for additional depositions of Merck

Company representatives responsible for the generation of 1099s to prescribers.

I declare, under penalty of perjury, that the above is true and correct on this day,

October 30th, 2008, in San Francisco, California.

Susanne N. Scovern

# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL Docket No. 1657 (JBW) |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| ALL ACTIONS | DECLARATION OF WILLIAM M.<br>AUDET IN SUPPORT OF AUDET &<br>PARTNERS, LLP'S REQUEST FOR<br>COMMON FUND ATTORNEY FEES<br>AND REIMBURSEMENT OF<br>EXPENSES |

I, William M. Audet, declare under penalty of perjury that the following is true and correct:

1.      I am the founding partner of Audet & Partners, LLP (p/k/a Alexander Hawes & Audet, LLP).  Under my direction, members of my firm have committed substantial attorney and paralegal time and incurred significant out-of-pocket expenses, including common fund/assessment payments to the "New Jersey Litigation Fund," in litigation against Merck & Co. relating to the Vioxx litigation.  In addition to providing daily assistance to our clients, my firm's efforts have been geared toward pre-trial activities for the 'common' benefit of all Plaintiffs and in assisting lead and other counsel in the New Jersey State Vioxx litigation (before the Honorable Judge Carol E. Higbee) and California State Vioxx litigation (before the Honorable Victoria Chaney).

2.      Since late 2004, my firm has incurred significant attorney and paralegal time and out-of-pocket expenses in "common benefit" lodestar and in "common benefit" unreimbursed costs. The time and expense reports submitted with this declaration exclude any time or costs associated with any "marketing" and individual case costs. We had two cases on trial track in New Jersey (*LoPresti v. Merck & Tena v. Merck*) and one case on the trial track in California (*Andreasen v. Merck*). My firm currently represents approximately one-hundred clients, with the great majority of cases filed in the New Jersey State Court.

3.      My declaration is submitted to provide this Honorable Court (and any Court appointed Fee Committee) an overview of my firm's "common" benefit work and efforts to assist other firms with Vioxx cases.

4.      Early on in the Vioxx litigation,  I and other attorneys at my firm,  established and lead an informal Vioxx litigation "working group" of at least two dozen law firms for the specific purpose of sharing information regarding the Vioxx litigation and working directly with consultants and experts to assist in the Vioxx litigation.

5.      Among other activities, I initiated weekly conference calls with other plaintiffs' counsel in this working group with cases pending in state and federal court.  During these conference calls, I (or a member of my firm or any other attorney in the working group) would provide important updates to other lawyers with pending cases, provide information regarding upcoming court deadlines and hearings, and share any discovery issues that had recently developed in the case. I also paid for and shared expert work product with members of my Vioxx litigation group. In so doing, others firms and I reduced cost and inefficiencies with respect to the Vioxx litigation as whole.

6.      In addition to the weekly conference calls, I convened a number of in-person Vioxx "mini-seminars" in which my firm brought in medical and trial experts to speak about

2

relevant Vioxx topics to the Vioxx group. The meetings were usually convened at a time and place of other Vioxx-related plaintiffs' meetings and generally supplemented information provided at the other meetings. During the course of the litigation, my firm paid for the costs associated with the attendance at the conference by these medical and trial experts.

7.      In addition to heading up this small plaintiffs working group, my firm was fortunate to be allowed the opportunity by the New Jersey counsel, including Seeger Weiss, LLP, and other lead New Jersey attorneys to participate in common benefit work and to pursue important discovery issues before Judge Higbee. As outlined in the accompanying Declaration of Susanne Scovern, the attorney in my firm assigned essentially full time to the New Jersey Vioxx litigation, both Chris Seeger and David Buchanan provided my firm with opportunities to assist in the overall prosecution of the Vioxx litigation. Among other issues, my firm, with certain co-counsel (Robert Dassow of Hovde, Dassow & Deets, LLC  in particular), aggressively prosecuted issues related to, among other important topics, sales representatives' scripts, bonuses, physician benefits, bonus payments and IRS reporting relating to physician "payments" by Merck.

8.      In addition, my firm set up a number of plaintiffs-only trial strategy seminars presented by Rodney Jew of CDS, a well-respected trial preparation and consulting firm. My firm invited a number of firms to participate in the trial strategy sessions. In order to induce firms to come to the seminar, my firm arranged and paid for the initial costs associated with the trial preparation programs in Palo Alto, California. Among other attendees included Chris Seeger, David Buchanan, Sol Weiss, and David Jacoby — attorneys with early trial cases in New Jersey.

9.      In addition to providing common benefit assistance in the New Jersey litigation, my firm also had a total of three cases selected for potential early trial before Judge Higbee and

FAC Resp. Exhibit B -- 128

before Judge Chaney. Under the trial selection plan implemented by Judge Chaney, one of my firm's cases (Andreasen) was selected for early trial. The Andreasen case was subject to extensive pretrial discovery and motion practice. One unique issue related to marketing activities by Merck directed at military hospitals and medical facilities, on base. Unfortunately, despite our efforts and a number of pretrial motions held before Judge Chaney, the case turned out not to be suitable for trial due to heavily disputed "usage" issues. Another, more suitable case was finally selected for trial by the parties with the approval of the California Court.

10.     In addition to the Andreasen case, as detailed in the accompanying declaration of firm attorney Susanne Scovern, our firm was involved in two early trial cases in the New Jersey Vioxx Litigation before Judge Higbee.

11.     Although no specific guidelines for submission of attorneys' fees or reimbursement of expenses were implemented by the State Courts, to the best of our ability, members of my firm that have submitted time to the Court utilizing the guidelines outlined by the MDL Court in PTO No. 6C (and any supplemental instructions provided to us).

12.     To the extent practical, the time and expenses submitted by my firm has only included attorney and paralegal "common benefit" efforts. Attorneys Chris Seeger and David Buchanan, as well as Sol Weiss's office, Mark Lanier's office and Weitz & Luxenberg's offices, provided solid leadership to the New Jersey plaintiffs' counsel, along with access to critical work product and guidance on pre-trial issues relevant to our cases and the Vioxx litigation as a whole.

13.     With limited exception, since our first filing in the Vioxx litigation, a representative of my firm attended every conference before Judge Higbee and every plaintiff's conference convened by the New Jersey lead counsel.

14.     With respect to the California Vioxx litigation, Tom Girardi's firm provided us with significant assistance and guidance in the Andreasen case, as well as in the California

4

litigation as a whole.  In addition, the firm provided us with access to critical work product and also provided guidance with respect to our firm's depositions in the Andreasen case.

15.     My firm's hourly rates are as follows:  Partner William M. Audet ($550.00); Attorney Susanne Scovern ($450.00); Attorney Joshua Ezrin ($375.00); Attorney Adel Nadji ($290.00); Attorney Kevin Thomason ($295.00); Paralegal/Medical Intern Steve Garratt ($110.00); Paralegal/IT Specialist Byron Barrett ($95.00).

I declare, under penalty of perjury, that the above is true and correct on this day, June 27, 2008.

_____
William M. Audet

FAC Resp. Exhibit B -- 130

# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: VIOXX** | **MDL Docket No. 1657 (JBW)** |
| **PRODUCTS LIABILITY LITIGATION** | **SECTION L** |
| **THIS DOCUMENT RELATES TO:** | **JUDGE FALLON** |
| **ALL ACTIONS** | **MAG. JUDGE KNOWLES** |
| | **DECLARATION OF SUSANNE N. SCOVERN IN SUPPORT OF AUDET & PARTNERS, LLP'S REQUEST FOR COMMON FUND ATTORNEY FEES AND REIMBURSEMENT OF EXPENSES** |

I, Susanne N. Scovern, declare under penalty of perjury that the following is true and correct:

1.      I am an associate at the law firm of Audet & Partners, LLP ("Audet"). I make this declaration in compliance with Pre-Trial Order 6-C of the Honorable Fallon pertaining to the application for an award of attorneys' fees and reimbursement of expenses ("fee application") from the fund that has been set aside for such purposes, pursuant to Orders of this Court. Such fees and expenses have accrued in connection with the substantial efforts rendered by this law firm on behalf of the common benefit of all plaintiffs who settled their claims as part of the Vioxx Litigation. The matters set forth in this declaration are based upon my personal knowledge.

2.      I attended Tulane University and the University of Michigan as an undergraduate. I received a Bachelor of Arts with highest honors and distinction in 1985 from the University of Michigan. I received a Juris Doctor degree from the University of Iowa in 1991, where I was member of the Iowa Law Review. I have been an associate with Audet & Partners, LLP (f/k/a Alexander, Hawes & Audet, LLP) since 2002. Previously, I was an associate at the law offices of Wotman, Kors and Cloutier, LLP, and an associate at Robins, Kaplan, Miller & Ciresi in San Francisco, California. I am responsible for the day-to-day management of the Vioxx litigation at Audet & Partners, LLP.

3.      I participated in the weekly Audet & Partners sponsored Vioxx conference calls with several plaintiffs' law firms during which our firm led roundtable discussions regarding the Vioxx litigation, shared discovery developments, and spoke with leading consultants and experts who provided advice and guidance to our Vioxx group. I also attended and actively participated in our firm's in-person Vioxx "mini-seminars" in which medical and trial experts made presentations and spoke about relevant Vioxx topics to our group.

4.      Under my direction and supervision, working with other attorneys and staff at Audet & Partners, LLP, we prosecuted several New Jersey Vioxx trial cases and litigated specific issues for the common benefit of all plaintiffs in the Vioxx litigation as described in more detail below.

5.      In November 2005, The Honorable Carol E. Higbee scheduled, among six other cases, *Benjamin C. LoPresti v. Merck & Co., Inc.*, for trial on April 24, 2006. My firm, with co-counsel Robert Dassow of Hovde, Dassow & Deets, LLC, and Michael Ferrara of The Ferrara Law Offices, participated in the expedited discovery and trial preparation of *LoPresti v. Merck*, which was set for trial in April 2006. To that end, we reviewed thousands of documents associated with the custodial and personnel files of over a dozen detail

representatives and took their depositions.  We were able to successfully compel the

production of sales representatives' monthly American Express statements and expense reports

which further confirmed the true monetary and "gifting" relationship between the Merck sales

representatives and Vioxx prescribers. We initiated several meet and confer teleconferences

regarding improper trade secret redactions, "other product" redactions, and redactions without

explanation.  At Judge Higbee's request, we submitted several examples of improper

redactions for her in camera review. As part of the *LoPresti* trial work-up, we also took and

defended the depositions of approximately ten (10) fact witnesses.  We met with and prepared

both general and specific causation experts for deposition and trial, and were involved in

numerous law and motion discovery hearings related to the *LoPresti* case.

6.      In addition to working up *LoPresti* case specific discovery, I participated with

members of the New Jersey liaison counsel in two week-long Vioxx trial strategy seminars

presented by Rodney Jew of CDS, a well-respected trial preparation and consulting firm. Other

attendees included Chris Seeger, David Buchanan (lead counsel in *Robert McFarland v. Merck*

*& Co., Inc.*) and Sol Weiss and David Jacoby (lead counsel for *Patricia Hatch, Administrator*

*v. Merck & Co., Inc.*).  Judge Higbee had originally scheduled both *McFarland* and *Hatch* to

be tried with *LoPresti* in April 2006.

7.      During the course of the New Jersey Vioxx litigation, Mr. Dassow and I

participated in the expedited discovery of several cases for New Jersey trial consideration,

including following: *Jennie Tena (Administrator) v. Merck*, (ATL-1690-05 MT) and *Richard*

*Allen v. Merck*, (ATL-162-05MT). The *Tena* and *Allen* cases stand out as they involved

particular issues of common benefit to the Vioxx litigation as a whole.

i)   *Jennie Tena (Administrator) v. Merck*, (ATL-1690-05 MT)

The *Tena* case also involved critical issues relevant to plaintiffs' common benefit in the Vioxx litigation--namely Merck's severely deficient and inconsistent Merck Profile Form ("MPFs", a/k/a Defendant Fact Sheets or "DFS") responses relating to prescriber compensation payment data, honorariums, and consulting agreements with Merck. Utilizing the *Tena* MPF and Supplemental MPFs as an exemplar, and comparing those compensation responses to the prescriber's 1099s (certified by Bernard Wisniewski, Director of Merck's Procure to Pay Service Center, on three separate occasions in an attempt to explain away repeated inconsistencies) for the relevant years at issue, we were able to illustrate the blatant inconsistencies of Merck MPFs responses regarding physician compensation. After comparing over fifty (50) MPF responses from cases within our firm and cases from other NJ Vioxx plaintiffs firms (including Kline & Specter and Martin Jones among others), we argued to the Court that the inconsistencies we found permeated all Merck MPF responses and production relating to physician compensation. We were then permitted by Judge Higbee to take the depositions of two Merck officials, Janet Heins and Janet Scott, who were both, at separate times, responsible for compilation of the physician compensation data in the MPF responses and who were both signatories to all MPF produced in the Vioxx litigation. In conducting our MPF physician compensation discovery, Mr. Dassow and I discovered that although multiple databases and data sources were available to search compensation information, the searches by Merck were not effectively performed. Merck relied on the names of physicians or their entities as entered by the plaintiff of their PFS, instead of relying on the EIN or Social Security number of the physician prescriber. If the plaintiff did not list the prescriber's associated entity, compensation for that entity was excluded from the MPF. If the Plaintiff misspelled the prescriber's name, compensation for that prescriber was listed as not available. The flawed methodology that Merck/Dechert implemented to mine

physician compensation data accounted for the widespread discrepancies in Merck's MPF physician compensation responses and accompanying productions. We were preparing for our second day of deposition with Ms. Scott when the Settlement was announced.

Importantly, in the process of investigating the discrepant MPF compensation issues, we uncovered that Merck failed to generate 1099s to physicians' professional corporations for compensation they received as a result of clinical research. Merck's failure to report physician compensation to the IRS and issue the requisite 1099s added to the inconsistent and discrepant physician compensation reporting in the MPFs. This issue was addressed at the July 2007 Case Management Conference by Judge Higbee. Our efforts in this regard assisted the common benefit in that we successfully shed light on the deficiencies of the MPF responses relating to physician compensation in pursuit of our goal to have those served responses in the Vioxx litigation stricken and supplemented with more credible data.

At the time of the settlement, Mr. Dassow and I were actively investigating several avenues associated with the physician compensation issue, including Merck's failure to disclose compensation data payments to physicians from (1) the Arcoxia clinical studies; (2) third-party affiliated entities such as universities, private pharmaceutical systems "rebates", Merck-Medco; and, (3) the Merck Foundation grants program – all monetary sources that should have been mined for data and disclosed pursuant to the request language in the MPF.

  ii) *Richard Allen v. Merck,* (ATL-162-05MT)

In August 2006, the *Allen* case was a among a pool of 39 cases selected by Judge Higbee in which the parties completed expedited discovery and from which trial cases were selected for a January 2007 trial. In the *Allen* case, Mr. Dassow and I prepared and took numerous fact witness depositions involving sales representatives, prescribing physicians, treating physicians, plaintiff as well as family member depositions. Although the *Allen* case was not immediately

selected for the January 2007 trial setting, Mr. Dassow and I continued with the prosecution of the case. We focused our attention on the upper level sales management or Regional Business Managers ("RBM"), who were responsible for the day to day management of dozens of sales representatives and the regional operations of Merck's Vioxx sales. In February 2007, after several failed meet and confers with Dechert attorney Ben Barnett, Judge Higbee ordered the first RBM deposition to be taken in the New Jersey Vioxx litigation. Mr. Dassow and I reviewed over 75,000 documents relating to Richard Brown, the RBM in the *Allen* case. We participated in numerous teleconferences with Merck attorneys regarding issues that constantly plagued production of the sales representative custodial files in the New Jersey Vioxx litigation: redactions, missing documents (emails/WAR reports), and the sporadic rolling (ie "supplemental") production of custodial files oftentimes produced subsequent to the witness' deposition. On October 29, 2007, just days before the announced settlement, I along with Jeff Grand, Jerry Kristal and Mike Weinkowitz representing New Jersey plaintiffs participated in a special hearing called by Judge Higbee concerning the deficient and incomplete production of the sales representatives custodial files—the result of which certainly would have effected production for all future cases in the New Jersey Vioxx litigation. (At that time, Judge Higbee took the matter under submission. Ten days later the settlement was announced.)

I declare, under penalty of perjury, that the above is true and correct on this day, June _27_, 2008, in San Francisco, California.

Susanne N. Scovern

# Audet & Partners, LLP

### Attorneys-at-Law

221 Main Street, Suite 1460
San Francisco, CA 94105
Telephone: 415.568.2555
Facsimile: 415.568.2556
www.audetlaw.com

---

### CONFIDENTIAL COMMUNICATION

---

October 30, 2008

**Via FedEx and Email (VioxxMDL@hhke.com)**

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Re: *Audet & Partners, LLP's Vioxx Common Fund Attorneys' Fee Application*

Dear Mr. Herman:

Pursuant to Pre-Trial Order No. 6(D) of the Honorable Fallon, please find the enclosed Declaration of Joshua C. Ezrin in support of Audet & Partners, LLP's application for an award of common benefit attorneys' fees and reimbursement of expenses for work in the California state Vioxx cases (JCCP No. 4247).

If you have any questions, or should require any additional information, please do not hesitate to contact me. Thank you in advance for your consideration.

Very truly yours,

Joshua Ezrin, Esq.
AUDET & PARTNERS, LLP

cc:    Thomas V. Girardi
       James O'Callahan

Enclosures

FAC Resp. Exhibit B -- 138

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: VIOXX** | **MDL Docket No. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | **JUDGE FALLON**<br>**MAG. JUDGE KNOWLES** |
| | **DECLARATION OF JOSHUA C. EZRIN IN SUPPORT OF AUDET & PARTNERS, LLP'S REQUEST FOR COMMON FUND ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES FOR CALIFORNIA COMMON BENEFIT** |

I, Joshua C. Ezrin, declare under penalty of perjury that the following is true and correct:

1.     I am an Associate Attorney at the law firm of Audet & Partners, LLP. I make this Declaration in compliance with Pre-Trial Order No. 6(D) of the Hon. Eldon Fallon pertaining to the application for an award of common benefit attorneys' fees and reimbursement of expenses ("fee application") for common benefit and trial work in the California state Vioxx cases (JCCP No. 4247) .

2.     With limited exception, I worked almost exclusively on the Vioxx litigation from October 2004 to November 2007 (though not all such work was performed on the common benefit work that is the subject of this Declaration).  Although our firm only had six (6) cases filed in JCCP No. 4247, Audet & Partners consistently volunteered for, and performed common benefit work at the request of and in conjunction with California Plaintiffs' Liaison Counsel.

3.     At the request of Jim O'Callahan at Girardi & Keese, I spent significant time and expense screening our California cases to propose a suitable case for a bellwether trial. The *Paul Andreasen v. Merck & Co., Inc.*, case was ultimately proposed by Plaintiff's Liaison Counsel for trial, and was selected by Judge Chaney as one of only three cases in the California Vioxx trial pool.

4.     The *Andreasen* case (set for trial on September 17, 2007), was subject to expedited discovery, deposition coordination, motion practice, and expert witness preparation, such that I was working on that bellwether case virtually full-time from approximately March to July 2007.

5.     As part of the *Andreasen* pre-trial work, with the assistance of Tom Girardi and Jim O'Callahan of Girardi & Keese, and in coordination with the Judge Chaney, William Audet and I worked on compelling documents relating to Merck's marketing of Vioxx to military and VA medical facilities. I was advised by Plaintiffs' Liaison Counsel that, regardless of the

2

outcome of the *Andreasen* case, the discovery we generated with respect to Merck's military marketing would provide a potential benefit to other similar cases in which the plaintiff was prescribed Vioxx by a VA or military physician.

6.      At the request of Mr. O'Callahan, and in furtherance of our efforts to determine the methodology employed by Merck to market Vioxx to the VA/military, I engaged in informal discovery and multiple meet-and-confers and almost daily calls and emails with defense counsel. In addition, Mr. Audet and I conducted extensive document review of Merck-produced documents, drafted and prepared for a deposition undertaken by William Audet, the founding partner of this firm (the deposition was also attended by Jim O'Callahan in his capacity as Plaintiffs' Liaison Counsel). We also conducted a telephonic deposition of Captain Patrick O'Shea, a prescribing physician regarding among other issues, Merck's marketing to the Vandenberg Air Force Base, wherein Mr. Andreasen was prescribed Vioxx.

8.      Throughout the preparation of the *Andreasen* trial, and the discovery conducted by my firm, I and William Audet were in constant contact with Plaintiffs' Liaison Counsel Jim O'Callahan and participated in multiple informal hearings and case management conferences with Judge Chaney limited to counsel with cases in the California Vioxx trial pool. Moreover, I assisted Mr. Audet it providing advice, counsel, and feedback to Liaison Counsel with respect to discovery scheduling and a host of other pre-trial matters.

9.      After expending significant time and resources in preparing for a bellwether trial, in consultation with Jim O'Callahan (and the other attorneys with cases in the California Vioxx trial pool) we reluctantly pulled the *Andreasen* case from the trial pool due to the incomplete records from the military base which did not reflect the full scope of Mr. Andreasen's Vioxx exposure and would have resulted in a "mini-trial" on usage. Otherwise, my firm was fully

prepared to expend whatever further time and resources were necessary to take the *Andreasen* case to trial.

10.     Throughout the Vioxx litigation, I worked directly with the senior partner of my firm, William M. Audet, and the other primary Vioxx associate at our firm, Susanne Scovern, in aggressively prosecuting the general liability case against Merck in the California coordinated action. In spite of the adverse jury verdicts in California, New Jersey and elsewhere, our firm continued to fund the litigation and offer new cases for trial, as well as work on a host of other general liability issues (see the Declarations of William Audet attached hereto as Exhibit A). Indeed, at one point, our firm had cases set for trial in both California and New Jersey. In sum, Audet & Partners consistently produced outstanding common benefit work-product throughout the pendency of the litigation.

I declare, under penalty of perjury, that the above is true and correct on this day, October _31_ , 2008, in San Francisco, California.

Joshua C. Ezrin

# EXHIBIT A

**EXHIBIT A**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL Docket No. 1657 (JBW) |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |
| ALL ACTIONS | DECLARATION OF WILLIAM M. AUDET IN SUPPORT OF AUDET & PARTNERS, LLP'S REQUEST FOR COMMON FUND ATTORNEY FEES AND REIMBURSEMENT OF EXPENSES |

I, William M. Audet, declare under penalty of perjury that the following is true and correct:

1.      I am the founding partner of Audet & Partners, LLP (p/k/a Alexander Hawes & Audet, LLP).  Under my direction, members of my firm have committed substantial attorney and paralegal time and incurred significant out-of-pocket expenses, including common fund/assessment payments to the "New Jersey Litigation Fund," in litigation against Merck & Co. relating to the Vioxx litigation.  In addition to providing daily assistance to our clients, my firm's efforts have been geared toward pre-trial activities for the 'common' benefit of all Plaintiffs and in assisting lead and other counsel in the New Jersey State Vioxx litigation (before the Honorable Judge Carol E. Higbee) and California State Vioxx litigation (before the Honorable Victoria Chaney).

2.      Since late 2004, my firm has incurred significant attorney and paralegal time and out-of-pocket expenses in "common benefit" lodestar and in "common benefit" unreimbursed costs. The time and expense reports submitted with this declaration exclude any time or costs associated with any "marketing" and individual case costs. We had two cases on trial track in New Jersey (*LoPresti v. Merck & Tena v. Merck*) and one case on the trial track in California (*Andreasen v. Merck*). My firm currently represents approximately one-hundred clients, with the great majority of cases filed in the New Jersey State Court.

3.      My declaration is submitted to provide this Honorable Court (and any Court appointed Fee Committee) an overview of my firm's "common" benefit work and efforts to assist other firms with Vioxx cases.

4.      Early on in the Vioxx litigation, I and other attorneys at my firm, established and lead an informal Vioxx litigation "working group" of at least two dozen law firms for the specific purpose of sharing information regarding the Vioxx litigation and working directly with consultants and experts to assist in the Vioxx litigation.

5.      Among other activities, I initiated weekly conference calls with other plaintiffs' counsel in this working group with cases pending in state and federal court. During these conference calls, I (or a member of my firm or any other attorney in the working group) would provide important updates to other lawyers with pending cases, provide information regarding upcoming court deadlines and hearings, and share any discovery issues that had recently developed in the case. I also paid for and shared expert work product with members of my Vioxx litigation group. In so doing, others firms and I reduced cost and inefficiencies with respect to the Vioxx litigation as whole.

6.      In addition to the weekly conference calls, I convened a number of in-person Vioxx "mini-seminars" in which my firm brought in medical and trial experts to speak about

2

relevant Vioxx topics to the Vioxx group.  The meetings were usually convened at a time and place of other Vioxx-related plaintiffs' meetings and generally supplemented information provided at the other meetings.  During the course of the litigation, my firm paid for the costs associated with the attendance at the conference by these medical and trial experts.

7.      In addition to heading up this small plaintiffs working group, my firm was fortunate to be allowed the opportunity by the New Jersey counsel, including Seeger Weiss, LLP, and other lead New Jersey attorneys to participate in common benefit work and to pursue important discovery issues before Judge Higbee.  As outlined in the accompanying Declaration of Susanne Scovern, the attorney in my firm assigned essentially full time to the New Jersey Vioxx litigation, both Chris Seeger and David Buchanan provided my firm with opportunities to assist in the overall prosecution of the Vioxx litigation.  Among other issues, my firm, with certain co-counsel (Robert Dassow of Hovde, Dassow & Deets, LLC  in particular), aggressively prosecuted issues related to, among other important topics, sales representatives' scripts, bonuses, physician benefits, bonus payments and IRS reporting relating to physician "payments" by Merck.

8.      In addition, my firm set up a number of plaintiffs-only trial strategy seminars presented by Rodney Jew of CDS, a well-respected trial preparation and consulting firm.  My firm invited a number of firms to participate in the trial strategy sessions.  In order to induce firms to come to the seminar, my firm arranged and paid for the initial costs associated with the trial preparation programs in Palo Alto, California.  Among other attendees included Chris Seeger, David Buchanan, Sol Weiss, and David Jacoby — attorneys with early trial cases in New Jersey.

9.      In addition to providing common benefit assistance in the New Jersey litigation, my firm also had a total of three cases selected for potential early trial before Judge Higbee and

3

before Judge Chaney.  Under the trial selection plan implemented by Judge Chaney, one of my firm's cases (Andreasen) was selected for early trial.  The Andreasen case was subject to extensive pretrial discovery and motion practice.  One unique issue related to marketing activities by Merck directed at military hospitals and medical facilities, on base.  Unfortunately, despite our efforts and a number of pretrial motions held before Judge Chaney, the case turned out not to be suitable for trial due to heavily disputed "usage" issues.  Another, more suitable case was finally selected for trial by the parties with the approval of the California Court.

10.     In addition to the Andreasen case, as detailed in the accompanying declaration of firm attorney Susanne Scovern, our firm was involved in two early trial cases in the New Jersey Vioxx Litigation before Judge Higbee.

11.     Although no specific guidelines for submission of attorneys' fees or reimbursement of expenses were implemented by the State Courts, to the best of our ability, members of my firm that have submitted time to the Court utilizing the guidelines outlined by the MDL Court in PTO No. 6C (and any supplemental instructions provided to us).

12.     To the extent practical, the time and expenses submitted by my firm has only included attorney and paralegal "common benefit" efforts.  Attorneys Chris Seeger and David Buchanan, as well as Sol Weiss's office, Mark Lanier's office and Weitz & Luxenberg's offices, provided solid leadership to the New Jersey plaintiffs' counsel, along with access to critical work product and guidance on pre-trial issues relevant to our cases and the Vioxx litigation as a whole.

13.     With limited exception, since our first filing in the Vioxx litigation, a representative of my firm attended every conference before Judge Higbee and every plaintiff's conference convened by the New Jersey lead counsel.

14.     With respect to the California Vioxx litigation, Tom Girardi's firm provided us with significant assistance and guidance in the Andreasen case, as well as in the California

litigation as a whole.  In addition, the firm provided us with access to critical work product and also provided guidance with respect to our firm's depositions in the Andreasen case.

     15.    My firm's hourly rates are as follows:  Partner William M. Audet ($550.00); Attorney Susanne Scovern ($450.00); Attorney Joshua Ezrin ($375.00); Attorney Adel Nadji ($290.00); Attorney Kevin Thomason ($295.00); Paralegal/Medical Intern Steve Garratt ($110.00); Paralegal/IT Specialist Byron Barrett ($95.00).

     I declare, under penalty of perjury, that the above is true and correct on this day, June 27, 2008.

William M. Audet

### AFFIDAVIT IN SUPPORT OF COMMON BENEFIT FEE APPLICATION

Pursuant to PTO 6(d), Justin Witkin, on behalf of the law firm of Aylstock, Witkin, Kreis & Overholtz, P.L.L.C. ("AWKO"), submits this affidavit to the Vioxx Allocation Committee in support of AWKO's common benefit fee application.  Mr. Witkin is the managing partner of AWKO and has personal knowledge of the facts supporting the assertions contained herein.

1.   The Extent to Which AWKO Made a Substantial Contribution to the Outcome of the Litigation. AWKO attorneys filed their first Vioxx case in 2002 and have been involved in the litigation ever since.  During that long period of time, AWKO attorneys have worn many hats - participating in administrative work, document review, discovery, depositions, drafting, trial preparation, trial package creation and strategic consultation.  Critically, for purposes of this inquiry, **AWKO's participation in these areas has come at the request of the PSC and/or the Court.**  AWKO's time submission is not filled with make-work, collateral "review time" and/or unauthorized hours.[1]  Rather, its time submission is an extremely conservative estimate of the hours expended at the direct request of the PSC or Court and exclusively for the common benefit of the litigation.  AWKO's work in multiple important aspects of this litigation, as more fully described below, directly contributed to the successful resolution in this litigation.

AWKO's Roles in the Vioxx Litigation

a.   **State Liaison Committee.**  Justin Witkin was appointed by the Court to serve on the State Liaison Committee ("SLC").  In that capacity, Mr. Witkin's duties included communicating with vioxx litigation attorneys from around the country regarding the MDL proceedings and facilitating their participation in the MDL and/or access to MDL resources where appropriate.[2]  That duty was carried out through the drafting of a regular newsletter, frequent phone calls and in person meetings at Vioxx status conferences and attorney conferences.  Beyond his communication duties, Mr. Witkin's duties as a member of the SLC included completing various tasks assigned the SLC by the Court and/or the PSC.  Among the projects Mr. Witkin worked on as an SLC member was drafting the state court litigants' sales representative discovery brief and litigation of that issue.  Together with his partner, Neil Overholtz, Mr. Witkin took the lead on this very important and highly contested issue.  Mr. Witkin also assumed a primary role in organizing the Court's remand research project wherein the SLC collected state Vioxx cases with pending motions to remand, categorized the same and presented the Court with a monthly report, and the PSC's Rapid Remand Project which sought to identify cases and attorneys who would be good candidates for immediate remand as part of the overall effort to increase trial pressure on Merck.

b.   **Trial Preparation and Strategy.**  Multiple AWKO attorneys, at the request of the Andy Birchfield with the Beasley Allen firm, assisted in the trial preparation for the *Irvin v. Merck* case that was tried before Judge Fallon.  Their work included research for and drafting motion in limines on a wide assortment of trial issues, performance of deposition cuts, strategic consultation with Beasley Allen attorneys on a variety of FL law issues, and the maintenance of an on-call status for issues that arose throughout the trial of that case.  Because of the unique aspects of Florida law that applied in the Irvin case, AWKO's work on that case was a very important part of the trial preparation and trial thereof.[3]

c.   **Sales and Marketing Committee Work.**  Neil Overholtz and Justin Witkin served on the Sales and Marketing Committee.  Mr. Overholtz, at the request of PSC member Mark Robinson, performed numerous critical tasks on that committee including, but not limited to, drafting the Rule 45 Third Party Subpoenas and Supoenas Duces

---

[1] In an abundance of caution, we note that one time submission – 14 hours for Bryan Aylstock's work on a focus group in Aurora, Colorado, was not pre-authorized by the PSC.  That work was done in response to the PSC's call for trial-ready stroke cases.  AWKO focus grouped one of its stroke client cases to determine whether it would be a good candidate for early trial selection.  AWKO made that work product available to the PSC.

[2] Effectively carrying out this duty required Mr. Witkin to stay abreast of the entirety of the proceedings in the MDL.  That in turn, required Mr. Witkin to read and review voluminous Vioxx pleadings, correspondence and reports as well as talking with PSC members.  The conservative nature of AWKO's time submission is reflected in the fact that Mr. Witkin submitted very few hours for this necessary "background" work.

[3] As one of the early cases tried in the MDL, AWKOs assistance in the trial of the Irvin case inured to the common benefit of all Vioxx claimants.

Tecum which were used to compel the testimony of Merck sales representatives in Florida and other states, developing the PSCs sales representative deposition outline, scheduling the PSCs initial Merck sales representative depositions and serving subpoenas for the same, deposing, along with Leonard Davis with Lead Counsel's office, the person most knowledgeable regarding the format, type, storage, and retention of the field sales force automation database used by Merck to track the activities of the sales representatives detailing Vioxx, and the negotiation and drafting of the agreement with Merck that called for the rolling production of the Electronically Stored Information from the sales call database in an electronic and searchable format. Because of his extensive experience with the sales and marketing discovery issues, Mr. Overholtz was asked to speak at seminars and provide educational materials to other lawyers about the sales and marketing aspects of the case, including Ms. O'Dell with the Beasley Allen firm. Mr. Witkin's contributions in this area included work on the sales representative deposition outline, the sales representative interview project (a PSC investigation into the possibility of interviewing former Merck sales representatives) where he researched numerous states' laws and ethical rules and coordination of sales representative depositions.

d.  **Science Committee Work**.  Bryan Aylstock served on the Science Committee at the outset of this litigation.  In his role on that committee, Mr. Aylstock familiarized himself with the causation issues faced by the plaintiffs in the litigation and worked to identify and develop experts for the PSC on those issues.  Such experts included a Harvard and Cleveland Clinic trained cardiothoracic surgeon who had published multiple papers on issues involving the heart.  Mr. Aylstock also facilitated meetings between experts and members of the various trial teams in the run-up to trial in both the MDL and the New Jersey litigation.

e.  **Stroke Trial Package.**  AWKO attorneys led by Bryan Aylstock, senior attorney Benjamin Anderson and associate Paula Bruner, in response to a request from the PSC, have played an important role in the development of a PSC trial package for stroke victims.  At a time when the situation looked bleak for the plaintiffs' attorneys – particularly with regard to stroke cases, AWKO stepped up and attended multiple in person and telephone meetings to assist the PSC in creating the scientific and liability package that ultimately helped to ensure that Merck resolved the stroke cases.  AWKO attorneys worked with Penny Hermann and others at the PSC to create the stroke case document coding form, and to review and code documents related to the stroke case.

f.  **Document Review.**   AWKO attorneys repeatedly responded to the call for attorneys to review and code documents at both the New York and New Orleans depositories.  Senior attorneys Ken Smith and Benjamin Anderson spent many hours reviewing documents on a variety of scientific issues and custodial files.  Similarly, associate Paula Bruner spent extensive time reviewing and coding documents on topics including sales and marketing, stroke issues, clinical trial data, and medical and scientific studies.  Finally, Mr. Overholtz, in his role on the Sales and Marketing committee reviewed key sales and marketing documents to assist in preparation of the sales and marketing deposition outlines for use by the PSC.

2.  The Quality of AWKO's Common Benefit Work.  As reflected in the previously submitted resumes of the AWKO common benefit attorneys, AWKO's attorneys are all experienced product liability litigators.  The fact that key members of the PSC and PEC – Andy Birchfield, Chris Seeger, Mark Robinson and Richard Arsenault[4] – and the Court, in and through its appointment to requests of the SLC, repeatedly requested AWKO attorney assistance in multiple phases of this litigation is a testament to the quality of common benefit work performed by AWKO.

3.  The Consistency, Quantum, Duration and Intensity of AWKO's Commitment to the Litigation.  A review of the hours submitted by AWKO reveals that AWKO contributed to this litigation consistently from its inception through the point of settlement.  Whenever called upon by the PSC or the Court to assist on a project, AWKO committed all available resources to that project – typically to the exclusion of all other work for a period of time – until the task was complete.

4.  AWKO's Level of Partner Participation.  The vast majority of the common benefit hours submitted by AWKO were performed by AWKO partners and senior attorneys.[5]  The contributions made by AWKO associate attorneys were a small percentage of the total AWKO common benefit time.

---

[4] Some of those PSC and PEC members sit on this Allocation Committee.

[5] AWKO senior attorneys, Kenneth Smith and Ben Anderson, each have over twenty years of product liability litigation experience. During the period in which they performed common benefit work, these attorneys held the official title of "of-counsel" to AWKO.

5.  AWKO's Membership in the PEC, the PSC, or the NPC.  AWKO attorneys were not named to any of these committees. Justin Witkin was appointed by the Court to serve on the State Liaison Committee.

6.  The Jurisdiction in which AWKO's non-MDL Common benefit Work Occurred.  AWKO has not submitted time for non-MDL common benefit work.

7.  AWKO's Activities Surrounding Trials of Individual Vioxx Claimants that Impacted Proceedings on a Common Benefit Level.  As detailed above, AWKO provided significant assistance on the *Irvin* trial and its work product in the expert and sales and marketing committees was used by trial counsel in other Vioxx cases taken to trial.

8.  AWKO's Leadership Positions on Regular Committees Involved in Common Benefit Work.  While the SLC had no official leadership structure, Justin Witkin assumed a vice-chair role to Dawn Barrios on that committee, making presentations to the Court in her absence and generally working with her to coordinate the activities on the SLC. As noted above, AWKO attorneys took leadership roles on critical issues in work performed by the Sales and Marketing Committee, and the Stroke Trial Package development.

9.  AWKO's Participation in Ongoing Activities that are Intended to Provide Common Benefits.  AWKO stands ready to perform additional work as called upon by the PSC, PEC or the Court.

10. Whether AWKO was involved in Vioxx Litigation Prior to its Withdrawal from the Market on September 30, 2004.  AWKO filed its first Vioxx case on December 30, 2002.[6] It would litigate that case and others it filed, throughout 2003 and 2004 leading up to the withdrawal of Vioxx from the US market.  AWKO later began working with Seeger Weiss, filing additional Vioxx cases prior to the withdrawal of Vioxx from the market.[7] Notably, AWKO has submitted none of its extensive 2002-2004 Vioxx litigation time for compensation as common benefit work.

11. AWKO's Involvement in Vioxx Litigation Prior to the JPMDL and how such Involvement Inured to the Common Benefit.  Despite AWKO's involvement in the Vioxx litigation prior to the JPMDL, it has not submitted common benefit time for that work.

12. AWKO's Contribution to the Funding of the Litigation.  While AWKO was not assessed as a member of the SLC, it has incurred $31,962.43 in MDL work related costs.

13. AWKO's Commitment to the Litigation in the Face of Multiple Adverse Verdicts.  A review of AWKO's time submission reflects the fact that it never waivered in its commitment to this litigation.  On the contrary, it made a substantial commitment to the development of the Stroke trial package after the majority of the adverse verdicts had occurred and at a time when many were questioning whether the stroke case could be viable.

14. Other Relevant Factors.  As noted above, AWKO has been very conservative in the submission of its common benefit time, omitting many hours that could reasonably be claimed as common benefit time.  AWKO stands ready to address any other matter that the Allocation Committee may deem relevant to the evaluation of its common benefit time submission.


**Submitted this 31st Day of October, 2008.**

_____

Justin G. Witkin
Aylstock, Witkin, Kreis & Overholtz, PLLC


---

For all purposes relevant to this submission, however, they were employees of AWKO as they worked exclusively for AWKO and AWKO bore all financial responsibility for their work.

[6] *Smith et al. v. Merck et al.*, Case No. 2002-566-KS (Cir. Ct of Lincoln County, MS, Dec. 30, 2002).

[7] *Price v. Merck & Co., Inc.*, Case No. 2004-0408 (Cir. Ct. of Copiah County, MS, May 2004).

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITGATION | * | SECTION: L (3) |
|  | * | JUDGE FALLON |
|  | * | MAG. JUDGE KNOWLES |

** * * * * * * * * * * * * * * * * * * * * * * * * * * *

# AFFIDAVIT OF DAWN M. BARRIOS
# SUBMITTED PURSUANT TO PRE-TRIAL ORDER NO. 6(D)

FAC Resp. Exhibit B -- 152

STATE OF LOUISIANA
PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

### DAWN M. BARRIOS

who, after being duly sworn, did depose and state the following, based on personal knowledge:

1. Affiant's and her law partner, Bruce S. Kingsdorf's, qualifications are in their Curricula Vitae, attached as Exhibits "A" and "B", respectively, which vitae support the caliber of their firm, Barrios, Kingsdorf & Casteix ("BKC"). BKC submitted all common benefit time and expenses in accord with PTO Nos. 6 and 6C.[1]

2. BKC's named partners did all attorney work. It has no associate attorneys, only the 3 named partners. To devote as much time to Vioxx as BKC did oftentimes was a hardship as other projects had to be re-assigned or delayed while Affiant attended to Vioxx related work.[2]

3. Affiant substantially contributed to the success of the Vioxx MDL as she held a leadership role in the MDL as the Chair of the State Liaison Committee ("SLC")[3] (Exhibit "C"); as Judge Fallon charged the SLC with the responsibility for all pending remands (Exhibit "D"); as the PSC put her on several strategic committees[4] and assigned her important work; as the Court appointed Affiant as liaison between the Attorneys General cases, the PSC and Merck (Exhibit "E"); as Ed Blizzard chose her as trial counsel in *Mason* (MDL trial 11/06); and in executing the Court's mandate to the SLC by coordinating state cases with the MDL, as needed and requested, and as described below.

4. Besides Misters Herman, Seeger and Birchfield, Affiant, as Chair of the SLC, is the only other plaintiffs' counsel who routinely reports to the Court at each status conference. Of the 40 status conferences held in the MDL, Affiant personally appeared at 38.[5]

5. Affiant's commitment to the MDL was constant, consistent, and never waned, despite defense verdicts. In fact, adverse verdicts were a catalyst for Affiant working with even more fervor. Recognizing that remand orders would create stress for Merck, Affiant began a concerted effort to emphasize the remands in the SLC's monthly report to the Court, which prompted several judicial pronouncements regarding remands.[6]

6. Another of Affiant's contribution to the MDL was on the trial selection committee. When that committee asked Affiant to search for and identify quality cases to try in the MDL, she turned to seasoned Texas litigators who generally litigate outside of an MDL.[7] As a result, Ed Blizzard submitted several cases, and his *Mason* case was ultimately selected for trial. Mr. Blizzard's involvement in the MDL was as a direct consequence of Affiant's efforts to attract quality cases into the MDL.[8]

7. Affiant was on the *Mason* trial team, and served as Mr. Blizzard's local counsel for the 2 week plus trial. Affiant undertook tasks necessary to prepare *Mason* for trial in the MDL, particularly concentrating on Motions in Limine, jury selection, preparing plaintiff and his wife for their direct and cross-examination testimony, coordinating between the trial team and the PSC so the trial team had access to all information beneficial to it within the PSC's control, and participating in trial.

---

[1] No time was recorded for receipt and review of correspondence, emails or pleadings unless Affiant was intimately involved in the project. And, as Affiant's office is on Poydras Street, Affiant has no travel time billed for New Orleans based activities or Court.
[2] Although Affiant functioned as the state-federal liaison counsel in the Bextra-Celebrex MDL, the level of commitment to the Vioxx MDL necessarily precluded Affiant from as active participation in the Bextra-Celebrex MDL as in Vioxx. Unlike other counsel who are involved in virtually every MDL, Affiant selected Vioxx as one to which she dedicated substantial time.
[3] Judge Fallon appointed the SLC, and the SLC voted Affiant as Chair.
[4] Affiant served on the following committees: discovery, timeline, warnings, sales and marketing, law and briefing, science and experts (stroke committee), third party payor, and trial selection.
[5] For the other 2 conferences which Affiant was unable to attend, Affiant nonetheless prepared materials for the Court and briefed the appearing attorney on the information to report to the Court.
[6] In one instance, the *Garza* case was remanded; the jury returned a plaintiff's verdict of $32,000,000.
[7] Affiant attended several PSC meetings to discuss case selection, and after the *Mason* trial date was set, to help prepare for trial.
[8] Mr. Blizzard's talent, experience, and work ethic were recognized by the leadership in the MDL, and he was chosen to negotiate the personal injury settlement.

8. Affiant was proud to be appointed to the SLC by Judge Fallon as an MDL Court relies heavily on the coordination and cooperation between the MDL and state court litigants and judges.[9] Since a hallmark of coordination is communication, the SLC periodically circulated newsletters to all Vioxx plaintiffs' attorneys informing them of MDL trials, rulings and orders, and seeking information for the PSC. Obtaining the names and contact information for each Vioxx plaintiffs' counsel for the newsletters was extremely time consuming and tedious, and electronically forwarding each of the approximately 1,000 newsletters tied up BKC servers for hours. [10] To disseminate MDL information as widely as possible, Affiant also gave periodic MDL updates at Vioxx or mass tort national seminars.[11]

9. Affiant met with Texas' Judge Wilson and provided him with requested MDL information, trial dates, orders, and status; and on several occasions, Affiant met with Judge Higbee regarding same.

10. As Chair of the SLC, Affiant worked with Doug Marvin and Ted Mayer on depositions cross-noticed to clear dates for each deposition with all counsel, and with these gentlemen and the PSC on the state attorneys' participation in those depositions. Affiant also assisted with the master deposition calendar, and helped with the issue of whether the Texas MDL could use the MDL experts, issues relating to PTO No. 9.[12]

11. One of the SLC's first acts was granted it by Judge Fallon- to file a Memorandum in Support of Unrestricted Discovery Related to Merck's Sales Representatives.[13] When Merck strenuously sought to block all access to information on its sales representatives, the SLC had the opportunity to do a memo on the need for such information since that issue was critical for both state court and MDL litigants. The result was Merck having to defend against 2 separate committees of the MDL, the PSC and SLC.

12. The most time consuming task of Affiant's was the remand project assigned by the Court. The detail oriented and lengthy process must be described to be understood. In order to identify all pending remands, each case's name and counsel had to be determined, and then copies of all relevant remand pleadings had to be obtained. (The record sent to the MDL Court often did not contain these pleadings.) To obtain the information, Affiant pled with Merck (to no avail), met with representatives of the Eastern District's Clerk's office, searched Pacer and the master docket, reviewed thousands of pleadings, and contacted plaintiffs' counsel and/or the transferor courts. Collecting these cases and copies of the pleadings took Affiant and others in her office 3 years, with the project still not being complete. A database of cases with remand motions was created, hyperlinking the name of each pleading with a copy of the pleading, grouping cases by state, describing the legal grounds for removal and remand, and providing a remand order (if any). (This process was done for more than 900 cases. Judge Fallon later requested the SLC to identify and collect all cases removed twice.) Once the master remand database was created, Pacer, the MDL docket, Transfer Orders and CTOs were checked and re-checked.[14] As a result of this work, Judge Fallon was given discs of approximately 955 cases with remands and orders.

13. An adjunct to the remand project was for the SLC to determine what pending remands will be made moot by registration in the settlement. Several times monthly BKC submit all plaintiffs with pending remands to Brown Greer ("BG") to determine the individual claimant's status in the settlement program (many cases have multiple plaintiffs/claimants). This process includes researching and providing to BG the MDL docket number, all plaintiff's counsel listed on remand, and transferor court information. Affiant is presently working on this and will be unable to do the final report for several months.

14. Affiant's willingness to do any job asked competently and efficiently became well known. The PSC or PEC assigned Affiant numerous tasks over the course of the last 3 1/2 years, such as securing additional plaintiffs for the personal injury and medical monitoring state wide classes urged in the Motion for Class Certification and screening their records ("finding heads for headless classes"); identifying competent litigators with good cases with pending remands for the Rapid Remand project; hosting committee meetings; researching Fifth Circuit

---

[9] Affiant is also on the Propulsid MDL's SLC and used the contacts made there and throughout her career to establish the cooperation.

[10] Given the limitations of a small firm, the newsletters on several occasions had every staff member involved.

[11] Affiant quickly became the attorney non-MDL counsel called for information on the MDL, and approximates receiving more than 100 inquiries. Examples of questions regard the applicability of MDL assessments to cases in which a cross notice of deposition was filed, the participation agreement, when a case would be remanded, the status of MDL orders, getting access to the depository and trial package.

[12] PTO No. 9 concerns the right of a state court litigant to cross notice expert depositions.

[13] Of course, the PSC filed the master memo.

[14] Remand orders made outside the MDL were included for Judge Fallon's convenience.

law on class certification of multiple states; working on a mass Motion in Limine database containing all motions, replies, and rulings for all trials to use; obtaining jury charges and interrogatories for the *Irwin* trial team; assisting with deposition of plaintiff Diaz who was scheduled for trial in the MDL and coordinating with Diaz's counsel[15]; creating jury charges for *Diaz*; screening plaintiffs nominated for trial; collecting all class actions; gathering consistent complaints about Merck Profile Form responses; searching for stroke documents in the depository, and attempting to identify 250 cases for case specific discovery (motion filed by PSC, but never argued).

15. The settlement raised the question of which cases were still viable in the MDL.  Using the remand database as a foundation, Affiant compiled a list of all cases seeking non- PI or "economic" relief[16] for presentation to the Court.  From this list Judge Fallon extracted the Attorneys General suits, and has directed Affiant to coordinate the common discovery.[17]

16. Affiant's dedicated work for the MDL is far from complete.  Affiant has just begun the task of coordinating the common discovery on Attorneys General cases ("AG") with Merck, and is discussing the Joint Motion to Lift the Stay with Merck in order to proceed with discovery. Working with Mr. Seeger and Mr. Davis, Affiant will obtain all AG counsel's signatures on a confidentiality agreement, and will thereafter continue to coordinate a master set of common discovery. At the Court's suggestion to determine if there are common issues to try, Affiant has researched the causes of action and damages in the AG cases, and prepared a chart on the similarities and differences between each case.

17. As Judge Fallon recognized in *Murphy Oil*, the number of hours submitted by a firm for common benefit is merely an approximation.[18] For several reasons, Affiant's common benefit hours submitted are less than the number of hours of actual common benefit work performed. Due to Hurricane Katrina in August 2005 and the resulting inability to return to her office until November 2005, Affiant believes that much common benefit time went unrecorded, even though substantial common benefit work was done during the time evacuated, particularly on the remand project.[19] Moreover, Affiant was a member of the *Mason vs. Merck* trial team in the MDL in November 2006.  As Affiant did not at the time envision *Mason* work being MDL work, many hours and tasks apparently went unrecorded.  Affiant also failed to report all hours worked on the remand project and the SLC newsletters as the practicalities of establishing a remand information database and the creation and dissemination of approximately 1,000 electronic newsletters was so incredibly time consuming Affiant chose not to record hours on many occasions.  And finally, Affiant will next week submit pre-April 8, 2005 hours to Wegmann Dazet.

18. BKC has previously submitted 2,085.25 hours for common benefit recognition, 1,373.50 of which were spent by Affiant and Kingsdorf.  Affiant submits that a truly accurate reflection of actual common benefit attorney time to date is closer to 1,600 hours.

19. BKC has submitted $16,677.66 in held expenses and $972.70 in shared expenses, all of which remain outstanding.

_DAWN M. BARRIOS_

SWORN TO AND SUBSCRIBED
BEFORE ME, THIS 31st DAY
OF OCTOBER, 2008.

_____
NOTARY PUBLIC

**MARIA H. ROMANO**
**Notary Public - Orleans Parish, LA**
**Notary ID No. 12380**
**Commissioned For Life**

[15] Prior to trial plaintiff's counsel dismissed the Diez case.

[16] Consumer, third party payor, governmental actions, and medical monitoring cases are the non- PI cases still viable.

[17] In July 2008 Judge Fallon's law clerk requested a spreadsheet with all AG cases be specially created and sent to the Court.

[18] See *Turner v. Murphy Oil USA, Inc.*, 472 F.2d 830,872(E.D. La. 2007)(wherein Judge Fallon concluded that the common benefit hours submitted by the PSC were only a rough estimate of the actual time spent and were probably under-reported)

[19] In order that the SLC fulfill its mission to keep the Court apprised of pending remands at the status conference held in Houston after Katrina, Affiant worked with a firm in Houston to collect and burn all the information to CDs.

# CURRICULUM VITAE
# DAWN M. BARRIOS

*Barrios, Kingsdorf & Casteix, L.L.P. • 701 Poydras Street, Suite 3650 • New Orleans, Louisiana 70139-3650*
*Telephone: 504-524-3300 • Facsimile: 504-524-3313 • Email: barrios@bkc-law.com*

## PERSONAL

Born December 6, 1952, New Orleans, Louisiana
Three sons

## EDUCATION

JURIS DOCTOR DEGREE                                         1973-76
*Tulane Law School*                              *New Orleans, Louisiana*

Honors:     The Admiralty Law Institute Prize, 1974-75.
            The American Jurisprudence Prize for Louisiana Civil Procedure, 1975-76.

BACHELOR OF ARTS DEGREE                                    1970-74
*Newcomb College*                               *New Orleans, Louisiana*

English major.

## LEGAL EXPERIENCE

PARTNER                                                    1995-Present
*Barrios, Kingsdorf & Casteix, L.L.P.*          *New Orleans, Louisiana*

PARTNER                                                    1980-95
*Cleveland, Barrios, Kingsdorf & Casteix, L.L.P.*    *New Orleans, Louisiana*

ASSOCIATE ATTORNEY                                         1979-80
*Carl W. Cleveland & Associates*                *New Orleans, Louisiana*

LAW CLERK                                                  1976-79
*Chief Justice, Joe W. Sanders*                 *New Orleans, Louisiana*
*Louisiana Supreme Court*

## COURT APPOINTMENTS IN COMPLEX LITIGATION

- MDL-1657 Vioxx Products Liability Litigation, United States District Court, Eastern District of Louisiana, State Liaison Committee (2005)

- MDL-1643 Educational Testing Service Litigation, United States District Court, Eastern District of Louisiana, Lead Counsel (2005)

- MDL-1632 In Re High Sulfur Content Gasoline Products Liability Litigation, United States District Court, Eastern District of Louisiana, Class Counsel (2004)

- MDL-1431 Baycol Products Litigation, United States District Court, District of Minnesota, Liaison Advisory Committee (2002)

**EXHIBIT A**

Curriculum Vitae - Dawn M. Barrios
Page 2

- <u>MDL-1355 Propulsid Product Liability</u>, United States District Court, Eastern District of Louisiana, State Liaison Committee (2000)

- <u>West, et al v. G & H Seed Company, et al</u>, 27TH JDC, St. Landry Parish, Docket No. 99-C-4984-C, Plaintiffs' Steering Committee (Toxic Exposure) (2000)

- <u>Parrish, et al v. Tennessee Gas Pipeline Company, Inc., et al</u>, 10th JDC, Natchitoches Parish, Docket No. 64,527-A, Plaintiffs' Steering Committee (Toxic Exposure) (1996)

- <u>Spitzfaden et al v. The Dow Chemical Company, et al</u>, Civil District Court, Parish of Orleans, Docket No. 92-2589-F, Plaintiffs' Steering Committee (Breast Implants) (1994)

## LEGAL WRITING

- Elizabeth Cabraser, William Bernstein, and Dawn Barrios, "New Issues and Key Rulings in the Certification, Trial, Settlement and Appeal of Class Actions" Class Actions, American Bar Association, (2001).

- Lori Andrus and Dawn Barrios, "Absent Class Members - - Drivers or Passengers on the Highway of Discovery" Class/Action Mass Torts Symposium 2001, Louisiana State Bar Association (2001).

- Dawn Barrios, "The Long and Winding Road for Spitzfaden, Louisiana's Breast Implant Class Action: 'Ad Astra Per Aspera'" 74 Tulane Law Review 1941 (2000).

- Dawn Barrios, Note "A Quantum Service: Maritime Personal Injury and Death Awards From the Fifth Circuit Court of Appeal and the Federal District Courts in Louisiana, 1970-1975." Maritime Law Journal (1976).

## LEGAL PRESENTATIONS

- Invited Speaker- BVR Legal/ Mealey's Litigation and Trial Strategies SuperConference, October 2008, Topic- State and Federal Courts: Which Court Will Hear the Case?
- Invited Speaker- Mealey's VIOXX® Settlement Conference: A Plaintiff Bar Discussion & Roundtable, December 2007, Topic- Liability and Risk Factor Adjustments
- Invited Speaker- Louisiana Bar Association, New York, New York, A Multi- Topic Seminar, November 2007, Topic- Navigating Complex Litigation, Class Case Action, and MDLs.. An Overview from Inception to Exit Strategies (and the chaos in between)
- Invited Speaker- Louisiana Bar Association, 7th Annual Class Action-Mass Tort Symposium, October 2007, Topic – Class Notice
- Invited Panel Member - LSU Trial Advocacy Program - August 7-9, 2006
- Invited Co-Chair - Mealey's Vioxx Litigation Conference - May 8-9, 2006 and Moderator of the Judicial Panel Topic: Perspectives from the Bench. Panelists Hon. Wilson, Hon. Duval & Patrick Juneau
- Invited Panel Member- Mealey's Vioxx Litigation Conference, December 2005, Topic - MDL Update
- Invited Speaker- American Bar Association- "The Future of Class Action Litigation in America," November 2005, Topic - Notice Issues, Opt Ins & Outs, Class Management
- Invited Speaker- Vioxx Litigation Conference, Mealey's, June 2005, Topic - Convincing the Jury of Your Case

Curriculum Vitae - Dawn M. Barrios
Page 3

- Invited Mock Trial Litigator- American Trial Lawyers Association, "The Case Against Vioxx: An ATLA Mock Trial," May 2005, Topic
- Invited Speaker- American Bar Association, National Institute on Class Actions,  October 2004, Topic – Notice
- Invited Speaker- Louisiana Bar Association, 5th Annual Class Action-Mass Tort Symposium, October 2004, Topic – Class Notice
- Invited Speaker- Louisiana Trial Lawyers' Association, Mass Tort/Class Action CLE Program, April 2004, Topic – Class Notice
- Invited Speaker- Louisiana State Bar Association, 4th Annual Class Action-Mass Tort Symposium, October 2003, Topic – Notices
- Invited Speaker- Mealey's Baycol Litigation Conference – June 2003, Topic – Current Status of Discovery – State Court Versus MDL
- Invited Speaker- Tulane Law School, 14th Annual CLE By the Hour, December 2002, Topic - Complex Litigation
- Invited Speaker- Mass Torts Made Perfect Seminar, Baycol Litigation, September 2002
- Invited Speaker- Mealey's, Conference on Baycol Litigation, May 2002
- Invited Speaker- Louisiana State Bar Association, 2nd Annual Class Action/Mass Torts Symposium, October 2001, Topic – Discovery to and of Putative Class Members
- Invited Speaker- American Bar Association, Class Actions, October 2001, Topics – Mock Class Certification Hearing and Medical Monitoring
- Invited Speaker- Louisiana State Bar Association, 1st Annual Class Action/Mass Torts Symposium, October 2000, Topic – Strategies & Tactics for Today's Litigation
- Invited Speaker- Tulane Law School and the Tulane Law Review, Class Actions In the Gulf South Symposium, March 2000, Topic – Trickle Dow Effects of Federal Class Action Jurisprudence on the Gulf South
- Invited Speaker- Mealey's Breast Implant Litigation Group, Judges and Lawyers in Complex Litigation, November 1999

GOVERNMENT APPOINTMENT

- Louisiana Commission on Medical Professional Liability (2002)

PROFESSIONAL MEMBERSHIPS

- Louisiana Bar Association
- Louisiana Association for Justice
- American Association for Justice
- Association for Women Attorneys

# CURRICULUM VITAE OF BRUCE S. KINGSDORF

Barrios, Kingsdorf & Casteix, L.L.P.
701 Poydras Street, Suite 3650
New Orleans, Louisiana 70139-3650
Telephone:     504-524-3300
Facsimile: 504-524-3313
Email:     kingsdorf@bkc-law.com

## EDUCATION:

**Legal**:         Tulane Law School.  Juris Doctor Degree, 1974.

**Undergraduate**: Tulane University. Bachelor of Arts Degree, 1971.

## LEGAL EXPERIENCE:

Partner, Barrios, Kingsdorf & Casteix, L.L.P., 1995 to present.
Partner, Cleveland, Barrios, Kingsdorf & Casteix, L.L.P., 1980 to 1995.
Associate Attorney, Carl W. Cleveland & Associates, 1978-1980.
Law Clerk to Justice Albert Tate, Louisiana Supreme Court, 1977 to 1978; Judges
Beer and Morial, Louisiana Fourth Circuit Court of Appeal, 1974 to 1976.

## TEACHING SEMINARS:

- 14th Annual CLE By the Hour, Tulane Law School, December 2002, Topic - Complex Litigation
- Federal Bar Association, Removal and Remand, December, 2004, Topic- Plaintiff's Perspective on Removal and Remand
- Tulane Environmental Law Symposium, Tulane Law School, May 2005, Topic - The Crawfish Case
- Mass Torts and Complex Litigation, Louisiana State Bar Association, October, 2006, Topic - Multi-District Litigation
-

## COURT APPOINTMENT IN MASS TORTS:

Harrison, et al v. Sewell Cadillac-Chevrolet, Inc., Civil District Court for the Parish of Orleans, Docket No. 2002-9074 c/w No. 2001-12445, Lead Counsel (Consumer Claim) (2006)

West, et al v. G & H Seed Company, et al, 27TH JDC, St. Landry Parish, Docket No. 99-C-4984-C, Plaintiffs' Steering Committee (Toxic Exposure) (2000)

Parrish, et al v. Tennessee Gas Pipeline Company, Inc., et al, 10th JDC, Natchitoches Parish, Docket No. 64,527-A, Plaintiffs' Steering Committee (Toxic Exposure) (1996)

## PROFESSIONAL MEMBERSHIP:

Louisiana State and Federal Bar Associations


EXHIBIT
B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO ALL CASES**

<u>**PRETRIAL ORDER #10**</u>

In order to facilitate the coordination of MDL 1657 with state Vioxx cases, the Court

appoints the following State Liaison Committee:

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras St., Suite 3650
New Orleans, LA 70139

Turner W. Branch
Branch Law Firm
2025 Rio Grande Blvd. NW
Albuquerque, NM 87104

Michael S. Burg
Burg Simpson Eldredge Hersh & Jardine
40 Inverness Dr. East
Englewood, CO 80112

Thomas V. Girardi
Girardi and Keese
1126 Wilshire Blvd.
Los Angeles, CA  90017

Barry M. Hill
Hill Toriseva & Williams, PLLC
89 Twelfth St.
Wheeling, WV  26003



EXHIBIT
C

W. Mark Lanier
The Lanier Law Firm
6810 FM 1960 West
Houston, TX 77069

W. James Singleton
Singleton Law Firm
4050 Linwood Ave.
Shreveport , LA 71108

Sol H. Weiss
Anapol, Schwartz,
Weiss, Cohan, Feldman and Smalley, P.C.
1900 Delancey Pl.
Philadelphia, PA 19103

Justin Witkin
Aylstock, Witkin & Sasser, PLC
55 Baybridge Dr.
Gulf Breeze, FL 32562

New Orleans, Louisiana, this __16th__ day of May, 2005.

_/s/ Eldon E. Fallon_____
UNITED STATES DISTRICT JUDGE

-2-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                    :        MDL NO. 1657
      PRODUCTS LIABILITY LITIGATION          :
                              :        SECTION: L (3)
                              :
                              :        JUDGE FALLON
                              :        MAG. JUDGE KNOWLES

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . :

**THIS DOCUMENT RELATES TO ALL CASES**

**ORDER**

      The Court is aware that, prior to transfer to the Eastern District of Louisiana, various

motions were filed in cases that are now part of MDL 1657. Given our docketing system, there

is no way for the Court to identify these transferred motions. Accordingly, IT IS ORDERED

that all pending motions, other than remand motions, that were originally filed in a district other

than the Eastern District of Louisiana are hereby DISMISSED, reserving the movants' right to

refile at an appropriate time if necessary.

      With regard to motions to remand, IT IS ORDERED that the State Liaison Committee

("SLC") compile a list of all pending motions to remand, grouped by state. The Court will

discuss with the SLC the amount of time needed to prepare said list at the next monthly pretrial

conference scheduled to be held on July 19, 2005 at 9:30 a.m.

      New Orleans, Louisiana, this 8th day of July, 2005.

UNITED STATES DISTRICT JUDGE

-1-



**MINUTE ENTRY**
**FALLON, J.**
**JULY 11, 2008**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L (3) |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**RELATED CASE: 05-3700**

A status conference was held on this date in the Chambers of Judge Eldon E. Fallon. James Dugan and Stephen Murray participated on behalf of the Plaintiffs. Dorothy Wimberly, Douglas Marvin (via telephone), and John Beisner (via telephone), participated on behalf of Merck. Russ Herman, Christopher Seeger (via telephone), Andy Birchfield (via telephone), and Arnold Levin (via telephone) participated on behalf of the Plaintiffs' Steering Committee. Dawn Barrios participated on behalf of the State Liaison Committee.

At the status conference, the parties discussed the progress of discovery as well as the pending motion to remand. The Court directed the parties to explore all remaining discovery issues common to the attorney-general cases. Ms. Barrios will assist in coordinating communication with the state attorney generals. The parties are directed to contact the Court to set up an additional status conference after reviewing the common discovery issues.

-1-

JS10(00:30)



EXHIBIT
E

STATE OF ALABAMA        §
MONTGOMERY COUNTY     §

### Affidavit of Andy D. Birchfield, Jr. in Support of Beasley, Allen Crow, Methvin, Portis & Miles, P.C.'s Fee Petition

On this day, Mr. Andy D. Birchfield, Jr. appeared before me, the undersigned notary public. After I administered an oath to him, he said:

"My name is Andy D. Birchfield, Jr. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct:

I serve as Co-Lead Counsel in the Vioxx MDL. I was lead or co-lead counsel in five bellwether trials. I personally invested approximately 9,000 hours for the common benefit of all Vioxx litigants, including approximately 2,200 hours that were devoted to settlement terms and negotiations. In regard to contributions made to bellwether trials, MDL leadership, settlement negotiations, settlement administration, and clients, I have contributed more to the litigation than any other lawyer. In addition to serving as Co-Lead Counsel, I have served as a member of the Plaintiffs' Executive Committee, PSC, Negotiating Committee, Gates Committee, Fee Committee and the Vioxx Settlement Liaison Group. I have maintained an undivided commitment to the litigation, and in so doing, have fulfilled a vital role in every aspect of the case. I continue to carefully attend to the details necessary to ensure the fair and efficient administration of the settlement program.

Moreover, Beasley Allen has been at the forefront of the Vioxx litigation since its inception in 2001. Beasley Allen filed the second case in the country in September 2001, 3 years before Vioxx was withdrawn from the market and more than 3½ years before the MDL was formed. Beasley Allen represents 5,250 clients and has expended in excess of $13.5 million over the course of the litigation, expenses of over $3.125 million dollars inured to the common benefit of all Vioxx litigants. In reaching the total number of clients represented, Beasley Allen evaluated the claims of more than 40,000 individuals. In addition to its efforts on behalf of their clients, Beasley Allen shareholders, associates, and staff have expended over 34,000 hours for common benefit and to ensure the success of the Vioxx litigation. The majority of this time has been invested by Beasley Allen shareholders.

As a Senior Partner at Beasley Allen, I have brought to bear my knowledge, experience and expertise from successfully litigating other mass tort claims, including Rezulin, Lotronex, Meridia, Baycol, and Fen-Phen, among others. In this litigation, bellwether trials proved to be critical, perhaps even the most critical factor in establishing conditions conducive to resolution. Shortly after the formation of the MDL, Judge Fallon announced a plan to conduct four trials in the MDL. Judge Fallon emphasized that the trials would reveal the strengths and weaknesses of each party's case and outlined his intent to bring the parties together at the conclusion of the trial schedule to begin settlement negotiations. True to his word, Judge Fallon convened the parties for initial discussions the day after a jury returned a verdict in the final MDL trial. I served as co-counsel in five bellwether trials – *Irvin I, Irvin II, Barnett, Dedrick*, and *Schwaller* – more than any other lawyer in the country. The Vioxx litigation has been difficult. Proving one's case involved the time-consuming and strenuous process of marshalling complex scientific data, digesting and assimilating thousands of exhibits and multitudes of depositions, in addition to the arduous task of fighting Merck & Co. defense teams with seemingly unlimited manpower and resources. Merck's six-year, scorched-earth defense strategy at a cost of approximately $1.6 billion was unprecedented. Meeting Merck's defenses on multiple fronts, from those asserted in bellwether trials to the more subtle strategies that played out in MDL pleading practice and ultimately, settlement negotiations, has been a daunting task. Throughout the process, I remained committed to daily wage this battle over the course of this difficult and challenging litigation.

My commitment to the Vioxx litigation has precluded my pursuit of employment in other litigations. I have foregone opportunities to serve on other PSC's and opportunities to pursue other major litigations within my area of practice in order to devote full, undivided attention to the Vioxx litigation. In light of the thousands of hours I have devoted to the Vioxx litigation and now continue to devote to the Vioxx resolution program, it would have been physically impossible to pursue further employment. During settlement negotiations, I developed and tested a settlement model by evaluating approximately 500 randomly selected individual cases. This model was used to shape and test proposed settlement terms. The random sample proved to be strategic over the eleven-month negotiation and interestingly, the results from the model have proven to be remarkably accurate when compared against actual results of the Vioxx resolution program. The careful attention that the Negotiating Committee, particularly Ed Blizzard and I, paid to every detail of the settlement led to a settlement program that is unparalleled in mass torts for fairness and efficiency and sets a new standard for future resolution programs.

### Contributions before the Creation of the Vioxx MDL

Under my leadership, Beasley Allen spearheaded, along with Seeger Weiss, Lanier Law Firm, and Shelly Sanford's firm, the initial discovery in the Vioxx litigation, plowing early ground in regard to corporate liability. Our firm reviewed tens of thousands of Merck documents. David Micelli, a former Beasley Allen shareholder, took the early and foundational depositions of key Merck corporate witnesses such as Dr. Edward Scolnick, Dr. Alise Reicin, Dr. Briggs Morrison, Dr. Barry Gertz, Mr. Adam Schechter, among others. Portions of these depositions were ultimately used during MDL bellwether trials and others were valuable building blocks for later depositions. Beginning in 2000, Mr. Micelli pioneered scientific theories which have ultimately been validated in trials and by the Vioxx resolution program. Mr. Micelli developed the important testimony of Dr.

FAC Resp. Exhibit B -- 164

Benedict Luchessi, and other foundational experts. The month before Vioxx was pulled from the market, a Beasley Allen case was scheduled to be the first Vioxx trial in the nation. This case, *Younge v. Merck*, was originally set for trial in the United States District Court for the Southern District of Alabama in August 2004. Beasley Allen prepared the case for trial, but the Court continued the case on the eve of trial due to the Court's schedule. Vioxx was then withdrawn from the market and the *Younge* case was transferred to the MDL upon its creation. More than two years before Vioxx was withdrawn from the market, I was speaking at national seminars and alerting lawyers to the dangers of Vioxx. When Vioxx was pulled off the market, instead of taking a proprietary approach, Beasley Allen shared with lawyers throughout the country the theories of the case, discovery, contacts, and other resources it had developed. Beasley Allen has worked diligently to cultivate a spirit of cooperation among lawyers in state courts and the MDL. Specifically, prior to the formation of the MDL, I encouraged common leadership in the MDL and New Jersey consolidated litigations in order to foster mutual aid and collaboration. Teamwork between state and federal proceedings has been a hallmark of the litigation and essential to its overall success.

## Contributions to Vioxx MDL Process

In addition to my contributions to the MDL, Frank Woodson, a Beasley Allen shareholder, served on the MDL sales and marketing committee. Paul Sizemore, a former Beasley Allen shareholder, played a vital role on the Science Committee and worked with numerous experts used in the MDL as well as in other coordinated litigations, such as Dr. Benedict Luchessi, Dr. Colin Bloor, Dr. Lemuele Moye, Dr. Donna Arnett, Dr. Connie Pechman and Dr. Ira Gelb. During his tenure at Beasley Allen, Mr. Sizemore also served as co-counsel in *Irvin v. Merck* and *Grossberg v. Merck*.

Ms. Leigh O'Dell, a Beasley Allen shareholder, served as a member of the MDL Law and Briefing Committee and the Trial Package Committee. Ms. O'Dell has contributed more than 7,400 hours of time to the MDL to date. Beasley Allen took a lead role in the preparation of the Trial Package. Beasley Allen gathered the grand majority of the pleadings, depositions, deposition trial designations, exhibits, transcripts, and scientific articles that were utilized in bellwether trials. Ms. O'Dell made critical contributions to the Trial Package, co-authoring with Chris Tisi comprehensive memorandums outlining testimony and trial exhibits that can be effectively utilized to rebut Merck's defenses. Ms. O'Dell reviewed documents for the Theme Grid, reviewed protocols for all Merck clinical trials, and served as a point person for the presentation of the Trial Package to the MDL Court. Ms. O'Dell served as co-counsel in *Dedrick v. Merck*, and assisted in the trials of four other bellwether cases. Furthermore, as a result of Ms. O'Dell's broad knowledge about the litigation and settlement program, numerous lawyers from around the country turned to her for assistance and advice regarding litigation matters and continue to look to her for assistance pertaining to the settlement.

In addition to the hours expended on bellwether trials and settlement negotiations, Beasley Allen has invested more than 8,300 hours in the general MDL process.

## Contributions to Bellwether Trials

Beasley Allen lawyers participated in more Vioxx trials than any firm in the country. Of the seventeen trials that took place during the litigation, Beasley Allen lawyers served as lead counsel, co-counsel, or support counsel in seven. *Irvin v. Merck*, a Beasley Allen case, was pending in Florida state court when the case was selected by the parties and the Court to be the first case to be tried in the MDL. After the case was selected at the end of August 2005, Beasley Allen re-filed the case in the MDL and bore the expense and responsibility of preparing the first MDL trial under an extremely tight time-frame of 3 months. The work product developed in preparation for the *Irvin* case became the foundation for preparation in other MDL trials and some state court cases. For example, Daubert motions and oppositions to Merck's Daubert motions, motions in limine, jury instructions, exhibit lists and exhibits, and deposition trial excerpts prepared in *Irvin* were all used in some measure in other federal and state trials. Beasley Allen commissioned and participated in extensive jury research prior to the *Irvin* trial. Due to the devastation and destruction of Hurricane Katrina, the first *Irvin* trial took place in Houston, Texas. The case was tried in November 2005 for approximately two weeks and resulted in a hung jury. The Court ordered a second trial just 8 weeks later in New Orleans during February 2006. The second trial lasted more than two weeks and resulted in a defense verdict. The Court granted Beasley Allen's motion for a third trial after finding that Merck's expert cardiologist misrepresented his qualifications during *Irvin II*. The Plaintiff's Negotiating Committee and Merck entered into the settlement agreement before the third trial could take place. Beasley Allen invested approximately 9,200 hours in the preparation and trials of the *Irvin* case.

Following the second *Irvin* trial, Mark Robinson of Robinson, Calcagnie, & Robinson asked me to serve as co-counsel in *Barnett v. Merck*, the third MDL bellwether trial. I agreed and devoted extensive time and energy to the preparation and the trial of the case. In addition, Ms. O'Dell, along with Kevin Calcagnie of Robinson, Calcagnie, prepared motions in limine and Daubert briefing. Ms. O'Dell and other Beasley Allen staff took the lead in preparing deposition testimony for the trial, exhibits, and other vital trial materials. After a nearly three-week trial during July and August 2006, the jury returned a verdict in favor of Mr. Barnett in the amount of $51,000,000. Beasley Allen invested more than 2,500 hours in the preparation and trial of the *Barnett* case. Beasley Allen did not have a fee interest in the *Barnett* case, but made the contributions outlined above purely for the advancement of the overall litigation.

During June, July and August 2005, while Mr. Sizemore was a shareholder at Beasley Allen, he served as co-counsel in *Grossberg v. Merck*, a Girardi Keese case which was tried in the California consolidated litigation. Mr. Sizemore spent nearly eight weeks in California preparing and participating in this trial. Beasley Allen did not have a fee interest in the *Grossberg* case, but made the contributions outlined above purely for the advancement of the overall litigation. Mr. Sizemore subsequently joined the Girardi Keese firm at least in part to head up its Vioxx litigation.

Another Beasley Allen case, *Dedrick v. Merck* was the last MDL bellwether trial. The *Dedrick* case was a defense selected trial case. Mr. Dedrick had a personal history of alcohol and drug abuse. In addition, Mr. Dedrick had numerous risk factors for heart attack, including a history of smoking, family history of heart disease, diabetes, hypertension and

hypercholesterolemia. *Dedrick* was a very difficult case. Beasley Allen did not withdraw the case from the trial process as is often the practice. Committed to the completion of Judge Fallon's MDL bellwether trial schedule and convinced that demonstrating a willingness to press forward despite a challenging fact pattern was critical to the overall success of the litigation, I, along with Ms. O'Dell and the entire Beasley Allen team, gave Mr. Dedrick our best efforts, trying the case for almost three weeks. The case resulted in a defense verdict. Beasley Allen invested approximately 5,500 hours and over $1 million in the preparation and trial of the *Dedrick* case.

While the *Dedrick* trial was underway in the MDL, *Albright v. Merck* was tried in the Circuit Court of Jefferson County, Alabama. Ben Locklar, a Beasley Allen shareholder, assisted in the preparation and the trial of the *Albright* case. Beasley Allen did not have a fee interest in the *Albright* case, but rather assisted with the case purely for the advancement of the overall litigation.

Lastly, I served as co-counsel with Mikal Watts in the trial of *Schwaller v. Merck* in Madison County, Illinois. I worked with Watts Firm to develop trial strategy, and directed and cross-examined key plaintiff and defense witnesses. Ms. O'Dell prepared and argued all deposition designations and oversaw the admission of all evidence at trial. Beasley Allen invested approximately 2,250 hours in the preparation and trial of the *Schwaller* case. Beasley Allen did not have a fee interest in the *Schwaller* case, but made the contributions outlined above purely for the advancement of the litigation.

From August 2005 until March 2007, Ms. O'Dell and I devoted the vast majority of our time to the preparation or the trial of bellwether cases. In addition, we also spent considerable time advising and contributing to the development of trial strategies for other cases in which we were not directly involved.

## Contributions to Settlement Negotiations

On December 14, 2006, the day after the jury returned a verdict in *Dedrick v. Merck*, negotiations between Plaintiffs' counsel and Merck began and continued until a resolution was reached during the early morning hours of November 9, 2007. As members of the Plaintiffs' Negotiating Committee, Ed Blizzard and I took the lead in negotiating the actual terms of the Settlement Agreement, carefully researching and testing the effect of key provisions such as various risk factors and degrees of injury to ensure a fair settlement and appropriate compensation for all participants. The success of our efforts is seen in the 99% voluntary participation rate of all eligible claimants. I, along with Ms. O'Dell and Roger Smith, a Beasley Allen shareholder, spent hundreds of hours developing a random sample upon which settlement terms might be tested. The random sample involved the claims of approximately 500 claimants. Negotiation points such as injury level definitions, risk factor reductions, consistency adjustments and label adjustments were tested using the sample model. Beasley Allen retained and worked with a biostatistician, Dr. Mark Carpenter, to verify the sample and extrapolate test results across the 50,000-person Vioxx claimant population. These predictions were vital as negotiations progressed. More importantly, the projections based on the sample have proven to be remarkably accurate when compared against actual results currently being seen in the Resolution Program. I coordinated with other Plaintiff Negotiating counsel the drafting process for the settlement agreement. Immediately following the signing of the settlement agreement, I played a pivotal role in educating other plaintiff counsel about the program. Beasley Allen invested approximately 5,400 hours in the settlement negotiation process.

## Contributions to Settlement Administration

The efficient operation of the Vioxx Resolution Program requires daily attention to myriad details. In order to ensure that the Resolution Program is implemented in keeping with the agreement of the parties and with efficiency, I have maintained nearly daily contact with Merck and Brown Greer, the Vioxx Claims Administrator. These contacts are in addition to weekly Vioxx Liaison calls and have canvassed material settlement terms such as registration, enrollment, walk-away rights, the submission of claims materials, the pass/fail ratios, the calculation of Merck pushes, among other issues. I have spent and continue to spend considerable time working through enrollment deficiency issues with Brown Greer and Merck. I shepherded the calculation of the estimated MI point value. Moreover, I serve on the Gate Committee and along with Ms. O'Dell, have reviewed and continue to review hundreds of Vioxx claims pending before the Gate Committee.

Beasley Allen, under my leadership, has been at the forefront of the Vioxx litigation from beginning to present – from the filing of the earliest lawsuits, to the formation of the MDL, through the bellwether trial process, and finally, into the settlement phase. No other firm has made more substantive and expansive contributions to each facet of the litigation process. Therefore, no firm should be awarded a higher common benefit fee than Beasley Allen."

Andy D. Birchfield, Jr.

SWORN to and SUBSCRIBED before me this the 31st day of October, 2008.

NOTARY PUBLIC
My Commission Expires: 5-15-10

STATE OF ALABAMA        §
MONTGOMERY COUNTY   §

**Affidavit of Andy D. Birchfield, Jr. in Support of Beasley, Allen
Crow, Methvin, Portis & Miles, P.C.'s Fee Petition**

On this day, Mr. Andy D. Birchfield, Jr. appeared before me, the undersigned notary public. After I administered an oath to him, he said:

"My name is Andy D. Birchfield, Jr. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct:

I serve as Co-Lead Counsel in the Vioxx MDL. I was lead or co-lead counsel in five bellwether trials. I personally invested approximately 9,000 hours for the common benefit of all Vioxx litigants, including approximately 2,200 hours that were devoted to settlement terms and negotiations. In regard to contributions made to bellwether trials, MDL leadership, settlement negotiations, settlement administration, and clients, I have contributed more to the litigation than any other lawyer. In addition to serving as Co-Lead Counsel, I have served as a member of the Plaintiffs' Executive Committee, PSC, Negotiating Committee, Gates Committee, Fee Committee and the Vioxx Settlement Liaison Group. I have maintained an undivided commitment to the litigation, and in so doing, have fulfilled a vital role in every aspect of the case. I continue to carefully attend to the details necessary to ensure the fair and efficient administration of the settlement program.

Moreover, Beasley Allen has been at the forefront of the Vioxx litigation since its inception in 2001. Beasley Allen filed the second case in the country in September 2001, 3 years before Vioxx was withdrawn from the market and more than 3½ years before the MDL was formed. Beasley Allen represents 5,250 clients and has expended in excess of $13.5 million over the course of the litigation, expenses of over $3.125 million dollars inured to the common benefit of all Vioxx litigants. In reaching the total number of clients represented, Beasley Allen evaluated the claims of more than 40,000 individuals. In addition to its efforts on behalf of their clients, Beasley Allen shareholders, associates, and staff have expended over 34,000 hours for common benefit and to ensure the success of the Vioxx litigation. The majority of this time has been invested by Beasley Allen shareholders.

As a Senior Partner at Beasley Allen, I have brought to bear my knowledge, experience and expertise from successfully litigating other mass tort claims, including Rezulin, Lotronex, Meridia, Baycol, and Fen-Phen, among others. In this litigation, bellwether trials proved to be critical, perhaps even the most critical factor in establishing conditions conducive to resolution. Shortly after the formation of the MDL, Judge Fallon announced a plan to conduct four trials in the MDL. Judge Fallon emphasized that the trials would reveal the strengths and weaknesses of each party's case and outlined his intent to bring the parties together at the conclusion of the trial schedule to begin settlement negotiations. True to his word, Judge Fallon convened the parties for initial discussions the day after a jury returned a verdict in the final MDL trial. I served as co-counsel in five bellwether trials – Irvin I, Irvin II, Barnett, Dedrick, and Schwaller – more than any other lawyer in the country. The Vioxx litigation has been difficult. Proving one's case involved the time-consuming and strenuous process of marshalling complex scientific data, digesting and assimilating thousands of exhibits and multitudes of depositions, in addition to the arduous task of fighting Merck & Co. defense teams with seemingly unlimited manpower and resources. Merck's six-year, scorched-earth defense strategy at a cost of approximately $1.6 billion was unprecedented. Meeting Merck's defenses on multiple fronts, from those asserted in bellwether trials to the more subtle strategies that played out in MDL pleading practice and ultimately, settlement negotiations, has been a daunting task. Throughout the process, I remained committed to daily wage this battle over the course of this difficult and challenging litigation.

My commitment to the Vioxx litigation has precluded my pursuit of employment in other litigations. I have foregone opportunities to serve on other PSC's and opportunities to pursue other major litigations within my area of practice in order to devote full, undivided attention to the Vioxx litigation. In light of the thousands of hours I have devoted to the Vioxx litigation and now continue to devote to the Vioxx resolution program, it would have been physically impossible to pursue further employment. During settlement negotiations, I developed and tested a settlement model by evaluating approximately 500 randomly selected individual cases. This model was used to shape and test proposed settlement terms. The random sample proved to be strategic over the eleven-month negotiation and interestingly, the results from the model have proven to be remarkably accurate when compared against actual results of the Vioxx resolution program. The careful attention that the Negotiating Committee, particularly Ed Blizzard and I, paid to every detail of the settlement led to a settlement program that is unparalleled in mass torts for fairness and efficiency and sets a new standard for future resolution programs.

**Contributions before the Creation of the Vioxx MDL**

Under my leadership, Beasley Allen spearheaded, along with Seeger Weiss, Lanier Law Firm, and Shelly Sanford's firm, the initial discovery in the Vioxx litigation, plowing early ground in regard to corporate liability. Our firm reviewed tens of thousands of Merck documents. David Micelli, a former Beasley Allen shareholder, took the early and foundational depositions of key Merck corporate witnesses such as Dr. Edward Scolnick, Dr. Alise Reicin, Dr. Briggs Morrison, Dr. Barry Gertz, Mr. Adam Schechter, among others. Portions of these depositions were ultimately used during MDL bellwether trials and others were valuable building blocks for later depositions. Beginning in 2000, Mr. Micelli pioneered scientific theories which have ultimately been validated in trials and by the Vioxx resolution program. Mr. Micelli developed the important testimony of Dr.

Benedict Luchessi, and other foundational experts. The month before Vioxx was pulled from the market, a Beasley Allen case was scheduled to be the first Vioxx trial in the nation. This case, *Younge v. Merck*, was originally set for trial in the United States District Court for the Southern District of Alabama in August 2004. Beasley Allen prepared the case for trial, but the Court continued the case on the eve of trial due to the Court's schedule. Vioxx was then withdrawn from the market and the *Younge* case was transferred to the MDL upon its creation. More than two years before Vioxx was withdrawn from the market, I was speaking at national seminars and alerting lawyers to the dangers of Vioxx. When Vioxx was pulled off the market, instead of taking a proprietary approach, Beasley Allen shared with lawyers throughout the country the theories of the case, discovery, contacts, and other resources it had developed. Beasley Allen has worked diligently to cultivate a spirit of cooperation among lawyers in state courts and the MDL. Specifically, prior to the formation of the MDL, I encouraged common leadership in the MDL and New Jersey consolidated litigations in order to foster mutual aid and collaboration. Teamwork between state and federal proceedings has been a hallmark of the litigation and essential to its overall success.

## Contributions to Vioxx MDL Process

In addition to my contributions to the MDL, Frank Woodson, a Beasley Allen shareholder, served on the MDL sales and marketing committee. Paul Sizemore, a former Beasley Allen shareholder, played a vital role on the Science Committee and worked with numerous experts used in the MDL as well as in other coordinated litigations, such as Dr. Benedict Luchessi, Dr. Colin Bloor, Dr. Lemuele Moye, Dr. Donna Arnett, Dr. Connie Pechman and Dr. Ira Gelb. During his tenure at Beasley Allen, Mr. Sizemore also served as co-counsel in *Irvin v. Merck* and *Grossberg v. Merck*.

Ms. Leigh O'Dell, a Beasley Allen shareholder, served as a member of the MDL Law and Briefing Committee and the Trial Package Committee. Ms. O'Dell has contributed more than 7,400 hours of time to the MDL to date. Beasley Allen took a lead role in the preparation of the Trial Package. Beasley Allen gathered the grand majority of the pleadings, depositions, deposition trial designations, exhibits, transcripts, and scientific articles that were utilized in bellwether trials. Ms. O'Dell made critical contributions to the Trial Package, co-authoring with Chris Tisi comprehensive memorandums outlining testimony and trial exhibits that can be effectively utilized to rebut Merck's defenses. Ms. O'Dell reviewed documents for the Theme Grid, reviewed protocols for all Merck clinical trials, and served as a point person for the presentation of the Trial Package to the MDL Court. Ms. O'Dell served as co-counsel in *Dedrick v. Merck*, and assisted in the trials of four other bellwether cases. Furthermore, as a result of Ms. O'Dell's broad knowledge about the litigation and settlement program, numerous lawyers from around the country turned to her for assistance and advice regarding litigation matters and continue to look to her for assistance pertaining to the settlement.

In addition to the hours expended on bellwether trials and settlement negotiations, Beasley Allen has invested more than 8,300 hours in the general MDL process.

## Contributions to Bellwether Trials

Beasley Allen lawyers participated in more Vioxx trials than any firm in the country. Of the seventeen trials that took place during the litigation, Beasley Allen lawyers served as lead counsel, co-counsel, or support counsel in seven. *Irvin v. Merck*, a Beasley Allen case, was pending in Florida state court when the case was selected by the parties and the Court to be the first case to be tried in the MDL. After the case was selected at the end of August 2005, Beasley Allen re-filed the case in the MDL and bore the expense and responsibility of preparing the first MDL trial under an extremely tight time-frame of 3 months. The work product developed in preparation for the *Irvin* case became the foundation for preparation in other MDL trials and some state court cases. For example, Daubert motions and oppositions to Merck's Daubert motions, motions in limine, jury instructions, exhibit lists and exhibits, and deposition trial excerpts prepared in *Irvin* were all used in some measure in other federal and state trials. Beasley Allen commissioned and participated in extensive jury research prior to the *Irvin* trial. Due to the devastation and destruction of Hurricane Katrina, the first *Irvin* trial took place in Houston, Texas. The case was tried in November 2005 for approximately two weeks and resulted in a hung jury. The Court ordered a second trial just 8 weeks later in New Orleans during February 2006. The second trial lasted more than two weeks and resulted in a defense verdict. The Court granted Beasley Allen's motion for a third trial after finding that Merck's expert cardiologist misrepresented his qualifications during *Irvin II*. The Plaintiff's Negotiating Committee and Merck entered into the settlement agreement before the third trial could take place. Beasley Allen invested approximately 9,200 hours in the preparation and trials of the *Irvin* case.

Following the second *Irvin* trial, Mark Robinson of Robinson, Calcagnie, & Robinson asked me to serve as co-counsel in *Barnett v. Merck*, the third MDL bellwether trial. I agreed and devoted extensive time and energy to the preparation and the trial of the case. In addition, Ms. O'Dell, along with Kevin Calcagnie of Robinson, Calcagnie, prepared motions in limine and Daubert briefing. Ms. O'Dell and other Beasley Allen staff took the lead in preparing deposition testimony for the trial, exhibits, and other vital trial materials. After a nearly three-week trial during July and August 2006, the jury returned a verdict in favor of Mr. Barnett in the amount of $51,000,000. Beasley Allen invested more than 2,500 hours in the preparation and trial of the *Barnett* case. Beasley Allen did not have a fee interest in the *Barnett* case, but made the contributions outlined above purely for the advancement of the overall litigation.

During June, July and August 2005, while Mr. Sizemore was a shareholder at Beasley Allen, he served as co-counsel in *Grossberg v. Merck*, a Girardi Keese case which was tried in the California consolidated litigation. Mr. Sizemore spent nearly eight weeks in California preparing and participating in this trial. Beasley Allen did not have a fee interest in the *Grossberg* case, but made the contributions outlined above purely for the advancement of the overall litigation. Mr. Sizemore subsequently joined the Girardi Keese firm at least in part to head up its Vioxx litigation.

Another Beasley Allen case, *Dedrick v. Merck* was the last MDL bellwether trial. The *Dedrick* case was a defense selected trial case. Mr. Dedrick had a personal history of alcohol and drug abuse. In addition, Mr. Dedrick had numerous risk factors for heart attack, including a history of smoking, family history of heart disease, diabetes, hypertension and

FAC Resp. Exhibit B -- 168

hypercholesterolemia. *Dedrick* was a very difficult case. Beasley Allen did not withdraw the case from the trial process as is often the practice. Committed to the completion of Judge Fallon's MDL bellwether trial schedule and convinced that demonstrating a willingness to press forward despite a challenging fact pattern was critical to the overall success of the litigation, I, along with Ms. O'Dell and the entire Beasley Allen team, gave Mr. Dedrick our best efforts, trying the case for almost three weeks. The case resulted in a defense verdict. Beasley Allen invested approximately 5,500 hours and over $1 million in the preparation and trial of the *Dedrick* case.

While the *Dedrick* trial was underway in the MDL, *Albright v. Merck* was tried in the Circuit Court of Jefferson County, Alabama. Ben Locklar, a Beasley Allen shareholder, assisted in the preparation and the trial of the *Albright* case. Beasley Allen did not have a fee interest in the *Albright* case, but rather assisted with the case purely for the advancement of the overall litigation.

Lastly, I served as co-counsel with Mikal Watts in the trial of *Schwaller v. Merck* in Madison County, Illinois. I worked with Watts Firm to develop trial strategy, and directed and cross-examined key plaintiff and defense witnesses. Ms. O'Dell prepared and argued all deposition designations and oversaw the admission of all evidence at trial. Beasley Allen invested approximately 2,250 hours in the preparation and trial of the *Schwaller* case. Beasley Allen did not have a fee interest in the *Schwaller* case, but made the contributions outlined above purely for the advancement of the litigation.

From August 2005 until March 2007, Ms. O'Dell and I devoted the vast majority of our time to the preparation or the trial of bellwether cases. In addition, we also spent considerable time advising and contributing to the development of trial strategies for other cases in which we were not directly involved.

### Contributions to Settlement Negotiations

On December 14, 2006, the day after the jury returned a verdict in *Dedrick v. Merck*, negotiations between Plaintiffs' counsel and Merck began and continued until a resolution was reached during the early morning hours of November 9, 2007. As members of the Plaintiffs' Negotiating Committee, Ed Blizzard and I took the lead in negotiating the actual terms of the Settlement Agreement, carefully researching and testing the effect of key provisions such as various risk factors and degrees of injury to ensure a fair settlement and appropriate compensation for all participants. The success of our efforts is seen in the 99% voluntary participation rate of all eligible claimants. I, along with Ms. O'Dell and Roger Smith, a Beasley Allen shareholder, spent hundreds of hours developing a random sample upon which settlement terms might be tested. The random sample involved the claims of approximately 500 claimants. Negotiation points such as injury level definitions, risk factor reductions, consistency adjustments and label adjustments were tested using the sample model. Beasley Allen retained and worked with a biostatistician, Dr. Mark Carpenter, to verify the sample and extrapolate test results across the 50,000-person Vioxx claimant population. These predictions were vital as negotiations progressed. More importantly, the projections based on the sample have proven to be remarkably accurate when compared against actual results currently being seen in the Resolution Program. I coordinated with other Plaintiff Negotiating counsel the drafting process for the settlement agreement. Immediately following the signing of the settlement agreement, I played a pivotal role in educating other plaintiff counsel about the program. Beasley Allen invested approximately 5,400 hours in the settlement negotiation process.

### Contributions to Settlement Administration

The efficient operation of the Vioxx Resolution Program requires daily attention to myriad details. In order to ensure that the Resolution Program is implemented in keeping with the agreement of the parties and with efficiency, I have maintained nearly daily contact with Merck and Brown Greer, the Vioxx Claims Administrator. These contacts are in addition to weekly Vioxx Liaison calls and have canvassed material settlement terms such as registration, enrollment, walk-away rights, the submission of claims materials, the pass/fail ratios, the calculation of Merck pushes, among other issues. I have spent and continue to spend considerable time working through enrollment deficiency issues with Brown Greer and Merck. I shepherded the calculation of the estimated MI point value. Moreover, I serve on the Gate Committee and along with Ms. O'Dell, have reviewed and continue to review hundreds of Vioxx claims pending before the Gate Committee.

Beasley Allen, under my leadership, has been at the forefront of the Vioxx litigation from beginning to present – from the filing of the earliest lawsuits, to the formation of the MDL, through the bellwether trial process, and finally, into the settlement phase. No other firm has made more substantive and expansive contributions to each facet of the litigation process. Therefore, no firm should be awarded a higher common benefit fee than Beasley Allen."

Andy D. Birchfield, Jr.


SWORN to and SUBSCRIBED before me this the 31st day of October, 2008.

NOTARY PUBLIC
My Commission Expires: 5-15-10

## AFFIDAVIT OF THE BECNEL LAW FIRM, LLC
### AS PER PRE-TRIAL ORDER NO. 6(D)

STATE OF LOUISIANA
PARISH OF ST. JOHN THE BAPTIST

Before me the undersigned authority, personally came and appeared:

DANIEL E. BECNEL, JR.

who after first being duly sworn, deposed and said:

Well over one and one-half years prior to the withdrawal of Vioxx from the marketplace, our office began investigating the possible effects of Vioxx which may have caused heart attacks and/or strokes. A great deal of medical research was conducted and numerous articles were researched concerning toxic responses of the heart and vascular system caused by this drug. Dr. Daniel Acosta, Jr., from the Department of Pharmacology and Toxicology at the University of Texas and Cincinnati was consulted. Medline research was begun and numerous cardiologists were consulted, including Dr. John Markis from Harvard and Dr. Paul Nathan from Louisiana. Daniel E. Becnel, Jr., on behalf of the PSC, also worked with Dr. Suzanne Parisian, a FDA Expert, at the request of John Restaino and others. Our office then began a cooperative effort, prior to the recall, with the Beasley Allen office in Montgomery, Alabama, as Beasley Allen and Chris Seeger's office were leaders prior to the MDL and additionally because document depositories had been set up in Montgomery and New York. Our office supplied lawyers full time to begin the review of documents. Our office sent teams of lawyers each week to work in Montgomery on document review and document preparation for depositions in state court actions and provided hotel accommodations for the lawyers in both Montgomery and New York. My office required that they share rooms and travel over 700 miles round trip to Montgomery. We did not bill for travel time which took over four hours each direction. Our office supplied a vehicle to have these lawyers transported to and from Montgomery.

Among the lawyers who worked on this case prior to and after the Vioxx recall are the following: Meghan Becnel (3 year lawyer) , Michael Breinin (12 year lawyer), Salvadore Christina, Jr. (8 year lawyer), Caroline Donlon (25 year lawyer), Monica Gant (7 year lawyer), Barbara Harris (nurse), Kevin Klibert (8 year lawyer), Holly Lamarche (4 year lawyer), Mary Lorenz (4 year lawyer), Juanita Marino (4 year lawyer), Judge Ruche J. Marino, retired (46 year lawyer), Matthew Moreland (12 year lawyer), Kelly Morton (2 year lawyer), Margaret Parker (4 year lawyer), William Percy (26 year lawyer), Darla Sanderson (6 year lawyer, 10 year pharmacy technician), Deanne Sirmon (6 year lawyer) and Rebecca Todd (10 year lawyer, 10 year paralegal). These individuals included lawyers and nurses, as well as a retired state judge. Many of the lawyers had extensive training having worked in the past as defense lawyers for major firms and on many previous MDL's. Our office was immediately assigned to do page and line summaries of all depositions that had been taken and our lawyers did one-fifth of all state and/or MDL deposition summaries. Our office consulted with Dr. Cyril Wecht, a forensic pathologist, concerning death cases and how proof of death from Vioxx could be proven under *Daubert* standards. Our office took Dr. Nachman Brautbar to Las Vegas, at the request of Mike Papantonio, to give a lecture to other lawyers concerning death cases involving Vioxx. This occurred at Mass Torts Made Perfect. Our office provided airfare, hotel and an honorarium to Dr. Wecht for performing this service.

Numerous meetings were held in California, Texas, New York, Washington, D.C., Miami and New Orleans in an effort to organize this case for over a year prior to the MDL. My office initiated many of these meetings and I undertook to have a consensus built for electing leadership and for the sharing of information. Our office has collected and disseminated information on a weekly basis monitoring the development of the Vioxx case.

After our office filed a motion for MDL status we were able, at these numerous meetings, to put forth a group of judges and districts which we would recommend. This consensus resulted in six jurisdictions being sought by plaintiffs – a reduction from fifty-four jurisdictions which were originally asked for by plaintiffs. A full discussion was had concerning each potential district, district judge and appellate court regarding, *inter alia,* the status of the law in each jurisdiction and in each appeals court.

My case, *Christina v. Merck,* was filed in the Eastern District of Louisiana on October 1, 2004. This case was allotted to Judge Eldon E. Fallon, and I subsequently then moved for the MDL Panel to allot this case to Judge Fallon. After my oral argument, the case was indeed allotted to Judge Fallon.

Information including but not limited to deposition notebooks, and "hot" documents have been distributed freely through the cooperative effort of Chris Seeger, Andy Birchfield, Richard Arsenault and myself provided a Confidentiality Agreement has been signed. In over thirty-nine years of practicing law, I have never seen such cooperation among the Plaintiffs' Bar as in this case.

Developing leadership in this case involved hundreds of lawyers from across the country and was of utmost importance to the success of this litigation. I personally called a meeting at Antoine's Restaurant in New Orleans, at my expense, and invited every lawyer who had a filed case or was interested in the litigation to meet and confirm leadership. At this meeting I made a motion that the group unanimously ask Judge Fallon to appoint Chris Seeger and Andy Birchfield as Lead Counsel. There was not a consensus for Liaison Counsel at that time and, therefore, a number of people stated they would simply submit their application to the Court and, Russ Herman was appointed. Although I was not personally appointed to the Plaintiffs' Committee, I undertook to have people continue to work in both New York and Montgomery until a MDL depository was established. Once the MDL Depository was established, members of my firm continued to work full time on this litigation. These lawyers did document review/coding, prepared page and line deposition summaries, and prepared trial cuts on depositions.

Rebecca Todd of my office was asked by Mark Robinson, because she was familiar with all of the documents, to assist him as chairman of the Trial Team in the Barnett case. Rebecca worked with the plaintiff and Mark on a day and night basis under Mark's direction. All of the lawyers who worked in the MDL Depository were given assignments through the Seeger, Birchfield and Herman offices. Many of the lawyers of my firm worked on reviewing clinical trials and the documents related to those trials. Many were involved in preparing deposition notebooks at the depository which were then sent to various firms conducting the depositions. Will Percy and Rebecca Todd worked in New York. Mr. Percy worked 14 straight months, eight or more hours each day, in the New Orleans depository. He also worked extensively in Montgomery, Alabama. He reviewed custodial files, Data Safety Monitoring Board documents, FDA documents and Worldwide Adverse Experience System documents. He and Rebecca reviewed the New Drug Applications, as well as FDA documents, Advertising, Marketing and Promotional documents.

Daniel E. Becnel, Jr. was asked by ATLA to be the judge at a two day mock trial on Vioxx held in New Orleans. This included over 500 lawyers with over 25 lawyers having roles in the presentation of the mock trial for both plaintiffs and defense. Three mock trial juries were debriefed and their findings used to assist in upcoming trials in Texas, New Jersey, California, Houston and New Orleans. At this mock trial, Daniel E. Becnel, Jr. had Dr. John Markis, a cardiologist; Dr. Augustine Aruna, a pharmacologist; Dr. Daniel Acosta, Jr., a pharmacologist; Dr. Cyril Wecht, a forensic pathologist; and Dr. Nachman Brautbar, an internal medicine and toxicology specialist, at his expense, monitor the mock trial and attend meetings with Shelly Sanford and Carlene Lewis. These experts were asked to review documents, make comments, to listen to the mock trial and give their opinion as to what was or was not effective on behalf of the plaintiffs and what potential defenses to the plaintiffs' case could be utilized. Hundreds of hours prior to the formation of the MDL had been logged by

the Becnel Law Firm. Since many of the projects which were worked on prior to the formation of the MDL were done by Matt Moreland, Sal Christina, Rebecca Todd, Kevin Klibert and others, much of this time was not logged because in most instances, MDL time does not become logged until after the formation of a MDL and the appointment of a PSC.

Probably the single most important event in the entire litigation was having Judge Eldon E. Fallon appointed as the MDL Judge as it was through his leadership that this case was ultimately resolved, even after the plaintiff's lost most of our cases.

Daniel E. Becnel, Jr. served on many committees, including Science and Experts, and attended nearly every status conference and phone conferences of those committees to discuss strategy, experts, peer-reviewed publications, clinical trials, the NDA, marketing, as well as product development over the course of the litigation. He continually worked with Richard Arsenault, Gerald Meunier and John Restaino on various projects concerning causation. Susan Williams, a nurse, and Darla Sanderson, who was a pharmacy technician, as well as an attorney, reviewed many of the studies and medical literature at the request of the Plaintiffs' Steering Committee.

Daniel E. Becnel, Jr. personally performed more than 500 hours on most of the above projects prior to the MDL and disseminated this information through the Vioxx Litigation Group through seminars and by sending constant updates to lawyers in both state and federal courts. In addition, after the MDL started, Daniel E. Becnel, Jr. logged 396 hours on various committees. Daniel E. Becnel, Jr. did not bill for review of all of the "hot" documents and the supervision of all of the lawyers who were performing work in Montgomery, New York and the MDL document depository. He would work with and discuss issues dealing with science, "hot" documents and the direction of the litigation with the lawyers he assigned to the above-mentioned document depositories. This was done due to the fact that there was a constant need for lawyers to do this work and a constant call by the MDL to firms throughout the country to supply personnel to do this work. However, he spent more than a thousand hours directing his team of lawyers on document review, the NDA's, clinical trials and the like.

It should be noted that one of Daniel E. Becnel, Jr.'s paralegals, Carlis Griffin, who had previously been assigned to the document depository with Penny Herman in the Propulsid Litigation, was asked to work for the PSC on the Vioxx Litigation. Rather than having Ms. Griffin return to the Becnel office, he allowed her to be employed by the PSC as a secretary/paralegal and administrator of the document depository in New Orleans after Hurricane Katrina. She has continually remained at that position in the employ of the PSC.

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 20TH DAY OF
OCTOBER, 2008.

NOTARY PUBLIC

Darryl J. Becnel, Notary Public
La. Bar # 22849
Attorney-at-Law
My commission is for life.

Daniel E. Becnel, Jr. (#2926)
Becnel Law Firm, LLC
P. O. Drawer H
Reserve, LA 70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445
E-mail: dbecnel@becenllaw.com

**LAW OFFICES OF ROBERT M. BECNEL**
ATTORNEYS AT LAW
**425 West Airline Highway**
**Suite B**
**LaPlace, Louisiana 70068**

TELEPHONE: 985-651-6101
FAX: 985-651-6104

*ROBERT M. BECNEL*                                      *Of Counsel:*
                                                        *DIANE K. ZINK*

October 30, 2008

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Re:   **Vioxx MDL 1657 - Pretrial Order 6(D)**

Dear Mr. Herman:

Enclosed please find an Affidavit as per Pre-Trial Order 6 (D).

With kind regards,

Sincerely,

Robert M. Becnel

RMB/ab
Enclosure

## AFFIDAVIT OF THE LAW OFFICES OF ROBERT M. BECNEL
## AS PER PRE-TRIAL ORDER # 6 (D)

STATE OF LOUISIANA

PARISH OF ST. JOHN THE BAPTIST

BEFORE ME, the undersigned authority, personally came and appeared:

### ROBERT M. BECNEL

who, after first being duly sworn, deposed and said:

Robert Becnel and Diane Zink participated in the organizational meeting on January 15, 2004, at Antoine's Restaurant in New Orleans, Louisiana, to appoint the leadership for the MDL, as well as the February 23, 2005 organizational meeting.

Once the committees were established, both Robert Becnel and Diane Zink participated in the following:   Discovery, Privilege Log, and Chronology Team.

Respectfully submitted,

ROBERT M. BECNEL #14072
Law Offices of Robert M. Becnel
425 West Airline Highway
Suite B
LaPlace, LA 70068
Telephone: (985) 651-6101
Fax: (985) 651-6104

*Sworn to and subscribed*

*before me this* 30TH *day*

*of* October , 2008.

Notary Public    Daniel E. Becnel, III, Notary Public
                 La. Bar # 30232
                 Attorney-at-Law
                 My commission is for life.

**BENCOMO & ASSOCIATES**
Attorneys & Counselors at Law
2110 Entergy Building
639 Loyola Avenue
New Orleans, Louisiana 70113
Telephone: (504) 529-2929
Facsimile: (504) 529-2018
E-Mail: BEN_LAW@BELLSOUTH.NET

RAUL R. BENCOMO

October 31, 2008

Re:  In Re:  Vioxx
MDL No. 1657
(Fee Application)

Russ M. Herman, Esq.
Plaintiff's Liaison Counsel
c/o Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
PH:  (504) 581-4892
Fax:  (504) 561-6024
E-Mail:  Vioxx_MDL@hhkc.com

Dear Russ,

    Enclosed herewith please find the Fee Application and Affidavit pursuant to Pre-Trial Order No. 6(D).

Sincerely yours,

RAUL R. BENCOMO

Encl.

FAC Resp. Exhibit B -- 175

IN RE: VIOXX
MDL No. 1657

## FEE APPLICATION AND AFFIDAVIT OF RAUL R. BENCOMO

In accordance with Pre Trial order No. 6 (D) undersigned counsel hereby applies to the Allocation Committee for Common Benefit Fees and Re-Imbursement of Held Costs.

At the outset, counsel submits that he and his firm logged a total of 1504.70 hours and incurred expenses in the sum of $13,142,43 (held costs). Parenthetically, undersigned counsel logged his time in a cotemporaneous fashion (as the work was performed) and submitted it to the designated accounting firm on a monthly basis. All of counsel's time was specifically pre-approved by Plaintiff's Liaison Counsel, Mr. Russ Herman. Counsel also hewed to the Committee's mandate that work effort not be duplicated, reviewing of documents for the sake of review was not to be billed, etc. Counsel also complied with the dictates of Pretrial Order No. 6 and 6 (c).

Undersigned counsel further submits the following analysis of the Johnson factors in his request for the allocation of fees and expenses for work performed towards the common benefit and overall success of the case.

### JOHNSON FACTOR NO. 1
### TIME AND LABOR REQUIRED

Counsel and his firm spent a total of 1504.7 hours in this endeavor. Counsel Filed suit on behalf of his clients and was present at the organizational meeting which took place at the Windsor Court. Work was performed by Mr. Bencomo and his firm at the document depositories in New York, Alabama and New Orleans. Furthermore, counsel attended the Irvin trial in Houston and attended the Vioxx school in Miami, Florida pursuant to authorization and/or request from Mr. Herman. Prior to settlement counsel stood ready, willing and able to assist in any matter so requested by the PSC. The hours invested were not only reasonable but counsel can specifically attest to the fact that, due to his years in the practice and his expertise that he was able to review and select important documents (hot docs) in a fashion that was quick and expeditious in comparison with others who had little experience in this labor intensive process.

### JOHNSON FACTOR NO. 2
### NOVELTY AND DIFFICULTY OF THE QUESTION

At the outset and throughout the litigation this was not a case where defendants acknowledged their culpability. The science was always an issue, especially when it dealt with stroke cases. Counsel's commitment to the litigation did not ebb when there were a number of adverse plaintiff verdicts (see pg. 5 of Pre-Trial order 6 (d)).

### JOHNSON FACTOR NO. 3
### REQUISITE SKILL

Undersigned counsel submits that he possessed the requisite skills to perform the legal services that he was assigned to perform. His ability to sift through thousands of documents in a quick, efficient and effective manner redounded to everyone's benefit.

1

Counsel's efforts were specifically related to Document review and selection (see footnote 4, page 4, Pretrial order No. 6(d) which the Court has recognized as a Major Committee.

## JOHNSON FACTOR NO. 4
### PRECLUSION OF OTHER EMPLOYMENT

Since counsel basically is a sole practitioner, any time that he devotes to a specific case precludes him, of necessity, from addressing other matters. As Johnson clearly states, counsel was not able to spend his time for other purposes or on behalf of other clients while working on this matter to the exclusion of others. Thus, counsel's sole source of income or revenue stream during the time invested on this case would have been limited to any funds generated from this case only. Moreover, this was particularly true since counsel was either out of town or at the document depository in New Orleans when working on this case to the exclusion of all others. Counsel did not tend to other matters while devoting his energy to the task assigned (See pg. 4 footnote 3 of Pre-Trial Order No. 6(d)).

## JOHNSON FACTOR NO. 5
### THE CUSTOMARY FEE

Counsel's customary fee in other class action cases supports an enhancement or lodestar factor of the fee award. Counsel's customary hourly fee is $450-500 per hour.

## JOHNSON FACTOR NO. 6
### WHETHER THE FEE IS FIXED OR CONTINGENT

Since this case was filed as a class action it was always assumed that any fee award would be determined by the Court upon examination of the Johnson factors.

## JOHNSON FACTOR NO. 7
### TIME LIMITATION IMPOSED BY ITS CLIENT OR THE CIRCUMSTANCES

Undersigned counsel respectfully refers the Allocation Committee to Johnson Factors NO. 1 and No. 4 above.

## JOHNSON FACTOR NO. 8
### THE AMOUNT INVOLVED AND THE RESULTS OBTAINED

Counsel was not on the settlement committee and does not believe that this factor would apply in his case.

## JOHNSON FACTOR NO. 9
### EXPERIENCE, REPUTATION AND ABILITY

Counsel's experience, reputation and ability are commensurate with or surpass that of others involved in this litigation. Counsel addresses this issue to the quality of work that he performed at the document depository and not to the work performed by any of the members of the PSC, PEC or NPC who clearly did the yeoman's work and were responsible for the ultimate successful outcome obtained in spite of the science, defense verdicts, etc.

2

### JOHNSON FACTOR NO. 10
### THE UNDESIRABILITY OF THE CASE
Counsel does not believe that this is an applicable factor.

### JOHNSON FACTOR NO. 11
### THE NATURE AND LENGTH OF THE
### PROFESSIONAL RELATIONSHIP WITH THE CLIENT
Counsel had a number of cases with referral counsel who maintained the relationship with the client in addition to that of his own.

### JOHNSON FACTOR NO. 12
### AWARDS IN SIMILAR CASES
Undersigned Counsel has been in practice 33 years, has the requisite skill (Johnson Factor No. 3) and reputation (Johnson Factor No. 9) is an AV rated lawyer and has been recognized as a Louisiana Super Lawyer in the area of Class Actions and Mass Torts. Counsel requests the Allocation Committee to consider all of the aforementioned factors and respectfully requests that he be awarded his customary hourly fee along with the appropriate lodestar.

RAUL R. BENCOMO (#2932)
Bencomo & Associates
639 Loyola Avenue, Suite 2110
New Orleans, LA 70113
(504) 529-2929

### AFFIDAVIT
I hereby verify and affirm that the information contained herein is true and correct to the best of my knowledge and belief.
This ___31st___ day of ___October___, 2008.

RAUL R. BENCOMO

State of Florida
County of Miami-Dade

Sworn to and subscribed before me
This 31st day of October, 2008.

DL # 00 356 4 174

NOTARY PUBLIC

PATRICIA M. MORALES
Notary Public - State of Florida
My Commission Expires May 4, 2009
Commission # DD 417698
Bonded By National Notary Assn.

3

**AFFIDAVIT OF EDWARD BLIZZARD
IN SUPPORT OF COMMON BENEFIT ALLOCATION**

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned authority, on this day personally appeared EDWARD BLIZZARD known to me to be the person whose signature appears below; and, on his oath, deposed and stated the following:

1. "My name is Edward Blizzard. I am over the age of 21 years, of sound mind, and have personal knowledge of the facts contained herein, and they are true and correct.

2. I am a Partner in the firm of Blizzard, McCarthy & Nabers in Houston, Texas. For over 20 years, I have worked on pharmaceutical and medical device cases, assuming a leadership role in most of the significant MDL cases. My experience in mass tort litigation includes the negotiation of several large global settlements including the $3 billion Dow Corning settlement and the $1.2 billion Sulzer settlement.

3. Our firm consists of three Partners; Stephen McCarthy, Scott Nabers and myself. We also employ two associates, Rebecca King and Holly Wheeler. For the last several years, our primary focus has been on handling complex cases involving unsafe drugs and medical devices.

4. Blizzard, McCarthy & Nabers began working on Vioxx in the summer of 2004, around the time that Vioxx was recalled. We represent numerous plaintiffs injured by Vioxx in MDL 1657: *In re: Vioxx Products Liability Litigation* and in Texas State Court.

5. Our Vioxx common benefit work began in February 2006, when one of our MDL cases was chosen for trial, Cause No. 06-0810; *Charles L. Mason v. Merck & Co.* The case was set for trial before The Honorable Eldon E. Fallon beginning October 30, 2006. From the time the case was selected for trial until the completion of the trial on November 16, 2006, the time and resources of our firm were dedicated almost entirely to Vioxx.[1]

6. In preparation for trial, we consulted with experts and potential experts on approximately 25 occasions, and took 10 expert depositions. Additionally, we met with case specific witnesses 20 times. Fourteen case-specific depositions were taken in the case. I also took the deposition of Marilyn Krahe, one of Merck's corporate witnesses. Many hours were spent reviewing the scientific literature and documents produced by Merck.

---

[1] Pursuant to Pre-trial Orders 6 and 6(C), Blizzard, McCarthy & Nabers submitted detailed time records reflecting all common benefit work (5,845.50 hours) performed in connection with the trial of Cause No. 06-0810; *Charles L. Mason v. Merck & Co.* on May 15, 2008.

1

7.  In July 2006, we began working with a jury consulting firm on Vioxx jury focus groups. In preparation for the jury focus groups, we analyzed numerous statistical reports concerning juries in New Orleans, and we prepared statements of facts and questions to be posed to the focus groups. We also attended other focus groups held in New Orleans and studied the results thereof. Additionally, many hours were devoted to analyzing juror interviews, jury questionnaires, *voir dire* transcripts, and other materials from the previous Vioxx trials. The focus groups were held in New Orleans in September 2006.

8.  We drafted and filed 7 *Daubert* Motions, and responded to 12 *Daubert* Motions filed by Merck. We also filed 10 Motions in Limine, and filed responses to 8 Motions in Limine filed by Merck. We prepared a trial exhibit list, a pre-admit exhibit list, witness lists, demonstrative exhibits and other trial materials required by the Pre-trial Order. Additionally, numerous hours were devoted to making deposition designations, reviewing and objecting to Merck's designations, and responding to Merck's objections to Plaintiff's designations.

9.  Attorneys from our firm attended other Vioxx trials as well as multiple meetings, status conferences and hearings in New Orleans concerning various pre-trial matters. On October 26, 2006, we traveled to New Orleans to prepare for the trial beginning on October 30, 2006. Most of our firm's attorneys and staff remained in New Orleans through the completion of the trial on November 16, 2006. All three partners performed extensive work in connection with the trial, with two partners, Scott Nabers and me, committing the majority of our time to the case for the better part of 10 months.

10. Following the *Mason* trial, I was one of six Vioxx lawyers selected by Judge Fallon and state court judges to participate in settlement negotiations with Merck. The negotiations began in December 2006 and concluded on November 9, 2007, with the announcement of the global Settlement Agreement.[2]

11. The Negotiating Plaintiffs' Counsel ("NPC") worked as an effective team to negotiate the Settlement Agreement. The effort involved over 50 in-person meetings and 500 phone conferences. I participated in all aspects of the team effort with special emphasis on developing settlement criteria, proper risk factor reductions, payment levels and the documentation required to establish eligibility. The NPC worked tirelessly to craft an agreement that would pay persons injured by Vioxx both fairly and timely. I am proud of the result we achieved and the ingenuity, flexibility and commitment to detail that the entire team brought to the effort.

12. Following the announcement of the settlement on November 9, 2007, I participated in the NPC effort to educate attorneys across the country on the details of the Settlement Agreement, including how to comply with its terms and meet the deadlines for registration, enrollment and the submission of claims packages. Additionally, I worked

---

[2] Pursuant to Pre-trial Orders 6 and 6(C), Blizzard, McCarthy & Nabers submitted detailed time records reflecting all common benefit work performed in connection with my NPC membership.

intensely to answer the many questions raised about the settlement, and to reassure those who either filed or considered filing objections.

13. Subsequently, I have served as a member of the Liaison Committee to the Claims Administrator, the Gate Committee and the Fee Committee. These committees regularly hold meetings, and require a substantial time commitment to tasks and assignments. My work on these committees will continue well into 2009 as we strive to meet the time parameters prescribed by the Settlement Agreement.[3]

14. Blizzard, McCarthy & Nabers' longstanding dedication to the Vioxx litigation is ongoing. Work performed on the *Mason* trial involved issues common to all Vioxx cases. We accepted the challenge of trying one of the few Vioxx cases tried even though most prior verdicts were in Merck's favor. The time and resources expended on the trial, the settlement negotiations, and my committee work has resulted in our firm declining other lucrative work we would have otherwise accepted. We also made substantial financial contributions by funding the trial and contributing to the hiring of experts in connection with the proposed settlement at a time when settlement was uncertain. We have made a name for ourselves in pharmaceutical litigation by adhering to high standards and displaying a willingness to work in leadership roles toward the successful resolution of complex cases. Our work on Vioxx exemplifies our values and continues to provide common benefits.

FURTHER AFFIANT SAYETH NOT."

Edward Blizzard
Blizzard, McCarthy & Nabers, LLP
440 Louisiana, Suite 1710
Houston, Texas 77002
t. 713.844.3750
f. 713.844.3755

SUBSCRIBED AND SWORN TO BEFORE ME on this 28th day of October, 2008.

CHRISTINA MACIQUES
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
SEPT. 3, 2010

Notary Public in and for
The State of T E X A S

---

[3] Contemporaneous time records for all work performed as part of the Liaison Committee, the Gate Committee and the Fee Committee has been submitted in compliance with the procedures set forth in Pre-trial Orders 6 and 6(C) on a monthly basis.

3

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                              MDL NO. 1657
      PRODUCTS LIABILITY LITIGATION:

                                    SECTION: L

                                    JUDGE FALLON
..........................................................   MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:
      Schwaller v. Merck & Co. Inc, No. 05-L-687 (In the Circuit Court Third Judicial
      Circuit, Madison County, Illinois)

## AFFIDAVIT OF JOHN J. DRISCOLL

I, JOHN J. DRISCOLL, being first duly sworn upon my oath, declare and state as follows:

1.     In additional to numerous other injured claimants, I represent Frank Schwaller, as Special Administrator of the Estate of Patricia Schwaller, deceased in the matter styled *Schwaller v. Merck & Co. Inc.*, (Case No. 05-L-687), currently pending in the Third Judicial Circuit Court of Illinois, Madison County.  The law firm of Brown & Crouppen, P.C. and I performed 780.75 hours of work preparing and trying the foregoing matter and submitted an accounting for that effort on June 30, 2008, to the Allocation Committed pursuant to this Court's order.

2.     The work in this case was performed in the Third Judicial Circuit Court of Illinois, Madison County.  Additionally, a short and regretful amount of time was spent working on this case in the United States District Court for the Southern District of Illinois, as the Defendant improperly removed the matter.  Ultimately, the matter was remanded after the Defendant was sanctioned pursuant to 28 U.S.C. § 1447(c), sanctions that were withdrawn in light of then recent United Supreme Court precedent.

1

3.      I began working on the Schwaller case on October 20, 2004, and continue to work on it to this day.  Presently, there is a motion for new trial that has been taken under advisement by the trial judge, and periodic status conferences are continually necessary.  Additionally, the matter has been submitted for consideration under the Vioxx Settlement Program, perhaps a commentary on the validity of the motion for new trial.

4.      While I was not a member of neither the Plaintiffs' Executive Committee nor the Plaintiffs' Steering Committee, members of those bodies who sought to be included in the trial of the case were, and their participation in the trial of the case was welcomed and appreciated.

5.      While prosecuting the foregoing case, I also filed suits on behalf of no less than **422** plaintiffs alleged to have been injured by use of Vioxx in the United States District Courts for the Eastern District of Missouri and the Southern District of Illinois. The circumstances of each of these plaintiffs have been submitted for consideration under the Vioxx Settlement Program.

6.      Brevity being the soul of wit, I offer the aforementioned facts in an effort to substantiate my belief that the work of my firm and I bestowed a common benefit upon the Vioxx litigation.

*FURTHER AFFIANT SAYETH NAUGHT.*

_____
John J. Driscoll, Esq.

Subscribed and sworn to before me this __30__ day of October, 2008.

OFFICIAL SEAL
LORI A MILLER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:12/17/08

_____
Notary Public

2



THE LAW OFFICE OF

# JOSEPH M. BRUNO APLC
FEDERAL TRIAL LAWYERS*

JOSEPH M. BRUNO
L. SCOTT JOANEN

*PRACTICE RESTRICTED
TO U.S. FEDERAL COURTS

October 31, 2008

**<u>VIA HAND DELIVERY</u>**
Herman, Herman, Katz & Cotlar, LLP
Russ Herman
Leonard Davis
820 O'Keefe Avenue
New Orleans, La 70113

In re:   Vioxx Products Liability Litigation

Dear Mr. Herman:

Enclosed please find a Common Benefit Fee and Cost Affidavit of Joseph M. Bruno along with exhibits.  Should you have any questions or concerns, please do not hesitate to contact our office.

With kind regards, I remain

Sincerely,

Joni Scioneaux
Assistant to Joseph M. Bruno

/jls
enclosures

FAC Resp. Exhibit B -- 184

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX PRODUCTS LIABILITY LITIGATION* | MDL NO. 1657 |
| * | |
| * | SECTION "L" |
| * | JUDGE FALLON |
| * | MAG. KNOWLES |

## COMMON BENEFIT FEE AND COST AFFIDAVIT OF JOSEPH M. BRUNO

**STATE OF LOUISIANA**
**PARISH OF ORLEANS**

**NOW BEFORE ME**, the undersigned Notary, personally came and appeared:

## JOSEPH M. BRUNO

who, after being duly sworn, did depose and say:

## I.  OVERVIEW

While not an appointed member of the VIOXX MDL Plaintiffs Steering Committee, Joseph M. Bruno and attorneys from his offices have been involved in this litigation from the beginning.

Joseph Bruno ("Bruno") [1] became involved early on with the Louisiana state liaison committee.   While it is certain that the vast majority of the common benefit work in this complex litigation was undertaken by the Plaintiffs' Steering Committee, it is also certain that many attorneys that are not members of that committee contributed work necessary for the common benefit of all plaintiffs.  Such is the type of work undertaken by Mr. Bruno and his office, largely in the area of the often tedious, but highly necessary task of document review.

---

[1] Joseph Bruno has been in practice since 1978.  Joseph Bruno is recognized as an authority in class actions, and particularly in  the management of same.  His expertise in difficult and complex litigation has led to his representation of numerous claimants in class action and mass joinder proceedings involving racial discrimination, occupational lung disease, product liability, and wage and hour violations. Mr. Bruno has been active in the Louisiana Trial Lawyers organization, having served on the Board of Governors for over 20 years.

1

Mr. Bruno and his office contributed six hundred fifty two (652) hours of billable time, as follows:

1.   Joseph M. Bruno (Partner):                    345.75 hours;

2.   Partner Level (6 or more years in practice)
     David Scalia:                                 92.50 hours;
     Stephanie M. Bruno:                           52.50 hours.

3.   Associate Attorney (less than 6 years in practice):
     Stephen Kreller:                              161.25 hours:

     **TOTAL HOURS:**                              **652.00 hours**[2]

In addition, Bruno contributed three thousand eight hundred ninety eight dollars and fifty six cents ($3,898.56)[3] in expenses. For the reasons set forth below, Bruno submits that he is entitled to recover his expenses and in addition, recover a fee of five hundred ninety one thousand five hundred thirty one and 25/100 ($591,531.25).

## II. LODESTAR AND MULTIPLIER

The above number is calculated as a "loadstar" of $400 per hour for partner and partner level attorneys and $250 per hour for associates practicing less than six years, enhanced by a modest risk multiplier of 2.5. The lodestar is calculated by multiplying the hours spent on the case by a reasonable hourly rate of compensation for each attorney involved,[4] and the rates must reflect the prevailing market rate in the relevant legal community for similar services by lawyers of reasonably

---

[2] See Attached Exhibit 1.

[3] See Attached Exhibit 2. *n.b.;* The total expenses as set forth on the statement are $4,427.05, however $528.09 are expenses for Mr. Bruno's individual clients and have been deducted leaving a common benefit total of $3,898.56.

[4] *See: Pennsylvania v. Delaware Valley Citizens Council,* 478 U.S. 546, 563; 106 S.Ct. 3088, 3097; 92 L.Ed.2d. 439 (1986); *citing Lindy Bros. Builders, Inc. of Philadelphia v. American Radiator & Standard Sanitary Corp.* 487 F.2d 161, 167 (3rd Cir. 1973).

2

comparable skills, experience, and reputation.[5]   Fifteen years ago, in the Shell Norco case[6], expert testimony indicated "that the top billing rate in this community for lawyers with a similar caliber of skills (all partner level attorneys)] is $350 to $400 an hour. . . ." More recently, in July of this year, the Fifth Circuit held on appeal in a case out of the district court in Houston, that an award of attorney's fees in the amount of $500 per hour was not an abuse of the district court's discretion.[7] In *Turner v. Murphy Oil*[8], Judge Fallon, conducting a Lodestar cross check concluded that ". . . ranges of $300 to $400 per hour for PSC members . . reasonably reflect the prevailing rates in this jurisdiction."

After calculating the lodestar, the risk multiplier adjusts the figure in light of "(1) the contingent nature of the case, reflecting the likelihood that hours were invested and expenses incurred without assurance of compensation; and (2) the quality of the work performed as evidenced by the work observed, the complexity of the issues and the recovery obtained."[9]   It is utilized to arrive at the fair and reasonable award of fees, by enhancing or reducing the lodestar to reflect the risk of success involved.[10]

Multipliers generally range from 1 to 4 but are not without precedent in excess of 4, even reaching as high as 10. [11]

---

[5]*Blum v. Stenson*, 465 U.S. 886, 895-96 n. 11, 104 S.Ct. 1541, 1547 n. 11, 79 L.Ed.2d 891 (1984).

[6]*In re Shell Oil Refinery*, 155 F.R.D. 552 (ED La., 1993)

[7]*Worrell v. Houston Can! Academy*, 2008 WL 2753405, *5 (C.A.5 (Tex.)).

[8]472 F.Supp.2d 830, 868-69 (E.D. La. 2007)

[9]*Delaware Valley, supra.* (citations omitted).

[10]*See, In re Combustion, Inc.,* 968 F.Supp.1133; *referencing Lindy Brothers Builders v. American Radiator & Standard Sanitary Corp (Lindy I and Lindy II),* 487 F.2d 161 (3rd Cir.1973) (*Lindy I* ) and 540 F.2d 102 (3rd Cir.1976) (en banc) (*Lindy II* ).

[11]*See, e.g. In re Shell Oil Company,* 155 F.R.D. 552, 573, n.55 citing as follows: *In re Corrugated Container Antitrust Litigation,* 1983 WL 1872 (S.D.Tex.1983) (awarding multipliers up to 4.0); *Brewer v. Southern Union Co.,* 607 F.Supp. 1511 (D.Colo.1984) (awarding multipliers from 2.0 to 4.0); *In re MGM Grand Hotel Fire Litigation,* 660 F.Supp. 522 (D.Nev.1987)

Based upon the above it is suggested that an hourly rate of $400 be applied to partners and partner level attorneys, and $250 for associates practicing less than six years, and further that a risk multiplier of 2.5 be applied.

The foregoing is true and correct and based on her personal knowledge.

JOSEPH M. BRUNO

Sworn to and subscribed before me
this 31st day of October, 2008

NOTARY PUBLIC

**Jeri R. Simmons
Notary Number 62156
Lifetime Commission**

---

(awarding multipliers from 1.0 to 2.95); *In re Beverly Hills Fire Litigation,* 639 F.Supp. 915 (E.D.Ky.1986) (awarding multipliers from 1.0 to 5.0); *Squillacote v. United States,* 626 F.Supp. 127 (E.D.Wis.1985) (awarding 3.0 multiplier); *Pennsylvania v. Delaware Valley Citizens' Council for Clean Air,* 478 U.S. 546, 106 S.Ct. 3088, 92 L.Ed.2d 439 (1986) (awarding a multiplier of 2.0); *In re Agent Orange Product Liability Litigation MDL No. 381,* 818 F.2d 145 (2nd Cir.1987), *cert. denied* by *Pinkney v. Dow Chemical Co.,* 484 U.S. 1004, 108 S.Ct. 695, 98 L.Ed.2d 648 (1988) (awarding a multiplier of 1.5 and 1.75 where court used national hourly rate to arrive at lodestar, "thus skew[ing] the normal lodestar analysis"). *See also, e.g. Wilson v. Bank of Am. Nat'l Trust & Savs. Ass'n,* No 643872 (Cal. Sup. Ct. Aug 16, 1982) (illegal use of escrow funds by lender for profit; noncontingent hourly rates of up to $150/hour and a multiplier of up to 10 times the hourly rate).

10/30/2008
2:03 PM

BRUNO & BRUNO
test2

Page      1

Rate Info - identifies rate source and level

| Slip ID | | User | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 99041 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/1/2003 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Order; Ordering Pfizers Motion to Dismiss | | | 0.00 | | |
| Case is Seperated from MDL 1657 to be | | | | | |
| handled at a future date and the hearing for | | | | | |
| 8/31/05 is cancelled. | | | | | |
| 99042 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/1/2003 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Motion and Order to Substitute Attorney | | | 0.00 | | |
| Mike Hackabay, Bruce Manson and Beverly | | | | | |
| Rowhett. | | | | | |
| 99043 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/1/2003 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Order from the court ordering that Barry | | | 0.00 | | |
| Hillis no longer is a member of the state | | | | | |
| Liasion Committee. | | | | | |
| 99044 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/1/2003 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| [No description] | | | 0.00 | | |
| 96945 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 5/7/2004 | 12:45 AM | Review | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Email form Jerrold S. Parker re: Order re: | | | 0.00 | | |
| FDA Appearance | | | | | |
| 88178 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 10/13/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Fax from Danny Becnel re: Discuss cases | | | 0.00 | | |
| and schedule meeting. | | | | | |
| 89861 | TIME | Joe M. Bruno | 3.00 | 0.00 | 0.00 |
| 10/26/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Merck and Co.'s Motion for Corrdinated | | | 0.00 | | |
| Pre-Trial Proceeding and Merck's Motion for | | | | | |
| expedited consideration. | | | | | |
| 89395 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 10/29/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Correspondence from clerk of court of | | | 0.00 | | |
| Defendant Merck and Co. for transfer of | | | | | |
| actions to District of Maryland. | | | | | |

Exhibit 1

BRUNO & BRUNO
test2

| Slip ID | | User | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 89867 | TIME | Joe M. Bruno | 2.00 | 0.00 | 0.00 |
| 11/1/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Notice of appearance and Rule 5.3 corporate | | | 0.00 | | |
| disclosure statement of defendants. | | | | | |
| 88643 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 11/2/2004 | | Review | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Email from Matthew Moreland re: Vioxx Ad. | | | 0.00 | | |
| 90692 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 11/5/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Correspondence from MDL re: Notice pf | | | 0.00 | | |
| Appearance. | | | | | |
| 90662 | TIME | Joe M. Bruno | 2.00 | 0.00 | 0.00 |
| 11/5/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Correspondence from Leslie Bryan re: | | | 0.00 | | |
| Plaintiffs Motion to Transfer and | | | | | |
| Coordination and/or Consolidation Pursuant | | | | | |
| to 28 USC 1407 and Memorandum in | | | | | |
| Support. | | | | | |
| 91229 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 11/8/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Certificate of service of Designated Attorney | | | 0.00 | | |
| is authorized to receive service of all | | | | | |
| Pleadings, notices, orders, and other papers | | | | | |
| relating to Practice on behalf of Plaintiffs | | | | | |
| indicated. | | | | | |
| 91222 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 11/8/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Panel Attorney Service list from cletk of the | | | 0.00 | | |
| panel. | | | | | |
| 89661 | TIME | Joe M. Bruno | 1.00 | 0.00 | 0.00 |
| 11/9/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| R/R correspondence from Danny Becnel re: | | | 0.00 | | |
| Plaintiff Salvador Christians Motion for | | | | | |
| expedited consideration of Vioxx Moll 1657, | | | | | |
| Memo in Support and Reply to Defendants | | | | | |
| Merk and Co. | | | | | |
| 89673 | TIME | Joe M. Bruno | 1.00 | 0.00 | 0.00 |
| 11/9/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from Leslie Bryan re: Letter sen to | | | 0.00 | | |
| Cathy Marda at the Judicial Panel MDL. | | | | | |

10/30/2008                                    BRUNO & BRUNO
2:03 PM                                           test2                                         Page     3

| Slip ID | | User | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 89703 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 11/10/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Notice of Appearance. | | | 0.00 | | |
| 89323 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 11/11/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Fax from Bryan Reuter enclosing a service copy of a Fiest Motion for extension of time. | | | 0.00 | | |
| 89383 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 11/12/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from Bryan Reuter enclosing a service copy of a first motion for extension of time; order unsigned. | | | 0.00 | | |
| 89389 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 11/12/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from James Hemmogs (Attorney for Merck and Co Inc) regarding his correction entered on the service list. | | | 0.00 | | |
| 89365 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 11/12/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from  Jack Land to all attorneys on service list regarding removal of their firms name for both defendants. | | | 0.00 | | |
| 89377 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 11/12/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from Wlater Boone re: His office no longer representing the defendant designated in this matter. | | | 0.00 | | |
| 90017 | TIME | Joe M. Bruno | 0.75 | 0.00 | 0.00 |
| 11/15/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from Arnold Levin re: The original and 12 copies of Certificate of Service of Patrick Besaw's prior filings before the panel to clerk of court. | | | 0.00 | | |
| 90077 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 11/15/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from Janice re: Alvin Pennington on Vioxx for a gout condition. | | | 0.00 | | |
| 90053 | TIME | Joe M. Bruno | 0.75 | 0.00 | 0.00 |
| 11/15/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |

BRUNO & BRUNO
test2

| Slip ID Dates and Time Posting Status Description | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| Response to the Motion of Merk and Company Inc to Transfer and consolidate in the USDC for the District of Maryland. | | 0.00 | | |
| 90029              TIME 11/15/2004 WIP Plaintiff's response to Defendant Merk and Company Inc.'s Motion for Coordinated Pre-Trial Proceedings pursuant to 28 U.S.C. | Joe M. Bruno Receipt and rev Vioxx Com | 1.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 90023              TIME 11/15/2004 WIP Letter from Whitman B. Johnson re: The Panel attorney service list to reflect the correct name of the party he represents as Charles D. Lee. | Joe M. Bruno Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 90083              TIME 11/15/2004 WIP Correspondence from Calvin Fayard re: The Panel Attorney Service List not including him. Copy of Notice Enclosed. | Joe M. Bruno Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 90011              TIME 11/15/2004 WIP Letter from Rachel Nafziger enclosing Dianne nast's Notice of Appearance. | Joe M. Bruno Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 89987              TIME 11/15/2004 WIP Plaintiff Richardson's response in opposition to Defendant's Merck's Motion to Transfer and Consolidation submitted by Patrick Stueve. | Joe M. Bruno Receipt and rev Vioxx Com | 1.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 89975              TIME 11/15/2004 WIP Letter from Ricardo Garcia clerk of the panel enclosing an original and 12 copies of interested parties response in opposition to Defendant's Merk and Co Inc.'s Motion for Coordinated Pre-Trial procedings and Memorandum in support. | Joe M. Bruno Receipt and rev Vioxx Com | 1.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 88727              TIME 11/15/2004 WIP Organization meeting. | Joe M. Bruno Meeting with Vioxx Com | 2.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |

10/30/2008                                BRUNO & BRUNO
2:03 PM                                        test2                                              Page      5

| Slip ID | | User | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 90218 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 11/16/2004 | | Review | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Email from Richard Asenault re: New Article. | | | 0.00 | | |
| 90216 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 11/16/2004 | | Review | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Email from Stephen Murray re: Preemption Defenses. | | | 0.00 | | |
| 89371 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 11/16/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Plaintiff Salvadore Christina Memo in Support of the Motion for expedited consideration. | | | 0.00 | | |
| 89258 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 11/16/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| R/R Fax from Daniel Becnel re: a successful meeting in New Orleans and election of Any Birchfield and Allen and Chris Sorger as Co-Lead Counsels. | | | 0.00 | | |
| 89228 | TIME | Joe M. Bruno | 1.00 | 0.00 | 0.00 |
| 11/17/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Copies of Interested Parties reasons why oral argument should be heard and opposition to defendant merck and co inc;s motion for coordinated pretrial proceedings pursuant to 28 U.S.C.J. 1407 and memo in support. | | | 0.00 | | |
| 89222 | TIME | Joe M. Bruno | 1.00 | 0.00 | 0.00 |
| 11/17/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| R/R Memorandum of Plaintiffs Roberta Walcott and Williams Hanson and interested Parties Motion to Transfer. | | | 0.00 | | |
| 89234 | TIME | Joe M. Bruno | 1.00 | 0.00 | 0.00 |
| 11/17/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| R/R Rule 7.2(a)(ii) schedule of actions from Andy Birchfield enclosing Plaintiffs response to Merck and Co., Inc. Motion for coordinated pre-trial proceedings and plaintiffs brief in support of their response to Mercks Motion for coordinated pre-trial proceedings. | | | 0.00 | | |

10/30/2008                                BRUNO & BRUNO
2:03 PM                                       test2                                          Page      6

| Slip ID Dates and Time Posting Status Description | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 89240          TIME 11/17/2004 WIP R/R Letter from David Matthews enclosing certain Texas Plaintiffs Response to Defendant Merck Co., Inc; Motion for coordinated trial proceedings and reasons why oral arguments should be heard. | Joe M. Bruno Receipt and rev Vioxx Com | 1.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 89246          TIME 11/17/2004 WIP Certain MDL Plaintiffs response to Merck and Co., Inc; Motion for coordinated pre-trial proceedings and certain Federal Plaintiffs Motion In Support of Plaintiff Salvadore Chritians Motion for Expedited Consideration of Vioxx MDL1650. | Joe M. Bruno Receipt and rev Vioxx Com | 1.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 89252          TIME 11/17/2004 WIP R/R Letter from Danny Johnson enclosing Plaintiffs; Motion for Transfer with supporting memorandum. | Joe M. Bruno Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 90214          TIME 11/18/2004 WIP Email re: Article on Merck Vioxx Lawsuit. | Joe M. Bruno Review Vioxx Com | 0.75 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 90150          TIME 11/19/2004 WIP Fax from Daniel Becnel re: Crestor, Acutave and Bextra being seriously considered removed based on one witness who testified the drugs should be looked at. | Joe M. Bruno Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 90125          TIME 11/19/2004 WIP Fax from Danny Becnel re: Certain members of the group have been contacted by representatives of Merck to begin discussions concerning important issues. | Joe M. Bruno Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 90101          TIME 11/19/2004 WIP =Correspondence from Ronnie Penton re; Notice of Appearance , Notice of Potential Tag Along or related action and Preston Lee's Reply to merck. | Joe M. Bruno Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |

10/30/2008
2:03 PM

BRUNO & BRUNO
test2

Page       7

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 89485<br>11/22/2004<br>WIP<br>MDL vioxx information. | TIME | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 2.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 90550<br>11/29/2004<br>WIP<br>Notice to all counsel re: seperate motions<br>collectively seeking centralization. | TIME | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 1.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 90585<br>11/29/2004<br>WIP<br>Letter from William Beaisoliee to clerk of<br>panel enclosing Merck and Co Inc's<br>Amended Motion for Coordinated Pre Trial<br>Proceedings, Memorandum In Support. | TIME | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 2.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 90644<br>12/1/2004<br>WIP<br>Motion to Transfer to the United States<br>District Court for the Northern District of<br>Illinois all pending related actions for<br>coordinated and consolidate proceedings. | TIME | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 1.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 91155<br>12/3/2004<br>WIP<br>Fax from Daniel Biecnel attaching Bill<br>Fiedermans copy of Merck's Responses and<br>Objections to plaintiffs first of interrogatoues<br>in his case | TIME | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 1.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 91217<br>12/3/2004<br>WIP<br>letter from Scott Allen.  Notice of<br>appearance. | TIME | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 92299<br>12/6/2004<br>WIP<br>Fax from Elizabeth Cabraser re: <Big<br>Pharma/FDA cartoon> | TIME | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 92304<br>12/6/2004<br>WIP<br>letter from Hector Gancedo to the clerk of<br>the panel requesting to receive all court<br>orders | TIME | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |

10/30/2008                                     BRUNO & BRUNO
2:03 PM                                           test2                                          Page        8

| Slip ID Dates and Time Posting Status Description | | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|---|
| 92311 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 12/6/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from William Beausoleil to the clerk of the panel regarding the issue of a reply of Merch & Co. Inc. to the various responses to its initial & amended motions for coordinated pre-trial proceedings. | | | 0.00 | | |
| 92316 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 12/7/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| revised panel attorney service list | | | 0.00 | | |
| 92323 | TIME | Joe M. Bruno | 1.00 | 0.00 | 0.00 |
| 12/7/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| faxed letter from Bryan Reutter enclosing a service copy oF Much & Co. Inc.'s answer filed. | | | 0.00 | | |
| 92287 | TIME | Joe M. Bruno | 1.00 | 0.00 | 0.00 |
| 12/8/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Walter McNaugton's application in support of coordinated Pre-trial proceedings pursuant to 28u.s.c. 1407 | | | 0.00 | | |
| 92292 | TIME | Joe M. Bruno | 1.00 | 0.00 | 0.00 |
| 12/8/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from Bryan Beuter enclosing a service copy of Merch & Co. Inc.'s answer | | | 0.00 | | |
| 91035 | TIME | Joe M. Bruno | 0.75 | 0.00 | 0.00 |
| 12/9/2004 | | Review | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Email from Danny Becnel re: Internal Investigation Article. | | | 0.00 | | |
| 92387 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 12/10/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| faxed letter from Tumer Branch to Daniel Becnel jjr. re: the hearing coming up for the MDL on Vioxx litigation.  Responses to all motions are due by Dec. 13, 04 | | | 0.00 | | |
| 91306 | TIME | Joe M. Bruno | 18.00 | 0.00 | 0.00 |
| 12/13/2004 | | Travel | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Travel to Washington DC attended motion plantiffs councel injunction of MDL. | | | 0.00 | | |
| Travel to N.O. | | | | | |

| 10/30/2008 | BRUNO & BRUNO | | |
|---|---|---|---|
| 2:03 PM | test2 | Page | 9 |

| Slip ID | User | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |

| 92422 | TIME | Joe M. Bruno | 1.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 12/13/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Danford K Jones response to Merk & Co. Inc.'s amended motion for coordinated pre-trial proceedings & request that all federal cases relating to Vioxx be transfered to the Northern District of Ohio | | | 0.00 | | |

| 92413 | TIME | Joe M. Bruno | 2.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 12/13/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Interested party respons in support of transfer of actions to the central district of Cali. by Mitchell R. Jensen | | | 0.00 | | |

| 91558 | TIME | Joe M. Bruno | 2.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 12/14/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from Harris Pogust enclosing Plaintiffs Kennedy and Darryl Mcmahon's response to MDL motion for transfer and cross motion for transfer. | | | 0.00 | | |

| 92408 | TIME | Joe M. Bruno | 1.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 12/14/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from Michael Tiger enclosing plaintiffs Merrich & Michelle Sirota's reply to defendant Merch & Co. Inc.'s Motion for coorinated pre-trial proceedings reasons why oral argument should be heard & cert. of service. | | | 0.00 | | |

| 92401 | TIME | Joe M. Bruno | 2.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 12/14/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from Stephen b. Murray enclosing Plaintiffs Memorandum in response to motion to transfer and consolidation filed by defendant. | | | 0.00 | | |

| 92396 | TIME | Joe M. Bruno | 2.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 12/14/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from Richard Arsunautt enclosing Plaintiffs response to Defendant's motion for coordinated Pre-trial proceedings pursuant to 28 USC 1409 | | | 0.00 | | |

| 91546 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 12/15/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from Danny Becnel re: PBS program | | | 0.00 | | |

10/30/2008                          BRUNO & BRUNO
2:03 PM                               test2                                    Page    10

| Slip ID | User | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |

(frontline) Dangerous Prescriptions .
Request for conference call to discuss the
spread sheet sent out yesterday re;
locations of the MDL.

| 91691 TIME | Joe M. Bruno | 2.00 | 0.00 | 0.00 |
|---|---|---|---|---|
| 12/15/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| | | 0.00 | | |

Letter from Becnel re: His retainer of Dr.
Daniel Acosta , Jr. as his cardio toxicologist
in this matter.

| 91045 TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
|---|---|---|---|---|
| 12/15/2004 | Review | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| | | 0.00 | | |

Email from Danny Becnel re: Hearing in Fort
Meyers, Florida on January 27, 2005.

| 91055 TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
|---|---|---|---|---|
| 12/16/2004 | Review | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| | | 0.00 | | |

Email from Danny Becnel re: Letter to client
from Merck.

| 91619 TIME | Joe M. Bruno | 1.00 | 0.00 | 0.00 |
|---|---|---|---|---|
| 12/16/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| | | 0.00 | | |

Letter from Kristina McVey enclosing
Plaintiffs Fred Enles' response in support of
transfer and coordination.

| 92423 TIME | Joe M. Bruno | 1.00 | 300.00 | 300.00 |
|---|---|---|---|---|
| 12/17/2004 | Receipt and rev | 0.00 | T | |
| WIP | Vioxx Com | 0.00 | | |
| | | 0.00 | | |

letter from Jewel Welch to clerk of the panel
enclosing plaintiff Vickie Whites reply to
defendant Mercks Memorandum. in support
of its motion for coordinating pre-trial
proceedings

| 92377 TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
|---|---|---|---|---|
| 12/20/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| | | 0.00 | | |

notice of hearing session from Michael Bech
(clerk of panel)

| 92386 TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
|---|---|---|---|---|
| 12/20/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| | | 0.00 | | |

third party payor class's memorandum in
opposition to Merck & co. Inc. amended
motion for coordinated pre-trial proceedings.

10/30/2008                 BRUNO & BRUNO

2:03 PM                    test2                               Page    11

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 92372      TIME<br>12/20/2004<br>WIP<br>notice of presentation or waiver of oral argument. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 92363      TIME<br>12/20/2004<br>WIP<br>letter from steven minor to the clerk of the panel re: the attached Amerisource Bergen Corp. Memorandum in support of Merch & Co. Inc. motion for coordinated Pre-trial proceedings. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 92362      TIME<br>12/20/2004<br>WIP<br>Jerry Melton's Joinder in motion for coordinated pre trial proceedings pursuant to 28 U.S.C. 1407 | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 91069      TIME<br>12/20/2004<br>WIP<br>Email from Danny Bencel re: Other Pfizer drugs. | Joe M. Bruno<br>Review<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 92353      TIME<br>12/20/2004<br>WIP<br>faxed memorandum from Daniel Becnel re: an immediate summit concering Bextra & Celebrex b/c they both involve Pfizer.  Also enclosed are articles which appeared both today and over the weekend in NY Times & USA Today. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 92348      TIME<br>12/21/2004<br>WIP<br>faxed order from the court ordering; A preliminary conference that will be held on 2/15/05 @ 3:15pm for the purpose of scheduling a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-off date | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 92341      TIME<br>12/22/2004<br>WIP<br>letter from David Hochema enclosing interested parties response in opposition to defendant Merch & Co. Inc., intrested | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |

10/30/2008                              BRUNO & BRUNO
2:03 PM                                     test2                                         Page    12

| Slip ID | | User | Units | Rate | Slip Value |
| --- | --- | --- | --- | --- | --- |
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| parties reasons why oral argument should be heard & service list. | | | | | |
| 92328 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 12/23/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from thomas Owen enclosing a copy of Merchs motion to stay all proceedings pending transfer decision. | | | 0.00 | | |
| 92335 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 12/23/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from Danny becnel to clerk of panel enclosing notice of presentation or waiver of oral argument | | | 0.00 | | |
| 92432 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 12/27/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from Scott Allen to Michael Beck advising that he represents Dario Avango. M.D. & Emery L Suderman and requesting that the service list be revised. | | | 0.00 | | |
| 92437 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 12/27/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from R.Eric Kennedy to clerk of panel enclosing 1 copy of notice of representation or waiver of oral argument. | | | 0.00 | | |
| 92444 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 12/27/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from Fred Longer to clerk of the panel enclosing one copy of the notice of presentation or waiver of oral argument | | | 0.00 | | |
| 92452 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 12/29/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Email from Christopher Seeger re: Meeting to be held in Houston on January 17th @ 11:00am. | | | 0.00 | | |
| 92674 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 1/5/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Notice of Presentation of Waiver of Oral Argument from Charles Merkel III. | | | 0.00 | | |
| 92788 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 1/6/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from Richard Lockridge enclosing | | | 0.00 | | |

BRUNO & BRUNO
test2

| Slip ID | User | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |

| | | | | | |
|---|---|---|---|---|---|
| Notice of Presentation Waiver of Oral Argument for Lockridge Grindal Nauen. | | | | | |
| 92794 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 1/6/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from Leslie Ballantyne enclosing Notice of Presentation of Waiver of Oral Argument submitted on behalf of Merk and Co. | | | 0.00 | | |
| 92806 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 1/7/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from Penny Lawson requesting that the revised Panel Attorney Service list be revised again to reflect that J. Leroy McNamara and Joseph L. MCNamara are the same person. | | | 0.00 | | |
| 92813 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 1/7/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from Dana Fox enclosing Notice of Presentation or Waiver of Oral Argument. | | | 0.00 | | |
| 92819 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 1/7/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from John T. Murray advising that the Panel Attorney service list revision of 12/3/04 contains an error in party representation as far as their firm's attorney, John T. Murray. | | | 0.00 | | |
| 92800 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 1/7/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from S> Kirk Milan enclosing Notice of Presentation of Waiver of Oral Argument. | | | 0.00 | | |
| 93000 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 1/10/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from Andrew McCullough enclosing Notice of Presentation or Waiver of Oral Argument form. | | | 0.00 | | |
| 93006 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 1/10/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from Christine Tatum enclosing a completed Notice of Presentation or Waiver of Oral Argument. | | | 0.00 | | |

BRUNO & BRUNO
test2

| Slip ID | | User | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 92988 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 1/10/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Notice of Presentation of Waiver of Oral | | | 0.00 | | |
| Argument form from Rebecca Cunard. | | | | | |
| 92982 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 1/10/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Notice of Presentation of Waiver of Oral | | | 0.00 | | |
| Argument from Ronald Fiesta. | | | | | |
| 92994 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 1/10/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from lance Harke , enclosing Notice of | | | 0.00 | | |
| Presentation or Waiver Oral Argument. | | | | | |
| 92976 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 1/13/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Faxed Minute Entry from Judge Feldman | | | 0.00 | | |
| ordering that the defendants motion to stay | | | | | |
| all proceedings pending transfer decision by | | | | | |
| the Judicial panel on multidistrict litigation | | | | | |
| be granted as unopposed and that this case | | | | | |
| is closed for statistical purpose. | | | | | |
| 91888 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 1/14/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Email from Xiaowei Cheng re: Conference | | | 0.00 | | |
| Invitation. | | | | | |
| 95071 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 1/14/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from Niki Okcu enclosing Alford's | | | 0.00 | | |
| Pharmacy's notice of Appearance. | | | | | |
| 95067 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 1/14/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from Niki Okcu enclosing Notice of | | | 0.00 | | |
| Oral Argument. | | | | | |
| 95061 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 1/14/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from Thomas walker to all counsel | | | 0.00 | | |
| advising that he inadvertenly checked the | | | | | |
| blank to indicake that he would present oral | | | | | |
| argument at the panel session on 1/27/05 | | | | | |

| Slip ID Dates and Time Posting Status Description | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 95055          TIME 1/18/2005 WIP Notice of presentation or waiver of oral argument from Christopher McDonald. | Joe M. Bruno Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 92458          TIME 1/18/2005 WIP Email from Jerold S. Parker re: 2 more Vioxx studies. | Joe M. Bruno Receipt and rev Vioxx Com | 0.75 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 95060          TIME 1/18/2005 WIP Travel to Houston TX for a meeting with Chris Seeger and various plaintiff attorneys to discuss MDL strategy for hearing on 1/27/05. | Joe M. Bruno Travel Vioxx Com | 6.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 95056          TIME 1/18/2005 WIP Notice of presentation or waiver of oral argument by David Barrett. | Joe M. Bruno Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 95049          TIME 1/18/2005 WIP letter from leslie ballantyne advising on behalf of merch notifying the panel of potential tag along actions.  The potential tag along action has been filed or removed to federal court. | Joe M. Bruno Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 95046          TIME 1/19/2005 WIP faxed letter from kim meaders advising that alford's pharmacy has been sued in a vioxx matter which was removed to federal court. Requesting records to reflect conusel for Alford's pharmacy. | Joe M. Bruno Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 95039          TIME 1/25/2005 WIP letter from robert piper jr. requesting to serve on plaintiffs ststerring committee once the matter is transferred to a MDC court.  Also enclosed is Mr. Prier's cirricular vital. | Joe M. Bruno Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 93159          TIME 1/25/2005 WIP | Joe M. Bruno Review Vioxx Com | 0.50 0.00 0.00 | 0.00 T@1 | 0.00 |

| Slip ID | User | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |
| Email from Becnel re: Article dealing with over prescribing of Vioxx and Celebrex that defendant's may attempt to use in their case. | | 0.00 | | |
| 95004          TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 1/31/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| letter from Leslie Ballantyne notifying the panel of potential tag along actions and includes cases that have been filed in or removed by federal court since 1/7/05. | | 0.00 | | |
| 95022          TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 2/3/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Letter from Norman Kleinberg to Michael Beck notifying the panel of recent developments. | | 0.00 | | |
| 95010          TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 2/9/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Letter from Kim Meaders advising that Alford;s Pharmacy has been sued which was removed to federal court and a request to update information. | | 0.00 | | |
| 95016          TIME | Joe M. Bruno | 2.00 | 0.00 | 0.00 |
| 2/9/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Letter from William Beausoled notifying the panel of potential tag along actions. | | 0.00 | | |
| 93213          TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 2/13/2005 | Telephone conf. | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Stan Uresley; re: meeting; | | 0.00 | | |
| 93355          TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 2/15/2005 | Review | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Email from Danny Becnel re: Eastern District of Louisiana given the MDL. | | 0.00 | | |
| 94805          TIME | Joe M. Bruno | 1.00 | 0.00 | 0.00 |
| 2/17/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| faxed letter from Christopher Seeger advising that there will be an organizational meeting of Vioxx plaintiffs counsel in N.O. on 2/23/05 @ 3:00pm. | | 0.00 | | |
| 94808          TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 2/21/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| order from the court; ordering that Angelis | | 0.00 | | |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Alexander vs. Merch be transfered to section L(3) of this court for consolidation and further ordered that the stay in this matter be lifted. | | | | |
| 93748              TIME<br>2/22/2005<br>WIP<br>Motion to Organize Plaintiff's counsel submitted by Deborah Sulzer. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 1.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 93754              TIME<br>2/22/2005<br>WIP<br>Minute Entry from the court advising that they are in receipt of Daniel Becnel's faxed document and all documents faxed to the court must be sent to all counel and Pretrial Order No.1 setting initial conference. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 1.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 93766              TIME<br>2/22/2005<br>WIP<br>Letter from Michael Beck enclosing Transfer Order. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 93474              TIME<br>2/23/2005<br>WIP<br>Letter from Deborah Sulzer to JUdge Whyte requesting that the Motion to Organize be withdrawn as moot. Pretrial order 1 addresses the procedure for the organization of the litigation requested in the motion. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 93230              TIME<br>2/23/2005<br>WIP<br>tel. con. Calvin Fayard re organization;  tel con. d. Becnel re; organization;  Tel. con. S. Murray re organization. | Joe M. Bruno<br>Telephone conf.<br>Vioxx Com | 2.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 93713              TIME<br>2/28/2005<br>WIP<br>letter from Bryan Reuter enclosing:<br>1) defendants objections to and motions to review.<br>2) Memorandum in support of defendants objections to the magistrates Feb. 10, 2005 remand order<br>3) Notice of hearing | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 2.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 93254<br>2/28/2005<br>WIP<br>Email re: Pre Trial Order No.1 which was<br>entered on 2/18/05 by Judge Fallon. | TIME | Joe M. Bruno<br>Review<br>Vioxx Com | 2.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 93219<br>3/1/2005<br>WIP<br>Prepare & attend group organizational<br>meeting pursuant to court order.  Tel con. D.<br>Becnel re: meeting  tel con C. Fayard re<br>meeting. | TIME | Joe M. Bruno<br>Telephone conf.<br>Vioxx Com | 5.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 96253<br>3/2/2005<br>WIP<br>Letter from Carolyn McNabb enclosing a<br>copy of her signed retainer contract with<br>Scott Ayiers. | TIME | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95812<br>3/2/2005<br>WIP<br>letter from S. B. murry enclosing application<br>for appointment to the plaintiffs steering<br>committee. | TIME | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 94588<br>3/2/2005<br>WIP<br>Faxed letter from Dennis Johnson advising<br>that he is unclear which attorney is<br>preparing the single submission<br>contemplated by Judge Fallons PTO # and<br>the attached paragraph should be included. | TIME | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 94594<br>3/2/2005<br>WIP<br>Pretrial Order #1 setting initial conference. | TIME | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 1.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 94558<br>3/2/2005<br>WIP<br>Motion to Enroll as counsel of record for<br>Plaintiffs Anthony Mallet and Priscilla<br>Mallett submitted by Gladstone Jones and<br>Allan Kanner, Elizabeth Cowen and Mary<br>Gardner. | TIME | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 94202<br>3/2/2005<br>WIP<br>Minute Entry from the court ordering that all | TIME | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |

10/30/2008                              BRUNO & BRUNO
2:03 PM                                     test2                                        Page      19

| Slip ID Dates and Time Posting Status Description | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| motions to stay proceedings pending transfer decision of the judicial panel on MDL are hereby denied as moot. | | | | |
| 95816          TIME 3/2/2005 WIP notice of filing application for appointment of D. Becnel Jr. to the plaintiffs steering committee. | Joe M. Bruno Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 94606          TIME 3/4/2005 WIP Letter from Joe Colingo advising that he no longer represents Dr. Reginald Stewart. Stephen Burrow has previously entered his appearance in this case on behalf of Dr. Stewart. | Joe M. Bruno Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 94600          TIME 3/4/2005 WIP Letter from Jeffery Robinson advising that their firm represents plaintiff R. Dee Arickson in Erickson versus Merks and Co., and that they need to be added to the list. | Joe M. Bruno Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 94630          TIME 3/7/2005 WIP Letter from Vance Andrus enclosing his Application for Appointment to the PSC. | Joe M. Bruno Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 94582          TIME 3/7/2005 WIP Letter from Richard Arsenault enclosing Application for Appointment to the Plaintiffs Steering Committee. | Joe M. Bruno Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 93457          TIME 3/7/2005 WIP Letter from Don Barrett to Judge Fallon as his application for appointment to the PSC and Notice of Filing Applications to PSC. | Joe M. Bruno Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 94564          TIME 3/7/2005 WIP Order from the court denying the request of Plaintiffs Liason Counsel to postpone the initial conference. | Joe M. Bruno Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |

10/30/2008                                  BRUNO & BRUNO
2:03 PM                                          test2                                       Page      20

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 94570          TIME<br>3/7/2005<br>WIP<br>Letter from Patrick Morrow ro Judge Fallon<br>attaching correspondence as his application<br>to the PSC. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 94624          TIME<br>3/7/2005<br>WIP<br>Letter from Mark Robinson enclosing<br>Application for Appointment for PSC. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 94576          TIME<br>3/7/2005<br>WIP<br>Application to be on the PSC from Harold<br>Lamy to Judge Fallon. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95895          TIME<br>3/8/2005<br>WIP<br>pre-trial order #3 | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.50<br>0.00 | 0.00<br>T@1 | 0.00 |
| 94612          TIME<br>3/9/2005<br>WIP<br>Letter from Matthew Lundy enclosing<br>Application for Appointment to the PSC. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 94618          TIME<br>3/10/2005<br>WIP<br>Letter from Tanny Butler enclosing<br>Application of Josie Escobedo for<br>Appointment to the Plaintiffs Steering<br>Committee. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95882          TIME<br>3/11/2005<br>WIP<br>A. D. Birchfield Jr.'s  application for PSC | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95883          TIME<br>3/11/2005<br>WIP<br>letter from D. Chmichewski requesting that<br>the following names be added to the panel<br>attorney service list for MDL 1657 | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95905          TIME<br>3/11/2005<br>WIP<br>pre-trial order #5 | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |

| Slip ID | | User | Units | Rate | Slip Value |
| --- | --- | --- | --- | --- | --- |
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 95911 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 3/11/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| pre-trial order #4 | | | 0.00 | | |
| 95848 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 3/11/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from J. Dugan enclosing application for appointment to PSC | | | 0.00 | | |
| 95859 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 3/11/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from J. Linsey enclosing application for membership on the PSC | | | 0.00 | | |
| 95864 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 3/11/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Motion to nominate M. P. Robertson to PSC | | | 0.00 | | |
| 95869 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 3/11/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| G. Meurier's application for PSC | | | 0.00 | | |
| 95875 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 3/11/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| T. B. Hieves application for PSC | | | 0.00 | | |
| 95675 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 3/14/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from J. S. Parker advising that he is co-counsel in the matter of Hanson v. Merch Co. which is being transfered to our district from the eastern district of New York. | | | 0.00 | | |
| 95720 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 3/14/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| notice of filing of application for appointment to plaintiffs steering committee & letter to judge Eldon Fallon from Walter Dumas | | | 0.00 | | |
| 95726 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 3/14/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| application of R. M. Langston for appointment to PSC | | | 0.00 | | |

10/30/2008                                    BRUNO & BRUNO
2:03 PM                                            test2                                           Page        22

| Slip ID | | User | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 95680 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 3/14/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.50 | | |
| letter from clerk of panel to involved counsel attaching a conditional transfer order. | | | 0.00 | | |
| 95690 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 3/14/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from T. R. Kline attaching his application for apointment to plaintiffs steering committe | | | 0.00 | | |
| 95715 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 3/14/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| position statement of defendant Mercy Hospital submitted by Tim Griesenbrech. | | | 0.00 | | |
| 95695 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 3/14/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| plaintiffs brief statement of factual and legal issues submitted by J. H. Ruiz on behalf of J. A. Abraham, M. P. Alvarez and J. Andino. | | | 0.00 | | |
| 95701 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 3/14/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from T. Balducci enclosing notice of appearance in this matter for and on behalf of plaintiffs as co-counsel to A. D. Birchfield Jr. | | | 0.00 | | |
| 95705 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 3/14/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from K. Snapker enclosing application for apointment to the plaintiffs steering committee | | | 0.00 | | |
| 95711 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 3/14/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from R. Schwartz requesting to the court to be added to the panel service list pursuant to pre-trial order #1 | | | 0.00 | | |
| 95660 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 3/15/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from M. Burg enclosing application of M. S. Burg for apointment to plaintiffs steering committe | | | 0.00 | | |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 93305          TIME<br>3/15/2005<br>WIP<br>Email from Regina Westenfeld with Russ<br>Herman's office re: Defendant's initial<br>Position Paper. | Joe M. Bruno<br>Review<br>Vioxx Com | 2.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 93307          TIME<br>3/15/2005<br>WIP<br>Email from Regina Westenfeld re: Plaintiffs<br>Initial Statement Position Paper. | Joe M. Bruno<br>Review<br>Vioxx Com | 2.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95655          TIME<br>3/15/2005<br>WIP<br>application for apointment of J. C. Langston,<br>the Langston Law Firm, P.A. to plaintiffs<br>steering committe. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 93315          TIME<br>3/16/2005<br>WIP<br>Email fro Regina Westenfeld re: Pretrial<br>Order No.5. | Joe M. Bruno<br>Review<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95671          TIME<br>3/16/2005<br>WIP<br>pretrial order #5A ordering counsel to provide<br>to the approperate liaison counsel updated<br>contact info. to be used for service done. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95665          TIME<br>3/16/2005<br>WIP<br>letter from L. Bryan enclosing application of<br>L. J. Bryan for membership to the PSC | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95891          TIME<br>3/16/2005<br>WIP<br>letter from A. Boon enclosing notice of<br>appearance of co-counsel for attorney Ellen<br>Presley on behalf of J. A. Register and A.<br>Register. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95834          TIME<br>3/16/2005<br>WIP<br>letter from M. Lundy requesting his name be<br>added to the PSC | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |

10/30/2008                          BRUNO & BRUNO
2:03 PM                                test2                                    Page      24

| Slip ID Dates and Time Posting Status Description | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 95840        TIME 3/16/2005 WIP application for appointment to PSC by D. P. Matthews | Joe M. Bruno Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 95841        TIME 3/16/2005 WIP letter from C. Fayard enclosing application for appointment to PSC | Joe M. Bruno Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 95822        TIME 3/17/2005 WIP letter from C. Seegier enclosing application of C. Seeger for appointment to PSC. | Joe M. Bruno Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 95827        TIME 3/17/2005 WIP letter from M. Lundy enclosing application for appointment to PSC | Joe M. Bruno Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 95745        TIME 3/18/2005 WIP Arnold Lovin's application for PSC | Joe M. Bruno Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 95750        TIME 3/18/2005 WIP letter from T. Sobol enclosing request to be added to service list | Joe M. Bruno Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 95760        TIME 3/18/2005 WIP letter from R. Cunard enclosing her application for appointment to the plaintiffs steering committee | Joe M. Bruno Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 95766        TIME 3/18/2005 WIP Brian K. Balser's application for appointment to the plaintiffs' steering committee | Joe M. Bruno Receipt and rev Vioxx Com | 0.25 0.00 0.25 0.00 | 0.00 T@1 | 0.00 |
| 95772        TIME 3/18/2005 WIP Allan Kanner's Application for appointment to plaintiffs steering committee. | Joe M. Bruno Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 95900        TIME 3/21/2005 WIP | Joe M. Bruno Receipt and rev Vioxx Com | 0.50 0.00 0.00 | 0.00 T@1 | 0.00 |

10/30/2008                          BRUNO & BRUNO
2:03 PM                                  test2
                                                                        Page      25

| Slip ID | | User | Units | Rate | Slip Value |
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| --- | --- | --- | --- | --- | --- |
| notice of filing of application for appointment of T. M. Sobol to a leadership committee for the end-payor class action Plaintiffs or in the alternative for appointment to the PSC. | | | 0.00 | | |
| 95807 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 3/21/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from B. Barron enclosing application for appointment to the plaintiffs steering committee. | | | 0.00 | | |
| 95915 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 3/21/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from K. Nelson enclosing notice of filing of application for appointment  of Barbra J. Hart to a leadership committee for the end-payor class action plaintiffs or in the alternative for appointment to the PSC | | | 0.00 | | |
| 95800 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 3/21/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.50 | | |
| D. M. Barrios application for appointment to the PSC | | | 0.00 | | |
| 95801 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 3/22/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| W. J. Singleton application for appointment to the PSC | | | 0.00 | | |
| 95030 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 3/22/2005 | | Review | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Email from Regina WEstenfeld re: Order vacating order dated 3/16/05. | | | 0.00 | | |
| 95788 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 3/22/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| motion for appointment to PSC filed by J. Wilkin | | | 0.00 | | |
| 95793 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 3/22/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from R. Brantley to L. Whyte as application for appointment to the PSC. | | | 0.00 | | |
| 95730 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 3/30/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| J. S. Hall's application for PSC | | | 0.00 | | |

| Slip ID Dates and Time Posting Status Description | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 95783          TIME 3/30/2005 WIP letter from D. Becniel as application to the PSC & notice of filing application for appointment of Matthew B. Moreland to the plaintiffs steering committee. | Joe M. Bruno Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 95736          TIME 3/30/2005 WIP Roy Amedes Jr's application for PSC | Joe M. Bruno Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 95740          TIME 3/30/2005 WIP Micheal A. London's application for PSC | Joe M. Bruno Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 93719          TIME 3/3/2005          3/31/2005 WIP letter from Yvone Flaherty enclosing Plaintiff Dianne McCraw individually and as Trustee for the Estate of James W. McCraw notice of potential "tag along" action p.t.r. 7.5(e) of the rules & procedures of the judicial panel on the MD filed 2/8/05 | Joe M. Bruno Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 96282          TIME 5/9/2005          12:30 AM WIP Telephone Conference Discovery Committe | Joe M. Bruno Telephone conf. Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 98387          TIME 5/23/2005 WIP Defendant's trial proposed by Phil Wittman. | Joe M. Bruno Receipt and rev Vioxx Com | 2.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 98388          TIME 6/14/2005 WIP State Liaison Committee email newsletter. | Joe M. Bruno Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 98410          TIME 6/21/2005 WIP Notice of Hearing Session for various matters (MDL) in various states. | Joe M. Bruno Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 98534          TIME 6/22/2005 WIP Letter from Richard Kohnke enclosing Vioxx claims , which he is referring to us for handling. | Joe M. Bruno Receipt and rev Vioxx Com | 1.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |

10/30/2008                                    BRUNO & BRUNO
2:03 PM                                            test2                                      Page    27

| Slip ID | | User | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 98494 | TIME | Joe M. Bruno | 1.50 | 0.00 | 0.00 |
| 6/24/2005 | | Telephone conf. | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Telephone conference with Marketing | | | 0.00 | | |
| Committee- Mark Robinson- interviewing of | | | | | |
| farmer sales reps marketing managers. | | | | | |
| 98400 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 6/30/2005 | | Review | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Email from Dave Bachanan and Troy | | | 0.00 | | |
| Rafferty, Co-Chairs discovery committee re: | | | | | |
| Vioxx Depository in New Orleans. | | | | | |
| 98926 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 7/7/2005 | | Review | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Email from Lin Moen re: A sales and | | | 0.00 | | |
| marketing conference call on Fri. 7/8/05 at | | | | | |
| 11:00am. | | | | | |
| 98300 | TIME | Joe M. Bruno | 2.00 | 0.00 | 0.00 |
| 7/8/2005 | | Telephone conf. | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Prepare for and participate Telephone | | | 0.00 | | |
| conference with re:Sales and Marketing. | | | | | |
| 98923 | TIME | Joe M. Bruno | 1.25 | 0.00 | 0.00 |
| 7/8/2005 | | Review | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Email from Mark Robinson attaching an | | | 0.00 | | |
| article re: National trends in | | | | | |
| Cyclooxygenase-2 inhibtor use since market | | | | | |
| release. | | | | | |
| 98573 | TIME | Joe M. Bruno | 2.00 | 0.00 | 0.00 |
| 7/19/2005 | | Attend | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Prepare and attend status conference. | | | 0.00 | | |
| 98920 | TIME | Joe M. Bruno | 0.75 | 0.00 | 0.00 |
| 7/20/2005 | | Review | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Email from Lawrence Baren attaching an | | | 0.00 | | |
| article re: Misleading marketing by Merck. | | | | | |
| 98914 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 7/20/2005 | | Review | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Email from Steve Herman attaching | | | 0.00 | | |
| Marketing & Buisness Ethics. | | | | | |
| 98912 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 7/20/2005 | | Review | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Email from Mark Robinson advising that | | | 0.00 | | |

BRUNO & BRUNO
test2

| Slip ID | User | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |

there will be a Sales and Marketing
conference call on 7/22/05 at 11:00.

| 98913 | TIME | Joe M. Bruno | 1.50 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 7/20/2005 | | Review | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Email from Steve Herman attaching rough | | | 0.00 | | |

Email from Steve Herman attaching rough
draft SDT's for 1)Foote Cone and Belding 2)
Medco Health Solutions, Inc. 3) A Form for
PBM's or HMO's that could be served on:
Express Scripts, Inc, Caremark, Inc, Aetna,
Humana, Kaiser, Wellpoint, etc.

| 98934 | TIME | Joe M. Bruno | 3.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 7/21/2005 | | Document revie | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Document Review. | | | 0.00 | | |

| 98938 | TIME | Joe M. Bruno | 3.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 7/21/2005 | | Document revie | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Review Document review of at depository. | | | 0.00 | | |

| 98911 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 7/22/2005 | | Review | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| | | | 0.00 | | |

Email from Heather Laborde attaching the
Order and Reasons from Judge Fallon re:
The ExParte contact with doctors issue.

| 98900 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 7/25/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| | | | 0.00 | | |

Notice to voluntary dismiss case without
prejudice by Plaintiff and Authorization to
withdraw as counsel and to voluntarily
non-suit with prejudice.

| 98892 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 7/25/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| | | | 0.00 | | |

EMailed stipulation to dismiss Defendant's
Publix supermarkets without prejudice by
Plaintiff's.

| 98894 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 7/25/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| | | | 0.00 | | |

Emailed stipulation to dismiss party Michael
O'Leavitt, secretary of Dott by all parties and
order thereto.

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 98896      TIME<br>7/25/2005<br>WIP<br>Emailed order granting Motion to Dismiss<br>the claim if Sidney Schneider. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 98805      TIME<br>7/29/2005<br>WIP<br>Telephone conference with the Discovery<br>Committee. | Joe M. Bruno<br>Telephone conf.<br>Vioxx Com | 2.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 99017      TIME<br>7/29/2005<br>WIP<br>Motion to Dismiss pursuant to FRCP 12 (b)<br>(6) by Defendant Pfizer, Inc. This Motion is<br>set for hearing 8/17/05 at 9:00. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 99019      TIME<br>7/29/2005<br>WIP<br>Stipulation and Order of Dismissal without<br>Prejudice by Plaintiff Bernadette Young and<br>Defendant Merck & Co. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 99021      TIME<br>7/29/2005<br>WIP<br>Order granting Motion for Fredrick Stokele to<br>Appear as additional counsel for Plaintiffs. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 99023      TIME<br>7/29/2005<br>WIP<br>Motion by Claiborne White and Raymond<br>Bennie to enroll Fredrick Stokele as<br>additional counsel. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 99024      TIME<br>7/29/2005<br>WIP<br>Request for Oral Argument by Defendant<br>Pfizer regarding Motion to Dismiss. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 99025      TIME<br>7/29/2005<br>WIP<br>Notice to Take Deposition of Terry R. Jacklin<br>and Doug Herman by Plaintiffs. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 99026      TIME<br>7/29/2005<br>WIP<br>Defendant Pfizer Inc's Corporate Disclosure<br>Statement. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |

10/30/2008                                   BRUNO & BRUNO
2:03 PM                                            test2                                     Page      30

| Slip ID | | User | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 99027 | TIME | Joe M. Bruno | 1.00 | 0.00 | 0.00 |
| 7/29/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Stiplated Protective Order for the trade secrets and confidential proprietory information of Merk and Company Inc., Produced by the Food and Drug Administration Pursuant to a Civil Subpoena. | | | 0.00 | | |
| 99028 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 7/29/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Summons returned executed served on Merk on 7/5/05. | | | 0.00 | | |
| 99029 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 7/29/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Summon returned executed by Pfizer on 7/1/05. | | | 0.00 | | |
| 99030 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 7/29/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Order granting Motion to Appear. | | | 0.00 | | |
| 99031 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 7/29/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Motion for Jennifer Frank to Appear as Counsel of Record. | | | 0.00 | | |
| 99032 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 7/29/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Stipulation for Voluntary Dismissal without Prejudice of Express Scripts, Inc. by Plaintiffs. | | | 0.00 | | |
| 99013 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 7/29/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Order lifting Stay of Conditional Transfer Order from the MDL Panel transferring 1 case to the Eastern District of LA to become part of MDL 1657. | | | 0.00 | | |
| 99036 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/1/2005 | | Review | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Order granting Motion to Substitute Attorney. | | | 0.00 | | |

10/30/2008                           BRUNO & BRUNO                              Page     31
2:03 PM                                  test2

| Slip ID | | User | Units | Rate | Slip Value |
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
|---|---|---|---|---|---|
| 99038 | TIME | Joe M. Bruno | 1.00 | 0.00 | 0.00 |
| 8/1/2005 | | Review | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Memorandum in Opposition by Defendant's to Plaintiffs Motion to Remand. | | | 0.00 | | |
| 99039 | TIME | Joe M. Bruno | 1.00 | 0.00 | 0.00 |
| 8/1/2005 | | Review | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Memorandum in Opposition by Defendant to Plaintiffs Motion to Remand. | | | 0.00 | | |
| 99040 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/1/2005 | | Review | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Plaintiffs Motion to Amend 7/12/05 Order Granting Voluntary Dismissal. | | | 0.00 | | |
| 98935 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 8/1/2005 | | Draft | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| E-mail re: Salesman correspondence discovery. | | | 0.00 | | |
| 99037 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/1/2005 | | Review | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Motion and Order to Withdraw Waters and Kraus, LLP as Attorney for Plaintiffs. | | | 0.00 | | |
| 99303 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/1/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Receipt amd Review Conditional Tmasfer order (CTO 16). | | | 0.00 | | |
| 99310 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/1/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Receipt and Review Minute Entry for proceedings held before Judge Fallon on 7/19/05. | | | 0.00 | | |
| 99304 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/1/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Receipt and Review Motion to Substitute Counsel. | | | 0.00 | | |
| 99308 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/1/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Receipt and Review Wates and Kraus LLp Motion to Withdraw as Counsel of Record for Plaintiff Eugene Baldori. | | | 0.00 | | |

| Slip ID | | User | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 99309 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/1/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Receipt and Review Order re: Waters and Krauss LLP's Motion to Withdraw as Counsel of Record. | | | 0.00 | | |
| 99305 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/1/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Receipt and Review Conditional TRansfer Order 16. | | | 0.00 | | |
| 99306 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/1/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Receipt and Review Waiver of Servie of Summons . | | | 0.00 | | |
| 99307 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/1/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Receipt and Review Proposed Order: Granting Cohen & Bushe enrollment. | | | 0.00 | | |
| 99136 | TIME | Joe M. Bruno | 4.00 | 0.00 | 0.00 |
| 8/2/2005 | | Review | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Review Depository. | | | 0.00 | | |
| 99258 | TIME | Joe M. Bruno | 1.00 | 0.00 | 0.00 |
| 8/3/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| RECEIPT & REVIEW- email from Regina Westenfeld attaching- ANSWER to Complaint with Jury Deman by Defendant Merck & Co., Inc. (Reference 05-2325). The filing applies to : Taylor v. Merck & Co., Inc. | | | 0.00 | | |
| 99260 | TIME | Joe M. Bruno | 1.00 | 0.00 | 0.00 |
| 8/3/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| RECEIPT & REVIEW Email from Regina Westenfeld attaching- ANSWER to Complaint with Jury Demand by Defendant Merck & Co., Inc. (Reference 05-1585) The filing applies to : Trevino v. Merck & Co., Inc. | | | 0.00 | | |
| 99262 | TIME | Joe M. Bruno | 1.00 | 0.00 | 0.00 |
| 8/3/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| RECEIPT & REVIEW- Email from Regina Westenfeld attaching- ANSWER to Complaint wit Jury Demand by Defendant Merck & Co., Inc. (Reference: 05-2337). The | | | 0.00 | | |

10/30/2008
2:03 PM

BRUNO & BRUNO
test2

Page    33

| Slip ID / Dates and Time / Posting Status / Description | User / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|
| filing applies to : Bowsell v. Merck Co., Inc. | | | | |
| 99264  TIME<br>8/3/2005<br>WIP<br>RECEIPT & REVIEW email from Regina Westenfeld attaching- ANSWER to Complaint by Defendant's Allen Dickson, Inc. and Morris & Dickson Co, LLC (Reference 05-1200).<br>The filing applies to: Schexnayder v. Merck & Co., Inc. et al. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 1.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 99238  TIME<br>8/3/2005<br>WIP<br>RECEIPT & REVIEW- Faxed letter from Gary Gambel attaching<br>1. 8/2/05 correspondence from Mike Clegg re: Nationwide<br>2. 8/1/05 Correspondence from John Etter re: Nationwide<br>3. 8/2/05 correspondence with attached pleading from John Etter re: HANO's responses to Plaintiff's July 14, 2005 Supplemental Interrogatories and Request for Production of Documents.<br>4. 8/2/05 Correspondence from John Etter re: Rule 10 Conference /PI's Responses to Discovery. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 1.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 99250  TIME<br>8/3/2005<br>WIP<br>RECEIPT & REVIEW- email from Regina Westenfeld attaching - Transcript of the Status Conference on 7/19/05.  The filing applies to Lang vs. Merck & Co., Inc., et al/ | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 1.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 99252  TIME<br>8/3/2005<br>WIP<br>RECEIPT & REVIEW- email from Regina Westenfeld attaching -<br>ANSWER to Complaint with Jury Demand by Defendant Merck & Co., Inc. ( Reference 05-2326)<br>The filing applies to Ross v. Merck & Co., Inc. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 1.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 99254  TIME<br>8/3/2005<br>WIP | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 1.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |

10/30/2008                              BRUNO & BRUNO
2:03 PM                                    test2                                   Page      34

| Slip ID Dates and Time Posting Status Description | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| RECEIPT & REVIEW - Email from Regina Westenfeld attaching - ANSWER to Complaint with Jury Demand by Defendant Merck & Co., Inc. ( Reference 05-2327) The filing applies to : Mersman v. Merck & Co., Inc. | | 0.00 | | |
| 99256            TIME 8/3/2005 WIP RECEIPT & REVIEW- Email from Regina Westenfeld attaching- ANSWER to Complaint with Jury Demand by Defendant Merck & Co., Inc. (Reference 05-1560). The filing applies to : Russell v. Merck & Co., Inc. | Joe M. Bruno Receipt and rev Vioxx Com | 1.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 99172            TIME 8/4/2005 WIP RECEIPT & REVIEW Email from  Regina Westenfeld attaching- Minute Entry for proceedings held before Judge Eldon Fallon: Status Conference held on 7/26/05. | Joe M. Bruno Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 99194            TIME 8/4/2005 WIP RECEIPT & REVIEW Email from Regina Westenfeld attaching- SURREPLY in Opposition filed by Defendant Merck & Co., Inc/ re: [679] MOTION for emergency hearing. (Reference 05-2586). This document relates to: Felicia Garza v. Merck & Co. | Joe M. Bruno Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 99196            TIME 8/4/2005 WIP RECEIPT & REVIEW Email from Regina Westernfeld attaching- MOTION to Dismiss Plaintiffs cmp by Defendant Medicine Shoppe International , Inc. Motion Hearing set for 1/4/06 9:00am before Judge Eldon E. Fallon. ( Reference 05-1034). This document relates to : Felicia Garza v. Merck & Co. | Joe M. Bruno Receipt and rev Vioxx Com | 1.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 99176            TIME 8/4/2005 WIP RECEIPT & REVIEW Email from Regina Westenfeld attaching- | Joe M. Bruno Receipt and rev Vioxx Com | 1.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |

BRUNO & BRUNO
test2

| Slip ID | User | Units | Rate | Slip Value |
|---------|------|-------|------|-----------|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |

ANSWER to Complaint by Defendant Merck
& Co, Inc. (Reference: 05-672)

| Slip ID | | User | Units | Rate | Slip Value |
|---------|---|------|-------|------|-----------|
| 99178 | TIME | Joe M. Bruno | 1.00 | 0.00 | 0.00 |
| 8/4/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| RECEIPT & REVIEW | | | 0.00 | | |
| Email from Regina Westenfeld attaching-ANSWER to Complaint filed by Defendant Merck & Co. Inc. (Reference : 05-1171). | | | | | |
| 99180 | TIME | Joe M. Bruno | 1.00 | 0.00 | 0.00 |
| 8/4/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| RECEIPT & REVIEW | | | 0.00 | | |
| Email from Regina Westenfeld attaching-ANSWER to Complaint with Jury Demand Defendant Merck & Co., Inc. (Reference: 05-2024) | | | | | |
| 99182 | TIME | Joe M. Bruno | 1.00 | 0.00 | 0.00 |
| 8/4/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| RECEIPT & REVIEW | | | 0.00 | | |
| Email from Regina Westenfeld attaching-ANSWER to Complaint by Defendant Merk & Co., Inc. (Reference: 05-1166). | | | | | |
| 99174 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/4/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| RECEIPT & REVIEW | | | 0.00 | | |
| Email from Regina Westenfeld attaching-ORDER-Court will issue  a pretrial order governing PPFs and the Merck Profile Form. | | | | | |
| 99160 | TIME | Joe M. Bruno | 1.50 | 0.00 | 0.00 |
| 8/4/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| RECEIPT & REVIEW | | | 0.00 | | |
| Email from Regina WEstenfeld attaching-PRETIRAL ORDER # 18 regrading Plaintiff Profile Form and Authorizations & Merck Profile Form. | | | | | |
| 99162 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/4/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| RECEIPT & REVIEW- | | | 0.00 | | |
| Email from Regina Westenfeld attaching -CROSS NOTICE  to take Deposition of Peter Honig by Defendant Merck. | | | | | |

10/30/2008                           BRUNO & BRUNO
2:03 PM                                   test2                                      Page      36

| Slip ID | | User | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 99166 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/4/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| RECEIPT & REVIEW-Email from Regina Westenfeld attaching- MOTION and ORDER by Plaintiff Ramon Pereda to dismiss , with prejudice , the claim he has with Merck and Co., Inc. | | | 0.00 | | |
| 99192 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/4/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| RECEIPT & REVIEW Email from Regina Westenfeld attaching-ORDERED that the feasibilty hearing scheduled for 8/2/05 is canceled. This document relates to : Certain cases. | | | 0.00 | | |
| 99184 | TIME | Joe M. Bruno | 1.00 | 0.00 | 0.00 |
| 8/4/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| RECEIPT & REVIEW Email from Regina Westenfeld attaching- ANSWER to Complaint with Jury Demand by Defendant Merck & Co., Inc. (Reference 05-1278. This document relates to Dianne McCraw vs. Merck & Co., Inc. | | | 0.00 | | |
| 99186 | TIME | Joe M. Bruno | 1.00 | 0.00 | 0.00 |
| 8/4/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| RECEIPT & REVIEW Email from Regina Westenfeld attaching- ANSWER to Complaint with Jury Demand by Defendant Merck & Co., Inc. (Reference : 05-1278) This document relates to Dianne MCraw vs. Merck & Co., Inc. | | | 0.00 | | |
| 99188 | TIME | Joe M. Bruno | 1.00 | 0.00 | 0.00 |
| 8/4/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| RECEIPT & REVIEW Email from Regina Westenfeld attaching- ANSWER to Complaint with Jury Demand by Defendant Merck & Co., Inc. (Reference 05-1776) This document relates to Greg vs. Merck Co., Inc. | | | 0.00 | | |
| 99190 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/4/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |

| Slip ID | User | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |

| | | | | |
|---|---|---|---|---|
| RECEIPT & REVIEW | | 0.00 | | |
| Email from Regina WEstenfeld attaching- | | | | |
| TRANSFER ORDER (CTO-18) FROM THE | | | | |
| MDL PANEL. This document relates to | | | | |
| certain cases. | | | | |
| 99198            TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 8/5/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| RECEIPT & REVIEW | | 0.00 | | |
| email from Regina Westenfeld attaching- | | | | |
| Memorandum in Opposition by Defendant | | | | |
| Merck & Co., Inc. to plaintiff's Motion to | | | | |
| Remand. (Reference 05-1029). | | | | |
| 99200            TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/5/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| RECEIPT & REVIEW | | 0.00 | | |
| EMail from Regina Westenfeld attaching - | | | | |
| CROSS-NOTICE of Deposition of Barry | | | | |
| Gertz by Defendant Merck & Co. | | | | |
| 99202            TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/5/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| RECEIPT & REVIEW email from Regina | | 0.00 | | |
| Westenfeld attaching- | | | | |
| AMENDED CROSS-NOTICE to Take the | | | | |
| Deposition of Jan Weiner. | | | | |
| 99204            TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/5/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| RECEIPT & REVIEW email from Regina | | 0.00 | | |
| Westenfeld attaching- | | | | |
| NOTICE of change of address by Attomey | | | | |
| Charles LaDuca. | | | | |
| 99206            TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/5/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| RECEIPT & REVIEW email from Regina | | 0.00 | | |
| Westenfeld attaching- ORDER granting | | | | |
| [486] Petition for an order securing | | | | |
| allocation of counsel fees and costs for MDL | | | | |
| administration and common benefit work. | | | | |
| 99210            TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/5/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| RECEIPT & REVIEW email from Regina | | 0.00 | | |
| Westenfeld attaching- | | | | |
| ORDER that PSC & DSC shall select a | | | | |

| 10/30/2008 | BRUNO & BRUNO | | |
|---|---|---|---|
| 2:03 PM | test2 | | Page    38 |

| Slip ID | User | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |

stroke case for early trial.

| 99212 | TIME | Joe M. Bruno | 2.50 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 8/5/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| RECEIPT & REVIEW - email from Regina | | | 0.00 | | |
| Westenfeld attaching- Master Complaint Re: | | | | | |
| Class Action Cases- Purchase Claims | | | | | |
| 2005-08-02. | | | | | |

| 99234 | TIME | Joe M. Bruno | 2.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 8/5/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| RECEIPT & REVIEW email from Regina | | | 0.00 | | |
| Westenfeld attaching- Master Complaint re: | | | | | |
| Class Action Cases- Personal Injury and | | | | | |
| Wrongful Death 2005-08-02. | | | | | |

| 99236 | TIME | Joe M. Bruno | 2.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 8/5/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| RECEIPT & REVIEW email from Regina | | | 0.00 | | |
| Westenfeld attaching- MASTER | | | | | |
| COMPLAINT regarding Class Action Cases | | | | | |
| involving Medical Monitoring filed by Plaintiff. | | | | | |

| 99144 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 8/8/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Receipt & Review email from Regina | | | 0.00 | | |
| Westenfeld attaching -PRETRIAL ORDER # | | | | | |
| 20 Regarding Production of Merck | | | | | |
| Representative information. | | | | | |

| 99146 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 8/8/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| RECEIPT & REVIEW email from Regina | | | 0.00 | | |
| Westenfeld attaching - Plaintiff 's Steering | | | | | |
| Committee's ancillary notice concerning | | | | | |
| master complaints for personal injury & | | | | | |
| medical monitoring. | | | | | |

| 99857 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 8/9/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Receipt & Review email from Regina | | | 0.00 | | |
| Westenfeld attaching: | | | | | |
| ANSWER to Complaint with Jusy Demand | | | | | |
| by Defendant Merk & Co, Inc. (Reference: | | | | | |
| 05-2352). | | | | | |

| 99340 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 8/9/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |

10/30/2008                              BRUNO & BRUNO
2:03 PM                                      test2                                          Page      39

| Slip ID | | | | | |
|---|---|---|---|---|---|
| Dates and Time | User | Units | Rate | Slip Value | |
| Posting Status | Activity | DNB Time | Rate Info | | |
| Description | Client | Est. Time | Bill Status | | |
| | Reference | Variance | | | |
| Receipt and Review email from Regina Westenfeld attaching - ANSWER to Complaint with Jury Demand by Defendant Merck & Co., Inc. (Reference 05-2355). Laney matter. | | 0.00 | | | |
| 99328              TIME<br>8/9/2005<br>WIP<br>Receipt and Review email from Regina Westenfeld attaching -ANSWER to Complaint by Defendant Merck & Co., Inc. (Reference: 05-1414). McCain matter. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 | |
| 99329              TIME<br>8/9/2005<br>WIP<br>Receipt and Review email from Regina Westenfeld attaching- ANSWER to Complaint with Jury Demand by Defendant Merck & Co., Inc. (Reference 05-2343). Bradman matter. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 | |
| 99330              TIME<br>8/9/2005<br>WIP<br>Receipt and Review mail from Regina Westenfeld attaching- ANSWER to Complaint with Jury Demand by Merck & Co, Inc. (Reference 05-2010). Key matter. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 | |
| 99331              TIME<br>8/9/2005<br>WIP<br>Receipt and Review email from Regina Westenfeld attaching - ANSWER to Complaint with Jury Demand by Defendant Merck & Co., Inc. (Reference 05-2009). Clifford matter. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 | |
| 99332              TIME<br>8/9/2005<br>WIP<br>Receipt and Review email from Regina Westenfeld attaching - ANSWER to Complaint with Jury Demand by Defendant Merck & Co., Inc. (Reference 05-1265 Kay matter. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 | |

10/30/2008                          BRUNO & BRUNO
2:03 PM                                  test2                                    Page      40

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 99333          TIME<br>8/9/2005<br>WIP<br>Receipt and Review email from Regina<br>Westenfeld attaching -<br>ANSWER to Complaint with Jury Demand<br>by Defendant Merck & Co., Inc. (Reference<br>05-2008).<br>Phillips matter. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 99334          TIME<br>8/9/2005<br>WIP<br>Receipt and Review email from Regina<br>Westenfeld attaching -<br>ANSWER to Complaint with Jury Demand<br>by Defendant Merck & Co., Inc. (Reference<br>05-2258).<br>Ghant matter. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 99335          TIME<br>8/9/2005<br>WIP<br>Receipt and Review email from Regina<br>Westenfeld attaching -<br>ANSWER to Complaint with Jury Demand<br>by Defendant Merck & Co., Inc. (Reference<br>05-1538).<br>Harris matter. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 99336          TIME<br>8/9/2005<br>WIP<br>Receipt and Review email from Regina<br>Westenfeld attaching -<br>ANSWER to Complaint with Jury Demand<br>by Defendant Merck & Co., Inc. (Reference<br>05-2261).<br>Various matter. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 99337          TIME<br>8/9/2005<br>WIP<br>Receipt and Review email from Regina<br>Westenfeld attaching -<br>ANSWER to Complaint with Jury Demand<br>by Defendant Merck & Co., Inc. (Reference<br>05-996).<br>Willis matter. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 99338          TIME<br>8/9/2005<br>WIP | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |

10/30/2008                          BRUNO & BRUNO
2:03 PM                                 test2                                    Page    41

| Slip ID | | User | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| Receipt and Review email from Regina | | | 0.00 | | |
| Westenfeld attaching - | | | | | |
| ANSWER to Complaint with Jury Demand | | | | | |
| by Defendant Merck & Co., Inc. (Reference | | | | | |
| 05-1700). | | | | | |
| Gaspard matter. | | | | | |
| 99339 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 8/9/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Receipt and Review email from Regina | | | 0.00 | | |
| Westenfeld attaching - | | | | | |
| ANSWER to Complaint with Jury Demand | | | | | |
| by Defendant Merck & Co., Inc. (Reference | | | | | |
| 05-993). | | | | | |
| Summers matter. | | | | | |
| 99787 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/10/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Receipt & Review email from Regina | | | 0.00 | | |
| Westenfeld attaching : | | | | | |
| STIPULATION AND ORDER of Dismissal | | | | | |
| with prejudice by Plaintiffs and Defendants . | | | | | |
| Signed by Judge Eldon E. Fallon. | | | | | |
| (Reference: 05-1512). | | | | | |
| 99777 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/10/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Receipt & Review | | | 0.00 | | |
| email from Regina Westenfeld attaching: | | | | | |
| Amended NOTICE to Take Deposition of | | | | | |
| Steven Nissen, MD. | | | | | |
| 99778 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/10/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Receipt & Review | | | 0.00 | | |
| email from Regina Westenfeld attaching | | | | | |
| Amended NOTICE to Take Deposition of | | | | | |
| Eric Topol , MD. | | | | | |
| 99779 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/10/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Receipt & Review | | | 0.00 | | |
| Email from Regina Westenfeld attaching | | | | | |
| Amended NOTICE to Take the Deposition of | | | | | |
| Brian Strom, MD. | | | | | |
| 99788 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 8/10/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Receipt & Review email from Regina Westenfeld attaching :<br>MOTION for Protective Order regarding unilateral cross -noticing of New Jersey depos by Plaintiff's Liaison Coumnsel. Motion Hearing set for 8/25/05 9:00 AM before Judge Eldon E. Fallon. (Reference ; All Cases). | | 0.00 | | |
| 99780          TIME<br>8/10/2005<br>WIP<br>Receipt & Review<br>email from Regina Westenfeld attaching<br>Amended NOTICE to Take the Deposition of David Bjorkman, MD. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 99781          TIME<br>8/10/2005<br>WIP<br>Receipt & Review<br>email from Regina Westenfeld attaching<br>Amended NOTICE to Take the Deposition of Marvin Konstam, MD. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 99782          TIME<br>8/10/2005<br>WIP<br>Receipt & Review<br>email from Regina Westenfeld attaching<br>Amended NOTICE to Take the Deposition of Garrett Fitzgerald, MD. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 99783          TIME<br>8/10/2005<br>WIP<br>Receipt & Review email from Regina Westenfeld attaching<br>Amended NOTICE to Take the Deposition of James Neaton, PhD. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 99784          TIME<br>8/10/2005<br>WIP<br>Receipt & Review email from Regina Westenfeld attaching:<br>Amended NOTICE to Take the Deposition of John oates, PhD. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 99785          TIME<br>8/10/2005<br>WIP<br>Receipt & Review email from Regina Westenfeld attaching : | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |

10/30/2008                                     BRUNO & BRUNO
2:03 PM                                            test2                                           Page      43

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Amended NOTICE to Take the Deposition<br>Michael Weinblatt, MD by Plaintiff. (<br>Reference: All Cases). | | | | |
| 99786          TIME<br>8/10/2005<br>WIP<br>Receipt & Review email from Regina<br>Westenfeld attaching :<br>CONDITIONAL TRANSFER ORDER<br>(CTO-19). | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 99909          TIME<br>8/16/2005<br>WIP<br>Telephone conference with Arcoxio. | Joe M. Bruno<br>Telephone conf.<br>Vioxx Com | 2.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 99683          TIME<br>8/17/2005<br>WIP<br>Receipt & Review email from Regina<br>Westenfeld attaching-<br>Answer to Complaint with Jury Demand by<br>Defendant Merck & Co., Inc. (Reference:<br>05-2208) | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 99685          TIME<br>8/17/2005<br>WIP<br>Receipt & Review email from Regina<br>Westenfeld attaching<br>Answer to Complaint with Jury Demand by<br>Defendant Walgreen Co. (Reference:<br>05-1730).<br>Hornick vs. Merck. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 99795          TIME<br>8/17/2005<br>WIP<br>Receipt & Review email fro m Regina<br>Westenfeld attaching:<br>Answer to Complaint with Jury Demand by<br>Defendant Pfizer inc. (Reference: 05-2637). | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 99673          TIME<br>8/17/2005<br>WIP<br>Receipt & Review email from Regina<br>Westenfeld attaching-<br>Return of Summons by Plaintiff issued to<br>Merck & Co., Inc, served on 7/29/05.<br>(Reference : 05-2637).<br>Smith vs. Pfizer, Inc. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |

10/30/2008                                  BRUNO & BRUNO
2:03 PM                                          test2                                    Page     44

| Slip ID | | | | | |
|---|---|---|---|---|---|
| Dates and Time | User | | Units | Rate | Slip Value |
| Posting Status | Activity | | DNB Time | Rate Info | |
| Description | Client | | Est. Time | Bill Status | |
| | Reference | | Variance | | |
| 99665          TIME | Joe M. Bruno | | 1.00 | 0.00 | 0.00 |
| 8/17/2005 | Receipt and rev | | 0.00 | T@1 | |
| WIP | Vioxx Com | | 0.00 | | |
| Receipt & Review email from Regina | | | 0.00 | | |
| Westenfeld attaching - Motion to Remand | | | | | |
| case to 14th JDC, Washington County, FL | | | | | |
| by Plaintiff. (Reference: 05-1735) | | | | | |
| 99667          TIME | Joe M. Bruno | | 0.25 | 0.00 | 0.00 |
| 8/17/2005 | Receipt and rev | | 0.00 | T@1 | |
| WIP | Vioxx Com | | 0.00 | | |
| Receipt & Review email from Regina | | | 0.00 | | |
| Westenfeld attaching0 | | | | | |
| STIPULATION withdrawing crossclaims by | | | | | |
| Defendant Finch's Drug Inc., w/prej against | | | | | |
| Merck & Co., Inc. (Reference : 05-2296). | | | | | |
| Popper vs. Merck. | | | | | |
| 99669          TIME | Joe M. Bruno | | 0.25 | 0.00 | 0.00 |
| 8/17/2005 | Receipt and rev | | 0.00 | T@1 | |
| WIP | Vioxx Com | | 0.00 | | |
| Receipt & Review email from Regina | | | 0.00 | | |
| Westenfeld attaching- | | | | | |
| Second Amended Notice to take Deposition | | | | | |
| of Garrett Fitzgerald, MD by Plaintiff. ( | | | | | |
| Reference: All Cases). | | | | | |
| 99671          TIME | Joe M. Bruno | | 0.25 | 0.00 | 0.00 |
| 8/17/2005 | Receipt and rev | | 0.00 | T@1 | |
| WIP | Vioxx Com | | 0.00 | | |
| Receipt & Review email from Regina | | | 0.00 | | |
| Westenfeld attaching- | | | | | |
| Statement of Corporate Disclodure by | | | | | |
| Defendant Pfizer Inc. (Reference 05-2637). | | | | | |
| 99926          TIME | Joe M. Bruno | | 0.25 | 0.00 | 0.00 |
| 8/23/2005 | Receipt and rev | | 0.00 | T@1 | |
| WIP | Vioxx Com | | 0.00 | | |
| Receipt & Review email from Regina | | | 0.00 | | |
| Westenfeld attaching; | | | | | |
| ORDER granting [841] Motion to Substitute | | | | | |
| Attorney. Signed by Judge Eldon Fallon. | | | | | |
| 99924          TIME | Joe M. Bruno | | 0.25 | 0.00 | 0.00 |
| 8/23/2005 | Receipt and rev | | 0.00 | T@1 | |
| WIP | Vioxx Com | | 0.00 | | |
| Receipt & Review email from Regina | | | 0.00 | | |
| Westenfeld attaching; | | | | | |
| ORDER granting [845] Motion to Substitute | | | | | |
| Attorney. Signed by Judge Eldon Fallon. | | | | | |
| 99928          TIME | Joe M. Bruno | | 0.25 | 0.00 | 0.00 |
| 8/23/2005 | Receipt and rev | | 0.00 | T@1 | |
| WIP | Vioxx Com | | 0.00 | | |

| Slip ID | | User | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| Receipt & Review email from Regina Westenfeld attaching; ORDER denying as moot the [839] Motion to Stay. Signed by Judge Eldon Fallon. | | | 0.00 | | |
| 99927 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/23/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Receipt & Review email from Regina Westenfeld attaching; Motion to Substitute Attorney Charles Deacon on place of Richard Josephson by Defendant Merck 7 Company Inc. | | | 0.00 | | |
| 99929 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/23/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Receipt & Review email from Regina Westenfeld attaching; Motion to Stay Pending transfer decision by the MDL Panel by Defendant Merck & Company, Inc. | | | 0.00 | | |
| 99918 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/23/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Receipt & Review email from Regina Westenfeld attaching; CONDITIONAL TRANSFER ORDER (CTO -20). | | | 0.00 | | |
| 99925 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/23/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Receipt & Review email from Regina Westenfeld attaching; Motion to Substitute Attorneys Alan Perer & Brian DelVecchio in place of Mark Galerano by Plaintiffs. | | | 0.00 | | |
| 99922 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/23/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Receipt & Review email from Regina Westenfeld attaching: NOTICE to take the Deposition of Evelyn Irvin (Plunkett) by Defendant Merck & company, Inc. | | | 0.00 | | |
| 99919 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/23/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Receipt & Review  email from Regina Westenfeld attaching | | | 0.00 | | |

BRUNO & BRUNO
test2

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| TRANSFER ORDER from the MDL Panel transferring 30 cases to the Eastern District of Louisiana to become part of MDL 1657, by MDL Clerk. | | | | |
| 99920          TIME<br>8/23/2005<br>WIP<br>Receipt & Review email from Regina Westenfeld attaching<br>NOTICE to Take the Deposition of Richard Irvin, III by Defendant , Merck. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 99921          TIME<br>8/23/2005<br>WIP<br>Receipt & Review email from Regina Westenfeld attaching:<br>NOTICE to take the Deposition of Schrimer, MD by Defendant , Merck & Co., Inc. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 99923          TIME<br>8/23/2005<br>WIP<br>Receipt & Review email from Regina Westenfeld attaching;<br>ORDER granting [843] Motion to Substitute Attorney. Signed by Judge Eldon Fallon. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 99917          TIME<br>8/23/2005<br>WIP<br>Receipt & Review email from Regina Westenfeld attaching:<br>Memorandum in Opposition by Defendant Merck and Company Inc., to Motion for Expedited Hearing on Motion for Leave to File and Amended Complaint. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 99469          TIME<br>9/26/2005<br>WIP<br>Email from Neil Overholtz re: Sales Rep. 3rd Party subpeonas. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 99372          TIME<br>9/26/2005<br>WIP<br>Amended Notice of Deposition (Ricahrd Aycock). | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 99373          TIME<br>9/26/2005<br>WIP<br>Letter to Court Reporter re: Confidentiality | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |

| Slip ID | User | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |

Designations for 8/3/05 and 8/04/05
Deposition of Charoltte McKines.

| 99369 | TIME | Joe M. Bruno | 1.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 9/27/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| New Complaint Carolyn Mistoler vs. Merck. | | | 0.00 | | |

| 99370 | TIME | Joe M. Bruno | 0.75 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 9/27/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Notification of Service | | | 0.00 | | |

| 99371 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 9/27/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Pre Trial Order No. 21 (Production of Facts Database). | | | 0.00 | | |

| 99374 | TIME | Joe M. Bruno | 3.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 9/27/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Receipt , review, Merck & Co.'s Opposition to Plaintiff's Motion to Compel Answers to Master Set of Interrogatories and Responses to Master Set of Request for Production of Documents. | | | 0.00 | | |

| 99380 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 9/27/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| =Receipt, review Notice Pursuant to Tolling Agreement for Claimant Barbara Jones and claimant Profile Form. | | | 0.00 | | |

| 99381 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 9/28/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Receipt, review Reponses and Objections to Subpoena for Production of Documents of Gilbet Block. | | | 0.00 | | |

| 99376 | TIME | Joe M. Bruno | 3.50 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 9/28/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Receipt, review Civil cover sheet and complaint -Stanford and Ward. | | | 0.00 | | |

| 99377 | TIME | Joe M. Bruno | 2.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 9/28/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Receipt, review Plaintiffs' Steering Committe Response to Defendant's Motion to Partially Strike Plaintiff's Personal Injury and Wrongful Death Master Class Action Complaint. | | | 0.00 | | |

10/30/2008                              BRUNO & BRUNO
2:03 PM                                      test2                                      Page    48

| Slip ID | User | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |
| 99378          TIME | Joe M. Bruno | 2.00 | 0.00 | 0.00 |
| 9/28/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Receipt, review Plaintiffs Sterring | | 0.00 | | |
| Committee's Motion to Amend the Master | | | | |
| Class Action Complaint to add by | | | | |
| Interlineation additional Plaintiff | | | | |
| Representatives in newly filed  class | | | | |
| complaint. | | | | |
| 99382          TIME | Joe M. Bruno | 1.00 | 0.00 | 0.00 |
| 9/29/2005 | Telephone conf. | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Telephone conference with Judge Fallon. | | 0.00 | | |
| 99379          TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 9/29/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Receipt, review ; Merck's Report re: Privilege | | 0.00 | | |
| Logs and issues. | | | | |
| 99433          TIME | Joe M. Bruno | 1.50 | 0.00 | 0.00 |
| 10/28/2005 | Telephone conf. | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Sales and Marketing Committee conference | | 0.00 | | |
| call. | | | | |
| 99646          TIME | Joe M. Bruno | 1.00 | 0.00 | 0.00 |
| 10/28/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Receipt & Review Notice of Opposition to | | 0.00 | | |
| Conditional Transfer Order. | | | | |
| 100767         TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 11/7/2005 | Review | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Email from Lexis Nexis attaching filing of | | 0.00 | | |
| CTO -30. | | | | |
| 99746          TIME | Joe M. Bruno | 1.00 | 0.00 | 0.00 |
| 11/8/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Receipt & Review | | 0.00 | | |
| Motion to Vacate the Conditional Transfer | | | | |
| Order and Brief in Support with Exhibits. | | | | |
| 99834          TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 11/8/2005 | Telephone conf. | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Telephone conference with Brandi re: | | 0.00 | | |
| Issuance of Deposition Notices. | | | | |
| 99840          TIME | Joe M. Bruno | 1.50 | 0.00 | 0.00 |
| 11/16/2005 | Telephone conf. | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Sales and Marketing Telephone conference. | | 0.00 | | |

10/30/2008                         BRUNO & BRUNO
2:03 PM                                test2                                      Page    49

| Slip ID | | User | Units | Rate | Slip Value |
|---------|---|------|-------|------|------------|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 100829 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 11/25/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Receipt & Review CTO (32). | | | 0.00 | | |
| 100271 | TIME | Joe M. Bruno | 1.00 | 0.00 | 0.00 |
| 12/1/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Receipt & Review Correspondence from Melissa Beaugh with Stanley Flanagan ew: Merck & Company Inc.'s Answer. | | | 0.00 | | |
| 100772 | TIME | Joe M. Bruno | 0.75 | 0.00 | 0.00 |
| 12/5/2005 | | Review | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Plaintiffs Steering Committee's Motion for Certification of a Nation Wide Class Action for Personal Injury and Wrongful death. | | | 0.00 | | |
| 100716 | TIME | Joe M..Bruno | 0.25 | 0.00 | 0.00 |
| 12/6/2005 | | Review | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Review CTO (34). | | | 0.00 | | |
| 100615 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 12/6/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Electronic filing of CTO 31. | | | 0.00 | | |
| 100503 | TIME | Joe M. Bruno | 1.25 | 0.00 | 0.00 |
| 12/7/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Receipt & Review Plaintiffs' Sterring Committee's Preliminary Trial Plan for the Nationwide Personal Injury and wrongful death Class Action. | | | 0.00 | | |
| 100617 | TIME | Joe M. Bruno | 0.75 | 0.00 | 0.00 |
| 12/7/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Email from Russ Herman advising that Judge Fallon has requested that the Plaintiffs Steering Committee actively communicate with Louisiana Lawyers to review cases and to attempt to select cases for trial setting in MDL 1657 in 2006. | | | 0.00 | | |
| 100769 | TIME | Joe M. Bruno | 3.00 | 0.00 | 0.00 |
| 12/8/2005 | | Review | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Motion & Incorporated Memorandum for Additional pages for Reply Memorandum in Support of Merck's Motion to Dismiss Plaintiffs Medical Monitoring Master Class Action Complaint. | | | 0.00 | | |

| 10/30/2008 | BRUNO & BRUNO | |
|---|---|---|
| 2:03 PM | test2 | Page    50 |

| Slip ID | User | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |
| 100773          TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 12/8/2005 | Review | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Email re: Status conference on 1/3/06. | | 0.00 | | |
| 100770          TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 12/9/2005 | Review | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Notice to all Counsel change of address for Defendant's Counsel. | | 0.00 | | |
| 100320          TIME | Joe M. Bruno | 1.00 | 0.00 | 0.00 |
| 12/9/2005 | Telephone conf. | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Vioxx Sales and Marketing Telephone conference. | | 0.00 | | |
| 100768          TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 12/9/2005 | Review | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Merck & Company Inc.'s Cross Notice of Plaintiff's deposition of Michael Neuwelt, M.D. | | 0.00 | | |
| 100771          TIME | Joe M. Bruno | 0.75 | 0.00 | 0.00 |
| 12/12/2005 | Review | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Plaintiff's Steering Committee's Preliminary Trial Plan for the Nationwide Personal Injury and Wrongful death class action. | | 0.00 | | |
| 100831          TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 12/15/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Receipt & Review Notice of deposition and Request for Production of Documents. | | 0.00 | | |
| 100827          TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 12/15/2005 | Review | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Stipulation of Dismissal as to Plaintiff Alfred Castillo only. | | 0.00 | | |
| 100830          TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 12/15/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Receipt & Review Notice of deposition of Plaintiff Raymond Gibney on 1/4/06 @ 9:00am at the offices of Hughes Hubbard, 101 Hudson Street, Suite 3601 Jersey City , New Jersey 07302. | | 0.00 | | |
| 100832          TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 12/16/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Receipt & Review Plaintiffs Steering | | 0.00 | | |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Committee's objection to the Notice of deposition and request for production of documents of Rosemary Lawrence. | | | | |
| 100833          TIME<br>12/16/2005<br>WIP<br>Receipt & Review Order appointing Dorothy Wimberly to the Plaintiff's Steering Committee. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 100838          TIME<br>12/22/2005<br>WIP<br>Receipt & Review Resposes and Objections of Defendant Merck and Company to Plaintiff's Steering Committee's Second set of Interrogatories and Requests for Production of Documents directed to Defendant Merck and Company Inc. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.75<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 100853          TIME<br>12/23/2005<br>WIP<br>Review Email from Ted Wacker attaching expert report of David Stewart. | Joe M. Bruno<br>Review<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 100723          TIME<br>12/30/2005<br>WIP<br>Review Motion for Expedited hearing. | Joe M. Bruno<br>Review<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 100722          TIME<br>12/30/2005<br>WIP<br>Review PSC Motion to Strike and Substitute for case of Ellis Diaz ad trial selection pursuant to minute entry of 11/23/05. | Joe M. Bruno<br>Review<br>Vioxx Com | 0.75<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 100724          TIME<br>12/30/2005<br>WIP<br>Review Joint Report No. 10 of Plaintiffs and Defendant's Liaison Counsel. | Joe M. Bruno<br>Review<br>Vioxx Com | 1.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 100896          TIME<br>1/3/2006<br>WIP<br>Letter to court reporter re: confidenitality designations for 11/21/05 deposition of Gregory D. Curfman, M.D. | Joe M. Bruno<br>Review<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |

10/30/2008  BRUNO & BRUNO
2:03 PM  test2  Page  52

| Slip ID Dates and Time Posting Status Description | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 100895  TIME 1/3/2006 WIP Notice of deposition of Dr. Paul Terrel on 1/5/06. | Joe M. Bruno Review Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 100959  TIME 1/4/2006 WIP Receipt & Review Plaintiff Profile form of Linda Hattenberger from Michael Walsh. | Joe M. Bruno Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 100867  TIME 1/4/2006 WIP Review minute entry of 1/3/06. | Joe M. Bruno Review Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 100898  TIME 1/5/2006 WIP Review Merck and Company Inc.'s Notice of Change of date and Cross Notice deposition of Marilyn Krake. | Joe M. Bruno Review Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 100894  TIME 1/6/2006 WIP Re-Notice of videotaped deposition with subpoena duces tecum of Steven B. Gilmore. | Joe M. Bruno Review Vioxx Com | 0.75 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 100877  TIME 1/9/2006 WIP Defendant Merck & Co Inc.'s Opposition to plaintiff's Steering Committees Motion for Class Cert of a Nationwide class action for personal injuryand wrongful death. | Joe M. Bruno Review Vioxx Com | 1.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 100889  TIME 1/9/2006 WIP Motion and order for leave to file exhibit under seal. | Joe M. Bruno Review Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 101073  TIME 1/13/2006 WIP Notice of deposition (oral & videotaped) of Dr. James Fries. | Joe M. Bruno Review Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 101052  TIME 1/17/2006 WIP Notification of deposition of Steven B. Gilmore on 2/2/06 at 1:30. | Joe M. Bruno Review Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |

| 10/30/2008 | BRUNO & BRUNO | |
|---|---|---|
| 2:03 PM | test2 | Page    53 |

| Slip ID | User | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |

| 101053 TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
|---|---|---|---|---|
| 1/17/2006 | Review | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Notification from Lexis Nexis re: Deposition of Dr. Michael Alan Graham on 1/20/06 at 9:00. | | 0.00 | | |

| 101047 TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
|---|---|---|---|---|
| 1/18/2006 | Review | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Motion and Incorporated Memorandum of law in Support of Motion of Merck & Co., Inc. (Merck) to Compel production of documents from the New England Journal of Medicine. | | 0.00 | | |

| 101048 TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
|---|---|---|---|---|
| 1/18/2006 | Review | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Notice of deposition of Dr. David Graham. | | 0.00 | | |

| 101049 TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
|---|---|---|---|---|
| 1/18/2006 | Review | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Order granting additional pages for Memorandum in Support of Defendant Merck & Company Inc.'s Motion to Dismiss Forgein Class Actions. | | 0.00 | | |

| 101054 TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
|---|---|---|---|---|
| 1/18/2006 | Review | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Minute Entry. | | 0.00 | | |

| 100946 TIME | Joe M. Bruno | 0.75 | 0.00 | 0.00 |
|---|---|---|---|---|
| 1/19/2006 | Review | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Motion to Clarify Pre Trial Order No. 17 re: Assembly of prior discovery. | | 0.00 | | |

| 100939 TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
|---|---|---|---|---|
| 1/20/2006 | Review | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Notice to all counsel of substitution of James Pepper for Aretha Davis when serving PPFS. authorizations and responsive documents. | | 0.00 | | |

| 100949 TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
|---|---|---|---|---|
| 1/20/2006 | Review | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Notification of Deposition of Mal Mixon on Monday January 23, 2006 @ 10:00. | | 0.00 | | |

| Slip ID Dates and Time Posting Status Description | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 101086          TIME 1/23/2006 WIP Notice of Voluntary Dismissal by Oliver and Rosie Stringer. | Joe M. Bruno Review Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 101044          TIME 1/23/2006 WIP Joint report no. 45 of plaintiffs and defendants liaison counsel. | Joe M. Bruno Review Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 101032          TIME 1/23/2006 WIP Plaintiff Steering Committee's reply Memorandum in support of motion for certification of a nation wide class action for personal injury and wrongful death (filed underseal) with exhibits and motion for leave to file brief in excess of page limits. | Joe M. Bruno Review Vioxx Com | 0.75 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 100996          TIME 1/23/2006 WIP Notice from Court attaching Notice of call in number for the 2/2/06 monthly status conference. | Joe M. Bruno Review Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 100999          TIME 1/23/2006 WIP Plaintiff Steering Committee's  Motion to Amend the first amended master class action complaint )med monitoring) to add by interlineation additional plaintiff representative in newly filed class action complaint. | Joe M. Bruno Review Vioxx Com | 1.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 101033          TIME 1/23/2006 WIP Plaintiff Steering Committee's  motion to amend the first amended master class action complaint (personal injury and wrongful death)  to add interlineation additional plaintiff representatives in newly filed class complaints. | Joe M. Bruno Review Vioxx Com | 1.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 101012          TIME 1/24/2006 WIP Order amending order on motion for leave to file excess pages. | Joe M. Bruno Review Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |

10/30/2008                              BRUNO & BRUNO
2:03 PM                                      test2                                        Page      55

| Slip ID Dates and Time Posting Status Description | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 101014          TIME 1/24/2006 WIP Plaintiff Steering Committee's  substituted motion to amend the 1st amended master complaint (medical monitoring) to ass by interlineation additional plaintiff representative in newly filed class complaint. | Joe M. Bruno Review Vioxx Com | 1.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 101011          TIME 1/24/2006 WIP Order granting PLC's motion for expedited hearing on plaintiffs motion to quash the deposition of Mal Mixon. | Joe M. Bruno Review Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 100990          TIME 1/25/2006 WIP Plaintiff Steering Committee's  Opposition to the United States Government's Motion to Quash and Cross-Motion to Compel the deposition of David Graham, M.D. | Joe M. Bruno Review Vioxx Com | 1.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 101280          TIME 1/26/2006 WIP Receipt & Review  Order re: Plaintiff Steering Committee's  2nd Amended Master Class Action Complaint (Personal Injury and Wrongful Death) is herby deemed. | Joe M. Bruno Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 100991          TIME 1/26/2006 WIP Minute Entry of 1/26/06. | Joe M. Bruno Review Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 101281          TIME 1/26/2006 WIP Receipt & Review Order re: Plaintiff Steering Committee's  Motion to Amend 1st Master Class Action Complaint (MM) is denied as moot. | Joe M. Bruno Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 100974          TIME 1/27/2006 WIP Plaintiff Steering Committee's  Cross Notice of taking Deposition of Marilyn Krahe. | Joe M. Bruno Review Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 100975          TIME 1/27/2006 WIP Plaintiff Steering Committee's  Response in | Joe M. Bruno Review Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |

| Slip ID | | User | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |

Opposition to Motley Rice's Motion for
Clarification of Pre-Trial Order No.19.

| | | | | | |
|---|---|---|---|---|---|
| 101244 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 1/27/2006 | | Review | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Review CTO 37. | | | 0.00 | | |
| 100977 | TIME | Joe M. Bruno | 0.75 | 0.00 | 0.00 |
| 1/27/2006 | | Review | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Supplemental Comment of Merck on United | | | 0.00 | | |
| States Motion to Quash Subpoena. | | | | | |
| 100983 | TIME | Joe M. Bruno | 0.75 | 0.00 | 0.00 |
| 1/30/2006 | | Review | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Expert report of Wayne A. Ray , PhD. | | | 0.00 | | |
| 100982 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 1/30/2006 | | Review | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Notification deposition of Dr. Barry Rayburn | | | 0.00 | | |
| at 2:00pm. | | | | | |
| 101186 | TIME | Joe M. Bruno | 2.00 | 0.00 | 0.00 |
| 1/30/2006 | | Document revie | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Receipt & Review Deposition of Malachi | | | 0.00 | | |
| Mixon. | | | | | |
| 100984 | TIME | Joe M. Bruno | 0.75 | 0.00 | 0.00 |
| 1/30/2006 | | Review | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Final Transcript of Gregory Curfman taken | | | 0.00 | | |
| 1/24/06. | | | | | |
| 101245 | TIME | Joe M. Bruno | 0.75 | 0.00 | 0.00 |
| 1/31/2006 | | Review | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Review Reply Memon in Support of Motion | | | 0.00 | | |
| for Clarification of Pre Trial Order No. 19. | | | | | |
| 101249 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 1/31/2006 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Receipt & Review Merck & Co. Inc.'s Cross | | | 0.00 | | |
| Notice of Plaintiff's Deposition of Laura | | | | | |
| Demopoulos, M.D. | | | | | |
| 101250 | TIME | Joe M. Bruno | 0.75 | 0.00 | 0.00 |
| 1/31/2006 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Receipt & Review Joint Report No. 11 of | | | 0.00 | | |
| Plaintiff's and Defendant's Liaison Counsel. | | | | | |

| Slip ID Dates and Time Posting Status Description | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 101251          TIME 1/31/2006 WIP Email from Lenny Davis attaching Cross Notice of Deposition of Kohnke & Demopolous. | Joe M. Bruno Review Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 101243          TIME 1/31/2006 WIP Review Minute Entry of 1/31/06. | Joe M. Bruno Review Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 101259          TIME 2/1/2006 WIP Event Notification from Lexis Nexis re: the deposition of Tracy Ogden on Tuesday February 21, 2006 at 9:00am. | Joe M. Bruno Review Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 101260          TIME 2/1/2006 WIP Event Notification from Lexis Nexis re: the deposition of Joseph Lynch on Tuesday March 31, 2006 at 9:00am. | Joe M. Bruno Review Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 101273          TIME 2/1/2006 WIP Receipt & Review Defendant's Opposition to Plaintiff Steering Committee's Motion to Clarify Pre Trial Order No. 17 re: Assembly of prior discovery. | Joe M. Bruno Receipt and rev Vioxx Com | 1.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 101266          TIME 2/1/2006 WIP Review current status of individual  state class rep plaintiffs. | Joe M. Bruno Review Vioxx Com | 0.75 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 101257          TIME 2/1/2006 WIP Notificatin reminder of the deposition of Steven Benjamin on Thursday , February 2, 2006 at 1:30pm. | Joe M. Bruno Review Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 101253          TIME 2/1/2006 WIP Receipt & Review Merck & Co. Inc.'s Cross Notice of deposition of Joseph Lynch. | Joe M. Bruno Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 101255          TIME 2/1/2006 WIP | Joe M. Bruno Receipt and rev Vioxx Com | 0.25 0.00 0.00 | 0.00 T@1 | 0.00 |

| Slip ID Dates and Time Posting Status Description | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| Receipt & Review Merck & Co Inc.'s Cross Notice of Plaintiff's deposition of Trany Ogden. | | 0.00 | | |
| 101256        TIME 2/1/2006 WIP Receipt & Review Deposition Transcript of Craig Pratt on January 31, 2006. | Joe M. Bruno Receipt and rev Vioxx Com | 2.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 101369        TIME 2/2/2006 WIP Minute Entry of 2/2/06. | Joe M. Bruno Review Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 101287        TIME 2/3/2006 WIP Receipt & Review Defendant's Motion and Incorporated Memorandum to Strike Class Allegations. | Joe M. Bruno Receipt and rev Vioxx Com | 0.75 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 101282        TIME 2/3/2006 WIP Review Email from Lisa Vinson attaching an Emergency newsletter from the Vioxx state Liaison Committee, along with its attachments. | Joe M. Bruno Review Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 101226        TIME 2/6/2006 WIP Notification from Lexis Nexis Reminder of the Deposition of Jan Cooper on Tuesday 2/7/06 at 1:00pm. | Joe M. Bruno Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 101228        TIME 2/6/2006 WIP Review Minute Entry pf 2/2/06. | Joe M. Bruno Review Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 101220        TIME 2/6/2006 WIP Email from Heather LaBorder Paralegal with Herman  & Herman attaching Defendant's Rules to Show Cause re: Plaintiff Profile Forms. | Joe M. Bruno Receipt and rev Vioxx Com | 1.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 101224        TIME 2/6/2006 WIP Review Minute Entry of 2/3/06. | Joe M. Bruno Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 101225          TIME<br>2/7/2006<br>WIP<br>Notification from Lexis Nexis advising of the<br>Deposition of Dr. james Butler on Wed.<br>2/8/06 at 3:30. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 101362          TIME<br>2/8/2006<br>WIP<br>Review Notice of Substitution of Counsel for<br>Defendant Merck and Company Inc. | Joe M. Bruno<br>Review<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 101370          TIME<br>2/9/2006<br>WIP<br>Review Amended Notice of Substitution of<br>Counsel for Defendant Merck & Co., Inc. | Joe M. Bruno<br>Review<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 101461          TIME<br>2/15/2006<br>WIP<br>Email reminder of Records Deposition to be<br>taken of Mindshare Interactive Campaigns<br>on 2/27/06 at 10:00am. | Joe M. Bruno<br>Case assesme<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 101460          TIME<br>2/15/2006<br>WIP<br>Review (CTO) 38 transferring 57 cases to<br>Eastern District of Louisiana. | Joe M. Bruno<br>Case assesme<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 101547          TIME<br>2/16/2006<br>WIP<br>Transfer Order from MDL Panel transferring<br>81 cases to the Eastern District Louisiana. | Joe M. Bruno<br>Case assesme<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 101568          TIME<br>2/16/2006<br>WIP<br>Letter to Court Reporter re: Confidentialty<br>designations for 12/15/05 Deposition of Tom<br>Cannell. | Joe M. Bruno<br>Case assesme<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 101688          TIME<br>2/17/2006<br>WIP<br>Review Minute Entry of 2/17/06. | Joe M. Bruno<br>Case assesme<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 101544          TIME<br>2/17/2006<br>WIP<br>Deposition of Laura Dernopolous. | Joe M. Bruno<br>Case assesme<br>Vioxx Com | 2.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |

| Slip ID Dates and Time Posting Status Description | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 101689          TIME 2/23/2006 WIP Review Conditional Transfer Order 39 with seperation; remand and MDL-1699 (CTO 16). | Joe M. Bruno Case assesme Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 101690          TIME 2/24/2006 WIP Review Notice of Proof of Service re: Invacare. | Joe M. Bruno Case assesme Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 101631          TIME 2/24/2006 WIP Minute Entry of 2/24/06. | Joe M. Bruno Case assesme Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 101648          TIME 2/24/2006 WIP Receipt & Review CTO 40, transferring 97 cases to Easten District of Louisiana. | Joe M. Bruno Case assesme Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 101633          TIME 3/1/2006 WIP Conditional Transfer Order transferring (1) case to EDLA. | Joe M. Bruno Case assesme Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 101649          TIME 3/1/2006 WIP Receipt & Review Notice of Deposition duces tecum of Collogenex Pharmaceuticals Inc. on 3/21/06 @ 10:00am. | Joe M. Bruno Case assesme Vioxx Com | 0.75 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 101651          TIME 3/1/2006 WIP Receipt & Review Supplemental Responses of Defendant Merck & Company to Plaintiff's Steering Committee's 1st set of interrogatories to Merck. | Joe M. Bruno Case assesme Vioxx Com | 0.75 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 101632          TIME 3/2/2006 WIP Merck's Atlantic City Vioxx Jury Includes Five Casino Employees. | Joe M. Bruno Case assesme Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 102072          TIME 3/3/2006 WIP Order Vacating CTO 43 as it relates to Beatriz Garcia. | Joe M. Bruno Case assesme Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |

10/30/2008                                    BRUNO & BRUNO
2:03 PM                                          test2                                    Page    61

| Slip ID | | User | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 101695 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 3/4/2006 | | Case assesme | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Review Merck & Company Inc.'s Cross Notice of Plaintiffs Deposition of Hui Quan, phd. | | | 0.00 | | |
| 101831 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 3/6/2006 | | Case assesme | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Review Minute Entry of March 6, 2006. | | | 0.00 | | |
| 101852 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 3/6/2006 | | Case assesme | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Plaintiff Steering Committee's  Notice of taking deposition of Molly Bucholz, COR for DDB Needham Worldwide Inc. | | | 0.00 | | |
| 101850 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 3/6/2006 | | Case assesme | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Plaintiff Steering Committee's  Cross Notice of taking Deposition of Mike Abematly. | | | 0.00 | | |
| 101851 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 3/6/2006 | | Case assesme | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Event Notification: 9am deposition of Jan Cooper. | | | 0.00 | | |
| 101857 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 3/7/2006 | | Case assesme | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Email from David Voreacos regarding Merck Judge Juggles 5100 Cases as Vioxx Trial Begins. | | | 0.00 | | |
| 101823 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 3/9/2006 | | Case assesme | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Order lifiting stay of CTO from the MDL Panel transferring 53 cases to the Eastern District of Louisiana. | | | 0.00 | | |
| 101826 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 3/9/2006 | | Case assesme | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Review Merck Accused by Cardiologist of Distorting Vioxx Study. | | | 0.00 | | |
| 101825 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 3/9/2006 | | Case assesme | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |

10/30/2008                          BRUNO & BRUNO
2:03 PM                                 test2                                    Page    62

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Review<br>Merck accused by Caridologist of hiding<br>Vioxx risks. | | 0.00 | | |
| 101820          TIME<br>3/9/2006<br>WIP<br>Order lifting stay of CTO from the MDL<br>Panel transferring 5 cases to the Eastern<br>District of Louisiana. | Joe M. Bruno<br>Case assesme<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 101813          TIME<br>3/10/2006<br>WIP<br>Review<br>Merck Jury Hears from Doctor , Who<br>bBlames Heart Attack on Vioxx. | Joe M. Bruno<br>Case assesme<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 101815          TIME<br>3/10/2006<br>WIP<br>Review Plaintiff Steering Committee's<br>Notice of Supplemental Authority. | Joe M. Bruno<br>Case assesme<br>Vioxx Com | 0.75<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 101986          TIME<br>3/13/2006<br>WIP<br>Merck Jury hears 77 year old plaintiff in<br>Vioxx trial. | Joe M. Bruno<br>Case assesme<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 101987          TIME<br>3/14/2006<br>WIP<br>Merck Vioxx contributed to patient heart<br>attack, expert says. | Joe M. Bruno<br>Case assesme<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 101992          TIME<br>3/15/2006<br>WIP<br>Order and Reasons denying USA's Motion<br>to Quash the Deposition of David Graham,<br>M.D. and granting the Plaintiff Steering<br>Committee's Corss Motion to Compel. | Joe M. Bruno<br>Case assesme<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 101945          TIME<br>3/15/2006<br>WIP<br>Minute Entry of March 15, 2006. | Joe M. Bruno<br>Case assesme<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 101960          TIME<br>3/15/2006<br>WIP<br>Defendant Merck and Company Inc.'s<br>Response to Plaintiff Steering Committee's<br>Notice of Supplemental Authority. | Joe M. Bruno<br>Case assesme<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |

10/30/2008                                   BRUNO & BRUNO
2:03 PM                                          test2                                          Page      63

| Slip ID | | User | Units | Rate | Slip Value |
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
|---|---|---|---|---|---|
| 101991 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 3/15/2006 | | Case assesme | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Merck omitted "critically important" data on Vioxx. | | | 0.00 | | |
| 101900 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 3/21/2006 | | Case assesme | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Merck Jury hears wife, daughter testify in Vioxx case. | | | 0.00 | | |
| 101911 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 3/21/2006 | | Case assesme | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Merck begins defense of Vioxx at trial on long term Vioxx use. | | | 0.00 | | |
| 101918 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 3/21/2006 | | Case assesme | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Conditional Transfer Order 43. | | | 0.00 | | |
| 101912 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 3/22/2006 | | Case assesme | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Joint Report No. 12 of Plaintiffs and Defendant's Liaison Counsel. | | | 0.00 | | |
| 101914 | TIME | Joe M. Bruno | 0.75 | 0.00 | 0.00 |
| 3/22/2006 | | Case assesme | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Response of Defendant to Plaintiffs letter brief regarding Ogilvy, DDB and Millward 3rd party Discovery. | | | 0.00 | | |
| 101917 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 3/22/2006 | | Case assesme | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Merck Scientist Queried about hiding Vioxx risk data. | | | 0.00 | | |
| 101925 | TIME | Joe M. Bruno | 2.00 | 0.00 | 0.00 |
| 3/23/2006 | | Case assesme | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Joint Motion of Plaintiff Steering Committee and Defendant's to Approve Settlement Agreement , Order; Order to Show Cause. | | | 0.00 | | |
| 101966 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 3/23/2006 | | Case assesme | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| The Plaintiff Steering Committee's  Reply to Defendant Merck and Company Inc.'s Response to Plaintiff Steering Committee's Notice of Supplemental Authority. | | | 0.00 | | |

10/30/2008                          BRUNO & BRUNO
2:03 PM                                  test2                                    Page      64

| Slip ID | | User | Units | Rate | Slip Value |
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| --- | --- | --- | --- | --- | --- |
| 101934 | TIME | Joe M. Bruno | 0.75 | 0.00 | 0.00 |
| 3/23/2006 | | Case assesme | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Minute Entry of March 23, 2006. | | | 0.00 | | |
| 101933 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 3/24/2006 | | Case assesme | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Conditional Transfer Order 44 with | | | 0.00 | | |
| Seperation, Remand and MDL 1699 CTO 18. | | | | | |
| 102038 | TIME | Joe M. Bruno | 1.25 | 0.00 | 0.00 |
| 3/27/2006 | | Case assesme | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Plaintiff Steering Committee's  Motion to | | | 0.00 | | |
| Implement Procedure for Rapid Remand. | | | | | |
| 102039 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 3/27/2006 | | Case assesme | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Notification of Plaintiff Steering Committee's | | | 0.00 | | |
| Reply Brief to Merck's Response to Quash | | | | | |
| Discovery ; document filed under seal. | | | | | |
| 102031 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 3/27/2006 | | Case assesme | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Review Merck Scientist Disputes Vioxx | | | 0.00 | | |
| Criticisms in journal. | | | | | |
| 102026 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 3/28/2006 | | Case assesme | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Merck Expert says Vioxx didn't cause heart | | | 0.00 | | |
| attack. | | | | | |
| 102052 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 3/29/2006 | | Case assesme | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Re-Notice of FRE 30(b)(6) Corporate | | | 0.00 | | |
| Depositon (Oral and Videotaped). | | | | | |
| 102053 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 3/30/2006 | | Case assesme | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Merck rests in Vioxx case as jury hears | | | 0.00 | | |
| psychiatrist. | | | | | |
| 102062 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 3/31/2006 | | Case assesme | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Merck & Company Inc.'s Response to | | | 0.00 | | |
| Plaintiff Steering Committee's  Motion to | | | | | |
| Compel FDA to Procedure Documents. | | | | | |

10/30/2008                          BRUNO & BRUNO
2:03 PM                                 test2                                      Page     65

| Slip ID | | User | Units | Rate | Slip Value |
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
|---|---|---|---|---|---|
| 102049 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 4/1/2006 | | Case assesme | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Merck loses mistrial bid over lawyers comments in Vioxx case. | | | 0.00 | | |
| 102050 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 4/1/2006 | | Case assesme | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Merck loses appeals court ruling over Vioxx class act. | | | 0.00 | | |
| 102048 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 4/1/2006 | | Case assesme | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Merck seeking mistrial in Vioxx trial over comments. | | | 0.00 | | |
| 102189 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 4/3/2006 | | Case assesme | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Minte Entry of April 3, 2006. | | | 0.00 | | |
| 102046 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 4/3/2006 | | Case assesme | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Merck Kury Questions on Vioxx May Favor Plaintiffs. | | | 0.00 | | |
| 102188 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 4/4/2006 | | Case assesme | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Minute Entry of April 4, 2006. | | | 0.00 | | |
| 102083 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 4/4/2006 | | Case assesme | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Email from Merck begins weighing Vioxx roll in two heart attacks. | | | 0.00 | | |
| 102093 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 4/4/2006 | | Case assesme | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Merck's Subpoena to David Graham. | | | 0.00 | | |
| 102094 | TIME | Joe M. Bruno | 1.50 | 0.00 | 0.00 |
| 4/4/2006 | | Case assesme | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Plaintiff Steering Committee's  Post Hearing Submissions of New and Pertinent Authority on choice of Law Issue. | | | 0.00 | | |
| 102095 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 4/4/2006 | | Case assesme | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Review- Merck Jury Ends 1st day of deliberations in Vioxx Lawsuits. | | | 0.00 | | |

| Slip ID Dates and Time Posting Status Description | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 102096          TIME 4/4/2006 WIP Review Defendant's Oppositon to Plaintiff 's Motion to Clarify Applicability of Tolling Agreement to Foreign Claimants. | Joe M. Bruno Case assesme Vioxx Com | 0.75 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 102186          TIME 4/5/2006 WIP Merck loses 4.5 million Vioxx verdict on New Jersey. | Joe M. Bruno Case assesme Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 102162          TIME 4/6/2006 WIP Merck's Gilmartin to testify after 4.5million Vioxx. | Joe M. Bruno Case assesme Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 102187          TIME 4/6/2006 WIP Email from Lisa W. Vinson attaching a special edition Vioxx MDL 1657 Newsletter from the State Liaison Committee. | Joe M. Bruno Case assesme Vioxx Com | 0.75 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 102201          TIME 4/7/2006 WIP Plaintiff Steering Committee's  Reply to the United States Opposition to the Plaintiff Steering Committee's  Motion to Compel. | Joe M. Bruno Review Vioxx Com | 2.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 102161          TIME 4/6/2006                    4/7/2006 WIP Event reminder of the Deposition of Peter DiBattiste on Friday, April 7, 2006. | Joe M. Bruno Case assesme Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 102246          TIME 4/10/2006 WIP Event Notification: 9am Continued Deposition of Charlotte McKines. | Joe M. Bruno Case assesme Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 102259          TIME 4/10/2006 WIP Minute Entry of April 10, 2006. | Joe M. Bruno Case assesme Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 102206          TIME 4/10/2006 WIP Defendant Merck's Reponse to Plaintiff Steering Committee's  Post Hearing Submission of New and Pertinent Authority | Joe M. Bruno Case assesme Vioxx Com | 0.75 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |

| Slip ID | User | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |

on choice of law issue.

| 102209 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 4/10/2006 | | Case assesme | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Memorandum in Oppositon to Merck & | | | 0.00 | | |

Company Inc.'s Motion for Reconsideration
of the Court's 4/3/06 and 4/4/06 Minute
Entries.

| 102248 | TIME | Joe M. Bruno | 0.75 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 4/11/2006 | | Case assesme | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Merck's Reply in Support of Motion for | | | 0.00 | | |

Consideration of the Court's Privilege Ruling.

| 102257 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 4/12/2006 | | Case assesme | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Review Minute Entry of April 6, 2006. | | | 0.00 | | |

| 102239 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 4/12/2006 | | Case assesme | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Minute Entry of April 12, 2006. | | | 0.00 | | |

| 102261 | TIME | Joe M. Bruno | 0.75 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 4/12/2006 | | Case assesme | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Notice of taking Deposition of Michael | | | 0.00 | | |

Mikolacyzk, MD.

| 102260 | TIME | Joe M. Bruno | 1.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 4/12/2006 | | Case assesme | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Subpoena to Kaiser Foundation Health Plan | | | 0.00 | | |

Inc.

| 102272 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 4/13/2006 | | Case assesme | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Plaintiff Steering Committee's Surreply in | | | 0.00 | | |

Opposition to Defendant's Motion for
Reconsideration of the Court's April 3, 2006
and April 4, 2006 Minute Entries.

| 102262 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 4/13/2006 | | Case assesme | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Event Notification 1:00 pm Deposition of | | | 0.00 | | |

Michael McCaffrey, MD.

| 102251 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 4/13/2006 | | Case assesme | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| April 11, 2006 Minute Entry Ruling. | | | 0.00 | | |

10/30/2008                          BRUNO & BRUNO
2:03 PM                                  test2
                                                                    Page    68

| Slip ID | | User | Units | Rate | Slip Value |
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
|---|---|---|---|---|---|
| 102237 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 4/17/2006 | | Case assesme | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Notice of taking Deposition of Mark Karavan. | | | 0.00 | | |
| 102238 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 4/17/2006 | | Case assesme | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Minute Entry of April 13, 2006. | | | 0.00 | | |
| 102341 | TIME | Joe M. Bruno | 3.00 | 0.00 | 0.00 |
| 4/18/2006 | | Case assesme | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Deposition of Peter DiBattiste. | | | 0.00 | | |
| 102335 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 4/19/2006 | | Case assesme | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Notice of taking Deposition of Dr. Curtis Bryan. | | | 0.00 | | |
| 102330 | TIME | Joe M. Bruno | 3.00 | 0.00 | 0.00 |
| 4/19/2006 | | Case assesme | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Receipt & Review the Plaintiff Steering Committee's  Generie Motion in Motion in Limine. | | | 0.00 | | |
| 102333 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 4/19/2006 | | Case assesme | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Event notification, 1pm Deposition of Dr. Curtis Bryan. | | | 0.00 | | |
| 102334 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 4/19/2006 | | Case assesme | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Event notification of 2:00 continued deposition of Dennis Hawk. | | | 0.00 | | |
| 102346 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 4/20/2006 | | Case assesme | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Receipt & Review Minute Entry of April 18, 2006. | | | 0.00 | | |
| 102343 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 4/20/2006 | | Case assesme | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Receipt & Review April 19, 2006 Minute Entry. | | | 0.00 | | |
| 102463 | TIME | Joe M. Bruno | 0.75 | 0.00 | 0.00 |
| 5/15/2006 | | Case assesme | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Email from Lisa Vinson attaching the Vioxx State Liaison Committee May 2006 news | | | 0.00 | | |

10/30/2008                               BRUNO & BRUNO
2:03 PM                                       test2                                    Page    69

| Slip ID | User | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |
| letter. | | | | |

| Grand Total | | | | |
|---|---|---|---|---|
| | Billable | 345.75 | | 300.00 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 345.75 | | 300.00 |

10/30/2008                              BRUNO & BRUNO
2:04 PM                                    test2
                                                                            Page    1

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 98957              TIME<br>7/25/2003<br>WIP<br>Notice of Voluntary Dismiss case without<br>prejudice by Plaintiff and Authorization to<br>Withdraw as counsel and to voluntarily<br>Non-suit with Prejudice. | A=David Scalia<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 98956              TIME<br>7/25/2003<br>WIP<br>Emailed stipulation to dismiss party Michael<br>O'Leavitt. | A=David Scalia<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 98955              TIME<br>7/25/2003<br>WIP<br>EMailed stipulation to dismiss Defendant's<br>Publix Supermarkets without prejudice by<br>Plaintiffs. | A=David Scalia<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 88180              TIME<br>10/13/2004<br>WIP<br>Fax from Danny Becnel re: Discuss cases<br>and schedule meeting. | A=David Scalia<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 89863              TIME<br>10/26/2004<br>WIP<br>Merck and Co.'s Motion for Corrdinated<br>Pre-Trial Proceeding and Merck's Motion for<br>expedited consideration. | A=David Scalia<br>Receipt and rev<br>Vioxx Com | 4.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 89397              TIME<br>10/29/2004<br>WIP<br>Correspondence from clerk of court of<br>Defendant Merck and Co. for transfer of<br>actions to District of Maryland. | A=David Scalia<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 89869              TIME<br>11/1/2004<br>WIP<br>Notice of appearance and Rule 5.3 corporate<br>disclosure statement of defendants. | A=David Scalia<br>Receipt and rev<br>Vioxx Com | 1.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 90664              TIME<br>11/5/2004<br>WIP<br>Correspondence from Leslie Bryan re:<br>Plaintiffs Motion to Transfer and<br>Coordination and/or Consolidation Pursuant<br>to 28 USC 1407 and Memorandum in | A=David Scalia<br>Receipt and rev<br>Vioxx Com | 1.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |

| 10/30/2008 | BRUNO & BRUNO | | |
|---|---|---|---|
| 2:04 PM | test2 | Page | 2 |

| Slip ID | User | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |

Support.

| 90694 | TIME | A=David Scalia | 0.25 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 11/5/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Correspondence from MDL re: Notice pf Appearance. | | | 0.00 | | |

| 91221 | TIME | A=David Scalia | 0.25 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 11/8/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Panel Attomey Service list from cletk of the panel. | | | 0.00 | | |

| 91231 | TIME | A=David Scalia | 0.50 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 11/8/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Certificate of service of Designated Attorney is authorized to receive service of all Pleadings, notices, orders, and other papers relating to Practice on behalf of Plaintiffs indicated. | | | 0.00 | | |

| 89663 | TIME | A=David Scalia | 1.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 11/9/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| R/R correspondence from Danny Becnel re: Plaintiff Salvador Christians Motion for expedited consideration of Vioxx Moll 1657, Memo in Support and Reply to Defendants Merk and Co. | | | 0.00 | | |

| 89675 | TIME | A=David Scalia | 1.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 11/9/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from Leslie Bryan re: Letter sen to Cathy Marda at the Judicial Panel MDL. | | | 0.00 | | |

| 89706 | TIME | A=David Scalia | 0.50 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 11/10/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Notice of Appearance. | | | 0.00 | | |

| 89325 | TIME | A=David Scalia | 0.50 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 11/11/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Fax from Bryan Reuter enclosing a service copy of a Fiest Motion for extension of time. | | | 0.00 | | |

| 89367 | TIME | A=David Scalia | 0.25 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 11/12/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from  Jack Land to all attomeys on service list regarding removal of their firms name for both defendants. | | | 0.00 | | |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 89391              TIME<br>11/12/2004<br>WIP<br>Letter from James Hemmogs (Attorney for Merck and Co Inc) regarding his correction entered on the service list. | A=David Scalia<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 89385              TIME<br>11/12/2004<br>WIP<br>letter from Bryan Reuter enclosing a service copy of a first motion for extension of time; order unsigned. | A=David Scalia<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 89379              TIME<br>11/12/2004<br>WIP<br>Letter from Wlater Boone re: His office no longer representing the defendant designated in this matter. | A=David Scalia<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 89977              TIME<br>11/15/2004<br>WIP<br>Letter from Ricardo Garcia clerk of the panel enclosing an original and 12 copies of interested parties response in opposition to Defendant's Merk and Co Inc.'s Motion for Coordinated Pre-Trial procedings and Memorandum in support. | A=David Scalia<br>Receipt and rev<br>Vioxx Com | 1.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 89989              TIME<br>11/15/2004<br>WIP<br>Plaintiff Richardson's response in opposition to Defendant's Merck's Motion to Transfer and Consolidation submitted by Patrick Stueve. | A=David Scalia<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 90013              TIME<br>11/15/2004<br>WIP<br>Letter from Rachel Nafziger enclosing Dianne nast's Notice of Appearance. | A=David Scalia<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 90019              TIME<br>11/15/2004<br>WIP<br>Letter from Arnold Levin re: The original and 12 copies of Certificate of Service of Patrick Besaw's prior filings before the panel to clerk of court. | A=David Scalia<br>Receipt and rev<br>Vioxx Com | 0.75<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |

10/30/2008                                    BRUNO & BRUNO
2:04 PM                                            test2
                                                                                    Page      4

| Slip ID | | User | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 90025 | TIME | A=David Scalia | 0.25 | 0.00 | 0.00 |
| 11/15/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from Whitman B. Johnson re: The | | | 0.00 | | |
| Panel attorney service list to reflect the | | | | | |
| correct name of the party he represents as | | | | | |
| Charles D. Lee. | | | | | |
| 90031 | TIME | A=David Scalia | 1.00 | 0.00 | 0.00 |
| 11/15/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Plaintiff's response to Defendant Merk and | | | 0.00 | | |
| Company Inc.'s Motion for Coordinated | | | | | |
| Pre-Trial Proceedings pursuant to 28 U.S.C. | | | | | |
| 90055 | TIME | A=David Scalia | 0.75 | 0.00 | 0.00 |
| 11/15/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Response to the Motion of Merk and | | | 0.00 | | |
| Company Inc to Transfer and consolidate in | | | | | |
| the USDC for the District of Maryland. | | | | | |
| 90079 | TIME | A=David Scalia | 0.25 | 0.00 | 0.00 |
| 11/15/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from Janice re: Alvin Pennington on | | | 0.00 | | |
| Vioxx for a gout condition. | | | | | |
| 90085 | TIME | A=David Scalia | 0.25 | 0.00 | 0.00 |
| 11/15/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Correspondence from Calvin Fayard re: The | | | 0.00 | | |
| Panel Attorney Service List not including | | | | | |
| him. Copy of Notice Enclosed. | | | | | |
| 89373 | TIME | A=David Scalia | 0.25 | 0.00 | 0.00 |
| 11/16/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Plaintiff Salvadore Christina Memo in | | | 0.00 | | |
| Support of the Motion for expedited | | | | | |
| consideration. | | | | | |
| 89260 | TIME | A=David Scalia | 0.50 | 0.00 | 0.00 |
| 11/16/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| R/R Fax from Daniel Becnel re: a successful | | | 0.00 | | |
| meeting in New Orleans and election of Any | | | | | |
| Birchfield and Allen and Chris Sorger as | | | | | |
| Co-Lead Counsels. | | | | | |
| 89236 | TIME | A=David Scalia | 1.00 | 0.00 | 0.00 |
| 11/17/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| R/R Rule 7.2(a)(ii) schedule of actions from | | | 0.00 | | |
| Andy Birchfield enclosing Plaintiffs response | | | | | |

10/30/2008                                      BRUNO & BRUNO
2:04 PM                                             test2                                    Page      5

| Slip ID | | User | Units | Rate | Slip Value |
|---------|---|------|-------|------|-----------|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |

to Merck and Co., Inc. Motion for
coordinated pre-trial proceedings and
plaintiffs brief in support of their response to
Mercks Motion for coordinated pre-trial
proceedings.

| 89230 | TIME | A=David Scalia | 1.00 | 0.00 | 0.00 |
|--------|------|----------------|------|------|------|
| 11/17/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Copies of Interested Parties reasons why | | | 0.00 | | |

oral argument should be heard and
opposition to defendant merck and co inc;s
motion for coordinated pretrial proceedings
pursuant to 28 U.S.C.J. 1407 and memo in
support.

| 89242 | TIME | A=David Scalia | 1.00 | 0.00 | 0.00 |
|--------|------|----------------|------|------|------|
| 11/17/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| R/R Letter from David Matthews enclosing | | | 0.00 | | |

certain Texas Plaintiffs Response to
Defendant Merck Co., Inc; Motion for
coordinated trial proceedings and reasons
why oral arguments should be heard.

| 89224 | TIME | A=David Scalia | 1.00 | 0.00 | 0.00 |
|--------|------|----------------|------|------|------|
| 11/17/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| R/R Memorandum of Plaintiffs Roberta | | | 0.00 | | |

Walcott and Williams Hanson and
interested Parties Motion to Transfer.

| 89254 | TIME | A=David Scalia | 0.50 | 0.00 | 0.00 |
|--------|------|----------------|------|------|------|
| 11/17/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| R/R Letter from Danny Johnson enclosing | | | 0.00 | | |

Plaintiffs; Motion for Transfer with supporting
memorandum.

| 89248 | TIME | A=David Scalia | 1.00 | 0.00 | 0.00 |
|--------|------|----------------|------|------|------|
| 11/17/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Certain MDL Plaintiffs response to Merck | | | 0.00 | | |

and Co., Inc; Motion for coordinated pre-trial
proceedings and certain Federal Plaintiffs
Motion In Support of Plaintiff Salvadore
Chritians Motion for Expedited Consideration
of Vioxx MDL1650.

| 90152 | TIME | A=David Scalia | 0.25 | 0.00 | 0.00 |
|--------|------|----------------|------|------|------|
| 11/19/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Fax from Daniel Becnel re: Crestor, Acutave | | | 0.00 | | |

and Bextra being seriously considered

| Slip ID Dates and Time Posting Status Description | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| removed based on one witness who testified the drugs should be looked at. | | | | |
| 90128         TIME 11/19/2004 WIP Fax from Danny Becnel re: Certain members of the group have been contacted by representatives of Merck to begin discussions concerning important issues. | A=David Scalia Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 90127         TIME 11/19/2004 WIP Fax from Danny Becnel re: Certain members of the group have been contacted by representatives of Merck to begin discussions concerning important issues. | A=David Scalia Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 90103         TIME 11/19/2004 WIP =Correspondence from Ronnie Penton re; Notice of Appearance , Notice of Potential Tag Along or related action and Preston Lee's Reply to merck. | A=David Scalia Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 89487         TIME 11/22/2004 WIP MDL vioxx information. | A=David Scalia Receipt and rev Vioxx Com | 2.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 90552         TIME 11/29/2004 WIP Notice to all counsel re: seperate motions collectively seeking centralization. | A=David Scalia Receipt and rev Vioxx Com | 1.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 90587         TIME 11/29/2004 WIP Letter from William Beaisoliee to clerk of panel enclosing Merck and Co Inc's Amended Motion for Coordinated Pre Trial Proceedings, Memorandum In Support. | A=David Scalia Receipt and rev Vioxx Com | 2.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 90646         TIME 12/1/2004 WIP Motion to Transfer to the United States District Court for the Northern District of Illinois all pending related actions for coordinated and consolidate proceedings. | A=David Scalia Receipt and rev Vioxx Com | 1.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |

10/30/2008                          BRUNO & BRUNO
2:04 PM                                 test2
                                                                        Page      7

| Slip ID | | User | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 91153 | TIME | A=David Scalia | 1.00 | 0.00 | 0.00 |
| 12/3/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Fax from Daniel Biecnel attaching Bill Fiedermans copy of Merck's Responses and Objections to plaintiffs first of interrogatoues in his case | | | 0.00 | | |
| 91218 | TIME | A=David Scalia | 0.25 | 0.00 | 0.00 |
| 12/3/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from Scott Allen.  Notice of appearance. | | | 0.00 | | |
| 92301 | TIME | A=David Scalia | 0.25 | 0.00 | 0.00 |
| 12/6/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Fax from Elizabeth Cabraser re: <Big Pharma/FDA cartoon> | | | 0.00 | | |
| 92313 | TIME | A=David Scalia | 0.25 | 0.00 | 0.00 |
| 12/6/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from William Beausoleil to the clerk of the panel regarding the issue of a reply of Merch & Co. Inc. to the various responses to its initial & amended motions for coordinated pre-trial proceedings. | | | 0.00 | | |
| 92302 | TIME | A=David Scalia | 0.25 | 0.00 | 0.00 |
| 12/6/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from Hector Gancedo to the clerk of the panel requesting to receive all court orders | | | 0.00 | | |
| 92314 | TIME | A=David Scalia | 0.50 | 0.00 | 0.00 |
| 12/7/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| revised panel attorney service list | | | 0.00 | | |
| 92324 | TIME | A=David Scalia | 1.00 | 0.00 | 0.00 |
| 12/7/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| faxed letter from Bryan Reutter enclosing a service copy oF Much & Co. Inc.'s answer filed. | | | 0.00 | | |
| 92290 | TIME | A=David Scalia | 1.00 | 0.00 | 0.00 |
| 12/8/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from Bryan Beuter enclosing a service copy of Merch & Co. Inc.'s answer | | | 0.00 | | |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 92289          TIME<br>12/8/2004<br>WIP<br>Walter McNaugton's application in support<br>of coordinated Pre-trial proceedings<br>pursuant to 28u.s.c. 1407 | A=David Scalia<br>Receipt and rev<br>Vioxx Com | 1.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 92388          TIME<br>12/10/2004<br>WIP<br>faxed letter from Turner Branch to Daniel<br>Becnel jjr. re: the hearing coming up for the<br>MDL on Vioxx litigation.  Responses to all<br>motions are due by Dec. 13, 04 | A=David Scalia<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 92421          TIME<br>12/13/2004<br>WIP<br>Danford K Jones response to Merk & Co.<br>Inc.'s amended motion for coordinated<br>pre-trial proceedings & request that all<br>federal cases relating to Vioxx be transfered<br>to the Northern District of Ohio | A=David Scalia<br>Receipt and rev<br>Vioxx Com | 1.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 92412          TIME<br>12/13/2004<br>WIP<br>Interested party respons in support of<br>transfer of actions to the central district of<br>Cali. by Mitchell R. Jensen | A=David Scalia<br>Receipt and rev<br>Vioxx Corn | 2.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 92409          TIME<br>12/13/2004<br>WIP<br>letter from Michael Tiger enclosing plaintiffs<br>Merrich & Michelle Sirota's reply to<br>defendant Merch & Co. Inc.'s Motion for<br>coorinated pre-trial proceedings reasons<br>why oral argument should be heard & cert.<br>of service. | A=David Scalia<br>Receipt and rev<br>Vioxx Com | 1.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 92400          TIME<br>12/13/2004<br>WIP<br>letter from Stephen b. Murray enclosing<br>Plaintiffs Memorandum in response to<br>motion to transfer and consolidation filed by<br>defendant. | A=David Scalia<br>Receipt and rev<br>Vioxx Com | 2.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 92397          TIME<br>12/13/2004<br>WIP<br>letter from Richard Arsunautt enclosing<br>Plaintiffs response to Defendant's motion for | A=David Scalia<br>Receipt and rev<br>Vioxx Com | 2.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |

10/30/2008                          BRUNO & BRUNO
2:04 PM                                  test2
                                                                          Page      9

| Slip ID | User | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |

coordinated Pre-trial proceedings pursuant
to 28 USC 1409

| | | | | |
|---|---|---|---|---|
| 91560 TIME | A=David Scalia | 2.00 | 0.00 | 0.00 |
| 12/14/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Letter from Harris Pogust enclosing Plaintiffs | | 0.00 | | |
| Kennedy and Darryl Mcmahon's response to | | | | |
| MDL motion for transfer and cross motion for | | | | |
| transfer. | | | | |
| 91693 TIME | A=David Scalia | 1.50 | 0.00 | 0.00 |
| 12/15/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Letter from Becnel re: His retainer of Dr. | | 0.00 | | |
| Daniel Acosta , Jr. as his cardio toxicologist | | | | |
| in this matter. | | | | |
| 91548 TIME | A=David Scalia | 0.50 | 0.00 | 0.00 |
| 12/15/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Letter from Danny Becnel re: PBS program | | 0.00 | | |
| (frontline) Dangerous Prescriptions . | | | | |
| Request for conference call to discuss the | | | | |
| spread sheet sent out yesterday re; | | | | |
| locations of the MDL. | | | | |
| 91621 TIME | A=David Scalia | 1.00 | 0.00 | 0.00 |
| 12/16/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Letter from Kristina McVey enclosing | | 0.00 | | |
| Plaintiffs Fred Enles' response in support of | | | | |
| transfer and coordination. | | | | |
| 92424 TIME | A=David Scalia | 1.00 | 0.00 | 0.00 |
| 12/17/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| letter from Jewel Welch to clerk of the panel | | 0.00 | | |
| enclosing plaintiff Vickie Whites reply to | | | | |
| defendant Mercks Memorandum. in support | | | | |
| of its motion for coordinating pre-trial | | | | |
| proceedings | | | | |
| 92373 TIME | A=David Scalia | 0.50 | 0.00 | 0.00 |
| 12/20/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| notice of presentation or waiver of oral | | 0.00 | | |
| argument. | | | | |
| 92376 TIME | A=David Scalia | 0.50 | 0.00 | 0.00 |
| 12/20/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| notice of hearing session from Michael Bech | | 0.00 | | |
| (clerk of panel) | | | | |

BRUNO & BRUNO
test2

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 92385                   TIME<br>12/20/2004<br>WIP<br>third party payor class's memorandum in opposition to Merck & co. Inc. amended motion for coordinated pre-trial proceedings. | A=David Scalia<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 92361                   TIME<br>12/20/2004<br>WIP<br>Jerry Melton's Joinder in motion for coordinated pre trial proceedings pursuant to 28 U.S.C. 1407 | A=David Scalia<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 92351                   TIME<br>12/20/2004<br>WIP<br>faxed memorandum from Daniel Becnel re: an immediate summit concering Bextra & Celebrex b/c they both involve Pfizer.  Also enclosed are articles which appeared both today and over the weekend in NY Times & USA Today. | A=David Scalia<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 92364                   TIME<br>12/20/2004<br>WIP<br>letter from steven minor to the clerk of the panel re: the attached Amerisource Bergen Corp. Memorandum in support of Merch & Co. Inc. motion for coordinated Pre-trial proceedings. | A=David Scalia<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 92350                   TIME<br>12/21/2004<br>WIP<br>faxed order from the court ordering; A preliminary conference that will be held on 2/15/05 @ 3:15pm for the purpose of scheduling a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-off date | A=David Scalia<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 92340                   TIME<br>12/22/2004<br>WIP<br>letter from David Hochema enclosing interested parties response in opposition to defendant Merch & Co. Inc., intrested parties reasons why oral argument should be heard & service list. | A=David Scalia<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |

BRUNO & BRUNO

test2

| Slip ID | | User | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 92336 | TIME | A=David Scalia | 0.50 | 0.00 | 0.00 |
| 12/23/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from Danny becnel to clerk of panel enclosing notice of presentation or waiver of oral argument | | | 0.00 | | |
| 92327 | TIME | A=David Scalia | 0.25 | 0.00 | 0.00 |
| 12/23/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from thomas Owen enclosing a copy of Merchs motion to stay all proceedings pending transfer decision. | | | 0.00 | | |
| 92436 | TIME | A=David Scalia | 0.25 | 0.00 | 0.00 |
| 12/27/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from R.Eric Kennedy to clerk of panel enclosing 1 copy of notice of representation or waiver of oral argument. | | | 0.00 | | |
| 92445 | TIME | A=David Scalia | 0.25 | 0.00 | 0.00 |
| 12/27/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from Fred Longer to clerk of the panel enclosing one copy of the notice of presentation or waiver of oral argument | | | 0.00 | | |
| 92433 | TIME | A=David Scalia | 0.25 | 0.00 | 0.00 |
| 12/27/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from Scott Allen to Michael Beck advising that he represents Dario Avango. M.D. & Emery L Suderman and requesting that the service list be revised. | | | 0.00 | | |
| 92676 | TIME | A=David Scalia | 0.25 | 0.00 | 0.00 |
| 1/5/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Notice of Presentation of Waiver of Oral Argument from Charles Merkel III. | | | 0.00 | | |
| 92790 | TIME | A=David Scalia | 0.25 | 0.00 | 0.00 |
| 1/6/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from Richard Lockridge enclosing Notice of Presentation Waiver of Oral Argument for Lockridge Grindal Nauen. | | | 0.00 | | |
| 92796 | TIME | A=David Scalia | 0.25 | 0.00 | 0.00 |
| 1/6/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from Leslie Ballantyne enclosing Notice of Presentation of Waiver of Oral Argument submitted on behalf of Merk and | | | 0.00 | | |

10/30/2008                           BRUNO & BRUNO
2:04 PM                                   test2                                        Page      12

| Slip ID | | User | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| Co. | | | | | |
| 92802 | TIME | A=David Scalia | 0.25 | 0.00 | 0.00 |
| 1/7/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from S> Kirk Milan enclosing Notice of Presentation of Waiver of Oral Argument. | | | 0.00 | | |
| 92810 | TIME | A=David Scalia | 0.25 | 0.00 | 0.00 |
| 1/7/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from Penny Lawson requesting that the revised Panel Attomey Service list be revised again to reflect that J. Leroy McNamara and Joseph L. MCNamara are the same person. | | | 0.00 | | |
| 92815 | TIME | A=David Scalia | 0.25 | 0.00 | 0.00 |
| 1/7/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from Dana Fox enclosing Notice of Presentation or Waiver of Oral Argument. | | | 0.00 | | |
| 92821 | TIME | A=David Scalia | 0.25 | 0.00 | 0.00 |
| 1/7/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from John T. Murray advising that the Panel Attomey service list revision of 12/3/04 contains an error in party representation as far as their firm's attomey, John T. Murray. | | | 0.00 | | |
| 92990 | TIME | A=David Scalia | 0.25 | 0.00 | 0.00 |
| 1/10/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Notice of Presentation of Waiver of Oral Argument form from Rebecca Cunard. | | | 0.00 | | |
| 93008 | TIME | A=David Scalia | 0.25 | 0.00 | 0.00 |
| 1/10/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from Christine Tatum enclosing a completed Notice of Presentation or Waiver of Oral Argument. | | | 0.00 | | |
| 93002 | TIME | A=David Scalia | 0.25 | 0.00 | 0.00 |
| 1/10/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from Andrew McCullough enclosing Notice of Presentation or Waiver of Oral Argument form. | | | 0.00 | | |

| Slip ID Dates and Time Posting Status Description | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 92984          TIME 1/10/2005 WIP Notice of Presentation of Waiver of Oral Argument from Ronald Fiesta. | A=David Scalia Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 92996          TIME 1/10/2005 WIP Letter from lance Harke , enclosing Notice of Presentation or Waiver Oral Argument. | A=David Scalia Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 92978          TIME 1/13/2005 WIP Faxed Minute Entry from Judge Feldman ordering that the defendants motion to stay all proceedings pending transfer decision by the Judicial panel on multidistrict litigation be granted as unopposed and that this case is closed for statistical purpose. | A=David Scalia Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 95007          TIME 1/31/2005 WIP letter from Leslie Ballantyne notifying the panel of potential tag along actions and includes cases that have been filed in or removed by federal court since 1/7/05. | A=David Scalia Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 95024          TIME 2/3/2005 WIP Letter from Norman Kleinberg to Michael Beck notifying the panel of recent developments. | A=David Scalia Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 95018          TIME 2/9/2005 WIP Letter from William Beausoled notifying the panel of potential tag along actions. | A=David Scalia Receipt and rev Vioxx Com | 1.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 95012          TIME 2/9/2005 WIP Letter from Kim Meaders advising that Alford;s Pharmacy has been sued which was removed to federal court and a request to update information. | A=David Scalia Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |

10/30/2008
2:04 PM

BRUNO & BRUNO
test2

Page 14

| Slip ID Dates and Time Posting Status Description | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 93750          TIME 2/22/2005 WIP Motion to Organize Plaintiff's counsel submitted by Deborah Sulzer. | A=David Scalia Receipt and rev Vioxx Com | 1.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 93756          TIME 2/22/2005 WIP Minute Entry from the court advising that they are in receipt of Daniel Becnel's faxed document and all documents faxed to the court must be sent to all counel and Pretrial Order No.1 setting initial conference. | A=David Scalia Receipt and rev Vioxx Com | 1.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 93768          TIME 2/22/2005 WIP Letter from Michael Beck enclosing Transfer Order. | A=David Scalia Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 93476          TIME 2/23/2005 WIP Letter from Deborah Sulzer to JUdge Whyte requesting that the Motion to Organize be withdrawn as moot. Pretrial order 1 addresses the procedure for the organization of the litigation requested in the motion. | A=David Scalia Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 93714          TIME 2/28/2005 WIP letter from Bryan Reuter enclosing: 1) defendants objections to and motions to review. 2) Memorandum in support of defendants objections to the magistrates Feb. 10, 2005 remand order 3) Notice of hearing | A=David Scalia Receipt and rev Vioxx Com | 1.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 94204          TIME 3/2/2005 WIP Minute Entry from the court ordering that all motions to stay proceedings pending transfer decision of the judicial panel on MDL are hereby denied as moot. | A=David Scalia Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 94560          TIME 3/2/2005 WIP Motion to Enroll as counsel of record for Plaintiffs Anthony Mallet and Priscilla | A=David Scalia Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |

10/30/2008                               BRUNO & BRUNO
2:04 PM                                      test2
                                                                          Page    15

| Slip ID | User | Units | Rate | Slip Value |
|---------|------|-------|------|------------|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |

Mallett submitted by Gladstone Jones and
Allan Kanner, Elizabeth Cowen and Mary
Gardner.

| | | | | |
|---|---|---|---|---|
| 95819 | TIME | A=David Scalia | | |
| 3/2/2005 | | Receipt and rev | 0.25 | 0.00 | 0.00 |
| WIP | | Vioxx Com | 0.00 | T@1 | |
| | | | 0.00 | | |
| notice of filing application for appointment of | | | 0.00 | | |
| D. Becnel Jr. to the plaintiffs steering | | | | | |
| committee | | | | | |

| 95810 | TIME | A=David Scalia | | |
| 3/2/2005 | | Receipt and rev | 0.50 | 0.00 | 0.00 |
| WIP | | Vioxx Com | 0.00 | T@1 | |
| letter from S. B. murry enclosing application | | | 0.00 | | |
| for appointment to the plaintiffs steering | | | 0.00 | | |
| committee. | | | | | |

| 94590 | TIME | A=David Scalia | | |
| 3/2/2005 | | Receipt and rev | 0.50 | 0.00 | 0.00 |
| WIP | | Vioxx Com | 0.00 | T@1 | |
| Faxed letter from Dennis Johnson advising | | | 0.00 | | |
| that he is unclear which attorney is | | | 0.00 | | |
| preparing the single submission | | | | | |
| contemplated by Judge Fallons PTO # and | | | | | |
| the attached paragraph should be included. | | | | | |

| 94596 | TIME | A=David Scalia | | |
| 3/2/2005 | | Receipt and rev | 1.00 | 0.00 | 0.00 |
| WIP | | Vioxx Com | 0.00 | T@1 | |
| | | | 0.00 | | |
| Pretrial Order #1 setting initial conference. | | | 0.00 | | |

| 94602 | TIME | A=David Scalia | | |
| 3/4/2005 | | Receipt and rev | 0.25 | 0.00 | 0.00 |
| WIP | | Vioxx Com | 0.00 | T@1 | |
| Letter from Jeffery Robinson advising that | | | 0.00 | | |
| their firm represents plaintiff R. Dee | | | 0.00 | | |
| Arickson in Erickson versus Merks and Co., | | | | | |
| and that they need to be added to the list. | | | | | |

| 94608 | TIME | A=David Scalia | | |
| 3/4/2005 | | Receipt and rev | 0.25 | 0.00 | 0.00 |
| WIP | | Vioxx Com | 0.00 | T@1 | |
| Letter from Joe Colingo advising that he no | | | 0.00 | | |
| longer represents Dr. Reginald Stewart. | | | 0.00 | | |
| Stephen Burrow has previously entered his | | | | | |
| appearance in this case on behalf of Dr. | | | | | |
| Stewart. | | | | | |

| 93459 | TIME | A=David Scalia | | |
| 3/7/2005 | | Receipt and rev | 0.25 | 0.00 | 0.00 |
| WIP | | Vioxx Com | 0.00 | T@1 | |
| Letter from Don Barrett to Judge Fallon as | | | 0.00 | | |
| his application for appointment to the PSC | | | 0.00 | | |
| and Notice of Filing Applications to PSC. | | | | | |

10/30/2008                          BRUNO & BRUNO
2:04 PM                                test2
                                                                          Page    16

| Slip ID | User | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |
| 94626          TIME | A=David Scalia | 0.25 | 0.00 | 0.00 |
| 3/7/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Letter from Mark Robinson enclosing | | 0.00 | | |
| Application for Appointment for PSC. | | | | |
| 94566          TIME | A=David Scalia | 0.25 | 0.00 | 0.00 |
| 3/7/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Order from the court denying the request of | | 0.00 | | |
| Plaintiffs Liason Counsel to postpone the | | | | |
| initial conference. | | | | |
| 94632          TIME | A=David Scalia | 0.25 | 0.00 | 0.00 |
| 3/7/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Letter from Vance Andrus enclosing his | | 0.00 | | |
| Application for Appointment to the PSC. | | | | |
| 94578          TIME | A=David Scalia | 0.25 | 0.00 | 0.00 |
| 3/7/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Application to be on the PSC from Harold | | 0.00 | | |
| Lamy to Judge Fallon. | | | | |
| 94572          TIME | A=David Scalia | 0.25 | 0.00 | 0.00 |
| 3/7/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Letter from Patrick Morrow ro Judge Fallon | | 0.00 | | |
| attaching correspondence as his application | | | | |
| to the PSC. | | | | |
| 94584          TIME | A=David Scalia | 0.25 | 0.00 | 0.00 |
| 3/7/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Letter from Richard Arsenault enclosing | | 0.00 | | |
| Application for Appointment to the Plaintiffs | | | | |
| Steering Committee. | | | | |
| 95896          TIME | A=David Scalia | 0.50 | 0.00 | 0.00 |
| 3/8/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| pre-trial order #3 | | 0.00 | | |
| 94614          TIME | A=David Scalia | 0.50 | 0.00 | 0.00 |
| 3/9/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Letter from Matthew Lundy enclosing | | 0.00 | | |
| Application for Appointment to the PSC. | | | | |
| 94620          TIME | A=David Scalia | 0.25 | 0.00 | 0.00 |
| 3/10/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Letter from Tanny Butler enclosing | | 0.00 | | |
| Application of Josie Escobedo for | | | | |
| Appointment to the Plaintiffs Steering | | | | |

10/30/2008                          BRUNO & BRUNO
2:04 PM                                 test2
                                                                    Page      17

| Slip ID | | | User | Units | Rate | Slip Value |
|---|---|---|---|---|---|---|
| Dates and Time | | | Activity | DNB Time | Rate Info | |
| Posting Status | | | Client | Est. Time | Bill Status | |
| Description | | | Reference | Variance | | |
| Committee. | | | | | | |
| 95861 | TIME | | A=David Scalia | 0.50 | 0.00 | 0.00 |
| 3/11/2005 | | | Receipt and rev | 0.00 | T@1 | |
| WIP | | | Vioxx Com | 0.50 | | |
| letter from J. Linsey enclosing application for | | | | 0.00 | | |
| membership on the PSC | | | | | | |
| 95850 | TIME | | A=David Scalia | 0.50 | 0.00 | 0.00 |
| 3/11/2005 | | | Receipt and rev | 0.00 | T@1 | |
| WIP | | | Vioxx Com | 0.00 | | |
| letter from J. Dugan enclosing application for | | | | 0.00 | | |
| appointment to PSC | | | | | | |
| 95851 | TIME | | A=David Scalia | 0.50 | 0.00 | 0.00 |
| 3/11/2005 | | | Receipt and rev | 0.00 | T@1 | |
| WIP | | | Vioxx Com | 0.00 | | |
| position statement from J. Henderson to | | | | 0.00 | | |
| judge Fallon on behalf of the | | | | | | |
| doctor/defendants | | | | | | |
| 95874 | TIME | | A=David Scalia | 0.50 | 0.00 | 0.00 |
| 3/11/2005 | | | Receipt and rev | 0.00 | T@1 | |
| WIP | | | Vioxx Com | 0.50 | | |
| T. B. Hieves application for PSC | | | | 0.00 | | |
| 95862 | TIME | | A=David Scalia | 0.50 | 0.00 | 0.00 |
| 3/11/2005 | | | Receipt and rev | 0.00 | T@1 | |
| WIP | | | Vioxx Com | 0.00 | | |
| motion to nominate M. P. Robertson to PSC | | | | 0.00 | | |
| 95871 | TIME | | A=David Scalia | 0.50 | 0.00 | 0.00 |
| 3/11/2005 | | | Receipt and rev | 0.00 | T@1 | |
| WIP | | | Vioxx Com | 0.00 | | |
| G. Meurier's application for PSC | | | | 0.00 | | |
| 95881 | TIME | | A=David Scalia | 0.50 | 0.00 | 0.00 |
| 3/11/2005 | | | Receipt and rev | 0.00 | T@1 | |
| WIP | | | Vioxx Com | 0.00 | | |
| A. D. Birchfield Jr.'s  application for PSC | | | | 0.00 | | |
| 95887 | TIME | | A=David Scalia | 0.25 | 0.00 | 0.00 |
| 3/11/2005 | | | Receipt and rev | 0.00 | T@1 | |
| WIP | | | Vioxx Com | 0.00 | | |
| letter from D. Chmichewski requesting that | | | | 0.00 | | |
| the following names be added to the panel | | | | | | |
| attorney service list for MDL 1657 | | | | | | |
| 95908 | TIME | | A=David Scalia | 0.25 | 0.00 | 0.00 |
| 3/11/2005 | | | Receipt and rev | 0.00 | T@1 | |
| WIP | | | Vioxx Com | 0.00 | | |
| pre-trial order #4 | | | | 0.00 | | |

10/30/2008                                         BRUNO & BRUNO
2:04 PM                                                 test2
                                                                                              Page      18

| Slip ID | | User | Units | Rate | Slip Value |
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
|---|---|---|---|---|---|
| 95723 | TIME | A=David Scalia | 0.25 | 0.00 | 0.00 |
| 3/14/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| application of R. M. Langston for appointment to PSC | | | 0.00 | | |
| 95722 | TIME | A=David Scalia | 0.50 | 0.00 | 0.00 |
| 3/14/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| notice of fileing of application for appointment to plaintiffs steering committee & letter to judge Eldon Fallon from Walter Dumas | | | 0.00 | | |
| 95677 | TIME | A=David Scalia | 0.25 | 0.00 | 0.00 |
| 3/14/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from J. S. Parker advising that he is co-counsel in the matter of Hanson v. Merch Co. which is being transfered to our district from the eastern district of New York. | | | 0.00 | | |
| 95678 | TIME | A=David Scalia | 0.50 | 0.00 | 0.00 |
| 3/14/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from clerk of panel to involved counsel attaching a conditional transfer order. | | | 0.00 | | |
| 95687 | TIME | A=David Scalia | 0.50 | 0.00 | 0.00 |
| 3/14/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from clerk of panel to involved counsel attaching a conditional transfer order. | | | 0.00 | | |
| 95688 | TIME | A=David Scalia | 0.50 | 0.00 | 0.00 |
| 3/14/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from T. R. Kline attaching his application for apointment to plaintiffs steering committe | | | 0.00 | | |
| 95697 | TIME | A=David Scalia | 0.25 | 0.00 | 0.00 |
| 3/14/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| plaintiffs brief statement of factual and legal issues submitted by J. H. Ruiz on behalf of J. A. Abraham, M. P. Alvarez and J. Andino. | | | 0.00 | | |
| 95717 | TIME | A=David Scalia | 0.25 | 0.00 | 0.00 |
| 3/14/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| position statement of defendant Mercy Hospital submitted by Tim Griesenbrech. | | | 0.00 | | |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 95698             TIME<br>3/14/2005<br>WIP<br>letter from T. Balducci enclosing notice of appearance in this matter for and on behalf of plaintiffs as co-counsel to A. D. Birchfield Jr. | A=David Scalia<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95708             TIME<br>3/14/2005<br>WIP<br>letter from R. Schwartz requesting to the court to be added to the panel service list pursuant to pre-trial order #1 | A=David Scalia<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95707             TIME<br>3/14/2005<br>WIP<br>letter from K. Snapker enclosing application for apointment to the plaintiffs steering committee | A=David Scalia<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95657             TIME<br>3/15/2005<br>WIP<br>application for apointment of J. C. Langston, the Langston Law Firm, P.A. to plaintiffs steering committe. | A=David Scalia<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95658             TIME<br>3/15/2005<br>WIP<br>letter from M. Burg enclosing application of M. S. Burg for apointment to plaintiffs steering committe | A=David Scalia<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95831             TIME<br>3/16/2005<br>WIP<br>letter from M. Lundy requesting his name be added to the PSC | A=David Scalia<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95667             TIME<br>3/16/2005<br>WIP<br>letter from L. Bryan enclosing application of L. J. Bryan for membership to the PSC | A=David Scalia<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95668             TIME<br>3/16/2005<br>WIP<br>pretrial order #5A ordering counsel to provide to the approperate liaison counsel updated contact info. to be used for service done. | A=David Scalia<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |

10/30/2008                          BRUNO & BRUNO
2:04 PM                                  test2
                                                                        Page    20

| Slip ID Dates and Time Posting Status Description | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 95843              TIME 3/16/2005 WIP letter from C. Fayard enclosing application for appointment to PSC | A=David Scalia Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 95839              TIME 3/16/2005 WIP application for appointment to PSC by D. P. Matthews | A=David Scalia Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 95888              TIME 3/16/2005 WIP letter from A. Boon enclosing notice of appearance of co-counsel for attorney Ellen Presley on behalf of J. A. Register and A. Register. | A=David Scalia Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 95830              TIME 3/17/2005 WIP letter from M. Lundy enclosing application for appointment to PSC | A=David Scalia Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 95820              TIME 3/17/2005 WIP letter from C. Seegier enclosing application of C. Seeger for appointment to PSC. | A=David Scalia Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 95775              TIME 3/18/2005 WIP application of C. Rhodes Lewis for appointment to plaintiffs' steering committee. | A=David Scalia Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 95771              TIME 3/18/2005 WIP Allan Kanner's Application for appointment to plaintiffs steering committee. | A=David Scalia Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 95763              TIME 3/18/2005 WIP Brian K. Balser's application for appointment to the plaintiffs' steering committee | A=David Scalia Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 95762              TIME 3/18/2005 WIP letter from R. Cunard enclosing her application for appointment to the plaintiffs | A=David Scalia Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| steering committee | | | | |
| 95743          TIME<br>3/18/2005<br>WIP<br>Arnold Lovin's application for PSC | A=David Scalia<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95809          TIME<br>3/21/2005<br>WIP<br>letter from B. Barron enclosing application<br>for appointment to the plaintiffs steering<br>committee. | A=David Scalia<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95799          TIME<br>3/21/2005<br>WIP<br>D. M. Barrios application for appointment to<br>the PSC | A=David Scalia<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95917          TIME<br>3/21/2005<br>WIP<br>letter from K. Nelson enclosing notice of<br>filing of application for appointment  of<br>Barbra J. Hart to a leadership committee for<br>the end-payor class action plaintiffs or in the<br>alternative for appointment to the PSC | A=David Scalia<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95918          TIME<br>3/21/2005<br>WIP<br>letter from K. Nelson enclosing notice of<br>filing of application for appointment  of<br>Barbra J. Hart to a leadership committee for<br>the end-payor class action plaintiffs or in the<br>alternative for appointment to the PSC | A=David Scalia<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95790          TIME<br>3/22/2005<br>WIP<br>motion for appointment to PSC filed by J.<br>Wilkin | A=David Scalia<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95791          TIME<br>3/22/2005<br>WIP<br>letter from R. Brantley to L. Whyte as<br>application for appointment to the PSC. | A=David Scalia<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95781          TIME<br>3/30/2005<br>WIP<br>letter from D. Becniel as application to the<br>PSC & notice of filing application for<br>appointment of Matthew B. Moreland to the | A=David Scalia<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |

10/30/2008
2:04 PM

BRUNO & BRUNO
test2

Page    22

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| plaintiffs steering committee. | | | | |
| 95742          TIME<br>3/30/2005<br>WIP<br>Micheal A. London's application for PSC | A=David Scalia<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.25<br>T | 0.06 |
| 95733          TIME<br>3/30/2005<br>WIP<br>Roy Amiedes Jr's application for PSC | A=David Scalia<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95732          TIME<br>3/30/2005<br>WIP<br>J. S. Hall's application for PSC | A=David Scalia<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 93718          TIME<br>3/3/2005                    3/31/2005<br>WIP<br>letter from Yvone Flaherty enclosing Plaintiff<br>Dianne McCraw individually and as Trustee<br>for the Estate of James W. McCraw notice<br>of potential "tag along" action p.t.r. 7.5(e) of<br>the rules & procedures of the judicial panel<br>on the MD filed 2/8/05 | A=David Scalia<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.50<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95551          TIME<br>4/20/2005<br>WIP<br>letter of 4-19-05 from K. Meacluns | A=David Scalia<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95930          TIME<br>5/2/2005<br>WIP<br>Withdrawl of Appearance by Tud L.<br>Perryman and Defendant Hesselberg Drug<br>Co.'s withdrawl of it's motion to vacate the<br>conditional transfer order. | A=David Scalia<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 98763          TIME<br>6/14/2005<br>WIP<br>State Liasion Committee E-mail newsletter. | A=David Scalia<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 98788          TIME<br>6/21/2005<br>WIP<br>Notice of Hearing session for various<br>matters (MDL0 in various states. | A=David Scalia<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| Grand Total | | | | |
| | Billable | 92.50 | | 0.06 |

10/30/2008
2:04 PM

BRUNO & BRUNO
test2

Page    23

| Slip ID | User | Units | Rate | Slip Value |
|---------|------|-------|------|-----------|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 92.50 | | 0.06 |

10/30/2008                                BRUNO & BRUNO
2:04 PM                                        test2                                              Page      1

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 88179      TIME<br>10/13/2004<br>WIP<br>Fax from Danny Becnel re: Discuss cases<br>and schedule meeting. | A=Stephanie M<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 275.00<br>T@1 | 68.75 |
| 89862      TIME<br>10/26/2004<br>WIP<br>Merck and Co.'s Motion for Corrdinated<br>Pre-Trial Proceeding and Merck's Motion for<br>expedited consideration. | A=Stephanie M<br>Receipt and rev<br>Vioxx Com | 3.00<br>0.00<br>0.00<br>0.00 | 275.00<br>T@1 | 825.00 |
| 89396      TIME<br>10/29/2004<br>WIP<br>Correspondence from clerk of court of<br>Defendant Merck and Co. for transfer of<br>actions to District of Maryland. | A=Stephanie M<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 275.00<br>T@1 | 137.50 |
| 89868      TIME<br>11/1/2004<br>WIP<br>Notice of appearance and Rule 5.3 corporate<br>disclosure statement of defendants. | A=Stephanie M<br>Receipt and rev<br>Vioxx Com | 1.50<br>0.00<br>0.00<br>0.00 | 275.00<br>T@1 | 412.50 |
| 90693      TIME<br>11/5/2004<br>WIP<br>Correspondence from MDL re: Notice pf<br>Appearance. | A=Stephanie M<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 275.00<br>T@1 | 68.75 |
| 90663      TIME<br>11/5/2004<br>WIP<br>Correspondence from Leslie Bryan re:<br>Plaintiffs Motion to Transfer and<br>Coordination and/or Consolidation Pursuant<br>to 28 USC 1407 and Memorandum in<br>Support. | A=Stephanie M<br>Receipt and rev<br>Vioxx Com | 1.50<br>0.00<br>0.00<br>0.00 | 275.00<br>T@1 | 412.50 |
| 89662      TIME<br>11/9/2004<br>WIP<br>R/R correspondence from Danny Becnel re:<br>Plaintiff Salvador Christians Motion for<br>expedited consideration of Vioxx Moll 1657,<br>Memo in Support and Reply to Defendants<br>Merk and Co. | A=Stephanie M<br>Receipt and rev<br>Vioxx Com | 1.00<br>0.00<br>0.00<br>0.00 | 275.00<br>T@1 | 275.00 |

10/30/2008                                    BRUNO & BRUNO
2:04 PM                                            test2                                    Page    2

| Slip ID | | User | Units | Rate | Slip Value |
|---------|---|------|-------|------|------------|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 89674 | TIME | A=Stephanie M | 1.00 | 275.00 | 275.00 |
| 11/9/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from Leslie Bryan re: Letter sen to Cathy Marda at the Judicial Panel MDL. | | | 0.00 | | |
| 89704 | TIME | A=Stephanie M | 0.25 | 275.00 | 68.75 |
| 11/10/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Notice of Appearance. | | | 0.00 | | |
| 89324 | TIME | A=Stephanie M | 0.50 | 275.00 | 137.50 |
| 11/11/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Fax from Bryan Reuter enclosing a service copy of a Fiest Motion for extension of time. | | | 0.00 | | |
| 89366 | TIME | A=Stephanie M | 0.25 | 275.00 | 68.75 |
| 11/12/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from  Jack Land to all attomeys on service list regarding removal of their firms name for both defendants. | | | 0.00 | | |
| 89378 | TIME | A=Stephanie M | 0.25 | 275.00 | 68.75 |
| 11/12/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from Wlater Boone re: His office no longer representing the defendant designated in this matter. | | | 0.00 | | |
| 89384 | TIME | A=Stephanie M | 0.25 | 275.00 | 68.75 |
| 11/12/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from Bryan Reuter enclosing a service copy of a first motion for extension of time; order unsigned. | | | 0.00 | | |
| 89390 | TIME | A=Stephanie M | 0.25 | 275.00 | 68.75 |
| 11/12/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from James Hemmogs (Attomey for Merck and Co Inc) regarding his correction entered on the service list. | | | 0.00 | | |
| 90030 | TIME | A=Stephanie M | 1.00 | 275.00 | 275.00 |
| 11/15/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Plaintiff's response to Defendant Merk and Company Inc.'s Motion for Coordinated Pre-Trial Proceedings pursuant to 28 U.S.C. | | | 0.00 | | |
| 90018 | TIME | A=Stephanie M | 0.75 | 275.00 | 206.25 |
| 11/15/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from Arnold Levin re: The original and | | | 0.00 | | |

| Slip ID Dates and Time Posting Status Description | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 12 copies of Certificate of Service of Patrick Besaw's prior filings before the panel to clerk of court. | | | | |
| 90012          TIME 11/15/2004 WIP Letter from Rachel Nafziger enclosing Dianne nast's Notice of Appearance. | A=Stephanie M Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 275.00 T@1 | 68.75 |
| 89988          TIME 11/15/2004 WIP Plaintiff Richardson's response in opposition to Defendant's Merck's Motion to Transfer and Consolidation submitted by Patrick Stueve. | A=Stephanie M Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 275.00 T@1 | 137.50 |
| 89976          TIME 11/15/2004 WIP Letter from Ricardo Garcia clerk of the panel enclosing an original and 12 copies of interested parties response in opposition to Defendant's Merk and Co Inc.'s Motion for Coordinated Pre-Trial procedings and Memorandum in support. | A=Stephanie M Receipt and rev Vioxx Com | 1.00 0.00 0.00 0.00 | 275.00 T@1 | 275.00 |
| 90024          TIME 11/15/2004 WIP Letter from Whitman B. Johnson re: The Panel attorney service list to reflect the correct name of the party he represents as Charles D. Lee. | A=Stephanie M Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 275.00 T@1 | 68.75 |
| 90054          TIME 11/15/2004 WIP Response to the Motion of Merk and Company Inc to Transfer and consolidate in the USDC for the District of Maryland. | A=Stephanie M Receipt and rev Vioxx Com | 0.75 0.00 0.00 0.00 | 275.00 T@1 | 206.25 |
| 90078          TIME 11/15/2004 WIP Letter from Janice re: Alvin Pennington on Vioxx for a gout condition. | A=Stephanie M Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 275.00 T@1 | 68.75 |
| 90084          TIME 11/15/2004 WIP Correspondence from Calvin Fayard re: The Panel Attorney Service List not including him. Copy of Notice Enclosed. | A=Stephanie M Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 275.00 T@1 | 68.75 |

| Slip ID | User | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |
| 89372          TIME | A=Stephanie M | 0.25 | 275.00 | 68.75 |
| 11/16/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Plaintiff Salvadore Christina Memo in Support of the Motion for expedited consideration. | | 0.00 | | |
| 89259          TIME | A=Stephanie M | 0.50 | 275.00 | 137.50 |
| 11/16/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| R/R Fax from Daniel Becnel re: a successful meeting in New Orleans and election of Any Birchfield and Allen and Chris Sorger as Co-Lead Counsels. | | 0.00 | | |
| 89241          TIME | A=Stephanie M | 1.00 | 275.00 | 275.00 |
| 11/17/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| R/R Letter from David Matthews enclosing certain Texas Plaintiffs Response to Defendant Merck Co., Inc; Motion for coordinated trial proceedings and reasons why oral arguments should be heard. | | 0.00 | | |
| 89223          TIME | A=Stephanie M | 1.00 | 275.00 | 275.00 |
| 11/17/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| R/R Memorandum of Plaintiffs Roberta Walcott and Williams Hanson and interested Parties Motion to Transfer. | | 0.00 | | |
| 89229          TIME | A=Stephanie M | 1.00 | 275.00 | 275.00 |
| 11/17/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Copies of Interested Parties reasons why oral argument should be heard and opposition to defendant merck and co inc;s motion for coordinated pretrial proceedings pursuant to 28 U.S.C.J. 1407 and memo in support. | | 0.00 | | |
| 89235          TIME | A=Stephanie M | 1.00 | 275.00 | 275.00 |
| 11/17/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| R/R Rule 7.2(a)(ii) schedule of actions from Andy Birchfield enclosing Plaintiffs response to Merck and Co., Inc. Motion for coordinated pre-trial proceedings and plaintiffs brief in support of their response to Mercks Motion for coordinated pre-trial proceedings. | | 0.00 | | |

| Slip ID Dates and Time Posting Status Description | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 89253          TIME 11/17/2004 WIP R/R Letter from Danny Johnson enclosing Plaintiffs; Motion for Transfer with supporting memorandum. | A=Stephanie M Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 275.00 T@1 | 137.50 |
| 89247          TIME 11/17/2004 WIP Certain MDL Plaintiffs response to Merck and Co., Inc; Motion for coordinated pre-trial proceedings and certain Federal Plaintiffs Motion In Support of Plaintiff Salvadore Chritians Motion for Expedited Consideration of Vioxx MDL1650. | A=Stephanie M Receipt and rev Vioxx Com | 1.00 0.00 0.00 0.00 | 275.00 T@1 | 275.00 |
| 90102          TIME 11/19/2004 WIP =Correspondence from Ronnie Penton re; Notice of Appearance , Notice of Potential Tag Along or related action and Preston Lee's Reply to merck. | A=Stephanie M Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 275.00 T@1 | 137.50 |
| 90126          TIME 11/19/2004 WIP Fax from Danny Becnel re: Certain members of the group have been contacted by representatives of Merck to begin discussions concerning important issues. | A=Stephanie M Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 275.00 T@1 | 68.75 |
| 90151          TIME 11/19/2004 WIP Fax from Daniel Becnel re: Crestor, Acutave and Bextra being seriously considered removed based on one witness who testified the drugs should be looked at. | A=Stephanie M Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 275.00 T@1 | 68.75 |
| 89486          TIME 11/22/2004 WIP MDL vioxx information. | A=Stephanie M Receipt and rev Vioxx Com | 2.00 0.00 0.00 0.00 | 275.00 T@1 | 550.00 |
| 90551          TIME 11/29/2004 WIP Notice to all counsel re: seperate motions collectively seeking centralization. | A=Stephanie M Receipt and rev Vioxx Com | 1.00 0.00 0.00 0.00 | 275.00 T@1 | 275.00 |
| 90586          TIME 11/29/2004 WIP | A=Stephanie M Receipt and rev Vioxx Com | 2.00 0.00 0.00 | 275.00 T@1 | 550.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Letter from William Beaisoliee to clerk of panel enclosing Merck and Co Inc's Amended Motion for Coordinated Pre Trial Proceedings, Memorandum In Support. | | 0.00 | | |
| 90645            TIME<br>12/1/2004<br>WIP<br>Motion to Transfer to the United States District Court for the Northern District of Illinois all pending related actions for coordinated and consolidate proceedings. | A=Stephanie M<br>Receipt and rev<br>Vioxx Com | 1.00<br>0.00<br>0.00<br>0.00 | 275.00<br>T@1 | 275.00 |
| 91559            TIME<br>12/14/2004<br>WIP<br>Letter from Harris Pogust enclosing Plaintiffs Kennedy and Darryl Mcmahon's response to MDL motion for transfer and cross motion for transfer. | A=Stephanie M<br>Receipt and rev<br>Vioxx Com | 2.00<br>0.00<br>0.00<br>0.00 | 275.00<br>T@1 | 550.00 |
| 91547            TIME<br>12/15/2004<br>WIP<br>Letter from Danny Becnel re: PBS program (frontline) Dangerous Prescriptions . Request for conference call to discuss the spread sheet sent out yesterday re; locations of the MDL. | A=Stephanie M<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 275.00<br>T@1 | 137.50 |
| 91692            TIME<br>12/15/2004<br>WIP<br>Letter from Becnel re: His retainer of Dr. Daniel Acosta , Jr. as his cardio toxicologist in this matter. | A=Stephanie M<br>Receipt and rev<br>Vioxx Com | 1.50<br>0.00<br>0.00<br>0.00 | 275.00<br>T@1 | 412.50 |
| 91620            TIME<br>12/16/2004<br>WIP<br>Letter from Kristina McVey enclosing Plaintiffs Fred Enles' response in support of transfer and coordination. | A=Stephanie M<br>Receipt and rev<br>Vioxx Com | 1.00<br>0.00<br>0.00<br>0.00 | 275.00<br>T@1 | 275.00 |
| 92675            TIME<br>1/5/2005<br>WIP<br>Notice of Presentation of Waiver of Oral Argument from Charles Merkel III. | A=Stephanie M<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 275.00<br>T@1 | 68.75 |
| 92789            TIME<br>1/6/2005<br>WIP<br>Letter from Richard Lockridge enclosing Notice of Presentation Waiver of Oral | A=Stephanie M<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 275.00<br>T@1 | 68.75 |

| Slip ID Dates and Time Posting Status Description | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| Argument for Lockridge Grindal Nauen. | | | | |
| 92795         TIME 1/6/2005 WIP Letter from Leslie Ballantyne enclosing Notice of Presentation of Waiver of Oral Argument submitted on behalf of Merk and Co. | A=Stephanie M Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 275.00 T@1 | 68.75 |
| 92801         TIME 1/7/2005 WIP Letter from S> Kirk Milan enclosing Notice of Presentation of Waiver of Oral Argument. | A=Stephanie M Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 275.00 T@1 | 68.75 |
| 92807         TIME 1/7/2005 WIP Letter from Penny Lawson requesting that the revised Panel Attorney Service list be revised again to reflect that J. Leroy McNamara and Joseph L. MCNamara are the same person. | A=Stephanie M Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 275.00 T@1 | 137.50 |
| 92808         TIME 1/7/2005 WIP Letter from Penny Lawson requesting that the revised Panel Attorney Service list be revised again to reflect that J. Leroy McNamara and Joseph L. MCNamara are the same person. | A=Stephanie M Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 275.00 T@1 | 137.50 |
| 92814         TIME 1/7/2005 WIP Letter from Dana Fox enclosing Notice of Presentation or Waiver of Oral Argument. | A=Stephanie M Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 275.00 T@1 | 68.75 |
| 92820         TIME 1/7/2005 WIP Letter from John T. Murray advising that the Panel Attorney service list revision of 12/3/04 contains an error in party representation as far as their firm's attorney, John T. Murray. | A=Stephanie M Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 275.00 T@1 | 68.75 |
| 92995         TIME 1/10/2005 WIP Letter from lance Harke , enclosing Notice of Presentation or Waiver Oral Argument. | A=Stephanie M Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 275.00 T@1 | 68.75 |

10/30/2008                          BRUNO & BRUNO
2:04 PM                                 test2
                                                                    Page      8

| Slip ID Dates and Time Posting Status Description | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 93007          TIME 1/10/2005 WIP Letter from Christine Tatum enclosing a completed Notice of Presentation or Waiver of Oral Argument. | A=Stephanie M Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 275.00 T@1 | 68.75 |
| 93001          TIME 1/10/2005 WIP Letter from Andrew McCullough enclosing Notice of Presentation or Waiver of Oral Argument form. | A=Stephanie M Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 275.00 T@1 | 68.75 |
| 92983          TIME 1/10/2005 WIP Notice of Presentation of Waiver of Oral Argument from Ronald Fiesta. | A=Stephanie M Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 275.00 T@1 | 68.75 |
| 92989          TIME 1/10/2005 WIP Notice of Presentation of Waiver of Oral Argument form from Rebecca Cunard. | A=Stephanie M Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 275.00 T@1 | 68.75 |
| 92977          TIME 1/13/2005 WIP Faxed Minute Entry from Judge Feldman ordering that the defendants motion to stay all proceedings pending transfer decision by the Judicial panel on multidistrict litigation be granted as unopposed and that this case is closed for statistical purpose. | A=Stephanie M Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 275.00 T@1 | 68.75 |
| 95005          TIME 1/31/2005 WIP letter from Leslie Ballantyne notifying the panel of potential tag along actions and includes cases that have been filed in or removed by federal court since 1/7/05. | A=Stephanie M Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 275.00 T@1 | 68.75 |
| 95023          TIME 2/3/2005 WIP Letter from Norman Kleinberg to Michael Beck notifying the panel of recent developments. | A=Stephanie M Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 275.00 T@1 | 68.75 |

10/30/2008                              BRUNO & BRUNO
2:04 PM                                     test2
                                                                            Page      9

| Slip ID | | User | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 95017 | TIME | A=Stephanie M | 1.00 | 275.00 | 275.00 |
| 2/9/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from William Beausoled notifying the panel of potential tag along actions. | | | 0.00 | | |
| 95011 | TIME | A=Stephanie M | 0.25 | 275.00 | 68.75 |
| 2/9/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from Kim Meaders advising that Alford;s Pharmacy has been sued which was removed to federal court and a request to update information. | | | 0.00 | | |
| 93767 | TIME | A=Stephanie M | 0.50 | 275.00 | 137.50 |
| 2/22/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from Michael Beck enclosing Transfer Order. | | | 0.00 | | |
| 93755 | TIME | A=Stephanie M | 1.00 | 275.00 | 275.00 |
| 2/22/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Minute Entry from the court advising that they are in receipt of Daniel Becnel's faxed document and all documents faxed to the court must be sent to all counel and Pretrial Order No.1 setting initial conference. | | | 0.00 | | |
| 93749 | TIME | A=Stephanie M | 1.00 | 275.00 | 275.00 |
| 2/22/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Motion to Organize Plaintiffs counsel submitted by Deborah Sulzer. | | | 0.00 | | |
| 93475 | TIME | A=Stephanie M | 0.25 | 275.00 | 68.75 |
| 2/23/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from Deborah Sulzer to JUdge Whyte requesting that the Motion to Organize be withdrawn as moot. Pretrial order 1 addresses the procedure for the organization of the litigation requested in the motion. | | | 0.00 | | |
| 94589 | TIME | A=Stephanie M | 0.50 | 275.00 | 137.50 |
| 3/2/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Faxed letter from Dennis Johnson advising that he is unclear which attorney is preparing the single submission contemplated by Judge Fallons PTO # and the attached paragraph should be included. | | | 0.00 | | |

10/30/2008                          BRUNO & BRUNO
2:04 PM                                  test2
                                                                        Page      10

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 94203          TIME<br>3/2/2005<br>WIP<br>Minute Entry from the court ordering that all<br>motions to stay proceedings pending<br>transfer decision of the judicial panel on<br>MDL are hereby denied as moot. | A=Stephanie M<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 275.00<br>T@1 | 68.75 |
| 94559          TIME<br>3/2/2005<br>WIP<br>Motion to Enroll as counsel of record for<br>Plaintiffs Anthony Mallet and Priscilla<br>Mallett submitted by Gladstone Jones and<br>Allan Kanner, Elizabeth Cowen and Mary<br>Gardner. | A=Stephanie M<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 275.00<br>T@1 | 68.75 |
| 94595          TIME<br>3/2/2005<br>WIP<br>Pretrial Order #1 setting initial conference. | A=Stephanie M<br>Receipt and rev<br>Vioxx Com | 1.00<br>0.00<br>0.00<br>0.00 | 275.00<br>T@1 | 275.00 |
| 94607          TIME<br>3/4/2005<br>WIP<br>Letter from Joe Colingo advising that he no<br>longer represents Dr. Reginald Stewart.<br>Stephen Burrow has previously entered his<br>appearance in this case on behalf of Dr.<br>Stewart. | A=Stephanie M<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@2 | 0.00 |
| 94601          TIME<br>3/4/2005<br>WIP<br>Letter from Jeffery Robinson advising that<br>their firm represents plaintiff R. Dee<br>Arickson in Erickson versus Merks and Co.,<br>and that they need to be added to the list. | A=Stephanie M<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@2 | 0.00 |
| 94583          TIME<br>3/7/2005<br>WIP<br>Letter from Richard Arsenault enclosing<br>Application for Appointment to the Plaintiffs<br>Steering Committee. | A=Stephanie M<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 275.00<br>T@1 | 68.75 |
| 94577          TIME<br>3/7/2005<br>WIP<br>Application to be on the PSC from Harold<br>Lamy to Judge Fallon. | A=Stephanie M<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 275.00<br>T@1 | 68.75 |
| 94571          TIME<br>3/7/2005<br>WIP | A=Stephanie M<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00 | 0.00<br>T@2 | 0.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Letter from Patrick Morrow ro Judge Fallon attaching correspondence as his application to the PSC. | | 0.00 | | |
| 94625          TIME<br>3/7/2005<br>WIP<br>Letter from Mark Robinson enclosing Application for Appointment for PSC. | A=Stephanie M<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@2 | 0.00 |
| 94631          TIME<br>3/7/2005<br>WIP<br>Letter from Vance Andrus enclosing his Application for Appointment to the PSC. | A=Stephanie M<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@2 | 0.00 |
| 94565          TIME<br>3/7/2005<br>WIP<br>Order from the court denying the request of Plaintiffs Liason Counsel to postpone the initial conference. | A=Stephanie M<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@2 | 0.00 |
| 93458          TIME<br>3/7/2005<br>WIP<br>Letter from Don Barrett to Judge Fallon as his application for appointment to the PSC and Notice of Filing Applications to PSC. | A=Stephanie M<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@2 | 0.00 |
| 93247          TIME<br>3/8/2005<br>WIP<br>Review PTO re deadlines draft application for PSC;  Review apps of Lundy, Becnel, and Murrary re same. | A=Stephanie M<br>Review<br>Vioxx Com | 4.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@2 | 0.00 |
| 93246          TIME<br>3/8/2005<br>WIP<br>Review PTO re deadlines draft application for PSC;  Review apps of Lundy, Becnel, and Murrary re same. | A=Stephanie M<br>Review<br>Vioxx Com | 1.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@2 | 0.00 |
| 94613          TIME<br>3/9/2005<br>WIP<br>Letter from Matthew Lundy enclosing Application for Appointment to the PSC. | A=Stephanie M<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@2 | 0.00 |
| 94619          TIME<br>3/10/2005<br>WIP<br>Letter from Tanny Butler enclosing Application of Josie Escobedo for Appointment to the Plaintiffs Steering | A=Stephanie M<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 275.00<br>T@1 | 68.75 |

10/30/2008                               BRUNO & BRUNO
2:04 PM                                        test2                                          Page    12

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Committee. | | | | |
| 95828          TIME<br>3/17/2005<br>WIP<br>letter from M. Lundy enclosing application<br>for appointment to PSC | A=Stephanie M<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@2 | 0.00 |

| Grand Total | | | | |
|---|---|---|---|---|
| | Billable | 52.50 | | 12443.75 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 52.50 | | 12443.75 |

| 10/30/2008 | BRUNO & BRUNO | |
|---|---|---|
| 2:05 PM | test2 | Page    1 |

Rate Info - identifies rate source and level

| Slip ID | | User | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 88181 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 10/13/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Fax from Danny Becnel re: Discuss cases and schedule meeting. | | | 0.00 | | |
| 89864 | TIME | A=Stephen Krel | 1.00 | 0.00 | 0.00 |
| 10/26/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Merck and Co.'s Motion for Corrdinated Pre-Trial Proceeding and Merck's Motion for expedited consideration. | | | 0.00 | | |
| 89398 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 10/29/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Correspondence from clerk of court of Defendant Merck and Co. for transfer of actions to District of Maryland. | | | 0.00 | | |
| 89870 | TIME | A=Stephen Krel | 1.25 | 0.00 | 0.00 |
| 11/1/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Notice of appearance and Rule 5.3 corporate disclosure statement of defendants. | | | 0.00 | | |
| 90695 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 11/5/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Correspondence from MDL re: Notice pf Appearance. | | | 0.00 | | |
| 90665 | TIME | A=Stephen Krel | 1.50 | 0.00 | 0.00 |
| 11/5/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Correspondence from Leslie Bryan re: Plaintiffs Motion to Transfer and Coordination and/or Consolidation Pursuant to 28 USC 1407 and Memorandum in Support. | | | 0.00 | | |
| 91230 | TIME | A=Stephen Krel | 0.50 | 0.00 | 0.00 |
| 11/8/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Certificate of service of Designated Attomey is authorized to receive service of all Pleadings, notices, orders, and other papers relating to Practice on behalf of Plaintiffs indicated. | | | 0.00 | | |

10/30/2008                BRUNO & BRUNO
2:05 PM                    test2                              Page    2

| Slip ID Dates and Time Posting Status Description | | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|---|
| 91220 11/8/2004 WIP Panel Attorney Service list from cletk of the panel. | TIME | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 89664 11/9/2004 WIP R/R correspondence from Danny Becnel re: Plaintiff Salvador Christians Motion for expedited consideration of Vioxx Moll 1657, Memo in Support and Reply to Defendants Merk and Co. | TIME | A=Stephen Krel Receipt and rev Vioxx Com | 1.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 89676 11/9/2004 WIP Letter from Leslie Bryan re: Letter sen to Cathy Marda at the Judicial Panel MDL. | TIME | A=Stephen Krel Receipt and rev Vioxx Com | 1.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 89705 11/10/2004 WIP Notice of Appearance. | TIME | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 89326 11/11/2004 WIP Fax from Bryan Reuter enclosing a service copy of a Fiest Motion for extension of time. | TIME | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 89368 11/12/2004 WIP Letter from  Jack Land to all attorneys on service list regarding removal of their firms name for both defendants. | TIME | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 89380 11/12/2004 WIP Letter from Wlater Boone re: His office no longer representing the defendant designated in this matter. | TIME | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 89386 11/12/2004 WIP letter from Bryan Reuter enclosing a service copy of a first motion for extension of time; order unsigned. | TIME | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 89392 11/12/2004 WIP | TIME | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.00 | 0.00 T@1 | 0.00 |

10/30/2008                          BRUNO & BRUNO
2:05 PM                                  test2                                    Page        3

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Letter from James Hemmogs (Attorney for<br>Merck and Co Inc) regarding his correction<br>entered on the service list. | | 0.00 | | |
| 90020          TIME<br>11/15/2004<br>WIP<br>Letter from Arnold Levin re: The original and<br>12 copies of Certificate of Service of Patrick<br>Besaw's prior filings before the panel to clerk<br>of court. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.75<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 90014          TIME<br>11/15/2004<br>WIP<br>Letter from Rachel Nafziger enclosing<br>Dianne nast's Notice of Appearance. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 90026          TIME<br>11/15/2004<br>WIP<br>Letter from Whitman B. Johnson re: The<br>Panel attorney service list to reflect the<br>correct name of the party he represents as<br>Charles D. Lee. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 90032          TIME<br>11/15/2004<br>WIP<br>Plaintiff's response to Defendant Merk and<br>Company Inc.'s Motion for Coordinated<br>Pre-Trial Proceedings pursuant to 28 U.S.C. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 1.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 90056          TIME<br>11/15/2004<br>WIP<br>Response to the Motion of Merk and<br>Company Inc to Transfer and consolidate in<br>the USDC for the District of Maryland. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.75<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 90080          TIME<br>11/15/2004<br>WIP<br>Letter from Janice re: Alvin Pennington on<br>Vioxx for a gout condition. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 90086          TIME<br>11/15/2004<br>WIP<br>Correspondence from Calvin Fayard re: The<br>Panel Attorney Service List not including<br>him. Copy of Notice Enclosed. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 89978          TIME<br>11/15/2004<br>WIP | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 1.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |

| 10/30/2008 | BRUNO & BRUNO | | | |
|---|---|---|---|---|
| 2:05 PM | test2 | | Page | 4 |

| Slip ID | User | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |

| | | | | |
|---|---|---|---|---|
| Letter from Ricardo Garcia clerk of the panel enclosing an original and 12 copies of interested parties response in opposition to Defendant's Merk and Co Inc.'s Motion for Coordinated Pre-Trial procedings and Memorandum in support. | | 0.00 | | |
| 89990          TIME | A=Stephen Krel | 0.50 | 0.00 | 0.00 |
| 11/15/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Plaintiff Richardson's response in opposition to Defendant's Merck's Motion to Transfer and Consolidation submitted by Patrick Stueve. | | 0.00 | | |
| 89374          TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 11/16/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Plaintiff Salvadore Christina Memo in Support of the Motion for expedited consideration. | | 0.00 | | |
| 89261          TIME | A=Stephen Krel | 0.50 | 0.00 | 0.00 |
| 11/16/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| R/R Fax from Daniel Becnel re: a successful meeting in New Orleans and election of Any Birchfield and Allen and Chris Sorger as Co-Lead Counsels. | | 0.00 | | |
| 89237          TIME | A=Stephen Krel | 1.00 | 0.00 | 0.00 |
| 11/17/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| R/R Rule 7.2(a)(ii) schedule of actions from Andy Birchfield enclosing Plaintiffs response to Merck and Co., Inc. Motion for coordinated pre-trial proceedings and plaintiffs brief in support of their response to Mercks Motion for coordinated pre-trial proceedings. | | 0.00 | | |
| 89255          TIME | A=Stephen Krel | 0.50 | 0.00 | 0.00 |
| 11/17/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| R/R Letter from Danny Johnson enclosing Plaintiffs; Motion for Transfer with supporting memorandum. | | 0.00 | | |
| 89249          TIME | A=Stephen Krel | 1.00 | 0.00 | 0.00 |
| 11/17/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Certain MDL Plaintiffs response to Merck and Co., Inc; Motion for coordinated pre-trial proceedings and certain Federal Plaintiffs | | 0.00 | | |

| Slip ID | User | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |

Motion In Support of Plaintiff Salvadore
Chritians Motion for Expedited Consideration
of Vioxx MDL1650.

| | | | | |
|---|---|---|---|---|
| 89225      TIME | A=Stephen Krel | 1.00 | 0.00 | 0.00 |
| 11/17/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| R/R Memorandum of Plaintiffs Roberta | | 0.00 | | |
| Walcott and Williams Hanson and | | | | |
| interested Parties Motion to Transfer. | | | | |
| 89231      TIME | A=Stephen Krel | 1.00 | 275.00 | 275.00 |
| 11/17/2004 | Receipt and rev | 0.00 | T | |
| WIP | Vioxx Com | 0.00 | | |
| Copies of Interested Parties reasons why | | 0.00 | | |
| oral argument should be heard and | | | | |
| opposition to defendant merck and co inc;s | | | | |
| motion for coordinated pretrial proceedings | | | | |
| pursuant to 28 U.S.C.J. 1407 and memo in | | | | |
| support. | | | | |
| 89243      TIME | A=Stephen Krel | 1.00 | 0.00 | 0.00 |
| 11/17/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| R/R Letter from David Matthews enclosing | | 0.00 | | |
| certain Texas Plaintiffs Response to | | | | |
| Defendant Merck Co., Inc; Motion for | | | | |
| coordinated trial proceedings and reasons | | | | |
| why oral arguments should be heard. | | | | |
| 90104      TIME | A=Stephen Krel | 0.50 | 0.00 | 0.00 |
| 11/19/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Correspondence from Ronnie Penton re; | | 0.00 | | |
| Notice of Appearance , Notice of Potential | | | | |
| Tag Along or related action and Preston | | | | |
| Lee's Reply to merck. | | | | |
| 90153      TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 11/19/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Fax from Daniel Becnel re: Crestor, Acutave | | 0.00 | | |
| and Bextra being seriously considered | | | | |
| removed based on one witness who testified | | | | |
| the drugs should be looked at. | | | | |
| 89488      TIME | A=Stephen Krel | 0.50 | 0.00 | 0.00 |
| 11/22/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| MDL vioxx information. | | 0.00 | | |
| 90588      TIME | A=Stephen Krel | 1.00 | 0.00 | 0.00 |
| 11/29/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Letter from William Beaisoliee to clerk of | | 0.00 | | |

BRUNO & BRUNO
test2

| Slip ID | User | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |

panel enclosing Merck and Co Inc's
Amended Motion for Coordinated Pre Trial
Proceedings, Memorandum In Support.

| 90553 | TIME | A=Stephen Krel | 1.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 11/29/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Notice to all counsel re: seperate motions collectively seeking centralization. | | | 0.00 | | |

| 90647 | TIME | A=Stephen Krel | 1.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 12/1/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Motion to Transfer to the United States District Court for the Northern District of Illinois all pending related actions for coordinated and consolidate proceedings. | | | 0.00 | | |

| 91154 | TIME | A=Stephen Krel | 1.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 12/3/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Fax from Daniel Biecnel attaching Bill Fiedermans copy of Merck's Responses and Objections to plaintiffs first of interrogatoues in his case | | | 0.00 | | |

| 91219 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 12/3/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from Scott Allen.  Notice of appearance. | | | 0.00 | | |

| 92300 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 12/6/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Fax from Elizabeth Cabraser re: <Big Pharma/FDA cartoon> | | | 0.00 | | |

| 92312 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 12/6/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from William Beausoleil to the clerk of the panel regarding the issue of a reply of Merch & Co. Inc. to the various responses to its initial & amended motions for coordinated pre-trial proceedings. | | | 0.00 | | |

| 92303 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 12/6/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from Hector Gancedo to the clerk of the panel requesting to receive all court orders | | | 0.00 | | |

| Slip ID Dates and Time Posting Status Description | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 92315          TIME 12/7/2004 WIP revised panel attorney service list | A=Stephen Krel Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 92325          TIME 12/7/2004 WIP faxed letter from Bryan Reutter enclosing a service copy oF Much & Co. Inc.'s answer filed. | A=Stephen Krel Receipt and rev Vioxx Com | 1.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 92288          TIME 12/8/2004 WIP Walter McNaugton's application in support of coordinated Pre-trial proceedings pursuant to 28u.s.c. 1407 | A=Stephen Krel Receipt and rev Vioxx Com | 1.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 92291          TIME 12/8/2004 WIP letter from Bryan Beuter enclosing a service copy of Merch & Co. Inc.'s answer | A=Stephen Krel Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 92389          TIME 12/10/2004 WIP faxed letter from Turner Branch to Daniel Becnel jjr. re: the hearing coming up for the MDL on Vioxx litigation.  Responses to all motions are due by Dec. 13, 04 | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 92420          TIME 12/13/2004 WIP Danford K Jones response to Merk & Co. Inc.'s arnended motion for coordinated pre-trial proceedings & request that all federal cases relating to Vioxx be transfered to the Northern District of Ohio | A=Stephen Krel Receipt and rev Vioxx Com | 1.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 92411          TIME 12/13/2004 WIP Interested party respons in support of transfer of actions to the central district of Cali. by Mitchell R. Jensen | A=Stephen Krel Receipt and rev Vioxx Com | 2.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 92410          TIME 12/13/2004 WIP letter from Michael Tiger enclosing plaintiffs Merrich & Michelle Sirota's reply to defendant Merch & Co. Inc.'s Motion for | A=Stephen Krel Receipt and rev Vioxx Com | 1.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |

10/30/2008                                    BRUNO & BRUNO
2:05 PM                                            test2                                              Page      8

| Slip ID | | User | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| coorinated pre-trial proceedings reasons why oral argument should be heard & cert. of service. | | | | | |
| 92399 | TIME | A=Stephen Krel | 2.00 | 0.00 | 0.00 |
| 12/13/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from Stephen b. Murray enclosing Plaintiffs Memorandum in response to motion to transfer and consolidation filed by defendant. | | | 0.00 | | |
| 92398 | TIME | A=Stephen Krel | 2.00 | 0.00 | 0.00 |
| 12/13/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from Richard Arsunautt enclosing Plaintiffs response to Defendant's motion for coordinated Pre-trial proceedings pursuant to 28 USC 1409 | | | 0.00 | | |
| 91561 | TIME | A=Stephen Krel | 1.25 | 0.00 | 0.00 |
| 12/14/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from Harris Pogust enclosing Plaintiffs Kennedy and Darryl Mcmahon's response to MDL motion for transfer and cross motion for transfer. | | | 0.00 | | |
| 91694 | TIME | A=Stephen Krel | 1.50 | 0.00 | 0.00 |
| 12/15/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from Becnel re: His retainer of Dr. Daniel Acosta , Jr. as his cardio toxicologist in this matter. | | | 0.00 | | |
| 91549 | TIME | A=Stephen Krel | 0.50 | 0.00 | 0.00 |
| 12/15/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from Danny Becnel re: PBS program (frontline) Dangerous Prescriptions . Request for conference call to discuss the spread sheet sent out yesterday re; locations of the MDL. | | | 0.00 | | |
| 91622 | TIME | A=Stephen Krel | 1.00 | 0.00 | 0.00 |
| 12/16/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from Kristina McVey enclosing Plaintiffs Fred Enles' response in support of transfer and coordination. | | | 0.00 | | |
| 92425 | TIME | A=Stephen Krel | 1.00 | 0.00 | 0.00 |
| 12/17/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from Jewel Welch to clerk of the panel | | | 0.00 | | |

| 10/30/2008 | BRUNO & BRUNO | | |
|---|---|---|---|
| 2:05 PM | test2 | | Page   9 |

| Slip ID | User | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |

enclosing plaintiff Vickie Whites reply to defendant Mercks Memorandum. in support of its motion for coordinating pre-trial proceedings

| 92360 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 12/20/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Jerry Melton's Joinder in motion for coordinated pre trial proceedings pursuant to 28 U.S.C. 1407 | | | 0.00 | | |

| 92365 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 12/20/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from steven minor to the clerk of the panel re: the attached Amerisource Bergen Corp. Memorandum in support of Merch & Co. Inc. motion for coordinated Pre-trial proceedings. | | | 0.00 | | |

| 92374 | TIME | A=Stephen Krel | 0.50 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 12/20/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| notice of presentation or waiver of oral argument. | | | 0.00 | | |

| 92375 | TIME | A=Stephen Krel | 0.50 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 12/20/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| notice of hearing session from Michael Bech (clerk of panel) | | | 0.00 | | |

| 92384 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 12/20/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| third party payor class's memorandum in opposition to Merck & co. Inc. amended motion for coordinated pre-trial proceedings. | | | 0.00 | | |

| 92352 | TIME | A=Stephen Krel | 0.50 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 12/20/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| faxed memorandum from Daniel Becnel re: an immediate summit concering Bextra & Celebrex b/c they both involve Pfizer.  Also enclosed are articles which appeared both today and over the weekend in NY Times & USA Today. | | | 0.00 | | |

| 92349 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 12/21/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| faxed order from the court ordering; A preliminary conference that will be held on | | | 0.00 | | |

10/30/2008                              BRUNO & BRUNO
2:05 PM                                       test2                                              Page      10

| Slip ID Dates and Time Posting Status Description | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 2/15/05 @ 3:15pm for the purpose of scheduling a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-off date | | | | |
| 92339          TIME 12/22/2004 WIP letter from David Hochema enclosing interested parties response in opposition to defendant Merch & Co. Inc., intrested parties reasons why oral argument should be heard & service list. | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 92338          TIME 12/23/2004 WIP letter from Danny becnel to clerk of panel enclosing notice of presentation or waiver of oral argument | A=Stephen Krel Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 92337          TIME 12/23/2004 WIP letter from Danny becnel to clerk of panel enclosing notice of presentation or waiver of oral argument | A=Stephen Krel Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 92326          TIME 12/23/2004 WIP letter from thomas Owen enclosing a copy of Merchs motion to stay all proceedings pending transfer decision. | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 92447          TIME 12/27/2004 WIP letter from Fred Longer to clerk of the panel enclosing one copy of the notice of presentation or waiver of oral argument | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 92446          TIME 12/27/2004 WIP letter from Fred Longer to clerk of the panel enclosing one copy of the notice of presentation or waiver of oral argument | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 92435          TIME 12/27/2004 WIP letter from R.Eric Kennedy to clerk of panel enclosing 1 copy of notice of representation or waiver of oral argument. | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |

| Slip ID Dates and Time Posting Status Description | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 92434          TIME<br>12/27/2004<br>WIP<br>letter from Scott Allen to Michael Beck advising that he represents Dario Avango. M.D. & Emery L Suderman and requesting that the service list be revised. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 92677          TIME<br>1/5/2005<br>WIP<br>Notice of Presentation of Waiver of Oral Argument from Charles Merkel III. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 92791          TIME<br>1/6/2005<br>WIP<br>Letter from Richard Lockridge enclosing Notice of Presentation Waiver of Oral Argument for Lockridge Grindal Nauen. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 92797          TIME<br>1/6/2005<br>WIP<br>Letter from Leslie Ballantyne enclosing Notice of Presentation of Waiver of Oral Argument submitted on behalf of Merk and Co. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 92803          TIME<br>1/7/2005<br>WIP<br>Letter from S> Kirk Milan enclosing Notice of Presentation of Waiver of Oral Argument. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 92809          TIME<br>1/7/2005<br>WIP<br>Letter from Penny Lawson requesting that the revised Panel Attomey Service list be revised again to reflect that J. Leroy McNamara and Joseph L. MCNamara are the same person. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 92816          TIME<br>1/7/2005<br>WIP<br>Letter from Dana Fox enclosing Notice of Presentation or Waiver of Oral Argument. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 92822          TIME<br>1/7/2005<br>WIP<br>Letter from John T. Murray advising that the Panel Attomey service list revision of | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |

10/30/2008                                   BRUNO & BRUNO
2:05 PM                                          test2                                    Page      12

| Slip ID Dates and Time Posting Status Description | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 12/3/04 contains an error in party representation as far as their firm's attorney, John T. Murray. | | | | |
| 92985          TIME 1/10/2005 WIP Notice of Presentation of Waiver of Oral Argument from Ronald Fiesta. | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 92991          TIME 1/10/2005 WIP Notice of Presentation of Waiver of Oral Argument form from Rebecca Cunard. | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 92997          TIME 1/10/2005 WIP Letter from lance Harke , enclosing Notice of Presentation or Waiver Oral Argument. | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 93003          TIME 1/10/2005 WIP Letter from Andrew McCullough enclosing Notice of Presentation or Waiver of Oral Argument form. | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 93009          TIME 1/10/2005 WIP Letter from Christine Tatum enclosing a completed Notice of Presentation or Waiver of Oral Argument. | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 92979          TIME 1/13/2005 WIP Faxed Minute Entry from Judge Feldman ordering that the defendants motion to stay all proceedings pending transfer decision by the Judicial panel on multidistrict litigation be granted as unopposed and that this case is closed for statistical purpose. | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 95069          TIME 1/14/2005 WIP letter from Niki Okcu enclosing Alford's Pharmacy's notice of Appearance. | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 95063          TIME 1/14/2005 WIP letter from Thomas walker to all counsel | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |

10/30/2008                          BRUNO & BRUNO
2:05 PM                                  test2                                    Page    13

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| advising that he inadvertenly checked the blank to indicake that he would present oral argument at the panel session on 1/27/05 | | | | |
| 95068          TIME<br>1/14/2005<br>WIP<br>letter from Niki Okcu enclosing Notice of Oral Argument. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95058          TIME<br>1/18/2005<br>WIP<br>Notice of presentation or waiver of oral argument by David Barrett. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95053          TIME<br>1/18/2005<br>WIP<br>Notice of presentation or waiver of oral argument from Christopher McDonald. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.25<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95048          TIME<br>1/18/2005<br>WIP<br>letter from leslie ballantyne advising on behalf of merch notifying the panel of potential tag along actions.  The potential tag along action has been filed or removed to federal court. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.50<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95047          TIME<br>1/19/2005<br>WIP<br>faxed letter from kim meaders advising that alford's pharmacy has been sued in a vioxx matter which was removed to federal court. Requesting records to reflect conusel for Alford's pharmacy. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.25<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95041          TIME<br>1/25/2005<br>WIP<br>letter from robert piper jr. requesting to serve on plaintiffs ststerring committee once the matter is transferred to a MDC court.  Also enclosed is Mr. Prier's ciriicular vital. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95006          TIME<br>1/31/2005<br>WIP<br>letter from Leslie Ballantyne notifying the panel of potential tag along actions and includes cases that have been filed in or removed by federal court since 1/7/05. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |

| 10/30/2008 | BRUNO & BRUNO | | |
| 2:05 PM | test2 | | |
| | | Page | 14 |

| Slip ID | | User | Units | Rate | Slip Value |
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
|---|---|---|---|---|---|
| 95025 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 2/3/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from Norman Kleinberg to Michael Beck notifying the panel of recent developments. | | | 0.00 | | |
| 95019 | TIME | A=Stephen Krel | 1.00 | 0.00 | 0.00 |
| 2/9/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from William Beausoled notifying the panel of potential tag along actions. | | | 0.00 | | |
| 95013 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 2/9/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from Kim Meaders advising that Alford;s Pharmacy has been sued which was removed to federal court and a request to update information. | | | 0.00 | | |
| 94806 | TIME | A=Stephen Krel | 1.00 | 0.00 | 0.00 |
| 2/17/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| faxed letter from Christopher Seeger advising that there will be an organizational meeting of Vioxx plaintiffs counsel in N.O. on 2/23/05 @ 3:00pm. | | | 0.00 | | |
| 94807 | TIME | A=Stephen Krel | 0.50 | 0.00 | 0.00 |
| 2/21/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| order from the court; ordering that Angelis Alexander vs. Merch be transfered to section L(3) of this court for consolidation and further ordered that the stay in this matter be lifted. | | | 0.00 | | |
| 93769 | TIME | A=Stephen Krel | 0.50 | 0.00 | 0.00 |
| 2/22/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from Michael Beck enclosing Transfer Order. | | | 0.00 | | |
| 93757 | TIME | A=Stephen Krel | 1.00 | 0.00 | 0.00 |
| 2/22/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Minute Entry from the court advising that they are in receipt of Daniel Becnel's faxed document and all documents faxed to the court must be sent to all counel and Pretrial Order No.1 setting initial conference. | | | 0.00 | | |

10/30/2008                                  BRUNO & BRUNO
2:05 PM                                          test2                                    Page     15

| Slip ID | | User | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 93751 | TIME | A=Stephen Krel | 1.00 | 0.00 | 0.00 |
| 2/22/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Motion to Organize Plaintiffs counsel | | | 0.00 | | |
| submitted by Deborah Sulzer. | | | | | |
| 93477 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 2/23/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from Deborah Sulzer to JUdge Whyte | | | 0.00 | | |
| requesting that the Motion to Organize be | | | | | |
| withdrawn as moot. Pretrial order 1 | | | | | |
| addresses the procedure for the organization | | | | | |
| of the litigation requested in the motion. | | | | | |
| 93716 | TIME | A=Stephen Krel | 1.00 | 0.00 | 0.00 |
| 2/28/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 1.00 | | |
| letter from Bryan Reuter enclosing: | | | 0.00 | | |
| 1) defendants objections to and motions to | | | | | |
| review. | | | | | |
| 2) Memorandum in support of defendants | | | | | |
| objections to the magistrates Feb. 10, 2005 | | | | | |
| remand order | | | | | |
| 3) Notice of hearing | | | | | |
| 93715 | TIME | A=Stephen Krel | 1.00 | 0.00 | 0.00 |
| 2/28/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 1.00 | | |
| letter from Bryan Reuter enclosing: | | | 0.00 | | |
| 1) defendants objections to and motions to | | | | | |
| review. | | | | | |
| 2) Memorandum in support of defendants | | | | | |
| objections to the magistrates Feb. 10, 2005 | | | | | |
| remand order | | | | | |
| 3) Notice of hearing | | | | | |
| 95818 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 3/2/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.25 | | |
| notice of fileing application for appointment | | | 0.00 | | |
| of D. Becnel Jr. to the plaintiffs steering | | | | | |
| committee | | | | | |
| 95811 | TIME | A=Stephen Krel | 0.50 | 0.00 | 0.00 |
| 3/2/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.50 | | |
| letter from S. B. murry enclosing application | | | 0.00 | | |
| for appointment to the plaintiffs steering | | | | | |
| committee. | | | | | |

10/30/2008                                    BRUNO & BRUNO
2:05 PM                                            test2                                      Page      16

| Slip ID | | User | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 94597 | TIME | A=Stephen Krel | 1.00 | 0.00 | 0.00 |
| 3/2/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Pretrial Order #1 setting initial conference. | | | 0.00 | | |
| 94591 | TIME | A=Stephen Krel | 0.50 | 0.00 | 0.00 |
| 3/2/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Faxed letter from Dennis Johnson advising that he is unclear which attorney is preparing the single submission contemplated by Judge Fallons PTO # and the attached paragraph should be included. | | | 0.00 | | |
| 94561 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 3/2/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Motion to Enroll as counsel of record for Plaintiffs Anthony Mallet and Priscilla Mallett submitted by Gladstone Jones and Allan Kanner, Elizabeth Cowen and Mary Gardner. | | | 0.00 | | |
| 94205 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 3/2/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Minute Entry from the court ordering that all motions to stay proceedings pending transfer decision of the judicial panel on MDL are hereby denied as moot. | | | 0.00 | | |
| 94609 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 3/4/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from Joe Colingo advising that he no longer represents Dr. Reginald Stewart. Stephen Burrow has previously entered his appearance in this case on behalf of Dr. Stewart. | | | 0.00 | | |
| 94603 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 3/4/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from Jeffery Robinson advising that their firm represents plaintiff R. Dee Arickson in Erickson versus Merks and Co., and that they need to be added to the list. | | | 0.00 | | |
| 94633 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 3/7/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from Vance Andrus enclosing his Application for Appointment to the PSC. | | | 0.00 | | |

10/30/2008                              BRUNO & BRUNO
2:05 PM                                     test2                                   Page     17

| Slip ID | | User | Units | Rate | Slip Value |
| --- | --- | --- | --- | --- | --- |
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 94627 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 3/7/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from Mark Robinson enclosing | | | 0.00 | | |
| Application for Appointment for PSC. | | | | | |
| 94585 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 3/7/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from Richard Arsenault enclosing | | | 0.00 | | |
| Application for Appointment to the Plaintiffs | | | | | |
| Steering Committee. | | | | | |
| 94579 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 3/7/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Application to be on the PSC from Harold | | | 0.00 | | |
| Lamy to Judge Fallon. | | | | | |
| 94573 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 3/7/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from Patrick Morrow ro Judge Fallon | | | 0.00 | | |
| attaching correspondence as his application | | | | | |
| to the PSC. | | | | | |
| 94567 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 3/7/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Order from the court denying the request of | | | 0.00 | | |
| Plaintiffs Liason Counsel to postpone the | | | | | |
| initial conference. | | | | | |
| 93460 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 3/7/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from Don Barrett to Judge Fallon as | | | 0.00 | | |
| his application for appointment to the PSC | | | | | |
| and Notice of Filing Applications to PSC. | | | | | |
| 95897 | TIME | A=Stephen Krel | 0.50 | 0.00 | 0.00 |
| 3/8/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.50 | | |
| pre-trial order #3 | | | 0.00 | | |
| 94615 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 3/9/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from Matthew Lundy enclosing | | | 0.00 | | |
| Application for Appointment to the PSC. | | | | | |
| 94621 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 3/10/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from Tanny Butler enclosing | | | 0.00 | | |
| Application of Josie Escobedo for | | | | | |

| Slip ID | | User | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |

Appointment to the Plaintiffs Steering
Committee.

| 95849 | TIME | A=Stephen Krel | 0.50 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 3/11/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.50 | | |
| letter from J. Dugan enclosing application for appointment to PSC | | | 0.00 | | |
| 95860 | TIME | A=Stephen Krel | 0.50 | 0.00 | 0.00 |
| 3/11/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.50 | | |
| letter from J. Linsey enclosing application for membership on the PSC | | | 0.00 | | |
| 95863 | TIME | A=Stephen Krel | 0.50 | 0.00 | 0.00 |
| 3/11/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.50 | | |
| motion to nominate M. P. Robertson to PSC | | | 0.00 | | |
| 95870 | TIME | A=Stephen Krel | 0.50 | 0.00 | 0.00 |
| 3/11/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.50 | | |
| G. Meurier's application for PSC | | | 0.00 | | |
| 95873 | TIME | A=Stephen Krel | 0.50 | 0.00 | 0.00 |
| 3/11/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.50 | | |
| T. B. Hieves application for PSC | | | 0.00 | | |
| 95880 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 3/11/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.25 | | |
| A. D. Birchfield Jr.'s  application for PSC | | | 0.00 | | |
| 95886 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 3/11/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.25 | | |
| letter from D. Chmichewski requesting that the following names be added to the panel attorney service list for MDL 1657 | | | 0.00 | | |
| 95906 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 3/11/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.25 | | |
| pre-trial order #5 | | | 0.00 | | |
| 95852 | TIME | A=Stephen Krel | 0.50 | 0.00 | 0.00 |
| 3/11/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.50 | | |
| position statement from J. Henderson to judge Fallon on behalf of the doctor/defendants | | | 0.00 | | |

| Slip ID | | User | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 95909 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 3/11/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.25 | | |
| pre-trial order #4 | | | 0.00 | | |
| 95709 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 3/14/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from R. Schwartz requesting to the court to be added to the panel service list pursuant to pre-trial order #1 | | | 0.00 | | |
| 95706 | TIME | A=Stephen Krel | 0.50 | 0.00 | 0.00 |
| 3/14/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.50 | | |
| letter from K. Snapker enclosing application for apointment to the plaintiffs steering committee | | | 0.00 | | |
| 95721 | TIME | A=Stephen Krel | 0.50 | 0.00 | 0.00 |
| 3/14/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.50 | | |
| notice of fileing of application for appointment to plaintiffs steering committee & letter to judge Eldon Fallon from Walter Dumas | | | 0.00 | | |
| 95724 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 3/14/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.25 | | |
| application of R. M. Langston for appointment to PSC | | | 0.00 | | |
| 95699 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 3/14/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.25 | | |
| letter from T. Balducci enclosing notice of appearance in this matter for and on behalf of plaintiffs as co-counsel to A. D. Birchfield Jr. | | | 0.00 | | |
| 95696 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 3/14/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.25 | | |
| plaintiffs brief statement of factual and legal issues submitted by J. H. Ruiz on behalf of J. A. Abraham, M. P. Alvarez and J. Andino. | | | 0.00 | | |
| 95689 | TIME | A=Stephen Krel | 0.50 | 0.00 | 0.00 |
| 3/14/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from T. R. Kline attaching his application for apointment to plaintiffs steering committe | | | 0.00 | | |

| 10/30/2008 | | BRUNO & BRUNO | | | |
| 2:05 PM | | test2 | | Page | 20 |

| Slip ID | | User | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 95686 | TIME | A=Stephen Krel | 0.50 | 0.00 | 0.00 |
| 3/14/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.50 | | |
| letter from clerk of panel to involved counsel attaching a conditional transfer order. | | | 0.00 | | |
| 95679 | TIME | A=Stephen Krel | 0.50 | 0.00 | 0.00 |
| 3/14/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.50 | | |
| letter from clerk of panel to involved counsel attaching a conditional transfer order. | | | 0.00 | | |
| 95676 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 3/14/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.25 | | |
| letter from J. S. Parker advising that he is co-counsel in the matter of Hanson v. Merch Co. which is being transfered to our district from the eastern district of New York. | | | 0.00 | | |
| 95716 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 3/14/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.25 | | |
| position statement of defendant Mercy Hospital submitted by Tim Griesenbrech. | | | 0.00 | | |
| 95659 | TIME | A=Stephen Krel | 0.50 | 0.00 | 0.00 |
| 3/15/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from M. Burg enclosing application of M. S. Burg for apointment to plaintiffs steering committe | | | 0.00 | | |
| 95656 | TIME | A=Stephen Krel | 0.50 | 0.00 | 0.00 |
| 3/15/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.50 | | |
| application for apointment of J. C. Langston, the Langston Law Firm, P.A. to plaintiffs steering committe. | | | 0.00 | | |
| 95842 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 3/16/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from C. Fayard enclosing application for appointment to PSC | | | 0.00 | | |
| 95838 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 3/16/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.25 | | |
| application for appointment to PSC by D. P. Matthews | | | 0.00 | | |
| 95889 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 3/16/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.25 | | |
| letter from A. Boon enclosing notice of | | | 0.00 | | |

BRUNO & BRUNO
test2

| Slip ID Dates and Time Posting Status Description | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| appearance of co-counsel for attorney Ellen Presley on behalf of J. A. Register and A. Register. | | | | |
| 95832           TIME 3/16/2005 WIP letter from M. Lundy requesting his name be added to the PSC | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 95666           TIME 3/16/2005 WIP letter from L. Bryan enclosing application of L. J. Bryan for membership to the PSC | A=Stephen Krel Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 95669           TIME 3/16/2005 WIP pretrial order #5A ordering counsel to provide to the approperate liaison counsel updated contact info. to be used for service done. | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 95829           TIME 3/17/2005 WIP letter from M. Lundy enclosing application for appointment to PSC | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.25 0.00 | 0.00 T@1 | 0.00 |
| 95770           TIME 3/18/2005 WIP Allan Kanner's Application for appointment to plaintiffs steering committee. | A=Stephen Krel Receipt and rev Vioxx Com | 0.50 0.00 0.50 0.00 | 0.00 T@1 | 0.00 |
| 95761           TIME 3/18/2005 WIP letter from R. Cunard enclosing her application for appointment to the plaintiffs steering committee | A=Stephen Krel Receipt and rev Vioxx Com | 0.50 0.00 0.50 0.00 | 0.00 T@1 | 0.00 |
| 95764           TIME 3/18/2005 WIP Brian K. Balser's application for appointment to the plaintiffs' steering committee | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.25 0.00 | 0.00 T@1 | 0.00 |
| 95916           TIME 3/21/2005 WIP letter from K. Nelson enclosing notice of filing of application for appointment  of Barbra J. Hart to a leadership committee for the end-payor class action plaintiffs or in the alternative for appointment to the PSC | A=Stephen Krel Receipt and rev Vioxx Com | 0.50 0.00 0.50 0.00 | 0.00 T@1 | 0.00 |

| Slip ID | | User | Units | Rate | Slip Value |
|---------|--|------|-------|------|------------|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 95899 | TIME | A=Stephen Krel | 0.50 | 0.00 | 0.00 |
| 3/21/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.50 | | |
| notice of filing of application for appointment | | | 0.00 | | |
| of T. M. Sobol to a leadership committee for | | | | | |
| the end-payor class action Plaintiffs or in the | | | | | |
| alternative for appointment to the PSC. | | | | | |
| 95898 | TIME | A=Stephen Krel | 0.50 | 0.00 | 0.00 |
| 3/21/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.50 | | |
| notice of filing of application for appointment | | | 0.00 | | |
| of T. M. Sobol to a leadership committee for | | | | | |
| the end-payor class action Plaintiffs or in the | | | | | |
| alternative for appointment to the PSC. | | | | | |
| 95798 | TIME | A=Stephen Krel | 0.50 | 0.00 | 0.00 |
| 3/21/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| D. M. Barrios application for appointment to | | | 0.00 | | |
| the PSC | | | | | |
| 95808 | TIME | A=Stephen Krel | 0.50 | 0.00 | 0.00 |
| 3/21/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from B. Barron enclosing application | | | 0.00 | | |
| for appointment to the plaintiffs steering | | | | | |
| committee. | | | | | |
| 95789 | TIME | A=Stephen Krel | 0.50 | 0.00 | 0.00 |
| 3/22/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| motion for appointment to PSC filed by J. | | | 0.00 | | |
| Wilkin | | | | | |
| 95802 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 3/22/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| W. J. Singleton application for appointment | | | 0.00 | | |
| to the PSC | | | | | |
| 95792 | TIME | A=Stephen Krel | 0.50 | 0.00 | 0.00 |
| 3/22/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from R. Brantley to L. Whyte as | | | 0.00 | | |
| application for appointment to the PSC. | | | | | |
| 95731 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 3/30/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| J. S. Hall's application for PSC | | | 0.00 | | |
| 95782 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 3/30/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from D. Becniel as application to the | | | 0.00 | | |

10/30/2008                                 BRUNO & BRUNO
2:05 PM                                        test2
                                                                            Page      23

| Slip ID | | | User | Units | Rate | Slip Value |
|---|---|---|---|---|---|---|
| Dates and Time | | | Activity | DNB Time | Rate Info | |
| Posting Status | | | Client | Est. Time | Bill Status | |
| Description | | | Reference | Variance | | |
| PSC & notice of filing application for appointment of Matthew B. Moreland to the plaintiffs steering committee. | | | | | | |
| 95734 | TIME | | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 3/30/2005 | | | Receipt and rev | 0.00 | T@1 | |
| WIP | | | Vioxx Com | 0.00 | | |
| Roy Amiedes Jr's application for PSC | | | | 0.00 | | |
| 95741 | TIME | | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 3/30/2005 | | | Receipt and rev | 0.00 | T@1 | |
| WIP | | | Vioxx Com | 0.00 | | |
| Micheal A. London's application for PSC | | | | 0.00 | | |
| 93717 | TIME | | A=Stephen Krel | 0.50 | 0.00 | 0.00 |
| 3/3/2005 | 8:21 AM | 3/31/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | | | Vioxx Com | 0.50 | | |
| letter from Yvone Flaherty enclosing Plaintiff Dianne McCraw individually and as Trustee for the Estate of James W. McCraw notice of potential "tag along" action p.t.r. 7.5(e) of the rules & procedures of the judicial panel on the MD filed 2/8/05 | | | | 0.00 | | |
| 96032 | TIME | | A=Stephen Krel | 0.75 | 0.00 | 0.00 |
| 5/2/2005 | | | Receipt and rev | 0.00 | T@1 | |
| WIP | | | Vioxx Com | 0.00 | | |
| Withdrawl of Appearance by Tud L. Perryman and Defendant Hesselberg Drug Co's withdrawl of it's motion to vacate the conditional transfer order. | | | | 0.00 | | |
| 97151 | TIME | | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 5/3/2005 | | | Telephone conf. | 0.00 | T@1 | |
| WIP | | | Vioxx Com | 0.00 | | |
| Telephone conference with Raymond Egan regarding potential Vioxx case. | | | | 0.00 | | |
| 98699 | TIME | | A=Stephen Krel | 1.50 | 0.00 | 0.00 |
| 6/23/2005 | | | Attend | 0.00 | T@1 | |
| WIP | | | Vioxx Com | 0.00 | | |
| Attended status conference before Judge Fallon. | | | | 0.00 | | |
| 98700 | TIME | | A=Stephen Krel | 1.00 | 0.00 | 0.00 |
| 6/24/2005 | | | Telephone conf. | 0.00 | T@1 | |
| WIP | | | Vioxx Com | 0.00 | | |
| Telephone conference with Sales and Marketing Committee. | | | | 0.00 | | |
| 98655 | TIME | | A=Stephen Krel | 0.50 | 0.00 | 0.00 |
| 7/20/2005 | | | Telephone conf. | 0.00 | T@1 | |
| WIP | | | Vioxx Com | 0.00 | | |
| Telephone conference with Penny Herman regarding Document review. | | | | 0.00 | | |

| Slip ID | | User | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 98658 | TIME | A=Stephen Krel | 1.00 | 0.00 | 0.00 |
| 7/20/2005 | | Preparation of | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Prepared resume for Penny Herman to | | | 0.00 | | |
| participate on Vioxx Document review team. | | | | | |
| 98659 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 7/21/2005 | | Telephone conf. | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Telephone conference with Penny Herman | | | 0.00 | | |
| regarding Document review. | | | | | |
| 98663 | TIME | A=Stephen Krel | 2.00 | 0.00 | 0.00 |
| 7/22/2005 | | Prepared and | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Prepared resume for Penny Herman to | | | 0.00 | | |
| participate on Vioxx Document review team. | | | | | |
| 98665 | TIME | A=Stephen Krel | 1.00 | 0.00 | 0.00 |
| 7/22/2005 | | Preparation of | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Prepared for and participated in Vioxx sales | | | 0.00 | | |
| and marketing conference call. | | | | | |
| 100058 | TIME | A=Stephen Krel | 6.00 | 0.00 | 0.00 |
| 7/26/2005 | | Document revie | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Reviewed documents at the VIOXX | | | 0.00 | | |
| depository. | | | | | |
| 100064 | TIME | A=Stephen Krel | 3.25 | 0.00 | 0.00 |
| 7/27/2005 | | Document prep. | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Reviwed documents at the VIOXX depository. | | | 0.00 | | |
| 99118 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 7/29/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Motion for Jennifer Frank to Appear as | | | 0.00 | | |
| Counsel of Record in the Joyce DiMauro | | | | | |
| matter. | | | | | |
| 99117 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 7/29/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Stipulation for Voluntary Dismissal without | | | 0.00 | | |
| Prejudice of Express Scripts , Inc. by | | | | | |
| Plaintiffs. | | | | | |
| 100069 | TIME | A=Stephen Krel | 1.25 | 0.00 | 0.00 |
| 7/29/2005 | | Telephone conf. | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| VIOXX Discovery Committee telephone | | | 0.00 | | |
| conference. | | | | | |

10/30/2008                          BRUNO & BRUNO
2:05 PM                                  test2                                    Page      25

| Slip ID | | User | Units | Rate | Slip Value |
|---------|--|------|-------|------|------------|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 100158 | TIME | A=Stephen Krel | 0.75 | 0.00 | 0.00 |
| 8/3/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Receipt & Review Email from Regina Westenfeld atttaching Answer to Compliant with Jury Demand by Defendant Merck & Company Inc. | | | 0.00 | | |
| 100075 | TIME | A=Stephen Krel | 6.50 | 0.00 | 0.00 |
| 8/4/2005 | | Document revie | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Document review at the depository. | | | 0.00 | | |
| 100078 | TIME | A=Stephen Krel | 1.00 | 0.00 | 0.00 |
| 8/5/2005 | | Prepare | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Prepared for and attend Sales and Marketing conference call. | | | 0.00 | | |
| 100032 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 8/10/2005 | | Telephone conf. | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Telephone conference with Caris Griffin regarding document review schedule. | | | 0.00 | | |
| 100035 | TIME | A=Stephen Krel | 1.00 | 0.00 | 0.00 |
| 8/11/2005 | | Prepare | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Prepared for and participated in Discovery Committee Conference Call. | | | 0.00 | | |
| 100038 | TIME | A=Stephen Krel | 1.00 | 0.00 | 0.00 |
| 8/12/2005 | | Prepared and | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Prepared for and attended Vioxx Foreign Regulations Committee conference call. | | | 0.00 | | |
| 100040 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 8/12/2005 | | Travel | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Traveled to Russ Herman's office to obtain list if Vioxx Committee and Sub Committee assignments. | | | 0.00 | | |
| 100043 | TIME | A=Stephen Krel | 2.50 | 0.00 | 0.00 |
| 8/15/2005 | | Review | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Reviewed documents at VIOXX depository. | | | 0.00 | | |
| 100042 | TIME | A=Stephen Krel | 0.50 | 0.00 | 0.00 |
| 8/15/2005 | | Draft | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Drafted and sent letter to Troy Rafferty requesting to be assigned to a committee and/or subcommittee. | | | 0.00 | | |

10/30/2008                          BRUNO & BRUNO
2:05 PM                                 test2                                      Page     26

| Slip ID Dates and Time Posting Status Description | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 100048  TIME 8/16/2005 WIP Telephone conference with Arcoxia Group. | A=Stephen Krel Telephone conf. Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 100047  TIME 8/16/2005 WIP Revieweed documents at VIOXX depository. | A=Stephen Krel Review Vioxx Com | 4.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 100051  TIME 8/18/2005 WIP Prepared for and participated in VIOXX Sales and Marketing conference call. | A=Stephen Krel Prepared and Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 100052  TIME 8/18/2005 WIP Reviewed Arcoxia document review Memorandum. | A=Stephen Krel Document revie Vioxx Com | 1.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 100053  TIME 8/18/2005 WIP Reviewed Foreign Regulatory Action Memorandum. | A=Stephen Krel Document revie Vioxx Com | 1.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 100050  TIME 8/18/2005 WIP Review documents at VIOXX depository. | A=Stephen Krel Document revie Vioxx Com | 3.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 100005  TIME 9/10/2005 WIP Email to Troy Rafferty regarding VIOXX alternate depository and availability of assignments to another depository. | A=Stephen Krel Dictate Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 100079  TIME 10/3/2005 WIP Receipt & Review Vioxx Sales & Marketing materials regarding contacting former Merck employees. | A=Stephen Krel Receipt and rev Vioxx Com | 4.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 100081  TIME 10/5/2005 WIP Receipt & Review Vioxx Sales & Marketing materials regarding contacting former Merck employees. | A=Stephen Krel Receipt and rev Vioxx Com | 3.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 100082  TIME 10/5/2005 WIP | A=Stephen Krel Prepare Vioxx Com | 2.25 0.00 0.00 | 0.00 T@1 | 0.00 |

| 10/30/2008 | BRUNO & BRUNO | | | |
|---|---|---|---|---|
| 2:05 PM | test2 | | Page | 27 |

| Slip ID | User | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |

| | | | | | |
|---|---|---|---|---|---|
| Prepared Memorandum regarding Louisiana Rules of Professional Responsibility and Louisiana case law. | | 0.00 | | |
| 100085 | TIME | A=Stephen Krel | 2.25 | 0.00 | 0.00 |
| 10/6/2005 | | Prepare | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Prepared Memorandum regarding Louisiana Rules of professional Responsibility and Louisiana case law. | | 0.00 | | |
| 100087 | TIME | A=Stephen Krel | 0.50 | 0.00 | 0.00 |
| 10/7/2005 | | Telephone conf. | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Sales & Marketing committee conference call. | | 0.00 | | |
| 100088 | TIME | A=Stephen Krel | 0.50 | 0.00 | 0.00 |
| 10/7/2005 | | Telephone conf. | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Telephone conference with Paulina regarding Arcoxia assignments and committee update. | | 0.00 | | |
| 100089 | TIME | A=Stephen Krel | 3.50 | 0.00 | 0.00 |
| 10/7/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Receipt & Review Vioxx Sales 7 Marketing materials regarding contacting farmer Merck employees. | | 0.00 | | |
| 100090 | TIME | A=Stephen Krel | 4.00 | 0.00 | 0.00 |
| 10/7/2005 | | Travel | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Traveled to NEw Orleans to meet with JMB regarding VIOXX Sales Rep interviews. | | 0.00 | | |
| 100113 | TIME | A=Stephen Krel | 1.50 | 0.00 | 0.00 |
| 10/18/2005 | | Research | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Ran search on Accurint on assigned Merck Sleas & Marketing Reps and emailed JMB information. | | 0.00 | | |
| 100138 | TIME | A=Stephen Krel | 0.50 | 0.00 | 0.00 |
| 10/26/2005 | | Dictate | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Emailed Lisa Herman and Cheryl Earle (Beasley Allen) regarding scheduling document review for 10/28/05 and 10/31/05. | | 0.00 | | |
| 100143 | TIME | A=Stephen Krel | 10.00 | 0.00 | 0.00 |
| 10/28/2005 | | Travel | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Traveled to Beasley, Allen in Montgomery, Alabama to review documents. | | 0.00 | | |

10/30/2008                          BRUNO & BRUNO
2:05 PM                                test2                                        Page        28

| Slip ID | | User | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 100144 | TIME | A=Stephen Krel | 0.75 | 0.00 | 0.00 |
| 10/28/2005 | | Telephone conf. | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Telephone conference with Sales & | | | 0.00 | | |
| Marketing Committee. | | | | | |

| Grand Total | | | | |
|---|---|---|---|---|
| | Billable | 161.25 | | 275.00 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 161.25 | | 275.00 |

10/30/2008                                    BRUNO & BRUNO
2:05 PM                                            test2                                          Page      1

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 88181            TIME<br>10/13/2004<br>WIP<br>Fax from Danny Becnel re: Discuss cases<br>and schedule meeting. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 89864            TIME<br>10/26/2004<br>WIP<br>Merck and Co.'s Motion for Corrdinated<br>Pre-Trial Proceeding and Merck's Motion for<br>expedited consideration. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 1.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 89398            TIME<br>10/29/2004<br>WIP<br>Correspondence from clerk of court of<br>Defendant Merck and Co. for transfer of<br>actions to District of Maryland. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 89870            TIME<br>11/1/2004<br>WIP<br>Notice of appearance and Rule 5.3 corporate<br>disclosure statement of defendants. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 1.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 90695            TIME<br>11/5/2004<br>WIP<br>Correspondence from MDL re: Notice pf<br>Appearance. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 90665            TIME<br>11/5/2004<br>WIP<br>Correspondence from Leslie Bryan re:<br>Plaintiffs Motion to Transfer and<br>Coordination and/or Consolidation Pursuant<br>to 28 USC 1407 and Memorandum in<br>Support. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 1.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 91230            TIME<br>11/8/2004<br>WIP<br>Certificate of service of Designated Attorney<br>is authorized to receive service of all<br>Pleadings, notices, orders, and other papers<br>relating to Practice on behalf of Plaintiffs<br>indicated. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |

10/30/2008                              BRUNO & BRUNO
2:05 PM                                      test2
                                                                              Page      2

| Slip ID | | User | Units | Rate | Slip Value |
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
|---|---|---|---|---|---|
| 91220 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 11/8/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Panel Attorney Service list from cletk of the panel. | | | 0.00 | | |
| 89664 | TIME | A=Stephen Krel | 1.00 | 0.00 | 0.00 |
| 11/9/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| R/R correspondence from Danny Becnel re: Plaintiff Salvador Christians Motion for expedited consideration of Vioxx Moll 1657, Memo in Support and Reply to Defendants Merk and Co. | | | 0.00 | | |
| 89676 | TIME | A=Stephen Krel | 1.00 | 0.00 | 0.00 |
| 11/9/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from Leslie Bryan re: Letter sen to Cathy Marda at the Judicial Panel MDL. | | | 0.00 | | |
| 89705 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 11/10/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Notice of Appearance. | | | 0.00 | | |
| 89326 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 11/11/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Fax from Bryan Reuter enclosing a service copy of a Fiest Motion for extension of time. | | | 0.00 | | |
| 89368 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 11/12/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from  Jack Land to all attorneys on service list regarding removal of their firms name for both defendants. | | | 0.00 | | |
| 89380 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 11/12/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from Wlater Boone re: His office no longer representing the defendant designated in this matter. | | | 0.00 | | |
| 89386 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 11/12/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from Bryan Reuter enclosing a service copy of a first motion for extension of time; order unsigned. | | | 0.00 | | |
| 89392 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 11/12/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |

10/30/2008                          BRUNO & BRUNO
2:05 PM                                 test2                                        Page      3

| Slip ID | User | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |
| Letter from James Hemmogs (Attorney for Merck and Co Inc) regarding his correction entered on the service list. | | 0.00 | | |
| 90020          TIME | A=Stephen Krel | 0.75 | 0.00 | 0.00 |
| 11/15/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Letter from Arnold Levin re: The original and 12 copies of Certificate of Service of Patrick Besaw's prior filings before the panel to clerk of court. | | 0.00 | | |
| 90014          TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 11/15/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Letter from Rachel Nafziger enclosing Dianne nast's Notice of Appearance. | | 0.00 | | |
| 90026          TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 11/15/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Letter from Whitman B. Johnson re: The Panel attorney service list to reflect the correct name of the party he represents as Charles D. Lee. | | 0.00 | | |
| 90032          TIME | A=Stephen Krel | 1.00 | 0.00 | 0.00 |
| 11/15/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Plaintiff's response to Defendant Merk and Company Inc.'s Motion for Coordinated Pre-Trial Proceedings pursuant to 28 U.S.C. | | 0.00 | | |
| 90056          TIME | A=Stephen Krel | 0.75 | 0.00 | 0.00 |
| 11/15/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Response to the Motion of Merk and Company Inc to Transfer and consolidate in the USDC for the District of Maryland. | | 0.00 | | |
| 90080          TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 11/15/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Letter from Janice re: Alvin Pennington on Vioxx for a gout condition. | | 0.00 | | |
| 90086          TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 11/15/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Correspondence from Calvin Fayard re: The Panel Attorney Service List not including him. Copy of Notice Enclosed. | | 0.00 | | |
| 89978          TIME | A=Stephen Krel | 1.00 | 0.00 | 0.00 |
| 11/15/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |

| Slip ID Dates and Time Posting Status Description | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| Letter from Ricardo Garcia clerk of the panel enclosing an original and 12 copies of interested parties response in opposition to Defendant's Merk and Co Inc.'s Motion for Coordinated Pre-Trial proceedings and Memorandum in support. | | 0.00 | | |
| 89990            TIME 11/15/2004 WIP Plaintiff Richardson's response in opposition to Defendant's Merck's Motion to Transfer and Consolidation submitted by Patrick Stueve. | A=Stephen Krel Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 89374            TIME 11/16/2004 WIP Plaintiff Salvadore Christina Memo in Support of the Motion for expedited consideration. | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 89261            TIME 11/16/2004 WIP R/R Fax from Daniel Becnel re: a successful meeting in New Orleans and election of Any Birchfield and Allen and Chris Sorger as Co-Lead Counsels. | A=Stephen Krel Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 89237            TIME 11/17/2004 WIP R/R Rule 7.2(a)(ii) schedule of actions from Andy Birchfield enclosing Plaintiffs response to Merck and Co., Inc. Motion for coordinated pre-trial proceedings and plaintiffs brief in support of their response to Mercks Motion for coordinated pre-trial proceedings. | A=Stephen Krel Receipt and rev Vioxx Com | 1.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 89255            TIME 11/17/2004 WIP R/R Letter from Danny Johnson enclosing Plaintiffs; Motion for Transfer with supporting memorandum. | A=Stephen Krel Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 89249            TIME 11/17/2004 WIP Certain MDL Plaintiffs response to Merck and Co., Inc; Motion for coordinated pre-trial proceedings and certain Federal Plaintiffs | A=Stephen Krel Receipt and rev Vioxx Com | 1.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |

| Slip ID Dates and Time Posting Status Description | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| Motion In Support of Plaintiff Salvadore Chritians Motion for Expedited Consideration of Vioxx MDL1650. | | | | |
| 89225          TIME 11/17/2004 WIP R/R Memorandum of Plaintiffs Roberta Walcott and Williams Hanson and interested Parties Motion to Transfer. | A=Stephen Krel Receipt and rev Vioxx Com | 1.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 89231          TIME 11/17/2004 WIP Copies of Interested Parties reasons why oral argument should be heard and opposition to defendant merck and co inc;s motion for coordinated pretrial proceedings pursuant to 28 U.S.C.J. 1407 and memo in support. | A=Stephen Krel Receipt and rev Vioxx Com | 1.00 0.00 0.00 0.00 | 275.00 T | 275.00 |
| 89243          TIME 11/17/2004 WIP R/R Letter from David Matthews enclosing certain Texas Plaintiffs Response to Defendant Merck Co., Inc; Motion for coordinated trial proceedings and reasons why oral arguments should be heard. | A=Stephen Krel Receipt and rev Vioxx Com | 1.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 90104          TIME 11/19/2004 WIP Correspondence from Ronnie Penton re; Notice of Appearance , Notice of Potential Tag Along or related action and Preston Lee's Reply to merck. | A=Stephen Krel Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 90153          TIME 11/19/2004 WIP Fax from Daniel Becnel re: Crestor, Acutave and Bextra being seriously considered removed based on one witness who testified the drugs should be looked at. | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 89488          TIME 11/22/2004 WIP MDL vioxx information. | A=Stephen Krel Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 90588          TIME 11/29/2004 WIP Letter from William Beaisoliee to clerk of | A=Stephen Krel Receipt and rev Vioxx Com | 1.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |

| Slip ID | User | Units | Rate | Slip Value |
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |
| --- | --- | --- | --- | --- |
| panel enclosing Merck and Co Inc's Amended Motion for Coordinated Pre Trial Proceedings, Memorandum In Support. | | | | |
| 90553          TIME<br>11/29/2004<br>WIP<br>Notice to all counsel re: seperate motions collectively seeking centralization. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 1.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 90647          TIME<br>12/1/2004<br>WIP<br>Motion to Transfer to the United States District Court for the Northern District of Illinois all pending related actions for coordinated and consolidate proceedings. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 1.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 91154          TIME<br>12/3/2004<br>WIP<br>Fax from Daniel Biecnel attaching Bill Fiedermans copy of Merck's Responses and Objections to plaintiffs first of interrogatoues in his case | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 1.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 91219          TIME<br>12/3/2004<br>WIP<br>letter from Scott Allen.  Notice of appearance. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 92300          TIME<br>12/6/2004<br>WIP<br>Fax from Elizabeth Cabraser re: <Big Pharma/FDA cartoon> | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 92312          TIME<br>12/6/2004<br>WIP<br>letter from William Beausoleil to the clerk of the panel regarding the issue of a reply of Merch & Co. Inc. to the various responses to its initial & amended motions for coordinated pre-trial proceedings. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 92303          TIME<br>12/6/2004<br>WIP<br>letter from Hector Gancedo to the clerk of the panel requesting to receive all court orders | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |

| 10/30/2008 | BRUNO & BRUNO | |
| 2:05 PM | test2 | Page    7 |

| Slip ID | User | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |
| 92315          TIME | A=Stephen Krel | 0.50 | 0.00 | 0.00 |
| 12/7/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| revised panel attorney service list | | 0.00 | | |
| 92325          TIME | A=Stephen Krel | 1.00 | 0.00 | 0.00 |
| 12/7/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| faxed letter from Bryan Reutter enclosing a service copy oF Much & Co. Inc.'s answer filed. | | 0.00 | | |
| 92288          TIME | A=Stephen Krel | 1.00 | 0.00 | 0.00 |
| 12/8/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Walter McNaugton's application in support of coordinated Pre-trial proceedings pursuant to 28u.s.c. 1407 | | 0.00 | | |
| 92291          TIME | A=Stephen Krel | 0.50 | 0.00 | 0.00 |
| 12/8/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| letter from Bryan Beuter enclosing a service copy of Merch & Co. Inc.'s answer | | 0.00 | | |
| 92389          TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 12/10/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| faxed letter from Turner Branch to Daniel Becnel jjr. re: the hearing coming up for the MDL on Vioxx litigation.  Responses to all motions are due by Dec. 13, 04 | | 0.00 | | |
| 92420          TIME | A=Stephen Krel | 1.00 | 0.00 | 0.00 |
| 12/13/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Danford K Jones response to Merk & Co. Inc.'s amended motion for coordinated pre-trial proceedings & request that all federal cases relating to Vioxx be transfered to the Northern District of Ohio | | 0.00 | | |
| 92411          TIME | A=Stephen Krel | 2.00 | 0.00 | 0.00 |
| 12/13/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Interested party respons in support of transfer of actions to the central district of Cali. by Mitchell R. Jensen | | 0.00 | | |
| 92410          TIME | A=Stephen Krel | 1.00 | 0.00 | 0.00 |
| 12/13/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| letter from Michael Tiger enclosing plaintiffs Merrich & Michelle Sirota's reply to defendant Merch & Co. Inc.'s Motion for | | 0.00 | | |

10/30/2008                              BRUNO & BRUNO
2:05 PM                                     test2                              Page      8

| Slip ID | User | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |

coorinated pre-trial proceedings reasons
why oral argument should be heard & cert.
of service.

| 92399        TIME | A=Stephen Krel | 2.00 | 0.00 | 0.00 |
|---|---|---|---|---|
| 12/13/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| letter from Stephen b. Murray enclosing | | 0.00 | | |

letter from Stephen b. Murray enclosing
Plaintiffs Memorandum in response to
motion to transfer and consolidation filed by
defendant.

| 92398        TIME | A=Stephen Krel | 2.00 | 0.00 | 0.00 |
|---|---|---|---|---|
| 12/13/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| | | 0.00 | | |

letter from Richard Arsunautt enclosing
Plaintiffs response to Defendant's motion for
coordinated Pre-trial proceedings pursuant
to 28 USC 1409

| 91561        TIME | A=Stephen Krel | 1.25 | 0.00 | 0.00 |
|---|---|---|---|---|
| 12/14/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| | | 0.00 | | |

Letter from Harris Pogust enclosing Plaintiffs
Kennedy and Darryl Mcmahon's response to
MDL motion for transfer and cross motion for
transfer.

| 91694        TIME | A=Stephen Krel | 1.50 | 0.00 | 0.00 |
|---|---|---|---|---|
| 12/15/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Letter from Becnel re: His retainer of Dr. | | 0.00 | | |

Letter from Becnel re: His retainer of Dr.
Daniel Acosta , Jr. as his cardio toxicologist
in this matter.

| 91549        TIME | A=Stephen Krel | 0.50 | 0.00 | 0.00 |
|---|---|---|---|---|
| 12/15/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Letter from Danny Becnel re: PBS program | | 0.00 | | |

Letter from Danny Becnel re: PBS program
(frontline) Dangerous Prescriptions .
Request for conference call to discuss the
spread sheet sent out yesterday re;
locations of the MDL.

| 91622        TIME | A=Stephen Krel | 1.00 | 0.00 | 0.00 |
|---|---|---|---|---|
| 12/16/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Letter from Kristina McVey enclosing | | 0.00 | | |

Letter from Kristina McVey enclosing
Plaintiffs Fred Enles' response in support of
transfer and coordination.

| 92425        TIME | A=Stephen Krel | 1.00 | 0.00 | 0.00 |
|---|---|---|---|---|
| 12/17/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| letter from Jewel Welch to clerk of the panel | | 0.00 | | |

| Slip ID Dates and Time Posting Status Description | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| enclosing plaintiff Vickie Whites reply to defendant Mercks Memorandum. in support of its motion for coordinating pre-trial proceedings | | | | |
| 92360          TIME 12/20/2004 WIP Jerry Melton's Joinder in motion for coordinated pre trial proceedings pursuant to 28 U.S.C. 1407 | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 92365          TIME 12/20/2004 WIP letter from steven minor to the clerk of the panel re: the attached Amerisource Bergen Corp. Memorandum in support of Merch & Co. Inc. motion for coordinated Pre-trial proceedings. | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 92374          TIME 12/20/2004 WIP notice of presentation or waiver of oral argument. | A=Stephen Krel Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 92375          TIME 12/20/2004 WIP notice of hearing session from Michael Bech (clerk of panel) | A=Stephen Krel Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 92384          TIME 12/20/2004 WIP third party payor class's memorandum in opposition to Merck & co. Inc. amended motion for coordinated pre-trial proceedings. | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 92352          TIME 12/20/2004 WIP faxed memorandum from Daniel Becnel re: an immediate summit concering Bextra & Celebrex b/c they both involve Pfizer.  Also enclosed are articles which appeared both today and over the weekend in NY Times & USA Today. | A=Stephen Krel Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 92349          TIME 12/21/2004 WIP faxed order from the court ordering; A preliminary conference that will be held on | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |

| Slip ID Dates and Time Posting Status Description | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 2/15/05 @ 3:15pm for the purpose of scheduling a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-off date | | | | |
| 92339          TIME 12/22/2004 WIP letter from David Hochema enclosing interested parties response in opposition to defendant Merch & Co. Inc., intrested parties reasons why oral argument should be heard & service list. | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 92338          TIME 12/23/2004 WIP letter from Danny becnel to clerk of panel enclosing notice of presentation or waiver of oral argument | A=Stephen Krel Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 92337          TIME 12/23/2004 WIP letter from Danny becnel to clerk of panel enclosing notice of presentation or waiver of oral argument | A=Stephen Krel Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 92326          TIME 12/23/2004 WIP letter from thomas Owen enclosing a copy of Merchs motion to stay all proceedings pending transfer decision. | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 92447          TIME 12/27/2004 WIP letter from Fred Longer to clerk of the panel enclosing one copy of the notice of presentation or waiver of oral argument | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 92446          TIME 12/27/2004 WIP letter from Fred Longer to clerk of the panel enclosing one copy of the notice of presentation or waiver of oral argument | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 92435          TIME 12/27/2004 WIP letter from R.Eric Kennedy to clerk of panel enclosing 1 copy of notice of representation or waiver of oral argument. | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |

| 10/30/2008 | BRUNO & BRUNO | |
|---|---|---|
| 2:05 PM | test2 | Page    11 |

| Slip ID | User | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |
| 92434          TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 12/27/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| letter from Scott Allen to Michael Beck advising that he represents Dario Avango. M.D. & Emery L Suderman and requesting that the service list be revised. | | 0.00 | | |
| 92677          TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 1/5/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Notice of Presentation of Waiver of Oral Argument from Charles Merkel III. | | 0.00 | | |
| 92791          TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 1/6/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Letter from Richard Lockridge enclosing Notice of Presentation Waiver of Oral Argument for Lockridge Grindal Nauen. | | 0.00 | | |
| 92797          TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 1/6/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Letter from Leslie Ballantyne enclosing Notice of Presentation of Waiver of Oral Argument submitted on behalf of Merk and Co. | | 0.00 | | |
| 92803          TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 1/7/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Letter from S> Kirk Milan enclosing Notice of Presentation of Waiver of Oral Argument. | | 0.00 | | |
| 92809          TIME | A=Stephen Krel | 0.50 | 0.00 | 0.00 |
| 1/7/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Letter from Penny Lawson requesting that the revised Panel Attorney Service list be revised again to reflect that J. Leroy McNamara and Joseph L. MCNamara are the same person. | | 0.00 | | |
| 92816          TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 1/7/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Letter from Dana Fox enclosing Notice of Presentation or Waiver of Oral Argument. | | 0.00 | | |
| 92822          TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 1/7/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Letter from John T. Murray advising that the Panel Attorney service list revision of | | 0.00 | | |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 12/3/04 contains an error in party representation as far as their firm's attorney, John T. Murray. | | | | |
| 92985         TIME<br>1/10/2005<br>WIP<br>Notice of Presentation of Waiver of Oral Argument from Ronald Fiesta. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 92991         TIME<br>1/10/2005<br>WIP<br>Notice of Presentation of Waiver of Oral Argument form from Rebecca Cunard. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 92997         TIME<br>1/10/2005<br>WIP<br>Letter from lance Harke , enclosing Notice of Presentation or Waiver Oral Argument. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 93003         TIME<br>1/10/2005<br>WIP<br>Letter from Andrew McCullough enclosing Notice of Presentation or Waiver of Oral Argument form. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 93009         TIME<br>1/10/2005<br>WIP<br>Letter from Christine Tatum enclosing a completed Notice of Presentation or Waiver of Oral Argument. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 92979         TIME<br>1/13/2005<br>WIP<br>Faxed Minute Entry from Judge Feldman ordering that the defendants motion to stay all proceedings pending transfer decision by the Judicial panel on multidistrict litigation be granted as unopposed and that this case is closed for statistical purpose. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95069         TIME<br>1/14/2005<br>WIP<br>letter from Niki Okcu enclosing Alford's Pharmacy's notice of Appearance. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95063         TIME<br>1/14/2005<br>WIP<br>letter from Thomas walker to all counsel | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |

10/30/2008                              BRUNO & BRUNO
2:05 PM                                      test2                                    Page      13

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| advising that he inadvertently checked the blank to indicate that he would present oral argument at the panel session on 1/27/05 | | | | |
| 95068           TIME<br>1/14/2005<br>WIP<br>letter from Niki Okcu enclosing Notice of Oral Argument. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95058           TIME<br>1/18/2005<br>WIP<br>Notice of presentation or waiver of oral argument by David Barrett. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95053           TIME<br>1/18/2005<br>WIP<br>Notice of presentation or waiver of oral argument from Christopher McDonald. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.25<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95048           TIME<br>1/18/2005<br>WIP<br>letter from leslie ballantyne advising on behalf of merch notifying the panel of potential tag along actions.  The potential tag along action has been filed or removed to federal court. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.50<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95047           TIME<br>1/19/2005<br>WIP<br>faxed letter from kim meaders advising that alford's pharmacy has been sued in a vioxx matter which was removed to federal court. Requesting records to reflect conusel for Alford's pharmacy. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.25<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95041           TIME<br>1/25/2005<br>WIP<br>letter from robert piper jr. requesting to serve on plaintiffs ststerring committee once the matter is transferred to a MDC court.  Also enclosed is Mr. Prier's cirricular vital. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95006           TIME<br>1/31/2005<br>WIP<br>letter from Leslie Ballantyne notifying the panel of potential tag along actions and includes cases that have been filed in or removed by federal court since 1/7/05. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 95025              TIME<br>2/3/2005<br>WIP<br>Letter from Norman Kleinberg to Michael<br>Beck notifying the panel of recent<br>developments. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95019              TIME<br>2/9/2005<br>WIP<br>Letter from William Beausoled notifying the<br>panel of potential tag along actions. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 1.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95013              TIME<br>2/9/2005<br>WIP<br>Letter from Kim Meaders advising that<br>Alford;s Pharmacy has been sued which<br>was removed to federal court and a request<br>to update information. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 94806              TIME<br>2/17/2005<br>WIP<br>faxed letter from Christopher Seeger<br>advising that there will be an organizational<br>meeting of Vioxx plaintiffs counsel in N.O.<br>on 2/23/05 @ 3:00pm. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 1.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 94807              TIME<br>2/21/2005<br>WIP<br>order from the court; ordering that Angelis<br>Alexander vs. Merch be transfered to<br>section L(3) of this court for consolidation<br>and further ordered that the stay in this<br>matter be lifted. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 93769              TIME<br>2/22/2005<br>WIP<br>Letter from Michael Beck enclosing Transfer<br>Order. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 93757              TIME<br>2/22/2005<br>WIP<br>Minute Entry from the court advising that<br>they are in receipt of Daniel Becnel's faxed<br>document and all documents faxed to the<br>court must be sent to all counel and Pretrial<br>Order No.1 setting initial conference. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 1.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |

10/30/2008                             BRUNO & BRUNO
2:05 PM                                 test2                            Page    15

| Slip ID | | User | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 93751 | TIME | A=Stephen Krel | 1.00 | 0.00 | 0.00 |
| 2/22/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Motion to Organize Plaintiff's counsel submitted by Deborah Sulzer. | | | 0.00 | | |
| 93477 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 2/23/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from Deborah Sulzer to JUdge Whyte requesting that the Motion to Organize be withdrawn as moot. Pretrial order 1 addresses the procedure for the organization of the litigation requested in the motion. | | | 0.00 | | |
| 93716 | TIME | A=Stephen Krel | 1.00 | 0.00 | 0.00 |
| 2/28/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 1.00 | | |
| letter from Bryan Reuter enclosing: 1) defendants objections to and motions to review. 2) Memorandum in support of defendants objections to the magistrates Feb. 10, 2005 remand order 3) Notice of hearing | | | 0.00 | | |
| 93715 | TIME | A=Stephen Krel | 1.00 | 0.00 | 0.00 |
| 2/28/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 1.00 | | |
| letter from Bryan Reuter enclosing: 1) defendants objections to and motions to review. 2) Memorandum in support of defendants objections to the magistrates Feb. 10, 2005 remand order 3) Notice of hearing | | | 0.00 | | |
| 95818 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 3/2/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.25 | | |
| notice of fileing application for appointment of D. Becnel Jr. to the plaintiffs steering committee | | | 0.00 | | |
| 95811 | TIME | A=Stephen Krel | 0.50 | 0.00 | 0.00 |
| 3/2/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.50 | | |
| letter from S. B. murry enclosing application for appointment to the plaintiffs steering committee. | | | 0.00 | | |

| Slip ID Dates and Time Posting Status Description | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 94597      TIME 3/2/2005 WIP Pretrial Order #1 setting initial conference. | A=Stephen Krel Receipt and rev Vioxx Com | 1.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 94591      TIME 3/2/2005 WIP Faxed letter from Dennis Johnson advising that he is unclear which attorney is preparing the single submission contemplated by Judge Fallons PTO # and the attached paragraph should be included. | A=Stephen Krel Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 94561      TIME 3/2/2005 WIP Motion to Enroll as counsel of record for Plaintiffs Anthony Mallet and Priscilla Mallett submitted by Gladstone Jones and Allan Kanner, Elizabeth Cowen and Mary Gardner. | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 94205      TIME 3/2/2005 WIP Minute Entry from the court ordering that all motions to stay proceedings pending transfer decision of the judicial panel on MDL are hereby denied as moot. | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 94609      TIME 3/4/2005 WIP Letter from Joe Colingo advising that he no longer represents Dr. Reginald Stewart. Stephen Burrow has previously entered his appearance in this case on behalf of Dr. Stewart. | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 94603      TIME 3/4/2005 WIP Letter from Jeffery Robinson advising that their firm represents plaintiff R. Dee Arickson in Erickson versus Merks and Co., and that they need to be added to the list. | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 94633      TIME 3/7/2005 WIP Letter from Vance Andrus enclosing his Application for Appointment to the PSC. | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |

| Slip ID Dates and Time Posting Status Description | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 94627          TIME 3/7/2005 WIP Letter from Mark Robinson enclosing Application for Appointment for PSC. | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 94585          TIME 3/7/2005 WIP Letter from Richard Arsenault enclosing Application for Appointment to the Plaintiffs Steering Committee. | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 94579          TIME 3/7/2005 WIP Application to be on the PSC from Harold Lamy to Judge Fallon. | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 94573          TIME 3/7/2005 WIP Letter from Patrick Morrow ro Judge Fallon attaching correspondence as his application to the PSC. | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 94567          TIME 3/7/2005 WIP Order from the court denying the request of Plaintiffs Liason Counsel to postpone the initial conference. | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 93460          TIME 3/7/2005 WIP Letter from Don Barrett to Judge Fallon as his application for appointment to the PSC and Notice of Filing Applications to PSC. | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 95897          TIME 3/8/2005 WIP pre-trial order #3 | A=Stephen Krel Receipt and rev Vioxx Com | 0.50 0.00 0.50 0.00 | 0.00 T@1 | 0.00 |
| 94615          TIME 3/9/2005 WIP Letter from Matthew Lundy enclosing Application for Appointment to the PSC. | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 94621          TIME 3/10/2005 WIP Letter from Tanny Butler enclosing Application of Josie Escobedo for | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Appointment to the Plaintiffs Steering<br>Committee. | | | | |
| 95849          TIME<br>3/11/2005<br>WIP<br>letter from J. Dugan enclosing application for<br>appointment to PSC | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.50<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95860          TIME<br>3/11/2005<br>WIP<br>letter from J. Linsey enclosing application for<br>membership on the PSC | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.50<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95863          TIME<br>3/11/2005<br>WIP<br>motion to nominate M. P. Robertson to PSC | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.50<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95870          TIME<br>3/11/2005<br>WIP<br>G. Meurier's application for PSC | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.50<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95873          TIME<br>3/11/2005<br>WIP<br>T. B. Hieves application for PSC | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.50<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95880          TIME<br>3/11/2005<br>WIP<br>A. D. Birchfield Jr.'s  application for PSC | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.25<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95886          TIME<br>3/11/2005<br>WIP<br>letter from D. Chmichewski requesting that<br>the following names be added to the panel<br>attorney service list for MDL 1657 | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.25<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95906          TIME<br>3/11/2005<br>WIP<br>pre-trial order #5 | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.25<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95852          TIME<br>3/11/2005<br>WIP<br>position statement from J. Henderson to<br>judge Fallon on behalf of the<br>doctor/defendants | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.50<br>0.00 | 0.00<br>T@1 | 0.00 |

10/30/2008                          BRUNO & BRUNO
2:05 PM                                  test2                                    Page     19

| Slip ID | | | Units | Rate | Slip Value |
|---------|---|---|-------|------|------------|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 95909 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 3/11/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.25 | | |
| pre-trial order #4 | | | 0.00 | | |
| 95709 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 3/14/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from R. Schwartz requesting to the | | | 0.00 | | |
| court to be added to the panel service list | | | | | |
| pursuant to pre-trial order #1 | | | | | |
| 95706 | TIME | A=Stephen Krel | 0.50 | 0.00 | 0.00 |
| 3/14/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.50 | | |
| letter from K. Snapker enclosing application | | | 0.00 | | |
| for apointment to the plaintiffs steering | | | | | |
| committee | | | | | |
| 95721 | TIME | A=Stephen Krel | 0.50 | 0.00 | 0.00 |
| 3/14/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.50 | | |
| notice of fileing of application for | | | 0.00 | | |
| appointment to plaintiffs steering committee | | | | | |
| & letter to judge Eldon Fallon from Walter | | | | | |
| Dumas | | | | | |
| 95724 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 3/14/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.25 | | |
| application of R. M. Langston for | | | 0.00 | | |
| appointment to PSC | | | | | |
| 95699 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 3/14/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.25 | | |
| letter from T. Balducci enclosing notice of | | | 0.00 | | |
| appearance in this matter for and on behalf | | | | | |
| of plaintiffs as co-counsel to A. D. Birchfield | | | | | |
| Jr. | | | | | |
| 95696 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 3/14/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.25 | | |
| plaintiffs brief statement of factual and legal | | | 0.00 | | |
| issues submitted by J. H. Ruiz on behalf of | | | | | |
| J. A. Abraham, M. P. Alvarez and J. Andino. | | | | | |
| 95689 | TIME | A=Stephen Krel | 0.50 | 0.00 | 0.00 |
| 3/14/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from T. R. Kline attaching his | | | 0.00 | | |
| application for apointment to plaintiffs | | | | | |
| steering committe | | | | | |

| Slip ID Dates and Time Posting Status Description | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 95686          TIME 3/14/2005 WIP letter from clerk of panel to involved counsel attaching a conditional transfer order. | A=Stephen Krel Receipt and rev Vioxx Com | 0.50 0.00 0.50 0.00 | 0.00 T@1 | 0.00 |
| 95679          TIME 3/14/2005 WIP letter from clerk of panel to involved counsel attaching a conditional transfer order. | A=Stephen Krel Receipt and rev Vioxx Com | 0.50 0.00 0.50 0.00 | 0.00 T@1 | 0.00 |
| 95676          TIME 3/14/2005 WIP letter from J. S. Parker advising that he is co-counsel in the matter of Hanson v. Merch Co. which is being transfered to our district from the eastern district of New York. | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.25 0.00 | 0.00 T@1 | 0.00 |
| 95716          TIME 3/14/2005 WIP position statement of defendant Mercy Hospital submitted by Tim Griesenbrech. | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.25 0.00 | 0.00 T@1 | 0.00 |
| 95659          TIME 3/15/2005 WIP letter from M. Burg enclosing application of M. S. Burg for apointment to plaintiffs steering committe | A=Stephen Krel Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 95656          TIME 3/15/2005 WIP application for apointment of J. C. Langston, the Langston Law Firm, P.A. to plaintiffs steering committe. | A=Stephen Krel Receipt and rev Vioxx Com | 0.50 0.00 0.50 0.00 | 0.00 T@1 | 0.00 |
| 95842          TIME 3/16/2005 WIP letter from C. Fayard enclosing application for appointment to PSC | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 95838          TIME 3/16/2005 WIP application for appointment to PSC by D. P. Matthews | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.25 0.00 | 0.00 T@1 | 0.00 |
| 95889          TIME 3/16/2005 WIP letter from A. Boon enclosing notice of | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.25 0.00 | 0.00 T@1 | 0.00 |

| Slip ID Dates and Time Posting Status Description | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| appearance of co-counsel for attorney Ellen Presley on behalf of J. A. Register and A. Register. | | | | |
| 95832      TIME 3/16/2005 WIP letter from M. Lundy requesting his name be added to the PSC | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 95666      TIME 3/16/2005 WIP letter from L. Bryan enclosing application of L. J. Bryan for membership to the PSC | A=Stephen Krel Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 95669      TIME 3/16/2005 WIP pretrial order #5A ordering counsel to provide to the approperate liaison counsel updated contact info. to be used for service done. | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 95829      TIME 3/17/2005 WIP letter from M. Lundy enclosing application for appointment to PSC | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.25 0.00 | 0.00 T@1 | 0.00 |
| 95770      TIME 3/18/2005 WIP Allan Kanner's Application for appointment to plaintiffs steering committee. | A=Stephen Krel Receipt and rev Vioxx Com | 0.50 0.00 0.50 0.00 | 0.00 T@1 | 0.00 |
| 95761      TIME 3/18/2005 WIP letter from R. Cunard enclosing her application for appointment to the plaintiffs steering committee | A=Stephen Krel Receipt and rev Vioxx Com | 0.50 0.00 0.50 0.00 | 0.00 T@1 | 0.00 |
| 95764      TIME 3/18/2005 WIP Brian K. Balser's application for appointment to the plaintiffs' steering committee | A=Stephen Krel Receipt and rev Vioxx Com | 0.25 0.00 0.25 0.00 | 0.00 T@1 | 0.00 |
| 95916      TIME 3/21/2005 WIP letter from K. Nelson enclosing notice of filing of application for appointment of Barbra J. Hart to a leadership committee for the end-payor class action plaintiffs or in the alternative for appointment to the PSC | A=Stephen Krel Receipt and rev Vioxx Com | 0.50 0.00 0.50 0.00 | 0.00 T@1 | 0.00 |

BRUNO & BRUNO
test2

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 95899          TIME<br>3/21/2005<br>WIP<br>notice of filing of application for appointment<br>of T. M. Sobol to a leadership committee for<br>the end-payor class action Plaintiffs or in the<br>alternative for appointment to the PSC. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.50<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95898          TIME<br>3/21/2005<br>WIP<br>notice of filing of application for appointment<br>of T. M. Sobol to a leadership committee for<br>the end-payor class action Plaintiffs or in the<br>alternative for appointment to the PSC. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.50<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95798          TIME<br>3/21/2005<br>WIP<br>D. M. Barrios application for appointment to<br>the PSC | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95808          TIME<br>3/21/2005<br>WIP<br>letter from B. Barron enclosing application<br>for appointment to the plaintiffs steering<br>committee. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95789          TIME<br>3/22/2005<br>WIP<br>motion for appointment to PSC filed by J.<br>Wilkin | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95802          TIME<br>3/22/2005<br>WIP<br>W. J. Singleton application for appointment<br>to the PSC | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95792          TIME<br>3/22/2005<br>WIP<br>letter from R. Brantley to L. Whyte as<br>application for appointment to the PSC. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95731          TIME<br>3/30/2005<br>WIP<br>J. S. Hall's application for PSC | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95782          TIME<br>3/30/2005<br>WIP<br>letter from D. Becnial as application to the | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| PSC & notice of filing application for appointment of Matthew B. Moreland to the plaintiffs steering committee. | | | | |
| 95734           TIME<br>3/30/2005<br>WIP<br>Roy Amiedes Jr's application for PSC | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95741           TIME<br>3/30/2005<br>WIP<br>Micheal A. London's application for PSC | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 93717           TIME<br>3/3/2005        8:21 AM        3/31/2005<br>WIP<br>letter from Yvone Flaherty enclosing Plaintiff Dianne McCraw individually and as Trustee for the Estate of James W. McCraw notice of potential "tag along" action p.t.r. 7.5(e) of the rules & procedures of the judicial panel on the MD filed 2/8/05 | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.50<br>0.00 | 0.00<br>T@1 | 0.00 |
| 96032           TIME<br>5/2/2005<br>WIP<br>Withdrawl of Appearance by Tud L. Perryman and Defendant Hesselberg Drug Co's withdrawl of it's motion to vacate the conditional transfer order. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.75<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 97151           TIME<br>5/3/2005<br>WIP<br>Telephone conference with Raymond Egan regarding potential Vioxx case. | A=Stephen Krel<br>Telephone conf.<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 98699           TIME<br>6/23/2005<br>WIP<br>Attended status conference before Judge Fallon. | A=Stephen Krel<br>Attend<br>Vioxx Com | 1.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 98700           TIME<br>6/24/2005<br>WIP<br>Telephone conference with Sales and Marketing Committee. | A=Stephen Krel<br>Telephone conf.<br>Vioxx Com | 1.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 98655           TIME<br>7/20/2005<br>WIP<br>Telephone conference with Penny Herman regarding Document review. | A=Stephen Krel<br>Telephone conf.<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |

10/30/2008                         BRUNO & BRUNO
2:05 PM                                test2                                    Page        24

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 98658<br>7/20/2005<br>WIP<br>Prepared resume for Penny Herman to<br>participate on Vioxx Document review team. | TIME | A=Stephen Krel<br>Preparation of<br>Vioxx Com | 1.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 98659<br>7/21/2005<br>WIP<br>Telephone conference with Penny Herman<br>regarding Document review. | TIME | A=Stephen Krel<br>Telephone conf.<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 98663<br>7/22/2005<br>WIP<br>Prepared resume for Penny Herman to<br>participate on Vioxx Document review team. | TIME | A=Stephen Krel<br>Prepared and<br>Vioxx Com | 2.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 98665<br>7/22/2005<br>WIP<br>Prepared for and participated in Vioxx sales<br>and marketing conference call. | TIME | A=Stephen Krel<br>Preparation of<br>Vioxx Com | 1.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 100058<br>7/26/2005<br>WIP<br>Reviewed documents at the VIOXX<br>depository. | TIME | A=Stephen Krel<br>Document revie<br>Vioxx Com | 6.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 100064<br>7/27/2005<br>WIP<br>Reviwed documents at the VIOXX depository. | TIME | A=Stephen Krel<br>Document prep.<br>Vioxx Com | 3.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 99118<br>7/29/2005<br>WIP<br>Motion for Jennifer Frank to Appear as<br>Counsel of Record in the Joyce DiMauro<br>matter. | TIME | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 99117<br>7/29/2005<br>WIP<br>Stipulation for Voluntary Dismissal without<br>Prejudice of Express Scripts , Inc. by<br>Plaintiff's. | TIME | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 100069<br>7/29/2005<br>WIP<br>VIOXX Discovery Committee telephone<br>conference. | TIME | A=Stephen Krel<br>Telephone conf.<br>Vioxx Com | 1.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |

10/30/2008                              BRUNO & BRUNO
2:05 PM                                    test2                                    Page      25

| Slip ID | | User | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 100158 | TIME | A=Stephen Krel | 0.75 | 0.00 | 0.00 |
| 8/3/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Receipt & Review Email from Regina | | | 0.00 | | |
| Westenfeld atttaching Answer to Compliant | | | | | |
| with Jury Demand by Defendant Merck & | | | | | |
| Company Inc. | | | | | |
| 100075 | TIME | A=Stephen Krel | 6.50 | 0.00 | 0.00 |
| 8/4/2005 | | Document revie | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Document review at the depository. | | | 0.00 | | |
| 100078 | TIME | A=Stephen Krel | 1.00 | 0.00 | 0.00 |
| 8/5/2005 | | Prepare | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Prepared for and attend Sales and | | | 0.00 | | |
| Marketing conference call. | | | | | |
| 100032 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 8/10/2005 | | Telephone conf. | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Telephone conference with Caris Griffin | | | 0.00 | | |
| regarding document review schedule. | | | | | |
| 100035 | TIME | A=Stephen Krel | 1.00 | 0.00 | 0.00 |
| 8/11/2005 | | Prepare | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Prepared for and participated in Discovery | | | 0.00 | | |
| Committee Conference Call. | | | | | |
| 100038 | TIME | A=Stephen Krel | 1.00 | 0.00 | 0.00 |
| 8/12/2005 | | Prepared and | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Prepared for and attended Vioxx Foreign | | | 0.00 | | |
| Regulations Committee conference call. | | | | | |
| 100040 | TIME | A=Stephen Krel | 0.25 | 0.00 | 0.00 |
| 8/12/2005 | | Travel | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Traveled to Russ Herman's office to obtain | | | 0.00 | | |
| list if Vioxx Committee and Sub Committee | | | | | |
| assignments. | | | | | |
| 100043 | TIME | A=Stephen Krel | 2.50 | 0.00 | 0.00 |
| 8/15/2005 | | Review | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Reviewed documents at VIOXX depository. | | | 0.00 | | |
| 100042 | TIME | A=Stephen Krel | 0.50 | 0.00 | 0.00 |
| 8/15/2005 | | Draft | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Drafted and sent letter to Troy Rafferty | | | 0.00 | | |
| requesting to be assigned to a committee | | | | | |
| and/or subcommittee. | | | | | |

10/30/2008                          BRUNO & BRUNO
2:05 PM                                 test2                                    Page        26

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 100048        TIME<br>8/16/2005<br>WIP<br>Telephone conference with Arcoxia Group. | A=Stephen Krel<br>Telephone conf.<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 100047        TIME<br>8/16/2005<br>WIP<br>Revieweed documents at VIOXX depository. | A=Stephen Krel<br>Review<br>Vioxx Com | 4.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 100051        TIME<br>8/18/2005<br>WIP<br>Prepared for and participated in VIOXX Sales<br>and Marketing conference call. | A=Stephen Krel<br>Prepared and<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 100052        TIME<br>8/18/2005<br>WIP<br>Reviewed Arcoxia document review<br>Memorandum. | A=Stephen Krel<br>Document revie<br>Vioxx Com | 1.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 100053        TIME<br>8/18/2005<br>WIP<br>Reviewed Foreign Regulatory Action<br>Memorandum. | A=Stephen Krel<br>Document revie<br>Vioxx Com | 1.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 100050        TIME<br>8/18/2005<br>WIP<br>Review documents at VIOXX depository. | A=Stephen Krel<br>Document revie<br>Vioxx Com | 3.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 100005        TIME<br>9/10/2005<br>WIP<br>Email to Troy Rafferty regarding VIOXX<br>alternate depository and availability of<br>assignments to another depository. | A=Stephen Krel<br>Dictate<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 100079        TIME<br>10/3/2005<br>WIP<br>Receipt & Review Vioxx Sales & Marketing<br>materials regarding contacting former Merck<br>employees. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 4.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 100081        TIME<br>10/5/2005<br>WIP<br>Receipt & Review Vioxx Sales & Marketing<br>materials regarding contacting former Merck<br>employees. | A=Stephen Krel<br>Receipt and rev<br>Vioxx Com | 3.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 100082        TIME<br>10/5/2005<br>WIP | A=Stephen Krel<br>Prepare<br>Vioxx Com | 2.25<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |

10/30/2008                         BRUNO & BRUNO
2:05 PM                               test2                              Page     27

| Slip ID | | User | Units | Rate | Slip Value |
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| --- | --- | --- | --- | --- | --- |
| Prepared Memorandum regarding Louisiana Rules of Professional Responsibility and Louisiana case law. | | | 0.00 | | |
| 100085 | TIME | A=Stephen Krel | 2.25 | 0.00 | 0.00 |
| 10/6/2005 | | Prepare | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Prepared Memorandum regarding Louisiana Rules of professional Responsibility and Louisiana case law. | | | 0.00 | | |
| 100087 | TIME | A=Stephen Krel | 0.50 | 0.00 | 0.00 |
| 10/7/2005 | | Telephone conf. | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Sales & Marketing committee conference call. | | | 0.00 | | |
| 100088 | TIME | A=Stephen Krel | 0.50 | 0.00 | 0.00 |
| 10/7/2005 | | Telephone conf. | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Telephone conference with Paulina regarding Arcoxia assignments and committee update. | | | 0.00 | | |
| 100089 | TIME | A=Stephen Krel | 3.50 | 0.00 | 0.00 |
| 10/7/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Receipt & Review Vioxx Sales 7 Marketing materials regarding contacting farmer Merck employees. | | | 0.00 | | |
| 100090 | TIME | A=Stephen Krel | 4.00 | 0.00 | 0.00 |
| 10/7/2005 | | Travel | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Traveled to NEw Orleans to meet with JMB regarding VIOXX Sales Rep interviews. | | | 0.00 | | |
| 100113 | TIME | A=Stephen Krel | 1.50 | 0.00 | 0.00 |
| 10/18/2005 | | Research | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Ran search on Accurint on assigned Merck Sleas & Marketing Reps and emailed JMB information. | | | 0.00 | | |
| 100138 | TIME | A=Stephen Krel | 0.50 | 0.00 | 0.00 |
| 10/26/2005 | | Dictate | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Emailed Lisa Herman and Cheryl Earle (Beasley Allen) regarding scheduling document review for 10/28/05 and 10/31/05. | | | 0.00 | | |
| 100143 | TIME | A=Stephen Krel | 10.00 | 0.00 | 0.00 |
| 10/28/2005 | | Travel | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Traveled to Beasley, Allen in Montgomery, Alabama to review documents. | | | 0.00 | | |

10/30/2008                          BRUNO & BRUNO
2:05 PM                                  test2                                              Page      28

| Slip ID | | User | Units | Rate | Slip Value |
|---------|---|------|-------|------|-----------|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 100144 | TIME | A=Stephen Krel | 0.75 | 0.00 | 0.00 |
| 10/28/2005 | | Telephone conf. | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Telephone conference with Sales & | | | 0.00 | | |
| Marketing Committee. | | | | | |

| Grand Total | | | | |
|-------------|------|--------|---|--------|
| | Billable | 161.25 | | 275.00 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 161.25 | | 275.00 |

JOSEPH M. BRUNO
FEDERAL TRIAL LAWYERS
855 BARONNE STREET
NEW ORLEANS, LA 70113
(504) 561-6776

Vioxx Class Action

Page: 1
March 24, 2008
FILE NO:      202172-0000C
STATEMENT NO:              1

DRAFT

### EXPENSES

| Date | Description | Amount |
|---|---|---|
| 10/19/2004 | Court Cost - Check # 030042- Clerk United States District Court Eastern District. | 150.00 |
| 11/08/2004 | Courier Cost - Check # 030278, Deep South Legal Services. | 5.50 |
| 11/08/2004 | Courier Cost - Check # 030278, Deep South Legal Services. | 8.00 |
| 12/21/2004 | Telephone Charges - Check # 030817, AT&T Teleconference Services. | 165.36 |
| 01/12/2005 | Travel/Meal Expense - Check # 031096- American Express. | 574.19 |
| 01/12/2005 | Travel/Meal Expense - Check # 031096- American Express. | 100.00 |
| 01/12/2005 | Travel/Meal Expense - Check # 031096- American Express. | 320.19 |
| 01/12/2005 | Travel/Meal Expense - Check # 031092- American Express. | 14.99 |
| 01/12/2005 | Travel/Meal Expense - Check # 031092- American Express. | 320.19 |
| 01/12/2005 | Travel/Meal Expense - Check # 031096- American Express. | 5.00 |
| 01/12/2005 | Travel/Meal Expense - Check # 031092- American Express. | 5.00 |
| 01/12/2005 | Parking/Tolls , Check # 031096 American Express. | 15.00 |
| 01/12/2005 | Parking/Tolls Check # 031092, American Express. | 15.00 |
| 01/18/2005 | Travel/Meal Expense - Check # 031176- American Express. | 231.90 |
| 01/18/2005 | Travel/Meal Expense - Check # 031192- American Express. | 231.90 |
| 01/18/2005 | Parking/Tolls - Check # 031195, American Express. | 15.00 |
| 01/18/2005 | Parking/Tolls Check # 009998, Joseph M. Bruno. | 15.00 |
| 01/19/2005 | Parking/Tolls Check # 031176 American Express. | 15.00 |
| 02/01/2005 | Travel/Meal Expense - Check # 031331, American Express. | 473.67 |
| 03/11/2005 | Travel/Meal Expense - Check # 031736, American Express. | 945.23 |
| 03/29/2005 | Postage , DHL Express (USA Insurance - Check #) Inc., Check #031909. | 33.21 |
| 04/11/2005 | Courier Cost - Invoice # - Check# 032114, Deep South Legal Services South Legal Services. | 10.00 |
| 04/11/2005 | Courier Cost - Check # 032114, Deep South Legal Services. | 10.00 |
| 05/23/2005 | Prescriptions Records - Check # 032680, Walgreens (Pennington, Alvin). | 45.00 |
| 07/11/2005 | Medical Records - Check # 033123, Dr. Michael Russo (Jerry Perez). | 60.00 |
| 07/15/2005 | Medical Records - Check # 033153, Smart Document Solutions, (Pennington, Alvin). | 23.49 |
| 08/15/2005 | Courier Cost - Check # 033530, United States District Court (Pennington, Alvin-Lawsuit) | 250.00 |
| 08/15/2005 | Courier Cost - Check # 033571, Deep South Legal Services. | 16.05 |
| 08/31/2006 | Copy Cost | 0.50 |
| 05/07/2007 | Court Cost - Check # 43482- LexisNexis Court Link, Inc. | 15.00 |
| 08/31/2007 | Copy Cost | 0.25 |
| 10/08/2007 | Court Cost - Check #1151 LexisNexis CourtLink Inc. | 15.00 |
| 12/03/2007 | Travel/Parking Expense - Check #1200 David Scalia | 88.97 |
| 12/27/2007 | Travel/Meal Expense - Check #1219 American Express | 203.30 |
| 03/06/2008 | Courier Cost - Invoice #2-576-20815 FedEx | 30.16 |

Exhibit 2

BL Resp Exhibit B - 0349

Vioxx Class Action

Page: 2
March 24, 2008
FILE NO:    202172-0000C
STATEMENT NO:    1

TOTAL EXPENSES                                                              4,427.05

TOTAL CURRENT WORK                                                         4,427.05

BALANCE DUE                                                                 $4,427.05

TOTAL DUE                                                                   $4,427.05

*Individual Cases* - 528.49

$3898.56

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| | : | |
| | : | |
| ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· ·· | : | |

# VIOXX COMMON BENEFIT FEE ALLOCATION AFFIDAVITS - VOLUME 2

# **CONFIDENTIAL**

FAC Resp. Exhibit B -- 351

# VIOXX COMMON BENEFIT
# FEE ALLOCATION AFFIDAVITS

## Table of Contents

1. Alley Clark Greiwe & Fulmer

2. Anastopoulo & Clore

3. Ashcraft & Gerel

4. Audet & Partners

5. Aylstock Witkin Kreis & Overholtz

6. Barrios Kingsdorf & Casteix

7. Beasley Allen Crow Methvin Portis & Miles

8. Becnel Law Firm

9. Robert M. Becnel

10. Bencomo & Associates

11. Blizzard McCarthy & Nabers

12. Brown & Crouppen

13. Law Office of Joseph M. Bruno

14. Burg Simpson Eldredge Hersh & Jardine

15. Rebecca Ann Cunard

16. Douglas & London

17. Escobedo Tippit & Cardenas

18. Fibich Hampton & Leebron

19. Gainsburgh Benjamin

20. Gancedo & Nieves

21. Gianni Petoyan

22. Heins Mills & Olson

23. Herman Herman Katz & Cotlar

24. Hovde Dassow & Deets

25. Irpino Law Firm

26. Khorrami Pollard & Abir

27. Kline & Specter

28. Lanier Law Firm

29. Lieff Cabraser Heimann & Bernstein

30. Levin Fishbein Sedran & Berman

31. Levin Papantonio Thomas Mitchell Echsner & Proctor

32. Lewis & Roberts

33. Lockridge Grindal Nauen

34. Lopez Hodes Restaino Milman & Skikos

FAC Resp. Exhibit B -- 352

| 35. | Lowe Law Firm | 45. | Shelly A. Sanford / Carlene Lewis |
| 36. | Lundy & Davis | 46. | Seeger Weiss |
| 37. | Martin & Jones | 47. | Sheller Law Offices |
| 38. | Matthews & Associates | 48. | Snapka Law Firm |
| 39. | Morelli Ratner | 49. | Vioxx Litigation Consortium |
| 40. | Motley Rice | 50. | Weitz & Luxemberg |
| 41. | Murray Lw Firm | 51. | Williamson & Williams |
| 42. | Neblett Beard & Arsenault | 52. | White Meany & Wetherall |
| 43. | Panish Shea & Boyle | 53. | Zimmerman & Reed |
| 44. | Roda Nast | 54. | Robinson Calcagnie & Robinson |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:   VIOXX | * | MDL Docket No. 1675 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| | * | |

**AFFIDAVIT OF MICHAEL S. BURG ON BEHALF OF BURG SIMPSON ELDREDGE HERSH & JARDINE, P.C. FOR ALLOCATION OF ATTORNEY'S FEES AND EXPENSES**

## STATEMENT OF MICHAEL S. BURG

I was appointed by Judge Fallon as a member of the State Liaison Committee. I attended numerous status conferences before Judge Fallon and worked to coordinate the State and Federal Vioxx claims. I participated in numerous meetings with counsel for the first two Vioxx trials, I reviewed and assisted in the preparation of Affidavits from expert witnesses eventually used in trial. I also reviewed numerous documents and pleadings associated with other cases which went to trial.

## STATEMENT OF JOHN M. RESTAINO

I was the _MDL Co-Chair of the Science and Expert Committee_. I was co-responsible for the development of the Vioxx science and experts in the MDL. I also participated in preparing for many of the MDL trials, including the study, research and drafting of MDL expert reports. I took and defended expert depositions, and helped to prepare many experts for trial. I attended the entire _Irvin I_ and _Irvin II_ trials.

**Commitment to the Vioxx MDL post-settlement announcement.** My work on Vioxx continued throughout 2007. I continued the extensive review of the medical literature; I continued with extensive discussions with Dr. Fosslein regarding the animation project; I coordinated the preservation testimony of Drs. Penchman, Fosslein and Cleland, I coordinated with the Stroke Subcommittee and worked with Dr. Fosslein in writing his Supplemental Rule 26 report dealing with the stroke issues; in May 2007 I extensively prepared for and defended Dr. Cleland's discovery deposition and then took his preservation testimony; I also attended meetings with the Stroke Subcommittee; In July 2007 I met with Dr. Fosslein to continue work on his Rule 26 Supplementary Report and prepare for his preservation testimony; in October 2007 I traveled for continuing meetings of the Stroke Subcommittee.

We were in final preparation for Dr. Fosslein's preservation testimony and meeting in Montreal with potential ischemic stroke experts when the settlement was announced. Attached below is an email I received from expert Jerry Avorn, M.D. on October 30, 2008. Dr. Avorn's testimony played a key role in establishing liability against Merck.

To whom it may concern,

My involvement as an expert witness in the Vioxx matter owes a great deal to the intervention of John Restaino. I had worked with John on a small number of previous cases, and had become impressed with his skill, his honesty, and (quite unusually) with his understanding of the epidemiology of adverse drug effects. So I naturally turned to him when I was asked by Messrs. Seeger and Lanier to become involved in the Vioxx case they were trying in Atlantic City. It had always been my practice to avoid participating in any individual plaintiff cases. And while I had come to know John Restaino well and developed considerable trust in him and his work, I knew much less about Messrs Seeger and Lanier. Given my existing policy and my totally consuming commitments at Harvard, my inclination was to avoid becoming involved in the Atlantic City case. But I called John one Sunday evening and we had a very long conversation about the merits of the case and the appropriateness of my participating in that case. His strong endorsement of the Seeger-Lanier team and his patient explanation of why that particular case might be of some importance persuaded me to take it on and fly down to New Jersey to testify. I am very glad that I did. John's strong advocacy of the plaintiff team and of the MDL cause in general were a major factor in determining that decision.

Jerry Avorn, M.D.
Professor of Medicine, Harvard Medical School
Chief, Division of Pharmacoepidemiology and Pharmacoeconomics
Brigham and Women's Hospital
1620 Tremont Street
suite 3030
Boston, MA 02120

## STATEMENT OF SCOTT J. ELDREDGE

I was a member of both the Science Committee and the Sales and Marketing Committee. I participated in weekly conference calls by and between members of each committee. I was involved starting in December, 2004 in reviewing documents at the MDL Depository both at Seeger Weiss in New York City and at Robinson Calcagnie Robinson's offices in Newport Beach. I reviewed thousands of pages of Merck/Frosst documents utilized by Seeger Weiss in deposing Merck/Frosst employees . Many documents which I found were utilized in each of the Vioxx trials. I assisted in the preparation for the deposition of Merck employee Susan Baumgartner and assisted Mark Robinson in the taking of said deposition. I met with numerous potential expert pharmacists. I reviewed thousands of documents to assist the MDL in the so-called "Naproxen" defense. I reviewed thousands of documents regarding Merck employee Deborah Nicole-Griffiths and assisted in preparing for her deposition. I assisted in reviewing documents and preparing outlines for the deposition of Merck employee Tom Cannell taken in December, 2005.

## STATEMENT OF PETER W. BURG

I attended Liaison meetings before Judge Fallon. We also reviewed documents utilized in MDL trials. I assisted in the coordination of our firm's participation in MDL proceedings.

## STATEMENT OF SETH A. KATZ

I attended Liaison meetings before Judge Fallon. We also reviewed documents utilized in MDL

2

trials. I assisted in the coordination of our firm's participation in MDL proceedings.

**STATEMENT OF MAX YEFIMENKO**

I was a member of the MDL's Science Committee. I was appointed as a Chair of the Pharmacology Subcommittee, a Co-Chair of the Biological Plausibility/Mechanism of Action/Pharmacology and Defense Issues Subcommittee, a member of the Medical Literature Subcommittee, and a member of the Stroke Subcommittees. As Chair/Co-Chair/Member of the abovementioned Subcommittees, I participated in a day-to-day work of the Subcommittees. As Chair of the Pharmacology Subcommittee, I worked closely with the Daubert/Expert Development Subcommittee and engaged in developing an expert in pharmacology. I identified and contacted Dr. Cecil E. Pace-Asciak, Ph.D., I met with Dr. Mamdani, a Toronto-based research pharmacist and epidemiologist regarding the development of the epidemiology-related issues. I analyzed, a number of the MDL's Science Committee's generic expert reports, e.g. Drs. Pace-Asciak, Fosslein, Bloor, etc. I worked on the relevant issues concerning dose response in pharmacoepidemiology-related issues. As a member of the Stroke Subcommittee, I worked on stroke/hypertension issues/expert search, regarding contacts made with Drs. Pace-Asciak, Osmond, Heximer, Sonneberg. As a member of a Medical Literature Subcommittee, at different times, I actively participated in reviewing, analyzing, and coding the Vioxx/COX-2 inhibitors articles, per the Science Committee's requests. As a member of a Medical Literature Subcommittee, I personally analyzed, and coded 120 articles. I was personally responsible for the timely completion of a 1/5th database of all MDL's searchable articles-one of the major MDL's Science Committee's project. I then worked closely with a Medical Literature Subcommittee to improve the coding process, and to improve the existing database of the searchable articles for the MDL

Burg Simpson Eldredge Hersh & Jardine, P.C. respectfully requests to make a presentation to the Allocation Committee between December 1, 2008 and December 5, 2008 in Los Angeles, California.

Date: 10/30/08

Michael S. Burg

STATE OF COLORADO          )
                           ) ss.
COUNTY OF ARAPAHOE         )

The foregoing **AFFIDAVIT OF MICHAEL S. BURG ON BEHALF OF BURG SIMPSON ELDREDGE HERSH & JARDINE, P.C. FOR ALLOCATION OF ATTORNEY'S FEES AND EXPENSES** was acknowledged before me this 30th day of October, 2008 by Michael S. Burg.

Notary Public

My commission expires: 3-27-2010

LINDA NELSON SQUIRES
NOTARY PUBLIC
STATE OF COLORADO
MY COMMISSION EXPIRES:
3-27-2010

3

**Regina Valenti**

| | |
|---|---|
| **From:** | KAY Eiseman [KEISEMAN@burgsimpson.com] |
| **Sent:** | Friday, October 31, 2008 4:37 PM |
| **To:** | Regina Valenti |
| **Subject:** | Allocation Committee Submissions--Message 1 |
| **Attachments:** | MSB Vioxx MonthlyTime Sheets.pdf; SJE Vioxx Monthly Time Sheets.pdf; SAK Vioxx MonthlyTime Sheets.pdf; PWB Vioxx Monthly Time Sheets.pdf |

Attention:  Mr. Russ M. Herman

In support of our affidavit on behalf of Burg Simpson Eldredge Hersh & Jardine, P.C. for allocation of attorney fees, billing sheets are attached for the lawyers in our firm who worked on the Vioxx MDL project.

Please do hesitate to contact me if you have any questions or need additional information.

Very truly yours,

Kay Eiseman
Operations Manager
keiseman@burgsimpson.com

**BURGSIMPSON**
**G | SIMPSON | ELDREDGE | HERSH | JARDINE PC**
**,...ORNEYS & COUNSELORS AT LAW**
*Firmly Committed to Excellence®*
40 Inverness Drive East
Englewood, CO  80112
www.burgsimpson.com
(303)792-5595
(303)708-0527 (fax)

-------------------------------------------------------------

NOTICE: This e-mail message is the property of Burg Simpson Eldredge Hersh & Jardine, P.C. The contents of this message and any attachments are confidential and protected by law under the attorney-client privilege, attorney-work-product doctrine, and/or other applicable privileges. If you are not the intended recipient of this message, please forward a copy to dhersh@burgsimpson.com and delete the message and its attachments from your computer. Thank you.

-------------------------------------------------------------

11/3/2008

MDL 1657

Vioxx Products Liability Litigation Report of Member Firm Time

Reporting Period: March 2005

Firm Name: Burg Simpson Eldrede Hersh & Jardine, P.C.

| Name of Individual | Identify if Attorney (A), Paralegal (P), Law Clerk (L), or Other (O) | Case Assessment Development, and Administration (insert number of hours) | Pre-Trial Pleadings and Motions (insert number of hours) | Discovery (insert number of hours) | Trial Preparation and Trial (insert number of hours) | Appeal (insert number of hours) | Settlement (insert number of hours) | Total Hours by Individual | Summary Total Hours of All Firm Personnel |
|---|---|---|---|---|---|---|---|---|---|
| Michael S. Burg | _x_A _P _L _O | 6.75 | | | | | | 6.75 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| **Total Firm Time** | | | | | | | | | 6.75 |

I certify that the time documented above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657.

Signature: _(signature)_                     Date: 10 - 30 - 05

FAC Resp. Exhibit B -- 358

**Burg, Michael**

| | Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|---|
| 3 | 3/16/2005 | BURG, MICHAEL S. | PARTNER | 0.50 | ANALYZE DEPOSITION CLIPS |
| 1 | 3/17/2005 | BURG, MICHAEL S. | PARTNER | 3.75 | ANALYZE DOCUMENTS AND TRAVEL TO PSC HEARING |
| 1 | 3/17/2005 | BURG, MICHAEL S. | PARTNER | 2.50 | CONFERENCE WITH CHRIS SEEGER AND DAVE BUCHANAN. |
| 2 | 3/18/2005 | BURG, MICHAEL S. | PARTNER | 8.75 | ATTEND HEARING WITH JUDGE FALLON AND CONFER WITH CHRIS SEEGER. |
| | | | | 6.75 | |

FAC Resp. Exhibit B -- 359

MDL 1657

Vioxx Products Liability Litigation Report of Member Firm Time

Reporting Period: _____ May 2005 _____

Firm Name: _____ Burg Simpson Eldrede Hersh & Jardine, P.C. _____

| Name of Individual | Identify if Attorney (A), Paralegal (P), Law Clerk (L), or Other (O) | Case Assessment Development, and Administration (insert number of hours) | Pre-Trial Pleadings and Motions (insert number of hours) | Discovery (insert number of hours) | Trial Preparation and Trial (insert number of hours) | Appeal (insert number of hours) | Settlement (insert number of hours) | Total Hours by Individual | Summary Total Hours of All Firm Personnel |
|---|---|---|---|---|---|---|---|---|---|
| Michael S. Burg | x_A _P _L _O | 21.75 | | | | | | 21.75 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| **Total Firm Time** | | | | | | | | | 21.75 |

I certify that the time documented above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657.

Signature: _____ Date: _10 — 90 -05_

**Burg, Michael**

| Date | Name | Title | Hours | Narrative |
|------|------|-------|-------|-----------|
| 3 | 5/20/2005 | BURG, MICHAEL S. | PARTNER | 1.00 | ANALYZE CMO AND PRETRIAL ORDER. |
| 3 | 5/20/2005 | BURG, MICHAEL S. | PARTNER | 0.50 | ANALYZE CMO. |
| 3 | 5/22/2005 | BURG, MICHAEL S. | PARTNER | 2.50 | CONFERENCE WITH MARTIN, RICHARD, HERMAN AND CHRIS SEEGER. |
| 1 | 5/22/2005 | BURG, MICHAEL S. | PARTNER | 0.50 | CONFERENCE WITH PSC COMMITTEE. |
| 1 | 5/23/2005 | BURG, MICHAEL S. | PARTNER | 1.50 | CONFERENCE WITH STATE LIASON COMMITTEE. |
| 2 | 5/23/2005 | BURG, MICHAEL S. | PARTNER | 3.50 | ATTEND HEARING WITH JUDGE FALLON. |
| 2 | 5/23/2005 | BURG, MICHAEL S. | PARTNER | 0.75 | MEETING WITH JUDGE FALLON AND LIASON COMMITTEE. |
| 2 | 5/23/2005 | BURG, MICHAEL S. | PARTNER | 3.00 | CONFERENCE WITH STATE LIASON COMMITTEE, AND TRAVEL. |
| 2 | 5/23/2005 | BURG, MICHAEL S. | PARTNER | 0.75 | STATE LIASON CONFERENCE CALL. |
| 2 | 5/24/2005 | BURG, MICHAEL S. | PARTNER | 3.50 | ANALYZE DOCUMENTS. |
| 3 | 5/24/2005 | BURG, MICHAEL S. | PARTNER | | TELEPHONE CONFERENCE WITH DAWN BARRIOS RE: SLC'S LETTER TO PSC. |
| 1 | 5/26/2005 | BURG, MICHAEL S. | PARTNER | 0.50 | |
| 1 | 5/26/2005 | BURG, MICHAEL S. | PARTNER | 0.50 | ANALYZE ISSUE RE:PSC/STATE LIASON COMMITTEE. |
| 1 | 5/27/2005 | BURG, MICHAEL S. | PARTNER | 1.00 | TELEPHONE CONFERENCE WITH SALES AND MARKETING SUBCOMMITTEE. |
| 1 | 5/27/2005 | BURG, MICHAEL S. | PARTNER | 1.75 | ANALYZE DOCUMENTS. |
| 2 | 5/31/2005 | BURG, MICHAEL S. | PARTNER | 0.50 | CONFERENCE WITH STATE LIASON COMMITTEE. |
| | | | | 21.75 | |

MDL 1657
Vioxx Products Liability Litigation Report of Member Firm Time

Reporting Period: _____ June 2005 _____

Firm Name: _____ Burg Simpson Eldrede Hersh & Jardine, P.C. _____

| Name of Individual | Identify if Attorney (A), Paralegal (P), Law Clerk (L), or Other (O) | Case Assessment Development, and Administration (insert number of hours) | Pre-Trial Pleadings and Motions (insert number of hours) | Discovery (insert number of hours) | Trial Preparation and Trial (insert number of hours) | Appeal (insert number of hours) | Settlement (insert number of hours) | Total Hours by Individual | Summary Total Hours of All Firm Personnel |
|---|---|---|---|---|---|---|---|---|---|
| Michael S. Burg | _x_A _P_ _L_ _O | 22 | | | | | | 22 | |
| | _A _P_ _L_ _O | | | | | | | 0 | |
| | _A _P_ _L_ _O | | | | | | | 0 | |
| | _A _P_ _L_ _O | | | | | | | 0 | |
| | _A _P_ _L_ _O | | | | | | | 0 | |
| | _A _P_ _L_ _O | | | | | | | 0 | |
| | _A _P_ _L_ _O | | | | | | | 0 | |
| | _A _P_ _L_ _O | | | | | | | 0 | |
| | _A _P_ _L_ _O | | | | | | | 0 | |
| | _A _P_ _L_ _O | | | | | | | 0 | |
| | _A _P_ _L_ _O | | | | | | | 0 | |
| | _A _P_ _L_ _O | | | | | | | 0 | |
| | _A _P_ _L_ _O | | | | | | | 0 | |
| | _A _P_ _L_ _O | | | | | | | 0 | |
| | _A _P_ _L_ _O | | | | | | | 0 | |
| Total Firm Time | | | | | | | | | 22 |

I certify that the foregoing report is accurate and correct and was incurred for the common benefit of claimants in MDL 1657.

Signature: _____

Date: 10-3-e/e 8

Burg, Michael

| Date | Name | Title | Hours | Narrative |
|------|------|-------|-------|-----------|
| 1 | 6/1/2005 | BURG, MICHAEL S. | PARTNER | 0.50 | TELEPHONE CONFERENCE WITH SALES AND MARKETING COMMITTEE. |
| 1 | 6/2/2005 | BURG, MICHAEL S. | PARTNER | 0.50 | CONFERENCE WITH MICHAEL HEYDT RE: LETTER TO STATE COUNSEL. |
| 1 | 6/3/2005 | BURG, MICHAEL S. | PARTNER | 1.00 | DRAFT LETTER TO PLAINTIFF STEERING COMMITTEE. |
| 1 | 6/10/2005 | BURG, MICHAEL S. | PARTNER | 0.75 | TELEPHONE CONFERENCE WITH DAWN BARRIOS, STATE LIASON BRIEF. |
| 1 | 6/13/2005 | BURG, MICHAEL S. | PARTNER | 1.00 | CONFERENCE WITH DAWN BARRIOS RE: SLC ISSUES ANALYZE LETTER FROM PSC COMMITTEE AND CONFER WITH CHRIS SEEGER. |
| 1 | 6/14/2005 | BURG, MICHAEL S. | PARTNER | 0.75 | TELEPHONE CONFERENCE WITH DAWN BARRIOS RE: STATE LIASON COMMITTEE. |
| 1 | 6/15/2005 | BURG, MICHAEL S. | PARTNER | 0.50 | TELEPHONE CONFERENCE WITH DAWN BARRIOS RE: SLC ISSUES |
| 1 | 6/21/2005 | BURG, MICHAEL S. | PARTNER | 0.50 | STATE LIASON COMMITTEE MEETING WITH PLAINTIFF STEERING COMMITTEE, AND TRAVEL TIME. |
| 2 | 6/22/2005 | BURG, MICHAEL S. | PARTNER | 8.25 | ATTEND STATE LIASON COMMITTEE MEETING. |
| 2 | 6/23/2005 | BURG, MICHAEL S. | PARTNER | 2.25 | ATTEND PRETRIAL HEARING AND TRAVEL TIME. |
| 2 | 6/23/2005 | BURG, MICHAEL S. | PARTNER | 5.00 | TELEPHONE CONFERENCE WITH CTLA MEMBERS RE: STATE LIASON |
| 1 | 6/29/2005 | BURG, MICHAEL S. | PARTNER | 1.00 | |
| | | | | 22.00 | |

MDL 1657

Vioxx Products Liability Litigation Report of Member Firm Time

Reporting Period: _____ July 2005 _____

Firm Name: _____ Burg Simpson Eldrede Hersh & Jardine, P.C. _____

| Name of Individual | Identify if Attorney (A), Paralegal (P), Law Clerk (L), or Other (O) | Case Assessment Development, and Administration (insert number of hours) | Pre-Trial Pleadings and Motions (insert number of hours) | Discovery (insert number of hours) | Trial Preparation and Trial (insert number of hours) | Appeal (insert number of hours) | Settlement (insert number of hours) | Total Hours by Individual | Summary Total Hours of All Firm Personnel |
|---|---|---|---|---|---|---|---|---|---|
| Michael S. Burg | x_A _P _L _O | 11.25 | | | | | | 11.25 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| **Total Firm Time** | | | | | | | | | 11.25 |

I certify that the time reported above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657.

Signature: _____ Date: _10 – 30 – 0 5_

FAC Resp. Exhibit B -- 364

**Burg, Michael**

| Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|
| 1 | 7/1/2005 | BURG, MICHAEL S. | PARTNER | 0.50 | TELEPHONE CONFERENCE WITH SALES AND MARKETING. |
| 2 | 7/12/2005 | BURG, MICHAEL S. | PARTNER | 1.25 | ANALYZE MEMO AND PREAPRE FOR SLC CONFERENCE. |
| 2 | 7/18/2005 | BURG, MICHAEL S. | PARTNER | 3.50 | STATE LIASON COMMITTEE DINNER MEETING WITH RICHARD ARSENAULT. |
| 1 | 7/19/2005 | BURG, MICHAEL S. | PARTNER | 5.75 | ATTEND PSC MEETING AND HEARING WITH JUDGE FALLON, AND TRAVEL |
| 1 | 7/20/2005 | BURG, MICHAEL S. | PARTNER | 0.25 | TELEPHONE CONFERENCE WITH DAWN BARRIOS RE: SLC ISSUES |
| | | | | 11.25 | |

FAC Resp. Exhibit B -- 365

MDL 1657

Vioxx Products Liability Litigation Report of Member Firm Time

Reporting Period: _____ August 2005 _____

Firm Name: _____ Burg Simpson Eldrede Hersh & Jardine, P.C. _____

| Name of Individual | Identify if Attorney (A), Paralegal (P), Law Clerk (L), or Other (O) | Case Assessment Development, and Administration (insert number of hours) | Pre-Trial Pleadings and Motions (insert number of hours) | Discovery (insert number of hours) | Trial Preparation and Trial (insert number of hours) | Appeal (insert number of hours) | Settlement (insert number of hours) | Total Hours by Individual | Summary Total Hours of All Firm Personnel |
|---|---|---|---|---|---|---|---|---|---|
| Michael S. Burg | _x_A _P _L _O | 22.5 | | | | | | 22.5 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |

**Total Firm Time** | | | | | | | | | 22.5

I certify that the time documented above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657.

Signature: _____

Date: _10 - 30 - 05_

**Burg, Michael**

| Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|
| 8/19/2005 | BURG, MICHAEL S. | PARTNER | 5.50 | COMMENTARY AS STATE LIASON MDL TO LAWYERS, PLAINTIFFS |
| 8/24/2005 | BURG, MICHAEL S. | PARTNER | 5.25 | TRAVEL TO SLC AND PSC MEETINGS |
| 8/24/2005 | BURG, MICHAEL S. | PARTNER | 3.75 | CONFER WITH VIOXX MDL STATE LIASON COMMITTEE. |
| 8/24/2005 | BURG, MICHAEL S. | PARTNER | 2.00 | CONFERENCE WITH PSC MEMBERS |
| 8/25/2005 | BURG, MICHAEL S. | PARTNER | 5.75 | ATTEND PRETRIAL HEARINGS AND TRAVEL. |
| 8/26/2005 | BURG, MICHAEL S. | PARTNER | 0.25 | RECEIPT AND REVIEW OF LETTER FROM SLC TO JUDGE FALLON. |
| | | | 22.50 | |

MDL 1657

Vioxx Products Liability Litigation Report of Member Firm Time

Reporting Period: _____ September 2005 _____

Firm Name: _____ Burg Simpson Eldrede Hersh & Jardine, P.C. _____

| Name of Individual | Identify if Attorney (A), Paralegal (P), Law Clerk (L), or Other (O) | Case Assessment Development, and Administration (insert number of hours) | Pre-Trial Pleadings and Motions (insert number of hours) | Discovery (insert number of hours) | Trial Preparation and Trial (insert number of hours) | Appeal (insert number of hours) | Settlement (insert number of hours) | Total Hours by Individual | Summary Total Hours of All Firm Personnel |
|---|---|---|---|---|---|---|---|---|---|
| Michael S. Burg | _x_A _P _L _O | 1.75 | | | | | | 1.75 | |
| | _ A _P _L _O | | | | | | | 0 | |
| | _ A _P _L _O | | | | | | | 0 | |
| | _ A _P _L _O | | | | | | | 0 | |
| | _ A _P _L _O | | | | | | | 0 | |
| | _ A _P _L _O | | | | | | | 0 | |
| | _ A _P _L _O | | | | | | | 0 | |
| | _ A _P _L _O | | | | | | | 0 | |
| | _ A _P _L _O | | | | | | | 0 | |
| | _ A _P _L _O | | | | | | | 0 | |
| | _ A _P _L _O | | | | | | | 0 | |
| | _ A _P _L _O | | | | | | | 0 | |
| | _ A _P _L _O | | | | | | | 0 | |
| | _ A _P _L _O | | | | | | | 0 | |
| | _ A _P _L _O | | | | | | | 0 | |

**Total Firm Time** | | | | | | | | | 1.75

I certify that the time documented above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657.

Signature: _____

Date: _____

**Burg, Michael**

| Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|
| 1 | 9/7/2005 | BURG, MICHAEL S. | PARTNER | 0.50 | TELEPHONE CONFERENCE WITH STATE LIASION COMMITTEE. |
| | | | | | ATTEND MDL SALES AND MARKETING SUBCOMMITTEE MEETING WITH |
| 1 | 9/17/2005 | BURG, MICHAEL S. | PARTNER | 0.50 | MARK ROBINSON. |
| 2 | 9/20/2005 | BURG, MICHAEL S. | PARTNER | 0.75 | RECEIPT AND REVIEW OF ORDER FROM JUDGE FALLON. |
| | | | | 1.75 | |

MDL 1657

## Vioxx Products Liability Litigation Report of Member Firm Time

Reporting Period: _____ October 2005 _____

Firm Name: _____ Burg Simpson Eldrede Hersh & Jardine, P.C. _____

| Name of Individual | Identify if Attorney (A), Paralegal (P), Law Clerk (L), or Other (O) | Case Assessment Development, and Administration (insert number of hours) | Pre-Trial Pleadings and Motions (insert number of hours) | Discovery (insert number of hours) | Trial Preparation and Trial (insert number of hours) | Appeal (insert number of hours) | Settlement (insert number of hours) | Total Hours by Individual | Summary Total Hours of All Firm Personnel |
|---|---|---|---|---|---|---|---|---|---|
| Michael S. Burg | _x_A _P _L _O | 4.25 | | | | | | 4.25 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| **Total Firm Time** | | | | | | | | | 4.25 |

I certify that the time documented above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657.

Signature: _____

Date: 10-30-05

**Burg, Michael**

| | Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|---|
| 1 | 10/24/2005 | BURG, MICHAEL S. | PARTNER | 0.50 | ANALYZE NEWSLETTER FROM SLC. |
| 2 | 10/25/2005 | BURG, MICHAEL S. | PARTNER | 0.25 | RECEIPT AND REVIEW OF ORDER FROM JUDGE FALLON. |
| 1 | 10/27/2005 | BURG, MICHAEL S. | PARTNER | 3.50 | TELEPHONE CONFERENCE WITH VIOXX SLC. |
| | | | | 4.25 | |

MDL 1657

**Vioxx Products Liability Litigation Report of Member Firm Time**

Reporting Period: _____ November 2005 _____

Firm Name: _____ Burg Simpson Eldrede Hersh & Jardine, P.C. _____

| Name of Individual | Identify if Attorney (A), Paralegal (P), Law Clerk (L), or Other (O) | Case Assessment Development, and Administration (insert number of hours) | Pre-Trial Pleadings and Motions (insert number of hours) | Discovery (insert number of hours) | Trial Preparation and Trial (insert number of hours) | Appeal (insert number of hours) | Settlement (insert number of hours) | Total Hours by Individual | Summary Total Hours of All Firm Personnel |
|---|---|---|---|---|---|---|---|---|---|
| Michael S. Burg | _x_A _P _L _O | 1 | | | | | | 1 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| **Total Firm Time** | | | | | | | | | 1 |

I certify that the time documented above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657.

Signature: _____   Date: 10-31-05

Burg, Michael

| Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|
| 2 | 11/1/2005 | BURG, MICHAEL S. | PARTNER | 0.25 | RECEIPT AND REVIEW OF ORDER FROM JUDGE FALLON. |
| 1 | 11/2/2005 | BURG, MICHAEL S. | PARTNER | 0.25 | TELEPHONE CONFERENCE WITH JUSTIN WITKIN RE: SLC. |
| 3 | 11/9/2005 | BURG, MICHAEL S. | PARTNER | 0.50 | RECEIPT AND REVIEW OF CMO ORDER. |
| | | | | 1.00 | |

MDL 1657

Vioxx Products Liability Litigation Report of Member Firm Time

Reporting Period: _____ December 2005 _____

Firm Name: _____ Burg Simpson Eldrede Hersh & Jardine, P.C. _____

| Name of Individual | Identify if Attorney (A), Paralegal (P), Law Clerk (L), or Other (O) | Case Assessment Development, and Administration (insert number of hours) | Pre-Trial Pleadings and Motions (insert number of hours) | Discovery (insert number of hours) | Trial Preparation and Trial (insert number of hours) | Appeal (insert number of hours) | Settlement (insert number of hours) | Total Hours by Individual | Summary Total Hours of All Firm Personnel |
|---|---|---|---|---|---|---|---|---|---|
| Michael S. Burg | x A _ P _ L _ O | 6.5 | | | | | | 6.5 | |
| | _ A _ P _ L _ O | | | | | | | 0 | |
| | _ A _ P _ L _ O | | | | | | | 0 | |
| | _ A _ P _ L _ O | | | | | | | 0 | |
| | _ A _ P _ L _ O | | | | | | | 0 | |
| | _ A _ P _ L _ O | | | | | | | 0 | |
| | _ A _ P _ L _ O | | | | | | | 0 | |
| | _ A _ P _ L _ O | | | | | | | 0 | |
| | _ A _ P _ L _ O | | | | | | | 0 | |
| | _ A _ P _ L _ O | | | | | | | 0 | |
| | _ A _ P _ L _ O | | | | | | | 0 | |
| | _ A _ P _ L _ O | | | | | | | 0 | |
| | _ A _ P _ L _ O | | | | | | | 0 | |
| | _ A _ P _ L _ O | | | | | | | 0 | |
| | _ A _ P _ L _ O | | | | | | | 0 | |
| **Total Firm Time** | | | | | | | | | 6.5 |

I certify that the time documented above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657.

Signature: _____   Date: _10 - 3 - 05 _

Burg, Michael

| | Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|---|
| 1 | 12/1/2005 | BURG, MICHAEL S. | PARTNER | 3.50 | TRAVEL FROM HOUSTON SLC |
| 2 | 12/1/2005 | BURG, MICHAEL S. | PARTNER | 1.25 | STATE LIAISON COMMITTEE MEETING. |
| 2 | 12/1/2005 | BURG, MICHAEL S. | PARTNER | 1.00 | ATTEND HEARING WITH JUDGE FALLON. |
| 1 | 12/2/2005 | BURG, MICHAEL S. | PARTNER | 0.25 | TELEPHONE CONFERENCE WITH DAWN BARRIOS RE: CLASS REP. |
| 1 | 12/8/2005 | BURG, MICHAEL S. | PARTNER | 0.50 | RECEIPT AND REVIEW OF DRAFT NEWSLETTER AND COMMENTS. |
| | | | | 6.50 | |

FAC Resp. Exhibit B -- 375

MDL 1657

Vioxx Products Liability Litigation Report of Member Firm Time

Reporting Period: _____ February 2006 _____

Firm Name: _____ Burg Simpson Eldrede Hersh & Jardine, P.C. _____

| Name of Individual | Identify if Attorney (A), Paralegal (P), Law Clerk (L), or Other (O) | Case Assessment Development, and Administration (insert number of hours) | Pre-Trial Pleadings and Motions (insert number of hours) | Discovery (insert number of hours) | Trial Preparation and Trial (insert number of hours) | Appeal (insert number of hours) | Settlement (insert number of hours) | Total Hours by Individual | Summary Total Hours of All Firm Personnel |
|---|---|---|---|---|---|---|---|---|---|
| Michael S. Burg | _x_A _P _L _O | 1 | | | | | | 1 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| | _A _P _L _O | | | | | | | 0 | |
| **Total Firm Time** | | | | | | | | | 1 |

I certify that the time documented above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657.

Date: 10-20-05

Signature: _____

FAC Resp. Exhibit B -- 376

Burg, Michael

| Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|
| 2/9/2006 | BURG, MICHAEL S. | PARTNER | 1.00 | CONFERENCE WITH STATE LIASION COMMITTEE. |
| 2 | | | 1.00 | |

FAC Resp. Exhibit B -- 377

MDL 1657

## Vioxx Products Liability Litigation Report of Member Firm Time

Reporting Period: _____ May 2006 _____

Firm Name: _____ Burg Simpson Eldrede Hersh & Jardine, P.C. _____

| Name of Individual | Identify if Attorney (A), Paralegal (P), Law Clerk (L), or Other (O) | Case Assessment Development, and Administration (insert number of hours) | Pre-Trial Pleadings and Motions (insert number of hours) | Discovery (insert number of hours) | Trial Preparation and Trial (insert number of hours) | Appeal (insert number of hours) | Settlement (insert number of hours) | Total Hours by Individual | Summary Total Hours of All Firm Personnel |
|---|---|---|---|---|---|---|---|---|---|
| Michael S. Burg | _x_A _P _L _O | 1.25 | | | | | | 1.25 | |
| | _ A _P _L _O | | | | | | | 0 | |
| | _ A _P _L _O | | | | | | | 0 | |
| | _ A _P _L _O | | | | | | | 0 | |
| | _ A _P _L _O | | | | | | | 0 | |
| | _ A _P _L _O | | | | | | | 0 | |
| | _ A _P _L _O | | | | | | | 0 | |
| | _ A _P _L _O | | | | | | | 0 | |
| | _ A _P _L _O | | | | | | | 0 | |
| | _ A _P _L _O | | | | | | | 0 | |
| | _ A _P _L _O | | | | | | | 0 | |
| | _ A _P _L _O | | | | | | | 0 | |
| | _ A _P _L _O | | | | | | | 0 | |
| | _ A _P _L _O | | | | | | | 0 | |
| | _ A _P _L _O | | | | | | | 0 | |

**Total Firm Time**

I certify that the time reported above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657.

Date: _____ 10-3-12 _____

Signature: _____

Burg, Michael

| Date | Name | Title | Hours | Narrative |
|------|------|-------|-------|-----------|
| 3 | 5/17/2006 | BURG, MICHAEL S. | PARTNER | 1.25 | ANALYZE DR. FUSSELIN'S RULE 26 REPORT. |
| | | | | 1.25 | |