

LODGING
More Detail

06/27/2006 ☐ CONTINENTAL AIRLINES SANTA ANA  CA          10.00    Vioxx MDL - trac
From: To: Carrier: Class:                                          - 348-17
SANTA ANA CA HOUSTON TX IAH CO
CO VO
Ticket Number: 00503208691846 Date of Departure: 07/05
Passenger Name: RESTAINO/JOHNDR
Document Type: TICKET BY MAIL
More Detail

06/27/2006 ☐ CONTINENTAL AIRLINES HOUSTON   TX          698.70   346-17
From: To: Carrier: Class:
SANTA ANA CA HOUSTON TX IAH CO HA
NEW ORLEANS LA CO HL
HOUSTON TX IAH CO BA
SANTA ANA CA CO BA
Ticket Number: 00521723234292 Date of Departure: 07/05
Passenger Name: RESTAINO/JOHNDR
Document Type: PASSENGER TICKET
More Detail

07/07/06   UNITED CABS, INC.  NEW ORLEANS     LA    Vioxx MDL    35.00    ✓ 358-17
           TAXI/CAB/LIMOUSINES

07/07/06   JWA PARKING N.W.  COSTA MESA    CA    Vioxx MDL    41.00    ✓ 395-17
           00 GENERAL MERCHANDISE

                                                               600.94
           N.TIMES.COM

07/08/06   WINDSOR COURT HOTEL NEW ORLEANS    LA    Vioxx MDL    ✓ 360-17
           Arrival Date:     Departure Date:    No of Nights
           07/05/06          07/07/06           2
           LODGING

| FLIGHT +CHANGE FEES | TRAVEL AGENCY FEES | HOTEL (ORIGINAL) | HOTEL (REDUCED - $250/night + tax) | TAXI | AIRPORT PARKING | MISC |
|---|---|---|---|---|---|---|
| $698.70<br>  10.00<br>$708.70 | | $600.94<br>(2 nights) | $550.00 | $35.00 | $41.00 | |

TOTAL: $1,334.70

07/07/06   BUDGET RENT A CAR  SAN DIEGO    CA                   349.78    354-17
           Location:                        Date:
           SAN DIEGO CA                      07/05/06
           Rental:                           07/07/06
           ORANGE COUNTY APO 04
           Agreement Number: 78901794S
           Renter Name: CRAWFORD, MARK
           Reference Number: 76801704                    Conf. Suite Fur-

07/07/06   AIR-PARK      OAKLAND    CA              72.00   Viax  Preparation of Expert    356-17
           PARKING                                   MDL  Redo. mom for Trial

07/07/06   ISLAND HOTEL NEWPORT NEWPORT BEACH  CA   1,457.05              357-17
           Arrival Date:     Departure Date:
           07/05/06          07/07/05
           LODGING

| FLIGHT +CHANGE FEES | TRAVEL AGENCY FEES | HOTEL (ORIGINAL) | HOTEL (REDUCED - $250/night + tax) | TAXI | AIRPORT PARKING | MISC |
|---|---|---|---|---|---|---|
| | | $1,457.05<br>(2 nights) | $550 - | | $72 - | $149.78<br>(car rental) |

TOTAL: $771.78

EXHIBIT  16-C
FAC Resp. Exhibit B -- 1299

|  |  |  | 50.00 |
|---|---|---|---|
| 07/05/06 | CALIFORNIA YELLOW CAB SANTA ANA   CA<br>SHUTTLE TRANSPORT |  |  |
|  |  |  | 30.00 |
| 07/05/06 | TRAVEL AGENCY SERVICE IRVINE   CA<br>Routing Details Not Available<br>Ticket Number: 89081298738154<br>Passenger Name: SKIKOS/STEVEN<br>Document Type: MISC CHARGE ORDER/PREPAID TICKET AUTHORITY |  |  |
|  |  |  | 127.30 |
| 07/06/06 | TRAVEL STORE INC   IRVINE   CA<br>AMERICAN AIRLINES<br>From:              To:<br>LOS ANGELES CA      SAN JOSE CA<br>Ticket Number: 00177659026112<br>Passenger Name: SKIKOS/STEVEN<br>Document Type: PASSENGER TICKET | Carrier:   Class:<br>AA       L2<br>Date of Departure: 07/07 |  |  |
|  |  |  | 1,005.50 |
| 07/07/06 | ISLAND HOTEL NEWPORT NEWPORT BEACH   CA<br>Arrival Date       Departure Date<br>07/05/06           07/07/06<br>LODGING |  |  |
|  |  |  | 30.00 |
| 06/30/06 | TRAVEL AGENCY SERVICE IRVINE   CA<br>Routing Details Not Available<br>Ticket Number: 89081298966211<br>Passenger Name: SKIKOS/STEVEN<br>Document Type: MISC CHARGE ORDER/PREPAID TICKET AUTHORITY |  |  |
|  |  |  | 127.30 |
| 06/30/06 | TRAVEL STORE INC   IRVINE   CA<br>AMERICAN AIRLINES<br>From:              To:<br>SAN JOSE CA        SANTA ANA CA<br>Ticket Number: 00177659022413<br>Passenger Name: SKIKOS/STEVEN<br>Document Type: PASSENGER TICKET | Carrier:   Class:<br>AA       L2<br>Date of Departure: 07/05 |  |  |

| FLIGHT<br>+CHANGE FEES | TRAVEL<br>AGENCY<br>FEES | HOTEL<br>(ORIGINAL) | HOTEL<br>(REDUCED -<br>$250/night + tax) | TAXI | AIRPORT<br>PARKING | MISC |
|---|---|---|---|---|---|---|
| $127.30 +<br>$127.30<br>$254.60 | $60 — | $1,005.50<br>(2 nights)<br>$223.19<br>(1 night) | $550.00<br>+$223.19<br>$773.19 | $50 — |  |  |

TOTAL: $1,137.79

EXHIBIT  16-D

**Eileen McInerney**

| | |
|---|---|
| **From:** | Valerie Woolever [Valerie.W@travelstoreusa.com] |
| **nt:** | Thursday, July 06, 2006 4:16 PM |
| **To:** | Eileen McInerney |
| **Subject:** | Confirmed for Steve LAX to SJC tomorrow |

SALES PERSON: VW      ITINERARY/INVOICE NO. 0248857        DATE: 06 JUL 06

CUSTOMER NBR: IRCVW51002       DUPLICATE  KVMYLC       PAGE: 01

TO: LOPEZ AND HODES

STEVE SKIKOS

625 MARKET STREET, 11TH FLOOR

SAN FRANCISCO CA 94105

FOR: SKIKOS/STEVEN

PLEASE SHOW PHOTO ID FOR YOUR ELECTRONIC TICKET

YOUR AMERICAN AIRLINES CONFIRMATION/LOCATOR IS KVMYLC

07 JUL 06 - FRIDAY

AIR  AMERICAN AIRLINES  FLT:3198  ECONOMY       FOOD FOR PURCHASE

OPERATED BY AMERICAN EAGLE

LV LOS ANGELES          617P      EQP: EMBRAER RJ140 JET

DEPART: TERMINAL 4                01HR 07MIN

AR SAN JOSE    CA      724P      NON-STOP

ARRIVE: TERMINAL A                REF: KVMYLC

SKIKOS/STEVEN    SEAT-11A  AA-8X0R524

EXHIBIT  16-D

WE APPRECIATE YOUR BUSINESS

XD8129873815

BILLED TO AMERICAN EXPRESS        30.00*

AIR TICKET   AA7765902611      SKIKOS STEVEN

ELEC TKT              BILLED TO AMERICAN EXPRESS        127.30*

                  SUB TOTAL           157.30

                  NET CC BILLING      157.30*

                  TOTAL AMOUNT DUE        0.00

REFUNDS/REISSUES/CANCELS ARE SUBJECT TO A HANDLING FEE

VELSTORE WILL NOT ACCEPT RESPONSIBILITY FOR

ITINERARY DISCREPANCIES BEYOND 24 HOURS FROM RECEIPT

OF THIS ITINERARY

*Valerie Woolever*

**travelStore**

18881 Von Karman Avenue

Irvine CA 92612

949-930-9269 direct / fax

Valerie.w@travelstoreusa.com

www.travelstoreUSA.com

**EXHIBIT 16-D**

7/7/2006

09:10AM   FROM-WILSHIRE GRAND-FINANCE DEPT          +12136123978          T-424   P.001/004   F-305



# WILSHIRE GRAND
## LOS ANGELES

**COPY OF INVOICE**

Payee   Steven Skikos

US

| | |
|---|---|
| Room No | : 1220 |
| Arrival | : 07-06-06 |
| Departure | : 07-07-06 |
| Page No. | : 1 of 1 |
| Folio No. | : 219534 |
| AR No. | : |
| Ref No. | : |
| Conf. No. | : 438240 |
| Rate | 159 |
| Cashier | |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 07-06-06 | Internet<br>#1220 : 90000SERVICE | 9.95 | |
| 07-06-06 | Long Distance<br>22:40 #1220 : 415-760-0663 [00:04:00] | 9.44 | |
| 07-06-06 | Long Distance<br>22:54 #1220 : 650-364-7609 [00:12:00] | 15.67 | |
| 07-06-06 | Room Rate | 159.00 | |
| 07-06-06 | Occupancy Tax | 22.26 | |
| 07-06-06 | CA ST Assessment | 0.10 | |
| 07-07-06 | Long Distance<br>07:36 #1220 : 415-760-0663 [00:02:00] | 6.77 | |
| 07-07-06 | American Express<br>XXXXXXXXXX7082          XX/XX | | 223.19 |

Signature:_____

| | Charges | Credits |
|---|---|---|
| Total | 223.19 | 223.19 |
| Balance | | 0.00 |

*ATTn: Eileen McInerney*

**EXHIBIT** 16-D

930 Wilshire Boulevard, Los Angeles, CA 90017, Tel: 213-688-7777 Fax: 213-612-3989, Website: www.wilshiregrand.com

FAC Resp. Exhibit B -- 1303

03-07-2008  09:10AM  FROM-WILSHIRE GRAND-FINANCE DEPT        +12136123978        T-424  P.002/004  F-305



# WILSHIRE GRAND
### LOS ANGELES

**COPY OF INVOICE**

Guest   Skikos, Steven

Payee   Steven Skikos

US

| | |
|---|---|
| Room No : | 0720 |
| Arrival : | 07-10-06 |
| Departure : | 07-11-06 |
| Page No. : | 1 of 1 |
| Folio No. : | 220268 |
| AR No. : | |
| Ref No. : | C10219SY025 |
| Conf. No. : | 440690 |
| Rate | 169 |
| Cashier | |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 07-10-06 | Long Distance<br>21:52 #720 : 650-364-7609 [00:04:00] | 8.55 | |
| 07-10-06 | Room Rate | 169.00 | |
| 07-10-06 | Occupancy Tax | 23.66 | |
| 07-10-06 | CA ST Assessment | 0.11 | |
| 07-11-06 | City Grill Food Breakfast<br>#0720 : CHECK #1122 | 6.64 | |
| 07-11-06 | American Express<br>XXXXXXXXXXX7082        XX/XX | | 207.96 |
| | **Total** | 207.96 | 207.96 |

Signature:

| | Amount $ |
|---|---|
| **New Activity Continued** | 304.60 |

07/10/06   TRAVEL STORE INC   IRVINE  CA
AMERICAN AIRLINES.
From:            To:              Carrier:   Class:
SAN JOSE CA      LOS ANGELES CA   AA         M2
                 SAN JOSE CA      AA         L2
Ticket Number: 00177659028293       Date of Departure: 07/10
Passenger Name: SKIKOS/STEVEN.
Document Type: PASSENGER TICKET

(A)

| FLIGHT<br>+CHANGE FEES | TRAVEL<br>AGENCY<br>FEES | HOTEL<br>(ORIGINAL) | HOTEL<br>(REDUCED -<br>$250/night + tax) | TAXI | AIRPORT<br>PARKING | MISC |
|---|---|---|---|---|---|---|
| $304.60 | | $207.96 | | | | |

TOTAL: $512.56

EXHIBIT 16-E

Attachment "C"

**Reporting Period:**
**From: August 1, 2006**
**To: August 31, 2006**      **Firm Name:** Lopez, Hodes, Restaino, Milman & Skikos

| MDL 1657 – VIOXX PRODUCTS LIABILITY LITIGATION<br>COMMON HELD COSTS AND EXPENSES<br>FROM: August 1, 2006  THROUGH: August 31, 2006 | |
| --- | --- |
| CLIENT COSTS/EXPENSES | TOTAL |
| Telefax charges | |
| Postage, shipping, courier, certified mail | |
| Printing and photocopying (in-house) | |
| Computerized research – Lexis/Westlaw | |
| Telephone – long distance (actual charges only) | |
| Travel | $4,092.08 |
| Secretarial and clerical overtime | |
| TOTAL COSTS | $4,092.08 |

*Please attach documentation for each expense reported.

I certify that these expenses are properly document, complete and accurate and have been incurred for the common benefit.

_____   3/10/08
Signature                 Date

- 17 -

VIOXX MDL 1657
Lopez, Hodes, Restaino, Milman Skikos
Monthly Expenses

| August 2006 Expenses CATEGORY | ATTY | PURPOSE | AMOUNT | | REF. NO. |
|---|---|---|---|---|---|
| Telefax | | | | | |
| Postage, Shipping, Courier, Certified Mail | | | | | |
| Printing and photocopying (in-house) | | | | | |
| Computerized research - Lexis/Westlaw | | | | | |
| Telephone - long distance | | | | | |
| Travel | Steve Skikos | Roundtrip airfare SFO-New Orleans (departure date: 8/1/06), travel agency booking fee, flight changes (return flight credited towards next flight to New Orleans), hotel accommodations at Hyatt DFW in Dallas, hotel accommodations at W in New Orleans - Barnett Trial | $ | 3,125.98 | 17-A |
| Travel | Steve Skikos | Roundtrip airfare SFO-New Orleans (departure date: 8/8/06), travel agency booking fee, hotel accommodations at W in New Orleans - Barnett Trial | $ | 966.10 | 17-B |
| Secretarial and clerical overtime | | | | | |
| TOTAL COSTS | | | $ | 4,092.08 | |

| | | | |
|---|---|---|---|
| 08/02/06 | HYATT REGENCY   DFW AIRPORT   TX<br>Arrival Date:                    Departure Date:<br>08/01/06                          08/02/06<br>LODGING | No of Nights<br>1 | *Vioxx Barnett*<br>*78319*   340.23   **CC** |
| 08/03/06 | TRAVEL AGENCY SERVICE IRVINE   CA<br>Routing Details Not Available<br>Ticket Number: 8908130923808Z<br>Passenger Name: SKIKOS/STEVEN<br>Document Type: MISC CHARGE ORDER/PREPAID TICKET AUTHORITY | | *Vioxx  Barnett*<br>*78319*   30.00   **DD** |
| 08/03/06 | TRAVEL STORE INC   IRVINE   CA<br>AMERICAN AIRLINES<br>From:                       To:<br>NEW ORLEANS LA       DALLAS/FT WORTH TX<br>                              LAS VEGAS NV<br>Ticket Number: 0017753445914<br>Passenger Name: SKIKOS/STEVEN<br>Document Type: PASSENGER TICKET | Carrier:   Class:<br>AA          L2<br>AA          YU<br>Date of Departure: 08/03 | *Vioxx Barnett*<br>*78319*   777.60   **EE** |
| 08/03/06 | TRAVEL STORE INC   IRVINE   CA<br>US AIRWAYS<br>From:                       To:<br>LAS VEGAS NV           SAN FRANCISCO CA<br>Ticket Number: 0377753445922<br>Passenger Name: SKIKOS/STEVEN<br>Document Type: PASSENGER TICKET | Carrier:   Class:<br>US          LA<br>Date of Departure: 08/03 | *Vioxx-Barnett*<br>*78319*   159.30   **FF** |
| 08/01/06 | TRAVEL STORE INC   IRVINE   CA<br>AMERICAN AIRLINES<br>From:                       To:<br>SAN FRANCISCO CA     DALLAS/FT WORTH TX<br>                              NEW ORLEANS LA<br>                              DALLAS/FT WORTH TX<br>                              SAN FRANCISCO CA<br>Ticket Number: 0017771223196<br>Passenger Name: SKIKOS/STEVEN<br>Document Type: PASSENGER TICKET | Carrier:   Class:<br>AA          H2<br>AA          YU<br>AA          HR<br>AA          HR<br>Date of Departure: 08/01 | *Vioxx Barnett*<br>*78319*   1,686.20   **AA** |

| 07 | 08-05 | 24575506217025400210395  JJ | W NEW ORLEANS 504-5299444 LA  – *Vioxx Barnett - 78319*<br>85432                                          ARRIVAL: 08-02-06 | 605.47 |
|---|---|---|---|---|

| FLIGHT<br>+CHANGE FEES | TRAVEL<br>AGENCY<br>FEES | HOTEL<br>(ORIGINAL) | HOTEL<br>(REDUCED -<br>$250/night + tax) | TAXI | AIRPORT<br>PARKING | MISC |
|---|---|---|---|---|---|---|
| $1686.20 +<br>$777.60 +<br>$159.30 | $30.00 | $340.23 +<br>(1 night)<br>$605.47<br>(1 night) | $222.80 +<br>$250.00<br>$472.88 | | | |

TOTAL: $3,125.98

**EXHIBIT   17-A**

**Eileen McInerney**

From: Valerie Woolever [Valerie.W@travelstoreusa.com]
nt: Tuesday, August 01, 2006 12:44 PM
To: Eileen McInerney
Subject: Confirmed and ticketed for DFW and New Orleans today

SALES PERSON: VW    ITINERARY/INVOICE NO. 0251433    DATE: 01 AUG 06

CUSTOMER NBR: IRCVW51002    DUPLICATE  KNZRPQ    PAGE: 01

TO: LOPEZ AND HODES

STEVE SKIKOS

625 MARKET STREET, 11TH FLOOR

SAN FRANCISCO CA 94105

*VIOXX —*
*Barnett*
*Trial*

FOR: SKIKOS/STEVEN

01 AUG 06  -  TUESDAY

AIR   AMERICAN AIRLINES   FLT:566   ECONOMY     FOOD FOR PURCHASE

LV SAN FRANCISCO          520P       EQP: MD-80

DEPART: TERMINAL 3                 03HR 26MIN

AR DALLAS FT WORTH        1046P      NON-STOP

REF: KNZRPQ

SKIKOS/STEVEN    SEAT-15E   AA-8X0R524

BEST AVAILABLE SEATS TO ASSIGN AT THIS TIME

**EXHIBIT** 17-A

HOTEL DALLAS FT WORTH          OUT-02AUG

   HYATT HOTELS AND RESORTS     1 NIGHT

   HYATT REGENCY DFW          1 ROOM   1 KING GRAND BED:364 SQ FT

   INTERNATIONAL PARKWAY       REGULARLY PUBLISHED ROOM RATES

   DALLAS TX 75261           RATE-199.00USD PER NIGHT

   FONE 1-972-4531234         CANCEL 24 HOURS PRIOR TO ARRIVAL

   FAX  1-972-4568668           (972) 456-3843

   GUARANTEED LATE ARRIVAL

   CONFIRMATION HY0061129046
HC
   NS KING


02 AUG 06  -  WEDNESDAY

  AIR  AMERICAN AIRLINES   FLT:2015   FIRST CLASS

    LV DALLAS FT WORTH        854A       EQP: MD-80

           01HR 26MIN

    AR NEW ORLEANS          1020A       NON-STOP

        REF: KNZRPQ

HC  SKIKOS/STEVEN    SEAT-5B   AA-8X0R524


04 AUG 06  -  FRIDAY

  AIR  AMERICAN AIRLINES   FLT:1973   ECONOMY

    LV NEW ORLEANS          730P       EQP: MD-80

           01HR 33MIN

    AR DALLAS FT WORTH       903P       NON-STOP

        REF: KNZRPQ

   SKIKOS/STEVEN    SEAT-24D   AA-8X0R524


  AIR  AMERICAN AIRLINES   FLT:529   ECONOMY          EXHIBIT   17-A

    LV DALLAS FT WORTH       958P       EQP: MD-80

8/1/2006

03HR 31MIN

AR SAN FRANCISCO        1129P        NON-STOP

ARRIVE: TERMINAL 3                REF: KNZRPQ

SKIKOS/STEVEN    SEAT-27D   AA-8X0R524

MCO        XD8130802433

BILLED TO AMERICAN EXPRESS        30.00*

AIR TICKET   AA7771122319    SKIKOS STEVEN

ELEC TKT              BILLED TO AMERICAN EXPRESS      1,686.20*

------------

SUB TOTAL          1,716.20

NET CC BILLING      1,716.20*

------------

TOTAL AMOUNT DUE        0.00

REFUNDS/REISSUES/CANCELS ARE SUBJECT TO A HANDLING FEE

TRAVELSTORE WILL NOT ACCEPT RESPONSIBILITY FOR

ITINERARY DISCREPANCIES BEYOND 24 HOURS FROM RECEIPT

OF THIS ITINERARY

*Valerie Woolever*

t..velStore

18881 Von Karman Avenue

8/1/2006

EXHIBIT   17-A

**Eileen McInerney**

| | |
|---|---|
| **From:** | Valerie Woolever [Valerie.W@travelstoreusa.com] |
| **nt:** | Thursday, August 03, 2006 4:18 PM |
| **To:** | Steven Skikos |
| **Cc:** | Eileen McInerney |
| **Subject:** | Confirmed and ticketed for tonight back to SFO |

SALES PERSON: VW      ITINERARY/INVOICE NO. 0251746      DATE: 03 AUG 06

CUSTOMER NBR: IRCVW51002      DUPLICATE   ECPLUZ      PAGE: 01

TO: LOPEZ AND HODES

EB    STEVE SKIKOS

    625 MARKET STREET, 11TH FLOOR

    SAN FRANCISCO CA 94105

*Vioxx —*
*Barnett*
*Trial.*

∴: SKIKOS/STEVEN

PLEASE SHOW PHOTO ID FOR YOUR ELECTRONIC TICKET

YOUR AMERICAN AIRLINES CONFIRMATION/LOCATOR IS ECPLUZ

YOUR US AIRWAYS CONFIRMATION/LOCATOR IS LZGPXL

03 AUG 06  -  THURSDAY

AIR   AMERICAN AIRLINES   FLT:1973   ECONOMY

    LV NEW ORLEANS         730P      EQP: MD-80

                 01HR 33MIN

    AR DALLAS FT WORTH      903P      NON-STOP

              REF: ECPLUZ

    SKIKOS/STEVEN          AA-8X0R524

**EXHIBIT** 17-A

8/3/2006

AIR  AMERICAN AIRLINES   FLT:1427  FIRST CLASS

    LV DALLAS FT WORTH      954P      EQP: BOEING 757

             02HR 45MIN

    AR LAS VEGAS      1039P    NON-STOP

    ARRIVE: MAIN TERMINAL      REF: ECPLUZ

    SKIKOS/STEVEN   SEAT-6E   AA-8X0R524

AIR  US AIRWAYS    FLT:8528  COACH CLASS

    OPERATED BY AMERICA WEST AIRLINES

    LAS VEGAS-SAN FRANCISCO OPERATED BY AMERICA WEST AIRLINES

    LV LAS VEGAS      1159P    EQP: AIRBUS A320

    DEPART: MAIN TERMINAL      01HR 31MIN


04 AUG 06 - FRIDAY

    AR SAN FRANCISCO      130A    NON-STOP

    ARRIVE: TERMINAL 3      REF: LZGPXL

    SKIKOS/STEVEN   SEAT-21A   UA-00370673357



WE APPRECIATE YOUR BUSINESS

MCO    XD8130923806

        BILLED TO AMERICAN EXPRESS    30.00*


AIR TICKET   AA7775344591   SKIKOS STEVEN

ELEC TKT      BILLED TO AMERICAN EXPRESS    777.60*

AIR TICKET   US7775344592   SKIKOS STEVEN

ELEC TKT      BILLED TO AMERICAN EXPRESS    159.30*

        -------------

    SUB TOTAL      966.90

    NET CC BILLING      966.90*

EXHIBIT  17-A

10:19:45   03-10-2008        2/2

9724563843              Hyatt DFW



HOTELS & RESORTS

Hyatt Regency DFW
International Parkway
DFW Airport, TX 75261   USA
972.453.1234
FAX 972.456.8668

Guest Account

| Room | Rate | Arrive | Depart | Folio No. | Account | Affiliation | FF | ID | Page |
|------|------|--------|--------|-----------|---------|-------------|----|----|------|
| 2230 | 199.00 | 08/01/06 | 08/02/06 | 925267 | 2 CCARD | 0-SCRP | 11 | HFS | 1 |
|  |  |  |  |  |  | 04:41 |  | KKA | 1/0 |

SKIKOS          STEVEN                    ** DEPARTED **

RES NO: HH-190698-1        SPIRIT: 61129046              -01                    7082    06/07

| Date | Code | Reference | ID | Description | Charges | Credits | Balance |
|------|------|-----------|----|----|---------|---------|---------|
| 0801 | 298 | 7042 | 298 | GUEST ROOM | 199.00 |  | 316.35 |
| 0801 | 111 | Rm 2230 | IXS | * ROOM TAX | 23.88 |  | 340.23 |
| 0801 | 811 | Rm 2230 | IXS |  |  | -340.23 | .00 |
| 0802 | 931 | Ex06/07 | HFS |  |  |  | 6.44 |
| 0802 | 547 | 0 | LXB |  |  |  | .00 |
| 0802 | 931 | Ex06/07 | LXB |  |  |  | .00 |

TOTAL

AMERICAN EXPRESS        1420114266

No frequent traveler account has been credited for this stay.
To enroll in Gold Passport, call 1-800-51-HYATT.

**EXHIBIT**  17-A

I agree that my liability for this bill is not waived and I
agree to be held personally liable in the event that the
indicated person, company or association fails to pay
for any part or the full amount of these charges.

Signature

```
                                                                    35.00    GG
08/08/06   TRAVEL AGENCY SERVICE IRVINE   CA
           Routing Details Not Available
           Ticket Number: 8908131081648l                                     60.00
           Passenger Name: SKIKOS/STEVEN                    Vioxx - Barnett  78319
           Document Type: MISC CHARGE ORDER/PREPAID TICKET AUTHORITY                HH
08/08/06   TRAVEL STORE INC   IRVINE   CA                                     * Return flight
           AMERICAN AIRLINES               Carrier:  Class:                   paid for by
           From:                 To:        AA        YU                      unused 8/3/06
           NEW ORLEANS LA        DALLAS/FT WORTH TX    AA        YU            ticket.
                                 SAN FRANCISCO CA     Date of Departure:08/06
           Ticket Number: 00177763448272                   Vioxx - Barnett - 78319
           Passenger Name: SKIKOS/STEVEN                                      20.00
           Document Type: PASSENGER TICKET
                                                                             8.78
08-10  08-10      2467550622252540027l373   W NEW ORLEANS 504-5259444 LA   Vioxx-Barnett 78319   II
                                            69509              ARRIVAL: 08-03-06
08-10  08-10      2467550622252540027021B   W NEW ORLEANS 504-5259444 LA        386.78
                                            87907              ARRIVAL: 08-07-06
```

| | FLIGHT +CHANGE FEES | TRAVEL AGENCY FEES | HOTEL (ORIGINAL) | HOTEL (REDUCED - $250/night + tax) | TAXI | AIRPORT PARKING | MISC |
|---|---|---|---|---|---|---|---|
| | $596.10 + 60.00 $656.10 | $35.00 | $395.56 (1 night) | $275.00 | | | |
| | | | | TOTAL $966.10 | | | |



EXHIBIT 17-B

 

# Dana Niguel Travel



34112 VIOLET LANTERN • DANA POINT, CA 92629
949-496-0401 • FAX 949-496-7971

DATE: 08 AUG 06
PAGE: 01

SALES PERSON: KT          ITINERARY/INVOICE NO. 0022887
                                                MBNDUQ

TO: LOPEZ, HODES, RESTAINO, MILMAN AND SKIKOS
    625 MARKET STREET
    15TH FLOOR
    SAN FRANCISCO, CA  94105

FOR: SKIKOS/STEVEN MR

07 AUG 06  -  MONDAY
   AIR    CONTINENTAL AIRLINES FLT:1596      FIRST CLASS      LUNCH
          LV SAN FRANCISCO                   1210P            EQP: BOEING 737-900
          DEPART: TERMINAL 1                                  03HR 59MIN
          AR HOUSTON GEO BUSH                609P             NON-STOP
          ARRIVE: TERMINAL C                                  REF: BPS2F2
          SKIKOS/STEVEN M    SEAT-5B
   AIR    CONTINENTAL AIRLINES FLT:423       DISCOUNT BUSINESS
          LV HOUSTON GEO BUSH                750P             EQP: BOEING 737-800
          DEPART: TERMINAL C                                  01HR 21MIN
          AR NEW ORLEANS                     911P             NON-STOP
                                                              REF: BPS2F2
          SKIKOS/STEVEN M    SEAT-3A

07 NOV 06  -  TUESDAY
   OTHER SAN FRANCISCO
        RETAIN

AIR TICKET    C07775503093         SKIKOS STEVEN MR                    596.10
ELEC TKT                           BILLED TO AXXXXXXXXXXXX7009
                                   ----------------------------------
                                   TOTAL BASE                         539.53
                                   TOTAL TAX                           56.57
                                   NET CC BILLING                     596.10
                                   ----------------------------------
                                   TOTAL AMOUNT DUE                     0.00

PLEASE CHECK IN AT LEAST ONE HOUR PRIOR TO FLIGHT TIME
HAVE A SAFE TRIP, THANK YOU, DANA NIGUEL TRAVEL

**EXHIBIT** 17·B

Attachment "C"

**Reporting Period:**
**From: Sept. 1, 2006**
**To: Sept. 30, 2006**       **Firm Name:** Lopez, Hodes, Restaino, Milman & Skikos

| MDL 1657 – VIOXX PRODUCTS LIABILITY LITIGATION<br>COMMON HELD COSTS AND EXPENSES<br>FROM: September 1, 2006  THROUGH: September 30, 2006 | |
| --- | --- |
| CLIENT COSTS/EXPENSES | TOTAL |
| Telefax charges | |
| Postage, shipping, courier, certified mail | |
| Printing and photocopying (in-house) | |
| Computerized research – Lexis/Westlaw | |
| Telephone – long distance (actual charges only) | |
| Travel | $1,575.20 |
| Secretarial and clerical overtime | |
| TOTAL COSTS | $1,575.20 |

*Please attach documentation for each expense reported.

I certify that these expenses are properly document, complete and accurate and have been incurred for the common benefit.

_____         3/10/08
Signature                                     Date

- 18 -

FAC Resp. Exhibit B -- 1316

VIOXX MDL 1657
Lopez, Hodes, Restaino, Milman Skikos
Monthly Expenses

| September 2006 Expenses CATEGORY | ATTY | PURPOSE | AMOUNT | REF. NO. |
|---|---|---|---|---|
| Telefax | | | | |
| Postage, Shipping, Courier, Certified Mail | | | | |
| Printing and photocopying (in-house) | | | | |
| Computerized research - Lexis/Westlaw | | | | |
| Telephone - long distance | | | | |
| Travel | John Restaino | Roundtrip airfare Santa Ana-Denver (date of departure: 9/18/06), airplane freigh charges, car rental, gas, hotel accommodations at Marriott Denver, airport parking - Meeting with Dr. Fosslein and High Impact Litigation | $ 1,575.20 | 18-A |
| Secretarial and clerical overtime | | | | |
| TOTAL COSTS | | | $ 1,575.20 | |

| 09/07/06 | UNITED AIRLINES   ROSEMONT   IL | | | | 344.59 | 375-17 |
|---|---|---|---|---|---|---|
| | From: | To: | Carrier: | Class: | | |
| | SANTA ANA CA | DENVER CO | UA | O7 | | ✓ |
| | | SANTA ANA CA | UA | S8 | | |
| | Ticket Number: 01621468783230 | | Date of Departure: 09/18 | | | |
| | Passenger Name: RESTAINO/JOHN | | | | | |
| | Document Type: PASSENGER TICKET | | | | | |

| 09/20/06 | UNITED AIRLINES   DENVER   CO | 100.00 | 380-17 |
|---|---|---|---|
| | Routing Details Not Available | | |
| | Ticket Number: 01640664582640 | | |
| | Passenger Name: RESTAINO/JOHN | | |
| | Document Type: SPECIAL SERVICE TICKET/SPD - FREIGHT | | |

| 09/20/06 | UNITED AIRLINES   DENVER   CO | 325.00 | 381-17 |
|---|---|---|---|
| | Routing Details Not Available | | |
| | Ticket Number: 01640743594124 | | |
| | Passenger Name: RESTAINO/JOHN | | |
| | Document Type: SPECIAL SERVICE TICKET/SPD - FREIGHT | | |

| 09/20/06 | HERTZ CAR RENTAL   DENVER   CO | | 202.82 | 382-17 |
|---|---|---|---|---|
| | Location   Date | | | |
| | Rental   DENVER CO   09/18/06 | | | |
| | Return   DENVER CO   09/20/06 | | | |
| | Agreement Number: 810392226 | | | |
| | Renter Name: RESTAINO/JOHN | | | |
| | Reference Number: 090020 | | | |

| 09/20/06 | CITGO 7-ELEVEN 24732 DENVER   CO | 16.19 | 383-17 |
|---|---|---|---|
| | GAS/MSC92 054672473234 | | |

| 09/20/06 | JWA PARKING-B-1   COSTA MESA   CA | 37.00 | 384-17 |
|---|---|---|---|
| | 00 GENERAL MERCHANDISE | | |

| 09/21/06 | MARRIOTT-MARRIOTT MA DENVER   CO | | 1,371.28 | 385-17 |
|---|---|---|---|---|
| | Arrival Date   Departure Date   No of Nights | | | |
| | 09/16/06   09/20/06   2 | | | |
| | LODGING | | | |

| 09/21/06 | MARRIOTT-MARRIOTT MA DENVER   CO | | 661.90 | 386-17 |
|---|---|---|---|---|
| | Arrival Date   Departure Date   No of Nights | | | |
| | 09/18/06   09/20/06   2 | | | |
| | LODGING | | | |

| FLIGHT +CHANGE FEES | TRAVEL AGENCY FEES | HOTEL (ORIGINAL) | HOTEL (REDUCED - $250/night + tax) | TAXI | AIRPORT PARKING | MISC |
|---|---|---|---|---|---|---|
| $344.59 + $100 + $325.00 $769.59 | | $2,033.18 (2 nights) | $550.00 | | $37.00 | $202.42 (car) $16.19 (gas) |
| | | | TOTAL $1,575.20 | | | |

EXHIBIT   18-A

Attachment "C"

**Reporting Period:**
**From: October 1, 2006**
**To: October 31, 2006**          **Firm Name:** Lopez, Hodes, Restaino, Milman & Skikos

| MDL 1657 – VIOXX PRODUCTS LIABILITY LITIGATION COMMON HELD COSTS AND EXPENSES FROM: October 1, 2006  THROUGH: October 31, 2006 | |
|---|---|
| **CLIENT COSTS/EXPENSES** | **TOTAL** |
| Telefax charges | |
| Postage, shipping, courier, certified mail | |
| Printing and photocopying (in-house) | |
| Computerized research – Lexis/Westlaw | |
| Telephone – long distance (actual charges only) | |
| Travel | |
| Secretarial and clerical overtime | |
| **TOTAL COSTS** | **$0.00** |

*Please attach documentation for each expense reported.

I certify that these expenses are properly document, complete and accurate and have been incurred for the common benefit.

_____                    3/26/08
Signature                                                            Date

- 22 -

FAC Resp. Exhibit B -- 1319

Attachment "C"

**Reporting Period:**
**From: November 1, 2006**
**To: November 30, 2006**   Firm Name: Lopez, Hodes, Restaino, Milman & Skikos

| MDL 1657 – VIOXX PRODUCTS LIABILITY LITIGATION COMMON HELD COSTS AND EXPENSES FROM: November 1, 2006  THROUGH: November 30, 2006 | |
|---|---|
| **CLIENT COSTS/EXPENSES** | **TOTAL** |
| Telefax charges | |
| Postage, shipping, courier, certified mail | |
| Printing and photocopying (in-house) | |
| Computerized research – Lexis/Westlaw | |
| Telephone – long distance (actual charges only) | |
| Travel | |
| Secretarial and clerical overtime | $0.00 |
| **TOTAL COSTS** | |

*Please attach documentation for each expense reported.

I certify that these expenses are properly document, complete and accurate and have been incurred for the common benefit.

_____   3/26/08
Signature                                  Date

FAC Resp. Exhibit B -- 1320

Attachment "C"

**Reporting Period:**
**From: December 1, 2006**
**To: December 31, 2006**     **Firm Name:** Lopez, Hodes, Restaino, Milman & Skikos

| MDL 1657 – VIOXX PRODUCTS LIABILITY LITIGATION COMMON HELD COSTS AND EXPENSES FROM: December 1, 2006  THROUGH: December 31, 2006 | |
|---|---|
| **CLIENT COSTS/EXPENSES** | **TOTAL** |
| Telefax charges | |
| Postage, shipping, courier, certified mail | |
| Printing and photocopying (in-house) | |
| Computerized research – Lexis/Westlaw | |
| Telephone – long distance (actual charges only) | |
| Travel | |
| Secretarial and clerical overtime | |
| **TOTAL COSTS** | **$0.00** |

*Please attach documentation for each expense reported.

I certify that these expenses are properly document, complete and accurate and have been incurred for the common benefit.

_____      3/26/08
Signature                                     Date

- 24 -

Attachment "C"

**Reporting Period:**
**From: January 1, 2007**
**To: January 31, 2007**     **Firm Name:** Lopez, Hodes, Restaino, Milman & Skikos

| MDL 1657 – VIOXX PRODUCTS LIABILITY LITIGATION<br>COMMON HELD COSTS AND EXPENSES<br>FROM: January 1, 2007  THROUGH: January 31, 2007 | |
|---|---|
| **CLIENT COSTS/EXPENSES** | **TOTAL** |
| Telefax charges | |
| Postage, shipping, courier, certified mail | |
| Printing and photocopying (in-house) | |
| Computerized research – Lexis/Westlaw | |
| Telephone – long distance (actual charges only) | |
| Travel | |
| Secretarial and clerical overtime | |
| **TOTAL COSTS** | $0.00 |

*Please attach documentation for each expense reported.

I certify that these expenses are properly document, complete and accurate and have been incurred for the common benefit.

_____        3/26/08
Signature                                              Date

- 25 -

FAC Resp. Exhibit B -- 1322

Attachment "C"

**Reporting Period:**
**From: February 1, 2007**
**To: February 28, 2007**    **Firm Name:** Lopez, Hodes, Restaino, Milman & Skikos

| MDL 1657 – VIOXX PRODUCTS LIABILITY LITIGATION<br>COMMON HELD COSTS AND EXPENSES<br>FROM: February 1, 2007 THROUGH: February 28, 2007 | |
|---|---|
| **CLIENT COSTS/EXPENSES** | **TOTAL** |
| Telefax charges | |
| Postage, shipping, courier, certified mail | |
| Printing and photocopying (in-house) | |
| Computerized research – Lexis/Westlaw | |
| Telephone – long distance (actual charges only) | |
| Travel | $2,468.80 |
| Secretarial and clerical overtime | |
| **TOTAL COSTS** | $2,468.80 |

*Please attach documentation for each expense reported.

I certify that these expenses are properly document, complete and accurate and have been incurred for the common benefit.

_____          7/10/08
Signature                                                Date

- 19 -

VIOXX MDL 1657
Lopez, Hodes, Restaino, Milman Skikos
Monthly Expenses

| February 2007 Expenses CATEGORY | ATTY | PURPOSE | AMOUNT | REF. NO. |
|---|---|---|---|---|
| Telefax | | | | |
| Postage, Shipping, Courier, Certified Mail | | | | |
| Printing and photocopying (in-house) | | | | |
| Computerized research - Lexis/Westlaw | | | | |
| Computerized research - Lexis/Westlaw | | | | |
| Telephone - long distance | | | | |
| Travel | Mark Crawford | Roundtrip airfare SFO-Miami (date of departure: 2/11/07), travel agency booking fee, hotel accommodations at Lowe's Miami, airport parking, taxi - Vioxx Litigation Meeting | $ 1,856.80 | 19-A |
| Travel | Mark Crawford | Roundtrip airfare Oakland-Santa Ana (date of departure: 2/22/07), hotel accommodations Island Hotel Newport Beach, airport parking | $ 611.80 | 19-B |
| Secretarial and clerical overtime | | | | |
| TOTAL COSTS | | | $ 2,468.60 | |

First | Previous    Displaying 1-19 of 19 Transactions    Next | Last

| Date | Description | | Amount |
|---|---|---|---|
| | | Cardmember: MARK G CRAWFORD | |
| 02/09/2007 | AMERICAN AIRLINES IRVINE CA AMERICAN AIRLINES From: To: Carrier: Class: SAN FRANCISCO CA MIAMI FL AA H2 SAN FRANCISCO CA AA H2 Ticket Number: 0017016138570 1 Date of Departure: 02/11 Passenger Name: CRAWFORD/MARK Document Type: PASSENGER TICKET Reference No: 320070410361732812 More Detail | **78000** | $1,228.80 |
| 02/10/2007 | TRAVEL AGENCY SERVICE IRVINE CA TRAVEL AGENCY SERVICE FEE Routing Details Not Available Ticket Number: 89001-00816835 Passenger Name: CRAWFORD/MARK Document Type: MISC. CHARGE ORDER (MCO)/PREPAID TICKET AUTH. Reference No: 320070410061732811 | | |

*(handwritten) NOV-17*    *Vioxx mdl: Attend litigation group meeting in miami*

*(handwritten) 4/02-17*

MARK G CRAWFORD   (same)

Page 2 of 2

*(handwritten) 4/06-17*

| Date | Description | | Amount |
|---|---|---|---|
| | Reference No: 320070450390726245 More Detail | MARK G CRAWFORD | |
| 02/13/2007 | AMPCO SYSTEM SAN FRA SAN FRANCISCO CA PARKING FEES Reference No: 320070450390726240 More Detail | MARK G CRAWFORD | |
| 02/13/2007 | LOEWS HOTELS MIAMI BMIAMI BEACH FL Arrival Date Departure Date 02/11/07 02/13/07 00000000 LODGING Reference No: 320070490398432279 More Detail | MARK G CRAWFORD | |
| 02/13/2007 | LOEWS HOTELS PRESTONMIAMI BEACH FL 8968046490 FOOD 118.38 Reference No: 320070450390432209 More Detail | MARK G CRAWFORD | |
| 02/14/2007 | LEMORIN TAXI SERVICEMIAMI SHORES FL GOODS/SERVICES Reference No: 320070470406797668 More Detail | MARK G CRAWFORD | |
| 02/14/2007 | LOEWS HOTELS MIAMI BMIAMI BEACH FL Arrival Date Departure Date 02/11/07 02/13/07 00000000 LODGING Reference No: 320070480390432276 More Detail | | |

*(handwritten) Vioxx mdl. Attend litigation group mtg in miami. (same) 4/09-17 (same) (same) 4/11-17 (same) 4/10-17*

| | FLIGHT +CHANGE FEES | TRAVEL AGENCY FEES | HOTEL (ORIGINAL) | HOTEL (REDUCED - $250/night + tax) | TAXI | AIRPORT PARKING | MISC |
|---|---|---|---|---|---|---|---|
| | $1,228.80 | $30.00 | $603.41 (2 nights) | $550.00 | $40.00 | $98.00 | |

TOTAL: $1,856.80

**EXHIBIT**   19-A

FAC Resp. Exhibit B -- 1325

| | More Detail | | |
|---|---|---|---|
| 02/21/2007 | SOUTHWEST AIRLINES DALLAS TX SOUTHWEST AIRLINES Frank To: Carrier, Class: OAKLAND CA SANTA ANA CA WN Y OAKLAND CA WN Y Ticket Number 62623730730129 Date of Departure: 02/22 Passenger Name: CRAWFORD/MARK Occusant Type: PASSENGER TICKET Reference No: 3200705304409959908 | MARK G CRAWFORD | 209.80 |
| | More Detail | | |
| 02/23/2007 | ISLAND HOTEL NEWPORTNEWPORT BEACH CA Arrival Date Departure Date 02/22/2007 02/23/07 60060090 Reference No: 320070590408316519 | MARK G CRAWFORD | 421.40 |
| | More Detail | | |
| 02/23/2007 | OAKLAND OAKLAND CA PARKING FEES Reference No: 320070550406316518 More Detail | MARK G CRAWFORD | 78.00 |

Handwritten notes:
412-17
VIOXX: MDL 78000 fly to orange county to take sles rep depos (Berwick)
(Same) 413-17
(Same) 414-17

| FLIGHT +CHANGE FEES | TRAVEL AGENCY FEES | HOTEL (ORIGINAL) | HOTEL (REDUCED - $250/night + tax) | TAXI | AIRPORT PARKING | MISC |
|---|---|---|---|---|---|---|
| $258.80 | | $421.40 (1 night) | $275.00 | | $78.00 | |

TOTAL: $611.80

EXHIBIT 19-B

Attachment "C"

**Reporting Period:**
**From: March 1, 2007**
**To: March 31, 2007**          **Firm Name:** Lopez, Hodes, Restaino, Milman & Skikos

| MDL 1657 – VIOXX PRODUCTS LIABILITY LITIGATION COMMON HELD COSTS AND EXPENSES FROM: March 1, 2007 THROUGH: March 31, 2007 | |
|---|---|
| **CLIENT COSTS/EXPENSES** | **TOTAL** |
| Telefax charges | |
| Postage, shipping, courier, certified mail | |
| Printing and photocopying (in-house) | |
| Computerized research – Lexis/Westlaw | |
| Telephone – long distance (actual charges only) | $862.80 |
| Travel | |
| Secretarial and clerical overtime | $862.80 |
| **TOTAL COSTS** | |

*Please attach documentation for each expense reported.

I certify that these expenses are properly document, complete and accurate and have been incurred for the common benefit.

_____          3/10/08
Signature                        Date

- 20 -

VIOXX MDL 1657
Lopez, Hodes, Restaino, Milman Skikos
Monthly Expenses

| March, 2007 | | | | |
|---|---|---|---|---|
| CATEGORY | ATTY | PURPOSE | AMOUNT | REF. NO. |
| Telefax | | | | |
| Postage, Shipping, Courier, Certified Mail | | | | |
| Printing and photocopying (in-house) | | | | |
| Computerized research - Lexis/Westlaw | | | | |
| Telephone - long distance | | | | |
| Travel | Mark Crawford | Hotel accommodations at Island Hotel in Newport Beach, airport parking - Berwick Sales Representative Depositions | $301.00 | 20-A |
| Travel | Steve Skikos | Roundtrip airfare San Jose-Orange County (date of departure: 3/12/07), hotel accommodations at Newport Beach Marriott, travel agency booking fee | $561.80 | 20-B |
| Secretarial and clerical overtime | | | | |
| TOTAL COSTS | | | $862.80 | |

03/05/2007 ☒ ISLAND HOTEL NEWPORTNEWPORT BEACH   CA
Arrival Date Departure Date
03/04/07 03/06/07
00000000
Reference No: 320070650042545684
More Detail

03/05/2007 ☒ DOUGLAS PARKING   OAKLAND   CA
BUSINESS SERVICE
Reference No: 320070650042545685
More Detail

370.15   976-78

vizex Mdl  78000
sales rep depos in Newport Beach
(Berwick)

(same)

26.00   977-78

| FLIGHT +CHANGE FEES | TRAVEL AGENCY FEES | HOTEL (ORIGINAL) | HOTEL (REDUCED - $250/night + tax) | TAXI | AIRPORT PARKING | MISC |
|---|---|---|---|---|---|---|
| | | $370.15 (1night) | $275.00 | | $26.00 | |

TOTAL: $301.00

EXHIBIT  20-A

| 03/09/2007 | ☐ TRAVEL AGENCY SERVICEIRVINE    CA | *Vioxx- Berwick/* | 30.00 |
|---|---|---|---|
| | TRAVEL AGENCY SERVICE FEE<br>Routing Details Not Available<br>Ticket Number: 89019634616496<br>Passenger Name: SKIKOS/STEVEN<br>Document Type: MISC. CHARGE ORDER (MCO)/PREPAID TICKET AUTH.<br>Reference No: 320070690071615421<br><u>More Detail</u> | *Rechmann Depositions*<br>*(78320)* | |
| 03/09/2007 | ☐ AMERICAN AIRLINES   DANA POINT  CA | *Vioxx- Berwick/* | 256.80 |
| | AMERICAN AIRLINES<br>From: To: Carrier: Class:<br>SAN JOSE CA SANTA ANA CA AA L2<br>SAN JOSE CA AA L2<br>Ticket Number: 00178186838771 Date of Departure: 03/12<br>Passenger Name: SKIKOS/STEVEN MR<br>Document Type: PASSENGER TICKET<br>Reference No: 320070690071615422<br><u>More Detail</u> | *Rechmann Depositions*<br>*(78320)* | |

| FLIGHT<br>+CHANGE FEES | TRAVEL<br>AGENCY<br>FEES | HOTEL<br>(ORIGINAL) | HOTEL<br>(REDUCED -<br>$250/night + tax) | TAXI | AIRPORT<br>PARKING | MISC |
|---|---|---|---|---|---|---|
| $256.80 | $30.00 | $350.45 | $275.00 | | | |

TOTAL: $561.80

EXHIBIT  20-B

Virtually There - eTicket Receipt Duplicate Copy

https://www.virtuallythere.com/new/eTicketReceiptPrint.html?pnr...



**DANA NIGUEL TRAVEL**
PHONE: 949-496-0401

eTicket Receipt Duplicate Copy

🖨 Print this page | Close window | Help

| | |
|---|---|
| Sabre Reservation Code: **CXHRFX** | Issuing agent: DANA POINT CA |
| | Issuing agent: BK10/AKT |
| Ticket number: 0017818683877 | IATA number: 05759725 |
| Issuing airline: AMERICAN AIRLINES | Invoice number: 0023877 |
| Date issued: 09MAR07 | |
| Passenger: SKIKOS/STEVEN MR | |

**12MAR07    AMERICAN AIRLINES AA 1833**
From: SAN JOSE CA, CA    Departs:750A  Economy  Confirmed
To:    SANTA ANA, CA    Arrives: 910A  Fare basis: L26D

**13MAR07    AMERICAN AIRLINES AA 3174**
From: SANTA ANA; CA    Departs:735P Economy Confirmed
To:    SAN JOSE CA, CA    Arrives: 850P Fare basis: L26D
Operated by: AMERICAN EAGLE
Airline Confirmation: CXHRFX

*Vioxx - Berwick*

*(Pechmann Deps).*

Form of payment: Credit Card – American Express:
XXXXXXXXXX 7082

Endorsement / restrictions: NONE

Fare calculation line:
SJC AA SNA109.77L26D AA SJC109.77L26D 219.54 END
ZPSJCSNA XT5.00AY9.00XFSJC4.5SNA4.5

| | | |
|---|---|---|
| Fare: | USD 219.54 | |
| Taxes/fees/charges | | |
| Taxes/fees/charges:USD | 16.46 US | US Transportation Tax |
| Taxes/fees/charges:USD | 6.80 ZP | US Segment Tax |
| Taxes/fees/charges:USD | 14.00 XT | Combined Taxes |
| Total: | USD 256.80 | |

**Positive Identification required for airport check in**

Notice:
Carriage and other service provided by the carrier are subject to conditions of carriage, which are hereby incorporated by reference. These conditions may be obtained from the issuing carrier.

Important legal notices

Copyright and Trademark Notices

*Satre*
**virtually there**

**EXHIBIT    20-B**

3/12/2007 8:50 AM

FAC Resp. Exhibit B -- 1331

**Eileen McInerney**

| | |
|---|---|
| **From:** | Thanks for staying! [efolio@marriott.com] |
| **Sent:** | Thursday, March 06, 2008 1:44 PM |
| **To:** | Eileen McInerney |
| **Subject:** | Your Mar 12, 2007 - Mar 13, 2007 stay at the Newport Beach Marriott Hotel & Spa |

Thank you for choosing the Newport Beach Marriott Hotel & Spa for your recent stay.

As requested, below is a billing summary or adjustment for your stay. **If you have questions about your bill,** please contact us at (866) 435-7627 or mbs.customer.svc@marriott.com.

Make another reservation on Marriott.com >>



Marriott Rewards members may receive this email automatically after every stay.

Modify your email preferences >>

Summary of Your Stay

Hotel: Newport Beach Marriott Hotel & Spa
900 Newport Center Drive
Newport Beach, California 92660
USA
(949) 640-4000

Guest: SKIKOS/STEVEN/MR
34112 ST OF THE VIOL
DANA POINT, CA 926292595
USA

Dates of stay: Mar 12, 2007 - Mar 13, 2007
Guest number: 15083
Marriott Rewards number: XXXXX7550

Room number: 711
Group number:

| Date | Description | Reference | Charges | Credits |
|---|---|---|---|---|
| 03/12/07 | ROOM | 711, 1 | 289.00 | |
| 03/12/07 | RM TX | 711, 1 | 28.90 | |
| 03/12/07 | CA FEE | 711, 1 | 0.20 | |
| 03/12/07 | MKTPLACE | 4315 | 6.40 | |
| 03/12/07 | VIS VLT | 1 CAR | 16.00 | |
| 03/12/07 | TELECOMM | TELECOM | 9.95 | |
| 03/13/07 | Payment - Visa/Mastercard XXXXXXXXXXX7814 | | | 350.45 |

EXHIBIT 20·B

Attachment "C"

**Reporting Period:**
**From: April 1, 2007**
**To: April 30, 2007**

**Firm Name:** Lopez, Hodes, Restaino, Milman & Skikos

| MDL 1657 – VIOXX PRODUCTS LIABILITY LITIGATION COMMON HELD COSTS AND EXPENSES FROM: April 1, 2007  THROUGH: April 30, 2007 | |
|---|---|
| **CLIENT COSTS/EXPENSES** | **TOTAL** |
| Telefax charges | |
| Postage, shipping, courier, certified mail | |
| Printing and photocopying (in-house) | |
| Computerized research – Lexis/Westlaw | |
| Telephone – long distance (actual charges only) | |
| Travel | |
| Secretarial and clerical overtime | |
| **TOTAL COSTS** | $0.00 |

\*Please attach documentation for each expense reported.

I certify that these expenses are properly document, complete and accurate and have been incurred for the common benefit.

Signature _____    Date 3/26/08

- 26 -

FAC Resp. Exhibit B -- 1333

Attachment "C"

**Reporting Period:**
**From: May 1, 2007**
**To: May 31, 2007**        **Firm Name:** Lopez, Hodes, Restaino, Milman & Skikos

| MDL 1657 – VIOXX PRODUCTS LIABILITY LITIGATION<br>COMMON HELD COSTS AND EXPENSES<br>FROM: May 1, 2007   THROUGH: May 31, 2007 | |
|---|---|
| **CLIENT COSTS/EXPENSES** | **TOTAL** |
| Telefax charges | |
| Postage, shipping, courier, certified mail | |
| Printing and photocopying (in-house) | |
| Computerized research – Lexis/Westlaw | |
| Telephone – long distance (actual charges only) | |
| Travel | |
| Secretarial and clerical overtime | |
| **TOTAL COSTS** | **$0.00** |

*Please attach documentation for each expense reported.

I certify that these expenses are properly document, complete and accurate and have been incurred for the common benefit.

Signature _____        3/26/08
                                      Date

- 27 -

Attachment "C"

**Reporting Period:**
**From: June 1, 2007**
**To: June 30, 2007**          **Firm Name:** Lopez, Hodes, Restaino, Milman & Skikos

| MDL 1657 – VIOXX PRODUCTS LIABILITY LITIGATION COMMON HELD COSTS AND EXPENSES FROM: June 1, 2007  THROUGH: June 30, 2007 | |
|---|---|
| CLIENT COSTS/EXPENSES | TOTAL |
| Telefax charges | |
| Postage, shipping, courier, certified mail | |
| Printing and photocopying (in-house) | |
| Computerized research – Lexis/Westlaw | |
| Telephone – long distance (actual charges only) | |
| Travel | |
| Secretarial and clerical overtime | $0.00 |
| TOTAL COSTS | |

*Please attach documentation for each expense reported.

I certify that these expenses are properly document, complete and accurate and have been incurred for the common benefit.

_____                    3/26/08
Signature                                                   Date

- 28 -

FAC Resp. Exhibit B -- 1335

Attachment "C"

**Reporting Period:**
**From: July 1, 2007**
**To: July 31, 2007**          **Firm Name:** Lopez, Hodes, Restaino, Milman & Skikos

| MDL 1657 – VIOXX PRODUCTS LIABILITY LITIGATION COMMON HELD COSTS AND EXPENSES FROM: July 1, 2007  THROUGH: July 31, 2007 | |
| --- | --- |
| **CLIENT COSTS/EXPENSES** | **TOTAL** |
| Telefax charges | |
| Postage, shipping, courier, certified mail | |
| Printing and photocopying (in-house) | |
| Computerized research – Lexis/Westlaw | |
| Telephone – long distance (actual charges only) | |
| Travel | |
| Secretarial and clerical overtime | |
| **TOTAL COSTS** | $0.00 |

*Please attach documentation for each expense reported.

I certify that these expenses are properly document, complete and accurate and have been incurred for the common benefit.

_____          3/26/08
Signature                                                        Date

- 29 -

FAC Resp. Exhibit B -- 1336

Attachment "C"

**Reporting Period:**
**From: August 1, 2007**
**To: August 31, 2007**   **Firm Name:** Lopez, Hodes, Restaino, Milman & Skikos

| MDL 1657 – VIOXX PRODUCTS LIABILITY LITIGATION COMMON HELD COSTS AND EXPENSES FROM: August 1, 2007  THROUGH: August 31, 2007 | |
|---|---|
| **CLIENT COSTS/EXPENSES** | **TOTAL** |
| Telefax charges | |
| Postage, shipping, courier, certified mail | |
| Printing and photocopying (in-house) | |
| Computerized research – Lexis/Westlaw | |
| Telephone – long distance (actual charges only) | |
| Travel | |
| Secretarial and clerical overtime | |
| **TOTAL COSTS** | $0.00 |

*Please attach documentation for each expense reported.

I certify that these expenses are properly document, complete and accurate and have been incurred for the common benefit.

_____        3/26/08
Signature                                                  Date

- 30 -

FAC Resp. Exhibit B -- 1337

Attachment "C"

**Reporting Period:**
**From: September 1, 2007**
**To: September 30, 2007**   **Firm Name:** Lopez, Hodes, Restaino, Milman & Skikos

| MDL 1657 – VIOXX PRODUCTS LIABILITY LITIGATION<br>COMMON HELD COSTS AND EXPENSES<br>FROM: September 1, 2007  THROUGH: September 30, 2007 | |
|---|---|
| **CLIENT COSTS/EXPENSES** | **TOTAL** |
| Telefax charges | |
| Postage, shipping, courier, certified mail | |
| Printing and photocopying (in-house) | |
| Computerized research – Lexis/Westlaw | |
| Telephone – long distance (actual charges only) | |
| Travel | |
| Secretarial and clerical overtime | $0.00 |
| **TOTAL COSTS** | |

*Please attach documentation for each expense reported.

I certify that these expenses are properly document, complete and accurate and have been incurred for the common benefit.

_____     3/26/08
Signature                                                          Date

- 31 -

FAC Resp. Exhibit B -- 1338

Attachment "C"

**Reporting Period:**
**From: October 1, 2007**
**To: October 31, 2007**        **Firm Name:** Lopez, Hodes, Restaino, Milman & Skikos

| MDL 1657 – VIOXX PRODUCTS LIABILITY LITIGATION COMMON HELD COSTS AND EXPENSES FROM: October 1, 2007 THROUGH: October 31, 2007 | |
|---|---|
| **CLIENT COSTS/EXPENSES** | **TOTAL** |
| Telefax charges | |
| Postage, shipping, courier, certified mail | |
| Printing and photocopying (in-house) | |
| Computerized research – Lexis/Westlaw | |
| Telephone – long distance (actual charges only) | |
| Travel | |
| Secretarial and clerical overtime | |
| **TOTAL COSTS** | $0.00 |

*Please attach documentation for each expense reported.

I certify that these expenses are properly document, complete and accurate and have been incurred for the common benefit.

Signature _____        Date  3/26/08

- 32 -

FAC Resp. Exhibit B -- 1339

Attachment "C"

**Reporting Period:**
**From: November 1, 2007**
**To: November 30, 2007**     **Firm Name:** Lopez, Hodes, Restaino, Milman & Skikos

| MDL 1657 – VIOXX PRODUCTS LIABILITY LITIGATION COMMON HELD COSTS AND EXPENSES FROM: November 1, 2007  THROUGH: November 30, 2007 | |
|---|---|
| **CLIENT COSTS/EXPENSES** | **TOTAL** |
| Telefax charges | |
| Postage, shipping, courier, certified mail | |
| Printing and photocopying (in-house) | |
| Computerized research – Lexis/Westlaw | |
| Telephone – long distance (actual charges only) | |
| Travel | |
| Secretarial and clerical overtime | |
| **TOTAL COSTS** | $0.00 |

*Please attach documentation for each expense reported.

I certify that these expenses are properly document, complete and accurate and have been incurred for the common benefit.



Signature _____     Date  3/26/08

- 33 -

Attachment "C"

**Reporting Period:**
**From: December 1, 2007**
**To: December 31, 2007**    **Firm Name:** Lopez, Hodes, Restaino, Milman & Skikos

| MDL 1657 – VIOXX PRODUCTS LIABILITY LITIGATION COMMON HELD COSTS AND EXPENSES FROM: December 1, 2007 THROUGH: December 31, 2007 | |
|---|---|
| **CLIENT COSTS/EXPENSES** | **TOTAL** |
| Telefax charges | |
| Postage, shipping, courier, certified mail | |
| Printing and photocopying (in-house) | |
| Computerized research – Lexis/Westlaw | $99.00 |
| Telephone – long distance (actual charges only) | |
| Travel | $2,490.60 |
| Secretarial and clerical overtime | |
| **TOTAL COSTS** | $2,589.60 |

*Please attach documentation for each expense reported.

I certify that these expenses are properly document, complete and accurate and have been incurred for the common benefit.

_____         3/10/08
Signature                                         Date

- 21 -

FAC Resp. Exhibit B -- 1341

VIOXX MDL 1657
Lopez, Hodes, Restaino, Milman Skikos
Monthly Expenses

| December, 2007 CATEGORY | ATTY | PURPOSE | AMOUNT | | REF. NO. |
|---|---|---|---|---|---|
| Telefax | | | | | |
| Postage, Shipping, Courier, Certified Mail | | | | | |
| Printing and photocopying (in-house) | | | | | |
| Computerized research - Lexis/Westlaw | | | | | |
| Telephone - long distance | Kathleen Millican | Vioxx Settlement Audio Conference | $ | 99.00 | 21-A |
| | Steve Skikos | Roundtrip airfare SFO-New Orleans (date of departure: 12/9/07), hotel accommodations at Ritz Carlton New Orleans, travel agency booking fee, Mealey's Conference Fees, limo home from airport - Vioxx Settlement Conference | $ | 2,490.60 | 21-B |
| Travel | | | | | |
| Secretarial and clerical overtime | | | | | |
| TOTAL COSTS | | | $ | 2,589.60 | |

FAC Resp. Exhibit B -- 1342

event

https://event.meetingone.com/mo.cfm/en/page=dsp.registerComplete



*KNM -*
*Vioxx*
*78000*

Version 1.6.5

**Registration Complete**

You have successfully registered for this event. A confirmation e-mail will be sent to the e-mail address provided.

Dear Kathleen Millican

You have successfully registered for the following Event:

Topic: Vioxx Settlement: What It Means for Your Clients
Date: 11/15/2007 11:00 AM Eastern Time
Cost: $99.00

This email is your receipt.

Please follow these steps below to participate.
**To join the audio conference:**
A few minutes prior to the event, dial 8888036413
Outside of North America, dial
Your Code: 4098
If you have any additional questions on how to join this event, please contact MeetingOne
Customer Service at 1-888-523-8445 (within the US) or 1-720-946-2162 (International) between
6am and 6pm US Mountain Standard Time.

© 2007 MeetingOne Events Management

**EXHIBIT** *2J - A*

11/14/2007 1:44 PM

FAC Resp. Exhibit B -- 1343

| | 12/10/2007 | | AMERICAN AIRLINES IRVINE CA<br>AMERICAN AIRLINES<br>From: To: Carrier: Class:<br>NEW ORLEANS LA DALLAS/FT WORTH TX AA YU<br>SAN FRANCISCO CA AA YU<br>Ticket Number: 0017023454041 Date of Departure: 12/11<br>Passenger Name: SKIKOS/STEVEN<br>Document Type: PASSENGER TICKET<br>Reference No: 320073450109324102<br>More Detail | STEVE J SKIKOS | 1,047.80 |
|---|---|---|---|---|---|
| | 12/10/2007 | | TRAVEL AGENCY SERVICE IRVINE CA<br>TRAVEL AGENCY SERVICE FEE<br>Routing Details Not Available<br>Ticket Number: 0008103973511<br>Passenger Name: SKIKOS/STEVEN<br>Document Type: MISC. CHARGE ORDER (MCO)/PREPAID TICKET AUTH.<br>Reference No: 320073450109324101<br>More Detail | STEVE J SKIKOS | 30.00 |
| | 12/11/2007 | | THE RITZ CARLTON HOTNEW ORLEANS LA<br>Arrival Date Departure Date<br>12/08/07 12/11/07<br>00000000<br>LODGING<br>Reference No: 320073470132704057<br>More Detail | STEVE J SKIKOS | 7.85 |
| | 12/11/2007 | | THE RITZ CARLTON HOTNEW ORLEANS LA<br>Arrival Date Departure Date<br>12/08/07 12/11/07<br>00000000<br>LODGING<br>Reference No: 320073470132704056<br>More Detail | STEVE J SKIKOS | 554.70 |
| | 12/12/2007 | | MEALEY PUBLICATIONS KING OF PRUSS PA<br>8008528307<br>Description<br>SUBSCRIPTIONS<br>Reference No: 320073470132704056<br>More Detail | STEVE J SKIKOS | 1,198.90 |

*Handwritten annotations: V1DXX-17820  455-17 / 456-17 Entered / 451-17 / 457-17*

| FLIGHT<br>+CHANGE FEES | TRAVEL<br>AGENCY<br>FEES | HOTEL<br>(ORIGINAL) | HOTEL<br>(REDUCED -<br>$250/night + tax) | TAXI | AIRPORT<br>PARKING | MISC |
|---|---|---|---|---|---|---|
| $1,047.80 +<br>$1,047.80<br>$2,095.60 | $60.00 | $554.70<br>(1 night) | $275.00 | $110.00 -<br>reduced<br>$60.00 | | |

TOTAL: $2,490.60

EXHIBIT  21-B

**Eileen McInerney**

**From:** bookstore@lexisnexis.com
**Sent:** Sunday, December 09, 2007 8:34 PM
**To:** Steven Skikos
**Subject:** Your order with LexisNexis Bookstore (BLN0264102) on 2007-12-09

Dear Steve Skikos :

Thank you for your order from the LexisNexis® Bookstore! **You've qualified for a discount on your next bookstore purchase--see details below.** Here is a summary of your order:

| Order #: BLN0264102 | Order Date: 2007-12-09 | Delivery: Standard |
|---|---|---|

Products Ordered from LexisNexis Mealey's:

| PUBLISHER | TITLE | PRODUCT TYPE | DURATION | ISBN/ISSN | QUANTITY | LOCATION | PRICE |
|---|---|---|---|---|---|---|---|
| LexisNexis Mealey's | ** Mealey's VIOXX® Settlement Conference: A Plaintiff Bar Discussion & Roundtable* | Conference Registration | - | | 1 | The Ritz-Carlton Hotel, New Orleans | $1195.00 |
| | | | | | | Vendor Subtotal Price: | $1195.00 |

**Contact Information:** Should you have any questions regarding your order, please feel free to contact Customer Support via e-mail at MealeyInfo@LexisNexis.com or by phone at 1-800-Mealeys (632-5397) (9:00 am - 5:00 pm EST, Monday - Friday). International customers should call 610-768-7800.

Subtotal Price:   $1195.00

** Plus sales tax where applicable will be added to your order.

**Payment Information:** You will be charged using the payment method you selected. Charges will be for the total amount of your order, including shipping and handling, if applicable, and any applicable sales tax.

**NOTE:** You will receive a separate email receipt/confirmation for any Conference/Teleconference Registration ordered.

Thank you for shopping at the LexisNexis Bookstore!

Save 20% on your next purchase! Simply enter the promotion code AUTUMN8 when you checkout. This offer expires December 31, 2007, and is limited to one order per customer. Other restrictions apply; Academic Press, AHLA, Corporate Affiliations, Martindale-Hubbell, Mealey's, and Florida Bar titles excluded.

EXHIBIT  21-B

*New Orleans*
*Mealey's Vioxx*
*Settlement*
*Conference*
*Julio home from SFO*

**Eileen McInerney**

**From:** Valerie Woolever [Valerie.W@travelstoreusa.com]
**Sent:** Friday, December 07, 2007 4:45 PM
**To:** Eileen McInerney
**Cc:** Steven Skikos
**Subject:** Confirmed and ticketed for New Orleans on Sunday, Dec 9

DATE: 07 DEC 07

CUSTOMER NBR: IRCVW51002        DUPLICATE   CPDAWA        PAGE: 01

TO: LOPEZ AND HODES

STEVE SKIKOS

625 MARKET STREET, 11TH FLOOR

SAN FRANCISCO CA 94105

FOR: SKIKOS/STEVEN

YOUR AMERICAN AIRLINES CONFIRMATION/LOCATOR IS CPDAWA

PLEASE SHOW PHOTO ID FOR YOUR ELECTRONIC TICKET

09 DEC 07 - SUNDAY

AIR  AMERICAN AIRLINES   FLT:1602  FIRST CLASS   SNACK

LV SAN FRANCISCO        305P      EQP: MD-80

EXHIBIT 21-B

12/10/2007

FAC Resp. Exhibit B -- 1346

DEPART: TERMINAL 3                03HR 25MIN

AR DALLAS FT WORTH          830P        NON-STOP

REF: CPDAWA

SKIKOS/STEVEN    SEAT-5A    AA-8X0R524

AIR   AMERICAN AIRLINES   FLT:1431   FIRST CLASS

LV DALLAS FT WORTH         1000P        EQP: BOEING 737-800

01HR 15MIN

AR NEW ORLEANS          1115P        NON-STOP

REF: CPDAWA

SKIKOS/STEVEN    SEAT-6E    AA-8X0R524

HOTEL NEW ORLEANS          OUT-11DEC

RITZ CARLTON HOTELS          2 NIGHTS

RITZ-CARLTON NEW OR          1 ROOM    REGULAR RATE * CITY VIEW R

921 CANAL STREET          FRETTE LINEN W-FEATHER BED* L

NEW ORLEANS LA 70112          RATE-209.00USD PER NIGHT

FONE 504-524-1331          CANCEL 03 DAYS PRIOR TO ARRIVAL

FAX  504-524-7675

GUARANTEED LATE ARRIVAL

CONFIRMATION 86197738

NS KING

WE APPRECIATE YOUR BUSINESS

MCO     XD8105328057

BILLED TO AMERICAN EXPRESS          30.00*

EXHIBIT  21-B

12/10/2007

FAC Resp. Exhibit B -- 1347

AIR TICKET   AA7093504536   SKIKOS STEVEN

ELEC TKT                    BILLED TO AMERICAN EXPRESS      1,047.80*

                            -------------

          SUB TOTAL              1,077.80

          NET CC BILLING             1,077.80*

                            -------------

          TOTAL AMOUNT DUE           0.00

CONTINUED ON PAGE 2

SALES PERSON: VW      ITINERARY/INVOICE NO. 0303528      DATE: 07 DEC 07

CUSTOMER NBR: IRCVW51002      DUPLICATE   CPDAWA      PAGE: 02

TO: LOPEZ AND HODES

    STEVE SKIKOS

    625 MARKET STREET, 11TH FLOOR

    SAN FRANCISCO CA 94105

FOR: SKIKOS/STEVEN

                                        EXHIBIT   21-B

12/10/2007                              FAC Resp. Exhibit B -- 1348

**Eileen McInerney**

From: Valerie Woolever [Valerie.W@travelstoreusa.com]
Sent: Monday, December 10, 2007 3:40 PM
To: Eileen McInerney
Subject: Steve is confirmed and ticketed for return tomorrow

| | | |
|---|---|---|
| SALES PERSON: VW | ITINERARY/INVOICE NO. 0303622 | DATE: 10 DEC 07 |
| CUSTOMER NBR: IRCVW51002 | DUPLICATE   CRBFEM | PAGE: 01 |

```
TO: LOPEZ AND HODES
    STEVE SKIKOS
    625 MARKET STREET, 11TH FLOOR
    SAN FRANCISCO CA 94105
```

FOR: SKIKOS/STEVEN

YOUR AMERICAN AIRLINES CONFIRMATION/LOCATOR IS CRBFEM
PLEASE SHOW PHOTO ID FOR YOUR ELECTRONIC TICKET

```
11 DEC 07 - TUESDAY
AIR  AMERICAN AIRLINES    FLT:2257  FIRST CLASS
     LV NEW ORLEANS            1055A        EQP: MD-80
                              01HR 35MIN
                              1230P         NON-STOP
     AR DALLAS FT WORTH                     REF: CRBFEM
        SKIKOS/STEVEN    SEAT-4E  AA-8X0R524
AIR  AMERICAN AIRLINES    FLT:1441  FIRST CLASS   LUNCH
     LV DALLAS FT WORTH       130P         EQP: MD-80
                              03HR 50MIN
                              320P          NON-STOP
     AR SAN FRANCISCO                       REF: CRBFEM
     ARRIVE: TERMINAL 3
        SKIKOS/STEVEN    SEAT-6F  AA-8X0R524
     WE APPRECIATE YOUR BUSINESS
```

| | | | |
|---|---|---|---|
| MCO | XD8105397381 | BILLED TO AMERICAN EXPRESS | 30.00* |
| AIR TICKET | AA7093504604 | SKIKOS STEVEN | |
| ELEC TKT | | BILLED TO AMERICAN EXPRESS | 1,047.80* |
| | | SUB TOTAL | 1,077.80 |
| | | NET CC BILLING | 1,077.80* |
| | | TOTAL AMOUNT DUE | 0.00 |

REFUNDS/REISSUES/CANCELS ARE SUBJECT TO A HANDLING FEE
PLEASE REVIEW YOUR ITINERARY. TRAVELSTORE WILL NOT
ACCEPT RESPONSIBILITY FOR DISCREPANCIES BEYOND 24 HOURS
FROM RECEIPT OF THIS ITINERARY.

EXHIBIT  21-B

Sep 13 08 07:32p     JULIO POSTIGLIONNE     510-4411505     P.1

Vioxx - 17800

## Julio Limousine Service

32461 Woodland dr.
Union City, CA. 94587
Cell: 415.606.1152
Fax: 510.441.1505

# Invoice

Number: **2666**

Date:   December 13, 2007

**Bill To:**
STEVE SKIKOS
LOPEZ,HODES,RESTAINO&SKIKOS
625 MARKET ST 11FLOOR
SF, CA 94105

**Ship To:**

| Date | Description | Hours | Price | Tax 1 | Tax 2 | Amount |
|------|-------------|-------|-------|-------|-------|--------|
| | | | | | | 110.00 |
| 12/11/07 | SF TO WOODSIDE | | | | | |

| | | |
|---|---|---|
| Sub-Total | | $110.00 |
| State Tax 10.00% on 0.00 | | 0.00 |
| GRATUITY 15.00% on 0.00 | | 0.00 |
| Total | | $110.00 |

Amount Paid: 110.00
Amount Due: 0.00

| 0 - 30 days | 31 - 60 days | 61 - 90 days | > 90 days | Total |
|-------------|--------------|--------------|-----------|-------|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT** 21-B

Attachment "C"

**Reporting Period:**
**From: March 1, 2008**
**To: March 31, 2008**          **Firm Name:** Lopez, Hodes, Restaino, Milman & Skikos

| MDL 1657 – VIOXX PRODUCTS LIABILITY LITIGATION COMMON HELD COSTS AND EXPENSES FROM: March 1, 2008 THROUGH: March 31, 2008 | |
|---|---|
| CLIENT COSTS/EXPENSES | TOTAL |
| Telefax charges | |
| Postage, shipping, courier, certified mail | |
| Printing and photocopying (in-house) | |
| Computerized research – Lexis/Westlaw | |
| Telephone – long distance (actual charges only) | $1,091.74 |
| Travel | |
| Secretarial and clerical overtime | |
| TOTAL COSTS | $1,091.74 |

\*Please attach documentation for each expense reported.

I certify that these expenses are properly document, complete and accurate and have been incurred for the common benefit.

_____                    9/28/08
Signature                                                            Date

VIOXX MDL 1657
Lopez, Hodes, Restaino, Milman Skikos
Monthly Expenses

| March, 2008 | | | |
|---|---|---|---|
| CATEGORY | ATTY | PURPOSE | AMOUNT |
| Telefax | | | |
| Postage, Shipping, Courier, Certified Mail | | | |
| Printing and photocopying (in-house) | | | |
| Computerized research – Lexis/Westlaw | | | |
| Telephone - long distance | | | |
| | Steve Skikos | Roundtrip airfare SFO-New Orleans (date of departure: 3/2/08), hotel accommodations at Ritz Carlton New Orleans, travel agency booking fee | $ 1,091.74 |
| Travel | | | |
| Secretarial and clerical overtime | | | |
| TOTAL COSTS | | | $ 1,091.74 |



## THE RITZ-CARLTON
### NEW ORLEANS

Steven  Skikos

United States

| | |
|---|---|
| Room Number: | 0622 |
| Arrival Date: | 03/02/08 |
| Departure Date: | 03/04/08 |
| CRS Number: | x88574607 |
| Page No: | 1 of 1 |

**INFORMATION INVOICE**

Folio No: 77423

05/21/08

The Ritz-Carlton, New Orleans

| Date | Description | | | Charges | Credits |
|---|---|---|---|---|---|
| 03/02/08 | Room Charge | | | 249.00 | |
| 03/02/08 | Room Tax City 4% | | | 9.96 | |
| 03/02/08 | Room Tax State 9% | | | 22.41 | |
| 03/02/08 | Occupancy Tax | | | 2.00 | |
| 03/03/08 | ~~High Speed Internet~~ | ~~00:00 #622 - INTERNET T~~ | | ~~10.95~~ | |
| 03/03/08 | ~~Coffee Cart~~ | ~~CHECK #1858~~ | | ~~10.57~~ | |
| 03/03/08 | ~~Long Distance Phone~~ | ~~13:16 #17622. 1210921951~~ ~~[00.05.00]~~ | | ~~20.70~~ | |
| 03/03/08 | Room Charge | | | 249.00 | |
| 03/03/08 | Room Tax City 4% | | | 9.96 | |
| 03/03/08 | Room Tax State 9% | | | 22.41 | |
| 03/03/08 | Occupancy Tax | | | 2.00 | |
| 03/04/08 | American Express | XXXXXXXXXXX7082 | XX/XX | | 611.33 |
| | **Total** | | | 611.33 | ~~611.33~~ |
| | **Balance** | | | 0.00 | |

Total : +566.74

921 CANAL STREET, NEW ORLEANS, LOUISIANA 70112
tel. (504) 524-1331   fax (504) 524-1375   www.ritzcarlton.com

FAC Resp. Exhibit B -- 1353

**Eileen McInerney**

| | |
|---|---|
| **From:** | Valerie Woolever [Valerie.W@travelstoreusa.com] |
| **Sent:** | Friday, February 29, 2008 5:56 PM |
| **To:** | Steven Skikos |
| **Cc:** | Eileen McInerney |
| **Subject:** | Confirmed and ticketed AIR TRAN March 2 to N.O. |

Have alerted hotel you are arriving 9am Monday morning and hotel is booked for night before to guarantee the room.


SALES PERSON: VW       ITINERARY/INVOICE NO. 0312757        DATE: 29 FEB 08
CUSTOMER NBR: IRCVW51002            DUPLICATE   NNZCIN        PAGE: 01

            TO: LOPEZ AND HODES
                STEVE SKIKOS
                625 MARKET STREET, 11TH FLOOR
                SAN FRANCISCO CA 94105


FOR: SKIKOS/STEVEN


02 MAR 08 - SUNDAY
    OTHER INFO
        AIRTRAN ETKT CONFO M1DMVB
        FINAL PAYMENT
                        BILLED TO AMERICAN EXPRESS        495.00*
    AIR   AIRTRAN AIRWAYS    FLT:52   BUSINESS
          LV SAN FRANCISCO         1040P      EQP: BOEING 737-700
          DEPART: TERMINAL 1                  04HR 20MIN

03 MAR 08 - MONDAY
          AR ATLANTA            600A      NON-STOP
          ARRIVE: NORTH TERMINAL
    AIR   AIRTRAN AIRWAYS    FLT:473   BUSINESS
          LV ATLANTA             805A      EQP: BOEING 717
          DEPART: NORTH TERMINAL            01HR 26MIN
          AR NEW ORLEANS         831A      NON-STOP

02 MAR 08 - SUNDAY
    HOTEL NEW ORLEANS              OUT-04MAR
        RITZ CARLTON HOTELS       2 NIGHTS
        RITZ-CARLTON NEW OR         1 ROOM    CORPORATE RATE * LIMITED V
        921 CANAL STREET        MARBLE BATH * FEATHER BED * N
        NEW ORLEANS LA 70112       RATE-249.00USD PER NIGHT
        FONE 504-524-1331       CANCEL 03 DAYS PRIOR TO ARRIVAL
        FAX  504-524-7675
        GUARANTEED LATE ARRIVAL
        CONFIRMATION 88574607

5/21/2008                                     FAC Resp. Exhibit B -- 1354

```
          GUEST TO ARRIVE 0900 ON 03MARCH
MCO       XD8127668395
                    BILLED TO AMERICAN EXPRESS          30.00*
                               ---------------
                    SUB TOTAL               525.00
                    NET CC BILLING          525.00*
                               ---------------
                    TOTAL AMOUNT DUE          0.00
```

REFUNDS/REISSUES/CANCELS ARE SUBJECT TO A HANDLING FEE
PLEASE REVIEW YOUR ITINERARY. TRAVELSTORE WILL NOT
ACCEPT RESPONSIBILITY FOR DISCREPANCIES BEYOND 24 HOURS
FROM RECEIPT OF THIS ITINERARY.

```
Valerie Woolever
TravelStore-Irvine
18881 Von Karman Ave
Suite 1400
Irvine CA 92612
949-930-9269 direct phone/fax
Valerie.W@travelstoreusa.com
http://www.travelstoreusa.com/
```

FAC Resp. Exhibit B -- 1355

| Check Requests - "Shared Expenses" |
|---|
| $ 100.00 |
| $ 70.00 |
| $ 10,000.00 |
| $ 5,000.00 |
| $ 5,000.00 |
| $ 5,000.00 |
| $ 5,000.00 |
| $ 1,283.70 |
| $ 3,500.00 |
| $ 15,962.36 |
| $ 1,000.00 |
| $ 400.00 |
| $ 434.13 |
| **$ 52,750.19** |

# LOPEZ, HODES, RESTAINO, MILMAN & SKIKOS

### A LAW CORPORATION

625 MARKET STREET ♦ 11TH FLOOR ♦ SAN FRANCISCO, CA 94105
TELEPHONE / 415.956.5257   FACSIMILE / 415.956.4416

March 10, 2008

**<u>VIA FEDERAL EXPRESS</u>**

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

      Re:   *Vioxx MDL 1657 Check Request Forms*

Dear Mr. Russ:

      Enclosed, please find our firm's completed common benefit-related "Check Request Forms" and back-up receipts in the above mentioned litigation.  Should you have any questions, please do not hesitate to contact me.

                      Very truly yours,

                      Steven J. Skikos

/jem

Enclosure

FAC Resp. Exhibit B -- 1357

Attachment "B"

## MDL 1657: VIOXX PRODUCTS LIABILITY LITIGATION
### CHECK REQUEST FORM FOR SHARED EXPENSES

| | GENERAL CHECK REQUEST INFORMATION | |
|---|---|---|
| 1. | Date: | March 4, 2008 |
| 2. | I am requesting a check from: | Plaintiffs' Liaison Counsel, Russ M. Herman |
| 3. | Payable To: (Name & Address) | Lopez, Hodes, Restiano, Milman & Skikos 625 Market Street, 11th Floor San Francisco, CA  94105 |
| 4. | Social Security # or TIN # of the payee: | TIN: 33-0223255 |
| 5. | Invoice No.: | 82770 |
| 6. | Date check needed (check one) | Now        30 Days        60 Days        90 Days        Other    X |
| 7. | Purpose of Check: | Federal/US District Court Subpoena – Lee S. Simon, M.D. |
| 8. | Amount of Check: | $100.00 |
| 9. | Documentation[1] | Yes:    X       No: |
| 10. | Send Check To (check one): | Requestor       X       OR    Payee |
| 11. | Requesting Attorney's Signature[2] | |

| Liaison Counsel Accounting Use Only: |
|---|
| Check #: |
| Approved by Plaintiffs' Liaison Counsel:                                          Date: |

---

[1] Documentation must be provided with check request.
[2] By signing this request, you certify that the expense request is properly documented, complete and accurate and is being incurred for the common benefit.

- 1 -

Sep 20 2005 11:29AM   LOPEZ HODES/BOSTON          (617) 227-4006    p.2

## September 2, 2005

**Butler and Witten**
1895 Centre St., Suite 202
Boston, MA, 02132
(617) 325-6455 , Fax (617) 325-5952

$47$

### RETURN SERVICE REQUESTED

## Invoice

LOPEZ HODES RESTAINO MILMAN AND SKIKOS
95 COMMERCIAL WHARF
BOSTON MA 02110
Attny: Michael R. Hugo



### Reference Job #82770 when remitting.

In Re: Vioxx Products Liability Litigation vs Defendant not
provided
**Docket/Case Number: 1657**
**Federal/US District Court Subpoena**
**Lee S. Simon M.D.**

Completed Personal Service to Lee S. Simon M.D. on
August 29, 2005 at 2:50 PM,
at: 35 Oldham Road, West Newton, MA
by Joseph P. Butler Jr., Process Server
Action/Hearing Date **September 26, 2005, @ 2:00 PM.**

Address Correction $45.00

Service was attempted at the address provided at 25
Shattuck Street, Boston, MA — individual does not work at
this address any longer.

Service & Travel $55.00

Fee for Service: $100.00

**Please Remit:   $100.00**

All invoices are due upon receipt.

## Thank you for placing your trust in us.

Vioxx
MDL

FAC Resp. Exhibit B -- 1359

Attachment "B"

## MDL 1657: VIOXX PRODUCTS LIABILITY LITIGATION
### CHECK REQUEST FORM FOR SHARED EXPENSES

| | | GENERAL CHECK REQUEST INFORMATION |
|---|---|---|
| 1. | Date: | March 4, 2008 |
| 2. | I am requesting a check from: | Plaintiffs' Liaison Counsel, Russ M. Herman |
| 3. | Payable To: (Name & Address) | Lopez, Hodes, Restiano, Milman & Skikos 625 Market Street, 11th Floor San Francisco, CA 94105 |
| 4. | Social Security # or TIN # of the payee: | TIN: 33-0223255 |
| 5. | Invoice No.: | 82820 |
| 6. | Date check needed (check one) | Now ___ 30 Days ___ 60 Days ___ 90 Days ___ Other _X_ |
| 7. | Purpose of Check: | Federal/US District Court Subpoena – Nitromed Inc. |
| 8. | Amount of Check: | $70.00 |
| 9. | Documentation[3] | Yes: _X_ No: ___ |
| 10. | Send Check To (check one): | Requestor _X_ OR Payee ___ |
| 11. | Requesting Attorney's Signature[4] | |

| Liaison Counsel Accounting Use Only: |
|---|
| Check # |
| Approved by Plaintiffs' Liaison Counsel:                           Date: |

---

[3] Documentation must be provided with check request.
[4] By signing this request, you certify that the expense request is properly documented, complete and accurate and is being incurred for the common benefit.

- 2 -

Sep 20·2005 11:29AM  LOPEZ HODES/BOSTON       (61.) 227-4006       P.1

## September 7, 2005



**Butler and Witten**
1895 Centre St., Suite 202
Boston, MA, 02132
(617) 325-6455 , Fax (617) 325-5952

## RETURN SERVICE REQUESTED

## Invoice

LOPEZ HODES RESTAINO MILMAN AND SKIKOS
95 COMMERCIAL WHARF
BOSTON MA 02110
Attny: Michael R. Hugo



Reference Job #82820 when remitting.

*48*

In Re: Vioxx Products Liability Litigation vs Defendant not
provided
**Docket/Case Number: 1657**
**Federal/US District Court Subpoena**
**Nitromed Inc.**

Service & Travel $70.00

Fee for Service: $70.00

Completed Personal Service to Allison Fethke Esq. , Agent
in Charge on
September 2, 2005 at 11:30 AM,
at: Nitromed Inc., 125 Spring Street, Lexington, MA 02421
by Dennis Mahoney, Constable
Action/Hearing Date **September 26, 2005, @ 11:30 AM.**

**Please Remit:   $70.00**

All invoices are due upon receipt.

## Thank you for placing your trust in us.

VIOXX
MDL

Attachment "B"

## MDL 1657: VIOXX PRODUCTS LIABILITY LITIGATION
### CHECK REQUEST FORM FOR SHARED EXPENSES

| | GENERAL CHECK REQUEST INFORMATION | | | | | |
|---|---|---|---|---|---|---|
| 1. | Date: | March 4, 2008 | | | | |
| 2. | I am requesting a check from: | Plaintiffs' Liaison Counsel, Russ M. Herman | | | | |
| 3. | Payable To: (Name & Address) | Lopez, Hodes, Restiano, Milman & Skikos 625 Market Street, 11th Floor San Francisco, CA 94105 | | | | |
| 4. | Social Security # or TIN # of the payee: | TIN: 33-0223255 | | | | |
| 5. | Invoice No.: | Check No. 64948 | | | | |
| 6. | Date check needed (check one) | Now       30 Days       60 Days       90 Days       Other   X | | | | |
| 7. | Purpose of Check: | Dr. Egil Fosslien, MD – Medical Expert | | | | |
| 8. | Amount of Check: | $10,000.00 | | | | |
| 9. | Documentation[5] | Yes:   X      No: | | | | |
| 10. | Send Check To (check one): | Requestor      X      OR   Payee | | | | |
| 11. | Requesting Attorney's Signature[6] | | | | | |

<br>

| Liaison Counsel Accounting Use Only: |
|---|
| Check# |
| Approved by Plaintiffs' Liaison Counsel:                    Date: |

---

[5] Documentation must be provided with check request.
[6] By signing this request, you certify that the expense request is properly documented, complete and accurate and is being incurred for the common benefit.

- 3 -

FAC Resp. Exhibit B -- 1362

*3*

Page 1 of 1

*17800*

**John Chapman**

| | |
|---|---|
| **From:** | John Restaino |
| **Sent:** | Friday, Dec 30, 2005 10:33 AM |
| **To:** | John Chapman; Kristy Adams |
| **Cc:** | Fosslien, Egil; Ramon Lopez |
| **Subject:** | Retainer check for Vioxx/ ı MDL expert |

John....

Would you please FedEx to Dr. Egil Fosslien a check in the amount of $10,000 as his retainer for being a generic expert for us in the MDL

Dr. Fosslien's SSN is ˊ

The check should be sent to Egil Fosslien, ˈ

Thank you,

John

Lopez, Hodes, Restaino, Milman & Skikos - General                                                              **64948**

                                                                      12/30/05

  Egil Fosslien, MD
  Litigation Expense
  Litigation Expense                         VIOXX - MDL - 17800/EXPERT RETAINER/FOSSLI      *10,*000.00

                                                                                      *156*

NBO - CNB - General   ˊ              )VIOXX - MDL - 17800/EXPER                     10,000.00



525469 (8/05)

12/30/05                                                                    FAC Resp. Exhibit B -- 1363

4:28 PM
03/01/08

# Lopez, Hodes, Restaino, Milman & Skikos
## Transaction Journal
### All Transactions

| Tr | Type | Date | Num | Name | Memo | Account | Class | Debit | Credit |
|---|---|---|---|---|---|---|---|---|---|
| 99 | Check | 12/30/05 | 64948 | FOSSLIEN, EGIL - ...<br>VIOXX - MDL - 17800 | VIOXX - MDL...<br>VIOXX - MDL... | NBO - CNB - Gener...<br>Litigation Expense | OC | 10,000.00 | 10,000.00 |
| | | | | | | | | 10,000.00 | 10,000.00 |
| **TOTAL** | | | | | | | | **10,000.00** | **10,000.00** |

FAC Resp. Exhibit B -- 1364

Attachment "B"

## MDL 1657: *VIOXX PRODUCTS LIABILITY LITIGATION*
### CHECK REQUEST FORM FOR SHARED EXPENSES

| | | GENERAL CHECK REQUEST INFORMATION |
|---|---|---|
| 1. | Date: | March 4, 2008 |
| 2. | I am requesting a check from: | Plaintiffs' Liaison Counsel, Russ M. Herman |
| 3. | Payable To: (Name & Address) | Lopez, Hodes, Restiano, Milman & Skikos 625 Market Street, 11th Floor San Francisco, CA  94105 |
| 4. | Social Security # or TIN # of the payee: | TIN: 33-0223255 |
| 5. | Invoice No.: | Check No. 65900 |
| 6. | Date check needed (check one): | Now        30 Days        60 Days        90 Days        Other    X |
| 7. | Purpose of Check: | Dr. Egil Fosslien, MD – Additional Expert Retainer |
| 8. | Amount of Check: | $5,000.00 |
| 9. | Documentation[7] | Yes:    X      No: |
| 10. | Send Check To (check one): | Requestor    X      OR   Payee |
| 11. | Requesting Attorney's Signature[8] | |

---

Liaison Counsel Accounting Use Only:
Check#
Approved by Plaintiffs' Liaison Counsel:                                Date:

---

[7] Documentation must be provided with check request.
[8] By signing this request, you certify that the expense request is properly documented, complete and accurate and is being incurred for the common benefit.

- 4 -

## John Chapman

| | |
|---|---|
| **From:** | John Restaino |
| **Sent:** | Tuesday, Mar 14, 2006 2:48 PM |
| **To:** | John Chapman |
| **Cc:** | Lenny Davis; shellysanford@goforthlewis.com |
| **Subject:** | Current invoice from Egil Fosslien, MD and request for $5,000 |

John...

Can you mail to Dr. Fosslien an additional $5,000, please?

Thank you.

John

Lopez, Hodes, Restaino, Milman & Skikos - General

65900

Egil Fosslien, MD
Litigation Expense

3/15/06
VIOXX - MDL - 17800/EXPERT RETAINER/FOSSLI

5,000.00

NBO - CNB - General   VIOXX - MDL - 17800/EXPERT RETAINER

5,000.00

FAC Resp. Exhibit B -- 1366

Attachment "B"

## MDL 1657: VIOXX PRODUCTS LIABILITY LITIGATION
### CHECK REQUEST FORM FOR SHARED EXPENSES

| | | GENERAL CHECK REQUEST INFORMATION |
|---|---|---|
| 1. | Date: | March 4, 2008 |
| 2. | I am requesting a check from: | Plaintiffs' Liaison Counsel, Russ M. Herman |
| 3. | Payable To: (Name & Address) | Lopez, Hodes, Restiano, Milman & Skikos 625 Market Street, 11th Floor San Francisco, CA 94105 |
| 4. | Social Security # or TIN # of the payee: | TIN: 33-0223255 |
| 5. | Invoice No.: | Check No. 66032 |
| 6. | Date check needed (check one) | Now     30 Days     60 Days     90 Days     Other   X |
| 7. | Purpose of Check: | Dr. Egil Fosslien, MD – Additional Expert Retainer |
| 8. | Amount of Check: | $5,000.00 |
| 9. | Documentation[9] | Yes:   X     No: |
| 10. | Send Check To (check one): | Requestor   X    OR   Payee |
| 11. | Requesting Attorney's Signature[10] | |

| Liaison Counsel Accounting Use Only: |
|---|
| Check# |
| Approved by Plaintiffs' Liaison Counsel:                    Date: |

---

[9] Documentation must be provided with check request.
[10] By signing this request, you certify that the expense request is properly documented, complete and accurate and is being incurred for the common benefit.

- 5 -

Lopez, Hodes, Restaino, Milman & Skikos - General

Egil Fosslien, MD
Litigation Expense

VIOXX - MDL - 17800/EXPERT RETAINER/FOSSLI                3/29/06

66032

5,000.00   233

233

NBO - CNB - General    VIOXX - MDL - 17800/EXPERT RETAINER

5,000.00



530817 (1/06)

233

## John Chapman

| From: | John Restaino |
| --- | --- |
| Sent: | Tuesday, Mar 28, 2006 3:09 PM |
| To: | John Chapman |
| Cc: | Shelly Sanford; Lenny Davis |
| Subject: | Dr. Egil Fosslien |

John et al.

Dr. Fosslien is well into the writing of his rule 26 report for the upcoming MDL trial...he and I are interacting daily.

His funds are running "low" and, as per the agreement drafted, he needs to have $5,000 sent to him.

How are we doing vis-à-vis reimbursement?

Lenny/Shelly....he and the Australian people are beginning to interact regarding progression of atherosclerosis. I can share confidential notes with you both but I would beg of you to keep them on a very tight lease because I fear widespread distribution at this point would result in too many people pushing and tugging on Dr. Fosslien's report, all from differing perspectives.

John

FAC Resp. Exhibit B -- 1369

Attachment "B"

## MDL 1657: *VIOXX PRODUCTS LIABILITY LITIGATION*
### CHECK REQUEST FORM FOR SHARED EXPENSES

| | | GENERAL CHECK REQUEST INFORMATION | | | | |
|---|---|---|---|---|---|---|
| 1. | Date: | March 4, 2008 | | | | |
| 2. | I am requesting a check from: | Plaintiffs' Liaison Counsel, Russ M. Herman | | | | |
| 3. | Payable To:<br>(Name & Address) | Lopez, Hodes, Restiano, Milman & Skikos<br>625 Market Street, 11th Floor<br>San Francisco, CA  94105 | | | | |
| 4. | Social Security # or TIN # of the payee: | TIN: 33-0223255 | | | | |
| 5. | Invoice No.: | Check No. 66326 | | | | |
| 6. | Date check needed (check one) | Now        30 Days        60 Days        90 Days        Other   X | | | | |
| 7. | Purpose of Check: | Dr. Egil Fosslien, MD – Additional Expert Retainer | | | | |
| 8. | Amount of Check: | $5,000.00 | | | | |
| 9. | Documentation[11] | Yes:    X        No: | | | | |
| 10. | Send Check To (check one): | Requestor    X    OR    Payee | | | | |
| 11. | Requesting Attorney's Signature[12] | | | | | |

| Liaison Counsel Accounting Use Only: |
|---|
| Check# |
| Approved by Plaintiffs' Liaison Counsel:                                              Date: |

---

[11] Documentation must be provided with check request.
[12] By signing this request, you certify that the expense request is properly documented, complete and accurate and is being incurred for the common benefit.

FAC Resp. Exhibit B -- 1370

275

12:08 PM
03/03/08

## Lopez, Hodes, Restaino, Milman & Skikos
### Transaction Journal
All Transactions

| T... | Type | Date | Num | Name | Memo | Account | Cl... | Debit | Credit |
|------|------|------|-----|------|------|---------|-------|-------|--------|
| 102 | Check | 4/24/06 | 66326 | FOSSLIEN, EGIL - ...<br>VIOXX - MDL - 17800 | VIOXX - MDL....<br>VIOXX - MDL.... | NBO - CNB - Gener...<br>Medical Payments | OC | 5,000.00 | 5,000.00 |
| | | | | | | | | 5,000.00 | 5,000.00 |
| TOTAL | | | | | | | | 5,000.00 | 5,000.00 |

FAC Resp. Exhibit B -- 1371

Attachment "B"

## MDL 1657: VIOXX PRODUCTS LIABILITY LITIGATION
### CHECK REQUEST FORM FOR SHARED EXPENSES

| | | GENERAL CHECK REQUEST INFORMATION |
|---|---|---|
| 1. | Date: | March 4, 2008 |
| 2. | I am requesting a check from: | Plaintiffs' Liaison Counsel, Russ M. Herman |
| 3. | Payable To: (Name & Address) | Lopez, Hodes, Restiano, Milman & Skikos 625 Market Street, 11th Floor San Francisco, CA 94105 |
| 4. | Social Security # or TIN # of the payee: | TIN: 33-0223255 |
| 5. | Invoice No.: | Check No. 66601 |
| 6. | Date check needed (check one) | Now     30 Days     60 Days     90 Days     Other   X |
| 7. | Purpose of Check: | Dr. Egil Fosslien, MD – Additional Expert Retainer |
| 8. | Amount of Check: | $5,000.00 |
| 9. | Documentation[13] | Yes:   X     No: |
| 10. | Send Check To (check one): | Requestor     X     OR     Payee |
| 11. | Requesting Attorney's Signature[14] | |

| Liaison Counsel Accounting Use Only: |
|---|
| Check#: |
| Approved by Plaintiffs' Liaison Counsel:                          Date: |

---

[13] Documentation must be provided with check request.
[14] By signing this request, you certify that the expense request is properly documented, complete and accurate and is being incurred for the common benefit.

- 7 -

Page 1 of 1

895

## John Chapman

| | |
|---|---|
| **From:** | John Restaino |
| **Sent:** | Tuesday, May 16, 2006 11:57 AM |
| **To:** | John Chapman |
| **Cc:** | Shelly Sanford |
| **Subject:** | Dr. Egil Fosslien |
| **Attachments:** | 2006-05-16.pdf |

John....

Please see the attached invoice from Dr. Fosslien for his continuing work as a generic expert in the Vioxx MDL.  Would you please send the good doctor another $5,000.

Thank you,

John



*John M. Restaino, Jr., Attorney at Law*
LOPEZ HODES RESTAINO MILMAN SKIKOS
450 Newport Center Drive
Second Floor
Newport Beach, CA 92660
P: 949-254-0526
F: 801-659-0034
E: jrestaino@lopez-hodes.com
W: www.lopezhodes.com

Lopez, Hodes, Restaino, Milman & Skikos is a law corporation that is a professionally established nationwide consumer watchdog firm dedicated to acting in the plaintiffs' best interest. Our lawyers focus on complex and major damage cases in the areas of Product liability, Medical malpractice, Personal injury, HMO malfeasance, Employment law, Elder abuse/nursing home neglect, Drug/Medical device injuries, Catastrophic personal injuries, and Consumer class actions.

Lopez, Hodes, Restaino, Milman & Skikos - General

66601

895

| | | | |
|---|---|---|---|
| Egil Fosslien, MD | | 5/23/06 | 5,000.00 |
| Litigation Expense | | VIOXX - MDL - 17800/EXPERT RETAINER/FOSSLI | |

NBO - CNB - General    VIOXX - MDL - 17800/EXPERT RETAINER/AD        5,000.00



MAY-17-2006 01:55 AM

P.02

BillingM.xls

**EGIL FOSSLIEN, M.D.**
502 Fairview Avenue
Glen Ellyn, IL 60137
1.630.469.6824

To:
Lopez, Hodes, Restaino, Milman & Skikos
A Law Corporation
450 Newport Center Dr 2nd Floor
Newport Beach, CA 92660-7617

Your ref::   FOSSDR-02 VIOXX – MDL- 17800/EXPERT R
My ref.:   C:\Legal\Rofecoxib\BillingBalanceReport.xlx

**FOR PROFESSIONAL SERVICES RENDERED: CHARGE DETAILS**

| NAME OR ITEM | DETAILS | A CHECKS | B DATE | C HOURS | D CHARGES | E SUMMED | F IN BANK |
|---|---|---|---|---|---|---|---|
| TELECONF | Phone conversatin with Dr. J. Restaino | | 11/01/05 | 0.50 | $175.00 | $175.00 | |
| WHITMAN | Review of Whitman (13625) documents, Judge Fallon MDL # 1557 | | 11/02/06 | 0.67 | $234.50 | $409.50 | |
| HERMAN | Review of Herman (Bar No. 6819) documents, Judge Fallon MDL # 1557 | | 11/02/06 | 0.50 | $175.00 | $584.50 | |
| RETAINED | CHECK # 66948 DEPOSITED ACCNT # 713385% CHASE BANK ONE Glen Ellyn, IL 60137, new, separate account, called CHASE "C" | 10,000.00 | 01/03/06 | | | $584.50 | $10,000.00 |
| SEARCH | PubMed search; analysis of abstracts, FAX of results to Dr. Restaino | | 01/07/06 | 2.00 | $700.00 | $1,284.50 | |
| COMM | Downloading and printing of articles sent as attachment to email by Dr. Restaino | | 01/11/06 | 0.75 | $262.50 | $1,547.00 | |
| KROTZ | 1597650 = Krotz F et al. Selective COX-2 inhibitors and risk of myocardial infarction # June 2005 | | 01/12/06 | 1.00 | $350.00 | $1,897.00 | |
| FRANCOIS | 16154101 = Francois H et al. Prostacyclin protects against elevated blood pressure and cardiac fibrosis # 5 | | 01/12/06 | 1.50 | $525.00 | $2,422.00 | |
| HINZ | 16385545 = Hinz B et al # Jan 2006, role of thromboxandutin, 8 day study, an quick screen only | | 01/12/06 | 0.25 | $87.50 | $2,509.50 | |
| SHENMURA | 1504124 = Shinmura et al # May 2005, cardioprotective role of prostaglandin via ER3 crosstalk | | 01/12/06 | 0.75 | $262.50 | $2,772.00 | |
| KONSTAM | 12086293 = Konstam MA, Weir MR. Current perspective on the cardiovascular effects of coxibs. # 2005 | | 01/12/06 | 0.00 | $0.00 | $2,772.00 | |
| CIPOLLONE | 11514330 = Cipollone F et al. Overexpression of functionally complex cyclooxygenase-2 and prostaglandt f) identified set [16102103], [16928742], [15933245], [15153323], [15297631], [14592854] | | 01/12/06 | 0.40 | $140.00 | $2,912.00 | |
| | | | 01/12/06 | 0.00 | $0.00 | $2,912.00 | |

Confidential                    5/8/2006                    Page 1

MAY-17-2006 01:55 AM         P.03

## BillingM.xls

[1638871L]

| Code | Description | Adj. | Date | Hours | Amount | Total | Bal. |
|---|---|---|---|---|---|---|---|
| ORDER | Review of PROTECTIVE ORDER #13 and Signing CERTIFICATION | | 01/12/06 | 0.10 | $35.00 | $2,947.00 | |
| TOPOL | Review of Dr. Topol Deposition | | 01/17/06 | 0.15 | $52.50 | $2,999.50 | |
| CERTIFIC | Mailing CERTIFICATION by USPS certified mail | | 01/17/06 | 6.75 | $2,362.50 | $5,362.00 | |
| RAY | Reviewing of Dr. Wayne A. Ray's Power Point Presentatix (18 month_defense) | | 01/17/06 | 0.05 | $17.50 | $5,379.50 | |
| POSTAGE | Postage: CERTIFICATION by USPS return certified mail | | 01/17/06 | 0.50 | $175.00 | $5,554.50 | |
| CUREMAN | Review of Dr. Curfman deposition | | 01/17/06 | 0.02 | $5.36 | $5,559.86 | |
| CADGRLEY | 11569629 = Caughley GH et al. Roles of cyclooxygenases (COX)-1 and COX-2 in prostanoid... #2001 | | 01/18/06 | 4.16 | $1,456.00 | $7,015.86 | |
| JAMES | 15082814 = James MJ and Cleland LG. Applying a research ethics committee approach... #2001, no cita | | 01/18/06 | 0.75 | $262.50 | $7,278.36 | |
| CLELAND | 11587283 = Cleland LG et al. COX-2 inhibitor and thrombotic tendency: a need for surveillance #2001 | | 01/18/06 | 0.00 | $0.00 | $7,278.36 | |
| | Sending email re above | | 01/18/06 | 0.25 | $87.50 | $7,365.86 | |
| KOTOB | 1630315 = Kotob letter | | 01/18/06 | 0.00 | $0.00 | $7,365.86 | |
| FANCOIS | 16330316 = Francois H reply | | 01/19/06 | 0.03 | $8.75 | $7,374.61 | |
| BREYER | 1615496 = Breyer MD # 2005 | | 01/19/06 | 0.03 | $8.75 | $7,383.36 | $9,415.50 |
| | Withdrawal, check # 9991 | (584.50) | 01/19/06 | 0.10 | $35.00 | $7,418.36 | |
| | BENZER P et al; effects of PGI2 on chemotaxis | | 1/22/2006 | 0.22 | $77.00 | $7,495.36 | |
| DAVIDGE | 11597987 = DAVIDGE ST PGHS2, vascular function by NSAIDs, FFTA 2001 | | 1/22/2006 | 0.66 | $231.00 | $7,726.36 | |
| LOWE | 15692260 = Lowe GD 2005; Review of Virchow factors in thrombogenesis including venous | | 1/23/2006 | 0.33 | $115.50 | $7,841.86 | |
| NAKAYAMA | 15120711 = Nakayama T et al pM4; Clinical trial on effect of prostacyclin (and/or) on vessel wall | (12.32) | 1/23/2006 | 0.33 | $115.50 | $7,957.36 | $9,403.18 |
| CHECKBOOQ | Calings for checkbook | | 1/31/2006 | 0.00 | $0.00 | $7,957.36 | |
| DAUBERT | DAUBERT motions to exclude testimony | | 2/6/2006 | 0.33 | $115.50 | $8,072.86 | |
| GRAHAM | Expert witness report (Forensic pathology report) | | 2/6/2006 | 0.17 | $59.50 | $8,132.36 | |
| CHECK IN | Pymt of $5,000; Deposited check from HERMAN, HERMAN, KATZ & COTLAR, New Orleans, MD) in CHASE account "C" | 5,000.00 | 2/7/2006 | | | $8,132.36 | $14,403.18 |
| TRANSFER | Transferred $5,000 to CHASE account "B"; (Egil Roestlien, MD); check # 102 | (5,000.00) | 2/7/2006 | | | $8,132.36 | $9,403.18 |
| New Balance | After withdrawal of $5000: | | | | | $8,132.36 | |
| | Responding to questions on Vioxx and Valdecoxib and | | 2/9/2006 | 0.25 | $87.50 | $8,219.86 | |
| | a) non-Q-wave (subendothelial versus transmural myocardial infarction) | | 2/9/2006 | 0.08 | $28.00 | $8,247.86 | |
| | b) eye strokes | | 2/9/2006 | 0.42 | $147.00 | $8,394.86 | |
| | c) Acute coronary syndromes | | 2/11/2006 | 1.00 | $350.00 | $8,744.86 | |
| FISHBEIN | Comments on report about Dr. Fishein's lecture, sent by mail (email file) | | 2/15/2006 | 1.42 | $497.00 | $9,241.86 | |
| TARGUM | FDA Memorandum (Consultation NDA 21-042, S-007) | | 2/17/2006 | 1.00 | $350.00 | $9,591.86 | |
| MDL | Business meeting, Dr. Restianon et al. at Pameora, re:MDL litigation | | 2/21/2006 | 1.00 | $350.00 | $9,941.86 | |
| FARB | 8641024=Farb A et al 1996 : Coronary plaque erosion without rupture into A. lipid core. | | 2/22/2006 | 2.05 | $717.50 | $10,659.36 | |
| CASE | Review of VIOXX MDL case (49 yom.) and redering opinion | 2.27 | 2/27/2006 | 0.00 | $0.00 | $18,659.36 | $9,405.45 |
| INTEREST | Interest on deposit | | 3/1/2006 | 0.33 | $115.50 | $10,774.86 | |
| BELTON | Review of Belton article, email with comments on same | | 3/8/2006 | 0.58 | $203.00 | $10,977.86 | |
| FELDMAN | Email re meeting with Dr. Ed Feldman: PGI2, microthrombi, stroke; chemotaxis, etc. | | 3/8/2006 | 0.16 | $56.00 | $11,033.86 | |
| STROKE | Email answer to questions regarding Vioxx and stroke | | 3/10/2005 | 0.25 | $87.50 | $11,121.36 | |
| PLAQUE | Coronary plaque questions, answer in email of 3/10/06 | | | | | | |

Confidential

5/8/2006

FAC Resp. Exhibit B -- 1375

MAY-17-2006 01:56 AM                                                                 P.04

## BillingM.xls

| Code | Description | | Date | | | |
|------|-------------|--|------|--|--|--|
| CYP19 | Questions re CYP19 determination in tissues and recommendation for testing laboratory | | 3/11/2006 | 0.33 | $115.50 | $11,236.86 |
| TRANSFER | Transferred $5,000 to CHASE account "B" (Figil Fosslien, MD); check # 103 | (5,000.00) | 3/14/2006 | 0.00 | $0.00 | $11,236.86 |
| RUDIC | 15905461 = Rudic RD et al # 2005, review, and comments sent by email | | 3/15/2006 | 0.72 | $252.00 | $11,488.86 |
| TOYOTA | 16203926 = Toyota E et al # 2005, VEGF and cardiac collateral circulation, review | | 3/15/2006 | 0.97 | $339.50 | $11,828.36 |
| FETALVERO | 16399867 = Fetalvero KM et al # 2005; prostacyclin and vSMC differentiation | | 3/15/2006 | 0.97 | $339.50 | $12,167.96 |
| FETALVERO | 16399867 = Fetalvero KM et al # 2005; email report with attachments | | 3/15/2006 | 0.24 | $84.00 | $12,251.86 |
| McADAM | 10687791 = McAdam EF et al # 2005; review, drawing graphs | | 3/15/2006 | 0.73 | $255.50 | $12,507.36 |
| McADAM | 10687791 = McAdam EF et al # 2005; email report | | 3/16/2006 | 0.15 | $52.50 | $12,559.86 |
| TIKIZ | 15902994 = Tikiz C et al # 2005, review & critique re statin Rx and lack of IP foxprecypltaion | | 3/16/2006 | 0.57 | $199.50 | $12,759.36 |
| RULE26 | Outline | | 3/16/2006 | 1.00 | $350.00 | $13,109.36 |
| RULE26 | Drafted sections A. Qualifications, B. Objectives, and C.Analysis and Conclusions | | 3/17/2006 | 4.00 | $1,400.00 | $14,509.36 |
| SCLADV.COI | Scientific Advisor's Meeting May 1-6, 1998, read and comment | | 3/18/2006 | 0.78 | $273.00 | $14,782.36 |
| MONSUEZ | 15283037 = Monsiuez JJ # 2004; COX-2 inhibitors in CV path., review & opinion | | 3/19/2006 | 0.35 | $122.50 | $14,904.86 |
| SAFAR | Safer ME et al # 1996 re hypertension; email comments | | 3/20/2006 | 0.60 | $210.00 | $14,992.36 |
| CHECKIN | Retainer $5,000 from Lopez, Hodes, Restaino, Millman & Skikos, Chase "C" | 5,000.00 | 3/20/2006 | 0.00 | $0.00 | $14,992.36 |
| RULE26 | Typing, review, corrections, looking up references | | 3/20/2006 | 2.00 | $700.00 | $15,692.36 |
| RULE26 | 8033333 = Shi C et al # 1994; transplant arteriosclerosis, not atherosclerosis | | 3/20/2005 | 0.08 | $28.00 | $15,720.36 |
| SEI | 16103251 = Escruem M et al # 2005; Coxibs, smoking, and CV risk, review | | 3/21/2006 | 0.93 | $325.50 | $16,045.86 |
| HERRMANN | 16103251 = ibid; formulating, typing, comments by email x 3 | | 3/21/2006 | 0.37 | $129.50 | $16,175.36 |
| HERRMANN | 16103251 = ibid; formulating, typing | | 3/21/2006 | 0.12 | $42.00 | $16,217.36 |
| HIGGS | 9142422 = Higgs GA et al # 1977, short article, revew and comment | | 3/21/2006 | 0.35 | $122.50 | $16,339.86 |
| NULTON-ER | 15303497 = Nulton-Presson AC et al # 2004, aspirin/metabolites & cardiac mitochondria | | 3/21/2006 | 0.00 | $0.00 | $16,339.86 |
| RULE26 | Agreed to deadline of 60 days = April 22, 2006 | | 3/21/2006 | 2.00 | $700.00 | $17,039.86 |
| RULE26 | Outlined sections on aspirin, hypertension, collateral circulation, smoking | | 3/22/2006 | 0.27 | $94.50 | $17,134.36 |
| CASE | Respose to questions re cause of 52 y/o male with MI after robecoxib and celecoxib Rx | | 3/22/2006 | 0.30 | $105.00 | $17,239.36 |
| FISCHER | 15596639 = Fischer LM et al # 2004; review & email re AMI post NSAID Rx cessation | | 3/22/2006 | 1.00 | $350.00 | $17,589.36 |
| RULE26 | Diabetes as risk factor for atherosclerosis and myocardial infarction | | 3/22/2006 | 0.95 | $332.50 | $17,921.86 |
| SILVERMAN | Merck Green Monkey model for VIOXX™ (robecoxib); Sep. 28, 2000 | | 3/23/2006 | 1.08 | $378.00 | $18,299.86 |
| RULE26 | Duration of Rx, AMI, and VIOXX; WORKING HYPOTHESIS, emailed word file | | 3/23/2006 | 0.00 | $0.00 | $18,299.86 |
| TRANSFER | Transferred $5,000 to CHASE account "B" (Figil Fosslien, MD); check # 104 | (5,000.00) | 3/23/2006 | 0.65 | $227.50 | $18,527.36 |
| DOGNE-05 | 16243403 = Dogne LM et al # 2005; Thromboxane, prostacyclin, isoprostanes, atherosclerosis | | 3/23/2006 | 0.18 | $63.00 | $18,590.36 |
| NUSSMEHER | 15713945 = Nussmeier NA et al # 2005; Pretop use of valdecoxib and parcoxib, comments | | 3/24/2006 | 0.12 | $42.00 | $18,632.36 |
| CALL | Phone conversation with Dr. J. Restaino re duration of treatment | | 3/24/2006 | 0.13 | $45.50 | $18,677.86 |
| RULE26 | Phone call. Follow-up question to use of illustrations in RULE26 report | | 3/26/2006 | 0.73 | $255.50 | $18,933.36 |
| JAMES | 16477171 = James & Cleland # 2006, rofecoxib and prothromobotic state, review | | 3/28/2006 | 1.92 | $672.00 | $19,605.36 |
| MITCHELL | 16483347 = Mitchell & Warner # 2006; review and preliminary report | | 3/28/2006 | 0.18 | $63.00 | $19,668.36 |
| WEBBER | 10093990 = Weber A-A & Zimmermann KC # 1999; COX-2 in platelets (?), read, comment | | 3/28/2006 | 0.07 | $24.50 | $19,692.86 |
| WEBBER | 10093990 = ibid; investigation of antibodies used to detect COX-2, addendum report | | 3/28/2006 | 0.05 | $17.50 | $19,710.36 |
| HASAN | 88880000 = Hasan K et al; COX activity in megakaryocytes and COX-2 in platelets | | 3/28/2006 | 0.00 | $0.00 | $19,710.36 |
| CHECKIN | Retainer $5,000 from Lopez, Hodes, Restaino, Millman & Skikos, Chase "C" | 5,000.00 | 4/42006 | 0.00 | $0.00 | $19,710.36 |
| FITZGERALI | 12093385 = FitzGerald GA # 2002; COX isoforms and vascular Tone | | 4/4/2006 | 0.52 | $182.00 | $19,892.36 |

$4,485.45

$29,485.45

$4,485.45

$3,485.45

Confidential                                       5/8/2006                                        Page 3

## BillingActs

| Code | Description | Date | Hours | Amount | Total |
|---|---|---|---|---|---|
| VIRDIS | 15547110 = Virdis A et al # 2005; COX-2, BC function; LPS, NO, ROS; review | 4/4/2006 | 0.82 | $217.00 | $20,179.36 |
| VIRDIS | Ibid: initial response to questions re above, comments and illustration; FAX file | 4/4/2006 | 0.49 | $140.00 | $20,319.36 |
| VEILLARD | 14656931 = Veillard NR et al # 2004; chemotaxis, RANTES receptors, atherosclerosis in mice | 4/5/2006 | 0.23 | $80.50 | $20,399.86 |
| LANG | 1249054 = Lang S et al # 2003; rofecoxib increases expression of CCR5 (chemotaxis) | 4/5/2006 | 0.38 | $133.00 | $20,532.86 |
| HENRIKSSON | 3478759 = Henriksson P et al # 1987; thromboxane in cholestrol-fed rabbit model of atherosclerosis | 4/5/2006 | 0.62 | $217.00 | $20,749.86 |
| BURLEIGH | 16040051 = Burleigh ME et al # 2005: COX-2 promotes early atherosclerosis in apoE null mice | 4/6/2006 | 0.15 | $52.50 | $20,802.36 |
| MerckMEMO | Merck Memo, from JE Rush, 01/15/01, to Dr. Wahn; rofecoxib Rx increases blood pressure | 4/7/2006 | 0.62 | $217.00 | $21,019.36 |
| RULE26 | Figure: Rofecoxib inhibitor; TXA2 and PGI2 signaling, ischemia, acute myocardial infarction | 4/7/2006 | 1.10 | $385.00 | $21,404.36 |
| MerckMEMO | Memo to J.Merlin, 3/23/01, re rofecoxib & renal profiles (hypertension & edema)& Whelton | 4/7/2006 | 0.20 | $70.00 | $21,474.36 |
| WOODS | 12782016 = Woods JM et al # 2003; rofecoxib, COX-2, angiogenesis, RA, chemotaxis; review | 4/7/2006 | 0.47 | $164.50 | $21,638.86 |
| FDAmemo | Regulatory Affairs, PHS memo to Merck, 06/02/05; reNDA 21-042; rofecoxib & CHF & HTN | 4/7/2006 | 0.45 | $157.50 | $21,796.36 |
| LENZER | 15731142 = Lenzer J # 2005; BMJ; FDA, rofecoxib increases risk of heart attacks and stroke | 4/9/2006 | 0.10 | $35.00 | $21,831.36 |
| WACKER | 16339832 = Wacker MJ et al # 2005; thromboxane-induced arrhythmia in rabbit model | 4/9/2006 | 0.12 | $42.00 | $21,873.36 |
| VALENTGAS | 16392154 = Valentgas P et al # 2006; rofecoxib increases risk of ACS and sudden death | 4/9/2006 | 0.23 | $80.50 | $21,953.86 |
| RIDKER | 9439492 = Ridker PM et al # 1998; elevated plasma MCP-1 predicts risk of myocardial infarction | 4/9/2006 | 0.13 | $45.50 | $21,999.36 |
| WACKER | 16339832 = Wacker MJ et al # 2005; additional analysis, fax comment, draft illustration | 4/9/2006 | 1.18 | $413.00 | $22,412.36 |
| CASE | Plaintiff with cerebral clot; from heart? Caused by rofecoxib? Emailed brief comments | 4/9/2006 | 0.13 | $45.50 | $22,457.86 |
| RULE26 | "VIOXX ACCELERATED ATHEROSCLEROSIS DOCUMENTS "; review of part of | 4/10/2006 | 2.00 | $700.00 | $23,157.86 |
| TRANSFER | Transferred $5,000 to CHASE account "B5" (Igal Feuellen, MD); check #185                      (5,000.00) | 4/11/2006 | 0.00 | $0.00 | $23,157.86 |
| WONG | Wong E et al # 2000 (Merck labs) Effect of COX-2 inhibition of PGI2 in rabbits | 4/11/2006 | 0.77 | $269.50 | $23,427.36 |
| WARNER | 16403783 = Warner TD et al # 2006; selectivity of rofecoxib for COX-1 increases if low protein | 4/12/2006 | 0.27 | $94.50 | $23,521.86 |
| EPSTEIN | Review and comparisons of Epstein internal report of 2001 (and Kott paper 2003) | 4/13/2006 | 2.40 | $840.00 | $24,361.86 |
| MUSCARA | 10742598 = Muscara MN et al # 2000; Celecoxib raises BP and promotes leukocyte adherence | 4/14/2006 | 0.20 | $70.00 | $24,431.86 |
| DIAZ | 16112120 = Hernández-Díaz et al # 2006; NSAIDs and risk of acute myocardial infarction | 4/14/06 | 0.23 | $80.50 | $24,512.36 |
|  |  |  |  |  | $4,485.45 |

5/8/2006

Confidential

FAC Resp. Exhibit B -- 1377

MAY-17-2006 01:57 AM                                                                                                         P.06

# BillingM.xls

$9,405.45

| Label | Description | Retainer | Date | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| RULE26 | 9694975, 1462930Z,16565538,74334&Z,135681-t; re ben-oxidation inhibition by NSAIDs | | 4/14/2006 | 0.48 | $168.00 | $24,680.36 |
| CONF CALL | Conference call, Dr. Restaino | | 4/20/2006 | 0.24 | $84.00 | $24,764.36 |
| AHA Meeting | AHA meeting in Denver, visit and discuss lectures and poster presentations with Dr. Restaino | | 4/28/2006 | 1.50 | $525.00 | $25,289.36 |
| AHA Meeting | AHA meeting in Denver, visit and discuss lectures and poster presentations with Dr. Restaino | | 4/29/2005 | 1.50 | $525.00 | $25,814.36 |
| CHECK IN | Retainer $5,000 from Lopez, Hodes, Restaino, Milano & Skikos, Chase "C" | $5,000.00 | 5/1/2006 | 0.00 | $0.00 | $25,814.36 |
| FRIES | 16014468 = Fries S et al # 2006; individual selectivity variability in inhibition of COX-2 | | 5/1/2006 | 0.23 | $80.50 | $25,894.86 |
| SOLOMON | 16645966 = Solomon DH et al # 2006 (J. Avery group); Time course of risk, rofecoxib | | 5/1/2006 | 1.10 | $385.00 | $26,279.86 |
| SOLOMON | 16645966 = Solomon DH et al # 2006 (J. Avery group); Analysis of study groups and opinion | | 5/2/2006 | 0.65 | $227.50 | $26,507.36 |
| HECKEN | 11028250 = van Hecken A et al # 2000; rofecoxib selectivity in healthy volunteers | | 5/2/2006 | 0.23 | $80.50 | $26,587.86 |
| GIERSE | 15494548 = Gierse JK et al # 2005; rofecoxib potency and COX-2 selectivity (blood assay) | | 5/2/2006 | 0.20 | $70.00 | $26,657.86 |
| WARNER | 10377455 = Warner TD et al # 1999; rofecoxib and COX-1 selectivity, in vitro analysis | | 5/22/2006 | 0.15 | $52.50 | $26,710.36 |
| LEVESQUE | 15809459 = Levesque LE et al # 2005; rofecoxib increases risk of acute myocardial infarction | | 5/22/2006 | 0.27 | $94.50 | $26,804.86 |
| KIMMEL | 15384200 = Kimmel SE et al # 2005; rofecoxib and celecoxib and risk of myocardial infarction | | 5/22/2006 | 0.38 | $133.00 | $26,937.86 |
| WALTER | 15530895 = Walter MF et al # 2004; rofecoxib—prooxidant effect—isoprostanes & oxLDL | | 5/22/2006 | 1.33 | $465.00 | $27,403.36 |
| MRK | AAD0200945 = Preclinical/Toxicological Data - Mechanisms for causing C.V and GI ADHs | | 5/3/2006 | 2.00 | $700.00 | $28,103.36 |
| WILSON | 15471868 = Dimerization of thromboxane and prostacyclin receptors | | 5/3/2006 | 0.22 | $77.00 | $28,180.36 |
| WORTH | 15950232 = Worth NF et al # 2005; inhibition of TP with S18886 inhibits atherogenesis in rabbits | | 5/3/2006 | 0.00 | $0.00 | $28,180.36 |
| YOUNG | 7614573 = Young D et al # 1995; effect of selective COX-2 inhibition and serum cholesterol levels | | 5/3/2006 | 0.10 | $35.00 | $28,215.36 |
| LAWSON | 10215647 = Catella-Lawson F et al # 1999; COX-2 inhibition balance and hemodynamics | | 5/3/2006 | 0.80 | $280.00 | $28,495.36 |
| CHENG | 11964481 = Cheng Y et al # 2002; prostacyclin limits C.V. responses to thromboxane | | 5/3/2006 | 0.00 | $0.00 | $28,495.36 |
| MURATA | 9262402 = Murata T et al # 1997; Prothrombotic effect of prostacyclin-receptor knock-out (mice) | | 5/3/2006 | 0.10 | $35.00 | $28,530.36 |
| FITZGERALD | 11209977 = FitzGerald GA et al # 2000; One copy of the IP gene is atheroprotective | | 5/3/2006 | 0.10 | $35.00 | $28,565.36 |
| YAMADA | 11334525 = Yamada M et al # 2002; PGI2 gene transfer inhibits post-injury proliferation | | 5/3/2006 | 0.10 | $35.00 | $28,600.36 |
| HENNAN | 11932709 = Hennan JK et al # 2001; COX-2 inhibition and coronary thrombosis, canine | | 5/4/2006 | 0.00 | $0.00 | $28,600.36 |
| DAVIES | 9663036 = Davies NM et al # 1997; Aspirin upregulation of COX-2 blocked by PGI2 | | 5/5/2006 | 0.30 | $105.00 | $28,705.36 |
| ODASHIMA | 16480570 = Odashima M et al # 2006; Aspirin induces TNF-alpha in rats (which induces COX-2) | | 5/5/2006 | 0.15 | $52.50 | $28,757.86 |
| QI | 12093889 = Qi Z et al # 2002; selective COX-2 inhibition & hypertensive response to pressors | | 5/5/2006 | 0.27 | $94.50 | $28,852.36 |
| GROSSER | 16395396 = Grosser T et al # 2006; cardiovascular consequences of COX-2 inhibition | | 5/5/2006 | 0.50 | $175.00 | $29,027.36 |
| FRIES | 16304418 = Fries S and Grosser T # 2005; COX-2 inhibition and cardiovascular pharmacology | | 5/5/2006 | 0.40 | $140.00 | $29,167.36 |
| WANG | 15837826 = Wang J-G et al # 2005; reducing systolic BP key to lowering cardiovascular risk | | 5/7/2006 | 0.20 | $70.00 | $29,237.36 |
| WHELTON | 11904662 = Whelton A et al # 2001; Rofecoxib increases blood pressure in older hypertensives | | 5/7/2006 | 0.23 | $80.50 | $29,317.86 |
| MenAMEMO | MRK-AGV0096270 re rofecoxib-induced hypertension and edema (White 2001 abstract included) | | 5/7/2006 | 0.16 | $56.00 | $29,373.86 |
| WHELTON | 15543079 = Whelton A # 2004; rofecoxib, hypertension, and thromboxane events | | 5/7/2006 | 0.28 | $98.00 | $29,471.86 |
| WHITE | MRK-AHO007871; White et al # February 2001; rofecoxib-induced loss of blood pressure control | | 5/7/2006 | 0.10 | $35.00 | $29,506.86 |
| ZHAO | 11589261 = Zhao SZ et al # AUG 2001; ADR of rofecoxib; WHO/Upsala monitoring centre | | 5/7/2006 | 0.52 | $182.00 | $29,688.86 |
| ZHAO | MRK_ABY0017677, Zhao poster session abstract of above | | 5/7/2006 | 0.05 | $17.50 | $29,706.36 |
| GEBO | MRK_ADJ0004415; Gebo et (Merck) April 2001, rofecoxib and naproxan similar effects on BP | | 5/11/2006 | 0.20 | $70.00 | $29,776.36 |
| MenAMEMO | MRK-NJ0281966; Memo from Dr. Rush to Wendy Dixon; "Risk of Hypertension" | | 5/8/2006 | 0.73 | $255.50 | $30,031.86 |
| STARSSEN | 10752701 = Staessen JA et al # 2000; Risk factor: isolated systolic hypertension in the elderly | | 5/8/2006 | 0.22 | $77.00 | $30,108.86 |
| OSTERHAUS | 12117086 = Osterhaus JT et al # 2002; destabilized blood pressure and celecoxib and rofecoxib Rx | | 5/8/2006 | 0.18 | $63.00 | $30,171.86 |

5/8/2006

Confidential

FAC Resp. Exhibit B -- 1378

## BillingAL.xls

| | | | | | |
|---|---|---|---|---|---|
| FITZGERAL 15543079 = FitzGerald GA. # 2004; rofecoxib treatment, hypertension, and thromboveracular events | 5/8/2006 | 1.10 | $385.00 | $30,556.96 | |
| MUKHERJEE 11509060 = Mukherjee D et al # 2001; rofecoxib and risk of cardiovascular events | 5/8/2006 | 0.22 | $77.00 | $30,633.86 | |
| BOMBARDIE 11087881 = Bombardier C et al # 2000; Vioxx Gastrointestinal Outcomes Research Study (VIGOR) | 5/8/2006 | 0.20 | $70.00 | $30,703.86 | |
| PATRONO   3944270 = Patrono C et al # 1986; Thromboxane metabolism and urinary metabolite | 5/8/2006 | 0.10 | $35.00 | $30,738.86 | |
| RONG   12577739 = Rong JX et al # 2002; MCP-1 gene expression in rabbit lesion smooth muscle cells | 5/8/2006 | 0.12 | $42.00 | $30,780.96 | |
| TRANSFER  Transferred $5,000 to CHASE account "B" (Egil Fenelon, MD); check # 106  (5,000.00) | 5/8/2006 | 0.00 | $0.00 | $38,780.96 | $4,485.45 |

Confidential

5/8/2006

Attachment "B"

## MDL 1657: VIOXX PRODUCTS LIABILITY LITIGATION
### CHECK REQUEST FORM FOR SHARED EXPENSES

| | | GENERAL CHECK REQUEST INFORMATION | | | | | |
|---|---|---|---|---|---|---|---|
| 1. | Date: | March 4, 2008 | | | | | |
| 2. | I am requesting a check from: | Plaintiffs' Liaison Counsel, Russ M. Herman | | | | | |
| 3. | Payable To: (Name & Address) | Lopez, Hodes, Restiano, Milman & Skikos 625 Market Street, 11th Floor San Francisco, CA 94105 | | | | | |
| 4. | Social Security # or TIN # of the payee: | TIN: 33-0223255 | | | | | |
| 5. | Invoice No.: | Check No. 66692 | | | | | |
| 6. | Date check needed (check one): | Now | 30 Days | 60 Days | 90 Days | Other | X |
| 7. | Purpose of Check: | Dr. Jorgen Rask-Madsen – Expert Retainer | | | | | |
| 8. | Amount of Check: | $1,283.70 | | | | | |
| 9. | Documentation[15] | Yes: X | No: | | | | |
| 10. | Send Check To (check one): | Requestor X | OR Payee | | | | |
| 11. | Requesting Attorney's Signature[16] | | | | | | |

| Liaison Counsel Accounting Use Only: |
|---|
| Check# |
| Approved by Plaintiffs' Liaison Counsel:                         Date: |

---

[15] Documentation must be provided with check request.
[16] By signing this request, you certify that the expense request is properly documented, complete and accurate and is being incurred for the common benefit.

- 8 -

FAC Resp. Exhibit B -- 1380

306

Lopez, Hodes, Restaino, Milman & Skikos - General
    MADSEN, Jorgen Rask- Ph.D.                                          5/31/2006                    66692
    Litigation Expense                    VioxxMDL/Expt Rtnr/Euro-US$ 1.2837/Madsen, J/Ch      1,283.70  306

306-11

NBO - CNB - General    VioxxMDL/Expt Rtnr/Euro-US$ 1.2837/Madsen,                              1,283.70


530817 (1/06)



## Brandi Lopez

| | |
|---|---|
| **From:** | John Restaino |
| **Sent:** | Tuesday, May 30, 2006 5:29 PM |
| **To:** | Brandi Lopez |
| **Cc:** | Jorgen Rask Madsen, MD |
| **Subject:** | RE: Professor Jorgen Rask-Madsen |

OK.....the address is have is:

Professor Jorgen Rask Madsen




Can you please get a check out immediately??

Thank you,

John

**From:** Brandi Lopez
**Sent:** Tuesday, May 30, 2006 9:43 AM
**To:** John Restaino
**Subject:** RE: Professor Jorgen Rask-Madsen

Kristy and I can't wire so we need his address. We also need to figure out the Euro to US $ conversion...I'm sure
the bank can help us with that.

> -----Original Message-----
> **From:** John Restaino
> **Sent:** Saturday, May 27, 2006 3:31 PM
> **To:** Brandi Lopez; Kristy Adams
> **Subject:** FW: Professor Jorgen Rask-Madsen
>
> Sent the below to John but received his OUT OF OFFICE response so forwarding this to you.
>
> Thanks!

**From:** John Restaino
**Sent:** Saturday, May 27, 2006 3:05 PM
**To:** John Chapman
**Subject:** Professor Jorgen Rask-Madsen

John....

5/31/2006

FAC Resp. Exhibit B -- 1382



Received an email from Dr. Rask-Madsen, who has been in Africa for the past month or so, and he informs me that he never received the retainer check I promised him in March. That may very well be my fault and I may have failed to so inform you.

Professor Rask-Madsen would prefer to have the money (1,000 euros) wired into his account and provides to me the following information:

If this is problematic I can provide an address for FedEx'ing the check. He will be a Vioxx MDL generic expert and we should seek reimbursement from the powers that be immediately.

Thanks!

John



John M. Restaino, Jr., Attorney at Law
LOPEZ, HODES, RESTAINO, MILMAN & SKIKOS
450 Newport Center Drive
Second Floor
Newport Beach, CA 92660
P: 949-254-0826
F: 801-659-9031
E: jrestaino@lopez-hodes.com
W: www.lopezhodes.com

Lopez, Hodes, Restaino, Milman & Skikos is a law corporation that is a professionally established nationwide consumer watchdog firm dedicated to acting in the plaintiffs' best interest. Our lawyers focus on complex and major damage cases in the areas of Product liability, Medical malpractice, Personal injury, HMO malfeasance, Employment law, Elder abuse/nursing home neglect, Drug/Medical device injuries, Catastrophic personal injuries, and Consumer class actions.

WARNING: THE INFORMATION CONTAINED IN THIS DOCUMENT IS CONFIDENTIAL AND WAS INTENDED FOR A SPECIFIC INDIVIDUAL AND PURPOSE. THIS INFORMATION IS PRIVATE, PERSONAL AND CONFIDENTIAL, AND IS PROTECTED FROM DISCLOSURE BY THE ATTORNEY-CLIENT PRIVILEGE AND ATTORNEY WORK PRODUCT DOCTRINE. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURES, COPYING, DISTRIBUTION, OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS TELECOPIED INFORMATION IS STRICTLY PROHIBITED. PLEASE NOTIFY SENDER IF YOU OR YOUR FACILITY HAS RECEIVED THIS MESSAGE AND INFORMATION IN ERROR.

Attachment "B"

## MDL 1657: VIOXX PRODUCTS LIABILITY LITIGATION
### CHECK REQUEST FORM FOR SHARED EXPENSES

| | | GENERAL CHECK REQUEST INFORMATION | |
|---|---|---|---|
| 1. | Date: | March 4, 2008 | |
| 2. | I am requesting a check from: | Plaintiffs' Liaison Counsel, Russ M. Herman | |
| 3. | Payable To: (Name & Address) | Lopez, Hodes, Restiano, Milman & Skikos 625 Market Street, 11th Floor San Francisco, CA  94105 | |
| 4. | Social Security # or TIN # of the payee: | TIN: 33-0223255 | |
| 5. | Invoice No.: | Transaction No. 104530 | |
| 6. | Date check needed (check one) | Now ____   30 Days ____   60 Days ____   90 Days ____   Other  X | |
| 7. | Purpose of Check: | Dr. Michael James – Expert Retainer | |
| 8. | Amount of Check: | $3,500.00 | |
| 9. | Documentation[17] | Yes:  X      No: ____ | |
| 10. | Send Check To (check one): | Requestor   X     OR   Payee ____ | |
| 11. | Requesting Attorney's Signature[18] | | |

| Liaison Counsel Accounting Use Only: |
|---|
| Check# |
| Approved by Plaintiffs' Liaison Counsel:                                      Date: |

---

[17] Documentation must be provided with check request.
[18] By signing this request, you certify that the expense request is properly documented, complete and accurate and is being incurred for the common benefit.

FAC Resp. Exhibit B -- 1384

339

1:10 PM
03/03/08

## Lopez, Hodes, Restaino, Milman & Skikos
### Transaction Journal
All Transactions

| Trans # | Type | Date | Num | Name | Memo | Account | Cl | Debit | Credit |
|---------|------|------|-----|------|------|---------|-----|-------|--------|
| 104530 | Check | 6/22/06 | | JAMES, MICHAEL ...<br>VIOXX - MDL - 17800 | VIOXX MDL/...<br>VIOXX MDL/... | Status Unknown<br>Status Unknown | O | <br>3,500.00 | 3,500.00<br>3,500.00 |
| | | | | | | | | 3,500.00 | 3,500.00 |

TOTAL

Attachment "B"

## MDL 1657: *VIOXX PRODUCTS LIABILITY LITIGATION*
### CHECK REQUEST FORM FOR SHARED EXPENSES

| | | GENERAL CHECK REQUEST INFORMATION |
|---|---|---|
| *1.* | *Date:* | March 4, 2008 |
| *2.* | *I am requesting a check from:* | Plaintiffs' Liaison Counsel, Russ M. Herman |
| *3.* | *Payable To:* (Name & Address) | Lopez, Hodes, Restiano, Milman & Skikos 625 Market Street, 11th Floor San Francisco, CA 94105 |
| *4.* | *Social Security # or TIN # of the payee:* | TIN: 33-0223255 |
| *5.* | *Invoice No.:* | Check No. 67392 |
| *6.* | *Date check needed (check one)* | Now       30 Days       60 Days       90 Days       Other   X |
| *7.* | *Purpose of Check:* | Dr. Egil Fosslien, MD – Additional Expert Retainer |
| *8.* | *Amount of Check:* | $15,962.36 |
| *9.* | *Documentation[19]* | Yes:   X       No: |
| *10.* | *Send Check To (check one):* | Requestor   X       OR   Payee |
| *11.* | *Requesting Attorney's Signature[20]* | |

---

| Liaison Counsel Accounting Use Only: |
|---|
| Check# |
| Approved by Plaintiffs' Liaison Counsel:                    Date: |

---

[19] Documentation must be provided with check request.
[20] By signing this request, you certify that the expense request is properly documented, complete and accurate and is being incurred for the common benefit.

- 10 -

Lopez, Hodes, Restaino, Milman & Skikos - General

Egil Fosslien, MD                                                    7/26/2006                    67392
Litigation Expense                        VIOXX - MDL - 17800/EXPERT RETAINER/FOSSLI        15,962.36

NBO - CNB - General    VIOXX - MDL - 17800/EXPERT RETAINER/AD                              15,962.36

530817 (1/06)

JUL-27-2006 02:39 AM                                                              P.02

# EGIL FOSSLIEN, M.D.

Professor Emeritus, University of Illinois. Mail: 502 Fairview Avenue Glen Ellyn, Illinois 60137
Telephone: (630) 469-6824; Emails: efosslie@uic.edu and drfosslien@wowway.com

To
Dr. John M. Restaino, Esq.
Lopez, Hodes, Restaino, Milman & Skikos, A Law Corporation
450 Newport Center Drive, Second Floor
Newport Beach, California 92660

## INVOICE

**Your reference: Consulting Agreement w/Plaintiffs Consortium of Vioxx
Attorneys:  FOSSDR-02 VIOXX – MDL- 17800/EXPERT R**

My reference: Contract of 12/28/2005 with the Plaintiff's Vioxx Multi-District
Litigation (MDL) Consortium

## FOR PROFESSIONAL SERVICES RENDERED: CHARGE DETAILS

Date: June 9, 2006

| | |
|---|---|
| Cumulative invoice billing ..................................... | $40,962.36 |
| Cumulative retainer payments ................................ | $35,000.00 |
| Difference (deficit not including retainer) ................... | $ 5,962.36 |
| Replenishment to update retainer status*)................. | $10,000.00 |
| **Due**.................................................................. | **$15,962.36** |

363

*) see contact of 12/28/2005, page 2, 2nd §. Line 6ff.

JUL-27-2006 02:39 AM                                                                     P.03

## EGIL FOSSLIEN, M.D.                                                        363

Professor Emeritus, University of Illinois. Mail: 502 Fairview Avenue Glen Ellyn, Illinois 60137
Telephone: (630) 469-6824; Emails: afosslia@uic.edu and drfosslian@wowway.com

TO
## Dr. John Restaino Jr, ESQUIRE
2855 Chateau Way
Lagune Beach
California 92651



**PHONE NUMBER: 1.949.254.0626**
**FAX NUMBER: 1.801.659.9031**

DATE: 06/02/2006
NUMBER OF PAGES INCLUDING COVER PAGE: 8

TOPICS:    1. Invoice (page 2 of this letter)
           2. CD with updated invoice details
           3. Hard copy (6 pages) of invoice details
           4. Figure 1: Histogram showing history of retainer payments
              and cumulative charges, 1 page
           5. Figure 2: Plot of the temporal difference between retainer
              status and pay for work provided, 1 page

Dear John:

Please find enclosed an updated invoice spread-sheet print-out (6 pages)
with an improved layout plus up-to-date histograms, which illustrate the
cumulative retainer payments compared with pay for work provided.

I also include a CD with the .xls file for the data in the print-outs. I have
struggled for some time to improve the format, and decided to rearrange
it to better keep track of work performed, pay, and retainer status, and
hope that this new format will make it easier for both of us to keep us
current on billing and retainer data. Looking at our contract agreement of
12/28/2005, page 2, "Time for payment" section, it shows that the
retainer is to be brought up to $ 10,000 within two weeks of my sending
you the invoice. It also states that I am to send you monthly invoices,
which I (mea culpa) have not done on a regular basis, as I focused on
Report26 as the primary task, and did not work equally diligently on
clearer presentation of up-dated billing data. At this time, after finishing
the Rule26 report and now 2 days after the Chicago deposition, I have
spent some time to improve and update the billing information.

Also, I now better understand the extreme time-demands that you are
exposed to in your line of work, with a lot of traveling, depositions,
meeting with consultants, court appearances, and involvement in other
litigation. To simplify your busy professional life and reduce the time that
I spend on tracking billing and payment data, I feel that is therefore
important that I provide better, clearer, more transparent billing data, and
trust that you will find my new invoice format helpful in saving you time in
keeping track of this part of our collaboration.

Best regards,

C:\LEGAL\FAXES\UPSDrRestaino100.doc   7/26/2006   3:45 PM          FAC Resp. Exhibit B -- 1389

Sh3

# INVOICE060506 - Egil Fosslien, MD .xls

| Description | Date | Hours | Amount | Payment | Balance |
|---|---|---|---|---|---|
| SCHONBEC 1D514410 = Schonbeck U et al # 1999; increased COX-2 expression in human atherosclerotic lesion | 05/10/06 | 0.900 | $315.00 | | -$31,228.36 |
| HAJJAR 1640257 = Hajjar DP and Pomeranz K3 # 1992; Eicosanoid signal transduction in atherogenesis | 05/10/06 | 0.150 | $52.50 | | -$31,348.86 |
| MONCADA 802670 = Moncada S et al # 1976; Prostaglandin X (PGX=PGI2) inhibits platelet activation | 05/10/06 | 0.080 | $28.00 | | -$31,368.86 |
| RULE26 Composing, editing text, list of references, power pont figures | 05/10/06 | 2.000 | $700.00 | | -$32,068.86 |
| RULE26 Composing, editing text, list of references, power pont figures | 05/11/06 | 2.000 | $700.00 | | -$32,768.86 |
| RULE26 Composing, editing text, list of references, power pont figures | 05/12/06 | 2.000 | $700.00 | | -$33,468.86 |
| RULE26 Composing, editing text, list of references, power pont figures | 05/13/06 | 2.000 | $700.00 | | -$34,168.86 |
| RULE26 Composing, editing text, list of references, power pont figures | 05/14/06 | 2.000 | $700.00 | | -$34,868.86 |
| RULE26 Composing, editing text, list of references, power pont figures | 05/15/06 | 2.000 | $700.00 | | -$35,568.86 |
| RULE26 Composing, editing text, list of references, power pont figures | 05/19/06 | 0.000 | $0.00 | | -$35,568.86 |
| RULE26 Multiple emails re corrections of references and report details, from ACS meeting in Florida, no charge | 05/21/06 | 0.000 | $0.00 | | -$35,568.86 |
| RULE26 Submission of text and figures of final Rule26 report, no charge | 05/22/06 | 0.000 | $0.00 | | -$35,568.86 |
| SIGNATUR Scanning signed final Rule26 signature page, no charge | 05/27/06 | 0.000 | $0.00 | | -$35,568.86 |
| IN Retainer $5,000 from Lopez, Hodes, Restaino, Milunas & Skikos, Class "C" | 06/01/06 | | | $5,000.00 | |
| OPINION Vioxx Outline and Storyboard, read, analyze, correct, suggest improvements, render opinion | 06/02/06 | 0.880 | $308.00 | | -$35,876.86 |
| OUT Transferred $9,369 to CHASE account "B" (Egil Fosslien, MD); check # 106 | 06/02/06 | 0.000 | $0.00 | | -$35,876.86 |
| TELECONF Teleconference re "Vioxx Outline and Storyboard", discussions of specific alterations and improvements | 06/02/06 | 0.920 | $322.00 | | -$36,198.86 |
| ZIPES Report of Douglas P. Zipes, M.D. re Gerald Barnett, 22 May, 2006 | 06/05/06 | 0.700 | $245.00 | | -$36,443.86 |
| MRKMEMC MRK-S0420112017, read in preparation of June 7 meeting and June 8 depositions in Chicago | 06/05/06 | 0.050 | $17.50 | | -$36,461.36 |
| MRKMEMC MRK-S0420112019, read in preparation of June 7 meeting and June 8 depositions in Chicago | 06/05/06 | 0.070 | $24.50 | | -$36,485.86 |
| MRKMEMC MRK-S0420112029, read in preparation of June 7 meeting and June 8 depositions in Chicago | 06/05/06 | 0.200 | $70.00 | | -$36,555.86 |
| EPSTEIN Deposition of Stephen Epstein, M.D., review in preparation for June 7 meeting and June 8 deposition | 06/05/06 | 0.320 | $112.00 | | -$36,667.86 |
| DERAUCH Thomas Leon DeSaucbe, M.D., Expert Report, quick screen in preparation for above meetings | 06/05/06 | 0.270 | $94.50 | | -$36,762.36 |
| DEPOSITIT Chicago deposition preparation, Rule 26 report, meeting with Dr. Restaino and Mr. Crawford in Chicago, flat fee | 06/07/06 | 4.000 | $1,400.00 | | -$38,162.36 |
| DEPOSITIT Chicago deposition re Rule26 report, representing Merck: Ken Baum, M.D. and Joe W. Tomasselli, Esq. | 06/07/06 | 0.000 | $0.00 | | -$38,162.36 |
| DEPOSITIT bid, all day event, Mark Crawford, Esq, representing Lopez, Hodes, Restaino, Milunas & Skikos, flat fee | 06/08/06 | 8.000 | $2,800.00 | | -$40,962.36 |

COPY

7/26/2006

Confidential

FAC Resp. Exhibit B -- 1390

JUL-27-2006 02:41 AM

P.05

363

INVOICE0610905 - Egil Fosslien, MD .xls

| Name | Description | Date | Value | Amount | Total |
|---|---|---|---|---|---|
| WILSON | 15471868 = Dimerization of thromboxane and prostacyclin receptors | 05/03/06 | 0.220 | $77.00 | -$23,302.06 |
| WORTH | 15950232 = Worth NF et al # 2005; Inhibition of TP with S18886 inhibits atherogenesis in rabbits | 05/03/06 | 0.000 | $0.00 | -$23,302.06 |
| YOUNG | 7614523 = Young D et al # 1995; effect of selective COX-2 inhibitors and serum cholesterol levels | 05/03/06 | 0.100 | $35.00 | -$23,337.06 |
| LAWSON | 10215647 = Catella-Lawson F et al # 1999; MK-966 & sodium balance and hemodynamics | 05/03/06 | 0.800 | $280.00 | -$23,617.06 |
| CHENG | 11964481 = Cheng Y et al # 2002; prostacyclin limits C.V. response to thromboxane | 05/03/06 | 0.000 | $0.00 | -$23,617.06 |
| MURATA | 9262402 = Murata T et al # 1997; Prothrombotic effect of prostacyclin-receptor knock-out (mice) | 05/03/06 | 0.100 | $35.00 | -$23,652.06 |
| FITZGERALD | 11209977 = FitzGerald GA et al # 2000; One copy of the IP gene is atheroprotective | 05/03/06 | 0.100 | $35.00 | -$23,687.06 |
| YAMADA | 11834525 = Yamada M et al # 2002; PGI2 gene transfer inhibits post-injury proliferation | 05/04/06 | 0.100 | $35.00 | -$23,722.06 |
| HENNAN | 11502709 = Hennan JK et al # 2001; COX-2 inhibition and coronary thrombosis, canine | 05/05/06 | 0.000 | $0.00 | -$23,722.06 |
| DAVIES | 9663856 = Davies NM et al # 1997; Aspirin upregulation of COX-2 blocked by PGE2 | 05/05/06 | 0.300 | $105.00 | -$23,827.06 |
| ODASHIMA | 16489670 = Odashima M et al # 2006; Aspirin induces TNF-alpha in rats (which induces COX-2) | 05/05/06 | 0.150 | $52.50 | -$23,880.56 |
| QI | 12093489 = Qi Z et al # 2002; selective COX-2 inhibition and cardiovascular consequences of COX-2 inhibition | 05/05/06 | 0.270 | $94.50 | -$23,974.06 |
| GROSSER | 16395396 = Grosser T et al # 2006; cardiovascular consequences of COX-2 inhibition | 05/05/06 | 0.500 | $175.00 | -$24,149.06 |
| FRIES | 16304418 = Fries S and Grosser T # 2005; COX-2 inhibition and cardiovascular risk | 05/07/06 | 0.400 | $140.00 | -$24,289.06 |
| WANG | 15837826 = Wang J-G et al # 2005; reducing systolic BP key to lowering cardiovascular risk | 05/07/06 | 0.200 | $70.00 | -$24,359.06 |
| WHELTON | 11104662 = Whelton A et al # 2001; Rofecoxib increases blood pressure in older hypertensives | 05/07/06 | 0.230 | $80.50 | -$24,440.36 |
| MerckMEM | MRK-ACV0096270 = rofecoxib-induced hypertension and edema (White 2001 abstract included) | 05/07/06 | 0.160 | $56.00 | -$24,496.36 |
| WHELTON | 15543079 = Whelton A # 2004; rofecoxib, hypertension, and thrombovascular events | 05/07/06 | 0.280 | $98.00 | -$24,594.36 |
| WHITE | MRK-AH0007871; White et al # February 2001; rofecoxib-induced loss of blood pressure control | 05/07/06 | 0.100 | $35.00 | -$24,629.36 |
| ZHAO | 11589261 = Zhao SZ et al # AUG 2001; ADR of rofecoxib; WHO/Uppsala monitoring centre | 05/07/06 | 0.520 | $182.00 | -$24,811.36 |
| ZHAO | MRK-ABY0017677; Zhao poster session abstract of above | 05/07/06 | 0.050 | $17.50 | -$24,828.86 |
| GEBO | MRK-ADI0004415; Gebo et al (Merck) April 2001, rofecoxib and represses similar effects on BP | 05/07/06 | 0.200 | $70.00 | -$24,898.86 |
| MerckMEM | MRK-NJ0241966; Memo from Dr. Rush to Wendy Dixion "Risk of Hypertension" | 05/07/06 | 0.730 | $255.50 | -$25,154.36 |
| STAESSEN | 10752701 = Staessen JA et al # 2000; Risk factor: isolated systolic hypertension in the elderly | 05/08/06 | 0.220 | $77.00 | -$25,231.36 |
| OSTERHAL | 12117086 = Osterhaus JT et al # 2002; destabilized blood pressure and celecoxib and rofecoxib Rx | 05/08/06 | 0.180 | $63.00 | -$25,294.36 |
| FITZGERALD | 15543079 = FitzGerald GA # 2004; rofecoxib treatment, hypertension, and thrombovascular events | 05/08/06 | 1.100 | $385.00 | -$25,679.36 |
| MUKHERJE | 11509060 = Mukherjee D et al # 2001; rofecoxib and risk of cardiovascular events | 05/08/06 | 0.220 | $77.00 | -$25,756.36 |
| BOMBARD | 11087881 = Bombardier C et al # 2000; Vioxx Gastrointestinal Outcomes Research Study (VIGOR) | 05/08/06 | 0.200 | $70.00 | -$25,826.36 |
| PATRONO | 3944270 = Patrono C et al # 1986; Thromboxane metabolism and urinary metabolite | 05/08/06 | 0.100 | $35.00 | -$25,861.36 |
| RONG | 12377739 = Rong JX et al # 2002; MCP-1 gene expression in rabbit lesio smooth muscle cells | 05/08/06 | 0.120 | $42.00 | -$25,903.36 |
| OUT | Transferred $5,890 to CHASE account "IB" (Egil Fosslien, MD); check # 106 | 05/08/06 | 0.000 | $0.00 | -$25,903.36 |
| MerckMEM | MRK-FRL0000122; dated April 26, 2000, news release re Vioxx | 05/09/06 | 0.100 | $35.00 | -$25,938.36 |
| AHRENS | 16596810 = Ahrens I et al # 2005; fibrinolysis, atherosclerosis, and platelet activation | 05/10/06 | 0.100 | $35.00 | -$25,973.36 |

COPY

7/25/2006

Page 5

Confidential

FAC Resp. Exhibit B -- 1391

JUL-27-2006 02:42 AM

P.06

363

INVOICE006868 - Egil Fosslien, MD.xls

| Description | Date | Qty | Amount | Total |
|---|---|---|---|---|
| VEILLARD 1456931 = Veillard NR et al # 2004; chemokesis, RANTES receptors, atherosclerosis in mice | 04/05/06 | 0.230 | $80.50 | -$28,572.26 |
| LANG 1249064 = Lang S et al # 2003; rofecoxib increases expression of CCR5 (chemotaxis) | 04/05/06 | 0.380 | $133.00 | -$29,055.36 |
| HENRIKSSX 3478739 = Henriksson P et al # 1987; thromboxane in cholesterol-fed rabbit model of atherosclerosis | 04/05/06 | 0.620 | $217.00 | -$29,872.36 |
| BURLEIGH 16040051 = Burleigh ME et al # 2005; COX-2 promotes early atherosclerosis in apoE null mice | 04/06/06 | 0.150 | $52.50 | -$29,924.86 |
| MerabMEMe Merck Memo, from JE Rush, 01/15/01, re Dr. White, rofecoxib Rx increases blood pressure | 04/07/06 | 0.620 | $217.00 | -$31,441.86 |
| RULE26 Figure: Rofecoxib inhibition; TXA2 and PGI2 signaling, ischemia, acute myocardial infarction | 04/07/06 | 1.100 | $385.00 | -$31,526.86 |
| MerabMEM Memo to J.Morfin, 3/2301, re rofecoxib & renal profiles (hypertension & edema);& Wischen | 04/07/06 | 0.200 | $70.00 | -$21,596.85 |
| WOODS 12782016 = Woods JM et al # 2003; rofecoxib: COX2, angiogenesis, RA, chemotaxis, review | 04/07/06 | 0.470 | $164.50 | -$21,761.36 |
| FDAnemo Regulatory Affairs, PHS memo to Merck, 06/02/05; reNDA 21-042; rofecoxib & CHF & HTN | 04/07/06 | 0.450 | $157.50 | -$21,918.86 |
| LENZER 1571142 = Lenzer J # 2005; BMJ; FDA; rofecoxib increases risk of heart attacks and stroke | 04/09/06 | 0.100 | $35.00 | -$21,953.86 |
| WACKER 1639632 = Wacker MJ et al # 2005; thromboxane-induced arrhythmia in rabbit model | 04/09/06 | 0.120 | $42.00 | -$21,995.86 |
| VALENTGP 16932154 = Valengos P et al # 2006; rofecoxib increases risk of ACS and sudden death | 04/09/06 | 0.230 | $80.50 | -$22,076.36 |
| RIDKER 9439492 = Ridker PM et al # 1998; elevated plasma MCP-1 predicts risk of myocardial infarction | 04/09/06 | 0.130 | $45.50 | -$22,121.86 |
| WACKER 1639832 = Wacker MJ et al # 2005; additional analysis, fax comment, draft illustration | 04/09/06 | 1.180 | $413.00 | -$22,534.06 |
| CASE Plaintiff with cerebral clot: from heart? Caused by rofecoxib? Emailed brief comments | 04/10/06 | 0.130 | $95.50 | -$22,920.36 |
| RULE26 "VIOXX ACCELERATED ARTEROSCLEROSIS DOCUMENTS"; review of part of | 04/11/06 | 2.000 | $700.00 | -$23,283.36 |
| OUT Transferred $5,909 to CHASE account "B" (Egil Fosslien, MD); check #105 | 04/11/06 | 0.000 | $0.00 | -$23,283.36 |
| WONG Wong E et al # 2000 (Merck labs) Effect of COX-2 inhibition of PGI2 in rabbits | 04/12/06 | 0.770 | $269.50 | -$23,505.86 |
| WARNER 1640783 = Warner TD et al # 2006; selectivity of rofecoxib for COX-1 increases if low protein | 04/13/06 | 0.270 | $94.50 | -$23,644.36 |
| EPSTEIN Review and comparisons of Epstein internal report of 2001 (and Roll paper 2003) | 04/14/06 | 2.400 | $840.00 | -$24,484.36 |
| MUSCARA 10742298 = Muscara MN et al # 2000; Celecoxib raises BP and promotes leukocyte adherance | 4/14/06 | 0.200 | $70.00 | -$24,554.36 |
| DIAZ 166112120 = Hamadez-Diaz et al # 2006; NSAIDs and risk of acute myocardial infarction | 04/14/06 | 0.230 | $80.50 | -$24,634.86 |
| RULE26 9694975, 14629302, 16545538, 743346,2156814; re beta-oxidation inhibition by NSAIDs | 04/20/06 | 0.480 | $168.00 | -$24,802.86 |
| CONF CALL Conference call, Dr. Restaino | 04/28/06 | 0.240 | $84.00 | -$24,886.86 |
| AHA Meetin AHA meeting in Denver, visit and discuss lectures and poster presentations with Dr. Restaino | 04/29/06 | 1.500 | $525.00 | -$25,411.86 |
| AHA Meetin AHA meeting in Denver, visit and discuss lectures and poster presentations with Dr. Restaino | 04/30/06   $5,598.10 | 1.500 | $525.00 | -$25,936.86 |
| IN Retainer $5,000 from Lopez, Hooks, Restaino, Mitnam & Skiles, Class "C" | 05/01/06 | 0.000 | $0.00 | -$25,936.86 |
| FRIES 16401468 = Fries S et al # 2006; individual selectivity variability in inhibition of COX-2 | 05/01/06 | 0.230 | $80.50 | -$26,017.36 |
| SOLOMON 16545966 = Solomon DH et al # 2006 (J. Avery group); Time source of risk, rofecoxib | 05/01/06 | 1.100 | $385.00 | -$26,402.34 |
| SOLOMON 16645966 = Solomon DH et al # 2006 (J. Avery group); Analysis of study groups and opinion | 05/02/06 | 0.650 | $227.50 | -$26,629.86 |
| HECKEN 11028250 = van Hecken A et al # 2000; rofecoxib selectivity in healthy volunteers | 05/02/06 | 0.230 | $80.50 | -$26,710.36 |
| GIERSE 15494548 = Gierse JK et al # 2005; valdecoxib potency and COX-2 selectivity (blood assay) | 05/02/06 | 0.200 | $70.00 | -$26,780.36 |
| WARNER 10377455 = Warner TD et al # 1999; rofecoxib and COX-1 selectivity, in vitro analysis | 05/02/06 | 0.150 | $52.50 | -$26,833.06 |
| LEVESQUE 15809459 = Levesque LE et al # 2005; rofecoxib increases risk of acute myocardial infarction | 05/02/06 | 0.270 | $94.50 | -$26,927.36 |
| KIMMEL 15384203 = Kimmel SE et al # 2005; rofecoxib and celecoxib and risk of myocardial infarction | 05/02/06 | 0.380 | $133.00 | -$27,060.36 |
| WALTER 15530895 = Walter MF et al # 2004; rofecoxib-->prooxidant effect-->isoprostanes & oxLDL | 05/02/06 | 1.330 | $465.50 | -$27,525.86 |
| MRK AAD0200945 = Preclinical/Toxicological Data - Mechanisms for causing C.V and GI ADRs | 05/03/06 | 2.000 | $700.00 | -$28,225.86 |

COPY

Page 4

7/25/2006

Confidential

FAC Resp. Exhibit B -- 1392

JUL-27-2006 02:42 AM

P.07

363

INVOICE 6093906 - Egil Fosslien, MD.ds

| Code | Description | Date | Hours | Amount | Credit | Balance |
|---|---|---|---|---|---|---|
| FETALVER | 16999867 = Feathern KM et al # 2005; prostaglycin and vSMC differentiation | 03/15/06 | 0.970 | $339.50 | | -$12,167.86 |
| FETALVER | 16999867 = Feathern KM et al # 2005; email report with attachments | 03/15/06 | 0.240 | $84.00 | | -$12,251.86 |
| McADAM | 10887791 = McAdam EF et al # 2005; review, drawing graphs | 03/15/06 | 0.730 | $255.50 | | -$12,507.36 |
| McADAM | 10887791 = McAdam EF et al # 2005; email report | 03/16/06 | 0.150 | $52.50 | | -$12,559.86 |
| TIKIZ | 15992994 = Tikiz C et al # 2005, review & critique re statin Rx and lack of IP isoprenylation | 03/16/06 | 0.570 | $199.50 | | -$12,759.36 |
| RULE26 | Outline | 03/16/06 | 1.000 | $350.00 | | -$13,109.36 |
| RULE26 | Drafted sections A. Qualifications, B. Objectives, and C. Analysis and Conclusions | 03/17/06 | 4.000 | $1,400.00 | | -$14,509.36 |
| SCLADV.CO | Scientific Advisor's Meeting May 1-6, 1998, read and comment | 03/18/06 | 0.780 | $273.00 | | -$14,782.36 |
| MONSUEZ | 15230037 = Monsuez JJ # 2004: COX-2 inhibitors in CV path., review & opinion | 03/19/06 | 0.350 | $122.50 | | -$14,904.86 |
| SAFAR | Safar ME et al # 1996 re hypertension, email comments | 03/20/06 | 0.600 | $210.00 | | -$15,114.86 |
| IN | Retainer $5,000 from Lopez, Hoedes, Restrains, Milman & Skikos, Chase "C" | 03/23/2006 | 0.000 | $0.00 | $5,000.00 | -$15,114.86 |
| IN | Typing, corrections, looking up references | 03/23/2006 | 2.000 | $700.00 | | -$15,814.86 |
| SHI | 8003333 = Shi C et al # 1994: transplant arteriosclerosis, not atherosclerosis | 03/20/05 | 0.080 | $28.00 | | -$15,842.86 |
| HERMANN | 16103251 = Hermann M et al # 2005; Coxibs, smoking, and CV risk, review | 03/21/06 | 0.930 | $325.50 | | -$16,168.36 |
| HERMANN | 16103251 = ibid: formulating, typing, comments by email x 3 | 03/21/06 | 0.370 | $129.50 | | -$16,297.86 |
| HIGGS | 9142422 = Higgs GA et al # 1977, short article, review and comment | 03/21/06 | 0.120 | $42.00 | | -$16,339.86 |
| NILTON-E | 15303497 = Nilton-Persson AC et al # 2004, aspirin/metabolites & cardiac mitochondria | 10/21/06 | 0.350 | $122.50 | | -$16,462.36 |
| RULE26 | Outlined sections on aspirin, hypertension, collateral circulation, smoking | 03/21/06 | 2.000 | $700.00 | | -$17,162.36 |
| CASE | Response to questions re uses of 52 y/o male with MI after rofecoxib and celecoxib Rx | 03/22/06 | 0.270 | $94.50 | | -$17,256.86 |
| FISCHER | 15596639 = Fischer LM et al # 2004: review & email re AMI post NSAID Rx cessation | 03/22/06 | 0.300 | $105.00 | | -$17,361.86 |
| RULE26 | Diabetes as a risk factor for atherosclerosis and myocardial infarction | 03/22/06 | 1.000 | $350.00 | | -$17,711.86 |
| SILVERMA | 'Merck Green Monkey model for VIOXX™ (cofecoxib); Sept. 28, 2000 | 03/22/06 | 0.950 | $332.50 | | -$18,044.36 |
| RULE26 | Duration of Rx, AMI, and VIOXX; WORKING HYPOTHESIS, emailed word file | 03/23/06 | 1.080 | $378.00 | | -$18,422.36 |
| OUT | Transferred $5,000 to CHASE account "B" (Egil Fosslien, MD); check # 104 | 03/23/06 | 0.000 | $0.00 | | -$18,422.36 |
| DOGNE-05 | = Dogne J-M et al # 2005; Thromboxane, prostacyclin, isoprostanes, atherosclerosis | 03/23/06 | 0.650 | $227.50 | | -$18,649.86 |
| NUSSMEHE | 15713945 = Nussmeier NA et al # 2005; Postop use of valdecoxib and parecoxib, comments | 03/24/06 | 0.180 | $63.00 | | -$18,712.86 |
| CALL | Phone conversation with Dr. J. Restaino re duration of treatment | 03/24/06 | 0.120 | $42.00 | | -$18,754.86 |
| RULE26 | Phone call: Follow-up question re use of illustrations in RULE26 report | 03/24/06 | 0.130 | $45.50 | | -$18,800.36 |
| JAMES | 16477171 = James & Cleland J 2006, rofecoxib and prothrombotic state, review | 03/26/06 | 0.730 | $255.50 | | -$19,055.86 |
| MITCHELL | 16185347 = Mitchell & Warner # 2006; review and preliminary report | 03/28/06 | 1.920 | $672.00 | | -$19,727.86 |
| WEBER | 10093990 = Weber A-A & Zimmermann KC # 1999; COX-2 in platelets (?), read, comment | 03/28/06 | 0.180 | $63.00 | | -$19,790.86 |
| WEBER | 10093990 = ibid: investigation of antibodies used to detect COX-2, ridiculous report | 03/28/06 | 0.070 | $24.50 | | -$19,815.36 |
| HASAN | 88880000 = Hasan K et al; COX activity in megakaryocytes and COX-2 in platelets | 03/28/06 | 0.050 | $17.50 | | -$19,832.86 |
| IN | Retainer $5,994.50 from Lopez, Hoedes, Restrains, Milman & Skikos, Chase "C" | 04/04/06 | 0.000 | $0.00 | $5,994.50 | -$19,832.86 |
| FITZGERAL | 12093985 = FitzGerald GA # 2002; COX isoforms and vascular tone | 04/04/06 | 0.520 | $182.00 | | -$20,014.86 |
| VIRDIS | 15547110 = Virdis A et al # 2005; COX-2, EC function; LPS, NO, ROS; review | 04/04/06 | 0.820 | $287.00 | | -$20,301.86 |
| VIRDIS | ibid: initial response to questions re above; comments and illustration; FAX file | 04/04/06 | 0.400 | $140.00 | | -$20,441.86 |

COPY

Page 3

INVOICE/09/05 - Egil Fosslien, MD ...

| Code | Description | Date | Deposit | Hours | Rate | Balance |
|---|---|---|---|---|---|---|
| TOPOL | Review of Dr. Topol Deposition | 01/17/06 | | 6.750 | $2,362.50 | -$5,362.00 |
| CERTIFIC | Mailing CERTIFICATION by USPS certified mail | 01/17/06 | | 0.050 | $17.50 | -$5,379.50 |
| RAY | Reviewing of Dr. Wayne A. Ray's Power Point Pres (18 month defense) | 01/17/06 | | 0.500 | $125.00 | -$5,504.50 |
| POSTAGE | Postage; CERTIFICATION by USPS return certified mail | 01/17/06 | | 0.015 | $5.36 | -$5,509.86 |
| CURFMAN | Review of Dr. Curfman deposition | 01/18/06 | | 4.160 | $1,456.00 | -$7,015.86 |
| CAUGHLEY | 11509629 =Caughley GE et al. Roles of cyclooxygenase (COX)-1 and COX-2 in postmodel... # 2001 | 01/18/06 | | 0.750 | $262.50 | -$7,278.36 |
| JAMES | 15082814 = James MJ and Cleland LG. Applying a research ethics committee approach... # 2001, no charge, in manuscript | 01/18/06 | | 0.000 | $0.00 | -$7,278.36 |
| CLELAND | 11587283 = Cleland LG et al. COX-2 inhibition and thrombotic tendency; a need for surveillance # 2001 | 01/18/06 | | 0.250 | $87.50 | -$7,365.86 |
| | Sending email re above | 01/18/06 | | 0.000 | $0.00 | -$7,365.86 |
| KOTOB | 16330315 = Kotob letter | 01/19/06 | | 0.025 | $8.75 | -$7,374.61 |
| | 1633016 = Kotob letter | 01/19/06 | | 0.025 | $8.75 | -$7,383.36 |
| FANCOS | 1633016 = François H reply | 01/19/06 | | 0.100 | $35.00 | -$7,418.36 |
| BREYER | 1615496 = Breyer MD # 2005 | 01/23/06 | | 0.000 | $0.00 | -$7,418.36 |
| OUT | Withdrawn, check # 9994 | 01/22/05 | | 0.220 | $77.00 | -$7,495.36 |
| | BENZER P et al; effects of PGI2 on chemotaxis | 01/22/05 | | 0.660 | $231.00 | -$7,726.36 |
| DAVIDGE | 11597967 = DAVIDGE ST PGHS2, vascular function by NSAIDs, FFTA 2001 | 01/23/06 | | 0.330 | $115.50 | -$7,841.86 |
| LOWE | 15692260 = Lowe GD 2003; Review of Virchow factors in thrombogenesis including venous | 01/23/05 | | 0.330 | $115.50 | -$7,957.36 |
| NAKAYAM | 15120711 = Nakayama T et al;004; Clinical trial on effect of prostacyclin (analog) on vessel wall | 01/31/06 | | 0.000 | $0.00 | -$7,957.36 |
| OUT | Charge for checkbook | 02/06/06 | | 0.330 | $115.50 | -$8,072.86 |
| DAUBERT | DAUBERT motions to exclude testimony | 02/06/06 | | 0.170 | $59.50 | -$8,132.36 |
| GRAHAM | Expert witness report (forensic pathology report) | 02/07/06 | | 0.000 | $0.00 | -$8,132.36 |
| OUT | Transferred $5,800 to CHASE account "EF" (Egil Fosslien, MD); check # 103 | 02/07/06 | | 0.000 | $0.00 | -$8,132.36 |
| IN | Payment $5,400; Deposited check from HERMAN, HERMAN, KATZ & COTLAR, New Orleans | 02/07/06 | $5,408.80 | 0.000 | $0.00 | -$8,132.36 |
| | Responding to questions on Vioxx and Valdecomb mail | 02/09/05 | | 0.250 | $87.50 | -$8,219.86 |
| | a) non-Q-wave (subendothelial versus transmural myocardial infarction) | 02/09/05 | | 0.080 | $28.00 | -$8,247.86 |
| | b) eye strokes | 02/09/05 | | 0.420 | $147.00 | -$8,394.86 |
| | c) Acute coronary syndromes | 02/11/06 | | 1.000 | $350.00 | -$8,744.86 |
| FISHBEIN | Comments on report about Dr. Fishein's lecture, sent by email (email file) | 02/15/06 | | 1.420 | $497.00 | -$9,241.86 |
| TARGUM | FDA Memorandum (Consultation NDA 21-042, S-007) | 02/17/06 | | 1.000 | $350.00 | -$9,591.86 |
| MDL | Business meeting, Dr. Restiaine et al. at Pamosa, re MDL litigation | 02/17/06 | | 1.000 | $350.00 | -$9,941.86 |
| FARB | 8641024= Farb A et al 1996.; Coronary plaque erosion without rupture into A lipid core. | 02/22/06 | | 2.050 | $717.50 | -$10,659.36 |
| CASE | Review of VIOXX MDL case (49 yrs.) and redoxing opinion | 03/07/06 | | 0.330 | $115.50 | -$10,774.86 |
| BELTON | Review of Belton article, email with comments on same | 03/08/06 | | 0.580 | $203.00 | -$10,977.86 |
| FELDMAN | Email re meeting with Dr. Ed Feldman; PGI2, cyclooxramb, stroke; chemotaxis, etc. | 03/08/06 | | 0.160 | $56.00 | -$11,033.86 |
| STROKE | Email answer to questions regarding Vioxx and stroke | 03/10/06 | | 0.250 | $87.50 | -$11,121.36 |
| PLAQUE | Coronary plaque questions, answer in email of 3/10/06 | 03/11/06 | | 0.330 | $115.50 | -$11,236.86 |
| CYP19 | Questions re CYP19 determination in tissues and recommendation for testing laboratory | 03/14/06 | | 0.000 | $0.00 | -$11,236.86 |
| OUT | Transferred $5,800 to CHASE account "EF" (Egil Fosslien, MD); check # 103 | 03/15/06 | | 0.720 | $252.00 | -$11,488.86 |
| RUDIC | 15905461 = Rudic RD et al # 2005, review, and comments sent by email | 03/15/06 | | 0.970 | $339.50 | -$11,828.36 |
| TOYOTA | 16203926 = Toyota E et al # 2005, VEGF and cardiac collateral circulation, review | | | | | |

FAC Resp. Exhibit B -- 1394

COPY

JUL-27-2006 02:44 AM

P.09
363

INVOICE2006005 - Egal Freedman, MD.xls

To:
Dr. John M Restaino, Jr, Esq
Lopez, Hodes, Restaino, Milman & Skikos
A Law Corporation
450 Newport Center Dr 2nd Floor
Newport Beach, CA 92660-7617

FAX: 1.801.659.9031

Your ref.: FOSSDR-02 VIOXX – MDL – 17800/EXPERT R
My ref.: C:\Legal\Rofecoxib\Invoice.xls

## FOR PROFESSIONAL SERVICES RENDERED: CHARGE DETAILS

| NAME OR ITEM | DETAIL | A DATE | DEPOSIT | B WORK HRS | C Charges | D INVOICE |
|---|---|---|---|---|---|---|
| TELECONF | Phone conversatn with Dr. J. Restaino | 11/01/05 | | 0.500 | $175.00 | -$175.00 |
| WHITMAN | Review of Whitman (13625) documents, Judge Fallon MDL # 1557 | 11/02/06 | | 0.670 | $234.50 | -$409.50 |
| HERMAN | Review of Herman (See No. 6819) documents, Judge Fallon MDL # 1557 | 11/02/06 | | 0.500 | $175.00 | -$584.50 |
| IN | CHECK # 64948 DEPOSITED ACCNT # 7133559 CHASE BANK ONE, GLEN ELLYN, IL | 01/03/06 | $18,000.00 | 0.000 | $0.00 | -$584.50 |
| SEARCH | PubMed search; analysis of abstracts, FAX of results to Dr. Restaino | 01/07/06 | | 2.000 | $700.00 | -$1,284.50 |
| COMM | Downloading and printing of articles sent as attachment to email by Dr. Restaino | 01/11/06 | | 0.750 | $262.50 | -$1,547.00 |
| KROTZ | 15975505 = Krötz F et al. Selective COX-2 inhibitors and risk of myocardial infarction # June 2005 | 01/12/06 | | 1.000 | $350.00 | -$1,897.00 |
| FRANCOIS | 16154102 = Francois H et al. Prostacyclin protects against elevated blood pressure and cardiac fibrosis # Sept 2005 | 01/12/06 | | 1.500 | $525.00 | -$2,422.00 |
| HINZ | 16385545 = Hinz B et al # Jan 2006, role of thromboxane etc, 3 day study, no quick screen only | 01/12/06 | | 0.250 | $87.50 | -$2,509.50 |
| SHINMURA | 15604124 = Shinmura at al # May 2005, cardioprotective role of prostaglandin via ER3 crosstalk | 01/12/06 | | 0.750 | $262.50 | -$2,772.00 |
| KONSTAM | 12086293 = Konstam MA, Weir MR. Current perspective on the cardiovascular effects of coxibs  # 2002, nothing new, quick | 01/12/06 | | 0.000 | $0.00 | -$2,772.00 |
| CIPOLLONI | 11514380 = Cipollone F et al. Overexpression of functionally coupled cyclooxygenase-2 and prostaglandin... # 2001 | 01/12/06 | | 0.400 | $140.00 | -$2,912.00 |
| | i) identified s [[16102101], [16020742], [15933245], [15155382], [14592854] | 01/12/06 | | 0.000 | $0.00 | -$2,912.00 |
| | [16188711], | 01/12/06 | | 0.100 | $35.00 | -$2,947.00 |
| ORDER | Review of PROTECTIVE ORDER #13 and signing CERTIFICATION | 01/17/06 | | 0.150 | $52.50 | -$2,999.50 |

7/26/2006

Page 1

Confidential

COPY

FAC Resp. Exhibit B -- 1395

Attachment "B"

### MDL 1657: VIOXX PRODUCTS LIABILITY LITIGATION
#### CHECK REQUEST FORM FOR SHARED EXPENSES

| | | GENERAL CHECK REQUEST INFORMATION |
|---|---|---|
| 1. | Date: | March 4, 2008 |
| 2. | I am requesting a check from: | Plaintiffs' Liaison Counsel, Russ M. Herman |
| 3. | Payable To: (Name & Address) | Lopez, Hodes, Restiano, Milman & Skikos 625 Market Street, 11th Floor San Francisco, CA 94105 |
| 4. | Social Security # or TIN # of the payee: | TIN: 33-0223255 |
| 5. | Invoice No.: | Check No. 61608 |
| 6. | Date check needed (check one): | Now      30 Days      60 Days      90 Days      Other   X |
| 7. | Purpose of Check: | Dr. Loren Laine, MD –Expert Retainer |
| 8. | Amount of Check: | $1000.00 |
| 9. | Documentation[21] | Yes:   X      No: |
| 10. | Send Check To (check one): | Requestor    X    OR    Payee |
| 11. | Requesting Attorney's Signature[22] | |

| Liaison Counsel Accounting Use Only: |
|---|
| Check# |
| Approved by Plaintiffs' Liaison Counsel:                                          Date: |

---

[21] Documentation must be provided with check request.
[22] By signing this request, you certify that the expense request is properly documented, complete and accurate and is being incurred for the common benefit.

- 11 -

FAC Resp. Exhibit B -- 1396

78   ⑪   140

**Brandi Lopez**

| | |
|---|---|
| From: | Barbara Preston |
| Sent: | Wednesday, April 13, 2005 3:29 PM |
| To: | Brandi Lopez |
| Subject: | VIOXX |

Brandi - Cynthia will need a $1,000 check by 4/20

Loren Laine, MD at USC.  This will be for a two hour meeting on Vioxx at $500/hour

(I don't know what the VIOXX Code # is)

Lopez, Hodes, Restaino, Milman & Skikos - General

LOREN LAINE, M. D.                                        4/15/2005        61608
Litigation Expense:Medical Payments        Vioxx(78000)/Expert Review/Laine, MD/ChkReq-CL        1,000.00

NBO - CNB - General     Vioxx(78000)/Expert Review/Laine, MD                                     1,000.00



513898 (11/04)

Attachment "B"

**MDL 1657: VIOXX PRODUCTS LIABILITY LITIGATION**
*CHECK REQUEST FORM FOR SHARED EXPENSES*

| | | GENERAL CHECK REQUEST INFORMATION | | | | |
|---|---|---|---|---|---|---|
| 1. | Date: | March 4, 2008 | | | | |
| 2. | I am requesting a check from: | Plaintiffs' Liaison Counsel, Russ M. Herman | | | | |
| 3. | Payable To: (Name & Address) | Lopez, Hodes, Restiano, Milman & Skikos 625 Market Street, 11th Floor San Francisco, CA 94105 | | | | |
| 4. | Social Security # or TIN # of the payee: | TIN: 33-0223255 | | | | |
| 5. | Invoice No.: | Check No. 64871 | | | | |
| 6. | Date check needed (check one) | Now ___ 30 Days ___ 60 Days ___ 90 Days ___ Other  X | | | | |
| 7. | Purpose of Check: | Dr. Michael Fishbein, MD | | | | |
| 8. | Amount of Check: | $400.00 | | | | |
| 9. | Documentation[23] | Yes: X No: | | | | |
| 10. | Send Check To (check one): | Requester  X  OR  Payee | | | | |
| 11. | Requesting Attorney's Signature[24] | | | | | |

**Liaison Counsel Accounting Use Only:**
Check#
Approved by Plaintiffs' Liaison Counsel:                    Date:

---
[23] Documentation must be provided with check request.
[24] By signing this request, you certify that the expense request is properly documented, complete and accurate and is being incurred for the common benefit.

- 12 -

FAC Resp. Exhibit B -- 1398

Page 1 of 1  *268*

*78*

**Brandi Lopez**

| | |
|---|---|
| **From:** | Cynthia Garber |
| **Sent:** | Wednesday, December 28, 2005 12:05 PM |
| **To:** | Barbara Preston |
| **Cc:** | Brandi Lopez |
| **Subject:** | Vioxx |
| **Importance:** | High |

B,

Can you pls get me a check for $400 made payable to: Regents of Univ of California for my meeting tomorrow am with Michael Fishbein, M.D.?  Thx



Lopez, Hodes, Restaino, Milman & Skikos - General

REGENTS OF UNIVERSITY OF CALIFORNIA                              12/27/2005            64871
Litigation Expense                              VIOXX/MTG WITH M. FISHBEIN, MD/REGENTS/C         400.00  *268*

*268*

NBO - CNB - General    VIOXX/MTG WITH M. FISHBEIN, MD                              400.00



525469 (8/05)

12/28/2005

FAC Resp. Exhibit B -- 1399

Attachment "B"

## MDL 1657: VIOXX PRODUCTS LIABILITY LITIGATION
### CHECK REQUEST FORM FOR SHARED EXPENSES

| | | GENERAL CHECK REQUEST INFORMATION |
|---|---|---|
| 1. | Date: | March 4, 2008 |
| 2. | I am requesting a check from: | Plaintiffs' Liaison Counsel, Russ M. Herman |
| 3. | Payable To: (Name & Address) | Lopez, Hodes, Restiano, Milman & Skikos<br>625 Market Street, 11th Floor<br>San Francisco, CA 94105 |
| 4. | Social Security # or TIN # of the payee: | TIN: 33-0223255 |
| 5. | Invoice No.: | Confirmation No. 438241/ Confirmation No. 440785 |
| 6. | Date check needed (check one) | Now ___ 30 Days ___ 60 Days ___ 90 Days ___ Other  X |
| 7. | Purpose of Check: | Hotel Accommodations at Beverly Wilshire Grand Hotel in Los Angeles for Marketing Expert Connie Pechmann<br>Dates of Stay:<br>7/6/06-7/7/06<br>7/10/06-7/11/06 |
| 8. | Amount of Check: | $434.13 |
| 9. | Documentation[25] | Yes: X ___ No: ___ |
| 10. | Send Check To (check one): | Requestor X ___ OR Payee ___ |
| 11. | Requesting Attorney's Signature[26] | |

Liaison Counsel Accounting Use Only:
Check#
Approved by Plaintiffs' Liaison Counsel:                          Date:

[25] Documentation must be provided with check request.
[26] By signing this request, you certify that the expense request is properly documented, complete and accurate and is being incurred for the common benefit.

FAC Resp. Exhibit B -- 1400

# WILSHIRE GRAND
## LOS ANGELES

**COPY OF INVOICE**

Guest   Pechmann, Connie

Payee   Connie Pechmann

     US

| | |
|---|---|
| Room No : | 0727 |
| Arrival : | 07-10-06 |
| Departure : | 07-11-06 |
| Page No. : | 1 of 1 |
| Folio No. : | 220325 |
| AR No. : | |
| Ref No. : | C10219SY025 |
| Conf. No. : | 440785 |
| Rate | 169 |
| Cashier | |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 07-10-06 | Room Rate | 169.00 | |
| 07-10-06 | Occupancy Tax | 23.66 | |
| 07-10-06 | CA ST Assessment | 0.11 | |
| 07-11-06 | Garage Parking tk# 365 | 30.00 | |
| 07-11-06 | American Express XXXXXXXXXX7082    XX/XX | | 222.77 |

Signature:_____

| | | | |
|---|---|---|---|
| Total | | 222.77 | 222.77 |
| Balance | | | 0.00 |

FAC Resp. Exhibit B 1401

# WILSHIRE GRAND
## LOS ANGELES

**COPY OF INVOICE**

Payee  Connie Pechmann

      US

| | |
|---|---|
| Room No : | 1218 |
| Arrival : | 07-06-06 |
| Departure : | 07-07-06 |
| Page No. : | 1 of 1 |
| Folio No. : | 219462 |
| AR No. : | |
| Ref No. : | |
| Conf. No. : | 438241 |
| Rate | 159 |
| Cashier | |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 07-06-06 | Room Rate | | 159.00 | |
| 07-06-06 | Occupancy Tax | | 22.26 | |
| 07-06-06 | CA ST Assessment | | 0.10 | |
| 07-06-06 | Parking | | 30.00 | |
| 07-07-06 | American Express | | | 211.36 |
| | XXXXXXXXXXX7082 | XX/XX | | |

Signature:_____

| | Charges | Credits |
|---|---|---|
| Total | 211.36 | 211.36 |
| Balance | | 0.00 |

-----Original Message-----
From: Anita Zimmer [mailto:azimmer@wdco.biz]
Sent: Fri 6/13/2008 7:41 AM
To: Kathleen Millican
Subject: RE: Vioxx MDL:   Lopez Hodes Held Expense Submission

Kathleen,

Just wanted to let you know that we reviewed all your corrected submissions for 2005,
2006, & 2007 are all are accepted in compliance with MDL guidelines.

We also received and reviewed your March 2008 submission which contained all activity in
2008 thru date submitted, and it is accepted.

Please call if I can be of further assistance.

Anita M. Zimmer, CPA, ABV
Wegmann Dazet & Company
www.wdco.biz

111 Veterans Blvd, Suite 800
Metairie, LA 70005
Phone    504.837.8844
Fax      504.837.0856

Member:  Old Metairie Road Business Association www.omrba.com

**************************************************************************************
*********************************
If the above communication includes tax advice, please read the following disclaimer. If
it does not include tax advice, you may disregard the following paragraph.
To ensure compliance with Treasury Department regulations, we wish to inform you that any
tax advice that may be contained in this communication (including any attachments) is not
intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-
related penalties under the Internal Revenue Code or applicable state or local tax law
provisions or (ii) promoting, marketing or recommending to another party any tax-related
matters addressed herein.

# THE LOWE LAW FIRM
### Attorneys at Law

RECEIVED NOV 0 6 2008

Jeffrey J. Lowe
8235 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
www.jefflowepc.com

Telephone 314-678-3400
Facsimile  314-678-3401
Direct       314-678-1052

October 31, 2008

(*via e-mail* ~~gherman@hhkc.com~~ *& US Mail*)
Russ Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Re:     MDL 1657, Section L
          In Re Vioxx Products Liability Litigation

Dear Mr. Herman:

Enclosed is Affidavit of Jeffrey J. Lowe which is submitted pursuant to Pre-Trial Order No. 6(D) (Fee Allocation Guidelines), on behalf of the application for an award of attorneys' fees and reimbursement of expenses filed by Carey & Danis, LLC and affiliated counsel.

Very truly yours,

Jeffrey J. Lowe

JJL/lae
enc.
jeff@jefflowepc.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE VIOXX PRODUCT LIABILITY
LITIGATION

_____

THIS DOCUMENT RELATES TO ALL
ACTIONS

MDL 1657 Section L
Judge Falon
Magistrate Judge Knowles

## AFFIDAVIT OF JEFFREY J. LOWE

Comes now Jeffrey J. Lowe and, on behalf of Carey & Danis, LLC and affiliated firms' application for reimbursement of attorneys' fees and expenses, and after being first duly sworn, hereby swears:

1. Movants incorporate by reference the application of Carey & Danis, LLC and its affiliated counsel, as well as the affidavit of Carey & Danis, LLC and its affiliated counsel for an award of attorneys' fees and expenses which were filed on June 30, 2008.

2. Carey & Danis, LLC and affiliated firms filed 11 cases in Illinois state court involving 65 plaintiffs which were remanded to the Circuit Courts of St. Clair County and Madison County, Illinois. We filed an application for reimbursement for common benefit time and expenses for those 11 cases, totaling 65 individual plaintiffs, including *Donohoo v. Merck* pending in Madison County, Illinois.

3. We believe that the work in the *Donohoo v. Merck* case, as well as the other 64 Illinois remanded cases, contributed to the ultimate outcome, i.e., the global Vioxx settlement. First, Merck's decision to settle the global Vioxx litigation was the result of all attorneys trying cases, and working up individual cases for trial. This resulted in Merck facing multiple trial settings in 2008, including cases set for trial in New Jersey state court, Texas state court, California state court, Florida state court, as well as Illinois state court and the MDL. With Merck facing multiple cases set for trial in 2008 in multiple venues, the Vioxx litigation became more unpredictable for Merck and increased its costs and the

likelihood for substantial plaintiffs' verdicts, especially in Illinois venues such as Madison County, St. Clair County, and Cook County, which have a reputation as being favorable to plaintiffs.

4. The quality of all of the firms' work on the Illinois remanded cases was very high. We were one of the few law firms that were able to figure out a way to have cases other than cases in New Jersey or California proceed in state court. In fact, we were the first firm to sue Merck and Walgreens in Illinois state court and to obtain a remand order from the United States District Court for the Southern District of Illinois. We took substantial depositions of Merck's experts, as well as producing our own experts for deposition.

5. I was responsible, along with John Carey and Joseph Danis of Carey & Danis, LLC, in overseeing the entire Vioxx project. As can be seen by the time records we have submitted, our group was dedicated to pursuing Vioxx cases to trial and we were preparing to try multiple cases over a period of years. In order to pursue the 2,689 claims on behalf of Vioxx claimants, including the claimants in Illinois, all attorneys had to reduce their workload of other cases, and forego work which would have produced a more immediate result.

6. The majority of attorneys working on the Vioxx project for Carey & Danis, LLC and affiliated firms were at the partner level. I have been practicing law since 1985 and prior to forming my own firm in 2004, was a partner in two personal injury firms. John Carey and Joseph P. Danis are the founding partners of the law firm of Carey & Danis, LLC and have substantial mass torts experience, including Fen Phen, Baycol, Rezulin, as well as many other pharmaceutical products. John Carey has been practicing law since 1987 and Joseph Danis was licensed in 1993. Evan Schaeffer of the firm of Schaeffer & Lamere was a former partner of Carey & Danis, LLC prior to forming Schaeffer & Lamere, and he has been practicing law since 1990. Evan Buxner, who is the counsel with the

-2-

Walther Glenn law firm, has been practicing law since 1993. One of the primary associates working on the case is Casey Flynn, who graduated law school in 2000 and had 4-7 years of experience while working on the Vioxx project.

7. As set forth in our time records, we were all involved in the Vioxx litigation after Vioxx was withdrawn from the market, but prior to MDL 1657 being formed in April, 2005.

8. As further evidence of the common benefit work, after we took expert depositions in the *Donohoo* case, we paid to have all the deposition exhibits PDF'd and sent to Penny Herman so that they could be maintained in the Vioxx depository for use by other attorneys in the Vioxx litigation.

9. After the global settlement agreement was reached, we also filed objections to the global settlement that resulted in a modification of the settlement agreement, in particular 9.2.4 of the Master Settlement Agreement, which only allowed common benefit time for work done in the MDL, New Jersey state court, Texas state court and California state court. As a result of our efforts, the agreement was amended to include common benefit work in any other state, which would include Illinois.

10. The information contained within this affidavit is based upon my personal knowledge and I am competent to testify as to these matters at any hearing.

Jeffrey J. Lowe

STATE OF MISSOURI      )
                       )
COUNTY OF ST. LOUIS    )

The undersigned hereby certifies that Jeffrey J. Lowe personally appeared before her this _31_ day of October, 2008, and signed the foregoing as his true and voluntary act.

Notary Public

Lori A. Eyre - Notary Public
Notary Seal, State of
Missouri - St. Louis County
Commission #07513355
My Commission Expires 9/18/2011

524985 / 004128

-3-

FAC Resp. Exhibit B -- 1407

THE LOWE LAW FIRM

By:_____
    Jeffrey J. Lowe
    Francis J. "Casey" Flynn
    THE LOWE LAW FIRM
    Attorney for Plaintiffs
    8235 Forsyth, Suite 1100
    St. Louis, Missouri 63105
    (314) 678-3400
    Fax: (314) 678-3401

### Certificate of Service

The undersigned hereby certifies that the foregoing was sent via electronic mail and U.S. Mail this 31st day of October, 2008, to: Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., New Orleans, LA 70113.



UNITED STATES POSTAGE

$ 000.59⁰
PITNEY BOWES

02 1P
0003074019   OCT 31 2008
MAILED FROM ZIP CODE 63105

**THE LOWE LAW FIRM**
Attorneys at Law
8235 Forsyth Blvd., Suite 1100 · St. Louis, MO 63105

Russ Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

NOV 03 2008

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | * MDL Docket No. 1657 |
| | * |
| PRODUCTS LIABILITY LITIGATION | * SECTION L |
| | * |
| | * JUDGE FALLON |
| | * MAGISTRATE JUDGE KNOWLES |

## VIOXX MDL AFFIDAVIT FOR MATTHEW E. LUNDY

The law firm of Lundy & Davis, L.L.P., is an "AV" rated firm with offices in Lake Charles, Louisiana, Jackson, Mississippi, and Fayetteville, Arkansas. The members of the firm have extensive experience in complex litigation, including mass tort and class actions. The firm holds a national reputation in toxic torts and pharmaceutical matters. Several partners in this firm, including Matthew Lundy, have acted as lead counsel in class actions and have been heavily involved in multi-district litigation across the country. Matthew Lundy currently serves on the Plaintiff's Steering Committee in the matter of *In Re: Ortho Evra Products Liability Litigation; MDL Docket No. 1742.*

Matthew Lundy was appointed to the State Liaison Committee by Judge Fallon. As a member of that committee, Matthew Lundy assisted the Chair, Dawn Barrios, and other committee members in coordinating efforts against Merck with the Plaintiffs' lawyers handling cases in state court. Mr. Lundy actively engaged in the Vioxx Rapid Remand Project . Attorneys around the country with pending remands were contacted. Their cases were vetted in order to select strong cases that could be remanded and litigated in an effort to advance the litigation forward and place pressure on Merck to seek global resolution. Also, in connection with his position on the State Liaison Committee, Matthew Lundy worked on a separate remand project directed by Judge Fallon. A review of the laws of numerous states was performed and a report prepared for Judge Fallon.

Four lawyers in Lundy & Davis, L.L.P. and in particular, Matthew E. Lundy and Lisa Stewart were actively involved in the Vioxx Litigation before the JPMDL and became actively involved with the Plaintiff's

Steering Committee following its formation. In December 2004, prior to the JPMDL, three partners and one senior associate began working with Seeger, Weiss and Beasley, Allen on the Vioxx project reviewing documents, preparing for depositions, and creating deposition excerpt cuts to be used during trial. Lundy & Davis, L.L.P. had worked in conjunction with Seeger, Weiss and Beasley, Allen on other mass torts and could be counted on to do competent and timely work.

Lundy & Davis, L.L.P. became actively involved with the Plaintiff's Steering Committee after its formation. Matthew E. Lundy, an "AV" peer reviewed lawyer sought appointment to the Plaintiff's Steering Committee based upon his prior experience with mass torts. Matthew Lundy and his firm were willing to put in the time and resources necessary to ensure success by the Plaintiff's Steering Committee and did so voluntarily and when called upon. Matthew Lundy became a member of the Discovery Committee, in particular, the Sales Representative and Marketing Sub-Committee. Senior Associate, Lisa Stewart, spent time in the depository in New Orleans as well as reviewed documents in New York. Partners Charles Peckham and William Quinn likewise spent time reviewing documents. As an active member of the Sales and Marketing Sub-Committee, Matthew Lundy was asked to be involved in discovery in Texas; specifically the depositions of Merck sales representative, Hon Vo Mariacher on January 11, 2006, and Dr. Isaacs, a Merck consultant and speaker in the State of Texas on April 20, 2006. Discovery of sales representatives and employees on the marketing side of pharmaceutical companies have historically proven critical in the success of mass torts.

As members of the Sales and Marketing Sub-Committee, Matthew Lundy and Lisa Stewart participated in numerous strategy calls and meetings, volunteered for projects, and actively participated in the MDL. Some of these projects included working on jury questionnaires at the request of Andy Birchfield; researching legal issues and responding to Motions in Limine filed by Merck; preparation of sales representative documents in preparation of taking sales representative depositions; reviewing sales representative notes in preparation of taking depositions; participating in a mock trial; preparation of deposition cuts for trial; and meeting with Texas lawyers as a member of the State Liaison Committee to

discuss strategy of Texas case selection for MDL trials and other committee work. Lundy & Davis possesses the requisite skill, experience, and reputation to conduct discovery in this area on behalf of the Plaintiff's Steering Committee.

Matthew Lundy was actively involved on the Case Chronology Sub-Committee and worked closely with Ted Wacker and Pete Kaufman in creating a timeline and case chronology to be used in the Irvin/Plunkett Trial II. Intimate familiarity with the Vioxx litigation was necessary for this work. Further, Matthew Lundy and Lisa Stewart worked actively with Pete Kaufman and Ted Walker on the Exhibit Authorization and Exhibit Admission/Objection Projects for Irvin/Plunkett Trial II. Gaining the knowledge of the case in order to actively participate in important projects demanded a significant amount of Matthew Lundy and Lisa Stewart's time that they did not charge as common benefit. Learning the Vioxx case took away from their ability to do other work.

Being chosen to serve on these important committees demonstrates that Matthew Lundy and his law firm possess the requisite skills to perform these legal duties properly.

Lundy & Davis, L.L.P. continued to perform work for the MDL after trials were lost and the success of the MDL was uncertain at best.

STATE OF LOUISIANA
PARISH OF CALCASIEU

BEFORE ME, the undersigned authority, personally came and appeared MATTHEW E. LUNDY, who after being duly sworn, deposes and says:

That the preceding statements are true and correct.

_____
MATTHEW E. LUNDY

SWORN TO AND SUBSCRIBED before me, Notary Public, at Lake Charles, Calcasieu Parish, Louisiana, on this 30th day of ___October___, 2008.

_____
SALLY G. TAYLOR (#8272)
NOTARY PUBLIC



**Martin & Jones**
TRIAL LAWYERS
Jones Martin
Parris & Tessener
Law Offices, PLLC

| *Raleigh Office:* | *Offices also Located in:* | *Lawyers:* |
|---|---|---|
| The Creamery Suite 200 410 Glenwood Avenue Raleigh, North Carolina 27603 | Durham, North Carolina 919-544-3000 | Abena K. Abayomi-Rogers**** Patrick F. Balestrieri* Thomas E. Barwick Kristen L. Beightol** Katherine N. Bricio |
| *Web Site:* MartinandJones.com **919-821-0005** | Wilmington, North Carolina 910-256-4005 | Sean A. B. Cole Matthew S. Healey H. Forest Horne, Jr.** |
| | Atlanta, Georgia 404-257-1117 | John Alan Jones Gregory M. Martin G. Christopher Olson E. Spencer Parris*** J. Michael Riley Clint W. Sitton**** Sam L. Starks**** Hoyt G. Tessener |

October 27, 2008

RECEIVED OCT 28 2008

*Also admitted in DC and NY
**Also admitted in GA
***Also admitted in GA, SC and TX
****Not admitted in NC

**H. Forest Horne, Jr.**
Facsimile:(919) 863-6084
E-Mail: hfh@m-j.com

**VIA FEDERAL EXPRESS**

Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Ave.
New Orleans, LA 70113

**Re:   Affidavit in Support of Application for Common Benefit Attorney Fees
        And Expense Reimbursement**

Dear Russ:

Please accept the enclosed affidavit as a supplement to Martin & Jones, PLLC's common benefit attorney fee and expense reimbursement application in the Vioxx litigation, which application was sent to you and the committee by letter dated May 29, 2008. This affidavit is being submitted pursuant to Vioxx Products Liability Litigation MDL Pretrial Order No. 6(D), requesting a 3-page affidavit from attorneys describing their common benefit work.

Should you have any questions or concerns regarding the enclosed affidavit or require supplementation of any nature, please contact me at your convenience. We look forward to hearing from you and to having our common benefit attorney fees and expenses approved.

Very truly yours,

H. Forest Horne, Jr.

FAC Resp. Exhibit B -- 1413

Russ M. Herman, Esq.
10/27/2008
Page 2


HFHJr/ljs

Enclosures

cc:   Kristine Megna, Wegmann-Dazet  (with enclosures)
      Vioxx Allocation Committee Members (with enclosures)

In Re: VIOXX® LITIGATION

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION: ATLANTIC COUNTY

Case Code No. 619

**AFFIDAVIT OF H. FOREST HORNE IN
SUPPORT OF APPLICATION FOR
COMMON BENEFIT ATTORNEY FEES
AND EXPENSE REIMBURSEMENT**

H. Forest Horne, being duly sworn, deposes and says as follows:

1.      I am a partner with the law firm of Martin & Jones, PLLC located in Raleigh, North Carolina. I have been licensed to practice law by the State of North Carolina since 1989 and was admitted *Pro Hac Vice* in New Jersey to appear in the Vioxx litigation in early 2005.

2.      From January 18, 2005, through September 6, 2006, Martin & Jones filed 48 cases in the coordinated Vioxx proceedings in Atlantic County Superior Court in Atlantic City, New Jersey.

3.      At the request of New Jersey Vioxx Plaintiffs' Liaison Counsel ("PLC"), Martin & Jones contributed a total of $15,000.00 to the New Jersey Vioxx Plaintiffs' Litigation Fund. We made payments to the PLC of $7,500.00 on July 25, 2005, and an additional $7,500.00 on April 27, 2006. Martin & Jones also paid $2,000 on June 20, 2007, for the New Jersey Plaintiff's public relations initiative coordinated by the Ferrara Firm. Martin & Jones' Vioxx litigation contributions were used by the PLC for the common benefit expenses of all Vioxx cases. Copies of checks showing the $17,000.00 in payments Martin & Jones made are included within our common benefit fee and expense reimbursement application.

4.      In early 2007, at the request of the PLC and as part of a concerted effort to put pressure on Merck to negotiate a settlement of all Vioxx claims, Martin & Jones volunteered and undertook "core discovery" in eleven cases, which the Court also approved for expedited discovery.

5.      Beginning in early 2007, Martin & Jones' attorneys and staff began preparing the eleven clients, their respective spouses, certain family members and certain treating physicians, for depositions in order to comply with Court orders for expedited discovery. Martin & Jones' lawyers and staff expended substantial time and advanced substantial expenses actively litigating our eleven expedited discovery cases. The work on the expedited discovery cases consisted of many tasks

including intensive medical record and document review, expert witness reviews in every case, depositions of all clients and their respective spouses, depositions of prescribing and treating physicians, depositions of some family members, motion practice in some cases, other deposition preparation as well as taking discovery and trial preservation depositions.

6.      In the summer of 2007, Martin & Jones' attorneys and paralegals reviewed and sorted tens of thousands of documents Merck produced in discovery in order to prepare for depositions of physicians and Merck sales representatives in the expedited cases. Martin & Jones' attorneys actively litigated our expedited Vioxx cases, which took up the vast majority of my time, two of our associate attorneys' time and three paralegals' time, beginning from the time PLC first requested that we volunteer cases for expedited discovery until the Vioxx settlement was announced on November 9th, 2007.

7.      In the summer of 2007, the PLC further requested that law firms volunteer cases for multiple trial settings that the New Jersey Court was contemplating setting in the fall of 2007, but which were finally scheduled for trial in January 2008. Martin & Jones volunteered two cases for the "North Carolina trial grouping" which was one of the four trial groupings. The other three trials were being prosecuted by the Anapol Schwartz firm and the Weitz & Luxenberg firm. These trial settings for Vioxx victims from four different states were originally scheduled for trial in October 2007, but were ultimately rescheduled by the Court for trial in January 2008. The PLC's stated purpose for the multiple trial settings was to keep and increase the pressure on Merck to discuss settlement. Martin & Jones' attorneys attended trial hearings, meetings with trial counsel, prepared general and specific causation experts, and prepared for trial.

8.      I was informed by the New Jersey PLC that firms who volunteered cases for expedited discovery and trial were doing work that was crucial, necessary and fundamental to achieving any possible settlement. PLC counsel advised that Merck was "terrified" of having to expend large sums of money discovering hundreds of Vioxx cases and it was essential to settlement efforts for counsel to volunteer Vioxx cases for expedited discovery and later trial.

9.      Of the approximately 16,000 Vioxx cases filed in New Jersey, only a very small percentage of those cases were actually volunteered, designated and discovered and an even smaller

2

number were volunteered, designated and worked up for trial. Martin & Jones volunteered and worked up twelve (12) cases for expedited discovery and two (2) of those were further volunteered and worked up for trial. Those twelve (12) cases constituted twenty-five percent (25%) of Martin & Jones' Vioxx case inventory.

10.     As PSC counsel has repeatedly stated, the cases volunteered for expedited discovery and for the January 2008 trials were substantial and significant factors, catalysts and a driving force behind the Vioxx settlement. Therefore, those law firms who expended significant resources and advanced expenses in litigating the expedited discovery cases and preparing for trial should receive Common Benefit Fees and reimbursement for litigation time and expenses advanced.

11.     Accordingly, I request that the law firm of Martin & Jones receive Common Benefit Fees for the following amount of hours worked at the hourly rate recommended by the Allocation Committee and set by this Court:

| | |
|---|---|
| Attorney Time: | 933 Hours |
| Paralegal Time: | 607 Hours |
| Law Clerk Time: | 403 Hours |

I further request that the law firm of Martin & Jones receive Common Benefit expense reimbursement in the amount of One Hundred Thirty One Thousand, Six Hundred Ninety Eight and 48/100 ($131,698.48) Dollars. A breakdown of these Common Benefit hours and expenses advanced by case name and common benefit designation is attached under Tabs B, C and D of our common benefit fee and expense reimbursement application.

_____
H. Forest Horne, Jr.

Sworn to and subscribed before me
this 27th day of October , 2008.

_____
Notary Public
My commission expires: 7-24-2012.

3

# MATTHEWS & ASSOCIATES
## ATTORNEYS & COUNSELORS AT LAW

2905 SACKETT STREET
HOUSTON, TEXAS 77098-1127
713/522-5250
888/520-5202
FAX 713/535-7184

www.matthewsandassociateslawfirm.com

1230 AVENUE OF THE AMERICAS
7TH FLOOR
NEW YORK, NY 10022
646/756-2601
646/856-2999 FAX

DAVID P. MATTHEWS, J.D. •†*◊
JULIE L. RHOADES, J.D. †◊
LIZY SANTIAGO, J.D. †
JASON C. WEBSTER, J.D. †*
C.F. JEB WAIT, M.D. J.D. – OF COUNSEL †‡

* BOARD CERTIFIED: PERSONAL INJURY TRIAL LAW
   TEXAS BOARD OF LEGAL SPECIALIZATION
† LICENSED IN TEXAS
* LICENSED IN MISSISSIPPI
◊ LICENSED IN NEW YORK STATE
‡ LICENSED IN WEST VIRGINIA

## Fax Cover Sheet

TO:
COMPANY:
FAX #:

Russ Herman
Herman, Herman, Katz &
Cotlar, LLP
(504) 561-6024

W. Mark Lanier
The Lanier Law Firm
(713) 659-2204

Andy D. Birchfield Jr.
Beasley, Allen, Crow,
Methvin, Portis & Miles, PC
(334) 954-7555

Arnold Levin
Levin, Fishbein, Sedran &
Berman
(215) 592-4663

Christopher A. Seeger
Seeger Weiss
(212) 584-0708

Troy Rafferty
Levin, Papantonio, Thomas,
 Mitchell, Echsner & Proctor,
PA
(850) 436-6320

Edward F. Blizzard
Blizzard, McCarthy & Nabers,
LLP
(713) 844-3755

Perry Weitz
Weitz & Lexenberg
(212) 344-5461

Thomas V. Girardi
Girardi & Keese
(213) 481-1554

FROM:       Linda Nielsen for Julie L. Rhoades

DATE:       October 31, 2008

RE:         Matthews & Associates Affidavit in Support of Common Benefit Award

PAGES:      _17_ (including cover), originals to follow via email

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••
The information contained in this facsimile is attorney privileged and confidential information, intended for the use
of the individual or entity named above. Any dissemination, distribution or copy of this communication is strictly
prohibited. If you have received this communication in error, please immediately notify us by telephone and return
the original message to us at the above address via the U.S. Postal Service. Thank you.

## Matthews & Associates'[1] Affidavit in Support of Common Benefit Award

In February of 2004, David P. Matthews and Jeb Wait, M.D. were the only personal injury lawyers to attend and give presentations at the FDA advisory committee meeting on Vioxx. Mr. Matthews and Dr. Wait argued for withdrawal of the drug and criminal penalties for Merck executives. However, the Vioxx related work by Matthews & Associates ("M&A") actually began more than eight months before the September 28, 2004 withdrawal.

On behalf of all Texas claimants, Matthews reached an agreement with Merck's counsel whereby cases filed in Texas state courts against Merck, alone, would not be removed to the federal system based on diversity jurisdiction. Cases filed per this agreement were consolidated for pre-trial purposes in the Texas Vioxx MDL. Pursuant to this agreement, M&A filed over 434 cases in state court in Texas.[2] Ultimately, approximately 902 cases were filed for pre-trial in the Texas MDL.

From the onset, Matthews took lead for the Texas Vioxx PSC. More than $543,733.00 of the M&A expenses are related to the creation and maintenance of Texas Plaintiffs' Document Depository. This searchable database, *inter alia*, includes all Merck production in the federal MDL and New Jersey litigation, and transcripts from most non-case specific depositions, making the M&A Texas Document Depository the most comprehensive collection of Merck documents in the nation.[3] M&A continually updated this depository and bore 100% of the expenses related to the database, including costs of document copies, deposition transcripts, staffing, technology, and hardware.

Upon formation of the Federal Vioxx MDL, David Matthews applied for appointment to the federal PSC.[4] Although not so appointed, Matthews actively participated in the Discovery and Science

---

[1]  Prior to January 1, 2007, David Matthews, Julie Rhoades, C. F. "Jeb" Wait, and Jason Webster were with Abraham, Watkins, Nichols, Sorrels, Matthews, and Friend. As of January 1, 2007, they and their staff moved to Matthews and Associates. Resumés for the attorneys are attached hereto as Exhibit A. For simplicity, the references herein to Matthews and Associates ("M&A") includes work performed by the attorneys and staff while with Abraham, Watkins.
[2]  Ultimately, through a network of referring attorneys and direct case intake, M&A evaluated more than 3312 claims, ultimately representing over 2300 Vioxx clients. In addition to their 434 Texas court cases, M&A filed approximately 1340 federal MDL cases and over 220 cases in New Jersey state court.
[3]  This depository was available to all attorneys involved in Vioxx cases in the Texas MDL and who signed the requisite confidentiality agreement.
[4]  A copy of Matthews PSC application is attached hereto.

- 1 -

FAC Resp. Exhibit B -- 1419

Committee matters of the Federal MDL. In connection therewith and in liaison with the Texas PSC, Matthews met and conferred with federal MDL lawyers on a frequent basis.

In connection with the Texas PSC and his responsibilities on behalf of the federal MDL Discovery and Science Committee, M&A retained[5] numerous experts, including epidemiologist Lemuel Moyé, neurologist Steve Levine, M.D., pharmacologist Laura Plunkett, epidemiologist Benedict Lucchesi, cardiologist and former Merck clinical trial investigator Miguel Zabalgortia, M.D., cardiologist Thomas Baldwin, M.D., and cardiologist Mark Entman, M.D. The M&A team worked extensively to prepare and, often, present these experts for depositions and, as necessary, defend their qualifications when challenged pursuant to *Daubert* and its spawn. M&A was the first to retain the services of Dr. Lynn Baker, Professor of Ethics, University of Texas and was instrumental in obtaining the testimony of former Merck salesperson and whistleblower Barbara DeBato.[6] On behalf of M&A, attorney and physician Jeb Wait reviewed all proposed Texas MDL trial cases and conferred with the Texas PSC to select the cases submitted by Plaintiffs for the Texas MDL trial docket.[7]

Two mock trials were conducted in Houston by M&A and Beasley Allen. M&A facilities and personnel, including attorneys Matthews and Webster, were intricately involved in both mock trials and M&A absorbed expenses related thereto. After Judge Fallon's court and New Orleans was devastated by hurricane, the first federal MDL Vioxx trial, *Plunkett v. Merck*, was held in Houston. M&A's offices hosted and provided staff support for the Beasley Allen trial team and the other PSC attorneys. M&A attorneys Matthews and Webster participated in this first MDL trial, cross examining experts and presenting *Plunkett* family members.

The M&A team, particularly David Matthews and Julie Rhoades, retained, prepared, and presented the necessary FDA experts[8] and prepared the responses to related *Daubert* challenges and the

---

[5]   "Retention of experts" includes payment of retainers, as required by most experts.

[6]   M&A client Barbara Debato was actually the Merck sales representative for the prescribing physician in the case tried by Girardi Keese in California. In connection therewith, Rhoades presented her for deposition, Matthews prepared her for trial and the firm flew her to California to testify at trial.

[7]   Most of the cases (myocardial infarction and stroke) submitted as trial cases by the Texas PSC were M&A cases.

[8]   James Morrison and John Guerigian were both retained as experts, prepared affidavits, and gave deposition testimony in connection with the FDA pre-emption and Texas FDA presumption statute motions filed by Merck in the Texas MDL.

-2-

FDA Presumption / Pre-emption Motion for Summary Judgment filed in the Texas MDL. In addition, the firm had retained the services of appellate counsel from the onset. Following the adverse preemption/presumption ruling by the Texas MDL court, M&A appealed the ruling to prevent finality, which could have affected the value of claims by ALL Texas claimants, regardless of jurisdiction or counsel.

M&A also continued to push cases in the New Jersey litigation, where the firm had over 200 cases on file. In connection therewith, M&A worked with Seeger Weiss to depose treaters and Merck detailers and with presenting plaintiffs. Likewise, M&A assisted Paul Sizemore and Tom Girardi with their Vioxx trial in California.[9]

As indicated above and by the submitted time and expense records, M&A attorneys David Matthews and Jason Webster, and their staff devoted at least eighty to ninety percent of their time for four years to Vioxx litigation. Julie Rhoades' involvement increased to a similar level during the last year and a half. This involvement required these attorneys to decline other opportunities, such as individual personal injury cases and cases involving other drugs or devices (including Paxil, Ortho Evra, billary stents, Smith and Nephew knees, and Fentanyl patch).

The attached Exhibit B details the cases that were prepared for trial by M&A.

The foregoing is upon my oath and true and correct, as are all Exhibits.

David P. Matthews
Partner, Matthews & Associates

Signed and sworn before me on the 31st day of October, 2008.

CANDACE A. CAPILONGO
Notary Public, State of Texas
My Commission Expires
January 18, 2012

Notary Public in and for the
State of Texas

---

[9] M&A prepared the former Merck detailer, an M&A client, for trial flew her to California to testify.

- 3 -

 LexisNexis®

Print   Close Window

Matthews & Associates

### M|S|A the Law Offices of Matthews & Associates

**Matthews & Associates** [in]
**Houston, Texas Office**
View all offices

2905 Sackett Street
Houston, Texas 77098
(Ft. Bend, Harris & Montgomery Cos.)

Telephone: 713-222-8080
Toll Free: 888-222-7052
Fax: 713-535-7184
URL: http://www.matthewsandassociateslawfirm.com
http://www.thematthewslawfirm.com

**Office Hours:**
Monday: 08:30 AM-05:00 PM
Tuesday: 08:30 AM-05:00 PM
Wednesday: 08:30 AM-05:00 PM
Thursday: 08:30 AM-05:00 PM
Friday: 08:30 AM-05:00 PM
Saturday: 08:30 AM-05:00 PM
Sunday: 08:30 AM-05:00 PM

**Visibility Ranking [i]**
**#125** out of 3,066 law firms in Houston, Texas
**#10,170** out of 193,091 law firms

### About this office:

Founded by David P. Matthews, a former partner in one of the oldest plaintiff's firms in Texas, Matthews & Associates is a personal injury firm of trial lawyers as well as researchers, investigators, consultants and an of counsel licensed physician. All specialize in standing up for people harmed by negligence, greed or incompetence. With more than 70 years of combined legal experience, we have represented injured victims in most of the 50 states and Puerto Rico.

A nationally-recognized personal injury firm, our attorneys have recovered hundreds of millions of dollars for our injured clients. Our personal injury lawyers have represented clients who have suffered serious and catastrophic injuries or death due to harmful drugs; defective medical devices and medical products; work accidents; truck accidents; motor vehicle, pedestrian, bicycle, aviation and construction accidents; premises liability; medical malpractice; other accident and toxic tort cases including but not limited to mesothelioma related to asbestos exposure; electrocutions; chemical release; explosions; petrochemical accidents; dangerous highways; birth injuries; rape, sexual molestation, nursing home abuse, and abuse by clergy.

View the People at this office

⚖ **Bar Register Practice Areas:**     Learn More about the Bar Register

Personal·Injury
Product·Liability Law

Premises Liability

### Statement of Practice Summary:

General Civil Practice, Trial Practice in many State and Federal Courts, Personal Injury, Products Liability, Medical Malpractice, and Wrongful Death.

**Year Established: 2007**

PLAINTIFF'S
EXHIBIT
A

http://www.martindale.com/print.aspx

8/25/2008

# DAVID P. MATTHEWS
Matthews & Associates
2905 Sackett
Houston, Texas 77098

ADMISSIONS:

| | |
|---|---|
| State Bar of Texas | 1988 |
| State Bar of Mississippi | 2004 |
| State Bar of New York | 2004 |
| U.S. District Court, Southern District of Texas | 1990 |
| U.S. District Court, Northern District of Texas | 1993 |
| U.S. District Court, Eastern District of Texas | 1996 |
| U.S. District Court, Western District of Texas | 1998 |
| U. S. Court of Appeals, 5th Circuit | 1990 |

CERTIFICATIONS:

Board Certified, Personal Injury Trial Law
Texas Board of Legal Specialization

HONORS and AWARDS:

Texas Super Lawyer

FIRM AFFILIATIONS:

Matthews & Associates                                      January 1, 2007 - present

Abraham, Watkins, Nichols, Sorrels,
Matthews & Friend
     Associate & Partner                            1990 - 2006

PROFESSIONAL ASSOCIATIONS &
MEMBERSHIPS:

American Board of Trial Lawyers (ABOTA)
American Bar Association
American Association for Justice
Houston Bar Association
Houston Trial Lawyers Association
Mississippi Bar Association
National Board of Trial Advocacy
New York Bar Association
State Bar of Texas
Texas Bar Foundation
Texas Trial Lawyers Association, Board of Directors
United States Court of Federal Claims Bar Association

EDUCATION:

J.D., South Texas College of Law, Houston, Texas          1988
    Honors:
    Recipient, American Jurisprudence Awards: Property, Civil Procedure
    Law Review, South Texas College of Law, Assistant Editor, 1988
    Law Review, South Texas College of Law, Comment Editor
B.A., University of Wisconsin at Madison                   1984

FAC Resp. Exhibit B -- 1423

# JULIE L. RHOADES
Matthews & Associates
2905 Sackett
Houston, Texas 77098
Direct dial:  713-535-7172; Facsimile:  713-535-7184
jrhoades@thematthewslawfirm.com

## ADMISSIONS:

State Bar of Texas, November 1988
State Bar of New York, 2006
United States Court of Appeals, Fifth Circuit
United States District Court: Southern, Eastern, Western and Northern Districts of
Texas

## EMPLOYMENT:

### *Matthews & Associates*
Senior Associate - January 1, 2007 to present
Preparation of personal injury cases for trial and of appellate briefs and arguments, responsible
for supervision of other associates.   Focus:   pharmaceutical product liability (including
Avandia, Baycol, Fen-phen, Gadolinium, Seroquel, Trasylol, Vioxx, and Zyprexa).

### *Abraham, Watkins, Nichols, Sorrels, Matthews & Friend*
Associate - February 1, 1999 to December 31, 2006
Preparation of personal injury and commercial cases for trial, including briefing and trial work
for Vioxx, Rezulin, Baycol, PPA, Ephedra, Serzone, Seroquel, and Zyprexa, and attorney-in-
charge of 2400 fen-phen lawsuits in various jurisdictions.  Publications:  *HMO Liability*, 15th
Annual Advanced Personal Injury Law Course, State Bar of Texas, 1999, by Randall O.
Sorrels, Julie L. Rhoades, and Mark T. Murry.

### *Self-employed Contract Attorney - August 1, 1997 to February 1, 1999*
Retained for contract work, as needed, primarily by Andrews & Kurth (toxic tort defense) and
Abraham, Watkins, Nichols, Sorrels, Matthews & Friend (personal injury and commercial
litigation).

### *Royston, Rayzor, Vickery & Williams, L.L.P.*
Contract Attorney - June 14, 1996 to June 30, 1997
Retained to close docket of medical malpractice (nursing home) cases after partner-in-charge
left firm.   Subsequent coordination and supervision of written discovery and depositions for
840 plaintiff toxic exposure case.

### *Butler & Binion, L.L.P.*
Associate, Tort Litigation Section - September 1, 1989 to June 15, 1995
Preparation and trial of personal injury lawsuits, with an emphasis on the medical malpractice,
product liability, asbestos toxic tort actions, and "bad faith" insurance.  Authored and assisted
with preparation of coverage opinions and appellate briefs. Oral arguments before Texas State

FAC Resp. Exhibit B -- 1424

OCT-31-2008   15:37                                          96%                                      P.07

Courts, Texas Courts of Appeals, United States District Courts, and United States Court of Appeals for the Fifth Circuit.

*Court of Appeals for the Fifth District of Texas at Dallas*
Briefing Attorney - September 1, 1988 to August 31, 1989
Assigned to Sr. Assoc. Justice Bill Stephens and Assoc. Justice Joe Bill Burnett.

MEMBERSHIPS:

State Bar of Texas
New York State Bar Association
Federal Bar Association (FBA)
American Association for Justice (AAJ)
Texas Trial Lawyers Association (TTLA)
Houston Trial Lawyers Association (HTLA)
Houston Bar Association (HBA)
Association of Women Attorneys (AWA)
Former member: Greater Houston Society of Health Risk Managers (GHSHRM)

EDUCATION:

*South Texas College of Law*
Doctor of Jurisprudence, *cum laude*; May 1988
Rank: 17/175 (top 10 percent)
Lead Articles Editor, *South Texas Law Review*
Am. Jur. Awards: Torts I, Property II, Marital Property, Law Office Technology, Western Legal Tradition (jurisprudence)
STCL Dean's List (5 semesters)
Order of Lytae Honor Society

*Southwest Texas State University, San Marcos*
Bachelor of Arts, Political Science (3.2 GPA); August 1983
Graduate study, Public Administration (4.0 GPA); May - December 1983
Delta Zeta Sorority
Sigma Nu Fraternity Sweetheart, 1983

FAC Resp. Exhibit B -- 1425

OCT-31-2008  15:38                        96%                        P.08

Curriculum Vitae

## C.F. JEB WAIT, M.D., J.D.

Business Address: 2905 Sackett St.
Houston, Texas 770098
Business Phone:  (713) 222-8080; Facsimile: (713)535-7184

## EDUCATION

| | |
|---|---|
| College: | Texas A&M University, College Station, Texas 1977-1981 Bachelor of Art: Cum Laude, May 9, 1981 Major: Biology; Minors: Chemistry, Psychology |
| Medical School: | Baylor College of Medicine, Houston, Texas 1981-1984 Doctor of Medicine:  November 16, 1984 |
| Internship: | Transitional Internship through Baylor College of Medicine Affiliated Hospitals: Ben Taub General Hospital, Jefferson Davis Hospital, The Methodist Hospital June 1985 to June 1986 |
| Law School: | South Texas College of Law, 1987-1990 Juris Doctor:  May 5, 1990 |
| Mediation Training: | A.A. White Dispute Resolution Institute, Houston, Texas Spring, 1991 Attorney-Mediators Institute, Dallas, Texas, 1991 |

**LICENSURE:**     Texas Medical License, 1985
Texas State Bar, 1990
West Virginia State Bar, 2005
United States District Court, Southern District of Texas

FAC Resp. Exhibit B -- 1426

# JASON CHARLES WEBSTER

1678 Kelliwood Oaks
Katy, TX 77450
713-409-6464
jwebster@thematthewslawfirm.com

## LEGAL EMPLOYMENT

**01/2007 – present**
**MATTHEWS & ASSOCIATES**
- Attorney handling pharmaceutical litigation files all over the continental United States thru time of trial.
- Pre-trial and trial experience in all types of general tort cases.
- Numerous depositions, hearings, and mediations in State and Federal court in both Texas and Mississippi.
- Responsible for complete trial docket.
- Nine years experience in handling pharmaceutical cases which accounts for eighty percent of the docket.
- Trial work completed for the following MDLs: PPA, Fen Phen, Rezulin, Baycol, Guidant, Medtronic, Vioxx, Zyprexa, Seroquel and Gadolinium.

**11/2001 – 01/2007**
**ABRAHAM, WATKINS, NICHOLS, SORRELS, MATTHEWS & FRIEND**
- Attorney handling pharmaceutical litigation files all over the continental United States thru time of trial.
- Pre-trial and trial experience in all types of general tort cases.
- Numerous depositions, hearings, and mediations in State and Federal court in both Texas and Mississippi.

**12/2000 – 11/2001**
**WHEAT, FOLGER & OPPERMAN (FORMALLY KILLEEN & WHEAT, P.L.C.)**
- Law clerk assisting in all types of insurance defense and commercial litigation.
- Large concentration of cases in maritime defense.

**9/2000 – 12/2000**
**BROWN SIMS, P.C.**
- Law clerk maritime and commercial litigation.

**9/1999 – 8/2000**
**ABRAHAM, WATKINS, NICHOLS, SORRELS, MATTHEWS & FRIEND**
- Law clerk to Richard J. Plezia – assisted in client interviews, depositions and trial in all types of personal injury.
- Responsible for all discovery, pleadings, and pretrial motions.

**5/1997 – 8/1997**
**DALLAS DISTRICT ATTORNEY'S OFFICE**
- Assistant Investigator during summer clerkship.
- Responsible for calling witnesses, jury background checks, and preparing dockets for trial.

## EDUCATIONAL BACKGROUND

Licensed to practice in the following Jurisdictions: Southern, Eastern and Western Districts of Texas, 5TH Circuit Court of Appeals, Northern and Southern Districts of Mississippi, All Chancery and Circuit

Courts of Mississippi, United States Court of Federal Claims and admitted pro hac vice in at least six other states. Graduate of TTLA's Trial Advocacy College.

## SOUTH TEXAS COLLEGE OF LAW
Class Rank:   Top 25% - Dean's List
                   Competed in both Moot Court and Mock trial competitions.

## SAM HOUSTON STATE UNIVERSITY
Degree in Bachelor of Arts in Criminal Justice
GPA: overall 3.35/4.0
Graduated Fall 1997

Honors:     Dean's List, National Criminal Justice Honor Society

Activities:    2 years of Football at Tarleton State University
                Member Lambda Alpha Epsilon Criminal Justice Fraternity

## MEMBERSHIPS
Texas Trial Lawyers Association
Association of Trial Lawyers of America
Houston Bar Association
American Bar Association
National Rifle Association
American Civil Liberties Union
State Bar of Texas
State Bar of Mississippi
United State District Courts for the Southern, Northern, and Eastern Districts of Texas
United State District Courts for the Southern District of Mississippi
U.S. 5th Circuit Court of Appeals

## CIVIL TRIALS (first chair)

Cause No. 2001-43908, *Harrell et. al. v. Harris County et. al .,* In the 80th Judicial District Court of Harris County, Texas. Defense verdict, City of Houston Defense lawyer. Auto Accident regarding 3 inmates.
Judge Carolyn Johnson

Cause No. 97V-103, *Cliff Jones v. Carl Wayne Herin,* In the 155th Judicial District Court of Austin County, Texas. Plaintiff verdict in the amount of medicals. Road Rage case.
Judge Beck

Cause No. 797,620; *Thomas B. "Tody" Dupont vs. Javier Lugo;* In the County Civil Court at Law No. One (1) of Harris County, Texas, Plaintiff's verdict in the amount of 13,790.00, contested liability, James (Jim) Ebanks, Ebanks, Smith and Carlson Defense Attorneys. Auto Wreck case.
Judge "Cactus Jack" Cagle

Campbell v. Healthsouth Rehabilitation

CAUSE NO. E-0170948; *Irene Salas, individually and as representative of the Estate of Aurilano Salas (deceased), et al. v. Christus St. Mary Hospital a/k/a Christus Health Southeast Texas, et al.;* In the 172nd Jefferson County, Texas

Cause No. 2004-02285; *Jane Doe vs. Simon Property Group Texas, L.P., Simon Property Group Delaware, Inc.; Simon Property Group Administrative Services Partnership, L.P., and IPC International Corporation;* In the 151st District Court of Harris County, Texas

## BENCH TRIALS

Cause No. CV42C5010833 L *Lakesha Hays v. Alisa Franklin* In the Justice of the Peace Court Precinct 4, Place 2 Harris County Texas.  Plaintiff Verdict on a breach of contract case.

Cause No. 2004-39829; *In the Matter of the Marriage of Marisol Medina and Oscar R. Medina, and in the Interest of Jazmine Marissa Medina and Juliette Anabel Medina, Children;* In the 247th Judicial District Court of Harris County, Texas.  Child custody dispute in which the Judge awarded custody to my client and child support for the same.

Cause No. CAUSE NO. 07-06-06423-CV; *Jessica McAdams, Individually and On Behalf of Charles L. McAdams, Minor vs. Little Angels Playhouse, Pat Morales and Richard Morales;* County Court No. 2, Montgomery County, Texas

FAC Resp. Exhibit B -- 1429

EXHIBIT B

Matthews & Associates (formerly part of Abraham, Watkins, Nichols, Sorrels, Matthews & Friend) had numerous trial settings in the Texas MDL Court prior to Judge Wilson's preemption ruling, including a case pending in the Choctaw Tribal Nation for Plaintiff Elvis Anderson.

A summary of those cases is as follows:

1.     Elvis Anderson – Trial date was scheduled for August 7, 2006.  Numerous depositions were taken in this stroke case which was the first one to be worked up in the country.   Plaintiff's Counsel retained Steven Levine and several other experts in preparation for this case and many of which were deposed.       The deposition of Dr. Stephen Levine, Nathaniel Fentress, Dr. Ruth Fredericks, Dr. Ushchmann, Dr. Moye, Dr. Glandville, Dr. Victoria Guevarra, Dr. Joshi, Dr. John Keith, Dr. William Rock, Bill Brister, Dr. Laura Plunkett, Linda Fulton, Shelia Uithoeven, Jeumane Rush, Nancy Melton, and Tonya Anderson were taken in this case.  Numerous oral arguments and telephone conferences with the Tribal Judge were taken and including arguments regarding a Motion to Dismiss for jurisdictional purposes.  Extensive hours went into the discovery, preparation and scientific efforts with respect to this case especially since it was the first stroke case set for trial in the Country.

The following cases were set for trial at the following times in the Texas Vioxx MDL.  All of these cases were set for trial which were the cases held by the law firm of Matthews & Associates for trial in this matter:



PLAINTIFF'S
EXHIBIT
B

1

1.    Eura Fowler

2.    Herlinda Melindez

3.    James Miller

4.    Sharon Rigby

5.    Nancy Springfield

6.    Ruby Ledbetter

7.    Russell Accord

All of the above cases were thoroughly worked up with all Plaintiffs, fact witnesses, treating physicians, and experts deposed for trial. Each one of these cases was worked up fully prior to Judge Randy Wilson's dismissing the case based on preemption.

The first case set in the Texas Vioxx MDL was Plaintiff James Miller represented by Matthews & Associates. Mr. Miller's case was completely worked up including discovery, pleadings, expert designations, exhibit lists, motions in limine, and the depositions of Plaintiff, Plaintiff's wife, Plaintiff's parents, Sales Representative of Martin Gordon and Melea Horton, Dr. Thomas Baldwin, Dr. Tom Mayor, Dr. Eric Price, Dr. Laura Plunkett, Dr. Moye, Dr. Angelica Frias, and Dr. Susan Rosin. Plaintiffs were ready to proceed to trial when it was time then Judge Randy Wilson granted Summary Judgment due to a bankruptcy technicality in the following case. The case was then appealed to the Texas 14th Court of Appeals and was pending at the time of settlement.

Sharon Rigby's trial was set for trial in November 8, 2006. Mrs. Rigby's case was completely worked up including discovery, pleadings, expert designations, exhibit lists, motions in limine, and the depositions of Dr. Wellborne, Dr. Sid Acharya, Paul Rigby,

2

Dr. John Stafford, Crissy Morris, Dr. Elizabeth Davis, Dr. Paul Waymack, Dr. Robert Ferrell, Dr. Mark Entman, Dr. Theresa Vicroy, Dr. Thomas Baldwin, Sales Representative Molly Whisenant and Lisa Daniels. Just before that time, Ms. Rigby had an anxiety break down and could not proceed. Therefore, the case was continued.

Herlinda Melendez's trial was set for March 20, 2006 and then for May 22, 2006. Mrs. Melendez's case was completely worked up including discovery, pleadings, expert designations, exhibit lists, motions in limine, and the depositions of Dr. Mirza Biag, Dr. Mobeen Mazhar, Dr. Sarah Svoboda, Dr. A.J. Haddock, and Dr. Hubert Smith. Based on the no fault of counsel on either side, the Judge reset the cases in May 2006 for trial allowing Ruby Ledbetter to go first. After depositions were taken in the matter, pretrial began in front of Judge Randy Wilson but then was discarded as a potential trial case.

Sandy Kelly's trial was set for March 20, 2006. Mrs. Kelly's case was completely worked up including discovery, pleadings, expert designations, exhibit lists, motions in limine, and the depositions of Dr. Weldon Butler and Dr. Shanti Neerukonda. Based on the no fault of counsel on either side, the Judge reset the cases in May 2006 for trial. After depositions were taken in the matter, pretrial began in front of Judge Randy Wilson but then was discarded as a potential trial case.

Nancy Springfield was sent for trial on March 20, 2006 and then May 22, 2006. Mrs. Springfield's case was completely worked up including discovery, pleadings, expert designations, exhibit lists, motions in limine, and the depositions of Dr. Curtis Catrell, Dr. Jeffrey Carr, Dr. A.J. Haddock, Dr. Don O'Neal, Dr. Shakiq Khalid, Dr. Randy Randell, Dr. Scott Wright, and Barbara Faulkner, PA. Based on the no fault of counsel

3

on either side, the Judge reset the cases in May 2006 for trial allowing Ruby Ledbetter to go first. After depositions taken in the matter, pretrial began in front of Judge Randy Wilson but then was discarded as a potential trial case.

James Stephenson was set for trial in May 2006. Mr. Stephenson's case was completely worked up including discovery, pleadings, expert designations, exhibit lists, motions in limine, and the depositions of Dr. David Webster and Dr. Alolph Mares. Based on the no fault of counsel on either side, the Judge reset the cases in May 2006 for trial allowing Ruby Ledbetter to go first. After depositions taken in the matter, pretrial began in front of Judge Randy Wilson but then was discarded as a potential trial case.

Ruby Ledbetter was also a case that was set for trial with Sharon Rigby. Plaintiff's Counsel was negotiating with Defendants to try Rigby first when it was time she was the one who was not able to proceed forward due to her anxiety attack. Based on the no fault of counsel on either side, the Judge reset the cases in May 2006 for trial allowing Ruby Ledbetter to go first. After over 15 – 20 depositions taken in the matter, pretrial began in front of Judge Randy Wilson. Ruby Ledbetter's case was fully worked up for trial but then was discarded as a potential trial case by Judge Randy Wilson.

Sandi Stone was set for trial on May 22, 2006. Mr. Miller's case was completely worked up including discovery, pleadings, expert designations, exhibit lists, motions in limine, and the depositions of Dr. Weldon Butler and Dr. Shanti Neerukonda. Based on the no fault of counsel on either side, the Judge reset the cases in May 2006 for trial allowing Ruby Ledbetter to go first. After depositions taken in the matter, pretrial began in front of Judge Randy Wilson but then was discarded as a potential trial case.

4

FAC Resp. Exhibit B -- 1433

Eura Fowler was also a case that was set for trial with Ruby Ledbetter. Based on the no fault of counsel on either side, the Judge reset the cases in May 2006 for trial allowing Ruby Ledbetter to go first. After over 15 – 20 depositions taken in the matter, pretrial began in front of Judge Randy Wilson. Eura Fowler's case was fully worked up for trial but then was discarded as a potential trial case by Judge Randy Wilson.

The following cases did not have a trial date, but depositions were taken place in the New Jersey Vioxx MDL. All of these cases were set for trial which were the cases held by the law firm of Matthews & Associates for trial in this matter:

1.   Richard Casteel

2.   Martin Czebotar

3.   Ronald Sokol

FAC Resp. Exhibit B -- 1434

I, BENEDICT P. MORELLI, depose and state under penalty of perjury:

1.  I am a member of Morelli Ratner PC. This affidavit is submitted in support of the application submitted on behalf of my firm as part of its application to receive common benefit fees and expenses for work we performed to advance the Vioxx litigation.

2.  We are entitled to share in the common benefit fund because both my firm and I devoted a substantial amount of time, effort and resources for the common benefit of all the clients and attorneys involved in the global Vioxx litigation.

3.  Although we were not involved in the litigation before the withdrawal of Vioxx from the market on September 30, 2004, we entered the litigation shortly thereafter. At that time, we took an extremely active role; we did not just gather and warehouse cases.

4.  All of our cases were venued in New Jersey and we worked closely with the New Jersey P.S.C., Seeger Weiss LLP, and Sol Weiss of Anapol Schwartz, to coordinate our efforts to meet Judge Higbee's requests and move the entire litigation forward.

5.  When Judge Higbee asked for ten cases to be worked up and tried together, four of our cases were selected out of the ten. Preparing these cases required the commitment of a great deal of our resources, both in personnel and money. This time, effort and expense was designed to put pressure on Merck to move the litigation toward a final global resolution. Our effort told the defendants that plaintiffs' lawyers were serious in pressing our clients' claims. In order to accomplish this goal, five attorneys, including me and my partner, David Ratner, Esq., worked daily on this undertaking. The effort we put into the Vioxx litigation, naturally, had an effect on the rest of our practice since we could not devote as much time and energy to other aspects of our practice.

6.  Our practice is comprised of Mass Tort Pharmaceutical, Employment Discrimination,

Medical Malpractice, and individual Personal Injury cases. The lawyers working on the Vioxx cases were taken off their normal case load responsibilities. Also, it became more difficult to retain new matters because Mr. Ratner and I were not available for meetings and intake interviews on significant matters with injured clients and of counsel attorneys. As a result, the fiscal well being of the firm suffered. When Judge Higbee ultimately reduced the trial list, from ten cases to two, none of our cases was included. I therefore asked for, and was granted, the next trial slot for two of our cases. This never came to pass because of the global settlement.

7.    In 2005, Mark Lanier, Esq., asked me to help him prepare and try the first Vioxx case in Angleton, Texas. I agreed. Not only did I assist in conducting five depositions, and conducted a sixth myself, of Merck executives, but also, I participated in the trial as co-counsel for seven weeks during the summer of 2005. During that time I could not fulfill my duties at my firm or as President of the New York State Trial Lawyers Association. Many things suffered during this period but I was focused on winning the very first Vioxx trial. The verdict of $253 million certainly paved the way for the ultimate global settlement.

8.    In March 2006, again on Mark Lanier's request, and with the knowledge and consent of the New Jersey P.S.C., I became part of the Cona / McDarby trial team. I was again away from my office and my firm duties for six weeks in Atlantic City, New Jersey. I delivered one of the summations at that trial. My motivation was consistent and constant: we had to press Merck and continue to try cases to effectuate a global settlement. I believe this was another trial that certainly was instrumental in the final outcome of the Vioxx settlement.

9.   I trust you understand that my firm and I stayed committed throughout this litigation. We were always in the forefront; volunteering and preparing our cases for trial for the relentless pursuit of the final global settlement.

10.  Finally, during the pendency of the litigation, I appeared at all the monthly status conferences with Judge Higbee.

11.  Accordingly, it is respectfully requested that our application for common benefit fees and expenses be at a level commensurate with our commitment.

BENEDICT P. MORELLI

Sworn to before me, this
29ᵗʰ day of October, 2008

NOTARY PUBLIC

MARIBEL MATOS
Notary Public, State of New York
No. 01MA6014598
Qualified in Putnam County
Commission Expires October 19, 20/0



**MotleyRice**

**Fred Thompson III**
**Licensed in SC**
DIRECT DIAL 843.216.9118
DIRECT FAX 843.216.9440
FThompson@motleyrice.com

October 31, 2008

<u>**Via Email and U.S. Mail**</u>

RECEIVED NOV 03 2008

Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

       Re:    *In re Vioxx;* Affidavit in Support of Motley Rice's Fee Application

Dear Mr. Herman:

      Pursuant to Judge Fallon's September 15, 2008 Order, enclosed is an Affidavit in Support of Motley Rice's Application to the Vioxx® Settlement Fee and Cost Account.

      Should you require any further information, please do not hesitate to contact me.

                  Sincerely,

                  Fred Thompson III

/llg
Enclosure

www.motleyrice.com

Motley Rice LLC
Attorneys at Law



MT. PLEASANT

28 BRIDGESIDE BLVD.
P.O. BOX 1792
MT. PLEASANT, SC 29465
843-216-9000
843-216-9450 FAX

PROVIDENCE

321 SOUTH MAIN ST.
P.O. BOX 6067
PROVIDENCE, RI 02940
401-457-7700
401-457-7708 FAX

HARTFORD

ONE CORPORATE CENTER
20 CHURCH ST., 17TH FLOOR
HARTFORD, CT 06103
860-882-1681
860-882-1682 FAX

FA Resp. Exhibit B -- 1438

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|                                      |   |                                  |
|--------------------------------------|---|----------------------------------|
|                                      | * |                                  |
|                                      | * |                                  |
|                                      | * |                                  |
|                                      | * |                                  |
|                                      | * |                                  |
|                                      | * | **MDL Docket No. 1657**          |
| **In re: VIOXX**                     | * |                                  |
|                                      | * |                                  |
| **PRODUCTS LIABILITY LITIGATION**    | * | **SECTION L**                    |
|                                      | * |                                  |
|                                      | * |                                  |
|                                      | * | **JUDGE FALLON**                 |
|                                      | * |                                  |
|                                      | * |                                  |
|                                      | * | **MAGISTRATE JUDGE KNOWLES**     |
|                                      | * |                                  |
|                                      | * |                                  |

## AFFIDAVIT OF FRED THOMPSON IN SUPPORT OF MOTLEY RICE'S VIOXX COMMON BENEFIT FEE APPLICATION

This Affidavit is submitted pursuant to Judge Fallon's September 15, 2008, Pre-Trial Order No.6 (D) (Fee Allocation Guidelines), and acts to supplement Motley Rice LLC's ("Motley Rice") original fee submission on June 30, 2008:

1.     I am a member in good standing of the South Carolina Bar and have been since 1975.

2.     My law firm, Motley Rice, through coordination with New Jersey's Vioxx® Consolidation PSC members, contributed significant time, money, and resources for the common benefit of all Plaintiffs involved in the New Jersey Vioxx® litigation. (*See* Ex. A[1]).

---

[1] Motley Rice previously submitted "common benefit" time and expenses to the Allocation Committee (the "Committee") via email on June 30, 2008. For the

1

2.    Specifically, Motley Rice contributed significant hours related to the following common benefit discovery matters: 1) document review, depositions (Westrick), and hearings (Lahner) related to Vioxx® marketing and Merck's Office of Medical/Legal; 2) third-party discovery of public relations (Ogilvy PR) and marketing (DDB) firms; and a tedious review of privilege log matters.  As for expenses, Motley Rice made a significant financial commitment for the common benefit (e.g., expert expenses related to Hoffman[2], and expenses related to bellwether case workup).

3.    Additionally, it should be noted that Motley Rice's commitment to the litigation remained strong even in the face of adverse verdicts.  This is most clearly evidenced by our lawyers' willingness to work up, including expert reports, individual cases for bellwether trials and to take on (at a late stage in the litigation) briefing and other assignments at the request of the New Jersey PSC at a late stage in the litigation.  (*See e.g.*, *in limine* motions prepared by Motley Rice in the fall of 2007 and time committed to the Lahner matter in the fall of 2006).  Additionally, shortly before the secretly brokered settlement was announced in late fall 2007, Motley Rice, along with the Anapol Schwartz firm, was undertaking preparations to try the next New Jersey

---

Committee's convenience, copies of our Narrative Statement, time records, and expense information are attached as Ex. A.  Additionally, Motley Rice lawyers spent significant time and money on individual "bellwether" cases that was **not** included in our original fee application.  While we do not expect to be compensated from the common fund for hours and expenses on these individual cases, we note this contribution here for the Committee's consideration because it further illustrates our firm's consistent and unwavering commitment to the New Jersey's PSC's efforts.

[2] Michael Hoffman is a business ethics expert that Motley Rice retained under the direction of New Jersey Consolidation PSC.  Following receipt of Mr. Hoffman's expert report and deposition, Judge Higbee ruled that any testimony regarding business ethics would be excluded.

FAC Resp. Exhibit B -- 1440

bellwether case slated for trial in early 2008 and took efforts to prepare our cases for that trial setting.

4.      It is my belief that the statements herein are true and correct to the best of my knowledge and understanding.  Should the Allocation Committee desire, I would be happy to appear in person to provide further explanation of our firm's contribution to the outcome of the litigation.

_____
Fred Thompson, III

SWORN to before me
this 31st day of October, 2008.
_____
Notary Public                    **My Commission Expires**
State of South Carolina              **01-30-2014**
My Commission Expires:_____

3

# EXHIBIT A

# NARRATIVE STATEMENT IN SUPPORT OF COMMON FUND PETITION

Motley Rice actively joined the Vioxx litigation in the third quarter of 2004. We filed all of our cases in state court in New Jersey, and actively litigated these, conducting fact discovery in a large inventory of individual cases, actively submitting a series of cases for the development of liability issues for the litigation as a whole. We have worked closely with Anapol Weiss, co-lead counsel of the New Jersey consolidation and with Cohen, Placitella and Roth in identifying, pursuing and completing assignments for the benefit of the litigation as a whole. Motley Rice conducted original work in the areas which it undertook, and did not duplicate others' efforts. All of our efforts were vetted and coordinated with the co-lead counsel and pains were taken to insure that the work undertaken was of real importance in bringing Merck to universal resolution. The hours and expenses submitted have been parsed and pared of fluff. Motley Rice is not submitting for consideration those hours which were devoted to factual development of individual cases, although the Firm views those hours as necessary and crucial to the settlement momentum and eventual agreement. Should the Committee determine that such time is compensable Motley Rice, would ask leave to supplement its time submissions to include those hours and expenditures.

We are submitting for common fund consideration time and expenditures in the following areas:

1. **MARKETING — Office of Medical-Legal/ Ellen Westrick**. Motley Rice member, Fred Thompson, associates Carmen Scott and Henry Leventis, with paralegal staff identified discovery into the Office of Medical Legal Affairs, and reviewed a myriad documents by way of internal memoranda, training and marketing pieces, as well as submissions to DDMAC of the FDA. We identified hot documents and made these available to the litigation. We were lead counsel for the taking of the Director of the Merck Office of Medical Legal Affairs, Ellen Westrick. The deposition convened in New York and was completed in Naples, Florida. We worked closely with Chris Placitella in developing leads and tracking down witnesses and documents in the marketing fraud case against Merck.

2. **MARKETING --- Third Party Discovery — Ogilvy and DDB**. Our Firm pursued third-party subpoenas against several outside public relations firms retained by Merck to market Vioxx. The state subpoenas required domestication in New York, and considerable effort in negotiating satisfactory terms for searching for relevant documents was incurred. Again, we worked with the co-lead counsel in obtaining and then reviewing the third party documents, and were proceeding to schedule those depositions when resolution was announced.

3. **PIERCING ATTORNEY CLIENT PRIVILEGE — JoAnn Lahner**. Much of the actual story of the Vioxx cover-up, particularly that period which bookended April 2000, during which the Naproxen "cardio-protective" theory emerged to explain preliminary Vigor results, was withheld from discovery under claims of attorney –

client privilege. The General Counsel, Joann Lahner, was gratuitously, in our view listed as an info cc on almost all internal communication during that key period, and we set out to pierce that privilege claim. Working closely with Sol Weiss and Chris Placitella, Motley Rice moved to take the deposition of Lahner, and to seek production of the withheld documents. Motley Rice briefed these issues, and argued them to Judge Higbee. Later the Judge sought an evidentiary hearing which was met by Motley Rice, and which succeeded in uncovering direct participation by Lahner in advancing the Naproxen theory to blunt the scientific results of the preliminary study. At the time of the resolution, this matter was being pressed because we believed — and continue to believe that the withheld documents were the most damning evidence of marketing fraud and deception to the FDA.

4. **PARTICIPATION IN JOINT PROSECUTION EFFORTS IN NEW JERSEY.** From the beginning of its participation in the consolidation, Motley Rice recognized that vigorous and effective coordination was required to prosecute the case globally against Merck. Where its presence was called for by the agenda, Motley Rice attended status hearings, but where there were not direct issues facing the areas of responsibility, the Firm did not back bench meetings simply to have empty common hours. The hours sought were reasonable and necessary. Motley Rice volunteered for any common activity and accomplished it with enthusiasm. We worked closely with the co-leadership. We volunteered for, and took on concrete assignments to set out motions and orders in limine on recurring scientific findings, evidentiary rulings, and jury charges so that the rulings of the earlier trials could be institutionalized to permit the efficient trial of the cases in the event that there was no resolution. We participated in the efforts of the committee seeking to avoid forum non conveniens motions for foreign plaintiffs.

5. **MARKETING — Document Review and Identification.** Motley Rice devoted considerable resources to reviewing the marketing, sales, and FDA-DDMAC documents, and through its efforts many very telling liability documents were identified. These hours, though often tedious, were of grave importance in the movement of the global litigation.

6. **EXPERT DEVELOPMENT** - Motley Rice identified a business ethics expert, Michael Hoffman for general use in the litigation. He was cultivated, given substantial documentary background, issued a report, prepped for deposition, and was tendered for deposition. Motley Rice also participated in cultivating and working with Professor Kostis and associates who were damage and causation modeling experts identified by Cohen, Placitella and Roth and Eric Weinberg. Motley Rice also worked with Dr. Altobelli, a cardiologist who was cultivated first by Anapol Schwartz for the purpose of acting on behalf of the consolidation plaintiffs as a specific causation expert.

**MOTLEY RICE STAFF MEMBERS**
In making these efforts, Motley Rice utilized the following personnel:
1. Don Migliori, Member
2. Fred Thompson, Member
3. Carmen Scott, Senior Associate
4. Henry Leventis, Associate
5. Josh Littlejohn, Law Clerk/Paralegal (now Associate)
6. Connie Finkelstein, Paralegal
7. Lisa Taylor, Paralegal
8. Meagan Matusz, Paralegal

In addition, other persons within the Firm participated on occasion as their skills, experience, and talents were needed. These persons include Joe Rice, Ann Ritter, Jeff Thompson, all Members of the Firm during this timeframe.

The time and expenses submitted is accurate, has been trimmed of redundancy and reflects the Firm's commitment to the successful prosecution of this global case, such commitment made in the face of a very determined defendant's actions and statements, and taken in the face of unsure trial results and substantial risk. We seek a reasonable award from the common fund.

MOTLEY RICE LLC
TIME REPORT – FRED THOMPSON, III, ATTORNEY

| DATE | CLIENT NAME | TIME (hr in tenths) | DESCRIPTION |
|---|---|---|---|
| 2/10/05 | Vioxx – NJ | 8 | Travel to Philadelphia, PA to meet w/Chris Placitella |
| 6/22/05 | Vioxx – NJ | 8 | Travel to Newark, NJ to meet w/co-counsel |
| 8/28/05 | Vioxx – General | 8 | Prepare for Ellen Westrick deposition |
| 8/29 – 8/31/05 | Vioxx – General | 24 | Travel to New York, NY for Ellen Westrick deposition |
| 9/19/05 | Vioxx – NJ | 8 | Travel to Atlantic City, NJ to meet w/ co-counsel |
| 11/6/05 | Vioxx – General | 12 | Prepare for Ellen Westrick deposition |
| 11/8/05 | Vioxx – General | 8 | Travel to Naples, FL for continuation of Ellen Westrick deposition |
| 11/16/05 | Vioxx – General | 1 | Vioxx conference call |
| 11/23/05 | Vioxx – General | 1 | Vioxx conference call |
| 1/16 – 2/6/06 | Vioxx – NJ | 75 | Prepared Lahner brief |
| 1/30 – 1/31/06 | Vioxx - General | 12 | Work on DDB and Ogilvy production |
| 2/1 – 2/2/06 | Vioxx – MDL | 16 | Travel to New Orleans, LA for MDL Hearing |
| 4/12/06 | Vioxx – General | 1 | Vioxx conference call – trial updates |
| 4/21/06 | Vioxx – NJ | 8 | Travel to Newark, NJ to meet w/Chris Seeger |
| 5/4/06 | Vioxx – NJ | 20 | Work on Lahner briefing |
| 5/15 – 5/17/06 | Vioxx – NJ | 48 | Prepared for Lahner meeting/hearings |
| 5/18/06 | Vioxx – NJ | 8 | Travel to Philadelphia, PA for Lahner meeting w/Sol Weiss & Chris Placitella |

- 1 -

FAC Resp. Exhibit B -- 1446

| 6/15/06 | Vioxx – NJ | 8 | Travel to New Brunswick, NJ to meet w/Eric Weinberg, Chris Placitella & Dr. Kostis |
| 7/10/06 | Vioxx – NJ | 1 | Vioxx conference call re: trial selection |
| 7/11/06 | Vioxx – NJ | 8 | Travel to Philadelphia, PA for Vioxx meeting w/Harry Roth, Eric Weinberg & Chris Placitella |
| 7/13/06 | Vioxx – NJ | 1 | Vioxx conference call re: trial selection |
| 7/18 – 7/19/06 | Vioxx – NJ | 16 | Travel to Philadelphia, PA for Vioxx meeting w/Harry Roth, Eric Weinberg & Chris Placitella |
| 7/20/06 | Vioxx – General | 1 | Vioxx conference call |
| 8/8 – 8/9/06 | Vioxx – General | 16 | Travel to New Orleans, LA for Vioxx presentation |
| 8/14 – 8/15/06 | Vioxx – NJ | 16 | Travel to NJ for Vioxx meeting w/co-counsel |
| 8/23/06 | Vioxx – General | 1 | Vioxx conference call |
| 8/27 – 9/8/06 | Vioxx – NJ | 75 | Prepared for Lahner hearing |
| 9/12/06 | Vioxx – General | 1 | Vioxx conference call |
| 9/14/06 | Vioxx – NJ | 8 | Travel to NJ for Vioxx meeting w/co-counsel |
| 9/28/06 | Vioxx – NJ | 8 | Travel to Atlantic City, NJ for conference with Judge Higbee |
| 10/11/06 | Vioxx – General | 1 | Vioxx conference call |
| 10/26/06 | Vioxx- NJ | 8 | Travel to Raleigh, NC for Wilson deposition |
| 11/16/06 | Vioxx – NJ | 2 | Vioxx teleconference call re: Dr. Kostis' matrix |
| 1/12/07 | Vioxx – General | 1 | Vioxx conference call – case specific discovery |
| 3/20/07 | Vioxx – General | 1 | Vioxx conference call |
| 4/4/07 | Vioxx – General | 1 | Vioxx conference call |

- 2 -

FAC Resp. Exhibit B -- 1447

| 4/11/07 | Vioxx – General | 1 | Vioxx conference call |
| 5/2/07 | Vioxx – NJ | 8 | Travel to Philadelphia, PA for meeting w/co-counsel |
| 6/27 – 6/28/07 | Vioxx – NJ | 16 | Travel to Atlantic City, NJ for case management meeting |
| 7/11 – 7/12/07 | Vioxx – NJ | 16 | Travel to Atlantic City, NJ for Vioxx trial strategy meeting |
| 8/1/07 | Vioxx – NJ | 8 | Travel to Philadelphia, PA for Vioxx Status Litigation meeting (Merck's expert reports) |
| 8/23/07 | Vioxx – General | 1 | Vioxx conference call |
| 10/4/07 | Vioxx – General | 1 | Vioxx conference call |
| 10/24 - 10/25/07 | Vioxx – NJ | 16 | Travel to Philadelphia, PA for Vioxx Status Litigation Meeting |
| | TOTAL HOURS | 507 | |

## MOTLEY RICE LLC
## TIME REPORT – DON MIGLIORI, ATTORNEY

| DATE | CLIENT NAME | TIME (hr in tenths) | DESCRIPTION |
|---|---|---|---|
| 10/5/06 | Vioxx – NJ | 8 | Travel to NJ for status conference with Judge Higbee on case selection |
| 8/8/06 | Vioxx - NJ | 8 | Travel to Philadelphia, PA for meeting w/Plaintiffs' Committee |
| 4/11/07 | Vioxx – NJ | 8 | Travel to Atlantic City, NJ for Plaintiffs' Committee meeting re: trial case selection |
| 1/15/08 | Vioxx – NJ | 8 | Travel to NJ for conference with Chris Placitella re: settlement fees and costs |
| | TOTAL HOURS | 32 | |

- 3 -

FAC Resp. Exhibit B -- 1448

MOTLEY RICE LLC
TIME REPORT – CARMEN SCOTT, ATTORNEY

| DATE | CLIENT NAME | TIME (hr in tenths) | DESCRIPTION |
|---|---|---|---|
| 3/14/05 | Vioxx NJ | 18 | Travel to Washington, DC to meet with and assist in preparation of expert Michael Hoffman |
| 4/24/05 | Vioxx NJ | 8 | Review docs from Michael Hoffman and conduct research relating to using business ethics expert in litigation; work on memo |
| 4/25/05 | Vioxx NJ | 6 | Conduct research and work on draft of memo regarding use of business ethics expert in litigation |
| 4/26/05 | Vioxx NJ | 4 | Finalize memo regarding use of business ethics expert in Vioxx |
| 6/29/05-6/30/05 | Vioxx | 20 | Travel to Massachusetts and prepare witness and attend deposition of expert Michael Hoffman |
| 1/23/06 | Vioxx General | 4 | Work on Vioxx files selected for group trial consideration and discuss same with co-counsel. |
| 1/23/06 | Vioxx NJ | 4 | Work on Lahner brief for NJ consolidation |
| 1/23/06 | Vioxx MDL | 1 | Discuss Reply to Motion for Clarification w/ S. Lawler and M. Greco |
| 1/24/06 | Vioxx MDL | 1 | Respond to inquiries from co-counsel re: Motion for Clarification. |
| 1/24/06 | Vioxx NJ | 8 | Research and work on Lahner memorandum |
| 1/25/06 | Vioxx General | 2 | Conference with team about findings from document review |
| 1/25/06 | Vioxx General | 2 | Conf. w/ team re: progress on files and Lahner. |
| 1/26/06 | Vioxx NJ | 8 | Work on Lahner response. |
| 1/30/06 | Vioxx NJ | 8 | Work on Lahner memo. |
| 1/30/06 | Vioxx MDL | 3 | Assist in editing Reply to Motion for Clarification |

- 4 -

| Date | Matter | Hours | Description |
|---|---|---|---|
| 1/31/06 | Vioxx NJ | 8 | Work on Lahner Memo |
| 1/31/06 | Vioxx General | 1 | Tel. call w/ J. Howell re: DDB and Ogilvy production; email team re: same. |
| 2/1/06 | Vioxx NJ | 8 | Work on Lahner brief |
| 2/2/06 | Vioxx NJ | 8 | Work on Lahner Brief with co-counsel and liaison counsel edits. |
| 2/3/06 | Vioxx NJ | 5 | Work on final version of Lahner brief. |
| 2/3/06 | Vioxx NJ | 2 | Review records for cases subject to group trial cases. |
| 2/4/06 | Vioxx NJ | 3 | Work on putting together exhibits and table of contents for Lahner brief. |
| 2/6/06 | Vioxx General | 8 | Work on DDB/Ogilvy document issues; review and analyze documents |
| 2/7/06 | Vioxx MDL | 2 | Rvw various PSC filings, including dismissal of our motion for clarification as moot and subpoena notice for DDB; discuss same w/ team |
| 2/7/06 | Vioxx NJ | 1 | Review pleadings re: FNC issue |
| 2/7/06 | Vioxx NJ | 2 | Correspond with Jim Pettit regarding assistance in memo drafting on FNC issues; research FNC issues for group |
| 2/8/06 | Vioxx General | 3 | Corr w/ S. Palmer re: Ogilvy PR document production; corr. with defense counsel re: same; |
| 2/9/06 | Vioxx General | 2 | Work on DDB/Ogilvy document production issues |
| 2/9/06 | Vioxx NJ | 1 | Meet with team re: drafting of FNC briefs in NJ consolication |
| 2/13/06 | Vioxx General | 2.5 | Work on DDB/Ogilvy document production issues; discuss production issues with DDB counsel |
| 2/14/06 | Vioxx General | 2.5 | Corr. Via email with counsel for DDB and Ogilvy regarding production issues; email and discuss same with team; discuss document production issues with L. Funston. |

- 5 -

FAC Resp. Exhibit B -- 1450

| | | | |
|---|---|---|---|
| 2/14/06 | Vioxx General | 5 | Work on DDB/Ogilvy document issues |
| 2/15/06 | Vioxx General | 2 | Work on DDB/Ogilvy production issues |
| 2/15/06 | Vioxx NJ | 5 | Corr. Via e-mail and telephone w/ J. Howell (defense counsel) and team regarding DDB production; TCW M. Robinson's office re: same. |
| 2/15/06 | Vioxx MDL | 3 | Research and review various MDL filings pertinent to third party production issues |
| 2/16/06 | Vioxx NJ | 5 | TCW F. Thompson and S. Weiss re: Lahner hearing issues; TCW J. Howell, L. Funston, and M. Rachman re: DDB production issues; report back to team on DDB issues; Review proposal sent by DDB vendor; separate discussion with L. Funston re: production issues. |
| 2/17/06 | Vioxx NJ | 3 | Work on issues concerning Lahner hearing and DDB production. |
| 2/20/06 | Vioxx NJ | 3 | E-mails and TCW F. Thompson re: coordinated effort between MDL and NJ counsel re: DDB production and deposition; Tel. call to M. Robinson's office re: same. |
| 2/21/06 | Vioxx NJ & General | 6 | Discuss Canadian case filing issue w/ co-counsel and work on issues related to FNC for NJ consolidation; discuss issues concerning Lahner hearing and docs needed w/ F. Thompson and co-counsel |
| 2/22/06 | Vioxx NJ | 4 | review and analyze info from C. Placitella re: Lahner motion; review various Lexis Nexis filings; discuss via e-mail hearing date for Lahner; work on hearing documents |

- 6 -

| Date | Client Name | Time (hr in tenths) | Description |
|---|---|---|---|
| 4/18/06 | Vioxx General | 5 | TCW D.Buchanan re: Ogilvy/DDB production; work on production issues w/ L. Funston; |
| 4/24/06 | Vioxx General | 8 | Review and analyze documents related to Ogilvy/DDB |
| 5/9/06 | Vioxx NJ | 4 | Work on supplemental Lahner Memorandum issues |
| 7/12/06 | Vioxx NJ | 6 | Trial group work; conference with co-counsel about next trial grouping |
| 7/13/06 | Vioxx NJ | 5 | Work on trial group documents |
| 7/15/06 | Vioxx NJ | 8 | Trial group work; discussion with team re: trial group |
| 7/18/06-7/26/06 | Vioxx NJ | 30 | New Jersey trial group work; work with liaison counsel and other trial teams to prepare grouping for trial stage |
| 8/16/06 | Vioxx NJ | 8 | Work on Lahner documents and privilege log issues |
| 8/17/06 | Vioxx NJ | 8 | Analyze docs pertaining to Lahner; work on brief |
| 8/18/06 | Vioxx NJ | 8 | Analyze docs pertaining to Lahner; work on memo |
| 8/24/06 | Vioxx NJ | 12 | Travel to NY (Seeger Weiss) to review Vioxx documents |
| 9/1/06 | Vioxx NJ | 8 | Review letter from Ted Mayer re: documents related to Lahner; work on privilege log issues. |
| 9/5/06 | Vioxx NJ | 8 | Work on Reply to Defendant's Supplemental Memorandum re: Lahner |
| 9/6/06 | Vioxx NJ | 8 | Work on Reply to Defendant's Supplemental Memorandum re: Lahner |
| 9/12/06 | Vioxx NJ | 8 | Work on Reply to Defendant's Supplemental Memorandum re: Lahner |

- 7 -

FAC Resp. Exhibit B -- 1452

| 9/13/06 | Vioxx NJ | 8 | Work on Reply to Defendant's Supplemental Memorandum re: Lahner |
| 9/14/06 | Vioxx NJ | 8 | Edit and work on Reply to Defendant's Supplemental Memorandum re: Lahner |
| 9/18/06 | Vioxx NJ | 8 | Work on Plaintiff's Supplemental Memorandum; identify hot docs for Lahner; work on documents for Lahner hearing |
| 9/19/06 | Vioxx NJ | 8 | Work on questions for Lahner for hearing |
| 9/20/06 | Vioxx NJ | 8 | Prepare documents for Lahner hearing |
| 10/12/06 | Vioxx NJ | 8 | Prepare documents for Lahner hearing |
| 10/18/06 | Vioxx General | 5 | Correspond with court re: sealed documents issue; work on documents and privilege log issues |
| 10/30/06 | Vioxx NJ | 9 | Edit brief and work on filing Lahner brief and associated documents and exhibits |
| 11/14/06 | Vioxx NJ | 3 | Review and analyze Merck's Supplemental Reply to Lahner brief; discuss with team and PLC |
| 2/13/07 | Vioxx NJ | 8 | Work on case selection for next trial grouping; work up summaries for review by liaison counsel for trial case selection |
| 2/14/07 | Vioxx NJ | 8 | Work on case selection for next trial grouping |
| 2/15/07 | Vioxx NJ | 8 | Work on case selection for next trial grouping; conference with liaison counsel re: same |
| 2/16/07 | Vioxx NJ | 6 | Work on NJ group trial selection issues |
| 2/19/07 | Vioxx NJ | 5 | Work on NJ group trial selection issues; discuss potential cases with trial with liaison counsel |
| 2/20/07 | Vioxx NJ | 5 | Work on NJ group trial selection issues |
| 3/12/07 – 3/16/07 | Vioxx NJ | 30 | Work on cases for potential selection for next NJ trial grouping; conference with liaison counsel re: same; work with experts on selected cases |

- 8 -

FAC Resp. Exhibit B -- 1453

| 3/19/07 | Vioxx NJ | 20 | Work with experts on cases selected by group as possible trials in upcoming groupings; work on case specifics and various conferences with liaison counsel. |
|---|---|---|---|
| 10/20/07 | Vioxx NJ | 8 | Work on Motions in Limine for group |
| 10/21/07 | Vioxx NJ | 8 | Conduct research and work on Motions in Limine for trial group |
| 10/22/07 | Vioxx NJ | 8 | Work on motions in limine for trial group; correspond with Jeff Grand re: same |
| 10/23/07 | Vioxx NJ | 8 | Conference call re: Memos in opposition to motions in limine; work on motions |
|  | TOTAL HOURS | 512 |  |

MOTLEY RICE LLC
TIME REPORT – HENRY LEVENTIS, ATTORNEY

| DATE | CLIENT NAME | TIME (hr in tenths) | DESCRIPTION |
|---|---|---|---|
| 7/18/05 | Vioxx NJ | 3 | Review Westrick documents |
| 7/19/05 | Vioxx NJ | 3 | Review Westrick documents |
| 7/20/05 | Vioxx NJ | 3 | Review Westrick documents |
| 7/21/05 | Vioxx NJ | 3 | Review Westrick documents |
| 7/22/05 | Vioxx NJ | 3 | Review Westrick documents |
| 7/25/05 | Vioxx NJ | 3 | Review Westrick documents |
| 7/26/05 | Vioxx NJ | 3 | Review Westrick documents |
| 7/27/05 | Vioxx NJ | 3 | Review Westrick documents |
| 7/28/05 | Vioxx NJ | 3 | Review Westrick documents |

- 9 -

| | | | |
|---|---|---|---|
| 7/29/05 | Vioxx NJ | 3 | Review Westrick documents |
| 8/1/05 | Vioxx NJ | 3 | Review Westrick documents |
| 8/2/05 | Vioxx NJ | 3 | Review Westrick documents |
| 8/3/05 | Vioxx NJ | 3 | Review Westrick documents |
| 8/4/05 | Vioxx NJ | 3 | Review Westrick documents |
| 8/5/05 | Vioxx NJ | 3 | Review Westrick documents |
| 8/8/05 | Vioxx NJ | 3 | Review Westrick documents |
| 8/9/05 | Vioxx NJ | 3 | Review Westrick documents |
| 8/10/05 | Vioxx NJ | 3 | Review Westrick documents |
| 8/11/05 | Vioxx NJ | 3 | Review Westrick documents |
| 8/12/05 | Vioxx NJ | 3 | Review Westrick documents |
| 8/15/05 | Vioxx NJ | 3 | Review Westrick documents |
| 8/16/05 | Vioxx NJ | 3 | Review Westrick documents |
| 8/17/05 | Vioxx NJ | 3 | Review Westrick documents |
| 8/18/05 | Vioxx NJ | 3 | Review Westrick documents |
| 8/19/05 | Vioxx NJ | 3 | Review Westrick documents |
| 8/22/05 | Vioxx NJ | 3 | Prep for Westrick deposition Day 1 |
| 8/23/05 | Vioxx NJ | 3 | Prep for Westrick deposition Day 1 |
| 8/24/05 | Vioxx NJ | 3 | Prep for Westrick deposition Day 1 |
| 8/25/05 | Vioxx NJ | 3 | Prep for Westrick deposition Day 1 |
| 8/26/05 | Vioxx NJ | 3 | Prep for Westrick deposition Day 1 |
| 8/28/05 | Vioxx NJ | 3 | Prep for Westrick deposition Day 1 |

- 10 -

| | | | |
|---|---|---|---|
| 8/29/05 | Vioxx NJ | 8 | Travel and prep for Westrick Day 1 |
| 8/30/05 | Vioxx NJ | 8 | Attend Westrick deposition Day 1 |
| 8/31/05 | Vioxx NJ | 8 | Travel back to Charleston |
| 10/31/05 | Vioxx NJ | 3 | Prep for Westrick Day 2 |
| 11/1/05 | Vioxx NJ | 3 | Prep for Westrick Day 2 |
| 11/2/05 | Vioxx NJ | 3 | Prep for Westrick Day 2 |
| 11/3/05 | Vioxx NJ | 3 | Prep for Westrick Day 2 |
| 11/4/05 | Vioxx NJ | 3 | Prep for Westrick Day 2 |
| 11/7/05 | Vioxx NJ | 3 | Prep for Westrick Day 2 |
| 11/8/05 | Vioxx NJ | 8 | Travel and prep for Westrick Day 2 |
| 11/9/05 | Vioxx NJ | 8 | Attend Westrick deposition Day 2 |
| 11/10/05 | Vioxx NJ | 8 | Travel back to Charleston |
| | TOTAL HOURS | 159 | |

## MOTLEY RICE LLC
## TIME REPORT – JOSH LITTLEJOHN, PARALEGAL

| DATE | CLIENT NAME | TIME (hr in tenths) | DESCRIPTION |
|---|---|---|---|
| 4/30/05 | Vioxx NJ | 8 | Review documents and depo transcripts for expert |
| 5/1/05 | Vioxx NJ | 8 | Review documents and depo transcripts for expert |
| 5/2/05 | Vioxx NJ | 8 | Review documents and depo transcripts for expert |
| 5/3/05 | Vioxx NJ | 8 | Review documents and depo transcripts for expert |
| 5/4/05 | Vioxx NJ | 8 | Review documents and depo transcripts for expert |

- 11 -

FAC Resp. Exhibit B -- 1456

| | | | |
|---|---|---|---|
| 5/7/05 | Vioxx NJ | 8 | Review documents and depo transcripts for expert |
| 5/8/05 | Vioxx NJ | 8 | Review documents and depo transcripts for expert |
| 5/9/05 | Vioxx NJ | 8 | Review documents and depo transcripts for expert |
| 5/10/05 | Vioxx NJ | 8 | Review documents and depo transcripts for expert |
| 5/11/05 | Vioxx NJ | 8 | Review documents and depo transcripts for expert |
| 5/13/05 | Vioxx NJ | 8 | Review documents and depo transcripts for expert |
| 5/14/05 | Vioxx NJ | 8 | Prepare materials for expert |
| 5/15/05 | Vioxx NJ | 8 | Prepare materials for expert |
| 5/16/06 | Vioxx NJ | 8 | Prepare materials for expert |
| 5/17/05 | Vioxx NJ | 8 | Prepare materials for expert |
| 7/11/05 | Vioxx NJ | 8 | Document review |
| 7/12/05 | Vioxx NJ | 8 | Document review |
| 7/13/05 | Vioxx NJ | 8 | Document review |
| 7/14/05 | Vioxx NJ | 8 | Document review |
| 7/15/05 | Vioxx NJ | 8 | Document review |
| 7/18/05 | Vioxx NJ | 8 | Review Westrick documents |
| 7/19/05 | Vioxx NJ | 8 | Review Westrick documents |
| 7/20/05 | Vioxx NJ | 8 | Review Westrick documents |
| 7/21/05 | Vioxx NJ | 8 | Review Westrick documents |
| 7/22/05 | Vioxx NJ | 8 | Review Westrick documents |
| 7/25/05 | Vioxx NJ | 8 | Review Westrick documents |
| 7/26/05 | Vioxx NJ | 8 | Review Westrick documents |

- 12 -

| 7/27/05 | Vioxx NJ | 8 | Review Westrick documents |
| 7/28/05 | Vioxx NJ | 8 | Review Westrick documents |
| 7/29/05 | Vioxx NJ | 8 | Review Westrick documents |
| 8/1/05 | Vioxx NJ | 8 | Review Westrick documents |
| 8/2/05 | Vioxx NJ | 8 | Review Westrick documents |
| 8/3/05 | Vioxx NJ | 8 | Review Westrick documents |
| 8/4/05 | Vioxx NJ | 8 | Review Westrick documents |
| 8/5/05 | Vioxx NJ | 8 | Review Westrick documents |
| 8/8/05 | Vioxx NJ | 8 | Review Westrick documents |
| 8/9/05 | Vioxx NJ | 8 | Review Westrick documents |
| 8/10/05 | Vioxx NJ | 8 | Review Westrick documents |
| 8/11/05 | Vioxx NJ | 8 | Review Westrick documents |
| 8/12/05 | Vioxx NJ | 8 | Review Westrick documents |
| 8/15/05 | Vioxx NJ | 8 | Review Westrick documents |
| 8/16/05 | Vioxx NJ | 8 | Review Westrick documents |
| 8/17/05 | Vioxx NJ | 8 | Review Westrick documents |
| 8/18/05 | Vioxx NJ | 8 | Review Westrick documents |
| 8/19/05 | Vioxx NJ | 8 | Review Westrick documents |
| 8/22/05 | Vioxx NJ | 8 | Prep for Westrick deposition Day 1 |
| 8/23/05 | Vioxx NJ | 8 | Prep for Westrick deposition Day 1 |
| 8/24/05 | Vioxx NJ | 8 | Prep for Westrick deposition Day 1 |
| 8/25/05 | Vioxx NJ | 8 | Prep for Westrick deposition Day 1 |

- 13 -

FAC Resp. Exhibit B -- 1458

| | | |
|---|---|---|
| 8/26/05 | Vioxx NJ | 8 | Prep for Westrick deposition Day 1 |
| 8/28/05 | Vioxx NJ | 8 | Prep for Westrick deposition Day 1 |
| 8/29/05 | Vioxx NJ | 8 | Travel and prep for Westrick Day 1 |
| 8/30/05 | Vioxx NJ | 8 | Attend Westrick deposition Day 1 |
| 8/31/05 | Vioxx NJ | 4 | Travel back to Charleston |
| 10/31/05 | Vioxx NJ | 8 | Prep for Westrick Day 2 |
| 11/1/05 | Vioxx NJ | 8 | Prep for Westrick Day 2 |
| 11/2/05 | Vioxx NJ | 8 | Prep for Westrick Day 2 |
| 11/3/05 | Vioxx NJ | 8 | Prep for Westrick Day 2 |
| 11/4/05 | Vioxx NJ | 8 | Prep for Westrick Day 2 |
| 11/7/05 | Vioxx NJ | 8 | Prep for Westrick Day 2 |
| 11/8/05 | Vioxx NJ | 8 | Travel and prep for Westrick Day 2 |
| 11/9/05 | Vioxx NJ | 8 | Attend Westrick deposition Day 2 |
| 12/19/05 | Vioxx NJ | 8 | Travel and document review in NYC |
| 12/20/05 | Vioxx NJ | 4 | Document review and travel back to Charleston |
| 1/16/06 | Vioxx NJ | 8 | Research issues related to Merck's Motion for PO (Lahner) |
| 1/17/06 | Vioxx NJ | 8 | Research issues related to Merck's Motion for PO (Lahner) |
| 1/18/06 | Vioxx NJ | 8 | Research issues related to Merck's Motion for PO (Lahner) |
| 4/5/06 | Vioxx NJ | 8 | Review 3rd party discovery documents |
| 4/6/06 | Vioxx NJ | 8 | Review 3rd party discovery documents |
| 4/7/06 | Vioxx NJ | 8 | Review 3rd party discovery documents |
| 4/10/06 | Vioxx NJ | 8 | Review 3rd party discovery documents |

- 14 -

FAC Resp. Exhibit B -- 1459

| Date | Matter | Hours | Description |
|---|---|---|---|
| 4/11/06 | Vioxx NJ | 8 | Review 3rd party discovery documents |
| 4/12/06 | Vioxx NJ | 8 | Review 3rd party discovery documents |
| 4/13/06 | Vioxx NJ | 8 | Review 3rd party discovery documents |
| 4/14/06 | Vioxx NJ | 8 | Review 3rd party discovery documents |
| 4/17/06 | Vioxx NJ | 8 | Research/analysis offensive collateral estoppel issues |
| 4/18/06 | Vioxx NJ | 8 | Research/analysis offensive collateral estoppel issues |
| 4/19/06 | Vioxx NJ | 8 | Preparation for 4/21 meeting |
| 4/20/06 | Vioxx NJ | 8 | Preparation for 4/21 meeting |
| 4/24/06 | Vioxx NJ | 8 | Review 3rd party discovery documents |
| 4/25/06 | Vioxx NJ | 8 | Review 3rd party discovery documents |
| 4/26/06 | Vioxx NJ | 8 | Review 3rd party discovery documents |
| 4/27/06 | Vioxx NJ | 8 | Review 3rd party discovery documents |
| 4/28/06 | Vioxx NJ | 8 | Review 3rd party discovery documents |
| 5/1/06 | Vioxx NJ | 8 | Review docs for Lahner hearing; research/analysis for Lahner supplemental brief |
| 5/2/06 | Vioxx NJ | 8 | Review docs for Lahner hearing; research/analysis for Lahner supplemental brief |
| 5/3/06 | Vioxx NJ | 8 | Review docs for Lahner hearing; research/analysis for Lahner supplemental brief |
| 5/4/06 | Vioxx NJ | 8 | Review docs for Lahner hearing; research/analysis for Lahner supplemental brief |
| 5/5/06 | Vioxx NJ | 8 | Review docs for Lahner hearing; research/analysis for Lahner supplemental brief |
| 5/7/06 | Vioxx NJ | 8 | Research/analysis for Lahner supplemental brief |
| 5/8/06 | Vioxx NJ | 8 | Research/analysis for Lahner supplemental brief |
| 5/10/06 | Vioxx NJ | 8 | Review docs and privilege log in prep for hearing |

- 15 -

| 5/11/06 | Vioxx NJ | 8 | Review docs and privilege log in prep for hearing |
| 5/12/06 | Vioxx NJ | 8 | Review docs and privilege log in prep for hearing |
| 5/15/06 | Vioxx NJ | 8 | Review docs and privilege log in prep for hearing |
| 5/16/06 | Vioxx NJ | 8 | Review docs and privilege log in prep for hearing |
| 5/17/06 | Vioxx NJ | 8 | Review docs and privilege log in prep for hearing |
| 5/18/06 | Vioxx NJ | 8 | Review docs and privilege log in prep for hearing |
| 8/7/06 | Vioxx NJ | 8 | Prep for meeting in Philadelphia |
| 8/8/06 | Vioxx NJ | 8 | Travel and meeting in Philadelphia |
| 8/14/06 | Vioxx NJ | 8 | Work on privilege log project |
| 8/15/06 | Vioxx NJ | 8 | Work on privilege log project |
| 8/16/06 | Vioxx NJ | 8 | Work on privilege log project |
| 8/17/06 | Vioxx NJ | 8 | Work on privilege log project |
| 8/18/06 | Vioxx NJ | 8 | Work on privilege log project |
| 8/21/06 | Vioxx NJ | 8 | Work on privilege log project |
| 8/22/06 | Vioxx NJ | 8 | Work on privilege log project |
| 8/23/06 | Vioxx NJ | 8 | Work on privilege log project |
| 8/24/06 | Vioxx NJ | 8 | Work on privilege log project |
| 8/25/06 | Vioxx NJ | 8 | Work on privilege log project |
| 8/28/06 | Vioxx NJ | 8 | Review docs and privilege log in prep for Lahner hearing |
| 8/29/06 | Vioxx NJ | 8 | Review docs and privilege log in prep for Lahner hearing |
| 8/30/06 | Vioxx NJ | 8 | Review docs and privilege log in prep for Lahner hearing |
| 8/31/06 | Vioxx NJ | 8 | Review docs and privilege log in prep for Lahner hearing |

- 16 -

FAC Resp. Exhibit B -- 1461

| 9/1/06 | Vioxx NJ | 8 | Review docs and privilege log in prep for Lahner hearing |
| 9/5/06 | Vioxx NJ | 8 | Review docs and privilege log in prep for Lahner hearing |
| 9/6/06 | Vioxx NJ | 8 | Review docs and privilege log in prep for Lahner hearing |
| 9/7/06 | Vioxx NJ | 8 | Review docs and privilege log in prep for Lahner hearing |
| 9/8/06 | Vioxx NJ | 8 | Review docs and privilege log in prep for Lahner hearing |
| 9/11/06 | Vioxx NJ | 8 | Review docs and privilege log in prep for Lahner hearing |
| 9/12/06 | Vioxx NJ | 8 | Review docs and privilege log in prep for Lahner hearing |
| 9/13/06 | Vioxx NJ | 8 | Review docs and privilege log in prep for Lahner hearing |
| 9/14/06 | Vioxx NJ | 8 | Review docs and privilege log in prep for Lahner hearing |
| 9/18/06 | Vioxx NJ | 8 | Work on privilege log project |
| 9/19/06 | Vioxx NJ | 8 | Work on privilege log project |
| 9/20/06 | Vioxx NJ | 8 | Work on privilege log project |
| 9/21/06 | Vioxx NJ | 8 | Work on privilege log project |
| 9/22/06 | Vioxx NJ | 8 | Work on privilege log project |
| 9/25/06 | Vioxx NJ | 8 | Work on privilege log project |
| 9/26/06 | Vioxx NJ | 8 | Work on privilege log project |
| 9/27/06 | Vioxx NJ | 8 | Work on privilege log project |
| 9/28/06 | Vioxx NJ | 12 | Travel to and from Philadelphia and meeting |
| 10/2/06 | Vioxx NJ | 8 | Work on privilege log project |
| 10/3/06 | Vioxx NJ | 8 | Work on privilege log project |
| 10/4/06 | Vioxx NJ | 8 | Work on privilege log project |
| 10/5/06 | Vioxx NJ | 8 | Work on privilege log project |

- 17 -

FAC Resp. Exhibit B -- 1462

| | | | |
|---|---|---|---|
| 10/6/06 | Vioxx NJ | 8 | Work on privilege log project |
| 10/9/06 | Vioxx NJ | 8 | Work on privilege log project |
| 10/10/06 | Vioxx NJ | 8 | Work on privilege log project |
| 10/11/06 | Vioxx NJ | 8 | Work on privilege log project |
| 10/12/06 | Vioxx NJ | 8 | Work on privilege log project |
| 10/13/06 | Vioxx NJ | 8 | Work on privilege log project |
| 10/16/06 | Vioxx NJ | 8 | Work on privilege log project |
| 10/17/06 | Vioxx NJ | 10 | Travel to and from Philadelphia re: meet and confer on privilege log |
| 10/23/06 | Vioxx NJ | 8 | Draft/analysis/research on reply brief |
| 10/24/06 | Vioxx NJ | 8 | Draft/analysis/research on reply brief |
| 10/25/06 | Vioxx NJ | 8 | Draft/analysis/research on reply brief |
| 10/26/06 | Vioxx NJ | 8 | Draft/analysis/research on reply brief |
| 10/27/06 | Vioxx NJ | 8 | Draft/analysis/research on reply brief |
| 10/28/06 | Vioxx NJ | 4 | Draft/analysis/research on reply brief |
| 10/29/06 | Vioxx NJ | 4 | Draft/analysis/research on reply brief |
| 11/1/06 | Vioxx NJ | 8 | Work on privilege log project |
| 11/2/06 | Vioxx NJ | 8 | Work on privilege log project |
| 11/3/06 | Vioxx NJ | 8 | Work on privilege log project |
| 11/6/06 | Vioxx NJ | 8 | Work on privilege log project |
| 11/7/06 | Vioxx NJ | 8 | Work on privilege log project |
| 11/8/06 | Vioxx NJ | 8 | Work on privilege log project |
| 11/9/06 | Vioxx NJ | 8 | Work on privilege log project |

- 18 -

FAC Resp. Exhibit B -- 1463

| | | | Work on privilege log project |
|---|---|---|---|
| 11/10/06 | Vioxx NJ | 8 | Work on privilege log project |
| 11/13/06 | Vioxx NJ | 8 | Work on privilege log project |
| 11/14/06 | Vioxx NJ | 8 | Work on privilege log project |
| 11/15/06 | Vioxx NJ | 8 | Work on privilege log project |
| 11/16/06 | Vioxx NJ | 8 | Work on privilege log project |
| 11/17/06 | Vioxx NJ | 8 | Work on privilege log project |
| | TOTAL HOURS | 1302 | |

## MOTLEY RICE LLC
## TIME REPORT – JUNE HAWKINS, PARALEGAL

| DATE | CLIENT NAME | TIME (hr in tenths) | DESCRIPTION |
|---|---|---|---|
| 5/14/05 | Vioxx NJ | 8 | Prepare materials for expert |
| 5/15/05 | Vioxx NJ | 8 | Prepare materials for expert |
| 5/16/06 | Vioxx NJ | 8 | Prepare materials for expert |
| 5/17/05 | Vioxx NJ | 8 | Prepare materials for expert |
| 7/11/05 | Vioxx NJ | 8 | Document review |
| 7/12/05 | Vioxx NJ | 8 | Document review |
| 7/13/05 | Vioxx NJ | 8 | Document review |
| 7/14/05 | Vioxx NJ | 8 | Document review |
| 7/15/05 | Vioxx NJ | 8 | Document review |
| 7/18/05 | Vioxx NJ | 8 | Review Westrick documents |
| 7/19/05 | Vioxx NJ | 8 | Review Westrick documents |
| 7/20/05 | Vioxx NJ | 8 | Review Westrick documents |

- 19 -

| | | |
|---|---|---|
| 7/21/05 | Vioxx NJ | 8 | Review Westrick documents |
| 7/22/05 | Vioxx NJ | 8 | Review Westrick documents |
| 7/25/05 | Vioxx NJ | 8 | Review Westrick documents |
| 7/26/05 | Vioxx NJ | 8 | Review Westrick documents |
| 7/27/05 | Vioxx NJ | 8 | Review Westrick documents |
| 7/28/05 | Vioxx NJ | 8 | Review Westrick documents |
| 7/29/05 | Vioxx NJ | 8 | Review Westrick documents |
| 8/1/05 | Vioxx NJ | 8 | Review Westrick documents |
| 8/2/05 | Vioxx NJ | 8 | Review Westrick documents |
| 8/3/05 | Vioxx NJ | 8 | Review Westrick documents |
| 8/4/05 | Vioxx NJ | 8 | Review Westrick documents |
| 8/5/05 | Vioxx NJ | 8 | Review Westrick documents |
| 8/8/05 | Vioxx NJ | 8 | Review Westrick documents |
| 8/9/05 | Vioxx NJ | 8 | Review Westrick documents |
| 8/10/05 | Vioxx NJ | 8 | Review Westrick documents |
| 8/11/05 | Vioxx NJ | 8 | Review Westrick documents |
| 8/12/05 | Vioxx NJ | 8 | Review Westrick documents |
| 8/15/05 | Vioxx NJ | 8 | Review Westrick documents |
| 8/16/05 | Vioxx NJ | 8 | Review Westrick documents |
| 8/17/05 | Vioxx NJ | 8 | Review Westrick documents |
| 8/18/05 | Vioxx NJ | 8 | Review Westrick documents |
| 8/19/05 | Vioxx NJ | 8 | Review Westrick documents |

- 20 -

| 8/22/05 | Vioxx NJ | 8 | Prep for Westrick deposition Day 1 |
| 8/23/05 | Vioxx NJ | 8 | Prep for Westrick deposition Day 1 |
| 8/24/05 | Vioxx NJ | 8 | Prep for Westrick deposition Day 1 |
| 8/25/05 | Vioxx NJ | 8 | Prep for Westrick deposition Day 1 |
| 8/26/05 | Vioxx NJ | 8 | Prep for Westrick deposition Day 1 |
| 8/28/05 | Vioxx NJ | 8 | Prep for Westrick deposition Day 1 |
| 10/31/05 | Vioxx NJ | 8 | Prep for Westrick Day 2 |
| 11/1/05 | Vioxx NJ | 8 | Prep for Westrick Day 2 |
| 11/2/05 | Vioxx NJ | 8 | Prep for Westrick Day 2 |
| 11/3/05 | Vioxx NJ | 8 | Prep for Westrick Day 2 |
| 11/4/05 | Vioxx NJ | 8 | Prep for Westrick Day 2 |
| 11/7/05 | Vioxx NJ | 8 | Prep for Westrick Day 2 |
| 4/5/06 | Vioxx NJ | 8 | Review 3rd party discovery documents |
| 4/6/06 | Vioxx NJ | 8 | Review 3rd party discovery documents |
| 4/7/06 | Vioxx NJ | 8 | Review 3rd party discovery documents |
| 4/10/06 | Vioxx NJ | 8 | Review 3rd party discovery documents |
| 4/11/06 | Vioxx NJ | 8 | Review 3rd party discovery documents |
| 4/12/06 | Vioxx NJ | 8 | Review 3rd party discovery documents |
| 4/13/06 | Vioxx NJ | 8 | Review 3rd party discovery documents |
| 4/14/06 | Vioxx NJ | 8 | Review 3rd party discovery documents |
| 4/17/06 | Vioxx NJ | 8 | Research/analysis offensive collateral estoppel issues |

- 21 -

| | | | |
|---|---|---|---|
| 4/18/06 | Vioxx NJ | 8 | Research/analysis offensive collateral estoppel issues |
| 4/19/06 | Vioxx NJ | 8 | Preparation for 4/21 meeting |
| 4/20/06 | Vioxx NJ | 8 | Preparation for 4/21 meeting |
| 4/24/06 | Vioxx NJ | 8 | Review 3rd party discovery documents |
| 4/25/06 | Vioxx NJ | 8 | Review 3rd party discovery documents |
| 4/26/06 | Vioxx NJ | 8 | Review 3rd party discovery documents |
| 4/27/06 | Vioxx NJ | 8 | Review 3rd party discovery documents |
| 4/28/06 | Vioxx NJ | 8 | Review 3rd party discovery documents |
| TOTAL HOURS | | 504 | |

## MOTLEY RICE LLC
## TIME REPORT – CONNIE FINKELSTEIN, PARALEGAL

| DATE | CLIENT NAME | TIME (hr in tenths) | DESCRIPTION |
|---|---|---|---|
| 4/6/05 | Vioxx – NJ | 1 | Work with liaison counsel's staff on litigation responsibilities. |
| 4/10/05 | Vioxx – NJ | 2 | Conference regarding document review, work on documents. |
| 4/15/05 | Vioxx – NJ | 8 | Assist in preparation of Michael Hoffman expert meeting. |
| 4/16/05 | Vioxx – NJ | 2 | Prepare docs for Michael Hoffman |
| 1/23/06 | Vioxx NJ | 4 | Assist C. Scott with Lahner brief |
| 1/23/06 | Vioxx –NJ | 4 | Work on Lahner brief |
| 1/24/06 | Vioxx –NJ | 8 | Research and work on Lahner memorandum |
| 1/25/06 | Vioxx - General | 2 | Participate in conference with team about findings from document review |
| 1/25/06 | Vioxx - General | 2 | Participate in conf. w/ team re: progress on files and Lahner. |
| 1/26/06 | Vioxx NJ | 8 | Assist on work on Lahner response. |

- 22 -

| | | |
|---|---|---|
| 1/30/06 | Vioxx NJ | 5 | Assist on work on Lahner memo. |
| 2/6/06 | Vioxx General | 8 | Work on DDB/Ogilvy document issues; review and analyze documents |
| 2/7/06 | Vioxx – MDL | 4 | Work on DDB/Ogilvy document issues; review and analyze documents |
| 2/9/06 | Vioxx General | 2 | Work on DDB/Ogilvy document production issues |
| 2/13/06 | Vioxx General | 8 | Work on DDB/Ogilvy documents |
| 2/14/06 | Vioxx General | 8 | Work on DDB/Ogilvy documents |
| 2/14/06 | Vioxx - General | 8 | Work on DDB/Ogilvy document issues |
| 2/15/06 | Vioxx – General | 2 | Work on DDB/Ogilvy production issues |
| 8/16/06 | Vioxx – NJ | 5 | Work on privilege log issues |
| 9/2/06 | Vioxx - NJ | 3 | Work on privilege log issues. |
| 9/5/06 | Vioxx – NJ | 6 | Assist with Lahner Memo research |
| 9/6/06 | Vioxx – NJ | 5 | Assist with Lahner Memo research |
| 9/12/06 | Vioxx – NJ | 8 | Work on Reply to Defendant's Supplemental Memorandum re: Lahner |
| 9/13/06 | Vioxx – NJ | 6 | Assist with Lahner Memo research |
| 9/14/06 | Vioxx – NJ | 8 | Assist with Lahner Memo research |
| 9/18/06 | Vioxx – NJ | 8 | Work on documents for Lahner hearing |
| 2/13/07 | Vioxx – NJ | 4 | Work on case selection for next trial grouping; work up summaries for review by liaison counsel for trial case selection |
| 2/14/07 | Vioxx – NJ | 4 | Work on case selection for next trial grouping |
| 2/15/07 | Vioxx – NJ | 4 | Work on case selection for next trial grouping; conference |

- 23 -

| | | | with liaison counsel re: same |
|---|---|---|---|
| 2/16/07 | Vioxx – NJ | 4 | Work on NJ group trial selection issues |
| 2/19/07 | Vioxx – NJ | 3 | Work on NJ group trial selection issues; discuss potential cases with trial with liaison counsel |
| 2/20/07 | Vioxx – NJ | 3 | Work on NJ group trial selection issues |
| 3/12/07 – 3/16/07 | Vioxx – NJ | 20 | Work on cases for potential selection for next NJ trial grouping; conference with liaison counsel re: same; work with experts on selected cases |
| 3/19/07 | Vioxx – NJ | 20 | Work with experts on cases selected by group as possible trials in upcoming groupings; work on case specifics and various conferences with liaison counsel. |
| | TOTAL HOURS | 197 | |

## MOTLEY RICE LLC
## TIME REPORT – LISA TAYLOR, PARALEGAL

| DATE | CLIENT NAME | TIME (hr in tenths) | DESCRIPTION |
|---|---|---|---|
| 4/4/06 | Vioxx – NJ | 1 | Review current Vioxx trial information |
| 4/21/06 | Vioxx – General | .5 | Review all filed cases |
| 7/21/06 | Vioxx – NJ | .5 | Begin trial preparation - NJ Bellwether case/Donna Owens |
| 8/2/06 | Vioxx – NJ | 1.5 | Trial preparation - NJ Bellwether case/Donna Owens |
| 8/10/06 | Vioxx – NJ | 1 | Trial preparation - NJ Bellwether case/Donna Owens |
| 8/22/06 | Vioxx – NJ | .5 | Trial preparation - NJ Bellwether case/Donna Owens |
| 8/28/06 | Vioxx – NJ | 1 | Prepare Dr. Kostis consultant forms |
| 8/29/06 | Vioxx – NJ | .5 | Prepare Dr. Kostis consultant forms continued |
| 9/1/06 | Vioxx – NJ | .5 | Trial preparation - NJ Bellwether case/Donna Owens |

- 24 -

FAC Resp. Exhibit B -- 1469

| Date | Matter | Hours | Description |
|---|---|---|---|
| 9/5/06 | Vioxx – NJ | .5 | Trial preparation - NJ Bellwether case/Donna Owens |
| 9/6/06 | Vioxx – NJ | 1 | Trial preparation - NJ Bellwether case/Donna Owens |
| 9/11/06 | Vioxx – NJ | 1 | Trial preparation - NJ Bellwether case/Donna Owens |
| 9/12/06 | Vioxx – NJ | 1 | Trial preparation - NJ Bellwether case/Donna Owens |
| 9/14/06 | Vioxx – NJ | 1 | Trial preparation - NJ Bellwether case/Donna Owens |
| 9/20/06 | Vioxx – NJ | .25 | Trial preparation - NJ Bellwether case/Donna Owens |
| 9/21/06 | Vioxx – NJ | .5 | Trial preparation - NJ Bellwether case/Donna Owens |
| 9/22/06 | Vioxx – NJ | .5 | Trial preparation - NJ Bellwether case/Donna Owens |
| 9/26/06 | Vioxx – NJ | 1 | Trial preparation - NJ Bellwether case/Donna Owens |
| 9/29/06 | Vioxx – NJ | .5 | Trial preparation - NJ Bellwether case/Donna Owens |
| 10/1/06 | Vioxx – NJ | 1 | Begin preparation on all NJ cases |
| 10/6/06 | Vioxx - NJ | 1 | Trial preparation on all NJ cases |
| 10/12/06 | Vioxx – NJ | 1 | Trial preparation on all NJ cases |
| 10/17/06 | Vioxx – NJ | .5 | Trial preparation on all NJ cases |
| 10/25/06 | Vioxx – NJ | .5 | Trial preparation on all NJ cases |
| 10/26/06 | Vioxx – NJ | .5 | Trial preparation on all NJ cases |
| 11/16/06 | Vioxx – NJ | 1 | Conference call w/Dr. Kostis |
| | TOTAL HOURS | 19.75 | |

- 25 -

MOTTLEY RICE LLC
TIME REPORT – MEAGAN MATUSZ, PARALEGAL

| DATE | CLIENT NAME | TIME (hr in tenths) | DESCRIPTION |
|---|---|---|---|
| 12/17/07 | Vioxx – NJ | 8 | Travel to Philadelphia, PA |
| | TOTAL HOURS | 8 | |

Total Hours - Attorneys – 1210
Total Hours – Paralegals – 2030.75

Total Hours Combined – 3240.75

- 26 -

MOTLEY RICE LLC
VIOXX EXPENSES

| Date | Client Name | Amount | Description |
|---|---|---|---|
| 11/10/04 | Vioxx - General | 5,000.00 | Pharmaceutical Development Group, Inc. - Retainer fee |
| 11/16/04 | Vioxx - General | 20,255.95 | Scientific Evidence, Inc. - document review and travel to seminar |
| 11/19/04 | Vioxx - General | 9,539.32 | Pharmaceutical Development Group, Inc. – professional services |
| 12/6/04 | Vioxx – General | 5,710.51 | Medical Advisory Services for Attorneys – consulting fees |
| 12/22/04 | Vioxx – General | 1,500.00 | Medical Advisory Services for Attorneys – consulting fees |
| 12/22/04 | Vioxx – General | 7,316.79 | Pharmaceutical Development Group, Inc. – professional services |
| 1/20/05 | Vioxx – General | 1,678.53 | Pharmaceutical Development Group, Inc. – professional services for period ending 12/31/04 |
| 2/23/05 | Vioxx – General | 5,600.00 | Travel to New Orleans, LA with Joe Rice, Ann Ritter, Jeff Thompson plus one passsenger |
| 3/3/05 | Vioxx – General | 3,409.00 | Pharmaceutical Development Group, Inc. – professional services month of January 2005 |
| 3/3/05 | Vioxx – NJ | 12,180.00 | Travel to Newark, NJ for Ann Ritter, Rhett Klok, Carmen Scott, Fred Thompson & Will Littlejohn |
| 1/27/05 | Vioxx – NJ | 10,000.00 | W. Michael Hoffman – Retainer fee |
| 3/14/05 | Vioxx – NJ | 519.91 | Carmen Scott travel to Washington, D.C. for meeting with co-counsel and expert, Michael Hoffman |
| 3/14/05 | Vioxx – NJ | 563.90 | Ann Ritter travel to Washington, D.C. to meet w/co-counsel and Michael Hoffman |
| 3/14/05 | Vioxx – NJ | 105.00 | American Express – Conference room rental in Washington, D.C. for meeting w/co-counsel and Michael Hoffman |

-1-

FAC Resp. Exhibit B -- 1472

| 3/17/05 | Vioxx – NJ | 23,522.27 | W. Michael Hoffman – Retainer fee, consulting fees & travel expenses |
| 3/22/05 | Vioxx – General | 495.00 | Ellie Kimmel – reimbursement for research fees |
| 4/3 – 4/4/05 | Vioxx – General | 1,485.14 | Jeff Thompson – travel to New Orleans, LA for Vioxx meeting |
| 4/20/05 | Vioxx – General | 30.00 | Ellie Kimmel – reimbursement for research fees |
| 4/20/05 | Vioxx – NJ | 14,637.50 | W. Michael Hoffman – Consulting services |
| 4/26/05 | Vioxx – NJ | 556.89 | Airfare for expert Michael Hoffman |
| 5/6/06 | Vioxx – General | 13,502.23 | Pharmaceutical Development Group, Inc. – professional services |
| 6/2/05 | Vioxx – General | 157.14 | Pharmaceutical Development Group, Inc. – depo e-mails, schedules |
| 6/22/05 | Vioxx – NJ | 14,373.50 | W. Michael Hoffman – Consulting services 4/6/05 – 6/7/05 |
| 6/22/05 | Vioxx – NJ | 5,600.00 | Travel to Newark, NJ for Ann Ritter, Jeff Thompson, Fred Thompson & Carmen Scott |
| 6/28 – 6/29/05 | Vioxx – NJ | 1,593.70 | Carmen Scott travel to Boston, MA for Hoffman deposition |
| 7/12/05 | Vioxx – General | 3,600.00 | C. Wayne Weart – Consultant services for 10/04 & 11/04 |
| 7/18/05 | Vioxx – General | 15.00 | Ellie Kimmel – reimbursement for research fees |
| 7/27/05 | Vioxx – General | 1,283.58 | Carmen Scott travel to New York, NY for document review |
| 7/28/05 | Vioxx – NJ | 231.10 | Regal Sedan & Limo Service – ground transportation from Newark to co-counsel's office on 6/22/05 |
| 7/28/05 | Vioxx – General | 2,087.94 | Procopy, Inc. – digital prints |
| 8/2/05 | Vioxx – NJ | 1,437.50 | Veritext/New York Reporting Co., Inc. – Expert deposition of Michael Hoffman |
| 8/3/05 | Vioxx – General | 1,176.09 | Carmen Scott travel to New York, NY for corporate deposition |

- 2 -

FAC Resp. Exhibit B -- 1473

| | | |
|---|---|---|
| 8/23/05 | Vioxx – NJ | 25,212.50 | W. Michael Hoffman – Consulting services 6/10 – 6/29/05 |
| 8/29/05 | Vioxx – General | 620.06 | Josh Littlejohn travel to New York, NY for Westrick deposition |
| 8/30/05 | Vioxx – General | 1,996.05 | Henry Leventis travel to New York, NY for Westrick deposition |
| 8/29 – 8/31/05 | Vioxx – General | 2,555.15 | Fred Thompson travel to New York, NY for Westrick deposition |
| 9/12/05 | Vioxx – General | 5.27 | Ellie Kimmel – reimbursement for purchase at Proquest archiver |
| 9/14/05 | Vioxx – General | 650.00 | A. William Roberts & Associates, Inc. – Westrick deposition – cancellation after arrival & video technician |
| 9/19/05 | Vioxx – NJ | 1,384.73 | Fred Thompson travel to Atlantic City, NJ to meet with co-counsel |
| 9/28/05 | Vioxx – NJ | 961.40 | Josh Littlejohn travel to Atlantic City, NJ to meet with co-counsel |
| 9/28/05 | Vioxx –NJ | 2,600.00 | W. Michael Hoffman – Consulting services 7/22/05 – 9/4/05 |
| 10/3/05 | Vioxx – General | 400.00 | Hilton Naples – Deposit on conference room for deposition of Ellen Westrick |
| 10/11/05 | Vioxx – General | 29.95 | Ellie Kimmel – reimbursement for purchase at Ingenta.com |
| 10/11/05 | Vioxx – General | 13.50 | Ellie Kimmel – reimbursement for purchase at International Figures |
| 10/11/05 | Vioxx – General | 940.70 | Esquire Deposition Services – copy of deposition transcript of Ellen Westrick |
| 10/11/05 | Vioxx - General | 882.15 | Esquire Deposition Services – copy of deposition transcript of Charlotte McKines |
| 11/8/05 | Vioxx – General | 1,602.13 | Fred Thompson travel to Naples, FL for  continued Westrick deposition |
| 11/8/05 | Vioxx – General | 1,570.73 | Henry Leventis travel to Naples, FL for  continued Westrick |

- 3 -

FAC Resp. Exhibit B -- 1474

| | | | deposition |
|---|---|---|---|
| 11/8 – 11/9/05 | Vioxx – General | 1094.73 | Josh Littlejohn travel to Naples, FL for continued Westrick deposition |
| 11/16 – 11/17/05 | Vioxx – NJ | 1,361.34 | Carmen Scott travel to New York, NY for meeting with NJ Vioxx team |
| 11/29/05 | Vioxx – NJ | 1,000.00 | Cohen, Placitella & Roth – Reproduction of video for NJ Vioxx Liability |
| 1/13/06 | Vioxx – General | 1,012.31 | C2 Legal of New York LLC – DDB/Ogilvy Document Production |
| 1/27/06 | Vioxx – NJ | 1,345.08 | Fred Thompson travel to Philadelphia, PA for NJ Vioxx hearing (later cancelled) |
| 2/1 – 2/2/06 | Vioxx – General | 1,644.09 | Fred Thompson travel to New Orleans, LA for MDL Hearing |
| 3/2/06 | Vioxx – General | 1,846.70 | Digital Mandate - Cost of document production |
| 4/10 – 4/11/06 | Vioxx – NJ | 1,716.36 | Henry Leventis travel to Atlantic City, NJ for hearing on Motion to Exclude Plaintiffs Outside the US |
| 4/21/06 | Vioxx – NJ | 1,164.11 | Fred Thompson travel to Newark, NJ for meeting w/Chris Seeger |
| 5/18/06 | Vioxx – NJ | 1,722.08 | Fred Thompson travel to Philadelphia, PA for Lahner meeting w/Sol Weiss & Chris Placitella |
| 6/1/06 | Vioxx – General | 4,900.44 | Digital Mandate - Ogilvy document production |
| 6/15/06 | Vioxx – NJ | 915.12 | Fred Thompson travel to New Brunswick, NJ to meet w/Eric Weinberg, Chris Placitella & Dr. Kostis |
| 6/20/06 | Vioxx – General | 2.95 | Yvonne Godfrey – reimbursement for Newslibrary article |
| 7/11/06 | Vioxx – NJ | 2,913.29 | Fred Thompson travel to Philadelphia, PA for meeting w/Harry Roth, Eric Weinberg & Chris Placitella |
| 7/18 – 7/19/06 | Vioxx – NJ | 989.91 | Fred Thompson travel to Philadelphia, Vioxx meeting |

- 4 -

| Date | Category | Amount | Description |
|---|---|---|---|
| 7/26 – 7/27/06 | Vioxx – General | 1,512.84 | Carmen Scott travel to Miami, FL to meet w/co-counsel re: file review |
| 8/8/06 | Vioxx – NJ | 1,291.60 | Carmen Scott travel to Philadelphia, PA for meeting w/Plaintiffs' Steering Committee |
| 8/8/06 | Vioxx – NJ | 1,345.07 | Henry Leventis travel to Philadelphia, PA for meeting w/Plaintiffs' Steering Committee |
| 8/8/06 | Vioxx – NJ | 1,296.95 | Josh Littlejohn travel to Philadelphia, PA for meeting w/Plaintiffs' Steering Committee |
| 8/8/06 | Vioxx – NJ | 107.56 | Don Migliori travel to Philadelphia, PA for meeting w/Plaintiffs' Steering Committee |
| 8/8/06 | Vioxx – NJ | 2,671.36 | Fred Thompson travel to NJ for Vioxx meeting, cancellation fee, and change ticket fees |
| 8/9/05 | Vioxx – NJ | 3,231.75 | Esquire Deposition Services LLC – copy of deposition transcripts of Charlotte McKines & Peter Honig, M.D. |
| 8/8 – 8/9/06 | Vioxx – General | 1,322.33 | Fred Thompson travel to New Orleans, LA for Vioxx presentation |
| 8/14 – 8/15/06 | Vioxx – NJ | 1,857.35 | Fred Thompson travel to NJ to meet w/co-counsel |
| 8/24/06 | Vioxx – General | 627.05 | Carmen Scott travel to New York, NY to meet w/co-counsel |
| 8/30/06 | Vioxx – General | 718.88 | Procopy, Inc. – copies of DVDs |
| 9/14/06 | Vioxx – NJ | 230.20 | Fred Thompson travel to NJ to meet w/co-counsel |
| 9/28/06 | Vioxx – NJ | 1,322.42 | Fred Thompson travel to Atlantic City, NJ for conference with Judge Higbee |
| 9/28/06 | Vioxx – NJ | 1,224.95 | Josh Littlejohn travel to Atlantic City, NJ for conference with Judge Higbee |
| 10/3/06 | Vioxx – General | 3,565.11 | Digital Mandate – Document production |
| 10/5/06 | Vioxx – NJ | 85.82 | Don Migliori travel to Atlantic City, NJ for conference with Judge Higbee |

- 5 -

| | | |
|---|---|---|
| 10/17/06 | Vioxx – NJ | Josh Littlejohn travel to Philadelphia, PA to meet w/defense counsel over privilege log |
| 10/17/06 | Vioxx – NJ | 402.65 | Carmen Scott travel to Philadelphia, PA to meet w/defense counsel over privilege log |

| Date | Matter | Amount | Description |
|---|---|---|---|
| 10/17/06 | Vioxx – NJ | 402.65 | Josh Littlejohn travel to Philadelphia, PA to meet w/defense counsel over privilege log |
| 10/17/06 | Vioxx – NJ | 352.30 | Carmen Scott travel to Philadelphia, PA to meet w/defense counsel over privilege log |
| 4/11/07 | Vioxx – NJ | 240.10 | Don Migliori travel to Atlantic City, NJ for Plaintiffs' Committee meeting re: trial case selection |
| 6/27 – 6/28/07 | Vioxx – NJ | 1,587.90 | Fred Thompson travel to Atlantic City, NJ for case management meeting |
| 7/6/07 | Vioxx – General | 2,000.00 | The Ferrara Law Firm, LLC-Escrow Acct. A – contribution to Plaintiffs' Attorneys' Fund for Public Relations |
| 7/11 – 7/12/07 | Vioxx – NJ | 2,143.91 | Fred Thompson travel to Philadelphia, PA for Vioxx trial strategy meeting |
| 8/1/07 | Vioxx – NJ | 772.83 | Fred Thompson travel to Philadelphia, PA for meeting with co-counsel |
| 8/28/07 | Vioxx – NJ | 20,000.00 | Law Offices of Eric H. Weinberg – trial preparations (contribution to expenses – Kostis study) |
| 10/24 – 10/25/07 | Vioxx – NJ | 834.17 | Josh Littlejohn travel to Philadelphia, PA for Vioxx Status Litigation (Merck's expert reports) with Anapol Schwartz |
| 10/24 – 10/25/07 | Vioxx – NJ | 1,106.46 | Fred Thompson travel to Philadelphia, PA for Vioxx Status Litigation (Merck's expert reports) with Anapol Schwartz |
| 11/26/07 | Vioxx – General | 397.53 | Carmen Scott travel to Atlanta, GA for settlement conference |
| 12/5/07 | Vioxx – NJ | 899.00 | Carmen Scott travel to Atlantic City, NJ for Vioxx settlement conference |
| 12/17/07 | Vioxx – NJ | 245.80 | Meagan Matusz travel to Philadelphia, PA |
| 4/30/07 | Vioxx – General | 27.04 | Pacer research charges from 1/07 – 4/07 |
| 5/15/07 | Vioxx – NJ | 2,517.93 | Cohen, Placitella & Roth – co-counsel expenses |
| 1/15/08 | Vioxx – NJ | 500.00 | Don Migliori travel to Newark, NJ for conference with Chris Placitella re: settlement fees and costs |

- 6 -

| 1/22/08 | Vioxx - General | 681.34 | Fred Thompson travel to Philadelphia, PA to discuss Vioxx settlement & expense submissions with committee |
|---------|-----------------|--------|----------------------------------------------------------------------------------------------------------|
| 3/20/08 | Vioxx – General | 825.25 | Carmen Scott travel to NJ for hearing on foreign clients |
| 3/31/08 | Vioxx – General | 7,453.74 | Westlaw research charges from 3/05 – 3/08 |
| 4/30/08 | Vioxx – General | 328.17 | LexisNexis research charges from 2/06 – 4/08 |
|         | TOTAL EXPENSES  | $299,943.68 | |

- 7 -

FAC Resp. Exhibit B -- 1478

# MURRAY LAW FIRM

SUITE 1100 POYDRAS CENTER

650 POYDRAS STREET

NEW ORLEANS, LOUISIANA 70130

STEPHEN B. MURRAY*
STEPHEN B. MURRAY, JR.
ARTHUR M. MURRAY
NICOLE IEYOUB-MURRAY
JESSICA W. HAYES
JAMES R. DUGAN, II
JUSTIN BLOOM***
DOUGLAS R. PLYMALE, Ph.D.
KOREY A. NELSON

TELEPHONE (504) 525-8100
1-800-467-8100
FAX (504) 584-5249
WWW.MURRAY-LAWFIRM.COM

OF COUNSEL
ROBERT J. DILIBERTO**
DAMON A. KIRIN**

WILLIAM W. GOODELL, JR., LL.M.
ENERGY AND ENVIRONMENT

*CERTIFIED AS A SPECIALIST IN
CIVIL TRIAL ADVOCACY BY THE NATIONAL
BOARD OF TRIAL ADVOCACY
**LICENSED IN LA & TX
***LICENSED IN FL & NY

October 31, 2008

**VIA HAND DELIVERY**

Mr. Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, Louisiana 70113

      Re:    *In Re: Vioxx*
              *Products Liability Litigation MDL No. 1657*

Dear Russ:

      Pursuant to Pre-Trial Order No. 6(D), I deliver to you herewith as Chairman of the Allocation Committee an Affidavit of Stephen B. Murray in Support of Common Benefit Fee Application for the captioned litigation.

      Should you require any additional information, please feel free to contact me.

      Warmest personal regards.

                Very truly yours,

                STEPHEN B. MURRAY

SBM/bsf
Enclosure

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE VIOXX PRODUCTS  LIABILITY | * | |
| LITIGATION | * | MDL DOCKET NO. 1657 |
| | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| | * | |

## AFFIDAVIT OF STEPHEN B. MURRAY
## IN SUPPORT OF COMMON BENEFIT FEE APPLICATION

STATE OF LOUISIANA
PARISH OF ORLEANS

Before me, the undersigned authority, personally came and appeared Stephen B. Murray, who did depose and state the following:

1.  I am the founder of the Murray Law Firm in New Orleans.  I have forty years trial experience in civil litigation.  I am board certified in civil trial advocacy by the National Board of Trial Advocates.  I have served in leadership positions in a number of national class actions and MDL consolidations.

2.  The attorneys of the Murray Law Firm have made persistent and valuable contributions to the common benefit effort in this MDL since its inception, fulfilling every request for assistance made to them by the leadership.

3.  I served as co-chair of the law committee.  In that capacity, I personally authored several reports to the PSC at the request of the executive committee, including a comprehensive report on the tolling effect of the pendency of class actions on individual cases under the laws of the fifty states.  I participated in numerous face-to-face meetings and conference calls with my co-chair Gerald Meunier and other members of the executive committee to identify legal issues and formulate litigation strategies.  Additionally, I oversaw several research projects, on issues ranging from class certification and medical monitoring to FDA preemption, likewise at the behest of the law committee.  These research projects helped shape the strategy used throughout the litigation.  In order to keep abreast of the litigation and fulfill my role as PSC co-chair, I attended most MDL status conferences

throughout the litigation. When unable to attend myself, I sent senior attorneys from the firm, who then reported to me.

4.      Stephen B. Murray, Jr. also served on the law committee. Stephen B. Murray, Jr. is a Martindale-Hubble AV rated attorney with over thirteen years' experience. He has been appointed to and served on numerous national class action and MDL consolidation steering committees and sub-committees. At the request of Gerald Meunier, Stephen Murray, Jr. played a critical role in the class certification briefing effort. While the Court ultimately decided against class certification, the pendency of the class action assisted in tolling the claims of many individuals who are now participating in the global settlement. Mr. Murray, Jr. also drafted and/or participated in the drafting of sundry reports to the PSC on legal issues of medical monitoring, class certification, and FDA preemption. Additionally, Mr. Murray, Jr. assisted in the effort to contact and depose former Merck sales representatives who detailed Vioxx. This effort helped develop the theory of the case and provided evidence of unlawful marketing practices with respect to Vioxx.

5.      Multiple staff attorneys from the Murray Law Firm also performed common benefit work at the direction of the PSC. When the PSC requested attorneys to perform review of the voluminous document production, the Murray Law Firm sent experienced, staff-member attorneys to assist in that effort. Each attorney provided by the Murray Law Firm for document review was a full-fledged associate of the firm listed on the firm's letterhead. During the course of the litigation, the Murray Law Firm provided the following associates to assist in document review: Justin Bloom (10+ years' experience); Damon Kirin (10+ years' experience); Julie Jacobs (10+ years' experience); Jessica Hayes (5+ years' experience); Robert Diliberto (10+ years' experience); Dominic Impastato (1+ years' experience); James Murray (1+ years' experience).

6.      Justin Bloom, a New York licensed attorney is an associate with the Murray Law Firm and appears on the firm's letterhead. Bloom worked almost exclusively on Vioxx document review from 2003 until the settlement was reached in 2007. Mr. Bloom has over twelve years' experience in environmental and class action litigation, and has particular experience in the operation of document depositories in pharmaceutical litigation. In addition to his civil litigation experience, he has served as a clinic supervisor at Columbia School of Law and as a staff attorney for Robert Kennedy, Jr.'s flagship environmental organization. Bloom not only conducted document review, but also oversaw and coordinated the efforts of the Murray Law Firm attorneys who participated in the document review.

7.      In the period following Hurricane Katrina, some Murray Law Firm time records were lost. Murray Law Firm attorneys worked on Vioxx during this period. In September 2005, Stephen B. Murray, Jr. traveled to Las Vegas for a Vioxx PSC discovery preparation meeting to discuss depositions of Merck sales representatives. No time for this trip was submitted. A conservative estimate of the unrecorded time for the period following Hurricane Katrina is forty hours of Stephen B. Murray, Jr.'s time, and ten hours of Stephen B. Murray, Sr.'s time.

8.    Throughout the Vioxx litigation the Murray Law Firm answered each and every request for assistance in the common benefit effort from the PSC leadership.  In each such instance, the Murray Law provided skilled staff attorneys with the requisite experience to perform the task.

Further affiant sayeth not.

Thus, done and signed, this 30th day of October, 2008.


                                                            STEPHEN B. MURRAY


Sworn to and subscribed before this me
this 30th day of October, 2008.



Stephen B. Murray, Jr.
Notary Public

                    STEPHEN B. MURRAY, JR.
                    Notary Public, Bar No. 23877
                    State of Louisiana
                    My Commission is issued for Life

**Regina Valenti**

| | |
|---|---|
| **From:** | Richard J. Arsenault [rarsenault@nbalawfirm.com] |
| **Sent:** | Friday, October 31, 2008 4:20 PM |
| **To:** | Regina Valenti |
| **Subject:** | Vioxx - Common Benefit Affidavit |
| **Attachments:** | Exhibit D_Time Summary Chart.pdf; Exhibit A_RJA.cv.Introductory.pdf; Exhibit B_Attorneys.cv.pdf; Exhibit C_11-18-05 Email from Lillian Flemming.pdf; Common Benefit Affidavit_Richard Arsenault.pdf |

Dear Russ,

Attached please find my Common Benefit Fund Affidavit and Exhibits pursuant to PTO-6(D).

Best regards,


Richard J. Arsenault



rarsenault@nbalawfirm.com
nbalawfirm.com
(318) 487-9874


/jmo

_____

NOTICE: This E-mail (including attachments) is confidential, covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and may contain attorney-client materials and/or attorney work product, legally privileged and protected from disclosure. This e-mail is intended only for the addressee named above. If you are not the intended recipient, please note that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender if you have received the message in error, then delete it and any and all copies. Thank you.

11/3/2008

## RICHARD J. ARSENAULT
## VIOXX MDL 1657 COMMON BENEFIT FUND AFFIDAVIT

**BEFORE ME**, the undersigned Notary Public, personally came and appeared **RICHARD J. ARSENAULT**,

who, being first duly sworn, did depose and state, based on his personal knowledge:

1. In compliance with PTO Nos. 6 and 6(C), my common benefit time and expenses have been appropriately submitted and currently exceed 300 pages. They describe, with specificity and particularity, a variety of efforts which produced common benefit for this litigation.

2. I was appointed to the Plaintiffs' Steering Committee (PSC) [1] and served on the Administrative Committee, Privilege Log Team, Vice-Chair of the Discovery Committee, Sales & Marketing Committee and Liaison to the Federal/State Committee. Most recently, I agreed to serve on a committee designed to help assist curing deficient claims in the Settlement Program.

3. An integral consideration in the attorney fee allocation process is counsel's qualifications, experience and reputation.[2] A summary of my Curriculum Vitae is attached as **Exhibit** A and the qualifications of others included in this submission are attached, in globo, as **Exhibit** B.

4. Obviously, it is difficult to summarize in three pages common benefit time submissions that occupy over 300 pages and that describe activities over 3 ½ years. As such, I simply note illustrative examples that provide an overview of my role and contribution to the common benefit effort:

   **Privilege Log Team** – At the inception of the MDL, we were advised that the ongoing state court proceedings had not had an opportunity to aggressively explore the defense privilege logs and we sensed that efforts in this area could be an important and fertile source of discovery. Consequently, I worked as a member of the Privilege Log Team and argued the initial motion in Houston when Judge Fallon was holding court there. I traveled to New York pursuant to Russ Herman's request for a "meet and confer" with defense counsel, prepared various reports to the Discovery Committee regarding the privilege log status, compared privilege log descriptions with what the case law required, conducted research regarding inadvertent disclosures of privilege materials, prepared for telephone hearings before Judge Fallon on this issue and worked on various pleadings and briefs associated with what we alleged to be Merck's many improperly claimed privileges.

   **Insurance Coverage Issues** – Early on, we knew that Merck's insurers had denied coverage and we worked hard to discover the basis of those denials in the hope that those would provide support for our case. I helped conduct research, prepare pleadings, discovery and briefs associated with this project which included issues associated with arbitration proceedings in London and reported to the PSC regarding same.

   **Discovery/Depositions** – I prepared for and participated in Discovery Committee meetings and conference

---

[1]     Although my appointment to the PSC took place in 2005, my direct involvement with this litigation began well before any MDL proceedings were initiated. I made a variety of presentations, beginning in November 2004 in Pasadena, California. In December 2004, I was part of a panel presentation with Chris Seeger and Andy Birchfield in Washington, D.C. In January 2005, I made a presentation in Palm Springs, California at the Vioxx Litigation Group Symposium with Chris Seeger and other members of the ATLA Vioxx Litigation Group. Lawyers with my firm reviewed documents at Chris Seeger's office in New York and Andy Birchfield's office in Alabama prior to the formation of the MDL. Our lawyers also assisted in outlining depositions and preparing deposition strategy notebooks. I participated in and helped organize a number of Vioxx plaintiff counsel meetings in venues across the country designed to facilitate consensus for leadership roles, coordinate MDL venue selection arguments, consider organizational structure and promote a coordinated litigation effort.
[2]     *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d. 714, 717-719 (5th Cir. 1974).

calls with defense counsel. I reviewed and edited plaintiffs' first set of interrogatories, and worked on the initial proposed Case Management Orders. I was assigned to take sales representative depositions. In order to prepare, I reviewed various marketing related depositions, including those of Jo Jerman and Tom Cannell and the associated documents. I reviewed the custodial file for Jan Nissen (who I deposed) as well as notebooks containing outlines of sales representative depositions, trial clips from previous depositions, hot documents and personnel files. I reviewed three binders containing the proposed excerpts to be used at the trial depositions of Peter Kim, Raymond Gilmartin, and Edward Scolnick and prepared for and participated in conference calls and worked on the organizational protocol for reviewing custodial files associated with depositions. I also reviewed depositions of defense experts in preparation for upcoming depositions.   I prepared for and attended the depositions of Diaz, Marilyn Krake and Alan Nies. I helped prepare for the deposition of Thomas Bold. I also prepared for and assisted with the deposition of regional sales representative, Liz Sutherlin.

**Trial/Case Selection** – Russ Herman requested that Gerry Meunier and I provide trial support in Houston for the Irvin trial. Pursuant to that request, we provided support to the Beasley firm throughout the trial. (See e-mail dated November 18, 2005 attached as **Exhibit C**). I was assigned by Andy Birchfield to work on securing all motions in limine from the Ernst trial and to summarize the motions, responses and rulings and prepare similar motions and responses for the Irvin trial. I worked on research regarding learned intermediary. I participated in reviewing the prima facie case before the plaintiffs rested. I assisted with expert qualification issues, worked on the jury charges and verdict form, conferred with trial team members regarding closing strategy and reported to PSC members. I reviewed and graded jury questionnaires. I helped with the jury selection process and provided assistance, including research regarding bifurcation issues, sequestration issues and punitive damages. I conducted research regarding Daubert issues, Rule 702 expert issues and worked on a proffer associated with a physician whose testimony was limited. I worked with the Trial Team regarding rebuttal issues and conducted research regarding the court's discretion on this issue. I conducted research associated with post verdict and post judgment dynamics as well as research regarding mistrial versus new trial. I participated in subsequent case selection meetings and reviewed medical records for cases provided as candidates for upcoming trials. I attended meetings with Russ Herman regarding the selection of additional trial cases.

**Research** – I conducted research regarding Louisiana Class Action provisions (procedural versus substantive issues); the discretion an MDL Judge has regarding class certification motions; Daubert issues; Rule 702 expert issues; whether Louisiana recognizes tolling agreements and the associated emergency powers clause of the Constitution and issues related to which branch of government, i.e. Executive, Legislative and/or Judicial has authority to extend the statute of limitations under emergency circumstances; ethics in Louisiana regarding contacting former employees; LPLA and alternative design issues; the Pipitone decision and the availability of differential diagnosis to survive case specific causal connection attacks; Louisiana Direct Action Statute and associated discovery options; alternative design issue; privilege issues; learned intermediary; and the law regarding ex part communications with treating physicians (edited motion and supporting memorandum; worked on memorandum in support of motion to modify the June 6, 2005 order).

**Science Committee Work** – I prepared for and attended Science Committee meetings; helped prepare for Daubert hearing; helped research, draft, and edit the related motion and memorandum in support.

**Stroke Committee Work** – I prepared for and attended conference calls and meetings regarding stroke trial candidates; helped draft and edit stroke screening form; worked on mandatory criteria list and questionnaire form for stroke trial candidates.

**Sales & Marketing Committee** – I helped develop deposition outlines, participated in a key meeting in Las Vegas and reviewed general sales representative relevance backgrounder in anticipation of and preparation for depositions I would later be assigned.

**Assessment** – I worked on a proposed order, supporting memoranda and agreement exhibits and prepared for and participated in telephone conferences and meeting with Judge Fallon regarding assessment issues.

**PSC Liaison to Federal/State Committee** – Helped the PSC interface with the Fed/State Committee; assisted in preparing informational newsletters.

**PSC Member** – I did whatever I was asked to do and made myself, along with my firm's resources, available to the PSC. I met the various financial obligations.  Court appointed PSC members must necessarily understand and be familiar with the litigation, in part, so they are prepared to complete assignments when called upon to do so or, for example, be prepared to vote on matters when the need arises. As such, they must obviously review all the materials they are sent; of course, being mindful to appropriately focus in more detail on items which directly involve tasks to which they are assigned or for which they are otherwise responsible. Everything needs at least some reasonable review. I complied with this obligation.

5.  In addition to my common benefit efforts, other members of my law firm provided common benefit services as described in our regular monthly submissions. These partner-level lawyers helped prepare the documents and exhibits for the depositions of Jan Nissen and Liz Sutherlin; assisted with the aforementioned research assignments; reviewed documents in preparation for depositions of Merck employees and former employees; conducted document review and coding in Montgomery, Alabama and the MDL depository in New Orleans, Louisiana; were involved in discussions with experts concerning Merck's London arbitrations; helped with the Memorandum in Opposition to Merck's challenge to Plaintiffs' Ex Parte Communication with Treating Physicians, prepared a position paper for an ATLA Vioxx Mock Trial, reviewed non-party document production, reviewed and analyzed privilege logs to determine objections; and helped prepare Vioxx stroke candidate screening form and trial candidates risk factor analysis form.

6.  In addition to the above described common efforts, and in response to specific and repeated PSC requests for assistance at various document depositories, we made arrangements for 6 contract lawyers to become involved in that process. They provided valuable services at a time when they were sorely needed. We understand that the compensation for these contract lawyers will be treated differently than associates or partners. We therefore ask that in whatever allocation is made, that there be a specific and segregated monetary allocation for the contract attorney time. The reason for this is that the funding for these contract lawyers was shared with other lawyers involved in the Vioxx litigation that have an interest in this specific portion of any common benefit award. Additionally, as required by PTO 6(D), we take this opportunity to disclose the monthly compensation rate for these contract attorneys:  M. Parker (4-yr lawyer) $3,000, M. Lorenz (4-yr lawyer) $3,000, M. Breinin (12-yr lawyer) $3,333.33, H. Lamarche (4-yr lawyer) $3,000, W. Percy (26-yr lawyer) $3,750, and D. Sanderson (4-yr lawyer) $3,333.33.

7.  I have attached a common benefit time summary associated with this submission. See chart attached as **Exhibit D**.

SWORN TO AND SUBSCRIBED before me, Notary, this

the 31st day of October, 2008, in Alexandria, Louisiana.

_____
NOTARY PUBLIC

_____
RICHARD J. ARSENAULT

# EXHIBIT A

# RICHARD J. ARSENAULT



With a diverse career spanning nearly 30 years, Richard J. Arsenault's experience as a trial lawyer, author, speaker, mediator, expert witness, and teacher has provided a unique foundation for navigating complex litigation.

## COMPLEX LITIGATION

At a recent class action fairness hearing, Harvard Law Professor Arthur Miller testified that Arsenault is one of the "leaders in the area of complex litigation." Likewise, Professor Edward Sherman, former dean of Tulane Law School and author of the *Complex Litigation* treatise, has described Arsenault as one of the "experts" in class actions.

## RECOGNITION

The National Law Journal has recognized Arsenault as having one of the nation's largest personal injury verdicts. He has Martindale Hubbell's highest rating for legal ability and ethical standards and is listed in other peer reviewed publications including the Bar Register of Preeminent Lawyers and 'Best of United States". He has appeared in the "Best Lawyers in America" publication for over 15 consecutive years. He also serves as a faculty member for LSU Law School's Trial Advocacy Program; a faculty composed of Federal and State Court Judges, professors and prominent attorneys. He has been a part of that program since its inception nearly 20 years ago. In addition to a busy litigation practice, Arsenault has also been retained to provide expert testimony and has served as a mediator in mass tort litigation. Additionally, Trial Magazine has called upon Arsenault to peer review articles they consider for publication.

## LITIGATION RESOLUTION

The architect of many significant litigation recoveries, Arsenault has been appointed to negotiating teams in several cases resulting in settlements exceeding $100 million dollars. He served on the Executive Committee and as Class Counsel in environmental litigation where the defendant agreed to a $330 million dollar settlement just days before trial.

## LEGAL EXCELLENCE & PROFESSIONALISM

The commitment to legal excellence is reflected in years of service which has included teaching at law schools, publishing law review articles, lecturing at Judicial Colleges and assuming leadership roles in both local, as well as national bar associations. Through an appointment by the President of the Louisiana Bar Association, Arsenault joined the Professional Assessment Committee composed of a distinguished panel including Federal and State Court Judges along with members of the Bar. He also coordinates an annual tort law presentation by several United States District Judges and the former Dean of the University of Tennessee College of Law, Thomas C. Galligan, Jr. Other examples include service as:

- President of the Alexandria Bar Association;
- President of the American Inns of Court's Crossroads Chapter. (U.S. District Judge F.A. Little and Arsenault worked together to create the Alexandria Chapter);
- Chair of American Trial Lawyers Association Admiralty Section;
- Chair of both the Louisiana Bar Association's Annual Admiralty Symposium and Annual Class Action Symposium since their inception;
- Speaker and guest lecturer at a variety of symposiums, including those sponsored by Tulane Law School, LSU Law School, the Louisiana Judicial College and the U.S. Fifth Circuit Judicial Conference;



Richard J. Arsenault
rarsenault@nbalawfirm.com
1-800-256-1050
www.nbalawfirm.com

# RICHARD J. ARSENAULT

- Editor of the Louisiana Bar Journal's Recent Developments for the Section on Insurance, Negligence, Worker's Compensation and Admiralty;
- Tulane Law School's Continuing Legal Education Committee;
- Chair of the Louisiana Bar Association's Section on Insurance, Negligence, Worker's Compensation and Admiralty.

## NATIONAL PLAINTIFF STEERING COMMITTEES

Selected by courts around the country to serve on Steering Committees in some of the nation's largest litigation, Arsenault's appointments by the federal bench include:

- U.S. District Judge Donovan W. Frank, District of Minnesota, to serve as  Co-Lead Plaintiffs' Counsel in the Guidant MDL Litigation;
- U.S. District Judge Sarah S. Vance, Eastern District of Louisiana, to serve as Liaison Counsel in the Educational Testing Service Praxis MDL Litigation;
- U.S. District Judge Eldon E. Fallon, Eastern District of Louisiana, to serve on the Plaintiffs' Steering Committee in the Vioxx MDL Litigation;
- U.S. District Judge Charles R. Breyer, Northern District of California, to serve on the Plaintiffs' Steering Committee in the Bextra/ Celebrex MDL Litigation;
- U.S. District Judge James M. Rosenbaum, District of Minnesota, to serve on the Plaintiffs' Steering Committee in the Medtronic MDL Litigation;
- U.S. District Judge Ivan L.R. Lemelle, Eastern District of Louisiana, to serve on the MDL Plaintiffs' Steering Committee in the High Sulfur Content Gasoline Products Liability MDL Litigation (Shell);
- U.S. District Judge David A. Katz, Northern District of Ohio, to serve on the Plaintiffs' Discovery Committee in the Ortho Evra MDL Litigation;
- U. S. District Judge Catherine D. Perry, Eastern District of Missouri, to serve as a member of the Plaintiffs' Executive Committee in Rice Contamination MDL Litigation;
- U.S. District Judge Richard H. Kyle, District of Minnesota, to serve on the Plaintiffs' Steering Committee in the Medtronic Sprint Fidelis Leads MDL Litigation.

## PRESENTATIONS & PUBLICATIONS

Arsenault has been appointed to numerous editorial boards, and has made presentations throughout the U.S. and Canada on a variety of mass tort, class action, and complex litigation related topics. He has over 200 articles and presentations to his credit. Most recently, he co-authored a Law Review article published in the Federal Courts Law Review (Knowledge is Power: A Practical Proposal to Protect Putative Class Members From Improper Pre-Certification Communication).   Other recent publications include:

- "Gathering Digital Data" published in "Trial", the Journal of the  Association of Trial Lawyers of America;
- "Class Action Settlement of 'Future Claims'" which appeared in a recent edition of the Louisiana Trial Lawyers Association publication;  and
- "Daubert in Class Certification" published in the Louisiana Bar Journal.

## NATIONWIDE NETWORKING

Arsenault has moderated national complex litigation programs  with speakers that have included former President Bill Clinton, Robert F. Kennedy, Jr., Eliot Spitzer, Harvard Professor Alan Dershowitz, Morris Dees, Arianna Huffington, Al Franken, Bob Woodward, Al Sharpton and Paul Begala.  He has chaired dozens of symposiums with guests ranging from Ken Starr to Jan Schlichtman (lawyer portrayed by John Travolta in "A Civil Action"). Arsenault has organized numerous counsel meetings and conferences, comprising hundreds of law firms in venues across the country. These have been designed to facilitate consensus for leadership roles, consider organizational structures and promote coordinated litigation efforts.  Consequently, he understands and functions well in the national complex litigation landscape.

# EXHIBIT B

## NEBLETT, BEARD & ARSENAULT
### C. Michael Bollinger

**C. Michael Bollinger** is a partner with Neblett, Beard & Arsenault in Alexandria, LA representing injured people. His area of practice has focused on all types of serious personal injury and wrongful death involving motor vehicle collisions, pharmaceutical product liability, mass tort litigation and class actions. He is also experienced in business, commercial and corporate law, real estate and successions.

### Education

J.D., Louisiana State University Law Center, Baton Rouge, Louisiana, 1982
B.A., Louisiana State University and A and M College, Baton Rouge, Louisiana, 1979

### Jurisdictions Admitted to Practice

Louisiana, 1982
U.S. Supreme Court
U.S. District Court Middle District of Louisiana
U.S. District Court Eastern District of Louisiana
U.S. District Court Western District of Louisiana

### Professional & Bar Association Memberships

Louisiana State Bar Association
Louisiana Trial Lawyers Association
Crossroads American Inns of Court
Association of Trial Lawyers of America
Alexandria Bar Association , Past President

### American Bar Association

### Relevant Experience in Complex Cases

- Marilyn Spitzfaden, individually, and as representative of a class of those similarly situated v. Dow Corning Corporation, et al, Civil Suit No. 92-2589, Civil District Court for the Parish of Orleans, State of Louisiana. (Silicone Breast Implants)
- In Re: Orthopedic Bone Screw Products Liability Litigation, MDL Docket No. 1014, United States District Court for the Eastern District of Pennsylvania. (Sulzer Hip Implants)
- Jimmie Badon, Jr., individually and on behalf of his minor son, Jimmie Badon, III and Lashawndra Rollins v. DSI Transports, Inc. And Dwight Stewart, Civil Suit No. 450,957 "M", 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana. (Baton Rouge DSI Sulfur Spill)

- In Re: Gramercy Plant Explosion at Kaiser, Master Docket No. 25975, Division "D", 23rd Judicial District Court, St. James Parish, Louisiana (Kaiser Explosion).
- In Re: Phenylpropanolamine Product Liability Litigation, MDL No. 1407, United States District Court, Western District of Washington at Seattle. (PPA)
- In Re: Meridia Product Liability Litigation, MDL No. 1481, United States District Court, Northern District of Ohio, Eastern Division. (Meridia)
- In Re: Serzone Products Liability Litigation, MDL No. 1477 (Serzone).
- In Re: Vioxx Products Liability Litigation, MDL No. 1657, United States District Court, Eastern District of Louisiana (Vioxx).
- In Re: OCA, Inc. Securities and Derivative Litigation, Master File No. 05-2165, Section R (3), Judge Vance, United States District Court, Eastern District of Louisiana (OCA)
- In Re: Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation, Case No. M:05-CV-01699-CRB, MDL No. 1699, United States District Court, Northern District of California (Bextra/Celebrex)
- In Re: Guidant Corp. Implantable Defribrillators Products Liability Litigation, MDL No. 05-1708, United States District Court, District of Minnesota (Guidant)
- In Re: Medtronic, Inc. Implantable Defibrillators Litigation, MDL No. 05-1726, United States District Court, District of Minnesota (Medtronic)
- Ortho Evra Products Liability Litigation, MDL No. 1742, United States District Court, Northern District of Ohio, Western Division (Ortho Evra)

**JOHN RANDALL WHALEY**
**NEBLETT, BEARD & ARSENAULT**
**Partner**
**jrwhaley@nbalawfirm.com**
**Toll Free: 800.256.1050**
**Fax: 318.561.2592**
**2220 Bonaventure Court**
**P.O. Box 1190**
**Alexandria, Louisiana 71301**

John Randall Whaley is an attorney with Neblett, Beard, & Arsenault in Alexandria, Louisiana, where his focus is class actions, complex litigation, consumer protection, wrongful death, and serious personal injury. He dedicates his practice to the representation of victims and consumers injured by the negligence and fraud of others. J.R. is an experienced litigator, having tried many cases and class certification issues in both state and federal courts, as well as having argued in many appellate courts.

When it certified a class action of insureds complaining about an adjusting practice, a district court said these things about J.R's work and abilities:

> The pertinent jurisprudential authorities, both state and federal, have been exhaustively briefed and argued in excellent fashion by counsel for both sides in this case.
> ...
> Initially, the Court is well satisfied that counsel for the plaintiff seeking certification of this class action is more than able to adequately represent the interest of the class. The defendant expresses no disagreement with this proposition in any filing it has made.

J.R. is admitted to practice in all state and federal courts in Louisiana, as well as the United States Fifth Circuit Court of Appeals and the United States Supreme Court. Due to the nature of his practice, J.R. has also been admitted pro hac vice in many courts throughout the country.

In addition to his busy litigation practice, J.R. regularly speaks to other attorneys and students on important legal issues and is a consistent contributor to legal publications throughout the country.

## Education

J.D., Louisiana State University Law Center, Baton Rouge, Louisiana, 1998
B.A., History and Political Science, Louisiana State University, Baton Rouge, LA, 1993
Jurisdictions Admitted to Practice
Louisiana, 1998
U.S. District Court Middle District of Louisiana, 1998
U.S. District Court Eastern District of Louisiana, 1998
U.S. District Court Western District of Louisiana, 1998
U.S. Court of Appeals Fifth Circuit, 1998
U.S. Supreme Court, 2002

## Professional & Bar Association Memberships

Alexandria Bar Association
American Bar Association
Louisiana State Bar Association
Louisiana Trial Lawyers Association
Association of Trial Lawyers of America
Crossroads Inns of Court
Federal Bar Association
Young Lawyers Executive Council of Alexandria Bar Association Chairman 2003-2004

## Pro Hac Vice Admissions

* Superior Court of the State of California, County of Los Angeles, 2006
* United States District Court, Northern District of California, 2006
* United States District Court, Central District of California, 2006
* United States District Court, District of New Jersey, 2006
* United States District Court, Western District of Washington, 2005
* United States District Court, Eastern District of Texas, 2005
* United States District Court, Florida Middle District, 2005
* United States District Court, Delaware, 2002

## Published Works

* "Pre-Certification Discovery: A User's Guide" Tulane Law Review, 80 TLNLR 1827.
* "The (Un)Availability of Act of God and Force Majeure Affirmative Defenses After Rita, Katrina", Louisiana Advocates, June 2006, Volume XXI, Number 6.
* "Brill v. Countrywide Homes: Burden of Proof in Remand Proceedings for Class Actions Removed Under CAFA" The Federal Lawyer, May 2006.
* "Knowledge is Power: A Practical Proposal to Protect Putative Class Members from Improper Pre-Certification Communication" Federal Courts Law Review, 2006 Fed. Cts. L. Rev. 2.
* "Gathering Digital Evidence" TRIAL, October 2005
* "Using Conflicts Principles to Obtain Punitive Damages in Louisiana Courts" Louisiana Advocates, May 2005
* "Daubert Lite: Daubert's Role, If Any, at Class Certification Hearings" Louisiana Bar Journal, February/March 2005
* "Class Action Settlement of Future Claims" Louisiana Advocates, December 2004

## Presentations and Seminars

* "Ethical Issues and the Practice of Law" Louisiana Association for Justice 2006 CLE a' la Carte, December 29, 2006
* "Gathering Digital Data" Last Chance - Review of Louisiana Law LTLA, December 15, 2006

\* "Pre-Certification Communication With Putative Class Members:  Issues Associated With When, How, and If Contact Can Be Made" 6th Annual Class Action / Mass Tort Symposium, October 20, 2006

\* "Electronic Evidence & New Discovery Rules: Are You Ready for 2007?" - LTLA and Seminar Web Live! - September 20, 2006

\* "Litigation Demographics - Claims, Remedies, Venues, and MDL Issues"  - Harris Martin Contact Lens Solution Litigation Conference, July 26, 2006

\* "Electronic Evidence- Getting the Evidence You Need" Crossroads American Inn of Court CLE Event- March 21, 2006

\* "Dealing with Daubert" - Crossroads American Inn of Court CLE Event - February 23, 2005

\* "Evaluation of a Tort Claim" St. Denis Inn of Court CLE Event - February 22, 2005

\* "Handling Expert Testimony Issues Under Daubert" and associated paper, "Cheairs v. State, DOTD and Louisiana Appellate Courts' Decisions on Expert Testimony in 2004" Louisiana Trial Lawyers Association - Aspen Winter Ski Program - February 10, 2005

\* "Alexandria Young Lawyers Bench Bar Conference" Program Chair, 2004

\* "Recent Developments" LSBA Section on Torts, Insurance, Negligence, and Worker's Compensation Annual Meeting, Destin, Florida 2004, Moderator, Panel Presentation with Hons. G. Thomas Porteous, Richard T. Haik, and Dean Thomas Galligan.

\* "Closing the Deal, Papering It, and Doing it Ethically" Louisiana State Bar Association Class Action/Mass Tort Symposium, October 2004

\* "Medical Malpractice and You" LSU PreMed Society, 2003

\* "Lawyer Advertising and Ethics" LSU Manship School of Communications, 2003

\* "Federal Practice" Louisiana Association of Paralegals, 2001

\* "The Media and the Administration of Justice" LSU Manship School of Communications, 1999-present

## Relevant Reported Cases

\* Marlon Simmons v. CTL Distribution, Inc., 868 So. 2d 918 (Wrongful Death and Survival Action Following Overturning of Molten Sulfur Truck)

\* Johnson v. Ned, 2001 WL 1161270 (Insurance Coverage Issue in Sexual Molestation Case)

\* Mac Hatten v. Schwerman Trucking, 889 So.2d. 448 (Venue Issue Surrounding Toxic Release)

\* Crutchfield v. Landry, 778 So. 2d 1249 (Insurance Coverage Question Regarding Choice of Law Issues. Position advanced was ultimately accepted by the Louisiana Supreme Court in Champagne v. Ward, 893 So.2d. 773)

\* In re: Complaint of River City Towing Services, Inc., 199 F.Supp.2d. 495 (Class Action Plaintiffs' Motion to Dismiss Defendant's Declaratory Judgment granted)

## Relevant Educational Accomplishments

\* Flory Trial Competition Winner - 1998

\* Young Lawyers Section Louisiana Law Schools' Mock Trial Competition Winner - 1998

## Relevant Experience in Complex Litigation

* Christopher K. Gridley and Rebecca Guirard, et al v. State Farm Mutual Automobile Insurance Company, Civil Suit No. 06-2864, United States District Court, Eastern District of Louisiana (Class Action Complaining of Inappropriate Transfer of Salvage Titles)

* Robert Shaeffer, et al v. Continental Casualty Company, and CNA Financial Corporation, d/b/a CNA LTC., Civil Action No. 06-2235, United States District Court, Central District of California, Western Division (Class Action Alleging Improper Pricing of Premiums on Long Term Care Insurance Policies)

* Marcia Lamarche, et al v. Bausch & Lomb, Incorporated, Civil Suit No. 06-0669, United States District Court, Western District of Louisiana, Lafayette Division (Class Action Alleging Damage Caused By Contact Solution)

* Shirley T. McManus, et al v. Franklin Parish School Board, Fifth Judicial District Court, Franklin Parish, Louisiana (Class Action on Behalf of Tax Payers)

* Bryan Heil, et al v. Nissan North America, Inc., United States District Court, Western District of Louisiana, Lafayette Division (Class Action Alleging Design Defect in Nissan Vehicles)

* Freddie Molden and all Others Similarly Situated vs. Georgia Gulf Corporation, Civil Action No.: 02-01-B-M2, United States District Court, Middle District of Louisiana (Fire in Phenol Unit and Resulting Dispersion of Chemicals)

* Geraldine Taylor, et al vs. Novartis Crop Protection, Inv., et al, Civil Suit No.:  53,908, Division "A", 18th Judicial District Court, Iberville Parish, Louisiana (Ammonia Leak and Resulting Dispersion)

* Noretta Thomas vs.  A. Wilbert & Sons, L.L.C., et al, Civil Suit No.: 55,127, Division "B",  18th Judicial District Court, Iberville Parish, Louisiana (Vinyl Chloride Contamination of Aquifer)

* Wallace Acey, Jr, et al vs. Reddy Ice, Civil Suit No.: 496,488, Division "D", 19th Judicial District Court, East Baton Rouge Parish, Louisiana (Ammonia Release and Subsequent Migration of Chemicals)

* Town of Ball v. Ford Motor Company, Civil Suit No.: 210,241, Division "E", 9th Judicial District Court, Rapides Parish, Louisiana (Class Action on behalf of Louisiana Municipalities Against Ford Motor Company for the Unsafe Design of the Crown Victoria Police Interceptor)

* In Re: Educational Testing Service Praxis Principles of Learning and Teaching: Grades 7 - 12 Litigation,   MDL No. 1643 (Grading Error on PRAXIS PLT 7-12 Affecting 4100 Teachers Nationwide)

* Marsh v. USAgenices, No. 2002-787, 4th Judicial District Court, State of Louisiana, Parish of Morehouse (Class Action Alleging Bad Faith Handling of First Party Losses by Insurance Company)

* Barbara Davis, et al v. National Automotive Insurance Company, et al., Civil District Court for the Parish of Orleans, State of Louisiana, No: 04-01840, Division "B," (Class Action Alleging Bad Faith Handling of First Party Losses by Insurance Company)

* Lana Cowart, individually and on behalf of all others similarly situated v. Debt Relief Pros, Inc. and Future Financial Direct, Inc., United States District Court for the Middle District of Florida, Jacksonville Division, No. 3:05-cv-718-J-20TEM (Nationwide Class Action Against Debt Management Companies Alleging Violations of Credit Repair Organization Act and Florida Statutes)

* Janet M. Vanbuskirk, individually and on behalf of all others similarly situated v. Citigroup, Inc. d/b/a Citifinancial, United States District Court, Western District of Louisiana, Lafayette, Division, No. 6:05-cv-1752 (Class Action Alleging Inadequate Security of Customers' Personal Financial Information and Need for Class-wide Credit Monitoring)

* Tayler Jordan LLC and Richard B. Wejnert v. Paul Banducci, Karen McCraney, Larry McCraney, Patricia Crawford, James Young, Mark Pickett, Thomas Bachner, and Brian Breneman, Toyobo Co., LTD., and Toyobo America, Inc., United States District Court, District of New Jersey, No. 2:05-cv-04382;

* Thoroughbred Associates, Inc. and Jerry Schwenn, vs. Paul Banducci, et al, United States District Court, Eastern District of Texas, Marshall Division, No. 2:05-cv-00426-TJW;

* Joe Williams v. Paul Banducci, et al, United States District Court, Western District of Washington, Tacoma Division, No. 3:05-cv-05586-FDB (Representation of Independent Marketing Agencies Against Board of Directors of Body Armor Company and Foreign Manufacturer of Component Part)

* Danny Williamson, individually and a representative of class v. Apple Computer, Inc., United States District Court, Middle District of Louisiana, Baton Rouge Division, No. 05-1438. (Class Action on behalf of Louisiana purchasers of Ipod Nanos)

* Joseph Birdsong, individually and as representative of class v. Apple Computer, Inc. United States District Court, Western District of Louisiana, Lafayette Division, No. 06-0159. (Class Action on behalf of consumers who purchased Apple digital music players)

**JEAN PAUL P. OVERTON**
**NEBLETT, BEARD & ARSENAULT**
**Associate**
**jpoverton@nbalawfirm.com**
**2220 Bonaventure Court**
**P.O. Box 1190**
**Alexandria, Louisiana 71301**

Jean Paul P. Overton earned his Bachelor's Degree from Louisiana State University in 1989 and received his Juris Doctorate Degree from Louisiana State University Law Center in 1992, where he was a member of the Louisiana Law Review.   He also holds a Master of Laws Degree in Admiralty and Maritime Law from Tulane University which he earned, with distinction, in 1993.

Mr. Overton joined the firm in 2006 and currently resides in New Orleans, Louisiana where he has practiced law since his admission to the Louisiana Bar in 1992.   Mr. Overton's areas of legal expertise include admiralty & maritime law, international law, transportation of goods, energy and environmental law, commercial and casualty litigation, product liability and class actions.

Mr. Overton is an active member of the Louisiana State Bar Association, Louisiana Law Review and the Mariners Club of the Port of New Orleans where he currently serves as President.   He served as Vice-President of the Mariners Club of the Port of New Orleans in 2005 and has been a member of its board of directors since 2004.   In his spare time, Mr. Overton enjoys scuba diving and is an avid sailor.

## Education

J.D., Louisiana State University Law Center, 1992

L.L.M., Tulane University, 1993

B.G.S, Louisiana State University, 1989
Jurisdictions Admitted to Practice
All Louisiana State Courts
U.S. Fifth Circuit Court of Appeal
U.S. District Court for the Eastern District of Louisiana
U.S. District Court for the Middle District of Louisiana
U.S. District Court for the Western District of Louisiana
U.S. District Court for the Southern District of Alabama
U.S. District Court for the Southern District of Texas

## Published Works

   * Recent Developments: Stewart v. Dutra Construction, Co. and American Home Ins. Co. v. Chevron. Vol. 28 The Telegraph of the Mariners Club of the Port of New Orleans No. 1, April 2005.

* Recent Developments: Stogner v. Central Boat Rentals, Inc., Vol. 27 The Telegraph of the Mariners Club of the Port of New Orleans No. 3, August 2004.
* Recent Developments: United States of America v. Richard J. O'Keefe, Vol. 27 The Telegraph of the Mariners Club of the Port of New Orleans No. 2, April 2004.
* Collapse of the Lift Boat Super Duper or Anatomy of a Maritime Casualty in the Oil Patch. Presented at the March 2004 San Francisco Board of Marine Underwriters Seminar.
* OSHA Comes Aboard, Vol. 26 The Telegraph of the Mariners Club of the Port of New Orleans No. 3, March 2002.
* Recoverable Damages in Maritime Personal Injury and Death Cases: The Aftermath Miles v. Apex Marine Corp., 8 U.S.F. Mar. L. 91, Fall 1995.
* Recent United States Supreme Court Developments in Admiralty, 55 La. L. Rev. 469, January 1995.
* Representing Corporate and Individual Clients in Criminal Prosecution for Environmental Pollution: A Primer, 19 Tul. Mar. L.J. 113, Winter 1994.

**Seminars Taught**

* "Handling the Maritime Casualty" - San Francisco Board of Marine Underwriters Seminar March 2004.

**Honors and Awards**

* President of The Mariners Club of the Port of New Orleans, 2006.
* Vice-President of The Mariners Club of the Port of New Orleans, 2005.
* Chairman of the Advisory & Legislation Committee of the Mariner's Club of the Port of New Orleans, 2004 and 2005.
* Chairman of the Ways and Means Committee of the Mariner's Club of the Port of New Orleans, 2004.
* Guest Speaker at the 2004 San Francisco Board of Marine Underwriters Seminar.
* Elected to the Board of Directors of the Mariners Club of the Port of New Orleans in
* 2003 to serve 2004 through 2006.
* Winner of the Louisiana Law Review Write-On Competition, 1991.
* Recipient of the Eric V. Anderson Memorial Scholarship to the Paul M. Hebert Law Center, 1990 through 1992.

## NEBLETT, BEARD & ARSENAULT
### STEVEN M. RACHAL

**STEVEN M. RACHAL,** born Alexandria, Louisiana, August 23, 1967; admitted to bar 1997, Louisiana. Also admitted to practice before the U.S. District Court, Eastern, Middle and Western Districts of Louisiana, and the U.S. Court of Appeals, Fifth Circuit. Education: Louisiana State University and A. and M. College Captain, Louisiana Army National Guard. Russian language. Practice Areas: Personal injury; Admiralty and Maritime Law; Nursing Home Negligence; Products Liability.

**NEBLETT, BEARD & ARSENAULT**
**SUZANNE WRIGHT**

**SUZANNE WRIGHT**, admitted to bar 1999, Louisiana. Education: Louisiana State University.

Practice Areas: Products Liability.

: Home · Members Log In · Members Services · Inside the LSBA · Programs & Affiliates · Contact the Bar :





: News Resources · CLE Programs · LSBA Calendar · Public Resources · Member Directory · Publications ·

**LSBA Membership Directory**

- Search the LSBA Membership Directory
- Member Directory FAQ

**Additional Legal Resources**

- Lawyer Referral and Information
- Lawyer Specialization
- Directory of Arbitrators and Mediators
- Complaints
- Access to Justice
- Lawyer Fee Dispute Resolution
- Tel-Law
- Client Assistance Fund

### The LSBA Membership Directory

**Mr. Michael David Breinin**

Primary Address: 407 Bon Temps Roule
City: Mandeville
State: LA
Zip: 70471-2561
Telephone: (985) 807-3776
Fax:
* Parish: SAINT TAMMANY
Law Firm: The Nielsen Law Firm
* Board District: 5th - LSBA Board District
* Judicial District: 22nd - Judicial District
Date Admitted: 10/11/1996

*Based on member's preferred mailing address which may differ from the primary address show above*

FAC Resp. Exhibit B -- 1502

# Michael D. Breinin, Esq.

407 Bon·Temps Route
Mandeville, LA 70471

mblaw@bellsouth.net   Work: 1 985 807-3776   Home: 985 792-1720

## Experience

### Michael D. Breinin, Attorney at Law, Mandeville, LA

November 1999 - Present

**Attorney**

Sole practitioner responsible for all facets of private practice with wide range of legal focus. Caseload includes criminal appeals work, Plaintiff litigation, contract negotiation and dispute resolution, estate practice, corporations practice and notarial services. Duties and responsibilities cover the entire spectrum of client representation.

### IM Time, Mandeville, LA

May 1999 - Present

**Owner**

Owner/operator of retail watch sales business, imtime.net, with a focus on internet sales of Hebdomas timepieces. Exclusive U.S. distributor for Hebdomas, Italy. Responsible for all facets of business including ordering, sales, accounting and customer service.

### Kahn Gauthier Law Group, New Orleans, LA

May 2003 - October 2004

**Staff Writer**

Staff writer for prominent internet legal service, "Class Action America", which focused on providing the public with information regarding all currently pending class action litigation nationwide. Responsible for writing summaries of newly filed cases as well as updating the entire database of over 3,000 pending cases.

### Debt Management Associates, Boca Raton, FL

November 1999 - Present

**Staff Attorney**

Staff/Contract Attorney for large credit counseling company based in Boca Raton, Florida. Duties include credit counseling and advisement.

### Palazzo Law Firm, New Orleans, LA

December 1998 - October 1999

**Associate**

Associate in small aggressive private practice with a focus on Plaintiff representation, criminal defense, contract resolution, domestic litigation, appeals and general litigation. Was responsible for a large caseload with a wide ranging legal focus.

**Castano Plaintiff's Legal Committee, New Orleans, LA**    October 1996 - December 1998
**Staff Attorney**
Staff attorney working under the umbrella of over fifty law firms nationwide involved with class action litigation against the tobacco industry. Duties and responsibilities were focused on drafting and answering legal motions in almost every jurisdiction nationwide, both on the Federal and State level, administrative tasks revolving around a unified litigation strategy in multiple jurisdictions and discovery.

## Education

**Loyola University Law School, New Orleans, LA**
**Juris Doctorate - Law, April 1996**
Obtained a Juris Doctorate in April 1996.

**Tulane University, New Orleans, LA**
**- Political Science, May 1992**
Obtained a Bachelor of Arts degree in May, 1992 with a major in Political Science. Other areas of strong concentration included Art History and Music.

## Professional Certifications

Member of the Louisiana State Bar since 1996.
Admitted to Practice in The United States District Court for the Eastern District of Louisiana.
Notary Public.

FAC Resp. Exhibit B -- 1504

: Home · Members Log In : Members Services · Inside the LSBA · Programs & Affiliates · Contact the Bar :





' News Resources · CLE Programs : LSBA Calendar : Public Resources · Member Directory · Publications :

**LSBA Membership Directory**

☒ Search the LSBA Membership Directory

☒ Member Directory FAQ

**Additional Legal Resources**

☒ Lawyer Referral and Information

☒ Lawyer Specialization

☒ Directory of Arbitrators and Mediators

☒ Complaints

☒ Access to Justice

☒ Lawyer Fee Dispute Resolution

☒ Tel-Law

☒ Client Assistance Fund

**The LSBA Membership Directory**

### Ms. Holly Lamarche

Primary Address: 109 Jean Baptiste Dr

City: Lafayette

State: LA

Zip: 70503

Telephone: (985) 651-6101

Fax: (985) 651-6104

* Parish: LAFAYETTE

Law Firm: Attorney at Law

* Board District: 3rd - LSBA Board District

* Judicial District : 15th - Judicial District

Date Admitted: 10/15/2004

*Based on member's preferred mailing address which may differ from the primary address show above*

---

: Directions : Disclaimer of Liability : Advertisement Disclaimer :

! Louisiana State Bar Association : 601 St. Charles Avenue : New Orleans, LA 70130 : (800) 421-LSBA(5722) / (504) 566-1600 :

: Home · Members Log In · Members Services · Inside the LSBA · Programs & Affiliates · Contact the Bar :



# Louisiana State Bar Association

 Search LSBA

: News Resources : CLE Programs ! LSBA Calendar : Public Resources · Member Directory · Publications :

## LSBA Membership Directory

- Search the LSBA Membership Directory
- Member Directory FAQ

## Additional Legal Resources

- Lawyer Referral and Information
- Lawyer Specialization
- Directory of Arbitrators and Mediators
- Complaints
- Access to Justice
- Lawyer Fee Dispute Resolution
- Tel-Law
- Client Assistance Fund

### The LSBA Membership Directory

**Ms. Mary Elizabeth Lorenz**

Primary Address: 701 Poydras St Fl 40
City: New Orleans
State: LA
Zip: 70130
Telephone: (504) 525-6802
Fax: (504) 525-2456
\* Parish: ORLEANS
Law Firm: Galloway, Johnson, Tompkins, Burr & Smith, APLC
\* Board District: 1st – LSBA Board District
\* Judicial District : Orleans Parish
Date Admitted: 10/15/2004

\* Based on member's preferred mailing address which may differ from the primary address show above

---

FAC Resp. Exhibit B -- 1506

# MARY LORENZ

<u>Mary Lorenz</u> graduated from Louisiana State University in 2001 where she received a Bachelor's Degree in Sociology, with a concentration in Criminology and a minor in Political Science.

After graduating from LSU, Ms. Lorenz interned for United States Senator Mary Landrieu in her New Orleans office before attending Loyola University New Orleans School of Law, where she received her J.D. in 2004. During law school, Ms. Lorenz was a volunteer law clerk for the St. Tammany Parish District Attorney's Office, Felony Division. She was a Public Interest Law Honor Graduate, a member of the Loyola Public Interest Law Journal, and a member of Phi Alpha Delta Law Fraternity.

Ms. Lorenz is a member of the Louisiana State Bar Association, and the American Bar Association. She is licensed to practice law in all Louisiana state courts and the United States District Court for the Eastern District of Louisiana.

# MARY LORENZ
108 South Drive
Covington, Louisiana 70433
(985) 892-8444
DZATLSU@aol.com

## EDUCATION

Loyola University New Orleans School of Law, New Orleans, Louisiana 70118
Juris Doctor, May 2004, Civil Law Division
Class Rank: 69/245 (Top 28% Overall) G.P.A.: 3.167
    Honors and Activities
        Public Interest Law Journal
        Academic Scholarship recipient
        Phi Alpha Delta Law Fraternity
        Public Interest Law honor graduate

    Skills Courses Completed
        Creative Problem Solving Techniques
        Trial Advocacy Skills Workshop
        Overview of the Family Law Case
        Entertainment Law Negotiation
        The Professional in Practice
        Handling the Bankruptcy Claim
        How to Screen Medical Malpractice Cases
        Mediation and Arbitration

Louisiana State University, Baton Rouge, Louisiana 70803
Bachelor of Arts in Sociology, concentration in Criminology, minor in Political Science, May 2001
G.P.A.: 3.424
    Honors and Activities
        LSU Honor Scholarship recipient
        TOPS Scholarship recipient
        Dean's List
        Delta Zeta Sorority

Mandeville High School, Mandeville, Louisiana 70448
Diploma, May 1997

## PROFESSIONAL EXPERIENCE

St. Tammany Parish District Attorney's Office, Felony Division
428 E. Boston St., Covington, Louisiana 70433
(985) 809-8340
Volunteer Law Clerk, July 2003 - August 2003
    Shadowed the two lead attorneys prosecuting a highly publicized first degree murder
    case which resulted in a guilty verdict; performed legal research regarding
    evidentiary issue for a drunken driving accident resulting in a death; wrote
    memoranda regarding admissibility of evidence retrieved pursuant to a search
    warrant in a felony drug case.

United States Senator Mary Landrieu
Hale Boggs Federal Bldg., Room 1010, 501 Magazine St., New Orleans, Louisiana 70130
(504) 589-2427
Volunteer Intern, Summer 2001
    Assisted constituents with problems regarding veteran's and social security benefits;
    contributed to weekly "News From the State" reports given to the Senator to keep
    her up to date on happenings within the state; assisted in compiling a report on the
    Senator's contributions to her constituents to be used for the re-election campaign.

Phelps Dunbar
445 North Blvd., Baton Rouge, Louisiana 70802
(225) 346-0285
Courier, August 1999 — June 2000
    Filed documents with, and retrieved documents from, district and federal courts;
    delivered correspondence to law firms, judges, and clients; handled incoming and
    outgoing mail; answered telephones.

## COMPUTER SKILLS

WESTLAW, LEXIS/NEXIS, Microsoft Word, Microsoft PowerPoint

## REFERENCES

Mr. Clayton J. Swank, III
P.O. Box 1030
Madisonville, Louisiana 70447-1030
(985) 893-5300

Mrs. Deborah Kreller
74184 River Road
Covington, Louisiana 70435-2210
(985) 893-2058





: News Resources : CLE Programs ' LSBA Calendar ' Public Resources · Member Directory · Publications :

**LSBA Membership Directory**

- Search the LSBA Membership Directory
- Member Directory FAQ

**Additional Legal Resources**

- Lawyer Referral and Information
- Lawyer Specialization
- Directory of Arbitrators and Mediators
- Complaints
- Access to Justice
- Lawyer Fee Dispute Resolution
- Tel-Law
- Client Assistance Fund

### The LSBA Membership Directory

#### Ms. Margaret Ray Parker

|  |  |
|---|---|
| Primary Address: | 1340 Poydras St ste 700 |
| City: | New Orleans |
| State: | LA |
| Zip: | 70112 |
| Telephone: | (504) 473-9537 |
| Fax: | |
| * Parish: | ORLEANS |
| Law Firm: | Orleans Parish District Attorney |
| * Board District: | 1st - LSBA Board District |
| * Judicial District : | Orleans Parish |
| Date Admitted: | 10/15/2004 |

*⁎ Based on member's preferred mailing address which may differ from the primary address show above*

---

FAC Resp. Exhibit B -- 1510

**Margaret R. Parker**                                    mrparker@loyno.edu

1452 St. Mary Apartment 6, New Orleans, Louisiana 70130, (504) 523-1403

## EDUCATION

**Loyola University New Orleans School of Law**, New Orleans, Louisiana
Juris Doctor, May 2004
Common Law Division, Civil Law Certificate
Class Rank: Top 15%, Common Law Division, G.P.A.: 3.32

Honors and Activities
    Partial Academic Scholarship
    Public Interest Law Journal, Member

Professional Seminars Attended
    Trial Advocacy II
    Legal Research
    Family Law Workshop

**Western Washington University**, Bellingham, Washington
Bachelor of Arts, English, Writing Concentration, June 2001
G.P.A.: 3.86, Summa Cum Laude

Honors and Activities
    Golden Key National Honor Society
    Phi Kappa Phi Honor Society
    Sexual Assault Advocate Volunteer, Whatcom County Crisis Services

**Whatcom Community College**, Bellingham, Washington
Associate of Arts and Science, June 1999

## LEGAL EXPERIENCE

Loyola University School of Law, New Orleans, Louisiana
Professor Mary Garvey Algero, Program Director
Legal Research & Writing Teaching Assistant, August-December, 2002
Legal Research & Writing Teaching Assistant, August-December, 2003

Burgos & Evans, New Orleans, Louisiana
Law Clerk, July-September, 2002

## COMPUTER SKILLS

LEXIS-NEXIS, Westlaw Advanced Training,

: Home · Members Log In · Members Services · Inside the LSBA · Programs & Affiliates · Contact the Bar :

 **Louisiana State Bar Association**



| News Resources · CLE Programs · LSBA Calendar · Public Resources · Member Directory · Publications :

**LSBA Membership Directory**

- Search the LSBA Membership Directory
- Member Directory FAQ

**Additional Legal Resources**

- Lawyer Referral and Information
- Lawyer Specialization
- Directory of Arbitrators and Mediators
- Complaints
- Access to Justice
- Lawyer Fee Dispute Resolution
- Tel-Law
- Client Assistance Fund

**The LSBA Membership Directory**

**Mr. William A Percy III**

Primary Address: 3516 Chestnut St
City: New Orleans
State: LA
Zip: 70115
Telephone: (504) 891-1464
Fax:
* Parish: ORLEANS
Law Firm: The Becnel Law Firm, LLC
* Board District: 1st – LSBA Board District
* Judicial District : Orleans Parish
Date Admitted: 10/8/1982

*Based on member's preferred mailing address which may differ from the primary address show above*

---

: Directions : Disclaimer of Liability : Advertisement Disclaimer :
: Louisiana State Bar Association : 601 St. Charles Avenue : New Orleans, LA 70130 : (800) 421-LSBA(5722) / (504) 566-1600 :

# William A. Percy III

3516 Chestnut Street
New Orleans, Louisiana
New Orleans, Louisiana 70115
(504) 891-1464
Cell: (504) 339-3977
willpercy@hotmail.com

February 2005

**Summary**          Exceptional legal researcher and writer with outstanding organizational skills. Experienced civil practitioner with emphasis on business, personal injury and class action law.

**Professional Experience**

**2005-Current**   **Private practice.**

2002-2004   **Usry, Weeks and Matthews** (New Orleans; Contact: Allen Usry, 592-4600)
Assisted in Scott, Norplant, NOTX and other class actions. Represented A.G. Foti.

2001-2002   **Herman, Herman, Katz and Cotlar** (New Orleans; Russ Herman, 581-4892)
Worked exclusively on Scott (for both the firm directly and the PSC).

1998-2001   **Private Practice**
Civil practice, with specialization in commercial, personal injury and civil rights law.  Contributing editor, *Fifth Circuit Civil News*

1996-1998   **Associate — Usry & Weeks** (Metairie, La.)
Civil practice with specialization in law enforcement, civil rights, and insurance defense law. Assisted in NOTX.

1992-1996   **Associate — Ellis, Funk, Goldberg, Campbell & Labovitz** (Atlanta, Georgia; Don Ellis: 404-233-3800)
Civil practice, including construction lien, lender's liability, insurance defense, ERISA, securities, corporate, and bankruptcy law.

1990-1992   **Associate — Donald J. Ellis, P.C.** (Atlanta)
General civil practice.

1988-1990   **Assistant Attorney General — State of Louisiana** (Baton Rouge and New Orleans)
Department of Environmental Quality and Public Service Commission oversight

1986-1988   **Associate — Smith, Martin & Blackburn** (New Orleans; Maureen Blackburn Jennings, 269-1099)
Civil practice, including corporate, transactional, maritime, securities, and bankruptcy law.
*Pro bono* litigation for Louisiana Environmental Action Network, Sierra Club and Tulane Law Clinic.

1983-1985   **Associate — Thomas W. Tucker** (New Orleans, 525-3030)
General civil practice, including successions, zoning, tax, and oil and gas law.

1981-1983   **Clerk — Chief Judge Frederick S. Ellis** (Baton Rouge, 985-893-6910)
Louisiana First Circuit Court of Appeal

1970-1975   **Guide — Chilkoot Trail and Yukon River – Klondike Safaris)**
Skagway, Alaska; and Dawson, Yukon Territory

**Education**
1981   **J. D. Tulane Law School** — New Orleans, Louisiana
1986   **B. A. Whitman College** — Walla Walla, Washington

**Bar Admissions**
Louisiana State Bar Association, 1981
United States Fifth Circuit Court of Appeals, 1986
Atlanta Bar Association, 1991
State Bar of Georgia, 1991
United States District Court, Northern District of Georgia, 1991
United States District Court, Western District of Louisiana, 1997

**References**   Any prior employer. Others available upon request.

FAC Resp. Exhibit B -- 1513

# THE STATE BAR OF CALIFORNIA

Thursday, October 30, 2008                                        State Bar Home

Home > Attorney Search > Attorney Profile

## ATTORNEY SEARCH

### Darla Jean Kaiser - #234502

*Darla Sanderson*

### Current Status: Active

This member is active and may practice law in California.

See below for more details.

### Profile Information

| | | | |
|---|---|---|---|
| Bar Number | 234502 | | |
| Address | Tulare County District Attorney's Office<br>221 S Mooney Blvd Rm 224<br>Visalia, CA, 93291 | Phone Number<br>Fax Number<br>e-mail | (559) 733-6411<br>(559) 730-2658<br>dsanderson@co.tulare.ca.us |
| District | District 5 | Undergraduate School | Wayne State Univ; Detroit MI |
| County | Tulare | Law School | California Western SOL; San Diego CA |
| Sections | None | | |

### Status History

| Effective Date | Status Change |
|---|---|
| Present | Active |
| 2/28/2005 | Active |
| 1/1/2005 | Inactive |
| 12/9/2004 | Admitted to The State Bar of California |

Explanation of member status

### Actions Affecting Eligibility to Practice Law

#### Disciplinary and Related Actions
This member has no public record of discipline.

#### Administrative Actions
This member has no public record of administrative actions.

Start New Search >

Contact Us    Site Map    Privacy Policy    Notices    © 2008 The State Bar of California