

# EXHIBIT F

# POINT SYSTEM GUIDE

## Key Leadership – 125 maximum points

- High level positions and responsibilities in overall litigation
- 125 points – MDL PEC (Co-leads and Liaison)
- 75 points – exemplary leadership of key coordinated venue; key guidance to PEC
- 50 points – substantial leadership and advancement of litigation in key coordinated venue
- 25 points – PEC member; key leadership position in key coordinated venue
- 15 points – co-leadership role in Texas coordinated litigation
- 10 points – MDL-Texas coordination

## Trials – 150 maximum points

- 150 points – 5 trials; 3 trials with exceptional results
- 120 points – 2 trials, one with good plaintiff verdict
- 80 points – 2 trials; one trial with excellent result at trial level and appellate level
- 60 points – 1 bellwether trial with excellent result
- 40 points – one trial
- 5-10 points – local counsel or similar role

## Settlement Negotiations – 100 maximum points

- 100 points – highest level of contribution
- 95 points – very high level of contribution
- 90 points – high level of contribution
- 85 points – substantial contribution

## Law and Briefing – 100 maximum points

- 100 points – highest level of overall contribution
- 90 points – very high level of contribution on most significant issues
- 75 points – high level of contribution on significant issues at trial and appellate levels
- 70 points and less – weighted based on significance of issues and time expended

EXHIBIT A

FAC Resp. Exhibit F – 2

## Settlement Implementation and Post-Settlement Issues – 100 maximum points

- 100 points – highest level of contribution
- 90 points – very high level of contribution
- 85 points – high level of contribution
- 80 points and less – weighted based on significance of issues and time expended

## Discovery, Science and Experts – 50 maximum points

- 50 points – highest level of contribution
- 40 points – very high level of contribution (substantial and significant work relating to discovery, scientific issues and/or experts)
- 35 points – high level of contribution (substantial time and resources expended doing discovery and advancing the docket)
- 30 points and less – substantial contribution (weighted based on significance of issue and amount of time expended)

## Committee Leadership and Participation - 50 maximum points

- 50 points – highest level of contribution
- 40 points – very high level of contribution (Chairs of key committees) *Restaino is split between Lopez Hodes and Burg Simpson.
- 35 points and less – high level of contribution (weighted by significance of committee; degree of leadership and participation; amount of time expended)

## Funding – 75 maximum points (PSC assessment and case contributions)

- Up to 75 points for Case Contribution
- 25 points for PSC Assessment
- Points added for exceptional trial costs borne by firm

## Case Management – 25 maximum points

- Attending Status Conferences, hearings, meetings, etc.
- Reviewing email, pleadings, etc.
- Case administration

FAC Resp. Exhibit F – 3

| Firm | Key Leadership Roles (125) | Trials (150) | Settle-ment (100) | Law & Briefing (100) | Settlement Implemen-tation / Post Settlement Matters (100) | Discovery / Science (50) | Committee Leadership and Participation (50) | Funding (75) | Case Manage-ment (25) | Net Points | Factor for Johnson and PTO 6D criteria (.01-1.25) | Total Points | Allocation based on Points Calculation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alley, Clark, Greiwe & Fulmer | | | | | | | | | | | | | |
| Alvarez Law Firm | | | | | | | | | | | | | |
| Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, P.C. | | | | | | | | | | | | | |
| Anastopoulo & Clore, LLC | | | | | | | | | | | | | |
| Andrews & Thornton | | | | | | | | | | | | | |
| Aylstock & Gerel LLP | | | | | | | | | | | | | |
| Audet & Partners, LLP | | | | | | | | | | | | | |
| Aylstock, Witkin, Kreis & Overholtz, LLC | | | | | | | | | | | | | |
| Ballin & Eidsrouch | | | | | | | | | | | | | |
| Balser, Brian S., Co., LPA | | | | | | | | | | | | | |
| Barnow | | | | | | | | | | | | | |
| Barrios, Kingsdorf & Casteix, LLP | | | | | | | | | | | | | |
| Bartimus, Frickleton, Robertson & Gorny | | | | | | | | | | | | | |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | | | | | | | | | | | | | |
| Becnel Law Firm, LLC | | | | | | | | | | | | | |
| Bencomo | | | | | | | | | | | | | |
| Blizzard, McCarthy & Nabers, LLP | | | | | | | | | | | | | |
| Bossier & Associates, PLLC | | | | | | | | | | | | | |
| Branch Law Firm | | | | | | | | | | | | | |
| Brandi Law Firm | | | | | | | | | | | | | |
| Brown & Crouppen, PC | | | | | | | | | | | | | |
| Bruno, C. Dean | | | | | | | | | | | | | |
| Burg, Simpson, Eldredge, Hersh & Jardine, PC | | | | | | | | | | | | | |
| Cafferty Faucher | | | | | | | | | | | | | |
| Capshaw Goss | | | | | | | | | | | | | |
| Carey & Danis, LLC | | | | | | | | | | | | | |
| Chaffoos | | | | | | | | | | | | | |
| Childers, Buck & Schlueter | | | | | | | | | | | | | |
| Cohen Milstein | | | | | | | | | | | | | |
| Cohen, Placitella & Roth, PC | | | | | | | | | | | | | |
| Cunard Law Firm | | | | | | | | | | | | | |
| Cuneo, Gilbert & LaDuca LLP | | | | | | | | | | | | | |
| Davis, Champ & Associates, Inc. | | | | | | | | | | | | | |
| Dugan & Browne | | | | | | | | | | | | | |

