LIST OF COMMON BENEFIT FEE APPLICANTS
WHO ACCEPTED THE FEE ALLOCATION COMMITTEE'S
RECOMMENDED ALLOCATION

Alley, Clark, Greiwe & Fulmer
Alvarez Law Firm
Anastopoulo & Clore LLC
Andrews & Thornton
Ashcraft & Gerel LLP
Audet & Partners
Balser, Brian K., Co., LPA
Barnow
Barrios, Kingsdorf & Casteix, LLP
Bartimus, Frickleton, Robertson Y Gorny
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
Bencomo
Blizzard, McCarthy & Nabers, LLP
Bossier & Associates, PLLC
Brandi Law Firm
Burg, Simpson, Eldredge, Hersh & Jardina, PC
Cafferty Faucher
Carey & Danis, LLC
Charfoos
Cohen Milstein
Engstrom, Upscomb & Lack
Fayard & Honeycutt
Fibich, Hampton & Leebron, LLP
Freese Goss
Gainsburgh, Benjamin, Davis, Meunier & Warshauer, LLC
Gancedo & Nieves LLPP
Gianni-Petoyan, Attorneys at Law
Girardi & Keese
Goldenberg Heller
Goza & Honnold
Heins Mills
Heninger Garrison Davis, LLC
Herman, Herman, Katz & Cotler, LLP
Hovde Dassow & Deets, LLC
Irpino
Jacobs Burns
Johnson & Perkinson
Kasowitz, Benson, Torres & Friedman LLP
Lanier Law Firm, PC
Levin Fishbein Sedran & Berman

Levin, Papantonio, Thomas, Mitchell, Eshner & Proctor P.A.
Levin Simes Kaiser & Gornick, LLP

Lewis & Roberts, PLLC
Lieff, Cabraser, Heimann & Bernstein,LLP
Lopez, Hodes, Restaino, Milman & Skikos
Martin & Jones
Matthews & Associates
Mithoff Law Firm
Neblett, Beard & Arsenault
Panish & Shea
Price Waicukauski & Riley, LLC
Richardson, Patrick, Westbrook & Brickman
Robert M. Becnel
Robert J. DeBry
Robins, Kaplan, Miller & Ciresi LLP
Robinson, Calcagnie & Robinson
Sanders Viener Grossman, LLP
Sanford, Shelly A., PLLC
Seeger Weiss LLP
Silverman & Fodera
Singleton Law Firm
Ted Kanner
Texas Consortium *(Ranier, Gayle & Elliot, LLC; Williams Kherkher; Provost Umphrey; Watts Law Firm; Grant Kaiser)*
Ury & Moskow LLC
Weitz & Luxenberg, P.C.
Whitehead Law Firm
White Meany & Wetherall
Williamson & Williams
Wold