| COMMON BENEFIT FEES AWARD FORM |
|---|

## A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and (2)** mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenuc
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

## B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $364,036.87 |
|---|---|

Response to Recommended Award: Check only one of the following:

☑ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award: | $ |

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

## C. SIGNATURE

| Signature | | Date | 12 / 7 / 2010 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First JAMES | MI D | Last CLARK |
| Firm Name | Alley, Clark, Greiwe & Fulmer | | |

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days.  Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $14,561.47 |
|---|---|

Response to Recommended Award:  Check only one of the following:

☑ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award:  $ 

(NOTE:  You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | | Date | 12 / 3 / 10 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First Alex    MI    Last Alvarez | | |
| Firm Name | Alvarez Law Firm | | |

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than December 16, 2010.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; and (2) mail or overnight delivery no later than December 16, 2010, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $14,561.47 |
| --- | --- |

Response to Recommended Award:  Check only one of the following:

☒  I accept the Recommended Award as my award of common benefit fees.

☐  I object to the Recommended Award and request this amount as my award:   $_____

(NOTE:  You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *Sf Allen* | Date | 12 / 8 / 2010<br>(month) (day) (year) |
| --- | --- | --- | --- |
| Printed Name | First: Samuel | MI: K | Last: Allen |
| Firm Name | Anastopoulo & Clore, LLC | | |

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $600,000.00 |
|---|---|

Response to Recommended Award: Check only one of the following:

☑ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award: $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *hJCiaC* | Date | 1 / 4 / 10 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First John C Thornton    MI    Last | | |
| Firm Name | **Andrews & Thornton** | | |

#379620

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $8,979,576.05 |
|---|---|

Response to Recommended Award:  Check only one of the following:

☑ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award: $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | | | Date | 12 / 6 / 10 |
|---|---|---|---|---|
| | | | | (month) (day) (year) |
| Printed Name | First: *Christopher* | MI: V | Last: *Nace* | |
| Firm Name | Ashcraft & Gerel LLP | | | |

#379620

| COMMON BENEFIT FEES AWARD FORM |
|---|

## A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days.  Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA  70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL  36104
andy.birchfield@beasleyallen.com

## B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $1,415,000.00 |
|---|---|

Response to Recommended Award:  Check only one of the following:

[X]  I accept the Recommended Award as my award of common benefit fees.

[ ]  I object to the Recommended Award and request this amount as my award:  $ _____

(NOTE:  You must attach an Objection stating in detail the basis of the objection and for the award requested.)

## C. SIGNATURE

| Signature | *William M. Audet* | Date | 01 / 27 / 2011 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First  William | MI  M | Last  Audet |
| Firm Name | **Audet & Partners, LLP** | | |

BAKER, Brian

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

| | |
|---|---|
| Russ M. Herman | Andy Birchfield |
| Chair of the Fee Allocation Committee | Secretary of the Fee Allocation Committee |
| 820 O'Keefe Avenue | 218 Commerce Street |
| New Orleans, LA  70113 | Montgomery, AL  36104 |
| rherman@hhkc.com | andy.birchfield@beasleyallen.com |

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $130,000.00 |
|---|---|

Response to Recommended Award:  Check only one of the following:

☑  I accept the Recommended Award as my award of common benefit fees.

☐  I object to the Recommended Award and request this amount as my award:    $ _____

(NOTE:  You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *[signature]* | Date | 12 / 28 / 2010 |
|---|---|---|---|
| | | | (month)  (day)  (year) |
| Printed Name | First  BRIAN | MI  K | Last  Balter |
| Firm Name | Balser, Brian K., Co., LPA | | |

# LAW OFFICES OF BRIAN K. BALSER

## ATTORNEYS AT LAW

29605 U.S. Highway 19 N, Suite 110
Clearwater, FL   33761
727-785-1228
FAX 727-786-4107

brian@balserlaw.com

5311 Meadow Lane Ct., Suite 1
Elyria, OH 44035
440-934-0044
FAX 440-934-0050

**Please Reply to the Ohio Office**

*Via Federal Express*

December 28, 2010

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104

RE: Common Benefit Fee Award

Dear Mr. Birchfield:

Pursuant to our telephone conversation this afternoon, enclosed please find the signed Common Benefit Fee Award Form.

Please do not hesitate to contact me if you have any questions or need additional information.

Very truly yours,

Brian K. Balser

BKB:tll
Enclosure

*Balser, Brian*

| COMMON BENEFIT FEES AWARD FORM |
|---|

## A. INSTRUCTIONS

1.  The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2.  The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3.  Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4.  If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5.  If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6.  Sign this Form in the appropriate space in Section C below.
7.  Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

## B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $29,122.95 |
|---|---|

Response to Recommended Award: Check only one of the following:

☐ I accept the Recommended Award as my award of common benefit fees.

☒ I object to the Recommended Award and request this amount as my award: **$ 148,812.50**

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

## C. SIGNATURE

| Signature | *[signature]* | Date | 12 / 15 / 2010 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First *BRIAN* | MI *K* | Last *BALSER* |
| Firm Name | Balser, Brian K., Co., LPA | | |

#379620

# COMMON BENEFIT FEES AWARD FORM

## A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

## B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $14,561.47 |
|---|---|

Response to Recommended Award: Check only one of the following:

☑ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award: $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

## C. SIGNATURE

| Signature | *Ben Barnow* | Date | 12/18/10 |
|---|---|---|---|
| | | | (month) (day) (year) |
| Printed Name | First: BEN | MI: n/a | Last: BARNOW |
| Firm Name | Barnow and Associates, P.C. | | |

#379620

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.

2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").

3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010.**

4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.

5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.

6. Sign this Form in the appropriate space in Section C below.

7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010,** to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $1,698,838.71 |
|---|---|

Response to Recommended Award: Check only one of the following:

☑ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award: | $ |

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *Dawn Barrios* | Date | 12 / 2 / 10 |
| | | | (month) (day) (year) |
| Printed Name | First DAWN | MI M | Last BARRIOS |
| Firm Name | Barrios, Kingsdorf & Casteix, LLP | | |

#379620

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

| | |
|---|---|
| Russ M. Herman | Andy Birchfield |
| Chair of the Fee Allocation Committee | Secretary of the Fee Allocation Committee |
| 820 O'Keefe Avenue | 218 Commerce Street |
| New Orleans, LA 70113 | Montgomery, AL 36104 |
| rherman@hhkc.com | andy.birchfield@beasleyallen.com |

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $14,561.47 |
|---|---|

Response to Recommended Award:  Check only one of the following:

☒   I accept the Recommended Award as my award of common benefit fees.

