**LOCKRIDGE GRINDAL NAUEN**
**P.L.L.P**
ATTORNEYS AT LAW
SUITE 2200
100 WASHINGTON AVENUE SOUTH
**MINNEAPOLIS, MINNESOTA 55401-2179**
TELEPHONE (612) 339-6900
FACSIMILE (612) 339-0981

SUITE 210
415 SECOND STREET N.E.
**WASHINGTON, D.C. 20002-4900**
TELEPHONE (202) 544-9840
FACSIMILE (202) 544-9850

WWW.LOCKLAW.COM

## FACSIMILE TRANSMITTAL SHEET

July 12, 2007
Page 1 of 2

| | |
|---|---|
| FROM: | Richard Lockridge |
| RE: FILE NO./NAME | 01100-0001 |
| TO: | (Operator – Send this facsimile to each individual listed below) |

| NAME: | FAX NUMBER: | PHONE NUMBER: |
|---|---|---|
| Russ Herman | 504-561-6024 | |

**COMMENTS/INSTRUCTIONS:**

| ORIGINAL TO FOLLOW BY MAIL: | NO |
|---|---|
| UPON FAX COMPLETION RETURN TO: | BME |
| RUSH OR CART ROUTE | R |

If you do not receive all pages indicated, please call (612) 339-6900 ext. 4057 for assistance. This is being transmitted on a Xerox Telefax 7021. Our telefax will receive documents automatically before, during and after office hours (8:00am – 5:30pm).

This information contained in this facsimile message is attorney-client privileged and confidential information intended only for the use of the individual or entity name above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone, and return the original message to us at the above address via the U.S. postal service.

**LOCKRIDGE GRINDAL NAUEN**
P.L.L.P.
ATTORNEYS AT LAW

SUITE 2200
100 WASHINGTON AVENUE SOUTH
MINNEAPOLIS, MINNESOTA 55401-2179

TELEPHONE (612) 339-6900
FACSIMILE (612) 339-0981

SUITE 210
415 SECOND STREET, N.E.
WASHINGTON, D.C. 20002-4900

TELEPHONE (202) 544-9840
FACSIMILE (202) 544-9850

WWW.LOCKLAW.COM

ROBERT J. SCHMIT
RICHARD A. LOCKRIDGE
CHARLES N. NAUEN*
H. THEODORE GRINDAL
W. JOSEPH BRUCKNER
CHRISTOPHER K. SANDBERG
J. MICHAEL SCHWARTZ
BERT BLACK**
HARRY E. GALLAHER
WILLIAM A. GENGLER
ERIC C. TOSTRUD*
ROBERT K. SHELQUIST
HENRI G. MINETTE
GREGG M. FISHBEIN
SUSAN E. ELLINGSTAD
KAREN HANSON RIEBEL
HEIDI M. SILTON
GREGORY J. MYERS

OF COUNSEL
DANIEL A. FARBER***
ELIZABETH A. SNELSON
BRADLEY W. ANDERSON
PATRICIA A. BLOODGOOD*

*ALSO ADMITTED IN WISCONSIN
**ALSO ADMITTED IN TEXAS
***ADMITTED IN WASHINGTON, D.C. ONLY

YVONNE M. FLAHERTY
DARLA JO BOGGS
LISA M. POLLARD****
DAVID J. ZOLL
NATHAN D. PROSSER
ELIZABETH R. ODETTE
DAVID W. ASP
R. REID LEBEAU II
CARMEN B. COPHER
SARAH M. RUSSELL

****ADMITTED IN NEW YORK ONLY

GOVERNMENT RELATIONS†
DENNIS M. MCGRANN
DOUG P. STANG
ALLYSON J. HARTLE
REBECCA K. KLETT
MATTHEW S. SCHAFER
ALAYNE M. FAIR
BRIAN M. WILLIAMS
MEGAN G. HELGE
EMILY J. GEHRMAN

† NON-ATTORNEY LOBBYISTS

July 12, 2007

**VIA FACSIMILE 504-561-6024**
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Re:   Vioxx and Bert Black

Dear Russ:

This is in response to your letter to Bert Black of July 10, 2007.

First, the e-mail that Mr. Black sent around was not authorized and most definitely does not reflect my views or those of anyone else in this firm.

Second, Mr. Black is leaving this firm forthwith.

Third, as I told you in the voice mail, I regret Mr. Black's ridiculous e-mail. I trust you will advise the PSC of our position and the fact that Mr. Black will no longer be part of our firm.

Best regards.

Very truly yours,

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

Richard A. Lockridge

RAL/bme

371291-1