**Exhibit 17.1.23**
**List of Excluded Persons**

1. Thomas Cona v. Merck & Co., Inc., Docket No. A-000077-07 T1, Superior Court of New Jersey, Appellate Division (Original Docket No. ATL-L-3553-05-MT)

2. Carol A. Ernst v. Merck & Co., Inc., Docket No. 14-06-00835-CV, State of Texas Court of Appeals for the Fourteenth Court of Appeals District (Original Docket No. 19961*BH02)

3. Ruby Ledbetter v. Merck & Co., Inc., Docket No. 14-07-0551-CV, State of Texas Court of Appeals for the Fourteenth Court of Appeals District (Original Docket No. 2005-58543, Master Docket No. 2005-59499)

4. John McDarby v. Merck & Co., Inc., Docket No. A-000076-07 T1, Superior Court of New Jersey, Appellate Division (Original Docket No. ATL-L-1296-05-MT)

5. Frederick Humeston v. Merck & Co., Inc., Docket No. ATL-L-2272-03-MT, presently venued in the Superior Court of New Jersey, Law Division, Atlantic County

6. Felicia Garza v. Merck & Co., Inc., No. 04-07-00234-CV, State of Texas Court of Appeals For the Fourth Court of Appeals District (Original Docket No. DC-03-84, 229th Judicial District of Starr County, Texas)

7. Kathleen Hermans Messerschmidt v. Merck & Co., Inc., No. ATL-L-5520-05 MT, Superior Court of New Jersey, Law Division, Atlantic County