UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL CASES | * | MAG. JUDGE KNOWLES |
| FILER: Brian J. McCormick, Jr./Claudine Homolash | * | March 3, 2011 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR LEAVE TO FILE OBJECTION TO**
**FEE ALLOCATION OUT OF TIME**

NOW COME Brian J. McCormick, Jr. and Claudine Q. Homolash, counsel for Sheller, P.C., and move for leave to file an objection to the Fee Allocation Committee's recommendation on behalf of Sheller, P.C. for the reasons set forth in the accompanying memorandum.

Respectfully submitted,

/s/ Brian J. McCormick, Jr.
Brian J. McCormick, Jr.
Claudine Q. Homolash
SHELLER, P.C.
1528 Walnut St.
3rd Floor
Philadelphia, PA  19102
(215) 790-7300  office
(215) 546-0942  fax
bjmccormick@sheller.com
chomolash@sheller.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion for Leave to File Objection to Fee Allocation Out of Time has been served on co-lead counsel Russ Herman and Christopher Seeger, and Liaison Counsel, Andy Birchfield, as well as Defendant's Liaison Counsel Phillip Wittman, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to Lexis Nexis File and Serve Advanced in accordance with Pre-trial Order No. 8, on this date, March 3, 2011.

/s/ Robert E. Arceneaux