**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

_____

In Re:  VIOXX                                    :
                                                       :          **MDL Docket NO. 1657**
**PRODUCTS LIABILITY LITIGATION** :
                                                       :          **SECTION L**
                                                       :
**This document relates to ALL ACTIONS** :          **JUDGE FALLON**
                                                       :          **MAG. JUDGE KNOWLES**
_____:

<u>**ORDER**</u>

Considering the foregoing Motion and Incorporated Memorandum for Additional Pages

for the Fee Allocation Committee's Response to Objections to Recommended Common Benefit

Fee Allocation,

**IT IS ORDERED** that the Fee Allocation Committee be and is hereby granted an

additional twenty-seven (27) additional pages, for a total of  fifty-two (52) pages for its

Memorandum in Response to Objections to Recommended Common Benefit Fee Allocation.

**NEW ORLEANS, LOUISIANA,** this <u>4th</u> day of _____March_____, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE