**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

# VIOXX COMMON BENEFIT FEE ALLOCATION AFFIDAVITS - VOLUME 1

# **CONFIDENTIAL**

FAC Resp. Exhibit B -- 1

# VIOXX COMMON BENEFIT
# FEE ALLOCATION AFFIDAVITS

## Table of Contents

1. Alley Clark Greiwe & Fulmer

2. Anastopoulo & Clore

3. Ashcraft & Gerel

4. Audet & Partners

5. Aylstock Witkin Kreis & Overholtz

6. Barrios Kingsdorf & Casteix

7. Beasley Allen Crow Methvin Portis & Miles

8. Becnel Law Firm

9. Robert M. Becnel

10. Bencomo & Associates

11. Blizzard McCarthy & Nabers

12. Brown & Crouppen

13. Law Office of Joseph M. Bruno

14. Burg Simpson Eldredge Hersh & Jardine

15. Rebecca Ann Cunard

16. Douglas & London

17. Escobedo Tippit & Cardenas

18. Fibich Hampton & Leebron

19. Gainsburgh Benjamin

20. Gancedo & Nieves

21. Gianni Petoyan

22. Heins Mills & Olson

23. Herman Herman Katz & Cotlar

24. Hovde Dassow & Deets

25. Irpino Law Firm

26. Khorrami Pollard & Abir

27. Kline & Specter

28. Lanier Law Firm

29. Lieff Cabraser Heimann & Bernstein

30. Levin Fishbein Sedran & Berman

31. Levin Papantonio Thomas Mitchell Echsner & Proctor

32. Lewis & Roberts

33. Lockridge Grindal Nauen

34. Lopez Hodes Restaino Milman & Skikos

1

| | | | | |
|---|---|---|---|---|
| 35. | Lowe Law Firm | | 45. | Shelly A. Sanford / Carlene Lewis |
| 36. | Lundy & Davis | | 46. | Seeger Weiss |
| 37. | Martin & Jones | | 47. | Sheller Law Offices |
| 38. | Matthews & Associates | | 48. | Snapka Law Firm |
| 39. | Morelli Ratner | | 49. | Vioxx Litigation Consortium |
| 40. | Motley Rice | | 50. | Weitz & Luxemberg |
| 41. | Murray Lw Firm | | 51. | Williamson & Williams |
| 42. | Neblett Beard & Arsenault | | 52. | White Meany & Wetherall |
| 43. | Panish Shea & Boyle | | 53. | Zimmerman & Reed |
| 44. | Roda Nast | | 54. | Robinson Calcagnie & Robinson |

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

In Re: VIOXX
PRODUCTS LIABILITY LITIGATION

MDL NO. 1657
SECTION L
JUDGE FALLON
MAG. JUDGE KNOWLES

## AFFIDAVIT OF COMPLIANCE WITH PRE-TRIAL ORDER 6(D)

Pursuant to the directions and requirements of Pre-Trial Order 6(D) the law firm

of Alley Clark Greiwe & Fulmer, 701 E Washington Street, Tampa, FL 33602 submits

this Affidavit to the Allocation Committee in support of its application for attorneys' fees

and costs advanced in VIOXX® Products Liability Litigation.

    1.    The undersigned, James D. Clark, Attorney at Law, is a partner in the law

firm of Alley Clark Greiwe & Fulmer and is personally familiar with those matters and

facts set forth in this Affidavit.

    2.    After being duly sworn, James D. Clark, states the following:

    a.    During September and October, 2007, I was a member of the primary trial team presenting evidence at the bellwether trial styled Refic Kozic v. Merck & Co. Inc., pending in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida. The Kozic case was the only case tried to verdict in the State of Florida and presented for determination certain first impression issues which were anticipated to establish parameters or thresholds for future trials and/or future global settlement discussions. Examples of specific issues presented by the Kozic case included, but were not limited to, the following:  1) short term usage issues (Kozic's use was approximate 9 weeks) 2) prescription and medication supply issues (Kozic had no written prescriptions and was supplied with VIOXX® samples only, 3) the absence of previously documented cardiac issues ( Kozic was a former professional athlete with no known prior cardiac issues) and 4) exercise induced MI (Kozic's MI was within minutes following participation in rigorous physical activity).

b.    The primary trial team presenting the case at the trial included Alley Clark Greiwe & Fulmer partners James D. Clark and Donald G. Greiwe and Levin, Papantonio partners Troy Rafferty and Pete Kaufman. Trial responsibilities were divided among the team along lines of generic versus case specific evidence and testimony.  The co-counsel relationship between the two (2) law firms was established approximately one (1) year prior to the actual trial.

c.    Although significant preliminary discovery had been completed during calendar years 2005 and 2006, the latter part of 2006 and 2007 saw unprecedented commitments of time and resources directed to moving the Kozic case toward trial.  Case specific experts for Kozic as well as case specific experts for the Defense were vetted and/or prepared.  Additionally, Kozic's primary treating physicians were consulted, conferenced and prepared.

d.    Notably, during the time Kozic was prescribed and supplied VIOXX®, he was employed by Tampa Medical Group as a records historian/custodian.  Mr. Kozic's employer, Tampa Medical Group, was found to be a significant contributor in multiple clinical trials for multiple pharmaceutical manufacturers. Specifically, investigation revealed that Tampa Medical Group conducted multiple clinical trials under contract with Merck & Company, Inc. in which VIOXX® was the product.  Additionally, the physicians of Tampa Medical Group were not only Mr. Kozic's employers but were the physicians that examined, treated, prescribed and supplied VIOXX® to him.  These facts and the issues relating to these facts lead to the discovery and examination of thousands of pages of documents exchanged between Merck & Co. Inc. and Tampa Medical Group relative to the clinical trials conducted by Tampa Medical Group.

e.    Alley Clark Greiwe & Fulmer partners James D. Clark and Donald G. Greiwe have a combined total of more than 60 years of trial experience and have tried to verdict more than 100 cases each. The experience and the insight brought to the trial by Alley Clark Greiwe & Fulmer through its partners cannot be and should not be underestimated. Mr. Clark and Mr. Greiwe were "hands on" when preparing and conferencing with not only case specific expert witnesses and treating physicians, but also conferencing and preparing lay witnesses that included Mr. Kozic's family members, acquaintances, and long time friends.

f.   The level of preparation and the commitment to learning the case is exemplified by Mr. Clark's travel to Houston, Texas for a week to observe the trial and unobtrusively interact with the participants in the trial in the MDL case of <u>Irvin v. Merck & Co. Inc</u>. Alley Clark Greiwe and Fulmer's commitment to the VIOXX® product liability litigation never wavered during the entire course of the litigation.  Indeed, the Kozic trial was the last trial before the announcement of the subject global settlement. The firm had been committed to the litigation from the outset. Notably, and as an example of the firm's commitment, was the fact that <u>Kozic vs. Merck & Co., Inc</u>. had been commenced as a civil action in the state courts of Florida before VIOXX® was even withdrawn from the market. Our firm's commitment to the <u>Kozic</u> case and the approximately 100 other COX-II cases filed on behalf of our other clients never wavered.

g.   Indeed, although presently "stayed", Mr. Kozic's case remains under appeal pending final resolution of his claim in the global settlement.

h.   The costs advanced by Alley Clark Greiwe & Fulmer offer further support for firm's commitment to VIOXX® Products Liability Litigation and cannot be minimized.

