UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|         PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO ALL CASES**

<u>**PRETRIAL ORDER #10**</u>

In order to facilitate the coordination of MDL 1657 with state Vioxx cases, the Court

appoints the following State Liaison Committee:

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras St., Suite 3650
New Orleans, LA 70139

Turner W. Branch
Branch Law Firm
2025 Rio Grande Blvd. NW
Albuquerque, NM 87104

Michael S. Burg
Burg Simpson Eldredge Hersh & Jardine
40 Inverness Dr. East
Englewood, CO 80112

Thomas V. Girardi
Girardi and Keese
1126 Wilshire Blvd.
Los Angeles, CA  90017

Barry M. Hill
Hill Toriseva & Williams, PLLC
89 Twelfth St.
Wheeling, WV  26003



W. Mark Lanier
The Lanier Law Firm
6810 FM 1960 West
Houston, TX  77069

W. James Singleton
Singleton Law Firm
4050 Linwood Ave.
Shreveport , LA  71108

Sol H. Weiss
Anapol, Schwartz,
Weiss, Cohan, Feldman and Smalley, P.C.
1900 Delancey Pl.
Philadelphia, PA  19103

Justin Witkin
Aylstock, Witkin & Sasser, PLC
55 Baybridge Dr.
Gulf Breeze, FL  32562


New Orleans, Louisiana, this __16th__ day of May, 2005.

                          /s/ Eldon E. Fallon_____
                          UNITED STATES DISTRICT JUDGE

-2-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                          :        MDL NO. 1657
          PRODUCTS LIABILITY LITIGATION              :
                                                      :        SECTION: L (3)
                                                      :
                                                      :        JUDGE FALLON
                                                      :        MAG. JUDGE KNOWLES
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . :

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

The Court is aware that, prior to transfer to the Eastern District of Louisiana, various

motions were filed in cases that are now part of MDL 1657. Given our docketing system, there

is no way for the Court to identify these transferred motions. Accordingly, IT IS ORDERED

that all pending motions, other than remand motions, that were originally filed in a district other

than the Eastern District of Louisiana are hereby DISMISSED, reserving the movants' right to

refile at an appropriate time if necessary.

With regard to motions to remand, IT IS ORDERED that the State Liaison Committee

("SLC") compile a list of all pending motions to remand, grouped by state. The Court will

discuss with the SLC the amount of time needed to prepare said list at the next monthly pretrial

conference scheduled to be held on July 19, 2005 at 9:30 a.m.

New Orleans, Louisiana, this 8th day of July , 2005.



UNITED STATES DISTRICT JUDGE

-1-



FAC Resp. Exhibit B -- 162

MINUTE ENTRY
FALLON, J.
JULY 11, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L (3) |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

RELATED CASE: 05-3700

A status conference was held on this date in the Chambers of Judge Eldon E. Fallon. James Dugan and Stephen Murray participated on behalf of the Plaintiffs. Dorothy Wimberly, Douglas Marvin (via telephone), and John Beisner (via telephone), participated on behalf of Merck. Russ Herman, Christopher Seeger (via telephone), Andy Birchfield (via telephone), and Arnold Levin (via telephone) participated on behalf of the Plaintiffs' Steering Committee. Dawn Barrios participated on behalf of the State Liaison Committee.

At the status conference, the parties discussed the progress of discovery as well as the pending motion to remand. The Court directed the parties to explore all remaining discovery issues common to the attorney-general cases. Ms. Barrios will assist in coordinating communication with the state attorney generals. The parties are directed to contact the Court to set up an additional status conference after reviewing the common discovery issues.

-1-

JS10(00:30)



STATE OF ALABAMA          §
MONTGOMERY COUNTY    §

**Affidavit of Andy D. Birchfield, Jr. in Support of Beasley, Allen
Crow, Methvin, Portis & Miles, P.C.'s Fee Petition**

On this day, Mr. Andy D. Birchfield, Jr. appeared before me, the undersigned notary public. After I administered an oath to him, he said:

"My name is Andy D. Birchfield, Jr. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct:

I serve as Co-Lead Counsel in the Vioxx MDL. I was lead or co-lead counsel in five bellwether trials. I personally invested approximately 9,000 hours for the common benefit of all Vioxx litigants, including approximately 2,200 hours that were devoted to settlement terms and negotiations. In regard to contributions made to bellwether trials, MDL leadership, settlement negotiations, settlement administration, and clients, I have contributed more to the litigation than any other lawyer. In addition to serving as Co-Lead Counsel, I have served as a member of the Plaintiffs' Executive Committee, PSC, Negotiating Committee, Gates Committee, Fee Committee and the Vioxx Settlement Liaison Group. I have maintained an undivided commitment to the litigation, and in so doing, have fulfilled a vital role in every aspect of the case. I continue to carefully attend to the details necessary to ensure the fair and efficient administration of the settlement program.

Moreover, Beasley Allen has been at the forefront of the Vioxx litigation since its inception in 2001. Beasley Allen filed the second case in the country in September 2001, 3 years before Vioxx was withdrawn from the market and almost 3½ years before the MDL was formed. Beasley Allen represents 5,250 clients and has expended in excess of $13.5 million over the course of the litigation, expenses of over $3.125 million dollars inured to the common benefit of all Vioxx litigants. In reaching the total number of clients represented, Beasley Allen evaluated the claims of more than 40,000 individuals. In addition to its efforts on behalf of their clients, Beasley Allen shareholders, associates, and staff have expended over 34,000 hours for common benefit and to ensure the success of the Vioxx litigation. The majority of this time has been invested by Beasley Allen shareholders.

As a Senior Partner at Beasley Allen, I have brought to bear my knowledge, experience and expertise from successfully litigating other mass tort claims, including Rezulin, Lotronex, Meridia, Baycol, and Fen-Phen, among others. In this litigation, bellwether trials proved to be critical, perhaps even the most critical factor in establishing conditions conducive to resolution. Shortly after the formation of the MDL, Judge Fallon announced a plan to conduct four trials in the MDL. Judge Fallon emphasized that the trials would reveal the strengths and weaknesses of each party's case and outlined his intent to bring the parties together at the conclusion of the trial schedule to begin settlement negotiations. True to his word, Judge Fallon convened the parties for initial discussions the day after a jury returned a verdict in the final MDL trial. I served as co-counsel in five bellwether trials – *Irvin I, Irvin II, Barnett, Dedrick,* and *Schwaller* – more than any other lawyer in the country. The Vioxx litigation has been difficult. Proving one's case involved the time-consuming and strenuous process of marshalling complex scientific data, digesting and assimilating thousands of exhibits and multitudes of depositions, in addition to the arduous task of fighting Merck & Co. defense teams with seemingly unlimited manpower and resources. Merck's six-year, scorched-earth defense strategy at a cost of approximately $1.6 billion was unprecedented. Meeting Merck's defenses on multiple fronts, from those asserted in bellwether trials to the more subtle strategies that played out in MDL pleading practice and ultimately, settlement negotiations, has been a daunting task. Throughout the process, I remained committed to daily wage this battle over the course of this difficult and challenging litigation.

My commitment to the Vioxx litigation has precluded my pursuit of employment in other litigations. I have foregone opportunities to serve on other PSC's and opportunities to pursue other major litigations within my area of practice in order to devote full, undivided attention to the Vioxx litigation. In light of the thousands of hours I have devoted to the Vioxx litigation and now continue to devote to the Vioxx resolution program, it would have been physically impossible to pursue further employment. During settlement negotiations, I developed and tested a settlement model by evaluating approximately 500 randomly selected individual cases. This model was used to shape and test proposed settlement terms. The random sample proved to be strategic over the eleven-month negotiation and interestingly, the results from the model have proven to be remarkably accurate when compared against actual results of the Vioxx resolution program. The careful attention that the Negotiating Committee, particularly Ed Blizzard and I, paid to every detail of the settlement led to a settlement program that is unparalleled in mass torts for fairness and efficiency and sets a new standard for future resolution programs.

**Contributions before the Creation of the Vioxx MDL**

Under my leadership, Beasley Allen spearheaded, along with Seeger Weiss, Lanier Law Firm, and Shelly Sanford's firm, the initial discovery in the Vioxx litigation, plowing early ground in regard to corporate liability. Our firm reviewed tens of thousands of Merck documents. David Micelli, a former Beasley Allen shareholder, took the early and foundational depositions of key Merck corporate witnesses such as Dr. Edward Scolnick, Dr. Alise Reicin, Dr. Briggs Morrison, Dr. Barry Gertz, Mr. Adam Schechter, among others. Portions of these depositions were ultimately used during MDL bellwether trials and others were valuable building blocks for later depositions. Beginning in 2000, Mr. Micelli pioneered scientific theories which have ultimately been validated in trials and by the Vioxx resolution program. Mr. Micelli developed the important testimony of Dr.

FAC Resp. Exhibit B -- 164

Benedict Luchessi, and other foundational experts. The month before Vioxx was pulled from the market, a Beasley Allen case was scheduled to be the first Vioxx trial in the nation. This case, *Younge v. Merck*, was originally set for trial in the United States District Court for the Southern District of Alabama in August 2004. Beasley Allen prepared the case for trial, but the Court continued the case on the eve of trial due to the Court's schedule. Vioxx was then withdrawn from the market and the *Younge* case was transferred to the MDL upon its creation. More than two years before Vioxx was withdrawn from the market, I was speaking at national seminars and alerting lawyers to the dangers of Vioxx. When Vioxx was pulled off the market, instead of taking a proprietary approach, Beasley Allen shared with lawyers throughout the country the theories of the case, discovery, contacts, and other resources it had developed. Beasley Allen has worked diligently to cultivate a spirit of cooperation among lawyers in state courts and the MDL. Specifically, prior to the formation of the MDL, I encouraged common leadership in the MDL and New Jersey consolidated litigations in order to foster mutual aid and collaboration. Teamwork between state and federal proceedings has been a hallmark of the litigation and essential to its overall success.

## Contributions to Vioxx MDL Process

In addition to my contributions to the MDL, Frank Woodson, a Beasley Allen shareholder, served on the MDL sales and marketing committee. Paul Sizemore, a former Beasley Allen shareholder, played a vital role on the Science Committee and worked with numerous experts used in the MDL as well as in other coordinated litigations, such as Dr. Benedict Luchessi, Dr. Colin Bloor, Dr. Lemuele Moye, Dr. Donna Arnett, Dr. Connie Pechman and Dr. Ira Gelb. During his tenure at Beasley Allen, Mr. Sizemore also served as co-counsel in *Irvin v. Merck* and *Grossberg v. Merck*.

Ms. Leigh O'Dell, a Beasley Allen shareholder, served as a member of the MDL Law and Briefing Committee and the Trial Package Committee. Ms. O'Dell has contributed more than 7,400 hours of time to the MDL to date. Beasley Allen took a lead role in the preparation of the Trial Package. Beasley Allen gathered the grand majority of the pleadings, depositions, deposition trial designations, exhibits, transcripts, and scientific articles that were utilized in bellwether trials. Ms. O'Dell made critical contributions to the Trial Package, co-authoring with Chris Tisi comprehensive memorandums outlining testimony and trial exhibits that can be effectively utilized to rebut Merck's defenses. Ms. O'Dell reviewed documents for the Theme Grid, reviewed protocols for all Merck clinical trials, and served as a point person for the presentation of the Trial Package to the MDL Court. Ms. O'Dell served as co-counsel in *Dedrick v. Merck*, and assisted in the trials of four other bellwether cases. Furthermore, as a result of Ms. O'Dell's broad knowledge about the litigation and settlement program, numerous lawyers from around the country turned to her for assistance and advice regarding litigation matters and continue to look to her for assistance pertaining to the settlement.

In addition to the hours expended on bellwether trials and settlement negotiations, Beasley Allen has invested more than 8,300 hours in the general MDL process.

## Contributions to Bellwether Trials

Beasley Allen lawyers participated in more Vioxx trials than any firm in the country. Of the seventeen trials that took place during the litigation, Beasley Allen lawyers served as lead counsel, co-counsel, or support counsel in seven. *Irvin v. Merck*, a Beasley Allen case, was pending in Florida state court when the case was selected by the parties and the Court to be the first case to be tried in the MDL. After the case was selected at the end of August 2005, Beasley Allen re-filed the case in the MDL and bore the expense and responsibility of preparing the first MDL trial under an extremely tight time-frame of 3 months. The work product developed in preparation for the *Irvin* case became the foundation for preparation in other MDL trials and some state court cases. For example, Daubert motions and oppositions to Merck's Daubert motions, motions in limine, jury instructions, exhibit lists and exhibits, and deposition trial excerpts prepared in *Irvin* were all used in some measure in other federal and state trials. Beasley Allen commissioned and participated in extensive jury research prior to the *Irvin* trial. Due to the devastation and destruction of Hurricane Katrina, the first *Irvin* trial took place in Houston, Texas. The case was tried in November 2005 for approximately two weeks and resulted in a hung jury. The Court ordered a second trial just 8 weeks later in New Orleans during February 2006. The second trial lasted more than two weeks and resulted in a defense verdict. The Court granted Beasley Allen's motion for a third trial after finding that Merck's expert cardiologist misrepresented his qualifications during *Irvin II*. The Plaintiff's Negotiating Committee and Merck entered into the settlement agreement before the third trial could take place. Beasley Allen invested approximately 9,200 hours in the preparation and trials of the *Irvin* case.

Following the second *Irvin* trial, Mark Robinson of Robinson, Calcagnie, & Robinson asked me to serve as co-counsel in *Barnett v. Merck*, the third MDL bellwether trial. I agreed and devoted extensive time and energy to the preparation and the trial of the case. In addition, Ms. O'Dell, along with Kevin Calcagnie of Robinson, Calcagnie, prepared motions in limine and Daubert briefing. Ms. O'Dell and other Beasley Allen staff took the lead in preparing deposition testimony for the trial, exhibits, and other vital trial materials. After a nearly three-week trial during July and August 2006, the jury returned a verdict in favor of Mr. Barnett in the amount of $51,000,000. Beasley Allen invested more than 2,500 hours in the preparation and trial of the *Barnett* case. Beasley Allen did not have a fee interest in the *Barnett* case, but made the contributions outlined above purely for the advancement of the overall litigation.

During June, July and August 2005, while Mr. Sizemore was a shareholder at Beasley Allen, he served as co-counsel in *Grossberg v. Merck*, a Girardi Keese case which was tried in the California consolidated litigation. Mr. Sizemore spent nearly eight weeks in California preparing and participating in this trial. Beasley Allen did not have a fee interest in the *Grossberg* case, but made the contributions outlined above purely for the advancement of the overall litigation. Mr. Sizemore subsequently joined the Girardi Keese firm at least in part to head up its Vioxx litigation.

Another Beasley Allen case, *Dedrick v. Merck* was the last MDL bellwether trial. The *Dedrick* case was a defense selected trial case. Mr. Dedrick had a personal history of alcohol and drug abuse. In addition, Mr. Dedrick had numerous risk factors for heart attack, including a history of smoking, family history of heart disease, diabetes, hypertension and

hypercholesterolemia. *Dedrick* was a very difficult case. Beasley Allen did not withdraw the case from the trial process as is often the practice. Committed to the completion of Judge Fallon's MDL bellwether trial schedule and convinced that demonstrating a willingness to press forward despite a challenging fact pattern was critical to the overall success of the litigation, I, along with Ms. O'Dell and the entire Beasley Allen team, gave Mr. Dedrick our best efforts, trying the case for almost three weeks. The case resulted in a defense verdict. Beasley Allen invested approximately 5,500 hours and over $1 million in the preparation and trial of the *Dedrick* case.

While the *Dedrick* trial was underway in the MDL, *Albright v. Merck* was tried in the Circuit Court of Jefferson County, Alabama. Ben Locklar, a Beasley Allen shareholder, assisted in the preparation and the trial of the *Albright* case. Beasley Allen did not have a fee interest in the *Albright* case, but rather assisted with the case purely for the advancement of the overall litigation.

Lastly, I served as co-counsel with Mikal Watts in the trial of *Schwaller v. Merck* in Madison County, Illinois. I worked with Watts Firm to develop trial strategy, and directed and cross-examined key plaintiff and defense witnesses. Ms. O'Dell prepared and argued all deposition designations and oversaw the admission of all evidence at trial. Beasley Allen invested approximately 2,250 hours in the preparation and trial of the *Schwaller* case. Beasley Allen did not have a fee interest in the *Schwaller* case, but made the contributions outlined above purely for the advancement of the litigation.

From August 2005 until March 2007, Ms. O'Dell and I devoted the vast majority of our time to the preparation or the trial of bellwether cases. In addition, we also spent considerable time advising and contributing to the development of trial strategies for other cases in which we were not directly involved.

## Contributions to Settlement Negotiations

On December 14, 2006, the day after the jury returned a verdict in *Dedrick v. Merck*, negotiations between Plaintiffs' counsel and Merck began and continued until a resolution was reached during the early morning hours of November 9, 2007. As members of the Plaintiffs' Negotiating Committee, Ed Blizzard and I took the lead in negotiating the actual terms of the Settlement Agreement, carefully researching and testing the effect of key provisions such as various risk factors and degrees of injury to ensure a fair settlement and appropriate compensation for all participants. The success of our efforts is seen in the 99% voluntary participation rate of all eligible claimants. I, along with Ms. O'Dell and Roger Smith, a Beasley Allen shareholder, spent hundreds of hours developing a random sample upon which settlement terms might be tested. The random sample involved the claims of approximately 500 claimants. Negotiation points such as injury level definitions, risk factor reductions, consistency adjustments and label adjustments were tested using the sample model. Beasley Allen retained and worked with a biostatistician, Dr. Mark Carpenter, to verify the sample and extrapolate test results across the 50,000-person Vioxx claimant population. These predictions were vital as negotiations progressed. More importantly, the projections based on the sample have proven to be remarkably accurate when compared against actual results currently being seen in the Resolution Program. I coordinated with other Plaintiff Negotiating counsel the drafting process for the settlement agreement. Immediately following the signing of the settlement agreement, I played a pivotal role in educating other plaintiff counsel about the program. Beasley Allen invested approximately 5,400 hours in the settlement negotiation process.

## Contributions to Settlement Administration

The efficient operation of the Vioxx Resolution Program requires daily attention to myriad details. In order to ensure that the Resolution Program is implemented in keeping with the agreement of the parties and with efficiency, I have maintained nearly daily contact with Merck and Brown Greer, the Vioxx Claims Administrator. These contacts are in addition to weekly Vioxx Liaison calls and have canvassed material settlement terms such as registration, enrollment, walk-away rights, the submission of claims materials, the pass/fail ratios, the calculation of Merck pushes, among other issues. I have spent and continue to spend considerable time working through enrollment deficiency issues with Brown Greer and Merck. I shepherded the calculation of the estimated MI point value. Moreover, I serve on the Gate Committee and along with Ms. O'Dell, have reviewed and continue to review hundreds of Vioxx claims pending before the Gate Committee.

