

LODGING
More Detail

06/27/2006   CONTINENTAL AIRLINES SANTA ANA   CA          10.00   Vioxx MDL - trac
From: To: Carrier: Class:                                         - 348-17
SANTA ANA CA HOUSTON TX IAH CO
CO VO
Ticket Number: 00503208691846 Date of Departure: 07/05
Passenger Name: RESTAINO/JOHNDR
Document Type: TICKET BY MAIL
More Detail

06/27/2006   CONTINENTAL AIRLINES HOUSTON   TX         698.70   3-46-17
From: To: Carrier: Class:
SANTA ANA CA HOUSTON TX IAH CO HA
NEW ORLEANS LA CO HL
HOUSTON TX IAH CO BA
SANTA ANA CA CO BA
Ticket Number: 00521723234292 Date of Departure: 07/05
Passenger Name: RESTAINO/JOHNDR
Document Type: PASSENGER TICKET
More Detail

07/07/06   UNITED CABS, INC.  NEW ORLEANS   LA      Vioxx MDL   35.00   ✓ 358-17
TAXICAB/LIMOUSINES

07/07/06   JWA PARKING N.W.  COSTA MESA   CA      Vioxx MDL   41.00   ✓ 395-17
00 GENERAL MERCHANDISE

NYTIMES.COM

07/08/06   WINDSOR COURT HOTEL NEW ORLEANS   LA      Vioxx MDL   600.94   ✓ 360-17
Arrival Date:          Departure Date:      No of Nights
07/05/06              07/07/06              2
LODGING

| FLIGHT +CHANGE FEES | TRAVEL AGENCY FEES | HOTEL (ORIGINAL) | HOTEL (REDUCED - $250/night + tax) | TAXI | AIRPORT PARKING | MISC |
|---|---|---|---|---|---|---|
| $ 698.70<br>10.00<br>$708.70 | | $600.94<br>(2 nights) | $550.00 | $35.00 | $41.00 | |

TOTAL: $1,334.70

07/07/06   BUDGET RENT A CAR  SAN DIEGO   CA      Date:            149.78   354-17
Location                        07/05/06
SAN DIEGO CA                    07/07/06
Rental:   ORANGE COUNTY APO 04
Agreement Number: 78901704S
Renter Name: CRAWFORD, MARK      Conf  settle for
Reference Number: 76901704                            72.00   -356-17  Vioxx  Prevention of Airport   MDL  Redisemt for Trial
07/07/06   AIR-PARK  OAKLAND   CA                    1,457.05   357-17
PARKING
07/07/06   ISLAND HOTEL NEWPORT NEWPORT BEACH  CA
Arrival Date:          Departure Date:
07/05/06              07/07/06
LODGING

| FLIGHT +CHANGE FEES | TRAVEL AGENCY FEES | HOTEL (ORIGINAL) | HOTEL (REDUCED - $250/night + tax) | TAXI | AIRPORT PARKING | MISC |
|---|---|---|---|---|---|---|
| | | $1,457.05<br>(2 nights) | $550 - | | $72 - | $149.78<br>(car rental) |

TOTAL: $771.78

EXHIBIT   16-C
FAC Resp. Exhibit B -- 1299

|  | | 50.00 | 0 |

| 07/05/06 | CALIFORNIA YELLOW CAB SANTA ANA    CA | | |
| | SHUTTLE TRANSPORT: | | |

| | | 30.00 | F |

| 07/05/06 | TRAVEL AGENCY SERVICE IRVINE    CA | | |
| | Routing Details Not Available: | | |
| | Ticket Number: 89081298738154 | | |
| | Passenger Name: SKIKOS/STEVEN | | |
| | Document Type: MISC CHARGE ORDER/PREPAID TICKET AUTHORITY | | |

| | | 127.30 | G |

| 07/06/06 | TRAVEL STORE INC:  IRVINE    CA | Carrier:  Class: | |
| | AMERICAN AIRLINES | AA    L2 | |
| | From:          To:          | Date of Departure: 07/07 | |
| | LOS ANGELES CA      SAN JOSE CA | | |
| | Ticket Number: 0017765902611-2 | | |
| | Passenger Name: SKIKOS/STEVEN | | |
| | Document Type: PASSENGER TICKET | | |

| | | 1,005.50 | H |

| 07/07/06 | ISLAND HOTEL NEWPORT NEWPORT BEACH    CA | | |
| | Arrival Date      Departure Date | | |
| | 07/05/06        07/07/06 | | |
| | LODGING | | |

| | | 30.00 | |

| 06/30/06 | TRAVEL AGENCY SERVICE IRVINE    CA | | |
| | Routing Details Not Available: | | |
| | Ticket Number: 89081298966211 | | |
| | Passenger Name: SKIKOS/STEVEN | | |
| | Document Type: MISC CHARGE ORDER/PREPAID TICKET AUTHORITY | | |

| | | 127.30 | |

| 06/30/06 | TRAVEL STORE INC:  IRVINE    CA | Carrier:  Class: | |
| | AMERICAN AIRLINES | AA    L2 | |
| | From:          To:          | Date of Departure: 07/05 | |
| | SAN JOSE CA      SANTA ANA CA | | |
| | Ticket Number: 0017765902241-3 | | |
| | Passenger Name: SKIKOS/STEVEN | | |
| | Document Type: PASSENGER TICKET | | |

| FLIGHT +CHANGE FEES | TRAVEL AGENCY FEES | HOTEL (ORIGINAL) | HOTEL (REDUCED - $250/night + tax) | TAXI | AIRPORT PARKING | MISC |
|---|---|---|---|---|---|---|
| $127.30 + $127.30 $254.60 | $60 — | $1,005.50 (2 nights) $223.19 (1 night) | $550.00 + $223.19 $773.19 | $50 — | | |

TOTAL: $1,137.79

EXHIBIT 16-D

**Eileen McInerney**

**From:** Valerie Woolever [Valerie.W@travelstoreusa.com]
**nt:** Thursday, July 06, 2006 4:16 PM
**To:** Eileen McInerney
**Subject:** Confirmed for Steve LAX to SJC tomorrow

SALES PERSON: VW     ITINERARY/INVOICE NO. 0248857     DATE: 06 JUL 06

CUSTOMER NBR: IRCVW51002     DUPLICATE  KVMYLC     PAGE: 01

TO: LOPEZ AND HODES

   STEVE SKIKOS

   625 MARKET STREET, 11TH FLOOR

   SAN FRANCISCO CA 94105

FOR: SKIKOS/STEVEN

   PLEASE SHOW PHOTO ID FOR YOUR ELECTRONIC TICKET

   YOUR AMERICAN AIRLINES CONFIRMATION/LOCATOR IS KVMYLC

07 JUL 06 - FRIDAY

   AIR  AMERICAN AIRLINES  FLT:3198  ECONOMY     FOOD FOR PURCHASE

      OPERATED BY AMERICAN EAGLE

      LV LOS ANGELES       617P     EQP: EMBRAER RJ140 JET

      DEPART: TERMINAL 4            01HR 07MIN

      AR SAN JOSE   CA     724P     NON-STOP

      ARRIVE: TERMINAL A           REF: KVMYLC

      SKIKOS/STEVEN   SEAT-11A   AA-8X0R524

**EXHIBIT 16-D**

WE APPRECIATE YOUR BUSINESS

XD8129873815

BILLED TO AMERICAN EXPRESS          30.00*

AIR TICKET   AA7765902611      SKIKOS STEVEN

ELEC TKT               BILLED TO AMERICAN EXPRESS          127.30*

_____

SUB TOTAL              157.30

NET CC BILLING         157.30*

_____

TOTAL AMOUNT DUE          0.00

REFUNDS/REISSUES/CANCELS ARE SUBJECT TO A HANDLING FEE

VELSTORE WILL NOT ACCEPT RESPONSIBILITY FOR

ITINERARY DISCREPANCIES BEYOND 24 HOURS FROM RECEIPT

OF THIS ITINERARY

*Valerie Woolever*

**travelStore**

18881 Von Karman Avenue

Irvine CA 92612

949-930-9269 direct / fax

Valerie.w@travelstoreusa.com

www.travelstoreUSA.com

**EXHIBIT 16-D**

7/7/2006

09:10AM   FROM-WILSHIRE GRAND-FINANCE DEPT          +12136123978          T-424   P.001/004   F-305



# WILSHIRE GRAND
## LOS ANGELES

**COPY OF INVOICE**

|  |  |
|---|---|
| Room No | : 1220 |
| Arrival | : 07-06-06 |
| Departure | : 07-07-06 |
| Page No. | : 1 of 1 |
| Folio No. | : 219534 |
| AR No. | : |
| Ref No. | : |
| Conf. No. | : 438240 |
| Rate | 159 |
| Cashier | |

Payee   Steven Skikos

US

| Date | Description | Charges | Credits |
|---|---|---|---|
| 07-06-06 | Internet<br>#1220 : 90000SERVICE | 9.95 | |
| 07-06-06 | Long Distance<br>22:40 #1220 : 415-760-0663 [00:04:00] | 9.44 | |
| 07-06-06 | Long Distance<br>22:54 #1220 : 650-364-7609 [00:12:00] | 15.67 | |
| 07-06-06 | Room Rate | 159.00 | |
| 07-06-06 | Occupancy Tax | 22.26 | |
| 07-06-06 | CA ST Assessment | 0.10 | |
| 07-07-06 | Long Distance<br>07:36 #1220 : 415-760-0663 [00:02:00] | 6.77 | |
| 07-07-06 | American Express<br>XXXXXXXXXXX7082          XX/XX | | 223.19 |

Signature:_____

| | Total | 223.19 | 223.19 |
|---|---|---|---|
| | Balance | | 0.00 |

*ATn: Eileen McInerney*

**EXHIBIT  16-D**

930 Wilshire Boulevard, Los Angeles, CA 90017, Tel: 213-688-7777 Fax: 213-612-3989, Website: www.wilshiregrand.com

03-07-2008  09:10AM  FROM-WILSHIRE GRAND-FINANCE DEPT      +12136123978        T-424   P.002/004   F-305



# WILSHIRE GRAND
## LOS ANGELES

**COPY OF INVOICE**

Guest    Skikos, Steven
Payee    Steven Skikos

US

| | |
|---|---|
| Room No    : | 0720 |
| Arrival    : | 07-10-06 |
| Departure  : | 07-11-06 |
| Page No.   : | 1 of 1 |
| Folio No.  : | 220268 |
| AR No.     : | |
| Ref No.    : | C10219SY025 |
| Conf. No.  : | 440690 |
| Rate       | 169 |
| Cashier    | |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 07-10-06 | Long Distance<br>21:52 #720 : 650-364-7609 [00:04:00] | 8.55 | |
| 07-10-06 | Room Rate | 169.00 | |
| 07-10-06 | Occupancy Tax | 23.66 | |
| 07-10-06 | CA ST Assessment | 0.11 | |
| 07-11-06 | City Grill Food Breakfast<br>#0720 : CHECK #1122 | 6.64 | |
| 07-11-06 | American Express<br>XXXXXXXXXXX7082      XX/XX | | 207.96 |

| | Total | 207.96 | 207.96 |
|---|---|---|---|

Signature:

| New Activity Continued | Amount $ |
|---|---|
| | 304.60 |

07/10/06    TRAVEL STORE INC    IRVINE   CA
AMERICAN AIRLINES
From:                To:              Carrier:    Class:
SAN JOSE CA          LOS ANGELES CA   AA          M2
                     SAN JOSE CA      AA          L2
Ticket Number: 00177659028293       Date of Departure: 07/10
Passenger Name: SKIKOS/STEVEN
Document Type: PASSENGER TICKET

| FLIGHT +CHANGE FEES | TRAVEL AGENCY FEES | HOTEL (ORIGINAL) | HOTEL (REDUCED - $250/night + tax) | TAXI | AIRPORT PARKING | MISC |
|---|---|---|---|---|---|---|
| $304.60 | | $207.96 | | | | |

TOTAL: $512.56

EXHIBIT 16-E

Attachment "C"

**Reporting Period:**
**From: August 1, 2006**
**To: August 31, 2006**   **Firm Name:** Lopez, Hodes, Restaino, Milman & Skikos

| MDL 1657 – VIOXX PRODUCTS LIABILITY LITIGATION COMMON HELD COSTS AND EXPENSES FROM: August 1, 2006 THROUGH: August 31, 2006 | |
|---|---|
| **CLIENT COSTS/EXPENSES** | **TOTAL** |
| Telefax charges | |
| Postage, shipping, courier, certified mail | |
| Printing and photocopying (in-house) | |
| Computerized research – Lexis/Westlaw | |
| Telephone – long distance (actual charges only) | |
| Travel | $4,092.08 |
| Secretarial and clerical overtime | |
| **TOTAL COSTS** | $4,092.08 |

*Please attach documentation for each expense reported.

I certify that these expenses are properly document, complete and accurate and have been incurred for the common benefit.

