| Firm | Key Leadership Roles (125) | Trials (150) | Settle-ment (100) | Law & Briefing (100) | Settlement Implementation / Post Settlement Matters (100) | Discovery / Science (50) | Committee Leadership and Participation (50) | Funding (75) | Case Manage-ment (25) | Net Points | Factor for Johnson and PTO 6D criteria (.01-1.25) | Total Points | Allocation based on Points Calculation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 125 | 150 | 100 | 25 | 100 | 35 | 40 | 75 | 25 | 675 | 1.25 | 843.75 | $40,954,148 |
| Seeger Weiss LLP | 125 | 120 | 95 | 60 | 90 | 45 | 40 | 75 | 25 | 675 | 1.25 | 843.75 | $40,954,148 |
| Herman, Herman, Katz & Cotler, LLP | 125 | 10 | 100 | 90 | 85 | 40 | 45 | 25 | 25 | 545 | 1.23 | 670.35 | $32,537,615 |
| Lanier Law Firm, PC | 50 | 150 | 0 | 75 | 0 | 42 | 40 | 75 | 25 | 457 | 1.22 | 557.54 | $27,062,015 |
| Levin Fishbein Sedran & Berman | 50 | 0 | 90 | 100 | 80 | 10 | 15 | 25 | 25 | 395 | 1.12 | 442.40 | $21,473,321 |
| Texas Consortium (Ranier, Gayle & Elliot, L.L.C.; Williams Kherkher; Provost Umphrey; Watts Law Firm: Grant Kaiser) | 25 | 80 | 0 | 55 | 0 | 45 | 40 | 75 | 25 | 345 | 1.20 | 414.00 | $20,094,835 |
| Girardi & Keese | 75 | 40 | 85 | 35 | 20 | 25 | 20 | 35 | 25 | 360 | 1.15 | 414.00 | $20,094,835 |
| Weitz & Luxenberg, P.C. | 50 | 80 | 0 | 70 | 0 | 40 | 35 | 75 | 25 | 375 | 1.10 | 412.50 | $20,022,028 |
| Levin, Papantonio, Thomas, Mitchell, Eshner & Proctor P.A. | 25 | 100 | 0 | 10 | 0 | 50 | 45 | 25 | 25 | 280 | 1.15 | 322.00 | $15,629,316 |
| Blizzard, McCarthy & Nabers, LLP | 10 | 40 | 100 | 0 | 80 | 0 | 0 | 0 | 10 | 240 | 1.00 | 240.00 | $11,649,180 |
| Ashcraft & Gerel LLP | 25 | 0 | 0 | 20 | 0 | 50 | 40 | 25 | 25 | 185 | 1.00 | 185.00 | $8,979,576 |
| Sanford, Shelly A., PLLC | 25 | 5 | 0 | 0 | 0 | 40 | 30 | 25 | 15 | 140 | 1.00 | 140.00 | $6,795,355 |
| Lieff, Cabraser, Heimann & Bernstein, LLP | 25 | 10 | 0 | 20 | 0 | 25 | 25 | 25 | 15 | 145 | 0.70 | 101.50 | $4,926,632 |
| Robinson, Calcagnie & Robinson | 25 | 60 | 0 | 0 | 0 | 10 | 10 | 25 | 15 | 145 | 0.70 | 101.50 | $4,926,632 |
| Kline & Specter, PC | 25 | 0 | 0 | 20 | 0 | 40 | 20 | 35 | 15 | 155 | 0.60 | 93.00 | $4,514,057 |
| Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, P.C. | 25 | 0 | 0 | 20 | 0 | 10 | 10 | 25 | 25 | 115 | 0.60 | 69.00 | $3,349,139 |
| Gainsburgh, Benjamin, Davis, Meunier & Warshauer, LLC | 25 | 5 | 0 | 0 | 0 | 0 | 10 | 25 | 5 | 70 | 0.60 | 42.00 | $2,038,606 |
| Barrios, Kingsdorf & Casteix, LLP | 0 | 5 | 0 | 0 | 0 | 0 | 20 | 0 | 10 | 35 | 1.00 | 35.00 | $1,698,839 |
| Panish & Shea | 0 | 40 | 0 | 0 | 0 | 0 | 5 | 0 | 0 | 45 | 0.75 | 33.75 | $1,638,166 |
| Matthews & Associates | 15 | 10 | 0 | 0 | 0 | 5 | 0 | 25 | 5 | 60 | 0.50 | 30.00 | $1,456,147 |
| Morelli Ratner PC | 0 | 25 | 0 | 0 | 0 | 10 | 0 | 0 | 0 | 35 | 0.75 | 26.25 | $1,274,129 |
| Lopez, Hodes, Restaino, Milman & Skikos | 0 | 0 | 0 | 0 | 0 | 30 | 25 | 0 | 0 | 55 | 0.45 | 24.75 | $1,201,322 |
