

L.L.P.
Attorneys at Law

820 O'KEEFE AVENUE, NEW ORLEANS, LOUISIANA 70113-1116
TELEPHONE: (504) 581-4892    FACSIMILE: (504) 561-6024
HTTP://WWW.HHKC.COM

Harry Herman (1914-1987)
Russ M. Herman*
Maury A. Herman*
Morton H. Katz*
Sidney A. Cotlar*
Steven J. Lane
Leonard A. Davis*
James C. Klick†

Stephen J. Herman
Brian D. Katz
Soren E. Gisleson

Joseph E. Cain
Jennifer J. Greene‡
John S. Creevy
Joseph A. Kott, M.D. J.D. (Of Counsel)

Offices in New Orleans and
Covington, Louisiana

* A Professional Law Corporation
† Also Admitted in Texas
‡ Also Admitted in Arkansas

This Firm and its Partners Are Also
Partners in Herman, Mathis, Casey,
Kitchens & Gerel, LLP

July 10, 2007

**VIA FEDERAL EXPRESS AND E-MAIL**

Bert Black, Esq.
100 S. Washington Ave.
Minneapolis, MN 55401

RE:   **In re: Vioxx Products Liability Litigation**
MDL 1657

Dear Mr. Black:

On behalf of the court appointed Executive Committee In Re: Vioxx Products Liability Litigation, MDL 1657, please be advised as follows:

1. Your services and the services of your law firm and its employees are no longer required in connection with any work product of the MDL. Immediately cease all common benefit activities of whatever nature.

2. In the event your firm or any lawyer or law firm with whom you may be co-counsel or associated shares any MDL work product with any other person or firm, without the advance written consent of the MDL court appointed Executive Committee, such will be a violation of Judge Fallon's Pre-Trial Order No. 6 (and other Pre-Trial Orders) and all legitimate common benefit hours recorded by you or your firm will be forfeited and ineligible for participation in a common benefit fee fund should there be such a fund established at any time in the future and approved by Judge Fallon.

3. Please, within two (2) weeks, account (with bills and receipts) for all "held" costs which legitimately held costs will be reimbursed, if ever, from a common fund which may be established in the future to the same extent as others legitimate "held costs" are approved and paid.

Bert Black, Esq.
July 10, 2007
Page 2

4. If you wish to appeal this decision, please notify the undersigned in writing or via e-mail before July 20, 2007. In the event you wish to appeal the decision, please appear at my office at 4:00 p.m. on the afternoon of Friday, July 27, 2007. At that time, you may ask any questions, offer any documents, testimony, etc. The proceedings will be closed to all but PSC Court appointed members and the entire proceeding will be recorded by an official court reporter. You may be represented, if you choose, by a member of your firm. The proceedings will be sealed and filed in the Court record of MDL 1657. Should you wish to file a motion with the Court, please file all motions, briefs, etc., under seal and serve one copy of all filings on the undersigned.

Sincerely,

RUSS M. HERMAN

RMH:lmf
cc: Plaintiffs' Executive Committee
Plaintiffs' Steering Committee
Plaintiffs' Committee Chairs & Co-Chairs

W:\25000-29999\27115\000\COR\LTR Black, Bert 2007-7-9.wpd