**LOCKRIDGE GRINDAL NAUEN**
P.L.L.P.
ATTORNEYS AT LAW

SUITE 2200
100 WASHINGTON AVENUE SOUTH
MINNEAPOLIS, MINNESOTA 55401-2179

TELEPHONE (612) 339-6900
FACSIMILE (612) 339-0981

SUITE 210
415 SECOND STREET, N.E.
WASHINGTON, D.C. 20002-4900

TELEPHONE (202) 544-9840
FACSIMILE (202) 544-9850

WWW.LOCKLAW.COM

ROBERT J. SCHMIT
RICHARD A. LOCKRIDGE
CHARLES N. NAUEN*
H. THEODORE GRINDAL
W. JOSEPH BRUCKNER
CHRISTOPHER K. SANDBERG
J. MICHAEL SCHWARTZ
BERT BLACK**
HARRY E. GALLAHER
WILLIAM A. GENGLER
ERIC C. TOSTRUD*
ROBERT K. SHELQUIST
HENRI G. MINETTE
GREGG M. FISHBEIN
SUSAN E. ELLINGSTAD
KAREN HANSON RIEBEL
HEIDI M. SILTON
GREGORY J. MYERS

OF COUNSEL
   DANIEL A. FARBER***
   ELIZABETH A. SNELSON
   BRADLEY W. ANDERSON
   PATRICIA A. BLOODGOOD*

*ALSO ADMITTED IN WISCONSIN
**ALSO ADMITTED IN TEXAS
***ADMITTED IN WASHINGTON, D.C. ONLY

YVONNE M. FLAHERTY
DARLA JO BOGGS
LISA M. POLLARD****
DAVID J. ZOLL
NATHAN D. PROSSER
ELIZABETH R. ODETTE
DAVID W. ASP
R. REID LEBEAU II
CARMEN B. COPHER
SARAH M. RUSSELL

****ADMITTED IN NEW YORK ONLY

GOVERNMENT RELATIONS†
   DENNIS M. MCGRANN
   DOUG D. STANG
   ALLYSON J. HARTLE
   REBECCA K. KLETT
   MATTHEW S. SCHAFER
   ALAYNE M. FAIR
   BRIAN M. WILLIAMS
   MEGAN G. HELGE
   EMILY J. GEHRMAN

† NON-ATTORNEY LOBBYISTS

July 16, 2007

**VIA E-MAIL AND FIRST CLASS MAIL**

Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113-1116

   Re: Termination of Work by Bert Black in the Vioxx MDL

Dear Russ:

  I assume that by now you've received Dick Lockridge's response to your letter of July 10 regarding my participation in the Vioxx MDL. I'm writing separately to convey my deep personal apologies for the e-mail remarks I made. I was venting some frustration to a colleague in the expectation the e-mail would not be widely circulated. Obviously I was wrong – both for sending it in the first place and about what happened to it afterwards.

  More than that, the implications about the MDLs lawyers were woefully off base. Though I can't deny I've had a few disagreements with some lawyers on some issues, the vast majority of the lawyers with whom I've worked on the MDL are outstanding members of the bar who have represented the Vioxx plaintiffs honorably and effectively in the litigation. Any implication to the contrary is wrong, and albeit belatedly, I'd like to make that very, very clear.

  As Dick indicated in his letter, I will soon be leaving LGN as a result of this incident, a decision I completely understand, and with which I agree. That said, I want to make clear that if the MDL needs to contact me to clarify any of the work I did, or for help finding documents or the like, I will do what I can to assist, and not seek any compensation for such assistance.

371347-1

Russ Herman
July 16, 2007
Page 2

      Finally, let me wish you all the best in pursuing Merck and bringing the company to justice.

                                  Very truly yours,

                                  Bert Black

BB/bb

cc:     Plaintiffs' Executive Committee
         Plaintiffs' Steering Committee
         Plaintiffs' Committee Chairs & Co-Chairs
         Richard A. Lockridge, Esq.

371347-1