U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAR - 4 2011
LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 11-30116

MD 05-1657-L

IN RE: VIOXX PRODUCTS LIABILITY LITIGATION

---

ANTONIO DENSON,

    Plaintiff - Appellant

v.

MERCK AND COMPANY, INCORPORATED,

    Defendant - Appellee

---

Appeal from the United States District Court for the
Eastern District of Louisiana
USDC No. 2:05-MD-1657

---

Before BARKSDALE, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM:

    This court must examine the basis of its jurisdiction, on its own motion if necessary. *Hill v. City of Seven Points*, 230 F.3d 167, 169 (5th Cir. 2000). In this product liability case, the plaintiff filed a notice of appeal from an order of the district court making correspondence from the plaintiff a part of the record but finding no reason to deviate from the original terms of the Vioxx Settlement Program that the plaintiff voluntarily agreed to participate in.

_____ Fee_____
_____ Process_____
__X__ Dktd_____
_____ CtRmDep_____
_____ Doc. No._____

11-30116

Federal appellate courts have jurisdiction over appeals only from: (1) final orders, 28 U.S.C. § 1291; (2) orders that are deemed final due to jurisprudential exception or which can be properly certified as final pursuant to Federal Rule of Civil Procedure 54(b); and (3) interlocutory orders that fall into specific classes, 28 U.S.C. § 1292(a), or which can be properly certified for appeal by the district court, 28 U.S.C. § 1292(b). *See Dardar v. Lafourche Realty Co.*, 849 F.2d 955, 957 (5th Cir. 1988); *Save the Bay, Inc. v. U.S. Army*, 639 F.2d 1100, 1102 (5th Cir. 1981) (per curiam). The district court's order stating there would be no deviation from the original terms agreed to by the plaintiff is not a final or otherwise appealable order. Accordingly, we do not have jurisdiction over this appeal and it must be dismissed.

IT IS SO ORDERED.

A true copy
Attest        MAR 0 2 2011
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
            Deputy
New Orleans, Louisiana

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

March 02, 2011

Ms. Loretta Whyte  
U.S. District Court, Eastern District of Louisiana  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

    No. 11-30116,  In Re: Vioxx Prod Liability  
        USDC No. 2:05-MD-1657

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Misty Fontenot*  
Misty L. Fontenot, Deputy Clerk  
504-310-7716

cc w/encl:  
    Mr. Antonio Denson  
    Ms. Dorothy Hudson Wimberly  
    Mr. Phillip A. Wittmann