UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  VIOXX : | |
| : | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION : | |
| : | SECTION L |
| : | |
| This document relates to ALL ACTIONS : | JUDGE FALLON |
| : | MAG. JUDGE KNOWLES |
| : | |

### ORDER

Considering the foregoing Motion for Leave to File Exhibit C and Exhibit M to its Response to Objections to Recommended Common Benefit Allocation in Camera and Under Seal,

**IT IS ORDERED** that the Fee Allocation Committee be and hereby is granted leave to file Exhibit C and Exhibit M to its Response to Objections to Recommended Common Benefit Allocation in camera and under seal.

**NEW ORLEANS, LOUISIANA,** this  3rd  day of March, 2011.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE