UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES | * | MAG. JUDGE KNOWLES |
| TO ALL CASES | * | |
| FILER: Brian J. McCormick/Claudine Homolash | * | March 3, 2011 |

## ORDER

On the above and foregoing motion,

**IT IS ORDERED** that the Objection of Sheller, P.C. to the Fee Allocation Committee's Janaury 19, 2011 Recommendation is deemed timely filed and docketed by the Clerk's office as filed this date,

**AND IT IS FURTHER ORDERED** that Sheller, P.C. is considered an Objector pursuant to the Court's February 9, 2011 Order.

New Orleans, Louisiana, this 4th day of March, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE