Stratton Faxon
Connecticut's Firm for Trial Law

Michael A. Stratton
mstratton@strattonfaxon.com

September 2, 2010

Daniel E. Becnel, Jr., Esq.
Becnel Law Firm, L.L.C.
P.O. Drawer H
Reserve, Lousianna 70808

Re: Vioxx Common Benefit Assessment Rebate

Dear Attorney Becnel:

    As you know, a number of objections were filed as to the Common Benefit fee assessment of 8%. Fortunately we have been able to substantially reduce that assessment. As objectors' liaison counsel, we are pleased to enclose your rebate check from the 8 percent initially assessed against your aggregate vioxx case settlements.

    This check represents a (37.5 percent) reduction of the amounts originally assessed by the common benefit lawyers and psc. By accepting this rebate you will have no further responsibility to any common benefit lawyers in the vioxx litigation for your settled cases. Of the 8 percent assessed, (3 percent) aggregate has been rebated. The remaining (5 percent) aggregate covers all common benefits fees for this objection (1 percent) and the npc-psc (4 percent). Depositing this check indicates your assent and is full and final as to your responsibility for any fees or costs related to your settled vioxx cases.

    The objector's expert--Professor William Rubenstein at Harvard Law-- fully supported the objectors' efforts to get this rebate, and also supports this distribution methodology. Non-objectors will pay substantially higher amounts although our objections did achieve a cap of 7.5 percent aggregate for non-objectors.

    We hope you are satisfied with this successful outcome and wish you well in future mass tort cases.

Very truly yours,

Michael A. Stratton

MAS:aa
Enclosure

59 Elm Street, New Haven, CT 06510 • Telephone: 203.624.9500 Fax: 203.624.9100 Toll-free: 866.351.9500 • www.strattonfaxon.com

---

**STRATTON FAXON FIRM ACCOUNT**
59 ELM STREET
NEW HAVEN, CT 06510

NEW ALLIANCE BANK
NEW HAVEN, CT 06510
51-7013/2111

11099

9/2/2010

PAY TO THE ORDER OF: Becnel Law Firm     $ **440,694.43

Four Hundred Forty Thousand Six Hundred Ninety-Four and 43/100************************************ DOLLARS

Becnel Law Firm

MEMO: Full and final Vioxx fee

⑈011099⑈ ⑇211170130⑇ 571 11660 5⑈

EXHIBIT B