# BECNEL LAW FIRM, LLC

ATTORNEYS AND COUNSELORS AT LAW
NOTARIES PUBLIC

DANIEL E. BECNEL, JR.*
DANIEL E. BECNEL, III*
DARRYL J. BECNEL
MATTHEW B. MORELAND
KEVIN P. KLIBERT
SALVADORE CHRISTINA, JR.
WILLIAM A. PERCY, III
CHRISTOPHER D. BECNEL
KATHRYN W. BECNEL*
TONI S. BECNEL
CHANCE C. WHITE
KRISTIE D. HOLM
MARISHA H. FRAAZA
*Of Counsel:*
BRADLEY D. BECNEL
JUDGE RUCHE J. MARINO (RETIRED)

*Also Admitted in Colorado*

*Please Reply To:*
☑ 106 WEST SEVENTH STREET
P.O. DRAWER H
RESERVE, LOUISIANA 70084
(985) 536-1186
(985) 536-7904
FAX (985) 536-6445
E-MAIL: dbecnel@becnellaw.com
www.becnellaw.com

☐ 425 WEST AIRLINE HIGHWAY
SUITE B
LAPLACE, LOUISIANA 70068
(985) 651-6101
(985) 652-3643
(985) 652-3668
FAX (985) 651-6104
E-MAIL: becket@becnellaw.com

Kay K. Serven
*Office Administrator*
Susan B. Williams
*Nurse*

September 7, 2010

**VIA FACSIMILE NO. (203) 624-9100**
**and by EMAIL mstratton@strattonfaxon.com**

Mr. Michael A. Stratton
Stratton Faxon
59 Elm Street
New Haven, CT 06510

      Re:    Vioxx Common Benefit Assessment Rebate

Dear Mr. Stratton:

      Please be advised that your letter to me does not comply with Louisiana law concerning a settlement accounting. This case was originally filed by me and I argued that the case be moved to Judge Fallon before the MDL Committee, Judge Fallon ultimately was given the case. I also filed an objection to the common benefit fee being raised to 8% since I had filed the necessary paperwork for an assessment of 2% fees and 2% costs (see enclosed). As you know, my firm was one of the major firms who did a great deal of common benefit work in this case (16,167.50 hours). You advised me today that you spoke to Sal Christina of my firm on three occasions. Mr. Christina has advised me that you called him but not me about the case. He also called you on one occasion to get an update but you were not in, he left a message and you returned his call.

      $1,166,287.17 was the total withheld from my firms attorney fees based upon the 8% requested by the PSC.



EXHIBIT C

September 7, 2010
Page 2


To date, you have not furnished me with an itemization of costs and/or fees. You have made reference to an expert from Harvard however, you have not furnished me with a copy of the expert report, much less his time and charges. This is the first communication in writing that I have received from you.

You have given me no accounting of costs incurred by your firm, much less a settlement breakdown in this case. According to the Louisiana Rules of Professional Conduct, specifically Rule 1.5, (b) and (e) we have an obligation to inform all of our clients of all of the names of attorneys and law firms collecting a fee from their case. In order for us to comply with our Rules of Professional Conduct I must have an itemization of all costs and fees that are being collected by your firm regarding my clients. Without this, Louisiana law will not allow us to share fees with your firm.

I trust I will hear from you shortly.

Very cordially yours,

Daniel E. Becnel, Jr.
Attorney at Law

DEBJr/ks
Enclosure
cc:   Honorable Eldon Fallon
      Russ Herman, Esq.