**Kay Serven**

**From:** Michael Stratton [MStratton@strattonfaxon.com]
**Sent:** Thursday, September 16, 2010 9:12 AM
**To:** Daniel Becnel
**Subject:** RE: Vioxx Common Benefit Assessment Rebate
**Attachments:** Settlement Statement for Becnel Law Firm Re.doc

Dan,

Here is a breakdown of fees and rebate.

Mike

**From:** Daniel Becnel [mailto:dbecnel@becnellaw.com]
**Sent:** Monday, September 13, 2010 2:51 PM
**To:** Michael Stratton
**Subject:** RE: Vioxx Common Benefit Assessment Rebate

Dear Mr. Stratton:

I am very familiar with objections to fee assessments. If you are not aware, I objected to the fee in MDL No. 1203 (Fen-Phen). The assessment in that case was 9%. I had the fee reduced to 6%. I was only one of two people who objected and handled that case before Judge Louis Bechtle in Philadelphia. By the way, in that case there was no fee charged or assessed against all of the other counsel who benefited from our objection and work in that case. In the Fen-Phen Litigation, Arnold Levin was Lead Counsel and I was co-chair of the State/Federal Liaison Committee. I would like to work this out with you sooner rather than later. However, I still must comply with the Rules of Professional Responsibility pointed out in my previous letter. I also have referral counsel who must be advised. I will be in my office this afternoon but will be in Denver all day tomorrow at a PSC meeting on MDL No 2100 (Yaz). On Thursday, I will be attending a status conference before Judge Fallon at 9:30 a.m. on the Chinese Drywall case (MDL No. 2047), as a member of the PSC. That afternoon at 2:30 p.m., I have the Initial Pretrial Conference with Judge Barbier on the Deepwater Horizon Oil Spill case (MDL No. 2179). I was the moving party in that MDL also.

Hopefully, we can get together and work this out.

DANIEL E. BECNEL, JR.
Becnel Law Firm, L.L.C.
P.O. Drawer H
106 W. 7th Street
Reserve, La 70084
985-536-1186
Fax 985-536-6445
dbecnel@becnellaw.com

**From:** MStratton@StrattonFaxon.com [mailto:MStratton@StrattonFaxon.com]
**Sent:** Monday, September 13, 2010 10:58 AM
**To:** Daniel Becnel
**Subject:** Re: Vioxx Common Benefit Assessment Rebate

Daniel,


EXHIBIT D

The terms of the rebate are set out in our letter to you. But I will reiterate. 8 percent of your aggregate settlements through the msa were held as an assessment for common benefit lawyers. The npc acting through russ hermann agreed to rebate 50 percent of that assessment for each objecting lawyer. We (stratton faxon) then assessed a 25 percent fee on the amounts reimbursed to your firm. Costs were covered by those firms handling the prosecution of the objection and are not being charged to you.

This 25 percent fee to our firm represents 1 percentage point of your gross settlements. The check we sent you represents 3 percent of your gross settlements.

If you are unhappy with the fee charged by our firm, we will work with you on a speedy way to resolve this issue (interpleader, arbitration, etc). There is no magic to the fee charged here but it was approved of and recommended by our mass tort fee expert from harvard professor rubenstein.

I hope this satisfies your needs.

Mike Stratton

Michael A. Stratton
STRATTON FAXON
59 Elm Street
New Haven, CT 06510
T: 203-624-9500
F: 203-624-9100
www.strattonfaxon.com
mstratton@strattonfaxon.com

---

**From:** Daniel Becnel <dbecnel@becnellaw.com>
**Date:** Mon, 13 Sep 2010 10:19:06 -0500
**To:** mstratton@strattonfaxon.com<mstratton@strattonfaxon.com>
**Subject:** Vioxx Common Benefit Assessment Rebate

Dear Mr. Stratton:

I spoke to you last week and sent you an e-mail requesting information concerning a breakdown of the settlement. As of today, I have still not heard back from you. Do you intend to reply? Please advise immediately so I can inform my clients and, hopefully, get this case resolved.

I trust I will hear from you shortly.

DANIEL E. BECNEL, JR.
Becnel Law Firm, L.L.C.
P.O. Drawer H
106 W. 7th Street
Reserve, La 70084
985-536-1186
Fax 985-536-6445
dbecnel@becnellaw.com

**Settlement Statement for Becnel Law Firm Re: Vioxx Common Benefit Fee Objection**

| | |
|---|---|
| Original 8 percent assessment paid in by Becnel Firm | 1,174,731.70 |
| 50 percent rebate after prosecution of objection | 587,365.85 |
| Common Benefit Fees to Objector Liaison (Stratton Faxon) | 146,841.46 |
| **Net Rebate to Becnel** | **440,524.39** |

*No Costs were charged to the Becnel Firm as these were covered by Stratton Faxon and Joint Prosecution Firms. These costs exceeded $125,000.*