# Stratton Faxon

Connecticut's Firm for Trial Law

Michael A. Stratton
mstratton@strattonfaxon.com

October 5, 2010

Via facsimile at 985-536-6445
Daniel E. Becnel, Jr.
Law Offices of Daniel E. Becnel, Jr.
106 West 7th Street
Reserve, LA 70084

RE:   VIOXX Fee Rebate

Dear Daniel:

    I attach the fee rebate agreement to this letter. Per that agreement, each objector, including yourself, received a rebate of 4% of their gross aggregate settlements. Your total was $578,365.85.

    Under the agreement, the objectors fee was to be taken from that total. The fee taken is 25% of the $587,365.85, or $146,841.46. This amount was paid to Stratton Faxon as objector's liason. Your net was $440,524.39.

    If you have any questions, please do not hesitate to contact me.

Very truly yours,

Michael A. Stratton

MAS/alc
Enclosures

EXHIBIT E

59 Elm Street, New Haven, CT 06510 • Telephone: 203.624.9500 Fax: 203.624.9100 Toll-free: 866.351.9500 • www.stra