## Kay Serven

**From:** Michael Stratton [MStratton@strattonfaxon.com]
**Sent:** Monday, October 11, 2010 12:14 PM
**To:** Michael Stratton; Daniel Becnel
**Subject:** RE: Vioxx Common Benefit Assessment Rebate

Dan,

Sal Christina called me in an effort to reduce the fees in the Vioxx rebate matter. After speaking with my partners, and considering your admirable work on this and other cases, we can reduce the fee to 20% from 25%. Sal wanted to knock it down to 15% but we cannot go below 20%. If this is agreeable, just reply that a rebate of an additional 5% ($29,367.61) is agreeable and is full and final. We will overnight tomorrow if this is ok.

Mike

**From:** Michael Stratton
**Sent:** Thursday, September 16, 2010 10:12 AM
**To:** 'Daniel Becnel'
**Subject:** RE: Vioxx Common Benefit Assessment Rebate

Dan,

Here is a breakdown of fees and rebate.

Mike

**From:** Daniel Becnel [mailto:dbecnel@becnellaw.com]
**Sent:** Monday, September 13, 2010 2:51 PM
**To:** Michael Stratton
**Subject:** RE: Vioxx Common Benefit Assessment Rebate

Dear Mr. Stratton:

I am very familiar with objections to fee assessments. If you are not aware, I objected to the fee in MDL No. 1203 (Fen-Phen). The assessment in that case was 9%. I had the fee reduced to 6%. I was only one of two people who objected and handled that case before Judge Louis Bechtle in Philadelphia. By the way, in that case there was no fee charged or assessed against all of the other counsel who benefited from our objection and work in that case. In the Fen-Phen Litigation, Arnold Levin was Lead Counsel and I was co-chair of the State/Federal Liaison Committee. I would like to work this out with you sooner rather than later. However, I still must comply with the Rules of Professional Responsibility pointed out in my previous letter. I also have referral counsel who must be advised. I will be in my office this afternoon but will be in Denver all day tomorrow at a PSC meeting on MDL No 2100 (Yaz). On Thursday, I will be attending a status conference before Judge Fallon at 9:30 a.m. on the Chinese Drywall case (MDL No. 2047), as a member of the PSC. That afternoon at 2:30 p.m., I have the Initial Pretrial Conference with Judge Barbier on the Deepwater Horizon Oil Spill case (MDL No. 2179). I was the moving party in that MDL also.

Hopefully, we can get together and work this out.

DANIEL E. BECNEL, JR.
Becnel Law Firm, L.L.C.
P.O. Drawer H
106 W. 7th Street

1


EXHIBIT G