**STRATTON FAXON
FIRM ACCOUNT**
59 ELM STREET
NEW HAVEN, CT 06510

NEW ALLIANCE BANK
NEW HAVEN, CT 06510
51-7013/2111

11281

10/14/2010

PAY TO THE ORDER OF: Becnel Law Firm      $ **29,197.57

Twenty-Nine Thousand One Hundred Ninety-Seven and 57/100************************************************************** DOLLARS

Becnel Law Firm

MEMO  vioxx final fee

AUTHORIZED SIGNATURE

⑈011281⑈ ⑆211170130⑆ 571 11660 5⑈



EXHIBIT H



Connecticut's Firm for Trial Law

Michael A. Stratton
mstratton@strattonfaxon.com

October 14, 2010

Daniel E. Becnel, Jr., Esq.
Becnel Law Firm, L.L.C.
P.O. Drawer H
Reserve, Lousianna 70808

Dear Dan,

    Please find enclosed the agreed final payment for VIOXX objectors' liaison counsel fee. I am glad we were able to conclude this matter. You will see that the check is $100+ dollars less than my email confirmation, but the first check reflected a lower fee than 25%. This refund will bring the total fee to 20%.

                            Very truly yours,

                            Michael A Stratton

MAS/aa
Enclosure

59 Elm Street, New Haven, CT 06510 • Telephone: 203.624.9500 Fax: 203.624.9100 Toll-free: 866.351.9500 • www.strattonfaxon.com



UNITED STATES POSTAGE
$ 000.44⁰
PITNEY BOWES
02 1P
0003097285   OCT 14 20
MAILED FROM ZIP CODE 065

**Stratton Faxon**
Connecticut's Firm for Trial Law
59 Elm Street
New Haven, CT 06510

Daniel E. Becnel, Jr., Esq.
Becnel Law Firm, L.L.C.
P.O. Drawer H
Reserve, Lousianna 70808