UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL No. 1657 |
| Products Liability Litigation | SECTION L |
| "This Document Relates to All Cases" | Judge Fallon/Magistrate Judge Knowles |

## NOTICE TO THE COURT

NOW INTO COURT comes Benedict P. Morelli on behalf of Morelli Ratner PC, and files this Notice to the Court concerning this matter.

1.

Morelli Ratner PC is one of the law firms that has filed an objection to the recommendation by the Fee Allocation Committee as to the firm's award from the Common Benefit Fund. Morelli Ratner stands by the objections it filed.

2.

However, Morelli Ratner PC hereby disassociates itself from any claim or allegation previously or subsequently made in this matter that any individual or firm on the Fee Allocation Committee committed any fraud upon this Court or committed any other ethical violation.

Respectfully submitted,

ss/Benedict P. Morelli, Esq
Benedict P. Morelli (#BPM-7597)
MORELLI RATNER PC
950 Third Avenue, 11th Floor
New York, New York 10022
Tel: (212) 751-9800/Fax: (212) 751-0046

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing Notice has been served on all parties by ECF and by electronically uploading the same to LexisNexisFile & Serve Advanced in accordance with PreTrial Order No. 8, on this 9th day of March, 2011.

    ss/Benedict P. Morelli
    Benedict P. Morelli