U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   MAR 10 2011
LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 10-30215    09-3611

MD 05-1657-L

IN RE: VIOXX PRODUCTS LIABILITY LITIGATION

LUCRETIA NOBILE,

    Plaintiff - Appellant

v.

MERCK & COMPANY, INCORPORATED,

    Defendant - Appellee

------------------------------------------------

CHERYL SINGER,

    Plaintiff - Appellant

v.

MERCK & COMPANY, INCORPORATED,

    Defendant - Appellee

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

Before JOLLY, GARZA, and STEWART, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that appellee's motion for summary affirmance is *GRANTED*

    IT IS FURTHER ORDERED that appellee's motion to place its reply in support of its motion for summary affirmance and accompanying exhibits under seal is *GRANTED*

ISSUED AS MANDATE   MAR 0 7 2011

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____ Deputy
New Orleans, Louisiana   MAR 0 7 2011