**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In Re:  VIOXX** | **MDL Docket No. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | **SECTION L** |
| **This document relates to:** | |
| **ALL COMMON** | **JUDGE FALLON** |
| **BENEFIT FEE APPLICANTS** | **MAG. JUDGE KNOWLES** |

**MOTION AND INCORPORATED MEMORANDUM FOR ADDITIONAL PAGES FOR
FEE ALLOCATION COMMITTEE'S OPPOSITION TO OBJECTORS' MOTION FOR
PARTIAL SUMMARY JUDGMENT, OR ALTERNATIVELY, TO STRIKE
ALLOCATION RECOMMENDATIONS**

The Fee Allocation Committee, through undersigned liaison counsel, hereby moves the

Court for an extension of the page length for the Fee Allocation Committee's Opposition to

Objectors' Motion for Partial Summary Judgment, or Alternatively, to Strike Allocation

Recommendations.  The Fee Allocation Committee requests that it be granted thirty-five (35)

additional pages, for a total of sixty (60) pages for its memorandum to address the many complex

issues raised in the Objectors Motion.

WHEREFORE, Vioxx Fee Allocation Committee respectfully requests that it be granted

thirty-five (35) additional pages, for a total of sixty (60) pages for its Memorandum in

Opposition to Objectors' Motion for Partial Summary Judgment, or Alternatively, to Strike

Allocation Recommendations.

Date:   March 11, 2011

By:     /s/ Russ M. Herman
        **Russ M. Herman (Bar No. 6819)**
        Leonard A. Davis (Bar No. 14190)
        Stephen J. Herman (Bar No. 23129)
        ***Herman, Herman, Katz & Cotlar, L.L.P.***
        820 O'Keefe Avenue
        New Orleans, Louisiana 70113
        Telephone: (504) 581-4892
        Facsimile: (504) 561-6024

        **PLAINTIFFS' LIAISON COUNSEL
        AND CHAIR OF THE FEE
        ALLOCATION COMMITTEE**

By:     /s/ Andy D. Birchfield, Jr.,
        **Andy D. Birchfield, Jr**.
        ***Beasley, Allen, Crow, Methvin,
        Portis & Miles, P.C.***
        P. O. Box 4160
        Montgomery, AL  36103-4160
        Telephone: (334) 369-2343
        Facsimile: (334) 954-7555

        **PLAINTIFFS' CO-LEAD COUNSEL
        AND SECRETARY OF THE FEE
        ALLOCATION COMMITTEE**

By:     /s/ Christopher A. Seeger
        **Christopher A. Seeger**
        ***Seeger Weiss***
        One William Street
        New York, NY 10004
        Telephone: (212) 584-0700

        **PLAINTIFFS' CO-LEAD COUNSEL
        AND CO-LEAD COUNSEL FOR
        COMMON BENEFIT COUNSEL**

Russ M. Herman, Esq.
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
(504) 581-4892 (telephone)
(504) 561-6024 (telecopier)

Andy D. Birchfield, Jr., Esquire
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
(800) 898-2034 (telephone)
(334) 954-7555 (telecopier)

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Thomas V. Girardi, Esq.
GIRARDI & KEESE
1126 Wilshire Blvd.
Los Angeles, CA 90017-1904
(213) 977-0211 (telephone)

Mark Lanier, Esq.
LANIER LAW FIRM, PC
6810 FM 1960 West
Houston, TX 77069
(713) 659-5200 (telephone)
(713) 659-2204 (telecopier)

Edward F. Blizzard, Esq.
BLIZZARD, MCCARTHY & NABERS, LLP
Lyric Centre, 440 Louisiana
Suite 1710
Houston, TX 77002-1689
(713) 844-3750 (telephone)
(713) 844-3755 (telecopier)

Perry Weitz, Esq.
WEITZ & LUXENBERG
180 Maiden Lane
New York, NY 10038
(212) 558-5500 (telephone)
(212) 344-5461 (telecopier)

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

**FEE ALLOCATION COMMITTEE**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and email, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 11th day of March, 2011.

/s/ Andy D. Birchfield, Jr.,
**Andy D. Birchfield, Jr**.
*Beasley, Allen, Crow, Methvin,*
*Portis & Miles, P.C.*
P. O. Box 4160
Montgomery, AL  36103-4160
Telephone: (334) 369-2343
Facsimile: (334) 954-7555