UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  VIOXX<br><br>**PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br><br> ALL COMMON<br>BENEFIT FEE APPLICANTS | MDL Docket No. 1657<br><br>SECTION L<br><br><br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

## ORDER

Considering the foregoing Motion and Incorporated Memorandum for Additional Pages for the Fee Allocation Committee's Opposition to Objectors' Motion for Partial Summary Judgment, or Alternatively, to Strike Allocation Recommendations,

**IT IS ORDERED** that the Fee Allocation Committee be and is hereby granted an additional thirty-five (35) additional pages, for a total of sixty (60) pages for its Memorandum in Response to Objections to Recommended Common Benefit Fee Allocation.

**NEW ORLEANS, LOUISIANA,** this _____ day of _____, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE