# FEE ALLOCATION COMMITTEE RECOMMENDATION MODIFICATIONS

| Firm | Status | Amount |
|---|---|---|
| Matthews & Associates | Accepted | $1,750,000.00 |
| Audet & Partners, LLP | Accepted | $1,415,000.00 |
| Hovde Dassow & Deets, LLC | Accepted | $1,415,000.00 |
| Heninger Garrison Davis, LLC | Accepted | $1,300,000.00 |
| Gancedo & Nieves LLP | Accepted | $700,000.00 |
| Lewis & Roberts, PLLC | Accepted | $225,000.00 |
| White Meany & Wetherall | Accepted | $160,000.00 |
| Martin & Jones | Accepted | $150,000.00 |
| Carey & Danis, LLC | Accepted | $350,000.00 |
| Freese & Goss, PLLC | Accepted | $25,000.00 |
| Goza & Honnold | Accepted | $70,000.00 |
| Khorrami Pollard & Abir, LLP | Accepted | $30,000.00 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Accepted | $40,619,544.00 |
| Seeger Weiss LLP | Accepted | $40,619,544.00 |
| Herman, Herman, Katz & Cotler, LLP | Accepted | $32,277,144.00 |
| Lanier Law Firm, PC | Accepted | $26,814,858.00 |
| Levin Fishbein Sedran & Berman | Accepted | $21,253,258.00 |
| Girardi & Keese | Accepted | $19,962,172.00 |
| Texas Consortium (Ranier, Gayle & Elliot, L.L.C.; Williams Kherkher; Provost Umphrey; Watts Law Firm; Grant Kaiser) | Accepted | $19,957,206.00 |
| Weitz & Luxenberg, P.C. | Accepted | $19,862,858.00 |
| Levin, Papantonio, Thomas, Mitchell, Eshner & Proctor P.A. | Accepted | $15,493,029.00 |
| Blizzard, McCarthy & Nabers, LLP | Accepted | $11,520,457.00 |

Ex. A