UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL COMMON<br>BENEFIT FEE APPLICANTS | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

STATE OF _Louisiana_ )

_Orleans_ ~~COUNTY~~ PARISH )

### AFFIDAVIT OF RUSS HERMAN

Before me, the undersigned, a Notary Public in and for the State of _Louisiana_, personally appeared Russ Herman, who is known to me and who being by me first duly sworn, on oath deposes and says as follows:

1. My name is Russ Herman. I am over the age of 19 and am competent to testify. I am a lawyer. I make this affidavit based on personal knowledge.

2. I <u>never</u> advised Daniel Becnel against arguing for New Orleans. In fact, a number of us who had served in appointed leadership positions in the *Propulsid* litigation and who had appeared before Judges in the Eastern District in other complex matters were persistent in urging that the Vioxx MDL be assigned to New Orleans.

3. I have never advised anyone that I would retire after a three-year trial in tobacco and the *Propulsid* case or that my wife and I desired to teach and travel to archaeological digs. I have never promised my former wife, my current wife, or anyone else I was ready to retire.

4. I have never "black listed" Mr. Becnel. The pending Judge in every case of a complex nature chooses the leadership. Currently, Mr. Becnel serves as a Court-appointed PSC member in "Chinese Dry Wall." Mr. Becnel's allegation that there was never an executive

**Ex. D**

committee in *Propulsid* is a false extrapolation. In *Propulsid*, the PSC met as a committee of the whole throughout the litigation and transcripts exist of those meetings.

5. Ashcraft & Gerel is not a part of the Herman, Herman, Katz and Cotlar firm. The Herman Gerel law firm had a partnership home office in Atlanta during the *Propulsid* litigation that paid all necessary costs and that law firm will apply for common benefit fees in *Propulsid*. There is and was no cost-sharing, fee-sharing, joint venture or partnership relationship between the firms relating to the Vioxx litigation. Ashcraft & Gerel submitted their own cases to the settlement process and the fees they received from their cases did not benefit Herman, Herman, Katz & Cotlar in any way. Furthermore, any common benefit fees ultimately received by Ashcraft & Gerel will not benefit Herman, Herman, Katz & Cotlar in any way.

6. Anthony Irpino's brother has <u>NEVER</u> worked for me or Herman, Herman, Katz, & Cotlar.

This the 10th day of March, 2011.

_____
RUSS HERMAN

SWORN to and SUBSCRIBED before me this the 10 day of March, 2011.

_____
NOTARY PUBLIC
My Commission Expires: at death

REGINA VALENTI
NOTARY PUBLIC #14855
COMMISSIONED FOR LIFE

Ex. D