# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

March 07, 2011

Ms. Loretta Whyte
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   MAR 10 2011

LORETTA G. WHYTE
      CLERK
```

    No. 10-30215,  In Re: Vioxx Prod Liability
    USDC No. 2:05-MD-1657
    USDC No. 2:09-CV-3611
    USDC No. 2:09-CV-3613

Enclosed, for the Eastern District of Louisiana, New Orleans only, is a copy of the judgment issued as the mandate.

The electronic copy of the record has been recycled.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _/s/ Sabrina Hains_
        Sabrina M. Hains, Deputy Clerk
        504-310-7695

cc w/encl:
    Mr. John H. Beisner
    Mr. Ronald Ralph Benjamin
    Honorable Eldon E. Fallon
    Ms. Vilia B Hayes
    Ms. Dorothy Hudson Wimberly

MDT-1

```
___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No.____
```