UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

In re: VIOXX® PRODUCTS
LIABILITY LITIGATION

This document relates to:

*David Stogner, Individually and as
Executor of the Estate of William
Stogner, Sr..*

*v.*

*Merck & Co., Inc.*

MDL Docket No. 1657
SECTION L

CIVIL ACTION NO. 2:08-cv-03658

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

## STIPULATION OF DISMISSAL
## WITHOUT PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Fed. R. Civ. Pro. 41 (a), the undersigned counsel hereby stipulate that all claims of plaintiff David Stogner, Individually and as Executor of the Estate of William Stogner, Sr. against defendant Merck & Co., Inc. and all other defendants, be dismissed in their entirety without prejudice, with each party to bear its own costs.

/s/ Robert D. Rowland
Goldenberg, Miller, Heller & Antognoli, P.C.
2227 South State Route 157
P.O. Box 959
Evansville, IL  62025
(618) 656-5150

*Counsel for Plaintiffs*

/s/ Dorothy H. Wimberly
Phillip A. Wittmann
Dorothy H. Wimberly
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200

*Counsel for Defendant Merck & Co., Inc*

1049069v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 14 day of March, 2011.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:   504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1049069v.1