**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re:  VIOXX | MDL Docket No. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | **SECTION L** |
| **This document relates to:** | |
| **ALL COMMON**<br>**BENEFIT FEE APPLICANTS** | **JUDGE FALLON**<br>**MAG. JUDGE KNOWLES** |

**ORDER**

Considering the foregoing Motion and Incorporated Memorandum for Additional Pages for the Fee Allocation Committee's Opposition to Objectors' Motion for Partial Summary Judgment, or Alternatively, to Strike Allocation Recommendations,

**IT IS ORDERED** that the Fee Allocation Committee be and is hereby granted an additional thirty-five (35) additional pages, for a total of sixty (60) pages for its Opposition to Objectors' Motion for Partial Summary Judgment, or Alternatively, to Strike Allocation Recommendations.

**NEW ORLEANS, LOUISIANA,** this 14th day of _____March_____, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE