UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | : | MDL Docket No. 1657 |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | |
| | : | JUDGE FALLON |
| | : | |
| | : | MAGISTRATE JUDGE |
| | : | KNOWLES |

This document relates to:    ALL CASES

### MOTION BY THE CLAIMS ADMINISTRATOR FOR ORDER SETTING PROCEDURE FOR ACCESS TO PROGRAM INFORMATION

BrownGreer PLC, the Claims Administrator in the Vioxx Resolution Program, moves for an Order Setting Procedure for Access to Program Information to establish a uniform process for third parties to follow to seek information on claims processed in the Program. The accompanying Memorandum in Support sets forth the grounds for this Motion. BrownGreer also has provided the Court with a form of Order granting the requested relief.

                                                  Respectfully submitted,

                                                  BROWNGREER PLC

          By:     **s/ Orran L. Brown**
                    Orran L. Brown
                    Virginia State Bar No. 25832
                    BrownGreer PLC
                    115 South 15th Street, Suite 400
                    Richmond, Virginia  23219
                    Telephone:  (804) 521-7201
                    Facsimile:  (804) 521-7299
                    Email:  obrown@browngreer.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Motion by the Claims Administrator for Order Setting Procedure for Access to Program Information was filed electronically this 15th day of March, 2011 and is available for viewing and downloading from the CM/ECF System of the United States District Court for the Eastern District of Louisiana.

The undersigned further certifies that a true and correct copy of the foregoing document was served this 15th day of March, 2011, by first-class mail, postage prepaid, upon the following:

| | |
|---|---|
| Paul K. Silverberg, Esquire<br>Silverberg & Weiss, P.A.<br>1290 Weston Road, Suite 218<br>Weston, FL  33326 | Margaret E. Woodward, Esquire<br>3701 Canal Street, Suite C<br>New Orleans, LA  70119 |
| David E. Kassab, Esquire<br>The Law Offices of Christopher Lawrence Kassab, P.C.<br>1420 Alabama<br>Houston, TX  77004 | Tyson C. Langford, Esquire<br>Stinson Morrison Hecker LLP<br>1625 N. Waterford Parkway<br>Suite 300<br>Witchita, KS  67206-6620 |

                                        s/ Orran L. Brown
                                        Orran L. Brown
                                        Virginia State Bar No. 25832
                                        BrownGreer PLC
                                        115 South 15th Street, Suite 400
                                        Richmond, Virginia  23219
                                        Telephone:  (804) 521-7201
                                        Facsimile:  (804) 521-7299
                                        Email:  obrown@browngreer.com