UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In re: VIOXX                                              :       MDL Docket No. 1657
     PRODUCTS LIABILITY LITIGATION    :       SECTION L
                                                         :
                                                         :       JUDGE FALLON
                                                         :
                                                         :       MAGISTRATE JUDGE
                                                         :       KNOWLES
………………………………………………:
**This document relates to:    ALL CASES**

### ORDER SETTING PROCEDURE FOR ACCESS TO VIOXX RESOLUTION PROGRAM INFORMATION

Upon consideration of the Motion by BrownGreer PLC for an Order Setting Procedure for Access to Program Information and a Memorandum in Support of that Motion, and deeming it just and proper so to do, it is hereby ORDERED, ADJUGED and DECREED as follows:

1.  Any party (the "Requesting Party") seeking from BrownGreer PLC, the Claims Administrator of the Vioxx Resolution Program, any documents, testimony or other information relating to the Program, the administration of the Program, or claimants involved in the Program shall, before instituting any proceedings, subpoena or other process directed to BrownGreer, file a motion with this Court specifying the information sought by the party and the basis for the request.  All such requests shall be narrowly tailored to seek only the information and documents necessary for the articulated purpose of the request.

2.  The Requesting Party shall be responsible for reimbursing BrownGreer for its time spent in responding to the request, measured by the billing rates of the personnel involved in researching and producing the information and testimony permitted, and the reasonable costs incurred by BrownGreer in connection with any such production or testimony.

2

     3.     Any Requesting Party permitted access to information relating to the Program shall take all steps necessary to preserve its confidentiality and shall not disclose such information to any other party without the permission of this Court.

     4.     BrownGreer shall not be obligated to respond to any requests, subpoena or other process seeking information relating to the Program that has not been approved by this Court and has not been issued in accordance with this Order, whether received by BrownGreer before or after the date of this Order.

New Orleans, Louisiana, this ____ day of _____, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE