UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In re:  VIOXX : MDL Docket No. 1657
     PRODUCTS LIABILITY LITIGATION : SECTION L
 :
 : JUDGE FALLON
 :
 : MAGISTRATE JUDGE
 : KNOWLES
..............................................................:
This document relates to:    ALL CASES

## NOTICE OF SUBMISSION

Pursuant to Local Rule 7.2, BrownGreer PLC notices its Motion by the Claims Administrator for Order Setting Procedure for Access to Program Information for submission to the Court for decision on April 13, 2011, at 9:00 a.m.

    Respectfully submitted,

    BROWNGREER PLC

By:    **s/ Orran L. Brown**
    Orran L. Brown
    Virginia State Bar No. 25832
    BrownGreer PLC
    115 South 15th Street, Suite 400
    Richmond, Virginia  23219
    Telephone:  (804) 521-7201
    Facsimile:  (804) 521-7299
    Email:  obrown@browngreer.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Notice of Submission was filed electronically this 15th day of March, 2011 and is available for viewing and downloading from the CM/ECF System of the United States District Court for the Eastern District of Louisiana.

The undersigned further certifies that a true and correct copy of the foregoing document was served this 15th day of March, 2011, by first-class mail, postage prepaid, upon the following:

Paul K. Silverberg, Esquire
Silverberg & Weiss, P.A.
1290 Weston Road, Suite 218
Weston, FL  33326

Margaret E. Woodward, Esquire
3701 Canal Street, Suite C
New Orleans, LA  70119

David E. Kassab, Esquire
The Law Offices of Christopher Lawrence
 Kassab, P.C.
1420 Alabama
Houston, TX  77004

Tyson C. Langford, Esquire
Stinson Morrison Hecker LLP
1625 N. Waterford Parkway
Suite 300
Witchita, KS  67206-6620

     s/ Orran L. Brown
     Orran L. Brown
     Virginia State Bar No. 25832
     BrownGreer PLC
     115 South 15th Street, Suite 400
     Richmond, Virginia  23219
     Telephone:  (804) 521-7201
     Facsimile:  (804) 521-7299
     Email:  obrown@browngreer.com