UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | SPECIAL MASTER |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | PATRICK A. JUNEAU |
| Pascal Calogero, Jr. | * | March 16, 2011 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * ***

**MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT
OF MOTION FOR ADDITIONAL DISCOVERY
AND MOTION FOR PARTIAL SUMMARY JUDGMENT**

NOW COME Co-lead counsel for the Objectors and move for leave to file a combined reply memorandum in opposition to several recent filings by the FAC and in support of their pending Motions for Additional Discovery and for Partial Summary Judgment, upon showing that the FAC has advanced new arguments and statements of fact warranting reply.

/s/ Robert E. Arceneaux  
_____  
Robert E. Arceneaux, La Bar No. 01199  
ROBERT E. ARCENEAUX LLC  
47 Beverly Garden Drive  
Metairie, LA 70001  
(504) 833-7533 office  
(504) 833-7612 fax  
rea7001@cox.net  

/s/ Margaret E. Woodward  
_____  
MARGARET E. WOODWARD, La. Bar No.13677  
3701 Canal Street, Suite C  
New Orleans, Louisiana 70119  
(504) 301-4333 office  
(504) 301-4365 fax  
mewno@aol.com  

**CO-LEAD COUNSEL FOR OBJECTORS IDENTIFIED IN FEB. 8 ORDER**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Leave to File Reply Memorandum in Support of Additional Discovery and Motion for Partial Summary Judgment has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, and by upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8, on this date, March 16, 2011.

/s/ Robert Arceneaux
_____