UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**This document relates to:** *Antonio Denson*

**ORDER**

The Court continues to receive contact from Vioxx claimant Antonio Denson. Mr. Denson believes he is entitled to $47.5 million because that is the amount awarded by a jury to a different, unrelated individual with a different Vioxx injury after that individual's case was tried to verdict in state court in New Jersey. Mr. Denson did not try his case, and instead opted into the Vioxx Settlement Program and agreed to be bound by the terms of that program. The Court has previously attempted to explain that Mr. Denson is not entitled to $47.5 million, or indeed any money outside of the Settlement Program. (Rec. Docs. 51200, 54507). Mr. Denson sought relief from the United States Court of Appeals for the Fifth Circuit, which denied the appeal for lack of jurisdiction. (Rec. Doc. 62660).

The Court now reiterates that it has no authority or basis to grant special treatment to Mr. Denson or to award him any amount of money, let alone $47.5 million. Simply because one jury awarded one Vioxx claimant a verdict does not mean that Mr. Denson is entitled to the same amount of money. Mr. Denson instead pursued his claim through the Settlement Program, which has been completed. Mr. Denson is bound by that outcome. There is no money that should have been awarded to Mr. Denson but was not, and there is no party or individual who has any money

that should have been awarded to Mr. Denson. To be perfectly clear, Mr. Denson is not entitled to any money and the Court cannot award him any money.

New Orleans, Louisiana, this 15th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE

Clerk to serve:

| | |
|---|---|
| Mr. Russ Herman<br>Plaintiff's Liaison Counsel<br>Herman, Herman Katz & Cotlar, LLP<br>820 O'Keefe Ave.<br>New Orleans, LA 70113 | Antonio Denson<br>327 Citrus Avenue<br>Arcadia, FL 34266 |
| Mr. Phillip Wittmann<br>Stone Pigman Walter Wittmann, LLC<br>546 Carondelet Street<br>New Orleans, LA 70130 | Claims Administrator<br>BrownGreer PLC<br>115 S. 15th St.<br>Suite 400<br>Richmond, VA 23219 |

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130