**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| ALL Personal Injury Actions | * | |
| | * | |

*****************************************************************************

**ORDER LIFTING STAY IMPOSED**
**BY PRE-TRIAL ORDER NO. 30**

Pre-Trial Order No. 30 stayed all litigation proceedings pending in this MDL, except as provided for in Pre-Trial Order Nos. 28 and 29. At various times, this stay has been partially lifted in accordance with written orders of this Court. Following a conference of liaison counsel, the Court determined that it is appropriate to lift the stay. Accordingly,

**IT IS ORDERED** that the stay of litigation proceedings provided by Pre-Trial Order No. 30 be and it hereby is lifted for all purposes.

**IT IS FURTHER ORDERED** that this Order shall govern all cases subject to Pre-Trial Order Nos. 28, 29 and 43.

**NEW ORLEANS, LOUISIANA**, this 16th day of March, 2011.

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**