UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL GOVERNMENT ACTIONS | MDL No. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**MOTION FOR AN ORDER IMPOSING COMMON BENEFIT OBLIGATION UPON THE RECOVERIES OF GOVERNMENT ACTION PARTICIPANTS IN THE GOVERNMENT ACTION THIRD PARTY PAYOR SETTLEMENT PROGRAM**

The Plaintiffs' Steering Committee ("PSC") respectfully moves this Honorable Court for entry of an Order requiring an equivalent of Six and one-half percent (6.5%) of the recoveries of Government Action participants in the Government Action Third Party Payor settlement program to be set aside toward the payment of common benefit fees. As is more fully set forth in the attached Memorandum in Support, the PSC submits that Government Actions subject to PTO 39, 39A, 44, 53 and 53A are properly the subject to payment of common benefit fee in consideration for the PSC's trial package, the organization of all Government Action plaintiffs and discovery, work product and promotion and participation in the Government Action settlement program.

Respectfully submitted,

Dated: March 16th, 2011    By:    /s/ *Leonard A. Davis*
                                  Russ M. Herman (Bar No. 6819)
                                  Leonard A. Davis (Bar No. 14190)
                                  Herman, Herman, Katz & Cotlar, L.L.P.
                                  820 O'Keefe Avenue
                                  New Orleans, Louisiana 70113
                                  Telephone: (504) 581-4892

914215.1

Andy D. Birchfield, Jr., Esquire
Leigh O'Dell, Esquire
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
234 Commerce Street
Montgomery, AL 36103-4160
(800) 898-2034 (telephone)
(334) 954-7555 (telecopier)
**Co-Lead Counsel**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA  71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID,
 MEUNIER & WARSHAUER, L.L.C.
Energy Centre
1100 Poydras Street, Ste. 2800
New Orleans, LA 70163
(504) 522-2304 (telephone)
(504) 528-9973 (fax)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL  32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Facsimile: (504) 561-6024
**PLAINTIFFS' LIAISON COUNSEL**

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008  (telecopier)

Thomas R. Kline, Esquire
Shanin Specter, Esquire
David J. Caputo, Esquire
Lisa S. Dagostino, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA  19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W., Suite 400
Washington, DC  20036-4914
(202) 783-6400 (telephone)
(307) 733-0028  (telecopier)

Arnold Levin, Esquire
Fred S. Longer, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA  19106
(215) 592-1500 (telephone)
(215) 592-4663  (telecopier)

Shelly A. Sanford, Esquire
Sanford Pinedo LLP
2016 Bissonnet Street
Houston, Texas 77005
(713) 524-6677 (telephone)
(713) 524-6611 (telecopier)

914215.1                                           -2-

| | |
|---|---|
| Drew Ranier, Esquire | Mark Robinson, Esquire |
| RANIER, GAYLE & ELLIOT, L.L.C. | ROBINSON, CALCAGNIE & ROBINSON |
| 1419 Ryan Street | 620 Newport Center Drive |
| Lake Charles, LA  70601 | 7th Floor |
| (337)494-7171 (telephone) | Newport Beach, CA  92660 |
| (337) 494-7218 (telecopier) | (949) 720-1288 (telephone) |
| | (949) 720-1292 (telecopier) |

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Liaison Counsel, Philip Wittmann, by U.S mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 16th day of March, 2011.

    /s/ *Leonard A. Davis*
Russ M. Herman (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024