# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Geraldine Anderson, et al. v. Merck & Co., Inc., et al.*, 2:07-cv-03631-EEF-DEK | * | KNOWLES |
| | * | |
| Only with regard to: | * | |
| James Nelson | * | |
| | * | |
| | * | |

*****************************************************************************

## ORDER

Defendant Merck & Co., Inc.'s Motion for Summary Judgment (R.Doc. 56064), came on for hearing on the 6th day of January, 2011. Because the Court has determined that there is no genuine issue of material fact and Plaintiff James Nelson cannot prevail on its claims against Merck as a matter of law, and for the reasons orally assigned, the Court enters judgment as follows:

**IT IS ORDERED** that the Motion for Summary Judgment be and it hereby is granted and all claims of plaintiff James Nelson be and they hereby are dismissed with prejudice.

**NEW ORLEANS, LOUISIANA**, this 18th day of March, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1