## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | *   MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | *   SECTION L |
| | *   JUDGE FALLON |
| This document relates to: | * |
| *Ronnie Allen, et al. v. Merck & Co., Inc. et al.,* No. 2:06-cv-02212-EEF-DEK | *   MAGISTRATE JUDGE KNOWLES |
| **Only with regard to plaintiff John Carroll** | * |

*************************************************************************

## ORDER

Defendant Merck & Co., Inc.'s Motion and Rule to Show Cause Why Case Should Not Be Dismissed With Prejudice For Failure to Prosecute, and Renewed Motion to Show Cause Why Case Should Not Be Dismissed With Prejudice for Failure to Comply With the Lone Pine Requirements of PTO 28 (R.Doc. 55558) came on for hearing on the 6th day of January, 2011.  For the reasons orally assigned, the Court enters judgment as follows:

**IT IS ORDERED** that all claims of plaintiff James Carroll be and they hereby are dismissed with prejudice for failure to prosecute and for failure to comply with the requirements of Pre-Trial Order No. 28.

**NEW ORLEANS, LOUISIANA**, this  18th  day of      March     , 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE