UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Dariel L. Stephens v. Merck & Co., Inc.,* *No. 09-07475* | * * | |

**************************************************************************

## ORDER

Matters deferred from defendant Merck & Co., Inc.'s Ninth Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the Requirements of PTO 29 (R. Doc. 54637) came on for hearing on the 6th day of January, 2011. For the reasons orally assigned, the Court enters judgment as follows:

**IT IS ORDERED** that all claims of plaintiff Dariel L. Stephens be and they hereby are dismissed with prejudice for failure to comply with the requirements of Pre-Trial Order No. 29.

**NEW ORLEANS, LOUISIANA**, this 18th day of March, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE