UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE JUDGE |
| *Jamal A. Bilal v. Merck & Co., Inc.*, No. 06-02364; | * | KNOWLES |
| | * | |
| *Myrtle L. Bell, et al. v. Merck & Co., Inc.*, No. 05-00546 | * | |
| *(only as to plaintiff Veronica Mayo);* | * | |
| | * | |
| *William E. Allen, et al. v. Merck & Co., Inc.*, No. 05-04421 | * | |
| *(only as to plaintiffs Daisey Grice, Bill Johnson, and Essie* | * | |
| *Meadows); and,* | * | |
| | * | |
| *Marilyn Ruffino, et al. v. Merck & Co., Inc.*, No. 05443 | * | |
| *(only as to plaintiff Suzie Hall)* | * | |
| | * | |
| | * | |

******************************************************************************

## ORDER

Matters deferred from defendant Merck & Co., Inc.'s Fifth Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 43 (R. Doc. 40199) came on for hearing on the 18th day of November, 2010. For the reasons orally assigned, the Court enters judgment as follows:

**IT IS ORDERED** that all claims of plaintiffs Jamal A. Bilal, Veronica Mayo, Suzie Hall, Bill Johnson, Essie Meadows, and Daisey Grice be and they hereby are dismissed with prejudice for failure to comply with the requirements of Pre-Trial Order No. 43.

**NEW ORLEANS, LOUISIANA**, this  18th  day of         March        , 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1047549v.1