# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Walter Holmes and Shirley Holmes v. Merck & Co., Inc., No. 05-02814* | * | |
| | * | |

*****************************************************************************

## ORDER

Matters deferred from defendant Merck & Co., Inc.'s Seventh Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 43 (R. Doc. 54636) came on for hearing on the 18th day of November, 2010. For the reasons orally assigned, the Court enters judgment as follows:

**IT IS ORDERED** that all claims of plaintiff Walter Holmes and derivative plaintiff Shirley Holmes be and they hereby are dismissed with prejudice for failure to comply with the requirements of Pre-Trial Order No. 43.

**NEW ORLEANS, LOUISIANA**, this  18th  day of       March      , 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE