UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Dennis R. Harrison v. Merck & Co., Inc.,* | * | |
| *2:07-cv-00905-EEF-DEK* | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Defendant Merck & Co., Inc.'s Motion to Dismiss with Prejudice for Failure to Comply With Pre-Trial Order No. 28 (R. Doc. 61683) came on for hearing on the 24th day of February, 2011. Pursuant to the agreement of counsel and Mr. Harrison, the motion is deferred to allow Mr. Harrison additional time to respond. Accordingly,

**IT IS ORDERED** that Defendant Merck & Co., Inc.'s Motion to Dismiss with Prejudice for Failure to Comply With Pre-Trial Order No. 28 is rescheduled and will now be heard on April 1, 2011, immediately following the monthly status conference scheduled for 9:00 a.m.

**IT IS FURTHER ORDERED,** in accordance with the parties' agreement, plaintiff Dennis Harrison shall file his opposition to the motion on or before the 24th day of March, 2011.

**IT IS FURTHER ORDERED** that Merck shall file any reply on or before the 29th day of March, 2011.

**NEW ORLEANS, LOUISIANA,** this 18th day of March, 2011.

_____
DISTRICT JUDGE

1