# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | **MDL Docket No. 1657** |
| | * | |
| PRODUCTS LIABILITY | * | **SECTION L** |
| LITIGATION | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| | * | **MAGISTRATE JUDGE** |
| *Pedro Gonzales, Jr. v. Merck and Co., Inc.* | * | **KNOWLES** |
| *et al.* | * | |
| | * | |
| *2:06-cv-09815* | * | |

*************************************************************************

## ORDER

Defendant Merck & Co., Inc.'s Motion to Dismiss with Prejudice under Rule 25(a)(1) (R. Doc. 61280), came on for hearing on the 24th day of February, 2011. Pursuant to the agreement of counsel, the motion is deferred to the next monthly status conference. Accordingly,

**IT IS ORDERED** that Defendant Merck & Co., Inc.'s Motion to Dismiss with Prejudice Under rule 25(a)(1) is rescheduled and will now be heard on April 1, 2011, immediately following the monthly status conference scheduled for 9:00 a.m.

**NEW ORLEANS, LOUISIANA,** this 18th day of __March__, 2011.

_____
DISTRICT JUDGE

1