UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | **MDL Docket No. 1657** |
| | * | |
| PRODUCTS LIABILITY | * | **SECTION L** |
| LITIGATION | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| | * | **MAGISTRATE JUDGE** |
| *Meysami, Glenda. v. Merck and Co., Inc. et al.* | * | **KNOWLES** |
| | * | |
| | * | |
| 2:05-cv-05353 | * | |

*Only with regard to:*
*Mark Henrichs*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Defendant Merck & Co., Inc.'s Motion to Dismiss with Prejudice under Rule 25(a)(1) (R. Doc. 61281) came on for hearing on the 24th day of February, 2011, immediately following the monthly status conference. For the reasons orally assigned, the Court ruled as follows:

**IT IS ORDERED** that counsel for Merck take appropriate steps to identify any heirs or representatives of decedent Mark Henrichs, including, if necessary, arranging for an advertisement to be published in a newspaper distributed in the geographical area of Pittsburg, Kansas, seeking the identity and contact information for heir or representative of decedent Mark Henrichs, in an attempt to ascertain whether any proper party intends to file a motion to substitute for the decedent in this litigation as required by Federal Rule of Civil Procedure 25(a)(1).

1

2

**IT IS FURTHER ORDERED** that the motion is rescheduled for hearing on April 1, 2011, immediately following the monthly status conference scheduled for 9:00 a.m.

**NEW ORLEANS, LOUISIANA,** this <u>18th</u> day of <u>     March     </u>, 2011.

_____
DISTRICT JUDGE