UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Ann M.G. Albright, et al. v. Merck & Co., Inc. et al.,* No. 2:06-cv-02204-EEF-DEK | * | |
| | * | |
| | * | |
| **Only with regard to:** | * | |
| **Catherine Holt** | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Defendant Merck & Co., Inc.'s Motion and Rule to Show Cause Why Case Should Not Be Dismissed With Prejudice Under Rule 25(a)(1) (R. Doc. 54997) came on for hearing on the 6th day of January, 2011. For the reasons orally assigned, the Court enters judgment as follows:

**IT IS ORDERED** that all claims of plaintiff Catherine Holt be and they hereby are dismissed with prejudice pursuant to Federal Rule of Civil Procedure Rule 25(a)(1).

**NEW ORLEANS, LOUISIANA**, this 18th day of March, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE