**SUBPOENA/SUBPOENA DUCES TECUM
TO PERSON UNDER FOREIGN SUBPOENA**
Commonwealth of Virginia   VA CODE §§ 8.01-412.8—8.01-412.15; Rule 4:9

City of Richmond Circuit Court

File No. 11-798...  FEB 2 8 2011

RECEIVED
BrownGreer PLC
Richmond

400 North Ninth Street, John Marshall Courts Building, Richmond, VA 23219
ADDRESS OF COURT

Attorneys Referral Network, Inc.    v./*In re:*   John Doe, unknown parties

**TO THE PERSON AUTHORIZED BY LAW TO SERVE THIS PROCESS:**
You are commanded to summon

Person with the most knowledge as to the terms on Exhibit "A" of Brown Greer, PLC, Claims Administrator
NAME

115 South 15th Street, Suite 400
STREET ADDRESS

Richmond, VA  23219
CITY             STATE             ZIP

**TO THE PERSON SUMMONED:** You are commanded to

[■] attend and give testimony at a deposition

[ ] produce the books, documents, records, electronically stored information, and tangible things designated and described below

   Hyseby, Inc.

at  4860 Cox Road, Suite 200, Richmond, VA  23060     at  March 31, 2011 @ 11:00 a.m. ;
    LOCATION                                              DATE AND TIME

and to permit inspection and copying by the requesting party or someone acting in his or her behalf of the designated items in your possession, custody or control

[ ] permit inspection of the premises

at the following location

LOCATION

on ........................................................ .
   DATE AND TIME

This subpoena is issued upon the request of the party named below

Paul K. Silverberg, Esq., Silverberg & Weiss, P.A.
NAME OF REQUESTING PARTY

1290 Weston Road, Suite 218
STREET ADDRESS

Weston, FL  33326                                         (954) 384-0998
CITY             STATE             ZIP        TELEPHONE NUMBER

FORM CC-1439 (MASTER, PAGE ONE OF THREE) 07/09

# EXHIBIT 1

The requesting party has submitted to this Clerk's Office the foreign subpoena, copy attached, the terms of which are incorporated herein, and the written statement required by Virginia Code § 8.01-412.10.

The names, addresses and telephone numbers of all counsel of record in the proceeding to which the subpoena relates and of parties not represented by counsel are provided ■ below ☐ on attached list.

| 2/22/11 | Bewil M. Dean, Clerk |
|---|---|
| DATE ISSUED | CLERK |
| | by Donna C. Gthcee |
| | DEPUTY CLERK |

| Paul K. Silverberg, Esq. | 147877 | ■ Florida |
|---|---|---|
| NAME OF ATTORNEY FOR REQUESTING PARTY | BAR NUMBER | LICENSING STATE |
| 1290 Weston Road, Suite 218 | (954) 384-0998 | |
| OFFICE ADDRESS | TELEPHONE NUMBER OF ATTORNEY | |
| Weston, FL 33326 | (954) 384-5390 | |
| OFFICE ADDRESS | FACSIMILE NUMBER OF ATTORNEY | |

| NAME | BAR NUMBER | LICENSING STATE |
|---|---|---|
| STREET ADDRESS | TELEPHONE NUMBER | |
| STREET ADDRESS | FACSIMILE NUMBE | |

| NAME | BAR NUMBER | LICENSING STATE |
|---|---|---|
| STREET ADDRESS | TELEPHONE NUMBER | |
| STREET ADDRESS | FACSIMILE NUMBER | |

| NAME | BAR NUMBER | LICENSING STATE |
|---|---|---|
| STREET ADDRESS | TELEPHONE NUMBER | |
| STREET ADDRESS | FACSIMILE NUMBER | |

**RETURN OF SERVICE** (see page three of this form)

[ ] This SUBPOENA/SUBPOENA DUCES TECUM TO PERSON UNDER FOREIGN SUBPOENA is being served by a private process server who must provide proof of service in accordance with Va. Code § 8.01-325.

