File No. ..... ....CL-11-1238-2....

**SUBPOENA/SUBPOENA DUCES TECUM**
**TO PERSON UNDER FOREIGN SUBPOENA**
Commonwealth of Virginia   VA CODE §§ 8.01-412.8—8.01-412.15; Rule 4:9

City of Richmond ................................................................................................................................... Circuit Court

400 North 9th Street, Richmond, Virginia 23219
................................................................................................................................................
ADDRESS OF COURT

Craig Pingle, et al ................................................ **v./In re:** Abraham, Watkins, Nichols, Agosto & Friend, et al

**TO THE PERSON AUTHORIZED BY LAW TO SERVE THIS PROCESS:**
You are commanded to summon

Brown Greer, PLC through its register agent, Gary D. LeClair
................................................................................................................................................
NAME

Riverfront Plaza, East Tower, 951 East Byrd Street, Eight Floor
................................................................................................................................................
STREET ADDRESS

Richmond, Virginia 23219
................................................................................................................................................
CITY                                          STATE                                          ZIP

**TO THE PERSON SUMMONED:** You are commanded to

☑ attend and give testimony at a deposition

☑ produce the books, documents, records, electronically stored information, and tangible things designated and described below

Please see attach Exhibit A.

....................................................................................................................................................

....................................................................................................................................................

....................................................................................................................................................

....................................................................................................................................................

at ...3751 Westerre Parkway, Suite D-1, Richmond, Virginia 23233... at ...9:00 a.m. on April 1, 2011... ;
LOCATION                                                                          DATE AND TIME

and to permit inspection and copying by the requesting party or someone acting in his or her behalf of the designated items in your possession, custody or control

☐ permit inspection of the premises

at the following location

....................................................................................................................................................
LOCATION

on ................................................................................ .
DATE AND TIME

This subpoena is issued upon the request of the party named below

Lance Christopher Kassab
................................................................................................................................................
NAME OF REQUESTING PARTY

1420 Alabama
................................................................................................................................................
STREET ADDRESS

Houston, Texas 77004 - Office Number 713-522-7400/Fax Number 713-522-7410
................................................................................................................................................
CITY                          STATE                          ZIP                          TELEPHONE NUMBER

FORM CC-1439 (MASTER, PAGE ONE OF THREE) 07/09

**EXHIBIT 4**

RECEIVED
MAR 1 6 2011
BrownGreer PLC
Richmond

Commonwealth Express

PLEASE MAKE RETURNS

The requesting party has submitted to this Clerk's Office the foreign subpoena, copy attached, the terms of which are incorporated herein, and the written statement required by Virginia Code § 8.01-412.10.

The names, addresses and telephone numbers of all counsel of record in the proceeding to which the subpoena relates and of parties not represented by counsel are provided ☑ below ■ on attached list.

3-11-11
........................................................................
DATE ISSUED

*Bevill M. Dean*
_____
CLERK

by *Cecelia M. Hargrove*
_____
DEPUTY CLERK

| | |
|---|---|
| Lance Christopher Kassab | 00794070       Texas |
| NAME OF ATTORNEY FOR REQUESTING PARTY | BAR NUMBER       LICENSING STATE |
| 1420 Alabama | (713) 522-7400 |
| OFFICE ADDRESS | TELEPHONE NUMBER OF ATTORNEY |
| Houston, Texas 77004 | (713) 522-7410 |
| OFFICE ADDRESS | FACSIMILE NUMBER OF ATTORNEY |

| | |
|---|---|
| Dale Jefferson | 10607900       Texas |
| NAME | BAR NUMBER       LICENSING STATE |
| 808 Travis, Suite 1800 | (713) 632-1700 |
| STREET ADDRESS | TELEPHONE NUMBER |
| Houston, Texas 77002 | (713) 622-0101 |
| STREET ADDRESS | FACSIMILE NUMBE |

| | |
|---|---|
| Douglas M. Walla | 02947690       Texas |
| NAME | BAR NUMBER       LICENSING STATE |
| 3200 Southwest Freeway, Suite 1200 | (713) 552-1693 |
| STREET ADDRESS | TELEPHONE NUMBER |
| Houston, Texas 77027 | (713) 552-1697 |
| STREET ADDRESS | FACSIMILE NUMBER |

| | |
|---|---|
| Kenneth R. Breitbeil | 20759900       Texas |
| NAME | BAR NUMBER       LICENSING STATE |
| 1250 Four Houston Center/1331 Lamar Street | (713) 590-9300 |
| STREET ADDRESS | TELEPHONE NUMBER |
| Houston, Texas 77010 | (713) 590-9399 |
| STREET ADDRESS | FACSIMILE NUMBER |

**RETURN OF SERVICE** (see page three of this form)

[ ] This Subpoena/Subpoena Duces Tecum to Person Under Foreign Subpoena is being served by a private process server who must provide proof of service in accordance with Va. Code § 8.01-325.

