UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|   |   |   |
|---|---|---|
| IN RE: VIOXX<br>   PRODUCTS LIABILITY LITIGATION | :<br>:<br>:<br>:<br>:<br>: | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO:** *Jon Guthmiller, et al. v. Merck & Co., Inc., et al.*, No. 06-5552, only as to Maureen Welch

**ORDER**

Plaintiff Maureen Welch's Motion to Reinstate Claim and/or for Relief from Deadlines of the Settlement Program Due to Excusable Neglect and No Fault of Claimant or Her Current Attorney (Rec. Doc. 55992) came on for hearing on the 6th day of January, 2011. For the reasons orally assigned, the Settlement Program has closed and the Court cannot order that Ms. Welch be allowed to participate in the program.

However, the Court has also examined the dismissal of Ms. Welch's case. On December 10, 2008, the Court issued an Order to Show Cause (Rec. Doc. 17303) requiring certain plaintiffs, including Ms. Welch, whose attorneys had filed pending motions to withdraw, to notify the Pro Se Curator and the Court regarding their intention to proceed either *pro se* or with a different attorney. On February 3, 2009, the Court dismissed Ms. Welch's case with prejudice for failure to comply with the Court's Order. (Rec. Doc. 17723). However, on February 4, 2009, the Court entered into the record correspondence from Ms. Welch indicating her intent to pursue her case, (Rec. Doc. 17713), and on February 5, 2009, the Court granted a motion to enroll counsel for Ms. Welch (Rec. Doc. 17736). Thus, it appears that Ms. Welch may have complied with the Court's Order to Show Cause of December 10, 2008. Accordingly,

1

IT IS ORDERED that on or before April 4, 2011, Merck shall file a memorandum stating its position regarding whether Ms. Welch's personal injury action should be reinstated.

IT IS FURTHER ORDERED that Ms. Welch's motion (Rec. Doc. 55992) is DENIED.

New Orleans, Louisiana, this 18thth day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE

Clerk to serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Maureen Welch
857 Gaushen Rd. 14767
Panama, NY 14767

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Ms. Ginger K. DeForest
501 Clearview Parkway
Metairie, LA 70001