**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re:  VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br> ALL COMMON<br>BENEFIT FEE APPLICANTS | MDL Docket No. 1657<br><br>SECTION L<br><br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**FEE ALLOCATION COMMITTEE'S RESPONSE**
**TO OBJECTORS' MOTION FOR PRETRIAL ORDER 6F**

Objectors' Co-Lead and Liaison Counsel urge the Court to issue a pretrial order for two distinct purposes:  1) to establish a pre-determined point at which Objector Co-Lead and Liaison Counsel should be relieved of their responsibility; and 2) to rule that Objector Co-Lead and Liaison Counsel should be compensated from the Common Benefit Fund.  Neither of these matters is appropriate or ripe for the entry of a pretrial order, and Objector Co-Lead and Liaison Counsel's motion should be denied.

First, the Court has addressed at length the process by which it will deal with objections to the Fee Allocation Committee's recommended common benefit fee allocation.  As a part of that process, individual firms were given the opportunity to file an objection and supporting argument.[1]   Eighteen firms filed an objection.  In their objections, these firms ("Objectors") outlined the amount sought for their common benefit contribution and the reasons for seeking such an amount.  Objectors, either representing themselves or represented by outside counsel,

---

[1] All firms were previously afforded an opportunity to submit evidence in support of their claims, including affidavits, time records and oral presentations.

have already presented their claim as to the appropriate amount of common benefit fees they believe is owed to their firm and their reasoning.  The substance of these objections has been known to all parties since February 4, 2011.  Objectors' Co-Lead and Liaison Counsel were appointed thereafter.  In light of these facts, it is unclear why Objectors' Co-Lead and Liaison Counsel feel it is necessary for the Court to address a circumstance where they might need to address the amounts due to individual Objectors.  Objectors have already done this for themselves.  There is no need for a pretrial order as to this matter.

Secondly, Objectors' Co-Lead and Liaison Counsel's motion seeking compensation from the Common Benefit Fund should be denied.  Rather than select representatives from among themselves, Objectors chose to engage the services of outside counsel to serve as Co-Lead and Liaison Counsel.  The efforts of Counsel serve only the interests of Objectors and in no way benefit all common benefit counsel.  There is no basis for a finding that the fees of Objectors' Co-Lead and Liaison Counsel should be paid out of the Common Benefit Fund.  Rather, any fees owed to privately-retained Counsel should be paid by those who engaged them, the 18 firms that have filed an objection to the Fee Allocation Committee's recommended allocation of common benefit fees.

For these reasons, Objectors' Co-Lead and Liaison Counsel's motion for the entry of Pretrial Order 6F should be denied in its entirety.

Respectfully submitted,

Date:   March 21, 2011                    By: _____/s/ Russ M. Herman_____

**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
***Herman, Herman, Katz & Cotlar, L.L.P.***
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892

**PLAINTIFFS' LIAISON COUNSEL,
CHAIR OF THE FEE ALLOCATION
COMMITTEE, AND LIAISON
COUNSEL FOR COMMON BENEFIT
COUNSEL**


By: _____/s/ Andy D. Birchfield, Jr._____

**Andy D. Birchfield, Jr**.
***Beasley, Allen, Crow, Methvin,
Portis & Miles, P.C.***
P. O. Box 4160
Montgomery, AL  36103-4160
Telephone: (334) 369-2343

**PLAINTIFFS' CO-LEAD COUNSEL,
SECRETARY OF THE FEE
ALLOCATION COMMITTEE, AND
CO-LEAD COUNSEL FOR COMMON
BENEFIT COUNSEL**


By: _____/s/ Christopher A. Seeger_____

**Christopher A. Seeger**
***Seeger Weiss***
One William Street
New York, NY 10004
Telephone: (212) 584-0700

**PLAINTIFFS' CO-LEAD COUNSEL
AND CO-LEAD COUNSEL FOR
COMMON BENEFIT COUNSEL**

3

Russ M. Herman, Esq.
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
(504) 581-4892 (telephone)
(504) 561-6024 (telecopier)

Andy D. Birchfield, Jr., Esquire
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
(800) 898-2034 (telephone)
(334) 954-7555 (telecopier)

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Thomas V. Girardi, Esq.
GIRARDI & KEESE
1126 Wilshire Blvd.
Los Angeles, CA 90017-1904
(213) 977-0211 (telephone)

Mark Lanier, Esq.
LANIER LAW FIRM, PC
6810 FM 1960 West
Houston, TX 77069
(713) 659-5200 (telephone)
(713) 659-2204 (telecopier)

Edward F. Blizzard, Esq.
BLIZZARD, MCCARTHY & NABERS, LLP
Lyric Centre, 440 Louisiana
Suite 1710
Houston, TX 77002-1689
(713) 844-3750 (telephone)
(713) 844-3755 (telecopier)

Perry Weitz, Esq.
WEITZ & LUXENBERG
180 Maiden Lane
New York, NY 10038
(212) 558-5500 (telephone)
(212) 344-5461 (telecopier)

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

## FEE ALLOCATION COMMITTEE

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and email, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 21st day of March, 2011.

    /s/ Andy D. Birchfield, Jr.
**Andy D. Birchfield, Jr**.
*Beasley, Allen, Crow, Methvin,*
*Portis & Miles, P.C.*
P. O. Box 4160
Montgomery, AL  36103-4160
Telephone: (334) 369-2343
Facsimile: (334) 954-7555