UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | SPECIAL MASTER |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | PATRICK A. JUNEAU |
| | * | March 21, 2011 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * ***

## MOTION TO RESTORE COMMON BENEFIT FUND

NOW COME Co-lead counsel for the Objectors and move for the return to the common benefit fund of $18,539,236.85 by the parties who removed it: Messrs. Herman, Birchfield, and Seeger, any committee members who knew of or participated in the removal, and BrownGreer, the Administrator of the fund, for the reasons more fully set forth in the accompanying memorandum.

/s/ Robert E. Arceneaux  /s/ Margaret E. Woodward
_____  _____
Robert E. Arceneaux, La Bar No. 01199  MARGARET E. WOODWARD, La. Bar
ROBERT E. ARCENEAUX LLC  No.13677
47 Beverly Garden Drive  3701 Canal Street, Suite C
Metairie, LA 70001  New Orleans, Louisiana  70119
(504) 833-7533 office  (504) 301-4333 office
(504) 833-7612 fax  (504) 301-4365 fax
rea7001@cox.net  mewno@aol.com

**CO-LEAD COUNSEL FOR OBJECTORS IDENTIFIED IN FEB. 8 ORDER**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Restore Common Benefit Fund has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, and by upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8, on this date, March 21, 2011.

/s/ Robert Arceneaux
_____