UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | SPECIAL MASTER |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | PATRICK A. JUNEAU |
| | * | March 21, 2011 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * ***

## ORDER

On the above and foregoing motion,

**IT IS ORDERED** that BrownGreer Russ Herman, Andy Birchfield, and Chris Seeger, together with any members of the Plaintiffs' Steering Committee who knew of or participated in the removal of $18,539,236.85 from the Common Benefit Fund immediately restore such moneys to the fund with interest.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE