**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Dennis R. Harrison v. Merck & Co., Inc.,* | * | KNOWLES |
| **2:07-cv-00905-EEF-DEK** | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion for Leave to File Supplemental Memorandum in

Support of Motion to Show Cause Why Case Should Not Be Dismissed With Prejudice For

Failure To Comply With The Discovery Requirements Of PTO 28,

IT IS ORDERED that defendant Merck & Co., Inc., be and it hereby is granted leave to

file its Supplemental Memorandum in Support of Motion to Show Cause Why Case Should Not

Be Dismissed With Prejudice For Failure To Comply With The Discovery Requirements Of

PTO 28.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2011.

_____
DISTRICT JUDGE

1

1050213v.1