UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Dennis R. Harrison v. Merck & Co., Inc.,* | * | KNOWLES |
| 2:07-cv-00905-EEF-DEK | * | |
| | * | |

*******************************************************************************

**DEFENDANT MERCK & CO., INC.'S SUPPLEMENTAL MEMORANDUM IN
SUPPORT OF ITS MOTION TO SHOW CAUSE WHY CASE SHOULD NOT BE
DISMISSED WITH PREJUDICE FOR FAILURE TO COMPLY WITH
<u>THE DISCOVERY REQUIREMENTS OF PTO 28</u>**

Merck has moved this Court for entry of an order requiring Plaintiff Dennis Harrison to show cause why his case should not be dismissed with prejudice for failure to comply with the requirements of Pre-Trial Order No. 28 ("PTO 28"), as Mr. Harrison has ***affirmatively refused*** to provide the generic authorization forms for the collection of medical records, as well as other materials required by PTO 28, and Merck therefore has no ability to collect and preserve the evidence necessary to defend Mr. Harrison's personal injury claims.[1]

As noted in Merck's initial Memorandum supporting this Motion, Mr. Harrison has repeatedly refused to comply with the basic requirements of PTO 28 on the grounds that he should not be required to produce any discovery until he has the opportunity to take his own personal discovery from Merck. This Court clearly rejected such an argument when Mr.

---

[1] In addition, Merck has no record of Mr. Harrison ever issuing records preservation notices to his health care providers, as required by PTO 28.

1

Harrison previously proffered it as a reason for refusing to provide a *Lone Pine* expert report. *See* Pl.'s Mem. in Opp'n, Mar. 23, 2009, at 15-16.); Order, Apr. 9, 2009, ECF No. 18289, at 2. Merck submits this Supplemental Memorandum to provide the Court with the transcript of the March 27, 2009 hearing where Mr. Harrison presented his objections as to why he should comply with this Court's Order, and this Court rejected them. Ex. A at 4-7. A transcription of that hearing was not yet available at the time that Merck filed its motion papers.

For the foregoing reasons, as well as the reasons stated in its pending Motion, the Court should take the same action in this case as it did with respect to Mr. Harrison's previous refusal to comply with PTO 28. Accordingly, Merck respectfully requests that Mr. Harrison's claims be dismissed with prejudice. In the alternative, Merck respectfully requests that this Court order Mr. Harrison to provide the executed generic medical records authorizations required by PTO 28 within five (5) days.

Dated: March 22, 2011

                                                                       Respectfully submitted,

                                                                        */s/ Dorothy H. Wimberly*
                                                                        Phillip A. Wittmann, 13625
                                                                        Dorothy H. Wimberly, 18509
                                                                        STONE PIGMAN WALTHER WITTMANN L.L.C.
                                                                        546 Carondelet Street
                                                                        New Orleans, Louisiana 70130
                                                                        Phone: 504-581-3200
                                                                        Fax:   504-581-3361

                                                                        Defendants' Liaison Counsel

                                                                        —and—

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Attorneys for Merck & Co., Inc.

1050211v.1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Supplemental Memorandum has been served on Plaintiff Dennis Harrison by Federal Express at:

> 601 W. Brown Street
> Iron Mountain, MI 49801

I also hereby certify that the above and foregoing Rule to Show Cause has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 22nd day of March, 2011.

>                           /s/ Dorothy H. Wimberly
>                           Dorothy H. Wimberly, 18509
>                           STONE PIGMAN WALTHER
>                           WITTMANN L.L.C.
>                           546 Carondelet Street
>                           New Orleans, Louisiana 70130
>                           Phone: 504-581-3200
>                           Fax:    504-581-3361
>                           dwimberly@stonepigman.com
>
>                           Defendants' Liaison Counsel

1050211v.1