SUPREME COURT OF THE STATE OF NEW YORK — NEW YORK COUNTY
**HON. SHIRLEY WERNER KORNREICH**

PART 54

| Index Number : 116110/2004 | |
|---|---|
| JAROS, BARBARA | INDEX NO. |
| vs. | MOTION DATE |
| PFIZER | MOTION SEQ. NO. |
| SEQUENCE NUMBER : 004 | MOTION CAL. NO. |
| DISMISS | |

FILED JUN 09 [2009] COUNTY CLERK'S OFFICE NEW YORK

this motion to/for dismiss

PAPERS NUMBERED
1

Notice of Motion/ Order to Show Cause — Affidavits — Exhibits ...
Answering Affidavits — Exhibits _____
Replying Affidavits _____

Cross-Motion: ☐ Yes ☒ No

Upon the foregoing papers, it is ordered that this motion to dismiss the actions of Ronald Zuckenbush, Sr. and Sharon Seymour Zuckenbush for failure to comply with an order directing them to file a Plaintiff Profile Form (PPF), authorizations and response documents, despite repeated requests and extensions, is granted; and it is further

ORDERED that the actions of Ronald Zuckenbush, Sr., and Sharon Seymour Zuckenbush are dismissed and the clerk shall enter judgment accordingly.

Dated: _____  J.S.C.

Check one:   ☐ FINAL DISPOSITION   ☐ NON-FINAL DISPOSITION
Check if appropriate:   ☐ DO NOT POST   ☐ REFERENCE

HON. SHIRLEY WERNER KORNREICH

Burton ORDERED that Barbara Jarost and the Per plaintiffs shall refile their, attorney and not a joint, action within 10 days of service of this decision with notice of entry or their action will be dismissed.


HON. SHIRLEY WERNER KORNREICH  6/6/08

**FILED**

JUN 09 2008

COUNTY CLERK'S OFFICE
NEW YORK