UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Ronald Quackenbush, Sr., et al. v. Merck & Co., Inc.*, 2:10-cv-04506-EEF-DEK | * | |
| | * | |
| | * | |

********************************************************************************

### [PROPOSED] ORDER GRANTING MERCK & CO., INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS UNDER RULE 12(C)

This matter is before the Court on the motion of Defendant Merck & Co., Inc., pursuant to Federal Rule of Civil Procedure 12(c), for the entry of judgment on the pleadings in Merck's favor on all claims. The Court being sufficiently advised, hereby **GRANTS** said motion and hereby **ORDERS** that all claims of Plaintiffs Ronald and Sharon Quackenbush against Defendant Merck & Co., Inc. are hereby dismissed with prejudice.

NEW ORLEANS, LOUISIANA, this ___ day of _____, 20___.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1050386v.1