

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
March 20, 2011

IN RE: VIOXX

PRODUCTS LIABILITY LITIGATION

MDL NO: 1657
SECTION: L   05-MD-1657 L(3)

JUDGE FALLON
MAG. JUDGE KNOWLES

This document relates to:   Antonio Denson
Case NO: 11-30116

APPEAL

We are requesting and appeal of Judge Fallon order dated March 15, 2011 which denied Mr. Denson's request for $47.5 million dollar which is the same amount awarded to a plaintiff with similar Vioxx related injuries. In Judge Fallon's ruling it was stated that Mr. Denson was a part of the Vioxx settlement ruling which he voluntarily agreed to participate in however, Mr. Denson's initial request was to have a jury trial. This case originated in New Jersey and was subsequently dismissed with stipulation with prejudice and transferred to Judge Fallon who is the chief administrator over the Vioxx product liability litigation. Mr. Denson is seeking to understand what the stipulation of dismissal with prejudice means and due to a lack of communication from his attorney Seeger Weiss, Mr. Denson wrote to Judge Fallon to get relief. Mr. Denson has suffered irreparable damage as a result of taking Vioxx. Prior to taking Vioxx Mr. Denson was a healthy working individual who has had to retire do to his inability to work because of declining health all specifically related to taking Vioxx.

My case was litigated by Seeger Weise, LLP but specifically by Mr. Christopher Seeger. Mr. Denson was scheduled for a six jury member trial and Mr. Seeger decided to change to a settlement. Mr. Denson is not in receipt of any paperwork from Vioxx related to settlement. In Judge Fallon ruling he spoke of the fifth circuit court not having jurisdiction over this matter but Mr. Denson believes that he is due some relief and that has not been provided. Please give this matter your urgent attention. Thanking you in advance for your help.

*Antonio Denson*

Antonio Denson
804 Lyons Street
New Orleans, La. 70115

Serve:
Mr. Chris Seeger
Mr. Phillip Wittmann
Ms. Dorothy Hudson Wimberly
Honorable Carol E. Higbee