UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
        PRODUCTS LIABILITY LITIGATION

:    MDL NO. 1657
:
:    SECTION: L
:
:
:    JUDGE FALLON
:    MAG. JUDGE KNOWLES

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**This document relates to:**   *Antonio Denson*

**ORDER**

The Court continues to receive contact from Vioxx claimant Antonio Denson. Mr. Denson believes he is entitled to $47.5 million because that is the amount awarded by a jury to a different, unrelated individual with a different Vioxx injury after that individual's case was tried to verdict in state court in New Jersey. Mr. Denson did not try his case, and instead opted into the Vioxx Settlement Program and agreed to be bound by the terms of that program. The Court has previously attempted to explain that Mr. Denson is not entitled to $47.5 million, or indeed any money outside of the Settlement Program. (Rec. Docs. 51200, 54507). Mr. Denson sought relief from the United States Court of Appeals for the Fifth Circuit, which denied the appeal for lack of jurisdiction. (Rec. Doc. 62660).

The Court now reiterates that it has no authority or basis to grant special treatment to Mr. Denson or to award him any amount of money, let alone $47.5 million. Simply because one jury awarded one Vioxx claimant a verdict does not mean that Mr. Denson is entitled to the same amount of money. Mr. Denson instead pursued his claim through the Settlement Program, which has been completed. Mr. Denson is bound by that outcome. There is no money that should have been awarded to Mr. Denson but was not, and there is no party or individual who has any money

1

that should have been awarded to Mr. Denson.  To be perfectly clear, Mr. Denson is not entitled

to any money and the Court cannot award him any money.

New Orleans, Louisiana, this 15th day of March, 2011.

_Eldon E. Fallon_
UNITED STATES DISTRICT JUDGE

Clerk to serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130

Antonio Denson
327 Citrus Avenue
Arcadia, FL 34266

Claims Administrator
BrownGreer PLC
115 S. 15th St.
Suite 400
Richmond, VA 23219

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  | : | MDL NO. 1657 |
|---|---|---|
| IN RE: VIOXX | : | |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : | |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . :

**This document relates to:**   *Antonio Denson*

### ORDER

Considering the application and affidavit to proceed in forma pauperis,

**IT IS ORDERED** that:

[X]    the motion is GRANTED; the party is entitled to proceed in forma pauperis.

[ ]    the motion is DENIED; the party has sufficient funds to pay the filing fee.

[ ]    the motion is DENIED; the party is not entitled to proceed in forma pauperis for the listed reasons: _____
_____

New Orleans, Louisiana, this 19th day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE

Clerk to serve:
    Antonio Denson
    Citrus Avenue
    Arcadia, FL 34266

1

**SEEGER WEISS LLP**
550 Broad Street, Suite 920
Newark, New Jersey 07102
Telephone: (973) 639-9100

RECEIVED and
FILED

NOV 12 2009

ATLANTIC COUNTY
LAW DIVISION

---

ANTONIO D DENSON,

          Plaintiff(s),

v.

MERCK & CO., INC.,

          Defendant(s).

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION: ATLANTIC COUNTY

In Re: VIOXX® LITIGATION
Case Code No. 619

DOCKET NO. ATL-L10471-06-MT

**STIPULATION OF DISMISSAL
WITH PREJUDICE
AS TO ALL DEFENDANTS**

Pursuant to R. 4:37:1(a), the undersigned counsel hereby stipulate that all claims of

plaintiff, Antonio D Denson, against defendant Merck & Co., Inc. and all other named

defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

SEEGER WEISS LLP

_____
Christopher A. Seeger, Esq.
David R. Buchanan, Esq.
Seeger Weiss LLP
550 Broad Street, Suite 920
Newark, NJ 07102
973-639-9100

Dated: _2-17-08_____

Attorneys for
Merck & Co., Inc.

_____
Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
Tel: (314) 259-2000
Fax: (314) 259-2020

Charles Cohen
Hughes, Hubbard & Reed
One Battery Park Plaza
New York, NY 10004
Phone: (212) 837-6000
Fax: (212) 422-4726

Dated: _10/22/09_____

**Date:**                                                                      22002-
**Attorney: Boisvert**
**Interviewer: AEW**
**Kresch Client #:**

## SEEGER WEISS LLP VIOXX CLIENT INTERVIEW

### GENERAL INFORMATION
Name: Antonio Denson                          Home Phone: 863-494-0086
Address: 327 Citrus Ave                       Work Phone: 863-990-3308
City/State/Zip: Arcadia, FL 34266-3054        Other Phone: 863-990-2398
County: DeSoto

**Emergency Contact: Grace Summers (aunt) 863-494-3142**

Social Security Number:  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

Date of Birth: 8/2/54
Date of Death: N/A

Marital Status:          ___married    ___single    _x__divorced   ___widowed
Date of Marriage         Date of divorce 1992
If married, name of spouse:

### EMPLOYMENT HISTORY
Employment Status:     __x__employed       ___unemployed      ___Retired     ___On Disability

If on disability, provide date and reason:

Name of present or most recent Employer: DeSoto County Board of Commissioners, Maintenance Dept.

Dates Employed: 2000--present              Occupation/Title: Maintenance Technician

Name of employer at time of injury, if different:

Dates employed:                           Occupation/Title:

### LEGAL INFORMATION
Has client ever filed a lawsuit before?                          ___Yes      _x__No
    If yes, list state, city and court of filing:
    Reason for suit:
    Attorney's name and address:

Has client ever pled guilty to or been convicted of a misdemeanor or felony?   ___Yes      _x__No
    If yes, date:
    Charged with what crime:
    Was client incarcerated?

