UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

**This document relates to:** *Douglas L. Lyman*

## ORDER

The Court is in receipt of correspondence from Vioxx Claimant Douglas Lyman. IT IS ORDERED that the attached correspondence be entered into the record. In addition, a copy of the correspondence shall be forwarded to the Claims administrator, the pro se curator, and to liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 23rd day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE

Clerk to serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Douglas Lyman
6261 Fire Tower Rd. West
Theodore, AL 36582

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130

1