**JO BONNER**
1ST DISTRICT, ALABAMA

ASSISTANT REPUBLICAN WHIP

REPUBLICAN STUDY COMMITTEE

SERVING BALDWIN, CLARKE,
ESCAMBIA, MOBILE, MONROE AND
WASHINGTON COUNTIES

APPROPRIATIONS
SUBCOMMITTEES:
COMMERCE, JUSTICE, SCIENCE
LABOR, HEALTH AND HUMAN SERVICES, EDUCATION

ETHICS
RANKING MEMBER

ALAN C. SPENCER
CHIEF OF STAFF

# Congress of the United States
## House of Representatives
### Washington, DC 20515

March 10, 2011

Ms. Loretta G. Whyte
Clerk of Court
U.S. District Court
Eastern District of Louisiana
500 Poydras Street, Suite C151
New Orleans, LA 70130-3367

RE: Mr. Douglas Lyman
6261 Firetower Road West
Theodore, AL 36582-3881

Dear Ms. Whyte:

The attached communication is submitted for your consideration. While I realize this is a matter over which I have no jurisdiction, I am passing it on at the request of my constituent.

If you will forward your reply directly to my constituent, I will be most appreciative.

With kindest regards, I am

Sincerely,

Jo Bonner
Member of Congress

JB:fp

**TENDERED FOR FILING**

**MAR 14 2011**

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

2236 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-4931
FAX: (202) 225-0562
www.house.gov/bonner

11 NORTH WATER STREET, SUITE 15290
MOBILE, AL 36602
(251) 690-2811
FAX: (251) 690-2815
TOLL FREE: 1-800-288-USA1

1302 NORTH MCKENZIE STREET
FOLEY, AL 36535
(251) 943-2073
FAX: (251) 943-2093

## NOTES ON THE PRIVACY ACT

The Privacy Act, which was enacted in 1974, provides that no agency of the Federal government shall release any information from a person's file without the express written consent of the individual whose records are involved. This law, therefore, prohibits unauthorized disclosure. It is essential that the individual requesting assistance submit their personal signature. The form below, once signed and returned, will enable me to write an agency on your behalf and to receive an answer. Please include social security, veterans or pertinent file numbers. If you have additional comments regarding your case, please feel free to include them on the back of this page.

---

**Dear Congressman Bonner:**

**This is to request your assistance** Could you help me to get my settlement money from from the Pro Se Curator, Mr. Robert M. Johnston (Please, sir)

Sincerely
Douglas Lyn

*Please complete and return to:*

**Congressman Jo Bonner**
**11 North Water Street**
**Suite 15290**
**Mobile, AL  36602**
**FAX: (251) 690-2815**

Sincerely,

Douglas Lyman
SIGNATURE

DOUGLAS LYMAN
PLEASE PRINT NAME

6261 Rike Tower, R.d-W
ADDRESS

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
SSA, VETERANS or OTHER ID#

Theodore, AL 36582
CITY, STATE, ZIP

2-28-11
DATE

251-653-7175
PHONE

TENDERED FOR FILING
MAR 14 2011
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

*Confidential Information*

| V2082 | CLAIMS ADMINISTRATOR NOTICE OF INELIGIBILTY FOR PRO SE CLAIMANTS<br>Date of Notice: 5/8/09<br>Deadline to Respond: 5/29/09 |
|---|---|

### I. CLAIMANT INFORMATION

| Claimant Name | Lyman, Douglas L. | | | VCN | 1113216 |
|---|---|---|---|---|---|
| Primary Injury: | MI | Date of Injury: 8/20/99 | Secondary Injury: N/A | Date of Injury: | N/A |

### II. CLAIMS ADMINISTRATOR DETERMINATION

This Notice of Ineligibility is an official notification from BrownGreer PLC, the Vioxx Claims Administrator. The Claims Administrator has determined that the Primary and/or the Secondary Injury do not meet the Eligibility Requirements for the Program because one or both does not pass the following Gate(s):

| | Gate | Primary Injury | Secondary Injury |
|---|---|---|---|
| 1. | Injury | X | N/A |
| 2. | Duration | X | N/A |
| 3. | Proximity | X | N/A |

If you alleged both a Primary Injury and a Secondary Injury in the Claims Form, both Injuries must pass the Gates before the Claim can be processed for Points review. If you alleged both a Primary Injury and a Secondary Injury and both do not appear on this notice as failing one or more Gates, the one that does not have any X's has passed the Gates. We cannot move forward on the claim that passed the Gates unless the failed claim is found to be Eligible by the Claims Administrator, the Gate Committee or the Special Master, or unless you decide to abandon the failed injury claim to permit the processing of the Eligible Injury.

