UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
  PRODUCTS LIABILITY LITIGATION

: MDL NO. 1657
: SECTION: L
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**This document relates to:** *Lloyd Bell*

## ORDER

The Court is in receipt of correspondence and documents from Lloyd Bell. The documents do not relate to the Vioxx MDL in any way that the Court can discern, and accordingly the Court will not enter them into the record. The Court will not order that any action be taken at this time.

New Orleans, Louisiana, this 23rd day of March, 2011.

*[signature]*
UNITED STATES DISTRICT JUDGE

Clerk to serve:
 Mr. Russ Herman
 Plaintiff's Liaison Counsel
 Herman, Herman Katz & Cotlar, LLP
 820 O'Keefe Ave.
 New Orleans, LA 70113

 Mr. Phillip Wittmann
 Stone Pigman Walter Wittmann, LLC
 546 Carondelet Street
 New Orleans, LA 70130

P.O. Box 152861
San Diego, CA 92195

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130