UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: 
: JUDGE FALLON
: MAG. JUDGE KNOWLES
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**This document relates to:** *Safdar Neil Lilak*, Case No. 06-8318

## ORDER

The Court is in receipt of the attached request from Vioxx Claimant Safdar Neil Lilak to be added to all court notices and service related to the MDL, which the Court orders into the record. The Court recently issued an Order and Reasons (Rec. Doc. 62719) denying Mr. Lilak's request for relief from the outcome of his voluntary participation in the Vioxx Settlement Program. Mr. Lilak does not have a pending personal injury action or claim for wage loss, and accordingly his request is DENIED. Additionally, Mr. Lilak submits numerous documents related to his dismissed request for relief. Those materials will not be entered into the record.

New Orleans, Louisiana, this 24th day of March, 2011.

*[signature]*
UNITED STATES DISTRICT JUDGE

Clerk to serve:

Mr. Russ Herman  
Plaintiff's Liaison Counsel  
Herman, Herman Katz & Cotlar, LLP  
820 O'Keefe Ave.  
New Orleans, LA 70113

Safdar Neil Lilak  
1033 S. Kittredge Way  
Aurora, CO 80017

Mr. Phillip Wittmann  
Stone Pigman Walter Wittmann, LLC  
546 Carondelet Street  
New Orleans, LA 70130

Vioxx Pro Se Curator  
400 Poydras Street  
Suite 2450  
New Orleans, LA 70130