## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Dennis R. Harrison v. Merck & Co., Inc.,* | * | |
| *2:07-cv-00905-EEF-DEK* | * | |
| | * | |

***

## ORDER

Considering the foregoing Motion for Leave to File Supplemental Memorandum in Support of Motion to Show Cause Why Case Should Not Be Dismissed With Prejudice For Failure To Comply With The Discovery Requirements Of PTO 28,

IT IS ORDERED that defendant Merck & Co., Inc., be and it hereby is granted leave to file its Supplemental Memorandum in Support of Motion to Show Cause Why Case Should Not Be Dismissed With Prejudice For Failure To Comply With The Discovery Requirements Of PTO 28.

NEW ORLEANS, LOUISIANA, this 23rd day of March, 2011.

_____
DISTRICT JUDGE