UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  VIOXX PRODUCTS LIABILITY LITIGATION | MDL No.  1657 |
| This Document Relates To: | SECTION L |
| STATE OF LOUISIANA, *ex rel.*, JAMES D. CALDWELL, JR., Attorney General, Plaintiffs | JUDGE ELDON E.  FALLON |
|  | MAGISTRATE JUDGE KNOWLES |
| v. | |
| MERCK SHARP & DOHME CORP., Defendants | Case No.  05-3700 |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

NOW INTO COURT, come Movants, the Murray Law Firm, Stephen B. Murray, Stephen B. Murray, Jr., and all employee attorneys who have entered an appearance herein, respectfully move to withdraw as co-counsel of record for the Plaintiff.

The Plaintiff will continue to be represented by the Dugan Law Firm, General Counsel for the Louisiana Department of Health and Hospitals and the Attorney General for the Louisiana Department of Justice who will continue to serve as counsel for Plaintiffs, and such withdrawal will not hinder nor harm the Plaintiff's or Defendants' positions.

Movants request such further general or specific relief to which they may be entitled.

WHEREFORE, PREMISES CONSIDERED, the Murray Law Firm, Stephen B. Murray, Stephen B. Murray, Jr., and all employee attorneys who have entered an appearance herein, move for an Order granting Movants' withdrawal of representation as co-counsel for Plaintiff, and providing that movants are relieved of any further responsibility associated with the representation of this party in this case.

Respectfully submitted, this 29th day of March, 2011.

          MURRAY LAW FIRM

          */s/ Stephen B. Murray, Jr.*
          Stephen B. Murray, Jr. (La. Bar No. 23877)
          smurrayjr@murray-lawfirm.com
          Stephen B. Murray, Sr. (La. Bar No. 9858)
          smurray@murray-lawfirm.com
          650 Poydras Street, Suite 2150
          New Orleans, Louisiana 70130
          T:    504.525.8100

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing MOTION TO WITHDRAW AS COUNSEL OF RECORD has this day been served on Liaison Counsel, Phillip A. Wittmann and Russ M. Herman, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance to Pretrial Order No. 8B, on this the 29th day of March, 2011.

          */s/ Stephen B. Murray, Jr.*
          Counsel for Plaintiff