UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| This Document Relates To: | SECTION L |
| STATE OF LOUISIANA, *ex rel.*, JAMES D. CALDWELL, JR., Attorney General, Plaintiffs<br><br>v.<br><br>MERCK SHARP & DOHME CORP., Defendants | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>Case No. 05-3700 |

**(Proposed) ORDER**

CONSIDERING THE FOREGOING:

IT IS HEREBY ORDERED the Motion to Withdraw as Counsel is GRANTED. The Murray Law Firm, Stephen B. Murray, Stephen B. Murray, Jr., and all employee attorneys who have entered an appearance herein are hereby relieved of further responsibility in this action.

The Court notes that Plaintiff continues to be represented by the Dugan Law Firm, General Counsel for the Louisiana Department of Health and Hospitals and the Attorney General for the Louisiana Department of Justice.

_____
UNITED STATES DISTRICT JUDGE