UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION  L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | SPECIAL MASTER |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | PATRICK A. JUNEAU |
| Pascal Calogero, Jr. | * | March 30, 2011 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * ***

**NOTICE OF SUBMISSION**

TO:    Russ Herman, Esq.
       Andy Birchfield, Esq.
       Chris Seeger, Esq.

**PLEASE TAKE NOTICE** that Robert E. Arceneaux and Margaret E. Woodward, co-Lead Counsel for Objectors, will submit a Second Motion for Additional Discovery to the Honorable Eldon E. Fallon at 9:00 a.m. on Wednesday, April 13, 2011 at 500 Camp Street, New Orleans.


   /s/ Robert E. Arceneux                          /s/ Margaret E. Woodward
_____        _____
Robert E. Arceneaux, La Bar No. 01199      Margaret E. Woodward, La. Bar No. #13677
ROBERT E. ARCENEAUX LLC                   3701 Canal Street, Suite C
47 Beverly Garden Drive                            New Orleans, Louisiana  70119
Metairie, LA 70001                                    (504) 301-4333 office
(504) 833-7533 office                                (504) 301-4365 fax
(504) 833-7612 fax                                    mewno@aol.com
rea7001@cox.net


CO-LEAD COUNSEL FOR OBJECTORS IDENTIFIED IN FEB. 8, 2011 ORDER