UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * *

MONTHLY STATUS CONFERENCE
APRIL 1, 2011
**SUGGESTED AGENDA**

I.     The Settlement Program

II.    Lien Administrator

III.   Special Master and Deputy Special Masters

IV.   Class Actions

V.    State/Federal Coordination -- State Liaison Committee

VI.   *Pro Se* Claimants

VII.  Government Actions

VIII. Pending Personal Injury Cases Subject to PTOs 28, 29 and 43

IX.   Fee Allocation Committee

X.    Merck's Motions

XI.   Appeals

XII.  Next Status Conference

1