# VIOXX MDL 1657
## EMPLOYEE GRAND TOTALS
### SORTED WITH CASE INFORMATION
### FROM JANUARY 1, 2001 TILL JULY 31, 2009
### AS OF JUNE 10, 2010

| Firm | Class | Employee | Case | Submission Date | Case Assessment Development and Administration | Pre-Trial Pleadings and Motions | Discovery | Trial Preparation (default) | Appeal | Settlement | Post Settlement | Gates Committee | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alex Alvarez | ATTORNEY | Alvarez, Alex | MDL | 2/28/2008 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 1/31/2008 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 12/31/2007 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 11/30/2007 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 10/31/2007 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 9/30/2007 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 8/31/2007 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 7/31/2007 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 6/30/2007 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 5/31/2007 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 4/30/2007 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 3/30/2007 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 2/28/2007 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 1/31/2007 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 12/31/2006 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 11/30/2006 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 10/31/2006 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

EXHIBIT F

| Firm | Class | Employee | Case | Submission Date | Case Assessment, Development and Administration | Pretrial Pleadings and Motions | Discovery | Trial Preparation and Trial | Appeal | Settlement | Walter Settlement | Gates Committee | Grand Total |
|------|-------|----------|------|-----------------|-------------------------------------------------|-------------------------------|-----------|----------------------------|--------|------------|-------------------|-----------------|-------------|
| | | | Case Totals: | | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 |
| | | Employee Totals: | | | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 |
| | Firm Totals: | | | | 150.50 | 19.25 | 9.00 | 26.00 | 0.00 | 0.00 | 0.00 | 0.00 | 204.75 |
| GRAND TOTALS: | | | | | 168,698.05 | 54,032.70 | 144,339.60 | 156,022.95 | 3,926.25 | 27,495.75 | 0.00 | 0.00 | 554,515.30 |