UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | ) | MDL NO. 1657 |
| | ) | |
| PRODUCTS LIABILITY | ) | SECTION L |
| LITIGATION | ) | |
| | ) | JUDGE FALLON |
| THIS DOCUMENT RELATES | ) | MAG. JUDGE KNOWLES |
| TO ALL CASES | ) | SPECIAL MASTER |
| | ) | PATRICK A. JUNEAU |
| FILER: Jack E. Urquhart | ) | |
| | ) | March 31, 2011 |

## MOTION OF KATHRYN SNAPKA FOR AN ORDER THAT CONFIRMS THAT THE TRANSFER OF FUNDS FROM BROWNGREER TO MR. MICHAEL STRATTON WAS NOT AUTHORIZED

MAY IT PLEASE THE COURT:

Kathryn Snapka moves for an order by this Court that the transfer of more than $18 million from BrownGreer to Michael A. Stratton was unauthorized. The ground for this motion is that the transfer was not ordered by this Court. The relief requested is (1) an order confirming that the transfer of funds was unauthorized, (2) instructions, if deemed needed by the Court, on the means of preserving the checks, which have never been cashed, as evidence, and (3) an order that expedites the submission of this motion.

Respectfully submitted,

BEIRNE, MAYNARD & PARSONS, L.L.P.

_____
Jack E. Urquhart
State Bar No. 20415600
1300 Post Oak Blvd., Suite 2500
Houston, Texas 77056
Telephone: (713) 871-6760
Facsimile: (713) 960-1527

**ATTORNEYS FOR PLAINTIFF
KATHRYN SNAPKA**

## CERTIFICATE OF SERVICE

I hereby certify that the above motion has been served on Michael A. Stratton, Russ Herman, Andrew Birchfield, Chris Seeger and Orran L. Brown by U.S. Mail and email and upon all parties by electronically uploading it to LexisNexis File & Serve Advanced on March 31, 2011.

_____
Jack E. Urquhart