UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | ) | MDL NO. 1657 |
| | ) | |
| PRODUCTS LIABILITY | ) | SECTION L |
| LITIGATION | ) | |
| | ) | JUDGE FALLON |
| THIS DOCUMENT RELATES | ) | MAG. JUDGE KNOWLES |
| TO ALL CASES | ) | SPECIAL MASTER |
| | ) | PATRICK A. JUNEAU |
| FILER: Jack E. Urquhart | ) | |
| | ) | March 31, 2011 |

## ORDER EXPEDITING SUBMISSION OF THIS MOTION

On the above motion,

**IT IS ORDERED** that this Court expedites the submission of this motion to Wednesday April 6, 2011 at 9:00 a.m. Central time.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**
