UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | ) | MDL NO. 1657 |
| | ) | |
| PRODUCTS LIABILITY | ) | SECTION L |
| LITIGATION | ) | |
| | ) | JUDGE FALLON |
| THIS DOCUMENT RELATES | ) | MAG. JUDGE KNOWLES |
| TO ALL CASES | ) | SPECIAL MASTER |
| | ) | PATRICK A. JUNEAU |
| FILER: Jack E. Urquhart | ) | |
| | ) | March 31, 2011 |

## ORDER

**On the above motion,**

**IT IS ORDERED** that the transfer of funds from BrownGreer to Michael A. Stratton was not authorized and that the originals of the two uncashed checks sent by Michael A. Stratton to Kathryn Snapka will be held as evidence by Jack E. Urquhart until further order of this Court.

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**