| | | 11115 |
|---|---|---|
| **STRATTON FAXON**<br>**FIRM ACCOUNT**<br>59 ELM STREET<br>NEW HAVEN, CT 06510 | NEW ALLIANCE BANK<br>NEW HAVEN, CT 06510<br>51-7013/2111 | 9/2/2010 |

PAY TO THE ORDER OF __Snapka Law Firm__ $ **336,482.14

__Three Hundred Thirty-Six Thousand Four Hundred Eighty-Two and 14/100*********__ DOLLARS

Snapka Law Firm

MEMO  Full and final vioxx fee                    AUTHORIZED SIGNATURE

⑈011115⑈ ⑆211170130⑆ 571 11660 5⑈

51N350/39225 (10/09) 586140

**Exhibit 1**