# Stratton Faxon

Connecticut's Firm for Trial Law

Michael A. Stratton
mstratton@strattonfaxon.com

September 2, 2010

Kathryn Snapka, Esq.
The Snapka Law Firm
606 N. Carancahua, Suite 1511
P.O. Drawer 23017
Corpus Christi, TX 78476

Re: Vioxx Common Benefit Assessment Rebate

Dear Attorney Snapka:

    As you know, a number of objections were filed as to the Common Benefit fee assessment of 8%. Fortunately we have been able to substantially reduce that assessment. As objectors' liaison counsel, we are pleased to enclose your rebate check from the 8 percent initially assessed against your aggregate vioxx case settlements.

    This check represents a (37.5 percent) reduction of the amounts originally assessed by the common benefit lawyers and psc. By accepting this rebate you will have no further responsibility to any common benefit lawyers in the vioxx litigation for your settled cases. Of the 8 percent assessed, (3 percent) aggregate has been rebated. The remaining (5 percent) aggregate covers all common benefits fees for this objection (1 percent) and the npc-psc (4 percent). Depositing this check indicates your assent and is full and final as to your responsibility for any fees or costs related to your settled vioxx cases.

    The objector's expert--Professor William Rubenstein at Harvard Law-- fully supported the objectors' efforts to get this rebate, and also supports this distribution methodology. Non-objectors will pay substantially higher amounts although our objections did achieve a cap of 7.5 percent aggregate for non-objectors.

    We hope you are satisfied with this successful outcome and wish you well in future mass tort cases.

Very truly yours,

Michael A. Stratton

MAS:aa
Enclosure

Rec'd: 9/7/10

59 Elm Street, New Haven, CT 06510 • Telephone: 203.624.9500 Fax: 203.624.9100 Toll-free: 866.351.9500 • www.strattonfaxon.com

Exhibit 2