| | | 11206 |
|---|---|---|
| **STRATTON FAXON**<br>**FIRM ACCOUNT**<br>59 ELM STREET<br>NEW HAVEN, CT 06510 | NEW ALLIANCE BANK<br>NEW HAVEN, CT 06510<br>51-7013/2111 | |
| | | 9/17/2010 |

PAY TO THE ORDER OF   Snapka Law Firm                                                    $ **33,648.22

Thirty-Three Thousand Six Hundred Forty-Eight and 22/100************************************************************ DOLLARS

Snapka Law Firm

MEMO  Full and final vioxx fee

⑆011206⑆  ⑈211170130⑈  571 11660 5⑈

AUTHORIZED SIGNATURE

Exhibit 3