```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


***************************************************


IN RE:  VIOXX PRODUCTS
        LIABILITY LITIGATION

                              DOCKET NO. 05-MDL-1657
                              NEW ORLEANS, LOUISIANA
                              THURSDAY, FEBRUARY 17, 2011, 3:30 A.M.

THIS DOCUMENT RELATES TO
ALL CASES


***************************************************


                    TRANSCRIPT OF PROCEEDINGS
          HEARD BEFORE THE HONORABLE ELDON E. FALLON
                    UNITED STATES DISTRICT JUDGE


APPEARANCES:


FOR THE PLAINTIFFS:    HERMAN HERMAN KATZ & COTLAR
                       BY:  RUSS M. HERMAN, ESQUIRE
                       820 O'KEEFE AVENUE
                       NEW ORLEANS LA  70113


                       BEASLEY ALLEN CROW METHVIN
                       PORTIS & MILES
                       BY:  ANDY D. BIRCHFIELD, JR., ESQUIRE
                       234 COMMERCE STREET
                       POST OFFICE BOX 4160
                       MONTGOMERY AL  36103


                       SEEGER WEISS
                       BY:  CHRISTOPHER A. SEEGER, ESQUIRE
                       ONE WILLIAM STREET
                       NEW YORK NY  10004
```

Exhibit 4

```
 1  APPEARANCES CONTINUED:
 2
 3  FOR THE OBJECTORS:        MARGARET E. WOODWARD
                              ATTORNEY AT LAW
 4                            3701 CANAL STREET, SUITE C
                              NEW ORLEANS LA  70119
 5
 6                            ROBERT E. ARCENEAUX
                              ATTORNEY AT LAW
 7                            47 BEVERLY GARDEN DRIVE
                              METAIRIE LA  70001
 8
 9                            AJUBITA LEFTWICH & SALZER
                              PASCAL F. CALOGERO, JR., ESQUIRE
10                            1100 POYDRAS STREET
                              NEW ORLEANS LA  70163
11
12
13  SPECIAL MASTER:           JUNEAU DAVID
                              BY: PATRICK A. JUNEAU, ESQUIRE
14                            THE HARDING CENTER
                              1018 HARDING STREET, SUITE 202
15                            P.O. DRAWER 51268
                              LAFAYETTE LA  70505
16
17
18  OFFICIAL COURT REPORTER:  CATHY PEPPER, CCR, RMR, CRR
                              CERTIFIED REALTIME REPORTER
19                            500 POYDRAS STREET, ROOM B406
                              NEW ORLEANS, LOUISIANA 70130
20                            (504) 589-7779
21
    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
22  PRODUCED BY COMPUTER.
23
24
25
```

03:40PM  1  comfortable with where they came from.  Also, on October 19th,
03:40PM  2  this Court issued an order which went through the Stratton
03:41PM  3  objection and made no mention of any sort of deal or payment of
03:41PM  4  money or anything like that.
03:41PM  5       On January 21st, when the total amounts came out, I was
03:41PM  6  again concerned because, instead of 315,250,000, I expected there
03:41PM  7  to be 18.5 million or $19.2 million less than that; but, instead,
03:41PM  8  the total added up to 311 million.
03:41PM  9       I wanted to bring this to the Court's attention because now
03:41PM 10  my attorney is in possession of these checks, and I'm concerned
03:41PM 11  about this, wanted to bring this to the Court's attention.  I
03:41PM 12  know this Court values transparency above all, and I'm confused
03:41PM 13  by the issue.  I thank the Court for allowing me to address this
03:41PM 14  issue.
03:41PM 15       THE COURT:  Fine.  The only thing I know of it is that
03:41PM 16  there was an objection to the total sum of the common benefit
03:42PM 17  fund, that Mr. Stratton represented the objectors, and I presided
03:42PM 18  -- or I gave them an opportunity to do some discovery early on.
03:42PM 19  They did some discovery.  They had some issues.  I resolved the
03:42PM 20  discovery issues, the evidentiary issues.  They proceeded on with
03:42PM 21  the case.
03:42PM 22       I was advised that the objectors withdrew the objection.
03:42PM 23  That's all that I know of it.  I wasn't involved in any
03:42PM 24  discussions or agreements.  That's why I didn't issue any orders.
03:42PM 25  It didn't come to my attention in that form or fashion.  If any

