| | | |
|---|---|---|
| ☐ VOID ☐ CORRECTED | | |
| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br>Stratton Faxon<br>59 Elm St<br>New Haven, CT 06510 | 1 Rents<br>$<br>2 Royalties<br>$<br>3 Other income<br>$ | OMB No. 1545-0115<br>**20****10**<br>Form **1099-MISC**<br>4 Federal income tax withheld<br>$ | Miscellaneous Income<br><br>Copy 1<br>For State Tax Department |
| PAYER'S federal identification number | RECIPIENT'S identification number | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ |
| RECIPIENT'S name<br>The Snapka Law Firm<br>Street address (including apt. no.)<br>606 N. Carancahua, Suite 1511<br>P.O. Drawer 23017<br>City, state, and ZIP code<br>Corpus Christi, Tx 78476 | 7 Nonemployee compensation<br>$<br>9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐<br>11 | 8 Substitute payments in lieu of dividends or interest<br>$<br>10 Crop insurance proceeds<br>$<br>12 |
| Account number (see instructions) | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$370,130.36 |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no. | 18 State income<br>$<br>$ |

Form **1099-MISC**                                                                 Department of the Treasury - Internal Revenue Service

Exhibit 5