## Urquhart, Jack E.

**From:** Urquhart, Jack E.
**Sent:** Tuesday, March 29, 2011 3:15 PM
**To:** 'Russ Herman'
**Cc:** 'ksnapka@snapkalaw.com'
**Subject:** RE: Transfer of Funds to Michael Stratton's firm by BrownGreer

Perhaps I was unclear that I have communicated with Mr. Stratton who you say represented her. Thank you for your rapid reply. I remain open to any helpful information you may have.

jack

---

**From:** Russ Herman [mailto:RHERMAN@hhkc.com]
**Sent:** Tuesday, March 29, 2011 3:04 PM
**To:** Urquhart, Jack E.
**Cc:** cseeger@seegerweiss.com; andybirchfield@beaslyallen.com; ksnapka@snapkalaw.com
**Subject:** Re: Transfer of Funds to Michael Stratton's firm by BrownGreer

Mr Stratton represented Ms Snapka You should communicate with him concerning these matters Please also be advised that I do not give tax advices Regards Russ Herman

Sent from my iPad

On Mar 29, 2011, at 2:58 PM, "Urquhart, Jack E." <jeu@bmpllp.com> wrote:

> Messrs. Birchfield, Herman and Seeger:
> As you will recall, at the February 17th status conference, Ms. Snapka reported to the Court that she had attempted to learn whether or not a Court order authorized the transfer of funds from BrownGreer to Michael Stratton's firm. It was from this fund transfer that Ms. Snapka was sent two checks from the Stratton Faxon Firm Account. The Court confirmed that it did not issue an order authorizing the transfer of funds from BrownGreer to Mr. Stratton's firm.
> However, Kathryn Snapka has recently received a 1099 in the amount of the checks sent her by Michael Stratton. She has not cashed the checks. In correspondence with Mr. Stratton, he has set a deadline of April 1, 2011, by which she must meet conditions for receiving a corrected 1099 that turn in large part on the issue of whether the transfer of funds without Court approval was legally authorized. Without acknowledging the propriety of Mr. Stratton's conditions; nevertheless, the issue of the validity of the transfer of funds to Mr. Stratton's firm requires immediate resolution.
> The purpose of this correspondence is to inform you that it appears from all available evidence that the transfer of funds from BrownGreer to Mr. Stratton would have required a Court order. If correct, Ms. Snapka, of course, can not cash the checks.
> Before presenting this issue to the Court and formally requesting an order confirming that the fund transfer to Mr. Stratton was unauthorized, we want to confer with you on that issue. If you have information that the transfer from BrownGreer to Mr. Stratton was legally authorized despite the absence of a supporting Court order, we would appreciate receiving that information.
> Additionally, please consider this a formal request to place this matter on the agenda for the

status conference scheduled for Friday, April 1, 2011 at 9:00 a.m.
Thank you for your prompt response.

Jack Urquhart

Beirne, Maynard & Parsons, L.L.P.
1300 Post Oak Boulevard, Suite 2500
Houston, Texas 77056

Main: 713.960.0887
Direct: 713.871.6760
Cell: 832-723-2201
Fax: 713.960.1527

jurquhart@bmpllp.com

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.

3/31/2011