UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | ) | MDL NO. 1657 |
| | ) | |
| PRODUCTS LIABILITY | ) | SECTION L |
| LITIGATION | ) | |
| | ) | JUDGE FALLON |
| THIS DOCUMENT RELATES | ) | MAG. JUDGE KNOWLES |
| TO ALL CASES | ) | SPECIAL MASTER |
| | ) | PATRICK A. JUNEAU |
| FILER: Jack E. Urquhart | ) | |
| | ) | March 31, 2011 |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that Kathryn Snapka will submit the Motion Of Kathryn Snapka for an Order that Confirms that The Transfer of Funds From BrownGreer to Mr. Michael Stratton Was Not Authorized to the Honorable Eldon E. Fallon at 9:00 a.m. on Wednesday April 21, 2011, or at an earlier date as ordered by the Court, at 500 Camp Street, New Orleans. LA.

Respectfully submitted,
BEIRNE, MAYNARD & PARSONS, L.L.P.

_____
Jack E. Urquhart
State Bar No. 20415600
1300 Post Oak Blvd., Suite 2500
Houston, Texas 77056
Telephone: (713) 871-6760
Facsimile: (713) 960-1527

**ATTORNEYS FOR PLAINTIFF
KATHRYN SNAPKA**

## CERTIFICATE OF SERVICE

I hereby certify that the above notice has been served on Michael A. Stratton, Russ Herman, Andrew Birchfield, Chris Seeger and Orran L. Brown by U.S. Mail and email and upon all parties by electronically uploading it to LexisNexis File & Serve Advanced, on March 31, 2011.

_____
Jack E. Urquhart