



# New York State Unified Court System

## eCOURTS UCS

## *WebCivil Supreme - eFiled Documents Detail*

Court: **New York Civil Supreme**
Index Number: **116110/2004**
Case Name: **JAROS, BARBARA vs. PFIZER**
Case Type: **E-PI: Celebrex, Vioxx**
Track: **Extremely Complex**

**Document List** - Click on the document name to view the document

| Document # | Date Received/Filed | Document | Description | Motion # | Filing User |
|---|---|---|---|---|---|
| 1 | 11/30/2006 | Consent to EFiling | filed 11/24/06 | | Glenn Damato |
| 2 | 11/30/2006 | Summons + Complaint | FILED 11/15/04 | | Glenn Damato |
| 3 | 12/01/2006 | County Clerk Minutes - prior to conversion | COUNTY CLERK MINUTES | | Glenn Damato |
| 4 | 12/15/2006 | Request For Judicial Intervention (Fee required - 95.00) | Processed 11 15 04 | | Althia ColemanWeeks court user |
| 5 | 02/08/2008 | Notice of Motion | Notice of Motion to Dismiss | 003 | CHRISTOPHER G CAMPBELL |
| 6 | 03/06/2008 | Stipulation | Stipulation of Adjournment | 003 | CHRISTOPHER G CAMPBELL |
| 7 | 03/06/2008 | Stipulation of Discontinuance (Fee required - 35.00) | Stipulation of Partial Dismissal With Prejudice Against Pfizer Defendants | | CHRISTOPHER G CAMPBELL |
| 8 | 04/02/2008 | Notice of Motion | Merck's Notice of Motion to Dismiss | 004 | VILIA B HAYES |
| 9 | 04/02/2008 | Affidavit or Affirmation in Support of Motion | Affirmation of Vilia B. Hayes In Support of Merck's Motion to Dismiss | 004 | VILIA B HAYES |
| 10 | 04/02/2008 | Affirmation/Affidavit of Service | Affidavit of Service via First Class Mail on April 1, 2008 | 004 | VILIA B HAYES |
| 11 | 04/11/2008 | Signed Order | --none-- | 003 | Kevin Duffy court user |
| 12 | 04/30/2008 | Proposed So-Ordered Stipulation | Stipulation of Dismissal With Prejudice of Claims of Quackenbush Against Merck & Co., Inc. | | VILIA B HAYES |
| 13 | 05/29/2008 | Letter / Correspondence | Ltr to Judge Kornreich, response to V. Hayes ltr dated 5/23/08 | 004 | RONALD R BENJAMIN |
| 14 | 05/30/2008 | Letter / Correspondence | Merck's Letter dated May 23, 2008 to Justice Kornreich Withdrawing a Portion of the Motion to Dismiss | | VILIA B HAYES |
| 15 | 05/30/2008 | Letter / Correspondence | Merck's Letter dated May 30th, 2008 to Justice Kornreich in Response to Plaintiff's Letter dated May 29, 2008 | | VILIA B HAYES |
| 16 | 06/09/2008 | Signed Decision | Dated 6/6/08 Entered by County Clerk 6/9/08 | 004 | Clifford Reig court user |
| 17 | 06/16/2008 | Notice of Entry | Merck's Notice of Entry of the Order entered June 9, 2008 | | VILIA B HAYES |
| 18 | 06/16/2008 | Affirmation/Affidavit of Service | Affidavit of Service of Merck's Notice of Entry via First Class Mail on June 16, 2008 | | VILIA B HAYES |
| 19 | 07/17/2008 | Notice of Motion | Notice of Motion | 005 | RONALD R BENJAMIN |
| 20 | 07/17/2008 | Memorandum Of Law In Support | Memorandum of Law | 005 | RONALD R BENJAMIN |
| 21 | 07/17/2008 | Affidavit or Affirmation in Support of Motion | Attorney Affirmation | 005 | RONALD R BENJAMIN |
| 22 | 07/17/2008 | Notice of Appeal (Fee required - 65.00) | Notice of Appeal | | RONALD R BENJAMIN |
| 23 | 07/17/2008 | Pre-Argument Statement | Pre Argument Statemen | | RONALD R BENJAMIN |
| 24 | 07/17/2008 | Notice of Entry | Notice of Entry/Order | | RONALD R BENJAMIN |
| 24-1 | 07/17/2008 | Exhibit | Original letter submitting appeal and date stamped by county clerk | | RONALD R BENJAMIN |
| 25 | 07/17/2008 | Affidavit or Affirmation | Merck's Affirmation in Response to Plaintiffs' Motion for Reargument and Reconsideration | 005 | VILIA B HAYES |
| 26 | 07/17/2008 | Affirmation/Affidavit of Service | Merck's Affidavit of Service of the Affirmation in Response via First Class Mail on July 7, 2008 | 005 | VILIA B HAYES |

| 27 | 07/23/2008 | Reply Affidavit or Affirmation | Reply Attorney Affirmation | 005 | RONALD R BENJAMIN |
| 28 | 09/08/2008 | Signed Decision | SIGNED DECISION entered in the office of the County Clerk on September 08, 2008 | 005 | Clifford Reig court user |
| 29 | 09/12/2008 | Signed Order | Stip & Order signed by Judge Kornreich filed 09/08/08 | | Peter Garganese court user |
| 29-1 | 09/12/2008 | Exhibit | Exhibit A Amended Complaint | | Peter Garganese court user |
| 30 | 09/12/2008 | Notice of Entry | --none-- | | VILIA B HAYES |
| 31 | 09/12/2008 | Affirmation/Affidavit of Service | --none-- | | VILIA B HAYES |

Close