# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | **Case Number:**<br>**2:06cv01901** |
| **Lawrence K. Butcher** | PLAINTIFF |
| v. | |
| **Merck & Co., Inc.** | DEFENDANT |

* * * * * * *

# ORDER

Considering the Suggestion Of Death And Motion For Substitution Of Parties (R. Doc.58754) and the consent of Merck Sharp Dohme Corp. to the motion,

IT IS ORDERED that Jennifer K. Butcher's Suggestion Of Death And Motion For Substitution Of Parties (R. Doc.58754) is granted.

NEW ORLEANS, LOUISIANA, this 31st day of ___March___, 2011.

_____
DISTRICT JUDGE

1