U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAR 30 2011
LORETTA G. WHYTE
CLERK

United States District Court
Eastern District of Louisiana

In re: Vioxx
Products Liability
Litigation

MDL Docket No. 1657
05-MD-1657
L(3)

Jamaal Ali Bilal v. Merck & Co., Inc., No 06-02364

## Notice of Appeal by Jamaal Ali Bilal

I Jamaal Ali Bilal hereby appeal the March 18, 2011 order of Judge Eldon E. Fallon.

Respectfully submitted,
Jamaal Ali Bilal
FCCC, 13619 S.E. Hwy 70
Arcadia, Fl 34266

TENDERED FOR FILING
MAR 30 2011
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

## Certificate of Service

I Hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail to the Clerk's office this 25th day of March 2011.

Jamaal Ali Bilal

Fee ____
Process ____
X Dktd ____
X CtRmDep ____
Doc No. ____

Jamaal Ali Bilal 99-0124
JCCC 134.19 L-E Hwy 70
Venalia, FL 34266

Legal Mail

Clerk's Office
U.S. District Court
Eastern District of Louisiana
New Orleans, LA 70130