# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Alaniz, et al. v. Merck & Co., Inc.*, 2:06-cv-10281-EEF-DEK (Plaintiff Mary Jackson) | * | |
| | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## <u>SUGGESTION OF DEATH</u>

Defendant Merck Sharp & Dohme Corp. ("Merck"), by undersigned counsel and pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, hereby submits this suggestion of death with respect to plaintiff Mary Jackson. Counsel for Merck has learned through correspondence with plaintiff's counsel that Ms. Jackson is now deceased.

Dated: April 1, 2011

                                                  Respectfully submitted,

                                                  By: <u>*/s/ Dorothy H. Wimberly*</u>
                                                        Phillip A. Wittmann, 13625
                                                        Dorothy H. Wimberly, 18509
                                                        STONE PIGMAN WALTHER
                                                        WITTMANN L.L.C.
                                                        546 Carondelet Street
                                                        New Orleans, Louisiana 70130
                                                        Phone: 504-581-3200
                                                        Fax:   504-581-3361

                                                Defendants' Liaison Counsel

                                                —and—

- 2 -

        Douglas R. Marvin
        Eva Petko Esber
        M. Elaine Horn
        WILLIAMS & CONNOLLY LLP
        725 Twelfth Street, N.W.
        Washington, D.C. 20005
        Phone: 202-434-5000
        Fax:    202-434-5029

Attorneys for Merck Sharp & Dohme Corp.

- 3 -

**CERTIFICATE OF SERVICE**

The foregoing Suggestion of Death has been served on Liaison Counsel, Russ Herman, Phillip Wittmann, and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 1st day of April, 2011.

          */s/ Dorothy H. Wimberly*
          Dorothy H. Wimberly, 18509
          STONE PIGMAN WALTHER
          WITTMANN L.L.C.
          546 Carondelet Street
          New Orleans, Louisiana  70130
          Phone:  504-581-3200
          Fax:    504-581-3361
          dwimberly@stonepigman.com

          Defendants' Liaison Counsel