UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION  THIS DOCUMENT RELATES TO:  ALL PURCHASE CLAIMS CLASS ACTION COMPLAINTS PENDING OR SUBJECT TO TRANSFER TO MDL 1657 | MDL No. 1657  SECTION: L  JUDGE FALLON  MAGISTRATE JUDGE KNOWLES |

## **ORDER**

It is hereby ORDERED that Plaintiffs' Motion for Leave to file Submission of Kentucky Supreme Court Decision is GRANTED. Plaintiffs' Submission of Kentucky Supreme Court Decision will be filed into the record on today's date.

NEW ORLEANS, LOUISIANA, this _____ day of April, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE