UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| Product Liability Litigation | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | |
| George Morris, et al. | * | JUDGE FALLON |
| v. | * | |
| Merck & Co., Inc., et al. | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| *Only with regard to:* | * | |
| *Dorothy Kozlowski, individually and as* | * | |
| *representative of the estate of Edward* | * | |
| *Kozlowski, and Edward Kozlowski, Jr.,* | * | |
| *Denise Tomchek, and Timothy* | * | |
| *Kozlowski* | * | |
| | * | |
| | * | |
| *Docket No. 2:07-cv-02101* | * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Dorothy Kozlowski, individually and as representative of the estate of Edward Kozlowski, and Edward Kozlowski, Jr., Denise Tomcheck, and Timothy Kozlowski, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 1st day of April, 2011.

_____
DISTRICT JUDGE