MINUTE ENTRY
FALLON, J.
APRIL 1, 2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX : | |
| : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION : | |
| : | SECTION L |
| **THIS DOCUMENT RELATES TO:** : | |
| ALL PENDING GOVERNMENT ACTION : | JUDGE FALLON |
| CASES : | MAG. JUDGE KNOWLES |
| : | |

      On this date, a status conference was held with Judge Eldon E. Fallon.  Counsel for Merck and Counsel for various Government Action Plaintiffs participated, as well as Susan Winkler on behalf of the Department of Justice and Robert Patten on behalf of NAMFCU.  At the conference, the parties discussed the status of the case.  The parties agreed that the stay of discovery should be extended until May 1, 2011.  Counsel for the Commonwealth of Kentucky expressed concern over a continued stay of discovery related to governmental claims not related to Medicaid.  The Court instructed counsel for the Commonwealth of Kentucky and counsel for Merck to meet and confer regarding the scope of discovery that has already been produced.  The Court also indicated to the parties that it will hold the Plaintiffs' Steering Committee's Motion for an Order Imposing Common Benefit Obligation Upon the Recovery of Government Action Participants (Rec. Doc. 62699) in abeyance.  In due course, the Court will confer with the parties to set a briefing schedule to permit all parties an opportunity to be heard on the motion.

1

JS10(00:15)