**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In Re:  VIOXX** | **MDL Docket No. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | **SECTION L** |
| **This document relates to:** | |
| **ALL COMMON** | **JUDGE FALLON** |
| **BENEFIT FEE APPLICANTS** | **MAG. JUDGE KNOWLES** |

## FEE ALLOCATION COMMITTEE'S OPPOSITION TO OBJECTORS' MOTION TO RESTORE COMMON BENEFIT FUND

The Objectors' Motion to Restore Common Benefit Fund should be denied.  First, and foremost, the factual allegations contained in the motion are unfounded.  Secondly, the statutes relied upon are not applicable. Objectors have accused the Fee Allocation Committee of unethical conduct and fraud on the Court arising out of an agreement with the percentage-fee objectors.  Objectors have repeated the same scurrilous accusations in multiple pleadings without once alleging or establishing any harm on behalf of any Objector. The Fee Allocation Committee has repeatedly addressed the accusations.  To avoid needless duplication and undue burden on the Court, the Fee Allocation Committee will not do so again here, except to state the Objectors' allegations are baseless and that the agreement was reached and implemented with appropriate authority under the Master Settlement Agreement and the Escrow Agreement.[1]

Relying upon 28 U.S.C. § 2041 and § 2042, Objectors urge the Court to order that the amount of the percentage-fee objector agreement be paid back into the fund, not by

---

[1] The Fee Allocation Committee's position was set forth in detail in the Fee Allocation Committee's Opposition to Objectors' Motion for Partial Summary Judgment.

the recipients of the funds including two Objectors but rather by members of the Fee Allocation Committee.  These statutes are not applicable.

Section 2041 applies to funds paid into a court:  "All moneys paid into any court of the United States, or received by the officers thereof, in any case pending or adjudicated in such court, shall be forthwith deposited with the Treasurer of the United States or a designated depositary, in the name and to the credit of such court." See 28 U.S.C. § 2041 (2011).  Section 2042 directs that all moneys deposited into a court registry account pursuant to § 2041 shall not be withdrawn except by order of a court. See 28 U.S.C. § 2042 (2011).

The common benefit fund is not subject to § 2041 or § 2042.  The common benefit fund is not composed of moneys that have been paid into the Court.  Rather, the fund was created by operation of a private settlement agreement, and pursuant to a private escrow agreement, the moneys are deposited in a commercial banking institution.  Neither settlement funds nor common benefit funds have been deposited in the Court's registry.  Therefore, these statutes are inapplicable.

In their motion, Objectors make no attempt to show that they are entitled to any moneys refunded to the fee percentage objectors.  Furthermore, Objectors make no showing that they were harmed as a result of moneys being refunded to the percentage-fee objectors.  In fact, Objector, Mr. Becnel, has deposited the funds received as a result of the compromise with the fee percentage objectors.  Objectors cannot meet the burden of proving that they were either entitled or harmed.  Instead, Objectors have raised this issue continually for the sole purpose of attacking the Fee Allocation Committee.  The Fee Allocation Committee has at all times acted within the dictates of its appointment and

2

in the best interests of common benefit fee applicants as a whole.  Objectors can point to

no evidence to the contrary because the allegations so carelessly tossed out by Objectors

have no basis in fact or law.

In sum, the Fee Allocation Committee acted in good faith and with appropriate

authority at all times in regard to the common benefit fund.[2]  There is neither a wrong nor

a perceived wrong to address, and the Objectors' motion should be denied.


Respectfully submitted,

Date:   April 4, 2011            By:   _____/s/ Russ M. Herman_____
                                      **Russ M. Herman (Bar No. 6819)**
                                      Leonard A. Davis (Bar No. 14190)
                                      Stephen J. Herman (Bar No. 23129)
                                      ***Herman, Herman, Katz & Cotlar,***
                                      ***L.L.P.***
                                      820 O'Keefe Avenue
                                      New Orleans, Louisiana 70113
                                      Telephone: (504) 581-4892

                                      **PLAINTIFFS' LIAISON COUNSEL,**
                                      **CHAIR OF THE FEE**
                                      **ALLOCATION COMMITTEE, AND**
                                      **LIAISON COUNSEL FOR**
                                      **COMMON BENEFIT COUNSEL**

---

[2] <u>See</u> id.

By:  /s/ Andy D. Birchfield, Jr.,
     **Andy D. Birchfield, Jr**.
     ***Beasley, Allen, Crow, Methvin,***
     ***Portis & Miles, P.C.***
     P. O. Box 4160
     Montgomery, AL  36103-4160
     Telephone: (334) 369-2343

     **PLAINTIFFS' CO-LEAD
     COUNSEL, SECRETARY OF THE
     FEE ALLOCATION
     COMMITTEE, AND CO-LEAD
     COUNSEL FOR COMMON
     BENEFIT COUNSEL**


By:  /s/ Christopher A. Seeger
     **Christopher A. Seeger**
     ***Seeger Weiss***
     One William Street
     New York, NY 10004
     Telephone: (212) 584-0700

     **PLAINTIFFS' CO-LEAD
     COUNSEL AND CO-LEAD
     COUNSEL FOR COMMON
     BENEFIT COUNSEL**

Russ M. Herman, Esq.
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
(504) 581-4892 (telephone)
(504) 561-6024 (telecopier)

Andy D. Birchfield, Jr., Esquire
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
(800) 898-2034 (telephone)
(334) 954-7555 (telecopier)

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Thomas V. Girardi, Esq.
GIRARDI & KEESE
1126 Wilshire Blvd.
Los Angeles, CA 90017-1904
(213) 977-0211 (telephone)

Mark Lanier, Esq.
LANIER LAW FIRM, PC
6810 FM 1960 West
Houston, TX 77069
(713) 659-5200 (telephone)
(713) 659-2204 (telecopier)

Edward F. Blizzard, Esq.
BLIZZARD, MCCARTHY & NABERS, LLP
Lyric Centre, 440 Louisiana
Suite 1710
Houston, TX 77002-1689
(713) 844-3750 (telephone)
(713) 844-3755 (telecopier)

Perry Weitz, Esq.
WEITZ & LUXENBERG
180 Maiden Lane
New York, NY 10038
(212) 558-5500 (telephone)
(212) 344-5461 (telecopier)

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

**FEE ALLOCATION COMMITTEE**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and email, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 4<u>th</u> day of April, 2011.

 /s/ Andy D. Birchfield, Jr.
**Andy D. Birchfield, Jr**.

*Beasley, Allen, Crow, Methvin,*
*Portis & Miles, P.C.*
P. O. Box 4160
Montgomery, AL  36103-4160
Telephone: (334) 369-2343
Facsimile: (334) 954-7555