SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - x

BARBARA JAROS, BRUCE D. PEER, et ux.
PAMELA K. PEER, RONALD
QUACKENBUSH, SR., SHARON SEYMOUR
QUACKENBUSH,

                     Plaintiffs,

        - against -

PFIZER, INC., PHARMACIA CORPORATION,
a wholly-owned subsidiary of PFIZER, INC., and
PHARMACIA & UPJOHN COMPANY, a
wholly-owned subsidiary of PHARMACIA
CORPORATION, and MERCK & CO., INC.,

                     Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - x

**Index No.:** 116110/2004

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 12th day of September, 2008, I caused a copy of the foregoing NOTICE OF ENTRY to be served via first-class mail, postage prepaid, on the following:

    Ronald R. Benjamin, Esq.
    LAW OFFICES OF RONALD R. BENJAMIN
    126 Riverside Drive, P.O. Box 607
    Binghamton, New York 13902

    Amy W. Schulman, Esq.
    Christopher Strongosky, Esq.
    DLA PIPER RUDNICK GRAY CARY US LLP
    1251 Avenue of the Americas
    New York, New York 10004

    The above addresses have appeared on the prior papers in this action as the office address of the attorneys for Plaintiffs and co-defendants.

    Deponent is over the age of 18 years and not a party to this action.

    I further certify under penalty of perjury that under the laws of the United States of America the foregoing is true and correct.

Executed on September 12, 2008

                                                   Amina Hassan

60271601