**Pistilli, Emily**

| | |
|---|---|
| **From:** | Hayes, Vilia B. [hayes@HughesHubbard.COM] |
| **Sent:** | Tuesday, April 05, 2011 10:45 AM |
| **To:** | Pistilli, Emily |
| **Subject:** | FW: NYSCEF: New York <NOTICE OF ENTRY> (JAROS BARBARA et al vs PFIZER INC et al) Confirmation Of EFiling |

-----Original Message-----
From: eFile@courts.state.ny.us [mailto:eFile@courts.state.ny.us]
Sent: Friday, September 12, 2008 12:20 PM
To: Hayes, Vilia B.; christopher.campbell@dlapiper.com; bextracelebrexefiling@dlapiper.com; mbreit@wdklaw.com; ronbenjaminlaw@stny.rr.com; motion@courts.state.ny.us
Subject: NYSCEF: New York <NOTICE OF ENTRY> (JAROS BARBARA et al vs PFIZER INC et al) Confirmation Of EFiling

This is an AUTOMATED response

The NYS EFiling web site has received documents from the User, VILIA B HAYES, for the following case/claim:

Caption: JAROS BARBARA et al vs PFIZER INC et al
Claim/Index Number: 116110/2004
Date Case/Claim created in EFiling: 11/30/2006
Assigned Judge: SHIRLEY WERNER KORNREICH
Email Notifications Sent to:
hayes@hugheshubbard.com
smithp@hugheshubbard.com
christopher.campbell@dlapiper.com
bextracelebrexefiling@dlapiper.com
mbreit@wdklaw.com
ronbenjaminlaw@stny.rr.com
Jill.Marinoff@dlapiper.com
Michael.Mosley@dlapiper.com
Luke.Tamura@dlapiper.com
Christopher.Strongosky@dlapiper.com
kfendler@whatleydrake.com
mclark@benjaminattorney.com

You can view the contents of the submitted document(s) by clicking on the hyperlinks that appear in the body of this message below. You will be notified via email upon acceptance of this document(s).

NOTICE OF ENTRY
https://iapps.courts.state.ny.us/fbem/DocumentDisplayServlet?documentId=ei42aAXfOYsNIDUabjjWFA==&system=prod

AFFIRMATION/AFFIDAVIT OF SERVICE
https://iapps.courts.state.ny.us/fbem/DocumentDisplayServlet?documentId=ei42aAXfOYvLDg10k6K9rg==&system=prod

If the hyperlink does not display the document by clicking on it, cut and paste the entire document link into your browser.

------------------------------------------------------------------------

1

------------------
THIS E-MAIL IS INTENDED ONLY FOR THE USE OF THE NAMED ADDRESSEE(S) AND
FOR THE PURPOSES OF THE
ELECTRONIC FILING SYSTEM. IF YOU ARE NOT THE INTENDED RECIPIENT NOR A
PERSON DESIGNATED TO RECEIVE
MESSAGES ON BEHALF OF THE INTENDED RECIPIENT, PLEASE NOTIFY THE SENDER
IMMEDIATELY.  THANK YOU.
-------------------------------------------------------------------------
------------------

************************************************************************
This email and any files transmitted with it may contain privileged or confidential
information. Use, disclosure, copying or distribution of this message by anyone other than
the intended recipient is strictly prohibited. If you have received this email in error
please notify the sender by reply email and destroy all copies of this message in your
possession, custody or control.
************************************************************************