IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

```
-------------------------------------------------------x
                                              :
                                              :       MDL NO. 1657
                                              :
IN RE: VIOXX PRODUCTS LIABILITY               :
LITIGATION                                    :       SECTION L
                                              :
THIS DOCUMENT RELATES TO                      :       JUDGE FALLON
ALL ACTIONS                                   :       MAG. JUDGE KNOWLES
                                              :
FILER:  Henry A. King/Rebecca Dietz           :
                                              :
                                              :
-------------------------------------------------------x
```

**MOTION OF KLINE & SPECTER, P.C. TO ENFORCE THE FULL PARTICIPATION OPTION OR, IN THE ALTERNATIVE, FOR LEAVE TO FILE OBJECTION TO MR. HERMAN'S 8% FEE RECOMMENDATION**

Kline & Specter, P.C. ("Kline & Specter") hereby moves this Court pursuant to Fed. R. Civ. P. 60(b) to set aside its Order dated Oct. 19, 2010 on grounds of newly discovered evidence and to (a) enforce the Full Participation Option ("FPO"), described and authorized in the Court's Order entered August 4, 2005, for Kline & Specter and other plaintiffs' firms who signed FPO Contracts, and (b) order reimbursement to Kline & Specter and such other firms who signed FPO Contracts from the common benefit fund so that their assessment toward the common benefit fee is 2% as set forth in the August 4, 2005 Order.

In the alternative, Kline & Specter hereby moves this Court for leave to file an objection to Mr. Herman's recommendation dated Jan. 20, 2009 that the Court award an aggregate common benefit fee equaling 8% of the settlement fund.

Appropriate forms of Order are filed herewith.

                                    Respectfully submitted,

                                    /s/ Henry A. King
                                  HENRY A. KING (#7393)
                                  REBECCA H. DIETZ (#28842)
                                  KING, KREBS & JURGENS, P.L.L.C.
                                  201 St. Charles Avenue, 45th Floor
                                  New Orleans, Louisiana   70170
                                  Telephone: (504) 582-3800
                                  Facsimile:  (504) 582-1233
                                  hking@kingkrebs.com
                                  rdietz@kingkrebs.com

                                  *Attorneys for Kline & Specter, P.C.*

Dated:  April 7, 2011