IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

```
-------------------------------------------------x
                                                 :
                                                 :    MDL NO. 1657
                                                 :
IN RE: VIOXX PRODUCTS LIABILITY                  :
LITIGATION                                       :    SECTION L
                                                 :
THIS DOCUMENT RELATES TO                         :    JUDGE FALLON
ALL ACTIONS                                      :    MAG. JUDGE KNOWLES
                                                 :
FILER:  Henry A. King/Rebecca Dietz              :
                                                 :
-------------------------------------------------x
```

**REQUEST FOR ORAL ARGUMENT**

     Kline & Specter, P.C. respectfully requests permission to present oral argument on the pending Motion to Enforce the Full Participation Option or, in the Alternative, for Leave to File Objection to Mr. Herman's 8% Fee Recommendation.  Kline & Specter, P.C. submits that oral argument will assist the Court in appropriately adjudicating this Motion.

                          Respectfully submitted,

                          /s/ Henry A. King
                          HENRY A. KING (#7393)
                          REBECCA H. DIETZ (#28842)
                          KING, KREBS & JURGENS, P.L.L.C.
                          201 St. Charles Avenue, 45th Floor
                          New Orleans, Louisiana   70170
                          Telephone: (504) 582-3800
                          Facsimile:  (504) 582-1233
                          hking@kingkrebs.com
                          rdietz@kingkrebs.com

                          *Attorneys for Kline & Specter, P.C.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Request for Oral Argument has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advance in accordance with Pre-Trial Order No. 8, on this date, April 7, 2011.

/s/ Henry A. King