# EXHIBIT D

# Stratton Faxon

Connecticut's Firm for Trial Law

Michael A. Stratton
mstratton@strattonfaxon.com



Jul 28 2010
3:59PM

July 28, 2010

VIA FACSIMILE

Honorable Eldon E. Fallon
U.S. District Court
Eastern District of Louisiana
500 Poydras Street
Room C456
New Orleans, LA 70130
(504) 589-6966

    Re:    MDL No. 1657
            Section L
            In Re Vioxx Products Liability Litigation

            **Common Benefit Fees**

Dear Judge Fallon:

    As you know, the objectors through undersigned examined 500,000 hours submitted by common benefit lawyers, took depositions, briefed several issues, and consulted with mass tort/class action fee experts in academia. The 7.5 percent joint recommendation made yesterday is well supported by our investigation, precedent, and the academic writings in this field. Moreover, our experts agreed that 7.5 percent was a fair fee award for the common benefit lawyers given precedent and the work done in this case.

    Thank you for allowing us to clarify the basis for our asking for a reduction of the fee to 7.5 percent.

Very truly yours,

Michael A. Stratton

59 Elm Street, New Haven, CT 06510 • Telephone: 203.624.9500 Fax: 203.624.9100 Toll-free: 866.351.9500 • www.strattonfaxon.com

EXHIBIT B