IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------x
: 
: MDL NO. 1657
:
IN RE: VIOXX PRODUCTS LIABILITY :
LITIGATION : SECTION L
:
THIS DOCUMENT RELATES TO : JUDGE FALLON
ALL ACTIONS : MAG. JUDGE KNOWLES
:
FILER: Kline & Specter, P.C. : March __, 2011
:
:
---------------------------------------------------------x

## ORDER

On the above and foregoing motion:

IT IS ORDERED that Kline & Specter, P.C. is granted leave to file an objection to Mr. Herman's recommendation dated Jan. 20, 2009 that the Court award an common benefit fee equaling 8% of the settlement fund.  The Motion of Kline & Specter to Enforce the Full Participation Option, or in the Alternative, for Leave to File Objection to Mr. Herman's 8% Fee Request, and its supporting memorandum, shall be deemed to be the objection and deemed filed as of the date of this Order.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE