UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO: ALL CASES**

**ORDER**

The Court has received a motion filed by attorney Kathryn Snapka (Rec. Doc. 62376) relating to the status of money transferred from the fund withheld from Vioxx Settlement Program awards for the purpose of compensating common benefit work. The propriety of that transfer is currently the subject of a motion filed by Co-Lead Counsel for common benefit fund Objectors. (Rec. Doc. 62715). Ms. Snapka states that she received checks from Michael Stratton, the Court-appointed Liaison Counsel for percentage-fee objectors, representing a portion of the transferred common benefit funds. Ms. Snapka states that she has not deposited or negotiated those checks and is now confronted with potential tax or other consequences if the status of the transfer is not resolved on an expedited basis.

As the Court stated at the Monthly Status Conference on April 1, 2011, because the funds are in dispute, the Court will receive the funds into the registry of the Court pending resolution of the dispute. Because Ms. Snapka states that she cannot deposit the checks until the Court resolves whether or not the transfer was proper, the Court will order the issuer of the checks, Michael Stratton, to void the checks he issued to Ms. Snapka and issue new checks in the same amount made payable to the Clerk of Court so that the funds may be transferred to the registry of

the Court without being accepted by Ms. Snapka. Other attorneys who have deposited the checks, into attorney trust accounts or otherwise, including Daniel E. Becnel, Jr., may deposit disputed funds in the registry of the Court. Accordingly,

**IT IS ORDERED** that Michael A. Stratton is ordered to void the disputed checks issued to Ms. Snapka and issue new checks in the same amounts, made payable to "Clerk, United States District Court" and deliver those checks to the Clerk of the United States District Court for the Eastern District of Louisiana, where the funds will be deposited in the registry of the Court.

**IT IS FURTHER ORDERED** that Daniel E. Becnel, Jr. may deposit similarly disputed funds in the registry of the Court by issuing a check payable to "Clerk, United States District Court."

**IT IS FURTHER ORDERED** that the funds so deposited will remain in the registry of the Court until further Order.

New Orleans, Louisiana, this 6th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE

Copy to: Financial Unit