IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: VIOXX Product Liability Litigation** | * | MDL- NO. 1657 |
| | * | |
| | * | SECTION L |
| | * | |
| **This Document Relates to** | * | JUDGE FALLON |
| **All Actions** | * | MAG. JUDGE KNOWLES |

## MOTION OF DAVIS & NORRIS, LLP TO ENFORCE THE FULL PARTICIPATION OPTION OR, IN THE ALTERNATIVE, FOR LEAVE TO FILE OBJECTION TO MR. HERMAN'S 8% FEE RECOMMENDATION

Davis & Norris, LLP hereby moves this Court pursuant to Fed. R. Civ. P. 60(b) to set aside its Order dated Oct. 19, 2010 on grounds of newly discovered evidence and to (a) enforce the Full Participation Option ("FPO"), described and authorized in the Court's Order entered August 4, 2005, for Davis & Norris and other plaintiffs' firms who signed FPO contracts, and (b) order reimbursement to Davis & Norris and such other firms who signed FPO contracts from the common benefit fund so that their assessment toward the common benefit fee is 2% as set forth in the August 4, 2005 Order.

In the alternative, Davis & Norris hereby moves this Court for leave to file an objection to Mr. Herman's recommendation dated January 20, 2009 that the Court award an aggregate common benefit fee equaling 8% of the settlement fund.

Appropriate form Orders are filed herewith.

Respectfully submitted this 8th day of April, 2011.

/s/ *John E. Norris*
John E. Norris
Davis & Norris, LLP
2154 Highland Ave. S.
Birmingham, AL 35205
(205) 930-9900 tel
(205) 930-9989 fax
jnorris@davisnorris.com