IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:  VIOXX Product Liability** | * | MDL- NO. 1657 |
| **Litigation** | * | |
| | * | SECTION L |
| | * | |
| **This Document Relates to** | * | JUDGE FALLON |
| **All Actions** | * | MAG. JUDGE KNOWLES |

## MEMORANDUM IN SUPPORT OF DAVIS & NORRIS, LLP's MOTION TO ENFORCE THE FULL PARTICIPATION OPTION OR, IN THE ALTERNATIVE, FOR LEAVE TO FILE OBJECTION TO MR. HERMAN'S 8% FEE RECOMMENDATION

Davis & Norris, LLP hereby adopts and incorporates the memorandum and all supporting exhibits in their entirety filed on behalf of Kline & Specter on April 7, 2011 and titled Memorandum In Support Of Kline & Specter's Motion To Enforce The Full Participation Option Or, In The Alternative, For Leave To File Objection to Mr. Herman's 8 % Fee Recommendation.  The Kline & Specter Memorandum and Exhibits adopted and incorporated by Davis & Norris is identified under the LexisNexis File & Serve as document number 47225828.

Respectfully submitted this 8th day of April, 2011.

/s/ *John E. Norris*
John E. Norris
Davis & Norris, LLP
2154 Highland Ave. S.
Birmingham, AL 35205
(205) 930-9900 tel
(205) 930-9989 fax
jnorris@davisnorris.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date, April 8, 2011, he caused the Motion of Davis & Norris, LLP to Enforce the Full Participation Option or, in the Alternative, for Leave to File Objection to Mr. Herman's 8% Fee Recommendation, an accompanying Memorandum of Law, and proposed Orders to be served on Liason Counsel, Russ Herman and Phillip Wittman, by e-mail, and on all parties by electronically uploading the same to LexisNexis File & Serve on accordance with Pre-Trial Order No. 8.

/s/ *John E. Norris*