IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX Product Liability Litigation | * | MDL- NO. 1657 |
| | * | |
| | * | SECTION L |
| | * | |
| This Document Relates to | * | JUDGE FALLON |
| All Actions | * | MAG. JUDGE KNOWLES |
| | * | |
| | * | April ____, 2011 |

## ORDER

On the above and foregoing motion:

IT IS ORDERED pursuant to Fed. R. Civ. P. 60(b) that the Court's Order entered October 19, 2010 is hereby set aside as set forth herein.  It is further ordered that:

(1) All plaintiffs' counsel whose participation in this multi-district litigation lies pursuant to a "Full Participation Option Agreement" as described in this Court's Order dated August 4, 2005 shall pay assessments toward the common benefit fund only as set forth in the Full Participation Option Agreement.

(2) Such counsel shall receive reimbursement from the common benefit fund such that their assessment will conform to the Full Participation Agreement.

(3) The October 19, 2010 Order shall remain in force as to all other plaintiffs' counsel.

                                                                                    _____
                                                                                     ELDON E. FALLON
                                                                                     UNITED STATES DISTRICT JUDGE