IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX Product Liability Litigation | * | MDL- NO. 1657 |
| | * | |
| | * | SECTION L |
| | * | |
| This Document Relates to | * | JUDGE FALLON |
| All Actions | * | MAG. JUDGE KNOWLES |
| | * | |
| | * | April ____, 2011 |

## ORDER

On the above and foregoing motion:

IT IS ORDERED that Davis & Norris, LLP is granted leave to file an objection to Mr. Herman's recommendation dated January 20, 2009 that the Court award a common benefit fee equaling 8% of the settlement fund. The Motion of Davis & Norris to Enforce the Full Participation Option, or in the Alternative, for Leave to File Objection to Mr. Herman's 8% Fee Request, and its supporting memorandum, shall be deemed to be the objection and deemed filed as of the date of this Order.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE