UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
|  LITIGATION | * | SECTION  L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | SPECIAL MASTER |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | PATRICK A. JUNEAU |
| | * | April 12, 2011 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION TO APPEAL SPECIAL MASTER'S
REPORT AND SCHEDULING ORDER**

Now into court come co-lead counsel for Objectors, who move to appeal from the Special Master's Report and Scheduling Order, for the reasons expressed in the accompanying Appeal from Special Master's Report and Scheduling Order, filed on April 11, pursuant to Rule 52(f) of the Federal Rules of Civil Procedure and this Court's Order of February 28, 2011.  (Rec. Doc. 62606, p. 3).

/s/ Robert E. Arceneaux                                                /s/ Margaret E. Woodward
_____                        _____
Robert E. Arceneaux, La Bar No. 01199                MARGARET E. WOODWARD, La. Bar
ROBERT E. ARCENEAUX LLC                              No.13677
47 Beverly Garden Drive                                         3701 Canal Street, Suite C
Metairie, LA 70001                                                   New Orleans, Louisiana  70119
(504) 833-7533 office                                               (504) 301-4333 office
(504) 833-7612 fax                                                    (504) 301-4365 fax
rea7001@cox.net                                                       mewno@aol.com

**CO-LEAD COUNSEL FOR OBJECTORS IDENTIFIED IN FEB. 8 ORDER**

-1-

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, and by upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8, on this date, April 12, 2011

/s/ Robert Arceneaux
_____