**SPECIAL MASTER OF**
**IN RE: VIOXX PRODUCTS LIABILITY LITIGATION**
**MDL NO. 1657**
Post Office Drawer 51268
Lafayette, Louisiana 70505-1268
Telephone: (337) 269-0052    Facsimile: (337) 269-0061

April 6, 2011

**Via Email Only**
rea7001@cox.net
Mr. Robert E. Arceneaux
Robert E. Arceneaux, LLC
47 Beverly Garden Drive
Metairie, LA 70001

      Re:   In Re: Vioxx Products Liability Litigation
              MDL No. 1657
              Attorney Fee Dispute

Dear Mr. Arceneaux:

    This is in response to your letter of April 1, 2011.

    I have previously allowed counsel for the objectors to meet with Mr. Garrett and obtain documentation he had generated. Your present inquiry with regard to Mr. Garrett is within the discovery which I have previously authorized.

    If any party appeals the report and recommendations, a decision will be made at that time regarding the Scheduling Order.

    The denial of your discovery requests relates to the issues that were referred to me. Judge Fallon is to consider your motion to restore Common Benefit Funds. If you are of the opinion that some of the discovery requests relate to that motion, the issue as to whether that discovery is allowed will be before Judge Fallon.

    I can only address the issues that are before me. If there are additional discovery requests that you have, I will address them when presented.

Sincerely,

*Patrick A. Juneau*

PATRICK A. JUNEAU
Special Master

PAJ/asm 

**EXHIBIT B**

Mr. Robert E. Arceneaux
April 6, 2011
Page 2

cc:	Hon. Eldon E. Fallon [Email @ ruth_leard@laed.uscourts.gov]
	Mr. Russ M. Herman [Email @ rherman@hhkc.com]
	Mr. Andy Birchfield [Email @ ndy.birchfield@beasleyallen.com]
	Mr. Christopher Seeger [Email @ cseeger@seegerweiss.com]
	Ms. Margaret Woodward [Email @ mewno@aol.com]
	Hon. Pascal F. Calogero, Jr. [Email @ pcalogero@alsfirm.com]