UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
|  LITIGATION | * | SECTION  L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | SPECIAL MASTER |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | PATRICK A. JUNEAU |
| | * | April 11, 2011 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED CONSIDERATION AND TO SUSPEND SCHEDULING ORDER PENDING APPEAL

MAY IT PLEASE THE COURT:

This memorandum is respectfully submitted by co-lead counsel for Objectors in support of their Motion for Expedited Consideration and to Suspend the Special Master's Scheduling Order Pending Appeal.  Objectors have this date filed their formal objections to the Report and Scheduling Order of March 31, 2011 (Rec. Doc. No. 62735).   The appeal notes that the Report made improper conclusions of fact and law, severely restricted discovery, and improperly curtailed the trial, all in violation of Objectors' due process rights.

This Court's Order of February 28, 2011 allowed Objectors three weeks in which to object to any ruling by the Special Master in accordance with Rule 53(f) of the Rules of Federal Procedure. (Rec. Doc. 62606, p. 3).   If expedited hearing of the objection and suspension of the Scheduling

Order are  not granted, the objections will be at least partially moot, as the deposition cut-off of

April 18, 2011 will have passed, and the trial scheduled to commence on May 9, 2011 may have

concluded, all without the benefit of the requested written discovery and likely with an inadequate

presentation of testimony.  Because of the time constraints imposed by the Report and Scheduling

Order, Objectors rapidly  submitted their appeal, but their objections can only be properly preserved

by expedited consideration and a suspension of the Scheduling Order.

.


/s/ Robert E. Arceneaux                                  /s/ Margaret E. Woodward
_____        _____
Robert E. Arceneaux, La Bar No. 01199        MARGARET E. WOODWARD, La. Bar
ROBERT E. ARCENEAUX LLC                     No.13677
47 Beverly Garden Drive                              3701 Canal Street, Suite C
Metairie, LA 70001                                       New Orleans, Louisiana  70119
(504) 833-7533 office                                   (504) 301-4333 office
(504) 833-7612 fax                                       (504) 301-4365 fax
rea7001@cox.net                                         mewno@aol.com

**CO-LEAD COUNSEL FOR OBJECTORS IDENTIFIED IN FEB. 8 ORDER**


**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on Liaison Counsel,
Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, and by upon all parties by
electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre
Trial Order No.8, on this date, April 11, 2011


/s/ Robert Arceneaux

_____