UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION  L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | SPECIAL MASTER |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | PATRICK A. JUNEAU |
| Pascal Calogero, Jr. | * | April 11, 2011 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * ***

**ORDER**

On the above and foregoing motion,

**IT IS ORDERED** that Objectors' Motion for Expedited Hearing be and the same is

hereby GRANTED;

**IT IS FURTHER ORDERED** that the Special Master's Scheduling Order of March 31,

2011 be and the same is hereby SUSPENDED pending review of the objections to said Order.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE