UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | SPECIAL MASTER |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | PATRICK A. JUNEAU |
| Pascal Calogero, Jr. | * | April 11, 2011 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***\***

# **ORDER**

On the above and foregoing motion,

**IT IS ORDERED** that all members of the Fee Allocation Committee, including liason and co-lead counsels, Russ Herman, Andy Birchfield, and Christopher Seeger, and all members of their respective firms be and they are hereby precluded from serving as litigation counsel in the dispute presently pending before this Court concerning allocation of the funds awarded by this Court in its order of October 19, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE