UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | SPECIAL MASTER |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | PATRICK A. JUNEAU |
| Pascal Calogero, Jr. | * | April 11, 2011 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * ***

## NOTICE OF SUBMISSION

TO: Russ Herman, Esq.
    Andy Birchfield, Esq.
    Chris Seeger, Esq.

**PLEASE TAKE NOTICE** that Robert E. Arceneaux and Margaret E. Woodward, co-Lead Counsel for Objectors, will submit a Motion to Preclude FAC Members from Serving as Litigation Counsel to the Honorable Eldon E. Fallon at 9:00 a.m. on Wednesday, April 27, 2011 at 500 Camp Street, New Orleans.

| | |
|---|---|
| /s/ Robert E. Arceneux | /s/ Margaret E. Woodward |
| Robert E. Arceneaux, La Bar No. 01199 | Margaret E. Woodward, La. Bar No. #13677 |
| ROBERT E. ARCENEAUX LLC | 3701 Canal Street, Suite C |
| 47 Beverly Garden Drive | New Orleans, Louisiana 70119 |
| Metairie, LA 70001 | (504) 301-4333 office |
| (504) 833-7533 office | (504) 301-4365 fax |
| (504) 833-7612 fax | mewno@aol.com |
| rea7001@cox.net | |

CO-LEAD COUNSEL FOR OBJECTORS IDENTIFIED IN FEB. 8, 2011 ORDER