# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657 <br> SECTION L <br> JUDGE FALLON <br> MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | **Case Number:** <br> **2:06cv09815** |
| **Pedro Gonzales, Jr. and** <br> **June E. Whalen-Gonzales (h/w)** | PLAINTIFFS |
| v. | |
| **Merck & Co., Inc.** | DEFENDANT |

\* \* \* \* \* \* \*

## MOTION TO WITHDRAW AS COUNSEL OF RECORD
## PURSUANT TO PTO 36, §II

Ann B. Oldfather of the Oldfather Law Firm, and Gregory M. Feather of Handler, Henning & Rosenberg move the Court, pursuant to Local Rule 83.2.11 and PTO 36, Section II, for an order allowing them to withdraw as counsel of record for plaintiffs Pedro Gonzales, Jr. (deceased) and June E. Whelan-Gonzales, in the above-captioned multidistrict litigation. Counsel avows that reasonable grounds exist for the Court to grant this motion.

The undersigned counsel declares that counsel has communicated with June E. Whelan-Gonzales, on repeated occasions subsequent to the death of Pedro Gonzales, Jr. Counsel has explained to Plaintiff, June E. Whelan-Gonzales, the reasons that counsel seek to withdraw from continued representation of the Plaintiffs in this action. Ms. Whelan-Gonzales has not responded to counsel's requests, thereby leading to the reasons for seeking to withdraw.

The undersigned counsel represents that, as of this same date, Plaintiff, June Whelan-Gonzales, has been sent a copy of PTO 36 and a copy of this Motion to Withdraw as Counsel of Record, both of which have been sent by certified mail and regular mail.  In the same correspondence, Plaintiff has been advised of the items set forth in PTO 36, Section II.B.

Plaintiff, June Whelan-Gonzales' last known address is:

> P.O. Box 466
> Myerstown, PA  17067-0466
> (717) 926-6793

Plaintiff has not provided an alternative contact.

Wherefore, the undersigned counsel respectfully requests that the Court determine that counsel have complied with all of the requirements of PTO 36 and Local Rule 83.2.11, as a result of which they be allowed to withdraw as counsel of record for Plaintiffs, Pedro Gonzales, Jr. (deceased) and June E. Whelan-Gonzales, and shall be relieved of all further liability on this matter.

> Respectfully submitted,
>
> /s/
> Ann B. Oldfather
> OLDFATHER LAW FIRM
> 1330 South Third Street
> Louisville, KY  40208
> (502) 637-7200
> *Co-Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Withdraw as Counsel of Record Pursuant to PTO 36, §II has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 11th day of April, 2011.

/s/ _____
Ann B. Oldfather

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | **Case Number:**<br>**2:06cv09815** |
| **Pedro Gonzales, Jr. and**<br>**June E. Whalen-Gonzales (h/w)**<br>**v.** | PLAINTIFFS |
| **Merck & Co., Inc.** | DEFENDANT |

## ORDER

Upon due consideration of Plaintiffs' counsels' Motion to Withdraw as Counsel of Record, and for good cause shown, the Court finds the motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Ann B. Oldfather of the Oldfather Law Firm, and Gregory M. Feather of Handler, Henning & Rosenberg are withdrawn as counsel of record for Plaintiffs, Pedro Gonzales, Jr. (deceased) and June E. Whelan-Gonzales.

New Orleans, Louisiana, this _____ day of April, 2011.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Prepared by:

Ann B. Oldfather
OLDFATHER LAW FIRM
1330 South Third Street
Louisville, KY  40208
(502) 637-7200
*Co-Counsel for Plaintiffs*