UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
|  LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | SPECIAL MASTER |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | PATRICK A. JUNEAU |
| | * | April 11, 2011 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO LIMIT FEES**

Now into court come co-lead counsel for Objectors, who move this Court to limit the fees awarded from the fund created by this Court's order of October 19, 2010 to Russ Herman, Andy Birchfield, Christopher Seeger, and any other member of the FAC who knowingly participated in the conduct more fully described in the memorandum in support of this motion.

/s/ Robert E. Arceneaux                                     /s/ Margaret E. Woodward
_____            _____
Robert E. Arceneaux, La Bar No. 01199            MARGARET E. WOODWARD, La. Bar
ROBERT E. ARCENEAUX LLC                          No.13677
47 Beverly Garden Drive                                    3701 Canal Street, Suite C
Metairie, LA 70001                                              New Orleans, Louisiana  70119
(504) 833-7533 office                                          (504) 301-4333 office
(504) 833-7612 fax                                              (504) 301-4365 fax
rea7001@cox.net                                                mewno@aol.com

**CO-LEAD COUNSEL FOR OBJECTORS IDENTIFIED IN FEB. 8 ORDER**

-1-

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, and by upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8, on this date, April 11, 2011

/s/ Robert Arceneaux
_____