UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
|  LITIGATION | * | SECTION  L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | SPECIAL MASTER |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | PATRICK A. JUNEAU |
| | * | April 11, 2011 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## **ORDER**

On the above and foregoing motion,

**IT IS ORDERED** that the fees ultimately allocated by this Court pursuant to its order of October 19, 2010 be and they are hereby reduced by a negative multiplier of _____% for the persons specified in the exhibit attached hereto.

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2011.

_____
ELDON E. FALLON
DISTRICT JUDGE