UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | SPECIAL MASTER |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | PATRICK A. JUNEAU |
| | * | April 11, 2011 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF SUBMISSION

TO   Russ M. Herman
     Christopher A. Seeger
     Andy Birchfield

**PLEASE TAKE NOTICE** that Robert E. Arceneaux and Margaret E. Woodward, co-Lead Counsel for Objectors, will submit a Motion to Limit Fees to the Honorable Eldon E. Fallon at 9:00 a.m. on Wednesday, April 27, 2011 at 500 Camp Street, New Orleans.

/s/ Robert E. Arceneaux                                   /s/ Margaret E. Woodward
_____                      _____
Robert E. Arceneaux, La Bar No. 01199           MARGARET E. WOODWARD, La. Bar
ROBERT E. ARCENEAUX LLC                          No.13677
47 Beverly Garden Drive                                   3701 Canal Street, Suite C
Metairie, LA 70001                                             New Orleans, Louisiana  70119
(504) 833-7533 office                                         (504) 301-4333 office
(504) 833-7612 fax                                             (504) 301-4365 fax
rea7001@cox.net                                                mewno@aol.com

**CO-LEAD COUNSEL FOR OBJECTORS IDENTIFIED IN FEB. 8 ORDER**