**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Vioxx | * | **MDL Docket No. 1657** |
| | * | |
| PRODUCTS LIABILITY | * | **SECTION L** |
| LITIGATION | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| | * | **MAGISTRATE JUDGE** |
| *Ronald Quackenbush, Sr., et al. v. Merck* | * | **KNOWLES** |
| *& Co., Inc.*, **2:10-cv-04506-EEF-DEK** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## <u>ORDER</u>

Considering the foregoing Ex Parte Motion for Leave to File Defendant Merck &

Co., Inc.'s Reply Memorandum In Support of its Motion for Judgment on the Pleadings Under

Rule 12(c),

**IT IS ORDERED** that the motion is granted and Merck & Co., Inc. be and it hereby is

granted leave to file its reply memorandum.

**NEW ORLEANS,** this <u>11th</u> day of April, 2011.

_____
**DISTRICT JUDGE**