UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:   VIOXX Products Liability Litigation                MDL No. 1657

                                                            Section: L
"This Document Relates to All Cases"

                                                            Judge Fallon
                                                            Mag. Judge Knowles

**NOTICE OF JOINING IN MOTION OF KLINE AND SPECTER , P.C. TO ENFORCE THE
FULL PARTICIPATION OPTION OR, IN THE ALTERNATIVE, FOR LEAVE TO FILE
<u>OBJECTION TO MR. HERMAN'S 8% FEE RECOMMENDATION</u>**

NOW COMES Daniel E. Becnel, Jr., Attorney at Law, who files this Notice Of Joining In Motion Of Kline And Specter , P.C. To Enforce The Full Participation Option Or, In The Alternative, For Leave To File Objection To Mr. Herman's 8% Fee Recommendation (R. Doc 62796).

Respectfully Submitted,

__/s/ Daniel E. Becnel, Jr._____
DANIEL E. BECNEL, JR. (#2926)
BECNEL LAW FIRM, LLC
P.O. Drawer H
Reserve, LA 70084
Telephone (985) 536-1186
Facsimile (985) 536-6445

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Supplemental Objection of Daniel E. Becnel, Jr. to Plaintiffs' Common Benefit Fee Award has been served on all parties by ECF and by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8, on this 13th day of April, 2011.

__/s/ Daniel E. Becnel, Jr._____
DANIEL E. BECNEL, JR.