UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| | MAGISTRATE JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:   Virginia Pickett v. Merck & Co., et al.
Case No.: 2:10-cv- 00043-EEF-DEK

## ATTORNEY AFFIRMATION

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF BROOME    )

RONALD R. BENJAMIN, an attorney duly admitted to practice before the courts of the State of New York, hereby affirms, under penalties of perjury, the following matters:

1. I am attorney of record for plaintiff and make this affirmation in reply to Virginia Pickett's motion to dismiss counsel.

2. Since I am not opposed to being discharged and had informed Ms. Pickett of the same I respectfully submit there is no need to address any of the allegations made in the motion since they would most likely implicate matters that would be subject to the attorney-client privilege.

3. Instead I ask that the Court treat the motion as one seeking withdrawal by counsel or otherwise allowing for the termination of my services in this matter as well as any

obligations I may have as attorney of record on behalf of Ms. Pickett.

4. As such, I would agree with Ms. Pickett that the motion should be granted.

Dated: April 14, 2011

_____
Ronald R. Benjamin Fed. Bar No. 101131
LAW OFFICE OF RONALD R. BENJAMIN
Attorneys for Plaintiffs
126 Riverside Drive, PO Box 607
Binghamton, New York 13902-0607
607/772-1442

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the above ATTORNEY AFFIRMATION has been served on Liaison Counsel, Phillip Wittmann, Esq. and Russ Herman, Esq. by ECF and U.S. Mail, and upon Virginia Pickett by U.S. Mail at 519 Lake Vista Circle, Cockeysville, Maryland 21030 and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 14th day of April, 2011.

_____
Ronald R. Benjamin   Fed. Bar No. 301339
LAW OFFICE OF RONALD R. BENJAMIN
Attorneys for Plaintiffs
126 Riverside Drive, PO Box 607
Binghamton, New York 13902-0607
607/772-1442