UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION   : SECTION: L
                                                       : JUDGE FALLON
                                                       : MAG. JUDGE KNOWLES

**This document relates to:**   Vioxx claimant Ricardo Hernandez Ruiz

### ORDER

The Court is in receipt of the attached correspondence sent by Ricardo Hernandez Ruiz regarding his Vioxx claim, in which he expresses a possible issue with his attorney. IT IS ORDERED that the attached correspondence be entered into the record. Mr. Ruiz indicates that he is not aware of the amount of compensation he received for his claim.

This matter is referred to Plaintiff's Liaison Counsel, Mr. Russ Herman, who is directed to contact Mr. Ruiz's Vioxx attorney, ascertain that attorney's position on the matter, and report to the Court. If Plaintiff's Liaison Counsel has difficulty contacting Mr. Ruiz's Vioxx attorney or is unable to obtain that attorney's position on the matter, he shall report that to the Court and the Court will take appropriate further steps.

New Orleans, Louisiana, this 14th day of April, 2011.

                                                                          UNITED STATES DISTRICT JUDGE

Clerk to serve:

    Mr. Russ Herman  
    Plaintiff's Liaison Counsel  
    Herman, Herman Katz & Cotlar, LLP  
    820 O'Keefe Ave.  
    New Orleans, LA 70113  

    Mr. Phillip Wittmann  
    Stone Pigman Walter Wittmann, LLC  
    546 Carondelet Street  
    New Orleans, LA 70130  

Ricardo Hernandez Ruiz  
7653 W. 29th Lane Apt. 202  
Hialeah, FL 33018  

Claims Administrator  
BrownGreer PLC  
115 S. 15th St.  
Suite 400  
Richmond, VA 23219