April 5, 2011



Hon. Eldon E. Fallon
United States District Court
Eastern District of Louisina
500 Poydras Street Room C-456
New Orleans, LA 70130

**To Hon. Eldon E. Fallon:**

My name is Ricardo Hernandez Ruiz and I am a person who was affected by the drug Vioxx.
The lawyer that represented my case, Mr. John H. Ruiz, sent me a letter on March 27, 2007 to inform me
that the case would be processed as **an individual lawsuit**. After the lawsuit was won, Mr. John H. Ruiz
said to me that the case was a **class action lawsuit** and that I have to accept the compensation he is
giving to me base on that category.

Your Honor, please, could you kindly let me know the total amount I was compensated with by your
court for the case of Vioxx?

Attached, you will find copy of the letters Mr. John H. Ruiz sent to me on March 27, 2007 in which he
explains that the case was processed as **an individual lawsuit**. If my case was processed under that
category my compensation should also be base on that category.

Respectfully,

Ricardo Hernandez Ruiz
7653 W 29th Lane Apt. 202
Hialeah, FL 33018
Tel: 786-523-3489

LAW OFFICES OF

# JOHN H. RUIZ, P.A.

ATTORNEYS AT LAW

Ralip Hernandez, Esquire
Hector A. Peña, Esquire
Jennifer Remy, Esquire
John H. Ruiz, Esquire

**"AV" Rated Law Firm**

**Areas of Practice:**
Wrongful Death
Personal Injury
Medical Negligence
Commercial Litigation
Insurance Litigation
Mass Tort Litigation
Class Action Litigation

27 de Marzo, 2007

Hernandez, Ricardo
7653 West 29 Lane Apt. 202
Hialeah, FL 33018

RE:   Caso contra Vioxx

Estimado Sr. Hernandez:

La presente es para informarles sobre su caso.  De acuerdo a la informacion que tenemos en su expediente, el caso suyo esta categorizado como un caso de ataque del corazon o una embolia.  Si esta informacion no esta correcta por favor de notificar a nuestra oficina lo antes posible. El juez de Louisiana no aprobo la demanda colectiva.  En lo cual estamos procesando los expedientes individualmente.  Adjunto le estamos enviando una forma que necesitamos llenar lo antes posible.  Por favor de llamar a mi secretaria Lourdes Rios al (786) 317-7489 si necesita asistencia.

Muchas gracias por su atencion.

Sinceramente,

John H. Ruiz, Abogado

JHR/lr

LAW OFFICES OF

# JOHN H. RUIZ, P.A.

ATTORNEYS AT LAW

Ralip Hernandez, Esquire
Hector A. Peña, Esquire
Jennifer Remy, Esquire
John H. Ruiz, Esquire

"AV" Rated Law Firm

**Areas of Practice:**
Wrongful Death
Personal Injury
Medical Negligence
Commercial Litigation
Insurance Litigation
Mass Tort Litigation
Class Action Litigation

29 de Octubre, 2007

Ricardo Hernandez
7653 West 29th Lane, Apt. 202
Hialeah, FL 33018

RE:     Caso de Vioxx

Estimado Sr. Hernandez:

Adjunto le estamos enviando una forma que necesitamos que usted firme relacionado al caso suyo contra el Vioxx.  Por favor firme donde esta marcado y regrese a nuestra oficina lo antes posible.

Muchas gracias por su atencion a la presente.

Sinceramente,

John H. Ruiz, Abogado

JHR/lr