UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
　　PRODUCTS LIABILITY LITIGATION

: MDL NO. 1657
:
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES
:

**This document relates to:** Virginia Pickett, Case Number 10-43

## ORDER

The Court is in receipt of a Motion to Dismiss Counsel filed by Vioxx plaintiff Virginia Pickett. IT IS ORDERED that the attached motion be entered into the record. which is ordered to be filed into the record. Ms. Pickett expresses dissatisfaction with the services of her attorney, Mr. Ronald R. Benjamin, and wishes to discharge him from representing her. Accordingly,

IT IS FURTHER ORDERED that Mr. Benjamin shall submit a response to Ms. Pickett's request to discharge him on or before April 29, 2011.

New Orleans, Louisiana, this 14th day of April, 2011.

　　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Clerk to serve:
　Mr. Russ Herman
　Plaintiff's Liaison Counsel
　Herman, Herman Katz & Cotlar, LLP
　820 O'Keefe Ave.
　New Orleans, LA 70113

　Mr. Ronald R. Benjamin
　Law Office of Ronald R. Benjamin
　126 Riverside Drive
　P.O. Box 607
　Binghamton, NY 13902-0607

1

Mr. Phillip Wittmann  
Stone Pigman Walter Wittmann, LLC  
546 Carondelet Street  
New Orleans, LA 70130

Virginia Pickett  
519 #B Lake Vista Circle  
Cockeysville, MD 21030