APR 7 2011

| | | |
|---|---|---|
| VIRGINIA PICKETT | | IN THE UNITED STATES DISTRICT COURT |
| | * | EASTERN DISTRICT |
| PLAINTIFF | * | OF LOUISIANA |
| | * | |
| Vs. | * | |
| | * | MDL 1657 |
| MERCK & COMPANY, ET AL | * | HONORABLE: ELDON E. FALLON |
| | * | CASE# 2:2010cv00043 |
| DEFENDANTS | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \*

## MOTION TO DISMISS COUNSEL

NOW COMES, **Virginia Pickett**, 519 #B Lake Vista Circle, Cockeysville, MD 21030, Pro Se and says unto this Honorable Court as follows:

1) That, currently, I am represented by Counsel, **Mr. Ronald R. Benjamin,** attorney at law, 126 Riverside Drive, P.O. Box 607, Binghamton, New York, 13905.

2) That, despite attempts to rectify the situation, the attorney client relationship has dwindled to the point where it would be difficult or impossible to continue having Mr. Benjamin represent me.

3) Despite repeated attempts to have Mr. Benjamin carry out my wishes as to how to handle this matter, and in reference to settlement, he has ignored my requests.

4) I have requested he forward my file to me and strike his appearance in my case and he has failed to do so.

5) Therefore, I believe it to be in my best interest to discharge **Mr. Benjamin** and to pursue other counsel.

Wherefore:

A)   It is respectfully requested that this Honorable Court strike the appearance of my attorney **Ronald R. Benjamin**.

B)   For such other and further relief as this Honorable Court may deem just and Proper.

*Virginia Pickett*
**Virginia Pickett**

## CERTIFICATE OF SERVICE

**I hereby certify** that a copy of the above captioned motion was mailed first class US Mail this 31st day of March 2011, to **Mr. Ronald R. Benjamin, Esq., 126 Riverside Drive, P.O. Box 607, Binghamton New York, 13905.**

*Virginia Pickett*
**Virginia Pickett**

CC: Russ M. Herman (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
**Herman, Herman, Katz & Cotlar, LLP**
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
FAX: (504) 561-6024

**Plaintiffs' Liaison Counsel**

Phillip A. Wittmann (Bar No. 13625)
Dorothy H. Wimberly (Bar No. 18509)
Carmelite M. Bertaut (Bar No. 3054)
**StonePigman Walther Wittmann, L.L.C.**
546 Carondelet Street
New Orleans, LA 70130-3588
PH: (504) 581-3200
FAX: (504) 581-3361

**Defendants' Liaison Counsel**

VIRGINIA ROCKET
619 B LAKE VISTA CIR.
LOCKERSVILLE, MD 21030

7013 0433 3365

U.S. MARSHALS
BALTIMORE MD 212

HONORABLE Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras St., Room C-456
New Orleans, LA 70130

USA FIRST-CLASS FOREVER