UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                   :    MDL NO. 1657
     PRODUCTS LIABILITY LITIGATION    :    SECTION: L
                                          :
                                          :    JUDGE FALLON
                                          :    MAG. JUDGE KNOWLES
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO:** *All cases*

## ORDER

The Court is in receipt of an unsigned letter expressing criticism of the Plaintiffs' Steering Committee. The letter shall be entered into the record.

New Orleans, Louisiana, this 14th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE

1