UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**This document relates to: All Cases**

## ORDER

The Court has appointed Patrick A. Juneau as Special Master regarding common benefit fee applicants. (Rec. Doc. 62606). The Court has reviewed Special Master Juneau's invoice for and summary of his fees and expenses incurred in carrying out his duties through March 31, 2011. The Court has reviewed Special Master Juneau's hours and finds them to be reasonable, well-documented, and in accordance with the Court's Order of appointment. Accordingly, IT IS ORDERED that the Claims Administrator shall release $72,291.84 to Special Master Juneau for his fees and expenses through March 31, 2011. These funds shall be disbursed from the fund held as common benefit attorneys' fees.

New Orleans, Louisiana, this 13th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:
Special Master Patrick A. Juneau     Vioxx Claims Administrator
Juneau David, APLC     BrownGreer PLC
P.O. Drawer 51268     115 S. 15th St., Suite 400
Lafayette, LA 70505-1268     Richmond, VA 23219

1