IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

----------------------------------------------------x
:     CIVIL ACTION
:     NO. 08-1633
:
In Re: Vioxx Products Liability Litigation     :
:     SECTION L, MAG. 3
:
:     HONORABLE ELDON E. FALLON
:     HONORABLE DANIEL E. KNOWLES
FILER:  Anapol, Schwartz, Weiss, Cohan,     :
       Feldman & Smalley, P.C.     :     In Relation To: MDL No. 1657
:
:
----------------------------------------------------x

## MOTION OF ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY, P.C. FOR RELIEF FROM THIS COURT'S OCTOBER 19, 2010 ORDER WHICH ESTABLISHED A COMMON BENEFIT FEE OF 6.5%

Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, P.C. ("Anapol"), pursuant to Fed. R. Civ. P. 60(b), respectfully requests that the Court set aside its October 19, 2010 Order which established a common benefit fee of 6.5% on the grounds of newly discovered evidence and to (a) order that any firm, such as Anapol, who did not participate in the Vioxx MDL nor sign a contract obligating them to an MDL assessment, pay 4% as their assessment towards the common benefit fund; and (b) to order reimbursement to Anapol and such other firms the difference between the 6.5% assessment and the 4% assessment to now be paid.

An appropriate form of Order is filed herewith.

                                      Respectfully submitted,

                                      /s/ Sol H. Weiss

Sol H. Weiss, Esq.
Gregory S. Spizer, Esq.
Anapol, Schwartz, Weiss, Cohan,
  Feldman & Smalley, P.C.
1710 Spruce Street
Philadelphia, PA 19103
(215) 735-1130

Dated: April 15, 2011