IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------x
                                                         :  CIVIL ACTION
                                                         :  NO. 08-1633
                                                         :
In Re: Vioxx Products Liability Litigation               :
                                                         :  SECTION L, MAG. 3
                                                         :
                                                         :  HONORABLE ELDON E. FALLON
                                                         :  HONORABLE DANIEL E. KNOWLES
FILER: Anapol, Schwartz, Weiss, Cohan,                   :
       Feldman and Smalley, P.C.                         :
                                                         :  In Relation To: MDL No. 1657
                                                         :
                                                         :
---------------------------------------------------------x

## NOTICE OF SUBMISSION

TO:   Russ Herman, Esq.
      Andy Birchfield, Esq.
      Christopher Seeger, Esq.

**PLEASE TAKE NOTICE** that Sol H. Weiss and Gregory S. Spizer will submit a Motion for Relief from the Court's October 19, 2010 Order Which Established a Common Benefit Fee of 6.5% to the Honorable Eldon E. Fallon at 9:00 a.m. on May 2, 2011 at 500 Camp Street, New Orleans.

/s/ Sol H. Weiss
_____
Sol H. Weiss
Gregory S. Spizer
Anapol, Schwartz, Weiss, Cohan, Feldman &
Smalley, P.C.
1710 Spruce Street
Philadelphia, PA 19103
(215) 735-1130
(215) 875-7701 fax
sweiss@anapolschwartz.com