IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

```
---------------------------------------------------x
                                                    :    CIVIL ACTION
                                                    :    NO. 08-1633
                                                    :
                                                    :
In Re: Vioxx Products Liability Litigation          :
                                                    :    SECTION L, MAG. 3
                                                    :
                                                    :    HONORABLE ELDON E. FALLON
                                                    :    HONORABLE DANIEL E. KNOWLES
FILER:  Anapol, Schwartz, Weiss, Cohan             :
         Feldman and Smalley, P.C.                  :
                                                    :    In Relation To: MDL No. 1657
                                                    :
                                                    :
---------------------------------------------------x
```

## ORDER

On the above and foregoing motion,

**IT IS ORDERED** that this Court's October 19, 2010 Order which established a common

benefit fee of 6.5% is set aside on the grounds of newly discovered evidence; and

**IT IS ORDERED** that any firm, such as Anapol, Schwartz, Weiss, Cohan, Feldman &

Smalley, P.C., who did not participate in the Vioxx MDL nor sign a contract obligating them to

an MDL assessment, pay 4% as their assessment towards the common benefit fund; and

**IT IS ORDERED** that Anapol Schwartz, and such other firms as described above, be

remimbursed the difference between the 6.5% assessment and the 4% assessment to now be paid.


_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE