UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL PURCHASE CLAIMS CLASS ACTION COMPLAINTS PENDING OR SUBJECT TO TRANSFER TO MDL 1657 | MAGISTRATE JUDGE KNOWLES |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE
SIXTH NOTICE OF SUPPLEMENTAL AUTHORITY**

Purchase Claims Plaintiffs in the above-referenced action, through undersigned counsel, hereby move this Court for leave to file a Sixth Notice of Supplemental Authority, annexed hereto as Exhibit 1.

Plaintiffs filed their opposition to Defendant Merck's Motion for Judgment on the Pleadings or to Strike Class Allegations in the Purchase Claims Master Complaint and cited *Schnall v. AT&T Wireless Servs., Inc.,* 225 P.3d 929 (2010). Recently, the Washington Supreme Court granted reconsideration of this opinion and issued a new *en banc* decision.

Plaintiffs here believe the reconsidered *en banc Schnall* opinion not only supports their opposition but more importantly will be useful for this Court. Therefore, Plaintiffs seek leave to file a Sixth Notice of Supplemental Authority, attached to which are copies of the Washington Supreme Court's decision.

1

Dated: April 15, 2011                                   Respectfully Submitted,

| | |
|---|---|
| /s/ Dawn M Barrios | /s/ Elizabeth J. Cabraser |
| Dawn M. Barrios (#2821) | Elizabeth J. Cabraser |
| BARRIOS, KINGSDORF & CASTEIX, LLP | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 701 Poydras Street, Suite 3650 | 275 Battery Street, 29th Floor |
| New Orleans, LA  70139 | San Francisco, CA  94111-3339 |
| Telephone:  (504) 524-3300 | Telephone:  (415) 956-1000 |
| Facsimile:   (504) 524-3313 | Facsimile:   (415) 956-1008 |
| | |
| | Chair, PSC Purchase Claims Committee |
| | |
| | James R. Dugan, II |
| | THE DUGAN LAW FIRM |
| | 650 Poydras Street, Suite 2150 |
| | New Orleans, LA  70130 |
| | Telephone:  (504) 648-0180 |
| | Facsimile:   (504) 648-0181 |
| | |
| | Vice Chair, PSC Purchase Claims Committee |
| | |
| | Dennis Johnson |
| | Eben F. Duval |
| | JOHNSON & PERKINSON |
| | P.O. Box 2305 |
| | 1690 Williston Road |
| | South Burlington, VT  05403 |
| | Telephone:  (802) 862-0030 |
| | Facsimile:   (802) 862-0060 |
| | |
| | Amy N. L. Hanson |
| | KELLER ROHRBACK L.L.P. |
| | 1201 Third Avenue, Suite 3200 |
| | Seattle, WA  98101-3052 |
| | Telephone:  (206) 623-1900 |
| | Facsimile:   (206) 623-3384 |

        Lance A. Harke, P.A.
        Howard M. Bushman, Esq.
        HARKE CLASBY & BUSHMAN LLP
        9699 NE Second Avenue
        Miami, FL  33138
        Telephone:  (305) 536-8220
        Facsimile:  (305) 536-8229

        Ben Barnow
        BARNOW AND ASSOCIATES, P.C.
        One North LaSalle Street, Suite 4600
        Chicago, IL  60602
        Telephone:  (312) 621-2000
        Facsimile:  (312) 641-5504

## **CERTIFICATE OF SERVICE**

I herby certify that the above and foregoing Motion for Leave to File Sixth Notice of Supplemental Authority has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 15th day of April, 2011.

        /s/ Dawn M. Barrios