UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL PURCHASE CLAIMS CLASS ACTION COMPLAINTS PENDING OR SUBJECT TO TRANSFER TO MDL 1657 | MAGISTRATE JUDGE KNOWLES |

### ORDER

It is hereby ORDERED that Plaintiffs' Motion for Leave to file Sixth Notice of Supplemental Authority is GRANTED. Plaintiffs' Sixth Notice of Supplemental Authority will be filed into the record on today's date.

NEW ORLEANS, LOUISIANA, this _____ day of April, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE