-1-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
|  LITIGATION | * | SECTION  L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | SPECIAL MASTER |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | PATRICK A. JUNEAU |
| | * | April 15, 2011 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION TO SUPPLEMENTAPPEAL SPECIAL MASTER'S
### REPORT AND SCHEDULING ORDER

Now into court come co-lead counsel for Objectors, who move to supplement their appeal from the Special Master's Report and Scheduling Order, for the reasons expressed in the accompanying supplement.

/s/ Robert E. Arceneaux                            /s/ Margaret E. Woodward
_____        _____
Robert E. Arceneaux, La Bar No. 01199      MARGARET E. WOODWARD, La. Bar
ROBERT E. ARCENEAUX LLC                    No.13677
47 Beverly Garden Drive                             3701 Canal Street, Suite C
Metairie, LA 70001                                      New Orleans, Louisiana  70119
(504) 833-7533 office                                 (504) 301-4333 office
(504) 833-7612 fax                                     (504) 301-4365 fax
rea7001@cox.net                                       mewno@aol.com

**CO-LEAD COUNSEL FOR OBJECTORS IDENTIFIED IN FEB. 8 ORDER**

-1-

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing pleading has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, and by upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8, on this date, April 15, 2011


/s/ Robert Arceneaux
_____