UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION  L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | SPECIAL MASTER |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | PATRICK A. JUNEAU |
| | * | April 15, 2011 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## SUPPLEMENT TO APPEAL OF SPECIAL MASTER'S
 REPORT AND SCHEDULING ORDER

MAY IT PLEASE THE COURT:

This memorandum is submitted on behalf of Objectors as a supplement to their Appeal of the Special Master's Report and Scheduling Order, Rec. Doc. No. 62801. Its purpose is to bring to the Court's attention an e-mail and attachments thereto received by the undersigned on April 11, 2010 from Phil Garrett. The e-mail is attached hereto as Exhbit A. In it, Mr. Garrett reported that, after searching, he located a copy of a firm-by-firm lodestar calculation purportedly done on July 30, 2010, and transmitted to Leonard Davis and Arnold Levin (and Mr. Levin's assistant) on that same date. Exhibit B hereto is the e-mail transmitting an Excel spreadsheet "Vioxx Billing Rate Report" through July, 2010 to Davis, Levin, and Levin's assistant. Exhibit C is a print out of one sheet of an Excel spreadsheet that was sent to the undersigned by Mr. Garrett, which is purportedly the same spreadsheet that was transmitted to Davis and Levin on July 30, 2010.[1]

---

[1] We use the word "purportedly" not because we question Mr. Garrett's veracity, but because there
(continued...)

In the Objectors original Appeal, they state the following:

> Nor is it clear that the FAC had any other report which would have supported a lodestar analysis. Among the "complete" discovery that the FAC has produced in its alleged effort to be totally transparent, there are no lodestar figures, much less firm-by-firm lodestar figures.

Rec. Doc. No. 62801, at 4.

It now appears as if the FAC did indeed have firm-by-firm lodestar data that it *could* have used in the formulation of its allocation. Its access to this data underscores the error in its failure to use or consider it. The FAC has admitted that it did not rely upon lodestar data in its allocation, choosing its "grid" approach instead; the grid awards no points for hours. It claims it did a lodestar "cross check," but Exhibit E hereto, which is the Garrett spreadsheet with a few extra calculations[2], reflects how disparate the FAC's allocation actually is from the Garrett lodestar data. A cross check should have sent the FAC back to the drawing board because it proves that the allocation is unsustainable.

There is one other thing about this newly-discovered data that should be mentioned. It is NOT included within either of the two document productions that the FAC made, both of which it claimed were "complete" productions of everything it had in its possession that was used in the lodestar calculation. This Excel document may have gone to Mr. Davis and Mr. Levin, and no others, or it

---

[1](...continued)
is a discrepancy that is unexplained. First, there is some confusion about the dates. Exhibit B, the transmittal e-mail, is dated July 30. The file itself is entitled "VioxxMDLBillingRatesasofJuly302010 sent on 7-31-2010." The file sent on July 30, 2010 is identified by the e-mail as having 172 kb of information. The file received by undersigned has only 125 kb of information. *See* Exhibit D. The files do not appear to be the same.

[2] There are three columns added to Garrett's spreadsheet, which are identified with red captions. One shows the amount of the FAC allocation, the next shows the difference between Garrett's lodestar and the FAC allocation, and third shows the FAC allocation as a percentage of lodestar. Anything less than 100% represents a negative multipler.

may have been circulated, andtossed aside as meaningless[3]. But, either it was not among the documents that the FAC used in the crafting its allocationor the FAC's discovery return was inaccurate and incomplete.   Relying on the FAC's and Mr. Garrett's statements, undersigned counsel has been charged by Garrett almost $15,000 to recreate a document we are now told was already in existence.

All of this goes to show that discovery in this matter is far from complete.  This latest disclosure does not support the special master's conclusion that the FAC's recommendation was based upon a lodestar analysis, but it confirms counsel's concerns that important documents in the FAC's possession  have yet to be produced.

