UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | SPECIAL MASTER |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | PATRICK A. JUNEAU |
| | * | April 21, 2011 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR PAYMENT OF ACCOUNTANT'S INVOICES

NOW COME Objectors, through undersigned counsel, who move this Court to order that the invoice attached hereto as Exhibit A, and any future similar invoices, be paid by BrownGreer from the Common Benefit Fund under its administration.

Respectfully submitted:

/s/ Robert E. Arceneaux                              /s/ Margaret E. Woodward
_____       _____
Robert E. Arceneaux, La Bar No. 01199          MARGARET E. WOODWARD, La. Bar
ROBERT E. ARCENEAUX LLC                         No.13677
47 Beverly Garden Drive                                  3701 Canal Street, Suite C
Metairie, LA 70001                                          New Orleans, Louisiana  70119
(504) 833-7533 office                                       (504) 301-4333 office
(504) 833-7612 fax                                          (504) 301-4365 fax
rea7001@cox.net                                             mewno@aol.com

**CO-LEAD COUNSEL FOR OBJECTORS IDENTIFIED IN FEB. 8 ORDER**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Memorandum has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, and by upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8, on this date, April 21, 2011.

/s/ Robert Arceneaux

# Wegmann Dazet & Company

111 Veterans Boulevard
Suite 800
Metairie, LA 70005
(504)837-8844

ROBERT E. ARCENEAUX, ESQ.
47 BEVERLY GARDEN DRIVE
METAIRIE, LA 70001

Invoice No.   54160
Date          03/30/2011
Client No.    9585

---

**LITIGATION**

| Date | Description | Staff | Hours |
|---|---|---|---|
| 03/02/2011 | LITIGATION-CONSULTING<br>PREPARE FOR AND ORGANIZE FILES AFTER VIOXX MEETING. | CHAPRON | 1.50 |
| 03/02/2011 | LITIGATION-CONSULTING<br>PREP FOR, WAIT TIME AND COMMUTE TIME TO MEETING IN METAIRIE OFFICE. | MCGHEE | 4.00 |
| 03/02/2011 | LITIGATION-CONSULTING<br>MET AT WD FOR VIOXX MEETING, TRAVEL BANK AND FORTH TO BUSH | GARRETT P | 4.00 |
| 03/11/2011 | LITIGATION-CONSULTING<br>ROUNDTRIP COMMUTE TO METAIRIE OFFICE AND TIME IN METAIRIE OFFICE DURING MEETING, AS REQUESTED BY CLIFF | MCGHEE | 4.00 |
| 03/11/2011 | LITIGATION-CONSULTING<br>MEETING AT WD ON FEE COMM WITH ROBERT ARCENEAUX AND RUSS HERMAN - DOCUMENTS TO BE REQUESTED BY | GARRETT P | 6.00 |
| 03/15/2011 | LITIGATION-CONSULTING<br>LETTER & CD'S FOR TIME & EXPENSE SUBMISSIONS | NEWLIN | 0.70 |
| 03/15/2011 | LITIGATION-CONSULTING<br>TALKING TO EDDIE LEBLANC ON ACCESS; JOHN MONTELEPRE ON WEB SITE; AND ROBERT ARCENEAUX ON CONFIDENTIALITY AND TIMING | GARRETT P | 2.00 |
| 03/16/2011 | LITIGATION-CONSULTING<br>E-MAILS, RUSS, PHIL ON CONFIDENTIALITY ISSUE | NEWLIN | 1.00 |
| 03/16/2011 | LITIGATION-CONSULTING<br>CALLS TO WD AND EMAILS | GARRETT P | 1.00 |
| 03/17/2011 | LITIGATION-CONSULTING<br>PHONE CONF. PHIL: RECORDS REQUESTED BY J. | NEWLIN | 2.00 |

