UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION  L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | SPECIAL MASTER |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | PATRICK A. JUNEAU |
| | * | April 21, 2011 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF SUBMISSION

TO    Russ M. Herman
      Christopher A. Seeger
      Andy Birchfield

**PLEASE TAKE NOTICE** that Robert E. Arceneaux and Margaret E. Woodward, co-Lead Counsel for Objectors, will submit a Motion to Pay Accountant's Invoice to the Honorable Eldon E. Fallon at 9:00 a.m. on Wednesday, May 11, 2011 at 500 Camp Street, New Orleans.


/s/ Robert E. Arceneaux                        /s/ Margaret E. Woodward
_____        _____
Robert E. Arceneaux, La Bar No. 01199      MARGARET  E.  WOODWARD,  La.  Bar
ROBERT E. ARCENEAUX LLC              No.13677
47 Beverly Garden Drive                    3701 Canal Street, Suite C
Metairie, LA 70001                         New Orleans, Louisiana  70119
(504) 833-7533 office                       (504) 301-4333 office
(504) 833-7612 fax                         (504) 301-4365 fax
rea7001@cox.net                           mewno@aol.com


**CO-LEAD COUNSEL FOR OBJECTORS IDENTIFIED IN FEB. 8 ORDER**