UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | SPECIAL MASTER |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | PATRICK A. JUNEAU |
| | * | April 21, 2011 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION FOR EXPEDITED HEARING

NOW COME Court come Objectors, through undersigned counsel, and move this Court for an expedited hearing of their Motion to Pay Accountant's Invoices.

Respectfully submitted:

/s/ Robert E. Arceneaux                                   /s/ Margaret E. Woodward
_____          _____
Robert E. Arceneaux, La Bar No. 01199        MARGARET E. WOODWARD, La. Bar
ROBERT E. ARCENEAUX LLC                    No.13677
47 Beverly Garden Drive                              3701 Canal Street, Suite C
Metairie, LA 70001                                       New Orleans, Louisiana  70119
(504) 833-7533 office                                   (504) 301-4333 office
(504) 833-7612 fax                                       (504) 301-4365 fax
rea7001@cox.net                                         mewno@aol.com

**CO-LEAD COUNSEL FOR OBJECTORS IDENTIFIED IN FEB. 8 ORDER**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Memorandum has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, and by upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8, on this date, April 21, 2011.

/s/ Robert Arceneaux