UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | SPECIAL MASTER |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | PATRICK A. JUNEAU |
| | * | April 21, 2011 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MEMMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED HEARING

May it please the Court:

Co-Lead counsel for the Objectors have moved for expedited hearing of their Motion to pay Accountant's Invoices. In support of this request, they show that the current invoice is due and payable to Mr. Garrett and Wagmen Dazet, that Mr. Garrett has asked for payment before May 15, 2011, and that movers believe that this expense should properly paid from the Common Benefit Fund, just as all other expenses of Mr. Garrett and Wagmen Dazet have been so paid.

Respectfully submitted:

/s/ Robert E. Arceneaux                    /s/ Margaret E. Woodward
_____            _____
Robert E. Arceneaux, La Bar No. 01199      MARGARET E. WOODWARD, La. Bar
ROBERT E. ARCENEAUX LLC                    No.13677
47 Beverly Garden Drive                    3701 Canal Street, Suite C
Metairie, LA 70001                         New Orleans, Louisiana 70119
(504) 833-7533 office                      (504) 301-4333 office
(504) 833-7612 fax                         (504) 301-4365 fax
rea7001@cox.net                            mewno@aol.com

**CO-LEAD COUNSEL FOR OBJECTORS IDENTIFIED IN FEB. 8 ORDER**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Memorandum has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, and by upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8, on this date, April 21, 2011.

/s/ Robert Arceneaux