UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: VIOXX | ) | MDL NO. 1657 |
| --- | --- | --- |
| | ) | |
| PRODUCTS LIABILITY | ) | SECTION L |
| LITIGATION | ) | |
| | ) | JUDGE FALLON |
| THIS DOCUMENT RELATES | ) | MAG. JUDGE KNOWLES |
| TO ALL CASES | ) | SPECIAL MASTER |
| | ) | PATRICK A. JUNEAU |
| FILER: Jack E. Urquhart | ) | |
| | ) | April 21, 2011 |

# **ORDER**

**IT IS ORDERED** that the Special Master's Scheduling order of March 31, 2011 be and the same is hereby SUSPENDED pending this Court's review of all Objections.

NEW ORLEANS, LOUISIANA, this _____ day of April, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE