UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX : | CIVIL ACTION |
| : | NO. 08-1633 |
| PRODUCTS LIABILITY LITIGATION : | SECTION L MAG 3 |
| : | |
| This document relates to ALL ACTIONS : | HONORABLE ELDON E. FALLON |
| : | HONORABLE DANIEL E. KNOWLES |

**MOTION OF LOCKS LAW FIRM, LLC FOR RELIEF FOR THIS COURT'S OCTOBER 19, 2010 ORDER WHICH ESTABLISHED A COMMON BENEFIT FEE OF 6.5%**

Locks Law Firm, LLC ("LLF") pursuant to FED. R. Civ. P. 60(b), respectfully requests that the Court set aside its October 19, 2010 Order which established a common benefit fee of 6.5% on the grounds of newly discovered evidence and to (a) order that Locks Law Firm, LLC which did not participate in the Vioxx MDL nor sign a contract obligating it to an MDL assessment, pay 4% as its assessment towards the common benefit fund; and (b) order reimbursement to Locks Law Firm, LLC the difference between the 6.5% assessment and the 4% assessment to now be paid.

An appropriate form or Order is filed herewith.

Respectfully submitted:

*/s/ James J. Pettit*

James J. Pettit, Esquire
LOCKS LAW FIRM, LLC
457 Haddonfield Road, Suite 500
Cherry Hill, NJ 08002
(856) 663-8200 phone
(856) 661-8400 fax

Dated: April 19, 2011

**LOCKS LAW FIRM, LLC**

457 Haddonfield Road, Suite 500
Cherry Hill, New Jersey 08002
T 856.663.8200
T 866.LOCKSLAW
F 856.661.8400
www.lockslaw.com

RECEIVED
US DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2011 APR 21  PM 12: 10
LORETTA G. WHYTE
CLERK

Gene Locks
James J. Pettit[††]
Michael A. Galpern[††]
Karl Friedrichs

Steven P. Knowlton
Michael B. Leh
Jonathan W. Miller
Jerry A. Lindheim
Andrew P. Bell
David D. Langfit
Andrew J. Dupont

Jennifer E. Troast
Franklin P. Solomon
Pamela A. Lee
Stefanie G. Ebert
Stephanie R. Milstein

*Of Counsel:*
Lee S. Goldsmith, M.D., LLB[†*]
Goldsmith Ctorides & Rodriguez, LLP[†*]
www.goldsmithlegal.com

Charles N. Riley, Esq.
criley@rileyandsandilos.com

[††]CERTIFIED BY THE SUPREME COURT
OF NJ AS A CIVIL TRIAL ATTORNEY

*Via Overnight Mail (UPS)*

April 19, 2011

Honorable Eldon E. Fallon
United States District Court
500 Poydras Street, Room C456
New Orleans, LA 70130

    RE: **MDL 1657 – In re Vioxx Products Liability Litigation**

Dear Judge Fallon:

    Enclosed is a copy of Locks Law Firm, LLC's Notice of Motion for Relief from the Court's October 19, 2010 Order which has been filed with the Clerk of the United States District Court Eastern District of Louisiana.

    Thank you for your attention in this matter.

        Very truly yours,

        LOCKS LAW FIRM, LLC

        James J. Pettit

JJP/bmm
Enclosure
Cc: Clerk - US District Court (via UPS w/enc.)
    Sol H. Weiss, Esquire (via e-mail and fcm w/enc.)
    Russ Herman, Esquire (via: email and fcm w/enc.)
    Andy Birchfield, Esquire (via: email and fcm w/enc.)
    Christopher Seeger, Esquire (via: email and fcm w/enc.)

**Extremely Urgent**

This envelope is for use with the following services:
- UPS Next Day Air®
- UPS Worldwide Express®
- UPS 2nd Day Air®

Visit **ups.com®** or call **1-800-PICK-UPS®** (1-8 to schedule a pickup or find a drop off location

**Domestic Shipments**
- To qualify for the Letter rate, UPS Express Envelopes may only correspondence, urgent documents, and/or electronic media weigh 8 oz. or less. UPS Express Envelopes containing items those listed or weighing more than 8 oz. will be billed by we

**International Shipments**
- The UPS Express Envelope may be used only for documents value. Certain countries consider electronic media as docum ups.com/importexport to verify if your shipment is classified
- To qualify for the Letter rate, the UPS Express Envelope must UPS Express Envelopes weighing more than 8 oz. will be bille

**Note:** Express Envelopes are not recommended for shipments containing sensitive personal information or breakable items, or cash equivalent.



SHIP TO: US DISTRICT COURT
500 POYDRAS ST
STE C151
NEW ORLEANS LA 70130

LA 701 9-02

1Z8R44X11394193072

LA 701 9-02

**UPS NEXT DAY AIR SAVER**   1P
TRACKING #: 1Z 8R4 4X1 13 9419 3072

BILLING: P/P

Reference #2: VIOXX

CS 13.1.13.   WNTIE80 12.0A 01/2011

JILL EDWARDS   20/Apr/2011 18:41 07819

https://www.campusship.ups.com/cship/create?ActionOriginPair=print___Receipt&POPU...   4/19/2011