UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX : | CIVIL ACTION |
| : | NO. 08-1633 |
| PRODUCTS LIABILITY LITIGATION : | SECTION L MAG 3 |
| : | |
| This document relates to ALL ACTIONS : | HONORABLE ELDON E. FALLON |
| : | HONORABLE DANIEL E. KNOWLES |

**MEMORANDUM IN SUPPORT OF LOCKS LAW FIRM, LLC'S
RULE 60(B) MOTION FOR RELIEF FROM THIS COURT'S OCTOBER 19, 2010
ORDER ESTABLISHING A COMMON BENEFIT FEE OF 6.5%**

Locks Law Firm, LLC hereby files this Memorandum in Support of its Motion for Relief from this Court's October 19, 2010 Order which established a common benefit fee of 6.5%. In lieu of filing a repetitive brief, Locks Law Firm, LLC, respectfully incorporates the Memorandum filed by Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, P. C. in support of its Rule 60(B) Motion.

As did the Anapol firm, Locks Law Firm proceeded to file its Vioxx personal injury cases in state court, not the MDL, and did not sign a participation agreement with the MDL. As did the Anapol firm, the Locks Law Firm subjugated its MDL assessment concerns so its clients could benefit from the settlement, and was willing to absorb up to an 8% assessment. Because its clients accepted the settlement program, Locks Law Firm could and did submit its New Jersey state court work product for common benefit consideration.

As with the Anapol firm, Locks Law Firm had no idea that a 4% assessment was a viable option, and so did not file objections to the 8% assessment.

Locks Law Firm, LLC respectfully requests that its Motion to Set Aside This Court's October 19, 2010 order which Established a Common Benefit Fee of 6.5% be granted.

Respectfully Submitted:

*(signature)*

James J. Pettit
Locks Law Firm, LLC
457 Haddonfield Road, Suite 500
Cherry Hill, NJ 08002
(856) 663-8200 phone
(856) 661-8400 fax

Dated: April 19, 2011