UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX : | CIVIL ACTION |
| : | NO. 08-1633 |
| PRODUCTS LIABILITY LITIGATION : | SECTION L MAG 3 |
| : | |
| This document relates to ALL ACTIONS : | HONORABLE ELDON E. FALLON |
| : | HONORABLE DANIEL E. KNOWLES |

**ORDER REDUCING COMMON BENEFIT ASSESSMENT**

IT IS ORDERED THAT:

(1) Locks Law Firm, LLC, which did not participate in the Vioxx MDL nor sign a contract obligating it to an MDL assessment, and for good cause shown, is hereby obligated to pay 4% as its assessment towards the common benefit fund, rather than 6.5%;

and (2) Locks Law Firm, LLC, will be reimbursed the difference between the 6.5% assessment and the 4% assessment to now be paid.

_____
Eldon E. Fallon
United States District Judge
