UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | : | CIVIL ACTION |
| | : | NO. 08-1633 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L MAG 3 |
| | : | |
| This document relates to ALL ACTIONS | : | HONORABLE ELDON E. FALLON |
| | : | HONORABLE DANIEL E. KNOWLES |

### NOTICE OF SUBMISSION

TO: Russ Herman, Esquire
Andy Birchfield Esquire
Christopher Seeger, Esquire

**PLEASE TAKE NOTICE THAT** Locks Law Firm, LLC joins in the Motion for Relief filed by the law firm of Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, P.C. from the Court's October 19, 2010 Order, Which Established Common Benefit Fee of 6.5%, by the Anapol law firm submitted to the Honorable Eldon E. Fallon at 9:00 a.m. on May 2, 2011 at 500 Camp Street, New Orleans.

James J. Pettit, Esquire
LOCKS LAW FIRM, LLC
457 Haddonfield Road, Suite 500
Cherry Hill, New Jersey 08002
(856) 663-8200 phone
(856) 661-8200 fax

Dated: April 19, 2011