UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX | : MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : SECTION: L |
| | : |
| | : JUDGE FALLON |
| | : MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:** *All cases*

## ORDER

The Court is in receipt of a letter from Benedict P. Morelli on behalf of Morelli Ratner, one of the Objectors to the Fee Allocation Committee's proposed common benefit fee allocation. Mr. Morelli draws the Court's attention to the notice disassociating his firm from allegations of ethical violations voiced by Co-Lead Counsel for the Objectors. Mr. Morelli expresses a hope that this "unseemly" dispute should be resolved without the need for judicial intervention, perhaps through mediation between the Fee Allocation Committee and the Objectors.

IT IS ORDERED that the letter be entered into the record.

New Orleans, Louisiana, this 21st day of April, 2011.

UNITED STATES DISTRICT JUDGE

1