

**MORELLI RATNER PC**

BENEDICT P. MORELLI

950 Third Avenue
New York, NY 10022

212.751.9800 ph.
212.751.0046 fx.
877.751.9800 tf.

bpmorelli@morellilaw.com
www.morellilaw.com



April 15, 2011

U.S. District Court
Chambers of Judge Eldon E. Fallon
500 Poydras Street
Room C456
New Orleans, LA 70130

                                           **Re:**    Vioxx Fee Objectors

Dear Judge Fallon,

      We are one of the 17 Vioxx Objectors. As Your Honor knows, we filed a notice to the Court disassociating ourselves from any allegations of ethical violations or fraud on the Court by the Fee Allocation Committee.

      As Your Honor also knows, we did not sign on to the recently filed motions seeking to disqualify counsel and seeking forfeiture of attorneys' fees.

      We believe that this an unseemly dispute among lawyers that can and should be resolved without the need for judicial intervention.

      To that end, we respectfully request that Your Honor consider ordering mediation between the Fee Allocation Committee and each of the objectors.

      We appreciate your kind consideration of this matter.

                                          Respectfully Submitted,
                                          MORELLI RATNER PC

                                          Benedict P. Morelli, Esq.