UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL No. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

### REPLY TO OBJECTORS' MOTION
### FOR PAYMENT OF ACCOUNTANT'S INVOICES

The Plaintiffs' Fee Allocation Committee (FAC) respectfully moves this Honorable Court to deny Objectors' request that the fees and expenses billed by the Court appointed CPA, Phil Garrett, be paid by the Common Benefit Fund.

On one occasion, Special Master Pat Juneau indicated that the cost of the Objectors' inquiry of Phil Garrett be paid by the Objectors. The Court's order dated November 29, 2010, attached hereto as Exhibit 1, clearly states that access to materials is granted but to be "examined and copied at their expense."

Further, Mr., Arceneaux, attorney for Objectors, acknowledges in his letter dated March 21, 2011 correspondence to Phil Garrett that, "we (objectors) will pay your fees in connection with this additional work." See attached Exhibit 2.

Wherefore, it is respectfully requested that the Objector's Motion for Payment of Accountant's Invoices from Common Benefit Fund be denied.

Respectfully submitted,

Dated: April 25, 2011    By:    /s/ *Russ M. Herman*_____
Russ M. Herman (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Herman, Herman, Katz & Cotlar, L.L.P.

820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024

**CHAIRMAN OF THE FEE ALLOCATION COMMITTEE**

Andy D. Birchfield, Jr., Esquire
Leigh O'Dell, Esquire
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
(800) 898-2034 (telephone)
(334) 954-7555 (telecopier)
**Secretary of FAC**

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)

Edward F. Blizzard, Esquire
BLIZZARD, MCCARTHY & NABERS, L.L.P
Lyric Centre, 400 Louisiana
Suite 1710
Houston, TX 77002-1689
(713) 581-8451 (telephone)
(713) 844-3755 (telecopier)

Thomas V. Girardi, Esquire
GIRARDI & KEESE
1126 Wilshire Blvd.
Los Angeles, CA 90017
(213) 977-0211 (telephone)
(213) 481-1554 (telecopier)

W. Mark Lanier, Esquire
THE LANIER LAW FIRM
6810 FM 1960 West
Houston, TX 77069
(713) 659-2500 (telephone)
(713) 659-2204 (telecopier)

Arnold Levin, Esquire **(on brief)**
Fred S. Longer, Esquire **(on brief)**
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Perry Weitz, Esquire
WEITZ & LUXENBERG
180 Maiden Lane
New York, NY 10038
(212) 558-5500 (telephone)
(212) 344-5461 (telecopier)

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Liaison Counsel, Philip Wittmann, by U.S mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 25th day of April, 2011.

    /s/ *Leonard A. Davis*
Russ M. Herman (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024