34574585
Nov 29 2010
3:53PM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:       ALL CASES**

## ORDER

The Court has pending before it a Motion for Access to Certain Documents and Things (Rec. Doc. 54315). The movants seek access to various materials pertaining to common benefit work done in the MDL to assist in analyzing the eventual proposed allocation of common benefit fees by the Court-appointed Fee Allocation Committee. The Plaintiffs' Steering Committee has responded to the motion and suggests that the motion is not ripe and should be denied without prejudice, pending submission of the FAC's actual proposal.

The movants are entitled to the requested discovery. "[T]he hours and rates that other attorneys submitted" will be "essential to enable [movants] to challenge how the Fee Committee valued their work." *In re High Sulfur Content Gasoline Prods. Liab. Litig.*, 517 F.3d 220, 231 (5th Cir. 2008). Accordingly,

IT IS ORDERED that the motion is GRANTED. Movants shall have reasonable access to the requested materials, to be examined and copied at their expense.

IT IS FURTHER ORDERED that, except for good cause shown and until further Orders of this Court, the requested documents and any copies made shall remain confidential and shall be used only for this proceeding.

1

2

New Orleans, Louisiana, this 29th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE

2