Robert E. Arceneaux, Esq.
Robert E. Arceneaux LLC
47 Beverly Garden Drive
Metairie, LA 70001
(504) 833-7533 office
(504) 833-7612 fax
rea7001@cox.net

March 21, 2011

**VIA E-MAIL (PGARRETT@GARRETTCO.COM) AND U.S. MAIL**

Philip A. Garrett, Sr., CPA
117 Fairground Boulevard
Bush, La 70431

      Vioxx – MDL 1657

Dear Mr. Garrett:

      This will confirm my request on Friday evening that you generate a firm-by-firm lodestar, reflecting each firm member's actual rates, or the rates calculated by you when no rates were provided. I understand that you previously ran these numbers internally in order to create an aggregate or total lodestar amount for your affidavits, but that you never printed out or distributed a firm-by-firm list to anyone, because the FAC did not request it. Considering that you have all the data input and can, as you indicated, recreate the lodestar listing with relative ease, we are happy to take you up on your offer.

      If we can impose on you, we would like the data in two ways. First, we need to have the lodestars, firm-by-firm, using only the time that was included in your affidavit to the Court of August 2010, so that the Court can compare applies to applies. Then, if you could update it through date, I am sure the Court would want that information as well. We would like the report in digital form, instead of a printed report.

      You have mentioned that you could have this completed by midweek. If this time frame is too ambitious, please let me know. Also, once it is completed, please provide an electronic copy to Mr. Herman. Of course, we will pay your fees in connection with this additional work.

Mr. Garrett
March 16, 2011
Page 2

      Thanking you for your courtesy and cooperation in this matter, I am,

                              Very truly yours,

                              Robert E. Arceneaux

cc via e-mail:  Hon. Eldon E. Fallon
                  Hon. Special Master Patrick Juneau

                  Russ Herman, Esq.
                  Andy Birchfield, Esq.
                  Christopher Seeger, Esq.