UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX<br><br>**PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br><br>ALL COMMON<br>BENEFIT FEE APPLICANTS | MDL Docket No. 1657<br><br>SECTION L<br><br><br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

## ORDER

Considering the foregoing Motion for Leave to File an Amended Exhibit D to Response to Objections to Recommended Common Benefit Fee Allocation,

**IT IS ORDERED** that the Fee Allocation Committee be and hereby is granted leave to file an Amended Exhibit D to its Response to Objections to Recommended Common Benefit Fee Allocation.

**NEW ORLEANS, LOUISIANA,** this ____ day of April, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE