UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION  L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | SPECIAL MASTER |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | PATRICK A. JUNEAU |
| | * | April 26, 2011 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO PRECLUDE FAC MEMBERS FROM  SERVING AS LITIGATION COUNSEL

Now into court come co-lead counsel for objectors, who move this Court to grant leave to

file their Reply Memorandum in Support of Motion to Preclude Fac Members  from  Serving as

Litigation Counsel

/s/ Robert E. Arceneaux                                         /s/ Margaret E. Woodward
_____                   _____
Robert E. Arceneaux, La Bar No. 01199            MARGARET E. WOODWARD, La. Bar
ROBERT E. ARCENEAUX LLC                         No.13677
47 Beverly Garden Drive                                    3701 Canal Street, Suite C
Metairie, LA 70001                                             New Orleans, Louisiana  70119
(504) 833-7533 office                                         (504) 301-4333 office
(504) 833-7612 fax                                             (504) 301-4365 fax
rea7001@cox.net                                               mewno@aol.com


**CO-LEAD COUNSEL FOR OBJECTORS IDENTIFIED IN FEB. 8 ORDER**

-1-

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing pleading has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, and by upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8, on this date, April 26, 2011

/s/ Robert Arceneaux

_____