UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL COMMON<br>BENEFIT FEE APPLICANTS | MDL Docket No. 1657<br><br>SECTION L<br><br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**STATE OF LOUISIANA**   )

**ORLEANS PARISH**   )

### AFFIDAVIT OF RUSS HERMAN

Before me, the undersigned, a Notary Public in and for the State of Louisiana, personally appeared Russ Herman, who is known to me and who being by me first duly sworn, on oath deposes and says as follows:

1. My name is Russ Herman. I am over the age of 19 and am competent to testify. I am a lawyer. I make this affidavit based on personal knowledge.

2. I have never stated to counsel for Objectors or to anyone that the moneys in the common benefit fund were "no one's" and that I could deal with them in any manner that I "saw fit."

3. I have never stated to counsel for Objectors or to anyone that the Court "did not want to know" how funds were used to resolve percentage-fee objections. I did state "in context" that Judge Fallon did not inquire of the details nor did we provide details at that meet and confer other than: (a) Stratton had representation authority of 100% of Objectors; (b) the matter was resolved; and, (c) Stratton's expert according to Stratton opined 7.5% common benefit fee holdback was acceptable.

1

Exhibit B - - 1

This the 26th day of April, 2011.

_____
RUSS HERMAN

SWORN to and SUBSCRIBED before me this the 26 day of April, 2011.

_____
NOTARY PUBLIC
My Commission Expires: _____

REGINA VALENTI
NOTARY PUBLIC #14855
COMMISSIONED FOR LIFE

2

Exhibit B - - 2