UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | SPECIAL MASTER |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | PATRICK A. JUNEAU |
| | * | April 27, 2011 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR DISCLOSURE
OF THIRD PARTY PAYOR COMMON BENEFIT FUND ALLOCATION AND ALL
RELATED DOCUMENTS, PAPERS, AND ORDERS**

NOW COME Objectors, through undersigned counsel, and move this Court to order Christopher Seeger and Russ Herman to disclose of all materials requested in the attached memorandum in support hereof.

/s/ Robert E. Arceneaux                    /s/ Margaret E. Woodward
_____          _____
Robert E. Arceneaux, La Bar No. 01199      MARGARET E. WOODWARD, La. Bar
ROBERT E. ARCENEAUX LLC                    No.13677
47 Beverly Garden Drive                    3701 Canal Street, Suite C
Metairie, LA 70001                         New Orleans, Louisiana 70119
(504) 833-7533 office                      (504) 301-4333 office
(504) 833-7612 fax                         (504) 301-4365 fax
rea7001@cox.net                            mewno@aol.com

**CO-LEAD COUNSEL FOR OBJECTORS IDENTIFIED IN FEB. 8 ORDER**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Memorandum has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, and by upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8, on this date, April 27, 2011.

/s/ Robert Arceneaux