UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION  L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | SPECIAL MASTER |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | PATRICK A. JUNEAU |
| | * | April 27, 2011 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *


**MEMORANDUM IN SUPPORT OF MOTION FOR  DISCLOSURE
OF THIRD PARTY PAYOR COMMON BENEFIT FUND ALLOCATION AND ALL
<u>RELATED DOCUMENTS, PAPERS, AND ORDERS</u>**

MAY IT PLEASE THE COURT:

Pursuant to the terms of the Common Benefit Settlement Agreement between Merck & Co.,

Inc. and Certain TPP Plaintiffs' Attorneys Identified Therein Dated As Of September 14, 2009,

attached hereto as Exhibit 1, the undersigned wrote Christopher Seeger on April 5, 2011, asking

him, as Escrow Counsel, to do the following:

> [A]dvise if any of the terms of the Agreement outlined above have been
> implemented, and if so, where we may find the record of such. If the plans and
> approvals are not of record, please provide us with a copy of any documents which
> will allow us to determine whether the Agreement has been satisfied.

Exhibit 2 hereto.

As of this date, we have received no response. Initially, Russ Herman sent an e-mail saying

that Mr. Seeger could not promptly respond because he was in the Orient, implying that upon his return he would respond. See Exhibit 3. Then, we received e-mail from Mr. Seeger not only indicating that he was in the United States, but that he was in Lousiana. *See* Exhibit 4 hereto. In fact, during the time he was in New Orleans, he and Mr. Herman met with Co-Lead Counsel Margaret Woodward and Liaison Counsel Pascal Calogero, Jr. There is no doubt that Mr. Seeger was aware of our demand for information, as he signed to receive the hard copy of the registered letter on April 14, 2011. *See* Exhibit 5 hereto.

The status of the Third Party Payor Common Benefit fund and allocation must be disclosed as soon as possible. First, there are those who need to take action on their claims against that fund. Second, there is reason to believe, based upon comments made by Mr. Herman, that those funds may have already been disbursed, and devoted to other purposes, such as replenishing the MSA Common Benefit Fund (for funds removed in payment of the Stratton settlement). The funding of the common benefit fund is of obvious interest to Objectors, and is essential for purposes of transparency, as required by the Fifth Circuit. Finally, it appears that time for third party payor work was reported to Phil Garrett, and may also have been included in the MSA Common Benefit lodestar calculated by him, *see e.g.*, Exhibit 6 hereto, another fact that must be fully disclosed and explored to serve the goals of transparency.

Accordingly, undersigned counsel ask that Christopher Seeger and Russ Herman be ordered to disclose immediately all documents relating to the Third Party Payor Fund, or any allocation process which has or has not been conducted, and any Court orders related thereto (the undersigned could not find any). This disclosure should include all internal documents including e-mails, correspondence, records of account, or other documents showing the status of the Third Party Payor Common Benefit Fund, and the amount present in the fund, as well any procedures that were

developed and distributed or not distributed to allocate the fund; additionally any claims made against the common benefit fund for third party payor work should be disclosed.

/s/ Robert E. Arceneaux

_____

Robert E. Arceneaux, La Bar No. 01199
ROBERT E. ARCENEAUX LLC
47 Beverly Garden Drive
Metairie, LA 70001
(504) 833-7533 office
(504) 833-7612 fax
rea7001@cox.net

/s/ Margaret E. Woodward

_____

MARGARET E. WOODWARD, La. Bar
No.13677
3701 Canal Street, Suite C
New Orleans, Louisiana  70119
(504) 301-4333 office
(504) 301-4365 fax
mewno@aol.com

CO-LEAD COUNSEL FOR OBJECTORS IDENTIFIED IN FEB. 8 ORDER

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, and by upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8, on this date, April 27, 2011

/s/ Robert Arceneaux

**COMMON BENEFIT SETTLEMENT AGREEMENT**

**Between**

**Merck & Co., Inc.**

**And**

**CERTAIN TPP PLAINTIFFS' ATTORNEYS IDENTIFIED HEREIN**

**Dated As Of September 14, 2009**

EXHIBIT 1

# SETTLEMENT AGREEMENT

This Settlement Agreement (hereinafter referred to as the "Common Benefit Settlement Agreement" or "Agreement") together with its Exhibits, is made as of September 14, 2009 by and between Merck & Co., Inc., a New Jersey corporation (together with its successors and assigns, "Merck"), and certain Common Benefit Attorneys and their respective third party provider/payor clients, identified in Exhibit A.

# RECITALS

WHEREAS, Merck voluntarily withdrew VIOXX from the market on September 30, 2004,

WHEREAS, Common Benefit Attorneys represent private Third Party Provider/Payors who have made claims, in litigation as well as pre-litigation, against Merck in connection with VIOXX,

WHEREAS, Merck, while not admitting any wrongdoing or conceding that third party provider/payors have suffered any cognizable injury, nonetheless wish to resolve the costs and expenses associated with this litigation in accordance with the Private TPP Settlement Agreement and Release, attached hereto as Exhibit B (heretofore referred to as the "TPP Settlement Agreement."),

WHEREAS, Common Benefit Attorneys and their clients similarly wish to resolve these costs and expenses,

NOW THEREFORE, Merck and Common Benefit Attorneys, on behalf of themselves and their respective third party provider/payor clients, agree as follows:

# I. DEFINITIONS

Terms used in this Common Benefit Settlement Agreement shall have the meanings defined below or as otherwise defined in this Agreement:

1.1     "Bank" means Citibank N.A. or other financial institution agreed upon by Merck and Common Benefit Attorneys.

1.2     "Business Day" means any day other than (i) a Saturday or a Sunday or (ii) a day on which commercial banks in the City of New York, New York are required or

1

COMMON BENEFIT SETTLEMENT AGREEMENT

authorized to be closed.

     1.3    "<u>Honorable Eldon E. Fallon</u>" means "the Honorable Eldon E. Fallon of the United States District Court for the Eastern District of Louisiana.

     1.4    "<u>Common Benefit Fees and Expenses</u>" has the meaning given in Article V of the Agreement.

     1.5    "<u>Common Benefit Fees and Expenses Payment</u>" shall mean the amount of FIFTEEN MILLION DOLLARS ($15,000,000) that shall be paid by Merck for the resolution of common benefit fees and expenses that are the subject of this agreement.

     1.6    "<u>Common Benefit Fees and Expense Fund</u>" is comprised of those funds awarded from the Common Benefit Fees and Expenses Payment, in accordance with the provisions of Article 3 of this Agreement.

     1.7    "<u>Date of Execution</u>" shall be considered the date on which Merck executes the Agreement.

     1.8    "<u>Effective Date</u>" means the day of the execution of the Agreement by Merck.

     1.9    "<u>Escrow</u>" means the escrow established with the Escrow Agent by Merck and Common Benefit Attorneys pursuant to the Escrow Agreement with an account in Citibank N.A. or other financial institution agreed to by the parties ("Escrow Account"), which shall be used to retain the Common Benefit Fees and Expense Fund until disbursed according to the decision of the Honorable Eldon E. Fallon or the Administrator in accordance with the provisions of Article 5 herein.

     1.10    "<u>Escrow Agent</u>" shall be Citibank N.A. or such other person or entity agreed to by counsel for the parties or selected under the terms of the Escrow Agreement."

     1.11    "<u>Escrow Counsel</u>" shall mean Christopher A. Seeger of Seeger Weiss LLP.

     1.12    "<u>Escrow Agreement</u>" is the form of agreement attached as Exhibit C, which Merck and Common Benefit Attorneys expressly authorize the individuals set forth in Exhibit C as the designated authorized representatives of Merck and Common Benefit Attorneys, through escrow counsel, respectively, to enter into together with the Escrow Agent, on behalf of and for the benefit of Merck and Common Benefit Attorneys, respectively,

     1.13    "<u>MDL</u>" or "<u>MDL court</u>" means the court and all of the cases before the court in MDL 1657.

COMMON BENEFIT SETTLEMENT AGREEMENT

## II.  REPRESENTATIONS, WARRANTIES AND OBLIGATIONS OF COMMON BENEFIT ATTORNEYS

Section 2.1      Representations and Obligations of Common Benefit Attorneys

2.1.1      Common Benefit Attorneys acknowledge and agree that Merck, and its counsel have not participated and will not participate in any way in connection with the process for determining the amount of common benefit fees and expenses or the award of funds among counsel as common benefit fees and expenses undertaken under this Common Benefit Settlement Agreement, and that Merck and its counsel are not in any way responsible these allocations or for any fees, expenses or costs to Common Benefit Attorneys or their respective clients or others, other than the one time payment into escrow of the Aggregate Settlement Payment and the Common Benefit Fees and Expenses Payment following the Effective Date of this Agreement.

2.1.2      Common Benefit Attorneys agree that they will establish a process consistent with Articles V and VI of this Agreement that allows plaintiffs' attorneys to make an application for costs and fees.

