UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION  L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | SPECIAL MASTER |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | PATRICK A. JUNEAU |
| Pascal Calogero, Jr. | * | April 27, 2011 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***\***

# **ORDER**

On the above and foregoing motion,

**IT IS ORDERED** that Christopher Seeger and Russ Herman be and they are hereby ordered to produce to counsel for Objectors the following materials:  all documents relating to the Third Party Payor Fund, or any allocation process which has or has not been conducted, and any Court orders related thereto, including but not limited to  all internal documents including e-mails, correspondence, records of account, or other documents showing the status and location of the Third Party Payor Common Benefit Fund, and the amount present in the fund, as well any procedures that were developed and distributed or not distributed to allocate the fund; additionally any claims made against the common benefit fund for third party payor work should be disclosed.

New Orleans, Louisiana, this ____ day of _____, 2011.

_____
ELDON  E. FALLON
UNITED STATES DISTRICT JUDGE