UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | SPECIAL MASTER |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | PATRICK A. JUNEAU |
| | * | April 27, 2011 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF SUBMISSION

TO    Russ M. Herman, Esq.
        Christopher A. Seeger, Esq.
        Andy Birchfield, Esq.

**PLEASE TAKE NOTICE** that Robert E. Arceneaux and Margaret E. Woodward, co-Lead Counsel for Objectors, will submit a Motion to Disclose Third Party Paylor Common Benefit Fund Information and Documents to the Honorable Eldon E. Fallon at 9:00 a.m. on May 25, 2011 at 500 Camp Street, New Orleans.


/s/ Robert E. Arceneaux                                    /s/ Margaret E. Woodward
_____          _____
Robert E. Arceneaux, La Bar No. 01199          MARGARET E. WOODWARD, La. Bar
ROBERT E. ARCENEAUX LLC                         No.13677
47 Beverly Garden Drive                                      3701 Canal Street, Suite C
Metairie, LA 70001                                                New Orleans, Louisiana  70119
(504) 833-7533 office                                             (504) 301-4333 office
(504) 833-7612 fax                                                 (504) 301-4365 fax
rea7001@cox.net                                                  mewno@aol.com


CO-LEAD COUNSEL FOR OBJECTORS IDENTIFIED IN FEB. 8 ORDER