UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION  L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | SPECIAL MASTER |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | PATRICK A. JUNEAU |
| | * | April 27, 2011 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR EXPEDITED HEARING

NOW COME Court come Objectors, through undersigned counsel, and move this Court for an expedited hearing of their Motion to Disclose Third Party Payor Common Benefit Fund Information and Documents .

Respectfully submitted:

/s/ Robert E. Arceneaux                                    /s/ Margaret E. Woodward
_____         _____
Robert E. Arceneaux, La Bar No. 01199         MARGARET E. WOODWARD, La. Bar
ROBERT E. ARCENEAUX LLC                       No.13677
47 Beverly Garden Drive                                 3701 Canal Street, Suite C
Metairie, LA 70001                                          New Orleans, Louisiana  70119
(504) 833-7533 office                                      (504) 301-4333 office
(504) 833-7612 fax                                          (504) 301-4365 fax
rea7001@cox.net                                            mewno@aol.com

**CO-LEAD COUNSEL FOR OBJECTORS IDENTIFIED IN FEB. 8 ORDER**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Memorandum has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, and by upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8, on this date, April 27, 2011.

/s/ Robert Arceneaux