UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | SPECIAL MASTER |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | PATRICK A. JUNEAU |
| | * | April 27, 2011 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED HEARING

MAY IT PLEASE THE COURT:

Co-Lead counsel for the Objectors move for expedited hearing of their Motion to Disclose Third Party Payor Common Benefit Fund Information and Documents, upon showing that the trial of this matter is scheduled for May 9, 2011 before Special Master Patrick Juneau, and Objectors are entitled to know the status of Third Party Payor Common Benefit Funds as such may be a crucial fact admissible at trial.

Respectfully submitted:

/s/ Robert E. Arceneaux                                    /s/ Margaret E. Woodward
_____                          _____
Robert E. Arceneaux, La Bar No. 01199          MARGARET E. WOODWARD, La. Bar
ROBERT E. ARCENEAUX LLC                         No.13677
47 Beverly Garden Drive                                   3701 Canal Street, Suite C
Metairie, LA 70001                                            New Orleans, Louisiana  70119
(504) 833-7533 office                                        (504) 301-4333 office
(504) 833-7612 fax                                            (504) 301-4365 fax
rea7001@cox.net                                              mewno@aol.com

**CO-LEAD COUNSEL FOR OBJECTORS IDENTIFIED IN FEB. 8 ORDER**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Memorandum has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, and by upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8, on this date, April 27, 2011.

/s/ Robert Arceneaux