UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL COMMON<br>BENEFIT FEE APPLICANTS | MDL Docket No. 1657<br><br>SECTION L<br><br><br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

## FEE ALLOCATION COMMITTEE'S REPLY IN SUPPORT OF MOTION TO FILE AMENDED EXHIBIT D

Objectors oppose the Fee Allocation Committee motion to amend Exhibit D to the Response to Objections to Recommended Common Benefit Fee Allocation. Objectors state that they "do not have time to reread the 1400 pages of Exhibit D and determine how the Exhibit has been altered by the FAC's proposed 400 pages of changes." They oppose the amendment "pending receipt of hard copy of the exhibit, and an identification of every particular in which the new exhibit differs from the old."

Following the filing of the motion on April 26, 2011, Ms. Woodward sent to Mr. Birchfield, Mr. Herman, and Mr. Seeger an email at 11:27 a.m. See Ex. A. In her email, Ms. Woodward asked what changes were made to the exhibit. She goes on to write, "state whether or not you have altered any of the other transcripts in any way." And, then asks for a hard copy of the amended exhibit.

Leigh O'Dell, on behalf of the Fee Allocation Committee, responded at 11:52 a.m. that transcripts of presentations made by Fee Allocation Committee members were inadvertently omitted from Exhibit D, but had previously been provided to Objectors on February 17, 2011.

1

See Ex. B.  Evidently, this communication was not clear enough for counsel.  Therefore, to be abundantly clear, the amended exhibit is composed of: 1) the original exhibit; plus 2) transcripts of presentations made to the Fee Allocation Committee by its members.[1]  No changes have been made to the transcripts.  The Fee Allocation Committee previously provided these transcripts to counsel for Objectors on February 17, 2011, as noted above.  Objectors are not prejudiced by this amendment.

A copy of the motion and Amended Exhibit D were sent to counsel for Objectors on April 26 via overnight carrier for delivery on April 27.

Objectors object to the method by which the motion was filed on Pacer.  Communications with the Clerk's office resulted in the motion being filed, served on opposing counseling, but labeled "*ex parte*."  To the degree this choice within Pacer was inappropriate, the mistake was ministerial, and Objectors were not prejudiced.  Counsel were served with the motion (and amended exhibit) via email and LexisNexis.

Lastly, Ms. Woodward's query as to whether the transcripts included in Amended Exhibit D have been altered in any way is offensive.  Unfounded and unprofessional comments on this order are not helpful to this process.

The purpose of this motion was to correct a clerical error in a previous submission.  Objectors' attempt to make this another "front" in the war is inappropriate.  The Fee Allocation Committee urges the Court to grant its motion.

---

[1] Amended Exhibit D includes transcripts of all firms who made presentations to the Fee Allocation Committee.  The transcripts are in alphabetical order by firm.

Respectfully submitted,

Date: April 27, 2011    By:    /s/ Russ M. Herman
**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
***Herman, Herman, Katz & Cotlar, L.L.P.***
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892

**PLAINTIFFS' LIAISON COUNSEL, CHAIR OF THE FEE ALLOCATION COMMITTEE, AND LIAISON COUNSEL FOR COMMON BENEFIT COUNSEL**

By:    /s/ Andy D. Birchfield, Jr.,
**Andy D. Birchfield, Jr**.
***Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.***
P. O. Box 4160
Montgomery, AL 36103-4160
Telephone: (334) 369-2343

**PLAINTIFFS' CO-LEAD COUNSEL, SECRETARY OF THE FEE ALLOCATION COMMITTEE, AND CO-LEAD COUNSEL FOR COMMON BENEFIT COUNSEL**

By:    /s/ Christopher A. Seeger
**Christopher A. Seeger**
***Seeger Weiss***
One William Street
New York, NY 10004
Telephone: (212) 584-0700

**PLAINTIFFS' CO-LEAD COUNSEL AND CO-LEAD COUNSEL FOR COMMON BENEFIT COUNSEL**

Russ M. Herman, Esq.
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
(504) 581-4892 (telephone)
(504) 561-6024 (telecopier)

Andy D. Birchfield, Jr., Esquire
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
(800) 898-2034 (telephone)
(334) 954-7555 (telecopier)

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Thomas V. Girardi, Esq.
GIRARDI & KEESE
1126 Wilshire Blvd.
Los Angeles, CA 90017-1904
(213) 977-0211 (telephone)

Mark Lanier, Esq.
LANIER LAW FIRM, PC
6810 FM 1960 West
Houston, TX 77069
(713) 659-5200 (telephone)
(713) 659-2204 (telecopier)

Edward F. Blizzard, Esq.
BLIZZARD, MCCARTHY & NABERS, LLP
Lyric Centre, 440 Louisiana
Suite 1710
Houston, TX 77002-1689
(713) 844-3750 (telephone)
(713) 844-3755 (telecopier)

Perry Weitz, Esq.
WEITZ & LUXENBERG
180 Maiden Lane
New York, NY 10038
(212) 558-5500 (telephone)
(212) 344-5461 (telecopier)

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

**FEE ALLOCATION COMMITTEE**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and email, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 27th day of April, 2011.

    /s/ Andy D. Birchfield, Jr.,
**Andy D. Birchfield, Jr**.
*Beasley, Allen, Crow, Methvin,*
*Portis & Miles, P.C.*
P. O. Box 4160
Montgomery, AL  36103-4160
Telephone: (334) 369-2343
Facsimile: (334) 954-7555