# Leigh O'Dell

**From:** Andy Birchfield
**Sent:** Wednesday, April 27, 2011 9:11 AM
**To:** Leigh O'Dell
**Subject:** FW: Vioxx

---

**From:** Mewno@aol.com [mailto:Mewno@aol.com]
**Sent:** Tuesday, April 26, 2011 11:27 AM
**To:** rherman@hhkc.com; cseeger@seegerweiss.com; Andy Birchfield
**Cc:** rea7001@cox.net; pcalogero@alsfirm.com; paj@juneaudavid.com
**Subject:** Vioxx

Gentlemen:

I just received your motion to substitute a new "Exhibit D."  The motion explains that you want to add some inadvertently omitted transcriptions, but does not specify where the changes are being made.  Please identify the submissions that have been added, and state whether or not you have altered any of the other transcripts in any way.   Wouldn't have been simpler just to add whatever material was previously omitted?  Will you provide us with hard copies of the new material?  I would appreciate your prompt response so that we can determine whether there is any need to object.  Meanwhile, please withdraw the motion, which was improperly filed ex parte without our consent.

Margaret Woodward