## Leigh O'Dell

| | |
|---|---|
| **From:** | Leigh O'Dell |
| **Sent:** | Tuesday, April 26, 2011 11:52 AM |
| **To:** | 'Mewno@aol.com'; 'pcalogero@alsfirm.com'; 'rea7001@cox.net' |
| **Cc:** | 'paj@juneaudavid.com'; 'rherman@hhkc.com'; 'Christopher A. Seeger (cseeger@seegerweiss.com)'; Andy Birchfield |
| **Subject:** | RE: Fee Allocation Committee's Motion to File Amended Exhibit D |

Transcripts of the presentations made by members of the Fee Allocation Committee were inadvertently omitted from Exhibit D.  These transcripts were previously provided to you on February 17, 2011.

---

**From:** Leigh O'Dell
**Sent:** Tuesday, April 26, 2011 11:00 AM
**To:** 'Mewno@aol.com'; 'pcalogero@alsfirm.com'; 'rea7001@cox.net'
**Cc:** 'paj@juneaudavid.com'; 'rherman@hhkc.com'; 'Christopher A. Seeger (cseeger@seegerweiss.com)'; Andy Birchfield; 'Joseph_Escandon@laed.uscourts.gov'
**Subject:** Fee Allocation Committee's Motion to File Amended Exhibit D

On behalf of the Fee Allocation Committee, please find attached the Fee Allocation Committee's Motion to File Amended Exhibit D, Amended Exhibit D, and Proposed Order which were filed with the Court today.

Very truly yours,
Leigh O'Dell

**P. Leigh O'Dell**
Shareholder
218 Commerce Street
Post Office Box 4160
Montgomery, AL 36104
800.898.2034
334.269.2343
334.954.7555 fax
Leigh.ODell@BeasleyAllen.com
www.BeasleyAllen.com

