UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | SPECIAL MASTER |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | PATRICK A. JUNEAU |
| | * | April 28, 2011 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**OBJECTORS' MOTION TO AMEND SCHEDULING
ORDER AND TO ESTABLISH HEARING PROTOCOL**

Now into court comes co-lead counsel for Objectors, who move that the Special Master's Scheduling Order (Rec. Doc. 62735), be amended in limited respects identified below, and that a Hearing Protocol which includes all of the following be adopted:

(1) The Witness List of the Scheduling Order should be amended to allow Objectors to call an expert in rebuttal to Phil Garrett if necessary.

(2) The FAC should be required to present its case.

(3) Each objector must be allowed an opportunity to cross-examine Mr. Birchfield.

(4) Each Objector should be allowed a minimum of eight hours to put on his case, consisting of such witnesses as he wishes to call, under examination by counsel of his choosing.

(5) Each Objector should be allowed a minimum of one hour of cross examination of Andy Birchfield, and Objectors' co-lead should be allowed a minimum of four hours of cross-examination on issues common to the group.

In support of these requests, the undersigned submits the accompanying Memorandum in Support, which is made a part hereof.

| | |
|---|---|
| /s/ Robert E. Arceneaux | /s/ Margaret E. Woodward |
| Robert E. Arceneaux, La Bar No. 01199 | MARGARET E. WOODWARD, La. Bar No.13677 |
| ROBERT E. ARCENEAUX LLC | |
| 47 Beverly Garden Drive | 3701 Canal Street, Suite C |
| Metairie, LA 70001 | New Orleans, Louisiana  70119 |
| (504) 833-7533 office | (504) 301-4333 office |
| (504) 833-7612 fax | (504) 301-4365 fax |
| rea7001@cox.net | mewno@aol.com |

**CO-LEAD COUNSEL FOR OBJECTORS IDENTIFIED IN FEB. 8 ORDER**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Memorandum has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, and by upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8, on this date, April 28, 2011.

/s/ Robert Arceneaux