UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION  L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | SPECIAL MASTER |
| | * | PATRICK A. JUNEAU |
| | * | April 28, 2011 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Upon the foregoing motion, the Special Master's Scheduling Order (Rec. Doc. 62735), be and is hereby amended only as indicated below, and the following protocol for the May 9, 2011 hearing in this matter is adopted:

(1) The Witness List of the Scheduling Order should be amended to, at a minimum, allow Objectors to call an expert in rebuttal to Phil Garrett, and to allow each objector to call whatever witnesses are necessary to make its case.

(2) The FAC should be required to present its case.

(3) Each objector must be allowed an opportunity to cross-examine Mr. Birchfield.

(4) Each Objector should be allowed a minimum of eight  hours to put on his case, consisting of such witnesses as he wishes to call, under examination by counsel of his choosing.

(5) Each Objector should be allowed a minimum of one hour of cross examination of Andy Birchfield, and Objectors' co-lead should be allowed a minimum of four hours of cross-examination on issues common to the group.

_____, La, this \_\_\_ day of _____, 2011.

_____
SPECIAL MASTER PATRICK JUNEAU