UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | SPECIAL MASTER |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | PATRICK A. JUNEAU |
| | * | April 28, 2011 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED HEARING**

MAY IT PLEASE THE COURT:

Co-Lead counsel for the Objectors move for expedited hearing of their Motion to Amend Scheduling Order and Establish Trial Protocol, upon showing that the trial of this matter is scheduled for May 9, 2011 before Special Master Patrick Juneau, and a trial protocol should be established as soon as possible to guide the conduct of the hearing..

Respectfully submitted:

/s/ Robert E. Arceneaux                                          /s/ Margaret E. Woodward
_____                      _____
Robert E. Arceneaux, La Bar No. 01199              MARGARET E. WOODWARD, La. Bar
ROBERT E. ARCENEAUX LLC                              No.13677
47 Beverly Garden Drive                                      3701 Canal Street, Suite C
Metairie, LA 70001                                               New Orleans, Louisiana  70119
(504) 833-7533 office                                          (504) 301-4333 office
(504) 833-7612 fax                                              (504) 301-4365 fax
rea7001@cox.net                                                 mewno@aol.com

**CO-LEAD COUNSEL FOR OBJECTORS IDENTIFIED IN FEB. 8 ORDER**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Memorandum has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, and by upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8, on this date, April 28, 2011.

/s/ Robert Arceneaux