UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | SPECIAL MASTER |
| | * | PATRICK A. JUNEAU |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# **ORDER**

Upon the above and foregoing motion to expedited consideration of the Motion to Amend Scheduling Order and Establish Trial Protocol,

**IT IS ORDERED** that Co-Lead Counsel for the Objectors' request to expedite Consideration of their Motion to Amend Scheduling Order and Establish Trial Protocol is granted.

_____, this \_\_\_\_\_ day of _____, 2011.

_____
SPECIAL MASTER PATRICK JUNEAU