UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                              :   MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION             :   SECTION: L
                                                          :
                                                          :   JUDGE FALLON
                                                          :   MAG. JUDGE KNOWLES

**This document relates to:**   *Antonio Denson*

## ORDER

The Court has received a request from Mr. Antonio Denson to appeal to the Fifth Circuit Court of Appeals *in forma pauperis*. (Rec. Doc. 62728). Mr. Denson continues under the impression that he is entitled to $47,500,000 for a heart attack he says he suffered, but Mr. Denson's Vioxx claim was resolved through his voluntary participation in the Vioxx Settlement Program. Mr. Denson cannot appeal the resolution of his claim through the Settlement Program to the Fifth Circuit Court of Appeals, and the Court has not adjudicated any claim of Mr. Denson's that might be appealable. Any such appeal is frivolous and not taken in good faith. Accordingly, his request to appeal *in forma pauperis* is DENIED.

New Orleans, Louisiana, this 27th day of April, 2011.

                                              UNITED STATES DISTRICT JUDGE

Clerk to serve:
  Mr. Russ Herman                        Antonio Denson
  Plaintiff's Liaison Counsel         327 Citrus Avenue
  Herman, Herman Katz & Cotlar, LLP  Arcadia, FL 34266
  820 O'Keefe Ave.
  New Orleans, LA 70113

1

Mr. Phillip Wittmann  
Stone Pigman Walter Wittmann, LLC  
546 Carondelet Street  
New Orleans, LA 70130

Claims Administrator  
BrownGreer PLC  
115 S. 15th St.  
Suite 400  
Richmond, VA 23219