UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX<br>    PRODUCTS LIABILITY LITIGATION | :<br>:<br>:<br>:<br>:<br>: | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**This document relates to:** *Antonio Denson*

### ORDER

The Court has received a letter from Mr. Antonio Denson, addressed to the Clerk of Court for the Superior Court of New Jersey, Atlantic County, requesting "any and all of the records, including any settlement documents with my name on it, Antonio D. Denson, specifically any document that lists the amount of money, if any, allotted to Antonio D. Denson's claim in case code no. 619, docket no. ATL-L10471-06-MT" to be sent to the United States Court of Appeals for the Fifth Circuit. This is apparently related to Mr. Denson's continued pursuit of money for his allegedly Viox-related injury. IT IS ORDERED that the letter be entered into the record.

The Court has contacted the office of the Clerk of Court for the Superior Court of New Jersey, who indicated that it possesses no such records because Mr. Denson's claim was resolved through the Vioxx Settlement Program. Nonetheless, the Court will forward a copy of the letter to the Clerk of Court to take whatever action, if any, they deem appropriate.

1

New Orleans, Louisiana, this 27th day of April, 2011.

                                                  UNITED STATES DISTRICT JUDGE

Clerk to serve:

    Mr. Russ Herman                                       Antonio Denson
    Plaintiff's Liaison Counsel                      327 Citrus Avenue
    Herman, Herman Katz & Cotlar, LLP          Arcadia, FL 34266
    820 O'Keefe Ave.
    New Orleans, LA 70113

    Mr. Phillip Wittmann                             Claims Administrator
    Stone Pigman Walter Wittmann, LLC          BrownGreer PLC
    546 Carondelet Street                            115 S. 15th St.
    New Orleans, LA 70130                         Suite 400
                                                          Richmond, VA 23219

    Clerk of Court
    Superior Court of New Jersey
    Atlantic County, Civil Court
    1201 Bacharach Blvd.
    Atlantic City, NJ 08401

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
March 28, 2011



IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

05-MDL NO: 1657
SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

This document relates to:   Antonio D. Denson
CASE CODE NO. 619
DOCKET NO. ATL-L10471-06-MT

CLERK OF COURT
SUPERIOR COURT OF NEW JERSEY
LAW DIVISION: ATLANTIC COUNTY
1201 Bacharach Boulevard
Atlantic City, N.J. 08401-4510

Dear Clerk of Court,

I am requesting any and all of the records, including any settlement documents with my name on it, Antonio D. Denson, specifically any document that lists the amount of money, if any, allotted to Antonio D. Denson's claim in case code no. 619, docket no. ATL-L10471-06-MT be sent to the following:

United States Court of Appeals
Fifth Circuit   Office of the Clerk
Attention Lyle W. Cayce, Clerk
600 S. Maestri Place
New Orleans, Louisiana  70130          AND

Antonio D. Denson
804 Lyons St.
New Orleans, Louisiana  70115

Please let me know what I can do to assist in this process.  I can be reached by phone at (863) 244-2868 or by mail at the address listed above.  Thanking in advance for your prompt assistance in this matter.

*Antonio D. Denson* (signature)
Antonio D. Denson

___ Fee _____
___ Process _____
_X_ Dktd _____
_X_ CtRmDep _____
___ Doc No. _____