UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
March 28, 2011

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

05-MDL NO: 1657
SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES



This document relates to: Antonio D. Denson
CASE CODE NO. 619
DOCKET NO. ATL-L10471-06-MT

CLERK OF COURT
SUPERIOR COURT OF NEW JERSEY
LAW DIVISION: ATLANTIC COUNTY
1201 Bacharach Boulevard
Atlantic City, N.J. 08401-4510

Dear Clerk of Court,

I am requesting any and all of the records, including any settlement documents with my name on it, Antonio D. Denson, specifically any document that lists the amount of money, if any, allotted to Antonio D. Denson's claim in case code no. 619, docket no. ATL-L10471-06-MT be sent to the following:

United States Court of Appeals
Fifth Circuit Office of the Clerk
Attention Lyle W. Cayce, Clerk
600 S. Maestri Place
New Orleans, Louisiana 70130      AND

Antonio D. Denson
804 Lyons St.
New Orleans, Louisiana 70115

Please let me know what I can do to assist in this process. I can be reached by phone at (863) 244-2868 or by mail at the address listed above. Thanking in advance for your prompt assistance in this matter.

*Antonio D. Denson*
Antonio D. Denson

Fee _____
Process _____
X  Dktd _____
X  CtRmDep _____
   Doc No. _____