UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

: MDL NO. 1657
:
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**This document relates to:**    05-6904, only as to *Tina Clark, individually and as representative of Mary Anne Sanders*

## ORDER

The Court has received a letter and supplemental materials from Ms. Tina Marie Sanders Clark relating to the Vioxx claim of her mother, Mary Ann Sanders. Ms. Clark asserts that her attorney failed to file documents on time, which resulted in dismissal of her mother's Vioxx claim from the Vioxx Settlement Program. She asks that the Court reconsider her mother's claim. IT IS ORDERED that the letter be entered into the record, and that the supplemental materials be entered into the record UNDER SEAL due to the because they contain medical records and other identifying information.

IT IS FURTHER ORDERED that a copy of the letter and the supplemental materials be forwarded to Plaintiffs' Liaison Counsel and the Claims Administrator to take whatever action they deem appropriate.

1

New Orleans, Louisiana, this 27th day of April, 2011.

                                                                   UNITED STATES DISTRICT JUDGE

Clerk to serve:

Mr. Russ Herman  
Plaintiff's Liaison Counsel  
Herman, Herman Katz & Cotlar, LLP  
820 O'Keefe Ave.  
New Orleans, LA 70113

Mr. Phillip Wittmann  
Stone Pigman Walter Wittmann, LLC  
546 Carondelet Street  
New Orleans, LA 70130

Ronald J. Favre  
Michael Hingle & Associates, Inc.  
200 Gause Boulevard, Suite 200  
Slidell, LA 70459

Tina M. Clark  
P.O. Box 201642  
Arlington, TX 76006

Claims Administrator  
BrownGreer PLC  
115 S. 15th St.  
Suite 400  
Richmond, VA 23219

2