4-21-11

Dear District Court, my name is Tina Marie Sanders Clark, my mother was Mary Ann Sanders she was my best friend I took care of her she was a very poor woman yet she had a kind heart my mother had been talking Vioxx for many years, it's idicated in the papers I sent you that are from the hospital where she was pronounced dead, I hired a lawyned Mr. Hingle in time to file a law suit for my mother concerning Vioxx, yet Mr. Hingle did not file the proper papers at the proper time which caused my case to be dismissed I'm begging on behalf of my deseased mother which
never recieved a fair hand in life to please help me help her get it in death, this attorney totally dropped the ball and my mother's case suffered the lost. Please reconsider my Mother's Claim she took Vioxx on a regular basics she died because of using Vioxx.

Tina Marie Sanders Clark
Daughter Of, Mary Ann Sanders
VCN 1112459
(504) 610-6805



RECEIVED
APR 25 2011