UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE VIOXX PRODUCTS LIABILITY | * | |
| LITIGATION | * | MDL DOCKET NO. 1657 |
| | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| | * | |

## AFFIDAVIT OF STEPHEN B. MURRAY
## IN SUPPORT OF COMMON BENEFIT FEE APPLICATION

STATE OF LOUISIANA
PARISH OF ORLEANS

    Before me, the undersigned authority, personally came and appeared Stephen B. Murray, who did depose and state the following:

1. I am the founder of the Murray Law Firm in New Orleans. I have forty years trial experience in civil litigation. I am board certified in civil trial advocacy by the National Board of Trial Advocates. I have served in leadership positions in a number of national class actions and MDL consolidations.

2. The attorneys of the Murray Law Firm have made persistent and valuable contributions to the common benefit effort in this MDL since its inception, fulfilling every request for assistance made to them by the leadership.

3. I served as co-chair of the law committee. In that capacity, I personally authored several reports to the PSC at the request of the executive committee, including a comprehensive report on the tolling effect of the pendency of class actions on individual cases under the laws of the fifty states. I participated in numerous face-to-face meetings and conference calls with my co-chair Gerald Meunier and other members of the executive committee to identify legal issues and formulate litigation strategies. Additionally, I oversaw several research projects, on issues ranging from class certification and medical monitoring to FDA preemption, likewise at the behest of the law committee. These research projects helped shape the strategy used throughout the litigation. In order to keep abreast of the litigation and fulfill my role as PSC co-chair, I attended most MDL status conferences

EXHIBIT A

throughout the litigation. When unable to attend myself, I sent senior attorneys from the firm, who then reported to me.

4. Stephen B. Murray, Jr. also served on the law committee. Stephen B. Murray, Jr. is a Martindale-Hubble AV rated attorney with over thirteen years' experience. He has been appointed to and served on numerous national class action and MDL consolidation steering committees and sub-committees. At the request of Gerald Meunier, Stephen Murray, Jr. played a critical role in the class certification briefing effort. While the Court ultimately decided against class certification, the pendency of the class action assisted in tolling the claims of many individuals who are now participating in the global settlement. Mr. Murray, Jr. also drafted and/or participated in the drafting of sundry reports to the PSC on legal issues of medical monitoring, class certification, and FDA preemption. Additionally, Mr. Murray, Jr. assisted in the effort to contact and depose former Merck sales representatives who detailed Vioxx. This effort helped develop the theory of the case and provided evidence of unlawful marketing practices with respect to Vioxx.

5. Multiple staff attorneys from the Murray Law Firm also performed common benefit work at the direction of the PSC. When the PSC requested attorneys to perform review of the voluminous document production, the Murray Law Firm sent experienced, staff-member attorneys to assist in that effort. Each attorney provided by the Murray Law Firm for document review was a full-fledged associate of the firm listed on the firm's letterhead. During the course of the litigation, the Murray Law Firm provided the following associates to assist in document review: Justin Bloom (10+ years' experience); Damon Kirin (10+ years' experience); Julie Jacobs (10+ years' experience); Jessica Hayes (5+ years' experience); Robert Diliberto (10+ years' experience); Dominic Impastato (1+ years' experience); James Murray (1+ years' experience).

6. Justin Bloom, a New York licensed attorney is an associate with the Murray Law Firm and appears on the firm's letterhead. Bloom worked almost exclusively on Vioxx document review from 2003 until the settlement was reached in 2007. Mr. Bloom has over twelve years' experience in environmental and class action litigation, and has particular experience in the operation of document depositories in pharmaceutical litigation. In addition to his civil litigation experience, he has served as a clinic supervisor at Columbia School of Law and as a staff attorney for Robert Kennedy, Jr.'s flagship environmental organization. Bloom not only conducted document review, but also oversaw and coordinated the efforts of the Murray Law Firm attorneys who participated in the document review.

7. In the period following Hurricane Katrina, some Murray Law Firm time records were lost. Murray Law Firm attorneys worked on Vioxx during this period. In September 2005, Stephen B. Murray, Jr. traveled to Las Vegas for a Vioxx PSC discovery preparation meeting to discuss depositions of Merck sales representatives. No time for this trip was submitted. A conservative estimate of the unrecorded time for the period following Hurricane Katrina is forty hours of Stephen B. Murray, Jr.'s time, and ten hours of Stephen B. Murray, Sr.'s time.

8. Throughout the Vioxx litigation the Murray Law Firm answered each and every request for assistance in the common benefit effort from the PSC leadership. In each such instance, the Murray Law provided skilled staff attorneys with the requisite experience to perform the task.

Further affiant sayeth not.

Thus, done and signed, this 30th day of October, 2008.

_Stephen B. Murray_
STEPHEN B. MURRAY

Sworn to and subscribed before this me
this 30th day of October, 2008.

Stephen B. Murray, Jr.
Notary Public

**STEPHEN B. MURRAY, JR.**
**Notary Public, Bar No. 23877**
**State of Louisiana**
**My Commission is issued for Life**