UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE VIOXX PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * | MDL DOCKET NO. 1657 |
| | | SECTION L |
| | | JUDGE FALLON |
| | | MAGISTRATE JUDGE KNOWLES |

---

**<u>SUPPLEMENTAL AFFIDAVIT OF STEPHEN B. MURRAY</u>**
**<u>IN SUPPORT OF COMMON BENEFIT FEE APPLICATION</u>**

STATE OF LOUISIANA
PARISH OF ORLEANS

Before me, the undersigned authority, personally came and appeared Stephen B. Murray, who did depose and state the following:

1.     I hereby adopt by reference and reaffirm my affidavit of October 30, 2008 submitted in this matter.

2.     In May of 2008, it was brought to my attention that the time records for the period June 2006 through December 2006 and October 2007 for Justin Bloom, an attorney employed by the Murray Law Firm who had been working as a shift supervisor at the Vioxx plaintiffs' document depository at the offices of Seeger, Weiss in New York, had not been submitted to lead counsel Russ Herman.

3.     I was advised by my staff that the failure to submit these time records was due to a clerical oversight.

4.     Immediately upon learning of the oversight, I wrote to Mr. Russ Herman in his capacity as lead counsel, by letter dated May 15, 2008, forwarding him the previously un-submitted time records of Mr. Justin Bloom.

5.     Forwarding of these hours to Russ Herman was in accord with the Court's Pre-Trial Order No. 6, which provided that all law firms performing common benefit work were to

EXHIBIT
D

submit their time to liaison counsel, Russ Herman, who in turn was to submit those time records to Mr. Garrett.

6.    At no time did Mr. Herman respond to my May 15, 2008 letter indicating that the time records attached to that letter would not be forwarded to Mr. Garrett or would otherwise not be eligible for common benefit consideration.

7.    My review of the lodestar analysis compiled by Mr. Garrett, which document was not available until it was produced on March 29, 2011, demonstrates that the time records for Justin Bloom from the periods June 2006-December 2006 and October 2007, reflecting a total of 733 attorney hours, were not furnished to Mr. Garrett and were not considered in his lodestar analysis.

8.    Attached hereto as Exhibit A is a true and correct copy of my letter of May 15, 2008 to Russ Herman and the time records enclosed in that correspondence.

9.    Based on my understanding of the document depository procedures, Justin Bloom's time submitted with my letter of May 15, 2008 can be confirmed by reference to document depository records, since attorneys working at the document depository were required to clock in and out of the depository when reporting for work there.

10.   At no point did I ever abandon my role in the litigation, nor did I ever indicate to the court-appointed plaintiffs' committee that I was unavailable or unwilling to continue work in my capacity as Co-Chair of the Law Committee.

11.   Throughout the litigation, I attended status conferences in my capacity as Co-Chair of the Law Committee and frequently made my availability for work on the litigation known to various members of the plaintiffs' committee.

12.   Nevertheless, I was not assigned any work beyond that which is reflected in my submitted time records (with the exception of lost records discussed in paragraph 7 of my October 30, 2008 affidavit).

13.   In late 2007, lead counsel Chris Seeger asked my firm to focus our firm's efforts on the third party payor and government action aspects of the litigation. Our firm continued to work on those aspects of the case at the direction of lead counsel. As the third party payor and government action components of the case were the only aspects of the Vioxx litigation in which my firm was assigned work, and as my firm had a continued interest in working in the Vioxx litigation, my firm moved its efforts to those aspects of the case. My firm's focus on these aspects of the Vioxx litigation was not due to any abandonment of the litigation on our part, but rather was in response to requests from lead counsel and was motivated by a desire to participate in any part of the litigation in which work was available for us to do.

14.   None of the time devoted to those aspects of the case was made part of our time

submission in the personal injury common benefit fee allocation.

Further affiant sayeth not.

Thus, done and signed, this 30th day of April, 2011.

STEPHEN B. MURRAY

Sworn to and subscribed before this me
this 30th day of October, 2008.

