UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | SPECIAL MASTER |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | PATRICK A. JUNEAU |
| Pascal Calogero, Jr. | * | April 26, 2011 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * ***

# <u>ORDER</u>

On the above and foregoing motion,

**IT IS ORDERED** that leave is granted to Objectors to file their Reply Memo in Support

of Motion to Preclude FAC Members from Serving As Litigation Counsel.

New Orleans, Louisiana, this 27th day of April, 2011.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE