IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

------------------------------------------------------- X

In Re: Vioxx Products Liability Litigation

Filer: Parker Waichman Alonso LLP

------------------------------------------------------- X

MDL No. 1657
Section L

[*Fallon, U.S.D.J.*]
[*Knowles, U.S.M.J.*]

## MOTION FOR RELIEF FROM THE ORDER OF OCTOBER 16, 2010 ESTABLISHING COMMON BENEFIT FEE OF 6.5%; MOTION TO ENSURE MOST FAVORED ASSESSMENT OF COMMON BENEFIT FEE, IF ANY

Parker Waichman Alonso LLP [*"PWA"*] respectfully requests that this Court enter an order, pursuant to Fed. R. Civ. P. 60(b): (i) setting aside and otherwise relieving PWA from its October 16, 2010 order setting a Common Benefit Fee [*"CBF"*] of 6.5%; (ii) declaring that PWA shall pay no more as a CBF than the most favorable CBF assessed against any other attorney in this matter, if any; (iii) granting discovery as to what the most favorable CBF assessed against any other attorney in this matter might be; and (iv) returning to PWA any monies paid as a result of any CBF more than the most favorable CBF assessed against any other attorney in this matter.

An appropriate form or order is filed herewith.

Respectfully submitted,

Jerrold S. Parker
PARKER WAICHMAN ALONSO LLP
6 Harbor Park Drive
Port Washington, New York 11050
(516) 466-6500 [telephone]
(516) 723-4720 [fax]

April 29, 2011