IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

------------------------------------------------------- X

In Re: Vioxx Products Liability Litigation

Filer: Parker Waichman Alonso LLP

------------------------------------------------------- X

MDL No. 1657
Section L

[*Fallon, U.S.D.J.*]
[*Knowles, U.S.M.J.*]

## MEMORANDUM OF PARKER WAICHMAN ALONSO LLP
## IN SUPPORT OF
## MOTION FOR RELIEF FROM THE ORDER OF OCTOBER 16, 2010
## ESTABLISHING COMMON BENEFIT FEE OF 6.5%;
## MOTION TO ENSURE MOST FAVORED ASSESSMENT
## OF COMMON BENEFIT FEE, IF ANY

This memorandum is submitted by Parker Waichman Alonso LLP [*"PWA"*] in support of its application, pursuant to Fed. R. Civ. P. 60(b), for an order (i) setting aside and otherwise relieving PWA from its October 16, 2010 order setting a Common Benefit Fee ["CBF"] of 6.5%; (ii) declaring that PWA shall pay no more as a CBF than the most favorable CBF assessed against any other attorney in this matter, if any; (iii) granting discovery as to what the most favorable CBF assessed against any other attorney in this matter might be; and (iv) returning to PWA any monies paid as a result of any CBF more than the most favorable CBF assessed against any other attorney in this matter.

We are co-counsel to Seeger Weiss LLP in the representation of a substantial number of plaintiffs in the referenced action.[1] As co-counsel to Seeger Weiss LLP, we are not on the ECF list for electronic filings in this matter. However, we have taken note of recent motions

---

[1] In addition to cases in this Court in which we are co-counsel with Seeger Weiss LLP, PWA has been involved with Vioxx cases for many years, being retained by its first clients in 2000. PWA had itself filed additional cases in New Jersey, a home state jurisdiction, in which we are attorneys of record and which may well be affected by this Court's decision.

and letters to the Court respecting the CBF applicable to our cases and those of others and view, with mounting concern, the allegations contained therein. These allegations, if true, may jeopardize not only our rights, but the *bona fides* of the process by which these cases were settled.

By virtue of our co-counsel relationship with Seeger Weiss LLP, we should be assessed a CBF that is no more than the most favorable CBF negotiated by Seeger Weiss LLP, a member of the Plaintiffs' Steering Committee [*"PSC"*], and certainly no more than the 4% CBF revealed in the motions recently filed by Objectors' co-lead counsels, Robert E. Arceneaux LLC and Margaret E. Woodward, Esq., Kline & Specter, P.C., Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, P.C. and the Locks Law Firm, LLC.

We would urge the Court to hold a comprehensive hearing to air the various allegations and defenses contained in the applications challenging and supporting the CBF negotiations/agreement. Necessarily, such a hearing can only be meaningful if preceded by discovery, albeit well-cabined and reserved to the issues at hand. However, in order to protect our rights, we are constrained at this time to join in the applications of all other movants to the extent consistent with this application. PWA would also reserve the right, following such a hearing, to join in the applications of such additional movants as may raise arguments in our interest.

In conclusion, PWA would that the relief requested be granted in all respects.

                                                Respectfully submitted,

                                                Jerrold S. Parker
                                                PARKER WAICHMAN ALONSO LLP
                                                6 Harbor Park Drive
                                                Port Washington, New York 11050
                                                (516) 466-6500 [telephone]
                                                (516) 723-4720 [fax]

April 29, 2011