IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

------------------------------------------------------- X

In Re: Vioxx Products Liability Litigation

Filer: Parker Waichman Alonso LLP

------------------------------------------------------- X

MDL No. 1657
Section L

[*Fallon, U.S.D.J.*]
[*Knowles, U.S.M.J.*]

## ORDER REDUCING COMMON BENEFIT ASSESSMENT

IT IS HEREBY ORDERED THAT:

1. Parker Waichman Alonso LLP is hereby relieved from the Common Benefit Fee set by the October 19, 2010 order of this Court; and

2. Parker Waichman Alonso LLP shall not be obligated to pay a Common Benefit Fee in excess of the lowest and otherwise most favorable Common Benefit Free assessed against any other attorney or law firm to which the Common Benefit Fee set by this Court may be applied.

_____
Eldon E. Fallon
United States District Judge