## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | **Case Number:**<br>**2:06cv09815** |
| **Pedro Gonzales, Jr. and**<br>**June E. Whalen-Gonzales (h/w)**<br>**v.** | PLAINTIFFS |
| **Merck & Co., Inc.** | DEFENDANT |

### ORDER

Upon due consideration of Plaintiffs' counsels' Motion to Withdraw as Counsel of Record, and for good cause shown, the Court finds the motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorneys Ann B. Oldfather of the Oldfather Law Firm, and Gregory M. Feather of Handler, Henning & Rosenberg are withdrawn as counsel of record for Plaintiffs, Pedro Gonzales, Jr. (deceased) and June E. Whelan-Gonzales.

New Orleans, Louisiana, this __26th__ day of April, 2011.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE