**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | | |
|---|---|---|---|
| IN RE: | VIOXX | : | MDL NO. 1657 |
| | PRODUCTS LIABILITY LITIGATION | : | |
| | | : | SECTION: L |
| | | : | |
| | | : | JUDGE FALLON |
| | | : | MAG. JUDGE KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>HEARING PROTOCOL</u>

The following is the protocol to be followed at the hearing before the Special Master set to commence on May 9, 2011:

1)      The Objectors (collectively) will be able to call the FAC designee, Andy Birchfield, and question him for a maximum period of 1 hour.

2)      Each Objector will be allowed a maximum period of 1 ½ hours to present their individual positions.

3)      The Objectors (collectively) and the FAC will each be allowed to call an expert and question that expert for a maximum period of 1 hour, if deemed necessary.  If an expert is called, the opposing side will be given a maximum period of 30 minutes to question the expert.

4)      The FAC, through its designated counsel, will be allowed a maximum period of  30 minutes to examine each Objector.

5)      The FAC will be allowed a maximum period of 2 hours to present its position.

6)      The FAC and the Objectors (collectively) will each be allowed to call and question Philip Garrett for a maximum period of 1 hour.

The parties are reminded that extensive briefs and attachments were already submitted and will be part of the record.

Lafayette, Louisiana, this 29th day of April, 2011.

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com

## CERTIFICATE OF SERVICE

I hereby certify that, on April 29, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record who are participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Russ M. Herman
Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orleans, LA  70113

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann
546 Carondelet Street
New Orleans, LA 70130

Christopher A. Seeger
Seeger Weiss
One William Street
New York, NY 10004

Daniel E. Becnel, Jr.
Becnel Law Firm
Post Office Drawer H
Reserve, LA 70084

Douglas R. Marvin
Williams & Connolly
725 Twelfth Street, NW
Washington, DC 20005

Turner W. Branch
The Branch Law Firm
2025 Rio Grande Blvd. NW
Albuquerque, New Mexico 87104

Robert E. Arceneaux
Robert E. Arceneaux, LLC
47 Beverly Garden Drive
Metairie, LA 70001

Joseph M. Bruno
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, LA 70113

Margaret E. Woodward
Attorney at Law
3701 Canal Street, Suite C
New Orleans, LA 70119

Cohen, Placitella and Roth
c/o Mr. Robert E. Arceneaux
47 Beverly Garden Drive
Metairie, LA 70001

Hon. Pascal F. Calogero, Jr.
Ajubita, Leftwich & Salzer, LLC
1100 Poydras Street, Suite 1500
New Orleans, LA 70163-1950

Rebecca A. Cunard
Cunard Law Firm
9214 Interline Avenue
Baton Rouge, LA 70809-1907

Sol H. Weiss
Gregory S. Spizer
Anapol, Schwartz, Weiss, Cohan,
          Feldman and Smalley, PC
1710 Spruce Street
Philadelphia, PA 19103

Andy Birchfield
Beasley, Allen, Crow, Methvin,
          Portis & Miles
218 Commerce Street
Montgomery, AL 36104

Brian J. McCormick, Jr.
Claudine Q. Homolash
Sheller, PC
1528 Walnut Street, 3rd Floor
Philadelphia, PA 19102

James J. Pettit
Locks Law Firm, LLC
457 Haddonfield Rd., Suite 500
Cherry Hill, NJ 08002

Benedict P. Morelli
Morelli Ratner, PC
950 Third Avenue, 11th Floor
New York, New York 10022

Dianne M. Nast
RodaNast, P.C.
801 Estelle Drive
Lancaster, PA 17601

Gladstone N. Jones, III
Lynn S. Swanson
Eberhard D. Garrison
Jones, Swanson, Huddell &
        Garrison, LLC
601 Poydras Street, Suite 2655
New Orleans, LA 70130

Joseph F. Rice
Fred Thompson
Carmen S. Scott
Motley Rice, LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464

Thomas R. Kline
Shanin Specter
Lee B. Balefsky
Michelle L. Tiger
Mark H. Hoffman
Lisa S. Dagostino
David J. Caputo
Charles L. Becker
Kline & Specter, APLC
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

Stephen B. Murray
Stephen B. Murray, Jr.
Murray Law Firm
650 Poydras Street, Suite 2150
New Orleans, LA 70130

Kathryn Snapka
The Snapka Law Firm
Post Office Drawer 23017
Corpus Christi, TX 78403

Eric H. Weinberg
c/o Robert E. Arceneaux
47 Beverly Garden Drive
Metairie, LA 70001

David Hockema
Hockema & Longoria, LLP
600 E. Nolana Ave.
McAllen, TX 78504

Richard A. Lockridge
Robert K. Shelquist
Yvonne M. Flaherty
Lockridge Grindal Nauen, PLLP
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401

Joe Escobedo, Jr.
Lusi Cardenas
Escobedo, Tippit & Cardenas, LLC
3900 N. 10th Street, Suite 950
McAllen, TX 78501

4

Lafayette, Louisiana, this 29th day of April, 2011.

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com