UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL COMMON<br>BENEFIT FEE APPLICANTS | MDL Docket No. 1657<br><br>SECTION L<br><br><br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**FEE ALLOCATION COMMITTEE'S OPPOSITION
TO MOTIONS FOR RELIEF FROM THIS COURT'S OCTOBER 19, 2010
ORDER ESTABLISHING A COMMON BENEFIT FEE OF 6.5%**

Anapol, Swartz, Weiss, Cohan, Feldman & Smalley, P.C. ("Anapol") and the Locks Law Firm ("Locks") filed motions seeking 60(b) relief from the Court's Order of October 19, 2010. Both firms argue essentially that the agreement with percentage-fee objectors is newly discovered evidence warranting relief under Rule 60(b).

The agreement between the Negotiating Plaintiffs Counsel ("NPC") and the percentage-fee objectors does not constitute newly discovered evidence under Rule 60(b). First, Anapol or Locks' consideration of whether an 8% common benefit fee assessment was too low, too high, or just right was in no way impacted by the agreement with percentage-fee objectors. Counsel had all of the information necessary in the Plaintiffs Liaison Counsel's motion to determine whether it was in their best interests to object to the 8% motion. The agreement with percentage-fee objectors is not material or relevant to the Court's Order of October 19, 2010. See *Thermacor Process, L.P. v. BASF Corp.*, 567 F.3d 736, 744 (5th Cir. 2009) (to obtain Rule 60(b) relief, a

1

movant must demonstrate that the evidence is material and controlling and clearly would have produced a different result if present before the original judgment).

Moreover, Anapol and Lock's knowledge of the agreement would not have resulted in the Court employing a different analysis of the appropriate common benefit fee percentage. *Id.*; see *Westridge v. Poydras Prop., Inc.,* 1996 WL 400766 (E.D. La. July 16, 1996) (Fallon, J.). The Court in its October 19th Order found that the appropriate amount of common benefit fees for work performed in this MDL is 6.5% or $315,250,000.  Its analysis makes clear that the factors to be considered in making this determination relate to the amount and quality of the common benefit work performed.  The Court reviewed in detail the scope of the work performed, analyzed the work using the *Johnson* factors, reviewed the common benefit percentages awarded in other cases, etc.  The focus of the Court was the appropriate common benefit fee, not the contributions to the fund itself.  The agreement with percentage-fee objectors would have been neither material nor controlling.

To accept their rationale would destroy the Court's ability to impose a meaningful deadline for objections and still afford the parties the opportunity to resolve issues without court intervention.

For these reasons, Anapol and Lock's motions for Rule 60(b) relief should be denied in their entirety.

Respectfully submitted,

Date:  April 29, 2011    By:    /s/ Russ M. Herman
**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, L.L.P.*
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892

**PLAINTIFFS' LIAISON COUNSEL, CHAIR OF THE FEE ALLOCATION COMMITTEE, AND LIAISON COUNSEL FOR COMMON BENEFIT COUNSEL**

By:    /s/ Andy D. Birchfield, Jr.,
**Andy D. Birchfield, Jr**.
*Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.*
P. O. Box 4160
Montgomery, AL  36103-4160
Telephone: (334) 369-2343

**PLAINTIFFS' CO-LEAD COUNSEL, SECRETARY OF THE FEE ALLOCATION COMMITTEE, AND CO-LEAD COUNSEL FOR COMMON BENEFIT COUNSEL**

By:    /s/ Christopher A. Seeger
**Christopher A. Seeger**
*Seeger Weiss*
One William Street
New York, NY 10004
Telephone: (212) 584-0700

**PLAINTIFFS' CO-LEAD COUNSEL AND CO-LEAD COUNSEL FOR COMMON BENEFIT COUNSEL**

Russ M. Herman, Esq.
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
(504) 581-4892 (telephone)
(504) 561-6024 (telecopier)

Andy D. Birchfield, Jr., Esquire
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
(800) 898-2034 (telephone)
(334) 954-7555 (telecopier)

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Thomas V. Girardi, Esq.
GIRARDI & KEESE
1126 Wilshire Blvd.
Los Angeles, CA 90017-1904
(213) 977-0211 (telephone)

Mark Lanier, Esq.
LANIER LAW FIRM, PC
6810 FM 1960 West
Houston, TX 77069
(713) 659-5200 (telephone)
(713) 659-2204 (telecopier)

Edward F. Blizzard, Esq.
BLIZZARD, MCCARTHY & NABERS, LLP
Lyric Centre, 440 Louisiana
Suite 1710
Houston, TX 77002-1689
(713) 844-3750 (telephone)
(713) 844-3755 (telecopier)

Perry Weitz, Esq.
WEITZ & LUXENBERG
180 Maiden Lane
New York, NY 10038
(212) 558-5500 (telephone)
(212) 344-5461 (telecopier)

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

**FEE ALLOCATION COMMITTEE**

4

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and email, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 29th day of April, 2011.

    /s/ Andy D. Birchfield, Jr.,
**Andy D. Birchfield, Jr**.
*Beasley, Allen, Crow, Methvin,*
*Portis & Miles, P.C.*
P. O. Box 4160
Montgomery, AL  36103-4160
Telephone: (334) 369-2343
Facsimile: (334) 954-7555