IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------x
:       CIVIL ACTION
:       NO. 08-1633
:
In Re: Vioxx Products Liability Litigation   :
:       SECTION L, MAG. 3
:
:       HONORABLE ELDON E. FALLON
:       HONORABLE DANIEL E. KNOWLES, III
:
FILER:  Anapol, Schwartz, Weiss, Cohan,   :
        Feldman & Smalley, P.C.           :       In Relation To: MDL No. 1657
:
:
---------------------------------------------------x

### ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY, P.C.'s NOTICE REQUESTING ORAL ARGUMENT ON ITS RULE 60 (B) MOTION FOR RELIEF FROM THIS COURT'S OCTOBER 19, 2010 ORDER ESTABLISHING A COMMON BENEFIT FEE OF 6.5%

Pursuant to Eastern District of Louisiana Local Rule 78.1, Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, P.C. respectfully requests Oral Argument on its Rule 60 (b) Motion for Relief from this Court's October 19, 2010 Order Establishing a Common Benefit fee of 6.5%. This request for Oral Argument is being filed within three (3) days of receipt of the Fee Allocation Committee's Opposition Memorandum.

Respectfully submitted,

/s/ Sol H. Weiss

--------------------------------

Sol H. Weiss, Esq.
Gregory S. Spizer, Esq.
Anapol, Schwartz, Weiss, Cohan,
  Feldman & Smalley, P.C.
1710 Spruce Street
Philadelphia, PA 19103
(215) 735-1130

Dated:  May 2, 2011

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on liaison and co-lead counsels, Russ Herman, Andy Birchfield, and Christopher Seeger, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8, on this date, May 2, 2011

/s/ Sol H. Weiss
_____
Sol H. Weiss