- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on liaison and co-lead counsels, Russ Herman, Andy Birchfield, and Christopher Seeger, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8, on this date, May 2, 2011

/s/ Sol H. Weiss
_____
Sol H. Weiss