*Carlene Rhodes Lewis*

Dear Danny,

Thank you so much for your kind introduction at our Windsor Court meeting. You have been very generous to me.

I also want to thank you for your support of Houston and New Orleans before the MDL panel.

You clearly have extraordinary insight into the process.

I'm anxious to work with and learn from you in this battle for our clients.

Sincerely,
Carlene



EXHIBIT C