**HERMAN, HERMAN,**
**KATZ & COTLAR**
L.L.P.
Attorneys at Law

520 O'Keefe Avenue, New Orleans, Louisiana 70113-1116
Telephone (504) 581-4892    Facsimile (504) 561-6024
http://www.hhkc.com

Harry Herman (1914-1987)
Russ M. Herman*
Maury A. Herman*
Morton H. Katz*
Sidney A. Cotlar*
Steven J. Lane
Leonard A. Davis*
James C. Klick†

Stephen J. Herman
Brian D. Katz
Soren E. Gisleson

Joseph E. Cain
Jennifer J. Greene‡
John S. Creevy
Jeremy S. Epstein
Joseph A. Kott, M.D. J.D. (Of Counsel)

Offices in New Orleans and
Covington, Louisiana

* A Professional Law Corporation
† Also Admitted in Texas
‡ Also Admitted in Arkansas

This Firm and Its Partners Are Also
Partners in Herman Gerel, LLP (Formerly
Herman, Mathis, Casey, Kitchens & Gerel, LLP)

June 23, 2009

Penny Herman Grisamore
Propulsid and Vioxx Document Depository Paralegal / Manager
1008 Napa Way
Niceville, Fl 32578
(850) 897-6024
Email: pennyhh14@yahoo.com

To whom it may concern:

I am writing on behalf of Carlis Griffin, who was my assistant in 2 Multi-District Litigation Depositories. Although, I was not her employer, she worked as my assistant for 7 years. Mrs. Griffin is a wonderful receptionist, as she is extremely personable and was very well liked by everyone who came to work in the depositories. Mrs. Griffin always completed projects given to her properly and I never had to second guess her work. She was also in charge of ordering supplies and making sure everything was in order, in terms of the coffee, drinks etc. However, she was much more than just a receptionist. One of Mrs. Griffin's strongest assets is her organizational skills. Mrs. Griffin was in charge of filing all documents that came into the depository, at my direction. Mrs. Griffin always did an excellent job of filing and always labeled everything appropriately. She could put her hands on anything she touched and filed away. Mrs. Griffin has computer skills and learns new computer tasks easily. She was in charge of scanning and emailing all correspondence to me. At times, she also provided computer training to the attorneys. Mrs. Griffin always completed projects given to her properly and I never had to second guess her work. She was also in charge of ordering supplies and making sure everything was in order, in terms of the coffee, drinks etc.

I hope this gives you some insight as to the kind of employee she would be.

Yours Very Truly

Penny Herman Grisamore

EXHIBIT
E
Blumberg No. 5119