UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX Products Liability Litigation       MDL No. 1657

                                                 Section: L

This Document Relates to:

                                                 Judge Fallon
All Common Fee Benefit Applicants                Mag. Judge Knowles

## AFFIDAVIT OF WILLIAM A. PERCY III

**PARISH OF ST. JOHN**

**STATE OF LOUISIANA**

    **BEFORE ME**, Notary Public duly qualified and commissioned for the Parish of St. John personally came and appeared

### WILLIAM A. PERCY III

Who, after being duly sworn by me, stated as follows:

1.

He is of the age of majority, competent to submit this affidavit, and has personal knowledge of the following.

2.

He has been practicing law in Louisiana since 1982.

3.

He has been working on MDLs/mass torts/class actions for over ten years, starting in 2001, when he did document review for the PSC in *Scott v American Tobacco*, working at both the PSC's depository in New Orleans and at Herman, Herman, Katz and Cotlar.

4.

In 2002, he was hired away to work on *Scott* at Usry & Weeks, when that firm began to participate and assist in that case. It hired him to set up their *Scott* file and then do document review and assist in deposition preparation. He initially worked there exclusively on *Scott*, but subsequently assisted Allen Usry on other class actions/MDLs, including *Norplant* and *NOTX* (*Gentilly Tank Car Explosion*)

1



5.

In March 2005, he was employed by Daniel E. Becnel, Jr. to work exclusively on the *Vioxx MDL*. He worked on this through January 2007. Since January 2007 he continued working at the Becnel Firm, and has done document review and other work on *Bextra, Celebrex, Welding Rods, Murphy Oil Spill, Katrina/Levees/MRGO, FEMA Formaldehyde Trailers, Bayer Aspirin Products, Denture Cream, Yaz,* and *BP/Deepwater Horizon, Digitek* and others.

6.

Immediately upon being hired by Mr. Becnel for *Vioxx*, he flew with several other Becnel attorneys to New York City to perform document review at and under the direction of Seeger, Weiss. Subsequent to New York, he spent most of his *Vioxx* time doing document review for the Beasley, Allen firm in Montgomery, Alabama. Later, he also worked at the *Vioxx* document depository in New Orleans. His work over a two-year period on *Vioxx* at these various locations was as follows:

| | | |
|---|---|---|
| -NYC | March 2005 | (one week) |
| -Montgomery, AL | May-July 2005 | (3 months) |
| -New Orleans | July – August 2005 | (2 months) |
| *(Katrina – 8/29/05)* | | |
| -Montgomery | September 2005 – January 2006 | (5 months) |
| -N.O. | January 2006 - January 2007 | (13 months) |

7.

When working in Montgomery for Beasley, Allen and Mr. Birchfield, he, along with several other attorneys from the Becnel Law Firm, would leave New Orleans every Monday at about 2:30 a.m. to drive to Montgomery. They would sign in and out and worked full 40-hour weeks and then spent five hours plus driving back to New Orleans for the weekend. They did not bill for this weekly ten-plus hours of travel time.

8.

As the MDL proceeded, Mr. Becnel sent more attorneys to Montgomery as needed and requested. Eventually he was sending two carloads of attorneys on these weekly trips to Montgomery. They all lived in the New Orleans area. They worked on no other cases, focusing all their work on the *Vioxx MDL*.

9.

This was because Chris Seeger had trial settings in New Jersey and Andy Birchfield was moving toward a trial setting in Alabama and both needed documents reviewed immediately.

10.

There were always more attorneys from The Becnel Firm doing document review than from any other law firm. Indeed, most of the time there were more attorneys from The Becnel Firm doing document review than attorneys from all other firms combined. Further, often The Becnel Firm's attorneys were the only attorneys in the depository doing document review for Mr. Birchfield.

11.

He and the other Becnel attorneys would review hard copies of documents that were on deposit at Beasley, Allen. Also, Mr. Becnel provided them with laptop computers they used to review documents on the internet document site. By using the laptops they were able to transmit and distribute documents quicker and more efficiently.

12.

As they received assignments and projects they would review documents and immediately forward "hot" documents to Mr. Birchfield as he was preparing for trial. They would also, at Mr. Becnel's request, send copies of the hot documents to Mr. Becnel for his review.

13.

Mr. Becnel paid for all travel expenses, including providing automobiles for the weekly trips to Montgomery and paying for hotels, transportation, meals and other incidental costs. His attorneys all stayed at a hotel immediately next door to Beasley, Allen to maximize their availability. They were all available on a 24/7 basis the entire time they were in Montgomery, for rush and emergency projects. They would share rooms to keep costs down.

14.

He and the others sent by The Becnel Firm reviewed documents on specific topics given to them by the Beasley, Allen and Seeger, Weiss firms for trials, including:

- Original trial exhibits for 1st Beasley Allen trial
- Data Safety Monitoring Board records
- Clinical trials
- FDA docs
- Worldwide Adverse Experience System reports
- Prostacyclin issues
- Custodial Reviews

15.

In July 2005, he and other Becnel attorneys worked in the Vioxx depository in New Orleans. Two months later, though, after Hurricane Katrina, they again started working and traveling to Montgomery to continue document review, which they did through January 2006.

3

16.

From January 2006 through January 2007, they worked again in the New Orleans depository. Their assignments there included:

- Custodial reviews
- NDAs (New Drug Applications)
- FDA docs
- Advertising/Marketing/Promotional docs
- Timeline development
- Page and Line deposition summaries on an expedited basis
- Availability to work afterhours and on weekends as needed.

*William A. Percy III*
William A. Percy III

Sworn to and subscribed before me,

this __2d__ day of May, __2011__.

_____
Notary Public

Darryl J. Becnel, Notary Public
La. Bar # 22043
Attorney-at-Law
My commission is for life.

4