# CASTANO CLASS ACTION
# TOBACCO LITIGATION

## COMMITTEES

**PRIVILEGED/CONFIDENTIAL**
**ATTORNEY WORK PRODUCT**

Revised May 25, 1994

Please send any corrections or comments to:
Wendell H. Gauthier or Bruce C. Dean
Gauthier & Murphy
3500 North Hullen Street
Metairie, LA 70002
Telephone: (504) 456-8600
Fax: (504) 456-8624


Castano Tobacco Litigation Committees
Revised May 25, 1994


### DISCOVERY/PHASE II: DEPOSITION DISCOVERY SUBCOMMITTEE:

Co-Chairs:           Danny Becnel
                     Stan Chesley
                     Will Kemp

Committee Members:   Scott Baldwin
                     Don Barrett
                     Betty Barrios
                     Melvin M. Belli
                     Martis Ann Brachtl
                     John Climaco
                     Bruce Dean
                     Calvin Fayard
                     Ron Goldser
                     Will Kemp
                     Ralph Knowles
                     Arnold Levin
                     Stephen Murray
                     Dianne Nast
                     Mark Robinson
                     Michael St. Martin
                     Francis Scarpulla
                     Gayle Troutwine


### EXPERTS COMMITTEE:

Committee Members:   Don Barrett
                     Danny Becnel
                     Stan Chesley



EXHIBIT H