```
DUPLICATE

Court Name: Louisiana Eastern District
Division: 2
Receipt Number: LAE007372
Cashier ID: jdorsey
Transaction Date: 04/28/2011
Payer Name: ANTONIO DENSON
----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: ANTONIO DENSON
 Case/Party: D-LAE-2-05-CV-001657-001
 Amount:      $455.00
----------------------------------
MONEY ORDER
 Check/Money Order Num: 1439969455
 Amt Tendered: $455.00
----------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

APPEALS FILING FEE
CA. 05-1657L/3

"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $45 fee will
be charged for a returned check."
```