UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION : | | |
| | : | SECTION L |
| | : | |
| This document relates to ALL ACTIONS | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| | : | |

**FEE ALLOCATION COMMITTEE'S RESPONSE
IN OPPOSITION TO OBJECTORS' MOTION FOR DISCLOSURE OF
THIRD PARTY PAYOR COMMON BENEFIT FUND ALLOCATION
AND ALL RELATED DOCUMENTS AND PAPERS**

NOW INTO COURT comes the Court appointed Fee Negotiating Committee and Fee Allocation Committee through its Chairman, Russ M. Herman and Answers:

1. Discovery has not been authorized on this issue by the Special Master. Nonetheless, the FAC responds without waiver of any objections including Objectors' lack of standing on the issue;

2. Third Party Payor issues were resolved by settlement in three way negotiations: Chris Seeger assisted by Russ Herman (with legal research advices from Arnold Levin) negotiated with Merck; Attorney Sobel negotiated with Merck as the legal representative of the Third Party Payors (such as Blueshield, Blue Cross, etc). As part of the settlement, Merck agreed to pay $15,000,000 (Fifteen Million Dollars) in Attorney Fees;

3. The fees, fully insured by the FDIC, are on deposit at CITI Bank;

4. Third Party Payors conducted no liability or discovery depositions or trial and the matter was entirely handled within the MDL;

5. The FAC/PNC contends that a significant portion of the $15,000,000.00 fund is MDL common benefit and is to be allocated in accord with whatever process Judge Eldon E. Fallon advises, recommendations of the FAC and ultimately, a ruling by Judge Eldon E. Fallon;

6. For further explanation, see the Status Conference transcript and references prior

      to June 3, 2010 and more particularly, the June 3, 2010 Status Conference (These documents are public record and posted on the Court's website); and,

7.    PNC has considered the common benefit MDL potential in its deliberations for recommendation but the fund of $15,000,000 is escrowed in full and awaits the further orders of the Court.

WHEREFORE, the FAC/PNC respectfully submits that the Objectors' Motion for Disclosure of Third Party Payor Common Benefit Fund Allocation and All Related Documents, Papers, and Orders, be otherwise denied.

                                      Respectfully submitted,

Date: May 2, 2011                 By:    /s/ Russ M. Herman
                                             **Russ M. Herman (Bar No. 6819)**
                                             Leonard A. Davis (Bar No. 14190)
                                             Stephen J. Herman (Bar No. 23129)
                                             *Herman, Herman, Katz & Cotlar, L.L.P.*
                                             820 O'Keefe Avenue
                                             New Orleans, Louisiana 70113
                                             Telephone: (504) 581-4892

                                             **PLAINTIFFS' LIAISON COUNSEL, CHAIR OF THE FEE ALLOCATION COMMITTEE, AND LIAISON COUNSEL FOR COMMON BENEFIT COUNSEL**

                                  By:    /s/ Andy D. Birchfield, Jr.,
                                             **Andy D. Birchfield, Jr**.
                                             *Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.*
                                             P. O. Box 4160
                                             Montgomery, AL 36103-4160
                                             Telephone: (334) 369-2343

                                             **PLAINTIFFS' CO-LEAD COUNSEL, SECRETARY OF THE FEE ALLOCATION COMMITTEE, AND CO-LEAD COUNSEL FOR COMMON BENEFIT COUNSEL**

By:   /s/ Christopher A. Seeger
**Christopher A. Seeger**
*Seeger Weiss*
One William Street
New York, NY 10004
Telephone: (212) 584-0700
**PLAINTIFFS' CO-LEAD COUNSEL AND CO-LEAD COUNSEL FOR COMMON BENEFIT COUNSEL**

| | |
|---|---|
| Russ M. Herman (Bar No. 6819)<br>Leonard A. Davis (Bar No. 14190)<br>Stephen J. Herman (Bar No. 23129)<br>*Herman, Herman, Katz & Cotlar, L.L.P.*<br>820 O'Keefe Avenue<br>New Orleans, Louisiana 70113<br>Telephone: (504) 581-4892 | Thomas V. Girardi, Esquire<br>GIRARDI & KEESE<br>1126 Wilshire Blvd.<br>Los Angeles, CA 90017<br>(213) 977-0211 (telephone)<br>(213) 481-1554 (telecopier) |
| Andy D. Birchfield, Jr., Esquire<br>Leigh O'Dell, Esquire<br>BEASLEY, ALLEN, CROW, METHVIN,<br>PORTIS & MILES, P.C.<br>P.O. Box 4160<br>234 Commerce Street<br>Montgomery, AL 36103-4160<br>(800) 898-2034 (telephone)<br>(334) 954-7555 (telecopier) | W. Mark Lanier, Esquire<br>THE LANIER LAW FIRM<br>6810 FM 1960 West<br>Houston, TX 77069<br>(713) 659-2500 (telephone)<br>(713) 659-2204 (telecopier) |
| Christopher A. Seeger, Esquire<br>SEEGER WEISS<br>One William Street<br>New York, NY 10004<br>(212) 584-0700 (telephone)<br>(212) 584-0799 (telecopier) | Arnold Levin, Esquire<br>Fred S. Longer, Esquire<br>LEVIN, FISHBEIN, SEDRAN &<br>BERMAN<br>510 Walnut Street, Suite 500<br>Philadelphia, PA  19106<br>(215) 592-1500 (telephone)<br>(215) 592-4663  (telecopier) |
| Edward F. Blizzard, Esquire<br>BLIZZARD, MCCARTHY & NABERS, L.L.P<br>Lyric Centre, 400 Louisiana<br>Suite 1710<br>Houston, TX 77002-1689<br>(713) 581-8451 (telephone)<br>(713) 844-3755 (telecopier) | Troy Rafferty, Esquire<br>LEVIN, PAPANTONIO, THOMAS,<br>MITCHELL,<br>ECHSNER & PROCTOR, PA<br>316 S. Baylen Street, Suite 400<br>Pensacola, FL  32502<br>(850) 435-7000 (telephone)<br>(850) 497-7059 (telecopier) |

Perry Weitz, Esquire
WEITZ & LUXENBERG
180 Maiden Lane
New York, NY 10038
(212) 558-5500 (telephone)
(212) 344-5461 (telecopier)

**FEE ALLOCATION COMMITTEE**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and email, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 2nd day of May, 2011.

/s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
***Herman, Herman, Katz & Cotlar, LLP***
820 O'Keefe Avenue
New Orleans, LA  70113
PH:     (504) 581-4892
FAX:   (504) 561-6024
ldavis@hhkc.com