IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

------------------------------------------------------x
In Re: Vioxx Products Liability Litigation

FILER: Anapol, Schwartz, Weiss, Cohan
Feldman and Smalley, P.C.
------------------------------------------------------x

CIVIL ACTION
NO. 08-1633

SECTION L, MAG. 3

HONORABLE ELDON E. FALLON
HONORABLE DANIEL E. KNOWLES, III

In Relation To: MDL No. 1657

## ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY, P.C.'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM TO THE FEE ALLOCATION COMMITTEE'S RESPONSE TO OBEJCTIONS TO RECOMMENDED COMMON BENEFIT FEE ALLOCATION N EXCESS OF THE 10 PAGE LIMIT IMPOSED BY THE COURT RULE.

NOW COMES Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, P.C. which moves for leave to file a reply memorandum to the Fee Allocation Committee's Response to Objections to Recommended Common Benefit Fee Allocations in excess of the 10-page limit imposed by court rule. The extensive arguments and facts related to the issues herein respectfully warrant a reply in excess of the current page limit.

Respectfully submitted,

/s/ Sol H. Weiss

_____
Sol H. Weiss, Esq.
Gregory S. Spizer, Esq.
Anapol, Schwartz, Weiss, Cohan,
Feldman & Smalley, P.C.
1710 Spruce Street
Philadelphia, PA 19103
(215) 735-1130