IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------x
: CIVIL ACTION
: NO. 08-1633
:
In Re: Vioxx Products Liability Litigation :
: SECTION L, MAG. 3
:
: HONORABLE ELDON E. FALLON
: HONORABLE DANIEL E. KNOWLES, III
FILER: Anapol, Schwartz, Weiss, Cohan :
Feldman and Smalley, P.C. :
: In Relation To: MDL No. 1657
:
:
---------------------------------------------------x

## ORDER

Upon the foregoing, Anapol Schwartz Weiss Cohan Feldman & Smalley, P.C. is hereby given leave to file its Reply Memorandum to the Vioxx Fee Allocation Committee's Response to Objections to Recommended Common Benefit Fee Allocations in excess of the 10-page limit imposed by court rule.

New Orleans, Louisiana, this ____ day of May, 2011

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE