IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Vioxx Products Liability Litigation | MDL No. 1657<br>Section L |
| Filer:  Parker Waichman Alonso LLP | HONORABLE ELDON E. FALLON<br>HONORABLE DANIEL E. KNOWLES, III |

**NOTICE REQUESTING ORAL ARGUMENT ON ITS RULE 60(B) MOTION FOR RELIEF FROM THE ORDER OF OCTOBER 16, 2010 ESTABLISHING COMMON BENEFIT FEE OF 6.5%; MOTION TO ENSURE MOST FAVORED ASESSMENT OF COMMON BENEFIT FEE, IF ANY**

Pursuant to Eastern District of Louisiana Local Rule 78.1, Parker Waichman Alonso, LLP respectfully requests Oral Argument on its Rule 60(b) Motion for Relief from this Court's October 19, 2010 Order Establishing a Common Benefit fee of 6.5%.

Respectfully submitted,

/s/ Jerrold S. Parker
Jerrold S. Parker
**PARKER WAICHMAN ALONSO, LLP**
6 Harbor Park Drive
Port Washington, New York 11050
(516) 466-6500
(516) 723-4720 facsimile
jerry@yourlawyer.com

Dated:  May 3, 2011