## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2011, a copy of the foregoing Notice Requesting Oral Argument On Its Rule 60(B) Motion For Relief From The Order Of October 16, 2010 Establishing Common Benefit Fee Of 6.5% and this Certificate of Service was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this action,

Respectfully submitted,

By: /s/ Jerrold S. Parker
Jerrold S. Parker
**PARKER WAICHMAN ALONSO, LLP**
6 Harbor Park Drive
Port Washington, New York 11050
(516) 466-6500
(516) 723-4720 facsimile
jerry@yourlawyer.com