U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    MAY - 2 2011

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

IN RE: VIOXX LITIGATION

Appeal from the United States District Court for the
Eastern District of Louisiana at New Orleans
2:05-MD-1657

MD 05-1657-L

  The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

  Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

  The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

  The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

_Lyle W. Cayce_
Lyle W. Cayce
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

___ Fee_____
___ Process___
X   Dktd_____
___ CtRmDep__
___ Doc. No.__

A true copy
Attest
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
Deputy
New Orleans, Louisiana  4/29/11

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

April 29, 2011

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 11-30323   In Re: Vioxx Prod Liability
      USDC No. 2:05-MD-1657

Enclosed is an order entered in this case.

In addition to filing the joint designation of record with the district court, an information copy should also be provided to this court.

                               Sincerely,

                               LYLE W. CAYCE, Clerk

                               By: _____
                               Allison G. Lopez, Deputy Clerk
                               504-310-7702

Mr. John H. Beisner
Mr. Antonio Denson
Ms. Loretta Whyte
Ms. Dorothy Hudson Wimberly
Mr. Phillip A. Wittmann

MOT-2