IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

```
-------------------------------------------------------x
                                                       :   CIVIL ACTION
                                                       :   NO. 08-1633
                                                       :
In Re: Vioxx Products Liability Litigation             :
                                                       :   SECTION L, MAG. 3
                                                       :
                                                       :   HONORABLE ELDON E. FALLON
                                                       :   HONORABLE DANIEL E. KNOWLES, III
                                                       :
                                                       :   In Relation To: MDL No. 1657
                                                       :
Filer: Anapol, Schwartz, Weiss, Cohan,                 :
Feldman & Smalley, P.C.                                :
                                                       :
-------------------------------------------------------x
```

**MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN OPPOSITION TO THE FEE ALLOCATION COMMITTEE'S OPPOSITION TO ANAPOL'S RULE 60(B) MOTION FOR RELIEF FROM THIS COURT'S OCTOBER 19, 2010 ORDER ESTABLISHING A COMMON BENEFIT FEE OF 6.5%**

NOW COMES Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, P.C. which Moves for Leave to File a Reply Memorandum in Opposition to the Fee Allocation Committee's ("FAC") Opposition to Anapol's 60(b) Motion for Relief from this Court's October 19, 2010 Order Establishing a Common Benefit Fee of 6.5%, upon showing that the FAC has advanced arguments and facts that warrant reply.

Respectfully submitted,

_____/s/ Sol N Weiss_____
Sol H. Weiss
Gregory S. Spizer
ANAPOL, SCHWARTZ, WEISS, COHAN,
  FELDMAN & SMALLEY, P.C.
1710 Spruce Street
Philadelphia, PA 19103
(215) 735-1130

Dated: May 5, 2011