IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------x
:   CIVIL ACTION
:   NO. 08-1633
:
In Re: Vioxx Products Liability Litigation   :
:   SECTION L, MAG. 3
:
:   HONORABLE ELDON E. FALLON
:   HONORABLE DANIEL E. KNOWLES, III
:
:   In Relation To: MDL No. 1657
Filer:  Anapol, Schwartz, Weiss, Cohan,   :
Feldman & Smalley, P.C.   :
---------------------------------------------------------x

## **ORDER**

On the above and foregoing motion,

**IT IS ORDERED** that leave be and it is hereby GRANTED for the filing of Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley P.C.'s Reply Memorandum in Opposition to the Fee Allocation Committee's Opposition to Anapol's Rule 60(b) Motion for Relief from this Court's October 19, 2010 Order Establishing a Common Benefit Fee of 6.5%.

New Orleans, Louisiana, this _____ day of May, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE