IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

```
------------------------------------------------x
                                                :   CIVIL ACTION
                                                :   NO. 08-1633
                                                :
In Re: Vioxx Products Liability Litigation      :
                                                :   SECTION L, MAG. 3
                                                :
                                                :   HONORABLE ELDON E. FALLON
                                                :   HONORABLE DANIEL E. KNOWLES
                                                :
FILER:  Anapol, Schwartz, Weiss, Cohan          :
        Feldman & Smalley, P.C.                 :
                                                :   In Relation To: MDL No. 1657
                                                :
                                                :
------------------------------------------------x
```

## EXHIBIT LIST OF ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY, P.C.

Pursuant to Special Master Juneau's October 31, 2011 Scheduling Order, Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, P.C. ("Anapol") lists the following exhibits in support of its common benefit recommended allocation.

1. Anapol's Time Submissions for time December 5, 2001 through May 31, 2008 – General Litigation – dated September 10, 2008

2. Anapol's Time Submissions for time November 1, 2005 through July 31, 2006 – *Hatch* Trial Case – dated September 10, 2008

3. Anapol's Time Submissions for time on trial cases: *Abdel-Malek, Kimmelman, Ortiz, Levinson, Groff, DiTrolio, Biehls, Rodemoyer,* and *Williams-McCray* dated January 8, 2009

4. Order dated August 27, 2004 by the Honorable Carol E. Higbee appointing David Jacoby, Esquire of Anapol as Plaintiffs' Co-Liaison Counsel in the NJ Vioxx Litigation

5. Transcript of Vioxx Fee Committee Presentation, Anapol portion, dated December 1, 2008

6. Report of Mark J. Eisenberg, M.D., entitled *The Cardiovascular Effects of Rofecoxib (Vioxx): A Review of Clinical Trials, Meta-Analyses, and Confidential Documents*

7. Report of Steven A. Rich, M.D., dated March 28, 2005

8. Addendum to report of Steven A. Rich, M.D., dated October 19, 2005

9. Report of Steven A. Rich, M.D., dated September 28, 2007

10. Report of Nicholas L. DePace, M.D. for *Kimmelman*, dated May 2, 2005

11. Report of Nicholas L. DePace, M.D. for *Abdel-Malek*, dated May 2, 2005

12. Report of Nicholas L. DePace, M.D. for *Abdel-Malek*, dated August 24, 2005

13. Report of Nicholas L. DePace, M.D. for *Kimmelman*, dated September 6, 2005

14. Report of Nicholas L. DePace, M.D. for *Gibson*, dated September 20, 2005

15. Report of Nicholas L. DePace, M.D. for *Rodemoyer*, dated October 18, 2005

16. Report of Nicholas L. DePace, M.D. for *Thomas*, dated October 20, 2005

17. Report of Nicholas L. DePace, M.D. for *LaFerriere*, dated October 20, 2005

18. Report of Nicholas L. DePace, M.D. for *Henderson*, dated October 25, 2005

19. Addendum to Report of Nicholas L. DePace, M.D. for *Rodemoyer*, dated November 21, 2006

20. Report of Nicholas L. DePace, M.D. for *Rodemoyer*, dated September 28, 2007

21. Report of Nicholas L. DePace, M.D. for *Biehls*, dated September 28, 2007

22. Report of Nicholas L. DePace, M.D. for *DiTrolio*, dated September 28, 2007

23. Anapol-created timeline in calendar form embedding all sales bulletins/updates that the Merck sales representatives received

24. Orders of the Honorable Carol E. Higbee with trial schedules in the NJ Vioxx Litigation reflecting Anapol cases

25. Notice to the Bar of NJ containing Order dated May 20, 2003 designating Vioxx as a mass tort in NJ

26. Spreadsheet reflecting fee allocation and compensation by hour listed by firm

27. Vioxx National Settlement Agreement dated November 9, 2007

28. Transcripts of 36 status conferences, monthly meetings and liaison counsel-only hearings between July 2004 and February 2008 in the NJ Vioxx Litigation

29. Compendium of approved hours for each proposed common benefit awardee produced in discovery by FAC (not to be reproduced by Anapol)

30. All proposed common benefit awards awarded by the FAC (not to be reproduced by Anapol)

31. All exhibits attached to any brief, motion, or other filing by Anapol as well as all exhibits attached to any response or reply by any party in connection with common benefit allocations (not to be reproduced by Anapol)

32. All exhibits attached to any brief, motion, or other filing by Lead and Liaison Counsel on behalf of any of the Objectors (not to be reproduced by Anapol)

Anapol reserves the right to amend or supplement this Exhibit List.

/s/ Sol H. Weiss
So H. Weiss
Gregory S. Spizer
Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, P.C.
1710 Spruce Street
Philadelphia, PA 19103
(215) 735-1130
(215) 875-7701 fax
sweiss@anapolschwartz.com

Dated: May 6, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2011, I electronically filed the foregoing Exhibit List of Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, P.C. with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record who are participants. I also uploaded this list via the LexisNexis File & Serve service. I further certify that I mailed the foregoing document by Federal Express, Overnight Service upon the following:

Patrick A. Juneau
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503

Russ M. Herman, Esquire
Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orleans, LA 70113

Andy Birchfield, Esquire
Beasley, Allen, Crow, Methvin, Portis & Miles
218 Commerce Street
Montgomery, AL 36104

Christopher Seeger, Esquire
Seeger Weiss
One William Street
New York, NY 10004

_____
Sol H. Weiss