UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDLNO.1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION FOR LEAVE TO FILE KLINE & SPECTER'S REPLY TO
THE FEE ALLOCATION COMMITTEE'S RESPONSE TO THE OBJECTIONS OF
THE RECOMMENDED COMMON BENEFIT FEE ALLOCATIONS**

Objectors, Kline & Specter, by and through their attorneys, King, Krebs & Jurgens, P.L.L.C., hereby respectfully request leave of this Court to file a Reply Memorandum in Response to the Fee Allocation Committee's Response To The Objections of The Recommended Common Benefit Fee Allocations. The extensive fact and legal issues presented by this matter warrant a reply brief, as have been submitted by other Objectors in this matter.

New Orleans, Louisiana, this 6th day of May 2011.

        Respectfully submitted,

        s/ Rebecca H. Dietz_____
        KING, KREBS & JURGENS, P.L.L.C
        HENRY A. KING (#7393) (T.A.)
        REBECCA H. DIETZ (#28842)
        201 St. Charles Ave, 45th Floor
        New Orleans, LA 70170
        Telephone: (504) 582-3800
        Facsimile: (504) 582-1233
        Attorneys for Kline & Specter

{N0462913 -}

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion for Leave to File Reply Memorandum in Response to the Fee Allocation Committee's Response To The Objections of The Recommended Common Benefit Fee Allocations have been served on Liaison Counsel, Russ Herman and Phillip Wittman, either by U.S. Mail and e-mail, or hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8 (B), and that the foregoing was electronically filed with the Clerk of Court of the United State District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing.

      This 6th Day of May, 2011,

                                                         /s/ Rebecca H. Dietz