# Exhibit "1"

**Dagostino, Lisa S.**

| | |
|---|---|
| **From:** | Kline, Thomas R. |
| **Sent:** | Thursday, November 08, 2007 10:32 AM |
| **To:** | Balefsky, Lee; Specter, Shanin; Dagostino, Lisa S. |
| **Subject:** | Fw: VERY IMPORTANT/VIOXX INVITATION |


FYI..
Lisa -You are welcome to fly to NO, if there is a flt that will get you there.
And, pls everyone- do not discuss with anyone.
Tom

-----Original Message-----
From: Kline, Thomas R.
To: 'RHerman@hhkc.com' <RHerman@hhkc.com>
Sent: Thu Nov 08 10:29:06 2007
Subject: Re: VERY IMPORTANT/VIOXX INVITATION

Lee will be here and I'll see that he is at the dinner, so pls have Lillian add him to the list. Txs, Russ.

-----Original Message-----
From: Russ Herman <rherman@hhkc.com>
To: Kline, Thomas R.
Sent: Thu Nov 08 10:23:36 2007
Subject: Re: VERY IMPORTANT/VIOXX INVITATION

Great you know Llee and Lisa invited Please try to get them here Your firm's team is and has been integral to ALL efforts No discussion outside of you three please !!!!!!!

[Message delivered by NotifyLink]

----------Original Message----------

From: "Kline, Thomas R." <Tom.Kline@KlineSpecter.com>
Sent: Thu, November 08, 2007 8:54 AM
To: <lflemming@hhkc.com>
Cc: <cseeger@seegerweiss.com>, <RHerman@hhkc.com>, <andy.birchfield@beasleyallen.com>, <LDavis@hhkc.com>
Subject: Re: VERY IMPORTANT/VIOXX INVITATION

I will be there.

-----Original Message-----
From: Lillian Flemming <LFLEMMING@hhkc.com>
To: Lenny Davis <LDAVIS@hhkc.com>
Sent: Thu Nov 08 09:47:13 2007
Subject: VERY IMPORTANT/VIOXX INVITATION

From:  Russ M. Herman, Christopher Seeger, Andy D. Birchfield, Jr., Thomas V. Girardi, Ed Blizzard and Arnold Levin

KS-000001

1

You are individually invited to a Vioxx plaintiff's counsel dinner hosted by Russ M. Herman, Christopher A. Seeger, Andy D. Birchfield, Jr., Thomas V. Girardi, Ed Blizzard and Arnold Levin tonight at 7:00 p.m., November 8, 2007, at Restaurant August, 301 Tchoupitoulas Street, New Orleans.

You may not substitute for yourself or bring a colleague, because the dinner is exclusively for a select group of invitees.  Please do not discuss this with others.  Please RSVP by replying to this e-mail if you will be attending.

You are reminded that the status conference in MDL 1657 is Friday, November 9, 2007, at 9:00 a.m.

Lillian M. Flemming

Legal Assistant to Leonard A. Davis

and Stephen J. Herman

Herman, Herman, Katz & Cotlar, LLP

Herman, Mathis, Casey, Kitchens & Gerel, LLP

820 O'Keefe Avenue

New Orleans, Louisiana  70113

504-581-4892

504-561-6024 (Fax)

<http://www.hhkc.com/ <http://www.hhkc.com/> >

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.

CONFIDENTIAL ATTORNEY WORK PRODUCT

KS-000002