HIGHLY CONFIDENTIAL - FEE COMMITTEE ATTORNEYS' EYES ONLY

Page 1

VIOXX FEE COMMITTEE PRESENTATION

DECEMBER 1, 2008

HIGHLY CONFIDENTIAL
FEE COMMITTEE ATTORNEYS' EYES ONLY

ATLANTIC CITY, NEW JERSEY

FIRM:   KLINE & SPECTER, P.C.
        Thomas R. Kline, Esquire
        Shanin Specter, Esquire
        Lisa Dagostino, M.D., J.D.
        Kathy Spurka

BEFORE COMMITTEE MEMBERS:

ANDY D. BIRCHFIELD, ESQUIRE
Beasley Allen Crow Methvin Portis & Miles, PC

THOMAS V. GIRARDI, ESQUIRE
Girardi & Keese

RUSS M. HERMAN, ESQUIRE
Herman, Herman, Katz & Cotlar, LLP

W. MARK LANIER, ESQUIRE
The Lanier Law Firm

ARNOLD LEVIN, ESQUIRE
Levin, Fishbein, Sedran & Berman

TROY RAFFERTY, ESQUIRE
Levin, Papantonio, Thomas, Mitchell,
Echsner & Proctor, P.A.

CHRISTOPHER A. SEEGER, Esquire
Seeger Weiss, LLP

PERRY WEITZ, ESQUIRE
Weitz & Luxenberg, P.C.

COURT REPORTER:  Linda L. Golkow, RDR

GOLKOW TECHNOLOGIES, INC.
877.370.3377 - DEPS@GOLKOW.COM

**KS-000003**

HIGHLY CONFIDENTIAL - FEE COMMITTEE ATTORNEYS' EYES ONLY

Page 2

1            - - -
2            MR. KLINE: For the record,
3    I'm Tom Kline from the law firm of
4    Kline & Specter. I'm here with my
5    partner, Shanin Specter, Lee
6    Balefsky, my partner, recent
7    partner, Lisa Dagostino, and legal
8    assistant, Kathy Spurka.
9            I want to start out with a
10   story, which those of us who
11   labored in the trenches I think
12   will appreciate, and some of you
13   will indulge me because you may
14   have heard it before.
15           It was the night before
16   Jerry Avorn's deposition, and I
17   was coming back from a good steak
18   with Buchanan and Tisi. Actually,
19   I think Buchanan had two steaks
20   and a couple of drinks. We were
21   staying at not the Four Seasons,
22   but the Sheraton in Boston where
23   the deposition was going to take
24   place. There was a Lions

Page 3

1    Convention in town at the time.
2    We got in the elevator with a
3    fellow who, to use a word or a
4    description that I've heard Mark
5    Lanier use during the course of
6    this litigation, he looked like he
7    was a pork chop away. He was a
8    man who looked like he had every
9    one of the comorbidities that any
10   of our Vioxx clients had. He was
11   short, he was obese, he looked
12   like, if I were to make a
13   diagnosis on the spot, he had
14   hypertension.
15           MR. LEVIN: Objection.
16           MR. KLINE: He looked like
17   he had diabetes based on my
18   analysis of the man. As we were
19   going up the elevator on the 7th
20   floor, I said, admittedly after a
21   couple drinks, let me ask you a
22   question, and pushing 60 at the
23   time, I could say this, "I said,
24   pop, have you ever been on the

Page 4

1    drug Vioxx?" And he looked at me
2    nonplused, like he had never heard
3    of it before, and his wife looked
4    at me and said, no, but if you
5    have some, mistaking it for some
6    other drug with the letter V, if
7    you have some, I think we'd like
8    to get it.
9            There are two points that I
10   take from the story. The first
11   is, that was the teamwork and
12   camaraderie of the Vioxx
13   litigation. Any of us who stayed
14   up until the wee hours of the
15   morning, like I think everyone in
16   this room, everyone who labored in
17   the trenches of this litigation,
18   knows what it feels like to pull
19   together like we all did in a
20   remarkable effort.
21           And the second point that I
22   would make is, the story tells me,
23   as I reflected on it, just how
24   difficult we all knew the task was

Page 5

1    and how we understood the
2    causation problems, the patient
3    population and the convincing that
4    it was going to take to win these
5    cases.
6            If I can start with the
7    first slide, I would start my
8    presentation with a quotation from
9    C.S. Lewis, and I think it is
10   apropos to my endeavors here
11   today. "We all wish to be judged
12   by our peers, by the men 'after
13   our own heart'. Only they really
14   know our mind and only they judge
15   it by the standard we fully
16   acknowledge. Theirs is the praise
17   we really covet and the blame we
18   really dread."
19           You will see where I'm
20   going. My presentation today I
21   see as more creating a necessary
22   record than to convince this panel
23   of colleagues who appreciate our
24   firm's, among many other firm's,

KS-000004

2 (Pages 2 to 5)

HIGHLY CONFIDENTIAL - FEE COMMITTEE ATTORNEYS' EYES ONLY

Page 6

1  including those at this table,
2  contribution to the Vioxx
3  litigation.
4       Our firm has many
5  experienced trial lawyers, lawyers
6  experienced in mass tort and
7  catastrophic injury.  We brought a
8  team, and I calculated this
9  yesterday, to this litigation with
10 over 100 years of lawyering
11 experience and 40 years of medical
12 experience.  We were there at the
13 beginning, as those at the table
14 know.  We made a major
15 contribution, I believe, and that
16 contribution, as I said, was made
17 not only by our firm, but by many
18 other firms.
19      The litigation settled on
20 the strength of the collective
21 work that essentially is now
22 memorialized in something known as
23 the trial package.  It is heavy
24 with science and medicine and as

Page 7

1  technical and complex as I've seen
2  in 30 years of litigating complex
3  drug product cases, back to the
4  first one which I tried, which was
5  a Dalkon Shield case.
6       On the day that this case
7  settled, and I take us back to the
8  words of praise by C.S. Lewis, and
9  we were headed to New Orleans, I
10 received the kindest note, kindest
11 note from Russ Herman, inviting
12 our firm to a dinner in New
13 Orleans with the highest praise,
14 which was appreciated then and
15 appreciated now.  I return that
16 praise, Russ, I return that praise
17 by saying we appreciate your
18 leadership.
19      His e-mail in the invitation
20 said, "Your firm's team is and has
21 been integral to all efforts."  My
22 presentation today will describe
23 all of those efforts and how they
24 were, I believe, integral to a

Page 8

1  collective effort that was made in
2  this room and throughout the
3  United States.
4       An overview.  If you guys
5  can just wait for me on the
6  slides.  We're among friends.
7       Here's how I see the
8  overview for what we've done in
9  showing how our role was integral.
10 We were involved since back in
11 2003.  No one at this table knows
12 better than Chris Seeger.  We, of
13 course, provided litigation
14 funding and took the risk with all
15 of those here.  We developed a
16 substantial portion of the
17 liability case principally through
18 depositions of Merck executives,
19 scientists, key third parties,
20 developed experts and did
21 extensive, I mean extensive
22 document review.
23      Next we developed a
24 substantial portion of the

Page 9

1  causation case, including
2  depositions, expert development,
3  medical literature review, work on
4  mechanism of action and
5  pharmacology.  This was the
6  scientific puzzle that we all
7  struggled with in the beginning.
8       If I might complement her,
9  Lisa Dagostino did the work in the
10 trenches, along with many others
11 whose names are familiar, Dave
12 Buchanan, very notably, as well as
13 others.
14      We did expert development,
15 and I'm going to discuss that with
16 you, and extensive document
17 review.  Trial package development
18 included significant portions of
19 the trial package, which I'll
20 discuss.  We were involved in the
21 preemption briefing in which Arnie
22 took the lead.  We worked very
23 closely, as everyone knows.  Lisa
24 argued the factual portion, while

KS-000005
3 (Pages 6 to 9)

HIGHLY CONFIDENTIAL - FEE COMMITTEE ATTORNEYS' EYES ONLY

Page 10

1  others argued the other portion.
2      We were intimately involved
3  in the trial, not only trial
4  selection, but trial strategy, in
5  many aspects of it, both formally
6  and informally, as this litigation
7  progressed.
8      I know it's important, so my
9  next slide deals with leadership
10  positions and committee
11  memberships.
12      The next slide on committee
13  memberships and leadership
14  positions, again, I believe most
15  people, if not everyone at the
16  table, knows our various roles.
17  Lee Balefsky and I were not only
18  at the status conferences, but we
19  were asked to be part of the
20  premeets with Judge Fallon and
21  were there, and I know viewed by
22  those in leadership in this
23  litigation as an important and
24  integral part of the think tank,

Page 11

1  if I could call it that.
2      Lee Balefsky was a member of
3  the discovery committee, liaison
4  counsel, and we were tasked with
5  developing significant parts, as
6  you know, of the stroke package.
7      Lisa Dagostino, her
8  membership on the science
9  committee is well known to
10  everyone at this table and the
11  countless hours -- I guess they
12  are not countless, because they
13  are counted -- but the hours which
14  amount to literally two years of
15  full-time work.
16      Lisa, as everyone knows, is
17  a physician and an attorney and
18  among the most knowledgeable, by
19  anyone's account, in the
20  litigation of the science and
21  medicine of Vioxx. It's probably
22  only a shame for the victims of
23  Vioxx that Lisa Dagostino wasn't
24  Alise Reicin, because there may

