# Exhibit "4"

**From:** Spurka, Kathleen
**To:** Jason Fontenot
**Subject:** RE: Vioxx Time Submission
**Date:** Friday, February 06, 2009 11:10:00 AM
**Attachments:** REVISED 09-2007 signed time submission.pdf

Jason,
As you requested, attached please find the signed Kline & Specter time submission for September 2007.
Please accept my apologizes for any inconvenience this may have caused you.
Thank you.
Kathy

Kathleen Spurka
Kline & Specter, P.C.

**From:** Jason Fontenot [mailto:jfontenot@wdco.biz]
**Sent:** Thursday, February 05, 2009 12:44 PM
**To:** Spurka, Kathleen
**Subject:** Vioxx Time Submission
**Importance:** High

Hey Kathy,

Please have the attached summary form signed, and email it back to me for acceptance.

Thanks.

**Jason W. Fontenot, MBA ¦ In-Charge Tax Accountant ¦ Wegmann Dazet & Company ¦ CPAs ¦ Consultants**

111 Veterans Boulevard, Suite 800, Metairie, LA 70005
**Direct** 504-293-2166 **Office** 504-837-8844 **Fax** 504-837-0856
jfontenot@wdco.biz www.wdco.biz

If the above communication includes tax advice, please read the following disclaimer. If it does not include tax advice, you may disregard the following paragraph.
Disclaimer: To ensure compliance with Treasury Department regulations, we wish to inform you that any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

Attachment "A" - Page 1 of 2

MDL 1657

Vioxx Products Liability Litigation Report of Member Firm Time

Reporting Period: September 1, 2007 - September 30, 2007 - REVISED

Kline & Specter, P.C.

| Name of Individual | Identify if A/P, L, O | Case Assessment Development and Administration | Pre-Trial Pleadings and Motions | Discovery | Trial Preparation and Trial | Appeal | Total Hours by Individual | Summary Total Hours of All Firm Personnel |
|---|---|---|---|---|---|---|---|---|
| Babiak, Jeanmarie | O | | | | | | 0.00 | |
| Balefsky, Lee B. | A | 16.50 | | | | | 16.50 | |
| Bennett, Deborah | O | | | | | | 0.00 | |
| Blas, Shelley J. | O | | | | | | 0.00 | |
| Byrne, Diane A. | P | | | | | | 0.00 | |
| Caputo, David J. | A | | | | | | 0.00 | |
| Dagostino, M.D., Lisa S. | A | 46.50 | | | 141.00 | | 187.50 | |
| Englert, Robert F. | L | | | | | | 0.00 | |
| Evans, Rubye | O | | | | | | 0.00 | |
| Falter, Jean F. | O | | | | | | 0.00 | |
| Fortucci, Lisa K. | O | | | | | | 0.00 | |
| Foti, Christopher | P | | | | | | 0.00 | |
| Freeman, Beth | A | | | | | | 0.00 | |
| Grasso, Lisa A. | O | | | | | | 0.00 | |
| Grimmie, Diane G. | P | | | | | | 0.00 | |
| Guerrini, Dominic C. | A | | | | | | 0.00 | |
| Haviland, Donald E. Jr. | A | | | | | | 0.00 | |
| Heins, Karen S. | O | | | | | | 0.00 | |
| Hoffman, M.D., Mark A. | A | | | | | | 0.00 | |
| Horn, Kristy | O | | | | | | 0.00 | |
| Hovind, Lisa | O | | | | | | 0.00 | |
| Hoynoski, Joseph L. III | A | | | | | | 0.00 | |
| Jacobs, Cheryl P. | A | | | | | | 0.00 | |
| Jimenez, Margarita | O | | | | | | 0.00 | |
| Kline, Thomas R. | A | 21.75 | | 2.00 | 1.25 | | 25.00 | |
| Matteo, Nicole | O | | | | | | 0.00 | |
| Matusow, Donald E. | A | | | | | | 0.00 | |
| McKeown, Natalie | O | | | | | | 0.00 | |
| Molinari, William J. | A | | | | | | 0.00 | |
| Nisivoccia, Judy A. | P | | | | | | 0.00 | |
| Owens, Kathleen | P | | | | | | 0.00 | |
| Pearlman, Jason L. | A | | | | | | 0.00 | |
| Plona, R. Matthew | A | | | | | | 0.00 | |
| Rosenbaum, Marcia F. | A | | | | | | 0.00 | |
| Russell, Jennifer | A | | | | | | 0.00 | |
| Sanborn, Jennifer A. | O | | | 21.00 | 24.00 | | 45.00 | |

KS-000061

Attachment "A" - Page 2 of 2

KS-000062

MDL 1657

Vioxx Products Liability Litigation Report of Member Firm Time

Reporting Period: September 1, 2007 - September 30, 2007 - REVISED

Kline & Specter, P.C.

| Name of Individual | Identity if A, P, L, O* | Case Assessment, Development, and Administration | Pre-Trial Pleadings and Motions | Discovery | Trial Preparation and Trial | Appeal | Total Hours by Individual | Summary Total Hours of All Firm Personnel |
|---|---|---|---|---|---|---|---|---|
| Smith, Royce W. | A | | | | | | 0.00 | |
| Specter, Shanin | A | | | | | | 0.00 | |
| Spurka, Kathleen | P | 11.75 | | | 56.75 | | 68.50 | |
| Temoyan, Laura M. | P | | | | | | 0.00 | |
| Tiger, Michele L. | A | | | | | | 0.00 | |
| Velez, Mayra | O | | | | | | 0.00 | |
| | | | | | | | 342.50 | |
| Total Firm Time: | | 96.50 | 0.00 | 23.00 | 223.00 | 0.00 | 342.50 | 342.50 |

*Key: A - Attorney; P - Paralegal; L - Law Clerk; O - Other

Signature: [signature] Date: 2/6/09