# Exhibit "6"

## Vioxx MDL 1657

## Employee Billing Rates by Firm from January 2000 to July 2010
### (as of 2010-07-30)

| Firm | Total Hours Accepted | Total Cost |
|---|---:|---:|
| **Seeger Weiss  Total** | 57,693.50 | $24,933,684.08 |
| **Beasley Allen  Total** | 36,747.75 | $14,877,833.68 |
| **Lanier  Total** | 33,574.50 | $13,207,881.25 |
| **Herman Herman  Total** | 29,483.50 | $18,468,075.00 |
| **Levin Fishbein  Total** | 27,075.25 | $14,213,531.25 |
| **Kline & Specter  Total** | 25,391.25 | $11,933,751.85 |
| **Lieff Cabraser  Total** | 24,270.75 | $12,531,605.39 |
| **Robinson Calcagnie  Total** | 21,840.25 | $9,523,987.50 |
| **Girardi Keese  Total** | 20,469.50 | $13,017,128.94 |
| **Weitz & Luxenberg  Total** | 17,402.75 | $9,151,785.56 |
| **Escobedo Tippit  Total** | 14,886.75 | $6,076,347.98 |
| **Sanford Pinedo  Total** | 13,946.00 | $6,238,676.25 |
| **Daniel E. Becnel, Jr.  Total** | 13,038.25 | $3,622,315.95 |
| **Matthews & Associates  Total** | 10,668.50 | $2,057,952.86 |
| **Eric H. Weinberg  Total** | 10,361.75 | $3,440,826.32 |
| **Blizzard McCarthy  Total** | 9,169.25 | $5,159,746.99 |
| **Williams Kherkher  Total** | 9,032.00 | $3,238,813.58 |
| **Locks Law Firm  Total** | 8,881.50 | $4,428,903.36 |
| **Hovde Dassow  Total** | 8,546.50 | $2,999,700.00 |
| **Anapol Schwartz  Total** | 8,430.00 | $3,309,025.00 |
| **Levin Papantonio  Total** | 8,191.75 | $4,144,906.05 |
| **Audet & Partners  Total** | 7,666.00 | $3,372,451.25 |
| **Neblett Beard & Arsenault  Total** | 7,389.50 | $2,663,995.25 |
| **Branch  Total** | 7,087.50 | $2,353,546.13 |
| **Engstrom Lipscomb  Total** | 6,866.95 | $2,151,207.94 |
| **Ashcraft & Gerel  Total** | 6,791.50 | $3,679,185.62 |
| **Ranier Gayle  Total** | 5,572.50 | $2,768,585.99 |
| **Carey & Danis  Total** | 5,518.25 | $2,019,375.00 |
| **Brandi Law Firm  Total** | 5,214.95 | $2,121,509.83 |
| **Lopez Hodes  Total** | 5,104.25 | $2,259,612.50 |
| **Heninger Garrison  Total** | 5,044.00 | $2,145,447.50 |
| **Cohen Placitella  Total** | 4,964.00 | $2,062,087.50 |
| **Lockridge Grindal  Total** | 4,712.50 | $2,479,236.25 |
| **Kasowitz Benson  Total** | 4,395.40 | $2,076,082.70 |
| **Panish Shea  Total** | 3,975.75 | $1,988,175.00 |
| **Gancedo & Nieves  Total** | 3,649.25 | $1,424,106.25 |

