Exhibit "7"

# Tom Kline



In three decades of practicing personal injury law, Thomas R. Kline has forged an incomparable record of courtroom victories -- some with remarkable results against seemingly incredible odds. As a result Kline has received a litany of accolades and recognition, including his elected position as immediate past president of the Inner Circle of Advocates, described by *The Washington Post* as "a select group of 100 of the nation's most celebrated trial lawyers."

Kline also has been honored for seven consecutive years, 2004 through 2010, as the No. 1 attorney in Pennsylvania by *Super Lawyers* magazine. He was also chosen in 2010 as among the top 500 "Leading Lawyers in America" and as "the leading personal injury plaintiffs' lawyer in Pennsylvania" by the survey group *Lawdragon*, which also called Kline "one of Philadelphia's legendary litigators." The publication *Best Lawyers* selected Kline as Philadelphia Personal Injury Litigator of the Year for 2009 and Philadelphia Medical Malpractice Lawyer of the Year for 2010 while listing him among the nation's best lawyers every year since 1995. Kline was named to the *National Law Journal's* Winners Hall of Fame. And Kline was referred to recently by the Editorial Board of the *The Philadelphia Inquirer* as "the high-powered plaintiffs' attorney... who has won a number of eight-figure awards for clients injured or killed due to negligence or incompetence by businesses, government agencies, and nonprofit health-care providers."

Yet Kline, a former sixth grade school teacher from Hazleton, Pa., counts among his greatest honors the letters of thanks he has received from people and families he has represented clients who suffered severe injuries or the loss of a loved one, clients for whom he was able to obtain a measure of justice.



Kline has appeared on hundreds of television news programs and been featured or quoted in hundreds more newspaper and magazine articles. In a cover story, the *Philadelphia Daily News* summarized Kline's career in a profile titled "Wheels of Justice: The lawyer who beat SEPTA," an article in which Kline was described as "the Babe Ruth of personal injury litigation." The newspaper story followed the celebrated Hall v. SEPTA case, which resulted in a $51 million verdict for a four-year-old boy whose foot was torn off in a subway escalator. The 1999 case against the Southeastern Pennsylvania Transportation Authority also resulted in Kline's selection to the "Winners" edition of *The National Law Journal*, which included him among "Ten of America's Top Litigators." In 2009 the publication selected Kline to its Winning Hall of Fame as one of fewer than 100 lawyers selected for compiling "significant bench or jury trial verdicts and who has a record of success over many years."

KS-000068

Kline is known for his expertise in a courtroom, particularly his examination of witnesses and his moving opening and closing arguments. More than anything, he is known for getting results. Among his other better-known cases are:

- A $33.1 million jury award by a Lehigh County jury in Welteroth v. Spectrascan to the estate of a woman late diagnosed with breast cancer.
- The Sears case in which $15.2 million was awarded to a child who suffered brain injury during heart surgery.
- The Borkowski case in which a jury awarded $15 million to a Downs Syndrome child injured during heart surgery.
- An Indiana County jury's multi-million dollar verdict in the Chichy case for a baby injured during delivery.
- A Montgomery County jury's multi-million dollar verdict for the estate of a woman who died of breast cancer after a doctor misread her mammogram. The Lackman case was featured on ABC's *Nightline*.
- A $40.5 million settlement for six people killed and others injured in an explosion and fire at the Village Green apartment complex in Hatboro, Pa.
- The $36.4 million settlement with Motiva Enterprises for the death of a worker in an oil refinery explosion. The settlement was believed to be the largest-ever in the nation for a single worker death.
- A $29.6 million settlement for three women who were killed and others who were injured in the collapse of Pier 34 on the Delaware River, a case in which Kline was co-lead counsel.
- A $10 million agreement in the highly publicized Cozzolino case in which a kindergarten student was killed when a lunch table collapsed on him in the school cafeteria.
- The Keen case, in which Kline won an $18.5 million jury verdict for a 12-year-old girl who suffered heart damage due to a medical error.

Most recently, Kline in 2010 settled for $10.5 million a federal lawsuit in the case of a Philadelphia teenager who died after he was placed in a restraint hold at a Tennessee treatment center. Defendants included the City of Philadelphia and its Department of Human Services, which had sent the troubled youth to the facility.

In April 2009, Kline won a $3.2 million settlement for the husband of a Wayne County woman who was killed when her car struck a piece of farming equipment that broke loose from an oncoming truck. The settlement was believed to be the largest ever in the rural northeastern Pennsylvania county.



In September 2008, Kline won a $5.5 million jury verdict for the family of an 18-year-old man fatally shot while working as a parking lot attendant at Hahnemann University Hospital in Philadelphia. The hospital had failed to improve safety and security after an armed robbery at the same exit booth only 12 days earlier.

