# Exhibit "8"

# COMMITTEE MEMBERSHIPS AND LEADERSHIP POSITIONS

| KS lawyer | Position | Litigation |
|---|---|---|
| Tom Kline | Member, PSC<br>Co-chair, Trial Committee | MDL<br>MDL |
| Lee Balefsky | Member, Discovery Committee<br>Liaison Counsel<br>Chair, Stroke Committee | MDL<br>Phila. CL<br>NJCL |
| Lisa Dagostino, MD, JD | Member, Science Committee<br>Member, Discovery Committee<br>Member, Trial Package Committee<br>Member, Stroke Committee | MDL<br>MDL<br>MDL<br>NJCL |
| Mark Hoffman, MD, JD | Member, Science Committee | MDL |
| Michelle Tiger | Liaison Counsel | Phila. CL |

KS-000084