Exhibit "9"

| | |
|---|---|
| **From:** | Seeger, Chris [cseeger@seegerweiss.com] |
| **Sent:** | Tuesday, February 14, 2006 4:05 PM |
| **To:** | Dagostino, Lisa S. |
| **Cc:** | Balefsky, Lee; Kline, Thomas R. |
| **Subject:** | RE: Gershon Y. Perry, MD - Vioxx Case Summary |

his email was very unfair.

-----Original Message-----
From: Dagostino, Lisa S. [mailto:Lisa.Dagostino@KlineSpecter.com]
Sent: Tuesday, February 14, 2006 3:54 PM
To: Seeger, Chris
Cc: Balefsky, Lee; Kline, Thomas R.
Subject: RE: Gershon Y. Perry, MD - Vioxx Case Summary


*clap, clap, clap*

Thank you

-----Original Message-----
From: Seeger, Chris [mailto:cseeger@seegerweiss.com]
Sent: Tuesday, February 14, 2006 3:42 PM
To: rherman@hhkc.com; Balefsky, Lee
Cc: Cvtisi@aol.com; LDavis@hhkc.com; Kline, Thomas R.; Buchanan, David; Dagostino, Lisa S.
Subject: RE: Gershon Y. Perry, MD - Vioxx Case Summary


Russ, respectfully, we have a case selection committee that has been
working extremely hard on these issues.  Kline's office has pretty much
single handedly reviewed all of the case submissions.  i love you and
respect you, but i think it's unfair and undermining to them to
contradict them in an email to an outsider.  if we select subcommittees
to perform tasks, we need to support them.  Sending your email to Ed
makes it look like there's disagreement in the PSC about trial case
criteria, and there isn't.   this is the first we've heard from you on
this issue.  Please speak with the committee and share your views with
them.  they are operating with only the best intentions for this
litigation.  the idea behind big damage only cases wasn't just made up.
it comes out of focus groups and studies from new orleans suggesting
that those are the only cases that can win.  telling Ed you disagree
with this, i think, isn't helpful.
-----Original Message-----
From: Russ Herman [mailto:rherman@hhkc.com]
Sent: Tuesday, February 14, 2006 3:16 PM
To: Balefsky, Lee; eblizzard@blizzardlaw.com
Cc: Cvtisi@aol.com; Seeger, Chris; LDavis@hhkc.com; Kline, Thomas R.;
Seeger, Chris; RHerman@hhkc.com; Buchanan, David; Dagostino, Lisa S.
Subject: RE: Gershon Y. Perry, MD - Vioxx Case Summary


Ed you shoyld know iam of adifferent view What we need are cases we can
WIN. Specific causation is the issue I am personally try an mi without
great residual in June. Thanks Russ

**KS-000085**

[Message delivered by NotifyLink]

----------Original Message----------

From: "Balefsky, Lee" <Lee.Balefsky@KlineSpecter.com>
Sent: Tue, February 14, 2006 1:53 PM
To: <eblizzard@blizzardlaw.com>
Cc: <Cvtisi@aol.com>, "Seeger, Chris" <cseeger@seegerweiss.com>,
<LDavis@hhkc.com>, "Kline, Thomas R." <Tom.Kline@KlineSpecter.com>,
"Seeger, Chris" <cseeger@seegerweiss.com>, <RHerman@hhkc.com>,
<DBuchanan@seegerweiss.com>, "Dagostino, Lisa S."
<Lisa.Dagostino@KlineSpecter.com>
Subject: RE: Gershon Y. Perry, MD - Vioxx Case Summary

Ed, we have reviewed your 3 cases-Perry, Jefferson and Mason. None
appear to have suffered significant damage from their MI's. If this is
incorrect, let me know. It is the belief  of some of the members of the
PSC that we should only put up death cases or cases with significant
damages .While we are trying to do that we may have to advance others
because of  J. Fallon's deadline of  5pm Thur. If  we had to pick one of
yours, do you have a preference?


Lee B. Balefsky, Esquire
Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA  19102
(215) 772-0420 direct dial
(215) 772-1359 fax
(800) 597-9585 toll free number
lee.balefsky@klinespecter.com



_____

From: Dagostino, Lisa S.
Sent: Tuesday, February 14, 2006 1:32 PM
To: Balefsky, Lee
Cc: Cvtisi@aol.com; Seeger, Chris; LDavis@hhkc.com; Kline, Thomas R.;
Seeger, Chris; RHerman@hhkc.com; DBuchanan@seegerweiss.com
Subject: FW: Gershon Y. Perry, MD - Vioxx Case Summary


I've already reviewed this-it has problems and the damages are
(medically) not that bad.  Had an MI, still working.  As for
documentation of Vioxx use-none.  Samples case.


If this is to be put up, it doesn't meet the criteria from this
morning's email chain.


_____

KS-000086

```
From: Jackie Chatmon [mailto:jchatmon@blizzardlaw.com]
Sent: Tuesday, February 14, 2006 12:20 PM
To: Dagostino, Lisa S.
Cc: Edward Blizzard
Subject: Gershon Y. Perry, MD - Vioxx Case Summary
```

Jackie Chatmon,

Legal Assistant

Blizzard, McCarthy & Nabers, LLP

The Lyric Centre

440 Louisiana, Suite 1710

Houston, TX  77002

713.844.3750 phone

713.844.3763 direct line

713.844.3755 telecopier

800.349.0127 toll free

jchatmon@blizzardlaw.com

KS-000087