Exhibit "10"

**Subject:** Re: Thomas Hendricks

**Date:** Saturday, February 11, 2006 8:19:35 PM ET

**From:** Seeger, Chris

**To:** Tom.Kline@KlineSpecter.com, Lisa.Dagostino@KlineSpecter.com, Buchanan, David, ldavis@hhkc.com

**CC:** lee.balefsky@klinespecter.com, Shanin.Specter@KlineSpecter.com, Cvtisi@aol.com, rherman@hhkc.com

Tom, as I've told Lisa, I agree with you. You're not a clearing or screening house. You and you're firm have done so much that I feel bad you have to deal with this too. Thanks for stepping up. In my last exchange with Lisa I said she should feel free to send cases back at her discretion.
-------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Kline, Thomas R. <Tom.Kline@KlineSpecter.com>
To: Dagostino, Lisa S. <Lisa.Dagostino@KlineSpecter.com>; Buchanan, David <dbuchanan@seegerweiss.com>;
Seeger, Chris <cseeger@seegerweiss.com>; LDavis@hhkc.com <LDavis@hhkc.com>
CC: Balefsky, Lee <Lee.Balefsky@KlineSpecter.com>; Specter, Shanin <Shanin.Specter@KlineSpecter.com>;
Cvtisi@aol.com <Cvtisi@aol.com>; RHerman@hhkc.com <RHerman@hhkc.com>
Sent: Sat Feb 11 19:50:01 2006
Subject: Re: Thomas Hendricks


I support Lisa's view  here. She has been working day and night on reviewing cases, most of which is junk. She has cases piled up for the weekend. You can understand her frustration when she learns during a review that a case coming from Russ's office was a BEXTRA case, not vioxx..

We must establish an orderly and reasonable  process to review these cases, and have standards set before the files hit our office.  Our firm  has already undertaken an undue burden. This, current situation, respectfully, is unacceptable.

I have instructed her to preliminarily take a look at each file. If it is not in shape for review, and not obvious that it is in the ballpark from the face of the materials, it will simply be returned.



-------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Dagostino, Lisa S.
To: Buchanan, David; Kline, Thomas R.; Seeger, Chris; LDavis@hhkc.com
CC: Balefsky, Lee; Specter, Shanin; Cvtisi@aol.com
Sent: Sat Feb 11 17:06:22 2006
Subject: RE: Thomas Hendricks

I spent a good part of this morning getting deep into a MI case that took place in NO (no prescriptions records—supposedly, this was a case where the client claims she took Vioxx samples)….only to find after about two hours of work that there were two nursing notes that listed the medications this woman had been taking at work, prior

KS-000088

to admission.  Neither note mentioned Vioxx.   Both notes said she was on Bextra.   Last time she took Bextra?  The day prior to her MI.    Nice Bextra case.  Obviously not a Vioxx trial candidate.

With respect, Lenny, this one came from your office—Jane Valden.   I'm really buried here with these reviews, and this is one I really wish I had not wasted the morning on…

Out of necessity, I'm going to be brutal with these.  If I'm substituting for an expert here (which is the whole point of having a doctor review this), I'm just simply not going to review cases where the records are not complete enough to give me enough info to form an opinion.   You may be seeing a bunch of those "information not sufficient for review" emails from me in the next few days.   I'm not wasting time on cases that are not in shape for expert review/opinion, and then by definition are not ready to be put for trial.  If that means we have fewer than five cases on Friday…so be it.

_____

From: Buchanan, David [mailto:dbuchanan@seegerweiss.com]
Sent: Friday, February 10, 2006 10:41 AM
To: Kline, Thomas R.; Seeger, Chris; LDavis@hhkc.com
Cc: Balefsky, Lee; Specter, Shanin; Cvtisi@aol.com; Dagostino, Lisa S.
Subject: RE: Thomas Hendricks

The real problem is a complete lack of time to do this properly.  In an ideal setting, all files would be sent in the first instance to one firm for logging them in, pre-screening them to go to the next level, and filtering out stuff that shouldn't move on (either bc it's not eligible, there's insufficient meds, bad injury, etc.)  That could all be done by a para, but all of us are being bombarded with stuff and we're all just sending it to Lisa.  This is no way to make mission critical decisions about this litigation.  I'm on my knees begging for more time so we can do this right.

_____

From: Kline, Thomas R. [mailto:Tom.Kline@KlineSpecter.com]
Sent: Friday, February 10, 2006 10:30 AM
To: Seeger, Chris; LDavis@hhkc.com
Cc: Buchanan, David; Balefsky, Lee; Specter, Shanin; Cvtisi@aol.com; Dagostino, Lisa S.
Subject: Re: Thomas Hendricks

No. And, that's the problem, and its a big one for us.

--------------------------
Sent from my BlackBerry Wireless Handheld

**KS-000089**

-----Original Message-----
From: Seeger, Chris
To: Kline, Thomas R.; LDavis@hhkc.com
CC: Buchanan, David; LDavis@hhkc.com; Balefsky, Lee; Specter, Shanin; Cvtisi@aol.com
Sent: Fri Feb 10 08:56:12 2006
Subject: RE: Thomas Hendricks

Tom, I don't blame you one bit.  To have Lisa's time wasted on BS cases is unforgivable under any circumstances.  Is anyone from our team checking to make sure these cases meet any criteria before they go to Lisa?

-----Original Message-----
From: Kline, Thomas R. [mailto:Tom.Kline@KlineSpecter.com]
Sent: Friday, February 10, 2006 8:02 AM
To: LDavis@hhkc.com
Cc: Seeger, Chris; Buchanan, David; LDavis@hhkc.com; Balefsky, Lee; Specter, Shanin; Cvtisi@aol.com
Subject: Re: Thomas Hendricks


Who sent this case? Why aren't people being discriminating in sending us reasonable cases? Respectfully--we are not a garbage basket to review anything someone wants reviewed, and Lisa just can't keep looking at cases like these.

-------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Dagostino, Lisa S.
To: Anita Goff; jwebster@abrahamwatkins.com
CC: Vioxx Small Group; cvtisi@aol.com; Seeger, Chris; 'Buchanan, David'; 'Lenny Davis'
Sent: Fri Feb 10 07:56:06 2006
Subject: Thomas Hendricks

Please be advised that the information provided for your case Thomas Hendricks is insufficient for a medical review and an assessment of possible causation between Vioxx use and Mr. Hendrick's injuries.  I am only in possession of an H+P and a discharge summary from what I presume to be the event at issue (a non-Q wave MI in March 2004 that led to cardiac cath followed by CABG—reports of these interventions were not provided and would have been necessary for any assessment of potential causation). I also gather, from the records available, that this gentleman is in his 70s and is s/p radical prostatectomy for prostate cancer—which would disqualify him for consideration as a 'test case' at this time.



Lisa S. Dagostino, MD, JD, MBE

Kline and Specter, PC

The Nineteenth Floor

**KS-000090**

1525 Locust Street

Philadelphia, PA  19102

215.772.2488 (direct dial)

215.772.1005 (facsimile)

lisa.dagostino@klinespecter.com


This message is intended only for the use of the individual or entity to which it is addressed and contains information that is privileged (protected by the attorney-client privilege and the work-product privilege), confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you receive this message in error, please notify us immediately via return e-mail and delete the original message from your files.

**KS-000091**