Exhibit "11"

| | |
|---|---|
| **From:** | Seeger, Chris [cseeger@seegerweiss.com] |
| **Sent:** | Friday, February 10, 2006 11:41 AM |
| **To:** | ldavis@hhkc.com; Dagostino, Lisa S. |
| **Cc:** | Cvtisi@aol.com; Buchanan, David; Vioxx Small Group; Kline, Thomas R.; Balefsky, Lee; rherman@hhkc.com |
| **Subject:** | Re: Ashcroft--potential trial case |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Agree on all counts.  Thanks Lisa, Lee and all the KS people for once again bailing us out.
--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Lenny Davis <LDAVIS@hhkc.com>
To: Dagostino, Lisa S. <Lisa.Dagostino@KlineSpecter.com>
CC: Cvtisi@aol.com <Cvtisi@aol.com>; Seeger, Chris <cseeger@seegerweiss.com>; Buchanan, David <dbuchanan@seegerweiss.com>; Vioxx Small Group <VioxxSmallGroup@KlineSpecter.com>; Kline, Thomas R. <Tom.Kline@KlineSpecter.com>; Balefsky, Lee <Lee.Balefsky@KlineSpecter.com>; Russ Herman <RHERMAN@hhkc.com>
Sent: Fri Feb 10 11:26:31 2006
Subject: RE: Ashcroft--potential trial case

Lisa…you are amazing. I know you have not slept and we have slammed you. All of your efforts are greatly appreciated. Because of you we can at least go before judge fallon and let him know of the efforts performed. Thanks so much for all the hard work!!!!



Leonard A. Davis
Attorney at Law
Herman, Herman, Katz & Cotlar LLP
Herman, Mathis, Casey, Kitchens & Gerel LLP 820 O'Keefe Avenue New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

Temporary Office
Place Saint Charles
201 Saint Charles Avenue
Suite 4310
New Orleans, Louisiana  70170
< <http://www.hhkc.com/> http://www.hhkc.com/>

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.

CONFIDENTIAL ATTORNEY WORK PRODUCT

**KS-000092**

-----

From: Dagostino, Lisa S. [mailto:Lisa.Dagostino@KlineSpecter.com]
Sent: Friday, February 10, 2006 9:59 AM
To: Jason C. Webster
Cc: Cvtisi@aol.com; cseeger@seegerweiss.com; dbuchanan@seegerweiss.com; Vioxx Small Group; Lenny Davis
Subject: RE: Ashcroft--potential trial case


I am looking at Stout now.  Will let you know.


-----

From: Jason C. Webster [mailto:jwebster@abrahamwatkins.com]
Sent: Friday, February 10, 2006 10:57 AM
To: Dagostino, Lisa S.
Subject: RE: Ashcroft--potential trial case


Are there any other cases that we sent that you feel yall would want us to try?  I work for David Matthews and we are ready to go.  We submitted these cases at the request of Don Barrios.  John Stout is a damn good case although he is doing pretty good now.


Jason C. Webster
Abraham, Watkins, Nichols,
Sorrels, Matthews & Friend
800 Commerce Street
Houston, Texas 77002
Tel. 713-226-5168

This transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is unauthorized and strictly prohibited. If you have received this transmission in error, please immediately notify the sender.
Fax. 713-225-0827


-----

From: Dagostino, Lisa S. [mailto:Lisa.Dagostino@KlineSpecter.com]
Sent: Friday, February 10, 2006 9:49 AM
To: jwebster@abrahamwatkins.com; Anita Goff
Cc: Vioxx Small Group; Cvtisi@aol.com; cseeger@seegerweiss.com; ldavis@hhkc.com
Subject: Ashcroft--potential trial case

KS-000093

Please be advised that the information provided for your case Richard Ashcroft is insufficient for a medical review and an assessment of possible causation between Vioxx use and Mr. Ashcroft's injuries, and insufficient for an assessment as a trial 'test' case at this time.  I am only in possession of an H+P and a discharge summary from what I presume to be the event at issue (an MI in September 2004 that led to cardiac cath —report of the cardiac catheterization was not provided and would have been necessary for any assessment of potential causation).

Lisa S. Dagostino, MD, JD, MBE

Kline and Specter, PC

The Nineteenth Floor

1525 Locust Street

Philadelphia, PA  19102

215.772.2488 (direct dial)

215.772.1005 (facsimile)

lisa.dagostino@klinespecter.com

This message is intended only for the use of the individual or entity to which it is addressed and contains information that is privileged (protected by the attorney-client privilege and the work-product privilege), confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient you are hereby notified that any dissemination, distributation, or copying of this communication is strictly prohibited.  If you receive this message in error, please notify us immediately via return e-mail and delete the original message from your files.

KS-000094