# Exhibit "12"

**Dagostino, Lisa S.**

| | |
|---|---|
| **From:** | Kline, Thomas R. |
| **Sent:** | Wednesday, July 19, 2006 2:19 PM |
| **To:** | 'Dbuchanan@seegerweiss.com' |
| **Cc:** | Dagostino, Lisa S. |
| **Subject:** | Re: Local 68 |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Yes as to LSD. I think she should be immersed in Local 68 ...

-----Original Message-----
From: Buchanan, David <dbuchanan@seegerweiss.com>
To: Kline, Thomas R.
Sent: Wed Jul 19 14:22:51 2006
Subject: Local 68

Tom, we're talking about some discovery tasks and we're putting together a team of senior attys to perform 2nd cut review.  Right now, it includes Kaufman, Grand, someone from Shub's shop, and we could use a fourth person who knows the case.  Review can be done remotely.  Can Lisa take a significant role in this?  We have to get all documents 2nd cut within 3 weeks or so.

**KS-000095**