# Exhibit "13"

**Dagostino, Lisa S.**

| | |
|---|---|
| From: | Buchanan, David [dbuchanan@seegerweiss.com] |
| Sent: | Monday, August 15, 2005 7:14 PM |
| To: | Dagostino, Lisa S.; Grand, Jeff; Hoffman, Mark A.; Kline, Thomas R.; Specter, Shanin; Seeger, Chris |
| Cc: | Englert, Robert |
| Subject: | RE: LMC minutes March 30. 2000 |
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

Awseome.

-----Original Message-----
From: Dagostino, Lisa S. [mailto:Lisa.Dagostino@KlineSpecter.com]
Sent: Monday, August 15, 2005 7:07 PM
To: Grand, Jeff; Buchanan, David; Hoffman, Mark A.; Kline, Thomas R.; Specter, Shanin; Seeger, Chris
Cc: Englert, Robert
Subject: Re: LMC minutes March 30. 2000

Yes.  We're going to use it with scolnick tomorrow to cross him on his testimony re:  purpose of patent was NOT to address Fitzgerald hypothesis.

--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Grand, Jeff <JGrand@seegerweiss.com>
To: Dagostino, Lisa S. <Lisa.Dagostino@KlineSpecter.com>; Buchanan, David <dbuchanan@seegerweiss.com>; Hoffman, Mark A. <Mark.Hoffman@KlineSpecter.com>; Kline, Thomas R. <Tom.Kline@KlineSpecter.com>; Specter, Shanin <Shanin.Specter@KlineSpecter.com>; Seeger, Chris <cseeger@seegerweiss.com>
CC: Englert, Robert <Robert.Englert@KlineSpecter.com>
Sent: Mon Aug 15 19:11:10 2005
Subject: RE: LMC minutes March 30. 2000

Absolutely amazing.  Great find.  Was this in the supplemental production?

-----Original Message-----
From: Dagostino, Lisa S. [mailto:Lisa.Dagostino@KlineSpecter.com]
Sent: Monday, August 15, 2005 4:02 PM
To: Buchanan, David; Grand, Jeff; Hoffman, Mark A.; Kline, Thomas R.; Specter, Shanin; Seeger, Chris
Cc: Englert, Robert
Subject: LMC minutes March 30. 2000

JRAA0000437 (email) and minutes JRAA0000438 of licensing management commitee meeting three days post press release.  See JRAA0000448.  Who needs the CMI with this?

Metters testified that Scolnick was at this meeting.

--------------------------

KS-000096

Sent from my BlackBerry Wireless Handheld

KS-000097

27