# Exhibit "14"

**Dagostino, Lisa S.**

| | |
|---|---|
| **From:** | Kline, Thomas R. |
| **Sent:** | Friday, January 19, 2007 3:27 PM |
| **To:** | 'Wml@lanierlawfirm.com'; 'DGH@lanierlawfirm.com' |
| **Cc:** | Dagostino, Lisa S. |
| **Subject:** | Re: More help! |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Lisa will be there.. I'll let her work out logistics with you folks..


-----Original Message-----
From: Mark Lanier <WML@lanierlawfirm.com>
To: Kline, Thomas R.; Dara Hegar <DGH@lanierlawfirm.com>
CC: Dagostino, Lisa S.
Sent: Fri Jan 19 15:09:02 2007
Subject: Re: More help!

Thanks. Egilman says we need her!  "She knows the documents as well as I do" was the exact quote. (High praise, Lisa. David does not praise lightly!)

We are staying at the Borgata and can get her a room if she wants to come in Sunday afternoon/evening. I can tell her what I need and then I can get her help on Monday and early Tuesday. That should do it.

Just let me know on the room deal.

Thanks billions.

-----Original Message-----
From: Kline, Thomas R. <Tom.Kline@KlineSpecter.com>
To: Mark Lanier <WML@lanierlawfirm.com>
CC: Dagostino, Lisa S. <Lisa.Dagostino@KlineSpecter.com>
Sent: Fri Jan 19 14:05:20 2007
Subject: Re: More help!

Sure. ANYTHING you want or need from us is yours....


-----Original Message-----
From: Mark Lanier <WML@lanierlawfirm.com>
To: Kline, Thomas R.; degilman@egilman.com <degilman@egilman.com>; Dara Hegar <DGH@lanierlawfirm.com>; Richard D. Meadow <RDM@lanierlawfirm.com>
Sent: Fri Jan 19 10:47:55 2007
Subject: More help!

Any chance I could have Lisa's help monday and Tuesday?

**KS-000098**