Exhibit "15"

| | |
|---|---|
| **Subject:** | RE: Demets Article |
| **Date:** | Sunday, September 30, 2007 4:01:35 PM ET |
| **From:** | Buchanan, David |
| **To:** | Shelly Sanford, Dagostino, Lisa S. |
| **CC:** | Leigh O'Dell, Michael Weinkowitz, Grand, Jeff, Arbitblit, Donald C., Gross, Jennie, Kline, Thomas |

Lisa, this is huge…they're monkeying w/ the adjudications on something central to their naproxen defense.  If there was a more material imbalance in strokes between Vx and naproxen on strokes, they never would have been able to sell their naproxen defense.  That's what both Barr and Patrono said in 3/2000.  Since ASA has no protective effective on ischemic stroke, naproxen shouldn't have one either.  An excess of strokes on Vx as compared to naprosen would have put the lie to Merkc's naproxen theory before it got started.

---

**From:** Shelly Sanford [mailto:sSanford@ssrlawyers.com]
**Sent:** Thursday, September 27, 2007 4:52 PM
**To:** Dagostino, Lisa S.
**Cc:** Leigh O'Dell; Michael Weinkowitz; Grand, Jeff; Buchanan, David; Arbitblit, Donald C.; Gross, Jennie; Kline, Thomas R.
**Subject:** RE: Demets Article
**Importance:** High

Good stuff Lisa.

---

**From:** Dagostino, Lisa S. [mailto:Lisa.Dagostino@KlineSpecter.com]
**Sent:** Thursday, September 27, 2007 3:50 PM
**To:** Shelly Sanford
**Cc:** Leigh O'Dell; Michael Weinkowitz; Grand, Jeff; Buchanan, David; Arbitblit, Donald C.; Gross, Jennie; Kline, Thomas R.
**Subject:** RE: Demets Article

On that note, this is amusing……

VIGOR   AN 0862
Reported term—TIA

Clinical info---65 year old woman with difficulty speaking, remembering names, confusion.   Brain imaging negative.   Symptoms resolved.   Dx in medical records TIA.

After review by each member of the adjudication committee, the initial vote was 2-1 AGAINST calling it an event:
Adams:   CVA
Zivin:    No event, insufficient data
Mohr:    No event

However, after the final adjudication meeting (attended by two Merck employees—Linda Nelson and Doug Watson—See MRK-AJA0007585), the adjudication committee changed their mind and called it an event—a CVA. (Which, in my medical opinion, the medical records do not support --the dx in the medical records was TIA; symptoms resolved after a few hours and the brain imaging was negative).

And this patient was on……Naproxen.   They gained a CVA in the naproxen column even though they voted against calling it an event.

KS-000099

**From:** Shelly Sanford [mailto:sSanford@ssrlawyers.com]
**Sent:** Thursday, September 27, 2007 2:59 PM
**To:** Dagostino, Lisa S.
**Cc:** Leigh O'Dell
**Subject:** Demets Article
**Importance:** High

Lisa,
In the new APPROVe follow-up article Tisi sent us, the authors say at page 5 that "for each eligible event, source documents were collected, and sent to the cardiac, cerebrovascular or peripheral vascular adjudicatin committee. Confirmation decisions were made using pre-specified criteria, with majority rule voting." (my emphasis). I assume majority rule voting means 2 of the 3 committee members? I can't remember if that is consistent with the packets I looked at, but I am going to start keeping a tally on thumbs up or down by the cttee members.

KS-000100