# Exhibit "16"

**Dagostino, Lisa S.**

| | |
|---|---|
| **From:** | Troy Rafferty [TRafferty@levinlaw.com] |
| **Sent:** | Tuesday, January 17, 2006 6:45 PM |
| **To:** | Dagostino, Lisa S.; Buchanan, David |
| **Cc:** | Grand, Jeff; Vioxx Small Group; cvtisi@aol.com |
| **Subject:** | RE: Protocol 203--Targum review |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Great stuff.

-----Original Message-----
From: Dagostino, Lisa S. [mailto:Lisa.Dagostino@KlineSpecter.com]
Sent: Tuesday, January 17, 2006 5:09 PM
To: Buchanan, David; Troy Rafferty; Dagostino, Lisa S.
Cc: Grand, Jeff; Vioxx Small Group; cvtisi@aol.com
Subject: RE: Protocol 203--Targum review


Along the same lines--There's an email chain that Villalba and Targum are both on re: about
protocol 203 (FDACDER 002460-2) that also has redactions over all the good stuff.  One thing
that wasn't redacted was Villabla commenting "well, despite our recommendations, Merck has
submitted the DAP
the way they want it."    The rest of her email on this topic is blacked
out.

Also talks about how Merck wanted to remove this sentence from the label "Prospective studies
specifically designed to compare the incidence of serious CV events in Vioxx versus NSAID
comparators or placebo have not been
performed."   Villabla notes "we have told them repeatedly that the data
they propose to provide are certainly important but can not assure them that
the data will be adequate to remove this sentence."

The next paragraph that she writes is blacked out, but appears to refer to the Alz trials--
right after that she lists "the current numbers" of
mortality and all cause mortality in 078 and 091.   Bet there's something
interesting under that redaction too.


-----Original Message-----
From: Buchanan, David [mailto:dbuchanan@seegerweiss.com]
Sent: Tuesday, January 17, 2006 6:07 PM
To: trafferty@levinlaw.com; Lisa.Dagostino@KlineSpecter.com
Cc: Grand, Jeff; VioxxSmallGroup@KlineSpecter.com; cvtisi@aol.com
Subject: Re: Protocol 203--Targum review

Sounds like that would be a very good doc.  We have to file a motion on this.  I have to
check, but I believe that someone was putting that together.

-----Original Message-----
From: NJRT - trafferty@levinlaw.com <trafferty@levinlaw.com>
To: Dagostino, Lisa S. <Lisa.Dagostino@KlineSpecter.com>; Buchanan, David
<dbuchanan@seegerweiss.com>

KS-000101

CC: Grand, Jeff <JGrand@seegerweiss.com>; Vioxx Small Group <VioxxSmallGroup@KlineSpecter.com>; Cvtisi@aol.com <Cvtisi@aol.com>
Sent: Tue Jan 17 17:44:47 2006
Subject: RE: Protocol 203--Targum review

Yes.  We have gotten the beginning of a privilege log from the FDA.  Richard Arsenault has it.

-----Original Message-----
From: Dagostino, Lisa S. [mailto:Lisa.Dagostino@KlineSpecter.com]
Sent: Tuesday, January 17, 2006 4:41 PM
To: Buchanan, David
Cc: Grand, Jeff; Vioxx Small Group; Cvtisi@aol.com; Troy Rafferty
Subject: Protocol 203--Targum review


Dave


I know you mentioned at one point that there were a lot of issues with the FDA redacting huge portions of their productions-was wondering if this attached document is one of them.  Forgive me if you've seen this before, but this is Shari Targum's review of protocol 203, and of course, all the good stuff (the "concerns" the FDA had about the DAP, and the entire reviewer comment section/conclusions) are all redacted.   From what I'm seeing in the FDA files (this is the first time I've had a chance to play around in there) this is pretty typical.   Did we get a privilege log from them?


Lisa S. Dagostino, MD, JD, MBE

Kline and Specter, PC

The Nineteenth Floor

1525 Locust Street

Philadelphia, PA  19102

215.772.2488 (direct dial)

215.772.1005 (facsimile)

lisa.dagostino@klinespecter.com


This message is intended only for the use of the individual or entity to which it is addressed and contains information that is privileged (protected by the attorney-client privilege and the work-product privilege), confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient you are hereby notified that any dissemination, distribution, or copying of this communication is strictly