# Exhibit "17"

**Dagostino, Lisa S.**

| | |
|---|---|
| **From:** | Mark Lanier [WML@lanierlawfirm.com] |
| **Sent:** | Thursday, March 15, 2007 11:00 AM |
| **To:** | Dagostino, Lisa S.; jgrand@seegerweiss.com; mcwatts@wattslawfirm.com; degilman@egilman.com; Dara Hegar |
| **Cc:** | dbuchanan@seegerweiss.com |
| **Subject:** | Re: Please call me at (361) 877-8116 re: Reicin's brother, the stock analyst |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Never mind, Dara... Lisa to the rescue! (Again!!!)


-----Original Message-----
From: Dagostino, Lisa S. <Lisa.Dagostino@KlineSpecter.com>
To: JGrand@seegerweiss.com <JGrand@seegerweiss.com>; Mark Lanier; mcwatts@wattslawfirm.com <mcwatts@wattslawfirm.com>; degilman@egilman.com <degilman@egilman.com>
CC: dbuchanan@seegerweiss.com <dbuchanan@seegerweiss.com>
Sent: Thu Mar 15 09:53:10 2007
Subject: Re: Please call me at (361) 877-8116 re: Reicin's brother, the stock analyst

Yep. I emailed it all to chris during the trial. I'll resurrect and resend....

-----Original Message-----
From: Grand, Jeff <JGrand@seegerweiss.com>
To: Mark Lanier <WML@lanierlawfirm.com>; mcwatts@wattslawfirm.com <mcwatts@wattslawfirm.com>; degilman@egilman.com <degilman@egilman.com>
CC: Buchanan, David <dbuchanan@seegerweiss.com>; Dagostino, Lisa S.
Sent: Thu Mar 15 10:57:48 2007
Subject: RE: Please call me at (361) 877-8116 re: Reicin's brother, the stock analyst

I don't have anything on this. I thought you had emails related to this, but I've never seen them. Dave Buchanan, do you have anything on this? Lisa?

-----Original Message-----
From: Mark Lanier [mailto:WML@lanierlawfirm.com]
Sent: Thursday, March 15, 2007 9:01 AM
To: mcwatts@wattslawfirm.com; Grand, Jeff; degilman@egilman.com
Subject: Re: Please call me at (361) 877-8116 re: Reicin's brother, the stock analyst

Jeff and Dr. Dave,

Mikal Watts (great guy and personal friend) starts cross Alise in Madison county this afternoon. His judge (judge stack) may let him cross on Alise's brother the stock analyst. This could really bring Alise down.

We need to email Mikal asap anything we have on this. Can you guys do so please?

Thx.

Lanier.

-----Original Message-----

KS-000103