Exhibit "18"

## Dagostino, Lisa S.

| | |
|---|---|
| **From:** | Buchanan, David [dbuchanan@seegerweiss.com] |
| **Sent:** | Monday, October 16, 2006 6:44 PM |
| **To:** | Grand, Jeff; Dagostino, Lisa S.; Gross, Jennifer; Cvtisi@aol.com; Arbitblit, Donald C. |
| **Cc:** | Kline, Thomas R. |
| **Subject:** | RE: (VICTOR results)  Re: Probabaly stupid question but... |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Wow.  Great find, Lisa.

---

**From:** Grand, Jeff
**Sent:** Monday, October 16, 2006 6:38 PM
**To:** Dagostino, Lisa S.; Gross, Jennifer; Cvtisi@aol.com; Arbitblit, Donald C.; Buchanan, David
**Cc:** Kline, Thomas R.
**Subject:** RE: (VICTOR results) Re: Probabaly stupid question but…

This is great stuff.

---

**From:** Dagostino, Lisa S. [mailto:Lisa.Dagostino@KlineSpecter.com]
**Sent:** Monday, October 16, 2006 6:18 PM
**To:** Gross, Jennifer; Cvtisi@aol.com; Arbitblit, Donald C.; Buchanan, David; Grand, Jeff
**Cc:** Kline, Thomas R.
**Subject:** RE: (VICTOR results) Re: Probabaly stupid question but…

Now this is truly classic…..

I ran a search based on the document Jen found and discovered an earlier draft of the VICTOR paper (probably authored by the Oxford group before Merck got its editors working on it) in Van Adelsberg's file (see AFK0288259) dated November 7, 2005.   If you compare this older draft to the draft Jennie found (which is the one Merck 'edited' and is dated six months later), the differences are very interesting (both are attached—dates are written in UK system, day/month/year)…. at first glance, none of the authors on the author list look to me like they are from Merck...but that doesn't stop the Merck editing machine….

--can't read a bunch of stuff in the older version—there are a bunch of 'redactions' or highlights (with a heavy electronic marker) that obscure the text

--at least as late as July 2006, Merck was amending the draft to continue to press their point that there was a significant increase in events after 18 months (AAC01980425).  Van Adelsberg made the addition to the paper noting that they 'use the 18 month figure' and that it should be 'consistent with previous statements.'

--under "Modifications to Protocols" in the Oxford Draft of 2005 (AFK0288263)—"Information sheets for investigators and/or patients were amended to reflect the changing knowledge of possible adverse cardiovascular adverse effects of rofecoxib on two [ ] occasions."   There is also an interesting little comment about how their adherence to proper protective measures for patients will be closely scrutinized so they should add in some more detail about this—that detail does not make it past the Merck editors (AAC01980427).

--The numbers of treated patients change between the first draft and the later one

--The numbers of investigator reported events change between the first draft and the later one

--The numbers of APTC reported events change between the first draft and the later one (unclear to me why the changes in all the numbers—Jennie?  Don?  Jeff?  Any ideas?)

**KS-000104**

--however they play these numbers, they are just bad for them….

--Oxford authors flat out stated that the Approve data provided "compelling evidence of cardiovascular risk associated with rofecoxib treatment."   Mercksters must have cut that one because it isn't in the later, edited version.

--Oxford authors note that their 3 fold risk is "somewhat higher than in APPROVe or VIGOR"—that doesn't make it past the Merck editors….

--Mercksters added in a long paragraph about how bad all NSAIDs are.

--Oxford authors allude to the prostacyclin/thromboxane hypo and note that prostacyclin can be generated by cox-2 endothelial cells.   Mercksters removed that from the final version and make a bland statement re:  the mechanism linking therapy with cox-2 inhibitors (all cox-2 inhibitors) to increase in thrombotic events has not been elucidated.

--Compare the numbers in table 1—its even wackier—same total number of patients on Vioxx and placebo, but in between the two drafts a few of them have managed to switch genders and cancer stage.

--the numbers in table 2 don't match.

--Investigator reported potentially thrombotic CV events--table 5 in the older version (AFK0288275) corresponds to table 4 in the more recent version (AAC0180440)—once again, more events have been added (they added an angina event to the placebo group and an event classified as 'other' in the placebo group became a cerebral infarction).     Also, the number of treatment days before event do not match between the two tables.   Something is definitely wrong here….

