# Exhibit "19"

## Dagostino, Lisa S.

| | |
|---|---|
| **From:** | Cvtisi@aol.com |
| **Sent:** | Monday, October 10, 2005 12:22 PM |
| **To:** | Kline, Thomas R.; Dagostino, Lisa S.; Hoffman, Mark A. |
| **Cc:** | trafferty@levinlaw.com; dowens@dc.ashcraftlaw.com; pennylh14@yahoo.com |
| **Subject:** | Third parties, Konstam, Oates, Fitzgerald |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

The third party docs have been uploaded onto the database.  I know that you have expressed interest in reviewing the third party docs for the following witnesses.  We would ask that you review and code the following:

Oates--Oates-000001-Oates001630
Konstam--MAL00001-MAK01577
Fitzgerald (I dont have the bates numbers--Penny can you provide)

Please let me know whether you can do this.  If not, please let us know.

Thanks

Chris

**KS-000109**