Exhibit "20"

**Dagostino, Lisa S.**

| | |
|---|---|
| **From:** | Penny Herman [pherman@docdepository.net] |
| **Sent:** | Thursday, November 10, 2005 10:41 AM |
| **To:** | Dagostino, Lisa S. |
| **Cc:** | 'Wagner, Michael'; Cvtisi@aol.com |
| **Subject:** | RE: Vioxx - Third Party review |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

I know you are swamped. Thanks

Penny Herman
MDL #1657Depository Paralegal

This transmittal is a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by e-mail at vioxx@broadscape.com and immediately delete this message and all its attachments.

-----Original Message-----
**From:** Dagostino, Lisa S. [mailto:Lisa.Dagostino@KlineSpecter.com]
**Sent:** Thursday, November 10, 2005 9:12 AM
**To:** Penny Herman
**Cc:** 'Wagner, Michael'; Cvtisi@aol.com
**Subject:** RE: Vioxx - Third Party review

Penny—sorry, I'm being ping-ponged between so many different things….I'm going to have to review those files myself because we're taking the Nov 22 dep that's at issue (Topol). Actually have Topol sitting in front of me as we speak….

**From:** Penny Herman [mailto:pherman@docdepository.net]
**Sent:** Thursday, November 10, 2005 10:07 AM
**To:** Lisa Dagostino
**Cc:** 'Wagner, Michael'
**Subject:** Vioxx - Third Party review
**Importance:** High

Hey Lisa,

Sorry to trouble you, but Chris Tisi is asking for all of the hot docs for Konstam, Oates, and Fitzgerald, which were all assigned to you for review. I searched for the hot docs in Concordance and could not find any for any of the three. Have you reviewed these and coded them, such that there are not any, or have you not yet reviewee and coded them? I know you are so busy, but I need you to review them ASAP and let me know as soon as you finish, because they are needed for a depo on Nov. 22, 2005/. Please let me know if you can do this ASAP?

Thanks
Penny

Penny Herman
MDL #1657Depository Paralegal

**KS-000110**