# Exhibit "21"

**Subject:** RE: Trial package committee
**Date:** Thursday, March 15, 2007 2:31:32 PM ET
**From:** Buchanan, David
**To:** Kline, Thomas R., Seeger, Chris

I still think it's a mistake for her not to be on this committee.

---

**From:** Kline, Thomas R. [mailto:Tom.Kline@KlineSpecter.com]
**Sent:** Thursday, March 15, 2007 2:04 PM
**To:** Buchanan, David; Seeger, Chris
**Subject:** Re: Trial package committee

I'm sending an email shortly to the Trial Package Committee, which outlines the work Lisa has been doing, which needs to be transitioned to the Trial Package Committee. It is all work that fits under the purview of that committee.. I wanted to give you both a heads up..

-----Original Message-----
From: Buchanan, David <dbuchanan@seegerweiss.com>
To: Kline, Thomas R.; Seeger, Chris <cseeger@seegerweiss.com>
Sent: Wed Mar 14 17:20:52 2007
Subject: Re: Trial package committee

Lisa's exclusion is ridiculous.  This needs to be fixed.
-------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Kline, Thomas R. <Tom.Kline@KlineSpecter.com>
To: Buchanan, David; Seeger, Chris
Sent: Wed Mar 14 16:05:52 2007
Subject: Fw: Trial package committee

You guys have a lot on your plate.. I, nevertheless, wanted to share Lisa's unvarnished views of being excluded from the trial package committee.. I don't want to litigate the issue or get into a dispute or debate about it with Russ, but do think you should know what happened here thru Lisa's eyes...

This is intended for your eyes only...


Tom

-----Original Message-----
From: Dagostino, Lisa S.
To: Kline, Thomas R.
Sent: Wed Mar 14 17:00:24 2007
Subject: Trial package committee

**KS-000111**

Page 1 of 2

Fyi--I understand that Tisi, Mike W, and Pete all made pitches for me, Shelly and Jeff Grand to be on the trial package committee, (on separate occasions and collectively on a call yesterday), all of which were rebuffed by gerry/lenny/hermans. The general reason seems to be "Russ has decided".

Pete called me last week and asked if I'd work under the radar on the trial package and not tell anyone.  Originally, I thought this would be fine, but as time wears on, and it becomes more clear that the omissions to this "committee" were deliberate, I'm less inclined to do that....

Maybe I'm ovverreading this, but when three people on a committee are repeatedly saying that certain others need to be working on a specific project because of the work they've done on this case and the knowledge they possess, and they are rebuffed at every turn, it implies something else is going on.  This seems this is a deliberate snub to KS (and the work we've put into to developing the case) and to Shelly (Seeger Weiss will be ably represented by DRB whether Jeff is on it or not; also, whatever the issue with Andy was, that appears to have been worked out as Leigh was on the call).   It just seems stupid not to put the people on the committee that know the case the best....

I'll do whatever you want--work in the background as a ghost worker or refuse to assist unless they recognize us by putting us on the committee....its a little difficult to do all this work and be told you're not welcome.

KS-000112