Exhibit "22"

| | |
|---|---|
| **Subject:** | RE: Trial Package Committee |
| **Date:** | Friday, March 16, 2007 2:10:18 PM ET |
| **From:** | Buchanan, David |
| **To:** | Kline, Thomas R. |
| **CC:** | Seeger, Chris |

I spoke w/ Pete, who has resolved the issue. Lisa and Jeff have been added to the committee.

---

**From:** Kline, Thomas R. [mailto:Tom.Kline@KlineSpecter.com]
**Sent:** Friday, March 16, 2007 12:37 PM
**To:** Buchanan, David
**Cc:** Seeger, Chris
**Subject:** Re: Trial Package Committee

Thanks, Dave. Let's see if common sense prevails...

-----Original Message-----
From: Buchanan, David <dbuchanan@seegerweiss.com>
To: Kline, Thomas R.; Seeger, Chris <cseeger@seegerweiss.com>
Sent: Fri Mar 16 12:10:23 2007
Subject: FW: Trial Package Committee

Fyi.

---

From: Buchanan, David
Sent: Friday, March 16, 2007 11:45 AM
To: ldavis@hhkc.com; Seeger, Chris; PKaufman@levinlaw.com; trafferty@levinlaw.com; cvtisi@aol.com
Subject: Trial Package Committee

Still digging out from the trial, but I understand that there is a committee undertaking to complete assembly of the trial package. While I understand that I was included on this committee, I know that Jeff Grand wasn't, but I was. I was also advised that Lisa Dagostino is not on the committee. I assume that their exclusion was an oversight as they are on the short list of people who know all there is to know about the case (Jeff and Lisa are the people the trial teams call in the middle of trial to get what is needed on just about any issue). Their contributions have been way too significant to the success of the case for them not to be a part of any call or meeting on the package. They will make real contributions to the discussions that we will be having in that regard. If it's a space issue, I'll yield my spot in favor of those of people who are more knowledgeable. I consider both Jeff and Lisa to be just that. Can someone make sure their included on future calls and discussions? Also, can someone send me the distribution list of the committee so that I don't exclude anyone in the future?

KS-000113

Page 1 of 1