Exhibit "23"

| | |
|---|---|
| **From:** | Pete Kaufman [PKaufman@levinlaw.com] |
| **Sent:** | Friday, March 16, 2007 3:54 PM |
| **To:** | Dagostino, Lisa S. |
| **Subject:** | Trial package comm. |
| **Importance:** | High |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Lisa,

First let me apologize again for the bullshit surrounding the committee. Next, please (please, I am begging you) let me welcome you (and Jeff and Shelley) as NAMED members of the committee, if you can see your way to participating.  I completely understand being annoyed.  It would have driven me batshit.  And , again, I am sorry it happened.  Can you be in New Orleans next week for a meeting?  Wednesday at 10?

Peter Kaufman
Attorney at Law
Levin, Papantonio, Thomas, Mitchell, Echsner, & Proctor, P.A.
316 S. Baylen Street
Pensacola, FL  32501
850-435-7107 V
850-436-6106 F


THE INFORMATION CONTAINED IN THIS TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, DO NOT READ IT. PLEASE IMMEDIATELY REPLY TO THE SENDER THAT YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR.  THEN DELETE IT. THANK YOU.

KS-000114