# Exhibit "24"

| | |
|---|---|
| **From:** | Specter, Shanin |
| **Sent:** | Friday, December 17, 2004 7:45 PM |
| **To:** | Kline, Thomas R.; Balefsky, Lee; Tiger, Michelle; Hoffman, Mark A.; Dagostino, Lisa S.; Freeman, Beth; Plona, Matt |
| **Subject:** | Fw: Vx: Deps |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Pl review the below.  Per the below, TRK, MAH and I had a teleconference with Buchanan this afternoon.

It was decided as follows:

1. We (MAH) will do the depositions of Simon and Shapiro.  The hot documents from the custodial file of Shapiro will be to us by not later than 1 wk before the deposition.  A generalized set of hot documents will be to us in about 1 week.  As to Simon, her custodial file is estimated to be less than 100,000 pages and we will review that ourselves (Matt/Beth -- this is your project to be accomplished at MAH's direction).

2. The depositions of Ng and Nies will be our responsibility.  They will be rescheduled.

3. We will be given remote access to the documents.  Because very few firms are being afforded remote access, this fact is to be not shared outside our firm.  As we are being given remote access, it will no longer be necessary to review documents at Seeger Weiss in NYC.

4. The availability of Connecticut for death cases more than 2 years old was discussed with Dave.  He is to discuss this internally.
---------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Buchanan, David <dbuchanan@seegerweiss.com>
To: Tom Kline (E-mail) (E-mail) <thomas.kline@klinespecter.com>; Shanin Specter (E-mail) <Shanin.Specter@KlineSpecter.com>
CC: Seeger, Chris <cseeger@seegerweiss.com>
Sent: Fri Dec 17 13:54:04 2004
Subject: Vx: Deps

I received a number of depo dates after our conference yesterday.  We have several in January, only one of which (a carryover from Dec), is fully staffed.  We'd like to get you in the depo mix as soon as possible.  Below are the January witnesses we have dates for.  Of the below witnesses (that are completely unstaffed), I think Shapiro holds the promise of being a very good liability dep.  We're between a rock and a hard place on Simon as our staffing just feel through on that, so he's open too (we have four firms reviewing his custodial file though).

1/5: Simon (sr. clinical researcher)
1/19: Dixon (marketing) -- staffed (Sol/Carlene)
1/21: Jennifer Ng (VIGOR/Approve statistician)

**KS-000115**

```
                                            1/2 staffed (Seeger/_____) [date will
need to move bc of MDL argument]
1/28: Baumgartner (marketing/Sherwood's bag (wo)man)
```

By the way, given your commitment to the docs over the last month, you should know that yours is the first firm outside the orginal working group that is getting deps.  Give either Chris or I a call to discuss.  Also, please let us know asap if if you have interest or availability to take the lead in Simon.

KS-000116