Exhibit "25"

**Dagostino, Lisa S.**

| | |
|---|---|
| **From:** | Buchanan, David [dbuchanan@seegerweiss.com] |
| **Sent:** | Thursday, December 29, 2005 11:12 AM |
| **To:** | trafferty@levinlaw.com; Kline, Thomas R.; Cvtisi@aol.com; Seeger, Chris |
| **Cc:** | Wagner, Michael; Vioxx Small Group |
| **Subject:** | RE: Thrid party Project |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Shanin volunteered to do DeBatiste.  Also, we've been trying to get Demapoulos in NJ for 2-3 mos.  She's a former who Merck had a hard time securing...she's back in private practive and the earliest date we got for her was late Feb.  Perhaps a Fed subpoena would expedite things.

-----Original Message-----
From: NJRT - trafferty@levinlaw.com
Sent: Thursday, December 29, 2005 10:57 AM
To: Kline, Thomas R.; Cvtisi@aol.com; Buchanan, David; Seeger, Chris
Cc: Wagner, Michael; Vioxx Small Group
Subject: RE: Thrid party Project

Andy requested that we set the following depos:

Laura Demapoulos (asap)
Peter DeBatiste
Marvin Konstam
Steve Nissen

I thought we had agreed to depose Nissen and Konstam.  Are there any reasons not to depose Laura or Peter?

-----Original Message-----
From: Kline, Thomas R. [mailto:Tom.Kline@KlineSpecter.com]
Sent: Thursday, December 29, 2005 9:58 AM
To: 'Cvtisi@aol.com'; 'Dbuchanan@seegerweiss.com'; Troy Rafferty; 'cseeger@seegerweiss.com'
Cc: 'mwagner@seegerweiss.com'; Vioxx Small Group
Subject: Re: Thrid party Project


We'll do our share.

 I'm available to do Nissen or Juni, if that is requested.

-------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Cvtisi@aol.com <Cvtisi@aol.com>
To: dbuchanan@seegerweiss.com <dbuchanan@seegerweiss.com>; TRafferty@levinlaw.com <TRafferty@levinlaw.com>; Tom.Kline@KlineSpecter.com <Tom.Kline@KlineSpecter.com>; cseeger@seegerweiss.com <cseeger@seegerweiss.com>
CC: MWagner@seegerweiss.com <MWagner@seegerweiss.com>
Sent: Thu Dec 29 10:00:37 2005
Subject: Thrid party Project

KS-000117

I recently received the CD with the hot docs for the potential third party witnesses we have been discussing.  I hope that you too received your copy.

I suggest we divide these up and review these and make recommendations as to who to depose and who to leave alone.

Thanks to Mike Wagner for getting these e out.

**KS-000118**