# Exhibit "26"

**From:** Cvtisi@aol.com
**Sent:** Saturday, September 23, 2006 9:45 AM
**To:** Kline, Thomas R.; Dbuchanan@seegerweiss.com
**Cc:** Dagostino, Lisa S.
**Subject:** Re: Deps

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

We can.  Just let s know Tom.

In a message dated 9/23/2006 7:12:18 A.M. Mountain Standard Time, Tom.Kline@KlineSpecter.com writes:

I'd like to do Slater, but need to see if we can handle give the ton of other stuff we're doing. Hold it open for me for now... Ok?

-----Original Message-----
From: Buchanan, David <dbuchanan@seegerweiss.com>
To: Dagostino, Lisa S.; cvtisi@aol.com <cvtisi@aol.com>; Specter, Shanin; Kline, Thomas R.
CC: Vioxx Small Group
Sent: Fri Sep 22 08:42:29 2006
Subject: Re: Deps

We can ask for her now.  The problem is that we don't have as many horses right now on deps.  With the expert preservation deps and trials now, we're down to a small group of firms that know the case well enough to take these very important deps.  If you guys can handle Goldman, we'll ask for it.  Also asked Tom about Slater, so pls keep that in mind...she's been a public critic of Merck and was a Scolnick confidant.
-------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Dagostino, Lisa S. <Lisa.Dagostino@KlineSpecter.com>
To: Cvtisi@aol.com <Cvtisi@aol.com>; Specter, Shanin <Shanin.Specter@KlineSpecter.com>; Buchanan, David <dbuchanan@seegerweiss.com>; Kline, Thomas R. <Tom.Kline@KlineSpecter.com>
CC: Vioxx Small Group <VioxxSmallGroup@KlineSpecter.com>
Sent: Fri Sep 22 07:28:55 2006
Subject: RE: Deps

Chris and Dave—did we ask for Bonnie Goldmann as well, or were we planning to do that in the next round?


_____

From: Cvtisi@aol.com [mailto:Cvtisi@aol.com]
Sent: Friday, September 22, 2006 12:25 AM
To: Specter, Shanin; dbuchanan@seegerweiss.com; Kline, Thomas R.
Cc: Vioxx Small Group
Subject: Re: Deps



Great Shanin.   Thanks.

We will let you know what days they propose.  We speak to Ted "V.H." Mayer tomorrow.

**KS-000119**

In a message dated 9/21/2006 9:39:56 P.M. Mountain Standard Time, Shanin.Specter@KlineSpecter.com writes:

> Dave -- I'll do Silverman, if that's what you'd like...
>
> -----Original Message-----
> From: Buchanan, David <dbuchanan@seegerweiss.com>
> To: Kline, Thomas R.; Specter, Shanin
> CC: cvtisi@aol.com <cvtisi@aol.com>
> Sent: Thu Sep 21 19:21:01 2006
> Subject: Deps
>
> Tisi's been trying to line up a follow-on dep of Silverman; I think we're requesting 2 days.  I have down that Shanin previously offered assistance on that one.  Shanin, can you confirm that you can take the lead on that one?

**KS-000120**

29