Exhibit "27"

**Subject:** Reicin Trial Preservation Deposition
**Date:** Wednesday, July 18, 2007 11:08:22 AM ET
**From:** Cvtisi@aol.com
**To:** Tom.Kline@KlineSpecter.com, lisa.dagostino@klinespecter.com, RDM@lanierlawfirm.com, WML@lanierlawfirm.com
**CC:** dbuchanan@seegerweiss.com, TRafferty@levinlaw.com

Tom and Mark:

Please find attached a notice of de benne esse deposition for Alice Reicin for August 29 and 30.  Please let me know if these are bad dates and I will attempt to reschedule. You should know, however, that Judge Fallon does insist that these proceed in the near term.

Also, you should know that we have requested but not yet received dates for a supplemental discovery deposition.  Please let me know your availability.

(As an aside, I do not know whether these will be cross noticed with any of the non-New Jersey States)

Chris

KS-000121

**Subject:** Re: Preservation Deposition of Dr. Alise Reicin
**Date:** Thursday, August 16, 2007 10:17:22 AM ET
**From:** Kline, Thomas R.
**To:** 'cvtisi@aol.com', 'Wml@lanierlawfirm.com', Dagostino, Lisa S., 'RDM@lanierlawfirm.com'
**CC:** 'Dbuchanan@seegerweiss.com', 'trafferty@levinlaw.com', 'DGH@lanierlawfirm.com'

Excellent.

-----Original Message-----
From: Cvtisi@aol.com <Cvtisi@aol.com>
To: Kline, Thomas R.; Wml@lanierlawfirm.com <Wml@lanierlawfirm.com>; Dagostino, Lisa S.; RDM@lanierlawfirm.com <RDM@lanierlawfirm.com>
CC: Dbuchanan@seegerweiss.com <Dbuchanan@seegerweiss.com>; trafferty@levinlaw.com <trafferty@levinlaw.com>; DGH@lanierlawfirm.com <DGH@lanierlawfirm.com>
Sent: Thu Aug 16 10:16:53 2007
Subject: Re: Preservation Deposition of Dr. Alise Reicin

Dave and I discussed.  We are getting one.
In a message dated 8/15/2007 10:29:30 P.M. Mountain Daylight Time, Tom.Kline@KlineSpecter.com writes:

   We should take advantage of getting a discovery depo. Its a free shot to eyeball her andask her, amonmg other things, if she's leaving Merck.. We should have someone other than me or Lanier do it.. DRB may be willing, if available..Let's get the discovery depo date and then figure out  who takes it ..

   -----Original Message-----
   From: Cvtisi@aol.com <Cvtisi@aol.com>
   To: WML@lanierlawfirm.com <WML@lanierlawfirm.com>; Kline, Thomas R.; Dagostino, Lisa S.; RDM@lanierlawfirm.com <RDM@lanierlawfirm.com>
   CC: dbuchanan@seegerweiss.com <dbuchanan@seegerweiss.com>; TRafferty@levinlaw.com <TRafferty@levinlaw.com>; DGH@lanierlawfirm.com <DGH@lanierlawfirm.com>
   Sent: Wed Aug 15 15:40:17 2007
   Subject: Re: Preservation Deposition of Dr. Alise Reicin

   I will tell Ted the 14th and 15th are a go.  Given your need to be out the afternoon of the 15th, I will ask Ted if we can start at 8 or 8:30.  I assume that this is okay.

   On a related issue, we need to decide whether we want or need a follow up discovery dep...would you all let me know your thoughts.

   Also, if I may be so bold, I would suggest that the Lanier and Kline teams get together as soon as possible so that they can agree on a strategy for dealing with Reicin.  I think that this would make prep easier for both teams and would probably make for a better preservation cross exam all around.

   I will hold off till later to confirm with Ted...please let me know if you need a discovery dep.


   In a message dated 8/15/2007 10:19:09 A.M. Mountain Daylight Time, WML@lanierlawfirm.com writes:

           Nov 14/15 will work, although I have to be in Fort Lauderdale in time for a 6 p.m. program that I cannot miss.

**KS-000122**

Page 1 of 3

Nov. 16 is completely out for me.  I'm hosting Justice Sandra Day O'Connor at my law school that day.

Thanks for helping to organize all of this,
Lanier

-----Original Message-----
From: Cvtisi@aol.com [mailto:Cvtisi@aol.com]
Sent: Tuesday, August 14, 2007 10:03 AM
To: Cvtisi@aol.com; Tom.Kline@KlineSpecter.com; lisa.dagostino@klinespecter.com; Mark Lanier; Richard D. Meadow
Cc: dbuchanan@seegerweiss.com; TRafferty@levinlaw.com
Subject: Re: Preservation Deposition of Dr. Alise Reicin


Mark and Rick:

I heard from Tom Kline.  They can do Nov 14/15 or Nov 15/16.  How do those dates work with your schedule?

I would like to get back with Ted today so I can work on getting dates for the discovery deposition.

Thanks
Tisi

In a message dated 8/13/2007 1:26:26 P.M. Mountain Daylight Time, Cvtisi writes:

Please find attached an e-mail from Ted Mayer.  He gave us dates for Novwhich is consistent with Tom's schedule.  Would you kindly get back to me ASAP so that I can nail this one down.

Once we nail the pres deposition down, I will lock in dates for a discovery deposition, presumably on the dates in October.  Please let me know if that works.

CVT

In a message dated 8/13/2007 12:41:44 P.M. Mountain Daylight Time, mayer@hugheshubbard.com writes:

Chris-- Having moved this off of the noticed date at your request, we would propose to proceed on October 11 and 12 or on October 16 and 17. The latter is probably the better option because it does not involve a Friday.  Does one of those work? Pursuant to your request that we also consider November, a third alternative is the week of  November 13, either November 14 and 15 or November 15 and 16.  Please get back to me as soon as possible on these so we can all  lock in.  Thanks very much.--Ted

.

************************************************************************

KS-000123

Page 2 of 3

_____

Get a sneak peek of the all-new AOL.com <http://discover.aol.com/memed/aolcom30tour/?ncid=AOLAOF00020000000982> .

KS-000124