# Exhibit "28"

# DEPOSITIONS OF KEY MERCK SCIENTISTS AND EXECUTIVES

| Merck Executive/Scientist | Photo | Dates | Kline & Specter Deposition Taker | Kline & Specter Deposition Preparer |
|---|---|---|---|---|
| Raymond Gilmartin (CEO) | | 4/11/05 | Shanin Specter, Esq. | Lisa Dagostino, MD, JD, Michelle Tiger, Esq. |
| Edward Scolnick, M.D. (Former President, Merck Research Laboratories) | | 5/17/05 6/01/05 8/16/05 | Thomas Kline, Esq. | Lisa Dagostino, MD, JD |
| Peter Kim, Ph.D. (President, Merck Research Laboratories) | | 3/15/05 3/16/05 4/08/05 6/08/05 | Shanin Specter, Esq. | Lisa Dagostino, MD, JD |
| Alise Reicin, M.D. (Senior Director, Merck Research Laboratories) | | 03/02/05 03/23/05 08/19/05 | Thomas Kline, Esq. | Lisa Dagostino, MD, JD |
| Deborah Shapiro, Ph.D. (Director of Clinical Biostatistics) | | 01/25/05 02/14/05 06/29/05 06/30/05 | Shanin Specter, Esq. | Lisa Dagostino, MD, JD |
| Peter DiBattise, M.D. (Merck Research Laboratories cardiologist) | | 04/07/06 06/09/06 | Shanin Specter, Esq. | Lisa Dagostino, MD, JD, Michelle Tiger, Esq. |
| Alan Nies, M.D., Ph.D. (Senior VP, Clinical Sciences, Merck Research Laboratories) | | 04/01/05 08/23/05 | Shanin Specter, Esq. | Lisa Dagostino, MD, JD, Michelle Tiger, Esq. |
| David Anstice (President US Human Health) | | 03/18/05 | Lee Balefsky, Esq. | Michelle Tiger, Esq. |
| Barry Gertz, M.D., Ph.D. (Executive Vice President) | | 09/28/05 | Mark Hoffman, M.D., J.D. | Lisa Dagostino, MD, JD |
| Thomas Simon, M.D. (Senior Director, Clinical Research) | | 01/05/05 01/19/05 | Mark Hoffman, M.D., J.D. | Mark Hoffman, MD, JD |
| Kathleen Metters, Ph.D. (Head of Basic Research, Merck Frosst) | | 07/28/05 | Shanin Specter, Esq. | Lisa Dagostino, MD, JD |
| Joseph Lynch, Ph.D. (Senior Director, Pharmacology) | | 03/21/06 | Shanin Specter, Esq. Lisa Dagostino, M.D., J.D. | Lisa Dagostino, MD, JD |

KS-000125