Exhibit "29"

# DEPOSITIONS OF KEY THIRD PARTIES IN THE VIOXX LITIGATION

| Third Party | Photo | Dates | KS deposition taker | KS deposition prep |
|---|---|---|---|---|
| Eric Topol, M.D. (Cleveland Clinic Chair of Cardiology) | | 11/22/05 | Thomas Kline | Lisa Dagostino |
| David J. Graham, M.D., M.P.H. (FDA Medical Officer) | | 05/09/06 | Thomas Kline | Lisa Dagostino, Robert Englert |
| Steve Nissen, M.D. (Chairman Cleveland Clinic Department of CV Medicine) | | 12/12/06 | N/A | Thomas Kline, Lisa Dagostino |
| Gregory Curfman, M.D. (Editor of the NEW ENGLAND JOURNAL OF MEDICINE) | | 01/17/07 | Thomas Kline | Lisa Dagostino |
| Jerry Avorn, M.D. (Chair of the Division of Pharmaco-epidemiology at Brigham and Women's Hospital) | | 06/29/06 06/30/06 | N/A | Thomas Kline, Lisa Dagostino |
| Mal Mixon (Chairman of Board of Trustees Cleveland Clinic) | | 01/25/06 | Thomas Kline | Lisa Dagostino |

KS-000130