Exhibit "31"

**From**: Mark Lanier Wml@lanierlawfirm.com
**To**: Tom KlineK&S email tom.kline@klinespecter.com
**Subject**: Wow!
**Date**: 11/24/2005 3:53:18 AM
**Folder**: Inbox

Put down your computer/blackberry...  Go outside ... Listen ...  Can you hear that???  Can you hear the applause?  It is coming from England...  The applause is so loud, it is traveling the Atlantic!

I just read the Topol depo.  If that is not your best work, I would love to see what is!  Fantastic!!!  Absolutely fantastic!!!

My compliments and praise... Happy Thanksgiving...

Lanier

KS-000296