# Exhibit "32"

**From:**  Troy Rafferty [TRafferty@levinlaw.com]
**Sent:**  Wednesday, November 23, 2005 9:20 AM
**To:**  Kline, Thomas R.; cvtisi@aol.com
**Cc:**  Dagostino, Lisa S.; Dbuchanan@seegerweiss.com
**Subject:**  RE: Topal

**Follow Up Flag:**  Follow up
**Flag Status:**  Flagged

Great job to ya'll!!!  We did make great strides.  His testimony re: short term use alone was tremendous.

-----Original Message-----
From: Kline, Thomas R. [mailto:Tom.Kline@KlineSpecter.com]
Sent: Tuesday, November 22, 2005 10:32 PM
To: 'cvtisi@aol.com'
Cc: Dagostino, Lisa S.; 'Dbuchanan@seegerweiss.com'; Troy Rafferty
Subject: Re: Topal


You were awesome in pulling this thing together. We had a really good day for the litigation on every issue that matters. I was glad to be a part of this great team effort. We couldn't have done it w/o you and Lisa.

--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Chris Tisi <cvtisi@aol.com>
To: Tom.Kline@KlineSpecter.com <Tom.Kline@KlineSpecter.com>
Sent: Tue Nov 22 23:26:10 2005
Subject: Re: Topal

Congraullatoins.  I Heard that it want very wellq Sent wirelessly via BlackBerry from T-Mobile.

-----Original Message-----
From: "Kline, Thomas R." <Tom.Kline@KlineSpecter.com>
Date: Tue, 22 Nov 2005 22:03:46
To:"'Cvtisi@aol.com'" <Cvtisi@aol.com>
Subject: Fw: Topal

FYI.

--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Kline, Thomas R. <Tom.Kline@KlineSpecter.com>
To: Specter, Shanin <Shanin.Specter@KlineSpecter.com>
Sent: Tue Nov 22 22:02:47 2005
Subject: Re: Topal

KS-000297

It looks very bad for them. I had Topal testify that it was disruptive to him to constantly hear "objection/opinion/form/ lack of foundation etc. He did it in a whisper but into the mocrophone the entire depo.
On cross there wre a few dongs. The worst in my opinion is that Topal took vioxx himself, but mainly a bunch of stupid debating points.
His testimony on every key point is catagoricaland iunequival. dangerous drug, deceptive practices, scientific misconduct, falsIfication of data, naproxin hypothesis mathematically impossible, hiding data, inadequate warning....we materially advanced the litigation today.

---------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Specter, Shanin <Shanin.Specter@KlineSpecter.com>
To: Kline, Thomas R. <Tom.Kline@KlineSpecter.com>
CC: 'andy.birchfield@beasleyallen.com' <andy.birchfield@beasleyallen.com>; Balefsky, Lee <Lee.Balefsky@KlineSpecter.com>; 'cseeger@seegerweiss.com' <cseeger@seegerweiss.com>
Sent: Tue Nov 22 21:50:31 2005
Subject: Re: Topal

Play it just that way...



-----Original Message-----
From: Kline, Thomas R. <Tom.Kline@KlineSpecter.com>
To: Specter, Shanin <Shanin.Specter@KlineSpecter.com>
CC: 'andy.birchfield@beasleyallen.com' <andy.birchfield@beasleyallen.com>; Balefsky, Lee <Lee.Balefsky@KlineSpecter.com>; 'cseeger@seegerweiss.com' <cseeger@seegerweiss.com>
Sent: Tue Nov 22 21:41:45 2005
Subject: Re: Topal

290 objections by Merck's counsel.
No kidding.

---------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Specter, Shanin <Shanin.Specter@KlineSpecter.com>
To: Kline, Thomas R. <Tom.Kline@KlineSpecter.com>; 'andy.birchfield@beasleyallen.com' <andy.birchfield@beasleyallen.com>
CC: 'cseeger@seegerweiss.com' <cseeger@seegerweiss.com>; Balefsky, Lee <Lee.Balefsky@KlineSpecter.com>; Vioxx Small Group <VioxxSmallGroup@KlineSpecter.com>
Sent: Tue Nov 22 21:39:16 2005
Subject: Re: Topal

Hooray!!


-----Original Message-----

KS-000298

From: Kline, Thomas R. <Tom.Kline@KlineSpecter.com>
To: 'andy.birchfield@beasleyallen.com' <andy.birchfield@beasleyallen.com>
CC: 'cseeger@seegerweiss.com' <cseeger@seegerweiss.com>; Specter, Shanin <Shanin.Specter@KlineSpecter.com>; Balefsky, Lee <Lee.Balefsky@KlineSpecter.com>
Sent: Tue Nov 22 21:32:40 2005
Subject: Re: Topal

He unequivocally establishes short term use (no cross exam on it!)l, along with untouched opinions on "scientific misconduct," dangerous drug, falsification, deception,manipulation of data,  destroys the naproxin hypothesis and on and on. Its 7 hrs. If Falon doesn't make you cut it down , I'd play the whole thing )for tactical reasons I'll explain) if it were my case, but you'll decide. Your judgment to push for this depo was excellent.
Take care. I'll likely be in Houston  by Tues.


--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Andy Birchfield <andy.birchfield@beasleyallen.com>
To: Kline, Thomas R. <Tom.Kline@KlineSpecter.com>
Sent: Tue Nov 22 20:52:35 2005
Subject: RE: Topal

Great! Thanks, Tom.

    -----Original Message-----
    From: Kline, Thomas R. [mailto:Tom.Kline@KlineSpecter.com]
    Sent: Tue 11/22/2005 7:08 PM
    To: Andy Birchfield
    Cc:
    Subject: Topal



    I think you will be very pleased.

    --------------------------
    Sent from my BlackBerry Wireless Handheld

KS-000299