# Exhibit "34"

**Dagostino, Lisa S.**

| | |
|---|---|
| **From:** | Seeger, Chris [cseeger@seegerweiss.com] |
| **Sent:** | Wednesday, May 10, 2006 9:59 AM |
| **To:** | Kline, Thomas R.; Buchanan, David; SW Vioxx; cvtisi@aol.com; Dagostino, Lisa S.; Vioxx Small Group |
| **Subject:** | RE: Graham: My Take (12 hours later) |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

thanks to Tom, Chris, Lisa and all others who got us through this.   sounds like we've got stuff to work with.

-----Original Message-----
**From:** Kline, Thomas R. [mailto:Tom.Kline@KlineSpecter.com]
**Sent:** Wednesday, May 10, 2006 9:46 AM
**To:** Buchanan, David; SW Vioxx; cvtisi@aol.com; Dagostino, Lisa S.; Vioxx Small Group
**Subject:** Re: Graham: My Take (12 hours later)

Excellent report. And, thanks for the kind words. I would add that we should not designate the one or two questions I asked him on what was the story on Kaiser in the FDA. Then, there is no conceivable basis for about  2 hours of cross on Kaiser study showing Graham's paranoid side.
I agree with DRB's assessment that we got a lot more than Merck out of this deposition. Unfortunately, David Graham is no Eric Topol. When bootstraped behind Topol and if cut well, this will add to our artillery.

--------------------------
Sent from my BlackBerry Wireless Device


-----Original Message-----
From: Buchanan, David <dbuchanan@seegerweiss.com>
To: SW Vioxx <SWVioxx@seegerweiss.com>; Kline, Thomas R.; cvtisi@aol.com <cvtisi@aol.com>; Dagostino, Lisa S.
Sent: Wed May 10 09:42:20 2006
Subject: Graham: My Take (12 hours later)

The room was somewhat split at the end of the day on the dep.  It isn't one of those deps that can easily be called a homerun or an out.  For the most part, it was as expected.  However, there were some surprises.

On substance, we got the better of the hits.  He clearly conveyed that: (a) FDA is not a patient watchdog and far from the police Merck portrays them as, rather they're more like the "inside" man who looks for ways to get things approved and looks out for industry interests (he may have been a bit scary on this point though); (b) Vx was unsafe at all doses from short term use to long term use; (c) it never should have been approved and should have been taken off (I think he said these last two points); (d) a black box would have limited Merck's ability to do DTC and that a proper label could have been written to convey the risks and effect doctor behavior; (e) his study showed increased risk and he's never been subjected to this kind of abuse for expressing scientific opinion; (f) numbers and drug catastrophe—he affirmed and didn't waver on the number harmed by the drug (88,000 to 140,000 MIs and deaths) and said it was a reasonable or best estimate of the harm due to the drug.

In terms of cross, Beck painted him as a sloppy scientist (using the multiple iterations of Kaiser data and conclusions from it), with significant bias (he, Ray, and Topol are the Merck haters) who himself never even concluded that the 25mg dose was unsafe or should have been pulled.  He also painted him as a paranoid outlier scientist who thinks everyone is out to get him…actually, Graham painted himself as such, repeatedly saying that FDA engaged is a systematic campaign and conspiracy to smear and discredit him.  If he said that once, he said it 10 times.  Tom came nicely to the rescue on re-direct to deal with these, however.  Beck also went way, way beyond the scope of Fallon's order and if Fallon holds to his order Beck's 4 hour cross will get cut in half (or less).

KS-000443

Atmospherically, Graham generally lacked the passion in his positions and was very, very, VERY reluctant to turn the gun at Merck.  Merck was always identified passively.  It was, at times, a tooth extraction to get him to admit that it was the company who failed to study, failed to draft a proper label, dragged their feet, etc.  Kudos to Tom for finessing him on these points.  More generally, Tom did an excellent job on the dep both substantively and keeping Beck in check.  Tisi, Lisa, and Moshe—great job at every level on this, from getting it, working it up from every angle, and identifying, and to the extent possible, diffusing the landmines.  It was obvious to all who were there how much work went into this project at every level.  Beck was nicely surprised by some documents that Lisa found that his crew hadn't seen.


In the end, whether and how this plays will depend on the rulings from Fallon, Higbee, et al.  We should get a team together to cut it; it should also be focused.  We should also look at what needs to be cut and shown for experts.  There's plenty in there for our experts and some for there's.

**KS-000444**