Exhibit "37"

**Dagostino, Lisa S.**

| | |
|---|---|
| **From:** | Beach Lawyer [beachlawyer51@hotmail.com] |
| **Sent:** | Saturday, July 01, 2006 9:54 AM |
| **To:** | Kline, Thomas R.; cseeger@seegerweiss.com; cvtisi@aol.com; twacker@rcrlaw.net; abirchfield@beasleyallen.com; LDavis@hhkc.com; RHerman@hhkc.com |
| **Cc:** | Dbuchanan@seegerweiss.com; trafferty@levinlaw.com; shellysanford@goforthlewis.com; jrestaino@lopez-hodes.com; mparf@aol.com; jgrand@seegerweiss.com; Vioxx Small Group |
| **Subject:** | Re: Barnett/ Avorn |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Chris
Sounds like Congratulations are in order...I look forward to reading your depo of Avorn..We focused Graham and Topol yesterday in New Orleans..Many jurors were upset with the FDA and its relationship with Merck..Overall Graham got higher marks than Topol on believability , however both did well,
  especially  with Plaintiff jurors.. ...I will send  the results from Decision Quest to the PSC when I get them..Give me a call re Avorn and Daubert.. I will be in my office all weekend at 9497203652..Beck told me he was focusing on keeping out Avorn's  opinions that go to Merck state of mind, which probably would be alternatively admissable on risk-benefit and what was knowable by Merck..Also since I have a concealment cause of action, I believe Merck's intent to deceive and motivations to deceive are admissable anyway..
Mark


>From: "Kline, Thomas R." <Tom.Kline@KlineSpecter.com>
>To:
><cseeger@seegerweiss.com>,<cvtisi@aol.com>,<twacker@rcrlaw.net>,<abirch
>field@beasleyallen.com>,<beachlawyer51@hotmail.com>,<LDavis@hhkc.com>,<
>RHerman@hhkc.com>
>CC:
><Dbuchanan@seegerweiss.com>,<trafferty@levinlaw.com>,<shellysanford@gof
>orthlewis.com>,<jrestaino@lopez-hodes.com>,<mparf@aol.com>,<jgrand@seeg
>erweiss.com>,"Vioxx Small Group" <VioxxSmallGroup@KlineSpecter.com>
>Subject: Re: Barnett/ Avorn
>Date: Sat, 1 Jul 2006 08:21:50 -0400
>
>As someone who was there and saw it first hand, let me say that
>yesterday's deposition was compelling and  is a major addition to our trial package.
>Chris Tisi did a phenomenal  job on direct and redirect with Avorn, a
>very impressive witness. Combined with Topol and Graham, we need little
>but case specific experts to carry any  case to the jury.
>Congratulations to Chris on a great  effort, from conception to conclusion....  Tom.
>
>-----Original Message-----
>From: Seeger, Chris <cseeger@seegerweiss.com>
>To: cvtisi@aol.com <cvtisi@aol.com>; twacker@rcrlaw.net
><twacker@rcrlaw.net>; abirchfield@beasleyallen.com
><abirchfield@beasleyallen.com>; beachlawyer51@hotmail.com
><beachlawyer51@hotmail.com>; ldavis@hhkc.com <ldavis@hhkc.com>;
>rherman@hhkc.com <rherman@hhkc.com>
>CC: Buchanan, David <dbuchanan@seegerweiss.com>; Kline, Thomas R.;
>trafferty@levinlaw.com <trafferty@levinlaw.com>;
>shellysanford@goforthlewis.com <shellysanford@goforthlewis.com>;
>jrestaino@lopez-hodes.com <jrestaino@lopez-hodes.com>; mparf@aol.com

KS-000550

```
><mparf@aol.com>; Grand, Jeff <JGrand@seegerweiss.com>
>Sent: Sat Jul 01 08:09:36 2006
>Subject: Re: Barnett/ Avorn
>
>Chris, I heard a lot of this........you did an outstanding job (as usual).
>-------------------------
>Sent from my BlackBerry Wireless Handheld
>
>
>-----Original Message-----
>From: Cvtisi@aol.com <Cvtisi@aol.com>
>To: NJRT - twacker@rcrlaw.net <twacker@rcrlaw.net>;
>abirchfield@beasleyallen.com <abirchfield@beasleyallen.com>;
>beachlawyer51@hotmail.com <beachlawyer51@hotmail.com>; ldavis@hhkc.com
><ldavis@hhkc.com>; Seeger, Chris <cseeger@seegerweiss.com>;
>rherman@hhkc.com <rherman@hhkc.com>
>CC: Buchanan, David <dbuchanan@seegerweiss.com>;
>tom.kline@klinespecter.com <tom.kline@klinespecter.com>; NJRT -
>trafferty@levinlaw.com <trafferty@levinlaw.com>;
>shellysanford@goforthlewis.com <shellysanford@goforthlewis.com>; NJRT -
>jrestaino@lopez-hodes.com <jrestaino@lopez-hodes.com>; MParf@aol.com
><MParf@aol.com>; Grand, Jeff <JGrand@seegerweiss.com>
>Sent: Sat Jul 01 07:13:53 2006
>Subject: Barnett/ Avorn
>
>Please find attached te rough of Day 1 of Avorn.  Day 2 should come soon.
>
>From my perspective (though I ask Dave, Jeff, Lisa and Tom to correct
>me if I am overstating), I think he did a fantastic job on Direct and
>was not really damaged on cross.  He is both a "fact" and "Expert
>witness"  In many ways, his fact testimony is the best--it confirms all
>that we say about Merck.  I think this is a very important deposition,
>not only for Barnett but also for future cases.  I think that Phil Beck
>agrees that the day went very well for us.
>
>I spoke to Phil about the Dauber hearings this upcoming week.  He
>agrees that the motion is not ripe since we now have a deposition to
>work from--no just his report.  (We framed his deposition differently
>than his report was framed to deal with any Daubert issues) I think we
>should put the argument of this back to the status conference if
>possible.  I think that Judge Fallon would (or should) find the bulk of
>his testimony admissible but he world have to read it.  Cannot be done by Wednesday!.
>
>In a separate front, I think that this deposition will be used in the
>California trial.  My impression is that Judge Cheney would let in most
>of this under Calif Law (Mark, Red, tell me if I am wrong).  If that is
>the case, it would probably be  to our benefit to get the state court
>rulings first.  Thoughts?
>
>In any event, I cannot be there on the 6th and would very much like to
>argue this--or be part of the team that does.  Can we put this off--by
>consent--to the status conference?
>
>Chris
```

KS-000551