Exhibit "38"

## Dagostino, Lisa S.

| | |
|---|---|
| **From:** | Mark Lanier [WML@lanierlawfirm.com] |
| **Sent:** | Wednesday, April 12, 2006 7:44 AM |
| **To:** | Specter, Shanin; Richard D. Meadow |
| **Cc:** | Vioxx Small Group; cseeger@seegerweiss.com; dbuchanan@seegerweiss.com |
| **Subject:** | RE: Punies |

You were played in closing puni argument.... Great find and delivery form you and Lisa both!!!!!

-----Original Message-----
**From:** Specter, Shanin [mailto:Shanin.Specter@KlineSpecter.com]
**Sent:** Friday, April 07, 2006 12:42 PM
**To:** Richard D. Meadow
**Cc:** Vioxx Small Group; Mark Lanier; cseeger@seegerweiss.com; dbuchanan@seegerweiss.com
**Subject:** Re: Punies

Lisa Dagostino deserves the credit. She found the document, recognized and gave it to me.

I "had the luck to give the roar" -- WSC


-----Original Message-----
From: Richard D. Meadow
To: Specter, Shanin
Sent: Fri Apr 07 12:12:11 2006
Subject: Punies

We got to punies because of you. Judge denied motion to dismiss!!!!
--------------------------
Sent from my BlackBerry Wireless Handheld

KS-000552