Exhibit "39"

## Dagostino, Lisa S.

**From:** Specter, Shanin
**Sent:** Friday, April 14, 2006 10:16 AM
**To:** Dagostino, Lisa S.
**Cc:** Vioxx Small Group
**Subject:** Fw: Today

```
-----Original Message-----
From: Specter, Shanin
To: 'WML@lanierlawfirm.com'
Sent: Fri Apr 14 10:15:02 2006
Subject: Re: Today

Mark -- thanks for your email.

It has to be a group effort to beat these folks...

Happy Easter to you and your family.



-----Original Message-----
From: Mark Lanier
To: Specter, Shanin
Sent: Fri Apr 14 09:34:45 2006
Subject: RE: Today

Shanin...

Thanks again for the great job you did on Shapiro... Made all the difference in the
world...

-----Original Message-----
From: Specter, Shanin [mailto:Shanin.Specter@KlineSpecter.com]
Sent: Thursday, April 06, 2006 7:54 AM
To: Richard D. Meadow; Mark Lanier
Cc: Kline, Thomas R.; Dagostino, Lisa S.
Subject: Today


Congrats! I'm very happy for you, me and our clients...

If you need to prove fraud on the FDA, you may wish to confront Gilmartin with Shapiro's
testimony that they didn't give the MI-injury-only charts to the FDA. They did give FDA
the data, but in a different form...
```

1

**KS-000553**