Exhibit "40"

| | |
|---|---|
| **From:** | Richard D. Meadow [RDM@lanierlawfirm.com] |
| **Sent:** | Tuesday, April 11, 2006 10:53 AM |
| **To:** | Dagostino, Lisa S. |
| **Subject:** | Re: CONGRATULATIONS |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Your firm a big part of this win.
--------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Dagostino, Lisa S. <Lisa.Dagostino@KlineSpecter.com>
To: Richard D. Meadow <RDM@lanierlawfirm.com>
Sent: Tue Apr 11 09:47:39 2006
Subject: CONGRATULATIONS

Please send my congrats to your whole team on an amazing, amazing job!


Lisa S. Dagostino, MD, JD, MBE

Kline and Specter, PC

The Nineteenth Floor

1525 Locust Street

Philadelphia, PA  19102

215.772.2488 (direct dial)

215.772.1005 (facsimile)

lisa.dagostino@klinespecter.com


This message is intended only for the use of the individual or entity to which it is addressed and contains information that is privileged (protected by the attorney-client privilege and the work-product privilege), confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you receive this message in error, please notify us immediately via return e-mail and delete the original message from your files.

KS-000554