# Exhibit "41"

**Specter, Shanin**

| | |
|---|---|
| **From:** | Michael Ferrara [mferrara@ferraralawfirm.com] |
| **Sent:** | Friday, April 08, 2005 3:16 PM |
| **To:** | Buchanan, David; Bill Audet; Grand, Jeff; ????ya?????????h; A Sweeney; A. Scuder; Alan Sklarsky; Alex Krasnitsky; Andrew Carboy; Anthony Cifaldi; Anthony Marchetti; B. Morelli; Bruce Nagel; Carlene Lewis (E-mail); Chris Tisi; Christine Klimczuck; Christopher Johnson; D Binnick; D Sanford; D. Ratner; D. Weinstock; Daniel Fetterman; Dave Owens; Dave Vermont; David Beekman; David Cohen; David Jacoby (E-mail); Deborah Baird; E. Goldis; Edward Milstein; Elizabeth Cabraser; Elizabeth Fegan; WL - Relkin, Ellen; Esther Berezofsky; Evan Janush; Frank Floriani; Frederick E. Gerson (E-mail); G. Williams; Gene Locks; Glen Zuckerman; Greg Shaffer; Gregory Spizer (E-mail); J Heisler; J. Paul Sizemore (E-mail); Jacqueline DeCarlo; James McHugh; James Pettit; Jeffrey Kodroff; Jennifer Young; WL - Kristal, Jerry; Jessica Sanford; John Baldante; Joshua Ezrin; John Schepisi; K. Jardine; Kevin Haverty; Lee Balefsky; Lisa Dagostino; Marc Weingarten; Mark Hoffman; Michael Coren; Michael Galpern; Michael London; Michael Weinkowitz; Michelle L. Tiger (E-mail); Michelle Parf; Burg, Michael; Moira Lopez; Moshe Horn; Nan Parfitt; Niki Trunk; P. Burg; Patrick Randazzo; WL - Pennock, Paul; Paulina do Amaral; R Jonas; Richard Meadows; Rob Dassow; Robert Sachs; Rodney Villazor; S Wittels; Samuel Davis; Scott Eldredge; Scott Levensten; Seeger, Chris; Shanin Specter (E-mail); Shelley Sanford (E-mail); Simcha Schonfeld; Sol Weiss (E-mail); Steve Berman; Steve Knowlton; Susanne Scovern; Ted Lieverman; Terrence Smith (E-mail); Theresa Corson; Thomas Kline (E-mail); Thomas Sobol; Tobias Millrood; Tracy Finken; Wagner, Michael; Walter Burrell; Wayne Greenstone; Wendy Fleishman |
| **Subject:** | Dr. Kim - good news |

I am sitting here at Dr. Kim's deposition.  Based on my observations after 33 years of practice, the job that Shanin Specter is doing is nothing short of spectacular.  He's forcing Kim to answer questions, he's following up when tries to hide,  and he's forcing him to respond to the tough questions.  It's ashame you can't see the body language of Merck's lawyers.  They know they are dead.  Reading this transcript and viewing this video tape will make all of your very very happy.  As good as this case was before today, it now has improved 100 fold.  Thanks to Shanin and his partners for being so well prepared and doing such a wonderful job.

KS-000555