# Exhibit "43"

**Dagostino, Lisa S.**

| | |
|---|---|
| **From:** | Richard D. Meadow [RDM@lanierlawfirm.com] |
| **Sent:** | Friday, February 02, 2007 3:09 PM |
| **To:** | Kline, Thomas R.; Dagostino, Lisa S. |
| **Cc:** | Mark Lanier |
| **Subject:** | Re: is there an afternoon session? |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

```
I seem to play a lot of your stuff....
--------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Kline, Thomas R. <Tom.Kline@KlineSpecter.com>
To: Dagostino, Lisa S. <Lisa.Dagostino@KlineSpecter.com>
CC: Richard D. Meadow <RDM@lanierlawfirm.com>
Sent: Fri Feb 02 14:05:51 2007
Subject: Re: is there an afternoon session?

I'll gladly take Glen Reicin or Loren Laine's depos.. We are now well under their skin..


-----Original Message-----
From: Dagostino, Lisa S.
To: Kline, Thomas R.; Balefsky, Lee; Tiger, Michelle
Sent: Fri Feb 02 14:59:07 2007
Subject: FW: is there an afternoon session?

Looks like the Glenn Reicin stuff went over well!

-----Original Message-----
From: Richard D. Meadow [mailto:RDM@lanierlawfirm.com]
Sent: Friday, February 02, 2007 2:40 PM
To: Dagostino, Lisa S.
Subject: Re: is there an afternoon session?

She freaked-blood left her face. Wonder if he is being investigated.
--------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Dagostino, Lisa S. <Lisa.Dagostino@KlineSpecter.com>
To: Richard D. Meadow <RDM@lanierlawfirm.com>
Sent: Fri Feb 02 13:38:42 2007
Subject: RE: is there an afternoon session?

Excellent.

I love that he was able to get the glenn Reicin stuff in yesterday---how
did she react to that?

We need to take his dep!

-----Original Message-----
```

**KS-000561**

From: Richard D. Meadow [mailto:RDM@lanierlawfirm.com]
Sent: Friday, February 02, 2007 2:36 PM
To: Dagostino, Lisa S.
Subject: Re: is there an afternoon session?

Finish Reicin and start Krumholz on Monday.
--------------------------
Sent from my BlackBerry Wireless Handheld

KS-000562