Exhibit "44"

| | |
|---|---|
| **From:** | Dagostino, Lisa S. |
| **Sent:** | Thursday, August 04, 2005 9:43 AM |
| **To:** | 'shellysanford@goforthlewis.com'; Hoffman, Mark A. |
| **Cc:** | K&S Vioxx Attorneys; 'Maura' |
| **Subject:** | RE: PGI2 Inhibition |
| **Attachments:** | Nies Depo Sum 3-2-05.wpd; Nies Depo Sum 4-1-05.wpd |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Here's the text from the Nies dep at issue (April 1, 2005) (p. 394-395--Raber's direct) (Shelly, thanks for pointing me in the right direction...):

                                                              394

Q    Well, if prostacyclin was being reduced, why wouldn't that be enough to cause this imbalance problem?

A.   Well, in the prostaglandin area, with the thromboxane and with prostacyclin, you generally have to inhibit their formation by more than 90 percent in order to have an effect. This is true for thromboxane on the platelets, it has to be a 95 percent inhibition.  And it's been estimated that it's also true for prostacyclin, that is, 10 percent of the normal amount will allow the body to function normally.  And the reduction in this metabolite in the urine, which is a very indirect way of looking at what's going on, was in the range of 50 to 60 percent.  So, we were nowhere near an inhibition that would cause something that would normally be a concern.

Thoughts:
This is one of the carefully constructed and scripted Merck answers that leaves lots of holes, and juxtaposes apples next to oranges to imply things that aren't necessarily true.

1.    Need to start out with the premise that the entire prostaglandin cascade is a super-complicated pathway (that every medical student HATES when you hit physiology and pathology) with, as Mark put it, lots of redundancies built in. You don't need to understand the details, but just need to understand that you can't make broad generalizations about anything--you have to be very precise in your statements and conclusions.  Merckspeak tends to be very precise when it suits the Merck purpose (arguing where the source of prostacyclin is), but Nies is noticeably very general in his statements here.

2.    The 95% figure with respect to thromboxane and platelets--I have seen that one before--it has substantial support because it has been studied extensively in the aspirin literature--leave the substantive portion of this sentance alone with respect to any cross.  BUT note that he narrowly refers to the effect on a specific cell--platelets, and in a specific context (in the blood vessels).

BUT that does not mean that the same premise is true if you substitute the word 'prostacyclin' for 'thromboxane' and the super-general context 'body' for the super-specific 'platelets.'  He generalized a very narrow statement (effect of thromboxane on a specific cell) to a very broad statement (effect of prostacyclin in the entire body).

The question is not whether you need 90% inhibition of prostacyclin for the 'body' to 'function' properly...the question is what PERCENTAGE of inhibition of endothelial blood vessel derived prostacyclin (narrowly tailored question) would be necessary to create enough of a prothromboic state in a small caliber blood vessel like a coronary artery to cause clots to form (NOTE--I don't know if anyone knows the answer to that question--please check with

KS-000563

Lucchesi. If we don't have an answer to that, all the better, but that means that he can't reach the conclusion that he did). For all we know, you only need 40% inhibition of prostacyclin derived from the endothelium to create blood clots big enough to clog that little itty bitty artery.

3.     He's also clear that his figure of 90% is an ESTIMATE. If that's so, then that's another reason he can't make a conclusory statement like "we were nowhere near [a level of inhibition] that would cause something that would normally be a concern." SCIENTISTS DO NOT MAKE CONCLUSIONS BASED ON ESTIMATES.

If they didn't know what percentage was necessary--why didn't they didn't they design an experiment to check it out?

And where the heck does this ESTIMATE come from? Context? Puppy studies? (BTW--did they designate him as an expert?)

4.     The 50-60% reduction in the urinary prostaglandin metabolite. Mark H and I have been hashing this out for the past few days--we've never said that that metabolite was derived SOLELY from endothelial derived prostacyclin. In fact, it is likely that it is not--that metabolite may reflect a combination of prostacyclin from lung AND endothelium, etc. Point is, 50-60% is reflective again of the total body prostacyclin...you can't take that and extrapolate backward...

Sanity check, MAH?

Per SS's request, our summaries of the two deps are attached.


