# Exhibit "45"

| | |
|---|---|
| **From:** | Kline, Thomas R. |
| **Sent:** | Wednesday, November 30, 2005 11:47 PM |
| **To:** | 'frank.woodson@beasleyallen.com' |
| **Cc:** | 'Dbuchanan@seegerweiss.com'; 'Cvtisi@aol.com'; Dagostino, Lisa S. |
| **Subject:** | Re: Topol |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

1. Fallon excluded evidence of it relating to Merck.
2. It is irrelevant to his opinions.
3 it is not even established when he took vioxx.
4. His personal medical decisions about his health are unrelated to his opinions about vioxx and the conduct of Merck.

--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Frank Woodson <frank.woodson@beasleyallen.com>
To: tom.kline@klinespecter.com <tom.kline@klinespecter.com>; dbuchanan@seegerweiss.com <dbuchanan@seegerweiss.com>
Sent: Wed Nov 30 22:18:04 2005
Subject: Fw: Topol

What are best arguments to keep out topol taking vioxx? Fallon exclude jurors and not allow employees to say they took???
o had taken - just consistent with fallon

-----Original Message-----
From: Goetz, Richard <RGoetz@OMM.com>
To: Frank Woodson <frank.woodson@beasleyallen.com>
Sent: Wed Nov 30 21:10:06 2005
Subject: RE: Topol

Why isn't the designated testimony relevant to credibility?

-----Original Message-----
From: Frank Woodson [mailto:frank.woodson@beasleyallen.com]
Sent: Wednesday, November 30, 2005 6:27 PM
To: Frank Woodson; tarek.ismail@bartlit-beck.com; Goetz, Richard
Cc: tom.kline@klinespecter.com; dbuchanan@seegerweiss.com; Leigh O'Dell; beachlawyer51@hotmail.com
Subject: Re: Topol

As to Merck's counterdesignations for the Topol deposition plaintiff objects to page 318 line 6 thru page 321 line 16.  Plaintiff objects to page 394 line 23 thru page 404 line 19 which we do not see in your counterdesignations.  With only 1 objection I hope to hear back quickly.
Does Merck agree to remove the couple of lines plaintiff objects to?
Thanks

KS-000567

-----Original Message-----

```
From: Frank Woodson <frank.woodson@beasleyallen.com>
To: Frank Woodson <frank.woodson@beasleyallen.com>; 'tarek.ismail@bartlit-beck.com'
<tarek.ismail@bartlit-beck.com>; 'rgoetz@omm.com' <rgoetz@omm.com>
CC: 'tom.kline@klinespecter.com' <tom.kline@klinespecter.com>; 'dbuchanan@seegerweiss.com'
<dbuchanan@seegerweiss.com>; Leigh O'Dell <leigh.odell@beasleyallen.com>;
'beachlawyer51@hotmail.com'
<beachlawyer51@hotmail.com>
Sent: Wed Nov 30 20:02:40 2005
Subject: Re: Topol
```

Rich, I forgot to add you to email. When do you expect to have the transcript marked and deliver to us at Abraham Watkins? Thanks

```
-----Original Message-----
From: Frank Woodson <frank.woodson@beasleyallen.com>
To: Frank Woodson <frank.woodson@beasleyallen.com>; 'tarek.ismail@bartlit-beck.com'
<tarek.ismail@bartlit-beck.com>
CC: 'tom.kline@klinespecter.com' <tom.kline@klinespecter.com>; 'dbuchanan@seegerweiss.com'
<dbuchanan@seegerweiss.com>; Leigh O'Dell <leigh.odell@beasleyallen.com>;
'beachlawyer51@hotmail.com'
<beachlawyer51@hotmail.com>
Sent: Wed Nov 30 19:56:12 2005
Subject: Re: Topol
```

Tarek, Rich has agreed to provide us with objections written in the margins of the transcript tonight. We will reviewto determine if we agree to any. We have the counter designations and are reviewing. We will let you know if we have objections to Merck designation.

```
-----Original Message-----
From: Frank Woodson <frank.woodson@beasleyallen.com>
To: 'tarek.ismail@bartlit-beck.com' <tarek.ismail@bartlit-beck.com>
CC: 'tom.kline@klinespecter.com' <tom.kline@klinespecter.com>; 'dbuchanan@seegerweiss.com'
<dbuchanan@seegerweiss.com>; Leigh O'Dell <leigh.odell@beasleyallen.com>;
'beachlawyer51@hotmail.com'
<beachlawyer51@hotmail.com>; Frank Woodson <frank.woodson@beasleyallen.com>
Sent: Wed Nov 30 14:41:57 2005
Subject: Topol
```

Tom Kline is working with your designated objector on this. Tom does not agree to any of the objections. We understand Fallon will want Merck to provide a printout of the cuts with Merck objections in the margin like we did on Anstice. Merck needs to have this to Fallon by end of day.

KS-000568