# Exhibit "46"

ABC Amber BlackBerry Converter Trial version, http://www.processtext.com/abcblackberry.html

**From:** Lisa DagostinoLSD• Lisa.Dagostino@klinespecter.com
**To:** Paul Sizemore paul.sizemore@beasleyallen.com, Andy Birchfield andy.birchfield@beasleyallen.com
**Subject:** RE:
**Date:** 12/3/2005 10:12:16 PM
**Folder:** Inbox

Thanks paul--glad we could help.

-----Original Message-----
From: Paul Sizemore [mailto:paul.sizemore@beasleyallen.com]
Sent: Saturday, December 03, 2005 10:10 PM
To: Dagostino, Lisa S.; Andy Birchfield
Subject: RE:

doc, thank you so much for your help. you were great. topol would not have gotten done without you. thanks again

    -----Original Message-----
    From: Dagostino, Lisa S. [mailto:Lisa.Dagostino@KlineSpecter.com]
    Sent: Fri 12/2/2005 3:28 PM
    To: Paul Sizemore; Andy Birchfield
    Cc:
    Subject: Fw:


    Article from bmj that cox-2s no benefit over trad NSaids for GI effects.
    Courtesy dave Buchannan

    --------------------------
    Sent from my BlackBerry Wireless Handheld


    -----Original Message-----
    From: Byrne, Diane <Diane.Byrne@KlineSpecter.com>
    To: Dagostino, Lisa S. <Lisa.Dagostino@KlineSpecter.com>
    Sent: Fri Dec 02 15:40:11 2005
    Subject:

    <<BMJ-COX2-GISafety.pdf>>

KS-000569