FAC Resp. Exhibit F -- 4

| Firm | Key Leadership Roles (125) | Trials (150) | Settle-ment (100) | Law & Briefing (100) | Settlement Implemen-tation / Post Settlement Matters (100) | Discovery / Science (50) | Committee Leadership and Participation (50) | Funding (75) | Case Manage-ment (25) | Net Points | Factor for Johnson and PTO 6D criteria (.01-1.25) | Total Points | Allocation based on Points Calculation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Matthews & Associates | | | | | | | | | | | | | |
| Mithoff Law Firm | | | | | | | | | | | | | |
| Morelli Ratner PC | | | | | | | | | | | | | |
| Motley, Rice LLC | | | | | | | | | | | | | |
| Murray Law Firm 1 | | | | | | | | | | | | | |
| Neblett, Beard & Arsenault | | | | | | | | | | | | | |
| Parisih & Shea | | | | | | | | | | | | | |
| Price Waicukauski & Riley, LLC | | | | | | | | | | | | | |
| Richardson, Patrick, Westbrook & Brickman | | | | | | | | | | | | | |
| Robert J. DeBry | | | | | | | | | | | | | |
| Robert M. Becnel | | | | | | | | | | | | | |
| Robins, Kaplan, Miller & Ciresi L.L.P. | | | | | | | | | | | | | |
| Robinson, Calcagnie & Robinson | | | | | | | | | | | | | |
| Roda Nast, P.C. | | | | | | | | | | | | | |
| Sanders Viener Grossman, LLP | | | | | | | | | | | | | |
| Sanford, Shelly A., PLLC | | | | | | | | | | | | | |
| Seeger Weiss LLP | | | | | | | | | | | | | |
| Shelier, P.C. | | | | | | | | | | | | | |
| Silverman & Fodera | | | | | | | | | | | | | |
| Singleton Law Firm | | | | | | | | | | | | | |
| Snapka, Turman & Waterhouse, L.L.P | | | | | | | | | | | | | |
| Ted Sonner | | | | | | | | | | | | | |
| Texas Consortium (Ranier, Gayle & Elliot, L.L.C.; Williams Kherkher; Provost Umphrey; Watts Law Firm; Grant Kaiser) | | | | | | | | | | | | | |
| The Holman Law Firm | | | | | | | | | | | | | |
| Ury & Moskow LLC | | | | | | | | | | | | | |
| Weinberg, Eric H., Law Firm of | | | | | | | | | | | | | |
| Weitz & Luxenberg, P.C. | | | | | | | | | | | | | |
| White Meany & Weitherall | | | | | | | | | | | | | |
| Whitehead Law Firm | | | | | | | | | | | | | |
| Williamson & Williams | | | | | | | | | | | | | |
| Wold | | | | | | | | | | | | | |
| Zimmerman, Reed PLLP | | | | | | | | | | | | | |
| Zoll, Diane K. | | | | | | | | | | | | | |

FAC Resp. Exhibit F -- 5

| Firm | Key Leadership Roles (125) | Trials (150) | Settle-ment (100) | Law & Briefing (100) | Settlement Implemen-tation/ Post Settlement Matters (100) | Discovery/ Science (50) | Committee Leadership and Participation (50) | Funding (75) | Case Manage-ment (25) | Net Points | Factor for Johnson and PTO 6D criteria (.01-1.25) | Total Points | Allocation based on Points Calculation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Engstrom, Lipscomb & Lack | | | | | | | | | | | | | |
| Escobedo Tippet | | | | | | | | | | | | | |
| Fayard & Honeycutt | | | | | | | | | | | | | |
| Fibich, Hampton & Leebron, LLP | | | | | | | | | | | | | |
| Freese & Goss, PLLC | | | | | | | | | | | | | |
| Gainsburgh, Benjamin, Davis, Meunier & Warshauer, LLC | | | | | | | | | | | | | |
| Gallagher Law Firm (TX) | | | | | | | | | | | | | |
| Gancedo & Nieves LLP | | | | | | | | | | | | | |
| Gianni Petraan, Attorneys at Law | | | | | | | | | | | | | |
| Girardi & Keese | | | | | | | | | | | | | |
| Goldenberg Heller | | | | | | | | | | | | | |
| Hagens Berman | | | | | | | | | | | | | |
| Heninger Garrison Davis, LLC | | | | | | | | | | | | | |
| Herman, Herman, Katz & Cotlar, LLP | | | | | | | | | | | | | |
| Hovde Dassow & Deets, LLC | | | | | | | | | | | | | |
| Irpino | | | | | | | | | | | | | |
| Jacobs Burns | | | | | | | | | | | | | |
| John Hornback | | | | | | | | | | | | | |
| Johnston & Parkinson | | | | | | | | | | | | | |
| Jones Verras | | | | | | | | | | | | | |
| Kazowitz, Benson, Torres & Friedman LLP | | | | | | | | | | | | | |
| Kline & Specter, PC | | | | | | | | | | | | | |
| Labaton Sucharow | | | | | | | | | | | | | |
| Lanier Law Firm, PC | | | | | | | | | | | | | |
| Levin Fishbein Sedran & Berman | | | | | | | | | | | | | |
| Levin Simes Kaiser & Gornick, LLP | | | | | | | | | | | | | |
| Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor P.A. | | | | | | | | | | | | | |
| Lewis & Roberts, PLLC | | | | | | | | | | | | | |
| Lieff, Cabraser, Heimann & Bernstein, LLP | | | | | | | | | | | | | |
| Lockridge, Grindal, Nauen PLLP | | | | | | | | | | | | | |
| Locks Law Firm, LLC | | | | | | | | | | | | | |
| Lopez, Hodes, Restaino, Milman & Skikos | | | | | | | | | | | | | |
| Lundy & Davis | | | | | | | | | | | | | |
| Martin & Jones | | | | | | | | | | | | | |

FAC Resp. Exhibit F -- 6