☐   I object to the Recommended Award and request this amount as my award:   $ _____

(NOTE:  You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | | Date | 12 / 08 / 2010 |
|---|---|---|---|
| | | | (month)   (day)   (year) |
| Printed Name | First  James   MI  P   Last  Frickleton | | |
| Firm Name | Bartimus, Frickleton, Robertson & Gorny | | |

| COMMON BENEFIT FEES AWARD FORM |
| --- |

| **A. INSTRUCTIONS** |
| --- |

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

| Russ M. Herman | Andy Birchfield |
| --- | --- |
| Chair of the Fee Allocation Committee | Secretary of the Fee Allocation Committee |
| 820 O'Keefe Avenue | 218 Commerce Street |
| New Orleans, LA 70113 | Montgomery, AL 36104 |
| rherman@hhkc.com | andy.birchfield@beasleyallen.com |

| **B. RECOMMENDED AWARD AND RESPONSE** |
| --- |

| **Recommended Award:** | $40,954,147.54 |
| --- | --- |

Response to Recommended Award: Check only one of the following:

[X] I accept the Recommended Award as my award of common benefit fees.

[ ] I object to the Recommended Award and request this amount as my award:   $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

| **C. SIGNATURE** | | | | |
| --- | --- | --- | --- | --- |
| **Signature** | *(signature)* | | **Date** | _12_ / _3_ / _10_ <br> (month)  (day)  (year) |
| **Printed Name** | First *Andy* | | MI *B* | Last *Birchfield* |
| **Firm Name** | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | | | |

#379620

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 15, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email and (2) mail or overnight delivery no later than **December 15, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA  70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL  36104
andy.birchfield@beasleyallen.com

### B. RESPONSE TO RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $ |
|---|---|

Response to Recommended Award:  Check only one of the following:

☑ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award: $ 327,500 *net*

(NOTE:  You must attach an Objection stating in detail the basis for the objection and the award requested.)

### SIGNATURE

| Signature | *Raúl R. Benca~* | Date | 12 / 16 / 10 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First: RAÚL R. BENCOMO    MI | Last | |
| ~m Name | Bencomo y Associates | | |

#379620

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days.  Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA  70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL  36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $11,649,179.74 |
| --- | --- |

Response to Recommended Award:  Check only one of the following:

☒   I accept the Recommended Award as my award of common benefit fees.

☐   I object to the Recommended Award and request this amount as my award:   $ _____

(NOTE:  You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *[signature]* | Date | 12 / 6 / 2010 |
| --- | --- | --- | --- |
| | | | (month) (day) (year) |
| Printed Name | First  Edward | MI  F. | Last  Blizzard |
| Firm Name | Blizzard, McCarthy & Nabers, LLP | | |

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

**Recommended Award:** $20,000.00

Response to Recommended Award: Check only one of the following:

☑ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award: $

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *V C Bossy* | | Date | 01 / 07 / 2010 (month) (day) (year) |
|---|---|---|---|---|
| **Printed Name** | First SHEILA | MI M. | Last BOSSIER | |
| **Firm Name** | Bossier & Associates, PLLC | | | |

# COMMON BENEFIT FEES AWARD FORM

## A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

## B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $970,764.98 |
|---|---|

Response to Recommended Award: Check only one of the following:

[X] I accept the Recommended Award as my award of common benefit fees.

[ ] I object to the Recommended Award and request this amount as my award:   $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

## C. SIGNATURE

| Signature | *Thomas J Brandi* | Date | 12 / 2 / 2010 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First *Thomas* | MI *J.* | Last *BRANDI* |
| Firm Name | Brandi Law Firm | | |

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

| | |
|---|---|
| Russ M. Herman | Andy Birchfield |
| Chair of the Fee Allocation Committee | Secretary of the Fee Allocation Committee |
| 820 O'Keefe Avenue | 218 Commerce Street |
| New Orleans, LA 70113 | Montgomery, AL 36104 |
| rherman@hhkc.com | andy.birchfield@beasleyallen.com |

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $500,000.00 |
|---|---|

Response to Recommended Award:  Check only one of the following:

☒ . I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award:   $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *(signature)* | Date | 1 / 12 / 11 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First Michael | MI S | Last BURG. |
| Firm Name | **Burg, Simpson, Eldredge, Hersh & Jardine, PC** | | |

#379620

# Cafferty Faucher LLP
### Attorneys at Law

1717 Arch Street, Suite 3610
Philadelphia, PA 19103
(p) 215.864.2800 • (f) 215.864.2810
www.caffertyfaucher.com

December 8, 2010

**Via E-Mail and First Class Mail**

Mr. Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA  70113
rherman@hhkc.com

Mr. Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL  36104
andy.birchfield@beasleyallen.com

Re:     **Vioxx Settlement Agreement**

Dear Messrs. Herman and Birchfield:

Enclosed please find an executed Common Benefit Fees Award Form.  On behalf of Cafferty Faucher, I have indicated by my signature our acceptance of the Fee Allocation Committee's recommended award of $29,122.92.

Thank you for your continuing efforts.

Sincerely,

Ellen Meriwether

EM:ebw
Enclosure

30 N. LaSalle Street, Suite 3200 • Chicago, IL 60602 • (p) 312.782.4880 • (f) 312.782.4485
101 N. Main Street, Suite 450 • Ann Arbor, MI 48104 • (p) 734.769.2144 • (f) 734.769.1207

DBE ⬡ 925                                                          FAC Resp. Exhibit K -- 19

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

| | |
|---|---|
| Russ M. Herman | Andy Birchfield |
| Chair of the Fee Allocation Committee | Secretary of the Fee Allocation Committee |
| 820 O'Keefe Avenue | 218 Commerce Street |
| New Orleans, LA 70113 | Montgomery, AL 36104 |
| rherman@hhkc.com | andy.birchfield@beasleyallen.com |

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $29,122.95 |
|---|---|

Response to Recommended Award:  Check only one of the following:

☑  I accept the Recommended Award as my award of common benefit fees.

☐  I object to the Recommended Award and request this amount as my award:   $ _____

(NOTE:  You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *Ellen Meriwether* | Date | 12 / 8 / 2010 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First *Ellen* | MI | Last *Meriwether* |
| Firm Name | Cafferty Faucher | | |

#379620

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.

2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").

3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.

4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.

5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.

6. Sign this Form in the appropriate space in Section C below.

7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $350,000.00 |
|---|---|

Response to Recommended Award:  Check only one of the following:

[X] I accept the Recommended Award as my award of common benefit fees.