FURTHER AFFIANT SAYETH NOT

_____
James D. Clark

Sworn to and subscribed before me this **30th** day of **Oct**_____, 2008.

JACKLYN S. HAYTREAD
MY COMMISSION # DD 542532
EXPIRES: June 16, 2011
Bonded Thru Notary Public Underwriters

_____
NOTARY PUBLIC
State of Florida
My Commission Expires:

# ANASTOPOULO & CLORE, LLC

**ATTORNEYS AT LAW**

706 ORLEANS ROAD
CHARLESTON, SOUTH CAROLINA 29407
TELEPHONE: (843) 722-8070
TOLL FREE: (800) 610-2546
FACSIMILE: (843) 722-9881

AKIM A. ANASTOPOULO (SC)
CONSTANCE A. ANASTOPOULO (SC)
SAMUEL K. ALLEN (DC, SC)
JOHN P. HAYES (MI, NC, OK, PA, SC)

MARK D. CLORE (DC, GA, NC, OK, SC, TX) ▲★◆
ROBERT A. BERRY (SC, TX) ▲
ERIC S. BROCK (GA, SC)

▲ BOARD CERTIFIED PERSONAL INJURY TRIAL LAW, TEXAS BOARD OF LEGAL SPECIALIZATION
★ CERTIFIED CIVIL TRIAL LAW, NATIONAL BOARD OF TRIAL ADVOCACY
◆ DIPLOMAT, MEDICAL PROFESSIONAL LIABILITY, AMERICAN BOARD OF PROFESSIONAL LIABILITY ATTORNEYS
+ OF COUNSEL

October 29, 2008

**Via Email: vioxxmdl@hhkc.com**
Russ Hermann, Esq.
Leonard A. Davis
Herman, Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orleans, LA 70113

**Via Email: vioxxmdl@wdco.biz**
Clifton W. Newlin, CPA
Kristina Megna, CPA
Phillip Gattrett, CPA
Wegmann-Dazat
111 Veterans Blvd, Suite 1660
Metairie, LA 70005

Re:   MDL No. 1657-Section L
      In Re:  Vioxx Products Liability Litigation
      Expenses and Time Records

Dear Allocation Committee:

Please find the below listed items including Anastopoulo & Clore, LLC corrected
time and cost submissions for consideration by the Allocation Committee.

1.   The Affidavit of Common benefit effort according to PTO6(d);
2.   Wegmann Dazet & Company Correspondence regarding previously submitted
     cost request;
3.   Wegmann Dazet & Company Correspondence regarding previously submitted
     time reimbursement request;
4.   Supporting documentation for some of the previously submitted cost;
5.   Corrected time logs and verification forms for previously submitted time logs;
6.   Wegmann Dazet & Company Correspondence regarding request for
     previously submitted time that was incurred prior to April 8, 2005

The Anastopoulo & Clore, LLC would request that our common benefit time and cost
be considered by the committee as outlined in attached exhibits.  If I can be of any further

**ADDITIONAL OFFICES**
COLUMBIA, SOUTH CAROLINA • FLORENCE, SOUTH CAROLINA • GREENVILLE, SOUTH CAROLINA
AUGUSTA, GEORGIA • ASHEVILLE, NORTH CAROLINA

FAC Resp. Exhibit B -- 7

October 29, 2008
Page 2 of 2

assistance please contact my office.  Thank you for your consideration of our common benefit contributions.

Very truly yours,

ANASTOPOULO & CLORE, LLC

Samuel K. Allen

SKA/jak
Enclosures:  As above stated.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | § | **MDL Docket No. 1657** |
| | § | |
| **Products Liability Litigation** | § | **MDL 1657** |
| | § | |
| **IN RE VIOXX CASES** | § | **SECTION L** |
| | § | |
| _____ | § | JUDGE FALLON |
| | § | MAG. JUDGE KNOWLES |
| | § | |
| | § | **AFFIDAVIT** |
| | § | |
| | § | |

### SAMUAL K. ALLEN, MEMBER OF ANASTOPOULO & CLORE, LLC, ALLOCATION OF COMMON BENEFIT AWARD AFFIDAVIT

**RECORDS PERTAINING TO:  Anastopoulo & Clore, LLC**

**BEFORE ME,** the undersigned notary, on this day, personally appeared **SAMUEL K. ALLEN, ESQUIRE,** a person whose identity is known to me.  After I administered an oath to him, upon his oath, he said:

1.     My name is **SAMUEL K. ALLEN, ESQUIRE**.  I am over eighteen (18) years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts stated herein and these facts are true and correct to the best of my knowledge and belief.

2.     I am an attorney with Anastopoulo & Clore, LLC who participated as a common benefit firm and made substantial contributions to the outcome of the Vioxx litigation as follows:

Anastopoulo & Clore, LLC was not a member of the PSC at the MDL or the Texas State Court Level.  We were asked to participate in the common benefit activities on a limited basis.  Our primarily role was at the Texas State Court level.  We were asked for three reasons:

a.     Anastopoulo & Clore, LLC has over 20 years of experience in Medical Negligence and Products liability work in the Texas State Court system that gave us great access to experts that otherwise would not be available for the Vioxx litigation;

1

b.      Anastopoulo & Clore, LLC had great success in locating top experts in the Baycol litigation. (Strong Case);

c.      After reviewing the proposed trial cases for Texas our case, *Colleen Reck, et al. vs. Merck & Company, Inc.* Cause No. 2006-12405, appeared to be one of the stronger death cases and was set on an advance trial scheduling order.

d.      Anastopoulo & Clore, LLC was able to substantially assist in these tasks. In June of 2006, the above mentioned *Reck* case was selected as the number one case for trial after completion of discovery in the Texas consolidated litigation. The partners of Anastopoulo & Clore, LLC were able to locate top experts to support the litigation.

e.      After the *Reck* case was selected for early trial by the Texas Consolidated PSC required our participation in extensive discovery, document review, and motions hearings. We made contributions to the OCR data base funding and dedicated staff to the review of documents for expert review packages.

f.      Our firm only selected a limited number of cases to prosecute based on a very strict review criteria. As such, we only retained 33 claimants/plaintiffs out of the hundreds potential cases reviewed. At the time the settlement was announced, I was very concerned that the cost and time incurred for the expert and document retention would unfairly prejudice our small number of clients. As such, I contacted members of the PSC at the MDL and TX state level about what options we would have for cost reimbursement.

e.      I was advised by members (Birchfield, Seeger, and Matthews) that PTO #6 would apply to all common benefit work including firms outside of the PSC named members. Not being a member of either PSC, Anastopoulo & Clore, LLC did not initially set up an accounting or time recording data base for PTO #6. Therefore, I have attempted to reconstruct the requested information. Our general coding system on providing accounting reports now reflects the coding for cost under PTO #6c for the limited common benefit expenses that were incurred. Although, most of our common benefit cost would be coded as shared cost they have all been held. I went forward with the coding as shared and held although reimbursement has not been requested until the conclusion of the litigation. Anastopoulo & Clore, LLC, like many of your firms, has vast hours and cost dedicated to our cases, but we did our best to only submit time/cost that was exclusively for the common benefit. If the common benefit could not be verified it was not submitted. Based on the delay in the coding process a large majority of our cost and time was not submitted because it could not be adequately documented after the fact.

f.      All the partners at Anastopoulo & Clore, LLC participated in some role in support of the Vioxx litigation. I believe that all cases that were developed for trial assisted in the ultimate resolution and those Plaintiffs should not bear an unfair cost load to their

2

exclusive detriment. Our firm had no filed cases prior to the withdrawal of Vioxx from the market, but had meetings and volunteered assistance with firms on the MDL and State court PSC in expert location. Our firm contributed to the OCR programs and expert retainers for the global benefit of the Vioxx litigation.

g.      No member of the Anastopoulo & Clore, LLC firm would profess to have contributed more than other members of the PSC at the MDL or State level. Anastopoulo & Clore, LLC did attempt to prosecute the Vioxx claims as effectively as possible in the MDL and Texas consolidated litigation. We ask your consideration of our cost and time accounting.