Beasley Allen, under my leadership, has been at the forefront of the Vioxx litigation from beginning to present – from the filing of the earliest lawsuits, to the formation of the MDL, through the bellwether trial process, and finally, into the settlement phase. No other firm has made more substantive and expansive contributions to each facet of the litigation process. Therefore, no firm should be awarded a higher common benefit fee than Beasley Allen."

Andy D. Birchfield, Jr.

SWORN to and SUBSCRIBED before me this the 31st day of October, 2008.

NOTARY PUBLIC
My Commission Expires: 5-15-10

STATE OF ALABAMA          §
MONTGOMERY COUNTY     §

### Affidavit of Andy D. Birchfield, Jr. in Support of Beasley, Allen Crow, Methvin, Portis & Miles, P.C.'s Fee Petition

On this day, Mr. Andy D. Birchfield, Jr. appeared before me, the undersigned notary public. After I administered an oath to him, he said:

"My name is Andy D. Birchfield, Jr. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct:

I serve as Co-Lead Counsel in the Vioxx MDL. I was lead or co-lead counsel in five bellwether trials. I personally invested approximately 9,000 hours for the common benefit of all Vioxx litigants, including approximately 2,200 hours that were devoted to settlement terms and negotiations. In regard to contributions made to bellwether trials, MDL leadership, settlement negotiations, settlement administration, and clients, I have contributed more to the litigation than any other lawyer. In addition to serving as Co-Lead Counsel, I have served as a member of the Plaintiffs' Executive Committee, PSC, Negotiating Committee, Gates Committee, Fee Committee and the Vioxx Settlement Liaison Group. I have maintained an undivided commitment to the litigation, and in so doing, have fulfilled a vital role in every aspect of the case. I continue to carefully attend to the details necessary to ensure the fair and efficient administration of the settlement program.

Moreover, Beasley Allen has been at the forefront of the Vioxx litigation since its inception in 2001. Beasley Allen filed the second case in the country in September 2001, 3 years before Vioxx was withdrawn from the market and more than 3½ years before the MDL was formed. Beasley Allen represents 5,250 clients and has expended in excess of $13.5 million over the course of the litigation, expenses of over $3.125 million dollars inured to the common benefit of all Vioxx litigants. In reaching the total number of clients represented, Beasley Allen evaluated the claims of more than 40,000 individuals. In addition to its efforts on behalf of their clients, Beasley Allen shareholders, associates, and staff have expended over 34,000 hours for common benefit and to ensure the success of the Vioxx litigation. The majority of this time has been invested by Beasley Allen shareholders.

As a Senior Partner at Beasley Allen, I have brought to bear my knowledge, experience and expertise from successfully litigating other mass tort claims, including Rezulin, Lotronex, Meridia, Baycol, and Fen-Phen, among others. In this litigation, bellwether trials proved to be critical, perhaps even the most critical factor in establishing conditions conducive to resolution. Shortly after the formation of the MDL, Judge Fallon announced a plan to conduct four trials in the MDL. Judge Fallon emphasized that the trials would reveal the strengths and weaknesses of each party's case and outlined his intent to bring the parties together at the conclusion of the trial schedule to begin settlement negotiations. True to his word, Judge Fallon convened the parties for initial discussions the day after a jury returned a verdict in the final MDL trial. I served as co-counsel in five bellwether trials – Irvin I, Irvin II, Barnett, Dedrick, and Schwhaller – more than any other lawyer in the country. The Vioxx litigation has been difficult. Proving one's case involved the time-consuming and strenuous process of marshalling complex scientific data, digesting and assimilating thousands of exhibits and multitudes of depositions, in addition to the arduous task of fighting Merck & Co. defense teams with seemingly unlimited manpower and resources. Merck's six-year, scorched-earth defense strategy at a cost of approximately $1.6 billion was unprecedented. Meeting Merck's defenses on multiple fronts, from those asserted in bellwether trials to the more subtle strategies that played out in MDL pleading practice and ultimately, settlement negotiations, has been a daunting task. Throughout the process, I remained committed to daily wage this battle over the course of this difficult and challenging litigation.

My commitment to the Vioxx litigation has precluded my pursuit of employment in other litigations. I have foregone opportunities to serve on other PSC's and opportunities to pursue other major litigations within my area of practice in order to devote full, undivided attention to the Vioxx litigation. In light of the thousands of hours I have devoted to the Vioxx litigation and now continue to devote to the Vioxx resolution program, it would have been physically impossible to pursue further employment. During settlement negotiations, I developed and tested a settlement model by evaluating approximately 500 randomly selected individual cases. This model was used to shape and test proposed settlement terms. The random sample proved to be strategic over the eleven-month negotiation and interestingly, the results from the model have proven to be remarkably accurate when compared against actual results of the Vioxx resolution program. The careful attention that the Negotiating Committee, particularly Ed Blizzard and I, paid to every detail of the settlement led to a settlement program that is unparalleled in mass torts for fairness and efficiency and sets a new standard for future resolution programs.

### Contributions before the Creation of the Vioxx MDL

Under my leadership, Beasley Allen spearheaded, along with Seeger Weiss, Lanier Law Firm, and Shelly Sanford's firm, the initial discovery in the Vioxx litigation, plowing early ground in regard to corporate liability. Our firm reviewed tens of thousands of Merck documents. David Micelli, a former Beasley Allen shareholder, took the early and foundational depositions of key Merck corporate witnesses such as Dr. Edward Scolnick, Dr. Alise Reicin, Dr. Briggs Morrison, Dr. Barry Gertz, Mr. Adam Schechter, among others. Portions of these depositions were ultimately used during MDL bellwether trials and others were valuable building blocks for later depositions. Beginning in 2000, Mr. Micelli pioneered scientific theories which have ultimately been validated in trials and by the Vioxx resolution program. Mr. Micelli developed the important testimony of Dr.

Benedict Luchessi, and other foundational experts. The month before Vioxx was pulled from the market, a Beasley Allen case was scheduled to be the first Vioxx trial in the nation. This case, *Younge v. Merck*, was originally set for trial in the United States District Court for the Southern District of Alabama in August 2004. Beasley Allen prepared the case for trial, but the Court continued the case on the eve of trial due to the Court's schedule. Vioxx was then withdrawn from the market and the *Younge* case was transferred to the MDL upon its creation. More than two years before Vioxx was withdrawn from the market, I was speaking at national seminars and alerting lawyers to the dangers of Vioxx. When Vioxx was pulled off the market, instead of taking a proprietary approach, Beasley Allen shared with lawyers throughout the country the theories of the case, discovery, contacts, and other resources it had developed. Beasley Allen has worked diligently to cultivate a spirit of cooperation among lawyers in state courts and the MDL. Specifically, prior to the formation of the MDL, I encouraged common leadership in the MDL and New Jersey consolidated litigations in order to foster mutual aid and collaboration. Teamwork between state and federal proceedings has been a hallmark of the litigation and essential to its overall success.

## Contributions to Vioxx MDL Process

In addition to my contributions to the MDL, Frank Woodson, a Beasley Allen shareholder, served on the MDL sales and marketing committee. Paul Sizemore, a former Beasley Allen shareholder, played a vital role on the Science Committee and worked with numerous experts used in the MDL as well as in other coordinated litigations, such as Dr. Benedict Luchessi, Dr. Colin Bloor, Dr. Lemuele Moye, Dr. Donna Arnett, Dr. Connie Pechman and Dr. Ira Gelb. During his tenure at Beasley Allen, Mr. Sizemore also served as co-counsel in *Irvin v. Merck* and *Grossberg v. Merck*.

Ms. Leigh O'Dell, a Beasley Allen shareholder, served as a member of the MDL Law and Briefing Committee and the Trial Package Committee. Ms. O'Dell has contributed more than 7,400 hours of time to the MDL to date. Beasley Allen took a lead role in the preparation of the Trial Package. Beasley Allen gathered the grand majority of the pleadings, depositions, deposition trial designations, exhibits, transcripts, and scientific articles that were utilized in bellwether trials. Ms. O'Dell made critical contributions to the Trial Package, co-authoring with Chris Tisi comprehensive memorandums outlining testimony and trial exhibits that can be effectively utilized to rebut Merck's defenses. Ms. O'Dell reviewed documents for the Theme Grid, reviewed protocols for all Merck clinical trials, and served as a point person for the presentation of the Trial Package to the MDL Court. Ms. O'Dell served as co-counsel in *Dedrick v. Merck*, and assisted in the trials of four other bellwether cases. Furthermore, as a result of Ms. O'Dell's broad knowledge about the litigation and settlement program, numerous lawyers from around the country turned to her for assistance and advice regarding litigation matters and continue to look to her for assistance pertaining to the settlement.

In addition to the hours expended on bellwether trials and settlement negotiations, Beasley Allen has invested more than 8,300 hours in the general MDL process.

## Contributions to Bellwether Trials

Beasley Allen lawyers participated in more Vioxx trials than any firm in the country. Of the seventeen trials that took place during the litigation, Beasley Allen lawyers served as lead counsel, co-counsel, or support counsel in seven. *Irvin v. Merck*, a Beasley Allen case, was pending in Florida state court when the case was selected by the parties and the Court to be the first case to be tried in the MDL. After the case was selected at the end of August 2005, Beasley Allen re-filed the case in the MDL and bore the expense and responsibility of preparing the first MDL trial under an extremely tight time-frame of 3 months. The work product developed in preparation for the *Irvin* case became the foundation for preparation in other MDL trials and some state court cases. For example, Daubert motions and oppositions to Merck's Daubert motions, motions in limine, jury instructions, exhibit lists and exhibits, and deposition trial excerpts prepared in *Irvin* were all used in some measure in other federal and state trials. Beasley Allen commissioned and participated in extensive jury research prior to the *Irvin* trial. Due to the devastation and destruction of Hurricane Katrina, the first *Irvin* trial took place in Houston, Texas. The case was tried in November 2005 for approximately two weeks and resulted in a hung jury. The Court ordered a second trial just 8 weeks later in New Orleans during February 2006. The second trial lasted more than two weeks and resulted in a defense verdict. The Court granted Beasley Allen's motion for a third trial after finding that Merck's expert cardiologist misrepresented his qualifications during *Irvin II*. The Plaintiff's Negotiating Committee and Merck entered into the settlement agreement before the third trial could take place. Beasley Allen invested approximately 9,200 hours in the preparation and trials of the *Irvin* case.

Following the second *Irvin* trial, Mark Robinson of Robinson, Calcagnie, & Robinson asked me to serve as co-counsel in *Barnett v. Merck*, the third MDL bellwether trial. I agreed and devoted extensive time and energy to the preparation and the trial of the case. In addition, Ms. O'Dell, along with Kevin Calcagnie of Robinson, Calcagnie, prepared motions in limine and Daubert briefing. Ms. O'Dell and other Beasley Allen staff took the lead in preparing deposition testimony for the trial, exhibits, and other vital trial materials. After a nearly three-week trial during July and August 2006, the jury returned a verdict in favor of Mr. Barnett in the amount of $51,000,000. Beasley Allen invested more than 2,500 hours in the preparation and trial of the *Barnett* case. Beasley Allen did not have a fee interest in the *Barnett* case, but made the contributions outlined above purely for the advancement of the overall litigation.

During June, July and August 2005, while Mr. Sizemore was a shareholder at Beasley Allen, he served as co-counsel in *Grossberg v. Merck*, a Girardi Keese case which was tried in the California consolidated litigation. Mr. Sizemore spent nearly eight weeks in California preparing and participating in this trial. Beasley Allen did not have a fee interest in the *Grossberg* case, but made the contributions outlined above purely for the advancement of the overall litigation. Mr. Sizemore subsequently joined the Girardi Keese firm at least in part to head up its Vioxx litigation.

Another Beasley Allen case, *Dedrick v. Merck* was the last MDL bellwether trial. The *Dedrick* case was a defense selected trial case. Mr. Dedrick had a personal history of alcohol and drug abuse. In addition, Mr. Dedrick had numerous risk factors for heart attack, including a history of smoking, family history of heart disease, diabetes, hypertension and

FAC Resp. Exhibit B -- 168

hypercholesterolemia. *Dedrick* was a very difficult case. Beasley Allen did not withdraw the case from the trial process as is often the practice. Committed to the completion of Judge Fallon's MDL bellwether trial schedule and convinced that demonstrating a willingness to press forward despite a challenging fact pattern was critical to the overall success of the litigation, I, along with Ms. O'Dell and the entire Beasley Allen team, gave Mr. Dedrick our best efforts, trying the case for almost three weeks. The case resulted in a defense verdict. Beasley Allen invested approximately 5,500 hours and over $1 million in the preparation and trial of the *Dedrick* case.

While the *Dedrick* trial was underway in the MDL, *Albright v. Merck* was tried in the Circuit Court of Jefferson County, Alabama. Ben Locklar, a Beasley Allen shareholder, assisted in the preparation and the trial of the *Albright* case. Beasley Allen did not have a fee interest in the *Albright* case, but rather assisted with the case purely for the advancement of the overall litigation.

Lastly, I served as co-counsel with Mikal Watts in the trial of *Schwaller v. Merck* in Madison County, Illinois. I worked with Watts Firm to develop trial strategy, and directed and cross-examined key plaintiff and defense witnesses. Ms. O'Dell prepared and argued all deposition designations and oversaw the admission of all evidence at trial. Beasley Allen invested approximately 2,250 hours in the preparation and trial of the *Schwaller* case. Beasley Allen did not have a fee interest in the *Schwaller* case, but made the contributions outlined above purely for the advancement of the litigation.

From August 2005 until March 2007, Ms. O'Dell and I devoted the vast majority of our time to the preparation or the trial of bellwether cases. In addition, we also spent considerable time advising and contributing to the development of trial strategies for other cases in which we were not directly involved.

## Contributions to Settlement Negotiations

On December 14, 2006, the day after the jury returned a verdict in *Dedrick v. Merck*, negotiations between Plaintiffs' counsel and Merck began and continued until a resolution was reached during the early morning hours of November 9, 2007. As members of the Plaintiffs' Negotiating Committee, Ed Blizzard and I took the lead in negotiating the actual terms of the Settlement Agreement, carefully researching and testing the effect of key provisions such as various risk factors and degrees of injury to ensure a fair settlement and appropriate compensation for all participants. The success of our efforts is seen in the 99% voluntary participation rate of all eligible claimants. I, along with Ms. O'Dell and Roger Smith, a Beasley Allen shareholder, spent hundreds of hours developing a random sample upon which settlement terms might be tested. The random sample involved the claims of approximately 500 claimants. Negotiation points such as injury level definitions, risk factor reductions, consistency adjustments and label adjustments were tested using the sample model. Beasley Allen retained and worked with a biostatistician, Dr. Mark Carpenter, to verify the sample and extrapolate test results across the 50,000-person Vioxx claimant population. These predictions were vital as negotiations progressed. More importantly, the projections based on the sample have proven to be remarkably accurate when compared against actual results currently being seen in the Resolution Program. I coordinated with other Plaintiff Negotiating counsel the drafting process for the settlement agreement. Immediately following the signing of the settlement agreement, I played a pivotal role in educating other plaintiff counsel about the program. Beasley Allen invested approximately 5,400 hours in the settlement negotiation process.

## Contributions to Settlement Administration

The efficient operation of the Vioxx Resolution Program requires daily attention to myriad details. In order to ensure that the Resolution Program is implemented in keeping with the agreement of the parties and with efficiency, I have maintained nearly daily contact with Merck and Brown Greer, the Vioxx Claims Administrator. These contacts are in addition to weekly Vioxx Liaison calls and have canvassed material settlement terms such as registration, enrollment, walk-away rights, the submission of claims materials, the pass/fail ratios, the calculation of Merck pushes, among other issues. I have spent and continue to spend considerable time working through enrollment deficiency issues with Brown Greer and Merck. I shepherded the calculation of the estimated MI point value. Moreover, I serve on the Gate Committee and along with Ms. O'Dell, have reviewed and continue to review hundreds of Vioxx claims pending before the Gate Committee.

Beasley Allen, under my leadership, has been at the forefront of the Vioxx litigation from beginning to present – from the filing of the earliest lawsuits, to the formation of the MDL, through the bellwether trial process, and finally, into the settlement phase. No other firm has made more substantive and expansive contributions to each facet of the litigation process. Therefore, no firm should be awarded a higher common benefit fee than Beasley Allen."

Andy D. Birchfield, Jr.

SWORN to and SUBSCRIBED before me this the 31st day of October, 2008.

NOTARY PUBLIC
My Commission Expires: 5-15-10

## AFFIDAVIT OF THE BECNEL LAW FIRM, LLC
## AS PER PRE-TRIAL ORDER NO. 6(D)

STATE OF LOUISIANA
PARISH OF ST. JOHN THE BAPTIST

Before me the undersigned authority, personally came and appeared:

DANIEL E. BECNEL, JR.

who after first being duly sworn, deposed and said:

Well over one and one-half years prior to the withdrawal of Vioxx from the marketplace, our office began investigating the possible effects of Vioxx which may have caused heart attacks and/or strokes. A great deal of medical research was conducted and numerous articles were researched concerning toxic responses of the heart and vascular system caused by this drug. Dr. Daniel Acosta, Jr., from the Department of Pharmacology and Toxicology at the University of Texas and Cincinnati was consulted. Medline research was begun and numerous cardiologists were consulted, including Dr. John Markis from Harvard and Dr. Paul Nathan from Louisiana. Daniel E. Becnel, Jr., on behalf of the PSC, also worked with Dr. Suzanne Parisian, a FDA Expert, at the request of John Restaino and others. Our office then began a cooperative effort, prior to the recall, with the Beasley Allen office in Montgomery, Alabama, as Beasley Allen and Chris Seeger's office were leaders prior to the MDL and additionally because document depositories had been set up in Montgomery and New York. Our office supplied lawyers full time to begin the review of documents. Our office sent teams of lawyers each week to work in Montgomery on document review and document preparation for depositions in state court actions and provided hotel accommodations for the lawyers in both Montgomery and New York. My office required that they share rooms and travel over 700 miles round trip to Montgomery. We did not bill for travel time which took over four hours each direction. Our office supplied a vehicle to have these lawyers transported to and from Montgomery.