_____   3/10/08
Signature                          Date

- 17 -

FAC Resp. Exhibit B -- 1305

VIOXX MDL 1657
Lopez, Hodes, Restaino, Milman Skikos
Monthly Expenses

| August 2006 Expenses CATEGORY | ATTY | PURPOSE | AMOUNT | | REF. NO. |
|---|---|---|---|---|---|
| Telefax | | | | | |
| Postage, Shipping, Courier, Certified Mail | | | | | |
| Printing and photocopying (in-house) | | | | | |
| Computerized research - Lexis/Westlaw | | | | | |
| Telephone - long distance | | | | | |
| | Steve Skikos | Roundtrip airfare SFO-New Orleans (departure date: 8/1/06), travel agency booking fee, flight changes (return flight credited towards next flight to New Orleans), hotel accommodations at Hyatt DFW in Dallas, hotel accommodations at W in New Orleans - Barnett Trial | $ | 3,125.98 | 17-A |
| Travel | Steve Skikos | Roundtrip airfare SFO-New Orleans (departure date: 8/8/06), travel agency booking fee, hotel accommodations at W in New Orleans - Barnett Trial | $ | 966.10 | 17-B |
| Travel | | | | | |
| Secretarial and clerical overtime | | | | | |
| TOTAL COSTS | | | $ | 4,092.08 | |

| 08/02/06 | HYATT REGENCY   DFW AIRPORT   TX | | | *Vioxx - Barnett* | 340.23 | |
| | Arrival Date: 08/01/06 | Departure Date 08/02/06 | No of Nights 1 | *78319* | | *cc* |
| | LODGING | | | | | |

| 08/03/06 | TRAVEL AGENCY SERVICE IRVINE   CA | | | *Vioxx - Barnett* | 30.00 | |
| | Routing Details Not Available | | | | | |
| | Ticket Number: 8908130923808? | | | *78319* | | *00* |
| | Passenger Name: SKIKOS/STEVEN | | | | | |
| | Document Type: MISC CHARGE ORDER/PREPAID TICKET AUTHORITY | | | | | |

| 08/03/06 | TRAVEL STORE INC   IRVINE   CA | | | *Vioxx - Barnett* | 777.60 | |
| | AMERICAN AIRLINES | | Carrier:  Class: | | | *EE* |
| | From: NEW ORLEANS LA | To: DALLAS/FT WORTH TX  LAS VEGAS NV | AA   L2  AA   YU  Date of Departure: 08/03 | *78319* | | |
| | Ticket Number: 0017753445914 | | | | | |
| | Passenger Name: SKIKOS/STEVEN | | | | | |
| | Document Type: PASSENGER TICKET | | | | | |

| 08/03/06 | TRAVEL STORE INC   IRVINE   CA | | | *Vioxx - Barnett* | 159.30 | |
| | US AIRWAYS | | Carrier:  Class: | | | *FF* |
| | From: LAS VEGAS NV | To: SAN FRANCISCO CA | US   L  US   LA  Date of Departure: 08/03 | *78319* | | |
| | Ticket Number: 0377753445922 | | | | | |
| | Passenger Name: SKIKOS/STEVEN | | | | | |
| | Document Type: PASSENGER TICKET | | | | | |

| 08/01/06 | TRAVEL STORE INC   IRVINE   CA | | | *Vioxx - Barnett* | 1,686.20 | |
| | AMERICAN AIRLINES | | Carrier:  Class: | | | *AA* |
| | From: SAN FRANCISCO CA | To: DALLAS/FT WORTH TX  NEW ORLEANS LA  DALLAS/FT WORTH TX  SAN FRANCISCO CA | AA   H2  AA   YU  AA   HR  AA   HR  Date of Departure: 08/01 | *78319* | | |
| | Ticket Number: 0017771223196 | | | | | |
| | Passenger Name: SKIKOS/STEVEN | | | | | |
| | Document Type: PASSENGER TICKET | | | | | |

| 07 | 08-05 | 2457550621702540021039S | *JJ* | W NEW ORLEANS 504-5259444 LA  *Vioxx - Barnett - 78319*  85432              ARRIVAL: 08-02-06 | 605.47 | |

| FLIGHT +CHANGE FEES | TRAVEL AGENCY FEES | HOTEL (ORIGINAL) | HOTEL (REDUCED - $250/night + tax) | TAXI | AIRPORT PARKING | MISC |
|---|---|---|---|---|---|---|
| $1686.20 + $777.60 + $159.30 | $30.00 | $340.23 + (1night) $605.47 (1 night) | $222.80 + $250.00 $472.88 | | | |

TOTAL: $3,125.98

EXHIBIT 17-A

**Eileen McInerney**

| | |
|---|---|
| **From:** | Valerie Woolever [Valerie.W@travelstoreusa.com] |
| **nt:** | Tuesday, August 01, 2006 12:44 PM |
| **To:** | Eileen McInerney |
| **Subject:** | Confirmed and ticketed for DFW and New Orleans today |

SALES PERSON: VW    ITINERARY/INVOICE NO. 0251433    DATE: 01 AUG 06

CUSTOMER NBR: IRCVW51002    DUPLICATE    KNZRPQ    PAGE: 01

TO: LOPEZ AND HODES

STEVE SKIKOS

625 MARKET STREET, 11TH FLOOR

SAN FRANCISCO CA 94105

*VIOXY –*
*Barnett*
*Trial*

FOR: SKIKOS/STEVEN

01 AUG 06  -  TUESDAY

AIR   AMERICAN AIRLINES   FLT:566   ECONOMY     FOOD FOR PURCHASE

LV SAN FRANCISCO        520P      EQP: MD-80

DEPART: TERMINAL 3              03HR 26MIN

AR DALLAS FT WORTH        1046P      NON-STOP

REF: KNZRPQ

SKIKOS/STEVEN    SEAT-15E   AA-8X0R524

BEST AVAILABLE SEATS TO ASSIGN AT THIS TIME

**EXHIBIT**   17-A

FAC Resp. Exhibit B -- 1308

HOTEL DALLAS FT WORTH          OUT-02AUG

  HYATT HOTELS AND RESORTS      1 NIGHT

  HYATT REGENCY DFW            1 ROOM   1 KING GRAND BED:364 SQ FT

  INTERNATIONAL PARKWAY        REGULARLY PUBLISHED ROOM RATES

  DALLAS TX 75261              RATE-199.00USD PER NIGHT

  FONE 1-972-4531234           CANCEL 24 HOURS PRIOR TO ARRIVAL

  FAX  1-972-4568668              (972) 456-3843

  GUARANTEED LATE ARRIVAL

  CONFIRMATION HY0061129046

  NS KING


02 AUG 06  -  WEDNESDAY

  AIR  AMERICAN AIRLINES   FLT:2015  FIRST CLASS

    LV DALLAS FT WORTH        854A        EQP: MD-80

      01HR 26MIN

    AR NEW ORLEANS           1020A       NON-STOP

      REF: KNZRPQ

  SKIKOS/STEVEN   SEAT-5B   AA-8X0R524


04 AUG 06  -  FRIDAY

  AIR  AMERICAN AIRLINES   FLT:1973  ECONOMY

    LV NEW ORLEANS           730P        EQP: MD-80

      01HR 33MIN

    AR DALLAS FT WORTH        903P       NON-STOP

      REF: KNZRPQ

  SKIKOS/STEVEN   SEAT-24D  AA-8X0R524


  AIR  AMERICAN AIRLINES   FLT:529  ECONOMY          EXHIBIT  17-A

    LV DALLAS FT WORTH        958P        EQP: MD-80

8/1/2006                                        FAC Resp. Exhibit B -- 1309

03HR 31MIN

AR SAN FRANCISCO          1129P          NON-STOP

ARRIVE: TERMINAL 3                    REF: KNZRPQ

SKIKOS/STEVEN     SEAT-27D  AA-8X0R524

MCO       XD8130802433

BILLED TO AMERICAN EXPRESS          30.00*


AIR TICKET   AA7771122319     SKIKOS STEVEN

ELEC TKT                   BILLED TO AMERICAN EXPRESS          1,686.20*

                          --------------

              SUB TOTAL          1,716.20

              NET CC BILLING          1,716.20*

                          --------------

              TOTAL AMOUNT DUE          0.00


REFUNDS/REISSUES/CANCELS ARE SUBJECT TO A HANDLING FEE

TRAVELSTORE WILL NOT ACCEPT RESPONSIBILITY FOR

ITINERARY DISCREPANCIES BEYOND 24 HOURS FROM RECEIPT

OF THIS ITINERARY


*Valerie Woolever*

t..velStore

18081 Von Karman Avenue

8/1/2006

EXHIBIT   17-A

FAC Resp. Exhibit B -- 1310

**Eileen McInerney**

**From:** Valerie Woolever [Valerie.W@travelstoreusa.com]
**nt:** Thursday, August 03, 2006 4:18 PM
**To:** Steven Skikos
**Cc:** Eileen McInerney
**Subject:** Confirmed and ticketed for tonight back to SFO

SALES PERSON: VW     ITINERARY/INVOICE NO. 0251746      DATE: 03 AUG 06

CUSTOMER NBR: IRCVW51002      DUPLICATE   ECPLUZ      PAGE: 01

TO: LOPEZ AND HODES

EC   STEVE SKIKOS

625 MARKET STREET, 11TH FLOOR

SAN FRANCISCO CA 94105

*Vioxx —*
*Barnett*
*Trial.*

\: SKIKOS/STEVEN

PLEASE SHOW PHOTO ID FOR YOUR ELECTRONIC TICKET

YOUR AMERICAN AIRLINES CONFIRMATION/LOCATOR IS ECPLUZ

YOUR US AIRWAYS CONFIRMATION/LOCATOR IS LZGPXL

03 AUG 06  -  THURSDAY

AIR   AMERICAN AIRLINES   FLT:1973   ECONOMY

LV NEW ORLEANS          730P      EQP: MD-80

01HR 33MIN

AR DALLAS FT WORTH      903P      NON-STOP

REF: ECPLUZ

SKIKOS/STEVEN       AA-8X0R524

**EXHIBIT** 17-A

8/3/2006

AIR  AMERICAN AIRLINES   FLT:1427  FIRST CLASS

    LV DALLAS FT WORTH          954P          EQP: BOEING 757

                   02HR 45MIN

    AR LAS VEGAS          1039P          NON-STOP

    ARRIVE: MAIN TERMINAL                    REF: ECPLUZ

    SKIKOS/STEVEN    SEAT-6E   AA-8X0R524

AIR  US AIRWAYS     FLT:8528  COACH CLASS

    OPERATED BY AMERICA WEST AIRLINES

    LAS VEGAS-SAN FRANCISCO OPERATED BY AMERICA WEST AIRLINES

    LV LAS VEGAS          1159P          EQP: AIRBUS A320

    DEPART: MAIN TERMINAL               01HR 31MIN


04 AUG 06 - FRIDAY

    AR SAN FRANCISCO          130A          NON-STOP

    ARRIVE: TERMINAL 3                    REF: LZGPXL

    SKIKOS/STEVEN    SEAT-21A   UA-00370673357



WE APPRECIATE YOUR BUSINESS

MCO     XD8130923806

              BILLED TO AMERICAN EXPRESS          30.00*


AIR TICKET   AA7775344591     SKIKOS STEVEN

ELEC TKT                  BILLED TO AMERICAN EXPRESS          777.60*

AIR TICKET   US7775344592     SKIKOS STEVEN

ELEC TKT                  BILLED TO AMERICAN EXPRESS          159.30*

                  ------------

    SUB TOTAL          966.90

    NET CC BILLING          966.90*

EXHIBIT   17-A

8/3/2006

9724563843          Hyatt DFW                              ;0:19:45    03-10-2008          2/2



HOTELS & RESORTS

Hyatt Regency DFW
International Parkway
DFW Airport, TX 75261   USA
972.453.1234
FAX 972.456.8668

Guest Account

| Room | Rate | Arrive | Depart | Folio No. | Account | Affiliation | FF | ID | Page |
|------|------|--------|--------|-----------|---------|-------------|-----|-----|------|
| 2230 | 199.00 | 08/01/06 | 08/02/06 | 925267 | 2 CCARD | 0-SCRP | 11 | HFS | 1 |
| | | | | | | 04:41 | | KKA | 1/0 |

SKIKOS          STEVEN                    ** DEPARTED **

RES NO: HH-190698-1          SPIRIT: 61129046          -01                    7082    06/07

| Date | Code | Reference | ID | Description | Charges | Credits | Balance |
|------|------|-----------|-----|-------------|---------|---------|---------|
| 0801 | 298 | 7042 | 298 | E GUEST ROOM | 199.00 | | 316.35 |
| 0801 | 111 | Rm 2230 | IXS | * ROOM TAX | 23.88 | | 340.23 |
| 0801 | 811 | Rm 2230 | IXS | | | -340.23 | .00 |
| 0802 | 931 | Ex 06/07 | HFS | | | | 6.44 |
| 0802 | 547 | 0 | LXB | | | | .00 |
| 0802 | 931 | Ex 06/07 | LXB | | | | .00 |

TOTAL

AMERICAN EXPRESS          1420114266

No frequent traveler account has been credited for this stay.
To enroll in Gold Passport, call 1-800-51-HYATT.

EXHIBIT  17-A

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.