| Escobedo Tippet | 0 | 40 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 40 | 0.60 | 24.00 | $1,164,918 |
| Audet & Partners, LLP | 0 | 0 | 0 | 5 | 0 | 25 | 0 | 0 | 10 | 40 | 0.60 | 24.00 | $1,164,918 |
| Hovde Dassow & Deets, LLC | 0 | 0 | 0 | 5 | 0 | 25 | 0 | 0 | 10 | 40 | 0.60 | 24.00 | $1,164,918 |
| Heninger Garrison Davis, LLC | 0 | 40 | 0 | 0 | 0 | 5 | 0 | 0 | 0 | 45 | 0.50 | 22.50 | $1,092,111 |
| Brandi Law Firm | 0 | 30 | 0 | 0 | 0 | 5 | 0 | 0 | 5 | 40 | 0.50 | 20.00 | $970,765 |
| Irpino | 0 | 0 | 0 | 0 | 0 | 20 | 10 | 0 | 2 | 32 | 0.50 | 16.00 | $776,612 |
| Neblett, Beard & Arsenault | 25 | 0 | 0 | 0 | 0 | 5 | 5 | 35 | 5 | 75 | 0.20 | 15.00 | $728,074 |
| Kasowitz, Benson, Torres & Friedman LLP | 0 | 0 | 0 | 0 | 0 | 20 | 0 | 0 |  | 20 | 0.75 | 15.00 | $728,074 |
| Robins, Kaplan, Miller & Ciresi L.L.P. | 0 | 0 | 0 | 10 | 0 | 10 | 5 | 0 | 0 | 25 | 0.50 | 12.50 | $606,728 |
| Fibich, Hampton & Leebron, LLP | 15 | 0 | 0 | 5 | 0 | 5 | 0 | 0 | 0 | 25 | 0.50 | 12.50 | $606,728 |
| Snapka, Turman & Waterhouse, L.L.P | 0 | 40 | 0 | 0 | 0 | 5 | 0 | 0 | 3 | 48 | 0.25 | 12.00 | $582,459 |
| Locks Law Firm, LLC | 0 | 40 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 40 | 0.30 | 12.00 | $582,459 |

| Firm | Key Leadership Roles (125) | Trials (150) | Settle-ment (100) | Law & Briefing (100) | Settlement Implementation / Post Settlement Matters (100) | Discovery / Science (50) | Committee Leadership and Participation (50) | Funding (75) | Case Manage-ment (25) | Net Points | Factor for Johnson and PTO 6D criteria (.01-1.25) | Total Points | Allocation based on Points Calculation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cohen, Placitella & Roth, PC | 0 | 0 | 0 | 0 | 0 | 20 | 0 | 0 | 2 | 22 | 0.50 | 11.00 | $533,921 |
| Engstrom, Lipscomb & Lack | 0 | 0 | 0 | 0 | 0 | 20 | 0 | 0 | 0 | 20 | 0.40 | 8.00 | $388,306 |
| Alley, Clark, Greiwe & Fulmer | 0 | 10 | 0 | 0 | 0 | 5 | 0 | 0 | 0 | 15 | 0.50 | 7.50 | $364,037 |
| Lockridge, Grindal, Nauen PLLP | 0 | 0 | 0 | 0 | 0 | 15 | 0 | 0 | 0 | 15 | 0.50 | 7.50 | $364,037 |
| Cohen Milstein | 0 | 0 | 0 | 0 | 0 | 10 | 0 | 0 | 0 | 10 | 0.75 | 7.50 | $364,037 |
| Gancedo & Nieves LLP | 0 | 0 | 0 | 0 | 0 | 10 | 2 | 0 | 0 | 12 | 0.60 | 7.20 | $349,475 |
| Andrews & Thornton | 0 | 0 | 0 | 0 | 0 | 10 | 0 | 0 | 0 | 10 | 0.60 | 6.00 | $291,229 |
| Branch Law Firm | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 25 | 2 | 29 | 0.20 | 5.80 | $281,522 |
| Weinberg, Eric H., Law Firm of | 0 | 0 | 0 | 0 | 0 | 7 | 0 | 0 | 0 | 7 | 0.65 | 4.55 | $220,849 |
| Burg, Simpson, Eldredge, Hersh & Jardine, PC | 0 | 0 | 0 | 0 | 0 | 5 | 5 | 0 | 0 | 10 | 0.45 | 4.50 | $218,422 |
| Motley, Rice LLC | 0 | 0 | 0 | 0 | 0 | 10 | 0 | 0 | 0 | 10 | 0.40 | 4.00 | $194,153 |
| Lewis & Roberts, PLLC | 0 | 0 | 0 | 0 | 0 | 10 | 0 | 0 | 0 | 10 | 0.40 | 4.00 | $194,153 |