**TO the person authorized to serve this process:** Upon execution, the return of this process shall be made to the Clerk of Court.

| |
|---|
| NAME: .................................................................................................................................................................... |
| ADDRESS: ................................................................................................................................................................. |
| ................................................................................................................................................................................... |
| [ ] PERSONAL SERVICE     Tel. No. ....................................................................................................... |
| Being unable to make personal service, a copy was delivered in the following manner: |
| [ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above: <br><br>................................................................................................................................................................... <br>................................................................................................................................................................... |
| [ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.) |
| [ ] not found    ............................................................................................ , Sheriff |
| ........................... by ............................................................................ , Deputy Sheriff <br> DATE |

## SCHEDULE "A"

1.  Identification of each Plaintiff or person receiving or received settlement funds for the Vioxx litigation in which you served as Claims Administrator, including amount and date.

2.  Identification of each claim approved in the Vioxx litigation in which you served as claims Administrator.

3.  Identification of the respective attorney(s) and firms representing each party identified in #1 or #2 above.

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY, FLORIDA

CASE NO. 11-000518 CACE 12

ATTORNEYS REFERRAL NETWORK, INC.

    Petitioner,

v.

JOHN DOE, unknown parties

    Respondent.

_____/

## AFFIDAVIT OF ALLSTATE INSURANCE COMPANY
## AND/OR CUSTODIAN OF RECORDS

BEFORE ME, this undersigned authority, personally appeared _____ (affiant), who after being sworn states the following:

1. **Authority.** I _____, am a duly authorized officer and/or custodian of the records of Brown Greer, PLC, with authority to execute this affidavit and certify to the authenticity and accuracy of the records produced with this affidavit.

2. **Records.** The records produced herewith by Brown Greer, PLC are original documents or are true copies of records of a regularly conducted insurance company that:

   (a) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

   (b) Were made and kept in the course of regularly conducted insurance activity by Brown Greer, PLC or by persons acting under their control; and

   (c) Were made and kept by the regularly conducted activity of Brown Greer, PLC as a regular practice, on or about the time of the act, condition or event recorded.

3. **Production.** The records produced herewith (together with any records produced by Brown Greer, PLC previously in response to the subject request, order or subpoena) constitute

CASE NO. 11-000518 CACE 12

a complete production of records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).

4. I declare under penalty of perjury that the foregoing is true and correct.

AFFIANT FURTHER SAYETH NOT.

_____
Brown Greer, PLC

The above named Brown Greer PLC officer and/or custodian of records is known to me (or satisfactorily proven) to be the person who subscribed the within document and acknowledged to me that he/she executed the same for the purposes stated there in.

Sworn to and subscribed to me this _____ day of February 2010. In witness thereof I have set my hand and official seal.

_____
Signature of Notary Public in and for State of _____
City/County of _____
My Commission Expires _____

2

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY, FLORIDA

CASE NO. 11-000518 CACE 12

ATTORNEYS REFERRAL NETWORK, INC.

    Petitioner,

v.

JOHN DOE, unknown parties

    Respondent.
_____/

## SUBPOENA DUCES TECUM FOR DEPOSITION[1]

TO:    Person with the most knowledge as to the terms on Exhibit "A"
        Brown Greer, PLC, Claims Administrator
        115 South 15th Street, Suite 400
        Richmond, VA 23219

    **YOU ARE COMMANDED** to appear at the offices of **Huseby, Inc., 4860 Cox Road, Suite 200, Richmond, VA 23060** on **Thursday, March 31, 2011 at 11:00 a.m.**, for the taking of your deposition in the above-styled cause.