**TO the person authorized to serve this process:** Upon execution, the return of this process shall be made to the Clerk of Court.

| | |
|---|---|
| NAME: .......................................................................................................................................................... | |
| ADDRESS: .................................................................................................................................................... | |
| ........................................................................................................................................................................ | |

| [ ] PERSONAL SERVICE | Tel. No. ........................................................................ |
|---|---|

Being unable to make personal service, a copy was delivered in the following manner:

[ ]    Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport.  List name, age of recipient, and relation of recipient to party named above:

...........................................................................................................................................................................

...........................................................................................................................................................................

[ ]    Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

| [ ]    not found | ......................................................................................... , Sheriff |
|---|---|
| .......................................   by ......................................................................................... , Deputy Sheriff<br>DATE | |

FORM CC-1439 (MASTER, PAGE THREE OF THREE) 07/09



P-3
ENTX

CAUSE NO. 2010-01666

| | | |
|---|---|---|
| CRAIG PINGLE, individually, and | § | IN THE DISTRICT COURT OF |
| LOUIS J. YOPPOLO AS TRUSTEE | § | |
| FOR THE BANKRUPT ESTATE | § | |
| OF CRAIG AND CHERLYNN PINGLE | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | HARRIS COUNTY, TEXAS |
| | § | |
| ABRAHAM, WATKINS, NICHOLS, AGOSTO | § | FILED |
| & FRIEND, f/k/a ABRAHAM, WATKINS, | § | Loren Jackson District Clerk |
| NICHOLS, SORRELS, MATTHEWS & | § | |
| FRIEND; DAVID P. MATTHEWS, | § | NOV 22 2010 |
| Individually; DAVID P. MATTHEWS, P.C., | § | Time: _____ |
| JULIE L. RHOADES, individually; JIM S. | § | Harris County, Texas |
| ADLER, individually, JIM S. ADLER P.C., | § | By _____ Deputy |
| Defendants | § | 152nd JUDICIAL DISTRICT |

## ORDER TO OBTAIN DISCOVERY AND CONDUCT THE DEPOSITION OF BROWN GREER, PLC IN A FOREIGN JURISDICTION

WHEREAS, Plaintiffs having demonstrated that deposition testimony and documents regarding the above referenced matter is necessary to the present action, it is HEREBY ORDERED this _____ day of _____, 2010 upon consideration of the within Motion for Leave to Obtain Discovery and Conduct the Deposition of a Witness in a Foreign Jurisdiction that said motion is in all things GRANTED.

IT IS FURTHER ORDERED that Plaintiffs may take the oral deposition of the appropriate representative of Brown Greer, PLC in Virginia, by such means and process as are required by the rules of that jurisdiction and subpoena may be issued. Such representative shall be the person(s) within the organization most knowledgeable regarding the subject matter which includes, but is not limited to, knowledge of:

1. The process, policies and/or procedure of the Vioxx Settlement claims administration;
2. The process, policies and/or procedure for calculating and computing a Point Award under the terms of the Vioxx Settlement;

PLAINTIFFS' MOTION FOR LEAVE TO CONDUCT THE DEPOSITION OF A WITNESS IN A FOREIGN JURISDICTION          PAGE 10 OF 12


EXHIBIT
A

3. The process, policies and procedure for determining what evidence, if any,
   will constitute "contemporaneous compelling evidence of usage" as listed
   in the "Limited Documentation Exception" of Section 5, Exhibit 2.2.2 of
   the Vioxx Settlement Agreement;

4. The process, policies and/or procedure for following the guidelines
   numbered 1-3 listed in the "Limited Documentation Exception" of Section
   5, Exhibit 2.2.2 of the Vioxx Settlement Agreement, and when these
   guidelines have been met.

5. The identity and/or the general circumstances surrounding any Vioxx
   Claimant where Brown Greer accepted contemporaneous compelling
   evidence of usage when the pharmacy and/or medical records were
   destroyed and/or unavailable;

6. The identity and/or general circumstances concerning any Vioxx Claimant
   where Brown Greer accepted, pursuant to the "Limited Documentation
   Exception" of Section 5, Exhibit 2.2.2 of the Vioxx Settlement Agreement
   (attached hereto as Exhibit "B"), an affidavit and/or other evidence from
   the Claimant's physician indicating that the Claimant was proscribed
   Vioxx in lieu of any actual medical or pharmacy records indicating usage;

7. The identity and/or general circumstances surrounding any Vioxx
   Claimant where Brown Greer accepted, pursuant to the "Limited
   Documentation Exception" of Section 5, Exhibit 2.2.2 of the Vioxx
   Settlement Agreement (attached hereto as Exhibit "B"),
   "contemporaneous compelling evidence of usage" and any documentation
   that may provide a description of what the contemporaneous compelling
   evidence of usage was.

In issuing the subpoena, the Commonwealth of Virginia may take notice that the laws of Texas

grant reciprocal privileges to citizens of the commonwealth for taking discovery in Texas.

Specifically, Texas Rule of Civil Procedure 201.2 and Section 20.002 of the Texas Civil Practice

and Remedies Code permit depositions or other discovery to be taken in Texas for use in

proceedings in foreign jurisdictions.