### STROKE INFORMATION AND USE OF VIOXX

Dates of use:          Dosage

SEEGER WEISS LLP ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

Date of stroke:  N/A   Type of stroke:

Present complaint:

Height and weight at time of stroke:

Name and address of hospital where stroke diagnosed/treated:

Name and address of diagnosing/treating physician(s):

Were CT scans or head and neck MRI's performed after stroke?           ___Yes           ___No
    If yes, list facilities and dates:

## HEART ATTACK INFORMATION AND USE OF VIOXX

Dates of use:  2/17/03—10/14/04    Dosage:  25 or 50 mg/day

Date of heart attack:  8/14/03 or 9/3/03

Present complaint: still under physician's care; on multiple medications

Height and weight at time of Heart Attack: 6'0" 186 lbs

Name and address of hospital where heart attack was diagnosed/treated: DeSoto Memorial Hospital, PO Box 2177, Arcadia, FL 34265

Name and address of diagnosing/treating physician(s): Dr. Mead (ER) ICU @ DeSoto Memorial

Name, address and phone # of physician currently treating injury: Dr. Nathan & Dr. King

Were any of the following performed during or after client's Vioxx use? :

_x__EKG                                              __x_Chest x-ray

__x_Echocardiogram                                  __x_ Cardio Catheterization

If yes, list facilities and dates: DeSoto Memorial 9/3/03

## MEDICAL HISTORY

### Family History:
Has anyone in client's family suffered from hypertension?        ___Yes        _x__No
    If yes, list family members:

Has anyone in client's family suffered a stroke?                 ___Yes        _x__No
    If yes, list family member, type of stroke, and age at stroke:

SEEGER WEISS LLP ATTORNEY WORK PRODUCT        2
PRIVILEGED AND CONFIDENTIAL

Has anyone in client's family suffered a heart attack?          ___Yes          _x__No
    If yes, list family member:

**Personal History:**

*Prior* to VIOXX ingestion and subsequent injury, did client have history of:

| | | | |
|---|---|---|---|
| Hypertension | ___Yes | _x__No | If yes, date of onset |
| Stroke | ___Yes | _x__No | If yes, type and date of onset |
| Cardiac Disease | ___Yes | _x__No | If yes, type and date of onset |
| Cancer | ___Yes | _x__No | If yes, type and dates treated |
| Diabetes | ___Yes | __x_No | If yes, type and date of onset |
| Hyperthyroidism | ___Yes | __x_No | If yes, date of onset |
| Renal Insufficiency | ___Yes | _x__No | If yes, date of onset |
| Sickle Cell Anemia | ___Yes | _x__No | If yes, date of onset |
| Asthma | ___Yes | _x__No | If yes, date of onset |
| Smoking | ___Yes | _x__No | If yes, years      # of packs per day |
| Depression | ___Yes | _x__No | If yes, dates treated |
| Eating Disorders | ___Yes | _x__No | If yes, type and dates treated |
| Alcohol Abuse | ___Yes | _x__No | If yes, dates treated |
| Drug Abuse | ___Yes | _x__No | If yes, dates treated |

List any other significant health problems or illnesses (include dates of onset):

**Medications:**
List *all* prescription and over-the-counter medications taken during the one year prior to stroke. For prescription drugs, include name of prescribing doctor and reason for prescription. (Specifically, ask client about use of any asthma medications, aspirin, anti-depressants, anti-inflammatory, and diuretics).

| Name of drug | Dates of Use | Reason taken/prescribed | Prescribing doctor |
|---|---|---|---|
| Vioxx | 2/17/03-10/14/04 | arthritis | Martin/Nathan |
| Ultracet | 2003 | arthritis | Martin |

SEEGER WEISS LLP ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

3

## **HEALTH CARE PROVIDERS**

List the names, specialties, addresses, and treatment dates for all health care providers client has seen *for the past ten years (if stroke was over ten years ago, start two years prior to stroke)*. Include doctors, hospitals, pharmacies, and any treatment facilities/programs consulted for all conditions listed on pages 2, 3 and 4 of the Client Interview, as well as general practitioners, family physicians, neurologists, cardiologists, rehabilitation centers, etc. Attach additional pages if necessary.

**Doctors:**
Name and specialty of Doctor, Address & Phone Number, Dates Treated

Calvin Martin, fp, DeSoto Memorial Center for Family Health, PO Box 2290, Arcadia, FL 34265 (1997-2003)

Wael Alokeh, gp, DeSoto Memorial Center for Family Health, PO Box 2290, Arcadia, FL 34265 (2003—present)

Vaidy Nathan, gp, 830 N. Mills Ave, Arcadia, FL 34266 863-494-6599 (2003—present)

Dr. King, cardiology, Lee Ave, Arcadia, FL (2004—present)

Bonugua, arthoscopic surgery, DeSoto Memorial Hospital, PO Box 2177, Arcadia, FL 34265 (2002)

**Hospitals:**
Name of Hospital, Address & Phone Number, Dates of Admission

DeSoto Memorial Hospital, N. Roberts Ave or PO Box 2177, Arcadia, FL 34265 (941) 494-3535 (2001)

**Pharmacies:**
Name of Pharmacy Address, & Phone Number, Dates Prescriptions Filled

Wal Mart Pharmacy, 2725 SE Highway 70, Arcadia, FL 34266

Case 2:05-md-01657-EEF-DEK   Document 59699   Filed 01/12/11   Page 1 of 2

AO 240   (Rev. 01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT

for the

*Eastern* District of *Louisiana*

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    JAN 12 2011

LORETTA G. WHYTE
CLERK

*Antonio D. Denson*                    )
      Plaintiff                              )
                                        )     Civil Action No.
*Vioxx Products Liability*             )
      Defendant                              )
      *Litigation*           MDL No 1657 L

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

        I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    JAN 12 2011

LORETTA G. WHYTE
CLERK

        In support of this application, I answer the following questions under penalty of perjury:

        1. *If incarcerated.* I am being held at: _____ N/A _____

If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

        2. *If not incarcerated.* If I am employed, my employer's name and address are:

My take-home pay or wages are: $ _____ N/A unemploy _____ per *(specify pay period)* _____.