### III. STATUS OF REQUIRED PME RECORDS

Section 1.3.1 and, by reference, Exhibit 1.3.1 require Pharmacy, Medical, and Event records, which, for eligibility determinations include a completed Claim Form, Event Records and Proof of Vioxx use. If any of the boxes below is checked, it is because the Claims Administrator has determined that your Claims Package did not include those required records. Without a completed Claims Form and both Event Records and Proof of Use, a claim may not pass the Eligibility Requirements.

| 4. | No Event Records Submitted    1 | ☐ | ☐ |
|---|---|---|---|
| 5. | No Proof of Use Submitted    2 | X | |
| 6. | No Asserted Injury Date on Claims Form    3 | ☐ | ☐ |

### IV. RIGHT TO SUBMIT ADDITIONAL INFORMATION

You must choose one of the following options within 21 calendar days after the Date of the Notice:

[X] 1) I have no additional information to provide to the Claims Administrator. Send this Claim to the Gate Committee. See Section V below for a description of the Gate Committee and what it does;

[ ] 2) I am submitting the enclosed new records and information to the Claims Administrator for a Secondary Review. Do not send information you previously submitted. The Claims Administrator will review any newly submitted information to determine if it renders the claim eligible. If the claim is eligible, we will send you a *Claims Administrator Notice of Eligibility*. If the claim is still failing, we will issue a *Claims Administrator Notice of Inelgibility after Receipt of Additional Claims Materials*. We will send the claim and all the newly submitted information to the Gate Committee. Any new documents submitted after the expiration of the 21-day period will not be included in your Claims Package for consideration by the Claims Administrator, Gate Committee or the Special Master. Finally, we may discover during Secondary Review that a Gate we passed during our first review should be a failing Gate. If that occurs, we will issue a *Claims Administrator Notice of Ineligibility after Receipt of Additional Claims Material*;

**TENDERED FOR FILING**

MAR 14 2011

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | *   MDL Docket No. 1657 |
| | * |
| PRODUCTS LIABILITY | *   SECTION L |
| LITIGATION | * |
| | *   JUDGE FALLON |
| This document relates to all cases. | * |
| | *   MAGISTRATE JUDGE |
| | *   KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PRETRIAL ORDER NO. 43
### (Case Management Order for Cases Serving Future Evidence Stipulations Pursuant to the Vioxx Resolution Program)

This Order applies to all plaintiffs who had a case pending in this Court as of November 9, 2007 and who enrolled in the Vioxx Resolution Program but who have submitted a Future Evidence Stipulation ("FES") to the Claims Administrator under the terms of the Settlement Agreement ("FES Claimant"). Persons who represent themselves *pro se* in this proceeding shall comply fully with all obligations required of counsel by this order, unless otherwise stated.

## I.    PRESERVATION NOTICE REQUIREMENT

Plaintiffs must comply with all of the Preservation Notice Requirements set out in Section I of Pretrial Order Nos. 28 and 29.

## II.   DISCOVERY REQUIREMENTS

A.    Within thirty (30) days of serving a FES on the Claims Administrator, the FES Claimant shall produce the following information:

1.    An Amended and Supplemental Plaintiff Profile Form (attached as Exhibit A), records requested therein, and executed Authorizations for Release of Records pursuant to

6261firetowerroadwest
Thedore, AL 36582

November 7, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
New Orleans, LA 70130-4308

Dear Who ever this may concern:

I Douglas L. Lyman is appealing my case to the Gate Committee for ineligibility vioxx litigation. The reason for this misunderstanding is because miss Dian Bates did not present my papers and records to the Gate Committe, or my appeal, how so she told me on 05-08-09. I have a witness a name and and a number that will proudly speak on my behalf in this situation of my records not being sent. I also spoke with special agent William Ryan Kennedy who is with the U.S Department of Justice. He also said someone is holding back my records, papers and etc. He aslo said everything meet the requirements and standards of my case. I am send a copy of his business card with this letter.