| | | |
|---|---|---|
| 03:42PM | 1 | of the -- |
| 03:42PM | 2 |      MR. HERMAN:  I'll be happy to respond, Your Honor. |
| 03:42PM | 3 |      THE COURT:  Sure. |
| 03:42PM | 4 |      MR. HERMAN:  Mr. Stratton, on behalf of a number of |
| 03:42PM | 5 | objectors who had objected to the 8 percent withdrawal from -- in |
| 03:43PM | 6 | order to fund common benefit fees, filed, actually, an action |
| 03:43PM | 7 | within the MDL to have those -- that 8 percent judgment set |
| 03:43PM | 8 | aside, at least for those objectors. |
| 03:43PM | 9 |      If Ms. Snapka received a check, she was an objector. |
| 03:43PM | 10 | Mr. Stratton then affirmed on the record in writing and before |
| 03:43PM | 11 | Your Honor that he had unanimous consent to negotiate and resolve |
| 03:43PM | 12 | all the objections. |
| 03:43PM | 13 |      We entered negotiation after, and Mr. Stratton took my |
| 03:43PM | 14 | deposition and I took his deposition.  We entered a settlement |
| 03:44PM | 15 | negotiation which was supposed to be confidential as regards |
| 03:44PM | 16 | Mr. Stratton, which obviously is not confidential, and settlement |
| 03:44PM | 17 | resolutions are not necessarily published. |
| 03:44PM | 18 |      The return of funds to the various objectors resolved their |
| 03:44PM | 19 | objections as regards deductions from them of common benefit |
| 03:44PM | 20 | fees.  The common benefit fund, therefore, was reduced by the |
| 03:44PM | 21 | objectors receiving back funds which they had contended were not |
| 03:44PM | 22 | due to be placed in the common fund. |
| 03:44PM | 23 |      As regards any communications between Mr. Stratton and |
| 03:44PM | 24 | Ms. Snapka or Mr. Stratton and any other objector who received |
| 03:45PM | 25 | their monies back, we have no knowledge.  We certainly don't know |

```
03:45PM  1  what fees Mr. Stratton charged Ms. Snapka or anyone else.
03:45PM  2           MS. WOODWARD:  If I may.  Your Honor, Margaret Woodward.
03:45PM  3       This has been a matter of great concern and speculation to
03:45PM  4  the objectors because, as Ms. Snapka pointed out, there is
03:45PM  5  nothing in the record indicating how this transpired.
03:45PM  6       It is our understanding that Mr. Herman, the FAC, and the
03:45PM  7  other committees have no authority whatsoever to invade the
03:45PM  8  common benefit fund without this Court's expressed authorization.
03:45PM  9       We did not want to raise this matter explicitly until we
03:46PM 10  heard from the Court how this might have transpired; but, we now
03:46PM 11  have really serious concerns about this operation altogether, and
03:46PM 12  one of those concerns relates to Mr. Herman and his committee
03:46PM 13  acting ultra vires, because we don't think that this fund can be
03:46PM 14  disbursed without court order.
03:46PM 15       The second is we are very concerned about how Brown and
03:46PM 16  Greer might have disbursed $19 million of common benefit funds
03:46PM 17  without notice to anyone, including the objectors and the rest of
03:46PM 18  the claimants.
03:46PM 19       There has been an invasion of the common benefit fund
03:46PM 20  without notice, apparently, even to the Court.  So we will be
03:46PM 21  pursuing this matter further, but we need to have some discovery
03:46PM 22  about how this occurred.  Thank you.
03:47PM 23           THE COURT:  Okay.
03:47PM 24           MR. HERMAN:  I just have one further comment,
03:47PM 25  Your Honor.  As I recall, and I believe the record will show, we
```