Respectfully submitted:

/s/ Robert E. Arceneaux                              /s/ Margaret E. Woodward

Robert E. Arceneaux, La Bar No. 01199      MARGARET E. WOODWARD, La. Bar
ROBERT E. ARCENEAUX LLC                   No.13677
47 Beverly Garden Drive                              3701 Canal Street, Suite C
Metairie, LA 70001                                        New Orleans, Louisiana  70119
(504) 833-7533 office                                    (504) 301-4333 office
(504) 833-7612 fax                                       (504) 301-4365 fax
rea7001@cox.net                                          mewno@aol.com

**CO-LEAD COUNSEL FOR OBJECTORS IDENTIFIED IN FEB. 8 ORDER**

---

[3] Certainly, there is no indication whatsoever that it was ever "printed out," as Mr. Garrett's e-mail of April 11, 2011 contends. What was sent twas an Excel spreadsheet, not a PDF file, and no one has ever been able to produce a hard copy of this firm-by-firm lodestar calculation.

-4-

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Memorandum has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, and by upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8, on this date, April __, 2011.


/s/ Robert Arceneaux

Case 2:05-md-01657-EEF-DEK   Document 62819-1   Filed 04/15/11   Page 5 of 13

**Subject:** Lodestar report in 7-2010
**From:** Philip Garrett <pgarrett@garrettco.com>
**Date:** Mon, 11 Apr 2011 17:04:30 -0700 (PDT)
**To:** Robert Arcenaux <rea7001@cox.net>
**CC:** Russ Herman <RHERMAN@hhkc.com>, "Thomas R. Juneau, Sr." <TRJ@juneaudavid.com>, "Patrick A. Juneau" <PAJ@juneaudavid.com>

Robert, per our discussion I was sure I would have printed and distributed the lodestar report with values in 7-2010. I found in my email where Christin McGhee under my direction actually sent it out. Attached is the email and the spreadsheet that was attached.
As you can see from the email the report went to; Lenny Davis,Arnold Levin, and Sandra Dugan who is with Mr. Levin's firm. They were the people working with me and fee alloc comm.

If you wish I will look for the 2009 report as well but again I am sure it was sent out to the parties I was working with at the time.

Thanks


Philip A. Garrett, CPA
117 Fairgrounds Blvd

Bush, La 70431

office - 985-746-9165
Cell - 985-635-1500
pgarrett@garrettco.com

| 7-30-2010 email from Christin to PG,LD,SD,AL.pdf | **Content-Type:** application/pdf |
| --- | --- |
| | **Content-Encoding:** base64 |

~~VioxxMDLBillingRatesasofJuly302010 sent on 7-31-2010.xlsx~~

| **VioxxMDLBillingRatesasofJuly302010 sent on 7-31-2010.xlsx** | **Content-Type:** | application/vnd.openxmlformats-officedocument.spreadsheetml.sheet |
| --- | --- | --- |
| | **Content-Encoding:** base64 | |

Exhibit A

**RE: Loadstar report**
From:
Christin McGhee <cmcghee@wdco.biz>
To:
    Philip Garrett <pgarrett4491@me.com>, Lenny Davis <LDavis@hhkc.com>, Arnold Levin <alevin@lfsblaw.com>, Sandra Duggan <Sandra.Duggan@Verizon.net>, Sandra Duggan <SDuggan@lfsblaw.com>
Cc:
Eddie LeBlanc <eleblanc@wdco.biz>
Bcc:
Date:    7/30/2010 14:00
image001.jpg (27.1 KB),
image003.jpg (1.9 KB),
Vioxx MDL Billing Rates as....xlsx (172 KB)

All-

Per Phil's request, attached is the Vioxx Billing Rate report through July 2010. Phil is out of town this week, but wanted me to communicate to you that he would be available next week to do an affidavit if necessary.

If you have any questions, please feel to respond to this email or call me at the number below.