EXHIBIT A

ARCENEAUX, REVIEW FILES FOR RECORDS REQUESTED

| Date | Description | | |
|---|---|---|---|
| 03/18/2011 | LITIGATION-CONSULTING   CHAPRON<br>TALK TO CHRISTIN, CLIFF, AND PHIL ABOUT LIST OF REQUESTED DOCUMENTS FROM ROBERT ARCENEAUX. WORK ON GATHERING DOCUMENTS REQUESTED. SCAN IN FIRM POSITION AND BILLING RATE INFORMATION. GO THROUGH AND GATHER INFORMATION ON REJECTED TIME SUBMISSIONS. | | 8.00 |
| 03/18/2011 | LITIGATION-CONSULTING   MCGHEE<br>COMMUTE TO/FROM METAIRIE; INTERNAL MEETINGS PREPARING FOR RESPONSE TO LETTER | | 4.00 |
| 03/18/2011 | LITIGATION-CONSULTING   GARRETT P<br>PICK UP DVD FROM NORTHSHORE OFFICE AND DISCUSS WITH CLIFF AND HEATHER INFO BEING REQUESTED BY MR. ARCENEAUX. ROBERT ARCENEAUX CALLED ASKING IF WE COULD TO A LODESTAR REPORT AT THE REQUEST OF SPECIAL MASTER JUNEAU - REPORT NEED BY MIDDLE OF NEXT WEEK. | | 2.50 |
| 03/21/2011 | LITIGATION-CONSULTING   FUNCK<br>RE-ORGANIZE BILLING INFORMATION BINDERS, PARSE UNNECESSARY INFORMATION | | 3.00 |
| 03/21/2011 | LITIGATION-CONSULTING   GARRETT P<br>CALL FROM PAT JUNEAU TO SET UP MEETING.  CALL TO ROBERT ARCENEAUX THAT NO LODESTAR REPORT CAN BE DONE DUE TO PROGRAMMER BEING OUT OF TOWN.  ALSO JUNEAU SAYS HE IS NOT LOOKING FOR REPORT. | | 1.00 |
| 03/22/2011 | LITIGATION-CONSULTING   MCGHEE<br>REVIEW OF DOCUMENTATION IN RESPONSE TO ARCENEAUX LETTER | | 1.00 |
| 03/23/2011 | LITIGATION-CONSULTING   CHAPRON<br>REVIEW HOURLY RATES FILE TO BE SENT TO MR. ARCENEAUX. PUT TOGETHER INFORMATION IN RESPONSE TO ITEM 3 AND 4. | | 2.30 |
| 03/23/2011 | LITIGATION-CONSULTING   MCGHEE<br>INTERNAL DISCUSSIONS REGARDING STATUS OF DOCUMENT PRODUCTION; REVIEW OF DOCUMENTATION GATHERED FOR DOCUMENT PRODUCTION; PREP FOR MEETING WITH T.JUNEAU; MEETING WITH T.JUNEAU; DRAFT RESPONSE TO ARCENEAUX LETTER | | 4.50 |
| 03/23/2011 | LITIGATION-CONSULTING   FUNCK<br>RE-CHECK PARSED FILE FOR COMPLETENESS | | 0.30 |

Wegmann Dazet & Company
ROBERT E. ARCENEAUX, ESQ.
Invoice No.   54160

Page 3

| Date | Description | Name | Hours |
|---|---|---|---|
| 03/23/2011 | LITIGATION-CONSULTING<br>PHONE CONF. PHIL, DOCUMENTS REQUESTED BY MR. ARCENEAUX | NEWLIN | 0.50 |
| 03/23/2011 | LITIGATION-CONSULTING<br>ST UP USER NAME AND PASSWORD FOR CDW ACCESS TO WEB BASED REPORTS. | GARRETT P | 0.50 |
| 03/23/2011 | LITIGATION-CONSULTING<br>MEETING WITH CHRISTIN TO ASSIST IN RESPONSE TO ROBERT'S LETTER. | GARRETT P | 1.00 |
| 03/23/2011 | LITIGATION-CONSULTING<br>MEETING WITH TOMMY JUNEAU. | GARRETT P | 1.50 |
| 03/24/2011 | LITIGATION-CONSULTING<br>RESPONSE TO 3-17-11 LETTER | MCGHEE | 1.50 |
| 03/24/2011 | LITIGATION-CONSULTING<br>REVIEW LETTER TO R. ARCENEAUX, PHONE CONF. MEETING SPECIAL MASTER | NEWLIN | 0.60 |
| 03/24/2011 | LITIGATION-CONSULTING<br>RESPONSE TO ARCENEAUX MARCH 17, 2011 LETTER. | GARRETT P | 1.00 |
| 03/25/2011 | LITIGATION-CONSULTING<br>EDIT LETTERS IN RESPONSE TO REQUEST FROM ROBERT ARCENEAUX. TALK TO CHRISTIN AND PHIL ABOUT REQUEST. | CHAPRON | 1.00 |
| 03/25/2011 | LITIGATION-CONSULTING<br>RESPONSE TO MARCH 21, 2011 LETTER AND CORRECTIONS TO MARCH 17, 2011 LETTER. PRINT BOTH LETTERS AND SEND OUT RESPONSES. | GARRETT P | 2.00 |
| 03/29/2011 | LITIGATION-CONSULTING<br>LODESTAR REPORTS PER REQUEST - DOUBLE CHECK MATH AND TIE TO COURT ORDER. | GARRETT P | 3.50 |

Sub-total     $     14,636.60

**SOFTWARE**

| Date | Description | Name | Hours |
|---|---|---|---|
| 03/15/2011 | SOFTWARE<br>PREPARED ACCESS DATABASE FOR ATTORNEYS AND MADE CD COPIES OF THE DATABASE | LEBLANC | 1.00 |

45.00

Total For Services     14,681.60

Wegmann Dazet & Company
ROBERT E. ARCENEAUX, ESQ.
Invoice No.   54160                                                                                           Page 4

---

EXPENSE/MILEAGE                                             $        105.00

EXPENSES/OTHER                                                          9.00

                                            Total For Expenses              114.00

                                            TOTAL FOR SERVICE       $   14,795.60

PAY BY PHONE
VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER

WE ARE COMMITTED TO BE OUR CLIENTS' MOST TRUSTED ADVISOR:
PROVIDING HIGH QUALITY SERVICES AND SOLUTIONS USING PROACTIVE APPROACHES
TO MEET THEIR ACCOUNTING, TAX AND UNIQUE CONSULTING NEEDS.