2.1.3      Common Benefit Attorneys further agree that based on these applications, reasonable allocations of funds will be dispersed for payment of fees and costs from the Common Benefit Fees and Expense Fund.

## III.  REPRESENTATIONS, WARRANTIES AND OBLIGATIONS OF MERCK

Section 3.1      Representations and Obligations of Merck

3.1.1      Merck Co., Inc. represents and warrants that it is a corporation duly organized, validly existing and in good standing under the laws of the State of New Jersey.

3.1.2      Merck represents and warrants that all required corporate approvals have been obtained, permitting Merck's undersigned representative to execute this Agreement and deliver it to Settling Plaintiffs, which will be binding upon Merck.

3.1.3      Merck represents and warrants that its execution, delivery, and performance of this Agreement will not contravene or constitute a default under any provisions of applicable law or regulation or any agreement, judgment, injunction, order, decree, or contractual restriction binding on it.

3.1.4      Within ten (10) Business Days following the execution and delivery of the Agreement and Common Benefit Escrow Agreement by Merck to Common Benefit Attorneys, or on the date identified by Article 6.1.3 of the Private TPP Settlement Agreement and Release provided that the Private TPP Settlement Agreement and Release is executed by all of its parties, whichever date is later, Merck shall cause the

COMMON BENEFIT SETTLEMENT AGREEMENT

Common Benefit Fees and Expenses Payment, a sum in the amount of FIFTEEN
MILLION DOLLARS ($15,000,000), to be deposited into the Escrow Account.

       3.1.5    It is the express intention of the parties to this Agreement that the
payment of the Common Benefit Fees and Expenses Payment compensates Common
Benefit Attorneys and along with the Private TPP Settlement Agreement serves to fully
compensate Plaintiffs and Plaintiffs' attorneys for all Released Claims and Liabilities
against the Released Parties.

# IV.  ADMINISTRATION

Section 4.1    <u>Authority and Appointment</u>

       4.1.1    This is a private agreement.  At the request of the Parties, The
Honorable Eldon E. Fallon has agreed to preside over the award and disbursement of the
Common Benefit Fees and Expenses as specified by this agreement.

       4.1.2    In the event that for any reason The Honorable Eldon E. Fallon is
unable to preside over the administration of this Agreement as set forth herein, Merck
and the Common Benefit Attorneys will agree on the appointment of an Administrator to
preside over the administration of this Agreement.  In the event an Administrator is
appointed, all provisions pertaining to the authority, capacity and protections of The
Honorable Eldon E. Fallon in connection with the administration of this Agreement as set
forth herein shall apply with equal force to the Administrator.

       4.1.3    Common Benefit Attorneys and their respective third party
provider/payer clients agree that authority over the process for administering the award
and disbursement of common benefit fees and common benefit expenses contemplated by
the Agreement resides with The Honorable Eldon E. Fallon to exercise that authority, as
such authority is specified in this Agreement.

       4.1.4    Any decision of The Honorable Eldon E. Fallon with regard to
the award and disbursement of Common Benefit Fees and Expenses shall be final and
Non-Appealable and binding on the Parties and (without limitation of the foregoing) the
Parties shall take all actions required in order to implement such decision.

       4.1.5    The Honorable Eldon E. Fallon shall have the authority to
perform all actions, to the extent not expressly prohibited by, or otherwise inconsistent
with, any provision of this Agreement, deemed by the Honorable Eldon E. Fallon to be
reasonably necessary for the efficient and timely administration of this Agreement.

       4.1.6    The Honorable Eldon E. Fallon may create administrative
procedures, supplementary to (and not inconsistent with) those specified herein, that
provide further specific details about how Common Benefit Fees and Expenses are
determined and paid; provided, however, that such procedures comply with the terms of

4

COMMON BENEFIT SETTLEMENT AGREEMENT

this Agreement.

       4.1.7    The Honorable Eldon E. Fallon or any agent or employee of The Honorable Eldon E. Fallon, shall not be liable for his acts or omissions, or those of any agent or employee of The Honorable Eldon E. Fallon, in connection with this Agreement except, with respect to each such Person, for such Person's own willful misconduct. Nothing in this Paragraph 4.1.7 confers any privity of contract with, or other right to institute any action against, The Honorable Eldon E. Fallon

## V.  ATTORNEYS' FEES AND EXPENSES

    5.1    <u>Individual Counsel Attorneys' Fees</u>

       5.1.1    Neither Merck nor any other Released Party, nor any "Settling Party'"or "Releasing Party" as such terms are defined in the TPP Settlement Agreement, shall have any responsibility whatsoever for the payment of Common Benefit Attorneys' fees or expenses, including any fees and expenses incurred in connection with the administration of the procedures of this Agreement. Any amounts paid pursuant to the provisions for common benefit fees and the reimbursement of common benefit expenses as set forth in this Article V shall be paid and disbursed from the Common Benefit Settlement Fund Payment and that neither Merck nor any other Released Party will be called upon the make any payments in addition to the Common Benefit Fund Payment for any reason in connection with common benefit fees or expenses or this Agreement.

    5.2    <u>Common Benefit Fees and Reimbursement of Common Benefit Litigation Expenses</u>

       5.2.1    To ensure that the Common Benefit Attorneys are fairly compensated but that their fees are in conformance with reasonable rates, an amount shall be deducted from the Common Benefit Fee and Expense Fund and utilized for the payment of common benefit fees and common benefit expenses to the Common Benefit Attorneys. In no event shall the Common Benefit Fee and Expense Fund Payment exceed Fifteen Million Dollars ($15,000,000.00). The award and payment of Common Benefit Fees and Expenses to the Common Benefit Attorneys from the Common Benefit Fees and Expense Fund shall be referred to the Honorable Eldon E. Fallon for determination and administration upon due consideration by him in accordance with established procedures for notice, objection and hearing in conformance with Fifth Circuit precedent. *See, e.g.*, Blum v. Stenson, 465 U.S. 886, 900 (1984); Copper Liquor, Inc. v. Adolph Coors Co., 624 F.2d 575, 583 n. 15 (5th Cir. 1980); Johnson v. Ga. Highway Express, Inc., 488 F.2d 714, 717-19 (5th Cir. 1974); Strong v. BellSouth Telecomms., Inc., 137 F.3d 844, 851-52 & n. 5 (5th Cir. 1998); Forbush v, J.C. Penney Co., 98 F.3d 817, 823 (5th Cir. 1996); Turner v. Murphy Oil USA, Inc., 472 F.Supp.2d 830 (E.D.La. 2007).

COMMON BENEFIT SETTLEMENT AGREEMENT

5.2.2     In connection with the operation of Paragraph 5.2.1, the Common Benefit Attorneys shall propose to the Honorable Eldon E. Fallon that Christopher A. Seeger of Seeger Weiss LLP and Russ M. Herman of Herman, Herman, Katz & Cotler be designated to be responsible for devising and recommending  a plan of  allocation of awards of Common Benefit Fees and Expenses.  Mr. Seeger and Mr. Herman, or any other designee or designees of the Honorable Eldon E. Fallon, shall be guided by objective measures of Common Benefit Attorneys' contributions, in addition to their subjective understanding of the relative contributions of counsel towards generating the Aggregate Settlement Amount in accordance with established fee jurisprudence subject to the approval of the Honorable Eldon E. Fallon.  The Honorable Eldon E. Fallon's final determination of Common Benefit Fees and Expenses shall not be subject to any appeal or other appellate review, including mandamus review.

5.2.3     All fees, costs and expenses incurred in connection with the operation of Paragraphs 5.2.1 through 5.2.2, inclusive, shall be the sole responsibility of the Plaintiffs and shall be paid from the Common Benefit Fees and Expenses Fund.

5.2.4     Once the Common Benefit Fees and Expenses are approved by the Honorable Eldon E. Fallon and distributed, any  remaining funds shall be transferred to the Aggregate Settlement Fund and distributed to the Settling Plaintiffs as governed by the Private TPP Settlement Agreement and Release.

5.2.5     Merck takes no position regarding, and has no responsibility or Liability for, the amount of the Common Benefit Fees and Expense Fund, the award or any amounts awarded as common benefit fees and expenses under this Article, and waives the right to contest these matters.

## VI.  REPRESENTATIONS AND WARRANTIES OF COMMON BENEFIT ATTORNEYS

6.1     Representations and Warranties of Settling Plaintiffs

6.1.1     Each Settling Plaintiff acknowledges and agrees that Merck, the Released Parties, and their counsel have not participated and will not participate in any way in connection with the allocation of Common Benefit Fees and Expenses Fund, that Merck and its counsel will not participate in connection with the process for determining the amount of common benefit fees and expenses or the award of funds among counsel as common benefit fees and expenses, and that Merck and its counsel are not in any way responsible these allocations or for any fees, expenses or costs to Settling Plaintiffs or their counsel or to any Common Benefit Attorneys, other than the one time payment into escrow of the Common Benefit Fee and Expenses Payment.