Stephen B. Murray, Jr.
Notary Public

STEPHEN B. MURRAY, JR.
Notary Public, Bar No. 23877
State of Louisiana
My Commission is issued for Life

# MURRAY LAW FIRM

SUITE 1100 POYDRAS CENTER

650 POYDRAS STREET

NEW ORLEANS, LOUISIANA 70130

STEPHEN B. MURRAY*
STEPHEN B. MURRAY, JR.
ARTHUR M. MURRAY
NICOLE IEYOUB-MURRAY
JESSICA W. HAYES
JAMES R. DUGAN, II
JUSTIN BLOOM***
DOUGLAS R. PLYMALE, Ph.D.
KOREY A. NELSON

*CERTIFIED AS A SPECIALIST IN
CIVIL TRIAL ADVOCACY BY THE NATIONAL
BOARD OF TRIAL ADVOCACY
**LICENSED IN LA & TX
***LICENSED IN FL & NY

TELEPHONE (504) 525-8100
1-800-467-8100
FAX (504) 584-5249
WWW.MURRAY-LAWFIRM.COM

OF COUNSEL
ROBERT J. DILIBERTO**
DAMON A. KIRIN**

WILLIAM W. GOODELL, JR., LL.M.
ENERGY AND ENVIRONMENT

May 15, 2008

**VIA HAND DELIVERY**

Mr. Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, Louisiana  70112

Attention: Ms. Regina Valenti

      Re:    *In Re: Vioxx*
            *Products Liability Litigation MDL No. 1657*

Dear Regina:

      Please find enclosed Murray Law Firm's time submission for our associate, Justin Bloom, who worked in the Document Depository at Seeger, Weiss.  It only recently came to my attention that Justin's time had not been submitted since May, 2006.   Therefore, I enclose herewith his time for the period June, 2006 - December, 2006 and October, 2007.  Also enclosed you will find one Common Held Costs and Expenses submission for October, 2007 when Justin Bloom worked in the Los Angeles office.

      Should you require any additional information, please feel free to contact me.

      Very truly yours,

      5/Steve

      STEPHEN B. MURRAY

SBM/bsf
Enclosures

MDL 1657
Vioxx Products Liability Litigation Report of Member Firm Time

Reporting Period:
From  06/01/2006
To  06/30/2006

Firm Name: MURRAY LAW FIRM

| Name of Individual | Identify if Attorney (A), Paralegal (P), Law Clerk (L), or Other (O) | Case Assessment Development, and Administration (Insert number of hours) | Pre-Trial Pleadings and Motions (Insert number of hours) | Discovery (Insert number of hours) | Trial Preparation and Trial (Insert number of hours) | Appeal (Insert number of hours) | Total Hours by Individual | Summary Total Hours of All Firm Personnel |
|---|---|---|---|---|---|---|---|---|
| JUSTIN BLOOM | XA __P __L __O | 102.5 | | | | | 102.5 | |
| | __A __P __L __O | | | | | | | |
| | XA __P __L __O | | | | | | | |
| | XA __P __L __O | | | | | | | |
| | XA __P __L __O | | | | | | | |
| | XA __P __L __O | | | | | | | |
| | XA __P __L __O | | | | | | | |
| | XA __P __L __O | | | | | | | |
| | __A __P __L __O | | | | | | | |
| | __A __P __L __O | | | | | | | |
| | __A __P __L __O | | | | | | | |
| | __A __P __L __O | | | | | | | |
| | __A __P __L __O | | | | | | | |
| | __A __P __L __O | | | | | | | |
| **Total Firm Time** | | | | | | | | **102.5** |

I certify that the time documented above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657.

Signature: _____       Date: May 12, 2008

Confidential Attorney Work Product

Last Printed: 5/12/2008

## MDL 1657
## Vioxx Products Liability Litigation Report of Member Firm Time

Reporting Period:
From  07/01/2006
To  07/31/2006

Firm Name: MURRAY LAW FIRM

| Name of Individual | Identify if Attorney (A), Paralegal (P), Law Clerk (L), or Other (O) | Case Assessment Development, and Administration (insert number of hours) | Pre-Trial, Pleadings and Motions (insert number of hours) | Discovery (insert number of hours) | Trial Preparation and Trial (insert number of hours) | Appeal (insert number of hours) | Total Hours by Individual | Summary Total Hours of All Firm Personnel |
|---|---|---|---|---|---|---|---|---|
| JUSTIN BLOOM | _X_A _P_ _L_ _O | 93 | | | | | 93 | |
| | _A_ _P_ _L_ _O | | | | | | | |
| | _X_A _P_ _L_ _O | | | | | | | |
| | _X_A _P_ _L_ _O | | | | | | | |
| | _X_A _P_ _L_ _O | | | | | | | |
| | _X_A _P_ _L_ _O | | | | | | | |
| | _X_A _P_ _L_ _O | | | | | | | |
| | _X_A _P_ _L_ _O | | | | | | | |
| | _A_ _P_ _L_ _O | | | | | | | |
| | _A_ _P_ _L_ _O | | | | | | | |
| | _A_ _P_ _L_ _O | | | | | | | |
| | _A_ _P_ _L_ _O | | | | | | | |
| | _A_ _P_ _L_ _O | | | | | | | |
| **Total Firm Time** | | | | | | | | **93** |

I certify that the time documented above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657.