Page 12

1  not have been that tragedy.
2      As part of the science
3  committee, Lisa undertook an
4  extensive review of the underlying
5  medical files for adverse events
6  in the Merck trials. Those at
7  this table who were in the
8  litigation part of this know that
9  that was the, quote, adjudication
10  project. That was some of the
11  most tedious work in dragging down
12  and undercutting the underbelly of
13  the various Merck studies,
14  especially the VIGOR trial, and
15  Lisa was involved.
16      Moving to depositions.
17  Depositions of key Merck
18  scientists and executives, I think
19  probably our firm made one of its
20  most significant contributions
21  here. I can tick them off.
22  Shanin Specter was one of the
23  three who deposed Ray Gilmartin, I
24  remember those days well, as will

Page 13

1  Chris Seeger and Mark Lanier.
2      Ed Scolnick, I, in
3  particular, did what was then
4  called the label module. It took
5  us all collectively, until my
6  redirect-examination, to figure
7  out that Ed Scolnick never
8  finished his residency and was
9  never board certified, and that's
10  why he didn't practice medicine.
11  That is a little historical fact
12  for those in the room who would
13  appreciate it.
14      Shanin, on four different
15  days, relentlessly and doggedly
16  day after day went after Peter
17  Kim, one of the best witnesses
18  that Merck had.
19      I've always to this day
20  thought that Alise Reicin loathed
21  Lanier more than me, but I had
22  three different cracks at her and
23  probably the best day of the
24  litigation, and I mean this,

KS-000006

HIGHLY CONFIDENTIAL - FEE COMMITTEE ATTORNEYS' EYES ONLY

Page 14

1    because we all know Mark Lanier's
2    contribution to this litigation.
3    I was only lucky enough to be
4    there when Chris Seeger ran into
5    the room on the record, Mrs.
6    Golkow will testify to this under
7    oath, and said, we got a verdict,
8    $250 million, and we were on the
9    record. True, Linda?
10         THE COURT REPORTER: Yes.
11         MR. KLINE: I said to Alise
12   Reicin, so, what do you think
13   about that, Dr. Reicin? I was
14   only there to ask her what she
15   thought about it, Lanier got the
16   verdict, and it was a turning
17   point.
18         I was talking to Rick Meadow
19   today out in the hall, because
20   this is a time, I guess, to
21   reminisce, too, about how the
22   State cases and the Federal cases
23   and the effort, as I'm going to
24   talk about in a moment at the

Page 15

1    Topol deposition, became a
2    collective one. Everybody from
3    California to New Jersey, coast to
4    coast, banded together in this
5    litigation. That's something I'm
6    proud of.
7         If I can have like one
8    little gem that I take credit for,
9    I want one little thing, defender
10   of the franchise. Actually, Lisa
11   found it. I only got, as Shanin
12   Specter would say, quoting Winston
13   Churchill, the roar.
14         Deborah Shapiro was taken by
15   Shanin Specter. As you know, it
16   is the only evidence that Judge
17   Higbee found sufficient to present
18   to the jury on punitive damages in
19   Cona/McDarby, the Cona/McDarby
20   trial. I have, and I know Mark
21   will indulge me with the e-mail
22   later in showing it, but I have
23   the nicest e-mail between Shanin
24   and Mark, which I would like to

Page 16

1    share with this group, because I
2    think it shows, again, our
3    integral part.
4         Continuing along, these were
5    the key Merck scientists and
6    executives. For two days, Shanin
7    went at Alan Nies on the early
8    development of the drug, the
9    pharmacology, backed up by Lisa.
10        We do not take credit for
11   the developing of the marketing
12   part of this case, it was ably
13   developed by other lawyers, but I
14   might add, we just wanted our toes
15   in the Anstice water, and so Lee
16   Balefsky got a small crack at him
17   that day.
18        Continuing along, Barry
19   Gertz, as you all know, he's a
20   pharmacologist, he was a key guy,
21   and it was a very technical
22   deposition taken by Mark Hoffman
23   with something near 30 years of
24   experience as a former transplant

Page 17

1    surgeon, and one of the early
2    developers and persons who figured
3    out the science of this
4    litigation.
5         Tom Simon, the GI doc who
6    designed the VIGOR trial, was
7    taken on two separate days by Mark
8    Hoffman.
9         Continuing along, Kathy
10   Metters, who was the head of basic
11   research of Merck, you will all
12   remember the so-called claw back
13   document, the patent document.
14   That's what this deposition was
15   all about.
16        On this page, I've lumped
17   her with Joe Lynch, who was taken
18   by Shanin, and Lisa questioned
19   him, and that was the infamous
20   green monkey study. Here's a
21   point that may get lost in the sea
22   of work that was done by so many
23   lawyers.
24        The green monkey study was a

KS-000007

GOLKOW TECHNOLOGIES, INC. - 877.370.3377

HIGHLY CONFIDENTIAL - FEE COMMITTEE ATTORNEYS' EYES ONLY

Page 18

1   major defense, as was the defenses
2   presented by Metters. It was
3   neutralizing those defenses, not
4   only presenting the evidence that
5   we developed, but neutralizing the
6   defenses, neutralizing the Peter
7   Kims, neutralizing the Metters,
8   neutralizing the Lynches of the
9   Merck stable that contributed
10  significantly.
11      There were many trials in
12  this litigation, as we all know,
13  and we provided direct support and
14  assistance, deposition cuts, all
15  kinds of assistance. I know that
16  in your small group, Andy can
17  speak to that. He knows that we
18  were there, as does Chris and
19  others at these trials, during
20  these trials, for these trials.
21      Speaking of trials, I want
22  to, in passing, mention one case
23  which never did try. That was the
24  Abrams case. It was listed as the

Page 19

1   second MDL trial. It was listed
2   in early 2006. It was a
3   disappointment to pull that case.
4   After consulting with all of the
5   PEC, including Andy and Chris and
6   Russ and Arnie, I might add, as
7   well, we unanimously agreed that a
8   late discovered document made the
9   case undesirable as a bellwether
10  case. I know that was a
11  disappointment to all of us, and I
12  know it was a disappointment to
13  Judge Fallon, but for those of us
14  who were involved in the decision,
15  I still think that it was the
16  right decision.
17      Depositions in this
18  litigation of third parties were,
19  as everyone here knows, very
20  important. I was given the
21  responsibility to be involved in
22  taking two of what we at the time
23  in the trenches called the
24  third-party trinity, Topol, Graham

Page 20

1   and Nissen.
2       The deposition of Eric
3   Topol, which, of course, was
4   extremely critical of Merck's
5   conduct, was played at, I believe,
6   every trial, certainly every trial
7   which ended in a plaintiff's
8   verdict, but I believe every
9   trial. He debunked many of the
10  theories. It was our most solid
11  evidence on debunking Merck's
12  interpretation of the APPROVe data
13  that the increased risk of Vioxx
14  only happened at 18 months.
15      I could not have done that
16  deposition without Mark Lanier.
17  He and I know it. He and I were
18  collaborators in a backstory that
19  probably will never be told on a
20  record.
21      MR. LANIER: But it was a
22  darn good story.
23      MR. KLINE: It was a hell of
24  a story, and it was one of the

Page 21

1   most fun things that I ever did as
2   a lawyer.
3       David Graham, his deposition
4   was taken by me, and we know the
5   story there. He was the chief
6   critic.
7       Nissen was Topol's co-author
8   and FDA Advisory Committee member,
9   and Lisa worked extensively with
10  Chris Tisi on this litigation. I
11  would be remiss, because I labored
12  so many hours, as did Lisa in
13  particular with Chris Tisi, and I
14  know it is my time to make a
15  pitch, but I can tell you that
16  Chris Tisi was the dogged pursuer
17  of the MDL third-party strategy.
18  He kept saying, let's take these
19  deps, let's take these deps, and
20  Topol was worth it, and we offer
21  congratulations to him.
22      I was responsible to go off
23  and take Curfman. We all know how
24  the New England Journal was in the

6 (Pages 18 to 21)

KS-000008

HIGHLY CONFIDENTIAL - FEE COMMITTEE ATTORNEYS' EYES ONLY

Page 22

```
 1    middle of the fray.  I went up and
 2    took Curfman's deposition after
 3    the Expression of Concern was
 4    written.  It became a very
 5    important corollary to what was
 6    going on at that time.
 7         Jerry Avorn, Chris Tisi ably
 8    took it.  Mark Lanier at trial did
 9    it live, and Lisa did much of a
10    background and prep work on that.
11    I went up there for the
12    deposition, because somehow my
13    being there was supposed to
14    neutralize Phil Beck or something
15    like that.  I don't take any
16    credit for it, other than Lisa did
17    all the background work on Avorn.
18         And then, finally, I was up
19    there when they sent the dogs out
20    after Eric Topol and they decided
21    that Mal Mixon, the chairman of
22    the board of trustees of the
23    Cleveland Clinic, was going to
24    trash the guy.  I was sent to do
```