KS-000065

| Firm | Hours | Amount |
|---|---:|---:|
| Watts Law Firm  Total | 3,530.50 | $1,172,373.14 |
| Barrios Kingsdorf  Total | 3,439.25 | $1,384,881.25 |
| Motley Rice  Total | 3,289.50 | $1,191,962.50 |
| Lewis & Roberts  Total | 3,208.00 | $676,710.00 |
| Snapka  Total | 2,926.50 | $1,400,425.97 |
| Irpino  Total | 2,920.00 | $1,626,387.51 |
| Rebecca A. Cunard  Total | 2,790.75 | $926,724.35 |
| Burg Simpson  Total | 2,599.75 | $1,262,435.29 |
| Kaiser Firm  Total | 2,589.00 | $1,449,063.30 |
| Robins Kaplan  Total | 2,400.75 | $831,431.25 |
| Singleton  Total | 2,388.75 | $682,611.61 |
| Murray  Total | 2,203.50 | $685,148.46 |
| Fibich Hampton  Total | 2,021.25 | $706,922.50 |
| Andrews & Thornton  Total | 2,005.00 | $1,066,506.25 |
| Cohen Milstein  Total | 2,003.75 | $1,101,666.25 |
| Martin & Jones  Total | 1,943.00 | $528,561.25 |
| Morelli Ratner  Total | 1,833.50 | $1,302,193.75 |
| Sheller Ludwig  Total | 1,824.25 | $566,252.50 |
| Alley Clark  Total | 1,611.25 | $641,137.50 |
| Bencomo  Total | 1,513.50 | $502,587.95 |
| White & Wetherall  Total | 1,412.75 | $353,782.24 |
| John Hornbeck  Total | 1,390.00 | $625,500.00 |
| Cuneo Gilbert  Total | 1,321.00 | $640,071.84 |
| RodaNast  Total | 1,267.75 | $508,059.04 |
| Gallagher Law Firm  Total | 1,219.50 | $451,577.50 |
| Gainsburgh Benjamin  Total | 1,216.00 | $589,312.50 |
| Robert M. Becnel  Total | 924.25 | $27,551.50 |
| Johnson & Perkinson  Total | 847.00 | $380,313.75 |
| Aylstock  Total | 841.50 | $387,387.50 |
| Jones Verras  Total | 841.50 | $288,609.26 |
| Freese & Goss  Total | 794.00 | $253,275.00 |
| Brown & Crouppen  Total | 783.75 | $182,377.96 |
| Price Waicukauski  Total | 756.00 | $225,858.75 |
| Anastopoulo & Clore  Total | 607.75 | $225,761.64 |
| Langston  Total | 597.50 | $139,900.00 |
| Brian K. Balser  Total | 592.25 | $296,125.00 |
| Lundy & Davis  Total | 550.00 | $166,925.00 |
| Whitehead Law Firm  Total | 504.75 | $200,843.75 |
| Fayard & Honeycutt  Total | 416.00 | $90,106.25 |
| Charfoos & Christensen  Total | 396.75 | $105,698.75 |
| Labaton Sucharow  Total | 389.00 | $185,991.25 |
| Silverman Fodera  Total | 327.00 | $195,125.00 |
| Keller Rohrback  Total | 323.00 | $107,258.61 |
| Gianni Petoyan  Total | 314.75 | $167,777.58 |

| Firm | Hours | Amount |
|---|---|---|
| **Provost Umphrey  Total** | 274.25 | $133,095.76 |
| **Hagens Berman  Total** | 236.00 | $107,300.00 |
| **Holman Law Firm  Total** | 212.50 | $85,000.00 |
| **Cafferty Faucher  Total** | 207.50 | $71,411.62 |
| **Zimmerman Reed  Total** | 204.75 | $80,757.29 |
| **Capshaw Goss  Total** | 152.50 | $59,975.00 |
| **Dugan & Browne  Total** | 114.25 | $37,939.00 |
| **Sanders Viener  Total** | 112.50 | $46,600.00 |
| **Richardson Patrick  Total** | 111.50 | $37,025.81 |
| **Bossier and Associates  Total** | 102.50 | $25,625.00 |
| **Levin Simes  Total** | 90.00 | $49,500.00 |
| **Williamson & Williams  Total** | 84.25 | $45,743.75 |
| **Barnow  Total** | 67.25 | $29,033.34 |
| **Kerpsack  Total** | 54.50 | $18,915.00 |
| **Robert J. DeBry  Total** | 31.00 | $7,750.00 |
| **Alex Alvarez  Total** | 30.00 | $16,500.00 |
| **Bartimus Frickleton  Total** | 30.00 | $13,500.00 |
| **Balkin and Eisbrouch  Total** | 25.75 | $14,162.50 |
| **Friedman Law Offices  Total** | 20.50 | $8,758.30 |
| **Mithoff Law Firm  Total** | 16.00 | $5,313.12 |
| **Heins Mills  Total** | 12.50 | $4,322.50 |
| **Bruce C. Dean  Total** | 10.50 | $3,150.00 |
| **Ted Kanner  Total** | 6.75 | $1,187.50 |
| **Wold  Total** | 4.25 | $580.00 |
| **Ury & Moskow  Total** | 3.00 | $1,350.00 |
| **Grand Total** | 562,943.55 | $249,546,751.20 |

KS-000067