In addition to his full catastrophic injury practice, Kline has been, as stated by *The Wall Street Journal*, a "key player" in the litigation over Vioxx, the pain medication removed from the market in late 2004. He is a member of the Plaintiff's Steering Committee directing the federal MDL proceedings against Merck & Co. Kline took the testimony of top Merck executives and independent scientists which became key evidence at trial in numerous multi-million dollar awards

KS-000069

Kline - 2

against Merck and helped lead to a $4.85 billion settlement in which hundreds of Kline & Specter clients will benefit.

Tom Kline grew up in the Pennsylvania anthracite coal region, son of a dress factory manager, and graduated from Albright College, where he has been honored with the school's Distinguished Alumni award. Kline began his professional career not as a lawyer but as a middle school teacher, teaching sixth grade social studies. He attended Lehigh University, where he earned a master's degree in American History and completed all of the Ph.D. course work. Kline then attended Duquesne University School of Law, where he graduated with the school's Distinguished Student Award and just this year received its Distinguished Alumni Award. He went on to work as law clerk to Pennsylvania Supreme Court for Justice Thomas W. Pomeroy.

Kline's private legal career quickly blossomed, first at The Beasley Firm in Philadelphia and later, when he joined forces with Shanin Specter to open their own firm in 1995.

In the early 1980s Kline won a $5.1 million verdict against the makers of the Dalkon Shield, at the time the largest compensatory verdict in the United States against the maker of the defective birth control device. Later, in an epic legal struggle that spanned 16 years against a drug manufacturer, Kline won multi-million dollar punitive damage awards twice against Merrell Dow for its manufacture and sale of a prescription drug.

Kline is a frequent lecturer at law schools, medical schools and continuing legal education programs. He has taught at many institutions from Temple University Beasley School of Law to Jefferson Medical College at Thomas Jefferson University. Kline has also taught complex litigation at The National Judicial College in Reno, Nev. And he has lectured to the Conference of State Trial Judges. In 2003, Kline was featured in the acclaimed 2003 Masters on Trial seminar. And Kline is the producer, director, writer and performer in the acclaimed one-man show "Trial As Theatre ™" as well as The Modern Trial and Tom Kline on Technology. He is the author of "Robert C. Grier: Jacksonian Unionist" and is the author of numerous other published articles. He recently wrote an Op-Ed piece for *The Philadelphia Inquirer* titled "Immunity Is Bad Medicine."

Kline is regional chairman of the Federal Judicial Nominating Commission for the United States District Court for the Eastern District of Pennsylvania. The 14-member citizen merit selection panel screens applicants for the federal bench and makes recommendations to the two senators from Pennsylvania, who in turn recommends candidates to the president. Kline has been a member of the committee since 1989 and its chairman since 1998.

Kline is licensed to practice in Pennsylvania and New York. He is also admitted to practice before the U.S. Supreme Court, the Third Circuit Court of Appeals, and other federal courts.

Kline is listed in Best Lawyers in America and in the Bar Register of Preeminent Lawyers. He is AV-rated in Martindale-Hubbell and is a member of the American College of Trial Lawyers and the International Academy of Trial Lawyers, which limits membership to 500 attorneys in the United States recommended by their peers and trial judges for outstanding skills and abilities as well as character and integrity. Kline was also selected for the 2007 edition of the *World's Leading Product Liability Lawyers*.

He is a member of the Board of Directors of the Philadelphia Trial Lawyers Association and serves on the Board of Advisors of the Drexel University Earle Mack School of Law and the Board of Advisors of WXPN, the University of Pennsylvania public radio station.

KS-000070

# Shanin Specter



In 1937, Harry Specter, a peddler, was driving his Chevy pickup when a defective spindle bolt broke and caused the truck to flip over. His arm was crushed in the accident and he was left permanently disabled.

Harry got a $500 settlement for his injury. More than six decades later, his grandson, Shanin Specter, a nationally recognized trial attorney, would sue a major car company — also over a manufacturing defect in a pick-up truck - with a far different result.

Specter waged an epic battle against the Ford Motor Co. on behalf of the family of Walter White, a three-year-old boy who was run over and killed when the parking brake in his father's F-350 spontaneously disengaged. Specter has won two verdicts in *White v. Ford* — for $153 million and $52 million — and continued to litigate this case, which was settled weeks prior to its scheduled third trial in June 2008.

Shanin Specter has obtained more than 100 verdicts and settlements in excess of $1 million, including nine which were in eight or nine figures. Of those, four were medical malpractice cases, two involved a defective product, two arose from improperly maintained premises and one resulted from a motor vehicle accident. (See below.)

Specter, who earned his law degree from the University of Pennsylvania in 1984 and an LL.M. with First Honors from Cambridge University, has compiled a lengthy record of professional accomplishments. In 2010 he was selected as a member of the Inner Circle of Advocates, a group of the best 100 trial lawyers in the country.

Specter received the 2008 Michael A. Musmanno Award, the highest honor conferred by the Philadelphia Trial Lawyer's Association. In 2007 he received the Pennsylvania Trial Lawyers Association's (now the Pennsylvania Association for Justice) highest honor, the Milton D. Rosenberg Award "in recognition of those qualities of leadership, service and devotion to the Association's cause." *The National Law Journal* selected Specter as one of the top ten litigators in the Commonwealth of Pennsylvania, while other organizations have named him as among the best attorneys in the state and in the nation.