--Table 6 in the older version (AFK0288277) v. table 5 in the Merck edited version (AAC0180442)—"Logistic Regression Modelling"—numbers are all different between the two tables, but more importantly is what the excised from the original Oxford table—all the OR for patients who had individual risk factors, and they look terrible for them (OR for prior cardiac cath—2.91; OR for MI 8.62; OR for smoker 2.49).   Granted the CIs are very wide, but this is still a pretty impressive table in the first draft.   It gets watered down and much of the interesting stuff is gone in the Merck-edited version

--COMPLETE WATERING DOWN OF THE FINAL CONCLUSIONS:
     --Oxford 2005 draft—"our data gives support to the existing controlled trial evidence that the selective cox-2 antagonists [sic] rofecoxib increase the cardiovascular toxic event

     --Merck edited 2006 draft—absolutely no final conclusion about the results in context.   The above line has been excised.   Just a weak statement that says that cancer patients have an increased risk of thrombosis (sounds just like their justification for an increased risk in VIGOR because RA patients have a higher baseline risk—except that doesn't explain the difference between the groups).

No wonder they are sitting on this—data is great for us, the original paper the Oxford-ites wrote was very bad for them in so many ways (and would be unbelievably helpful to us with our eggshell plaintiff cases because they did separate out risk factors)—best they can do is try to bury it as long as possible….

---

**From:** Gross, Jennifer [mailto:jgross@lchb.com]
**Sent:** Monday, October 16, 2006 12:54 PM
**To:** Cvtisi@aol.com; Dagostino, Lisa S.; Arbitblit, Donald C.; dbuchanan@seegerweiss.com; jgrand@seegerweiss.com
**Cc:** Kline, Thomas R.
**Subject:** (VICTOR results) Re: Probabaly stupid question but…

Regarding Lisa and Chris' VICTOR question:  There is a draft on an article dated 7/13/06 in the documents (MRK-AAC0180423 - 446).  It is attached to an email from Van Adelsberg to Barry Gertz dated August 3, 2006, (MRK-AAC0180421-2).  The draft was written by Kerr, Dunn et al. at Oxford, and this version has Merck comments.  Table 5 at page 20 presents unadjusted odds ratios for each risk factor and Vioxx use.  The OR for Vioxx use is 3.01, p = 0.03 (1.09, 8.31).  The adjusted odds ratio for Vioxx use is 2.94, p = 0.04 (1.06, 8.15).  That's very nice.  It's also consistent with what is in the newest SAS files, which is changed since the June/July 2005 data.

Looks like this was just turned over.  It was loaded 10/12/2006, if that is what the "modified date" field is in concordance.

Jennifer Gross

**KS-000105**

893

Lieff, Cabraser, Heimann & Bernstein, LLP
780 Third Avenue, 48th Floor
New York, NY  10017
Tel.  (212) 355-9500
Fax  (212) 355-9592

-----Original Message-----
**From:** Cvtisi@aol.com [mailto:Cvtisi@aol.com]
**Sent:** Wednesday, October 11, 2006 11:55 AM
**To:** Lisa.Dagostino@KlineSpecter.com; Arbitblit, Donald C.; dbuchanan@seegerweiss.com; jgrand@seegerweiss.com
**Cc:** Tom.Kline@KlineSpecter.com; Gross, Jennifer
**Subject:** Re: Probabaly stupid question but...

I thought that VICTOR was to be published this summer.  Lemme see what I can find in my e-mails>

In a message dated 10/11/2006 9:53:50 A.M. Mountain Standard Time, Lisa.Dagostino@KlineSpecter.com writes:

> From these productions, it looks like Dr. Demets was working on it over the summer, and they were going to get everyone together in Nov for a conference.  But that doesn't mean that he doesn't have a report ready and we just haven't seen it in the productions yet.   Can certainly see the logic in issuing a subpoena now BEFORE the Merck meeting and before the paper trail is sanitized.   Can always ask for a supplement later after the Nov meeting.

> Re:  the APPROVe GI study—they talked about trying to get it published in JAMA or Lancet—it's unclear to me how that progressed and if the manu was accepted.   As you know, the Celecoxib polyp study was published in NEJM a couple months ago, and the same day Baron posted the Vioxx Approve GI manuscript on his website.    Just odd that we haven't seen it—I guess it still could be in press at Lancet or JAMA (or at a second tier journal).

> Speaking of publications—does anyone have any idea when VICTOR is supposed to be published?   If ever?

**From:** Cvtisi@aol.com [mailto:Cvtisi@aol.com]
**Sent:** Wednesday, October 11, 2006 11:38 AM
**To:** DARBITBLIT@lchb.com; Dagostino, Lisa S.; dbuchanan@seegerweiss.com; jgrand@seegerweiss.com
**Cc:** Kline, Thomas R.; jgross@lchb.com
**Subject:** Re: Probabaly stupid question but...