-----Original Message-----
From: Shelly Sanford [mailto:shellysanford@goforthlewis.com]
Sent: Wednesday, August 03, 2005 9:09 PM
To: Hoffman, Mark A.; Dagostino, Lisa S.; 'shellysanford@goforthlewis.com'
Cc: K&S Vioxx Attorneys; Maura
Subject: Re: PGI2 Inhibition

Thanks guys. Very common sense approach and they just throw this stuff out as true whether it is or isn't. Thanks very much. We will pass on to mark. Nies will be their first witness.
-----Original Message-----
From: "Hoffman, Mark A." <Mark.Hoffman@KlineSpecter.com>
Date: Wed, 3 Aug 2005 21:01:00
To:"Dagostino, Lisa S." <Lisa.Dagostino@KlineSpecter.com>,
"'shellysanford@goforthlewis.com'" <shellysanford@goforthlewis.com>
Cc:K&S Vioxx Attorneys <K&SVioxxAttorneys@KlineSpecter.com>
Subject: Re: PGI2 Inhibition

I would echo Lisa's warning. The vascular endothelial system has protective redundancy built in through the nitrous oxide system. It's important that the claim be put into some context. As a general statement, it really depends upon the patient, underlying risk factors, etc. Clearly, in settings of up-regulated TxA2 such as smokers, advanced atherosclerosis, the balance is what is important. I DON'T SEE HOW THE STATEMENT JIBES WITH THE NOTION OF A "BALANCE"--IT SEEMS TO ME IF YOU TAKE SOMETHING OFF ON ONE SIDE OF THE SEESAW, THEN THE BALANCE IS IMMEDIATELY DISTURBED. HE IS CLAIMING THAT YOU HAVE TO TAKE 95 PERCENT OF THE WEIGHT OFF OF ONE SIDE BEFORE THE SEESAW TIPS--NOT BELIEVABLE.
-------------------------
Sent from my BlackBerry Wireless Handheld

**KS-000564**

-----Original Message-----
From: Dagostino, Lisa S. <Lisa.Dagostino@KlineSpecter.com>
To: Hoffman, Mark A. <Mark.Hoffman@KlineSpecter.com>; 'shellysanford@goforthlewis.com'
<shellysanford@goforthlewis.com>
CC: K&S Vioxx Attorneys <K&SVioxxAttorneys@KlineSpecter.com>
Sent: Wed Aug 03 20:52:52 2005
Subject: RE: PGI2 Inhibition


Shelly

Just at first blush, the statement about 95% of prostacyclin inhibition seems too general...
We've been narrowly focusing on the prostacyclin produced by the endothelium (because that's
what we care about), but prostacyclin serves many functions in the body and is produced by
many different sources and different pathways (including cox-1).  To generally say "95%
inhibition" systemwide without an effect just does not seem right, but without context, I'm a
little at a loss to figure the best way to attack it.  Was the statement qualifed somehow
with a specific site?  It would be helpful to see precisely what he said in context (they are
VERY careful about parsing their words on this topic) in order to figure out a way to refute
it...when are they putting him up?

PS--assume you have these, but attached please find the NJ Nies depos.


-----Original Message-----
From: Hoffman, Mark A.
Sent: Wednesday, August 03, 2005 8:23 PM
To: 'shellysanford@goforthlewis.com'
Cc: K&S Vioxx Attorneys
Subject: PGI2 Inhibition

Shelly,

I am responding to your email to Tom Kline as follows:

Mark needs to find a study that will refute this:  Nies says that your body functions just
the same until 95+% of your prostacyclin is inhibited.no effect until you get to >95%
inhibition.

This is a bald statement without proof.  I would obviously ask him if he brought the articles
making those claims to the courtroom.

Aside from that: the Merck-sters have been spending the better part of 2 years trying to
figure out where PGI2 even comes from, and now they want to make this ridiculous claim.
Maybe Lisa can follow on with the documents which basically demonstrate them running from the
vascular endothelium as the source of prostacyclin.  How do they now claim to know the effect
of graduated depression of prostacyclin levels when they don't even know where it is made or
where it acts.

Second-Garrett FitzGerald did some work in COX-2 -/- IP receptor knockout mice, and found an
increased risk of thrombosis in the face of vascular trauma.  The Mercksters didn't like the
implications of this for obviousl reasons, and wanted to see results from the heterozygotes,
which would have had less prostacyclin inhibition.  Therefore, they did not know what partial
inhibition of prostacyclin would cause.  Maybe Lisa has the sites or documents for these
items.

I have not read the Neis deposition, so I am no help on that score.

**KS-000565**

43

Also, Mark wants Lucchesi to read over Nies depo and help him find some things to get him on.
Do you have the Nies depo?
-------------------------
Sent from my BlackBerry Wireless Handheld

Shelly A. Sanford
Goforth Lewis Sanford LLP
1111 Bagby, Suite 2200
Houston, Texas 77002
(713) 650-0022
(713) 650-1669 (fax)
Sent via Blackberry

**KS-000566**