[ ] I object to the Recommended Award and request this amount as my award:  $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *(signature)* | Date | 2 / 3 / 11 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First Jeffrey | MI J. | Last Lowe |
| Firm Name | Carey & Danis, LLC | | |

#379620



# CHARFOOS & CHRISTENSEN, P.C.

ATTORNEYS AND COUNSELORS AT LAW

THE HISTORIC HECKER-SMILEY MANSION

5510 WOODWARD AVENUE, DETROIT, MICHIGAN 48202  (313) 875-8080  FAX NO. (313) 875-8522

www.c2law.com

SAMUEL CHARFOOS (1908-1995)
DAVID W. CHRISTENSEN*
J. DOUGLAS PETERS*
DAVID R. PARKER®
MARY PAT ROSEN*
ANN K. MANDT*
SANDRA J. RENARD

OF COUNSEL

THADDEUS J. KEDZIERSKI, JD, CPA

JOHN DAVID SIMPSON

MICHAEL D. MARRS
MICHAEL D. MARRS, P.C.
P.O. BOX 618
STEVENSVILLE, MI 49127

*ALSO ADMITTED TO PENNSYLVANIA BAR

December 7, 2010

Andy Birchfield
Secretary of the Fee
  Allocation Committee
218 Commerce Street
Montgomery, AL  36104

  **RE: Vioxx -- Common Benefit Fees Award Form**

Dear Mr. Birchfield:

  Enclosed please find the executed Common Benefit Fees Award Form regarding the above matter.

  Should you have any questions, please feel free to contact me.

    Very truly yours,

    *J. Douglas Peters*

    J. Douglas Peters

JDP/cmf
Enclosure

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $0.00 |
|---|---|

Response to Recommended Award:  Check only one of the following:

[X]   I accept the Recommended Award as my award of common benefit fees.

[ ]   I object to the Recommended Award and request this amount as my award:   $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | J.W. Peters | Date | 12 / 4 / 10 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First: John   MI: D. | Last | Peters |
| Firm Name | Charfoos & Christensen, P.C. | | |

#379620

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $750,000.00 |
|---|---|

Response to Recommended Award: Check only one of the following:

[✓] I accept the Recommended Award as my award of common benefit fees.

[ ] I object to the Recommended Award and request this amount as my award: $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *Steven Toll* | Date | 12 / 23 / 10 |
|---|---|---|---|
| | | | (month) (day) (year) |
| Printed Name | First  Steven | MI  J | Last  Toll |
| Firm Name | **Cohen Milstein** | | |

#379620

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $388,305.99 |
|---|---|

Response to Recommended Award: Check only one of the following:

☑  I accept the Recommended Award as my award of common benefit fees.

☐  I object to the Recommended Award and request this amount as my award:  $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *Watter Lack* | Date | 12 / 3 / 10 |
|---|---|---|---|
| | | | (month) (day) (year) |
| Printed Name | First  WALTER LACK | MI  J. | Last  LACK |
| Firm Name | Engstrom, Lipscomb & Lack | | |

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.

2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").

3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.

4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.

5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.

6. Sign this Form in the appropriate space in Section C below.

7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $14,561.47 |
|---|---|

Response to Recommended Award: Check only one of the following:

☑ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award: $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *Wanda J Edwards* | Date | 12 / 8 / 10 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First *Wanda* | MI *J.* | Last *Edwards* |
| Firm Name | Fayard & Honeycutt | | |

# FAYARD & HONEYCUTT
## A Professional Corporation

519 Florida Avenue, SW
Denham Springs, Louisiana  70726
Telephone: (225) 664-4193
Fax: (225) 664-6925
E-mail: calvinfayard@fayardlaw.com

Calvin C. Fayard, Jr.,
A Professional Corporation
**D. Blayne Honeycutt**

Of Counsel
Haydn S. Berey

**Wanda J. Edwards**
wandaedwards@fayardlaw.com

December 8, 2010

Mr. Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113

Mr. Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104

RE: Common Benefit Fees Award Form

Dear Mr. Herman and Mr. Birchfield,

Pursuant to the instructions on the Common Benefit Fees Award Form, enclosed please find the executed acceptance of the recommended award and response for the firm, Fayard & Honeycutt, APC.  All allocation checks must be made payable to Calvin C. Fayard, Jr. APC.  The tax identification number is 72-0863649.

If you have any questions, please do not hesitate to contact me at your earliest convenience.  Otherwise, we look forward to receiving the allocation.  Kindest personal regards.

Very truly yours,

Wanda J. Edwards

WJE/jaf

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $606,728.11 |
|---|---|

Response to Recommended Award: Check only one of the following:

☑ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award:   $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *[signature]* | Date | 12-08-10 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First KENNETH | MI T | Last Fibich |
| Firm Name | Fibich, Hampton & Leebron, LLP | | |

#379620

| COMMON BENEFIT FEES AWARD FORM |
|---|

## A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

## B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $25,000.00 |
|---|---|

Response to Recommended Award:  Check only one of the following:

[✓]   I accept the Recommended Award as my award of common benefit fees.

[ ]   I object to the Recommended Award and request this amount as my award:   $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

## C. SIGNATURE

| Signature | | Date | 2 / 4 / 11 <br> (month)  (day)  (year) |
|---|---|---|---|
| Printed Name | First  Richard | MI  A. | Last  Freese |
| Firm Name | Freese & Goss, PLLC | | |

#379620

| COMMON BENEFIT FEES AWARD FORM |
|---|

| A. INSTRUCTIONS |
|---|

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA  70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL  36104
andy.birchfield@beasleyallen.com

| B. RECOMMENDED AWARD AND RESPONSE | |
|---|---|
| **Recommended Award:** | $2,688,606.00 |

Response to Recommended Award:  Check only one of the following:

☑ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award:      $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

| C. SIGNATURE | | | | |
|---|---|---|---|---|
| **Signature** | *Meunier* | | **Date** | 12 / 16 / 10<br>(month)  (day)  (year) |
| **Printed Name** | First<br>GERALD | | MI<br>E . | Last<br>MEUNIER |
| **Firm Name** | Gainsburgh, Benjamin, Davis, Meunier & Warshauer, LLC | | | |

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $700,000.00 |
|---|---|

Response to Recommended Award: Check only one of the following:

☒ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award: $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *[signature]* | Date | 02 / 01 / 2011 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First HECTOR | MI G. | Last GANCEDO |
| Firm Name | Gancedo & Nieves LLP | | |

#379620

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

| | |
|---|---|
| Russ M. Herman | Andy Birchfield |
| Chair of the Fee Allocation Committee | Secretary of the Fee Allocation Committee |
| 820 O'Keefe Avenue | 218 Commerce Street |
| New Orleans, LA 70113 | Montgomery, AL 36104 |
| rherman@hhkc.com | andy.birchfield@beasleyallen.com |

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $29,122.95 |
|---|---|

Response to Recommended Award: Check only one of the following:

☑ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award: $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| | | | |
|---|---|---|---|
| **Signature** | _[signature]_ | **Date** | 12 / 13 / 2010 (month) (day) (year) |
| **Printed Name** | First Laura | MI A | Last Gianni |
| **Firm Name** | Gianni-Petoyan, Attorneys at Law | | |

#379620

# COMMON BENEFIT FEES AWARD FORM

## A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

## B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $20,094,835.06 |
|---|---|

Response to Recommended Award:  Check only one of the following:

☑ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award:   $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

## C. SIGNATURE

| Signature | | Date | 12 / 10 / 10 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First: THOMAS | MI: V. | Last: GIRARDI |
| Firm Name | Girardi & Keese | | |

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $0.00 |
|---|---|

Response to Recommended Award: Check only one of the following:

☒ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award: $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *Robt D Rowld* | | Date | 12 / 2 / 10 (month) (day) (year) |
|---|---|---|---|---|
| Printed Name | First Robert | MI D | Last Rowland | |
| Firm Name | Goldenberg Heller | | | |

#379620

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $70,000.00 |
|---|---|

Response to Recommended Award: Check only one of the following:

☒ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award: $_____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *Bradley Honnold* (signature) | Date | 2 / 4 / 2011 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First: Bradley | MI: D. | Last: Honnold |
| Firm Name | Goza & Honnold, LLC | | |

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $4,000.00 |
|---|---|

Response to Recommended Award: Check only one of the following:

[X]   I accept the Recommended Award as my award of common benefit fees.

[ ]   I object to the Recommended Award and request this amount as my award:   $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | | Date | 2 / 3 / 2011<br>(month) (day) (year) |
|---|---|---|---|
| Printed Name | First<br>Vincent | MI<br>J | Last<br>Esades |
| Firm Name | **Heins Mills & Olson, PLC** | | |

#379620

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

| | |
|---|---|
| Russ M. Herman | Andy Birchfield |
| Chair of the Fee Allocation Committee | Secretary of the Fee Allocation Committee |
| 820 O'Keefe Avenue | 218 Commerce Street |
| New Orleans, LA 70113 | Montgomery, AL 36104 |
| rherman@hhkc.com | andy.birchfield@beasleyallen.com |

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $1,300,000.00 |
|---|---|

Response to Recommended Award: Check only one of the following:

[✓]  I accept the Recommended Award as my award of common benefit fees.

[ ]  I object to the Recommended Award and request this amount as my award:   $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | _(signature)_ | Date | 1 / 31 / 11 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First W. Lewis Garrison, Jr   MI | Last | |
| Firm Name | **Heninger Garrison Davis, LLC** | | |

#379620

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

| | |
|---|---|
| Russ M. Herman | Andy Birchfield |
| Chair of the Fee Allocation Committee | Secretary of the Fee Allocation Committee |
| 820 O'Keefe Avenue | 218 Commerce Street |
| New Orleans, LA 70113 | Montgomery, AL 36104 |
| rherman@hhkc.com | andy.birchfield@beasleyallen.com |

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $32,537,615.17 |
|---|---|

Response to Recommended Award: Check only one of the following:

[✓] I accept the Recommended Award as my award of common benefit fees.

[ ] I object to the Recommended Award and request this amount as my award: $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | _Russ M. Herman_ | Date | 12 / 3 / 2010 |
|---|---|---|---|
| | | | (month) (day) (year) |
| Printed Name | First: RUSS | MI: M | Last: HERMAN |
| Firm Name | Herman, Herman, Katz & Cotler, LLP | | |

#379620

# Hovde Dassow+Deets
TRIAL LAWYERS

F. BOYD HOVDE
FREDERICK R. HOVDE
ROBERT T. DASSOW
NICHOLAS C. DEETS

January 28, 2011

*Via E-Mail*

Russ Herman
VIOXX MDL FEE ALLOCATION COMMITTEE
820 O'Keefe Avenue
New Orleans, LA 70113

Andy Birchfield
VIOXX FEE ALLOCATION COMMITTEE
218 Commerce Street
Montgomery, AL 36104

RE:    *Vioxx Common Benefit Fees Award*

Dear Russ and Andy:

Pursuant to your email, attached please find our Amended Common Benefit Fees Award Form.  Please let me know if you need anything else.

Take care.

Yours Very Truly,

HOVDE DASSOW & DEETS, LLC

Robert T. Dassow

RTD:ane

cc:    Chris Seeger (*via email*)

**Hovde Dassow+Deets** Positive thinking lawyers.

Hovde Dassow & Deets LLC | 201 W. 103rd Street, Suite 500, Indianapolis, IN 46290
www.hovdelaw.com | Phone 317-818-3100 | Fax 317-818-3111

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

| | |
|---|---|
| Russ M. Herman | Andy Birchfield |
| Chair of the Fee Allocation Committee | Secretary of the Fee Allocation Committee |
| 820 O'Keefe Avenue | 218 Commerce Street |
| New Orleans, LA 70113 | Montgomery, AL 36104 |
| rherman@hhkc.com | andy.birchfield@beasleyallen.com |

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $1,415,000.00 |
|---|---|

Response to Recommended Award:  Check only one of the following:

☑  I accept the Recommended Award as my award of common benefit fees.

☐  I object to the Recommended Award and request this amount as my award:   $ _____

(NOTE:  You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | | Date | 1 / 28 / 2011 |
|---|---|---|---|
| | | | (month) (day) (year) |
| Printed Name | First Robert | MI T | Last Dassow |
| Firm Name | Hovde Dassow & Deets, LLC | | |

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.

2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").

3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.

4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.

5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.

6. Sign this Form in the appropriate space in Section C below.

7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $876,612.00 |
|---|---|

Response to Recommended Award: Check only one of the following:

☒ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award:   $

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | | | Date | 12 / 16 / 10 (month) (day) (year) |
|---|---|---|---|---|
| Printed Name | First ANTHONY | MI D. | Last IRPINO | |
| Firm Name | Irpino | | | |

#379620

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010.**
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010,** to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $0.00 |
|---|---|

Response to Recommended Award:  Check only one of the following:

[✓]  I accept the Recommended Award as my award of common benefit fees.

[ ]  I object to the Recommended Award and request this amount as my award: $ _____

(NOTE:  You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | _(signature)_ | Date | 12 / 16 / 2010 |
|---|---|---|---|
| | | | (month)  (day)  (year) |

| Printed Name | First: Thomas | MI: J. | Last: Angell |
|---|---|---|---|

| Firm Name | Jacobs Burns |
|---|---|

# COMMON BENEFIT FEES AWARD FORM

## A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104

## B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $14,561.47 |
|---|---|

Response to Recommended Award: Check only one of the following:

[✓] I accept the Recommended Award as my award of common benefit fees.

[ ] I object to the Recommended Award and request this amount as my award: $ 

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

## C. SIGNATURE

| Signature | *Dennis Johnson* | Date | 12 / 16 / 2010 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First: Dennis | MI: J | Last: JOHNSON |
| Firm Name | Johnson & Perkinson | | |

#379620

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $1,100,000.00 |
|---|---|

Response to Recommended Award: Check only one of the following:

☑ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award:   $ 

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | Marc E. K | Date | 12-12/10 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First MARC | MI E. | Last KASOWITZ |
| Firm Name | **Kasowitz, Benson, Torres & Friedman LLP** | | |

#379620

# COMMON BENEFIT FEES AWARD FORM

## A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.

2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").