I certify under penalty of perjury that the foregoing is true and correct.

SIGNED this 29 day of October , 2008.

_____
SAMUEL K. ALLEN Affiant

SWORN TO AND SUBSCRIBED before me on the 29 day of October

_____, 2008 which witness my hand and official seal of office.

NOTARY PUBLIC - STATE OF SOUTH CAROLINA

My Commission Expires
December 2, 2014

3



Clifton W. Newlin
Robert D. Watkins
Edward G. Berbuesse, Jr.
Jon S. Folse

WEGMANN DAZET & COMPANY
A PROFESSIONAL CORPORATION
CERTIFIED PUBLIC ACCOUNTANTS

Mark D. Bohnet

Lisa D. Englade
Kerney F. Craft, Jr.

Philip A. Garrett

October 27, 2008

Anastopoulo & Clore, LLC
706 Orleans Road
Charleston, SC 29407

Re:    MDL No. 1657-Section L
       In Re: Vioxx Products Liability Litigation

Dear Sir or Madam:

On September 15, 2008, the Court issued Pre-Trial Order 6(d). This Pre-Trial Order allows firms to submit time and expenses prior to the April 8, 2005 JPMDL transfer (see Footnote 5).

If you choose to submit time and expenses for any time and expenses incurred prior to April 8, 2005, you must do so within the next 10 days.

If you previously submitted pre-April 8, 2005 time and expenses and would like these to be considered for reimbursement, you can either resubmit for the period prior to April 8, 2005 or advise us, in writing, if you would like us to consider your previously submitted pre-April 8, 2005 time and expenses.

Please remember that all time and expense submissions should be made in accordance with Pre-Trial Order No. 6 that directs them to be submitted to: Plaintiff's Liaison Counsel, Russ M. Herman, c/o Herman, Herman, Katz and Cotlar, LLP, 820 O'Keefe Avenue, New Orleans, LA 70113, phone (504) 581-4892, fax (504) 561-6024, email: vioxxmdl@hhkc.com and a copy should be forwarded directly to Clifton W. Newlin, Wegmann Dazet & Company, 111 Veterans Boulevard, Suite 800, Metairie, LA 70005, email: vioxxmdl@wdco.biz or fax (504) 837-0856.

If you have any questions, please contact Kristine Megna or myself at (504) 837-8844.

Sincerely,

WEGMANN DAZET & COMPANY

Clifton W. Newlin, CPA

WEGMANN DAZET & COMPANY | A PROFESSIONAL CORPORATION | CERTIFIED PUBLIC ACCOUNTANTS
MEMBERS: AICPA PRIVATE COMPANIES PRACTICE SECTION | AN INDEPENDENT MEMBER OF THE BDO SEIDMAN ALLIANCE
NEW ORLEANS OFFICE | 111 VETERANS BLVD. | SUITE 800 | METAIRIE | LA 70005
NORTHSHORE OFFICE | 109 NEW CAMELLIA BLVD. | SUITE 106 | COVINGTON | LA 70433
(504) 837-8844 | FAX (504) 837-0856 | WWW.WDCO.BIZ

FAC Resp. Exhibit B -- 12

Clifton W. Newlin
Robert D. Watkins
Edward G. Berbuesse, Jr.
Jon S. Folse

Mark D. Bohnet

Lisa D. Englade
Kerney F. Craft, Jr.

Philip A. Garrett

**WEGMANN DAZET & COMPANY**
A PROFESSIONAL CORPORATION
CERTIFIED PUBLIC ACCOUNTANTS

October 3, 2008

Anastopoulo & Clore, LLC
706 Orleans Road
Charleston, SC 29407

Re: MDL 1657 Section L
*In Re:* Vioxx Liability Litigation

Sir or Madam:

Your submission of _____ Time, and/or √ Held Expenses for the month(s) of June 2004-2008 Shared Expenses is not in compliance with Vioxx Time and Expense Billing Guidelines. Your submission is being rejected for the following reason(s) checked below:

**Time Submitted:**

- ❏ Time prior to April 8, 2005 is not allowed.
- ❏ Time submitted is not related to matters common to <u>all</u> claimants.
- ❏ Time Record Summary form missing. See attached form titled "MDL 1657 Vioxx Products Liability Litigation Report of Member Firm Time."
- ❏ Time Record Summary form not authorized by senior partner.
- ❏ Time Record Summary form not recorded in quarter hour increments (i.e. .25, .50, .75).
- ❏ Daily time records not submitted.
- ❏ Daily time records not submitted in proper format. (i.e. Time records are to be submitted by month and by timekeeper.)
- ❏ Other:_____

**Costs Submitted:**

- ☒ Cost prior to April 8, 2005 is not allowed.
- ❏ Held costs submitted are not related to matters common to <u>all</u> claimants.
- ❏ Costs Record Summary form for held expenses missing. See form attached titled "MDL 1657 Vioxx Products Liability Litigation Common Held Costs and Expenses."
- ❏ Cost Record Summary form for held expenses not authorized by senior partner.
- ☒ Receipts and/or detailed costs support were not submitted please provide receipts to support check request form.

WEGMANN DAZET & COMPANY | A PROFESSIONAL CORPORATION | CERTIFIED PUBLIC ACCOUNTANTS
MEMBERS: AICPA PRIVATE COMPANIES PRACTICE SECTION | AN INDEPENDENT MEMBER OF THE BDO SEIDMAN ALLIANCE
NEW ORLEANS OFFICE | 111 VETERANS BLVD. | SUITE 800 | METAIRIE | LA 70005
NORTHSHORE OFFICE | 109 NEW CAMELLIA BLVD. | SUITE 106 | COVINGTON | LA 70433
(504) 837-8844 | FAX (504) 837-0856 | WWW.WDCO.BIZ

☐ Airfare not acceptable.  First class airfare shall only be allowed for cross-country flights in excess of four hours of non-stop flight time or international flights.  Reason for rejection:

_____

☐ Hotel rate greater than $250 per night or the **average** room rate of the Hyatt, Hilton and Marriott hotels in that city.

☑ Other: *Please seperate each shared POST Submissions by month. example (Jan. 1 - Jan 31 2006)*

_____

*Please correct and resubmit within 90 days.*

_____

**Vioxx Time and Expense Billing Guidelines were issued on April 8, 2005 in Pre-Trial Order #6.** This document sets forth the procedures and forms implemented by Plaintiffs' Liaison Counsel.  Please reference these guidelines for all submissions.  Only submissions for common MDL matters may be made.