Among the lawyers who worked on this case prior to and after the Vioxx recall are the following: Meghan Becnel (3 year lawyer) , Michael Breinin (12 year lawyer), Salvadore Christina, Jr. (8 year lawyer), Caroline Donlon (25 year lawyer), Monica Gant (7 year lawyer), Barbara Harris (nurse), Kevin Klibert (8 year lawyer), Holly Lamarche (4 year lawyer), Mary Lorenz (4 year lawyer), Juanita Marino (4 year lawyer), Judge Ruche J. Marino, retired (46 year lawyer), Matthew Moreland (12 year lawyer), Kelly Morton (2 year lawyer), Margaret Parker (4 year lawyer), William Percy (26 year lawyer), Darla Sanderson (6 year lawyer, 10 year pharmacy technician), Deanne Sirmon (6 year lawyer) and Rebecca Todd (10 year lawyer, 10 year paralegal). These individuals included lawyers and nurses, as well as a retired state judge. Many of the lawyers had extensive training having worked in the past as defense lawyers for major firms and on many previous MDL's. Our office was immediately assigned to do page and line summaries of all depositions that had been taken and our lawyers did one-fifth of all state and/or MDL deposition summaries. Our office consulted with Dr. Cyril Wecht, a forensic pathologist, concerning death cases and how proof of death from Vioxx could be proven under *Daubert* standards. Our office took Dr. Nachman Brautbar to Las Vegas, at the request of Mike Papantonio, to give a lecture to other lawyers concerning death cases involving Vioxx. This occurred at Mass Torts Made Perfect. Our office provided airfare, hotel and an honorarium to Dr. Wecht for performing this service.

Numerous meetings were held in California, Texas, New York, Washington, D.C., Miami and New Orleans in an effort to organize this case for over a year prior to the MDL. My office initiated many of these meetings and I undertook to have a consensus built for electing leadership and for the sharing of information. Our office has collected and disseminated information on a weekly basis monitoring the development of the Vioxx case.

After our office filed a motion for MDL status we were able, at these numerous meetings, to put forth a group of judges and districts which we would recommend. This consensus resulted in six jurisdictions being sought by plaintiffs – a reduction from fifty-four jurisdictions which were originally asked for by plaintiffs. A full discussion was had concerning each potential district, district judge and appellate court regarding, *inter alia,* the status of the law in each jurisdiction and in each appeals court.

My case, *Christina v. Merck,* was filed in the Eastern District of Louisiana on October 1, 2004. This case was allotted to Judge Eldon E. Fallon, and I subsequently then moved for the MDL Panel to allot this case to Judge Fallon. After my oral argument, the case was indeed allotted to Judge Fallon.

Information including but not limited to deposition notebooks, and "hot" documents have been distributed freely through the cooperative effort of Chris Seeger, Andy Birchfield, Richard Arsenault and myself provided a Confidentiality Agreement has been signed. In over thirty-nine years of practicing law, I have never seen such cooperation among the Plaintiffs' Bar as in this case.

Developing leadership in this case involved hundreds of lawyers from across the country and was of utmost importance to the success of this litigation. I personally called a meeting at Antoine's Restaurant in New Orleans, at my expense, and invited every lawyer who had a filed case or was interested in the litigation to meet and confirm leadership. At this meeting I made a motion that the group unanimously ask Judge Fallon to appoint Chris Seeger and Andy Birchfield as Lead Counsel. There was not a consensus for Liaison Counsel at that time and, therefore, a number of people stated they would simply submit their application to the Court and, Russ Herman was appointed. Although I was not personally appointed to the Plaintiffs' Committee, I undertook to have people continue to work in both New York and Montgomery until a MDL depository was established. Once the MDL Depository was established, members of my firm continued to work full time on this litigation. These lawyers did document review/coding, prepared page and line deposition summaries, and prepared trial cuts on depositions.

Rebecca Todd of my office was asked by Mark Robinson, because she was familiar with all of the documents, to assist him as chairman of the Trial Team in the Barnett case. Rebecca worked with the plaintiff and Mark on a day and night basis under Mark's direction. All of the lawyers who worked in the MDL Depository were given assignments through the Seeger, Birchfield and Herman offices. Many of the lawyers of my firm worked on reviewing clinical trials and the documents related to those trials. Many were involved in preparing deposition notebooks at the depository which were then sent to various firms conducting the depositions. Will Percy and Rebecca Todd worked in New York. Mr. Percy worked 14 straight months, eight or more hours each day, in the New Orleans depository. He also worked extensively in Montgomery, Alabama. He reviewed custodial files, Data Safety Monitoring Board documents, FDA documents and Worldwide Adverse Experience System documents. He and Rebecca reviewed the New Drug Applications, as well as FDA documents, Advertising, Marketing and Promotional documents.

Daniel E. Becnel, Jr. was asked by ATLA to be the judge at a two day mock trial on Vioxx held in New Orleans. This included over 500 lawyers with over 25 lawyers having roles in the presentation of the mock trial for both plaintiffs and defense. Three mock trial juries were debriefed and their findings used to assist in upcoming trials in Texas, New Jersey, California, Houston and New Orleans. At this mock trial, Daniel E. Becnel, Jr. had Dr. John Markis, a cardiologist; Dr. Augustine Aruna, a pharmacologist; Dr. Daniel Acosta, Jr., a pharmacologist; Dr. Cyril Wecht, a forensic pathologist; and Dr. Nachman Brautbar, an internal medicine and toxicology specialist, at his expense, monitor the mock trial and attend meetings with both Shelly Sanford and Carlene Lewis. These experts were asked to review documents, make comments, to listen to the mock trial and give their opinion as to what was or was not effective on behalf of the plaintiffs and what potential defenses to the plaintiffs' case could be utilized. Hundreds of hours prior to the formation of the MDL had been logged by

the Becnel Law Firm. Since many of the projects which were worked on prior to the formation of the MDL were done by Matt Moreland, Sal Christina, Rebecca Todd, Kevin Klibert and others, much of this time was not logged because in most instances, MDL time does not become logged until after the formation of a MDL and the appointment of a PSC.

Probably the single most important event in the entire litigation was having Judge Eldon E. Fallon appointed as the MDL Judge as it was through his leadership that this case was ultimately resolved, even after the plaintiff's lost most of our cases.

Daniel E. Becnel, Jr. served on many committees, including Science and Experts, and attended nearly every status conference and phone conferences of those committees to discuss strategy, experts, peer-reviewed publications, clinical trials, the NDA, marketing, as well as product development over the course of the litigation. He continually worked with Richard Arsenault, Gerald Meunier and John Restaino on various projects concerning causation. Susan Williams, a nurse, and Darla Sanderson, who was a pharmacy technician, as well as an attorney, reviewed many of the studies and medical literature at the request of the Plaintiffs' Steering Committee.

Daniel E. Becnel, Jr. personally performed more than 500 hours on most of the above projects prior to the MDL and disseminated this information through the Vioxx Litigation Group through seminars and by sending constant updates to lawyers in both state and federal courts. In addition, after the MDL started, Daniel E. Becnel, Jr. logged 396 hours on various committees. Daniel E. Becnel, Jr. did not bill for review of all of the "hot" documents and the supervision of all of the lawyers who were performing work in Montgomery, New York and the MDL document depository. He would work with and discuss issues dealing with science, "hot" documents and the direction of the litigation with the lawyers he assigned to the above-mentioned document depositories. This was done due to the fact that there was a constant need for lawyers to do this work and a constant call by the MDL to firms throughout the country to supply personnel to do this work. However, he spent more than a thousand hours directing his team of lawyers on document review, the NDA's, clinical trials and the like.

It should be noted that one of Daniel E. Becnel, Jr.'s paralegals, Carlis Griffin, who had previously been assigned to the document depository with Penny Herman in the Propulsid Litigation, was asked to work for the PSC on the Vioxx Litigation. Rather than having Ms. Griffin return to the Becnel office, he allowed her to be employed by the PSC as a secretary/paralegal and administrator of the document depository in New Orleans after Hurricane Katrina. She has continually remained at that position in the employ of the PSC.

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 20TH DAY OF
OCTOBER, 2008.

NOTARY PUBLIC

Daryl J. Becnel, Notary Public
La. Bar # 22843
Attorney-at-Law
My commission is for life.

Daniel E. Becnel, Jr. (#2926)
Becnel Law Firm, LLC
P. O. Drawer H
Reserve, LA 70084
Telephone:  (985) 536-1186
Facsimile:  (985) 536-6445
E-mail: dbecnel@becenllaw.com

**LAW OFFICES OF ROBERT M. BECNEL**
ATTORNEYS AT LAW
**425 West Airline Highway**
**Suite B**
**LaPlace, Louisiana 70068**

TELEPHONE:  985-651-6101
FAX:  985-651-6104

*ROBERT M. BECNEL*                                                                         *Of Counsel:*
*DIANE K. ZINK*

October 30, 2008

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

**Re:   Vioxx MDL 1657 – Pretrial Order 6(D)**

Dear Mr. Herman:

Enclosed please find an Affidavit as per Pre-Trial Order 6 (D).

With kind regards,

Sincerely,

Robert M. Becnel

RMB/ab
Enclosure

## AFFIDAVIT OF THE LAW OFFICES OF ROBERT M. BECNEL
## AS PER PRE-TRIAL ORDER # 6 (D)

STATE OF LOUISIANA

PARISH OF ST. JOHN THE BAPTIST

BEFORE ME, the undersigned authority, personally came and appeared:

### ROBERT M. BECNEL

who, after first being duly sworn, deposed and said:

Robert Becnel and Diane Zink participated in the organizational meeting on January 15,

2004, at Antoine's Restaurant in New Orleans, Louisiana, to appoint the leadership for the MDL,

as well as the February 23, 2005 organizational meeting.

Once the committees were established, both Robert Becnel and Diane Zink participated in

the following:   Discovery, Privilege Log, and Chronology Team.

Respectfully submitted,

ROBERT M. BECNEL #14072
Law Offices of Robert M. Becnel
425 West Airline Highway
Suite B
LaPlace, LA 70068
Telephone: (985) 651-6101
Fax: (985) 651-6104

*Sworn to and subscribed*

*before me this* 30TH *day*

*of* October *, 2008.*

Notary Public    Daniel E. Becnel, III, Notary Public
La. Bar # 30382
Attorney-at-Law
My commission is for life.

**BENCOMO & ASSOCIATES**
Attorneys & Counselors at Law
2110 Entergy Building
639 Loyola Avenue
New Orleans, Louisiana 70113
Telephone: (504) 529-2929
Facsimile: (504) 529-2018
E-Mail: BEN_LAW@BELLSOUTH.NET

RAUL R. BENCOMO

October 31, 2008

Re: In Re: Vioxx
MDL No. 1657
(Fee Application)

Russ M. Herman, Esq.
Plaintiff's Liaison Counsel
c/o Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
Fax: (504) 561-6024
E-Mail: Vioxx_MDL@hhkc.com

Dear Russ,

        Enclosed herewith please find the Fee Application and Affidavit pursuant to Pre-Trial Order No. 6(D).

Sincerely yours,

RAUL R. BENCOMO

Encl.

IN RE: VIOXX
MDL No. 1657

## FEE APPLICATION AND AFFIDAVIT OF RAUL R. BENCOMO

In accordance with Pre Trial order No. 6 (D) undersigned counsel hereby applies to the Allocation Committee for Common Benefit Fees and Re-Imbursement of Held Costs.

At the outset, counsel submits that he and his firm logged a total of 1504.70 hours and incurred expenses in the sum of $13,142.43 (held costs). Parenthetically, undersigned counsel logged his time in a cotemporaneous fashion (as the work was performed) and submitted it to the designated accounting firm on a monthly basis. All of counsel's time was specifically pre-approved by Plaintiff's Liaison Counsel, Mr. Russ Herman. Counsel also hewed to the Committee's mandate that work effort not be duplicated, reviewing of documents for the sake of review was not to be billed, etc. Counsel also complied with the dictates of Pretrial Order No. 6 and 6 (c).

Undersigned counsel further submits the following analysis of the Johnson factors in his request for the allocation of fees and expenses for work performed towards the common benefit and overall success of the case.

### JOHNSON FACTOR NO.1
### TIME AND LABOR REQUIRED

Counsel and his firm spent a total of 1504.7 hours in this endeavor. Counsel Filed suit on behalf of his clients and was present at the organizational meeting which took place at the Windsor Court. Work was performed by Mr. Bencomo and his firm at the document depositories in New York, Alabama and New Orleans. Furthermore, counsel attended the Irvin trial in Houston and attended the Vioxx school in Miami, Florida pursuant to authorization and/or request from Mr. Herman. Prior to settlement counsel stood ready, willing and able to assist in any matter so requested by the PSC. The hours invested were not only reasonable but counsel can specifically attest to the fact that, due to his years in the practice and his expertise that he was able to review and select important documents (hot docs) in a fashion that was quick and expeditious in comparison with others who had little experience in this labor intensive process.

### JOHNSON FACTOR NO. 2
### NOVELTY AND DIFFICULTY OF THE QUESTION

At the outset and throughout the litigation this was not a case where defendants acknowledged their culpability. The science was always an issue, especially when it dealt with stroke cases. Counsel's commitment to the litigation did not ebb when there were a number of adverse plaintiff verdicts (see pg. 5 of Pre-Trial order 6 (d)).

### JOHNSON FACTOR NO. 3
### REQUISITE SKILL

Undersigned counsel submits that he possessed the requisite skills to perform the legal services that he was assigned to perform. His ability to sift through thousands of documents in a quick, efficient and effective manner redounded to everyone's benefit.

1

Counsel's efforts were specifically related to Document review and selection (see footnote 4, page 4, Pretrial order No. 6(d)) which the Court has recognized as a Major Committee.

**JOHNSON FACTOR NO. 4**
**PRECLUSION OF OTHER EMPLOYMENT**

Since counsel basically is a sole practitioner, any time that he devotes to a specific case precludes him, of necessity, from addressing other matters. As Johnson clearly states, counsel was not able to spend his time for other purposes or on behalf of other clients while working on this matter to the exclusion of others. Thus, counsel's sole source of income or revenue stream during the time invested on this case would have been limited to any funds generated from this case only. Moreover, this was particularly true since counsel was either out of town or at the document depository in New Orleans when working on this case to the exclusion of all others. Counsel did not tend to other matters while devoting his energy to the task assigned (See pg. 4 footnote 3 of Pre-Trial Order No. 6(d)).

**JOHNSON FACTOR NO. 5**
**THE CUSTOMARY FEE**

Counsel's customary fee in other class action cases supports an enhancement or lodestar factor of the fee award. Counsel's customary hourly fee is $450-500 per hour.

**JOHNSON FACTOR NO. 6**
**WHETHER THE FEE IS FIXED OR CONTINGENT**

Since this case was filed as a class action it was always assumed that any fee award would be determined by the Court upon examination of the Johnson factors.

**JOHNSON FACTOR NO. 7**
**TIME LIMITATION IMPOSED BY ITS CLIENT OR THE CIRCUMSTANCES**

Undersigned counsel respectfully refers the Allocation Committee to Johnson Factors NO. 1 and No. 4 above.

**JOHNSON FACTOR NO. 8**
**THE AMOUNT INVOLVED AND THE RESULTS OBTAINED**

Counsel was not on the settlement committee and does not believe that this factor would apply in his case.

**JOHNSON FACTOR NO. 9**
**EXPERIENCE, REPUTATION AND ABILITY**

Counsel's experience, reputation and ability are commensurate with or surpass that of others involved in this litigation. Counsel addresses this issue to the quality of work that he performed at the document depository and not to the work performed by any of the members of the PSC, PEC or NPC who clearly did the yeoman's work and were responsible for the ultimate successful outcome obtained in spite of the science, defense verdicts, etc.

2

### JOHNSON FACTOR NO. 10
### THE UNDESIRABILITY OF THE CASE
Counsel does not believe that this is an applicable factor.

### JOHNSON FACTOR NO. 11
### THE NATURE AND LENGTH OF THE
### PROFESSIONAL RELATIONSHIP WITH THE CLIENT
Counsel had a number of cases with referral counsel who maintained the relationship with the client in addition to that of his own.

### JOHNSON FACTOR NO. 12
### AWARDS IN SIMILAR CASES
Undersigned Counsel has been in practice 33 years, has the requisite skill (Johnson Factor No. 3) and reputation (Johnson Factor No. 9) is an AV rated lawyer and has been recognized as a Louisiana Super Lawyer in the area of Class Actions and Mass Torts. Counsel requests the Allocation Committee to consider all of the aforementioned factors and respectfully requests that he be awarded his customary hourly fee along with the appropriate lodestar.

RAUL R. BENCOMO (#2932)
Bencomo & Associates
639 Loyola Avenue, Suite 2110
New Orleans, LA 70113
(504) 529-2929

### AFFIDAVIT
I hereby verify and affirm that the information contained herein is true and correct to the best of my knowledge and belief.
This _____31st_____ day of _____October_____, 2008.

State of Florida
County of Miami-Dade

RAUL R. BENCOMO

Sworn to and subscribed before me
This 31st day of October, 2008.                    DC# 00 356474

NOTARY PUBLIC

PATRICIA M. MORALES
Notary Public - State of Florida
My Commission Expires May 4, 2009
Commission # DD 417698
Bonded By National Notary Assn.

3

## AFFIDAVIT OF EDWARD BLIZZARD
## IN SUPPORT OF COMMON BENEFIT ALLOCATION

THE STATE OF TEXAS     §
                                §
COUNTY OF HARRIS     §

      BEFORE ME, the undersigned authority, on this day personally appeared EDWARD BLIZZARD known to me to be the person whose signature appears below; and, on his oath, deposed and stated the following:

1. "My name is Edward Blizzard. I am over the age of 21 years, of sound mind, and have personal knowledge of the facts contained herein, and they are true and correct.

2. I am a Partner in the firm of Blizzard, McCarthy & Nabers in Houston, Texas. For over 20 years, I have worked on pharmaceutical and medical device cases, assuming a leadership role in most of the significant MDL cases. My experience in mass tort litigation includes the negotiation of several large global settlements including the $3 billion Dow Corning settlement and the $1.2 billion Sulzer settlement.

3. Our firm consists of three Partners; Stephen McCarthy, Scott Nabers and myself. We also employ two associates, Rebecca King and Holly Wheeler. For the last several years, our primary focus has been on handling complex cases involving unsafe drugs and medical devices.

4. Blizzard, McCarthy & Nabers began working on Vioxx in the summer of 2004, around the time that Vioxx was recalled. We represent numerous plaintiffs injured by Vioxx in MDL 1657: *In re: Vioxx Products Liability Litigation* and in Texas State Court.