_____
Signature

FAC Resp. Exhibit B -- 1313

35.00   GG

| 08/08/06 | TRAVEL AGENCY SERVICE IRVINE   CA |
| Routing Details Not Available |
| Ticket Number: 8908131081648 |
| Passenger Name: SKIKOS/STEVEN |
| Document Type: MISC CHARGE ORDER/PREPAID TICKET AUTHORITY |

Vioxx - Barnett   78319
60.00   HH

| 08/08/06 | TRAVEL STORE INC   IRVINE   CA |
| AMERICAN AIRLINES |
| From: | To: | Carrier: | Class: |
| NEW ORLEANS LA | DALLAS/FT WORTH TX | AA | YU |
| | SAN FRANCISCO CA | AA | YU |
| | | Date of Departure: 08/06 |
| Ticket Number: 0017776348272 |
| Passenger Name: SKIKOS/STEVEN |
| Document Type: PASSENGER TICKET |

*Return flight
paid for by
unused 8/3/06
ticket.

Vioxx - Barnett - 78319

| 08-10 | 08-10 | 2467550622252540027 1373 | W NEW ORLEANS 504-5259444 LA | 8.78 |
| | | | 68509 | ARRIVAL: 08-03-06 |
| 08-10 | 08-10 | 2467550622252540027 0219 | W NEW ORLEANS 504-5259444 LA | 385.78 |
| | | | 87907 | ARRIVAL: 08-07-06 |

Vioxx - Barnett 78319  II

| FLIGHT +CHANGE FEES | TRAVEL AGENCY FEES | HOTEL (ORIGINAL) | HOTEL (REDUCED - $250/night + tax) | TAXI | AIRPORT PARKING | MISC |
|---|---|---|---|---|---|---|
| $596.10 + 60.00 = $656.10 | $35.00 | $395.56 (1 night) | $275.00 | | | |

TOTAL: $966.10



**AmericanAirlines** ●BOARDING PASS   **AmericanAirlines**

BOARDING PASS
SKIKOS/STEVEN
FROM:
NEW ORLEANS
TO:
DALLAS/FORT WORTH
FLIGHT      SEAT
AA1973   5B
FIRST
DATE    CLASS    DEPARTS
08AUG   P    730P

PASSENGER NAME
SKIKOS/STEVEN
FREQUENT FLYER #
8X1-524 PLT
RECORD LOC#OR
FROM:
NEW ORLEANS
TO:
DALLAS/FORT WORTH
FL      CLASS   DATE    DEPARTS
A    1973   P    08AUG   730P
GATE      BOARDING TIME   SEAT
C10    700P
FIRST
ELECTRONIC
001777534482

EXHIBIT  17-B

 

# Dana Niguel Travel



34112 VIOLET LANTERN • DANA POINT, CA 92629
949-496-0401 • FAX 949-496-7971

SALES PERSON: KT ITINERARY/INVOICE NO. 0022887
MBNDUQ

DATE: 08 AUG 06
PAGE: 01

TO: LOPEZ, HODES, RESTAINO, MILMAN AND SKIKOS
625 MARKET STREET
15TH FLOOR
SAN FRANCISCO, CA  94105

FOR: SKIKOS/STEVEN MR

```
07 AUG 06  -  MONDAY
   AIR    CONTINENTAL AIRLINES FLT:1596    FIRST CLASS    LUNCH
          LV SAN FRANCISCO                 1210P          EQP: BOEING 737-900
          DEPART: TERMINAL 1                              03HR 59MIN
          AR HOUSTON GEO BUSH              609P           NON-STOP
          ARRIVE: TERMINAL C                              REF: BPS2F2
          SKIKOS/STEVEN M    SEAT-5B
   AIR    CONTINENTAL AIRLINES FLT:423     DISCOUNT BUSINESS
          LV HOUSTON GEO BUSH              750P           EQP: BOEING 737-800
          DEPART: TERMINAL C                              01HR 21MIN
          AR NEW ORLEANS                  911P            NON-STOP
                                                          REF: BPS2F2
          SKIKOS/STEVEN M    SEAT-3A

07 NOV 06  -  TUESDAY
   OTHER SAN FRANCISCO
         RETAIN
```

AIR TICKET   C07775503093          SKIKOS STEVEN MR                    596.10
ELEC TKT                           BILLED TO AXXXXXXXXXXXXX7009
                                   _____
                                   TOTAL BASE                          539.53
                                   TOTAL TAX                            56.57
                                   NET CC BILLING                      596.10
                                   _____
                                   TOTAL AMOUNT DUE                     0.00

PLEASE CHECK IN AT LEAST ONE HOUR PRIOR TO FLIGHT TIME
HAVE A SAFE TRIP, THANK YOU, DANA NIGUEL TRAVEL

**EXHIBIT** 17·B

Attachment "C"

**Reporting Period:**
**From: Sept. 1, 2006**
**To: Sept. 30, 2006**          **Firm Name:** Lopez, Hodes, Restaino, Milman & Skikos

| MDL 1657 – VIOXX PRODUCTS LIABILITY LITIGATION COMMON HELD COSTS AND EXPENSES FROM: September 1, 2006  THROUGH: September 30, 2006 | |
| --- | --- |
| **CLIENT COSTS/EXPENSES** | **TOTAL** |
| Telefax charges | |
| Postage, shipping, courier, certified mail | |
| Printing and photocopying (in-house) | |
| Computerized research – Lexis/Westlaw | |
| Telephone – long distance (actual charges only) | |
| Travel | $1,575.20 |
| Secretarial and clerical overtime | |
| **TOTAL COSTS** | $1,575.20 |

*Please attach documentation for each expense reported.

I certify that these expenses are properly document, complete and accurate and have been incurred for the common benefit.

_____     3/10/08
Signature                                            Date

- 18 -

FAC Resp. Exhibit B -- 1316

VIOXX MDL 1657
Lopez, Hodes, Restaino, Milnan Skikos
Monthly Expenses

| September 2006 Expenses<br>CATEGORY | ATTY | PURPOSE | AMOUNT | REF. NO. |
|---|---|---|---|---|
| Telefax | | | | |
| Postage, Shipping, Courier, Certified Mail | | | | |
| Printing and photocopying (in-house) | | | | |
| Computerized research - Lexis/Westlaw | | | | |
| Telephone - long distance | | | | |
| | John<br>Restaino | Roundtrip airfare Santa Ana-Denver (date of departure: 9/18/06), airplane freigh charges, car rental, gas, hotel accommodations at Marriott Denver, airport parking - Meeting with Dr. Fosslein and High Impact Litigation | $    1,575.20 | 18-A |
| Travel | | | | |
| Secretarial and clerical overtime | | | | |
| TOTAL COSTS | | | $    1,575.20 | |

FAC Resp. Exhibit B -- 1317

| 09/07/06 | UNITED AIRLINES   ROSEMONT  IL | | Carrier: | Class: | | 344.59 | 275-17 |
| | From: | To: | UA | O7 | | | |
| | SANTA ANA CA | DENVER CO | UA | S8 | | | ✓ |
| | | SANTA ANA CA | Date of Departure: 09/18 | | | | |
| | Ticket Number: 01621468783230 | | | | | | |
| | Passenger Name: RESTAINO/JOHN | | | | | | |
| | Document Type: PASSENGER TICKET | | | | | | |

| 09/20/06 | UNITED AIRLINES   DENVER   CO | Vioxx MDL | 100.00 | 380-17 |
| | Routing Details Not Available | | | |
| | Ticket Number: 01640664582840 | | | |
| | Passenger Name: RESTAINO/JOHN | | | |
| | Document Type: SPECIAL SERVICE TICKET/SPD - FREIGHT | | | |

| 09/20/06 | UNITED AIRLINES   DENVER   CO | Vioxx MDL | 325.00 | 381-17 |
| | Routing Details Not Available | | | |
| | Ticket Number: 01640743594124 | | | |
| | Passenger Name: RESTAINO/JOHN | | | |
| | Document Type: SPECIAL SERVICE TICKET/SPD - FREIGHT | | | |

| 09/20/06 | HERTZ CAR RENTAL   DENVER   CO | | Vioxx MDL | 202.62 | 382-17 |
| | Location | Date | | | |
| | Rental   DENVER CO | 09/18/06 | | | |
| | Return   DENVER CO | 09/20/06 | | | |
| | Agreement Number: 810392226 | | | | |
| | Renter Name: RESTAINO/JOHN | | | | |
| | Reference Number: 090020 | | | | |

| 09/20/06 | CITGO 7-ELEVEN 24732DENVER   CO | Vioxx MDL | 16.19 | 383-17 |
| | GAS/MSC92 054672473234 | | | |

| 09/20/06 | JWA PARKING-B-1   COSTA MESA   CA | Vioxx MDL | 37.00 | 384-17 |
| | 00 GENERAL MERCHANDISE | | | |

| 09/21/06 | MARRIOTT-MARRIOTT MADENVER   CO | | Vioxx MDL | 1,371.28 | 385-17 |
| | Arrival Date | Departure Date | No of Nights | | |
| | 09/18/06 | 09/20/06 | 2 | | |
| | LODGING | | | | |

| 09/21/06 | MARRIOTT-MARRIOTT MADENVER   CO | | Vioxx MDL | 661.90 | 386-17 |
| | Arrival Date | Departure Date | No of Nights | | |
| | 09/18/06 | 09/20/06 | 2 | | |
| | LODGING | | | | |

| FLIGHT +CHANGE FEES | TRAVEL AGENCY FEES | HOTEL (ORIGINAL) | HOTEL (REDUCED - $250/night + tax) | TAXI | AIRPORT PARKING | MISC |
|---|---|---|---|---|---|---|
| $344.59 + $100 + $325.00 $769.59 | | $2,033.18 (2 nights) | $550.00 | | $37.00 | $202.42 (car) $16.19 (gas) |

TOTAL  $1,575.20

EXHIBIT   18-A

Attachment "C"

**Reporting Period:**
**From: October 1, 2006**
**To: October 31, 2006**   Firm Name: Lopez, Hodes, Restaino, Milman & Skikos

| MDL 1657 – VIOXX PRODUCTS LIABILITY LITIGATION<br>COMMON HELD COSTS AND EXPENSES<br>FROM: October 1, 2006   THROUGH: October 31, 2006 | |
|---|---|
| **CLIENT COSTS/EXPENSES** | **TOTAL** |
| Telefax charges | |
| Postage, shipping, courier, certified mail | |
| Printing and photocopying (in-house) | |
| Computerized research – Lexis/Westlaw | |
| Telephone – long distance (actual charges only) | |
| Travel | |
| Secretarial and clerical overtime | |
| **TOTAL COSTS** | $0.00 |

*Please attach documentation for each expense reported.

I certify that these expenses are properly document, complete and accurate and have been incurred for the common benefit.

_____          3/26/08
Signature                                                          Date

- 22 -

FAC Resp. Exhibit B -- 1319

Attachment "C"

**Reporting Period:**
**From: November 1, 2006**
**To: November 30, 2006**   **Firm Name:** Lopez, Hodes, Restaino, Milman & Skikos

| MDL 1657 – VIOXX PRODUCTS LIABILITY LITIGATION COMMON HELD COSTS AND EXPENSES FROM: November 1, 2006  THROUGH: November 30, 2006 | |
|---|---|
| CLIENT COSTS/EXPENSES | TOTAL |
| Telefax charges | |
| Postage, shipping, courier, certified mail | |
| Printing and photocopying (in-house) | |
| Computerized research – Lexis/Westlaw | |
| Telephone – long distance (actual charges only) | |
| Travel | |
| Secretarial and clerical overtime | $0.00 |
| **TOTAL COSTS** | |

*Please attach documentation for each expense reported.

I certify that these expenses are properly document, complete and accurate and have been incurred for the common benefit.

_____          3/26/08
Signature                                                                     Date

- 23 -

Attachment "C"

**Reporting Period:**
**From: December 1, 2006**
**To: December 31, 2006**       **Firm Name:** Lopez, Hodes, Restaino, Milman & Skikos

| MDL 1657 – VIOXX PRODUCTS LIABILITY LITIGATION COMMON HELD COSTS AND EXPENSES FROM: December 1, 2006  THROUGH: December 31, 2006 | |
|---|---|
| **CLIENT COSTS/EXPENSES** | **TOTAL** |
| Telefax charges | |
| Postage, shipping, courier, certified mail | |
| Printing and photocopying (in-house) | |
| Computerized research – Lexis/Westlaw | |
| Telephone – long distance (actual charges only) | |
| Travel | |
| Secretarial and clerical overtime | |
| **TOTAL COSTS** | **$0.00** |

*Please attach documentation for each expense reported.

I certify that these expenses are properly document, complete and accurate and have been incurred for the common benefit.

_____          3/26/08
Signature                                  Date

- 24 -

Attachment "C"

**Reporting Period:**
**From: January 1, 2007**
**To: January 31, 2007**   **Firm Name:** Lopez, Hodes, Restaino, Milman & Skikos

<table>
<tr><td colspan="2"><b>MDL 1657 – VIOXX PRODUCTS LIABILITY LITIGATION<br>COMMON HELD COSTS AND EXPENSES<br>FROM: January 1, 2007   THROUGH: January 31, 2007</b></td></tr>
<tr><td><b>CLIENT COSTS/EXPENSES</b></td><td><b>TOTAL</b></td></tr>
<tr><td>Telefax charges</td><td></td></tr>
<tr><td>Postage, shipping, courier, certified mail</td><td></td></tr>
<tr><td>Printing and photocopying (in-house)</td><td></td></tr>
<tr><td>Computerized research – Lexis/Westlaw</td><td></td></tr>
<tr><td>Telephone – long distance (actual charges only)</td><td></td></tr>
<tr><td>Travel</td><td></td></tr>
<tr><td>Secretarial and clerical overtime</td><td></td></tr>
<tr><td><b>TOTAL COSTS</b></td><td>$0.00</td></tr>
</table>

\*Please attach documentation for each expense reported.