| John Hornbeck | 0 | 0 | 0 | 0 | 0 | 8 | 0 | 0 | 0 | 8 | 0.50 | 4.00 | $194,153 |
| Singleton Law Firm | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 5 | 0.65 | 3.25 | $157,749 |
| White Meany & Wetherall | 0 | 0 | 0 | 0 | 0 | 5 | 0 | 0 | 0 | 5 | 0.65 | 3.25 | $157,749 |
| Becnel Law Firm, LLC | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 2 | 4 | 0.50 | 2.00 | $97,076 |
| Martin & Jones | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 3 | 0.65 | 1.95 | $94,650 |
| Aylstock, Witkin, Kreis & Overholtz, LLC | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 3 | 0.65 | 1.95 | $94,650 |
| Lundy & Davis | 0 | 0 | 0 | 0 | 0 | 3 | 2 | 0 | 0 | 5 | 0.30 | 1.50 | $72,807 |
| Silverman & Fodera | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 5 | 0.30 | 1.50 | $72,807 |
| Murray Law Firm 1 | 0 | 0 | 0 | 1 | 0 | 2 | 0 | 0 | 0 | 3 | 0.50 | 1.50 | $72,807 |
| Brown & Crouppen, PC | 0 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 | 0.15 | 1.50 | $72,807 |
| Carey & Danis, LLC | 0 | 0 | 0 | 0 | 0 | 5 | 0 | 0 | 0 | 5 | 0.25 | 1.25 | $60,673 |
| Bencomo | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 3 | 0.40 | 1.20 | $58,246 |
| Roda Nast, P.C. | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 3 | 0.30 | 0.90 | $43,684 |
| Whitehead Law Firm | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 3 | 0.30 | 0.90 | $43,684 |
| Cunard Law Firm | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 3 | 0.30 | 0.90 | $43,684 |
| Sheller, P.C. | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 3 | 0.30 | 0.90 | $43,684 |
| Gallagher Law Firm (TX) | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 2 | 0.40 | 0.80 | $38,831 |
| Gianni-Petoyan, Attorneys at Law | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 2 | 0.30 | 0.60 | $29,123 |
| Balser, Brian K., Co., LPA | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 2 | 0.30 | 0.60 | $29,123 |
| Jones Verras | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 2 | 0.30 | 0.60 | $29,123 |
| Robert M. Becnel | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 2 | 0.30 | 0.60 | $29,123 |
| Cafferty Faucher | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 2 | 0.30 | 0.60 | $29,123 |
| Freese & Goss, PLLC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0.30 | 0.30 | $14,561 |
| Anastopoulo & Clore, LLC | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0.30 | 0.30 | $14,561 |
| Johnson & Perkinson | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0.30 | 0.30 | $14,561 |
| Fayard & Honeycutt | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0.30 | 0.30 | $14,561 |

| Firm | Key Leadership Roles (125) | Trials (150) | Settle-ment (100) | Law & Briefing (100) | Settlement Implementation / Post Settlement Matters (100) | Discovery / Science (50) | Committee Leadership and Participation (50) | Funding (75) | Case Manage-ment (25) | Net Points | Factor for Johnson and PTO 6D criteria (.01-1.25) | Total Points | Allocation based on Points Calculation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Price Waicukauski & Riley, LLC | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 0.30 | 0.30 | $14,561 |