    **YOU ARE TO BRING WITH YOU** any and all documents on Schedule "A" attached hereto.

    **DATED on February 7, 2011.**

                                                        Paul K. Silverberg, Esq.
                                                        For the Court

Silverberg & Weiss, P.A.
*Attorney for Petitioner*
1290 Weston Road, Suite 218
Weston, Florida 33326
Tel: (954) 384-0998
Fax: (954) 384-5390
Florida Bar No. 147877

---

[1] In lieu of personal appearance, the documents requested in Schedule "A" may be provided by mail or hand-delivery 48 hours prior to the date and time your appearance is requested in the attached subpoena. Upon review and receipt of the documents, you will then be notified by our office if your appearance for the schedule deposition is necessary or if we need you to give a formal deposition regarding the documents which you provided in response to the attached Subpoena. If we do not receive the requested documents at least 48 hours before your scheduled appearance, you will be required to appear for a deposition on the date and time set forth in the subpoena.

**Exhibit "A"**

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY, FLORIDA

CASE NO. 11-000518 CACE 12

ATTORNEYS REFERRAL NETWORK, INC.

    Petitioner,

v.

JOHN DOE, unknown parties

    Respondent.

_____/

## NOTICE OF TAKING DEPOSITION

**PLEASE TAKE NOTICE** that the undersigned will take the deposition(s) of the following individual(s), on the date and at the time and place indicated:

| NAME | DATE | TIME | PLACE |
| --- | --- | --- | --- |
| Person with the most knowledge as to the terms on Exhibit "A" | Thursday, March 31, 2011 | 11:00 a.m. | Huseby, Inc., Universal Reporting 4860 Cox Road, Suite 200 Richmond, VA 23219 |

Such deposition will be upon oral examination before **Huseby/Universal Court Reporting**, a Notary Public in and for the State of Florida, or some other officer duly authorized by law to take depositions and will continue from day to day until completed and is being taken for discovery purposes, for use at trial, or any other purpose permitted under the applicable Rules of Procedure.

    PLEASE GOVERN YOURSELF ACCORDINGLY.

*Respectfully submitted,*

SILVERBERG & WEISS, P.A.
*Attorneys for Petitioner*
1290 Weston Road, Suite 218
Weston, Florida 33326
(954) 384-0998 tel.
(954) 384-5390 fax.

By: _____
Paul K. Silverberg, Esq.
Fla. Bar No. 147877

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY, FLORIDA

CASE NO. 11-000518 CACE 12

ATTORNEYS REFERRAL NETWORK, INC.

    Petitioner,

v.

JOHN DOE, unknown parties

    Respondent.

_____/

### ORDER GRANTING/~~DENYING~~ PETITIONER'S MOTION FOR ORDER APPOINTING OUT OF STATE COMMISSIONER

**THIS CAUSE** having come on to be heard on February 7, 2011 on Petitioner's Motion for Order Appointing Out of State Commissioner, and the Court having heard argument of counsel, and being otherwise advised in the premises, it is hereupon

**ORDERED AND ADJUDGED** that said Motion be, and the same is hereby GRANTED.

1. That Plaintiff shall select a commissioner in this cause for the purpose of and with the full authority to take, report, transcribe and certify the deposition upon oral examination of a representative of Brown Greer, PLC.

2. That the deposition of Brown Greer, PLC is necessary and essential in this cause and if Brown Greer, PLC were present in the State of Florida, Brown Greer, PLC would be subject to the jurisdiction of the court, and the court would issue process to compel said appear for deposition upon oral examination.

3. That said appointed Commissioner shall have the full authority to procure the issuance of the attached subpoena (a copy of said Subpoena is attached hereto, made a part

thereof and incorporated herein as Exhibit "A") or other process, if necessary, of the appropriate courts in the State of Virginia and to compel the attendance of such representative for deposition upon oral examination within sixty (60) days from the date of this Order.

**DONE AND ORDERED** in Chambers at Broward County, Florida this ___7___ day of ___February___, 2011.

PETER M. WEINSTEIN

FEB 07 2011

A TRUE COPY

The Honorable Peter Weinstein
Circuit Court Judge

Copies furnished to:
Paul K. Silverberg, Esq., Silverberg & Weiss, P.A., 1290 Weston Road, Suite 218, Weston, FL 33326