IT IS FURTHER ORDERED that Brown Greer, PLC be subpoenaed to produce the

following requested information:

1. Any documentation outlining the process, policies and procedures used to
   calculate a Point Award under the terms of the Vioxx Settlement;

2. Any documentation outlining the identity and/or the general circumstances
   concerning any Vioxx Claimant where Brown Greer accepted
   contemporaneous compelling evidence of usage when the pharmacy
   and/or medical records were destroyed and/or unavailable;

Certified Document Number: 47243658 - Page 2 of 3

3. Any documentation outlining the identity and general circumstances concerning any Vioxx Claimant where Brown Greer accepted, pursuant to the "Limited Documentation Exception" of Section 5, Exhibit 2.2.2 of the Vioxx Settlement Agreement (attached hereto as Exhibit "B"), an affidavit and/or other evidence from the Claimant's physician indicating that the Claimant was proscribed Vioxx in lieu of any actual medical or pharmacy records indicating usage;

4. Any documentation outlining the identity and general circumstances surrounding any Vioxx Claimant where Brown Greer accepted, pursuant to the "Limited Documentation Exception" of Section 5, Exhibit 2.2.2 of the Vioxx Settlement Agreement (attached hereto as Exhibit "B"), "contemporaneous compelling evidence of usage" and any documentation that may provide a description of what the contemporaneous compelling evidence of usage was.

The foregoing requested information is necessary to the just outcome of the litigation.

Accordingly, a subpoena shall be served upon Brown Greer, PLC and same shall produce the requested information as listed above by such means and process as is required by the rules of the Commonwealth of Virginia.

SIGNED THIS _____ day of _____ DEC 1 7 2010 ___, 2010.

12.17-10

JUDGE PRESIDING

Certified Document Number: 47243658 - Page 3 of 3



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this  January 3, 2011

Certified Document Number:          47243658 Total Pages: 3

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com

RECEIVED & FILED
CIRCUIT COURT

MAR 15 2011

BEVILL M. DEAN, CLERK
BY_____ D.C.

**CAUSE NO. 2010-01666**

| | | |
|---|---|---|
| **CRAIG PINGLE, individually, and** | § | **IN THE DISTRICT COURT OF** |
| **LOUIS J. YOPPOLO AS TRUSTEE** | § | |
| **FOR THE BANKRUPT ESTATE** | § | |
| **OF CRAIG AND CHERLYNN PINGLE** | § | . |
| **Plaintiffs,** | § | |
| | § | |
| **V.** | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **ABRAHAM, WATKINS, NICHOLS, AGOSTO** | § | |
| **& FRIEND, f/k/a ABRAHAM, WATKINS,** | § | |
| **NICHOLS, SORRELS, MATTHEWS &** | § | |
| **FRIEND; DAVID P. MATTHEWS,** | § | |
| **Individually; DAVID P. MATTHEWS, P.C.,** | § | |
| **JULIE L. RHOADES, individually; JIM S.** | § | |
| **ADLER, individually, JIM S. ADLER P.C.,** | § | |
| **Defendants** | § | **152nd JUDICIAL DISTRICT** |

## ISSUED IN THE NAME OF THE STATE OF TEXAS

TO ANY SHERIFF OR CONSTABLE OF THE STATE OF TEXAS OR OTHER PERSON QUTHORIZED TO SERVE AND EXECUTE SUBPOENAS AS PRVIDED IN TEXAS RULE OF CIVIL PROCEDUIRE 176.

YOU ARE HEREBY COMMANDED TO SUMMON Brown Greer, PLC via its register agent, Gary D. LaClair, who may be found at Riverfront Plaza, East Tower, 951 East Byrd Street, Eight Floor, Richmond, Virginia 23219 to appear at 3751 Westerre Parkway, Suite D-1, Richmond, Virginia 23233 on April 1, 2011, at 9:00 a.m. before a deposition officer from Cook & Wiley to attend and give testimony in this case at a deposition on behalf of the Plaintiffs, and to remain in attendance from day to day until lawfully discharged.

Brown Greer, PLC is commanded to produce and permit inspection and copying of the following documents or tangible things listed in Exhibit "A."

This subpoena was issued at the request of the Plaintiffs, whose attorney of record is Lance Christopher Kassab, 1420 Alabama, Houston, Texas 77004, (713) 522-7400.

**Contempt.  Failure by any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena is issued or a district court in the county in which the subpoena is served, and may be punished by fine or confinement, or both. TEX. R. CIV. P. 176.8(a).**

DO NOT FAIL to return this writ to the 152nd Judicial District Court of Harris County, Texas with either the attached officer's return showing the manner of execution or the witness's signed memorandum showing that the witness accepted the subpoena.

ISSUED on March 9th , 2011.