        3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment    ☐ Yes    ☑ No
(b) Rent payments, interest, or dividends    ☐ Yes    ☑ No
(c) Pension, annuity, or life insurance payments    ☐ Yes    ☑ No
(d) Disability, or worker's compensation payments    ☑ Yes    ☐ No
(e) Gifts, or inheritances    ☐ Yes    ☑ No
(f) Any other sources    ☐ Yes    ☑ No

        *If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

Disability Do To Vioxx,
$860 00

_____ Fee _____
X  Process _____
X  Dktd _____
X  CtRmDep _____
   Doc No. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                        :        MDL NO. 1657
      PRODUCTS LIABILITY LITIGATION       :        SECTION: L
                                          :
                                          :        JUDGE FALLON
                                          :        MAG. JUDGE KNOWLES

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**This document relates to:** *Antonio Denson*

### ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Antonio Denson. IT IS ORDERED that the attached correspondence be filed into the record. The Court has reviewed the correspondence and continues to receive frequent telephone calls from Mr. Denson. Mr. Denson evidently asks the Court to award him $47,500,000 for his alleged Vioxx-related injuries, the same amount awarded to a plaintiff whose case was tried to verdict in state court in New Jersey. Mr. Denson voluntarily participated in the Vioxx Settlement Program and agreed to the terms of the program when he did so. The Court finds no reason to deviate from those terms, especially in the manner which Mr. Denson requests.

New Orleans, Louisiana, this 28th day of October, 2010.

UNITED STATES DISTRICT JUDGE

Clerk to serve:
    Mr. Russ Herman
    Plaintiff's Liaison Counsel
    Herman, Herman Katz & Cotlar, LLP
    820 O'Keefe Ave.
    New Orleans, LA 70113

    Antonio Denson
    327 Citrus Avenue
    Arcadia, FL 34266

1



Antonio Denson
327 Citrus Ave
Arcadia, Florida  34266

October 25, 2010

Ref: Vioxx Products Liability Litigation

Honorable Judge Eldon Fallon
United States District Court
Eastern District of Louisiana
500 Poydras St.  Room C456
New Orleans, Louisiana  70130

Dear Judge Fallon,

Please refer to your order dated September 3, 2010, relating to Antonio Denson,  as you know the Vioxx
ligitation has been on going for better than six years and I have not gotten any relief from my attorney
concerning this matter.  Sir my case was heard by the honorable judge Carol E. Higbee and a financial
release was awarded to my attorney in the Superior Court of New Jersey Law Division : Atlantic County;
In Re: Vioxx Litigation Case Code No. 619; Docket No. ATL-L10471-06MT and signed by Merck Attorney
Stephen Strauss  on 10/22/09.  My case was one of two cases to be heard by Judge Higbee in state
court.  Sir I have suffer numerous surgeries, my health is on a steady decline and I am unable to work as
a result of the Vioxx I had taken.  The releif that I seek is the same relief awared to Mr. Fredrick Mike
Humeston awarded in the case of Humeston vs Merck & Co, Inc. ordered on June 8th, 2005; Case No.
619; ATL-L-2272-03, judgment award of $47,500,000. Both Mr. Humeston and my cases were litigated
by Seeger Weiss, LLP and specifically by Mr. Christopher Seeger.  On Friday October 14, 2010 during the
announcement on the federal court house steps on Poydras St. Mr. Russ Herman, Plantiff Liaison
Counsel , of Herman, Herman Katz & Cotlar, LLP was made lead co-counsel of the drywall litigation along
with Mr. Christopher Seeger.  Sir once again this Mr. Seeger was in your court and I hope that you were
able to speak with him about the relief I seek in this matter.  I spoke with Mr. Seeger on the steps of the
fereral court on October 14, 2010 and he reassured me that he would revisit what ever compliants I had.
However, as of this date Mr. Seeger has not returned any of the calls which I have made to his office.  Sir
I pray that with this letter and your help I will be able to get the relief that is due me for the injuries I
suffered as a result of taking Vioxx.  I am enclosing documents relating to this matter.  I would
appreciate your urgent attention to this matter.  Thanking you in advance.

Sincerely,

Antonio Denson

CC: US Attorney Jim Letten
     Chief Judge Honorable Sarah S. Vance
     Supreme Court of New Jersey, District Ethics Committee

RECEIVED

SEP - 2 2010

U.S. DISTRICT JUDGE
EUGENE E. FALLON

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

*(stamp: FILED U.S. DISTRICT COURT EASTERN DISTRICT OF LA 2010 APR 28 PM 3:32 LORETTA G. WHYTE CLERK)*

IN RE: VIOXX
      PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:** *Antonio Denson*

**ORDER**

    The Court is in receipt of the attached correspondence from Vioxx Plaintiff Antonio Denson. IT IS ORDERED that the attached correspondence be entered into the record. In addition, a copy of the correspondence shall be forwarded to the Claims Administrator and to liaison counsel to take whatever action, if any, they deem necessary.