Sincerely,

Douglas L. Lyman

My E-mail is douglaslyman@yahoo.com. I can be reached at 251-653-7175. My case number is VCN-1113216

TENDERED FOR FILING

DEC 18 2009

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



2010 JAN -6 PM 4:49

IN RE: VIOXX
  PRODUCTS LIABILITY LITIGATION

: MDL NO. 1657
:
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO: Douglas L. Lyman

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Douglas L. Lyman. IT IS ORDERED that the correspondence be entered into the record. Additionally, a copy of this correspondence shall be forwarded to the pro se curator and to liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 6th day of January, 2010.

              UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Mr. Douglas L. Lyman
6261 Fire Tower Rd. - W
Theodore, AL 36582

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

: MDL NO. 1657
:
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES
:

THIS DOCUMENT RELATES TO: Douglas L. Lyman

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Douglas Lyman. IT IS ORDERED that the attached correspondence be entered into the record. In addition, a copy of the correspondence shall be forwarded to the Claims Administrator, the pro se curator and to liaison counsel to take whatever action, if any, they deem necessary.

IT IS FURTHER ORDERED the attached documents be filed UNDER SEAL.

New Orleans, Louisiana, this 14th day of June, 2010.

                                                UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Douglas Lyman
6261 Fire Tower Rd. West
Theodore, AL 36582

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130

___Fee ___
___Process ___
_X_ Dktd ___
___CtRmDep___
___Doc. No.___

## INTRODUCTION

The Claims Administrator prepared this Instruction Manual to assist you in the preparation and submission of claims seeking benefits in the Extraordinary Injury Program. These instructions will evolve over time, depending upon the nature and quantity of EI Claims submitted. The Claims Administrator has discretion to modify this Manual and to apply it as warranted by the particular circumstances of a claim or group of claims, instructions from the Parties to the Vioxx Settlement Agreement, Court orders and directions, and any events necessitating change to or departure from provisions in the Manual. Because this Manual can change over time, make sure that you are using the current version as posted on the general Vioxx Settlement website, www.browngreer.com/vioxxsettlement under the Extraordinary Injury Program. In addition, the Claims Administrator regularly receives questions about the details of the Extraordinary Injury Program and posts answers to them in the Frequently Asked Questions posted on the general Vioxx Settlement website under the Extraordinary Injury Program. Please check there for any question not covered in the Manual itself. If you still have questions, contact the Claims Administrator at claimsadmin@browngreer.com or call 1-866-866-1729.

## I.   SUMMARY OF APPLICABLE SETTLEMENT AGREEMENT PROVISIONS

A. **MI EI Payments.**

   1. **Who Can Seek EI Benefits?**

      § 4.2.1: MI Qualifying Program Claimants may apply to receive MI EI Payments.

   2. **Cap Amount.**

      § 4.2.2: MI EI Payments Cap Amount: $195,000,000.

   3. **Threshold Eligibility.**

      § 4.2.5: To be eligible to be considered for an MI EI Payment, an MI Qualifying Program Claimant must have a Pre-Special Review Points award in excess of the Special Review Marker (*i.e.*, of 10 points or more; §17.1.84) and:

      (a) Have Specified Economic Damages of not less than $250,000:

         § 4.2.6.1: Specified Economic Damages:

         (i) Product User's Past Out-of-Pocket Medical Expenses to the extent such expenses are:

            (x) A result of such Product User's Eligible Event;
            (y) Documented; and

Congress of the United States
House of Representatives
Washington, DC 20515-0101

OFFICIAL BUSINESS

PRINTED ON RECYCLED PAPER

JD Bonner
M.C.