**Christin McGhee, CPA, CFE, CFF ¦ Manager ¦ Wegmann Dazet & Company ¦ CPAs ¦ Consultants**

109 New Camellia Blvd, Suite 106, Covington, LA 70443
Direct 985-792-4240 Office 504-837-8844 Fax 504-837-0856
cmcghee@wdco.biz  www.wdco.biz

**Wegmann Dazet Disclaimer:**
If the above communication includes tax advice, please read the following disclaimer. If it does not include tax advice, you may disregard the following paragraph. To ensure compliance with Treasury Department regulations, we wish to inform you that any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to

Exhibit B

# Vioxx MDL 1657
## Employee Billing Rates by Firm from January 2000 to July 2010
### (as of 2010-07-30)

| Firm | Employee | Class | Total Hours Accepted | Hourly Rate | Total Cost |
|---|---|---|---|---|---|
| Alex Alvarez  Total | | | 30.00 | | $ 16,500.00 |
| Alley Clark  Total | | | 1,611.25 | | $ 641,137.50 |
| Anapol Schwartz  Total | | | 8,430.00 | | $ 3,309,025.00 |
| Anastopoulo & Clore  Total | | | 607.75 | | $ 225,761.64 |
| Andrews & Thornton  Total | | | 2,005.00 | | $ 1,066,506.25 |
| Ashcraft & Gerel  Total | | | 6,791.50 | | $ 3,679,185.62 |
| Audet & Partners  Total | | | 7,666.00 | | $ 3,372,451.25 |
| Aylstock  Total | | | 841.50 | | $ 387,387.50 |
| Balkin and Eisbrouch  Total | | | 25.75 | | $ 14,162.50 |
| Barnow  Total | | | 67.25 | | $ 29,033.34 |
| Barrios Kingsdorf  Total | | | 3,439.25 | | $ 1,384,881.25 |
| Bartimus Frickleton  Total | | | 30.00 | | $ 13,500.00 |
| Beasley Allen  Total | | | 36,747.75 | | $ 14,877,833.68 |
| Bencomo  Total | | | 1,513.50 | | $ 502,587.95 |
| Blizzard McCarthy  Total | | | 9,169.25 | | $ 5,159,746.99 |
| Bossier and Associates  Total | | | 102.50 | | $ 25,625.00 |
| Branch  Total | | | 7,087.50 | | $ 2,353,546.13 |
| Brandi Law Firm  Total | | | 5,214.95 | | $ 2,121,509.83 |
| Brian K. Balser  Total | | | 592.25 | | $ 296,125.00 |
| Brown & Crouppen  Total | | | 783.75 | | $ 182,377.96 |
| Bruce C. Dean  Total | | | 10.50 | | $ 3,150.00 |
| Burg Simpson  Total | | | 2,599.75 | | $ 1,262,435.29 |
| Cafferty Faucher  Total | | | 207.50 | | $ 71,411.62 |
| Capshaw Goss  Total | | | 152.50 | | $ 59,975.00 |
| Carey & Danis  Total | | | 5,518.25 | | $ 2,019,375.00 |
| Charfoos & Christensen  Total | | | 396.75 | | $ 105,698.75 |
| Cohen Milstein  Total | | | 2,003.75 | | $ 1,101,666.25 |
| Cohen Placitella  Total | | | 4,964.00 | | $ 2,062,087.50 |
| Cuneo Gilbert  Total | | | 1,321.00 | | $ 640,071.84 |
| Daniel E. Becnel, Jr.  Total | | | 13,038.25 | | $ 3,622,315.95 |
| Dugan & Browne  Total | | | 114.25 | | $ 37,939.00 |
| Engstrom Lipscomb  Total | | | 6,866.95 | | $ 2,151,207.94 |
| Eric H. Weinberg  Total | | | 10,361.75 | | $ 3,440,826.32 |
| Escobedo Tippit  Total | | | 14,886.75 | | $ 6,076,347.98 |
| Fayard & Honeycutt  Total | | | 416.00 | | $ 90,106.25 |
| Fibich Hampton  Total | | | 2,021.25 | | $ 706,922.50 |
| Freese & Goss  Total | | | 794.00 | | $ 253,275.00 |
| Friedman Law Offices  Total | | | 20.50 | | $ 8,758.30 |
| Gainsburgh Benjamin  Total | | | 1,216.00 | | $ 589,312.50 |
| Gallagher Law Firm  Total | | | 1,219.50 | | $ 451,577.50 |
| Gancedo & Nieves  Total | | | 3,649.25 | | $ 1,424,106.25 |
| Gianni Petoyan  Total | | | 314.75 | | $ 167,777.58 |
| Girardi Keese  Total | | | 20,469.50 | | $ 13,017,128.94 |
| Hagens Berman  Total | | | 236.00 | | $ 107,300.00 |
| Heins Mills  Total | | | 12.50 | | $ 4,322.50 |
| Heninger Garrison  Total | | | 5,044.00 | | $ 2,145,447.50 |
| Herman Herman  Total | | | 29,483.50 | | $ 18,468,075.00 |
| Holman Law Firm  Total | | | 212.50 | | $ 85,000.00 |