COMMON BENEFIT SETTLEMENT AGREEMENT

# VII.  NO ADMISSIONS

Section 7.1.     No Admissions

       7.1.1     Neither this Agreement nor any exhibit, document or instrument delivered hereunder nor any statement, transaction or proceeding in connection with the negotiation, execution or implementation of this Agreement, is intended to be or shall be construed as or deemed to be evidence of an admission or concession by Merck of any fault, Liability, wrongdoing, fact, legal position, or damages or of the truth of any allegations asserted by any plaintiff or claimant against it, or as an admission by Settling Plaintiffs of any lack of merit in their claims.

       7.1.2     No party to this Agreement or their counsel shall seek to introduce and/or offer the terms of this Agreement, any statement, transaction or proceeding in connection with the negotiation, execution or implementation of this Agreement, or any statements in the documents delivered in connection with this Agreement, or otherwise rely on the terms of this Agreement, in any judicial proceeding, except insofar as it is necessary to enforce the terms of this Agreement (or in connection with the determination of any income tax Liability of a party or any insurance coverage) or any instrument executed and delivered pursuant to this Agreement.  If a Person seeks to introduce and/or offer any of the matters described herein in any proceeding against Merck or any Released Party, the restrictions of this Section 7.1.2 shall not be applicable to Merck with respect to that Person.

       7.1.3     Nothing in this Article 7 applies to (i) any action to submit into evidence in any legal proceeding (past, present or future) any Release, any Stipulation of Dismissal With Prejudice or Motion to Dismiss that provided to Merck in accordance with the terms of this Agreement in order to enforce such releases or dismissals, or (ii) any other action by Merck in relation to any of those releases and dismissals.

# VIII.  MISCELLANEOUS

Section 8.1     Notice by Parties

       8.1.1     Any notice, request, instruction or other document to be given by Merck to Common Benefit Attorneys, or to be given by Common Benefit Attorneys to Merck, under this Agreement shall be in writing and delivered by mail, by Federal Express, by facsimile or, to the extent specified hereunder, by electronic mail, as follows, or as otherwise instructed by a notice delivered to the other Party pursuant to this subsection:

COMMON BENEFIT SETTLEMENT AGREEMENT

    8.1.1.1  If to Merck:

Bruce N. Kuhlik
Senior Vice President and General Counsel
Merck & Co., Inc.
One Merck Drive
P.O. Box 100 (WS3A-15)
Whitehouse Station, NJ 08889-0100
Telecopier: (908) 735-1244
Email: Bruce_Kuhlik@Merck.com

-and-

John H. Beisner, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C.  20005
Telecopier: (202) 661-8301
Email: John.Beisner@skadden.com

    8.1.1.2  If to Common Benefit Attorneys:

Christopher A. Seeger
Seeger Weiss LLP
One William Street
New York, NY 10004
Telecopier: (212) 584-0799
Email: cseeger@seegerweiss.com

    8.1.2  Any such notice, request, instruction or other document provided pursuant to this Article shall be deemed to have been given as of the date so transmitted by facsimile or electronic mail, on the next Business Day when sent by Federal Express or five Business Days after the date so mailed, provided that if any such date on which any such notice or other communication shall be deemed to have been given is not a Business Day, then such notice or other communication shall be deemed to have been given as of the next following Business Day.

8.2  <u>Governing Law</u>

    8.2.1  This Agreement shall be governed by and construed in accordance with the law of New York without regard to any choice-of-law rules that would require the application of the law of another jurisdiction.

COMMON BENEFIT SETTLEMENT AGREEMENT

8.3     Waiver of Inconsistent Provisions of Law; Severability

        8.3.1     To the fullest extent permitted by applicable law, Merck and Settling Plaintiffs each waives any provision of law (including the common law), which renders any provision of this Agreement invalid, illegal or unenforceable in any respect.

        8.3.2     Any provision of this Agreement which is prohibited or unenforceable to any extent or in any particular context shall be ineffective, but such ineffectiveness shall be limited as follows: (i) if such provision is prohibited or unenforceable only in or as it relates to a particular jurisdiction, such provision shall be ineffective only in or as it relates to (as the case may be) such jurisdiction and only to the extent of such prohibition or unenforceability, and such prohibition or unenforceability in or as it relates to (as the case may be) such jurisdiction shall not otherwise invalidate or render unenforceable such provision (in such or any other jurisdiction); (ii) if (without limitation of, and after giving effect to, clause (i)) such provision is prohibited or unenforceable only in a particular context (including only as to a particular Settling Plaintiff or under any particular circumstance or circumstances), such provision shall be ineffective, but only in such particular context; and (iii) without limitation of clauses (i) or (ii), such ineffectiveness shall not invalidate any other provision of this Agreement.  In any event, upon any such determination that any term or other provision is invalid, illegal or unenforceable, the Merck and the Settling Plaintiffs shall negotiate in good faith to modify this Agreement so as to effect the original intent of the Parties as closely as possible to the fullest extent permitted by applicable law.

8.4     Facsimile Signatures

        8.4.1     This Agreement and any amendments thereto, to the extent signed and delivered by means of a facsimile machine or electronic scan (including in the form of an Adobe Acrobat PDF file format), shall be treated in all manner and respects as an original agreement and shall be considered to have the same binding legal effect as if it were the original signed version thereof delivered in person.

8.5     Construction

        8.5.1     With regard to each and every term and condition of this Agreement, the parties thereto understand and agree that the same have or has been mutually negotiated, prepared and drafted, and if at any time the parties thereto desire or are required to interpret or construe any such term or condition or any agreement or instrument subject hereto, no consideration shall be given to the issue of which party thereto actually prepared, drafted or requested any term or condition of thereof.

8.6     Entire Agreement

        8.6.1     This Agreement contains the entire agreement between the Parties with respect to the subject matter hereof and supersedes and cancels all previous agreements, negotiations, and commitments in writings between the Parties hereto with respect to the subject matter hereof.

COMMON BENEFIT SETTLEMENT AGREEMENT

8.7     Headings; References

       8.7.1     The headings of the Articles and Sections herein are inserted for convenience of reference only and are not intended to be a part of or to affect the meaning or interpretation of this Agreement.  Any reference to an Exhibit shall be deemed to refer to the applicable Exhibit attached hereto. The words "include" and "including" and words of similar import when used in this Agreement or any Exhibit hereto are not limiting and shall be construed to be followed by the words "without limitation," whether or not they are in fact followed by such words. The definitions contained in this Agreement or any Exhibit hereto are applicable to the singular as well as the plural forms of such terms.  Words of any gender (masculine, feminine, neuter) mean and include correlative words of the other genders.  As used herein or in any Exhibit hereto, the term "dollars" and the symbol "S", shall mean United States dollars. References herein to instruments or documents being submitted "by" any Party include (whether or not so specified) submission of the same on behalf of such Party by its Counsel whether or not so specified, provided that if any particular instrument or document is required herein to be executed by a particular Party, it must (unless otherwise expressly specified herein) be so executed by such Party.  References herein to any particular Section (such as, for example, Section 5.2) shall be deemed to refer to all sub-Sections of such Section (such, as for example, Section 5.2.1, 5.2.2, etc.), all sub-sub-Sections of such sub-Sections, and so on; the corresponding principle applies to all references herein to any particular sub-Section, sub-sub-Section and so on.

8.8     No Third Party Beneficiaries; Assignment

       8.8.1     No provision of this Agreement or any Exhibit thereto is intended to create any third-party beneficiary to this Agreement except that "Settling Plaintiffs" and "Releasing Parties" as such terms are defined in the TPP Settlement Agreement are third party beneficiaries of this Agreement, it being the intention of the Common Benefit Attorneys that the "Settling Plaintiffs" and "Releasing Parties" will be immune from any claims of any attorneys who provided services in connection with Vioxx litigation before the MDL Court or the New Jersey Superior Court for Atlantic County  for compensation or reimbursement of expenses.  For the avoidance of doubt, nothing in this Section limits or modifies the third-party beneficiary provisions of any Release or Stipulation of Dismissal With Prejudice.  This Agreement and all of the provisions hereof shall be binding upon and inure to the benefit of the Parties hereto and their respective successors and permitted assigns; provided, however, that neither this Agreement nor any of the rights, interests, or obligations hereunder may be assigned by Settling Plaintiffs without the prior written consent of Merck.  Any assignment in violation of this Section shall be null and void *ab initio*.

8.9     Amendments; No Implied Waiver

       8.9.1     This Agreement may be amended by (and only by) an instrument signed by Merck, on the one hand, and the Settling Plaintiffs, on the other hand.  Except

COMMON BENEFIT SETTLEMENT AGREEMENT

where a specific period for action or inaction is provided herein, no failure on the part of a Party to exercise, and no delay on the part of either Party in exercising, any right, power or privilege hereunder shall operate as a waiver thereof; nor shall any waiver on the part of either Party of any such right, power or privilege, or any single or partial exercise of any such right, power or privilege, preclude any other or further exercise thereof or the exercise of any other right, power or privilege; nor shall any waiver on the part of a Party, on any particular occasion or in any particular instance, of any particular right, power or privilege operate as a waiver of such right, power or privilege on any other occasion or in any other instance.