Signature: _[signature]_   Date: May 12, 2008

Confidential Attorney Work Product

MDL 1657

**Vioxx Products Liability Litigation Report of Member Firm Time**

Reporting Period:
From 08/01/2006
To  08/31/2006

Firm Name: MURRAY LAW FIRM

| Name of Individual | Identify if Attorney (A), Paralegal (P), Law Clerk (L), or Other (O) | Case Assessment, Development, and Administration (Insert number of hours) | Pre-Trial Pleadings and Motions (Insert number of hours) | Discovery (Insert number of hours) | Trial Preparation and Trial (Insert number of hours) | Appeal (Insert number of hours) | Total Hours by Individual | Summary Total Hours of All Firm Personnel |
|---|---|---|---|---|---|---|---|---|
| JUSTIN BLOOM | X A __ P __ L __ O | 129 | | | | | 129 | |
| | A __ P __ L __ O | | | | | | | |
| | X A __ P __ L __ O | | | | | | | |
| | X A __ P __ L __ O | | | | | | | |
| | X A __ P __ L __ O | | | | | | | |
| | X A __ P __ L __ O | | | | | | | |
| | X A __ P __ L __ O | | | | | | | |
| | X A __ P __ L __ O | | | | | | | |
| | X A __ P __ L __ O | | | | | | | |
| | __ A __ P __ L __ O | | | | | | | |
| | __ A __ P __ L __ O | | | | | | | |
| | __ A __ P __ L __ O | | | | | | | |
| | __ A __ P __ L __ O | | | | | | | |
| | __ A __ P __ L __ O | | | | | | | |
| | __ A __ P __ L __ O | | | | | | | |
| **Total Firm Time** | | | | | | | | **129** |

I certify that the time documented above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657.

Signature: _Justin B. Murray_

Date: May 12, 2008

Confidential Attorney Work Product

Last Printed: 5/12/2008

MDL 1657:
Vioxx Products Liability Litigation Report of Member Firm Time

Reporting Period:
From 09/01/2006
To 09/30/2006

Firm Name: MURRAY LAW FIRM

| Name of Individual | Identify if Attorney (A), Paralegal (P), Law Clerk (L), or Other (O) | Case Assessment, Development, and Administration (insert number of hours) | Pre-Trial Pleadings and Motions (insert number of hours) | Discovery (insert number of hours) | Trial Preparation and Trial (insert number of hours) | Appeal (insert number of hours) | Total Hours by Individual | Summary Total Hours of All Firm Personnel |
|---|---|---|---|---|---|---|---|---|
| JUSTIN BLOOM | XA __P __L __O | 94.5 | | | | | 94.5 | |
| | A __P __L __O | | | | | | | |
| | XA __P __L __O | | | | | | | |
| | X A __P __L __O | | | | | | | |
| | XA __P __L __O | | | | | | | |
| | XA __P __L __O | | | | | | | |
| | XA __P __L __O | | | | | | | |
| | XA __P __L __O | | | | | | | |
| | XA __P __L __O | | | | | | | |
| | XA __P __L __O | | | | | | | |
| | __A __P __L __O | | | | | | | |
| | __A __P __L __O | | | | | | | |
| | __A __P __L __O | | | | | | | |
| | __A __P __L __O | | | | | | | |
| | __A __P __L __O | | | | | | | |
| **Total Firm Time** | | | | | | | | **94.5** |

I certify that the time documented above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657.