Page 23

```
 1    the cross-examination.  I don't
 2    remember seeing that deposition
 3    played during the course of the
 4    Vioxx litigation, as I recall it.
 5         Expert development.  A word
 6    about it, if I may.  We were
 7    involved in much of the major
 8    expert development in this
 9    litigation.  Jerry Avorn -- I'm
10    going to pass over a lot of this
11    quickly for the sake of time --
12    but they are names that are
13    familiar to everyone here.  Avorn
14    was clearly, in my view, was the
15    most distinguished expert.  Tisi,
16    Buchanan, Grand from Seeger Weiss,
17    the latter two did phenomenal
18    work, along with Lisa, in a key
19    deposition, as I believe we all
20    agree.
21         Ray, another highly
22    credentialed expert.  Lisa
23    Dagostino, Tisi and Buchanan
24    prepping him for a de bene esse
```

Page 24

```
 1    deposition.  And then there were
 2    other experts, as well, that we
 3    spent much time working with in
 4    expert development, and that
 5    includes Pace-Asciak, Parisian,
 6    Levine, who is the stroke
 7    expert -- I'll speak to that in
 8    just a moment, I'll speak to
 9    Feldman in a moment, who, in the
10    stroke part of the trial package,
11    was a project among many people,
12    including Mike Wenkowitz of Arnold
13    Levin's office and Lisa Dagostino.
14         That takes us to the trial
15    package.  It's kind of like a tour
16    of the Vioxx litigation, by the
17    way.
18         The trial package, I would
19    make just a few points.  The trial
20    package has been described, I've
21    heard it described as probably the
22    best trial package ever put
23    together in mass tort litigation.
24    It was a comprehensive effort of
```

Page 25

```
 1    many people who put in countless
 2    hours in the project.
 3         I would say a couple of
 4    things about our contribution.
 5    The documents which are sitting
 6    with Lisa to her right, if I can
 7    just have them in my hand for a
 8    moment, are really there.  They
 9    became really the guide, if you
10    will, the way that someone would,
11    along with the updated --
12         MR. SEEGER:  Your time --
13         MR. KLINE:  I am going to
14    make it, and I appreciate the
15    indulgence.
16         -- along with the road map,
17    and what do you call the initial
18    --
19         MS. DAGOSTINO:  The theme
20    grid.
21         MR. KLINE:  The theme grid.
22    Along with the theme grid, which
23    the trial committee updated, which
24    was the original work of Buchanan,
```

KS-000009

GOLKOW TECHNOLOGIES, INC. - 877.370.3377

HIGHLY CONFIDENTIAL - FEE COMMITTEE ATTORNEYS' EYES ONLY

Page 26

1  et al., Seeger, et al. She
2  compiled the dictionary of terms,
3  the list of 3,200 articles in
4  Vioxx, which Lisa Dagostino
5  labored through and actually knows
6  and actually read.
7      This is essentially our data
8  bank, as is the cast of
9  characters, which essentially is a
10 road map of the who's who. I know
11 this committee is familiar with
12 all of them.
13     In addition, we were
14 involved in doing all the things
15 that went into the package, which
16 is the deposition cuts, the
17 modules, et cetera.
18     I want to lead into my last
19 four minutes with "In the words of
20 our peers," this litigation was a
21 team effort. I just want to show
22 a few things, and I know that
23 those who wrote them will be okay
24 with it, I guess is what I want to

Page 27

1  say.
2      First of all, Lanier. This
3  is on the Topol deposition, and I
4  like it and I saved it.
5      "Put down your
6  computer/Blackberry." He was in
7  England. "Go Outside...Listen.
8  ..can you hear that??? Can you
9  hear the applause?" This is
10 classic Lanier, I might add. "It
11 is coming from England...The
12 applause is so loud, it is
13 traveling the Atlantic. I just
14 read the Topol depo. If that is
15 not your best work, I would love
16 to see what is! Fantastic!!!
17 Absolutely fantastic!!! My
18 compliments and praise...Happy
19 Thanksgiving."
20     That was followed by a whole
21 bunch of e-mails about Bob Dylan,
22 which are not part of this
23 presentation.
24     From Mark, again, a very

Page 28

1  nice note saying, "Lisa/Shanin/
2  Tom's incredible depositions of
3  Shapiro/Topol."
4      I would like to share with
5  this group a really nice e-mail
6  between Shanin and Mark.
7      If we can skip this one and
8  go to the next one, which is, "We
9  got to punies because of you,"
10 said Lanier. "Judge denied motion
11 to dismiss!!!
12     Specter quoting Churchill.
13 "I 'had the luck to give the
14 roar.' Lisa Dagostino deserves
15 the credit."
16     And Lanier. "You were
17 played in closing puni argument...
18 Great find and delivery from you
19 and Lisa both!!!".
20     Next, speaking to the
21 trials, our involvement in the
22 various trials, Steve Knowlton of
23 the Locks firm saying, "Please
24 tell Tom thanks for me. Your

Page 29

1  work, as a firm, has been an
2  essential part of the case."
3      Pete Kaufman writing from
4  the Levin Papantonio firm. "Lisa,
5  your contributions to the trial
6  package have been astonishing. If
7  I knew a word better than
8  'astonishing,' I would use it."
9      And Chris Tisi saying, "Wow!
10 Lisa and Kathy...this is great to
11 have. You are fantastic." This
12 is a kudos to the many hours of
13 work that was done by Kathy
14 Spurka. No Arnie, you cannot have
15 her back. "You guys are the best.
16 I particularly want to thank
17 Kathy."
18     And finally from Russ, very
19 kindly sending to Lisa and telling
20 here, "Excellent work as usual."
21     And finally another e-mail
22 again from Russ in his true
23 gentlemanly style. We in the
24 north still have much to learn

**KS-000010**

8 (Pages 26 to 29)

HIGHLY CONFIDENTIAL - FEE COMMITTEE ATTORNEYS' EYES ONLY

Page 30

1 from you, Russ. It says here, "I
2 personally appreciate your
3 continuous work at a level of
4 excellence. Trial package and
5 everything you have touched has
6 been top notch. Take care and
7 thanks."
8     My very few concluding
9 thoughts.
10     MR. SEEGER: Wait a second.
11 You don't have one nice e-mail
12 from me?
13     MR. KLINE: You didn't send
14 me an e-mail or I would.
15     MS. DAGOSTINO: We had to
16 redact certain words.
17     MR. HERMAN: Mark recants,
18 but I don't.
19     MR. SEEGER: I should have
20 written at least one nice e-mail.
21     MR. KLINE: You didn't write
22 one to me, but you told me so.
23     MR. SEEGER: Yes, I did.
24     MR. KLINE: Here's the laugh

Page 31

1 line. Here is my laugh line.
2     "I can live on a great
3 compliment for two months." Mark
4 Twain.
5     Here's my last point. This
6 was my official presentation, and
7 thank you for indulging me. Thank
8 you again. This was a successful
9 group effort. Different people in
10 different firms did different
11 valuable things. The
12 significantly contributing firms
13 of the PSC, of which ours is
14 clearly one, should be recognized
15 and recognized at the same
16 multiplier without
17 differentiation. That's our view
18 of it. Our work was undoubtedly
19 integral in the establishment of
20 the settlement and the success of
21 the litigation.
22     Thank you.
23     MR. HERMAN: Let me say a
24 couple of things at this juncture.

Page 32

1     First of all, you made a
2 good move by making Lisa a
3 partner, because there are other
4 members of the PSC that if you
5 didn't, we would. She would be
6 welcome at any time in any one of
7 the firms.
8     MR. LEVIN: I have a
9 question, if I may interrupt you.
10     MR. HERMAN: Wait a second,
11 it's my turn.
12     I want to thank Lisa
13 particularly. The trial package
14 to me is one of the most important
15 single things that we can do,
16 because it justifies a common
17 benefit fee. Individual trials,
18 those that won, some that didn't,
19 depositions, document review, we
20 all know what that is as lawyers.
21 But the ability to resolve the
22 case and at the same time produce
23 a trial package that no one can
24 deny cures a lot of issues in any

Page 33

1 view, and it's why I pushed so
2 hard for it. I think we had our
3 best people on that committee in
4 terms of knowing the case. Or I
5 should say representatives of the
6 best firms who know the case on
7 that committee. Others were
8 trying cases at the time.
9     The reason for that is
10 everybody has got the opportunity
11 in this case to opt out. You
12 don't have to opt in. And in
13 order to justify the ethical
14 concerns, you have to have some
15 balance on the other side. You
16 have to be able to say, hey, you
17 don't want in, you don't like the
18 deal, go try your case, here's a
19 package. I think it's a
20 fundamental issue that's been lost
21 in all of this. So, the work to
22 me on the trial package is a
23 fundamental situation absolutely
24 necessary in this case. It is the

KS-000011

9 (Pages 30 to 33)

HIGHLY CONFIDENTIAL - FEE COMMITTEE ATTORNEYS' EYES ONLY

Page 34

1 only trial package I have ever
2 seen come out of an MDL that's
3 worth a damn. Nobody else had a
4 trial package where you could go
5 try a case. This one you could.
6     These trials were costing a
7 million-and-a-half, $1 million
8 apiece. You can try a case maybe
9 for a couple hundred thousand with
10 this trial package. I want to say
11 that because we're being recorded
12 on a record, and it's got to be
13 said at some point.
14     Secondly, you made the issue
15 about the Abrams trial. I did not
16 know until y'all called that that
17 case was going to be pulled. It
18 caused some difficulty. However,
19 Tom's work on Topol, which was
20 used in numerous trials to a great
21 advantage, was before Judge Fallon
22 on several occasions, and I'm sure
23 demonstrated his extraordinary
24 ability as a trial lawyer. We all