Specter has won a litany of major cases, including a nationally publicized $7.5 million settlement against La Salle University for a football player who suffered a concussion in practice and was prematurely cleared to play and later sustained a severe brain damage in a game.

In 1995, six months after opening the firm with partner Tom Kline, he won a $24.25 million jury verdict for a little girl left severely brain damaged in a swimming pool accident. At the time, it was the largest compensatory verdict ever awarded in Pennsylvania. Two years later, in *Sparber v. DuPont*, Specter won a Delaware-record $19.9 million verdict against a hospital after a 15-year-old patient was accosted by a visitor, the attack resulting in catastrophic nerve damage. In 1998 Specter won a $6.8 million verdict for a man injured in a motorcycle accident while wearing a defective helmet.



Specter, known for his tenacity and an impeccable attention to detail, has set records in other medical-malpractice cases. In 2000, he won the then-largest medical malpractice verdict in Pennsylvania history for David Caruso, a 20-year-old who was left in a near-vegetative state after receiving negligent care at a Philadelphia hospital. Specter demonstrated his ability to captivate a courtroom in that case, giving a closing speech in which he spoke for Caruso in the first-person, as if he were the young man who would never be able to again enjoy life's simple pleasures. Many in the courtroom were moved to tears, including members of the jury, which awarded $49.6 million.

Among his most well known cases, Specter in 2001 won an unusually large settlement in a suit involving a defective BB gun that badly brain damaged and led to the death of a teenage boy. The Mahoney case, and Specter's investigation of the gun, resulted in an exposé on the ABC program 20/20 featuring Specter and led the U.S. Consumer Product Safety Commission to seek the recall of 7.4 million defective Daisy BB guns.

In another case, this one involving the death of a pedestrian run down by a speeding Philadelphia police car, Specter won not only monetary compensation for his client but also important reform for Philadelphia citizens. The Gillyard/Rich case resulted in a $2.45 million settlement against the city under the Civil Rights Act, sparking the police commissioner to mandate extensive training and make driving rule changes to improve police and civilian safety.

In 2003, Specter, along with Andy Youman, won a $20 million compensatory verdict for 19-year-old Hugh Gallagher IV, who was catastrophically injured when nurses at Temple University Hospital failed to respond in time to his blocked airway. After the verdict, Specter prevailed in two appeals before Pennsylvania Superior Court, and the verdict was upheld finally — with interest — when the U.S. Supreme Court refused to hear the case in November 2007.

In 2004, Specter tried a case in Luzerne County in which he won a $19.1 million verdict for a Hazleton woman struck by a careless driver while she was working as a flagger at a construction site. Teresa McManamon suffered serious injuries that left her unable to care for herself or her three children. The verdict was paid in full in 2007 following appeal.

In a retrial of the punitive damages only in the *White v. Ford* case, Specter in 2004 again won a major verdict against Ford following a two-week trial in Reno, Nev. The jury awarded $52 million. The verdict was again appealed and the case was eventually settled.

Later in 2004, Specter won a jury verdict for Nicholas Woolfolk, a two-year-old boy who fell from a window at his Philadelphia apartment complex after a screen popped out of its casing.

The child suffered brain damage and blindness in one eye. Because of a pre-verdict agreement, the child received $12.25 million.

And a few months later, Specter, along with Youman and Lisa Dagostino, won a $7.8 million jury verdict for the family of a baby who suffered brain damage after being improperly resuscitated after birth, going nine minutes without a breath or a heartbeat. The verdict was paid in full. The medical malpractice verdict in *Briggs v. UPMC Shadyside Hospital* set a record for a medical malpractice case in Allegheny County. This record was broken by Specter in 2007.

In a defamation case, Specter, with partner Tom Kline, represented noted Philadelphia criminal defense attorney Richard Sprague in a suit filed against radio personality Howard Eskin. Eskin alleged that Sprague had paid off a witness to change his testimony in the Allan Iverson prosecution. The case was settled in 2004 with Eskin making a public apology and being suspended from the radio show for 30 days. His employer, Infinity Broadcasting, also agreed to pay "substantial" compensation to Sprague.



The withdrawal from the market of the prescription painkiller Vioxx led to a major role for Specter in this national litigation. In 2005, Specter was selected to take the depositions of Merck CEO Ray Gilmartin, Merck Research Laboratories President Peter Kim, Merck former Senior Vice-President Alan Neis and Merck Senior Biostatistician Deborah Shapiro. Specter's examination of Shapiro was held by New Jersey Superior Court Judge Carol Higbee to be the only evidence sufficient to support a punitive damages verdict against Merck.