> I can also tell you that Dr. Demets is a good friend of Drs Furberg and, I think Kronmal. (I had attempted to contact him in Rezulin at Dr. Furberg;s suggestion)  I believe he co-authored a book with Furberg.

**KS-000106**

I think we should ask for a production from Merck and issue a 3rd P subpoena to DeMets.  They did issue a press release in may of 2006 saying that they were having the independent analysis done.  Its been months now with no word...One can only assume its not good for them.

Thoughts?

In a message dated 10/11/2006 9:33:27 A.M. Mountain Standard Time, DARBITBLIT@lchb.com writes:

> Thanks for sending this. What are the ranges for the Bresalier and Baron supplemental productions? I would like to take a look at them.
> As background, Merck's expert Dr. Kim testified at his depo in June that Dave DeMets is his boss at U of Wisconsin, that DeMets is a consultant for Merck, and that, if my recollection is correct, DeMets declined to serve as Merck's litigation expert and instead suggested that Merck contact Dr. Kim in January 2006. So if DeMets, a Merck consultant, did the "independent" review that is not exactly independent.
>
> On the GI paper, I can try to get a preview from Paul Shaw about what Curfman would say, but Shaw has not been very responsive lately.
>
>
> -----Original Message-----
> From: Dagostino, Lisa S. <Lisa.Dagostino@KlineSpecter.com>
> To: Cvtisi@aol.com <Cvtisi@aol.com>; dbuchanan@seegerweiss.com <dbuchanan@seegerweiss.com>; jgrand@seegerweiss.com <jgrand@seegerweiss.com>; Arbitblit, Donald C.
> CC: Kline, Thomas R. <Tom.Kline@KlineSpecter.com>
> Sent: Wed Oct 11 06:36:04 2006
> Subject: RE: Probabaly stupid question but...
>
> No, you didn't miss anything—you're right.  I poked through Bresalier and Baron's files myself a few days ago—you'll find much more on the topic (and more in general) in Baron's file than in Bresalier's.   I'm copying Don on this because there's a few things in there that worry me for the next round of Curfman (ie gives us a hint of what their attack is going to be this time).  I'm also attaching a bunch of (not organized) emails and documents I pulled from Baron's file for future follow up.
>
>
> --They hired someone at Wisconsin (Dave Demets) to do the 'independent' analysis—most of the email correspondence is from Baron and Bresalier to this guy; I don't see Mercksters copied on the emails (at least at first blush).   Based on an email from Baron to someone at Merck (JAB 04654—its one of the ones attached) they were trying to arrange a meeting between the 'academic' authors and this guy in Chicago for November.   Was planning to run a few target searches on Demets's name in the Merck database, but hadn't gotten around to it yet.
>
>
> --Baron appears to have minutes from every steering committee meeting EXCEPT the one in Philadelphia in May.   There's a shock.
>
>
> --It looks like they tried to submit two different letters to NEJM re:  the 'correction' (one from MRL and one from the non-Merck authors) and NEJM told them they would only publish one…Merck then self-published that 'open letter.'

**KS-000107**

895

--this is the one that bothers me the most re:  Curfman's upcoming dep—if you read the string of emails in Baron's file, they make it sound like the NEJM had told them they would publish their APPROVe GI results, but once Merck published that open letter they decided to 'put the paper on ice'—see JAB 04770 (email from Bresalier to Baron—it's also one of the ones attached)—"This is shocking and reprehensible.   The journal will clearly imply or state explicitly that they withheld their final acceptance [of the GI paper] due to these concerns and we will look very bad.    They are clearly upset with Merck's open letter which I for one am not pleased with because it has clearly placed the academic authors in a public battle between Merck and the NEJM.    There is abundant evidence that the Journal has decided to take a public stand against Merck instead of being objective which should be in their charter.   They have been dishonest and it may be time to call them on it publicly."  (LSD note—yeah, I know….its ironic that Bresalier says that, but….).

I guess my point is this is one new area where Beck is going to go with Curfman round III, and at least to me, partly explains why they wanted him back so badly—they want to go after him on this point (he was apparently the one communicating with Baron re:  the APPROVe GI paper).

Thoughts?

_____

From: Cvtisi@aol.com [mailto:Cvtisi@aol.com]
Sent: Tuesday, October 10, 2006 11:26 PM
To: dbuchanan@seegerweiss.com; jgrand@seegerweiss.com; Dagostino, Lisa S.
Subject: Probabaly stupid question but...

I am reviewing Bressalier's supplemental production and am reminded that Merck was supposed to have a "independent statistical analysis" o the APPROVe data.  Even the NEJM requested this.  See attached.

Did we ever et it.  I am only aware of NEJM's stat analysis of Dr. lagakos but never saw one from Merck.

Did i miss something?

**KS-000108**