3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than December 16, 2010.

4. If you accept the Recommended Award, indicate your acceptance by checking the appropriate box in Section B below.

5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.

6. Sign this Form in the appropriate space in Section C below.

7. Return this completed Form (and attachment, if there is an Objection) by (1) email; and (2) mail or overnight delivery no later than December 16, 2010, to:

| | |
|---|---|
| Russ M. Herman | Andy Birchfield |
| Chair of the Fee Allocation Committee | Secretary of the Fee Allocation Committee |
| 820 O'Keefe Avenue | 218 Commerce Street |
| New Orleans, LA 70113 | Montgomery, AL 36104 |
| rherman@hhkc.com | andy.birchfield@beasleyallen.com |

## B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $27,062,015.31 |
|---|---|

Response to Recommended Award: Check only one of the following:

[X] I accept the Recommended Award as my award of common benefit fees.

[ ] I object to the Recommended Award and request this amount as my award: $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

## C. SIGNATURE

| Signature | M. Lanier | | Date | 12 / 13 / 2010 (month) (day) (year) |
|---|---|---|---|---|
| Printed Name | First Mark | MI | Last Lanier | |
| Firm Name | Lanier Law Firm, PC | | | |

FAC Resp. Exhibit K -- 45

# LEVIN, FISHBEIN, SEDRAN & BERMAN

*Counsellors at Law and Proctors in Admiralty*

ARNOLD LEVIN
MICHAEL D. FISHBEIN
HOWARD J. SEDRAN
LAURENCE S. BERMAN
FRED S. LONGER *
DANIEL C. LEVIN
CHARLES E. SCHAFFER
AUSTIN B. COHEN
MICHAEL M. WEINKOWITZ * †
CHARLES C. SWEEDLER *
MATTHEW C. GAUGHAN * †
* also admitted in New Jersey
† also admitted in New York

510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106-3697
www.lfsblaw.com

TELEPHONE (215) 592-1500
FACSIMILE (215) 592-4663

December 3, 2010

**VIA E-MAIL AND
U.S. FIRST CLASS MAIL**

Russ M. Herman, Esquire,
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113

Andy Birchfield, Esquire
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104

     **Re:**   *Vioxx Litigation*

Dear Russ and Andy:

     Enclosed please find the executed Common Benefit Fees Award form for my firm, accepting the Recommended Award with regard to the above-referenced matter.

     Sincerely,

**ARNOLD LEVIN**

AL:mcl
Enclosure

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $21,473,321.33 |
| --- | --- |

Response to Recommended Award:  Check only one of the following:

☑ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award: $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *Arnold Levin* | Date | 12 / 3 / 10 (month) (day) (year) |
| --- | --- | --- | --- |
| Printed Name | First  Arnold | MI | Last  Levin |
| Firm Name | Levin Fishbein Sedran & Berman | | |

#379620

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $15,629,316.16 |
|---|---|

Response to Recommended Award: Check only one of the following:

[X] I accept the Recommended Award as my award of common benefit fees.

[ ] I object to the Recommended Award and request this amount as my award: $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | _(signature)_ | Date | 12 / 3 / 2010 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First: Troy | MI: A. | Last: RAFFERTY |
| Firm Name | Levin, Papantonio, Thomas, Mitchell, Eshner & Proctor P.A. | | |



**LEVIN • PAPANTONIO**
**THOMAS • MITCHELL**
**RAFFERTY & PROCTOR • P.A.**
PROFESSIONAL CORPORATION        ATTORNEYS AT LAW

SCOTT C. BARNES
AMANDA S. BARR
BRIAN H. BARR
M. ROBERT BLANCHARD
BRANDON L. BOGLE
VIRGINIA M. BUCHANAN
WILLIAM F CASH III
RACHAEL R. GILMER
KRISTIAN KRASZEWSKI
KIMBERLY R. LAMBERT
FREDRIC G. LEVIN

MARTIN H. LEVIN
ROBERT M. LOEHR
KATHERINE McFARLAND
NEIL E. McWILLIAMS, JR.
Wm. JEMISON MIMS, JR.
CLAY MITCHELL
R. LARRY MORRIS
K. LEA MORRIS
PETER J. MOUGEY
DANIEL A. NIGH
TIMOTHY M. O'BRIEN

MIKE PAPANTONIO
MARK J. PROCTOR
TROY A. RAFFERTY
MATTHEW D. SCHULTZ
W. CAMERON STEPHENSON
LEO A. THOMAS
BRETT VIGODSKY
CHRISTOPHER M. VLACHOS
AARON L. WATSON

OF COUNSEL:
ROBERT F. KENNEDY, JR.
(LICENSED ONLY IN NEW YORK)

BEN W. GORDON, JR.

LEFFERTS L. MABIE, JR. (1925-1996)
D.L. MIDDLEBROOKS (1926-1997)
DAVID H. LEVIN (1928-2002)
STANLEY B. LEVIN (1938-2009)

December 3, 2010

Andy Birchfield, Esq.
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104

      RE:    Common Benefit Fee Award Form

Dear Andy:

      Please find enclosed the completed **Common Benefit Fee Award Form** for our Firm.

      Sincerely,

Robert E. Smith, Jr.
Director of Administration/Controller

Enclosure

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $14,561.47 |
|---|---|

Response to Recommended Award: Check only one of the following:

☑ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award: $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | _(signature)_ | | Date | 12 / 09 / 2010 (month) (day) (year) |
|---|---|---|---|---|
| Printed Name | First Steven | MI B. | Last Stein | |
| Firm Name | Levin Simes Kaiser & Gornick, LLP | | | |

#379620

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $225,000.00 |
|---|---|

Response to Recommended Award: Check only one of the following:

☒ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award: $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *[signature]* | Date | 1 / 31 / 2011 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First: Kimberly R Wilson | MI | Last |
| Firm Name | Lewis & Roberts, PLLC | | |

#379620

| COMMON BENEFIT FEES AWARD FORM |
|---|

## A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

## B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $6,000,000.00 |
|---|---|

Response to Recommended Award: Check only one of the following:

☒ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award: $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

## C. SIGNATURE

| Signature | *(signature)* | Date | ___/___/___ (month) (day) (year) |
|---|---|---|---|
| Printed Name | First Donald | MI C | Last Arbitblit |
| Firm Name | **Lieff, Cabraser, Heimann & Bernstein, LLP** | | |

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $1,500,000.00 |
| --- | --- |

Response to Recommended Award:  Check only one of the following:

☐ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award: $ _____

(NOTE:  You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | | Date | 12 / 28 / 2010 |
| --- | --- | --- | --- |
| | | | (month) (day) (year) |
| Printed Name | First Steve Skikos | MI S | Last Skikos |
| Firm Name | **Lopez, Hodes, Restaino, Milman & Skikos** | | |

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The   Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.