**This will be your final notice.  If we don't receive a response within 90 days, we will assume a final acceptance on the approved portion of the submission only.  There will be no changes made after the 30 days have been expired.**  Our mailing address is Wegmann-Dazet & Company, 111 Veterans Memorial Blvd., Suite 800, Metairie, Louisiana, 70005 or you may email the information to vioxxmdl@wdco.biz.  If you have any questions, please contact Kristine Megna or myself at (504) 837-8844.

Very truly yours,

WEGMANN DAZET & COMPANY

*Clifton W. Newlin CPA/MR*

Clifton W. Newlin, CPA

Enclosure

Copy:   Leonard A. Davis
        Herman, Herman, Katz & Cotlar

Attachment "C"

**Reporting Period:**
From _10-1-06_
To _10-31-06_            Firm Name: _Anastopoulo & Clore, LLC_

| MDL 1657 – VIOXX PRODUCTS LIABILITY LITIGATION COMMON HELD COSTS AND EXPENSES FROM:            THROUGH: | |
|---|---|
| **CLIENT COSTS/EXPENSES** | **TOTAL** |
| Telefax charges | |
| Postage, shipping, courier, certified mail | |
| Printing and photocopying (in-house) | |
| Computerized research – Lexis/Westlaw | |
| Telephone – long distance (actual charges only) | |
| Travel | 2,441 00 |
| Secretarial and clerical overtime | |
| **TOTAL COSTS** | 2,441 00 |

*Please attach documentation for each expense reported.

I certify that these expenses are properly documented, complete and accurate and have been incurred for the common benefit.

_____            _10/29/2008_
Signature                         Date

# TRAVEL / AIR

Travel for two attorneys to motions for Defense's partial summary judgment motions in Houston and continue on to depositions for trial in Amarillo, Texas.

10 CARRIAGE LANE • CHARLESTON, SC 29407-6010
(843) 556-9051 abbotcarthilltravel.com
www.abbotcarthilltravel.com
Case 2:05-md-01657-EEF-DEK   Document 62659-2   Filed 03/04/11   Page 17 of 42

```
                                        171196  ITINERARY RECEIPT
                                                 PAGE NO. 1
                                                 PNR: 1P-NHL5ZP
                                                 BK-CB/89S



             ANASTOPOULO AND CLORE
             706 ORLEANS RD
             CHARLESTON SC 29407

   NAME : ALLEN/SAM


                                      ACCOUNT NO.        DATE
                                      8437228070         25OCT06


   * ELECTRONIC TICKET *  POSITIVE IDENTIFICATION REQUIRED AT CHECK-IN
   **REQUEST TERMS/CONDITIONS OF TRAVEL AND CARRIER LIABILITY NOTICES FROM
     TRAVEL AGENCY OR THE TRANSPORTING CARRIER.**
   RESTRICTIONS-NONREF/CHGFEEPLUSFAREDIF//CXL BY FLT TIME OR NOVALUE
   ISSUED BY-ABBOTT AND HILL TRAVEL CHARLESTON SC

   CO   DATE     CITY-AIRPORT         TIME     FLIGHT NBR/CLASS      ST SERV/AMNT
   --   -----    -----------          ----     ---------------      -- ---------
   A TU 31OCT LV CHARLESTON SC        815A    AMERICAN AIR  3550K OK
             AR DALLAS-FT WORTH       1020A   BAGS ALLOWED- 2PIECE    OSTOP ER4
             OPERATED BY AMERICAN EAGLE
                                      SEAT    15-B  **RESERVED**
                                              ALLEN/SAM
   NOT VALID FOR TRAVEL-BEFORE 31OCT/AFTER 31OCT

   A TU 31OCT LV DALLAS-FT WORTH      1145A   AMERICAN AIR  3477L OK
             AR AMARILLO             100P    BAGS ALLOWED- 2PIECE    OSTOP ER4
             OPERATED BY AMERICAN EAGLE
                                      SEAT    11-C  **RESERVED**
                                              ALLEN/SAM

   A FR 03NOV LV AMARILLO             740P    AMERICAN AIR  3352N OK
             AR DALLAS-FT WORTH       845P    BAGS ALLOWED- 2PIECE    OSTOP ERD
             OPERATED BY AMERICAN EAGLE
                                      SEAT    06-B  **RESERVED**
                                              ALLEN/SAM
   NOT VALID FOR TRAVEL-BEFORE 03NOV/AFTER 03NOV

   H FR 03NOV HYATT REGENCY DFW              CHECK IN- 03NOV FRI/15 00
             2334 N INTERNATIONAL PARKWAY   CHECK OUT-04NOV SAT/12 00
             DFW AIRPORT TX 75261           GUARANTEED TO CREDIT CARD-AX
             PHONE-1-972-4531234            FREE SHUTTLE SERVICE
             FAX-1-972-4560668
             CONFO-HY0063582109
                                                   RATE GUARANTEED-USD

             1 KING BED
             RATE INFO-EFF 03NOV06 179.00
             CANCEL RQRMTS-CANCEL BY 3PM CST 24 HOURS PRIOR TO ARRIVAL
             PERSONS INCLUDED IN RATE-1

   A SA 04NOV LV DALLAS-FT WORTH      700A    US AIRWAYS    1766N OK
             AR CHARLOTTE            1022A   BAGS ALLOWED- 2PIECE    OSTOP 733
   NOT VALID FOR TRAVEL-BEFORE 04NOV/AFTER 04NOV
```

```
                                     171196  ITINERARY RECEIPT
                                             PAGE NO. 2
                                             PNR: 1P-NHL5ZP
                                             BK-CB/89S


CO   DATE     CITY-AIRPORT         TIME     FLIGHT NBR/CLASS      ST SERV/AMNT

A SA 04NOV LV DALLAS-FT WORTH       700A    US AIRWAYS     1766N OK CONTINUED
   SEAT NOT AVAILABLE PLEASE CHECK WITH GATE AGENT FOR SEAT NUMBER


A SA 04NOV LV CHARLOTTE            1110A    US AIRWAYS       935N OK
           AR CHARLESTON SC       1207P     BAGS ALLOWED-- 2PIECE    OSTOP 733
                                  SEAT      18-D  **RESERVED**
                                            ALLEN/SAM
NOT VALID FOR TRAVEL-BEFORE 04NOV/AFTER 04NOV

PASSENGER                      TICKET NUMBER                AIR AMT
ALLEN/SAM                      E0017654014758--759          1190.50

          SERVICE FEE MCO:  8908122185288

                            AIR FARE            1071.64
                            TAX                  118.86
                            TOTAL AIR FARE      1190.50
                            SERVICE FEE           30.00
                            AMOUNT CHARGED      1220.50


THIS AMOUNT WILL BE CHARGED TO CREDIT CARD: AX XXXX XXXXXX X2002

PASSENGERS TRAVELING WITHIN THE USA REQUIRE PHOTO IDENTIFICATION
INTERNATIONAL TRAVELERS MUST HAVE PROPER PROOF OF CITIZENSHIP
CHECKED BAGGAGE ALLOWANCE IS 50 POUNDS PER PIECE
FAILURE TO CANCEL UNUSED TICKET WILL RESULT IN LOSS OF ITS VALUE

              THANK YOU FOR YOUR BUSINESS
```

Case 2:05-md-01657-EEF-DEK   Document 62659-2   Filed 03/04/11   Page 19 of 42

| | | |
|---|---|---|
| **AMERICAN EXPRESS** | Prepared for<br>MARK D CLORE<br>CLORE LAW FIRM | Account Number<br>XXXX-XXXXX5-82002    Closing Date<br>11/15/06    Page 3 of 6 |

## Due in Full continued

| | | Amount $ |
|---|---|---|
| 10/24/06 | TRAVEL AGENCY SERVICECHARLESTON SC<br>TKT# 8907650696479 VOIDED TKT | -30 00<br>Credit |

**10/24/06**   TRAVEL AGENCY SERVICECHARLESTON SC      30 00
TRAVEL AGENCY SERVICE FEE
Routing Details Not Available
Ticket Number: 8907650696478Z
Passenger Name. CLORE/MARK.D
Document Type: MISC CHARGE ORDER (MCO)/PREPAID TICKET AUTH.