5. Our Vioxx common benefit work began in February 2006, when one of our MDL cases was chosen for trial, Cause No. 06-0810; *Charles L. Mason v. Merck & Co.* The case was set for trial before The Honorable Eldon E. Fallon beginning October 30, 2006. From the time the case was selected for trial until the completion of the trial on November 16, 2006, the time and resources of our firm were dedicated almost entirely to Vioxx.[1]

6. In preparation for trial, we consulted with experts and potential experts on approximately 25 occasions, and took 10 expert depositions. Additionally, we met with case specific witnesses 20 times. Fourteen case-specific depositions were taken in the case. I also took the deposition of Marilyn Krahe, one of Merck's corporate witnesses. Many hours were spent reviewing the scientific literature and documents produced by Merck.

---

[1] Pursuant to Pre-trial Orders 6 and 6(C), Blizzard, McCarthy & Nabers submitted detailed time records reflecting all common benefit work (5,845.50 hours) performed in connection with the trial of Cause No. 06-0810; *Charles L. Mason v. Merck & Co.* on May 15, 2008.

1

7.  In July 2006, we began working with a jury consulting firm on Vioxx jury focus groups. In preparation for the jury focus groups, we analyzed numerous statistical reports concerning juries in New Orleans, and we prepared statements of facts and questions to be posed to the focus groups. We also attended other focus groups held in New Orleans and studied the results thereof. Additionally, many hours were devoted to analyzing juror interviews, jury questionnaires, *voir dire* transcripts, and other materials from the previous Vioxx trials. The focus groups were held in New Orleans in September 2006.

8.  We drafted and filed 7 *Daubert* Motions, and responded to 12 *Daubert* Motions filed by Merck. We also filed 10 Motions in Limine, and filed responses to 8 Motions in Limine filed by Merck. We prepared a trial exhibit list, a pre-admit exhibit list, witness lists, demonstrative exhibits and other trial materials required by the Pre-trial Order. Additionally, numerous hours were devoted to making deposition designations, reviewing and objecting to Merck's designations, and responding to Merck's objections to Plaintiff's designations.

9.  Attorneys from our firm attended other Vioxx trials as well as multiple meetings, status conferences and hearings in New Orleans concerning various pre-trial matters. On October 26, 2006, we traveled to New Orleans to prepare for the trial beginning on October 30, 2006. Most of our firm's attorneys and staff remained in New Orleans through the completion of the trial on November 16, 2006. All three partners performed extensive work in connection with the trial, with two partners, Scott Nabers and me, committing the majority of our time to the case for the better part of 10 months.

10. Following the *Mason* trial, I was one of six Vioxx lawyers selected by Judge Fallon and state court judges to participate in settlement negotiations with Merck. The negotiations began in December 2006 and concluded on November 9, 2007, with the announcement of the global Settlement Agreement.[2]

11. The Negotiating Plaintiffs' Counsel ("NPC") worked as an effective team to negotiate the Settlement Agreement. The effort involved over 50 in-person meetings and 500 phone conferences. I participated in all aspects of the team effort with special emphasis on developing settlement criteria, proper risk factor reductions, payment levels and the documentation required to establish eligibility. The NPC worked tirelessly to craft an agreement that would pay persons injured by Vioxx both fairly and timely. I am proud of the result we achieved and the ingenuity, flexibility and commitment to detail that the entire team brought to the effort.

12. Following the announcement of the settlement on November 9, 2007, I participated in the NPC effort to educate attorneys across the country on the details of the Settlement Agreement, including how to comply with its terms and meet the deadlines for registration, enrollment and the submission of claims packages. Additionally, I worked

---

[2] Pursuant to Pre-trial Orders 6 and 6(C), Blizzard, McCarthy & Nabers submitted detailed time records reflecting all common benefit work performed in connection with my NPC membership.

intensely to answer the many questions raised about the settlement, and to reassure those who either filed or considered filing objections.

13. Subsequently, I have served as a member of the Liaison Committee to the Claims Administrator, the Gate Committee and the Fee Committee. These committees regularly hold meetings, and require a substantial time commitment to tasks and assignments. My work on these committees will continue well into 2009 as we strive to meet the time parameters prescribed by the Settlement Agreement.[3]

14. Blizzard, McCarthy & Nabers' longstanding dedication to the Vioxx litigation is ongoing. Work performed on the *Mason* trial involved issues common to all Vioxx cases. We accepted the challenge of trying one of the few Vioxx cases tried even though most prior verdicts were in Merck's favor. The time and resources expended on the trial, the settlement negotiations, and my committee work has resulted in our firm declining other lucrative work we would have otherwise accepted. We also made substantial financial contributions by funding the trial and contributing to the hiring of experts in connection with the proposed settlement at a time when settlement was uncertain. We have made a name for ourselves in pharmaceutical litigation by adhering to high standards and displaying a willingness to work in leadership roles toward the successful resolution of complex cases. Our work on Vioxx exemplifies our values and continues to provide common benefits.

FURTHER AFFIANT SAYETH NOT."


Edward Blizzard
Blizzard, McCarthy & Nabers, LLP
440 Louisiana, Suite 1710
Houston, Texas 77002
t. 713.844.3750
f. 713.844.3755


SUBSCRIBED AND SWORN TO BEFORE ME on this 28th day of October, 2008.

CHRISTINA MACIQUES
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
SEPT. 3, 2010

Notary Public in and for
The State of T E X A S

---

[3] Contemporaneous time records for all work performed as part of the Liaison Committee, the Gate Committee and the Fee Committee has been submitted in compliance with the procedures set forth in Pre-trial Orders 6 and 6(C) on a monthly basis.

3

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
      PRODUCTS LIABILITY LITIGATION:

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

..........................................................

THIS DOCUMENT RELATES TO:
      Schwaller v. Merck & Co. Inc, No. 05-L-687 (In the Circuit Court Third Judicial
      Circuit, Madison County, Illinois)

## AFFIDAVIT OF JOHN J. DRISCOLL

I, JOHN J. DRISCOLL, being first duly sworn upon my oath, declare and state as follows:

1.      In additional to numerous other injured claimants, I represent Frank Schwaller, as Special Administrator of the Estate of Patricia Schwaller, deceased in the matter styled *Schwaller v. Merck & Co. Inc.*, (Case No. 05-L-687), currently pending in the Third Judicial Circuit Court of Illinois, Madison County. The law firm of Brown & Crouppen, P.C. and I performed 780.75 hours of work preparing and trying the foregoing matter and submitted an accounting for that effort on June 30, 2008, to the Allocation Committed pursuant to this Court's order.

2.      The work in this case was performed in the Third Judicial Circuit Court of Illinois, Madison County. Additionally, a short and regretful amount of time was spent working on this case in the United States District Court for the Southern District of Illinois, as the Defendant improperly removed the matter. Ultimately, the matter was remanded after the Defendant was sanctioned pursuant to 28 U.S.C. § 1447(c), sanctions that were withdrawn in light of then recent United Supreme Court precedent.

1

3.     I began working on the Schwaller case on October 20, 2004, and continue to work on it to this day.  Presently, there is a motion for new trial that has been taken under advisement by the trial judge, and periodic status conferences are continually necessary.  Additionally, the matter has been submitted for consideration under the Vioxx Settlement Program, perhaps a commentary on the validity of the motion for new trial.

4.     While I was not a member of neither the Plaintiffs' Executive Committee nor the Plaintiffs' Steering Committee, members of those bodies who sought to be included in the trial of the case were, and their participation in the trial of the case was welcomed and appreciated.

5.     While prosecuting the foregoing case, I also filed suits on behalf of no less than **422** plaintiffs alleged to have been injured by use of Vioxx in the United States District Courts for the Eastern District of Missouri and the Southern District of Illinois. The circumstances of each of these plaintiffs have been submitted for consideration under the Vioxx Settlement Program.

6.     Brevity being the soul of wit, I offer the aforementioned facts in an effort to substantiate my belief that the work of my firm and I bestowed a common benefit upon the Vioxx litigation.

*FURTHER AFFIANT SAYETH NAUGHT.*

_____
John J. Driscoll, Esq.

Subscribed and sworn to before me this 30 day of October, 2008.

OFFICIAL SEAL
LORI A MILLER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:12/17/08

_____
Notary Public

2



THE LAW OFFICE OF

# JOSEPH M. BRUNO APLC

FEDERAL TRIAL LAWYERS*

JOSEPH M. BRUNO
L. SCOTT JOANEN

*PRACTICE RESTRICTED
TO U.S. FEDERAL COURTS

October 31, 2008

**VIA HAND DELIVERY**
Herman, Herman, Katz & Cotlar, LLP
Russ Herman
Leonard Davis
820 O'Keefe Avenue
New Orleans, La 70113

In re:   Vioxx Products Liability Litigation

Dear Mr. Herman:

Enclosed please find a Common Benefit Fee and Cost Affidavit of Joseph M. Bruno along with exhibits. Should you have any questions or concerns, please do not hesitate to contact our office.

With kind regards, I remain

Sincerely,

Joni Scioneaux
Assistant to Joseph M. Bruno

/jls
enclosures

 855 BARONNE ST., NEW ORLEANS, LA 70113 · WWW.JBRUNOLAW.COM · TEL 504-525-1335 · TOLL FREE 1-800-966-1335 · FAX 504-561-6775

FAC Resp. Exhibit B -- 184

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX PRODUCTS LIABILITY LITIGATION* | MDL NO. 1657 |
| * | |
| * | SECTION "L" |
| * | JUDGE FALLON |
| * | MAG. KNOWLES |

## COMMON BENEFIT FEE AND COST AFFIDAVIT OF JOSEPH M. BRUNO

STATE OF LOUISIANA
PARISH OF ORLEANS

   **NOW BEFORE ME**, the undersigned Notary, personally came and appeared:

## JOSEPH M. BRUNO

who, after being duly sworn, did depose and say:

## I.  OVERVIEW

   While not an appointed member of the VIOXX MDL Plaintiffs Steering Committee, Joseph

M. Bruno and attorneys from his offices have been involved in this litigation from the beginning.


   Joseph Bruno ("Bruno") [1] became involved early on with the Louisiana state liaison

committee.   While it is certain that the vast majority of the common benefit work in this complex

litigation was undertaken by the Plaintiffs' Steering Committee, it is also certain that many attorneys

that are not members of that committee contributed work necessary for the common benefit of all

plaintiffs.  Such is the type of work undertaken by Mr. Bruno and his office, largely in the area of

the often tedious, but highly necessary task of document review.

---

   [1] Joseph Bruno has been in practice since 1978.  Joseph Bruno is recognized as an authority in class actions, and particularly in the management of same.  His expertise in difficult and complex litigation has led to his representation of numerous claimants in class action and mass joinder proceedings involving racial discrimination, occupational lung disease, product liability, and wage and hour violations. Mr. Bruno has been active in the Louisiana Trial Lawyers organization, having served on the Board of Governors for over 20 years.

1

Mr. Bruno and his office contributed six hundred fifty two (652) hours of billable time, as follows:

1.    Joseph M. Bruno (Partner):              345.75 hours;

2.    Partner Level (6 or more years in practice)
      David Scalia:                           92.50 hours;
      Stephanie M. Bruno:                     52.50 hours.

3.    Associate Attorney (less than 6 years in practice):
      Stephen Kreller:                        161.25 hours:

      **TOTAL HOURS:**                        **652.00 hours**[2]

In addition, Bruno contributed three thousand eight hundred ninety eight dollars and fifty six cents ($3,898.56)[3] in expenses. For the reasons set forth below, Bruno submits that he is entitled to recover his expenses and in addition, recover a fee of five hundred ninety one thousand five hundred thirty one and 25/100 ($591,531.25).

## II. LODESTAR AND MULTIPLIER

The above number is calculated as a "loadstar" of $400 per hour for partner and partner level attorneys and $250 per hour for associates practicing less than six years, enhanced by a modest risk multiplier of 2.5. The lodestar is calculated by multiplying the hours spent on the case by a reasonable hourly rate of compensation for each attorney involved,[4] and the rates must reflect the prevailing market rate in the relevant legal community for similar services by lawyers of reasonably

---

[2] See Attached Exhibit 1.

[3] See Attached Exhibit 2. *n.b.;* The total expenses as set forth on the statement are $4,427.05, however $528.09 are expenses for Mr. Bruno's individual clients and have been deducted leaving a common benefit total of $3,898.56.

[4] *See: Pennsylvania v. Delaware Valley Citizens Council,* 478 U.S. 546, 563; 106 S.Ct. 3088, 3097; 92 L.Ed.2d. 439 (1986); *citing Lindy Bros. Builders, Inc. of Philadelphia v. American Radiator & Standard Sanitary Corp.* 487 F.2d 161, 167 (3rd Cir. 1973).

2

comparable skills, experience, and reputation.[5]   Fifteen years ago, in the Shell Norco case[6], expert testimony indicated "that the top billing rate in this community for lawyers with a similar caliber of skills (all partner level attorneys)] is $350 to $400 an hour. . . ." More recently, in July of this year, the Fifth Circuit held on appeal in a case out of the district court in Houston, that an award of attorney's fees in the amount of $500 per hour was not an abuse of the district court's discretion.[7] In *Turner v. Murphy Oil*[8], Judge Fallon, conducting a Lodestar cross check concluded that ". . . ranges of $300 to $400 per hour for PSC members . . reasonably reflect the prevailing rates in this jurisdiction."

After calculating the lodestar, the risk multiplier adjusts the figure in light of "(1) the contingent nature of the case, reflecting the likelihood that hours were invested and expenses incurred without assurance of compensation; and (2) the quality of the work performed as evidenced by the work observed, the complexity of the issues and the recovery obtained."[9]  It is utilized to arrive at the fair and reasonable award of fees, by enhancing or reducing the lodestar to reflect the risk of success involved.[10]

Multipliers generally range from 1 to 4 but are not without precedent in excess of 4, even reaching as high as 10. [11]

---

[5] *Blum v. Stenson*, 465 U.S. 886, 895-96 n. 11, 104 S.Ct. 1541, 1547 n. 11, 79 L.Ed.2d 891 (1984).

[6] *In re Shell Oil Refinery*, 155 F.R.D. 552 (ED La., 1993)

[7] *Worrell v. Houston Can! Academy*, 2008 WL 2753405, *5 (C.A.5 (Tex.)).

[8] 472 F.Supp.2d 830, 868-69 (E.D. La. 2007)

[9] *Delaware Valley, supra.* (citations omitted).

[10] *See, In re Combustion, Inc.*, 968 F.Supp.1133; *referencing Lindy Brothers Builders v. American Radiator & Standard Sanitary Corp (Lindy I and Lindy II)*, 487 F.2d 161 (3rd Cir.1973) (*Lindy I* ) and 540 F.2d 102 (3rd Cir.1976) (en banc) (*Lindy II* ).

[11] *See, e.g. In re Shell Oil Company*, 155 F.R.D. 552, 573, n.55 citing as follows: *In Corrugated Container Antitrust Litigation*, 1983 WL 1872 (S.D.Tex.1983) (awarding multipliers up to 4.0); *Brewer v. Southern Union Co.*, 607 F.Supp. 1511 (D.Colo.1984) (awarding multipliers from 2.0 to 4.0); *In re MGM Grand Hotel Fire Litigation*, 660 F.Supp. 522 (D.Nev.1987)

3

Based upon the above it is suggested that an hourly rate of $400 be applied to partners and partner level attorneys, and $250 for associates practicing less than six years, and further that a risk multiplier of 2.5 be applied.

The foregoing is true and correct and based on her personal knowledge.

JOSEPH M. BRUNO

Sworn to and subscribed before me
this 31st day of October, 2008

NOTARY PUBLIC

**Jeri R. Simmons**
**Notary Number 62156**
**Lifetime Commission**

---

(awarding multipliers from 1.0 to 2.95); *In re Beverly Hills Fire Litigation*, 639 F.Supp. 915 (E.D.Ky.1986) (awarding multipliers from 1.0 to 5.0); *Squillacote v. United States*, 626 F.Supp. 127 (E.D.Wis.1985) (awarding 3.0 multiplier); *Pennsylvania v. Delaware Valley Citizens' Council for Clean Air*, 478 U.S. 546, 106 S.Ct. 3088, 92 L.Ed.2d 439 (1986) (awarding a multiplier of 2.0); *In re Agent Orange Product Liability Litigation MDL No. 381*, 818 F.2d 145 (2nd Cir.1987), *cert. denied* by *Pinkney v. Dow Chemical Co.*, 484 U.S. 1004, 108 S.Ct. 695, 98 L.Ed.2d 648 (1988) (awarding a multiplier of 1.5 and 1.75 where court used national hourly rate to arrive at lodestar, "thus skew[ing] the normal lodestar analysis"). *See also, e.g. Wilson v. Bank of Am. Nat'l Trust & Savs. Ass'n*, No 643872 (Cal. Sup. Ct. Aug 16, 1982) (illegal use of escrow funds by lender for profit; noncontingent hourly rates of up to $150/hour and a multiplier of up to 10 times the hourly rate).