I certify that these expenses are properly document, complete and accurate and have been incurred for the common benefit.

_____     3/26/08
Signature                            Date

- 25 -

FAC Resp. Exhibit B -- 1322

Attachment "C"

**Reporting Period:**
**From: February 1, 2007**
**To: February 28, 2007**     **Firm Name:** Lopez, Hodes, Restaino, Milman & Skikos

| MDL 1657 – VIOXX PRODUCTS LIABILITY LITIGATION COMMON HELD COSTS AND EXPENSES FROM: February 1, 2007 THROUGH: February 28, 2007 | |
|---|---|
| **CLIENT COSTS/EXPENSES** | **TOTAL** |
| Telefax charges | |
| Postage, shipping, courier, certified mail | |
| Printing and photocopying (in-house) | |
| Computerized research – Lexis/Westlaw | |
| Telephone – long distance (actual charges only) | |
| Travel | $2,468.80 |
| Secretarial and clerical overtime | |
| **TOTAL COSTS** | $2,468.80 |

*Please attach documentation for each expense reported.

I certify that these expenses are properly document, complete and accurate and have been incurred for the common benefit.

_____          3/10/08
Signature                        Date

- 19 -

FAC Resp. Exhibit B -- 1323

VIOXX MDL 1657
Lopez, Hodes, Restaino, Milman Skikos
Monthly Expenses

| February 2007 Expenses | | | | |
|---|---|---|---|---|
| CATEGORY | ATTY | PURPOSE | AMOUNT | REF. NO. |
| Telefax | | | | |
| Postage, Shipping, Courier, Certified Mail | | | | |
| Printing and photocopying (in-house) | | | | |
| Computerized research - Lexis/Westlaw | | | | |
| Computerized research - Lexis/Westlaw | | | | |
| Telephone - long distance | | | | |
| Travel | Mark Crawford | Roundtrip airfare SFO-Miami (date of departure: 2/11/07), travel agency booking fee, hotel accommodations at Lowe's Miami, airport parking, taxi - Vioxx Litigation Meeting | $ 1,856.80 | 19-A |
| Travel | Mark Crawford | Roundtrip airfare Oakland-Santa Ana (date of departure: 2/22/07), hotel accommodations Island Hotel Newport Beach, airport parking | $ 611.80 | 19-B |
| Secretarial and clerical overtime | | | | |
| TOTAL COSTS | | | $ 2,468.60 | |

Displaying 1-19 of 19 Transactions

First | Previous                              Next | Last

| Date | Description | | Amount |
|------|-------------|--|--------|

NOV-17

$1,228.80

02/09/2007  AMERICAN AIRLINES IRVINE CA
AMERICAN AIRLINES
From/To: Carrier: Class:
SAN FRANCISCO CA MIAMI FL AA H2
SAN FRANCISCO CA AA H2
Ticket Number: 0017161386701 Date of Departure: 02/11
Passenger Name: CRAWFORD/MARK
Document Type: PASSENGER TICKET
Reference No: 92007041036172812

MARK G CRAWFORD          78000

Vioxx mdl: Attend
litigation group meeting
in miami

4/02-17

02/09/2007  TRAVEL AGENCY SERVICEIRVINE CA
TRAVEL AGENCY SERVICE FEE
Routing Details Not Available
Ticket Number: 99001406316835
Passenger Name: CRAWFORD/MARK
Document Type: MISC. CHARGE ORDER (MCO)/PREPAID
TICKET AUTH.
Reference No: 92007041036172811

MARK G CRAWFORD

(same)

Page 2 of 2

400-14

$600: Vioxx MDL
Attend litigation group mtg
in miami.

Reference No: 92007045090726245
More Detail
02/13/2007  AMPCO SYSTEM SAN FRASAN FRANCISCO CA          MARK G CRAWFORD
PARKING FEES
Reference No: 92007045090726246
More Detail

(same)   409-14

02/13/2007  LOEWS HOTELS MIAMI BMIAMI BEACH FL          MARK G CRAWFORD
Arrival Date Departure Date
02/11/07 02/13/07
00080000
LODGING
Reference No: 92007040306432279
More Detail

(same)

02/13/2007  LOEWS HOTELS PRESTONMIAMI BEACH FL          MARK G CRAWFORD
8903046440
FOOD 118.30
Reference No: 92007040306432209
More Detail

(same)   4/11-17

02/14/2007  LEMORIN TAXI SERVICEMIAMI SHORES FL          MARK G CRAWFORD
GOODS/SERVICES
Reference No: 92007047040679768
More Detail

(same)   4/10-17

02/14/2007  LOEWS HOTELS MIAMI BMIAMI BEACH FL
Arrival Date Departure Date
02/11/07 02/13/07
00080000
LODGING
Reference No: 92007040906432278
More Detail

| FLIGHT +CHANGE FEES | TRAVEL AGENCY FEES | HOTEL (ORIGINAL) | HOTEL (REDUCED - $250/night + tax) | TAXI | AIRPORT PARKING | MISC |
|---|---|---|---|---|---|---|
| $1,228.80 | $30.00 | $603.41 (2 nights) | $550.00 | $40.00 | $98.00 | |

TOTAL: $1,856.80

EXHIBIT 19-A

FAC Resp. Exhibit B -- 1325

02/21/2007  More Detail
SOUTHWEST AIRLINES DALLAS TX
SOUTHWEST AIRLINES
From: To: Carrier; Class:
OAKLAND CA SANTA ANA CA WN Y
OAKLAND CA WN Y
Ticket Number 62623730730129 Date of Departure: 02/22
Passenger Name: CRAWFORD/MARK
Document Type: PASSENGER TICKET
Reference No: 3200705304409959905

MARK G CRAWFORD          200.80    412-17

02/23/2007  More Detail
ISLAND HOTEL NEWPORTNEWPORT BEACH CA
Arrival Date Departure Date
02/22/2007  02/23/07
60060090
Reference No: 3200705904083316519

MARK G CRAWFORD          421.40    (Same) 413-17

02/23/2007  More Detail
OAKLAND OAKLAND CA
PARKING FEES
Reference No: 3200705504663316513
More Detail

MARK G CRAWFORD           78.00    (Same) 414-17

*handwritten note:* VIOXX: MDL 78000
fly to orange county to
take sales rep depos (Berwick)

| FLIGHT +CHANGE FEES | TRAVEL AGENCY FEES | HOTEL (ORIGINAL) | HOTEL (REDUCED - $250/night + tax) | TAXI | AIRPORT PARKING | MISC |
|---|---|---|---|---|---|---|
| $258.80 | | $421.40 (1 night) | $275.00 | | $78.00 | |

TOTAL: $611.80

EXHIBIT 19-B

Attachment "C"

**Reporting Period:**
**From: March 1, 2007**
**To: March 31, 2007**   **Firm Name:** Lopez, Hodes, Restaino, Milman & Skikos

| MDL 1657 – VIOXX PRODUCTS LIABILITY LITIGATION COMMON HELD COSTS AND EXPENSES FROM: March 1, 2007 THROUGH: March 31, 2007 | |
|---|---|
| **CLIENT COSTS/EXPENSES** | **TOTAL** |
| Telefax charges | |
| Postage, shipping, courier, certified mail | |
| Printing and photocopying (in-house) | |
| Computerized research -- Lexis/Westlaw | |
| Telephone – long distance (actual charges only) | |
| Travel | $862.80 |
| Secretarial and clerical overtime | |
| **TOTAL COSTS** | $862.80 |

\*Please attach documentation for each expense reported.

I certify that these expenses are properly document, complete and accurate and have been incurred for the common benefit.

_____        3/10/08
Signature                               Date

- 20 -

VIOXX MDL 1657
Lopez, Hodes, Restaino, Milman Skikos
Monthly Expenses

| March, 2007 CATEGORY | ATTY | PURPOSE | AMOUNT | REF. NO. |
|---|---|---|---|---|
| Telefax | | | | |
| Postage, Shipping, Courier, Certified Mail | | | | |
| Printing and photocopying (in-house) | | | | |
| Computerized research - Lexis/Westlaw | | | | |
| Telephone - long distance | | | | |
| Travel | Mark Crawford | Hotel accommodations at Island Hotel in Newport Beach, airport parking - Berwick Sales Representative Depositions | $301.00 | 20-A |
| Travel | Steve Skikos | Roundtrip airfare San Jose-Orange County (date of departure: 3/12/07), hotel accommodations at Newport Beach Marriott, travel agency booking fee | $561.80 | 20-B |
| Secretarial and clerical overtime | | | | |
| TOTAL COSTS | | | $862.80 | |

03/05/2007  ☒ ISLAND HOTEL NEWPORT NEWPORT BEACH    CA
            Arrival Date Departure Date
            03/04/07 03/06/07
            00000000
            Reference No: 320070650042545664
            More Detail

03/05/2007  ☒ DOUGLAS PARKING    OAKLAND       CA
            BUSINESS SERVICE
            Reference No: 320070650042545665
            More Detail

*(handwritten: 370.15  976-18)*

*(handwritten: Vioxx Mdl 78000 sales rep dega in Newport Beach (Berwick) (same))*

*(handwritten: 26.00  977-18)*

| FLIGHT +CHANGE FEES | TRAVEL AGENCY FEES | HOTEL (ORIGINAL) | HOTEL (REDUCED - $250/night + tax) | TAXI | AIRPORT PARKING | MISC |
|---|---|---|---|---|---|---|
|  |  | $370.15 (1 night) | $275.00 |  | $26.00 |  |

*(handwritten: TOTAL: $301.00)*

**EXHIBIT  20-A**

FAC Resp. Exhibit B -- 1329

| 03/09/2007 | ☐ TRAVEL AGENCY SERVICEIRVINE   CA | *Vioxx- Berwick/* | 30.00 |
| | TRAVEL AGENCY SERVICE FEE | *Pechmann Depositions* | |
| | Routing Details Not Available | *(78320)* | |
| | Ticket Number: 89019634616496 | | |
| | Passenger Name: SKIKOS/STEVEN | | |
| | Document Type: MISC. CHARGE ORDER (MCO)/PREPAID TICKET AUTH. | | |
| | Reference No: 320070690071615421 | | |
| | More Detail | | |
| 03/09/2007 | ☐ AMERICAN AIRLINES   DANA POINT   CA | *Vioxx- Berwick/* | 266.80 |
| | AMERICAN AIRLINES | *Pechmann Depositions* | |
| | From: To: Carrier: Class: | *(78320)* | |
| | SAN JOSE CA SANTA ANA CA AA L2 | | |
| | SAN JOSE CA AA L2 | | |
| | Ticket Number: 00178186838771 Date of Departure: 03/12 | | |
| | Passenger Name: SKIKOS/STEVEN MR | | |
| | Document Type: PASSENGER TICKET | | |
| | Reference No: 320070690071615422 | | |
| | More Detail | | |

| FLIGHT +CHANGE FEES | TRAVEL AGENCY FEES | HOTEL (ORIGINAL) | HOTEL (REDUCED - $250/night + tax) | TAXI | AIRPORT PARKING | MISC |
|---|---|---|---|---|---|---|
| $256.80 | $30.00 | $350.45 | $275.00 | | | |

TOTAL: $561.80

EXHIBIT  20 - B

FAC Resp. Exhibit B -- 1330

Virtually There - eTicket Receipt Duplicate Copy

https://www.virtuallythere.com/new/eTicketReceiptPrint.html?pnr...



**DANA NIGUEL TRAVEL**
PHONE: 949-496-0401

eTicket Receipt Duplicate Copy

🖶 Print this page | Close window | Help

| | | | |
|---|---|---|---|
| Sabre Reservation Code: | **CXHRFX** | Issuing agent: | DANA POINT CA |
| | | Issuing agent: | BK10/AKT |
| Ticket number: | 0017818683877 | IATA number: | 05759725 |
| Issuing airline: | AMERICAN AIRLINES | Invoice number: | 0023877 |
| Date issued: 09MAR07 | | | |
| Passenger: SKIKOS/STEVEN MR | | | |

**12MAR07    AMERICAN AIRLINES AA 1833**
From: SAN JOSE CA, CA    Departs:750A  Economy   Confirmed
To:   SANTA ANA, CA    Arrives: 910A   Fare basis: L26D

**13MAR07    AMERICAN AIRLINES AA 3174**
From: SANTA ANA, CA    Departs:735P Economy
                                          Confirmed
To:   SAN JOSE CA, CA   Arrives: 850P  Fare basis: L26D
Operated by: AMERICAN EAGLE
Airline Confirmation: CXHRFX

*Vioxx -*
*Berwick*

*(Pechmann*
*Depo).*

Form of payment: Credit Card – American Express:
XXXXXXXXXX 7082

Endorsement / restrictions: NONE

Fare calculation line:
SJC AA SNA109.77L26D AA SJC109.77L26D 219.54 END
ZPSJCSNA XT5.00AY9.00XFSJC4.5SNA4.5

| | | |
|---|---|---|
| Fare: | USD | 219.54 |
| Taxes/fees/charges: | USD | 16.46 US US Transportation Tax |
| Taxes/fees/charges: | USD | 6.80 ZP US Segment Tax |
| Taxes/fees/charges: | USD | 14.00 XT Combined Taxes |
| Total: | USD | 256.80 |

**Positive Identification required for airport check in**

Notice:
Carriage and other service provided by the carrier are subject to conditions of carriage, which are hereby incorporated by reference. These conditions may be obtained from the issuing carrier.