| Capshaw Goss | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0.30 | 0.30 | $14,561 |
| Levin Simes Kaiser & Gornick, LLP | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0.30 | 0.30 | $14,561 |
| Richardson, Patrick, Westbrook & Brickman | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0.30 | 0.30 | $14,561 |
| Sanders Viener Grossman, LLP | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0.30 | 0.30 | $14,561 |
| Bossier & Associates, PLLC | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0.30 | 0.30 | $14,561 |
| Alvarez Law Firm | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0.30 | 0.30 | $14,561 |
| Balkin & Eisbrouch | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0.30 | 0.30 | $14,561 |
| Barnow | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0.30 | 0.30 | $14,561 |
| Bartimus, Frickleton, Robertson & Gorny | | | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0.30 | 0.30 | $14,561 |
| Davis, Champ & Associates, Inc. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0.30 | 0.30 | $14,561 |
| Mithoff Law Firm | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0.30 | 0.30 | $14,561 |
| Robert J. DeBry | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0.30 | 0.30 | $14,561 |
| Williamson & Williams | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0.30 | 0.30 | $14,561 |
| Childers, Buck & Schlueter | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | $0 |
| Cuneo, Gilbert & LaDuca LLP | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | $0 |
| Zimmerman, Reed PLLP | | | | | | | | | | 0 | 0.00 | 0.00 | $0 |
| Ury & Moskow LLC | | | | | | | | | | 0 | 0.00 | 0.00 | $0 |
| Bruce C. Dean | | | | | | | | | | 0 | 0.00 | 0.00 | $0 |
| Charfoos | | | | | | | | | | 0 | 0.00 | 0.00 | $0 |
| Dugan & Browne | | | | | | | | | | 0 | 0.00 | 0.00 | $0 |
| Goldenberg Heller | | | | | | | | | | 0 | 0.00 | 0.00 | $0 |
| Hagens Berman | | | | | | | | | | 0 | 0.00 | 0.00 | $0 |
| Jacobs Burns | | | | | | | | | | 0 | 0.00 | 0.00 | $0 |
| Labaton Sucharow | | | | | | | | | | 0 | 0.00 | 0.00 | $0 |
| Ted Kanner | | | | | | | | | | 0 | 0.00 | 0.00 | $0 |
| The Holman Law Firm | | | | | | | | | | 0 | 0.00 | 0.00 | $0 |
| Wold | | | | | | | | | | 0 | 0.00 | 0.00 | $0 |
| Zink, Diane K. | | | | | | | | | | 0 | 0.30 | 0.00 | $0 |
| | 890 | 1140 | 570 | 629 | 455 | 861 | 548 | 755 | 425 | 6273 | | 6366.74 | $309,030,411 |
| | 14.2% | 18.2% | 9.1% | 10.0% | 7.3% | 13.7% | 8.7% | 12.0% | 6.8% | | | | |
| | | | | | | | | | | | | Pt Value | $48,538.25 |
| | | | | | | | | | | | | Pot Size | $312,530,411 |
| | | | | | | | | | | | | Res Fund | $3,500,000 |