**LANCE CHRISTOPHER KASSAB, P.C.**

BY:

**LANCE CHRISTOPHER KASSAB**
Texas State Bar No. 00794070
**DAVID ERIC KASSAB**
Texas State Bar No. 24071351
1420 Alabama
Houston, Texas 77004
(713) 522-7400 — Phone
(713) 522-7410 — Fax

ATTORNEY FOR PLAINTIFFS

**CAUSE NO. 2010-01666**

| | | |
|---|---|---|
| **CRAIG PINGLE, individually, and** | § | **IN THE DISTRICT COURT OF** |
| **LOUIS J. YOPPOLO AS TRUSTEE** | § | |
| **FOR THE BANKRUPT ESTATE** | § | |
| **OF CRAIG AND CHERLYNN PINGLE** | § | |
| **Plaintiffs,** | § | |
| | § | |
| **V.** | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **ABRAHAM, WATKINS, NICHOLS, AGOSTO** | § | |
| **& FRIEND, f/k/a ABRAHAM, WATKINS,** | § | |
| **NICHOLS, SORRELS, MATTHEWS &** | § | |
| **FRIEND; DAVID P. MATTHEWS,** | § | |
| **Individually; DAVID P. MATTHEWS, P.C.,** | § | |
| **JULIE L. RHOADES, individually; JIM S.** | § | |
| **ADLER, individually, JIM S. ADLER P.C.,** | § | |
| **Defendants** | § | **152nd JUDICIAL DISTRICT** |

### OFFICER'S RETURN

I, _____, delivered a copy of the attached witness subpoena and Notice of Deposition of Brown Greer, Plc, with Subpoena Duces Tecum to Brown Greer, PLC through its register agent Gary D. LeClair in person at Riverfront Plaza, East Tower, 951 East Byrd Street, Eight Floor, Richmond, Virginia 23219, in ____, on _____, 2011, at _____o'clock ___.m., and tendered to the witness a fee of $10.00 in cash.

I, _____, was unable to deliver a copy of this witness subpoena and Notice of Deposition of Brown Greer, Plc, with Subpoena Duces Tecum to Brown Greer, PLC through its register agent Gary D. LeClair in person at Riverfront Plaza, East Tower, 951 East Byrd Street, Eight Floor, Richmond, Virginia 23219 for the following reasons:

_____
_____
_____
_____
_____

By:_____
     Person who is not a party and is
     18 years of age or older.

CAUSE NO. 2010-01666

| | | |
|---|---|---|
| **CRAIG PINGLE, individually, and** | § | **IN THE DISTRICT COURT OF** |
| **LOUIS J. YOPPOLO AS TRUSTEE** | § | |
| **FOR THE BANKRUPT ESTATE** | § | |
| **OF CRAIG AND CHERLYNN PINGLE** | § | |
| **Plaintiffs,** | § | |
| | § | |
| **V.** | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **ABRAHAM, WATKINS, NICHOLS, AGOSTO** | § | |
| **& FRIEND, f/k/a ABRAHAM, WATKINS,** | § | |
| **NICHOLS, SORRELS, MATTHEWS &** | § | |
| **FRIEND; DAVID P. MATTHEWS,** | § | |
| **Individually; DAVID P. MATTHEWS, P.C.,** | § | |
| **JULIE L. RHOADES, individually; JIM S.** | § | |
| **ADLER, individually, JIM S. ADLER P.C.,** | § | |
| **Defendants** | § | **152nd JUDICIAL DISTRICT** |

### ACCEPTANCE OF SERVE OF SUBPOENA BY WITNESS UNDER
### TEXAS RULE OF CIVIL PRODURE 176

I accept service of this subpoena and will produce the documents and tangible things on the date and at the place and time directed.

Witness

_____



$P$-3
$ENTX$

**CAUSE NO. 2010-01666**

| | | |
|---|---|---|
| CRAIG PINGLE, individually, and | § | IN THE DISTRICT COURT OF |
| LOUIS J. YOPPOLO AS TRUSTEE | § | |
| FOR THE BANKRUPT ESTATE | § | |
| OF CRAIG AND CHERLYNN PINGLE | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | HARRIS COUNTY, TEXAS |
| | § | **FILED** |
| ABRAHAM, WATKINS, NICHOLS, AGOSTO | § | Loran Jackson |
| & FRIEND, f/k/a ABRAHAM, WATKINS, | § | District Clerk |
| NICHOLS, SORRELS, MATTHEWS & | § | |
| FRIEND; DAVID P. MATTHEWS, | § | NOV 22 2010 |
| Individually; DAVID P. MATTHEWS, P.C., | § | Time: _____ |
| JULIE L. RHOADES, individually; JIM S. | § | Harris County, Texas |
| ADLER, individually, JIM S. ADLER P.C., | § | By _____ |
| Defendants | § | **152nd JUDICIAL DISTRICT** |

### ORDER TO OBTAIN DISCOVERY AND CONDUCT THE DEPOSITION OF BROWN GREER, PLC IN A FOREIGN JURISDICTION

WHEREAS, Plaintiffs having demonstrated that deposition testimony and documents regarding the above referenced matter is necessary to the present action, it is HEREBY ORDERED this _____ day of _____, 2010 upon consideration of the within Motion for Leave to Obtain Discovery and Conduct the Deposition of a Witness in a Foreign Jurisdiction that said motion is in all things GRANTED.