    Due to the personal information listed in the attached correspondence, IT IS FURTHER ORDERED that the correspondence by filed UNDER SEAL.

New Orleans, Louisiana, this 28th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Antonio Denson
327 Citrus Ave
Arcadia, FL 34266

Fee _____
Process _____
x Dktd _____
CtRmDep _____
Doc. No. _____

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION:  L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : | | |

**This document relates to:**   *Antonio Denson*

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Antonio

Denson.  IT IS ORDERED that the attached correspondence be filed into the record UNDER

SEAL due to personal information contained therein.  The Court has reviewed the

correspondence and has received frequent telephone calls from Mr. Denson.  The Court finds no

grounds for the relief Mr. Denson seeks.  The Court does not order that any action be taken at

this time.

New Orleans, Louisiana, this 3rd day of September, 2010.

UNITED STATES DISTRICT JUDGE

Clerk to serve:

Mr. Russ Herman                                      Antonio Denson
Plaintiff's Liaison Counsel                      327 Citrus Avenue
Herman, Herman Katz & Cotlar, LLP      Arcadia, FL 34266
820 O'Keefe Ave.
New Orleans, LA 70113

1

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Claims Administrator
BrownGreer PLC
115 S. 15th St.
Suite 400
Richmond, VA 23219

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130

Chris Seeger
Seeiger Weiss, LLP
550 Broad St., Suite 920
Newark, NJ 07102

**SEEGER WEISS LLP**
550 Broad Street, Suite 920
Newark, New Jersey 07102
(973) 639-9100

**FILED**

JUN 08 2005

CAROL E. HIGBEE, J.S.C.

**Attorneys for Plaintiffs**

--------------------------------------------------- x
                                                    :    SUPERIOR COURT OF NEW JERSEY
In Re: VIOXX LITIGATION                             :    LAW DIVISION: ATLANTIC COUNTY
                                                    :
                                                    :    CASE CODE 619        / / /
                                                    :
                                                    :    CIVIL ACTION
                                                    :
                                                    :    **ORDER**
                                                    :
--------------------------------------------------- x
                                                    :
HUMESTON V. MERCK & CO., INC.                       :    ATL-L-2272-03
                                                    :
                                                    :
--------------------------------------------------- x

     **THIS MATTER** having come before the Court on June 3, 2005 and counsel for

plaintiffs and counsel for defendant having been present and for good cause shown,

     **IT IS** on this _8th_ day of June, 2005,

     **ORDERED** as follows:

     In the case of *Humeston v. Merck & Co., Inc.*, ATL-L-2272-03, the pre-trial

schedule is as follows:

    1.    **Jury Selection**:  September 12, 2005

    2.    **Dispositive Motions**

        a.  July 22, 2005:  Filing of summary judgment motions (other than

           N.J. R. Evid. 702 motions)

     b.  August 8, 2005:  Oppositions to summary judgment motions (other

          than N.J. R. Evid. 702 motions)

3.    **N.J. R. Evid. 702 Motions**

     a.  August 1, 2005:  Filing of N.J. R. Evid. 702 motions

     b.  August 15, 2005:  Opposition to N.J. R. Evid. 702 motions

     c.  August 19, 2005:  Reply to N.J. R. Evid. 702 motions

4.    **In Limine Motions**

     a.  August 12, 2005:  Filing of motions in limine

     b.  August 22, 2005:  Opposition to motions in limine

     c.  August 25, 2005:  Reply to motions in limine

5.    **Designation of Deposition Testimony**

     a.  July 29, 2005:  Designations of deposition testimony

     b.  August 12, 2005: Objections to designations of deposition testimony

          and counter-designations

     c.  August 19, 2005:  Objections to counter-designations

6.    **Witness Lists, Exhibit Lists, and Proposed Jury Questionnaires**

     Parties will exchange witness lists, exhibit lists, and proposed jury

questionnaires on August 1, 2005.

_____

Honorable Carol E. Higbee, J.S.C

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION:  ATLANTIC COUNTY

In re:  VIOXX® LITIGATION

Case No. 619

**AUTHORIZATION FOR RELEASE OF
MEDICAL RECORDS PURSUANT TO
45 C.F.R. § 164.508 (HIPAA)**

Name:____Antonio Denson_____

Date of Birth: _8/2/5 ¼_____

Social Security Number: _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_

    I hereby authorize _____ to release all existing medical records regarding the above-named person's medical care, treatment, physical condition, and/or medical expenses to the law firm of **DECHERT LLP, P.O. Box 5218, Princeton, New Jersey 08543-5218 and/or HUGHES HUBBARD & REED LLP, 101 Hudson Street, Jersey City, New Jersey  07302-3918 or their designated agent(s) ("Receiving Parties").**  These records shall be used or disclosed solely in connection with the currently pending VIOXX® litigation involving the person named above.  This authorization shall cease to be effective as of the date on which the above-named person's VIOXX® litigation concludes.  The Receiving Parties shall return or destroy the protected health information (including all copies made) at the end of the above-named person's litigation or proceeding.

    I understand that the health information being used/disclosed may include information relating to the diagnosis and treatment of Human Immunodeficiency Virus (HIV), Acquired Immune Deficiency Syndrome (AIDS), sexually transmitted disease and drug and alcohol disorders.