Exhibit C

| Firm | Hours | Amount |
|---|---:|---:|
| Hovde Dassow  Total | 8,546.50 | $ 2,999,700.00 |
| Irpino  Total | 2,920.00 | $ 1,626,387.51 |
| John Hornbeck  Total | 1,390.00 | $ 625,500.00 |
| Johnson & Perkinson  Total | 847.00 | $ 380,313.75 |
| Jones Verras  Total | 841.50 | $ 288,609.26 |
| Kaiser Firm  Total | 2,589.00 | $ 1,449,063.30 |
| Kasowitz Benson  Total | 4,395.40 | $ 2,076,082.70 |
| Keller Rohrback  Total | 323.00 | $ 107,258.61 |
| Kerpsack  Total | 54.50 | $ 18,915.00 |
| Kline & Specter  Total | 25,391.25 | $ 11,933,751.85 |
| Labaton Sucharow  Total | 389.00 | $ 185,991.25 |
| Langston  Total | 597.50 | $ 139,900.00 |
| Lanier  Total | 33,574.50 | $ 13,207,881.25 |
| Levin Fishbein  Total | 27,075.25 | $ 14,213,531.25 |
| Levin Papantonio  Total | 8,191.75 | $ 4,144,906.05 |
| Levin Simes  Total | 90.00 | $ 49,500.00 |
| Lewis & Roberts  Total | 3,208.00 | $ 676,710.00 |
| Lieff Cabraser  Total | 24,270.75 | $ 12,531,605.39 |
| Lockridge Grindal  Total | 4,712.50 | $ 2,479,236.25 |
| Locks Law Firm  Total | 8,881.50 | $ 4,428,903.36 |
| Lopez Hodes  Total | 5,104.25 | $ 2,259,612.50 |
| Lundy & Davis  Total | 550.00 | $ 166,925.00 |
| Martin & Jones  Total | 1,943.00 | $ 528,561.25 |
| Matthews & Associates  Total | 10,668.50 | $ 2,057,952.86 |
| Mithoff Law Firm  Total | 16.00 | $ 5,313.12 |
| Morelli Ratner  Total | 1,833.50 | $ 1,302,193.75 |
| Motley Rice  Total | 3,289.50 | $ 1,191,962.50 |
| Murray  Total | 2,203.50 | $ 685,148.46 |
| Neblett Beard & Arsenault  Total | 7,389.50 | $ 2,663,995.25 |
| Panish Shea  Total | 3,975.75 | $ 1,988,175.00 |
| Price Waicukauski  Total | 756.00 | $ 225,858.75 |
| Provost Umphrey  Total | 274.25 | $ 133,095.76 |
| Ranier Gayle  Total | 5,572.50 | $ 2,768,585.99 |
| Rebecca A. Cunard  Total | 2,790.75 | $ 926,724.35 |
| Richardson Patrick  Total | 111.50 | $ 37,025.81 |
| Robert J. DeBry  Total | 31.00 | $ 7,750.00 |
| Robert M. Becnel  Total | 924.25 | $ 27,551.50 |
| Robins Kaplan  Total | 2,400.75 | $ 831,431.25 |
| Robinson Calcagnie  Total | 21,840.25 | $ 9,523,987.50 |
| RodaNast  Total | 1,267.75 | $ 508,059.04 |
| Sanders Viener  Total | 112.50 | $ 46,600.00 |
| Sanford Pinedo  Total | 13,946.00 | $ 6,238,676.25 |
| Seeger Weiss  Total | 57,693.50 | $ 24,933,684.08 |
| Sheller Ludwig  Total | 1,824.25 | $ 566,252.50 |
| Silverman Fodera  Total | 327.00 | $ 195,125.00 |
| Singleton  Total | 2,388.75 | $ 682,611.61 |
| Snapka  Total | 2,926.50 | $ 1,400,425.97 |
| Ted Kanner  Total | 6.75 | $ 1,187.50 |
| Ury & Moskow  Total | 3.00 | $ 1,350.00 |
| Watts Law Firm  Total | 3,530.50 | $ 1,172,373.14 |
| Weitz & Luxenberg  Total | 17,402.75 | $ 9,151,785.56 |
| White & Wetherall  Total | 1,412.75 | $ 353,782.24 |
| Whitehead Law Firm  Total | 504.75 | $ 200,843.75 |
| Williams Kherkher  Total | 9,032.00 | $ 3,238,813.58 |
| Williamson & Williams  Total | 84.25 | $ 45,743.75 |