8.10    Counterparts

8.10.1    This Agreement may be executed in any number of counterparts, each of which shall be an original and all of which shall together constitute one and the same instrument.  It shall not be necessary for any counterpart to bear the signature of all Parties hereto.

8.10.2    Counsel for any party shall be authorized to assemble a composite counterpart which shall consist of one copy of each page, except the signature pages, together with multiple counterpart signature pages executed on behalf of every party to this Settlement Agreement.  The composite counterpart may then be used by any party for all purposes as the complete signed and executed Settlement Agreement among the parties.

8.11    Tax Matters

8.11.1    The Parties agree to characterize the Escrow Account established under the Escrow Agreement for federal, state and local income tax purposes in such manner as is reasonably determined by Merck, including without limitation as a "qualified settlement fund" within the meaning of Treasury Regulation Section 1.468B-1 or as a grantor trust pursuant to an election under Treasury Regulation Section 1.468B-1(k) or otherwise.  The Escrow Agent and Merck shall timely provide the other with such material and relevant information as and to the extent reasonably requested by the other party in connection with any tax filing or the payment of any taxes or any private letter ruling regarding the tax status of the Funds.

8.12    Further Assurances

8.12.1    From time to time, Merck and each Settling Plaintiff shall take such reasonable actions consistent with the terms of this Agreement as may reasonably be requested by the other Party, and otherwise reasonably cooperate with the other Party in a manner consistent with the terms of this Agreement as reasonably requested by such other Party as may be reasonably necessary in order further to effectuate the intent and purposes of this Agreement and to carry out the terms hereof.

COMMON BENEFIT SETTLEMENT AGREEMENT

8.13    Representation and Voluntary Execution

        8.13.1    Each party to this Common Benefit Agreement represents and acknowledges that it has been represented by counsel with respect to this Agreement and any and all matters covered by or related to such Agreement. Each party has been fully advised with respect to all rights which are affected by this Agreement. Each party signing represents and warrants that it read, knows, and understands the contents of this Agreement, has executed this Agreement voluntarily, and has not been influenced by any person or persons or attorney acting on behalf of any other party. It is further represented and warranted that this Agreement is executed by Common Benefit Attorneys with the authority of their respective third party provider/payor clients identified on Exhibit A.

8.14    Survival of Representations and Warranties

        8.14.1    All representations and warranties of the parties to this Common Benefit Agreement have been and will be relied on by the other parties to this Agreement notwithstanding any investigation made by them.

        IN WITNESS WHEREOF, the parties hereto have duly executed this

Common Benefit Settlement Agreement as of August _14, 2009._

**COMMON BENEFIT**
**ATTORNEYS:**            By: _____

                       Christopher A. Seeger
                       SEEGER WEISS LLP
                       One William Street
                       New York, NY 10004
                       Telephone: (212) 584-0700

                       For SETTLING PLAINTIFFS

**MERCK & CO., INC.:**      By: _____   9/14/09

                       Bruce N. Kuhlik
                       Senior Vice President and General Counsel
                       Merck & Co., Inc.
                       One Merck Drive
                       P.O. Box 100 (WS3A-15)
                       Whitehouse Station, NJ 08889-0100
                       Telecopier: (908) 735-1244
                       Email: Bruce_Kuhlik@Merck.com

**Subject:** vioxx MDL 1657 - Third party payor Common Benefit Fund
**From:** robert <rea7001@cox.net>
**Date:** Tue, 05 Apr 2011 17:27:24 -0500
**To:** "Christopher Seeger (PSC)" <cseeger@seegerweiss.com>, Russ Herman <RHERMAN@hhkc.com>, Joseph_Escandon@laed.uscourts.gov
**BCC:** "Eric H. Weinberg" <ehw@erichweinberg.com>, Chris Placitella <cplacitella@cprlaw.com>, Harry Roth <hroth@cprlaw.com>, Peggy Woodward <mewno@aol.com>, Pascal Calogero <pcalogero@alsfirm.com>

```
Mr. Seeger

Enclosed is a letter that is self-explanatory.

Thank you
Robert Arceneaux
47 Beverly Garden Drive
Metairie, LA 70001
(504) 833-7533
```

| Seeger1.pdf | **Content-Type:** application/pdf |
|---|---|
| | **Content-Encoding:** base64 |

EXHIBIT 2

Robert E. Arceneaux

# Robert E. Arceneaux LLC

47 Beverly Garden Drive
Metairie, La 70001
(504) 833-7533 Office
(504) 833-7612 Fax
rea7001@cox.net

April 5, 2011

VIA E-MAIL U.S. Mail

Christopher A. Seeger
Seeger Weiss
One William Street
New York, NY 10004

      re: Vioxx - MDL 1657 – *Common Benefit Settlement Agreement between Merck & Co., Inc. and Certain TPP Plaintiffs' Attorneys Identified Therein Dated As Of September 14, 2009*

Dear Mr. Seeger:

      We are writing to you as you are the designated "Escrow Counsel" under paragraph 1.11 of that Common Benefit Settlement Agreement between Merck & Co., Inc. and Certain TPP Plaintiffs' Attorneys Identified Therein Dated As Of September 14, 2009. Under the terms of that agreement, "Common Benefit Attorneys agree that they will establish a process consistent with Articles V and VI of this Agreement that allows plaintiffs' attorneys to make an application for costs and fees," see 2.1.2 , and that "these applications, reasonable allocations of funds will be dispersed for payment of fees and costs from the Common Benefit Fees and Expense Fund,." see 2.13. Pursuant to paragraph 5.2.2, "Christopher A. Seeger of Seeger Weiss LLP and Russ M. Herman of Herman, Herman, Katz & Cotler" were "to be responsible for devising and recommending a plan of allocation of awards of Common Benefit Fees and Expenses," said plan to be submitted to the Honorable Eldon Fallon.

      We have searched the record, and can find no rule or order or anything else establishing a process for "plaintiffs' attorneys to make an application for costs and fees" pursuant the Agreement, as required by section 2.12. Nor can we find any submission of a plan to Judge Fallon, or any ruling on any such plan by him. All that we find is the notation in the Court's Minute Entries of June 3, 210 and July 27, 2010, both at page 11, that:

Christopher Seeger
April 5, 2011
Page 2


On May 18, 2010, the Court was advised by one of the co-chairs of the Private Third Party Payor Bellwether Trial Committee that the Settlement was completed and resolved  and requested that an allocation of the common benefit fee be addressed by the Court, and a procedure put in place to address the fee.

Please advise if any of the terms of the Agreement outlined above have been implemented, and if so, where we may find the record of such. If the plans and approvals are not of record, please provide us with a copy of any documents which will allow us to determine whether the Agreement has been satisfied.

Very truly yours,

Robert E. Arceneaux

Robert E. Arceneaux


Hon. Eldon Fallon
Russ Herman

**Subject:** Re: vioxx MDL 1657 - Third party payor Common Benefit Fund
**From:** "Russ Herman" <RHERMAN@hhkc.com>
**Date:** Tue, 5 Apr 2011 18:54:10 -0500
**To:** <rea7001@cox.net>
**CC:** "Christopher Seeger (PSC)" <cseeger@seegerweiss.com>, "Judge Eldon Fallon"
<Joseph_Escandon@laed.uscourts.gov>, "Joyce Romano" <jromano@hhkc.com>


Mr Seeger is in Hong Kong till next Sunday in depositions I will read your letter and if
possible speak with him when heis able considering the 12 hour time difference In the
meantime I will ask  Mr Birchfield to copy The FAC on all correspondence on this issue
Regards Russ Herman
Sent from my iPhone

On Apr 5, 2011, at 5:25 PM, "robert" <rea7001@cox.net> wrote:

> Mr. Seeger
>
> Enclosed is a letter that is self-explanatory.
>
> Thank you
> Robert Arceneaux
> 47 Beverly Garden Drive
> Metairie, LA 70001
> (504) 833-7533
>
> <Seeger1.pdf>


CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.

EXHIBIT 3

Re: Vioxx

**Subject:** Re: Vioxx
**From:** "Seeger, Chris" <CSeeger@seegerweiss.com>
**Date:** Mon, 25 Apr 2011 12:02:06 -0400
**To:** "'Mewno@aol.com'" <Mewno@aol.com>, "'rherman@hhkc.com'" <rherman@hhkc.com>
**CC:** "'paj@juneaudavid.com'" <paj@juneaudavid.com>, "'andy.birchfield@beasleyallen.com'"
<andy.birchfield@beasleyallen.com>, "'rea7001@cox.net'" <rea7001@cox.net>,
"'pcalogero@alsfirm.com'" <pcalogero@alsfirm.com>, "'jromano@hhkc.com'"
<jromano@hhkc.com>

I have to fly back to NY on an 11:20 am flight tomorrow. I can meet you tonight any time after 5 pm. I can meet
tomorrow morning at 7 am. I have a Chinese Drywall conf at the court tomorrow at 8:30. I can meet with you at the
Courthouse tomorrow morning from 9 am to 10 am and skip the CDW status conf. Do any of those options work?