Signature: _[signature]_    Date: May 12, 2008

Confidential Attorney Work Product

MDL 1657
Vioxx Products Liability Litigation Report of Member Firm Time

Firm Name: MURRAY LAW FIRM

Reporting Period:
From 10/01/2006
To 10/31/2006

| Name of Individual | Identify if Attorney (A), Paralegal (P), Law Clerk (L), or Other (O) | Case Assessment Development, and Administration (Insert number of hours) | Pre-Trial Pleadings and Motions (Insert number of hours) | Discovery (Insert number of hours) | Trial Preparation and Trial (Insert number of hours) | Appeal (Insert number of hours) | Total Hours by Individual | Summary Total Hours of All Firm Personnel |
|---|---|---|---|---|---|---|---|---|
| JUSTIN BLOOM | _X_A __P __L __O | 114.5 | | | | | 114.5 | |
| | __A __P __L __O | | | | | | | |
| | __X_A __P __L __O | | | | | | | |
| | __X_A __P __L __O | | | | | | | |
| | __X_A __P __L __O | | | | | | | |
| | __X_A __P __L __O | | | | | | | |
| | __X_A __P __L __O | | | | | | | |
| | _X_A __P __L __O | | | | | | | |
| | _X_A __P __L __O | | | | | | | |
| | __A __P __L __O | | | | | | | |
| | __A __P __L __O | | | | | | | |
| | __A __P __L __O | | | | | | | |
| | __A __P __L __O | | | | | | | |
| | __A __P __L __O | | | | | | | |
| **Total Firm Time** | | | | | | | | **114.5** |

I certify that the time documented above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657.

Signature: _[signature]_        Date: May 12, 2008

Confidential Attorney Work Product

Last Printed: 5/12/2008

## MDL 1657
## Vioxx Products Liability Litigation Report of Member Firm Time

Reporting Period:
From  11/01/2006
To  11/30/2006

Firm Name: MURRAY LAW FIRM

| Name of Individual | Identify if Attorney (A), Paralegal (P), Law Clerk (L), or Other (O) | Case Assessment, Development, and Administration (insert number of hours) | Pre-Trial Pleadings and Motions (insert number of hours) | Discovery (insert number of hours) | Trial Preparation and Trial (insert number of hours) | Appeal (insert number of hours) | Total Hours by Individual | Summary Total Hours of All Firm Personnel |
|---|---|---|---|---|---|---|---|---|
| JUSTIN BLOOM | X A _ P _ L _ O | 157.5 | | | | | 157.5 | |
| | _ A _ P _ L _ O | | | | | | | |
| | X A _ P _ L _ O | | | | | | | |
| | X A _ P _ L _ O | | | | | | | |
| | X A _ P _ L _ O | | | | | | | |
| | X A _ P _ L _ O | | | | | | | |
| | X A _ P _ L _ O | | | | | | | |
| | X A _ P _ L _ O | | | | | | | |
| | X A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| **Total Firm Time** | | | | | | | | **157.5** |

I certify that the time documented above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657.

Signature: _____   Date: May 12, 2008

Confidential Attorney Work Product

# MDL 1657
# Vioxx Products Liability Litigation Report of Member Firm Time

Reporting Period:
From 10/01/2007
To 10/31/2007

Firm Name: MURRAY LAW FIRM

| Name of Individual | Identify if Attorney (A), Paralegal (P), Law Clerk (L), or Other (O) | Case Assessment, Development, and Administration (insert number of hours) | Pre-Trial Pleadings and Motions (insert number of hours) | Discovery (insert number of hours) | Trial Preparation and Trial (insert number of hours) | Appeal (insert number of hours) | Total Hours by Individual | Summary Total Hours of All Firm Personnel |
|---|---|---|---|---|---|---|---|---|
| JUSTIN BLOOM | _X_A _P _L _O | 42 | | | | | 42 | |
| | _A _P _L _O | | | | | | | |
| | _A _P _L _O | | | | | | | |
| | _A _P _L _O | | | | | | | |
| | _X_A _P _L _O | | | | | | | |
| | _X_A _P _L _O | | | | | | | |
| | _X_A _P _L _O | | | | | | | |
| | _X_A _P _L _O | | | | | | | |
| | _X_A _P _L _O | | | | | | | |
| | _X_A _P _L _O | | | | | | | |
| | _X_A _P _L _O | | | | | | | |
| | _A _P _L _O | | | | | | | |
| | _A _P _L _O | | | | | | | |
| | _A _P _L _O | | | | | | | |
| | _A _P _L _O | | | | | | | |
| **Total Firm Time** | | | | | | | | 42 |

I certify that the time documented above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657.

Signature: _Stephen B. Murray_     Date: May 16, 2008

Confidential Attorney Work Product