Page 35

1 get surprised sooner or later in
2 this practice, it just happens, no
3 matter how hard you work.
4     Again, I want to say that
5 when you take 17 key depositions
6 in the case, and they are taken by
7 partners, and you've got two
8 physician lawyers doing the
9 background work, it's significant.
10 That's my view of this.
11     What comes out of this, I
12 don't know, because the best
13 advice, and I'm directed to say
14 this, you've got to read the Fifth
15 Circuit cases, you've got to read
16 Murphy Oil, you've got to read
17 Mobil, and, of course, the
18 original case setting the Johnson
19 factors, because if this matter is
20 not resolved among counsel in
21 terms of fee, then it is all going
22 to the Fifth Circuit sooner or
23 later. So, whatever happens.
24     In addition to that, Judge

Page 36

1 Fallon has said that if the matter
2 is not resolved, he's got some
3 former assistant U.S. Attorneys on
4 hand, he's got the three judges or
5 special masters on hand, he's
6 going to put all of us under oath,
7 and we're all going to be required
8 to testify about what we did and
9 what we didn't do.
10     I say that to you not
11 because I see any fluff in what
12 you've done in your presentation,
13 but you've got to be aware of
14 that, and if there's some changes
15 you want to make to the affidavit,
16 and I'm not suggesting there are,
17 you really have to look at it
18 closely.
19     So, that's what I've got to
20 say.
21     MR. LEVIN: Off the record.
22         - - -
23     (Whereupon, an
24 off-the-record discussion was

Page 37

1 held.)
2         - - -
3     MR. KLINE: Lisa was, in a
4 way I've never seen, driven
5 compulsively to the point that I
6 didn't think it was healthy. I'll
7 say that on the record.
8     MR. LANIER: Her picture is
9 in the dictionary next to the word
10 indefatigable.
11     MR. LEVIN: I went off the
12 record only because of the comment
13 on the hours, but I think
14 everything else is worthy of
15 putting on the record.
16     MR. SEEGER: From my
17 perspective, your presentation
18 really speaks for itself, and it
19 is a real reminder about how many
20 pieces of the litigation you were
21 involved with. Clearly, from the
22 day we got involved together in
23 Vioxx, we were in it a little
24 earlier, probably the earliest,

**KS-000012**

10 (Pages 34 to 37)

HIGHLY CONFIDENTIAL - FEE COMMITTEE ATTORNEYS' EYES ONLY

Page 38

1 you have been one of the go-to
2 people. I think as Russ said,
3 which is key, it wasn't like you
4 sent -- I mean, you and Shanin
5 were taking the depositions and
6 Lisa, so --
7     MR. KLINE: I appreciate
8 your saying it, and I appreciate
9 what Russ said. We've all been
10 through a lot together, and I know
11 these proceedings are formal, and
12 I knew I had an obligation to the
13 law firm, the partners, to lay it
14 out. It is a walk down memory
15 lane for a lot of us, and it is a
16 good walk. There are a lot of
17 nice pieces to it. It has been
18 very rewarding to work with the
19 folks in this room. You know how
20 I feel personally about it.
21     I understand that there are
22 economic issues, and that's why
23 we're all going through the
24 process. And to answer Russ'

Page 39

1 question, we're well familiar,
2 very familiar with the cases in
3 the Fifth Circuit.
4     MR. LANIER: Off the record
5 for a second.
6         - - -
7     (Whereupon, an
8 off-the-record discussion was
9 held.)
10         - - -
11     MR. BIRCHFIELD: I got the
12 benefit of using the Topol
13 deposition first, and it was
14 remarkable work. And you are
15 right, we were concerned about
16 Lisa's health, too, the hours that
17 she was putting in both on the
18 trial package, on the stroke
19 committee and helping us at
20 trials. So, your work is really
21 phenomenal, and I appreciate that.
22 I told you before, but I want to
23 say it again.
24     But one thing, and maybe it

Page 40

1 is not something that you can
2 address --
3     MR. HERMAN: Andy, would you
4 raise your voice.
5     MR. BIRCHFIELD: One of the
6 things I wanted to help me a
7 little bit on, the Abrams case, I
8 was in trial when that decision
9 was made. Can you share with us
10 what happened there?
11     MR. KLINE: I sure can.
12 Lisa, do you have the slide?
13     MS. DAGOSTINO: Yes.
14     MR. KLINE: I'll show you
15 exactly what happened, and
16 everyone here will understand.
17     We were putting these cases
18 up, as everyone in this room
19 knows. We were just trying to
20 find cases, our best cases. We
21 didn't have all of the records.
22 None of us had all of the records.
23 What happened here was you had a
24 self-prescribing doctor, a

Page 41

1 dentist, he was a dentist, whose
2 blood pressure was increasing on
3 Vioxx. His doctor told him to get
4 off the drug, he didn't, he died.
5     When we saw this document
6 that I brought with me, Andy,
7 which I reported, and I distinctly
8 remember it, and I know the others
9 here do, I reported it to Chris, I
10 talked to Arnie about it, I talked
11 to Russ about it, I talked to you
12 about it, I believe at the time,
13 but in any event, here were the
14 facts, and here was the reasoning.
15     We had a document here that
16 said "Vioxx increasing blood
17 pressure, edema." The doctor knew
18 that he had the symptoms that, by
19 the way, while we criticized the
20 warning, the label does say
21 certain things about risks, and he
22 told Mr. Abrams or Dr. Abrams, the
23 dentist, who was self-prescribing,
24 in number 4, discontinue Vioxx."

**KS-000013**
11 (Pages 38 to 41)

HIGHLY CONFIDENTIAL - FEE COMMITTEE ATTORNEYS' EYES ONLY

Page 42

1    I mean, it's in the "come on"
2    category.  He was told to get off
3    the Vioxx.  He wasn't prescribed
4    Vioxx by a doctor.  He was told by
5    a doctor get off of it.
6        I think that I can work with
7    some pretty bad facts, and I know,
8    Andy, you worked with some pretty
9    bad facts, I know that, but we
10   couldn't win this case.  And at
11   the time, we were all struggling,
12   all of us, with not losing cases,
13   with getting cases that we could
14   win.  We were jockeying with
15   Merck.  We all were involved in
16   this, the folks in the MDL, with
17   what cases to try, what cases not
18   to try.
19       Believe me, I know and I
20   regret that we pulled that case,
21   and I know through Russ and others
22   how Judge Fallon felt about it.
23   But if I can use a word, but damn
24   it, come on.

Page 43

1        MR. HERMAN:  Well, let me
2    just cut this short, because I
3    don't think you really have to
4    apologize.  I think we were all
5    rubbed raw at the time.
6        But my view has always been,
7    and if you look at the table and
8    I'll look at you guys, the one
9    thing about this litigation is we
10   had real lawyers involved that
11   tried real cases.  I've never been
12   in a position ever of
13   second-guessing a real trial
14   lawyer when he says, hey, I've got
15   to pull the case, I have to do
16   that.  I just think that when you
17   let your arrogance get involved in
18   your best judgment, you are headed
19   for trouble.  I think with really
20   fine trial lawyers, we all
21   sometimes go off base.  I don't
22   think you were off base.  I think
23   that your work was excellent in
24   the case.  It wasn't easy, I'll

Page 44

1    tell you -- well, it's not
2    important.  But at any rate, I
3    think we need to get past that.  I
4    don't think that ought to be a key
5    factor or a sine qua non in the
6    judgment of your work.  We all
7    have difficulties during trials,
8    we have difficulties, et cetera,
9    but the fact is, your firm made a
10   significant contribution and that
11   you are real lawyers.
12       MR. SEEGER:  From day one.
13       MR. HERMAN:  I want to get
14   past this.  The reason I do is I
15   got over it, and I think we all
16   ought to get over it.
17       MR. KLINE:  I appreciate
18   that, Russ.  We got over it, and
19   Lisa reminded me, what did we go
20   do the next week?  We took the
21   Topol deposition, I believe.
22       MS. DAGOSTINO:  It was the
23   day after.
24       MR. KLINE:  I think it was

Page 45

1    the day after.  So, we were on to
2    doing the next thing.
3        Russ, I appreciate it.  I
4    felt obliged -- if I might have
5    just literally two seconds more.
6    I felt obliged to address it
7    because of Andy's question.
8        MR. HERMAN:  No, I'm glad
9    you did, and I think it needs to
10   be addressed, because in my own
11   mind --
12       MR. SEEGER:  It was good
13   that Andy asked the question.  It
14   needed to be addressed.
15       MR. KLINE:  It needed to be
16   addressed.  That's how I felt
17   about it.
18       MR. HERMAN:  I guess what I
19   want to say on the record is, in
20   our consideration, we really have
21   to get past it.  It provided a
22   very difficult time in the MDL.  I
23   think what really helps is the
24   fact that your performance and

12 (Pages 42 to 45)

**KS-000014**

HIGHLY CONFIDENTIAL - FEE COMMITTEE ATTORNEYS' EYES ONLY

Page 46

1  your partners' performance in all
2  the depositions, but particularly
3  in Topol, were very dramatic, and
4  they were going to have to eat
5  Topol in every single trial.  Very
6  important to this litigation.
7      MR. BIRCHFIELD:  In raising
8  that issue, I was not diminishing
9  your work in any way.
10     MR. KLINE:  No, I understand
11 that.  But you couldn't, sitting
12 in our shoes or in my shoes, not
13 go back and look at it
14 reflectively, and this is an
15 opportunity to do that in a
16 self-critical analysis and say
17 what happened, and I know what
18 happened.  I was prepared to say
19 so.
20     MR. SEEGER:  You did.
21     MR. HERMAN:  How many cases
22 have you submitted in the
23 settlement total, do you know?
24 What's the range?