In 2006, Specter, along with Kline & Specter lawyer Don Matusow tried *Lee/Egan v. Abington Memorial Hospital*. This case concerned a newborn with a highly treatable eye condition (Retinopathy of Prematurity) that went untreated because the hospital and several physicians failed to give the newborn, Emmitt Lee, a follow-up eye exam. The missed exam led to Emmitt's total blindness. The jury awarded $20 million to compensate Emmitt, which was the highest personal injury award in Montgomery County history and the largest medical malpractice award in the history of the Philadelphia suburbs. The verdict was appealed but paid in full in 2007.

In 2007, Specter and Youman tried a case for five days, resulting in a very substantial settlement against the University of Pittsburgh (see Pratt). In this case, campus police failed to timely revive a student who had collapsed in class, resulting in her suffering severe brain damage. In addition to a confidential monetary settlement, the university agreed to hire a medical director for their police department, provide their police officers with quarterly refresher courses on CPR and the use of automatic external defibrillators (AED) and twice annually test their officers' proficiency in CPR and AED use. After the case was settled, Specter made a presentation to a symposium at the University of Pennsylvania School of Law on the use of video in the courtroom. He played the videotape of the day-in-the-life of Erica Pratt, which was narrated live at the symposium by her mother, Diane Pratt, as part of a mock direct examination.

In April 2008, Specter obtained a $35 million settlement with 16 defendants in the Bridgeport Fire case. Along with three colleagues at the firm -- Jason L. Pearlman, Kila B. Baldwin and Robert F. Englert, Jr. -- Specter represented more than 100 businesses and individuals in the class action for losses suffered in the massive fire that destroyed the Continental Business Center in Bridgeport, Pa. in 2001. A five-week trial was in the midst of jury deliberations when the final defendant agreed to settle.

Also in 2008, Specter, along with Charles Becker, established important Pennsylvania law. Now, minors may pursue claims for their medical expenses even if their parents failed to timely file such claims.



In January and February of 2009, Specter teamed with Andy Youman and Gary Zakeosian to try the case of Greg Volutza, a 37-year-old Reading pharmacist. Volutza had seen his internist complaining of chest tightness, a feeling of thickening in his throat, jaw pain, lightheadedness and anxiousness. Instead of diagnosing possible acute coronary syndrome and sending Volutza to the emergency room, the internist diagnosed him with apparent non-cardiac chest pain. Four days later, Volutza suffered a fatal heart attack. A Berks County jury concluded a two-week trial with an award of $4 million for Volutza's wife and daughter.

In March of 2009, Specter, along with Kila Baldwin and Dominic Guerrini, tried the wrongful death case of Joseph Blumer, 43. Blumer was killed when the parking brake on the 2002 Ford F-350 tow truck he was operating spontaneously disengaged, trapping him under the truck. An Allegheny County jury awarded his wife and two daughters $8.75 million. The defective parking brake was manufactured by Dura, the successor corporation to the parking brake manufacturer in *White v Ford*. Specter is seeking review of by the National Highway Traffic Safety Administration of the safety of these successor brakes, which were installed in the 1999-2004 F-Series trucks.

In 2010, Specter negotiated the settlement of *McKinney v. Philadelphia Housing Authority* for $11.9 million, one of the largest civil rights suit recoveries on record, on behalf of a child catastrophically injured due to mold exposure in public-subsidized housing. (See news coverage)

In October 2010, Specter filed what was believed to be the first lawsuit for a victim of the crash of a Megabus near Syracuse, N.Y.

Specter has been listed in Best Lawyers in America since 1995 (including the latest 2010 edition) and is AV-rated in Martindale-Hubbell. He also was singled out or selected for inclusion by the following organizations:

- Inner Circle of Advocates: the top 100 trial lawyers in the United States.
- *Super Lawyers*, which for seven straight years named Specter as among the best lawyers in Pennsylvania based on ballots sent to 39,000 attorneys in the state and review by a special committee. In 2010, Specter for the fifth time was named among the Top 10 attorneys in Pennsylvania by *Super Lawyers*.

KS-000074

Specter - 4

- The International Academy of Trial Lawyers, an organization that limits U.S. membership to 500 attorneys recommended by their peers and trial judges for outstanding skills and ability as well as excellent character and integrity.
- *Lawdragon*, the legal services information firm, which in 2010 named Specter as among the best 500 attorneys in the nation from a list of nominees that included trial lawyers, academics, prosecutors, defense attorneys and judges.
- The American College of Trial Lawyers, which selects the top 1 percent of trial lawyers from the United States and Canada based on mastery of trial advocacy and careers marked by the highest standards of ethical conduct and professionalism.
- The *World's Leading Product Liability Lawyers*, which selects "only the best individuals" from more than 60 jurisdictions worldwide, naming Specter a "pre-eminent practitioner."