2. The   Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").

3. Pursuant   to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010.**

4. I  f you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.

5. I  f you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.

6. Si  gn this Form in the appropriate space in Section C below.

7. Retur   n this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010,** to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA  70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL  36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $150,000.00 |
|---|---|

Response to Recommended Award:  Check only one of the following:

☒   I accept the Recommended Award as my award of common benefit fees.

☐   I object to the Recommended Award and request this amount as my award:     $

(NOTE:  You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *Forest Horne, member-manager* | Date | 1 / 28 / 2011 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First  FOREST | MI | Last  HORNE |
| Firm Name | Martin & Jones, PLLC | | |

**COMMON BENEFIT FEES AWARD FORM**

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

| | |
|---|---|
| Russ M. Herman | Andy Birchfield |
| Chair of the Fee Allocation Committee | Secretary of the Fee Allocation Committee |
| 820 O'Keefe Avenue | 218 Commerce Street |
| New Orleans, LA 70113 | Montgomery, AL 36104 |
| rherman@hhkc.com | andy.birchfield@beasleyallen.com |

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $1,750,000.00 |
|---|---|

Response to Recommended Award: Check only one of the following:

☑ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award: $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | | Date | 2 / 1 /2011 |
|---|---|---|---|
| | | | (month) (day) (year) |

| Printed Name | First David | MI P. | Last Matthews |
|---|---|---|---|

| Firm Name | Matthews & Associates |
|---|---|

#379620

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $14,561.47 |
|---|---|

Response to Recommended Award:  Check only one of the following:

☒  I accept the Recommended Award as my award of common benefit fees.

☐  I object to the Recommended Award and request this amount as my award:  $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | | Date | 12 / 3 / 2010 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First Joseph | MI R | Last Alexander, Jr |
| Firm Name | Mithoff Law Firm | | |

#379620

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010.**
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010,** to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $1,450,000.00 |
|---|---|

Response to Recommended Award: Check only one of the following:

☑ ✱ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award:   $ 

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | | | Date | 1 / 11 / 11 (month) (day) (year) |
|---|---|---|---|---|
| **Printed Name** | First Richard | MI J. | Last | Arsenault |
| **Firm Name** | Neblett, Beard & Arsenault | | | |

✱I accept the recommended award with the understanding reflected in the attached January 6, 2011 email string that I am waiving my interest in the contract labor included in my submission and the Fee Allocation Committee will deal directly with the remaining five law firms in connection with their interest in that contract labor submission.

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

| | |
|---|---|
| Russ M. Herman | Andy Birchfield |
| Chair of the Fee Allocation Committee | Secretary of the Fee Allocation Committee |
| 820 O'Keefe Avenue | 218 Commerce Street |
| New Orleans, LA 70113 | Montgomery, AL 36104 |
| rherman@hhkc.com | andy.birchfield@beasleyallen.com |

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $1,638,165.9 |
|---|---|

Response to Recommended Award: Check only one of the following:

[X]  I accept the Recommended Award as my award of common benefit fees.

[ ]  I object to the Recommended Award and request this amount as my award:  $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | | Date | 12 / 06 /2010 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First BRIAN | MI J. | Last PANISH |
| Firm Name | ~~Panish & Shea~~ PANISH, SHEA & BOYLE, LLP | | |

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $14,561.47 |
|---|---|

Response to Recommended Award: Check only one of the following:

☒ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award: $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | _signature_ | Date | 12 / 06 / 10 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First William | MI N. | Last Riley |
| Firm Name | Price Waicukauski & Riley, LLC | | |

#379620



# RICHARDSON, PATRICK, WESTBROOK & BRICKMAN, LLC

James C. Bradley
Michael J. Brickman
Elizabeth Middleton Burke
J. David Butler
Aaron R. Dias
Jerry Hudson Evans
Nina H. Fields
Thomas P. Gressette, Jr.
H. Blair Hahn
Daniel S. Haltiwanger
Matthew D. Hamrick
David Hendricks
Gregory A. Lofstead
Christiaan A. Marcum
Katie McElveen
Christopher J. Moore
Daniel O. Myers
Karl E. Novak
Kimberly Keevers Palmer
Charles W. Patrick, Jr.
Terry E. Richardson, Jr.
Thomas D. Rogers
A. Hoyt Rowell, III
Brady R. Thomas
T. Christopher Tuck
James L. Ward, Jr.
Edward J. Westbrook
Kenneth J. Wilson
Robert S. Wood

Of Counsel:
Gordon C. Rhea (CA, DC & USVI only)
James H. Rion, Jr.
Howard Siegel (DC & MD only)
David L. Suggs (MN & NY only)
Robert M. Turkewitz

Elizabeth Middleton Burke
843.727.6659 Direct Dial
843.727.6642 Direct Facsimile
bburke@rpwb.com

December 7, 2010

**Via FedEx Overnight and E-Mail**

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

Re:   Vioxx MDL 1657
      Common Benefit Fees Award

Gentlemen:

Enclosed please find the executed Common Benefit Fees Award Form. On behalf of Richardson, Patrick, Westbrook, & Brickman, LLC, I have accepted the Fee Allocation Committee's recommended fee of $14,561.47 in the Vioxx MDL 1657. Should you have any questions or concerns, please feel free to contact me at 843-727-6659 or bburke@rpwb.com.

Sincerely,

Elizabeth Middleton Burke

EMB/cws
Enclosure

1037 CHUCK DAWLEY BLVD, BLDG-A, MT. PLEASANT SC 29464   P.O. BOX 1007, MT. PLEASANT SC 29465   PH: 843.727.6500   FAX: 843.216.6509   WWW.RPWB.COM
Offices in Barnwell, SC, Charleston, SC & Mt. Pleasant, SC                    ATTORNEYS ALSO LICENSED IN  CA, DC, FL, GA, KS, MD, MI, MN, MO, NC, NY, TX, US-VI & WI

FAC Resp. Exhibit K -- 60

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $14,561.47 |
|---|---|

Response to Recommended Award: Check only one of the following:

☑ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award: $ 

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *Elizabeth M. Burke* | Date | 12 / 3 /2010 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First Elizabeth | MI M. | Last Burke |
| Firm Name | Richardson, Patrick, Westbrook & Brickman | | |