**10/24/06**   TRAVEL AGENCY SERVICECHARLESTON SC      30 00
TRAVEL AGENCY SERVICE FEE
Routing Details Not Available
Ticket Number. 8907650696793
Passenger Name. ALLEN/SAM
Document Type. MISC CHARGE ORDER (MCO)/PREPAID TICKET AUTH.

**10/24/06**   CONTINENTAL AIRLINES CHARLESTON SC      837 20
CONTINENTAL AIRLINES

| From | To: | Carrier: | Class. |
|---|---|---|---|
| CHARLESTON SC | HOUSTON TX IAH | CO | H7 |
| | AMARILLO TX | CO | H7 |
| | HOUSTON TX IAH | CO | H7 |
| | CHARLESTON SC. | CO | H7 |

Ticket Number. 00576506964784    Date of Departure. 10/31
Passenger Name. CLORE/MARK.D
Document Type: PASSENGER TICKET

**10/24/06**   CONTINENTAL AIRLINES CHARLESTON SC      837.20
CONTINENTAL AIRLINES

| From | To | Carrier: | Class |
|---|---|---|---|
| CHARLESTON SC | HOUSTON TX IAH | CO | H7 |
| | AMARILLO TX | CO | H7 |
| | HOUSTON TX IAH | CO | H7 |
| | CHARLESTON SC | CO | H7 |

Ticket Number: 00576506964795    Date of Departure: 10/31
Passenger Name. ALLEN/SAM
Document Type: PASSENGER TICKET

**10/25/06**   AMERICAN AIRLINES CHARLESTON SC      1,190 50
AMERICAN AIRLINES

| From | To | Carrier: | Class |
|---|---|---|---|
| CHARLESTON SC | DALLAS/FT WORTH TX | AA | K3 |
| | AMARILLO TX | AA | L2 |
| | DALLAS/FT WORTH TX | AA | N7 |
| | CHARLOTTE NC | US | NA |

Ticket Number. 0017654014756O    Date of Departure. 10/31
Passenger Name. CLORE/MARK.D
Document Type PASSENGER TICKET

**10/25/06**   AMERICAN AIRLINES CHARLESTON SC      1,190 50
AMERICAN AIRLINES

| From. | To. | Carrier. | Class |
|---|---|---|---|
| CHARLESTON SC | DALLAS/FT WORTH TX | AA | K3 |
| | AMARILLO TX | AA | L2 |
| | DALLAS/FT WORTH TX | AA | N7 |
| | CHARLOTTE NC | US | NA |

Ticket Number. 0017654014758Z    Date of Departure. 10/31
Passenger Name. ALLEN/SAM
Document Type. PASSENGER TICKET

**10/25/06**   TRAVEL AGENCY SERVICECHARLESTON SC      30.00
TRAVEL AGENCY SERVICE FEE
Routing Details Not Available
Ticket Number 890765401475OO
Passenger Name. CLORE/MARK D
Document Type. MISC CHARGE ORDER (MCO)/PREPAID TICKET AUTH.

NOV.27'2006 13:40                                                    #0341 P.004/009

Prepared For                          Account Number                    Page 4 of 6
MARK D CLORE                          XXXX·XXXXX5-82002
CLORE LAW FIRM                                                          Amount $

**Due In Full continued**                                                    30.00

10/25/06   TRAVEL AGENCY SERVICECHARLESTON  SC
           TRAVEL AGENCY SERVICE FEE
           Routing Details Not Available
           Ticket Number: 89076540147582
           Passenger Name: ALLEN/SAM
           Document Type: MISC CHARGE ORDER (MCO)/PREPAID TICKET AUTH.          678.41

10/26/06   US AIRWAYS        CHARLESTON  SC
           US AIRWAYS
           From:              To:               Carrier      Class
           CHARLESTON SC      CHARLOTTE NC      US           WA
                              HOUSTON TX IAH    US           WA
                              CHARLESTON SC     CO           H7
                                                Date of Departure: 11/07
           Ticket Number: 03776540147892
           Passenger Name: ALLEN/SAM
           Document Type: PASSENGER TICKET                                      30.00

10/26/06   TRAVEL AGENCY SERVICECHARLESTON  SC
           TRAVEL AGENCY SERVICE FEE
           Routing Details Not Available
           Ticket Number: 89076540147896
           Passenger Name: ALLEN/SAM
           Document Type: MISC. CHARGE ORDER (MCO)/PREPAID TICKET AUTH          100.00

10/31/06   US AIRWAYS        CHARLESTON  SC
           US AIRWAYS
           From:              To:               Carrier:     Class
           CHARLESTON SC      CHARLOTTE NC      US           WA
                              HOUSTON TX IAH    US           WA
                              CHARLESTON SC     CO           H7
                                                Date of Departure: 11/07
           Ticket Number: 03776540148780
           Passenger Name: ALLEN/SAM
           Document Type: PASSENGER TICKET

Attachment "C"

**Reporting Period:**
From _12-1-2006_
To _12-31-2006_          Firm Name: _Anastopaulo & Clore, LLC_

| MDL 1657 - VIOXX PRODUCTS LIABILITY LITIGATION<br>COMMON HELD COSTS AND EXPENSES<br>FROM: _12-1-2006_   THROUGH: _12-31-2006_ | |
|---|---|
| **CLIENT COSTS/EXPENSES** | **TOTAL** |
| ~~Telefax charges~~ | |
| Postage, shipping, courier, certified mail | |
| Printing and photocopying (in-house) | |
| Computerized research - Lexis/Westlaw | |
| Telephone - long distance (actual charges only) | |
| Travel | |
| ~~Secretarial and clerical overtime~~ _Investigation Services_ | 1807 42 |
| **TOTAL COSTS** | 1807 42 |

*Please attach documentation for each expense reported.

I certify that these expenses are properly documented, complete and accurate and have been incurred for the common benefit.

_[signature]_                    _10/28/2008_
Signature                        Date

# INVESTIGATION SERVICES

Investigation services to locate Defendant employees/witnesses associated with marketing Vioxx to Doctors in the region.