10/30/2008                              BRUNO & BRUNO
2:03 PM                                    test2                                    Page      1

Rate Info - identifies rate source and level

| Slip ID | | User | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 99041 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/1/2003 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Order; Ordering Pfizers Motion to Dismiss | | | 0.00 | | |
| Case is Seperated from MDL 1657 to be | | | | | |
| handled at a future date and the hearing for | | | | | |
| 8/31/05 is cancelled. | | | | | |
| 99042 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/1/2003 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Motion and Order to Substitute Attorney | | | 0.00 | | |
| Mike Hackabay, Bruce Manson and Beverly | | | | | |
| Rowhett. | | | | | |
| 99043 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/1/2003 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Order from the court ordering that Barry | | | 0.00 | | |
| Hillis no longer is a member of the state | | | | | |
| Liasion Committee. | | | | | |
| 99044 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/1/2003 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| [No description] | | | 0.00 | | |
| 96945 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 5/7/2004 | 12:45 AM | Review | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Email form Jerrold S. Parker re: Order re: | | | 0.00 | | |
| FDA Appearance | | | | | |
| 88178 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 10/13/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Fax from Danny Becnel re: Discuss cases | | | 0.00 | | |
| and schedule meeting. | | | | | |
| 89861 | TIME | Joe M. Bruno | 3.00 | 0.00 | 0.00 |
| 10/26/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Merck and Co.'s Motion for Corrdinated | | | 0.00 | | |
| Pre-Trial Proceeding and Merck's Motion for | | | | | |
| expedited consideration. | | | | | |
| 89395 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 10/29/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Correspondence from clerk of court of | | | 0.00 | | |
| Defendant Merck and Co. for transfer of | | | | | |
| actions to District of Maryland. | | | | | |

Exhibit 1

BRUNO & BRUNO
test2

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 89867          TIME<br>11/1/2004<br>WIP<br>Notice of appearance and Rule 5.3 corporate<br>disclosure statement of defendants. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 2.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 88643          TIME<br>11/2/2004<br>WIP<br>Email from Matthew Moreland re: Vioxx Ad. | Joe M. Bruno<br>Review<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 90692          TIME<br>11/5/2004<br>WIP<br>Correspondence from MDL re: Notice pf<br>Appearance. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 90662          TIME<br>11/5/2004<br>WIP<br>Correspondence from Leslie Bryan re:<br>Plaintiffs Motion to Transfer and<br>Coordination and/or Consolidation Pursuant<br>to 28 USC 1407 and Memorandum in<br>Support. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 2.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 91229          TIME<br>11/8/2004<br>WIP<br>Certificate of service of Designated Attorney<br>is authorized to receive service of all<br>Pleadings, notices, orders, and other papers<br>relating to Practice on behalf of Plaintiffs<br>indicated. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 91222          TIME<br>11/8/2004<br>WIP<br>Panel Attorney Service list from cletk of the<br>panel. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 89661          TIME<br>11/9/2004<br>WIP<br>R/R correspondence from Danny Becnel re:<br>Plaintiff Salvador Christians Motion for<br>expedited consideration of Vioxx Moll 1657,<br>Memo in Support and Reply to Defendants<br>Merk and Co. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 1.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 89673          TIME<br>11/9/2004<br>WIP<br>Letter from Leslie Bryan re: Letter sen to<br>Cathy Marda at the Judicial Panel MDL. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 1.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |

10/30/2008                          BRUNO & BRUNO
2:03 PM                                 test2                                    Page        3

| Slip ID | | User | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 89703 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 11/10/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Notice of Appearance. | | | 0.00 | | |
| 89323 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 11/11/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Fax from Bryan Reuter enclosing a service copy of a Fiest Motion for extension of time. | | | 0.00 | | |
| 89383 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 11/12/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from Bryan Reuter enclosing a service copy of a first motion for extension of time; order unsigned. | | | 0.00 | | |
| 89389 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 11/12/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from James Hemmogs (Attorney for Merck and Co Inc) regarding his correction entered on the service list. | | | 0.00 | | |
| 89365 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 11/12/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from  Jack Land to all attorneys on service list regarding removal of their firms name for both defendants. | | | 0.00 | | |
| 89377 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 11/12/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from Wlater Boone re: His office no longer representing the defendant designated in this matter. | | | 0.00 | | |
| 90017 | TIME | Joe M. Bruno | 0.75 | 0.00 | 0.00 |
| 11/15/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from Arnold Levin re: The original and 12 copies of Certificate of Service of Patrick Besaw's prior filings before the panel to clerk of court. | | | 0.00 | | |
| 90077 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 11/15/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from Janice re: Alvin Pennington on Vioxx for a gout condition. | | | 0.00 | | |
| 90053 | TIME | Joe M. Bruno | 0.75 | 0.00 | 0.00 |
| 11/15/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |

| 10/30/2008 | BRUNO & BRUNO | | |
| 2:03 PM | test2 | | |
| | | Page | 4 |

| Slip ID | User | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |
| Response to the Motion of Merk and Company Inc to Transfer and consolidate in the USDC for the District of Maryland. | | 0.00 | | |
| 90029          TIME | Joe M. Bruno | 1.00 | 0.00 | 0.00 |
| 11/15/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Plaintiff's response to Defendant Merk and Company Inc.'s Motion for Coordinated Pre-Trial Proceedings pursuant to 28 U.S.C. | | 0.00 | | |
| 90023          TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 11/15/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Letter from Whitman B. Johnson re: The Panel attorney service list to reflect the correct name of the party he represents as Charles D. Lee. | | 0.00 | | |
| 90083          TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 11/15/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Correspondence from Calvin Fayard re: The Panel Attorney Service List not including him. Copy of Notice Enclosed. | | 0.00 | | |
| 90011          TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 11/15/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Letter from Rachel Nafziger enclosing Dianne nast's Notice of Appearance. | | 0.00 | | |
| 89987          TIME | Joe M. Bruno | 1.00 | 0.00 | 0.00 |
| 11/15/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Plaintiff Richardson's response in opposition to Defendant's Merck's Motion to Transfer and Consolidation submitted by Patrick Stueve. | | 0.00 | | |
| 89975          TIME | Joe M. Bruno | 1.00 | 0.00 | 0.00 |
| 11/15/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Letter from Ricardo Garcia clerk of the panel enclosing an original and 12 copies of interested parties response in opposition to Defendant's Merk and Co Inc.'s Motion for Coordinated Pre-Trial procedings and Memorandum in support. | | 0.00 | | |
| 88727          TIME | Joe M. Bruno | 2.00 | 0.00 | 0.00 |
| 11/15/2004 | Meeting with | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Organization meeting. | | 0.00 | | |

BRUNO & BRUNO
test2

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 90218          TIME<br>11/16/2004<br>WIP<br>Email from Richard Asenault re: New Article. | Joe M. Bruno<br>Review<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 90216          TIME<br>11/16/2004<br>WIP<br>Email from Stephen Murray re: Preemption<br>Defenses. | Joe M. Bruno<br>Review<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 89371          TIME<br>11/16/2004<br>WIP<br>Plaintiff Salvadore Christina Memo in<br>Support of the Motion for expedited<br>consideration. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 89258          TIME<br>11/16/2004<br>WIP<br>R/R Fax from Daniel Becnel re: a successful<br>meeting in New Orleans and election of Any<br>Birchfield and Allen and Chris Sorger as<br>Co-Lead Counsels. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 89228          TIME<br>11/17/2004<br>WIP<br>Copies of Interested Parties reasons why<br>oral argument should be heard and<br>opposition to defendant merck and co inc;s<br>motion for coordinated pretrial proceedings<br>pursuant to 28 U.S.C.J. 1407 and memo in<br>support. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 1.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 89222          TIME<br>11/17/2004<br>WIP<br>R/R Memorandum of Plaintiffs Roberta<br>Walcott and Williams Hanson and<br>interested Parties Motion to Transfer. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 1.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 89234          TIME<br>11/17/2004<br>WIP<br>R/R Rule 7.2(a)(ii) schedule of actions from<br>Andy Birchfield enclosing Plaintiffs response<br>to Merck and Co., Inc. Motion for<br>coordinated pre-trial proceedings and<br>plaintiffs brief in support of their response to<br>Mercks Motion for coordinated pre-trial<br>proceedings. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 1.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |

BRUNO & BRUNO
test2

| Slip ID Dates and Time Posting Status Description | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 89240          TIME 11/17/2004 WIP R/R Letter from David Matthews enclosing certain Texas Plaintiffs Response to Defendant Merck Co., Inc; Motion for coordinated trial proceedings and reasons why oral arguments should be heard. | Joe M. Bruno Receipt and rev Vioxx Com | 1.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 89246          TIME 11/17/2004 WIP Certain MDL Plaintiffs response to Merck and Co., Inc; Motion for coordinated pre-trial proceedings and certain Federal Plaintiffs Motion In Support of Plaintiff Salvadore Chritians Motion for Expedited Consideration of Vioxx MDL1650. | Joe M. Bruno Receipt and rev Vioxx Com | 1.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 89252          TIME 11/17/2004 WIP R/R Letter from Danny Johnson enclosing Plaintiffs; Motion for Transfer with supporting memorandum. | Joe M. Bruno Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 90214          TIME 11/18/2004 WIP Email re: Article on Merck Vioxx Lawsuit. | Joe M. Bruno Review Vioxx Com | 0.75 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 90150          TIME 11/19/2004 WIP Fax from Daniel Becnel re: Crestor, Acutave and Bextra being seriously considered removed based on one witness who testified the drugs should be looked at. | Joe M. Bruno Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 90125          TIME 11/19/2004 WIP Fax from Danny Becnel re: Certain members of the group have been contacted by representatives of Merck to begin discussions concerning important issues. | Joe M. Bruno Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 90101          TIME 11/19/2004 WIP =Correspondence from Ronnie Penton re; Notice of Appearance , Notice of Potential Tag Along or related action and Preston Lee's Reply to merck. | Joe M. Bruno Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |

BRUNO & BRUNO
test2

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 89485           TIME<br>11/22/2004<br>WIP<br>MDL vioxx information. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 2.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 90550           TIME<br>11/29/2004<br>WIP<br>Notice to all counsel re: seperate motions<br>collectively seeking centralization. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 1.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 90585           TIME<br>11/29/2004<br>WIP<br>Letter from William Beaisoliee to clerk of<br>panel enclosing Merck and Co Inc's<br>Amended Motion for Coordinated Pre Trial<br>Proceedings, Memorandum In Support. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 2.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 90644           TIME<br>12/1/2004<br>WIP<br>Motion to Transfer to the United States<br>District Court for the Northern District of<br>Illinois all pending related actions for<br>coordinated and consolidate proceedings. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 1.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 91155           TIME<br>12/3/2004<br>WIP<br>Fax from Daniel Biecnel attaching Bill<br>Fiedermans copy of Merck's Responses and<br>Objections to plaintiffs first of interrogatoues<br>in his case | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 1.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 91217           TIME<br>12/3/2004<br>WIP<br>letter from Scott Allen.  Notice of<br>appearance. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 92299           TIME<br>12/6/2004<br>WIP<br>Fax from Elizabeth Cabraser re: <Big<br>Pharma/FDA cartoon> | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 92304           TIME<br>12/6/2004<br>WIP<br>letter from Hector Gancedo to the clerk of<br>the panel requesting to receive all court<br>orders | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |

10/30/2008                                        BRUNO & BRUNO
2:03 PM                                               test2                                            Page        8

| Slip ID | | User | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 92311 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 12/6/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from William Beausoleil to the clerk of the panel regarding the issue of a reply of Merch & Co. Inc. to the various responses to its initial & amended motions for coordinated pre-trial proceedings. | | | 0.00 | | |
| 92316 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 12/7/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| revised panel attorney service list | | | 0.00 | | |
| 92323 | TIME | Joe M. Bruno | 1.00 | 0.00 | 0.00 |
| 12/7/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| faxed letter from Bryan Reutter enclosing a service copy oF Much & Co. Inc.'s answer filed. | | | 0.00 | | |
| 92287 | TIME | Joe M. Bruno | 1.00 | 0.00 | 0.00 |
| 12/8/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Walter McNaugton's application in support of coordinated Pre-trial proceedings pursuant to 28u.s.c. 1407 | | | 0.00 | | |
| 92292 | TIME | Joe M. Bruno | 1.00 | 0.00 | 0.00 |
| 12/8/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from Bryan Beuter enclosing a service copy of Merch & Co. Inc.'s answer | | | 0.00 | | |
| 91035 | TIME | Joe M. Bruno | 0.75 | 0.00 | 0.00 |
| 12/9/2004 | | Review | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Email from Danny Becnel re: Internal Investigation Article. | | | 0.00 | | |
| 92387 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 12/10/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| faxed letter from Tumer Branch to Daniel Becnel jjr. re: the hearing coming up for the MDL on Vioxx litigation.  Responses to all motions are due by Dec. 13, 04 | | | 0.00 | | |
| 91306 | TIME | Joe M. Bruno | 18.00 | 0.00 | 0.00 |
| 12/13/2004 | | Travel | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Travel to Washington DC attended motion plantiffs councel injunction of MDL. | | | 0.00 | | |
| Travel to N.O. | | | | | |

| Slip ID Dates and Time Posting Status Description | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 92422          TIME 12/13/2004 WIP Danford K Jones response to Merk & Co. Inc.'s amended motion for coordinated pre-trial proceedings & request that all federal cases relating to Vioxx be transferred to the Northern District of Ohio | Joe M. Bruno Receipt and rev Vioxx Com | 1.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 92413          TIME 12/13/2004 WIP Interested party respons in support of transfer of actions to the central district of Cali. by Mitchell R. Jensen | Joe M. Bruno Receipt and rev Vioxx Com | 2.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 91558          TIME 12/14/2004 WIP Letter from Harris Pogust enclosing Plaintiffs Kennedy and Darryl Mcmahon's response to MDL motion for transfer and cross motion for transfer. | Joe M. Bruno Receipt and rev Vioxx Com | 2.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 92408          TIME 12/14/2004 WIP letter from Michael Tiger enclosing plaintiffs Merrich & Michelle Sirota's reply to defendant Merch & Co. Inc.'s Motion for coorinated pre-trial proceedings reasons why oral argument should be heard & cert. of service. | Joe M. Bruno Receipt and rev Vioxx Com | 1.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 92401          TIME 12/14/2004 WIP letter from Stephen b. Murray enclosing Plaintiffs Memorandum in response to motion to transfer and consolidation filed by defendant. | Joe M. Bruno Receipt and rev Vioxx Com | 2.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 92396          TIME 12/14/2004 WIP letter from Richard Arsunautt enclosing Plaintiffs response to Defendant's motion for coordinated Pre-trial proceedings pursuant to 28 USC 1409 | Joe M. Bruno Receipt and rev Vioxx Com | 2.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 91546          TIME 12/15/2004 WIP Letter from Danny Becnel re: PBS program | Joe M. Bruno Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |

10/30/2008                          BRUNO & BRUNO
2:03 PM                                test2                                     Page    10

| Slip ID | User | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |
| (frontline) Dangerous Prescriptions . Request for conference call to discuss the spread sheet sent out yesterday re; locations of the MDL. | | | | |
| 91691          TIME | Joe M. Bruno | 2.00 | 0.00 | 0.00 |
| 12/15/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Letter from Becnel re: His retainer of Dr. Daniel Acosta , Jr. as his cardio toxicologist in this matter. | | 0.00 | | |
| 91045          TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 12/15/2004 | Review | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Email from Danny Becnel re: Hearing in Fort Meyers, Florida on January 27, 2005. | | 0.00 | | |
| 91055          TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 12/16/2004 | Review | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Email from Danny Becnel re: Letter to client from Merck. | | 0.00 | | |
| 91619          TIME | Joe M. Bruno | 1.00 | 0.00 | 0.00 |
| 12/16/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Letter from Kristina McVey enclosing Plaintiffs Fred Enles' response in support of transfer and coordination. | | 0.00 | | |
| 92423          TIME | Joe M. Bruno | 1.00 | 300.00 | 300.00 |
| 12/17/2004 | Receipt and rev | 0.00 | T | |
| WIP | Vioxx Com | 0.00 | | |
| letter from Jewel Welch to clerk of the panel enclosing plaintiff Vickie Whites reply to defendant Mercks Memorandum. in support of its motion for coordinating pre-trial proceedings | | 0.00 | | |
| 92377          TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 12/20/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| notice of hearing session from Michael Bech (clerk of panel) | | 0.00 | | |
| 92386          TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 12/20/2004 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| third party payor class's memorandum in opposition to Merck & co. Inc. amended motion for coordinated pre-trial proceedings. | | 0.00 | | |

10/30/2008                              BRUNO & BRUNO
2:03 PM                                     test2                                          Page      11

| Slip ID | | User | Units | Rate | Slip Value |
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
|---|---|---|---|---|---|
| 92372 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 12/20/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| notice of presentation or waiver of oral | | | 0.00 | | |
| argument. | | | | | |
| 92363 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 12/20/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from steven minor to the clerk of the | | | 0.00 | | |
| panel re: the attached Amerisource Bergen | | | | | |
| Corp. Memorandum in support of Merch & | | | | | |
| Co. Inc. motion for coordinated Pre-trial | | | | | |
| proceedings. | | | | | |
| 92362 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 12/20/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Jerry Melton's Joinder in motion for | | | 0.00 | | |
| coordinated pre trial proceedings pursuant to | | | | | |
| 28 U.S.C. 1407 | | | | | |
| 91069 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 12/20/2004 | | Review | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Email from Danny Bencel re: Other Pfizer | | | 0.00 | | |
| drugs. | | | | | |
| 92353 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 12/20/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| faxed memorandum from Daniel Becnel re: | | | 0.00 | | |
| an immediate summit concering Bextra & | | | | | |
| Celebrex b/c they both involve Pfizer.  Also | | | | | |
| enclosed are articles which appeared both | | | | | |
| today and over the weekend in NY Times & | | | | | |
| USA Today. | | | | | |
| 92348 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 12/21/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| faxed order from the court ordering; A | | | 0.00 | | |
| preliminary conference that will be held on | | | | | |
| 2/15/05 @ 3:15pm for the purpose of | | | | | |
| scheduling a pre-trial conference and trial on | | | | | |
| the merits and for a discussion of the status | | | | | |
| and discovery cut-off date | | | | | |
| 92341 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 12/22/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from David Hochema enclosing | | | 0.00 | | |
| interested parties response in opposition to | | | | | |
| defendant Merch & Co. Inc., intrested | | | | | |

| Slip ID | | User | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| parties reasons why oral argument should be heard & service list. | | | | | |
| 92328 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 12/23/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from thomas Owen enclosing a copy of Merchs motion to stay all proceedings pending transfer decision. | | | 0.00 | | |
| 92335 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 12/23/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from Danny becnel to clerk of panel enclosing notice of presentation or waiver of oral argument | | | 0.00 | | |
| 92432 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 12/27/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from Scott Allen to Michael Beck advising that he represents Dario Avango. M.D. & Emery L Suderman and requesting that the service list be revised. | | | 0.00 | | |
| 92437 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 12/27/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from R.Eric Kennedy to clerk of panel enclosing 1 copy of notice of representation or waiver of oral argument. | | | 0.00 | | |
| 92444 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 12/27/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from Fred Longer to clerk of the panel enclosing one copy of the notice of presentation or waiver of oral argument | | | 0.00 | | |
| 92452 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 12/29/2004 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Email from Christopher Seeger re: Meeting to be held in Houston on January 17th @ 11:00am. | | | 0.00 | | |
| 92674 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 1/5/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Notice of Presentation of Waiver of Oral Argument from Charles Merkel III. | | | 0.00 | | |
| 92788 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 1/6/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from Richard Lockridge enclosing | | | 0.00 | | |

10/30/2008
2:03 PM

BRUNO & BRUNO
test2

Page    13

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Notice of Presentation Waiver of Oral Argument for Lockridge Grindal Nauen. | | | | |
| 92794          TIME<br>1/6/2005<br>WIP<br>Letter from Leslie Ballantyne enclosing Notice of Presentation of Waiver of Oral Argument submitted on behalf of Merk and Co. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 92806          TIME<br>1/7/2005<br>WIP<br>Letter from Penny Lawson requesting that the revised Panel Attorney Service list be revised again to reflect that J. Leroy McNamara and Joseph L. McNamara are the same person. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 92813          TIME<br>1/7/2005<br>WIP<br>Letter from Dana Fox enclosing Notice of Presentation or Waiver of Oral Argument. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 92819          TIME<br>1/7/2005<br>WIP<br>Letter from John T. Murray advising that the Panel Attorney service list revision of 12/3/04 contains an error in party representation as far as their firm's attorney, John T. Murray. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 92800          TIME<br>1/7/2005<br>WIP<br>Letter from S> Kirk Milan enclosing Notice of Presentation of Waiver of Oral Argument. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 93000          TIME<br>1/10/2005<br>WIP<br>Letter from Andrew McCullough enclosing Notice of Presentation or Waiver of Oral Argument form. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 93006          TIME<br>1/10/2005<br>WIP<br>Letter from Christine Tatum enclosing a completed Notice of Presentation or Waiver of Oral Argument. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |

BRUNO & BRUNO
test2

| Slip ID | | User | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 92988 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 1/10/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Notice of Presentation of Waiver of Oral | | | 0.00 | | |
| Argument form from Rebecca Cunard. | | | | | |
| 92982 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 1/10/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Notice of Presentation of Waiver of Oral | | | 0.00 | | |
| Argument from Ronald Fiesta. | | | | | |
| 92994 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 1/10/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from lance Harke , enclosing Notice of | | | 0.00 | | |
| Presentation or Waiver Oral Argument. | | | | | |
| 92976 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 1/13/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Faxed Minute Entry from Judge Feldman | | | 0.00 | | |
| ordering that the defendants motion to stay | | | | | |
| all proceedings pending transfer decision by | | | | | |
| the Judicial panel on multidistrict litigation | | | | | |
| be granted as unopposed and that this case | | | | | |
| is closed for statistical purpose. | | | | | |
| 91888 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 1/14/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Email from Xiaowei Cheng re: Conference | | | 0.00 | | |
| Invitation. | | | | | |
| 95071 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 1/14/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from Niki Okcu enclosing Alford's | | | 0.00 | | |
| Pharmacy's notice of Appearance. | | | | | |
| 95067 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 1/14/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from Niki Okcu enclosing Notice of | | | 0.00 | | |
| Oral Argument. | | | | | |
| 95061 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 1/14/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from Thomas walker to all counsel | | | 0.00 | | |
| advising that he inadvertenly checked the | | | | | |
| blank to indicake that he would present oral | | | | | |
| argument at the panel session on 1/27/05 | | | | | |

10/30/2008                                     BRUNO & BRUNO
2:03 PM                                            test2                                          Page    15

| Slip ID | | User | Units | Rate | Slip Value |
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
|---|---|---|---|---|---|
| 95055 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 1/18/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Notice of presentation or waiver of oral argument from Christopher McDonald. | | | 0.00 | | |
| 92458 | TIME | Joe M. Bruno | 0.75 | 0.00 | 0.00 |
| 1/18/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Email from Jerold S. Parker re: 2 more Vioxx studies. | | | 0.00 | | |
| 95060 | TIME | Joe M. Bruno | 6.00 | 0.00 | 0.00 |
| 1/18/2005 | | Travel | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Travel to Houston TX for a meeting with Chris Seeger and various plaintiff attorneys to discuss MDL strategy for hearing on 1/27/05. | | | 0.00 | | |
| 95056 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 1/18/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Notice of presentation or waiver of oral argument by David Barrett. | | | 0.00 | | |
| 95049 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 1/18/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from leslie ballantyne advising on behalf of merch notifying the panel of potential tag along actions.  The potential tag along action has been filed or removed to federal court. | | | 0.00 | | |
| 95046 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 1/19/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| faxed letter from kim meaders advising that alford's pharmacy has been sued in a vioxx matter which was removed to federal court. Requesting records to reflect conusel for Alford's pharmacy. | | | 0.00 | | |
| 95039 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 1/25/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from robert piper jr. requesting to serve on plaintiffs ststerring committee once the matter is transferred to a MDC court.  Also enclosed is Mr. Prier's cirricular vital. | | | 0.00 | | |
| 93159 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 1/25/2005 | | Review | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |

BRUNO & BRUNO
test2

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Email from Becnel re: Article dealing with over prescribing of Vioxx and Celebrex that defendant's may attempt to use in their case. | | 0.00 | | |
| 95004          TIME<br>1/31/2005<br>WIP<br>letter from Leslie Ballantyne notifying the panel of potential tag along actions and includes cases that have been filed in or removed by federal court since 1/7/05. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95022          TIME<br>2/3/2005<br>WIP<br>Letter from Norman Kleinberg to Michael Beck notifying the panel of recent developments. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95010          TIME<br>2/9/2005<br>WIP<br>Letter from Kim Meaders advising that Alford;s Pharmacy has been sued which was removed to federal court and a request to update information. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95016          TIME<br>2/9/2005<br>WIP<br>Letter from William Beausoled notifying the panel of potential tag along actions. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 2.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 93213          TIME<br>2/13/2005<br>WIP<br>Stan Uresley; re: meeting; | Joe M. Bruno<br>Telephone conf.<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 93355          TIME<br>2/15/2005<br>WIP<br>Email from Danny Becnel re: Eastern District of Louisiana given the MDL. | Joe M. Bruno<br>Review<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 94805          TIME<br>2/17/2005<br>WIP<br>faxed letter from Christopher Seeger advising that there will be an organizational meeting of Vioxx plaintiffs counsel in N.O. on 2/23/05 @ 3:00pm. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 1.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 94808          TIME<br>2/21/2005<br>WIP<br>order from the court; ordering that Angelis | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |

10/30/2008                                   BRUNO & BRUNO
2:03 PM                                          test2                                        Page      17

| Slip ID | User | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |

Alexander vs. Merch be transfered to
section L(3) of this court for consolidation
and further ordered that the stay in this
matter be lifted.

| 93748 | TIME | | Joe M. Bruno | 1.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|---|
| 2/22/2005 | | | Receipt and rev | 0.00 | T@1 | |
| WIP | | | Vioxx Com | 0.00 | | |
| Motion to Organize Plaintiffs counsel submitted by Deborah Sulzer. | | | | 0.00 | | |

| 93754 | TIME | | Joe M. Bruno | 1.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|---|
| 2/22/2005 | | | Receipt and rev | 0.00 | T@1 | |
| WIP | | | Vioxx Com | 0.00 | | |
| Minute Entry from the court advising that they are in receipt of Daniel Becnel's faxed document and all documents faxed to the court must be sent to all counel and Pretrial Order No.1 setting initial conference. | | | | 0.00 | | |

| 93766 | TIME | | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
|---|---|---|---|---|---|---|
| 2/22/2005 | | | Receipt and rev | 0.00 | T@1 | |
| WIP | | | Vioxx Com | 0.00 | | |
| Letter from Michael Beck enclosing Transfer Order. | | | | 0.00 | | |

| 93474 | TIME | | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
|---|---|---|---|---|---|---|
| 2/23/2005 | | | Receipt and rev | 0.00 | T@1 | |
| WIP | | | Vioxx Com | 0.00 | | |
| Letter from Deborah Sulzer to JUdge Whyte requesting that the Motion to Organize be withdrawn as moot. Pretrial order 1 addresses the procedure for the organization of the litigation requested in the motion. | | | | 0.00 | | |

| 93230 | TIME | | Joe M. Bruno | 2.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|---|
| 2/23/2005 | | | Telephone conf. | 0.00 | T@1 | |
| WIP | | | Vioxx Com | 0.00 | | |
| tel. con. Calvin Fayard re organization;  tel con. d. Becnel re; organization;  Tel. con. S. Murray re organization. | | | | 0.00 | | |

| 93713 | TIME | | Joe M. Bruno | 2.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|---|
| 2/28/2005 | | | Receipt and rev | 0.00 | T@1 | |
| WIP | | | Vioxx Com | 0.00 | | |
| letter from Bryan Reuter enclosing: | | | | 0.00 | | |

1) defendants objections to and motions to
review.
2) Memorandum in support of defendants
objections to the magistrates Feb. 10, 2005
remand order
3) Notice of hearing

| Slip ID Dates and Time Posting Status Description | | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|---|
| 93254 | TIME | Joe M. Bruno | 2.00 | 0.00 | 0.00 |
| 2/28/2005 | | Review | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Email re: Pre Trial Order No.1 which was entered on 2/18/05 by Judge Fallon. | | | 0.00 | | |
| 93219 | TIME | Joe M. Bruno | 5.00 | 0.00 | 0.00 |
| 3/1/2005 | | Telephone conf. | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Prepare & attend group organizational meeting pursuant to court order.  Tel con. D. Becnel re: meeting  tel con C. Fayard re meeting. | | | 0.00 | | |
| 96253 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 3/2/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from Carolyn McNabb enclosing a copy of her signed retainer contract with Scott Ayiers. | | | 0.00 | | |
| 95812 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 3/2/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from S. B. murry enclosing application for appointment to the plaintiffs steering committee. | | | 0.00 | | |
| 94588 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 3/2/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Faxed letter from Dennis Johnson advising that he is unclear which attorney is preparing the single submission contemplated by Judge Fallons PTO # and the attached paragraph should be included. | | | 0.00 | | |
| 94594 | TIME | Joe M. Bruno | 1.00 | 0.00 | 0.00 |
| 3/2/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Pretrial Order #1 setting initial conference. | | | 0.00 | | |
| 94558 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 3/2/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Motion to Enroll as counsel of record for Plaintiffs Anthony Mallet and Priscilla Mallett submitted by Gladstone Jones and Allan Kanner, Elizabeth Cowen and Mary Gardner. | | | 0.00 | | |
| 94202 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 3/2/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Minute Entry from the court ordering that all | | | 0.00 | | |

| Slip ID | User | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |

motions to stay proceedings pending
transfer decision of the judicial panel on
MDL are hereby denied as moot.

| 95816 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 3/2/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| | | | 0.00 | | |

notice of filing application for appointment of
D. Becnel Jr. to the plaintiffs steering
committee.

| 94606 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 3/4/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| | | | 0.00 | | |

Letter from Joe Colingo advising that he no
longer represents Dr. Reginald Stewart.
Stephen Burrow has previously entered his
appearance in this case on behalf of Dr.
Stewart.

| 94600 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 3/4/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| | | | 0.00 | | |

Letter from Jeffery Robinson advising that
their firm represents plaintiff R. Dee
Arickson in Erickson versus Merks and Co.,
and that they need to be added to the list.

| 94630 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 3/7/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| | | | 0.00 | | |

Letter from Vance Andrus enclosing his
Application for Appointment to the PSC.

| 94582 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 3/7/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| | | | 0.00 | | |

Letter from Richard Arsenault enclosing
Application for Appointment to the Plaintiffs
Steering Committee.

| 93457 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 3/7/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| | | | 0.00 | | |

Letter from Don Barrett to Judge Fallon as
his application for appointment to the PSC
and Notice of Filing Applications to PSC.

| 94564 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 3/7/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| | | | 0.00 | | |

Order from the court denying the request of
Plaintiffs Liason Counsel to postpone the
initial conference.

10/30/2008                                    BRUNO & BRUNO
2:03 PM                                          test2
                                                                                    Page     20

| Slip ID | | User | Units | Rate | Slip Value |
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
|---|---|---|---|---|---|
| 94570 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 3/7/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from Patrick Morrow ro Judge Fallon attaching correspondence as his application to the PSC. | | | 0.00 | | |
| 94624 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 3/7/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from Mark Robinson enclosing Application for Appointment for PSC. | | | 0.00 | | |
| 94576 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 3/7/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Application to be on the PSC from Harold Lamy to Judge Fallon. | | | 0.00 | | |
| 95895 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 3/8/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.50 | | |
| pre-trial order #3 | | | 0.00 | | |
| 94612 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 3/9/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from Matthew Lundy enclosing Application for Appointment to the PSC. | | | 0.00 | | |
| 94618 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 3/10/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Letter from Tanny Butler enclosing Application of Josie Escobedo for Appointment to the Plaintiffs Steering Committee. | | | 0.00 | | |
| 95882 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 3/11/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| A. D. Birchfield Jr.'s  application for PSC | | | 0.00 | | |
| 95883 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 3/11/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from D. Chmichewski requesting that the following names be added to the panel attorney service list for MDL 1657 | | | 0.00 | | |
| 95905 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 3/11/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| pre-trial order #5 | | | 0.00 | | |

| Slip ID Dates and Time Posting Status Description | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 95911   TIME 3/11/2005 WIP pre-trial order #4 | Joe M. Bruno Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 95848   TIME 3/11/2005 WIP letter from J. Dugan enclosing application for appointment to PSC | Joe M. Bruno Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 95859   TIME 3/11/2005 WIP letter from J. Linsey enclosing application for membership on the PSC | Joe M. Bruno Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 95864   TIME 3/11/2005 WIP Motion to nominate M. P. Robertson to PSC | Joe M. Bruno Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 95869   TIME 3/11/2005 WIP G. Meurier's application for PSC | Joe M. Bruno Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 95875   TIME 3/11/2005 WIP T. B. Hieves application for PSC | Joe M. Bruno Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 95675   TIME 3/14/2005 WIP letter from J. S. Parker advising that he is co-counsel in the matter of Hanson v. Merch Co. which is being transfered to our district from the eastern district of New York. | Joe M. Bruno Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 95720   TIME 3/14/2005 WIP notice of filing of application for appointment to plaintiffs steering committee & letter to judge Eldon Fallon from Walter Dumas | Joe M. Bruno Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 95726   TIME 3/14/2005 WIP application of R. M. Langston for appointment to PSC | Joe M. Bruno Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |

10/30/2008                                BRUNO & BRUNO
2:03 PM                                        test2                                           Page        22

| Slip ID Dates and Time Posting Status Description | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 95680          TIME 3/14/2005 WIP letter from clerk of panel to involved counsel attaching a conditional transfer order. | Joe M. Bruno Receipt and rev Vioxx Com | 0.50 0.00 0.50 0.00 | 0.00 T@1 | 0.00 |
| 95690          TIME 3/14/2005 WIP letter from T. R. Kline attaching his application for apointment to plaintiffs steering committe | Joe M. Bruno Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 95715          TIME 3/14/2005 WIP position statement of defendant Mercy Hospital submitted by Tim Griesenbrech. | Joe M. Bruno Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 95695          TIME 3/14/2005 WIP plaintiffs brief statement of factual and legal issues submitted by J. H. Ruiz on behalf of J. A. Abraham, M. P. Alvarez and J. Andino. | Joe M. Bruno Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 95701          TIME 3/14/2005 WIP letter from T. Balducci enclosing notice of appearance in this matter for and on behalf of plaintiffs as co-counsel to A. D. Birchfield Jr. | Joe M. Bruno Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 95705          TIME 3/14/2005 WIP letter from K. Snapker enclosing application for apointment to the plaintiffs steering committee | Joe M. Bruno Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 95711          TIME 3/14/2005 WIP letter from R. Schwartz requesting to the court to be added to the panel service list pursuant to pre-trial order #1 | Joe M. Bruno Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 95660          TIME 3/15/2005 WIP letter from M. Burg enclosing application of M. S. Burg for apointment to plaintiffs steering committe | Joe M. Bruno Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |

BRUNO & BRUNO

test2

| Slip ID Dates and Time Posting Status Description | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 93305          TIME<br>3/15/2005<br>WIP<br>Email from Regina Westenfeld with Russ Herman's office re: Defendant's initial Position Paper. | Joe M. Bruno<br>Review<br>Vioxx Com | 2.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 93307          TIME<br>3/15/2005<br>WIP<br>Email from Regina Westenfeld re: Plaintiffs Initial Statement Position Paper. | Joe M. Bruno<br>Review<br>Vioxx Com | 2.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95655          TIME<br>3/15/2005<br>WIP<br>application for apointment of J. C. Langston, the Langston Law Firm, P.A. to plaintiffs steering committe. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 93315          TIME<br>3/16/2005<br>WIP<br>Email fro Regina Westenfeld re: Pretrial Order No.5. | Joe M. Bruno<br>Review<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95671          TIME<br>3/16/2005<br>WIP<br>pretrial order #5A ordering counsel to provide to the approperate liaison counsel updated contact info. to be used for service done. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95665          TIME<br>3/16/2005<br>WIP<br>letter from L. Bryan enclosing application of L. J. Bryan for membership to the PSC | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.50<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95891          TIME<br>3/16/2005<br>WIP<br>letter from A. Boon enclosing notice of appearance of co-counsel for attorney Ellen Presley on behalf of J. A. Register and A. Register. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 95834          TIME<br>3/16/2005<br>WIP<br>letter from M. Lundy requesting his name be added to the PSC | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |

| Slip ID | | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | User | | | |
| Posting Status | Activity | DNB Time | Rate Info | |
| Description | Client | Est. Time | Bill Status | |
| | Reference | Variance | | |
| 95840            TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 3/16/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| application for appointment to PSC by D. P. | | 0.00 | | |
| Matthews | | | | |
| 95841            TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 3/16/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| letter from C. Fayard enclosing application | | 0.00 | | |
| for appointment to PSC | | | | |
| 95822            TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 3/17/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| letter from C. Seegier enclosing application | | 0.00 | | |
| of C. Seeger for appointment to PSC. | | | | |
| 95827            TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 3/17/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| letter from M. Lundy enclosing application | | 0.00 | | |
| for appointment to PSC | | | | |
| 95745            TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 3/18/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Arnold Lovin's application for PSC | | 0.00 | | |
| 95750            TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 3/18/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| letter from T. Sobol enclosing request to be | | 0.00 | | |
| added to service list | | | | |
| 95760            TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 3/18/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| letter from R. Cunard enclosing her | | 0.00 | | |
| application for appointment to the plaintiffs | | | | |
| steering committee | | | | |
| 95766            TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 3/18/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.25 | | |
| Brian K. Balser's application for appointment | | 0.00 | | |
| to the plaintiffs' steering committee | | | | |
| 95772            TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 3/18/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Allan Kanner's Application for appointment | | 0.00 | | |
| to plaintiffs steering committee. | | | | |
| 95900            TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 3/21/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |

10/30/2008                          BRUNO & BRUNO
2:03 PM                                 test2                              Page    25

| Slip ID | | User | Units | Rate | Slip Value |
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
|---|---|---|---|---|---|
| | | | 0.00 | | |
| notice of filing of application for appointment of T. M. Sobol to a leadership committee for the end-payor class action Plaintiffs or in the alternative for appointment to the PSC. | | | | | |
| 95807 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 3/21/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from B. Barron enclosing application for appointment to the plaintiffs steering committee. | | | 0.00 | | |
| 95915 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 3/21/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from K. Nelson enclosing notice of filing of application for appointment of Barbra J. Hart to a leadership committee for the end-payor class action plaintiffs or in the alternative for appointment to the PSC | | | 0.00 | | |
| 95800 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 3/21/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.50 | | |
| D. M. Barrios application for appointment to the PSC | | | 0.00 | | |
| 95801 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 3/22/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| W. J. Singleton application for appointment to the PSC | | | 0.00 | | |
| 95030 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 3/22/2005 | | Review | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Email from Regina WEstenfeld re: Order vacating order dated 3/16/05. | | | 0.00 | | |
| 95788 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 3/22/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| motion for appointment to PSC filed by J. Wilkin | | | 0.00 | | |
| 95793 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 3/22/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| letter from R. Brantley to L. Whyte as application for appointment to the PSC. | | | 0.00 | | |
| 95730 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 3/30/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| J. S. Hall's application for PSC | | | 0.00 | | |