Important legal notices

Copyright and Trademark Notices

*Saber*
*virtually*
*there*

**EXHIBIT   20-B**

3/12/2007 8:50 AM

FAC Resp. Exhibit B -- 1331

**Eileen McInerney**

| | |
|---|---|
| **From:** | Thanks for staying! [efolio@marriott.com] |
| **Sent:** | Thursday, March 06, 2008 1:44 PM |
| **To:** | Eileen McInerney |
| **Subject:** | Your Mar 12, 2007 - Mar 13, 2007 stay at the Newport Beach Marriott Hotel & Spa |

Thank you for choosing the Newport Beach Marriott Hotel & Spa for your recent stay.

As requested, below is a billing summary or adjustment for your stay. **If you have questions about your bill,** please contact us at (866) 435-7627 or mbs.customer.svc@marriott.com.

<u>Make another reservation on Marriott.com >></u>



Marriott Rewards members may receive this email automatically after every stay.

<u>Modify your email preferences >></u>

Summary of Your Stay

Hotel: Newport Beach Marriott Hotel & Spa
900 Newport Center Drive
Newport Beach, California 92660
USA
(949) 640-4000

Guest: SKIKOS/STEVEN/MR
34112 ST OF THE VIOL
DANA POINT, CA 926292595
USA

Dates of stay: Mar 12, 2007 - Mar 13, 2007
Guest number: 15083
Marriott Rewards number: XXXXX7550

Room number: 711
Group number:

| Date | Description | Reference | Charges | Credits |
|---|---|---|---|---|
| 03/12/07 | ROOM | 711, 1 | 289.00 | |
| 03/12/07 | RM TX | 711, 1 | 28.90 | |
| 03/12/07 | CA FEE | 711, 1 | 0.20 | |
| 03/12/07 | MKTPLACE | 4315 | 6.40 | |
| 03/12/07 | VIS VLT | 1 CAR | 16.00 | |
| 03/12/07 | TELECOMM | TELECOM | 9.95 | |
| 03/13/07 | Payment - Visa/Mastercard XXXXXXXXXXXX7814 | | | 350.45 |

EXHIBIT 20.B

FAC Resp. Exhibit B -- 1332

Attachment "C"

**Reporting Period:**
**From: April 1, 2007**
**To: April 30, 2007**          Firm Name: Lopez, Hodes, Restaino, Milman & Skikos

| MDL 1657 – VIOXX PRODUCTS LIABILITY LITIGATION COMMON HELD COSTS AND EXPENSES FROM: April 1, 2007  THROUGH: April 30, 2007 | |
|---|---|
| **CLIENT COSTS/EXPENSES** | **TOTAL** |
| Telefax charges | |
| Postage, shipping, courier, certified mail | |
| Printing and photocopying (in-house) | |
| Computerized research – Lexis/Westlaw | |
| Telephone – long distance (actual charges only) | |
| Travel | |
| Secretarial and clerical overtime | |
| **TOTAL COSTS** | $0.00 |

\*Please attach documentation for each expense reported.

I certify that these expenses are properly document, complete and accurate and have been incurred for the common benefit.

_____                    3/26/08
Signature                                              Date

- 26 -

Attachment "C"

**Reporting Period:**
**From: May 1, 2007**
**To: May 31, 2007**          **Firm Name:** Lopez, Hodes, Restaino, Milman & Skikos

| CLIENT COSTS/EXPENSES | TOTAL |
|---|---|
| MDL 1657 – VIOXX PRODUCTS LIABILITY LITIGATION COMMON HELD COSTS AND EXPENSES FROM: May 1, 2007 THROUGH: May 31, 2007 | |
| Telefax charges | |
| Postage, shipping, courier, certified mail | |
| Printing and photocopying (in-house) | |
| Computerized research – Lexis/Westlaw | |
| Telephone – long distance (actual charges only) | |
| Travel | |
| Secretarial and clerical overtime | |
| **TOTAL COSTS** | **$0.00** |

\*Please attach documentation for each expense reported.

I certify that these expenses are properly document, complete and accurate and have been incurred for the common benefit.

_____          3/26/08
Signature                        Date

- 27 -

FAC Resp. Exhibit B -- 1334

Attachment "C"

**Reporting Period:**
**From: June 1, 2007**
**To: June 30, 2007**          **Firm Name:** Lopez, Hodes, Restaino, Milman & Skikos

| MDL 1657 – VIOXX PRODUCTS LIABILITY LITIGATION COMMON HELD COSTS AND EXPENSES FROM: June 1, 2007  THROUGH: June 30, 2007 | |
|---|---|
| **CLIENT COSTS/EXPENSES** | **TOTAL** |
| Telefax charges | |
| Postage, shipping, courier, certified mail | |
| Printing and photocopying (in-house) | |
| Computerized research – Lexis/Westlaw | |
| Telephone – long distance (actual charges only) | |
| Travel | |
| Secretarial and clerical overtime | $0.00 |
| **TOTAL COSTS** | |

\*Please attach documentation for each expense reported.

I certify that these expenses are properly document, complete and accurate and have been incurred for the common benefit.

_____                    3/26/08
Signature                                                            Date

- 28 -

FAC Resp. Exhibit B -- 1335

Attachment "C"

**Reporting Period:**
**From: July 1, 2007**
**To: July 31, 2007**

**Firm Name:** Lopez, Hodes, Restaino, Milman & Skikos

| MDL 1657 – VIOXX PRODUCTS LIABILITY LITIGATION COMMON HELD COSTS AND EXPENSES FROM: July 1, 2007  THROUGH: July 31, 2007 | |
|---|---|
| **CLIENT COSTS/EXPENSES** | **TOTAL** |
| Telefax charges | |
| Postage, shipping, courier, certified mail | |
| Printing and photocopying (in-house) | |
| Computerized research – Lexis/Westlaw | |
| Telephone – long distance (actual charges only) | |
| Travel | |
| Secretarial and clerical overtime | |
| **TOTAL COSTS** | $0.00 |

*Please attach documentation for each expense reported.

I certify that these expenses are properly document, complete and accurate and have been incurred for the common benefit.

_____          3/26/08
Signature                                             Date

- 29 -

FAC Resp. Exhibit B -- 1336

Attachment "C"

**Reporting Period:**
**From: August 1, 2007**
**To: August 31, 2007**        **Firm Name:** Lopez, Hodes, Restaino, Milman & Skikos

| MDL 1657 – VIOXX PRODUCTS LIABILITY LITIGATION COMMON HELD COSTS AND EXPENSES FROM: August 1, 2007  THROUGH: August 31, 2007 | |
|---|---|
| **CLIENT COSTS/EXPENSES** | **TOTAL** |
| Telefax charges | |
| Postage, shipping, courier, certified mail | |
| Printing and photocopying (in-house) | |
| Computerized research – Lexis/Westlaw | |
| Telephone – long distance (actual charges only) | |
| Travel | |
| Secretarial and clerical overtime | |
| **TOTAL COSTS** | $0.00 |

*Please attach documentation for each expense reported.

I certify that these expenses are properly document, complete and accurate and have been incurred for the common benefit.

_____        3/26/08
Signature                                          Date

- 30 -

FAC Resp. Exhibit B -- 1337

Attachment "C"

**Reporting Period:**
**From: September 1, 2007**
**To: September 30, 2007**     **Firm Name:** Lopez, Hodes, Restaino, Milman & Skikos

| MDL 1657 – VIOXX PRODUCTS LIABILITY LITIGATION COMMON HELD COSTS AND EXPENSES FROM: September 1, 2007  THROUGH: September 30, 2007 | |
|---|---|
| **CLIENT COSTS/EXPENSES** | **TOTAL** |
| Telefax charges | |
| Postage, shipping, courier, certified mail | |
| Printing and photocopying (in-house) | |
| Computerized research – Lexis/Westlaw | |
| Telephone – long distance (actual charges only) | |
| Travel | |
| Secretarial and clerical overtime | |
| **TOTAL COSTS** | $0.00 |

*Please attach documentation for each expense reported.

I certify that these expenses are properly document, complete and accurate and have been incurred for the common benefit.

_____          8/26/08
Signature                                              Date

- 31 -

FAC Resp. Exhibit B -- 1338

Attachment "C"

**Reporting Period:**
**From: October 1, 2007**
**To: October 31, 2007**   **Firm Name:** Lopez, Hodes, Restaino, Milman & Skikos

| MDL 1657 – VIOXX PRODUCTS LIABILITY LITIGATION COMMON HELD COSTS AND EXPENSES FROM: October 1, 2007  THROUGH: October 31, 2007 | |
|---|---|
| **CLIENT COSTS/EXPENSES** | **TOTAL** |
| Telefax charges | |
| Postage, shipping, courier, certified mail | |
| Printing and photocopying (in-house) | |
| Computerized research – Lexis/Westlaw | |
| Telephone – long distance (actual charges only) | |
| Travel | |
| Secretarial and clerical overtime | |
| **TOTAL COSTS** | $0.00 |

*Please attach documentation for each expense reported.

I certify that these expenses are properly document, complete and accurate and have been incurred for the common benefit.

_____    3/26/08
Signature                                              Date

- 32 -

Attachment "C"

**Reporting Period:**
**From: November 1, 2007**
**To: November 30, 2007**   **Firm Name:** Lopez, Hodes, Restaino, Milman & Skikos

| MDL 1657 – VIOXX PRODUCTS LIABILITY LITIGATION COMMON HELD COSTS AND EXPENSES FROM: November 1, 2007  THROUGH: November 30, 2007 | |
| --- | --- |
| CLIENT COSTS/EXPENSES | TOTAL |
| Telefax charges | |
| Postage, shipping, courier, certified mail | |
| Printing and photocopying (in-house) | |
| Computerized research – Lexis/Westlaw | |
| Telephone – long distance (actual charges only) | |
| Travel | |
| Secretarial and clerical overtime | |
| **TOTAL COSTS** | $0.00 |

*Please attach documentation for each expense reported.

I certify that these expenses are properly document, complete and accurate and have been incurred for the common benefit.



Signature _____   Date   3/26/08 _____

- 33 -

FAC Resp. Exhibit B -- 1340

Attachment "C"

**Reporting Period:**
**From: December 1, 2007**
**To: December 31, 2007**   **Firm Name:** Lopez, Hodes, Restaino, Milman & Skikos

| MDL 1657 – VIOXX PRODUCTS LIABILITY LITIGATION<br>COMMON HELD COSTS AND EXPENSES<br>FROM: December 1, 2007  THROUGH: December 31, 2007 | |
|---|---|
| **CLIENT COSTS/EXPENSES** | **TOTAL** |
| Telefax charges | |
| Postage, shipping, courier, certified mail | |
| Printing and photocopying (in-house) | |
| Computerized research – Lexis/Westlaw | $99.00 |
| Telephone – long distance (actual charges only) | |
| Travel | $2,490.60 |
| Secretarial and clerical overtime | |
| **TOTAL COSTS** | $2,589.60 |

*Please attach documentation for each expense reported.

I certify that these expenses are properly document, complete and accurate and have been incurred for the common benefit.

_____        3/10/08
Signature                                        Date

- 21 -

VIOXX MDL 1657
Lopez, Hodes, Restaino, Milman Skikos
Monthly Expenses

| December, 2007 CATEGORY | ATTY | PURPOSE | AMOUNT | REF. NO. |
|---|---|---|---|---|
| Telefax | | | | |
| Postage, Shipping, Courier, Certified Mail | | | | |
| Printing and photocopying (in-house) | | | | |
| Computerized research - Lexis/Westlaw | | | | |
| Telephone - long distance | Kathleen Millican | Vioxx Settlement Audio Conference | $ 99.00 | 21-A |
| Travel | Steve Skikos | Roundtrip airfare SFO-New Orleans (date of departure: 12/9/07), hotel accommodations at Ritz Carlton New Orleans, travel agency booking fee, Mealey's Conference Fees, limo home from airport - Vioxx Settlement Conference | $ 2,490.60 | 21-B |
| Secretarial and clerical overtime | | | | |
| TOTAL COSTS | | | $ 2,589.60 | |

FAC Resp. Exhibit B -- 1342

event



*KNM -*
*Vioxx*
*7 8000*

Version 1.6.5

**Registration Complete**

You have successfully registered for this event. A confirmation e-mail will be sent to the e-mail address provided.

Dear Kathleen Millican

You have successfully registered for the following Event:

Topic: Vioxx Settlement: What It Means for Your Clients
Date: 11/15/2007 11:00 AM Eastern Time
Cost: $99.00

This email is your receipt.

Please follow these steps below to participate.
**To join the audio conference:**
A few minutes prior to the event, dial 8888036413
Outside of North America, dial
Your Code: 4098
If you have any additional questions on how to join this event, please contact MeetingOne Customer Service at 1-888-523-8445 (within the US) or 1-720-946-2162 (International) between 6am and 6pm US Mountain Standard Time.