IT IS FURTHER ORDERED that Plaintiffs may take the oral deposition of the appropriate representative of Brown Greer, PLC in Virginia, by such means and process as are required by the rules of that jurisdiction and subpoena may be issued. Such representative shall be the person(s) within the organization most knowledgeable regarding the subject matter which includes, but is not limited to, knowledge of:

1. The process, policies and/or procedure of the Vioxx Settlement claims administration;
2. The process, policies and/or procedure for calculating and computing a Point Award under the terms of the Vioxx Settlement;

PLAINTIFFS' MOTION FOR LEAVE TO CONDUCT THE DEPOSITION OF A WITNESS IN A FOREIGN JURISDICTION    PAGE 10 OF 12

Certified Document Number: 47243658 - Page 1 of 3


EXHIBIT
tabbies
$A$

3. The process, policies and procedure for determining what evidence, if any, will constitute "contemporaneous compelling evidence of usage" as listed in the "Limited Documentation Exception" of Section 5, Exhibit 2.2.2 of the Vioxx Settlement Agreement;

4. The process, policies and/or procedure for following the guidelines numbered 1-3 listed in the "Limited Documentation Exception" of Section 5, Exhibit 2.2.2 of the Vioxx Settlement Agreement, and when these guidelines have been met.

5. The identity and/or the general circumstances surrounding any Vioxx Claimant where Brown Greer accepted contemporaneous compelling evidence of usage when the pharmacy and/or medical records were destroyed and/or unavailable;

6. The identity and/or general circumstances concerning any Vioxx Claimant where Brown Greer accepted, pursuant to the "Limited Documentation Exception" of Section 5, Exhibit 2.2.2 of the Vioxx Settlement Agreement (attached hereto as Exhibit "B"), an affidavit and/or other evidence from the Claimant's physician indicating that the Claimant was proscribed Vioxx in lieu of any actual medical or pharmacy records indicating usage;

7. The identity and/or general circumstances surrounding any Vioxx Claimant where Brown Greer accepted, pursuant to the "Limited Documentation Exception" of Section 5, Exhibit 2.2.2 of the Vioxx Settlement Agreement (attached hereto as Exhibit "B"), "contemporaneous compelling evidence of usage" and any documentation that may provide a description of what the contemporaneous compelling evidence of usage was.

In issuing the subpoena, the Commonwealth of Virginia may take notice that the laws of Texas grant reciprocal privileges to citizens of the commonwealth for taking discovery in Texas. Specifically, Texas Rule of Civil Procedure 201.2 and Section 20.002 of the Texas Civil Practice and Remedies Code permit depositions or other discovery to be taken in Texas for use in proceedings in foreign jurisdictions.

IT IS FURTHER ORDERED that Brown Greer, PLC be subpoenaed to produce the following requested information:

1. Any documentation outlining the process, policies and procedures used to calculate a Point Award under the terms of the Vioxx Settlement;

2. Any documentation outlining the identity and/or the general circumstances concerning any Vioxx Claimant where Brown Greer accepted contemporaneous compelling evidence of usage when the pharmacy and/or medical records were destroyed and/or unavailable;

Certified Document Number: 47243658 - Page 2 of 3

3. Any documentation outlining the identity and general circumstances concerning any Vioxx Claimant where Brown Greer accepted, pursuant to the "Limited Documentation Exception" of Section 5, Exhibit 2.2.2 of the Vioxx Settlement Agreement (attached hereto as Exhibit "B"), an affidavit and/or other evidence from the Claimant's physician indicating that the Claimant was proscribed Vioxx in lieu of any actual medical or pharmacy records indicating usage;

4. Any documentation outlining the identity and general circumstances surrounding any Vioxx Claimant where Brown Greer accepted, pursuant to the "Limited Documentation Exception" of Section 5, Exhibit 2.2.2 of the Vioxx Settlement Agreement (attached hereto as Exhibit "B"), "contemporaneous compelling evidence of usage" and any documentation that may provide a description of what the contemporaneous compelling evidence of usage was.

The foregoing requested information is necessary to the just outcome of the litigation. Accordingly, a subpoena shall be served upon Brown Greer, PLC and same shall produce the requested information as listed above by such means and process as is required by the rules of the Commonwealth of Virginia.

SIGNED THIS _____ day of _____ DEC 1 7 2010 ____, 2010.

12-17-10

JUDGE PRESIDING



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   January 3, 2011

Certified Document Number:          47243658 Total Pages: 3

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

RECEIVED & FILED

MAR 15 2011

BEVILL M. DEAN, CLERK
BY_____D.C.

CAUSE NO. 2010-01666

| | | |
|---|---|---|
| CRAIG PINGLE, individually, and | § | IN THE DISTRICT COURT OF |
| LOUIS J. YOPPOLO AS TRUSTEE | § | |
| FOR THE BANKRUPT ESTATE | § | |
| OF CRAIG AND CHERLYNN PINGLE | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | HARRIS COUNTY, TEXAS |
| | § | |
| ABRAHAM, WATKINS, NICHOLS, AGOSTO | § | |
| & FRIEND, f/k/a ABRAHAM, WATKINS, | § | |
| NICHOLS, SORRELS, MATTHEWS & | § | |
| FRIEND; DAVID P. MATTHEWS, | § | |
| Individually; DAVID P. MATTHEWS, P.C., | § | |
| JULIE L. RHOADES, individually; JIM S. | § | |
| ADLER, individually, JIM S. ADLER P.C., | § | |
| Defendants | § | 152nd JUDICIAL DISTRICT |

## NOTICE OF DEPOSITION OF BROWN GREER, PLC
## WITH SUBPOENADUCES TECUM

**TO:** Brown Greer, PLC, by and through its register agent, Gary D. LeClair, Riverfront Plaza, East Tower, 951 East Byrd Street, Eight Floor, Richmond, Virginia 23219.