    This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs, EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms, admission and discharge records, operation records, doctor and nurses notes (excluding psychotherapy notes maintained separately from the individual's medical record that document or analyze the contents of conversation during a private counseling session or a group, joint, or family counseling session by referring to something other than medication prescription and monitoring, counseling session start and stop times, the modalities and frequencies of treatment furnished, results of clinical tests, and any summary of the following items: diagnosis, functional status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills, invoices, histories, diagnoses, narratives, and any correspondence/memoranda and billing information.  It also includes, to the extent such records currently exist and are in your possession, insurance records, including Medicare/Medicaid and other public assistance claims, applications, statements, eligibility material, claims or claim disputes, resolutions and payments, medical records provided as evidence of services provided, and any other documents or things

# CIVIL CASE INFORMATION STATEMENT
## (CIS)



Use for initial Law Division – Civil Part pleadings (not motions) under Rule 4:5-1.

**Pleading will be rejected for filing, under Rule 1:5-6(c), if information above the black bar is not completed or if attorney's signature is not affixed.**

| FOR USE BY CLERK'S OFFICE ONLY | |
|---|---|
| PAYMENT TYPE: | CK   CG   CA |
| CHG/CK NO. | |
| AMOUNT: | |
| OVERPAYMENT: | |
| BATCH NUMBER: | |

| ATTORNEY/PRO SE NAME | TELEPHONE NUMBER | COUNTY OF VENUE |
|---|---|---|
| Christoper A. Seeger, David R. Buchanan | ( 973 ) 639-9100 | Atlantic County |

| FIRM NAME (If applicable) | DOCKET NUMBER (When available) |
|---|---|
| Seeger Weiss L.L.P. | ATL-L-10471-06 |

| OFFICE ADDRESS | DOCUMENT TYPE |
|---|---|
| 550 Broad Street, Suite 920 Newark, NJ 07102 | Abbreviated Short Form Complaint |
| | JURY DEMAND ☑ YES  ☐ NO |

| NAME OF PARTY (e.g., John Doe, Plaintiff) | CAPTION |
|---|---|
| ANTONIO DENSON, Plaintiff(s) | ANTONIO DENSON, Plaintiff(s) v. Merck & Co., Inc. Defendant |

| CASE TYPE NUMBER (See reverse side for listing)   619 | IS THIS A PROFESSIONAL MALPRACTICE CASE?  ☐ YES  ☑ NO IF YOU HAVE CHECKED "YES," SEE N.J.S.A. 2A:53A-27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |
|---|---|

| RELATED CASES PENDING?  ☑ YES ☐ NO | IF YES, LIST DOCKET NUMBERS   Vioxx Mass Tort Litigation |
|---|---|

| DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)?  ☐ YES ☑ NO | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY, IF KNOWN ☐ NONE  ☑ UNKNOWN |
|---|---|

## THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| A. DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP?  ☐ YES ☑ NO | IF YES, IS THAT RELATIONSHIP | ☐ EMPLOYER-EMPLOYEE   ☐ FRIEND/NEIGHBOR   ☐ OTHER (explain) _____ ☐ FAMILIAL   ☐ BUSINESS |
|---|---|---|

| B. DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY?  ☐ YES ☑ NO | |
|---|---|

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION:

RECEIVED and
FILED

AUG 30 2006

ATLANTIC COUNTY
LAW DIVISION

| ☐ DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS?  ☐ YES ☑ NO | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION: _____ |
|---|---|

| WILL AN INTERPRETER BE NEEDED?  ☐ YES ☑ NO | IF YES, FOR WHAT LANGUAGE: _____ |
|---|---|

ATTORNEY SIGNATURE

Revised effective 4/1/05

**SEEGER WEISS LLP**
550 Broad Street, Suite 920
Newark, NJ 07102
973-639-9100
Attorneys for Plaintiff

RECEIVED and
FILED

AUG 3 0 2006

**ATLANTIC COUNTY**
**LAW DIVISION**

IN THE SUPERIOR COURT OF NEW JERSEY
LAW DIVISION, ATLANTIC COUNTY

| | |
|---|---|
| **ANTONIO DENSON,** | No.: ATL-L-10471-MT |
| Plaintiff, | VIOXX LITIGATION |
| v. | Case Code Number: 619 |
| **MERCK & CO., INC.,** | **ABBREVIATED SHORT FORM COMPLAINT FOR VIOXX LITIGATION** |
| Defendant. | **JURY TRIAL DEMANDED** |

## ABBREVIATED INDIVIDUAL COMPLAINT FOR VIOXX LITIGATION AND ADOPTION BY REFERENCE

1.     Plaintiff for his claims against the Defendant states and alleges as follows
and incorporates by reference the relevant portions of the Master Complaint on file
entitled: In Re: Vioxx Litigation Case Code Number 619, now pending in the Superior
Court of New Jersey, Law Division, Atlantic County before the Honorable Carol E.
Higbee, J.S.C.

Plaintiff selects and indicates by checking off the appropriate boxes, those
claims that are specific to his case.  Where claims require, pursuant to New Jersey law,
specific pleading or case specific facts and individual information, plaintiff shall add and
include them herein.

2.      Plaintiff, Antonio Denson (hereinafter referred to as "Plaintiff"), is an individual who resides at 327 Citrus Avenue, Arcadia, Florida, 34266-3054.

2A.     On or about September 3, 2003, Plaintiff suffered the following injury as a result of ingesting Vioxx:  Congestive Heart Failure.