| Wold  Total | | | 4.25 | | $ | 580.00 |
| --- | --- | --- | --- | --- | --- | --- |
| Zimmerman Reed  Total | | | 204.75 | | $ | 80,757.29 |
| Grand Total | | | 562,943.55 | | $ 249,546,751.20 | |



Exhibit D

| Firm | Total Hours Accepted | Firm Lodestar | FAC Allocation | Excess or Deficit | % of Lodestar |
|---|---:|---:|---:|---:|---:|
| Alex Alvarez  Total | 30.00 | $ 16,500.00 | $15,000.00 |  | 90.91% |
| Alley Clark  Total | 1,611.25 | $ 641,137.50 | $365,000.00 | (276,137.50) | 56.93% |
| Anapol Schwartz  Total | 8,430.00 | $ 3,309,025.00 | $3,400,000.00 | 90,975.00 | 102.75% |
| Anastopoulo & Clore  Total | 607.75 | $ 225,761.64 | $15,000.00 | (210,761.64) | 6.64% |
| Andrews & Thornton  Total | 2,005.00 | $ 1,066,506.25 | $600,000.00 | (466,506.25) | 56.26% |
| Ashcraft & Gerel  Total | 6,791.50 | $ 3,679,185.62 | $9,000,000.00 | 5,320,814.38 | 244.62% |
| Audet & Partners  Total | 7,666.00 | $ 3,372,451.25 | $1,165,000.00 | (2,207,451.25) | 34.54% |
| Aylstock  Total | 841.50 | $ 387,387.50 | $225,000.00 | (162,387.50) | 58.08% |
| Balkin and Eisbrouch  Total | 25.75 | $ 14,162.50 | $15,000.00 | 837.50 | 105.91% |
| Barnow  Total | 67.25 | $ 29,033.34 | $15,000.00 | (14,033.34) | 51.66% |
| Barrios Kingsdorf  Total | 3,439.25 | $ 1,384,881.25 | $1,700,000.00 | 315,118.75 | 122.75% |
| Bartimus Frickleton  Total | 30.00 | $ 13,500.00 | $15,000.00 | 1,500.00 | 111.11% |
| Beasley Allen  Total | 36,747.75 | $ 14,877,833.68 | $40,900,000.00 | 26,022,166.32 | 274.91% |
| Bencomo  Total | 1,513.50 | $ 502,587.95 | $327,500.00 | (175,087.95) | 65.16% |
| Blizzard McCarthy  Total | 9,169.25 | $ 5,159,746.99 | $11,600,000.00 | 6,440,253.02 | 224.82% |
| Bossier and Associates  Total | 102.50 | $ 25,625.00 | $20,000.00 | (5,625.00) | 78.05% |
| Branch  Total | 7,087.50 | $ 2,353,546.13 | $0.00 | (2,353,546.13) | 0.00% |
| Brandi Law Firm  Total | 5,214.95 | $ 2,121,509.83 | $970,000.00 | (1,151,509.83) | 45.72% |
| Brian K. Balser  Total | 592.25 | $ 296,125.00 | $130,000.00 | (166,125.00) | 43.90% |
| Brown & Crouppen  Total | 783.75 | $ 182,377.96 | $73,000.00 | (109,377.96) | 40.03% |
| Bruce C. Dean  Total | 10.50 | $ 3,150.00 | $0.00 | (3,150.00) | 0.00% |
| Burg Simpson  Total | 2,599.75 | $ 1,262,435.29 | $500,000.00 | (762,435.29) | 39.61% |
| Cafferty Faucher  Total | 207.50 | $ 71,411.62 | $30,000.00 | (41,411.62) | 42.01% |