---

**From:** Mewno@aol.com <Mewno@aol.com>
**To:** RHERMAN@hhkc.com <RHERMAN@hhkc.com>
**Cc:** Seeger, Chris; paj@juneaudavid.com <paj@juneaudavid.com>; andy.birchfield@beasleyallen.com
<andy.birchfield@beasleyallen.com>; rea7001@cox.net <rea7001@cox.net>; pcalogero@alsfirm.com
<pcalogero@alsfirm.com>; jromano@hhkc.com <jromano@hhkc.com>
**Sent:** Mon Apr 25 11:57:55 2011
**Subject:** Re: Vioxx

In a message dated 4/25/2011 10:55:59 A.M. Central Daylight Time, RHERMAN@hhkc.com writes:

> Suggest your chosen lead contact Chris directly for time and place to meet You may come to
> Our offices at 2:00 pm to view set up

We'll confer with Chris on time, but we'd like to combine the trips.  We can view your office tomorrow at a time
convenient to Chris?

MW

EXHIBIT 4



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Robert E Arceneaux
47 Beverly Garden Dr
Metairie, LA 70001

---

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Chris Seeger
Seeger Weiss
One William St
New York, NY 10004

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____    ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)              ☐ Yes

2. Article Number
   (Transfer from service label)    7010 1060 0001 1603 8800

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

EXHIBIT 5

# Vioxx Submissions

## Submissions for 7/2009 that ties into Access report

| | Firm | Case | Type | Month | Total Amount | Submitted | Posted | Summary | Reviewer | Supervisor | Status | Accepted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 131 | Girardi Keese | California | Time | 2009-07 | 19,164.50 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 19,164.50 |
| 132 | Kline & Specter | MDL | Time | 2009-07 | 25,391.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 25,391.25 |
| 133 | Sanford Pinedo | MDL | Time | 2009-07 | 13,786.50 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 13,786.50 |
| 134 | Eric H. Weinberg | New Jersey | Time | 2009-07 | 10,361.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 10,361.75 |
| 135 | Lieff Cabraser | New Jersey | Time | 2009-07 | 20,444.00 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 20,444.00 |
| 136 | Levin Fishbein | MDL | Time | 2009-07 | 22,588.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 22,588.75 |
| 137 | Hovde Dassow | New Jersey | Time | 2009-07 | 8,546.50 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 8,546.50 |
| 138 | Beasley Allen | New Jersey | Time | 2009-07 | 17,035.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 17,035.75 |
| 139 | Seeger Weiss | New Jersey | Time | 2009-07 | 14,737.50 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 14,737.50 |
| 140 | Audet & Partners | New Jersey | Time | 2009-07 | 7,271.00 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 7,271.00 |
| 141 | Ashcraft & Gerel | New Jersey | Time | 2009-07 | 5,892.00 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 5,892.00 |
| 142 | Lanier | MDL | Time | 2009-07 | 17,404.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 17,404.25 |
| 143 | Escobedo Tippit | Garza | Time | 2009-07 | 14,886.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 14,886.75 |
| 144 | Lockridge Grindal | MDL | Time | 2009-07 | 4,712.50 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 4,712.50 |
| 145 | Seeger Weiss | MDL | Time | 2009-07 | 18,069.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 18,069.75 |
| 146 | Anapol Schwartz | MDL | Time | 2009-07 | 7,247.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 7,247.75 |
| 147 | Lopez Hodes | MDL | Time | 2009-07 | 5,104.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 5,104.25 |
| 148 | Cohen Placitella | MDL | Time | 2009-07 | 4,964.00 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 4,964.00 |
| 149 | Matthews & Associates | MDL | Time | 2009-07 | 8,860.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 8,860.75 |
| 150 | Locks Law Firm | MDL | Time | 2009-07 | 8,881.50 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 8,881.50 |
| 151 | Irpino | MDL | Time | 2009-07 | 2,920.00 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 2,920.00 |
| 152 | Seeger Weiss | Payor Litigation | Time | 2009-07 | 8,159.00 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 8,159.00 |
| 153 | Daniel E. Becnel, Jr. | MDL | Time | 2009-07 | 13,038.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 13,038.25 |
| 154 | Neblett Beard & Arsenault | MDL | Time | 2009-07 | 7,344.50 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 7,344.50 |
| 155 | Seeger Weiss | Hummeston | Time | 2009-07 | 16,727.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 16,727.25 |
| 156 | Ranier Gayle | MDL | Time | 2009-07 | 3,523.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 3,523.25 |
| 157 | Blizzard McCarthy | MDL | Time | 2009-07 | 3,584.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 3,584.25 |
| 158 | Heninger Garrison | Albright | Time | 2009-07 | 4,700.00 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 4,700.00 |
| 159 | Brandi Law Firm | Arrigale | Time | 2009-07 | 5,214.95 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 5,214.95 |
| 160 | Barrios Kingsdorf | MDL | Time | 2009-07 | 2,738.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 2,738.75 |
| 161 | Levin Fishbein | Local 68 | Time | 2009-07 | 2,130.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 2,130.75 |
| 162 | Robinson Calcagnie | MDL | Time | 2009-07 | 8,588.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 8,588.75 |

EXHIBIT 6

# Vioxx Submissions

## Submissions for 7/2009 that ties into Access report

| | Firm | Case | Type | Month | Total Amount | Submitted | Posted | Summary | Reviewer | Supervisor | Status | Accepted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 163 | Weitz & Luxenberg | George Kieley | Time | 2009-07 | 3,887.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 3,887.75 |
| 164 | Weitz & Luxenberg | John McDarby | Time | 2009-07 | 7,892.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 7,892.25 |
| 165 | Beasley Allen | Irvin | Time | 2009-07 | 9,162.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 9,162.25 |
| 166 | Engstrom Lipscomb | MDL | Time | 2009-07 | 6,866.95 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 6,866.95 |
| 167 | Robinson Calcagnie | Barnett | Time | 2009-07 | 9,955.50 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 9,955.50 |
| 168 | Cohen Milstein | MDL | Time | 2009-07 | 2,003.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 2,003.75 |
| 169 | Rebecca A. Cunard | MDL | Time | 2009-07 | 2,790.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 2,790.75 |
| 170 | Levin Papantonio | MDL | Time | 2009-07 | 3,875.50 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 3,875.50 |
| 171 | Branch | MDL | Time | 2009-07 | 7,087.50 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 7,087.50 |
| 172 | Panish Shea | Appell Lawrence | Time | 2009-07 | 3,975.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 3,975.75 |
| 173 | John Hornbeck | MDL | Time | 2009-07 | 1,390.00 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 1,390.00 |
| 174 | Sheller Ludwig | MDL | Time | 2009-07 | 1,823.00 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 1,823.00 |
| 175 | Murray | MDL | Time | 2009-07 | 2,203.50 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 2,203.50 |
| 176 | Beasley Allen | Dedrick | Time | 2009-07 | 5,473.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 5,473.25 |
| 177 | Kaiser Firm | Smith | Time | 2009-07 | 1,329.00 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 1,329.00 |
| 178 | Blizzard McCarthy | Charles Mason | Time | 2009-07 | 5,337.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 5,337.75 |
| 179 | Girardi Keese | MDL | Time | 2009-07 | 1,261.50 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 1,261.50 |
| 180 | Carey & Danis | Donohoo | Time | 2009-07 | 2,819.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 2,819.75 |
| 181 | Gancedo & Nieves | MDL | Time | 2009-07 | 2,842.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 2,842.75 |
| 182 | Motley Rice | New Jersey | Time | 2009-07 | 3,263.50 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 3,263.50 |
| 183 | Williams Kherkher | Ledbetter | Time | 2009-07 | 1,267.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 1,267.25 |
| 184 | Gainsburgh Benjamin | MDL | Time | 2009-07 | 1,186.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 1,186.25 |
| 185 | Burg Simpson | MDL | Time | 2009-07 | 2,599.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 2,599.75 |
| 186 | Lanier | Hermans | Time | 2009-07 | 5,683.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 5,683.75 |
| 187 | Gallagher Law Firm | Texas | Time | 2009-07 | 1,219.50 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 1,219.50 |
| 188 | Fibich Hampton | Texas | Time | 2009-07 | 2,021.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 2,021.25 |
| 189 | Singleton | MDL | Time | 2009-07 | 2,306.50 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 2,306.50 |
| 190 | Lanier | Cona | Time | 2009-07 | 5,858.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 5,858.75 |
| 191 | Robert M. Becnel | MDL | Time | 2009-07 | 924.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 924.25 |
| 192 | Snapka | Garza | Time | 2009-07 | 856.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 856.25 |
| 193 | Robins Kaplan | MDL | Time | 2009-07 | 2,400.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 2,400.75 |
| 194 | Weitz & Luxenberg | MDL | Time | 2009-07 | 3,430.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 3,430.75 |
| 195 | Andrews & Thornton | MDL | Time | 2009-07 | 1,297.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 1,297.75 |
| 196 | Bencomo | MDL | Time | 2009-07 | 1,513.50 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 1,513.50 |