Page 47

1      MR. BALEFSKY:  600, a little
2  over 600.
3      MR. KLINE:  A little over
4  600 cases, Russ.
5      MR. SEEGER:  All right.
6  Thank you.
7      MR. HERMAN: Thank you.
8      MR. KLINE:  Thank you.
9      MR. BIRCHFIELD: Thank you.
10      - - -
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 48

1           C E R T I F I C A T E
2
3      I, LINDA L. GOLKOW, a Notary
4  Public and Certified Court Reporter of
5  the State of New Jersey, Registered
6  Diplomate Reporter, Federally-Approved by
7  the United States District Court of
8  Pennsylvania, do hereby certify that the
9  foregoing is a correct transcript of the
10 testimony as taken stenographically by
11 and before me at the time, place and on
12 the date hereinbefore set forth.
13      I DO FURTHER CERTIFY that I
14 am neither a relative nor employee nor
15 attorney nor counsel of any of the
16 parties to this action, and that I am
17 neither a relative nor employee of such
18 attorney or counsel, and that I am not
19 financially interested in the action.
20
21 _____
22      Linda L. Golkow, RDR, CRR, CCR
    Notary Number: 1060147
23      Notary Expiration: 1.2.10
    CCR Number: 30X100176200
24

**KS-000016**

HIGHLY CONFIDENTIAL - FEE COMMITTEE ATTORNEYS' EYES ONLY

**A**

ability 32:21 34:24
able 33:16
ably 16:12 22:7
Abrams 18:24
  34:15 40:7 41:22
  41:22
absolutely 27:17
  33:23
account 11:19
acknowledge 5:16
action 9:4 48:16,19
add 16:14 19:6
  27:10
addition 26:13
  35:24
address 40:2 45:6
addressed 45:10,14
  45:16
adjudication 12:9
admittedly 3:20
advantage 34:21
adverse 12:5
advice 35:13
Advisory 21:8
affidavit 36:15
agree 23:20
agreed 19:7
al 26:1,1
Alan 16:7
Alise 11:24 13:20
  14:11
Allen 1:10
amount 11:14
analysis 3:18 46:16
Andy 1:10 18:16
  19:5 40:3 41:6
  42:8 45:13
Andy's 45:7
Anstice 16:15
answer 38:24
anyone's 11:19
apiece 34:8
apologize 43:4
applause 27:9,12
appreciate 2:12

5:23 7:17 13:13
  25:14 30:2 38:7,8
  39:21 44:17 45:3
appreciated 7:14
  7:15
APPROVe 20:12
apropos 5:10
argued 9:24 10:1
argument 28:17
Arnie 9:21 19:6
  29:14 41:10
Arnold 1:16 24:12
arrogance 43:17
articles 26:3
asked 10:19 45:13
aspects 10:5
assistance 18:14,15
assistant 2:8 36:3
astonishing 29:6,8
Atlantic 1:5 27:13
attorney 11:17
  48:15,18
Attorneys 1:4 36:3
Avorn 22:7,17 23:9
  23:13
Avorn's 2:16
aware 36:13

**B**

back 2:17 7:3,7
  8:10 17:12 29:15
  46:13
backed 16:9
background 22:10
  22:17 35:9
backstory 20:18
bad 42:7,9
balance 33:15
Balefsky 2:6 10:17
  11:2 16:16 47:1
banded 15:4
bank 26:8
Barry 16:18
base 43:21,22
based 3:17
basic 17:10

Beasley 1:10
Beck 22:14
beginning 6:13 9:7
believe 6:15 7:24
  10:14 20:5,8
  23:19 41:12 42:19
  44:21
bellwether 19:9
bene 23:24
benefit 32:17 39:12
Berman 1:16
best 13:17,23 24:22
  27:15 29:15 33:3
  33:6 35:12 40:20
  43:18
better 8:12 29:7
**BIRCHFIELD**
  1:10 39:11 40:5
  46:7 47:9
bit 40:7
blame 5:17
blood 41:2,16
board 13:9 22:22
Bob 27:21
Boston 2:22
briefing 9:21
brought 6:7 41:6
Buchanan 2:18,19
  9:12 23:16,23
  25:24
bunch 27:21

**C**

C 48:1,1
calculated 6:8
California 15:3
call 11:1 25:17
called 13:4 19:23
  34:16
camaraderie 4:12
care 30:6
case 7:5,6 8:17 9:1
  16:12 18:22,24
  19:3,9,10 29:2
  32:22 33:4,6,11
  33:18,24 34:5,8

34:17 35:6,18
  40:7 42:10,20
  43:15,24
cases 5:5 7:3 14:22
  14:22 33:8 35:15
  39:2 40:17,20,20
  42:12,13,17,17
  43:11 46:21 47:4
cast 26:8
catastrophic 6:7
category 42:2
causation 5:2 9:1
caused 34:18
CCR 48:22,23
certain 30:16 41:21
certainly 20:6
certified 13:9 48:4
certify 48:8,13
cetera 26:17 44:8
chairman 22:21
changes 36:14
characters 26:9
chief 21:5
chop 3:7
Chris 8:12 13:1
  14:4 18:18 19:5
  21:10,13,16 22:7
  29:9 41:9
**CHRISTOPHER**
  1:19
Churchill 15:13
  28:12
Circuit 35:15,22
  39:3
CITY 1:5
classic 27:10
claw 17:12
clearly 23:14 31:14
  37:21
Cleveland 22:23
clients 3:10
Clinic 22:23
closely 9:23 36:18
closing 28:17
coast 15:3,4
collaborators

20:18
colleagues 5:23
collective 6:20 8:1
  15:2
collectively 13:5
come 34:2 42:1,24
comes 35:11
coming 2:17 27:11
comment 37:12
committee 1:1,4,9
  10:10,12 11:3,9
  12:3 21:8 25:23
  26:11 33:3,7
  39:19
common 32:16
comorbidities 3:9
compiled 26:2
complement 9:8
complex 7:1,2
compliment 31:3
compliments 27:18
comprehensive
  24:24
compulsively 37:5
computer/Black...
  27:6
Cona/McDarby
  15:19,19
Concern 22:3
concerned 39:15
concerns 33:14
concluding 30:8
conduct 20:5
conferences 10:18
**CONFIDENTIAL**
  1:3
congratulations
  21:21
consideration
  45:20
consulting 19:4
Continuing 16:4,18
  17:9
continuous 30:3
contributed 18:9
contributing 31:12

**KS-000017**

HIGHLY CONFIDENTIAL - FEE COMMITTEE ATTORNEYS' EYES ONLY

Page 50

contribution 6:2,15
  6:16 14:2 25:4
  44:10
contributions
  12:20 29:5
Convention 3:1
convince 5:22
convincing 5:3
corollary 22:5
correct 48:9
costing 34:6
Cotlar 1:13
counsel 11:4 35:20
  48:15,18
counted 11:13
countless 11:11,12
  25:1
couple 2:20 3:21
  25:3 31:24 34:9
course 3:5 8:13
  20:3 23:3 35:17
Court 1:22 14:10
  48:4,7
covet 5:17
co-author 21:7
crack 16:16
cracks 13:22
creating 5:21
credentialed 23:22
credit 15:8 16:10
  22:16 28:15
critic 21:6
critical 20:4
criticized 41:19
cross-examination
  23:1
Crow 1:10
CRR 48:22
cures 32:24
Curfman 21:23
Curfman's 22:2
cut 43:2
cuts 18:14 26:16
C.S 5:9 7:8