Specter served as a member of a hearing committee on the Disciplinary Board of the Supreme Court of Pennsylvania from 1989 to 1994 and as a chairman from 1994 to 1995. He was a member of the Civil Procedural Rules Committee of the Supreme Court of Pennsylvania from 1995 to 2001. Specter was the Governor's appointee to the Pennsylvania Medical Professional Liability Insurance Catastrophe Loss Fund Advisory Board, a position he held from 1997 to 2002. He is currently a member of the Philadelphia Trial Lawyers Association, the Pennsylvania Association for Justice, and the American Association for Justice.

Specter graduated with honors in political science from Haverford College in 1980. While at Haverford he won the Harry S Truman Scholarship Award, a national scholarship awarded to one sophomore from each state who is regarded to have the best potential for a career in public service. Specter earned his law degree at the University of Pennsylvania Law School, where he now teaches "Introduction to Trial Advocacy." He earned his Masters in Law at Cambridge University (First Honors).

Specter is admitted to practice in the U. S. Supreme Court, the Third and Ninth Circuit Courts of Appeal, the U.S. District Courts for the Eastern, Middle and Western Districts of Pennsylvania and the Supreme Court of Pennsylvania.

Specter is an avid squash player. In July 2005 he played for the United States team in the Maccabi Games, the Olympic-style event held in Israel every four years. He won a gold medal at the games, along with other members of the United States' 45-49 team.

Specter and other lawyers at Kline & Specter are very active in the community.

Specter is also a baseball fan and is interested in the intersection of baseball and the law.

# Lisa Dagostino



Lisa S. Dagostino, M.D., J.D., M.Be., LL.M., F.A.C.L.M., is a doctor and award-winning medical researcher who has earned dual degrees in law and bioethics from the University of Pennsylvania while at Kline & Specter. She has worked on a number of important cases in recent years.

A partner at Kline & Specter, she teamed with Shanin Specter in a trial that resulted in a record-setting $7.8 million award by a Pittsburgh jury to the family of a boy who suffered cerebral palsy as a result of medical negligence immediately after childbirth. The Briggs case malpractice verdict, handed down in June 2004, was the largest in Allegheny County history.

Almost immediately after joining Kline & Specter as a law clerk while earning her J.D., Dr. Dagostino was thrust into the case of David Caruso, a young man who entered a hospital with a treatable malady but who suffered severe brain damage after a tube was placed improperly in his throat and slipped out of place, depriving him of oxygen for six minutes. The case, headed by Specter, resulted in a $49.6 million jury verdict, a record at the time for a Pennsylvania medical malpractice case.

Dr. Dagostino has had a distinguished academic career, earning her bachelor's degree in 1991 at Princeton University, where she majored in English Literature. She received her M.D. at the UMDNJ Robert Wood Johnson Medical School in 1995 and completed her residency training through the school's Department of Obstetrics, Gynecology, and Reproductive Sciences. During her career as a doctor, she helped deliver some 1,500 babies, most of them at a care facility that was a referral center for high-risk pregnancies.

In May 2002, Dr. Dagostino earned her dual degrees in law and bioethics at the University of Pennsylvania. In 2010, while a practicing attorney, she graduated from the LL.M. Program in Trial Advocacy at Temple University Beasley School of Law.

She was managing editor of the inaugural volume of The American Journal of Bioethics, a peer-reviewed publication produced by Penn's Center for Bioethics. Her research interests include critical care obstetrics, clinical ethics, and legal and ethical issues surrounding assisted reproduction.

Dr. Dagostino continues to do research in the complex medical field of bioethics – including topics such as medical errors, reproductive ethics, women's health and the law, and transplant ethics. She has a special interest in women's issues as they pertain to health care law.

Dr. Dagostino is a fellow of the American College of Legal Medicine and a member of the American College of Obstetricians and Gynecologists. She is also a member of the Philadelphia Bar Association, the Pennsylvania Association for Justice, the Philadelphia Trial Lawyers Association and the American Association for Justice.

# Mark Hoffman



Mark A. Hoffman, M.S., M.D., J.D., LL.M., M.B.E., a partner at Kline & Specter, practices in the areas of catastrophic injury litigation, product liability, pharmaceutical litigation, and other complex personal injury cases, as well as personal medical malpractice defense on behalf of physicians. His expertise has helped achieve significant legal victories in a number of high-profile cases.

Among his earlier cases, Dr. Hoffman worked with Tom Kline in 2001 on the case of Delores Spraggans, a 67-year-old woman who suffered a stroke after a catheter was placed in the wrong blood vessel. A jury found Allegheny University Hospital liable and handed down a $2 million verdict, an unusually large award for a patient who was elderly and already suffering serious health problems.

Dr. Hoffman again teamed with Kline in 2003, this time obtaining a $2.9 million verdict in Delaware County for the wife of Dr. Marc Ebel, a gastroenterologist who suffered internal bleeding at Crozer-Chester Medical Center following a lymph node biopsy. Doctors failed to treat the cause of the bleeding in time and Ebel died.

Dr. Hoffman has worked on a litany of other cases at Kline & Specter that have resulted in favorable jury verdicts and significant settlements, including cases in New Hampshire and North Carolina. He served on the Science Committee of the Vioxx Multi-District Litigation, and was a member of the core group which developed the scientific foundation concerning prostaglandin and prostacyclin effects of this medication, and its relationship to heart attack and stroke.