#379620



**RICHARDSON, PATRICK, WESTBROOK & BRICKMAN, LLC**

James C. Bradley
Michael J. Brickman
Elizabeth Middleton Burke
J. David Butler
Aaron R. Dias
Jerry Hudson Evans
Nina H. Fields
Thomas P. Gressette, Jr.
H. Blair Hahn
Daniel S. Haltiwanger
Matthew D. Hamrick
David Hendricks
Gregory A. Lofstead
Christiaan A. Marcum
Katie McElveen
Christopher J. Moore
Daniel O. Myers
Karl E. Novak
Kimberly Keevers Palmer
Charles W. Patrick, Jr.
Terry E. Richardson, Jr.
Thomas D. Rogers
A. Hoyt Rowell, III
Brady R. Thomas
T. Christopher Tuck
James L. Ward, Jr.
Edward J. Westbrook
Kenneth J. Wilson
Robert S. Wood

Of Counsel:
Gordon C. Rhea (CA, DC & USVI only)
James H. Rion, Jr.
Howard Siegel (DC & MD only)
David L. Suggs (MN & NY only)
Robert M. Turkewitz

Elizabeth Middleton Burke
843.727.6659 Direct Dial
843.727.6642 Direct Facsimile
bburke@rpwb.com

December 7, 2010

**Via FedEx Overnight and E-Mail**
Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

Re:    Vioxx MDL 1657
       Common Benefit Fees Award

Gentlemen:

Enclosed please find the executed Common Benefit Fees Award Form.  On behalf of Richardson, Patrick, Westbrook, & Brickman, LLC, I have accepted the Fee Allocation Committee's recommended fee of $14,561.47 in the Vioxx MDL 1657.  Should you have any questions or concerns, please feel free to contact me at 843-727-6659 or bburke@rpwb.com.

Sincerely,

Elizabeth Middleton Burke

EMB/cws
Enclosure

1037 CHUCK DAWLEY BLVD, BLDG-A, MT. PLEASANT SC 29464   P.O. BOX 1007, MT. PLEASANT SC 29465   PH: 843.727.6500   FAX: 843.216.6509   WWW.RPWB.COM
Offices in Barnwell, SC, Charleston, SC & Mt. Pleasant, SC                                    ATTORNEYS ALSO LICENSED IN: CA, DC, FL, GA, KS, MD, MI, MN, MO, NC, NY, TX, US-VI & WI

FAC Resp. Exhibit K -- 62

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $14,561.47 |
|---|---|

Response to Recommended Award: Check only one of the following:

☑ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award:   $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *Elizabeth M. Burke* | Date | 12 / 3 / 2010 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First *Elizabeth* MI *M.* Last *Burke* | | |
| Firm Name | Richardson, Patrick, Westbrook & Brickman | | |

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA  70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL  36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $29,122.95 |
|---|---|

Response to Recommended Award:  Check only one of the following:

☒　I accept the Recommended Award as my award of common benefit fees.

☐　I object to the Recommended Award and request this amount as my award:　$

(NOTE:  You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *T. [signature]* | | Date | 12 / 3 / 10 (month) (day) (year) |
|---|---|---|---|---|
| Printed Name | First  *ROBERT* | MI  *M.* | Last  *Becnel* | |
| Firm Name | Robert M. Becnel | | | |

#379620

**LAW OFFICES OF ROBERT M. BECNEL**
425 West Airline Highway
Suite B
LaPlace, Louisiana 70068
Telephone: 985-359-6100 / Fax: 985-651-6104

**ROBERT M. BECNEL**

Of Counsel:
**DIANE K. ZINK**

December 4, 2010

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104

Re:    Vioxx - MDL 1657

Dear Mr. Birchfield:

Enclosed please find my acceptance of the Common Benefit Fees Award Form regarding the Vioxx Settlement Agreement.

Sincerely,

Robert M. Becnel

RMB/ab
Enclosure

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 15, 2010.**
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email and (2) mail or overnight delivery no later than **December 15, 2010,** to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RESPONSE TO RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $ 14,561.47 |
|---|---|

Response to Recommended Award: Check only one of the following:

☑ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award:  $

(NOTE: You must attach an Objection stating in detail the basis for the objection and the award requested.)

### SIGNATURE

| Signature | NANMismash | | Date | 12 / 15 / 2016 (month) (day) (year) |
|---|---|---|---|---|
| Printed Name | First Nancy | MI A. | Last Mismash | |
| ‛m Name | Robert J Debry | | | |

#379620

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. T he Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.

2. T he Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").

3. Pur suant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.

4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.

5. If y ou object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.

6. Si gn this Form in the appropriate space in Section C below.

7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

| | |
|---|---|
| Russ M. Herman | Andy Birchfield |
| Chair of the Fee Allocation Committee | Secretary of the Fee Allocation Committee |
| 820 O'Keefe Avenue | 218 Commerce Street |
| New Orleans, LA 70113 | Montgomery, AL 36104 |
| rherman@hhkc.com | andy.birchfield@beasleyallen.com |

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $850,000.00 |
|---|---|

Response to Recommended Award: Check only one of the following:

[X]  I accept the Recommended Award as my award of common benefit fees.

[ ]  I object to the Recommended Award and request this amount as my award:   $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *Gary Wilson* | Date | 12 / 22 / 10 (month) (day) (year) |
|---|---|---|---|
| **Printed Name** | First  Gary | MI  L. | Last  Wilson |
| **Firm Name** | Robins, Kaplan, Miller & Ciresi L.L.P. | | |

#379620

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $6,000,000.00 |
| --- | --- |

Response to Recommended Award:  Check only one of the following:

☑  I accept the Recommended Award as my award of common benefit fees.

☐  I object to the Recommended Award and request this amount as my award:   $ _____

(NOTE:  You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *Mark P. Robinson, Jr.* | Date | 12 / 21 / 10 (month) (day) (year) |
| --- | --- | --- | --- |
| Printed Name | First MARK | MI P | Last ROBINSON |
| Firm Name | **Robinson, Calcagnie & Robinson** | | |

| COMMON BENEFIT FEES AWARD FORM |
|---|
| **A. INSTRUCTIONS** |

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

| **B. RECOMMENDED AWARD AND RESPONSE** | |
|---|---|
| **Recommended Award:** | $14,561.47 |

Response to Recommended Award:  Check only one of the following:

☒ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award: $ _____

(NOTE:  You must attach an Objection stating in detail the basis of the objection and for the award requested.)

| **C. SIGNATURE** | | | | |
|---|---|---|---|---|
| **Signature** | *(signature)* | | Date | 12/3/2010 (month) (day) (year) |
| **Printed Name** | First Marc | MI | Last Grossman | |
| **Firm Name** | Sanders Viener Grossman, LLP | | | |

#379620

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

| | |
|---|---|
| Russ M. Herman | Andy Birchfield |
| Chair of the Fee Allocation Committee | Secretary of the Fee Allocation Committee |
| 820 O'Keefe Avenue | 218 Commerce Street |
| New Orleans, LA 70113 | Montgomery, AL 36104 |
| rherman@hhkc.com | andy.birchfield@beasleyallen.com |

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $40,954,147.54 |
|---|---|

Response to Recommended Award: Check only one of the following:

☒ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award: $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | | Date | 12 / 3 / 10 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First Christopher | MI A | Last Seeger |
| Firm Name | Seeger Weiss LLP | | |

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010.**
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010,** to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $6,795,354.85 |
| --- | --- |

Response to Recommended Award: Check only one of the following:

☑ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award: $

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | _Shelc. Sl_ | Date | 12 / 6 / 2010 |
| --- | --- | --- | --- |
| | | | (month) (day) (year) |
| Printed Name | First Shelly | MI A. | Last SANFORD |
| Firm Name | Sanford, Shelly A., PLLC | | |

LOUIS T. SILVERMAN*
LEONARD V. FODERA
DAVID J. ALEXANDER*

ALLISON LONG*
JOHN R. TROTMAN, JR.*
ANDREW SCHNEIDER
MICHAEL P. LALLI*

*ALSO MEMBER NJ BAR

**SILVERMAN**
**& FODERA**
A PROFESSIONAL
CORPORATION

**ATTORNEYS-AT-LAW**

**1835 MARKET STREET, SUITE 2600**
**PHILADELPHIA, PENNSYLVANIA 19103-2968**

INTERNET ADDRESS:
http://www.civilrights.com

REPLY TO:

December 3, 2010

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
281 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

RE:   **Vioxx Common Benefit Fees**
**Silverman & Fodera, P.C.**
**Submitting Award Form**

Dear Messrs. Herman and Birchfield:

Enclosed please find Silverman & Fodera, P.C.'s Common Benefit Fees Award Form accepting the recommendation of the Fee Allocation Committee.

Thank you for your attention to this matter.   If you have any questions, do not hesitate to contact me.

Sincerely,

Leonard Fodera

LF/ml.
Enc.

*Via regular mail and email*

FAC Resp. Exhibit K -- 72

TELEPHONE: 215.561.2100   •   FACSIMILE: 215.561.0190

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days.  Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA  70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL  36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $72,807.37 |
| --- | --- |

Response to Recommended Award:  Check only one of the following:

[X]   I accept the Recommended Award as my award of common benefit fees.

[ ]   I object to the Recommended Award and request this amount as my award:   $ _____

(NOTE:  You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | _(signature)_ | | Date | 12 / 03 / 2010 (month) (day) (year) |
| --- | --- | --- | --- | --- |
| Printed Name | First  Leonard | MI  V | Last  Fodera | |
| Firm Name | Silverman & Fodera | | | |

| COMMON BENEFIT FEES AWARD FORM |
|---|

| A. INSTRUCTIONS |
|---|

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

| Russ M. Herman | Andy Birchfield |
|---|---|
| Chair of the Fee Allocation Committee | Secretary of the Fee Allocation Committee |
| 820 O'Keefe Avenue | 218 Commerce Street |
| New Orleans, LA  70113 | Montgomery, AL  36104 |
| rherman@hhkc.com | andy.birchfield@beasleyallen.com |

| B. RECOMMENDED AWARD AND RESPONSE |
|---|

| Recommended Award: | $157,749.31 |
|---|---|

Response to Recommended Award:  Check only one of the following:

☑ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award: $

(NOTE:  You must attach an Objection stating in detail the basis of the objection and for the award requested.)

| C. SIGNATURE | | | | |
|---|---|---|---|---|
| Signature | | | Date | 12 / 15 / 10 (month) (day) (year) |
| Printed Name | First Willie | MI | Last Singleton | |
| Firm Name | Singleton Law Firm | | | |

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $1350.00 |
|---|---|

Response to Recommended Award:  Check only one of the following:

☒   I accept the Recommended Award as my award of common benefit fees.

☐   I object to the Recommended Award and request this amount as my award:   $ _____

(NOTE:  You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *[signature]* | Date | 12 / 30 / 10 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First: Ted | MI: M | Last: Kanner |
| Firm Name | The Ted Kanner Law Office | | |

#379620

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA  70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL  36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $0.00 |
|---|---|

Response to Recommended Award:  Check only one of the following:

☒   I accept the Recommended Award as my award of common benefit fees.

☐   I object to the Recommended Award and request this amount as my award: $ _____

(NOTE:  You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *[signature]* | Date | 12 / 3 / 10 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First NEAL | MI L | Last MOSKOW |
| Firm Name | Ury & Moskow LLC | | |

#379620

| COMMON BENEFIT FEES AWARD FORM |
|---|

## A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA  70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL  36104
andy.birchfield@beasleyallen.com

## B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $20,022,027.68 |
|---|---|

Response to Recommended Award:  Check only one of the following:

☒   I accept the Recommended Award as my award of common benefit fees.

☐   I object to the Recommended Award and request this amount as my award:  $ _____

(NOTE:  You must attach an Objection stating in detail the basis of the objection and for the award requested.)

## C. SIGNATURE

| Signature | *(signature)* | | Date | 12 / 5 / 10<br>(month)  (day)  (year) |
|---|---|---|---|---|
| Printed Name | First<br>PERRY | MI | Last<br>WEITZ | |
| Firm Name | Weitz & Luxenberg, P.C. | | | |

#379620

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $160,000.00 |
| --- | --- |

Response to Recommended Award:  Check only one of the following:

☒ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award:   $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *[signature]* | Date | 1 / 28 / 11 <br> (month) (day) (year) |
| --- | --- | --- | --- |
| Printed Name | First | MI | Last |
| | J. | Stewart | White |
| Firm Name | White Meany & Wetherall | | |

#379620

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $43,684.42 |
|---|---|

Response to Recommended Award: Check only one of the following:

[X]   I accept the Recommended Award as my award of common benefit fees.

[ ]   I object to the Recommended Award and request this amount as my award: $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | | Date | 12 / 7 / 2010 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First: *Clarence* | MI: *M* | Last: *Whitehead* |
| Firm Name | Whitehead Law Firm | | |

#379620

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $14,561.47 |
|---|---|

Response to Recommended Award: Check only one of the following:

[X] I accept the Recommended Award as my award of common benefit fees.

[ ] I object to the Recommended Award and request this amount as my award: $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *Kim A. Williams* | Date | 12 / 02 / 2010 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First *Kim* | MI *A* | Last *Williams* |
| Firm Name | Williamson & Williams | | |

#379620

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

| | |
|---|---|
| Russ M. Herman | Andy Birchfield |
| Chair of the Fee Allocation Committee | Secretary of the Fee Allocation Committee |
| 820 O'Keefe Avenue | 218 Commerce Street |
| New Orleans, LA 70113 | Montgomery, AL 36104 |
| rherman@hhkc.com | andy.birchfield@beasleyallen.com |

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $580.00 |
|---|---|

Response to Recommended Award: Check only one of the following:

☒ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award: $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *DWold* | Date | 12 / 28 / 10 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First DOUGLAS | MI J. | Last Wold |
| Firm Name | Wold Law Firm, P.C. | | |

#379620