# Statement

**Moritz & Associates, Inc.**
7026 Old Katy Road, Suite 103
Houston, TX 77024
(713) 263-1110
(713) 263-9989 Fax

| DATE |
|------|
| 12/1/2006 |

TO:
Anastopoulo & Clore, LLC
706 Orleans Rd.
Charleston, SC 29407

*ATTN: Gina —*
*(?) 223-4777*

| AMOUNT DUE | AMOUNT ENC. |
|------------|-------------|
| $1,807.47 | |

| DATE | TRANSACTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 10/09/2006 | Reck vs. Merck-<br>INV #9602. Due 10/09/2006. Orig. Amount $1,807.47. | 1,807.47 | 1,807.47 |

# PAST DUE

Tax ID Number 76-0559512

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | AMOUNT DUE |
|---------|--------------------|--------------------|--------------------|----------------------|------------|
| 0.00 | 0.00 | 1,807.47 | 0.00 | 0.00 | $1,807.47 |

*ANASTOPOULO AND CLORE, LLC*
*OPERATING ACCOUNT*
*706 ORLEANS RD*
*CHARLESTON, SC 29407*
*PH. (843) 722-8070*

**Bank of America**
ACH R/T 053904483

11007

67-448/539 SC
2940

01/11/2007

**1,807.47

Y TO THE
DER OF    Moritz & Associates, Inc.                    $

One thousand eight hundred seven and 47/100*************************************************** DOLLARS

Moritz & Associates, Inc.
7026 Old Katy Rd.
Suite 103
Houston, TX 77024

MEMO   Reck, Freddic

⑾011007⑾ ⑆053904483⑆ 0007736725451⑾ ⑈0000180747⑈



Attachment "C"

**Reporting Period:**
From _9-1-2006_
To _9-30-2006_                    Firm Name: _Anastopoulo & Clore, LLC_

| MDL 1657 – VIOXX PRODUCTS LIABILITY LITIGATION COMMON HELD COSTS AND EXPENSES FROM: 9-1-2006 THROUGH: 9-30-2006 | |
| --- | --- |
| **CLIENT COSTS/EXPENSES** | **TOTAL** |
| Telefax charges | |
| Postage, shipping, courier, certified mail | |
| Printing and photocopying (in-house) ⎤ _Database_ | _50,000 ⁰⁰_ |
| Computerized research – Lexis/Westlaw ⎦ _Contribution_ | |
| Telephone – long distance (actual charges only) | |
| Travel | |
| ~~Secretarial and clerical overtime~~ _Expert Retainer_ | _10,000 ⁰⁰_ |
| **TOTAL COSTS** | _60,000 ⁰⁰_ |

*Please attach documentation for each expense reported.

I certify that these expenses are properly documented, complete and accurate and have been incurred for the common benefit.

_____                    _10/29/2008_
Signature                                  Date

# DATA BASE CONTRIBUTION

THE ATTACHED CONTRIBUTION WAS TO THE CONSOLIDATED OCR DATA BASE.  A COPY OF THE CHECK IS ATTACHED AND AN EMAIL FROM THE TEXAS PSC OUTLINING THE TRIAL ORDER.  THE NUMBER ONE CASE FOR TRIAL, RECK, WAS DEVELOPED FOR TRIAL BY OUR OFFICE.

#0054 P.002/002

**C** *LORE*
*Law Firm, L.L.P.*
~CASE ACCOUNT~
440 LOUISIANA STREET, STE. 1500
HOUSTON, TEXAS 77002

COMPASS BANK
HOUSTON, TEXAS 77210
35-1054/1130

010407

*1530*

9/13/2006

PAY TO THE
ORDER OF    Abraham, Watkins, Nichols, Sorrels, Matth         $  **50,000.00

Fifty Thousand and 00/100******************************************************** DOLLARS

Abraham, Watkins, Nichols, Sorrels
Matthews & Friend
800 Commerce Street
Houston, TX 77002

AUTHORIZED SIGNATURE

MEMO.   VIOXX-Data Base & Consultation

⑈010407⑈ ⑆1130105471⑆ 16559466⑈

---

**C** *LORE*
*Law Firm, L.L.P.*
~CASE ACCOUNT~   Abraham, Watkins, Nichols, Sorrels, Matth         9/13/2006          010407
VIOXX--Data Base & Consultation                                  50,000.00

---

Case Account       VIOXX-Data Base & Consultation                              50,000.00

**C** *LORE*
*Law Firm, L.L.P.*
-CASE ACCOUNT-   Abraham, Watkins, Nichols, Sorrels, Matth        9/13/2006          010407
VIOXX--Data Base & Consultation                                  50,000.00

---

Case Account       VIOXX-Data Base & Consultation                              50,000.00

FAC Resp. Exhibit B -- 27

## JoAnn Korleski

| | |
|---|---|
| **From:** | Ken S. Soh [KSS@lanierlawfirm.com] |
| **Sent:** | Thursday, July 06, 2006 7:08 PM |
| **To:** | Russell Endsley; ksnapka@stwllp.com; Anita Shahani; Alexandra V. Boone; Benjamin L. Locklar; Rick Sandoval; mikel@oqlaw.com; Allen Hossley; JoAnn Korleski |
| **Cc:** | Jason C. Webster; Maura Kolb; Tommy Fibich; Sara Fendia; Lisa Vantubergen |
| **Subject:** | List of Plaintiffs cases in Texas Vioxx MDL |



Texas MDL
Plaintffs_ Trial Cas...

Attached please find the list of proposed Plaintiff cases in the Texas MDL.

Cases 1-5 will go in the first month; cases 6-10 in the second month etc.

Generally -- the cases were ranked due to duration of use with the longer duration cases going first.

I am headed out on vacation -- Please contact Jason Webster at Abraham Watkins if you have any questions.  <<Texas MDL Plaintffs_ Trial Cases1 6-26 email version.XLS>>

1

FAC Resp. Exhibit B -- 28

| | Plaintiff | Cause # | Court | Attorney |
|---|---|---|---|---|
| 1 | Colleen Reck/ Freddie Garland Reck | 141-216271-06 | 141st (Tarrant) | Clore |
| 2 | Jacob Nettles | B-147,300 | 60th (Jefferson) | Snapka |
| 3 | Jimmy Taylor | 2006-35973 | 185 (Harris) Ray | Beasley Allen |
| 4 | Daniel Sutlief | 2006-23807 | 127th (Harris) -- Wood | Lanier |
| 5 | Arthur Holloway | 2006-21569 | 133rd (Harris) -- McCorkle | Lanier |
| 6 | Raul Sanchez/ Julia Garza | 2005-46598 | 37th (Bexar) | A&W |
| 7 | James Stephenson | 2005-27448 | 127th (Harris) -- Wood | A&W |
| 8 | Barry Ponder | 2006-08786 | 11th (Harris) -- Davidson | Lanier |
| 9 | Charlie Flynn | 2005-64685 | 270th (Harris) -- Gamble | Lanier |
| 10 | Ted Pearce | 2005-04918 | 162nd (Dallas) | Morgan Weisbrod |
| 11 | Johnathan Yates | 2005-80612-7 | 152nd (Harris) -- Wise | A&W |
| 12 | Yvonne Wasinger/ Bella Trujillo | 2005-CI-05009 | 285th (Bexar) | A&W |
| 13 | Helen Dodd and Gene Dodd | 2006-38144 | 80th (Harris) No Judge | Lanier |
| 14 | Antonio Salazar | 05-03092-6 | 319th (Nueces) | Snapka |
| 15 | Ronald and Pam Studenny | 2005-59760 | 162nd (Dallas) | Morgan Weisbrod |
| 16 | Albert Garza | 2006-02879 | 234th (Harris) -- Rondon | A&W |
| 17 | Hugo Garcia | 2006-14254 | 295th (Harris) -- Christopher | A&W |
| 18 | Glenda Carter-Tatum | 2006-20916 | 125th (Harris) -- Coselli | Lanier |
| 19 | Robert and Marilyn Kerr | 2005-59748 | 162nd (Dallas) | Morgan Weisbrod |
| 20 | Rickey Boyd | 2005-70668 | 133rd (Harris) -- McCorkle | Smith Gibson |
| 21 | Darron Kautz | 2006-36902 | 190th (Harris) -- Elrod | Lanier |
| 22 | John Alonzo | 2006-28760 | 165th (Harris) -- Ray | A&W |
| 23 | Hobert Miller | 2006-39023 | 270th (Harris) -- Gamble | Turner Branch |
| 24 | Deanna Thompson | 2006-34526 | 157th (Harris) -- Wilson | O'Quinn |
| 25 | James Vernon | 2005-11141 | 134th (Dallas) | Hossley Embry |