10/30/2008                          BRUNO & BRUNO
2:03 PM                                test2                                    Page      26

| Slip ID Dates and Time Posting Status Description | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 95783          TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 3/30/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| letter from D. Becniel as application to the PSC & notice of filing application for appointment of Matthew B. Moreland to the plaintiffs steering committee. | | 0.00 | | |
| 95736          TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 3/30/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Roy Amedes Jr's application for PSC | | 0.00 | | |
| 95740          TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 3/30/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Micheal A. London's application for PSC | | 0.00 | | |
| 93719          TIME          3/31/2005 | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 3/3/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| letter from Yvone Flaherty enclosing Plaintiff Dianne McCraw individually and as Trustee for the Estate of James W. McCraw notice of potential "tag along" action p.t.r. 7.5(e) of the rules & procedures of the judicial panel on the MD filed 2/8/05 | | 0.00 | | |
| 96282          TIME          12:30 AM | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 5/9/2005 | Telephone conf. | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Telephone Conference Discovery Committe | | 0.00 | | |
| 98387          TIME | Joe M. Bruno | 2.00 | 0.00 | 0.00 |
| 5/23/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Defendant's trial proposed by Phil Wittman. | | 0.00 | | |
| 98388          TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 6/14/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| State Liaison Committee email newsletter. | | 0.00 | | |
| 98410          TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 6/21/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Notice of Hearing Session for various matters (MDL) in various states. | | 0.00 | | |
| 98534          TIME | Joe M. Bruno | 1.00 | 0.00 | 0.00 |
| 6/22/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Letter from Richard Kohnke enclosing Vioxx claims , which he is referring to us for handling. | | 0.00 | | |

| Slip ID Dates and Time Posting Status Description | | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|---|
| 98494 6/24/2005 WIP Telephone conference with Marketing Committee- Mark Robinson- interviewing of farmer sales reps marketing managers. | TIME | Joe M. Bruno Telephone conf. Vioxx Com | 1.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 98400 6/30/2005 WIP Email from Dave Bachanan and Troy Rafferty, Co-Chairs discovery committee re: Vioxx Depository in New Orleans. | TIME | Joe M. Bruno Review Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 98926 7/7/2005 WIP Email from Lin Moen re: A sales and marketing conference call on Fri. 7/8/05 at 11:00am. | TIME | Joe M. Bruno Review Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 98300 7/8/2005 WIP Prepare for and participate Telephone conference with re:Sales and Marketing. | TIME | Joe M. Bruno Telephone conf. Vioxx Com | 2.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 98923 7/8/2005 WIP Email from Mark Robinson attaching an article re: National trends in Cyclooxygenase-2 inhibtor use since market release. | TIME | Joe M. Bruno Review Vioxx Com | 1.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 98573 7/19/2005 WIP Prepare and attend status conference. | TIME | Joe M. Bruno Attend Vioxx Com | 2.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 98920 7/20/2005 WIP Email from Lawrence Baren attaching an article re: Misleading marketing by Merck. | TIME | Joe M. Bruno Review Vioxx Com | 0.75 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 98914 7/20/2005 WIP Email from Steve Herman attaching Marketing & Buisness Ethics. | TIME | Joe M. Bruno Review Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 98912 7/20/2005 WIP Email from Mark Robinson advising that | TIME | Joe M. Bruno Review Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |

10/30/2008                                BRUNO & BRUNO
2:03 PM                                       test2                                    Page        28

| Slip ID | User | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |
| there will be a Sales and Marketing conference call on 7/22/05 at 11:00. | | | | |
| 98913          TIME | Joe M. Bruno | 1.50 | 0.00 | 0.00 |
| 7/20/2005 | Review | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Email from Steve Herman attaching rough draft SDT's for 1)Foote Cone and Belding 2) Medco Health Solutions, Inc. 3) A Form for PBM's or HMO's that could be served on: Express Scripts, Inc, Caremark, Inc, Aetna, Humana, Kaiser, Wellpoint, etc. | | 0.00 | | |
| 98934          TIME | Joe M. Bruno | 3.00 | 0.00 | 0.00 |
| 7/21/2005 | Document revie | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Document Review. | | 0.00 | | |
| 98938          TIME | Joe M. Bruno | 3.00 | 0.00 | 0.00 |
| 7/21/2005 | Document revie | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Review Document review of at depository. | | 0.00 | | |
| 98911          TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 7/22/2005 | Review | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Email from Heather Laborde attaching the Order and Reasons from Judge Fallon re: The ExParte contact with doctors issue. | | 0.00 | | |
| 98900          TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 7/25/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Notice to voluntary dismiss case without prejudice by Plaintiff and Authorization to withdraw as counsel and to voluntarily non-suit with prejudice. | | 0.00 | | |
| 98892          TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 7/25/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| EMailed stipulation to dismiss Defendant's Publix supermarkets without prejudice by Plaintiff's. | | 0.00 | | |
| 98894          TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 7/25/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Emailed stipulation to dismiss party Michael O'Leavitt, secretary of Dott by all parties and order thereto. | | 0.00 | | |

10/30/2008                          BRUNO & BRUNO                                Page    29
2:03 PM                                  test2

| Slip ID | User | Units | Rate | Slip Value |
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |
|---|---|---|---|---|
| 98896          TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 7/25/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Emailed order granting Motion to Dismiss the claim if Sidney Schneider. | | 0.00 | | |
| 98805          TIME | Joe M. Bruno | 2.00 | 0.00 | 0.00 |
| 7/29/2005 | Telephone conf. | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Telephone conference with the Discovery Committee. | | 0.00 | | |
| 99017          TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 7/29/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Motion to Dismiss pursuant to FRCP 12 (b) (6) by Defendant Pfizer, Inc. This Motion is set for hearing 8/17/05 at 9:00. | | 0.00 | | |
| 99019          TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 7/29/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Stipulation and Order of Dismissal without Prejudice by Plaintiff Bernadette Young and Defendant Merck & Co. | | 0.00 | | |
| 99021          TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 7/29/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Order granting Motion for Fredrick Stokele to Appear as additional counsel for Plaintiff's. | | 0.00 | | |
| 99023          TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 7/29/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Motion by Claiborne White and Raymond Bennie to enroll Fredrick Stokele as additional counsel. | | 0.00 | | |
| 99024          TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 7/29/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Request for Oral Argument by Defendant Pfizer regarding Motion to Dismiss. | | 0.00 | | |
| 99025          TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 7/29/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Notice to Take Deposition of Terry R. Jacklin and Doug Herman by Plaintiffs. | | 0.00 | | |
| 99026          TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 7/29/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Defendant Pfizer Inc's Corporate Disclosure Statement. | | 0.00 | | |

| Slip ID Dates and Time Posting Status Description | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 99027          TIME 7/29/2005 WIP Stiplated Protective Order for the trade secrets and confidential proprietory information of Merk and Company Inc., Produced by the Food and Drug Administration Pursuant to a Civil Subpoena. | Joe M. Bruno Receipt and rev Vioxx Com | 1.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 99028          TIME 7/29/2005 WIP Summons returned executed served on Merk on 7/5/05. | Joe M. Bruno Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 99029          TIME 7/29/2005 WIP Summon returned executed by Pfizer on 7/1/05. | Joe M. Bruno Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 99030          TIME 7/29/2005 WIP Order granting Motion to Appear. | Joe M. Bruno Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 99031          TIME 7/29/2005 WIP Motion for Jennifer Frank to Appear as Counsel of Record. | Joe M. Bruno Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 99032          TIME 7/29/2005 WIP Stipulation for Voluntary Dismissal without Prejudice of Express Scripts, Inc. by Plaintiffs. | Joe M. Bruno Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 99013          TIME 7/29/2005 WIP Order lifting Stay  of Conditional  Transfer Order from the MDL Panel transferring 1 case to the Eastern District of LA to become part of MDL 1657. | Joe M. Bruno Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 99036          TIME 8/1/2005 WIP Order granting Motion to Substitute Attorney. | Joe M. Bruno Review Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |

10/30/2008                              BRUNO & BRUNO
2:03 PM                                       test2                                    Page    31

| Slip ID | | User | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 99038 | TIME | Joe M. Bruno | 1.00 | 0.00 | 0.00 |
| 8/1/2005 | | Review | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Memorandum in Opposition by Defendant's | | | 0.00 | | |
| to Plaintiffs Motion to Remand. | | | | | |
| 99039 | TIME | Joe M. Bruno | 1.00 | 0.00 | 0.00 |
| 8/1/2005 | | Review | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Memorandum in Opposition by Defendant | | | 0.00 | | |
| to Plaintiffs Motion to Remand. | | | | | |
| 99040 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/1/2005 | | Review | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Plaintiffs Motion to Amend 7/12/05 Order | | | 0.00 | | |
| Granting Voluntary Dismissal. | | | | | |
| 98935 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 8/1/2005 | | Draft | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| E-mail re: Salesman correspondence | | | 0.00 | | |
| discovery. | | | | | |
| 99037 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/1/2005 | | Review | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Motion and Order to Withdraw Waters and | | | 0.00 | | |
| Kraus, LLP as Attorney for Plaintiffs. | | | | | |
| 99303 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/1/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Receipt amd Review Conditional Tmasfer | | | 0.00 | | |
| order (CTO 16). | | | | | |
| 99310 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/1/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Receipt and Review Minute Entry for | | | 0.00 | | |
| proceedings held before Judge Fallon on | | | | | |
| 7/19/05. | | | | | |
| 99304 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/1/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Receipt and Review Motion to Substitute | | | 0.00 | | |
| Counsel. | | | | | |
| 99308 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/1/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Receipt and Review Wates and Kraus LLp | | | 0.00 | | |
| Motion to Withdraw as Counsel of Record | | | | | |
| for Plaintiff Eugene Baldori. | | | | | |

10/30/2008                              BRUNO & BRUNO
2:03 PM                                   test2                          Page    32

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 99309<br>8/1/2005<br>WIP<br>Receipt and Review Order re: Waters and<br>Krauss LLP's Motion to Withdraw as<br>Counsel of Record. | TIME | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 99305<br>8/1/2005<br>WIP<br>Receipt and Review Conditional TRansfer<br>Order 16. | TIME | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 99306<br>8/1/2005<br>WIP<br>Receipt and Review Waiver of Servie of<br>Summons . | TIME | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 99307<br>8/1/2005<br>WIP<br>Receipt and Review Proposed Order:<br>Granting Cohen & Bushe enrollment. | TIME | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 99136<br>8/2/2005<br>WIP<br>Review Depository. | TIME | Joe M. Bruno<br>Review<br>Vioxx Com | 4.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 99258<br>8/3/2005<br>WIP<br>RECEIPT & REVIEW- email from Regina<br>Westenfeld attaching- ANSWER to<br>Complaint with Jury Deman by Defendant<br>Merck & Co., Inc. (Reference 05-2325). The<br>filing applies to : Taylor v. Merck & Co., Inc. | TIME | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 1.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 99260<br>8/3/2005<br>WIP<br>RECEIPT & REVIEW Email from Regina<br>Westenfeld attaching- ANSWER to<br>Complaint with Jury Demand by Defendant<br>Merck & Co., Inc. (Reference 05-1585) The<br>filing applies to : Trevino v. Merck & Co., Inc. | TIME | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 1.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 99262<br>8/3/2005<br>WIP<br>RECEIPT & REVIEW-  Email from Regina<br>Westenfeld attaching- ANSWER to<br>Complaint wit Jury Demand by Defendant<br>Merck & Co., Inc. (Reference: 05-2337). The | TIME | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 1.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |

| Slip ID Dates and Time Posting Status Description | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| filing applies to : Bowsell v. Merck Co., Inc. | | | | |
| 99264          TIME 8/3/2005 WIP RECEIPT & REVIEW email from Regina Westenfeld attaching- ANSWER to Complaint by Defendant's Allen Dickson, Inc. and Morris & Dickson Co, LLC (Reference 05-1200). The filing applies to: Schexnayder v. Merck & Co., Inc. et al. | Joe M. Bruno Receipt and rev Vioxx Com | 1.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 99238          TIME 8/3/2005 WIP RECEIPT & REVIEW- Faxed letter from Gary Gambel attaching 1. 8/2/05 correspondence from Mike Clegg re: Nationwide 2. 8/1/05 Correspondence from John Etter re: Nationwide 3. 8/2/05 correspondence with attached pleading from John Etter re: HANO's responses to Plaintiff's July 14, 2005 Supplemental Interrogatories and Request for Production of Documents. 4. 8/2/05 Correspondence from John Etter re: Rule 10 Conference /PI's Responses to Discovery. | Joe M. Bruno Receipt and rev Vioxx Com | 1.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 99250          TIME 8/3/2005 WIP RECEIPT & REVIEW- email from Regina Westenfeld attaching - Transcript of the Status Conference on 7/19/05.  The filing applies to Lang vs. Merck & Co., Inc., et al/ | Joe M. Bruno Receipt and rev Vioxx Com | 1.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 99252          TIME 8/3/2005 WIP RECEIPT & REVIEW- email from Regina Westenfeld attaching - ANSWER to Complaint with Jury Demand by Defendant Merck & Co., Inc. ( Reference 05-2326) The filing applies to Ross v. Merck & Co., Inc. | Joe M. Bruno Receipt and rev Vioxx Com | 1.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 99254          TIME 8/3/2005 WIP | Joe M. Bruno Receipt and rev Vioxx Com | 1.00 0.00 0.00 | 0.00 T@1 | 0.00 |

10/30/2008                                    BRUNO & BRUNO
2:03 PM                                          test2                                        Page      34

| Slip ID Dates and Time Posting Status Description | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| RECEIPT & REVIEW - Email from Regina Westenfeld attaching - ANSWER to Complaint with Jury Demand by Defendant Merck & Co., Inc. ( Reference 05-2327) The filing applies to : Mersman v. Merck & Co., Inc. | | 0.00 | | |
| 99256          TIME 8/3/2005 WIP RECEIPT & REVIEW- Email from Regina Westenfeld attaching- ANSWER to Complaint with Jury Demand by Defendant Merck & Co., Inc. (Reference 05-1560). The filing applies to : Russell v. Merck & Co., Inc. | Joe M. Bruno Receipt and rev Vioxx Com | 1.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 99172          TIME 8/4/2005 WIP RECEIPT & REVIEW Email from  Regina Westenfeld attaching- Minute Entry for proceedings held before Judge Eldon Fallon: Status Conference held on 7/26/05. | Joe M. Bruno Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 99194          TIME 8/4/2005 WIP RECEIPT & REVIEW Email from Regina Westenfeld attaching- SURREPLY in Opposition filed by Defendant Merck & Co., Inc/ re: [679] MOTION for emergency hearing. (Reference 05-2586). This document relates to: Felicia Garza v. Merck & Co. | Joe M. Bruno Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 99196          TIME 8/4/2005 WIP RECEIPT & REVIEW Email from Regina Westernfeld attaching- MOTION to Dismiss Plaintiff's cmp by Defendant Medicine Shoppe International , Inc. Motion Hearing set for 1/4/06 9:00am before Judge Eldon E. Fallon. ( Reference 05-1034). This document relates to : Felicia Garza v. Merck & Co. | Joe M. Bruno Receipt and rev Vioxx Com | 1.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 99176          TIME 8/4/2005 WIP RECEIPT & REVIEW Email from Regina Westenfeld attaching- | Joe M. Bruno Receipt and rev Vioxx Com | 1.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |

| Slip ID | User | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |

ANSWER to Complaint by Defendant Merck
& Co, Inc. (Reference: 05-672)

| 99178          TIME | Joe M. Bruno | 1.00 | 0.00 | 0.00 |
|---|---|---|---|---|
| 8/4/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| RECEIPT & REVIEW | | 0.00 | | |

Email from Regina Westenfeld attaching-
ANSWER to Complaint filed by Defendant
Merck & Co. Inc. (Reference : 05-1171).

| 99180          TIME | Joe M. Bruno | 1.00 | 0.00 | 0.00 |
|---|---|---|---|---|
| 8/4/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| RECEIPT & REVIEW | | 0.00 | | |

Email from Regina Westenfeld attaching-
ANSWER to Complaint with Jury Demand
Defendant Merck & Co., Inc. (Reference:
05-2024)

| 99182          TIME | Joe M. Bruno | 1.00 | 0.00 | 0.00 |
|---|---|---|---|---|
| 8/4/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| RECEIPT & REVIEW | | 0.00 | | |

Email from Regina Westenfeld attaching-
ANSWER to Complaint by Defendant Merk
& Co., Inc. (Reference: 05-1166).

| 99174          TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
|---|---|---|---|---|
| 8/4/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| RECEIPT & REVIEW | | 0.00 | | |

Email from Regina Westenfeld attaching-
ORDER-Court will issue  a pretrial order
governing PPFs and the Merck Profile Form.

| 99160          TIME | Joe M. Bruno | 1.50 | 0.00 | 0.00 |
|---|---|---|---|---|
| 8/4/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| RECEIPT & REVIEW | | 0.00 | | |

Email from Regina WEstenfeld attaching-
PRETIRAL ORDER # 18 regrading Plaintiff
Profile Form and Authorizations & Merck
Profile Form.

| 99162          TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
|---|---|---|---|---|
| 8/4/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| RECEIPT & REVIEW- | | 0.00 | | |

Email from Regina Westenfeld attaching -
CROSS NOTICE  to take Deposition of
Peter Honig by Defendant Merck.