© 2007 MeetingOne Events Management

**EXHIBIT** *2J - A*

11/14/2007 1:44 PM

FAC Resp. Exhibit B -- 1343

| 12/10/2007 | AMERICAN AIRLINES IRVINE CA<br>AMERICAN AIRLINES<br>From: To: Carrier: Class:<br>NEW ORLEANS LA DALLAS/FT WORTH TX AA YU<br>SAN FRANCISCO CA AA YU<br>Ticket Number 0017082504504041 Date of Departure: 12/11<br>Passenger Name: SKIKOS/STEVEN<br>Document Type: PASSENGER TICKEY<br>Reference No: 320073460108324102<br>More Detail | STEVE J SKIKOS | 1,047.80 | VIOXX - 17820 | 455-17 |
| 12/10/2007 | TRAVEL AGENCY SERVICEIRVINE CA<br>TRAVEL AGENCY SERVICE FEE<br>Routing Details Not Available<br>Ticket Number: 0008105397351<br>Passenger Name: SKIKOS/STEVEN<br>Document Type: MISC. CHARGE ORDER (MCO)/PREPAID<br>TICKET AUTH.<br>Reference No: 320073460108324101<br>More Detail | STEVE J SKIKOS | 30.00 | VIOXX - 17820 | Entered<br>456-17 |
| 12/11/2007 | THE RITZ CARLTON HOTNEW ORLEANS LA<br>Arrival Date Departure Date<br>12/09/07 12/11/07<br>00000000<br>LODGING<br>Reference No: 320073470132704957<br>More Detail | STEVE J SKIKOS | 7.85 | VIOXX - 17820 | 451-17 |
| 12/11/2007 | THE RITZ CARLTON HOTNEW ORLEANS LA<br>Arrival Date Departure Date<br>12/09/07 12/11/07<br>00000000<br>LODGING<br>Reference No: 320073470132704958<br>More Detail | STEVE J SKIKOS | 554.70 | VIOXX - 17820 | 457-17 |
| 12/12/2007 | MEALEY PUBLICATIONS KING OF PRUSS PA<br>8006226307<br>Description<br>SUBSCRIPTIONS<br>Reference No: 320073470132704908<br>More Detail | STEVE J SKIKOS | 1,195.90 | VIOXX - 17820 | |

| FLIGHT<br>+CHANGE FEES | TRAVEL<br>AGENCY<br>FEES | HOTEL<br>(ORIGINAL) | HOTEL<br>(REDUCED -<br>$250/night + tax) | TAXI | AIRPORT<br>PARKING | MISC |
|---|---|---|---|---|---|---|
| $1,047.80 +<br>$1,047.80<br>$2,095.60 | $60.00 | $554.70<br>(1 night) | $275.60 | $110.00 -<br>reduced<br>$60.00 | | |

TOTAL: $2,490.60

EXHIBIT 21-B

**Eileen McInerney**

| | |
|---|---|
| **From:** | bookstore@lexisnexis.com |
| **Sent:** | Sunday, December 09, 2007 8:34 PM |
| **To:** | Steven Skikos |
| **Subject:** | Your order with LexisNexis Bookstore (BLN0264102) on 2007-12-09 |

Dear Steve Skikos :

Thank you for your order from the LexisNexis® Bookstore! **You've qualified for a discount on your next bookstore purchase--see details below.** Here is a summary of your order:

| | | |
|---|---|---|
| **Order #: BLN0264102** | **Order Date: 2007-12-09** | **Delivery: Standard** |

Products Ordered from LexisNexis Mealey's:

| PUBLISHER | TITLE | PRODUCT TYPE | DURATION | ISBN/ISSN | QUANTITY | LOCATION | PRICE |
|---|---|---|---|---|---|---|---|
| LexisNexis Mealey's | ** Mealey's VIOXX® Settlement Conference: A Plaintiff Bar Discussion & Roundtable* | Conference Registration | - | | 1 | The Ritz-Carlton Hotel, New Orleans | $1195.00 |
| | | | | | | **Vendor Subtotal Price:** | $1195.00 |

**Contact Information:** Should you have any questions regarding your order, please feel free to contact Customer Support via e-mail at MealeyInfo@LexisNexis.com or by phone at 1-800-Mealeys (632-5397) (9:00 am - 5:00 pm EST, Monday - Friday). International customers should call 610-768-7800.

| | |
|---|---|
| **Subtotal Price:** | $1195.00 |

** Plus sales tax where applicable will be added to your order.

**Payment Information:** You will be charged using the payment method you selected. Charges will be for the total amount of your order, including shipping and handling, if applicable, and any applicable sales tax.

**NOTE:** You will receive a separate email receipt/confirmation for any Conference/Teleconference Registration ordered.

Thank you for shopping at the LexisNexis Bookstore!

Save 20% on your next purchase! Simply enter the promotion code AUTUMN8 when you checkout. This offer expires December 31, 2007, and is limited to one order per customer. Other restrictions apply; Academic Press, AHLA, Corporate Affiliations, Martindale-Hubbell, Mealey's, and Florida Bar titles excluded.

**EXHIBIT** 21-B

*New Orleans*
*Mealey's Vioxx*
*Settlement*
*Conference*
*Julio home from SFO*

**Eileen McInerney**

**From:**    Valerie Woolever [Valerie.W@travelstoreusa.com]
**Sent:**    Friday, December 07, 2007 4:45 PM
**To:**      Eileen McInerney
**Cc:**      Steven Skikos
**Subject:** Confirmed and ticketed for New Orleans on Sunday, Dec 9

DATE: 07 DEC 07

CUSTOMER NBR: IRCVW51002        DUPLICATE  CPDAWA        PAGE: 01

TO: LOPEZ AND HODES

STEVE SKIKOS

625 MARKET STREET, 11TH FLOOR

SAN FRANCISCO CA 94105

FOR: SKIKOS/STEVEN

YOUR AMERICAN AIRLINES CONFIRMATION/LOCATOR IS CPDAWA

PLEASE SHOW PHOTO ID FOR YOUR ELECTRONIC TICKET

09 DEC 07  -  SUNDAY

AIR   AMERICAN AIRLINES    FLT:1602  FIRST CLASS   SNACK

LV SAN FRANCISCO          305P     EQP: MD-80

EXHIBIT  21-B

12/10/2007

DEPART: TERMINAL 3                   03HR 25MIN

AR DALLAS FT WORTH          830P        NON-STOP

REF: CPDAWA

SKIKOS/STEVEN    SEAT-5A   AA-8X0R524

AIR   AMERICAN AIRLINES   FLT:1431   FIRST CLASS

LV DALLAS FT WORTH         1000P       EQP: BOEING 737-800

01HR 15MIN

AR NEW ORLEANS          1115P      NON-STOP

REF: CPDAWA

SKIKOS/STEVEN    SEAT-6E   AA-8X0R524

HOTEL NEW ORLEANS          OUT-11DEC

RITZ CARLTON HOTELS        2 NIGHTS

RITZ-CARLTON NEW OR       1 ROOM    REGULAR RATE * CITY VIEW R

921 CANAL STREET           FRETTE LINEN W-FEATHER BED* L

NEW ORLEANS LA 70112       RATE-209.00USD PER NIGHT

FONE 504-524-1331         CANCEL 03 DAYS PRIOR TO ARRIVAL

FAX  504-524-7675

GUARANTEED LATE ARRIVAL

CONFIRMATION 86197738

NS KING


WE APPRECIATE YOUR BUSINESS

MCO     XD8105328057

BILLED TO AMERICAN EXPRESS        30.00*

EXHIBIT  21-B

AIR TICKET   AA7093504536   SKIKOS STEVEN

ELEC TKT                    BILLED TO AMERICAN EXPRESS      1,047.80*

----------------

SUB TOTAL           1,077.80

NET CC BILLING          1,077.80*

----------------

TOTAL AMOUNT DUE          0.00

CONTINUED ON PAGE 2

SALES PERSON: VW     ITINERARY/INVOICE NO. 0303528     DATE: 07 DEC 07

CUSTOMER NBR: IRCVW51002     DUPLICATE   CPDAWA     PAGE: 02

TO: LOPEZ AND HODES

   STEVE SKIKOS

   625 MARKET STREET, 11TH FLOOR

   SAN FRANCISCO CA 94105

FOR: SKIKOS/STEVEN

EXHIBIT   21-B

**Eileen McInerney**

From: Valerie Woolever [Valerie.W@travelstoreusa.com]
Sent: Monday, December 10, 2007 3:40 PM
To: Eileen McInerney
Subject: Steve is confirmed and ticketed for return tomorrow

SALES PERSON: VW     ITINERARY/INVOICE NO. 0303622     DATE: 10 DEC 07
CUSTOMER NBR: IRCVW51002        DUPLICATE   CRBFEM        PAGE: 01

        TO: LOPEZ AND HODES
            STEVE SKIKOS
            625 MARKET STREET, 11TH FLOOR
            SAN FRANCISCO CA 94105

FOR: SKIKOS/STEVEN

        YOUR AMERICAN AIRLINES CONFIRMATION/LOCATOR IS CRBFEM
        PLEASE SHOW PHOTO ID FOR YOUR ELECTRONIC TICKET

11 DEC 07  -  TUESDAY
    AIR   AMERICAN AIRLINES     FLT:2257   FIRST CLASS
          LV NEW ORLEANS          1055A        EQP: MD-80
                                  01HR 35MIN
          AR DALLAS FT WORTH      1230P         NON-STOP
                                  REF: CRBFEM
        SKIKOS/STEVEN   SEAT-4E   AA-8X0R524
    AIR   AMERICAN AIRLINES     FLT:1441   FIRST CLASS   LUNCH
          LV DALLAS FT WORTH      130P         EQP: MD-80
                                  03HR 50MIN
          AR SAN FRANCISCO        320P          NON-STOP
          ARRIVE: TERMINAL 3                    REF: CRBFEM
        SKIKOS/STEVEN   SEAT-6F   AA-8X0R524
        WE APPRECIATE YOUR BUSINESS
    MCO       XD8105397381     BILLED TO AMERICAN EXPRESS        30.00*

    AIR TICKET   AA7093504604    SKIKOS STEVEN
    ELEC TKT                     BILLED TO AMERICAN EXPRESS      1,047.80*
                                 ----------------
                    SUB TOTAL              1,077.80
                    NET CC BILLING         1,077.80*
                                 ----------------
                    TOTAL AMOUNT DUE          0.00

REFUNDS/REISSUES/CANCELS ARE SUBJECT TO A HANDLING FEE
PLEASE REVIEW YOUR ITINERARY. TRAVELSTORE WILL NOT
ACCEPT RESPONSIBILITY FOR DISCREPANCIES BEYOND 24 HOURS
FROM RECEIPT OF THIS ITINERARY.

EXHIBIT  21-B

12/10/2007

P.1

Sep 13 08 07:32p     JULIO POSTIGLIONNE          510-4411505

Vioxx - 17800



## Julio Limousine Service
32461 Woodland dr.
Union City, CA. 94587
Cell: 415.606.1152
Fax: 510.441.1505

**Bill To:**
STEVE SKIKOS
LOPEZ,HODES,RESTAINO&SKIKOS
625 MARKET ST 11FLOOR
SF, CA 94105

# Invoice

Number: **2666**

Date:     **December 13, 2007**

**Ship To:**

| Date | Description | | | Hours | Price | Tax 1 | Tax 2 | Amount |
|------|-------------|--|--|-------|-------|-------|-------|--------|
| | | | | | | | | 110.00 |
| 12/11/07 | SF TO WOODSIDE | | | | | | | |

|  |  |
|--|--|
| Sub-Total | $110.00 |
| State Tax 10.00% on 0.00 | 0.00 |
| GRATUITY 15.00% on 0.00 | 0.00 |
| **Total** | **$110.00** |

Amount Paid: 110.00
Amount Due: 0.00

| 0 - 30 days | 31 - 60 days | 61 - 90 days | > 90 days | Total |
|-------------|--------------|--------------|-----------|-------|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT** 21-B

Attachment "C"

**Reporting Period:**
**From: March 1, 2008**
**To: March 31, 2008**          **Firm Name:** Lopez, Hodes, Restaino, Milman & Skikos

| MDL 1657 – VIOXX PRODUCTS LIABILITY LITIGATION COMMON HELD COSTS AND EXPENSES FROM: March 1, 2008 THROUGH: March 31, 2008 | |
|---|---|
| **CLIENT COSTS/EXPENSES** | **TOTAL** |
| Telefax charges | |
| Postage, shipping, courier, certified mail | |
| Printing and photocopying (in-house) | |
| Computerized research – Lexis/Westlaw | |
| Telephone – long distance (actual charges only) | $1,091.74 |
| Travel | |
| Secretarial and clerical overtime | $1,091.74 |
| **TOTAL COSTS** | |

*Please attach documentation for each expense reported.

I certify that these expenses are properly document, complete and accurate and have been incurred for the common benefit.