Defendants, Abraham, Watkins, Nichols, Sorrels Agosto & Friend, David P. Matthews, David P. Matthews, P.C., Lizy Santiago, and Julie Rhoades by and through its attorney of record, Dale Jefferson of Martin, Disiere, Jefferson & Wisdom, L.L.P., 808 Travis, Suite 1800, Houston, Texas 77002.

Defendants, The Goldwater Law Firm, P.C. and Robert W. Goldwater, III, by and through their attorney of record, Douglas M. Walla of Henslee Schwartz, LLP., 3200 Southwest Freeway, Suite 1200, Houston, Texas 77027.

Defendant, Jim S. Adler and Jim S. Adler, P.C. by and through their attorney of record, Kenneth R. Breitbeil of McFall, Breitbeil & Shults, P.C., 1250 Four Houston Center, 1331 Lamar Street, Houston, Texas 77010.

This notice of deposition is served pursuant to Rule 199.2(b)(1) of the Texas Rules of Civil Procedure, which provides that if an organization is named as the witness, the notice must describe with reasonable particularity the matters on which examination is requested. In response, the organization must designate one or more individuals to testify on its behalf and set

1

forth, for each individual designated the matters on which the individual will testify. Pursuant to this Rule, plaintiffs hereby notify the organization that this deposition will seek discovery from the person (s) most knowledgeable in the organization listed in Exhibit A.

The oral deposition will take place on April 1, 2011, at 9:00 a.m. eastern time, as allowed by Texas Rule of Civil Procedure 199. The deposition will be conducted at Cook & Wiley, 3751 Westerre Parkway, Suite D-1, Richmond, Virginia 23233, (804) 359-1984. The deposition will take place before a certified shorthand reporter and will continue from day to day until completed. The deposition may be taken by videotape and stenographic recording at the time and place indicated pursuant to Rules 193, 196 and 199 of the Texas Rules of Civil Procedure.

Respectfully submitted,

**LANCE CHRISTOPHER KASSAB, P.C.**

BY:

**LANCE CHRISTOPHER KASSAB**
Texas State Bar No. 00794070
**DAVID ERIC KASSAB**
Texas State Bar No. 24071351
1420 Alabama
Houston, Texas 77004
(713) 522-7400 — Phone
(713) 522-7410 — Fax

ATTORNEY FOR PLAINTIFFS

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to all parties pursuant to the Texas Rules of Civil Procedure on this the _9th_ day of March, 2011.

DAVID ERIC KASSAB

3



P-3
ENTX

CAUSE NO. 2010-01666

| | | |
|---|---|---|
| CRAIG PINGLE, individually, and | § | IN THE DISTRICT COURT OF |
| LOUIS J. YOPPOLO AS TRUSTEE | § | |
| FOR THE BANKRUPT ESTATE | § | |
| OF CRAIG AND CHERLYNN PINGLE | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | HARRIS COUNTY, TEXAS |
| | § | **FILED** |
| ABRAHAM, WATKINS, NICHOLS, AGOSTO | § | Loren Jackson |
| & FRIEND, f/k/a ABRAHAM, WATKINS, | § | District Clerk |
| NICHOLS, SORRELS, MATTHEWS & | § | |
| FRIEND; DAVID P. MATTHEWS, | § | NOV 22 2010 |
| Individually; DAVID P. MATTHEWS, P.C., | § | Time: _____ |
| JULIE L. RHOADES, individually; JIM S. | § | Harris County, Texas |
| ADLER, individually, JIM S. ADLER P.C., | § | By _____ Deputy |
| Defendants | § | **152nd JUDICIAL DISTRICT** |

## ORDER TO OBTAIN DISCOVERY AND CONDUCT THE DEPOSITION OF BROWN GREER, PLC IN A FOREIGN JURISDICTION

WHEREAS, Plaintiffs having demonstrated that deposition testimony and documents regarding the above referenced matter is necessary to the present action, it is HEREBY ORDERED this _____ day of _____, 2010 upon consideration of the within Motion for Leave to Obtain Discovery and Conduct the Deposition of a Witness in a Foreign Jurisdiction that said motion is in all things GRANTED.