2B.     Plaintiff brings this action:

    ____X____ on behalf of himself.

    _____ as the representative of _____.

    _____ as the parent and natural guardian ad litem of _____,
a minor born on_____.

    _____ as Administrator of the Estate of Plaintiff's _____
(hereinafter "Decedent", see Letters of Administration annexed hereto as Exhibit A), who died on _____.

2C.     Plaintiff claims damages as a result of:

____X____      Personal Injury to himself

_____      Wrongful Death

_____      Survival Action

_____      Loss of Consortium (per quod)

_____      Loss of Services

____X____      Economic Loss

3.      Plaintiff purchased and/or otherwise obtained Vioxx, which Plaintiff ingested from February 17, 2003 to August 30, 2004.

4.    Plaintiff's spouse, <u>N/A</u>, (hereinafter referred to as "Spouse")

is an adult individual residing at, <u>N/A</u>, and claims damages as a result of:

_____    Loss of Consortium, date of marriage _____.

_____    Wrongful Death, date of death _____.

5.    The following claims asserted in the Master Complaint and the allegations

with regard thereto in the Master Complaint are herein adopted by reference:

<u>X</u>    Count I:    Product Liability – Defective Design (New Jersey Products

Liability Act – N.J.S.A. 2A:58C-1 et seq.)

<u>X</u>    Count II:    Product Liability- Failure to Warn (New Jersey Products

Liability Act - N.J.S.A. 2A:58C-1 et seq.)

<u>X</u>    Count III:    NJ Consumer Fraud Act (N.J.S.A. 56:8-1 et. seq.)

<u>X</u>    Count IV:    Breach of Express Warranty

<u>X</u>    Count V:    Punitive Damages Under Common Law & Products

Liability Act (N.J.S.A. 2A:C-1)

_____    Count VI:    Wrongful Death

_____    Count VII:    Survival Action

_____    Count VIII:    Loss of Consortium

Plaintiff asserts the following additional theories of recovery against Merck &

Co., Inc.: N/A

* If you include additional claims against entity(ies) other than Merck & Co., Inc., the

facts supporting this count must be specifically pled by the plaintiff and the defendants

## CERTIFICATION OF NOTICE

Pursuant to N.J.S.A., 56:8-20, Plaintiff is mailing a copy of this Complaint and

Jury Demand to the Office of Attorney General, Cn-006, Trenton, New Jersey, within

(10) days of the filing of this Complaint and Jury Demand.

_____

Christopher A. Seeger, Esq.
David R. Buchanan, Esq.
Seeger Weiss LLP
550 Broad Street, Suite 920
Newark, NJ 07102
973-639-9100

Dated:  August 29, 2006

**OF COUNSEL:**
Jerrold S. Parker, Esquire
Herbert L. Waichman, Esquire
Parker & Waichman, LLP
111 Great Neck Road, 1st Floor
Great Neck, New York 11021
516.466.6500
516.466.6665 (fax)

## CERTIFICATION OF NOTICE

Pursuant to N.J.S.A., 56:8-20, Plaintiff is mailing a copy of this Complaint and

Jury Demand to the Office of Attorney General, Cn-006, Trenton, New Jersey, within

(10) days of the filing of this Complaint and Jury Demand.

_____
Christopher A. Seeger, Esq.
David R. Buchanan, Esq.
Seeger Weiss LLP
550 Broad Street, Suite 920
Newark, NJ 07102
973-639-9100

Dated: August 29, 2006

**OF COUNSEL:**
Jerrold S. Parker, Esquire
Herbert L. Waichman, Esquire
Parker & Waichman, LLP
111 Great Neck Road, 1st Floor
Great Neck, New York 11021
516.466.6500
516.466.6665 (fax)

against who they are alleged must be identified on a separate sheet of paper attached to the Complaint.

\* If you have included any additional theories of recovery, to the extent they require specificity in pleadings, the specific facts and allegations supporting these theories must be pleaded by the plaintiff in a manner complying with the requirements of the New Jersey Rules of Court.

## DEMAND FOR JURY TRIAL

Demand is hereby made for a trial by jury.

_____
Christopher A. Seeger, Esq.
David R. Buchanan, Esq.
Seeger Weiss LLP
550 Broad Street, Suite 920
Newark, NJ 07102
973-639-9100

Dated: August 29, 2006

**SEEGER WEISS LLP**
ATTORNEYS AT LAW
550 BROAD STREET
NEWARK, NEW JERSEY 07102-4573
(973) 639-9100
FAX (973) 639-9393
www.seegerweiss.com

CHRISTOPHER A. SEEGER[NJ NY]
STEPHEN A. WEISS[NY]
DAVID R. BUCHANAN[NJ NY]
DIOGENES P. KEKATOS[NY]
ERIC T. CHAFFIN[NY PA]
MOSHE HORN[NJ NY]
JONATHAN SHUB[CA PA]

MICHAEL L. ROSENBERG[•NJ NY]
MARC S. ALBERT[•NY]
DONALD R. BRADFORD[•OK]
JAMES A. O'BRIEN III[•MA NY]

•COUNSEL
Attorneys admitted in
states as denoted.