| Capshaw Goss  Total | 152.50 | $ 59,975.00 | $0.00 | (59,975.00) | 0.00% |
| Carey & Danis  Total | 5,518.25 | $ 2,019,375.00 | $0.00 | (2,019,375.00) | 0.00% |
| Charfoos & Christensen  Total | 396.75 | $ 105,698.75 | $0.00 | (105,698.75) | 0.00% |
| Cohen Milstein  Total | 2,003.75 | $ 1,101,666.25 | $750,000.00 | (351,666.25) | 68.08% |
| Cohen Placitella  Total | 4,964.00 | $ 2,062,087.50 | $500,000.00 | (1,562,087.50) | 24.25% |
| Cuneo Gilbert  Total | 1,321.00 | $ 640,071.84 | $0.00 | (640,071.84) | 0.00% |
| Daniel E. Becnel, Jr.  Total | 13,038.25 | $ 3,622,315.95 | $455,000.00 | (3,167,315.95) | 12.56% |
| Dugan & Browne  Total | 114.25 | $ 37,939.00 | $0.00 | (37,939.00) | 0.00% |
| Engstrom Lipscomb  Total | 6,866.95 | $ 2,151,207.94 | $390,000.00 | (1,761,207.94) | 18.13% |
| Eric H. Weinberg  Total | 10,361.75 | $ 3,440,826.32 | $220,000.00 | (3,220,826.32) | 6.39% |
| Escobedo Tippit  Total | 14,886.75 | $ 6,076,347.98 | $0.00 | (6,076,347.98) | 0.00% |
| Fayard & Honeycutt  Total | 416.00 | $ 90,106.25 | $15,000.00 | (75,106.25) | 16.65% |
| Fibich Hampton  Total | 2,021.25 | $ 706,922.50 | $610,000.00 | (96,922.50) | 86.29% |
| Freese & Goss  Total | 794.00 | $ 253,275.00 | $0.00 | (253,275.00) | 0.00% |
| Friedman Law Offices  Total | 20.50 | $ 8,758.30 | $6,500.00 | (2,258.30) | 74.22% |
| Gainsburgh Benjamin  Total | 1,216.00 | $ 589,312.50 | $2,690,000.00 | 2,100,687.50 | 456.46% |
| Gallagher Law Firm  Total | 1,219.50 | $ 451,577.50 | $40,000.00 | (411,577.50) | 8.86% |
| Gancedo & Nieves  Total | 3,649.25 | $ 1,424,106.25 | $600,000.00 | (824,106.25) | 42.13% |
| Gianni Petoyan  Total | 314.75 | $ 167,777.58 | $30,000.00 | (137,777.58) | 17.88% |
| Girardi Keese  Total | 20,469.50 | $ 13,017,128.94 | $20,100,000.00 | 7,082,871.06 | 154.41% |
| Hagens Berman  Total | 236.00 | $ 107,300.00 | $0.00 | (107,300.00) | 0.00% |
| Heins Mills  Total | 12.50 | $ 4,322.50 | $4,000.00 | (322.50) | 92.54% |
| Heninger Garrison  Total | 5,044.00 | $ 2,145,447.50 | $1,000,000.00 | (1,145,447.50) | 46.61% |
| Herman Herman  Total | 29,483.50 | $ 18,468,075.00 | $32,500,000.00 | 14,031,925.00 | 175.98% |
| Holman Law Firm  Total | 212.50 | $ 85,000.00 | $0.00 | (85,000.00) | 0.00% |
| Hovde Dassow  Total | 8,546.50 | $ 2,999,700.00 | $1,165,000.00 | (1,834,700.00) | 38.84% |
| Irpino  Total | 2,920.00 | $ 1,626,387.51 | $877,000.00 | (749,387.51) | 53.92% |