Case 2:05-md-01657-EEF-DEK   Document 62991-1   Filed 04/27/11   Page 25 of 33

# Vioxx Submissions

## Submissions for 7/2009 that ties into Access report

| Firm | Case | Type | Month | Total Amount | Submitted | Posted | Summary | Reviewer | Supervisor | Status | Accepted |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lanier | Ernst | Time | 2009-07 | 4,627.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 4,627.75 |
| Levin Papantonio | Kozic | Time | 2009-07 | 2,229.50 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 2,229.50 |
| Kasowitz Benson | New Jersey | Time | 2009-07 | 4,279.15 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 4,279.15 |
| Williams Kherkher | Smith | Time | 2009-07 | 5,293.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 5,293.75 |
| Ranier Gayle | Smith | Time | 2009-07 | 1,529.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 1,529.75 |
| Andrews & Thornton | Barnett | Time | 2009-07 | 707.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 707.25 |
| Kaiser Firm | MDL | Time | 2009-07 | 699.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 699.25 |
| Beasley Allen | Barnett | Time | 2009-07 | 2,565.50 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 2,565.50 |
| Watts Law Firm | Smith | Time | 2009-07 | 1,604.50 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 1,604.50 |
| Beasley Allen | Schwaller | Time | 2009-07 | 2,251.00 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 2,251.00 |
| Morell Ratner | Morell | Time | 2009-07 | 644 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 644 |
| Watts Law Firm | Schwaller | Time | 2009-07 | 1,866.00 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 1,866.00 |
| Levin Fishbein | New Jersey | Time | 2009-07 | 630.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 630.25 |
| Brian K. Baiser | Smith | Time | 2009-07 | 592.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 592.25 |
| Alley Clark | Kozic | Time | 2009-07 | 1,611.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 1,611.25 |
| Robinson Calcagnie | Berwick | Time | 2009-07 | 2,266.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 2,266.75 |
| White & Wetherall | Crandall | Time | 2009-07 | 1,412.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 1,412.75 |
| Morell Ratner | Cona | Time | 2009-07 | 552 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 552 |
| Cuneo Gilbert | MDL | Time | 2009-07 | 1,321.00 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 1,321.00 |
| Brown & Crouppen | Schwaller | Time | 2009-07 | 783.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 783.75 |
| Anapol Schwartz | Hatch | Time | 2009-07 | 1,182.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 1,182.25 |
| Whitehead Law Firm | Hummeston | Time | 2009-07 | 504.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 504.75 |
| Johnson & Perkinson | MDL | Time | 2009-07 | 847 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 847 |
| Levin Papantonio | Irvin | Time | 2009-07 | 1,332.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 1,332.75 |
| Ashcraft & Gerel | Hummeston | Time | 2009-07 | 872 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 872 |
| Gancedo & Nieves | California | Time | 2009-07 | 806.5 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 806.5 |
| Levin Papantonio | Appell Lawrence | Time | 2009-07 | 704 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 704 |
| Martin & Jones | John Byrd | Time | 2009-07 | 478.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 478.25 |
| Freese & Goss | MDL | Time | 2009-07 | 794 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 794 |
| Weitz & Luxenberg | Suzanne Rossi | Time | 2009-07 | 1,167.00 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 1,167.00 |
| Snapka | Felicia Garcia | Time | 2009-07 | 416.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 416.75 |
| Williams Kherkher | MDL | Time | 2009-07 | 938.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 938.25 |
| Williams Kherkher | Mason | Time | 2009-07 | 354.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 354.25 |
| Snapka | Zajicek | Time | 2009-07 | 620 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 620 |

# Vioxx Submissions

## Submissions for 7/2009 that ties into Access report

| | Firm | Case | Type | Month | Total Amount | Submitted | Posted | Summary | Reviewer | Supervisor | Status | Accepted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 231 | Jones Verras | MDL | Time | 2009-07 | 841.5 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 841.5 |
| 232 | Kaiser Firm | Barnett | Time | 2009-07 | 341 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 341 |
| 233 | Lundy & Davis | MDL | Time | 2009-07 | 550 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 550 |
| 234 | RodaNast | MDL | Time | 2009-07 | 1,267.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 1,267.75 |
| 235 | Lewis & Roberts | Harrie Black | Time | 2009-07 | 729.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 729.75 |
| 236 | Beasley Allen | Grossberg | Time | 2009-07 | 260 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 260 |
| 237 | Robinson Calcagnie | Crandall | Time | 2009-07 | 1,029.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 1,029.25 |
| 238 | Anastopoulo & Clore | MDL | Time | 2009-07 | 607.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 607.75 |
| 239 | Matthews & Associates | Sharon Rigby | Time | 2009-07 | 621 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 621 |
| 240 | Carey & Danis | Auslander | Time | 2009-07 | 337.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 337.75 |
| 241 | Lewis & Roberts | Jeff Smith | Time | 2009-07 | 437.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 437.25 |
| 242 | Price Waicukauski | MDL | Time | 2009-07 | 756 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 756 |
| 243 | Holman Law Firm | MDL | Time | 2009-07 | 212.5 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 212.5 |
| 244 | Aylstock | MDL | Time | 2009-07 | 841.5 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 841.5 |
| 245 | Silverman Fodera | MDL | Time | 2009-07 | 327 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 327 |
| 246 | Snapka | MDL | Time | 2009-07 | 208.5 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 208.5 |
| 247 | Snapka | Texas | Time | 2009-07 | 300.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 300.75 |
| 248 | Langston | MDL | Time | 2009-07 | 597.5 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 597.5 |
| 249 | Carey & Danis | Morgan | Time | 2009-07 | 298.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 298.75 |
| 250 | Charfoos & Christensen | MDL | Time | 2009-07 | 396.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 396.75 |
| 251 | Cafferty Faucher | MDL | Time | 2009-07 | 207.5 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 207.5 |
| 252 | Matthews & Associates | Elvis Anderson | Time | 2009-07 | 360.5 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 360.5 |
| 253 | Audet & Partners | California | Time | 2009-07 | 395 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 395 |
| 254 | Carey & Danis | Hardaway | Time | 2009-07 | 272.5 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 272.5 |
| 255 | Fayard & Honeycutt | MDL | Time | 2009-07 | 416 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 416 |
| 256 | Morelli Ratner | Schiff | Time | 2009-07 | 201 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 201 |
| 257 | Gianni Petoyan | Arrigale | Time | 2009-07 | 274.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 274.75 |
| 258 | Carey & Danis | Rutherford | Time | 2009-07 | 243.5 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 243.5 |
| 259 | Carey & Danis | Rabe | Time | 2009-07 | 268.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 268.25 |
| 260 | Kaiser Firm | Texas | Time | 2009-07 | 143.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 143.75 |
| 261 | Carey & Danis | Brane | Time | 2009-07 | 203 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 203 |

# Vioxx Submissions

## Submissions for 7/2009 that ties into Access report

| | Firm | Case | Type | Month | Total Amount | Submitted | Posted | Summary | Reviewer | Supervisor | Status | Accepted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 262 | Snapka | Nettles | Time | 2009-07 | 271.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 271.25 |
| 263 | Williams Kherkher | Schwaller | Time | 2009-07 | 141 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 141 |
| 264 | Martin & Jones | Bill Romans | Time | 2009-07 | 406.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 406.25 |
| 265 | Williams Kherkher | New Jersey-Romans | Time | 2009-07 | 263.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 263.75 |
| 266 | Williams Kherkher | New Jersey-Anderson | Time | 2009-07 | 269 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 269 |
| 267 | Hagens Berman | MDL | Time | 2009-07 | 236 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 236 |
| 268 | Lewis & Roberts | MDL | Time | 2009-07 | 137.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 137.75 |
| 269 | Labaton Sucharow | MDL | Time | 2009-07 | 389 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 389 |
| 270 | Williams Kherkher | New Jersey-Lear | Time | 2009-07 | 218.5 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 218.5 |
| 271 | Zimmerman Reed | MDL | Time | 2009-07 | 204.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 204.75 |
| 272 | Richardson Patrick | MDL | Time | 2009-07 | 111.5 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 111.5 |
| 273 | Capshaw Goss | MDL | Time | 2009-07 | 152.5 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 152.5 |
| 274 | Matthews & Associates | James Miller | Time | 2009-07 | 238.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 238.25 |
| 275 | Bossier and Associates | MDL | Time | 2009-07 | 102.5 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 102.5 |
| 276 | Heninger Garrison | MDL | Time | 2009-07 | 344 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 344 |
| 277 | Martin & Jones | Annie Ray Sanderson | Time | 2009-07 | 247.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 247.25 |
| 278 | Carey & Danis | Ricker | Time | 2009-07 | 133 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 133 |
| 279 | Ranier Gayle | Irvin | Time | 2009-07 | 133 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 133 |
| 280 | Morelli Ratner | Weiss | Time | 2009-07 | 200 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 200 |
| 281 | Snapka | Gomez | Time | 2009-07 | 153.5 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 153.5 |
| 282 | Lewis & Roberts | John Scurti | Time | 2009-07 | 155.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 155.25 |
| 283 | Matthews & Associates | Nancy Springfield | Time | 2009-07 | 137.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 137.75 |
| 284 | Keller Rohrback | MDL | Time | 2009-07 | 323 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 323 |
| 285 | Ranier Gayle | Mason | Time | 2009-07 | 82 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 82 |
| 286 | Carey & Danis | Vioxx general | Time | 2009-07 | 180.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 180.25 |
| 287 | Matthews & Associates | Herlinda Melendez | Time | 2009-07 | 117 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 117 |
| 288 | Kaiser Firm | Irvin | Time | 2009-07 | 76 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 76 |