        D

D 1:10
Dagostino 1:7 2:7
  9:9 11:7,23 23:23
  24:13 25:19 26:4
  28:14 30:15 40:13
  44:22
Dalkon 7:5
damages 15:18
damn 34:3 42:23
darn 20:22
data 20:12 26:7
date 48:12
Dave 9:11
David 21:3
day 7:6 13:16,16,19
  13:23 16:17 37:22
  44:12,23 45:1
days 12:24 13:15
  16:6 17:7
de 23:24
deal 33:18
deals 10:9
Deborah 15:14
debunked 20:9
debunking 20:11
DECEMBER 1:2
decided 22:20
decision 19:14,16
  40:8
defender 15:9
defense 18:1
defenses 18:1,3,6
delivery 28:18
demonstrated
  34:23
denied 28:10
dentist 41:1,1,23
deny 32:24
depo 27:14
deposed 12:23
deposition 2:16,23
  15:1 16:22 17:14
  18:14 20:2,16
  21:3 22:2,12 23:2
  23:19 24:1 26:16
  27:3 39:13 44:21

depositions 8:18
  9:2 12:16,17
  19:17 28:2 32:19
  35:5 38:5 46:2
deps 21:19,19
DEPS@GOLKO...
  1:24
describe 7:22
described 24:20,21
description 3:4
deserves 28:14
designed 17:6
developed 8:15,20
  8:23 16:13 18:5
developers 17:2
developing 11:5
  16:11
development 9:2
  9:14,17 16:8 23:5
  23:8 24:4
diabetes 3:17
diagnosis 3:13
dictionary 26:2
  37:9
died 41:4
different 13:14,22
  31:9,10,10
differentiation
  31:17
difficult 4:24 45:22
difficulties 44:7,8
difficulty 34:18
diminishing 46:8
dinner 7:12
Diplomate 48:6
direct 18:13
directed 35:13
disappointment
  19:3,11,12
discontinue 41:24
discovered 19:8
discovery 11:3
discuss 9:15,20
discussion 36:24
  39:8
dismiss 28:11

distinctly 41:7
distinguished
  23:15
District 48:7
doc 17:5
doctor 40:24 41:3
  41:17 42:4,5
document 8:22
  9:16 17:13,13
  19:8 32:19 41:5
  41:15
documents 25:5
dogged 21:16
doggedly 13:15
dogs 22:19
doing 26:14 35:8
  45:2
Dr 14:13 41:22
dragging 12:11
dramatic 46:3
dread 5:18
drinks 2:20 3:21
driven 37:4
drug 4:1,6 7:3 16:8
  41:4
Dylan 27:21

        E

E 48:1,1
earlier 37:24
earliest 37:24
early 16:7 17:1
  19:2
easy 43:24
eat 46:4
Echsner 1:18
economic 38:22
Ed 13:2,7
edema 41:17
effort 4:20 8:1
  14:23 24:24 26:21
  31:9
efforts 7:21,23
elevator 3:2,19
employee 48:14,17
endeavors 5:10

ended 20:7
England 21:24
  27:7,11
Eric 20:2 22:20
especially 12:14
Esquire 1:6,7,10,11
  1:13,14,16,17,19
  1:21
esse 23:24
essential 29:2
essentially 6:21
  26:7,9
establishment
  31:19
et 26:1,1,17 44:8
ethical 33:13
event 41:13
events 12:5
everybody 15:2
  33:10
evidence 15:16
  18:4 20:11
exactly 40:15
excellence 30:4
excellent 29:20
  43:23
executives 8:18
  12:18 16:6
experience 6:11,12
  16:24
experienced 6:5,6
expert 9:2,14 23:5
  23:8,15,22 24:4,7
experts 8:20 24:2
Expiration 48:23
Expression 22:3
extensive 8:21,21
  9:16 12:4
extensively 21:9
extraordinary
  34:23
extremely 20:4
EYES 1:4
e-mail 7:19 15:21
  15:23 28:5 29:21
  30:11,14,20

KS-000018

GOLKOW TECHNOLOGIES, INC. - 877.370.3377

HIGHLY CONFIDENTIAL - FEE COMMITTEE ATTORNEYS' EYES ONLY

Page 51

;-mails 27:21

**F**

F 48:1
fact 13:11 44:9
  45:24
factor 44:5
factors 35:19
facts 41:14 42:7,9
factual 9:24
Fallon 10:20 19:13
  34:21 36:1 42:22
familiar 9:11 23:13
  26:11 39:1,2
fantastic 27:16,17
  29:11
FDA 21:8
Federal 14:22
Federally-Appro...
  48:6
fee 1:1,4 32:17
  35:21
feel 38:20
feels 4:18
Feldman 24:9
fellow 3:3
felt 42:22 45:4,6,16
Fifth 35:14,22 39:3
figure 13:6
figured 17:2
files 12:5
finally 22:18 29:18
  29:21
financially 48:19
find 28:18 40:20
fine 43:20
finished 13:8
firm 1:6,15 2:3 6:4
  6:17 7:12 12:19
  28:23 29:1,4
  38:13 44:9
firms 6:18 31:10,12
  32:7 33:6
firm's 5:24,24 7:20
first 4:10 5:7 7:4
  27:2 32:1 39:13

Fishbein 1:16
floor 3:20
fluff 36:11
folks 38:19 42:16
followed 27:20
foregoing 48:9
formal 38:11
formally 10:5
former 16:24 36:3
forth 48:12
found 15:11,17
four 2:21 13:14
  26:19
franchise 15:10
fray 22:1
friends 8:6
fully 5:15
full-time 11:15
fun 21:1
fundamental 33:20
  33:23
funding 8:14
FURTHER 48:13

**G**

gem 15:8
gentlemanly 29:23
Gertz 16:19
getting 42:13
GI 17:5
Gilmartin 12:23
Girardi 1:11,12
give 28:13
given 19:20
glad 45:8
go 21:22 27:7 28:8
  33:18 34:4 43:21
  44:19 46:13
going 2:23 3:19 5:4
  5:20 9:15 14:23
  22:6,23 23:10
  25:13 34:17 35:21
  36:6,7 38:23 46:4
Golkow 1:22,23
  14:6 48:3,22
good 2:17 20:22

32:2 38:16 45:12
go-to 38:1
Graham 19:24 21:3
Grand 23:16
great 28:18 29:10
  31:2 34:20
green 17:20,24
grid 25:20,21,22
group 16:1 18:16
  28:5 31:9
guess 11:11 14:20
  26:24 45:18
guide 25:9
guy 16:20 22:24
guys 8:4 29:15 43:8

**H**

hall 14:19
hand 25:7 36:4,5
happened 20:14
  40:10,15,23 46:17
  46:18
happens 35:2,23
Happy 27:18
hard 33:2 35:3
head 17:10
headed 7:9 43:18
health 39:16
healthy 37:6
hear 27:8,9
heard 2:14 3:4 4:2
  24:21
heart 5:13
heavy 6:23
held 37:1 39:9
hell 20:23
help 40:6
helping 39:19
helps 45:23
hereinbefore 48:12
Herman 1:13,13,15
  7:11 30:17 31:23
  32:10 40:3 43:1
  44:13 45:8,18
  46:21 47:7
hey 33:16 43:14

Higbee 15:17
highest 7:13
highly 1:3 23:21
historical 13:11
Hoffman 16:22
  17:8
hours 4:14 11:11
  11:13 21:12 25:2
  29:12 37:13 39:16
hundred 34:9
hypertension 3:14

**I**

important 10:8,23
  19:20 22:5 32:14
  44:2 46:6
included 9:18
includes 24:5
including 6:1 9:1
  19:5 24:12
increased 20:13
increasing 41:2,16
incredible 28:2
indefatigable 37:10
Individual 32:17
indulge 2:13 15:21
indulgence 25:15
indulging 31:7
infamous 17:19
informally 10:6
initial 25:17
injury 6:7
integral 7:21,24 8:9
  10:24 16:3 31:19
interested 48:19
interpretation
  20:12
interrupt 32:9
intimately 10:2
invitation 7:19
inviting 7:11
involved 8:10 9:20
  10:2 12:15 19:14
  19:21 23:7 26:14
  37:21,22 42:15
  43:10,17

involvement 28:21
issue 33:20 34:14
  46:8
issues 32:24 38:22

**J**

Jerry 2:16 22:7
  23:9
Jersey 1:5 15:3
  48:5
jockeying 42:14
Joe 17:17
Johnson 35:18
Journal 21:24
judge 5:14 10:20
  15:16 19:13 28:10
  34:21 35:24 42:22
judged 5:11
judges 36:4
judgment 43:18
  44:6
juncture 31:24
jury 15:18
justifies 32:16
justify 33:13
J.D 1:7

**K**

Kathy 1:8 2:8 17:9
  29:10,13,17
Katz 1:13
Kaufman 29:3
Keese 1:12
kept 21:18
key 8:19 12:17 16:5
  16:20 23:18 35:5
  38:3 44:4
Kim 13:17
Kims 18:7
kind 24:15
kindest 7:10,10
kindly 29:19
kinds 18:15
Kline 1:6,6 2:2,3,4
  3:16 14:11 20:23
  25:13,21 30:13,21

**KS-000019**

HIGHLY CONFIDENTIAL - FEE COMMITTEE ATTORNEYS' EYES ONLY

Page 52

30:24 37:3 38:7·
40:11,14 44:17,24
45:15 46:10 47:3
47:8
knew 4:24 29:7
38:12 41:17
know 5:14 6:14
10:8,21 11:6 12:8
14:1 15:15,20
16:19 18:12,15
19:10,12 20:17
21:4,14,23 26:10
26:22 32:20 33:6·
34:16 35:12 38:10
38:19 41:8 42:7,9
42:19,21 46:17,23
knowing 33:4
knowledgeable
11:18
Knowlton 28:22
known 6:22 11:9
knows 4:18 8:11
9:23 10:16 11:16
18:17 19:19 26:5
40:19
kudos 29:12

**L**

L 1:22 48:3,22
label 13:4 41:20
labored 2:11 4:16
21:11 26:5
lane 38:15
Lanier 1:14,15 3:5
13:1,21 14:15
20:16,21 22:8
27:2,10 28:10,16
37:8 39:4
Lanier's 14:1
late 19:8
laugh 30:24 31:1
law 1:15 2:3 38:13
lawyer 21:2 34:24
43:14
lawyering 6:10
lawyers 6:5,5 16:13