Most recently, Dr. Hoffman worked with Tom Kline in the highly publicized case of Omega Leach, a Philadelphia teenager who died after being placed in a restraint hold at a Tennessee treatment center, which settled for $10.5 million in February 2010. In November 2009, he was lead counsel in the case of Abena Kyei v. various doctors and a nurse at the Children's Hospital of Philadelphia, which tried to a $1.3 million verdict. The case involved the death of a 5-month-old baby with complex congenital heart disease. And in March 2008, Dr. Hoffman was lead counsel in a medical malpractice case in which a patient died because of mistakes made by a doctor while performing a cardiac catheterization procedure. A Scranton jury awarded $700,000 in the case.

Dr. Hoffman received his undergraduate degree with honors from Amherst College, an M.S. degree in biology and biochemistry from Tulane University, and an M.D. degree from Columbia University. He then completed his general surgery residency at Harvard University in Boston, followed by a two-year fellowship in neonatal and pediatric surgery at the Hospital for Sick

KS-000077

Children and the University of Toronto. Dr. Hoffman then went on to complete a solid organ transplantation fellowship at Cambridge University in Cambridge, England.

Prior to attending law school, Dr. Hoffman practiced as an academic liver and kidney transplant surgeon and general pediatric surgeon at Tufts University in Boston, and more recently, at the University of Pennsylvania. He has extensive experience in the areas of pediatric trauma and trauma surgery, hepato-biliary surgery, and the surgery of complex congenital gastrointestinal and airway malformations. He was a staff member of the Kiwanis Pediatric Trauma Institute in Boston, a major pediatric trauma center with world-wide recognition in the care of catastrophic pediatric injuries. Dr. Hoffman also served in the U.S. Army Medical Corps during Desert Shield and Storm and rose to the rank of colonel in the Army. His last assignment prior to leaving the Army was as a Military Academy Liaison Officer (MALO) to the United States Military Academy at West Point. Dr. Hoffman has published extensively in the areas of pediatric trauma, pediatric hepato-biliary disease, and pediatric transplantation.

Dr. Hoffman received his J.D. degree from the University of Pennsylvania School of Law, and in May 2006 completed a master's degree in bioethics at University of Pennsylvania School of Medicine. He previously graduated with honors from the LL.M. Program in Trial Advocacy at Temple University's Beasley School of Law, where he currently teaches in that program. Dr. Hoffman also serves as Assistant Professor of Surgery at the Uniformed Services University of the Health Sciences in Bethesda, MD.

Dr. Hoffman's broad areas of medical interest include transplantation immunology and xenotransplantation, complex congenital diseases of the gastrointestinal tract, gastroesophageal reflux disease in neurologically injured children, hepato-biliary surgery, ethical issues of health care delivery and resource allocation, and legal and moral theories of responsibility, causation and evidence law. He has authored or co-authored more than 50 journal articles, 11 book chapters, and one book on congenital liver disease titled Current Controversies in Biliary Atresia. He has presented his laboratory and clinical research at national and international medical conferences and society meetings, and continues to actively speak at medical meetings on topics of tort law and issues of medical malpractice. He has given more than 50 invited lectures and presentations. More recently, Dr. Hoffman has been an invited speaker and visiting professor at the University of Illinois (Peoria) Department of Surgery, and at the University of Miami Children's Hospital.

Dr. Hoffman is a Fellow of the American College of Legal Medicine, the Royal College of Physicians and Surgeons of Canada, the American College of Surgeons, the American Society of Transplant Surgeons, the American Academy of Pediatrics, and the American Pediatric Surgical Association. He is a lifetime member of the American Association of Military Surgeons.

Dr. Hoffman is licensed to practice in Pennsylvania, New Jersey and New York. He is a member of the Pennsylvania Association for Justice, the Philadelphia Trial Lawyers Association and the American Association for Justice.

# Lee Balefsky



As the partner heading up Kline & Specter's Mass Tort Department, Lee B. Balefsky is involved in lawsuits dealing with a wide range of products and toxic substances, from pharmaceuticals such as Vioxx to defective medical devices, from asbestos to denture creams containing zinc.

Balefsky's Mass Tort department at Kline & Specter was recently named in *Best Law Firms* in the nation following a survey conducted by U.S. News Media Group and *Best Lawyers*. The "Tier 1" designation was awarded to only 22 law firms in the United States and was announced in the October 2010 issue of *U.S. News & World Report*.

Balefsky's three decades of experience in complex litigation puts him at the forefront of Mass Torts, a burgeoning area of the law whose genesis can be traced only as far back as the late 1960s and "mass accident" claims (generally airline mishaps) and to "Agent Orange" claims that arose in the 1970s over the herbicide used in the Vietnam War.