# Expert Retainer

# Dr. John Abramson

Located and retained Dr. Abramson to participate in Vioxx consolidated litigation.
Enclosed is a copy of the retainer check, and cover letter.

Bank of America
ACH R/T 053904483

10008

**ANASTOPOULO AND CLORE, LLC**
**OPERATING ACCOUNT**
*706 ORLEANS RD*
*CHARLESTON, SC 29407*
*PH. (843) 722-8070*

67-448/539 SC
2940

09/20/2006

PAY TO THE
ORDER OF     John Abramson, M.D.                                                    $ **10,000.00

Ten thousand and 00/100*********************************************************************** DOLLARS

John Abramson, M.D.
39 Spring St.
Ipswich, MA  01938 USA

Reck, Freddie

MEMO

⑈"010008"  ⑆053904483⑆  000773672545"      ⑈0001000000⑈



## Susan M. Allen

**From:** JoAnn Korleski
**Sent:** Tuesday, September 19, 2006 7:05 PM
**To:** Susan M. Allen
**Subject:** Reck v. Vioxx

Good evening.

I need a check please in the amount of $10,000 made payable to:

Dr. John Abramson
39 Spring Street
Ipswich, Massachusetts  01938
978-312-1225 (work)
978-314-5409 Cell
Tax Identification Number:  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

Reck v. Merck Plaintiffs' Expert

I believe Mark would like to get the notebook out to Dr. Abramson this week.  So sorry.

ANASTOPOULO AND CLORE, LLC     John Abramson, M.D.                                    **10008**
09/20/2006                                         Expert Consultation                          10,000.00

1010 Operating          Reck, Freddie                                        10,000.00

|||||| || |||| ||| ||| ||     37211

# ANASTOPOULO & CLORE, LLC

**ATTORNEYS AT LAW**

706 ORLEANS ROAD
CHARLESTON, SOUTH CAROLINA 29407
TELEPHONE: (843) 722-8070
TOLL FREE: (800) 610-2546
FACSIMILE: (843) 722-9881

AKIM A. ANASTOPOULO (SC)
CONSTANCE A. ANASTOPOULO (SC)
SAMUEL K. ALLEN (DC, SC)
JOHN P. HAYES (MI, NC, OK, PA, SC)
JASON A. DAIGLE (SC)

MARK D. CLORE (DC, GA, NC, OK, SC, TX)▲★◄
ROBERT A. BERRY (SC, TX)▲
ERIC S. BROCK (GA, SC)
ROBERT J. LOWE, JR. (DC, MD, SC, VA)+
MYRA V. WHITENER (NC, SC)

▲ BOARD CERTIFIED PERSONAL INJURY TRIAL LAW, TEXAS BOARD OF LEGAL SPECIALIZATION
★ CERTIFIED CIVIL TRIAL LAW, NATIONAL BOARD OF TRIAL ADVOCACY
◆ DIPLOMAT, MEDICAL PROFESSIONAL LIABILITY, AMERICAN BOARD OF PROFESSIONAL LIABILITY ATTORNEYS
+ OF COUNSEL

October 3, 2006

**_Via Federal Express_**
Dr. John Abramson
39 Spring Street
Ipswich, Massachusetts  01938

> Re:   Cause No. 2006-12405; *Collen Reck, Individually and as Personal Representative and Executrix of the Estate of Freddie Garland Reck, Deceased, D'Lene Reck Sandleback, Cheri Reck Mann and Frances Chauveaux Reck vs. Merck & Company, Inc.;* In the 157th Judicial District Court in and for Harris County, Texas (Trial Court:  Judicial District Court, Tarrant County, Texas, Cause No. 141-216271 06)

Dear Dr. Abramson:

Enclosed please find the following records that Defendant Merck & Company, Inc. have obtained in connection with the above-referenced case on Freddie Reck, Deceased.

1.  Albertsons Pharmacy Records, 7161 I-40 West, Amarillo Texas
    (Bates Stamped ReckF-AlbertsonPhar - 00001-00011) ;

2.  Amarillo Cardiovascular Center Affidavit of No Records
    (Bates Stamped ReckF-AmriloCardCtrMR-00001-00003);

3.  Amarillo Diagnostic Clinic, P.A.
    (Bates Stamped ReckF-AmarilloDiagCl-00001-00012);

4.  Amarillo Family Physicians Clinic, P.A.
    (Bates Stamped ReckF-AmarilloFamPhy-0001-00118);

5.  Berg, Howard, L., M.D.
    (Bates Stamped ReckF-BergHMD-00001-00049);

6.  BSA Health System Baptist Campus
    (Bates Stamped ReckF-BSAHSBaptCamp-00001-00084);

7.  Dillman, Richard D., M.D.
    (Bates Stamped ReckF-DillmanRMD-00001-00008);

**ADDITIONAL OFFICES**
COLUMBIA, SOUTH CAROLINA • FLORENCE, SOUTH CAROLINA • GREENVILLE, SOUTH CAROLINA
AUGUSTA, GEORGIA • ASHEVILLE, NORTH CAROLINA • TULSA, OKLAHOMA • HOUSTON, TEXAS

FAC Resp. Exhibit B -- 33

October 3, 2006
Page 2 of 3

8.     Kendall, Michael DPM, PhD.
       (Bates Stamped ReckF-KendallMDPMPhD-00001-00013);

9.     Northwest Surgery Center
       (Bates Stamped ReckF-NWSurgCtr-00001-00031);

10.    Northwest Texas Healthcare System
       (Bates Stamped ReckF-MWTXH1thCrSys-00001-00210);

11.    Odyssey Healthcare Services
       (Bates Stamped ReckF-OdysseyHCSvc-00001-00126);

12.    Sudhakar, Dr. Sivaram
       (Bates Stamped ReckF-SudhakarSMD-00001-00011);

13.    Heart Cath performed on 2/25/04 at Northwest Texas Hospital;

14.    Plaintiffs' Original Petition; and

15.    Plaintiff's Profile Form (w/o Exhibits)

       A check in the amount of $10,000 is also enclosed for your retainer to review this case.

       Please also be advised that you must execute a Stipulation and Protective Order pursuant to Judge Wilson's ruling the Master Texas State Vioxx Litigation cases. A copy of this Order is enclosed for your signature. I would ask that you execute same and return it to me in the enclosed, self-addressed envelope, which I will provide to the Merck's defense counsel.