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 99166          TIME<br>8/4/2005<br>WIP<br>RECEIPT & REVIEW-Email from Regina<br>Westenfeld attaching-<br>MOTION and ORDER by Plaintiff Ramon<br>Pereda to dismiss , with prejudice , the<br>claim he has with Merck and Co., Inc. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 99192          TIME<br>8/4/2005<br>WIP<br>RECEIPT & REVIEW<br>Email from Regina Westenfeld<br>attaching-ORDERED that the feasibilty<br>hearing scheduled for 8/2/05 is canceled.<br>This document relates to : Certain cases. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 99184          TIME<br>8/4/2005<br>WIP<br>RECEIPT & REVIEW<br>Email from Regina Westenfeld attaching-<br>ANSWER to Complaint with Jury Demand<br>by Defendant Merck & Co., Inc. (Reference<br>05-1278.<br>This document relates to Dianne McCraw<br>vs. Merck & Co., Inc. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 1.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 99186          TIME<br>8/4/2005<br>WIP<br>RECEIPT & REVIEW<br>Email from Regina Westenfeld attaching-<br>ANSWER to Complaint with Jury Demand<br>by Defendant Merck & Co., Inc. (Reference :<br>05-1278)<br>This document relates to Dianne MCraw vs.<br>Merck & Co., Inc. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 1.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 99188          TIME<br>8/4/2005<br>WIP<br>RECEIPT & REVIEW<br>Email from Regina Westenfeld attaching-<br>ANSWER to Complaint with Jury Demand<br>by Defendant Merck & Co., Inc. (Reference<br>05-1776) This document relates to Greg vs.<br>Merck Co., Inc. | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 1.00<br>0.00<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |
| 99190          TIME<br>8/4/2005<br>WIP | Joe M. Bruno<br>Receipt and rev<br>Vioxx Com | 0.25<br>0.00<br>0.00 | 0.00<br>T@1 | 0.00 |

10/30/2008                                      BRUNO & BRUNO
2:03 PM                                            test2                                        Page      37

| Slip ID | User | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |
| RECEIPT & REVIEW | | | | |
| Email from Regina WEstenfeld attaching- | | 0.00 | | |
| TRANSFER ORDER (CTO-18) FROM THE | | | | |
| MDL PANEL. This document relates to | | | | |
| certain cases. | | | | |
| 99198            TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 8/5/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| RECEIPT & REVIEW | | 0.00 | | |
| email from Regina Westenfeld attaching- | | | | |
| Memorandum in Opposition by Defendant | | | | |
| Merck & Co., Inc. to plaintiff's Motion to | | | | |
| Remand. (Reference 05-1029). | | | | |
| 99200            TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/5/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| RECEIPT & REVIEW | | 0.00 | | |
| EMail from Regina Westenfeld attaching - | | | | |
| CROSS-NOTICE of Deposition of Barry | | | | |
| Gertz by Defendant Merck & Co. | | | | |
| 99202            TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/5/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| RECEIPT & REVIEW email from Regina | | 0.00 | | |
| Westenfeld attaching- | | | | |
| AMENDED CROSS-NOTICE to Take the | | | | |
| Deposition of Jan Weiner. | | | | |
| 99204            TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/5/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| RECEIPT & REVIEW email from Regina | | 0.00 | | |
| Westenfeld attaching- | | | | |
| NOTICE of change of address by Attorney | | | | |
| Charles LaDuca. | | | | |
| 99206            TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/5/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| RECEIPT & REVIEW email from Regina | | 0.00 | | |
| Westenfeld attaching- ORDER granting | | | | |
| [486] Petition for an order securing | | | | |
| allocation of counsel fees and costs for MDL | | | | |
| administration and common benefit work. | | | | |
| 99210            TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/5/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| RECEIPT & REVIEW email from Regina | | 0.00 | | |
| Westenfeld attaching- | | | | |
| ORDER that PSC & DSC shall select a | | | | |

BRUNO & BRUNO

test2

| Slip ID | | User | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| stroke case for early trial. | | | | | |
| 99212 | TIME | Joe M. Bruno | 2.50 | 0.00 | 0.00 |
| 8/5/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| RECEIPT & REVIEW - email from Regina Westenfeld attaching- Master Complaint Re: Class Action Cases- Purchase Claims 2005-08-02. | | | 0.00 | | |
| 99234 | TIME | Joe M. Bruno | 2.00 | 0.00 | 0.00 |
| 8/5/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| RECEIPT & REVIEW email from Regina Westenfeld attaching- Master Complaint re: Class Action Cases- Personal Injury and Wrongful Death 2005-08-02. | | | 0.00 | | |
| 99236 | TIME | Joe M. Bruno | 2.00 | 0.00 | 0.00 |
| 8/5/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| RECEIPT & REVIEW email from Regina Westenfeld attaching- MASTER COMPLAINT regarding Class Action Cases involving Medical Monitoring filed by Plaintiff. | | | 0.00 | | |
| 99144 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/8/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Receipt & Review email from Regina Westenfeld attaching -PRETRIAL ORDER # 20 Regarding Production of Merck Representative information. | | | 0.00 | | |
| 99146 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/8/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| RECEIPT & REVIEW email from Regina Westenfeld attaching - Plaintiff 's Steering Committee's ancillary notice concerning master complaints for personal injury & medical monitoring. | | | 0.00 | | |
| 99857 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 8/9/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Receipt & Review email from Regina Westenfeld attaching: ANSWER to Complaint with Jusy Demand by Defendant Merk & Co, Inc. (Reference: 05-2352). | | | 0.00 | | |
| 99340 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 8/9/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |

10/30/2008                          BRUNO & BRUNO
2:03 PM                                 test2                             Page      39

| Slip ID | User | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |
| Receipt and Review email from Regina Westenfeld attaching - ANSWER to Complaint with Jury Demand by Defendant Merck & Co., Inc. (Reference 05-2355). Laney matter. | | 0.00 | | |
| 99328          TIME 8/9/2005 WIP Receipt and Review email from Regina Westenfeld attaching -ANSWER to Complaint by Defendant Merck & Co., Inc. (Reference: 05-1414). McCain matter. | Joe M. Bruno Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 99329          TIME 8/9/2005 WIP Receipt and Review email from Regina Westenfeld attaching- ANSWER to Complaint with Jury Demand by Defendant Merck & Co., Inc. (Reference 05-2343). Bradman matter. | Joe M. Bruno Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 99330          TIME 8/9/2005 WIP Receipt and Review mail from Regina Westenfeld attaching- ANSWER to Complaint with Jury Demand by Merck & Co, Inc. (Reference 05-2010). Key matter. | Joe M. Bruno Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 99331          TIME 8/9/2005 WIP Receipt and Review email from Regina Westenfeld attaching - ANSWER to Complaint with Jury Demand by Defendant Merck & Co., Inc. (Reference 05-2009). Clifford matter. | Joe M. Bruno Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 99332          TIME 8/9/2005 WIP Receipt and Review email from Regina Westenfeld attaching - ANSWER to Complaint with Jury Demand by Defendant Merck & Co., Inc. (Reference 05-1265 Kay matter. | Joe M. Bruno Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |

| Slip ID | | User | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 99333 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 8/9/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Receipt and Review email from Regina | | | 0.00 | | |
| Westenfeld attaching - | | | | | |
| ANSWER to Complaint with Jury Demand | | | | | |
| by Defendant Merck & Co., Inc. (Reference | | | | | |
| 05-2008). | | | | | |
| Phillips matter. | | | | | |
| 99334 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 8/9/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Receipt and Review email from Regina | | | 0.00 | | |
| Westenfeld attaching - | | | | | |
| ANSWER to Complaint with Jury Demand | | | | | |
| by Defendant Merck & Co., Inc. (Reference | | | | | |
| 05-2258). | | | | | |
| Ghant matter. | | | | | |
| 99335 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 8/9/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Receipt and Review email from Regina | | | 0.00 | | |
| Westenfeld attaching - | | | | | |
| ANSWER to Complaint with Jury Demand | | | | | |
| by Defendant Merck & Co., Inc. (Reference | | | | | |
| 05-1538). | | | | | |
| Harris matter. | | | | | |
| 99336 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 8/9/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Receipt and Review email from Regina | | | 0.00 | | |
| Westenfeld attaching - | | | | | |
| ANSWER to Complaint with Jury Demand | | | | | |
| by Defendant Merck & Co., Inc. (Reference | | | | | |
| 05-2261). | | | | | |
| Various matter. | | | | | |
| 99337 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 8/9/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Receipt and Review email from Regina | | | 0.00 | | |
| Westenfeld attaching - | | | | | |
| ANSWER to Complaint with Jury Demand | | | | | |
| by Defendant Merck & Co., Inc. (Reference | | | | | |
| 05-996). | | | | | |
| Willis matter. | | | | | |
| 99338 | TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 8/9/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |

BRUNO & BRUNO
test2

| Slip ID | | Units | Rate | Slip Value |
| Dates and Time | User | DNB Time | Rate Info | |
| Posting Status | Activity | Est. Time | Bill Status | |
| Description | Client | Variance | | |
| | Reference | | | |
|---|---|---|---|---|
| Receipt and Review email from Regina Westenfeld attaching - ANSWER to Complaint with Jury Demand by Defendant Merck & Co., Inc. (Reference 05-1700). Gaspard matter. | | 0.00 | | |
| 99339          TIME 8/9/2005 WIP Receipt and Review email from Regina Westenfeld attaching - ANSWER to Complaint with Jury Demand by Defendant Merck & Co., Inc. (Reference 05-993). Summers matter. | Joe M. Bruno Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 99787          TIME 8/10/2005 WIP Receipt & Review email from Regina Westenfeld attaching : STIPULATION AND ORDER of Dismissal with prejudice by Plaintiffs and Defendants . Signed by Judge Eldon E. Fallon. (Reference: 05-1512). | Joe M. Bruno Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 99777          TIME 8/10/2005 WIP Receipt & Review email from Regina Westenfeld attaching: Amended NOTICE to Take Deposition of Steven Nissen, MD. | Joe M. Bruno Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 99778          TIME 8/10/2005 WIP Receipt & Review email from Regina Westenfeld attaching Amended NOTICE to Take Deposition of Eric Topol , MD. | Joe M. Bruno Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 99779          TIME 8/10/2005 WIP Receipt & Review Email from Regina Westenfeld attaching Amended NOTICE to Take the Deposition of Brian Strom, MD. | Joe M. Bruno Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 99788          TIME 8/10/2005 WIP | Joe M. Bruno Receipt and rev Vioxx Com | 0.50 0.00 0.00 | 0.00 T@1 | 0.00 |

| Slip ID | User | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |

| | | | | |
|---|---|---|---|---|
| Receipt & Review email from Regina Westenfeld attaching : MOTION for Protective Order regarding unilateral cross -noticing of New Jersey depos by Plaintiffs Liaison Coumnsel. Motion Hearing set for 8/25/05 9:00 AM before Judge Eldon E. Fallon. (Reference ; All Cases). | | 0.00 | | |
| 99780                    TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/10/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Receipt & Review | | 0.00 | | |
| email from Regina Westenfeld attaching Amended NOTICE to Take the Deposition of David Bjorkman, MD. | | | | |
| 99781                    TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/10/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Receipt & Review | | 0.00 | | |
| email from Regina Westenfeld attaching Amended NOTICE to Take the Deposition of Marvin Konstam, MD. | | | | |
| 99782                    TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/10/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Receipt & Review | | 0.00 | | |
| email from Regina Westenfeld attaching Amended NOTICE to Take the Deposition of Garrett Fitzgerald, MD. | | | | |
| 99783                    TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/10/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Receipt & Review email from Regina | | 0.00 | | |
| Westenfeld attaching Amended NOTICE to Take the Deposition of James Neaton, PhD. | | | | |
| 99784                    TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/10/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Receipt & Review email from Regina | | 0.00 | | |
| Westenfeld attaching: Amended NOTICE to Take the Deposition of John oates, PhD. | | | | |
| 99785                    TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/10/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Receipt & Review email from Regina | | 0.00 | | |
| Westenfeld attaching : | | | | |

10/30/2008                                     BRUNO & BRUNO
2:03 PM                                             test2                                          Page      43

| Slip ID Dates and Time Posting Status Description | User Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| Amended NOTICE to Take the Deposition Michael Weinblatt, MD by Plaintiff. ( Reference: All Cases). | | | | |
| 99786          TIME 8/10/2005 WIP Receipt & Review email from Regina Westenfeld attaching : CONDITIONAL TRANSFER ORDER (CTO-19). | Joe M. Bruno Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 99909          TIME 8/16/2005 WIP Telephone conference with Arcoxio. | Joe M. Bruno Telephone conf. Vioxx Com | 2.00 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 99683          TIME 8/17/2005 WIP Receipt & Review email from Regina Westenfeld attaching- Answer to Complaint with Jury Demand by Defendant Merck & Co., Inc. (Reference: 05-2208) | Joe M. Bruno Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 99685          TIME 8/17/2005 WIP Receipt & Review email from Regina Westenfeld attaching Answer to Complaint with Jury Demand by Defendant Walgreen Co. (Reference: 05-1730). Homick vs. Merck. | Joe M. Bruno Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 99795          TIME 8/17/2005 WIP Receipt & Review email fro m Regina Westenfeld attaching: Answer to Complaint with Jury Demand by Defendant Pfizer inc. (Reference: 05-2637). | Joe M. Bruno Receipt and rev Vioxx Com | 0.50 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |
| 99673          TIME 8/17/2005 WIP Receipt & Review email from Regina Westenfeld attaching- Return of Summons by Plaintiff issued to Merck & Co., Inc, served on 7/29/05. (Reference : 05-2637). Smith vs. Pfizer, Inc. | Joe M. Bruno Receipt and rev Vioxx Com | 0.25 0.00 0.00 0.00 | 0.00 T@1 | 0.00 |

| Slip ID | User | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |

| 99665       TIME | Joe M. Bruno | 1.00 | 0.00 | 0.00 |
|---|---|---|---|---|
| 8/17/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| | | 0.00 | | |

Receipt & Review email from Regina
Westenfeld attaching - Motion to Remand
case to 14th JDC, Washington County, FL
by Plaintiff. (Reference: 05-1735)

| 99667       TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
|---|---|---|---|---|
| 8/17/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| | | 0.00 | | |

Receipt & Review email from Regina
Westenfeld attaching0
STIPULATION withdrawing crossclaims by
Defendant Finch's Drug Inc., w/prej against
Merck & Co., Inc. (Reference : 05-2296).
Popper vs. Merck.

| 99669       TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
|---|---|---|---|---|
| 8/17/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| | | 0.00 | | |

Receipt & Review email from Regina
Westenfeld attaching-
Second Amended Notice to take Deposition
of Garrett Fitzgerald, MD by Plaintiff. (
Reference: All Cases).

| 99671       TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
|---|---|---|---|---|
| 8/17/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| | | 0.00 | | |

Receipt & Review email from Regina
Westenfeld attaching-
Statement of Corporate Disclodure by
Defendant Pfizer Inc. (Reference 05-2637).

| 99926       TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
|---|---|---|---|---|
| 8/23/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| | | 0.00 | | |

Receipt & Review email from Regina
Westenfeld attaching;
ORDER granting [841] Motion to Substitute
Attorney. Signed by Judge Eldon Fallon.

| 99924       TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
|---|---|---|---|---|
| 8/23/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| | | 0.00 | | |

Receipt & Review email from Regina
Westenfeld attaching;
ORDER granting [845] Motion to Substitute
Attorney. Signed by Judge Eldon Fallon.

| 99928       TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
|---|---|---|---|---|
| 8/23/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |

| Slip ID | | User | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |

| | | | | | |
|---|---|---|---|---|---|
| Receipt & Review email from Regina | | | 0.00 | | |
| Westenfeld attaching; | | | | | |
| ORDER denying as moot the [839] Motion | | | | | |
| to Stay. Signed by Judge Eldon Fallon. | | | | | |
| 99927 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/23/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Receipt & Review email from Regina | | | 0.00 | | |
| Westenfeld attaching; | | | | | |
| Motion to Substitute Attorney Charles | | | | | |
| Deacon on place of Richard Josephson by | | | | | |
| Defendant Merck 7 Company Inc. | | | | | |
| 99929 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/23/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Receipt & Review email from Regina | | | 0.00 | | |
| Westenfeld attaching; | | | | | |
| Motion to Stay Pending transfer decision by | | | | | |
| the MDL Panel by Defendant Merck & | | | | | |
| Company, Inc. | | | | | |
| 99918 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/23/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Receipt & Review email from Regina | | | 0.00 | | |
| Westenfeld attaching: | | | | | |
| CONDITIONAL TRANSFER ORDER (CTO | | | | | |
| -20). | | | | | |
| 99925 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/23/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Receipt & Review email from Regina | | | 0.00 | | |
| Westenfeld attaching; | | | | | |
| Motion to Substitute Attorneys Alan Perer & | | | | | |
| Brian DelVecchio in place of Mark Galerano | | | | | |
| by Plaintiff's. | | | | | |
| 99922 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/23/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Receipt & Review email from Regina | | | 0.00 | | |
| Westenfeld attaching: | | | | | |
| NOTICE to take the Deposition of Evelyn | | | | | |
| Irvin (Plunkett) by Defendant Merck & | | | | | |
| company, Inc. | | | | | |
| 99919 | TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/23/2005 | | Receipt and rev | 0.00 | T@1 | |
| WIP | | Vioxx Com | 0.00 | | |
| Receipt & Review  email from Regina | | | 0.00 | | |
| Westenfeld attaching | | | | | |

| | | | | |
|---|---|---|---|---|
| 10/30/2008 | | BRUNO & BRUNO | | |
| 2:03 PM | | test2 | | Page    46 |

| Slip ID | User | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |

| | | | | |
|---|---|---|---|---|
| TRANSFER ORDER from the MDL Panel transferring 30 cases to the Eastern District of Louisiana to become part of MDL 1657, by MDL Clerk. | | | | |
| 99920          TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/23/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Receipt & Review email from Regina Westenfeld attaching | | 0.00 | | |
| NOTICE to Take the Deposition of Richard Irvin, III by Defendant , Merck. | | | | |
| 99921          TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/23/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Receipt & Review email from Regina Westenfeld attaching: | | 0.00 | | |
| NOTICE to take the Deposition of Schrimer, MD by Defendant , Merck & Co., Inc. | | | | |
| 99923          TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 8/23/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Receipt & Review email from Regina Westenfeld attaching; | | 0.00 | | |
| ORDER granting [843] Motion to Substitute Attorney. Signed by Judge Eldon Fallon. | | | | |
| 99917          TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 8/23/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Receipt & Review email from Regina Westenfeld attaching: | | 0.00 | | |
| Memorandum in Opposition by Defendant Merck and Company Inc., to Motion for Expedited Hearing on Motion for Leave to File and Amended Complaint. | | | | |
| 99469          TIME | Joe M. Bruno | 0.25 | 0.00 | 0.00 |
| 9/26/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Email from Neil Overholtz re: Sales Rep. 3rd Party subpeonas. | | 0.00 | | |
| 99372          TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 9/26/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Amended Notice of Deposition (Ricahrd Aycock). | | 0.00 | | |
| 99373          TIME | Joe M. Bruno | 0.50 | 0.00 | 0.00 |
| 9/26/2005 | Receipt and rev | 0.00 | T@1 | |
| WIP | Vioxx Com | 0.00 | | |
| Letter to Court Reporter re: Confidentiality | | 0.00 | | |