Signature                                                    Date 9/28/08

VIOXX MDL 1657
Lopez, Hodes, Restaino, Milman Skikos
Monthly Expenses

| March, 2008 | | | |
|---|---|---|---|
| CATEGORY | ATTY | PURPOSE | AMOUNT |
| Telefax | | | |
| Postage, Shipping, Courier, Certified Mail | | | |
| Printing and photocopying (in-house) | | | |
| Computerized research – Lexis/Westlaw | | | |
| Telephone - long distance | | | |
| Travel | Steve Skikos | Roundtrip airfare SFO-New Orleans (date of departure: 3/2/08), hotel accommodations at Ritz Carlton New Orleans, travel agency booking fee | $   1,091.74 |
| Secretarial and clerical overtime | | | |
| TOTAL COSTS | | | $   1,091.74 |



THE RITZ-CARLTON®
NEW ORLEANS

Steven  Skikos

United States

| Room Number: | 0622 |
| Arrival Date: | 03/02/08 |
| Departure Date: | 03/04/08 |
| CRS Number: | x88574607 |
| Page No: | 1 of 1 |

**INFORMATION INVOICE**

Folio No: 77423

05/21/08

The Ritz-Carlton, New Orleans

| Date | Description | | | Charges | Credits |
|------|-------------|--|--|---------|---------|
| 03/02/08 | Room Charge | | | 249.00 | |
| 03/02/08 | Room Tax City 4% | | | 9.96 | |
| 03/02/08 | Room Tax State 9% | | | 22.41 | |
| 03/02/08 | Occupancy Tax | | | 2.00 | |
| 03/03/08 | ~~High Speed Internet~~ | 00:00 #622   INTERNET TO | | ~~10.95~~ | |
| 03/03/08 | ~~Coffee Cart~~ | CHECK #1858 | | ~~10.37~~ | |
| 03/03/08 | ~~Long Distance Phone~~ | 13:18 #17622. 1210921931 4 [00.05.00] | | ~~20.70~~ | |
| 03/03/08 | Room Charge | | | 249.00 | |
| 03/03/08 | Room Tax City 4% | | | 9.96 | |
| 03/03/08 | Room Tax State 9% | | | 22.41 | |
| 03/03/08 | Occupancy Tax | | | 2.00 | |
| 03/04/08 | American Express | XXXXXXXXXXX7082 | XX/XX | | 611.33 |
| | **Total** | | | 611.33 | ~~611.33~~ |
| | **Balance** | | | 0.00 | |

Total : +566.74

921 CANAL STREET, NEW ORLEANS, LOUISIANA 70112
tel. (504) 524-1331   fax (504) 524-1375   www.ritzcarlton.com

FAC Resp. Exhibit B -- 1353

**Eileen McInerney**

| | |
|---|---|
| **From:** | Valerie Woolever [Valerie.W@travelstoreusa.com] |
| **Sent:** | Friday, February 29, 2008 5:56 PM |
| **To:** | Steven Skikos |
| **Cc:** | Eileen McInerney |
| **Subject:** | Confirmed and ticketed AIR TRAN March 2 to N.O. |

Have alerted hotel you are arriving 9am Monday morning and hotel is booked for night before to guarantee the room.

```
SALES PERSON: VW      ITINERARY/INVOICE NO. 0312757       DATE: 29 FEB 08
CUSTOMER NBR: IRCVW51002        DUPLICATE  NNZCIN         PAGE: 01


        TO: LOPEZ AND HODES
            STEVE SKIKOS
            625 MARKET STREET, 11TH FLOOR
            SAN FRANCISCO CA 94105


   FOR: SKIKOS/STEVEN



   02 MAR 08 - SUNDAY
      OTHER INFO
         AIRTRAN ETKT CONFO M1DMVB
         FINAL PAYMENT
                     BILLED TO AMERICAN EXPRESS       495.00*
      AIR  AIRTRAN AIRWAYS    FLT:52   BUSINESS
           LV SAN FRANCISCO        1040P     EQP: BOEING 737-700
           DEPART: TERMINAL 1                04HR 20MIN

   03 MAR 08 - MONDAY
           AR ATLANTA         600A      NON-STOP
           ARRIVE: NORTH TERMINAL
      AIR  AIRTRAN AIRWAYS    FLT:473  BUSINESS
           LV ATLANTA         805A      EQP: BOEING 717
           DEPART: NORTH TERMINAL        01HR 26MIN
           AR NEW ORLEANS     831A      NON-STOP

   02 MAR 08 - SUNDAY
      HOTEL NEW ORLEANS            OUT-04MAR
         RITZ CARLTON HOTELS       2 NIGHTS
         RITZ-CARLTON NEW OR        1 ROOM    CORPORATE RATE * LIMITED V
         921 CANAL STREET         MARBLE BATH * FEATHER BED * N
         NEW ORLEANS LA 70112      RATE-249.00USD PER NIGHT
         FONE 504-524-1331        CANCEL 03 DAYS PRIOR TO ARRIVAL
         FAX  504-524-7675
         GUARANTEED LATE ARRIVAL
         CONFIRMATION 88574607
```

5/21/2008

```
        GUEST TO ARRIVE 0900 ON 03MARCH
MCO        XD8127668395
                BILLED TO AMERICAN EXPRESS        30.00*
                        ---------------
                SUB TOTAL              525.00
                NET CC BILLING         525.00*
                        ---------------
                TOTAL AMOUNT DUE          0.00
```

REFUNDS/REISSUES/CANCELS ARE SUBJECT TO A HANDLING FEE
PLEASE REVIEW YOUR ITINERARY. TRAVELSTORE WILL NOT
ACCEPT RESPONSIBILITY FOR DISCREPANCIES BEYOND 24 HOURS
FROM RECEIPT OF THIS ITINERARY.

```
Valerie Woolever
TravelStore-Irvine
18881 Von Karman Ave
Suite 1400
Irvine CA 92612
949-930-9269 direct phone/fax
Valerie.W@travelstoreusa.com
http://www.travelstoreusa.com/
```

5/21/2008

FAC Resp. Exhibit B -- 1355

| Check Requests - "Shared Expenses" |
|---|
| $ 100.00 |
| $ 70.00 |
| $ 10,000.00 |
| $ 5,000.00 |
| $ 5,000.00 |
| $ 5,000.00 |
| $ 5,000.00 |
| $ 1,283.70 |
| $ 3,500.00 |
| $ 15,962.36 |
| $ 1,000.00 |
| $ 400.00 |
| $ 434.13 |
| $ 52,750.19 |

# LOPEZ, HODES, RESTAINO, MILMAN & SKIKOS

A LAW CORPORATION

625 MARKET STREET ♦ 11TH FLOOR ♦ SAN FRANCISCO, CA 94105
TELEPHONE / 415.956.5257   FACSIMILE / 415.956.4416

March 10, 2008

**VIA FEDERAL EXPRESS**

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

   Re: *Vioxx MDL 1657 Check Request Forms*

Dear Mr. Russ:

  Enclosed, please find our firm's completed common benefit-related "Check Request Forms" and back-up receipts in the above mentioned litigation.  Should you have any questions, please do not hesitate to contact me.

       Very truly yours,

       Steven J. Skikos

/jem

Enclosure

NEWPORT BEACH  SAN FRANCISCO  MINNEAPOLIS  CINCINNATI  SACRAMENTO

Attachment "B"

## MDL 1657: VIOXX PRODUCTS LIABILITY LITIGATION
### CHECK REQUEST FORM FOR SHARED EXPENSES

| | | GENERAL CHECK REQUEST INFORMATION | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1. | Date: | March 4, 2008 | | | | | | |
| 2. | I am requesting a check from: | Plaintiffs' Liaison Counsel, Russ M. Herman | | | | | | |
| 3. | Payable To: (Name & Address) | Lopez, Hodes, Restiano, Milman & Skikos 625 Market Street, 11th Floor San Francisco, CA 94105 | | | | | | |
| 4. | Social Security # or TIN # of the payee: | TIN: 33-0223255 | | | | | | |
| 5. | Invoice No.: | 82770 | | | | | | |
| 6. | Date check needed (check one) | Now | 30 Days | 60 Days | 90 Days | Other | X | |
| 7. | Purpose of Check: | Federal/US District Court Subpoena – Lee S. Simon, M.D. | | | | | | |
| 8. | Amount of Check: | $100.00 | | | | | | |
| 9. | Documentation[1] | Yes: X   No: | | | | | | |
| 10. | Send Check To (check one): | Requestor   X   OR   Payee | | | | | | |
| 11. | Requesting Attorney's Signature[2] | | | | | | | |

Liaison Counsel Accounting Use Only:
Check #
Approved by Plaintiffs' Liaison Counsel:                    Date:

---

[1] Documentation must be provided with check request.
[2] By signing this request, you certify that the expense request is properly documented, complete and accurate and is being incurred for the common benefit.

FAC Resp. Exhibit B -- 1358

Sep 20 2005 11:29AM  LOPEZ HODES/BOSTON          (617) 227-4006  p.2

## September 2, 2005

**Butler and Witten**
1895 Centre St., Suite 202
Boston, MA, 02132
(617) 325-6455 , Fax (617) 325-5952

*47*

### RETURN SERVICE REQUESTED

## Invoice

LOPEZ HODES RESTAINO MILMAN AND SKIKOS
95 COMMERCIAL WHARF
BOSTON MA 02110
Attny: Michael R. Hugo



Reference Job #82770 when remitting.

In Re: Vioxx Products Liability Litigation vs Defendant not
provided
**Docket/Case Number: 1657**
**Federal/US District Court Subpoena**
**Lee S. Simon M.D.**

Completed Personal Service to Lee S. Simon M.D. on
August 29, 2005 at 2:50 PM,
at: 35 Oldham Road, West Newton, MA
by Joseph P. Butler Jr., Process Server
Action/Hearing Date **September 26, 2005, @ 2:00 PM.**

Address Correction $45.00

Service was attempted at the address provided at 25
Shattuck Street, Boston, MA — individual does not work at
this address any longer.

Service & Travel $55.00

Fee for Service: $100.00

**Please Remit:   $100.00**

All invoices are due upon receipt.

## Thank you for placing your trust in us.

Vioxx
MDL

Attachment "B"

### MDL 1657: VIOXX PRODUCTS LIABILITY LITIGATION
### CHECK REQUEST FORM FOR SHARED EXPENSES

| | | GENERAL CHECK REQUEST INFORMATION | | | | | |
|---|---|---|---|---|---|---|---|
| 1. | Date: | March 4, 2008 | | | | | |
| 2. | I am requesting a check from: | Plaintiffs' Liaison Counsel, Russ M. Herman | | | | | |
| 3. | Payable To:<br>(Name & Address) | Lopez, Hodes, Restiano, Milman & Skikos<br>625 Market Street, 11th Floor<br>San Francisco, CA  94105 | | | | | |
| 4. | Social Security # or TIN # of the payee: | TIN: 33-0223255 | | | | | |
| 5. | Invoice No.: | 82820 | | | | | |
| 6. | Date check needed (check one) | Now | 30 Days | 60 Days | 90 Days | Other | X |
| 7. | Purpose of Check: | Federal/US District Court Subpoena – Nitromed Inc. | | | | | |
| 8. | Amount of Check: | $70.00 | | | | | |
| 9. | Documentation[3] | Yes:   X      No: | | | | | |
| 10. | Send Check To (check one): | Requestor   X   OR   Payee | | | | | |
| 11. | Requesting Attorney's Signature[4] | | | | | | |

Liaison Counsel Accounting Use Only:
Check #
Approved by Plaintiffs' Liaison Counsel:                              Date:

---

[3] Documentation must be provided with check request.
[4] By signing this request, you certify that the expense request is properly documented, complete and accurate and is being incurred for the common benefit.

- 2 -

Sep 20·2005 11:29AM   LOPEZ HODES/BOSTON        (617) 227-4006        P.1

### September 7, 2005



**Butler and Witten**
1895 Centre St., Suite 202
Boston, MA, 02132
(617) 325-6455 , Fax (617) 325-5952

## RETURN SERVICE REQUESTED

# Invoice

LOPEZ HODES RESTAINO MILMAN AND SKIKOS
95 COMMERCIAL WHARF
BOSTON MA 02110
Attny: Michael R. Hugo



Reference Job **#82820** when remitting.

*48*

In Re: Vioxx Products Liability Litigation vs Defendant not
provided
**Docket/Case Number: 1657**
**Federal/US District Court Subpoena**
**Nitromed Inc.**

Service & Travel $70.00

Fee for Service: $70.00

Completed Personal Service to Allison Fethke Esq. , Agent
In Charge on
September 2, 2005 at 11:30 AM,
at: Nitromed Inc., 125 Spring Street, Lexington, MA 02421
by Dennis Mahoney, Constable
Action/Hearing Date **September 26, 2005, @ 11:30 AM.**

**Please Remit:   $70.00**

All invoices are due upon receipt.

# Thank you for placing your trust in us.

Vioxx
MDL

Attachment "B"

## MDL 1657: *VIOXX PRODUCTS LIABILITY LITIGATION*
### CHECK REQUEST FORM FOR SHARED EXPENSES

| | GENERAL CHECK REQUEST INFORMATION | |
|---|---|---|
| *1.* | *Date:* | March 4, 2008 |
| *2.* | *I am requesting a check from:* | Plaintiffs' Liaison Counsel, Russ M. Herman |
| *3.* | *Payable To:* (Name & Address) | Lopez, Hodes, Restiano, Milman & Skikos 625 Market Street, 11th Floor San Francisco, CA 94105 |
| *4.* | *Social Security # or TIN # of the payee:* | TIN: 33-0223255 |
| *5.* | *Invoice No.:* | Check No. 64948 |
| *6.* | *Date check needed (check one):* | Now ____ 30 Days ____ 60 Days ____ 90 Days ____ Other  X |
| *7.* | *Purpose of Check:* | Dr. Egil Fosslien, MD – Medical Expert |
| *8.* | *Amount of Check:* | $10,000.00 |
| *9.* | *Documentation[5]* | Yes: __X__ No: ____ |
| *10.* | *Send Check To (check one):* | Requestor ___X___ OR Payee ____ |
| *11.* | *Requesting Attorney's Signature[6]* | |

---

**Liaison Counsel Accounting Use Only:**
Check#
Approved by Plaintiffs' Liaison Counsel:                    Date:

---

[5] Documentation must be provided with check request.
[6] By signing this request, you certify that the expense request is properly documented, complete and accurate and is being incurred for the common benefit.