IT IS FURTHER ORDERED that Plaintiffs may take the oral deposition of the appropriate representative of Brown Greer, PLC in Virginia, by such means and process as are required by the rules of that jurisdiction and subpoena may be issued. Such representative shall be the person(s) within the organization most knowledgeable regarding the subject matter which includes, but is not limited to, knowledge of:

1. The process, policies and/or procedure of the Vioxx Settlement claims administration;
2. The process, policies and/or procedure for calculating and computing a Point Award under the terms of the Vioxx Settlement;

PLAINTIFFS' MOTION FOR LEAVE TO CONDUCT THE DEPOSITION OF A WITNESS IN A FOREIGN JURISDICTION    PAGE 10 OF 12

Certified Document Number: 47243658 - Page 1 of 3

**EXHIBIT**
tabbies
A

3. The process, policies and procedure for determining what evidence, if any, will constitute "contemporaneous compelling evidence of usage" as listed in the "Limited Documentation Exception" of Section 5, Exhibit 2.2.2 of the Vioxx Settlement Agreement;

4. The process, policies and/or procedure for following the guidelines numbered 1-3 listed in the "Limited Documentation Exception" of Section 5, Exhibit 2.2.2 of the Vioxx Settlement Agreement, and when these guidelines have been met.

5. The identity and/or the general circumstances surrounding any Vioxx Claimant where Brown Greer accepted contemporaneous compelling evidence of usage when the pharmacy and/or medical records were destroyed and/or unavailable;

6. The identity and/or general circumstances concerning any Vioxx Claimant where Brown Greer accepted, pursuant to the "Limited Documentation Exception" of Section 5, Exhibit 2.2.2 of the Vioxx Settlement Agreement (attached hereto as Exhibit "B"), an affidavit and/or other evidence from the Claimant's physician indicating that the Claimant was proscribed Vioxx in lieu of any actual medical or pharmacy records indicating usage;

7. The identity and/or general circumstances surrounding any Vioxx Claimant where Brown Greer accepted, pursuant to the "Limited Documentation Exception" of Section 5, Exhibit 2.2.2 of the Vioxx Settlement Agreement (attached hereto as Exhibit "B"), "contemporaneous compelling evidence of usage" and any documentation that may provide a description of what the contemporaneous compelling evidence of usage was.

In issuing the subpoena, the Commonwealth of Virginia may take notice that the laws of Texas grant reciprocal privileges to citizens of the commonwealth for taking discovery in Texas. Specifically, Texas Rule of Civil Procedure 201.2 and Section 20.002 of the Texas Civil Practice and Remedies Code permit depositions or other discovery to be taken in Texas for use in proceedings in foreign jurisdictions.

IT IS FURTHER ORDERED that Brown Greer, PLC be subpoenaed to produce the following requested information:

1. Any documentation outlining the process, policies and procedures used to calculate a Point Award under the terms of the Vioxx Settlement;

2. Any documentation outlining the identity and/or the general circumstances concerning any Vioxx Claimant where Brown Greer accepted contemporaneous compelling evidence of usage when the pharmacy and/or medical records were destroyed and/or unavailable;

PLAINTIFFS' MOTION FOR LEAVE TO CONDUCT THE DEPOSITION OF A WITNESS IN A FOREIGN JURISDICTION        PAGE 11 OF 12

Certified Document Number: 47243658 - Page 2 of 3

3. Any documentation outlining the identity and general circumstances concerning any Vioxx Claimant where Brown Greer accepted, pursuant to the "Limited Documentation Exception" of Section 5, Exhibit 2.2.2 of the Vioxx Settlement Agreement (attached hereto as Exhibit "B"), an affidavit and/or other evidence from the Claimant's physician indicating that the Claimant was proscribed Vioxx in lieu of any actual medical or pharmacy records indicating usage;

4. Any documentation outlining the identity and general circumstances surrounding any Vioxx Claimant where Brown Greer accepted, pursuant to the "Limited Documentation Exception" of Section 5, Exhibit 2.2.2 of the Vioxx Settlement Agreement (attached hereto as Exhibit "B"), "contemporaneous compelling evidence of usage" and any documentation that may provide a description of what the contemporaneous compelling evidence of usage was.

The foregoing requested information is necessary to the just outcome of the litigation. Accordingly, a subpoena shall be served upon Brown Greer, PLC and same shall produce the requested information as listed above by such means and process as is required by the rules of the Commonwealth of Virginia.

SIGNED THIS _____ day of _____ **DEC 1 7 2010** _____, 2010.

12·17·10

JUDGE PRESIDING



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this  January 3, 2011

Certified Document Number:     47243658 Total Pages: 3

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

Case 2:05-md-01657-EEF-DEK Document 62712-4 Filed 03/18/11 Page 23 of 26 2/5
1/3/2011 10:23 Remote ID Remote ID



P-3
ENTX

CAUSE NO. 2010-01666

| | |
|---|---|
| CRAIG PINGLE, individually, and | IN THE DISTRICT COURT OF |
| LOUIS J. YOPPOLO AS TRUSTEE | |
| FOR THE BANKRUPT ESTATE | |
| OF CRAIG AND CHERLYNN PINGLE | |
| Plaintiffs, | |

V.