RICK BARRECA[NJ NY]
TERRIANNE BENEDETTO[NJ PA]
KEVIN G. BOISVERT[NJ RI]
PATRICIA D. CODEY[NJ]
TODD DRAYTON[NJ PA]
SINDHU S. DANIEL[MI NJ PA]
DONALD A. ECKLUND[NJ NY]
MICHAEL S. FARKAS[NY]
DENNIS M. GEIER[NJ NY]
SCOTT A. GEORGE[NJ PA]
JEFFREY S. GRAND[NY]
ROOPAL P. LUHANA[NY]
LAURENCE V. NASSIF[NJ NY]
ANDREA M. PI-SUNYER[NY]
DENISE K. STEWART[NJ]
MELISSA L. STEWART[NY]
CHRISTOPHER M. VAN DE KIEFT[NY]
ELIZABETH A. WALL[NJ NY]
RICHARD C. WILLIAMS, JR.[NJ]

February 6, 2008

**VIA FIRST CLASS MAIL**
Antonio Denson
327 Citrus Avenue
Arcadia, Fl 34266

### PRIVILEGED & CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION

Dear Mr. Denson:

Enclosed please find information regarding medical liens and obligations. Please complete and return the enclosed questionnaire by facsimile to (973)639-9393, by scanning to vioxxinfo@seegerweiss.com, or by using the enclosed pre-paid envelope no later than February 20, 2008. Failure to provide this information by the deadline may result in delay in processing your enrollment in the Settlement Program and your eligibility for an early interim payment.

Should you have immediate questions, please feel free to call us at (973) 639-9100 or email us at vioxxinfo@seegerweiss.com. Additional information concerning the settlement plan is also available at our website, located at www.seegerweiss.com/vioxxsettlement. As always, thank you for the privilege of representing you. We look forward to continuing to serve you over the coming months as we work to bring your Vioxx claim to a successful resolution.

Sincerely,

Christopher A. Seeger

CAS/sd
Enclosures

If you currently receive (or are eligible to receive) needs-based public assistance benefits you should explore your options to preserve those benefits before you receive settlement funds or your options to do so might be compromised. You will likely lose your needs-based public assistance benefits if you accept a lump sum payment that causes you to exceed the applicable cap. **Therefore, you should read and consider the enclosed information carefully before making a decision regarding the disbursement of your award. If you have any questions regarding the protection of public assistance benefits, please call The Garretson Firm Resolution Group toll free at 1-800-753-1862.** The Garretson Firm Resolution Group provides services nationwide to educate personal injury clients on the protection of future public assistance benefits. The Garretson Firm Resolution Group will be assisting our firm in this capacity and they are well-qualified to answer any questions that you may have regarding protecting your public benefit assistance benefits.

Once you have fully considered your settlement award payment options, please complete, sign, date, and return the attached Settlement Award Payment Election Form in the enclosed self-addressed, stamped envelope. Again, if you have any questions regarding the protection of public assistance benefits, please call 1-800-753-1862.

Sincerely,

Christopher A. Seeger, Esq.



**Parker & Waichman**
Attorneys & Counselors at Law

*A Limited Liability Partnership*

111 Great Neck Road, 1st Floor
Great Neck, New York  11021-5402
516-466-6500  Fax 516-466-6665

MANHATTAN OFFICE:

80 Maiden Lane 12th Floor
New York, NY  10038
212-267-6700

NEW JERSEY OFFICE:

One Gateway Center
Suite 2500
Newark, NJ  07102
973-297-1020

*Please reply to Great Neck office*

November 20, 2004

Seeger Weiss LLP
550 Broad Street
Newark, New Jersey  07102

Re:     Antonio D. Denson
        Vioxx Litigation
        Our File #:     438662

Dear Sirs:

Enclosed herein please find the original file relating to the above referenced client.  Please mark your file that this case was referred to us by Bruce L. Scheiner and Associates of Ft. Myers, Florida.

If you have any questions, please feel free to contact our office.

Very truly yours,

David B. Krangle

DBK/mmm
Enclosure



|  | ARCADIA (863) 491-9100 | ASSOCIATES AND | NAPLES (239) 597-1201 |
|---|---|---|---|

**ARCADIA**
(863) 491-9100

**CAPE CORAL**
(239) 772-4200

**MIAMI/**
**FT. LAUDERDALE**
(800) 283-2900

ASSOCIATES AND

# BRUCE L. SCHEINER

**PERSONAL INJURY LAWYERS, P.A.**
THE SCHEINER BUILDING
Corner of Winkler & Evans Avenue
P.O. BOX 60049
FORT MYERS, FL 33906-6049
TELEPHONE (239) 939-2900 •FAX (239) 939-7079
www.blslawyers.com

November 4, 2004
19232-04

**NAPLES**
(239) 597-1201

**PT. CHARLOTTE**
(941) 743-7777

**SEBRING**
(863) 382-6300

**VENICE**
(941) 493-3930

Jerrold Parker, Esq.
Parker & Waichman, LLP
111 GREAT NECK RD 1ST FLOOR
GREAT NECK, NY 11021

Re:   Our Client:   Antonio D Denson
      D/A:
      Our File:      19232-04

Dear Mr. Parker :

Pursuant to a previous telephone conversation between our offices, enclosed please find all information we currently have available concerning the above-captioned referral.

This letter also serves to confirm the fee split of 66 2/3 percent to your office and 33 1/3 percent to this office.

I have also enclosed a referral retainer agreement. Please sign name where indicated and return to our office.

We will be providing you with copies of all correspondence we send or receive in this case.  Please also forward correspondence you might send or receive in this matter to us.

Thank you for your prompt attention and cooperation.

                            Very truly yours,

                            ASSOCIATES & BRUCE L. SCHEINER
                            Personal Injury Lawyers, P.A.

                            By Bruce L Scheiner
                               Bruce L. Scheiner

BLS/st
Enclosure:      As Stated
LCO1700.NEW-->T:\CPWin\HISTORY\041103A\34E8.02

**OTHER SERVICES:** This Agreement is only for services rendered on behalf of the Client in this claim. The Attorney may charge a reasonable fee for collection of policy benefits, defense of counter claims, filing of estates or guardianships, or for any other legal matters.