Exhibit E

| Firm | Hours | Amount | Payment | Balance | % |
|---|---|---|---|---|---|
| John Hornbeck  Total | 1,390.00 | $ 625,500.00 | $300,000.00 | (325,500.00) | 47.96% |
| Johnson & Perkinson  Total | 847.00 | $ 380,313.75 | $15,000.00 | (365,313.75) | 3.94% |
| Jones Verras  Total | 841.50 | $ 288,609.26 | $30,000.00 | (258,609.26) | 10.39% |
| Kaiser Firm  Total | 2,589.00 | $ 1,449,063.30 | $0.00 | (1,449,063.30) | 0.00% |
| Kasowitz Benson  Total | 4,395.40 | $ 2,076,082.70 | $1,100,000.00 | (976,082.70) | 52.98% |
| Keller Rohrback  Total | 323.00 | $ 107,258.61 | $0.00 | (107,258.61) | 0.00% |
| Kerpsack  Total | 54.50 | $ 18,915.00 | $10,000.00 | (8,915.00) | 52.87% |
| Kline & Specter  Total | 25,391.25 | $ 11,933,751.85 | $4,000,000.00 | (7,933,751.85) | 33.52% |
| Labaton Sucharow  Total | 389.00 | $ 185,991.25 | $0.00 | (185,991.25) | 0.00% |
| Langston  Total | 597.50 | $ 139,900.00 | $0.00 | (139,900.00) | 0.00% |
| Lanier  Total | 33,574.50 | $ 13,207,881.25 | $27,000,000.00 | 13,792,118.75 | 204.42% |
| Levin Fishbein  Total | 27,075.25 | $ 14,213,531.25 | $21,400,000.00 | 7,186,468.75 | 150.56% |
| Levin Papantonio  Total | 8,191.75 | $ 4,144,906.05 | $15,600,000.00 | 11,455,093.95 | 376.37% |
| Levin Simes  Total | 90.00 | $ 49,500.00 | $15,000.00 | (34,500.00) | 30.30% |
| Lewis & Roberts  Total | 3,208.00 | $ 676,710.00 | $0.00 | (676,710.00) | 0.00% |
| Lieff Cabraser  Total | 24,270.75 | $ 12,531,605.39 | $6,000,000.00 | (6,531,605.39) | 47.88% |
| Lockridge Grindal  Total | 4,712.50 | $ 2,479,236.25 | $350,000.00 | (2,129,236.25) | 14.12% |
| Locks Law Firm  Total | 8,881.50 | $ 4,428,903.36 | $585,000.00 | (3,843,903.36) | 13.21% |
| Lopez Hodes  Total | 5,104.25 | $ 2,259,612.50 | $1,500,000.00 | (759,612.50) | 66.38% |
| Lundy & Davis  Total | 550.00 | $ 166,925.00 | $100,000.00 | (66,925.00) | 59.91% |
| Martin & Jones  Total | 1,943.00 | $ 528,561.25 | $0.00 | (528,561.25) | 0.00% |
| Matthews & Associates  Total | 10,668.50 | $ 2,057,952.86 | $1,400,000.00 | (657,952.86) | 68.03% |
| Mithoff Law Firm  Total | 16.00 | $ 5,313.12 | $15,000.00 | 9,686.88 | 282.32% |
| Morelli Ratner  Total | 1,833.50 | $ 1,302,193.75 | $750,000.00 | (552,193.75) | 57.60% |
| Motley Rice  Total | 3,289.50 | $ 1,191,962.50 | $195,000.00 | (996,962.50) | 16.36% |
| Murray  Total | 2,203.50 | $ 685,148.46 | $162,000.00 | (523,148.46) | 23.64% |
| Neblett Beard & Arsenault  Total | 7,389.50 | $ 2,663,995.25 | $1,450,000.00 | (1,213,995.25) | 54.43% |