# Vioxx Submissions

## Submissions for 7/2009 that ties into Access report

| | Firm | Case | Type | Month | Total Amount | Submitted | Posted | Summary | Reviewer | Supervisor | Status | Accepted |
|---|------|------|------|-------|--------------|-----------|--------|---------|----------|------------|--------|----------|
| 289 | Dugan & Browne | MDL | Time | 2009-07 | 114.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | | WDr | WDs | Posted | 114.25 |
| 290 | Provost Umphrey | Smith | Time | 2009-07 | 71.5 | 2/4/2010 16:46 | 2/4/2010 16:46 | | WDr | WDs | Posted | 71.5 |
| 291 | Lewis & Roberts | Estate of Sonia Sawyer | Time | 2009-07 | 162.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 162.25 |
| 292 | Levin Simes | California | Time | 2009-07 | 70 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 70 |
| 293 | Lewis & Roberts | Dawn Zermani | Time | 2009-07 | 139.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 139.75 |
| 294 | Morelli Ratner | Rice | Time | 2009-07 | 113.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 113.75 |
| 295 | Provost Umphrey | Schwaller | Time | 2009-07 | 64.5 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 64.5 |
| 296 | Carey & Danis | Cherry | Time | 2009-07 | 77 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 77 |
| 297 | Williams Kherkher | New Jersey-Hill | Time | 2009-07 | 69 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 69 |
| 298 | Carey & Danis | Benhoff | Time | 2009-07 | 62 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 62 |
| 299 | Carey & Danis | Mannings | Time | 2009-07 | 84.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 84.25 |
| 300 | Watts Law Firm | MDL | Time | 2009-07 | 60 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 60 |
| 301 | Weitz & Luxenberg | George Cheatum | Time | 2009-07 | 58.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 58.75 |
| 302 | Kasowitz Benson | MDL | Time | 2009-07 | 116.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 116.25 |
| 303 | Lewis & Roberts | Elliot Harris | Time | 2009-07 | 168 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 168 |
| 304 | Lewis & Roberts | Joyce Whitehead | Time | 2009-07 | 160 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 160 |
| 305 | Provost Umphrey | MDL | Time | 2009-07 | 66.5 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 66.5 |
| 306 | Weitz & Luxenberg | Bobby Lovitt | Time | 2009-07 | 54.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 54.25 |
| 307 | Provost Umphrey | Frazier | Time | 2009-07 | 54.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 54.25 |
| 308 | Snapka | Eller | Time | 2009-07 | 69.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 69.25 |
| 309 | Lewis & Roberts | Kaye Gray | Time | 2009-07 | 169.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 169.25 |
| 310 | Morelli Ratner | Sharoski | Time | 2009-07 | 122.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 122.75 |
| 311 | Weitz & Luxenberg | Russell Blackburn | Time | 2009-07 | 51 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 51 |
| 312 | Levin Papantonio | Hummeston | Time | 2009-07 | 50 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 50 |
| 313 | Martin & Jones | Grace Beshears | Time | 2009-07 | 124.5 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 124.5 |
| 314 | Weitz & Luxenberg | Ellen Ingoglia | Time | 2009-07 | 48.5 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 48.5 |
| 315 | Williams Kherkher | New Jersey-Johnston | Time | 2009-07 | 51.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 51.25 |
| 316 | Lewis & Roberts | Phyllis Jane Calhoun | Time | 2009-07 | 137.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 137.25 |
| 317 | Matthews & Associates | Richard Casteel | Time | 2009-07 | 76.5 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 76.5 |
| 318 | Kerpsack | MDL | Time | 2009-07 | 54.5 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 54.5 |

# Vioxx Submissions

## Submissions for 7/2009 that ties into Access report

| | Firm | Case | Type | Month | Total Amount | Submitted | Posted | Summary | Reviewer | Supervisor | Status | Accepted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 319 | Matthews & Associates | Ronald Sokol | Time | 2009-07 | 60.5 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 60.5 |
| 320 | Weitz & Luxenberg | Warren Bergstein | Time | 2009-07 | 44.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 44.25 |
| 321 | Sanders Viener | MDL | Time | 2009-07 | 112.5 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 112.5 |
| 322 | Girardi Keese | Mannings | Time | 2009-07 | 43.5 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 43.5 |
| 323 | Lewis & Roberts | Perry Regal | Time | 2009-07 | 89.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 89.25 |
| 324 | Weitz & Luxenberg | Frank Cooley | Time | 2009-07 | 43 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 43 |
| 325 | Williamson & Williams | MDL | Time | 2009-07 | 84.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 84.25 |
| 326 | Weitz & Luxenberg | Walter Nicholch | Time | 2009-07 | 47.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 47.25 |
| 327 | Weitz & Luxenberg | George Campbell | Time | 2009-07 | 78 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 78 |
| 328 | Lewis & Roberts | Mildred McAllister | Time | 2009-07 | 108.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 108.25 |
| 329 | Carey & Danis | Smith | Time | 2009-07 | 57 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 57 |
| 330 | Gianni Petoyan | MDL | Time | 2009-07 | 40 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 40 |
| 331 | Williams Kherkher | New Jersey-Mitchell, K | Time | 2009-07 | 39 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 39 |
| 332 | Lewis & Roberts | Clifford Jones | Time | 2009-07 | 61.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 61.75 |
| 333 | Weitz & Luxenberg | Walter Laughrey | Time | 2009-07 | 38.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 38.25 |
| 334 | Martin & Jones | Billy Carter | Time | 2009-07 | 115.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 115.75 |
| 335 | Matthews & Associates | Sandy Kelly | Time | 2009-07 | 42.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 42.25 |
| 336 | Weitz & Luxenberg | Harry Adkisson | Time | 2009-07 | 36.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 36.75 |
| 337 | Carey & Danis | Nicol | Time | 2009-07 | 61.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 61.25 |
| 338 | Weitz & Luxenberg | Moiseyev | Time | 2009-07 | 35 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 35 |
| 339 | Lewis & Roberts | John Slater | Time | 2009-07 | 81 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 81 |
| 340 | Weitz & Luxenberg | William Coonradt | Time | 2009-07 | 34.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 34.75 |
| 341 | Lewis & Roberts | Vernon Richardson | Time | 2009-07 | 78.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 78.25 |
| 342 | Weitz & Luxenberg | Gary Sherman | Time | 2009-07 | 34 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 34 |
| 343 | MDL | | Time | 2009-07 | 64 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 64 |
| 344 | Martin & Jones | William Baird | Time | 2009-07 | 81 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 81 |
| 345 | Matthews & Associates | Eura Fowler | Time | 2009-07 | 48.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 48.75 |
| 346 | Martin & Jones | Marlin McMahan | Time | 2009-07 | 97.5 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 97.5 |