17:23 32:20 35:8
43:10,20 44:11
lay 38:13
lead 9:22 26:18
leadership 7:18
10:9,13,22
learn 29:24
Lee 2:5 10:17 11:2
16:15
legal 2:7
letter 4:6
let's 21:18,19
level 30:3
Levin 1:16,16,18
3:15 29:4 32:8
36:21 37:11
Levine 24:6
Levin's 24:13
Lewis 5:9 7:8
liability 8:17
liaison 11:3
Linda 1:22 14:9
48:3,22
line 31:1,1
Lions 2:24
Lisa 1:7 2:7 9:9,23
11:7,16,23 12:3
12:15 15:10 16:9
17:18 21:9,12
22:9,16 23:18,22
24:13 25:6 26:4
28:14,19 29:4,10
29:19 32:2,12
37:3 38:6 40:12
44:19
Lisa's 39:16
Lisa/Shanin 28:1
list 26:3
listed 18:24 19:1
Listen 27:7
literally 11:14 45:5
literature 9:3
litigating 7:2
litigation 3:6 4:13
4:17 6:3,9,19 8:13
10:6,23 11:20

12:8 13:24 14:2
15:5 17:4 18:12
19:18 21:10 23:4
23:9 24:16,23
26:20 31:21 37:20
43:9 46:6
little 13:11 15:8,9
37:23 40:7 47:1,3
live 22:9 31:2
LLP 1:13,20
loathed 13:20
Locks 28:23
look 36:17 43:7,8
46:13
looked 3:6,8,11,16
4:1,3
losing 42:12
lost 17:21 33:20
lot 23:10 32:24
38:10,15,16
loud 27:12
love 27:15
luck 28:13
lucky 14:3
lumped 17:16
Luxenberg 1:21
Lynch 17:17
Lynches 18:8

**M**

M 1:13
major 6:14 18:1
23:7
making 32:2
Mal 22:21
man 3:8,18
map 25:16 26:10
Mark 1:14 3:4 13:1
14:1 15:20,24
16:22 17:7 20:16
22:8 27:24 28:6
30:17 31:3
marketing 16:11
mass 6:6 24:23
masters 36:5
matter 35:3,19 36:1

MDL 19:1 21:17
34:2 42:16 45:22
Meadow 14:18
mean 8:21 13:24
38:4 42:1
mechanism 9:4
medical 6:11 9:3
12:5
medicine 6:24
11:21 13:10
member 11:2 21:8
members 1:9 32:4
membership 11:8
memberships
10:11,13
memorialized 6:22
memory 38:14
men 5:12
mention 18:22
Merck 8:18 12:6,13
12:17 13:18 16:5
17:11 18:9 42:15
Merck's 20:4,11
Methvin 1:10
Metters 17:10 18:2
18:7
middle 22:1
Mike 24:12
Miles 1:10
million 14:8 34:7
million-and-a-half
34:7
mind 5:14 45:11
minutes 26:19
mistaking 4:5
Mitchell 1:18
Mixon 22:21
Mobil 35:17
module 13:4
modules 26:17
moment 14:24 24:8
24:9 25:8
monkey 17:20,24
months 20:14 31:3
morning 4:15
motion 28:10

move 32:2
Moving 12:16
multiplier 31:16
Murphy 35:16
M.D 1:7

**N**

names 9:11 23:12
near 16:23
necessary 5:21
33:24
need 44:3
needed 45:14,15
needs 45:9
neither 48:14,17
neutralize 22:14
neutralizing 18:3,5
18:6,7,8
never 4:2 13:7,9
18:23 20:19 37:4
43:11
New 1:5·7:9,12
15:3 21:24 48:5
nice 28:1,5 30:11
30:20 38:17
nicest 15:23
Nies 16:7
night 2:15
Nissen 20:1 21:7
non 44:5
nonplused 4:2
north 29:24
notably 9:12
Notary 48:3,22,23
notch 30:6
note 7:10,11 28:1
number 41:24
48:22,23
numerous 34:20

**O**

oath 14:7 36:6
obese 3:11
Objection 3:15
obligation 38:12
obliged 45:4,6
**KS-000020**

GOLKOW TECHNOLOGIES, INC. - 877.370.3377

HIGHLY CONFIDENTIAL - FEE COMMITTEE ATTORNEYS' EYES ONLY

Page 53

occasions 34:22
offer 21:20
office 24:13
official 31:6
off-the-record 36:24 39:8
Oil 35:16
okay 26:23
opportunity 33:10 46:15
opt 33:11,12
order 33:13
original 25:24 35:18
Orleans 7:9,13
ought 44:4,16
Outside 27:7
overview 8:4,8

**P**

Pace-Asciak 24:5
package 6:23 9:17 9:19 11:6 24:10 24:15,18,20,22 26:15 29:6 30:4 32:13,23 33:19,22 34:1,4,10 39:18
page 17:16
panel 5:22
Papantonio 1:18 29:4
Parisian 24:5
part 10:19,24 12:2 12:8 16:3,12 24:10 27:22 29:2
particular 13:3 21:13
particularly 29:16 32:13 46:2
parties 8:19 19:18 48:16
partner 2:5,6,7 32:3
partners 35:7 38:13 46:1
parts 11:5

pass 23:10
passing 18:22
patent 17:13
patient 5:2
PC 1:10
PEC 19:5
peers 5:12 26:20
Pennsylvania 48:8
people 10:15 24:11 25:1 31:9 33:3 38:2
performance 45:24 46:1
PERRY 1:21
personally 30:2 38:20
persons 17:2
perspective 37:17
Pete 29:3
Peter 13:16 18:6
pharmacologist 16:20
pharmacology 9:5 16:9
phenomenal 23:17 39:21
Phil 22:14
physician 11:17 35:8
picture 37:8
pieces 37:20 38:17
pitch 21:15
place 2:24 48:11
plaintiff's 20:7
played 20:5 23:3 28:17
Please 28:23
point 4:21 14:17 17:21 31:5 34:13 37:5
points 4:9 24:19
pop 3:24
population 5:3
pork 3:7
portion 8:16,24 9:24 10:1

portions 9:18
Portis 1:10
position 43:12
positions 10:10,14
practice 13:10 35:2
praise 5:16 7:8,13 7:16,16 27:18
preemption 9:21
premeets 10:20
prep 22:10
prepared 46:18
prepping 23:24
prescribed 42:3
present 15:17
presentation 1:1 5:8,20 7:22 27:23 31:6 36:12 37:17
presented 18:2
presenting 18:4
pressure 41:2,17
pretty 42:7,8
principally 8:17
probably 11:21 12:19 13:23 20:19 24:21 37:24
problems 5:2
proceedings 38:11
process 38:24
Proctor 1:18
produce 32:22
product 7:3
progressed 10:7
project 12:10 24:11 25:2
proud 15:6
provided 8:13 18:13 45:21
PSC 31:13 32:4
Public 48:4
pull 4:18 19:3 43:15
pulled 34:17 42:20
puni 28:17
punies 28:9
punitive 15:18
pursuer 21:16

pushed 33:1
pushing 3:22
put 24:22 25:1 27:5 36:6
putting 37:15 39:17 40:17
puzzle 9:6
P.A 1:18
P.C 1:6,21

**Q**

qua 44:5
question 3:22 32:9 39:1 45:7,13
questioned 17:18
quickly 23:11
quotation 5:8
quote 12:9
quoting 15:12 28:12

**R**

R 1:6 48:1
RAFFERTY 1:17
raise 40:4
raising 46:7
ran 14:4
range 46:24
rate 44:2
raw 43:5
Ray 12:23 23:21
RDR 1:22 48:22
read 26:6 27:14 35:14,15,16
real 37:19 43:10,11 43:13 44:11
really 5:13,17,18 25:8,9 28:5 36:17 37:18 39:20 43:3 43:19 45:20,23
reason 33:9 44:14
reasoning 41:14
recall 23:4
recants 30:17
received 7:10
recognized 31:14

31:15
record 2:2 5:22 14:5,9 20:20 34:12 36:21 37:7 37:12,15 39:4 45:19
recorded 34:11
records 40:21,22
redact 30:16
redirect-examina... 13:6
reflected 4:23
reflectively 46:14
Registered 48:5
regret 42:20
Reicin 11:24 13:20 14:12,13
relative 48:14,17
relentlessly 13:15
remarkable 4:20 39:14
remember 12:24 17:12 23:2 41:8
reminded 44:19
reminder 37:19
reminisce 14:21
remiss 21:11
reported 41:7,9
Reporter 1:22 14:10 48:4,6
representatives 33:5
required 36:7
research 17:11
residency 13:8
resolve 32:21
resolved 35:20 36:2
responsibility 19:21
responsible 21:22
return 7:15,16
review 8:22 9:3,17 12:4 32:19
rewarding 38:18
Rick 14:18
right 19:16 25:6