Balefsky has been active in mass tort claims in recent years involving asbestos and, most commonly today, pharmaceuticals. He currently serves as Plaintiff's Liaison Counsel in Philadelphia Vioxx litigation.

Balefsky's experience helped earn him a spot among "The Best Attorneys in Pennsylvania" as selected by *Super Lawyers* magazine for 2004 - 2010. He was also selected for the latest edition (2010) of *The Best Lawyers in America*.

Mass tort practice requires knowledge and the ability to handle several issues simultaneously, with cases often filed in both state and federal courts and with multiple plaintiffs and defendants. Clients are individually represented in mass tort cases but the system allows for centralizing and sharing of information, such as documents and depositions, among various parties in trials and settlement negotiations.

Balefsky's department at Kline & Specter is currently representing clients in claims against the makers of prescription and over-the-counter medicines as well as cases involving asbestos, medical devices and MBTE, a gasoline additive that has been found to have polluted community water supplies.

In addition to his lead role with Philadelphia Vioxx cases, Balefsky has been named Philadelphia Mass Tort Program Liaison Counsel in cases targeting the diet drugs commonly known as Fen-Phen, as well as for cases involving PPA, an ingredient used in over-the-counter cold remedies.

**KS-000079**

In that liaison role, he aids the court in case management while providing other attorneys with information in the various cases.

Balefsky's Mass Tort Department recently obtained significant settlements in lawsuits against the makers of Baycol, Fen-Phen and PPA.

His department also is involved in claims involving Vioxx, Celebrex, Bextra, Ephedra, and Atypical Antipsychotic medications including Zyprexa and Risperdal.

Over the past two decades, Balefsky has won numerous cases, particularly those in which clients were found to have contracted cancer because of their exposure to asbestos, a substance which still poses a danger to the general public and, most commonly, to workers at aging factories and facilities.

Balefsky is a member of the Plaintiff's Steering Committee in Pennsylvania Diet Drug Litigation. He has lectured extensively in the area of pharmaceutical litigation. Balefsky is board certified in civil litigation by the National Board of Trial Advocacy. He is an active member of the American Association for Justice, the Pennsylvania Association for Justice and the Philadelphia Trial Lawyers Association.

A graduate of Temple University in 1974 and Wake Forest University Law School in 1977, Balefsky has been admitted to practice in the U.S. District Eastern and Middle Districts of Pennsylvania as well in the U.S. Third Circuit Court of Appeals and the U.S. Supreme Court.

KS-000080

# Michelle Tiger



Michelle L. Tiger, whose main focus with Kline & Specter is mass tort litigation, joined the firm in 2001 after gaining a wealth of experience at several other firms in a wide range of practice areas.

Her hands-on knowledge in the complex field of mass torts helped win her selection as among "The Best Attorneys in Pennsylvania" by Super Lawyers 2010 magazine, whose survey and review determined those attorneys who are among the state's top five percent.

In addition, Kline & Specter's Mass Tort department was named in *Best Law Firms* by U.S. News Media Group and *Best Lawyers*. The designation was awarded to only 22 law firms in the United States and was announced in the October 2010 issue of *U.S. News & World Report*.

Tiger was involved in lawsuits against the manufacturers of various pharmaceuticals, including Vioxx, a massive case that settled for $4.85 billion and benefited hundreds of Kline & Specter clients. She also handled litigation involving the similar painkillers Celebrex and Bextra, diet drugs such as Fen-Phen, and Baycol, Serzone, Lotronex and PPA, the last an ingredient in many best-selling cold medications and diet aids. Tiger coordinated the national discovery process in the case against Baycol, a popular cholesterol-lowering drug that resulted in renal failure and at least 31 known deaths.  Tiger also is involved in suits involving drugs that have come under recent scrutiny, including atypical antipsychotic drugs such as Zyprexa and Risperdal (associated with reported cases of diabetes) and the Ortho Evra birth control patch (associated with a higher risk of potentially deadly blood clots).

While earning her law degree at Villanova University in 1985, Tiger worked for an insurance defense firm in Philadelphia and after graduation joined a private firm in Tucson where she worked on plaintiff's personal injury cases as well as civil rights, bankruptcy law and real estate transactions.

She later worked at two Philadelphia law firms, concentrating on insurance defense, with an emphasis on product liability. As an associate and later a shareholder at Marshall, Dennehey, Warner, Coleman & Goggin in Philadelphia, Tiger worked on product liability cases involving everything from disposable cigarette lighters (BIC) to emergency generators (Kohler Corp.), and from toilets to automobiles. In premises liability cases, Tiger has worked on cases involving bowling alleys, parking lots and apartment houses.  She also represented American Airlines in federal multi-district litigation over the Dec. 20, 1995 mountainside crash of Flight 965 in Cali, Colombia, in which all but four passengers were killed.