       The Court has also entered a Case Management Order in this case setting out specific deadlines with respect to the identification of expert witnesses, depositions and expert reports. This case has been designated as a Phase 1 Trial Case and I want to make you aware of the following deadlines:

1.     Plaintiffs' Expert Witnesses: With respect to cases designated as Phase 1 Trial Cases, Plaintiffs shall identify all expert witnesses by **November 17, 2006; and**

2.     Depositions of Plaintiffs' Experts: Deposition of Plaintiffs' Expert shall be conducted within sixty days after designation by **January 16, 2007.**

3.     This case will be then transferred to the Tarrant County Judicial District trial docket on **March 23, 2007** for a date certain for jury trial.

October 3, 2006
Page 3 of 3


Thank you for your attention to this matter.

Very truly yours,

Mark D. Clore

MDC/jak
Enclosures

**ANASTOPOULO AND CLORE, LLC**
**OPERATING ACCOUNT**
706 ORLEANS RD
CHARLESTON, SC  29407
PH. (843) 722-8070

Bank of America
ACH R/T 053904483

10008

67-448/539 S
294

09/20/2006

PAY TO THE
ORDER OF     John Abramson, M.D.                                                                              $ **10,000.00

Ten thousand and 00/100************************************************************************************  DOLLAR

John Abramson, M.D.
39 Spring St.
Ipswich, MA  01938 USA

MEMO    Reck, Freddie

⑆"010008" ⑈:053904483⑈: 000773672545"

ANASTOPOULO AND CLORE, LLC                                                         10008
   09/20/2006        John Abramson, M.D.
                          Expert Consultation                                         10,000.00

From: Origin ID: (843)722-8070
Jo Korleski
Anastopoulo & Clore, LLC
706 Orleans Road

Charleston, SC 29407



Ship Date: 03OCT06
ActWgt: 10 LB
System#: 441B902/INET2500
Account#: S **********

REF: Reck

Delivery Address Bar Code

SHIP TO: (978)314-5409        BILL SENDER

**Dr. John Abramson**

**39 Spring Street**

**Ipswich, MA 01938**





**STANDARD OVERNIGHT**          **WED**

                                Deliver By:
                                04OCT06

TRK#   7928 5991 0915    FORM
                         0201          **BOS**    A4

01938   -MA-US
RES

**XH GDMA**

---

Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

Attachment "C"

**Reporting Period:**
From _6-1-2005_
To _6-30-2005_      Firm Name: _Anastopoulo & Clore LLC_

| MDL 1657 – VIOXX PRODUCTS LIABILITY LITIGATION COMMON HELD COSTS AND EXPENSES FROM: _6-14-2005_  THROUGH: _6-14-2005_ | |
| --- | --- |
| **CLIENT COSTS/EXPENSES** | **TOTAL** |
| Telefax charges | |
| Postage, shipping, courier, certified mail | |
| Printing and photocopying (in-house) | |
| Computerized research - Lexis/Westlaw | |
| Telephone - long distance (actual charges only) | |
| Travel | |
| ~~Secretarial and clerical overtime~~ _Expert Retainer_ | 14,000 00 |
| **TOTAL COSTS** | 14,000 00 |

*Please attach documentation for each expense reported.

I certify that these expenses are properly documented, complete and accurate and have been incurred for the common benefit.

_Sx alln_                    _10/29/2008_
Signature                      Date

# Expert Retainer

# Dr. Mark L. Entman

Located and retained Dr. Entman to participate in Vioxx consolidated litigation.
Enclosed is a copy of the retainer check, cover letter, and general participation letter sent
by Dr. Entman to members of the PSC for Texas Consolidated Litigation.

**ANASTOPOULO AND CLORE, LLC**
**OPERATING ACCOUNT**
215 E. BAY STREET, STE. 305
CHARLESTON, SC. 29401-2635
PH. (843) 722-8070

Bank of America
ACH R/T 053904483

5519

67-448/539 SC
2940

6/14/2005

PAY TO THE
ORDER OF     Mark L. Entman, MD                                                                $ **14,000.00

Fourteen Thousand and 00/100*************************************************************************** DOLLARS

Mark L. Entman, MD
4978 Entman
Houston, TX 77096

MEMO _____ Vioxx — Consultation _____

⑈005519⑈ ⑆053904483⑈ 000773672545⑈          ⑈0001400000⑈



# ANASTOPOULO & CLORE, LLC

**ATTORNEYS AT LAW**

*706 ORLEANS ROAD*
*CHARLESTON, SOUTH CAROLINA 29407*
TELEPHONE: (843) 722-8070
TOLL FREE: (800) 610-2546
FACSIMILE: (843) 722-9881

AKIM A. ANASTOPOULO (SC)
CONSTANCE A. ANASTOPOULO (SC)
SAMUEL K. ALLEN (DC, SC)
JOHN P. HAYES (MI, NC, OK, PA, SC)

MARK D. CLORE (DC, GA, NC, OK, SC, TX) ▲★◆
ROBERT A. BERRY (SC, TX) ▲
ERIC S. BROCK (GA, SC)

▲ BOARD CERTIFIED PERSONAL INJURY TRIAL LAW, TEXAS BOARD OF LEGAL SPECIALIZATION
★ CERTIFIED CIVIL TRIAL LAW, NATIONAL BOARD OF TRIAL ADVOCACY
◆ DIPLOMAT, MEDICAL PROFESSIONAL LIABILITY, AMERICAN BOARD OF PROFESSIONAL LIABILITY ATTORNEYS
+ OF COUNSEL

June 15, 2005

*Via Federal Express*
Mark L. Entman, M.D.
4978 Dumfries
Houston, TX. 77030

Re:   Exclusive Agreement Regarding Expert Consultation and Involvement in
Vioxx Litigation

Dear Dr. Entman:

Given your expertise in the areas of Cardiovascular diseases, Pharmacology, and Pathology, we are grateful that you have agreed to consult with us concerning Vioxx. Enclosed please find our firm check in the amount of $14,000, representing one-half of your total retainer concerning the Vioxx litigation. As we discussed, our firm is working with the Mithoff Law Firm, 3450 Once Allen Center -- Penthouse, 500 Dallas Street, Houston,m TX. 77002, (713) 654-1122, in connection with Vioxx. The Mithoff Law Firm will be sending you shortly another check for the remaining $14,000 of your required retainer.

You have agreed to consult exclusively with our firm, the Mithoff Law Firm, and any other attorney/firm to which our firms agree, concerning Vioxx and the Vioxx litigation. In general, such consultation is anticipated to include reviews and analysis of records, discussions with our firms, and providing information about the same as well as your opinions concerning Vioxx and whether it likely affected particular clients of either of our firms.

As you know, Joe Alexander of the Mithoff firm, and myself for our firm, will be your primary contact persons. Feel free to give us a call when you have some time so that we may discuss the logistics of your review work and consultation in this regard.

Very truly yours,

Mark D. Clore

MDC/jak
Enclosure

June 15, 2005
Page 2 of 2

cc:   **<u>Via Facsimile (713) 739-8085</u>**
**<u>and First Class Mail</u>**
Mr. Joseph R. Alexander, Jr.
Mithoff & Jacks, L.L.P.
3450 One Allen Center
500 Dallas
Houston, Texas  77002