- 3 -

FAC Resp. Exhibit B -- 1362

17800

John Chapman

**From:** John Restaino
**Sent:** Friday, Dec 30, 2005 10:33 AM
**To:** John Chapman; Kristy Adams
**Cc:** Fosslien, Egil; Ramon Lopez
**Subject:** Retainer check for Vioxx/I    ı MDL expert

John....

Would you please FedEx to Dr. Egil Fosslien a check in the amount of $10,000 as his retainer for being a generic expert for us in the MDL

Dr. Fosslien's SSN is '

The check should be sent to Egil Fosslien, '

Thank you,

John

Lopez, Hodes, Restaino, Milman & Skikos - General                                    64948

    Egil Fosslien, MD                                              12/30/05
    Litigation Expense
    Litigation Expense            VIOXX - MDL - 17800/EXPERT RETAINER/FOSSLI        10,000.00

156

NBO - CNB - General  ⌐             )/VIOXX - MDL - 17800/EXPER                    10,000.00



525469 (8/05)

4:28 PM
03/01/08

## Lopez, Hodes, Restaino, Milman & Skikos
### Transaction Journal
All Transactions

| Tr | Type | Date | Num | Name | Memo | Account | Class | Debit | Credit |
|----|------|------|-----|------|------|---------|-------|-------|--------|
| 99 | Check | 12/30/05 | 64948 | FOSSLIEN, EGIL - ...<br>VIOXX - MDL - 17800 | VIOXX - MDL...<br>VIOXX - MDL... | NBO - CNB - Gener...<br>Litigation Expense | OC | 10,000.00 | 10,000.00 |
| | | | | | | | | 10,000.00 | 10,000.00 |
| TOTAL | | | | | | | | 10,000.00 | 10,000.00 |

FAC Resp. Exhibit B -- 1364

6

Attachment "B"

## MDL 1657: VIOXX PRODUCTS LIABILITY LITIGATION
### CHECK REQUEST FORM FOR SHARED EXPENSES

| | GENERAL CHECK REQUEST INFORMATION | |
|---|---|---|
| 1. | Date: | March 4, 2008 |
| 2. | I am requesting a check from: | Plaintiffs' Liaison Counsel, Russ M. Herman |
| 3. | Payable To: (Name & Address) | Lopez, Hodes, Restiano, Milman & Skikos 625 Market Street, 11th Floor San Francisco, CA  94105 |
| 4. | Social Security # or TIN # of the payee: | TIN: 33-0223255 |
| 5. | Invoice No.: | Check No. 65900 |
| 6. | Date check needed (check one) | Now        30 Days        60 Days        90 Days        Other    X |
| 7. | Purpose of Check: | Dr. Egil Fosslien, MD – Additional Expert Retainer |
| 8. | Amount of Check: | $5,000.00 |
| 9. | Documentation[7] | Yes:    X        No: |
| 10. | Send Check To (check one): | Requestor    X      OR   Payee |
| 11. | Requesting Attorney's Signature[8] | |

Liaison Counsel Accounting Use Only:
Check#
Approved by Plaintiffs' Liaison Counsel:                              Date:

---

[7] Documentation must be provided with check request.
[8] By signing this request, you certify that the expense request is properly documented, complete and accurate and is being incurred for the common benefit.

- 4 -

FAC Resp. Exhibit B -- 1365

**John Chapman**

| | |
|---|---|
| **From:** | John Restaino |
| **Sent:** | Tuesday, Mar 14, 2006 2:48 PM |
| **To:** | John Chapman |
| **Cc:** | Lenny Davis; shellysanford@goforthlewis.com |
| **Subject:** | Current Invoice from Egil Fosslien, MD and request for $5,000 |

John...

Can you mail to Dr. Fosslien an additional $5,000, please?

Thank you.

John

Lopez, Hodes, Restaino, Milman & Skikos - General

65900

Egil Fosslien, MD
Litigation Expense

3/15/06
VIOXX - MDL - 17800/EXPERT RETAINER/FOSSLI

5,000.00

NBO - CNB - General   VIOXX - MDL - 17800/EXPERT RETAINER

5,000.00



Attachment "B"

## MDL 1657: VIOXX PRODUCTS LIABILITY LITIGATION
### CHECK REQUEST FORM FOR SHARED EXPENSES

| | | GENERAL CHECK REQUEST INFORMATION | | | | |
|---|---|---|---|---|---|---|
| 1. | Date: | March 4, 2008 | | | | |
| 2. | I am requesting a check from: | Plaintiffs' Liaison Counsel, Russ M. Herman | | | | |
| 3. | Payable To: (Name & Address) | Lopez, Hodes, Restiano, Milman & Skikos 625 Market Street, 11th Floor San Francisco, CA 94105 | | | | |
| 4. | Social Security # or TIN # of the payee: | TIN: 33-0223255 | | | | |
| 5. | Invoice No.: | Check No. 66032 | | | | |
| 6. | Date check needed (check one): | Now | 30 Days | 60 Days | 90 Days | Other ___X___ |
| 7. | Purpose of Check: | Dr. Egil Fosslien, MD – Additional Expert Retainer | | | | |
| 8. | Amount of Check: | $5,000.00 | | | | |
| 9. | Documentation[9] | Yes: ___X___ | No: | | | |
| 10. | Send Check To (check one): | Requestor ___X___   OR   Payee | | | | |
| 11. | Requesting Attorney's Signature[10] | | | | | |

---

Liaison Counsel Accounting Use Only:
Check#
Approved by Plaintiffs' Liaison Counsel:                                    Date:

---

[9] Documentation must be provided with check request.
[10] By signing this request, you certify that the expense request is properly documented, complete and accurate and is being incurred for the common benefit.

- 5 -

Lopez, Hodes, Restaino, Milman & Skikos - General

Egil Fosslien, MD
Litigation Expense

VIOXX - MDL - 17800/EXPERT RETAINER/FOSSLI    3/29/06    66032

5,000.00   233

233

NBO - CNB - General    VIOXX - MDL - 17800/EXPERT RETAINER    5,000.00

530817 (1/06)

Page 1 of 1

233

## John Chapman

| | |
|---|---|
| **From:** | John Restaino |
| **Sent:** | Tuesday, Mar 28, 2006 3:09 PM |
| **To:** | John Chapman |
| **Cc:** | Shelly Sanford; Lenny Davis |
| **Subject:** | Dr. Egil Fosslien |

John et al.

Dr. Fosslien is well into the writing of his rule 26 report for the upcoming MDL trial...he and I are interacting daily.

His funds are running "low" and, as per the agreement drafted, he needs to have $5,000 sent to him.

How are we doing vis-à-vis reimbursement?

Lenny/Shelly....he and the Australian people are beginning to interact regarding progression of atherosclerosis. I can share confidential notes with you both but I would beg of you to keep them on a very tight lease because I fear widespread distribution at this point would result in too many people pushing and tugging on Dr. Fosslien's report, all from differing perspectives.

John

FAC Resp. Exhibit B -- 1369

Attachment "B"

## MDL 1657: VIOXX PRODUCTS LIABILITY LITIGATION
### CHECK REQUEST FORM FOR SHARED EXPENSES

| | | GENERAL CHECK REQUEST INFORMATION | | | | |
|---|---|---|---|---|---|---|
| 1. | Date: | March 4, 2008 | | | | |
| 2. | I am requesting a check from: | Plaintiffs' Liaison Counsel, Russ M. Herman | | | | |
| 3. | Payable To: (Name & Address) | Lopez, Hodes, Restaino, Milman & Skikos 625 Market Street, 11th Floor San Francisco, CA 94105 | | | | |
| 4. | Social Security # or TIN # of the payee: | TIN: 33-0223255 | | | | |
| 5. | Invoice No.: | Check No. 66326 | | | | |
| 6. | Date check needed (check one) | Now        30 Days        60 Days        90 Days        Other    X | | | | |
| 7. | Purpose of Check: | Dr. Egil Fosslien, MD – Additional Expert Retainer | | | | |
| 8. | Amount of Check: | $5,000.00 | | | | |
| 9. | Documentation[11] | Yes:    X       No: | | | | |
| 10. | Send Check To (check one): | Requestor    X    OR    Payee | | | | |
| 11. | Requesting Attorney's Signature[12] | *[signature]* | | | | |

| Liaison Counsel Accounting Use Only: |
|---|
| Check# |
| Approved by Plaintiffs' Liaison Counsel:                                                    Date: |

---
[11] Documentation must be provided with check request.
[12] By signing this request, you certify that the expense request is properly documented, complete and accurate and is being incurred for the common benefit.

- 6 -

FAC Resp. Exhibit B -- 1370

275

12:08 PM
03/03/08

## Lopez, Hodes, Restaino, Milman & Skikos
### Transaction Journal
All Transactions

| T... | Type | Date | Num | Name | Memo | Account | Cl... | Debit | Credit |
|------|------|------|-----|------|------|---------|-------|-------|--------|
| 102 | Check | 4/24/06 | 66326 | FOSSLIEN, EGIL - ...<br>VIOXX - MDL - 17800 | VIOXX - MDL...<br>VIOXX - MDL... | NBO - CNB - Gener...<br>Medical Payments | OC | 5,000.00 | 5,000.00 |
| | | | | | | | | 5,000.00 | 5,000.00 |
| TOTAL | | | | | | | | 5,000.00 | 5,000.00 |

Attachment "B"

## MDL 1657: VIOXX PRODUCTS LIABILITY LITIGATION
### CHECK REQUEST FORM FOR SHARED EXPENSES

| | | GENERAL CHECK REQUEST INFORMATION | | | | |
|---|---|---|---|---|---|---|
| 1. | Date: | March 4, 2008 | | | | |
| 2. | I am requesting a check from: | Plaintiffs' Liaison Counsel, Russ M. Herman | | | | |
| 3. | Payable To: (Name & Address) | Lopez, Hodes, Restiano, Milman & Skikos 625 Market Street, 11th Floor San Francisco, CA 94105 | | | | |
| 4. | Social Security # or TIN # of the payee: | TIN: 33-0223255 | | | | |
| 5. | Invoice No.: | Check No. 66601 | | | | |
| 6. | Date check needed (check one) | Now          30 Days          60 Days          90 Days          Other    X | | | | |
| 7. | Purpose of Check: | Dr. Egil Fosslien, MD – Additional Expert Retainer | | | | |
| 8. | Amount of Check: | $5,000.00 | | | | |
| 9. | Documentation[13] | Yes:    X        No: | | | | |
| 10. | Send Check To (check one): | Requestor     X     OR     Payee | | | | |
| 11. | Requesting Attorney's Signature[14] | | | | | |

| Liaison Counsel Accounting Use Only: |
|---|
| Check# |
| Approved by Plaintiffs' Liaison Counsel:                                    Date: |

---

[13] Documentation must be provided with check request.
[14] By signing this request, you certify that the expense request is properly documented, complete and accurate and is being incurred for the common benefit.

- 7 -

## John Chapman

| | |
|---|---|
| **From:** | John Restaino |
| **Sent:** | Tuesday, May 16, 2006 11:57 AM |
| **To:** | John Chapman |
| **Cc:** | Shelly Sanford |
| **Subject:** | Dr. Egil Fosslien |
| **Attachments:** | 2006-05-16.pdf |

John....

Please see the attached invoice from Dr. Fosslien for his continuing work as a generic expert in the Vioxx MDL.  Would you please send the good doctor another $5,000.

Thank you,

John



*John M. Restaino, Jr.*, Attorney at Law
450 Newport Center Drive
Second Floor
Newport Beach, CA 92660
P: 949-260-0526
F: 801-659-0034
E: jrestaino@lopez-hodes.com
W: www.lopezhodes.com

Lopez, Hodes, Restaino, Milman & Skikos is a law corporation that is a professionally established nationwide consumer watchdog firm dedicated to acting in the plaintiffs' best interest. Our lawyers focus on complex and major damage cases in the areas of Product liability, Medical malpractice, Personal injury, HMO malfeasance, Employment law, Elder abuse/nursing home neglect, Drug/Medical device injuries, Catastrophic personal injuries, and Consumer class actions.

Lopez, Hodes, Restaino, Milman & Skikos - General

| | | | 66601 |
|---|---|---|---|
| Egil Fosslien, MD | | 5/23/06 | |
| Litigation Expense | VIOXX - MDL - 17800/EXPERT RETAINER/FOSSLI | 5,000.00 | |



NBO - CNB - General   VIOXX - MDL - 17800/EXPERT RETAINER/AD          5,000.00


530817 (1/06)

FAC Resp. Exhibit B -- 1373