ABRAHAM, WATKINS, NICHOLS, AGOSTO
& FRIEND, f/k/a ABRAHAM, WATKINS,
NICHOLS, SORRELS, MATTHEWS &
FRIEND; DAVID P. MATTHEWS,
Individually; DAVID P. MATTHEWS, P.C.,
JULIE L. RHOADES, individually; JIM S.
ADLER, individually, JIM S. ADLER P.C.,
Defendants

HARRIS COUNTY, TEXAS

**FILED**
Loren Jackson
District Clerk

NOV 22 2010

Time: _____
By_____
Harris County, Texas
Deputy

152nd JUDICIAL DISTRICT

## ORDER TO OBTAIN DISCOVERY AND CONDUCT THE DEPOSITION OF BROWN GREER, PLC IN A FOREIGN JURISDICTION

WHEREAS, Plaintiffs having demonstrated that deposition testimony and documents regarding the above referenced matter is necessary to the present action, it is HEREBY ORDERED this _____ day of _____, 2010 upon consideration of the within Motion for Leave to Obtain Discovery and Conduct the Deposition of a Witness in a Foreign Jurisdiction that said motion is in all things GRANTED.

IT IS FURTHER ORDERED that Plaintiffs may take the oral deposition of the appropriate representative of Brown Greer, PLC in Virginia, by such means and process as are required by the rules of that jurisdiction and subpoena may be issued. Such representative shall be the person(s) within the organization most knowledgeable regarding the subject matter which includes, but is not limited to, knowledge of:

1. The process, policies and/or procedure of the Vioxx Settlement claims administration;
2. The process, policies and/or procedure for calculating and computing a Point Award under the terms of the Vioxx Settlement;

PLAINTIFFS' MOTION FOR LEAVE TO CONDUCT THE DEPOSITION OF A WITNESS IN A FOREIGN JURISDICTION     PAGE 10 OF 12

Certified Document Number: 47243658 - Page 1 of 3

3. The process, policies and procedure for determining what evidence, if any, will constitute "contemporaneous compelling evidence of usage" as listed in the "Limited Documentation Exception" of Section 5, Exhibit 2.2.2 of the Vioxx Settlement Agreement;

4. The process, policies and/or procedure for following the guidelines numbered 1-3 listed in the "Limited Documentation Exception" of Section 5, Exhibit 2.2.2 of the Vioxx Settlement Agreement, and when these guidelines have been met.

5. The identity and/or the general circumstances surrounding any Vioxx Claimant where Brown Greer accepted contemporaneous compelling evidence of usage when the pharmacy and/or medical records were destroyed and/or unavailable;

6. The identity and/or general circumstances concerning any Vioxx Claimant where Brown Greer accepted, pursuant to the "Limited Documentation Exception" of Section 5, Exhibit 2.2.2 of the Vioxx Settlement Agreement (attached hereto as Exhibit "B"), an affidavit and/or other evidence from the Claimant's physician indicating that the Claimant was proscribed Vioxx in lieu of any actual medical or pharmacy records indicating usage;

7. The identity and/or general circumstances surrounding any Vioxx Claimant where Brown Greer accepted, pursuant to the "Limited Documentation Exception" of Section 5, Exhibit 2.2.2 of the Vioxx Settlement Agreement (attached hereto as Exhibit "B"), "contemporaneous compelling evidence of usage" and any documentation that may provide a description of what the contemporaneous compelling evidence of usage was.

In issuing the subpoena, the Commonwealth of Virginia may take notice that the laws of Texas grant reciprocal privileges to citizens of the commonwealth for taking discovery in Texas. Specifically, Texas Rule of Civil Procedure 201.2 and Section 20.002 of the Texas Civil Practice and Remedies Code permit depositions or other discovery to be taken in Texas for use in proceedings in foreign jurisdictions.

IT IS FURTHER ORDERED that Brown Greer, PLC be subpoenaed to produce the following requested information:

1. Any documentation outlining the process, policies and procedures used to calculate a Point Award under the terms of the Vioxx Settlement;

2. Any documentation outlining the identity and/or the general circumstances concerning any Vioxx Claimant where Brown Greer accepted contemporaneous compelling evidence of usage when the pharmacy and/or medical records were destroyed and/or unavailable;

3. Any documentation outlining the identity and general circumstances concerning any Vioxx Claimant where Brown Greer accepted, pursuant to the "Limited Documentation Exception" of Section 5, Exhibit 2.2.2 of the Vioxx Settlement Agreement (attached hereto as Exhibit "B"), an affidavit and/or other evidence from the Claimant's physician indicating that the Claimant was proscribed Vioxx in lieu of any actual medical or pharmacy records indicating usage;

4. Any documentation outlining the identity and general circumstances surrounding any Vioxx Claimant where Brown Greer accepted, pursuant to the "Limited Documentation Exception" of Section 5, Exhibit 2.2.2 of the Vioxx Settlement Agreement (attached hereto as Exhibit "B"), "contemporaneous compelling evidence of usage" and any documentation that may provide a description of what the contemporaneous compelling evidence of usage was.

The foregoing requested information is necessary to the just outcome of the litigation. Accordingly, a subpoena shall be served upon Brown Greer, PLC and same shall produce the requested information as listed above by such means and process as is required by the rules of the Commonwealth of Virginia.

SIGNED THIS _____ day of _____ **DEC 1 7 2010** , 2010.

12·17·10

JUDGE PRESIDING



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this  January 3, 2011

Certified Document Number:          47243658 Total Pages: 3

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com