DATED this ___21st___ day of _____October_____, _2004_____.

_Antonio D. Denson_
Client           Antonio D. Denson

ASSOCIATES AND BRUCE L. SCHEINER
PERSONAL INJURY LAWYERS, P.A.

By _Bruce L Scheiner_

_____
Client

I, _Kim Keith Wachner by David_ ___, co-counsel in the above matter, do hereby acknowledge the contents thereof and agree to be bound thereby.

_____
Co-Counsel

# SUPREME COURT OF NEW JERSEY
## DISTRICT ETHICS COMMITTEE
For Atlantic, Cape May, Cumberland and Salem Counties
District I

**ATTORNEY MEMBERS**

JAMES B. ARSENAULT, ESQ.
EPIPHANY McGUIGAN, ESQ.
BENJAMIN PODOLNICK, ESQ.
JANE M. HOY, ESQ.
GINA MERRITT-EPPS, ESQ.
JEFFREY L. GOLD, ESQ.
JOSE W. HERNANDEZ, ESQ.
WILLIS F. FLOWER, ESQ.
MICHAEL J. FITZGERALD, ESQ.
ALEXANDER J. BARRERA, ESQ.
ANDREW D. CATANESE, ESQ.
CARMEN R. FAIA, ESQ.
RICHARD A. RUSSELL, ESQ.
HENRY L. WARNER, ESQ.
MICHELE C. VERNO, ESQ.
REBECCA J. BERTRAM, ESQ.
JOHN F. COLLINS, ESQ.
JULIE DAVIS LISA, ESQ.
AMY R. WEINTROB, ESQ.

**PUBLIC MEMBERS**

ROBERT A. WOODRUFF, SR.
THOMAS GILL
LARRY E. NUTT, PH.D.
LINDA J. FORBES
VINCENT A. WATKINS, SR.

**PLEASE REPLY TO:**

FREDRIC L. SHENKMAN, ESQ.
P. O. BOX 159
OCEANVILLE, NJ 08231

**CHAIR**

RICHARD J. ALBUQUERQUE, ESQ.
D'ARCY JOHNSON DAY
3120 FIRE ROAD, SUITE 100
EGG HARBOR TOWNSHIP, NJ 08234
(609) 641-6200
(609) 641-2677 FAX

**VICE-CHAIR**

JOSEPH E. RUTH, ESQ.
GRUCCIO PEPPER DESANTO & RUTH, PA
817 EAST LANDIS AVENUE
P. O. BOX 1501
VINELAND, NJ 08360
(856) 691-0100
(856) 692-4095 FAX

**SECRETARY**

FREDRIC L. SHENKMAN, ESQ.
P. O. BOX 159
OCEANVILLE, NJ 08231
(609) 345-1324
(609) 345-1324 (FAX)

April 29, 2010

Antonio Denson
327 Citrus Avenue
Arcadia, FL 34266

Dear Mr. Denson:

Pursuant to your conversation with my office today, enclosed herewith please find a booklet describing the attorney grievance process, together with an Attorney Grievance Form. If you desire to file a grievance against an attorney, please fill out the form, sign same and return it to me. You may attach any and all documents you deem necessary or appropriate to that form.

Very truly yours,

Fredric L. Shenkman, Secretary
District I Ethics Committee

FLS:mb
Enc.

CLAC: 442735.1

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

March 21, 2011

Ms. Loretta Whyte, Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

USDC No. 2:05-MD-1657

(X) I am forwarding a notice of appeal erroneously sent to us.
We have noted the date received here.  When you file the
notice of appeal, please use that date, see Fed. R. App. P.
4(d).

(  ) I am returning the notice of appeal because it is not
directed to this court.

(  ) Please send us the original record and/or any original
papers, for our use in ruling on the petitioner's pending
motion.   Upon request we will return any papers after our
court rules on the motion.

(  ) The record appears complete for the purposes of this appeal.
Please send the record, see Fed. R. App. P.  11(b)(2).

(  )Please send uncertified copies of your docket entries in this
case.

(  ) Please send a copy of all of this prisoner's proceedings in
the state  court, including any transcripts ("statement of
facts"), the  original  trial  record,  and  all  habeas  corpus
proceedings.  If you do not have  these records, please send this
request to the proper official from whom we can obtain them and
notify  us  of  the  transmittal.    Please  use  the  following
information to obtain any necessary papers.

State Court Number:

County/Parish:

Offense:

Date of Conviction:

(  ) Please send the Pre-Sentence Investigation Report relating to this case.


(  ) Please send the reformatted tape of the Spears hearing relating to this case.

(  ) Enclosed please find pro se's application for leave to proceed in forma pauperis which was sent to this court. Please notify us when you have acted on the application.


(  ) On _____ the appellant challenged your court's Fed. R. App. P 24(a) denial of in forma pauperis (IFP) status by filing a motion to proceed on appeal IFP in this court. Your order denying IFP also assessed an initial partial filing fee which would be sent to the prison authorities for collection if the appellant challenged your ruling.  Please now send the order to the prison authorities.


(  ) We received a notice of appeal filed on (date). We believe this is a duplicate of the notice filed on (date).  We are not assigning a case number to this notice.




                   Sincerely,

                   LYLE W. CAYCE, Clerk

                   By: _____
                      Peter Conners, Deputy Clerk
                      (504) 310-7685


cc: Mr. Antonio Denson

CLK-1