| Panish Shea  Total | 3,975.75 | $ 1,988,175.00 | $1,640,000.00 | (348,175.00) | 82.49% |
| Price Waicukauski  Total | 756.00 | $ 225,858.75 | $15,000.00 | (210,858.75) | 6.64% |
| Provost Umphrey  Total | 274.25 | $ 133,095.76 | * | | |
| Ranier Gayle  Total | 5,572.50 | $ 2,768,585.99 | * | | |
| Rebecca A. Cunard  Total | 2,790.75 | $ 926,724.35 | $100.00 | (926,624.35) | 0.01% |
| Richardson Patrick  Total | 111.50 | $ 37,025.81 | $15,000.00 | (22,025.81) | 40.51% |
| Robert J. DeBry  Total | 31.00 | $ 7,750.00 | $15,000.00 | 7,250.00 | 193.55% |
| Robert M. Becnel  Total | 924.25 | $ 27,551.50 | $30,000.00 | 2,448.50 | 108.89% |
| Robins Kaplan  Total | 2,400.75 | $ 831,431.25 | $850,000.00 | 18,568.75 | 102.23% |
| Robinson Calcagnie  Total | 21,840.25 | $ 9,523,987.50 | $6,000,000.00 | (3,523,987.50) | 63.00% |
| RodaNast  Total | 1,267.75 | $ 508,059.04 | $45,000.00 | (463,059.04) | 8.86% |
| Sanders Viener  Total | 112.50 | $ 46,600.00 | $15,000.00 | (31,600.00) | 32.19% |
| Sanford Pinedo  Total | 13,946.00 | $ 6,238,676.25 | $6,800,000.00 | 561,323.75 | 109.00% |
| Seeger Weiss  Total | 57,693.50 | $ 24,933,684.08 | $40,900,000.00 | 15,966,315.93 | 164.04% |
| Sheller Ludwig  Total | 1,824.25 | $ 566,252.50 | $65,000.00 | (501,252.50) | 11.48% |
| Silverman Fodera  Total | 327.00 | $ 195,125.00 | $73,000.00 | (122,125.00) | 37.41% |
| Singleton  Total | 2,388.75 | $ 682,611.61 | $180,000.00 | (502,611.61) | 26.37% |
| Snapka  Total | 2,926.50 | $ 1,400,425.97 | $75,000.00 | (1,325,425.97) | 5.36% |
| Ted Kanner  Total | 6.75 | $ 1,187.50 | $1,350.00 | 162.50 | 113.68% |
| Ury & Moskow  Total | 3.00 | $ 1,350.00 | $0.00 | (1,350.00) | 0.00% |
| Watts Law Firm  Total | 3,530.50 | $ 1,172,373.14 | * | | |
| Weitz & Luxenberg  Total | 17,402.75 | $ 9,151,785.56 | $20,000,000.00 | 10,848,214.44 | 218.54% |
| White & Wetherall  Total | 1,412.75 | $ 353,782.24 | $0.00 | (353,782.24) | 0.00% |
| Whitehead Law Firm  Total | 504.75 | $ 200,843.75 | $45,000.00 | (155,843.75) | 22.41% |
| Williams Kherkher  Total | 9,032.00 | $ 3,238,813.58 | * | | |

| | | | | | |
|---|---|---|---|---|---|
| Williamson & Williams Total | 84.25 | $ 45,743.75 | $15,000.00 | (30,743.75) | 32.79% |
| Wold Total | 4.25 | $ 580.00 | $580.00 | 0.00 | 100.00% |
| Zimmerman Reed Total | 204.75 | $ 80,757.29 | $0.00 | (80,757.29) | 0.00% |
| | | | | 0.00 | |
| * Vioxx Lit. Consortium | | $ 7,312,868.47 | $20,095,000.00 | 12,782,131.53 | 274.79% |
| | | | | | |
| | | | | | |
| Grand Total | 562,943.55 | $ 249,546,751.20 | $311,885,030.00 | | |