# Vioxx Submissions

## Submissions for 7/2009 that ties into Access report

| Firm | Case | Type | Month | Total Amount | Submitted | Posted | Summary | Reviewer | Supervisor | Status | Accepted |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Weitz & Luxenberg | Steven Bundra | Time | 2009-07 | 33 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 33 |
| Lewis & Roberts | William Bowman | Time | 2009-07 | 91.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 91.75 |
| Lewis & Roberts | Willie Leona Mitchum | Time | 2009-07 | 79.5 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 79.5 |
| Carey & Danis | Marshall | Time | 2009-07 | 48 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 48 |
| Carey & Danis | Bolen | Time | 2009-07 | 47 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 47 |
| Carey & Danis | Cornelius | Time | 2009-07 | 52 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 52 |
| Weitz & Luxenberg | Clarence Pruitt | Time | 2009-07 | 31.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 31.75 |
| Weitz & Luxenberg | Norine Lombardi | Time | 2009-07 | 31.5 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 31.5 |
| Lewis & Roberts | Mary McMillan | Time | 2009-07 | 70 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 70 |
| Weitz & Luxenberg | Noel Strock | Time | 2009-07 | 32.5 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 32.5 |
| Robert J. DeBry | MDL | Time | 2009-07 | 31 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 31 |
| Martin & Jones | New Jersey | Time | 2009-07 | 42 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 42 |
| Bartimus Frickleton | Irvin | Time | 2009-07 | 30 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 30 |
| Williams Kherkher | New Jersey-Baker | Time | 2009-07 | 33 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 33 |
| Alex Alvarez | MDL | Time | 2009-07 | 30 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 30 |
| Martin & Jones | Jerry Saine | Time | 2009-07 | 68.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 68.25 |
| Weitz & Luxenberg | Louise Colucci | Time | 2009-07 | 31.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 31.25 |
| Lewis & Roberts | Perry Jordan | Time | 2009-07 | 72.5 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 72.5 |
| Martin & Jones | Shelby Polk | Time | 2009-07 | 53.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 53.75 |
| Snapka | Benavides | Time | 2009-07 | 30.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 30.25 |
| Ashcraft & Gerel | Local 68 | Time | 2009-07 | 27.5 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 27.5 |
| Weitz & Luxenberg | Jeffrey Beckwith | Time | 2009-07 | 27.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 27.25 |
| Carey & Danis | Davis | Time | 2009-07 | 39.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 39.25 |
| Lewis & Roberts | Estate of Margie Deb | Time | 2009-07 | 71 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 71 |
| Balkin and Eisbrouch | MDL | Time | 2009-07 | 25.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 25.75 |
| Martin & Jones | Carroll Paulk | Time | 2009-07 | 78.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 78.75 |
| Williams Kherkher | New Jersey-Rutan | Time | 2009-07 | 25.5 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 25.5 |
| Weitz & Luxenberg | Robert Barker | Time | 2009-07 | 24.5 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 24.5 |
| Weitz & Luxenberg | Delores Peterman | Time | 2009-07 | 24 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 24 |
| Carey & Danis | Inlow | Time | 2009-07 | 28 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 28 |
| Carey & Danis | Riddle | Time | 2009-07 | 24 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 24 |

# Vioxx Submissions

## Submissions for 7/2009 that ties into Access report

| | Firm | Case | Type | Month | Total Amount | Submitted | Posted | Summary | Reviewer | Supervisor | Status | Accepted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 378 | Carey & Danis | Patterson | Time | 2009-07 | 24 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 24 |
| 379 | Carey & Danis | Vogel | Time | 2009-07 | 24 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 24 |
| 380 | Weitz & Luxenberg | Roy Dennis | Time | 2009-07 | 24 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 24 |
| 381 | Williams Kherkher | New Jersey-Hill, Sam | Time | 2009-07 | 23.5 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 23.5 |
| 382 | Barnow | Benoit | Time | 2009-07 | 67.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 67.25 |
| 383 | Williams Kherkher | New Jersey-Bitmare/Freddie Johnson | Time | 2009-07 | 24.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 24.25 |
| 384 | Weitz & Luxenberg | Abaz Ceial | Time | 2009-07 | 44 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 44 |
| 385 | Weitz & Luxenberg | Cecelia Ingram | Time | 2009-07 | 24.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 24.75 |
| 386 | Martin & Jones | Wylie Brown | Time | 2009-07 | 60.5 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 60.5 |
| 387 | Weitz & Luxenberg | Doris Chernik | Time | 2009-07 | 21 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 21 |
| 388 | Weitz & Luxenberg | William Gemmell | Time | 2009-07 | 21 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 21 |
| 389 | Weitz & Luxenberg | Texas | Time | 2009-07 | 20.5 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 20.5 |
| 390 | Williams Kherkher | New Jersey | Time | 2009-07 | 20 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 20 |
| 391 | Levin Simes | | Time | 2009-07 | 20 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 20 |
| 392 | Matthews & Associates | Rosa Hernandez | Time | 2009-07 | 16.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 16.75 |
| 393 | Carey & Danis | Sanders | Time | 2009-07 | 16 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 16 |
| 394 | Mithoff Law Firm | MDL | Time | 2009-07 | 16 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 16 |
| 395 | Martin & Jones | George Haddock | Time | 2009-07 | 25.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 25.25 |
| 396 | Motley Rice | MDL | Time | 2009-07 | 26 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 26 |
| 397 | Matthews & Associates | Martin Zebotar | Time | 2009-07 | 21.5 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 21.5 |
| 398 | Carey & Danis | Oliver | Time | 2009-07 | 16 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 16 |
| 399 | Provost Umphrey | Feldman | Time | 2009-07 | 15.5 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 15.5 |
| 400 | Weitz & Luxenberg | Mary Market | Time | 2009-07 | 15.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 15.25 |
| 401 | Weitz & Luxenberg | James Brown | Time | 2009-07 | 15 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 15 |
| 402 | Carey & Danis | Zola | Time | 2009-07 | 13 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 13 |
| 403 | Friedman Law Offices | Brunkhorst | Time | 2009-07 | 20.5 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 20.5 |
| 404 | Bruce C. Dean | MDL | Time | 2009-07 | 10.5 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 10.5 |
| 405 | Matthews & Associates | James Stephenson | Time | 2009-07 | 22.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 22.75 |

# Vioxx Submissions

## Submissions for 7/2009 that ties into Access report

| Firm | Case | Type | Month | Total Amount | Submitted | Posted | Summary | Reviewer | Supervisor | Status | Accepted |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Matthews & Associates | Ruby LedBetter | Time | 2009-07 | 16 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 16 |
| Lewis & Roberts | James Hill | Time | 2009-07 | 8.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 8.25 |
| Carey & Danis | Nance | Time | 2009-07 | 8 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 8 |
| Carey & Danis | Klug | Time | 2009-07 | 8 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 8 |
| Carey & Danis | Holiday | Time | 2009-07 | 8 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 8 |
| Carey & Danis | Ireland | Time | 2009-07 | 8 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 8 |
| Carey & Danis | Agans | Time | 2009-07 | 8 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 8 |
| Carey & Danis | Hoggins | Time | 2009-07 | 8 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 8 |
| Carey & Danis | Hunt | Time | 2009-07 | 8 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 8 |
| Carey & Danis | Rosalyn Jackson | Time | 2009-07 | 16.5 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 16.5 |
| Carey & Danis | Swain | Time | 2009-07 | 8 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 8 |
| Sanford Pinedo | Kozic | Time | 2009-07 | 6.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 6.25 |
| Matthews & Associates | Garza | Time | 2009-07 | 10.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 10.25 |
| Matthews & Associates | Sandie Stone | Time | 2009-07 | 9.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 9.75 |
| Heins Mills | MDL | Time | 2009-07 | 12.5 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | | WDs | Posted | 12.5 |
| Matthews & Associates | Prisciliano Barragan | Time | 2009-07 | 4.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | | WDs | Posted | 4.25 |
| Matthews & Associates | Bertha Perez | Time | 2009-07 | 4 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 4 |
| Ted Kanner | MDL | Time | 2009-07 | 6.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 6.75 |
| Carey & Danis | Tipton | Time | 2009-07 | 4 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 4 |
| Ury & Moskow | MDL | Time | 2009-07 | 3 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 3 |
| Wold | MDL | Time | 2009-07 | 4.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 4.25 |
| Carey & Danis | Woods | Time | 2009-07 | 2.25 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 2.25 |
| Carey & Danis | MDL | Time | 2009-07 | 2 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 2 |
| Provost Umphrey | Winker | Time | 2009-07 | 2 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 2 |
| Williams Kherkher | New Jersey-Kurtenback | Time | 2009-07 | 0.75 | 2/4/2010 16:46 | 2/4/2010 16:46 | View | WDr | WDs | Posted | 0.75 |
| Sanford Pinedo | MDL | Time | 2009-07 | 153.25 | 3/25/2010 11:26 | 3/25/2010 11:45 | View | Inc | CVM | Posted | 153.25 |
| Sheller Ludwig | MDL | Time | 2009-07 | 1.25 | 3/25/2010 11:19 | 3/25/2010 11:45 | View | Inc | CVM | Posted | 1.25 |
| Barrios Kingsdorf | MDL | Time | 2009-07 | 0.5 | 3/25/2010 11:16 | 3/25/2010 11:45 | View | Inc | CVM | Posted | 0.5 |

# Vioxx Submissions

## Submissions for 7/2009 that ties into Access report

| Firm | Case | Type | Month | Total Amount | Submitted | Posted | Summary | Reviewer | Supervisor | Status | Accepted |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Herman Herman | Pro Se | Time | 2009-07 | 117.25 | 2/4/2010 16:46 | 3/31/2010 12:00 | View | WDr | WDs | Posted | 117.25 |
| Herman Herman | MDL | Time | 2009-07 | 27,899.00 | 2/4/2010 16:46 | 3/31/2010 12:00 | View | WDr | WDs | Posted | 27,899.00 |
| Gancedo & Nieves | California | Time | 2009-07 | 1,350.25 | 2/4/2011 9:05 | 2/9/2011 9:37 | View | hc | CVM | Posted | 1,350.25 |
| Gancedo & Nieves | MDL | Time | 2009-07 | 1,720.75 | 2/4/2011 9:12 | 2/9/2011 9:38 | View | hc | CVM | Posted | 1,720.75 |
| | | | | | | | | | | | 557,586.30 |