**KS-000021**

HIGHLY CONFIDENTIAL - FEE COMMITTEE ATTORNEYS' EYES ONLY

Page 54

39:15 47:5
risk 8:14 20:13
risks 41:21
road 25:16 26:10
roar 15:13 28:14
role 8:9
roles 10:16
room 4:16 8:2
   13:12 14:5 38:19
   40:18
rubbed 43:5
Russ 1:13 7:11,16
   19:6 29:18,22
   30:1 38:2,9,24
   41:11 42:21 44:18
   45:3 47:4

**S**

sake 23:11
saved 27:4
saw 41:5
saying 7:17 21:18
   28:1,23 29:9 38:8
says 30:1 43:14
science 6:24 11:8
   11:20 12:2 17:3
scientific 9:6
scientists 8:19
   12:18 16:5
Scolnick 13:2,7
sea 17:21
Seasons 2:21
second 4:21 19:1
   30:10 32:10 39:5
Secondly 34:14
seconds 45:5
second-guessing
   43:13
Sedran 1:16
see 5:19,21 8:7
   27:16 36:11
Seeger 1:19,20 8:12
   13:1 14:4 23:16
   25:12 26:1 30:10
   30:19,23 37:16
   44:12 45:12 46:20

47:5
seeing 23:2
seen 7:1 34:2 37:4
selection 10:4
self-critical 46:16
self-prescribing
   40:24 41:23
send 30:13
sending 29:19
sent 22:19,24 38:4
separate 17:7
set 48:12
setting 35:18
settled 6:19 7:7
settlement 31:20
   46:23
shame 11:22
Shanin 1:7 2:5
   12:22 13:14 15:11
   15:15,23 16:6
   17:18 28:6 38:4
Shapiro 15:14
Shapiro/Topol
   28:3
share 16:1 28:4
   40:9
Sheraton 2:22
Shield 7:5
shoes 46:12,12
short 3:11 43:2
show 26:21 40:14
showing 8:9 15:22
shows 16:2
side 33:15
significant 9:18
   11:5 12:20 35:9
   44:10
significantly 18:10
   31:12
Simon 17:5
sine 44:5
single 32:15 46:5
sitting 25:5 46:11
situation 33:23
skip 28:7
slide 5:7 10:9,12

40:12
slides 8:6
small 16:16 18:16
solid 20:10
sooner 35:1,22
so-called 17:12
speak 18:17 24:7,8
speaking 18:21
   28:20
speaks 37:18
special 36:5
Specter 1:6,7 2:4,5
   12:22 15:12,15
   28:12
spent 24:3
spot 3:13
Spurka 1:8 2:8
   29:14
stable 18:9
standard 5:15
start 2:9 5:6,7
State 14:22 48:5
States 8:3 48:7
status 10:18
stayed 4:13
staying 2:21
steak 2:17
steaks 2:19
stenographically
   48:10
Steve 28:22
story 2:10 4:10,22
   20:22,24 21:5
strategy 10:4 21:17
strength 6:20
stroke 11:6 24:6,10
   39:18
struggled 9:7
struggling 42:11
studies 12:13
study 17:20,24
style 29:23
submitted 46:22
substantial 8:16,24
success 31:20
successful 31:8

sufficient 15:17
suggesting 36:16
support 18:13
supposed 22:13
sure 34:22 40:11
surgeon 17:1
surprised 35:1
symptoms 41:18

**T**

T 48:1,1
table 6:1,13 8:11
   10:16 11:10 12:7
   43:7
take 2:23 4:10 5:4
   7:7 15:8 16:10
   21:18,19,23 22:15
   30:6 35:5
taken 15:14 16:22
   17:7,17 21:4 35:6
   48:10
takes 24:14
talk 14:24
talked 41:10,10,11
talking 14:18
tank 10:24
task 4:24
tasked 11:4
team 6:8 7:20 26:21
teamwork 4:11
technical 7:1 16:21
TECHNOLOGI...
   1:23
tedious 12:11
tell 21:15 28:24
   44:1
telling 29:19
tells 4:22
terms 26:2 33:4
   35:21
testify 14:6 36:8
testimony 48:10
thank 29:16 31:7,7
   31:22 32:12 47:6
   47:7,8,9
thanks 28:24 30:7

Thanksgiving
   27:19
Theirs 5:16
theme 25:19,21,22
theories 20:10
thing 15:9 39:24
   43:9 45:2
things 21:1 25:4
   26:14,22 31:11,24
   32:15 40:6 41:21
think 2:11,19 4:7
   4:15 5:9 10:24
   12:18 14:12 16:2
   19:15 33:2,19
   37:6,13 38:2 42:6
   43:3,4,16,19,22
   43:22 44:3,4,15
   44:24 45:9,23
third 8:19 19:18
third-party 19:24
   21:17
Thomas 1:6,11,18
thought 13:20
   14:15
thoughts 30:9
thousand 34:9
three 12:23 13:22
   25:8 36:4
tick 12:21
time 3:1,23 14:20
   19:22 21:14 22:6
   23:11 24:3 25:12
   32:6,22 33:8
   41:12 42:11 43:5
   45:22 48:11
Tisi 2:18 21:10,13
   21:16 22:7 23:15
   23:23 29:9
today 5:11,20 7:22
   14:19
toes 16:14
told 20:19 30:22
   39:22 41:3,22
   42:2,4
Tom 2:3 17:5 28:24
Tom's 28:2 34:19

KS-000022

GOLKOW TECHNOLOGIES, INC. - 877.370.3377

HIGHLY CONFIDENTIAL - FEE COMMITTEE ATTORNEYS' EYES ONLY

Page 55

op 30:6
Topol 15:1 19:24
  20:3 21:20 22:20
  27:3,14 34:19
  39:12 44:21 46:3
  46:5
Topol's 21:7
tort 6:6 24:23
total 46:23
touched 30:5
tour 24:15
town 3:1
tragedy 12:1
transcript 48:9
transplant 16:24
trash 22:24
traveling 27:13
trenches 2:11 4:17
  9:10 19:23
trial 6:5,23 9:17,19
  10:3,4 12:14
  15:20 17:6 19:1
  20:6,6,9 22:8
  24:10,14,18,19,22
  25:23 29:5 30:4
  32:13,23 33:22
  34:1,4,10,15,24
  39:18 40:8 43:13
  43:20 46:5
trials 12:6 18:11,19
  18:20,20,21 28:21
  28:22 32:17 34:6
  34:20 39:20 44:7
tried 7:4 43:11
trinity 19:24
trouble 43:19
TROY 1:17
true 14:9 29:22
trustees 22:22
try 18:23 33:18
  34:5,8 42:17,18
trying 33:8 40:19
turn 32:11
turning 14:16
Twain 31:4
two 2:19 4:9 11:14

16:6 17:7 19:22
  23:17 31:3 35:7
  45:5

U
unanimously 19:7
underbelly 12:12
undercutting 12:12
underlying 12:4
understand 38:21
  40:16 46:10
understood 5:1
undertook 12:3
undesirable 19:9
undoubtedly 31:18
United 8:3 48:7
updated 25:11,23
use 3:3,5 29:8
  42:23
usual 29:20
U.S 36:3

V
V 1:11 4:6
valuable 31:11
various 10:16
  12:13 28:22
verdict 14:7,16
  20:8
victims 11:22
view 23:14 31:17
  33:1 35:10 43:6
viewed 10:21
VIGOR 12:14 17:6
Vioxx 1:1 3:10 4:1
  4:12 6:2 11:21,23
  20:13 23:4 24:16
  26:4 37:23 41:3
  41:16,24 42:3,4
voice 40:4

W
W 1:14
wait 8:5 30:10
  32:10
walk 38:14,16
want 2:9 15:9

18:21 26:18,21,24
  29:16 32:12 33:17
  34:10 35:4 36:15
  39:22 44:13 45:19
wanted 16:14 40:6
warning 41:20
wasn't 11:23 38:3
  42:3 43:24
water 16:15
way 24:17 25:10
  37:4 41:19 46:9
wee 4:14
week 44:20
Weiss 1:20 23:16
Weitz 1:21,21
welcome 32:6
Wenkowitz 24:12
went 13:16 16:7
  22:1,11 26:15
  37:11
we're 8:6 34:11
  36:7 38:23 39:1
we've 8:8 38:9
wife 4:3
win 5:4 42:10,14
Winston 15:12
wish 5:11
witnesses 13:17
won 32:18
word 3:3 23:5 29:7
  37:9 42:23
words 7:8 26:19
  30:16
work 6:21 9:3,9
  11:15 12:11 17:22
  22:10,17 23:18
  25:24 27:15 29:1
  29:13,20 30:3
  31:18 33:21 34:19
  35:3,9 38:18
  39:14,20 42:6
  43:23 44:6 46:9
worked 9:22 21:9
  42:8
working 24:3
worth 21:20 34:3

worthy 37:14
Wow 29:9
write 30:21
writing 29:3
written 22:4 30:20
wrote 26:23

Y
years 6:10,11 7:2
  11:14 16:23
yesterday 6:9
y'all 34:16

$
$1 34:7
$250 14:8

1
1 1:2
1.2.10 48:23
100 6:10
1060147 48:22
17 35:5
18 20:14

2
2003 8:11
2006 19:2
2008 1:2

3
3,200 26:3
30 7:2 16:23
30X100176200
  48:23

4
4 41:24
40 6:11

6
60 3:22
600 47:1,2,4

7
7th 3:19

8

877.370.3377 1:24

**KS-000023**