Tiger co-authored an article about the mass tort judicial process and pharmaceutical litigation titled "Philadelphia Mass Tort Program: Alive and Well" in the February 2005 issue of *Product Liability Law & Strategy*.  Tiger received her bachelor's degree from Ithaca College and spent a semester studying at the University of Tel Aviv. She is admitted to practice in state and federal courts in Pennsylvania, New Jersey and Arizona as well as before the federal Court of Appeals and the U.S. Supreme Court.

Tiger is a member of the Philadelphia Bar Association as well as the Pennsylvania Association for Justice, the Philadelphia Trial Lawyers Association and the American Association for Justice. She is AV rated in Martindale-Hubbell.

**KS-000081**

# David Caputo

David J. Caputo, a partner at Kline & Specter, has played a significant role in some of the firm's most notable victories. A former federal prosecutor, Caputo's practice includes the full range of catastrophic injury litigation handled by the firm and representing individuals pursuing claims under the federal False Claims Act and IRS and SEC whistleblower programs.

A Harvard Law School graduate, Caputo originally joined the firm in 2002. Over the next six years, he obtained numerous seven- and eight- figure verdicts and settlements as both lead counsel and co-counsel with Tom Kline and Shanin Specter. As lead trial counsel, Caputo won a $3 million jury verdict for a 50-year-old ironworker who suffered a herniated disc in a fall at a construction site.



Caputo was co-counsel in a string of other significant cases, including:

- $29.6 million settlement of the lawsuits arising from the collapse of Pier 34 in which three young women were killed.
- $52 million verdict by a federal jury in Reno, Nevada, in the retrial of White v. Ford, which involved the death of a three-year old boy as a result of a defective parking brake in a Ford F-Series truck.
- $40.5 million settlement of the litigation arising from an explosion and fire at the Village Green Apartments in Montgomery County, in which six people died and six others were injured;
- "Substantial compensation" – the amount was confidential -- for prominent Philadelphia attorney Richard Sprague in his highly publicized defamation case against sports talk radio host Howard Eskin. The settlement also resulted in an on-air apology from Eskin and a 30-day suspension of Eskin by 610-WIP.
- $5 million settlement under the Federal Tort Claims Act for a woman who suffered serious burns and other injuries when a United States Postal Service truck struck her car.

In 2008, Caputo accepted an offer to join the Criminal Division of the United States Attorney's Office for the Eastern District of Philadelphia, where he served in the Government, Environmental and Health Care Fraud section. As an assistant United States attorney, Caputo was a member of the prosecution team in *United States v. Synthes et al,* in which a major medical device manufacturer and a subsidiary were charged with conducting an unauthorized clinical trial of a bone cement in violation of the federal Food, Drug and Cosmetic Act. The companies later pleaded guilty and agreed to pay the maximum fine permitted under the law of $23.2 million. Caputo also handled cases involving schemes to defraud Medicare and Medicaid fraud and other federal programs and agencies.

KS-000082

Caputo returned to Kline & Specter in 2010 and, since then, has continued to represent catastrophically injured people while also representing clients with information about government fraud seeking to pursue whistleblower claims.  His clients include individuals with information about a variety of schemes to defraud the government, particularly Medicare and Medicaid fraud and defense contracting fraud.  He advises clients on how to navigate the complexities of the U.S. False Claims Act and state laws not only in bringing suit but also in ensuring that they receive their rightful rewards as a result of successful litigation.  Caputo also handles claims involving federal tax fraud under the IRS whistleblower program and claims involving federal securities fraud under the newly-expanded SEC whistleblower program.

In 2006, Caputo was co-counsel with Specter for the Pennsylvania Trial Lawyers Association as amicus curiae in cases in the U.S. Court of Appeals for the Third Circuit, the U.S. District Court for the Eastern District of Pennsylvania, and the Philadelphia Court of Common Pleas. Caputo's work for PaTLA was primarily in the area of federal pre-emption, fighting attempts by drug manufacturers and the U.S. Food and Drug Administration to eliminate the rights of people injured by dangerous drugs to be compensated through the civil justice system.

Caputo was selected four straight years -- 2005, 2006, 2007 and 2008 -- from among thousands of attorneys for inclusion in *Pennsylvania Super Lawyers — Rising Stars*, a publication that selects the top 2.5 percent of attorneys in the state who are 40 or younger.

Caputo earned his B.A. from Duke University, *magna cum laude* and Phi Beta Kappa, in 1992, and his J.D. from Harvard Law School, *cum laude*, in 1996. From 1996 to 1997, he was a law clerk for Judge J. Curtis Joyner of the U.S. District Court for the Eastern District of Pennsylvania. From 1997 until 2002, Caputo was an associate at Dechert LLP, where his practice included a broad range of civil and criminal litigation. Caputo earned an LL.M. in Trial Advocacy, with honors, from Temple University Beasley School of Law in 2005.

Caputo is admitted to practice in Pennsylvania and New Jersey, the federal courts in both states, and the U.S. Court of Appeals for the Third Circuit and Ninth Circuit. He is a member of the Pennsylvania Association for Justice and the Philadelphia Trial Lawyers Association and the American Association for Justice.