Exhibit "47"

ABC Amber BlackBerry Converter Trial version, http://www.processtext.com/abcblackberry.html

**From**: Shanin Specter shanin.specter@klinespecter.com
**To**: Tom KlineK&S email tom.kline@klinespecter.com, Lisa DagostinoLSD•Lisa.Dagostino@klinespecter.com
**Subject**: Fw: Irvin
**Date**: 12/4/2005 5:00:50 PM
**Folder**: Inbox

Note Birchfield's response.  I think Lisa should be on the first flight tomorrow.

-----Original Message-----
From: Andy Birchfield <andy.birchfield@beasleyallen.com>
To: Specter, Shanin <Shanin.Specter@KlineSpecter.com>
Sent: Sun Dec 04 15:11:30 2005
Subject: RE: Irvin

yes - if that is not too much of an imposition. Lisa is a tremendous help.

    -----Original Message-----
    From: Specter, Shanin [mailto:Shanin.Specter@KlineSpecter.com]
    Sent: Sun 12/4/2005 1:06 PM
    To: Andy Birchfield; Kline, Thomas R.
    Cc: 'cseeger@seegerweiss.com'; 'dbuchanan@seegerweiss.com';
'RHerman@hhkc.com'; Dagostino, Lisa S.
    Subject: Re: Irvin


    Andy -- Tom and I are about to begin separate trials.  Do you want Lisa back
    down in Houston, participating in the 8pm sessions and otherwise helping?



    -----Original Message-----
    From: Andy Birchfield <andy.birchfield@beasleyallen.com>
    To: Kline, Thomas R. <Tom.Kline@KlineSpecter.com>
    CC: Specter, Shanin <Shanin.Specter@KlineSpecter.com>;
    cseeger@seegerweiss.com <cseeger@seegerweiss.com>; Dbuchanan@seegerweiss.com
    <Dbuchanan@seegerweiss.com>; RHerman@hhkc.com <RHerman@hhkc.com>
    Sent: Sun Dec 04 14:01:47 2005
    Subject: RE: Irvin

    we are in reasonably good shape with the shadow jury at this stage. David
    Silver will be Merck's first witness. Help from any of you is welcome and
    would be appreciated. We will meet for one hour every night in my suite
    (Room 1212 at the Icon) at 8:00 p.m. to discuss stategy and make
    assignments.

        -----Original Message-----
        From: Kline, Thomas R. [mailto:Tom.Kline@KlineSpecter.com]
        Sent: Sat 12/3/2005 10:02 PM
        To: Andy Birchfield
        Cc: Specter, Shanin; 'cseeger@seegerweiss.com';

KS-000570

Page 1

ABC Amber BlackBerry Converter Trial version, http://www.processtext.com/abcblackberry.html

'Dbuchanan@seegerweiss.com'; 'RHerman@hhkc.com'
Subject: Re: Irvin

Andy--

Would you let me know how the case is going in the eyes of the shadow jury,
and your assessment after the first week, and where we stand?

You have a tough week ahead. Do we know Merck's lineup, and what is the plan
of attack for cross examination? I assume you may face Morrison, Oakes,
Reicin, and/or other tough company witnesses and the Merck outside experts.

There are a few of us who, like you and Paul, know the lines of cross
examination well--Lisa Dagostino, Chris Seeger, and Dave Buchanan, in
particular, all of whom are available to you. (I'll be on trial). You
should consider taking advantage of the resources, and, in my view, should
integrate them into your "inner circle" in week 2.

I'll be happy to send Lisa back down to work on cross examinations, if you
want her there to work directly with you and Paul.   She has been Shanin
and my main preparer of many cross examinations in this litigation (Kim,
Reicin, Shapiro, Skolnick, Gertz, Gillmartin etc.)  and for the direct
examination of  Topol, and knows the data base very well.

Respectfully, it is my view (widely shared) that Jere should not be
cross-examining the Merck witnesses..

I emailed you earlier today, and I know you are swamped, but please let me
hear from you.

Tom.

KS-000571

Page 2

ABC Amber BlackBerry Converter Trial version, http://www.processtext.com/abcblackberry.html

```
--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Dagostino, Lisa S. <Lisa.Dagostino@KlineSpecter.com>
To: Paul Sizemore <paul.sizemore@beasleyallen.com>; Andy Birchfield
<andy.birchfield@beasleyallen.com>
CC: Kline, Thomas R. <Tom.Kline@KlineSpecter.com>
Sent: Sat Dec 03 22:12:22 2005
Subject: RE:

Thanks paul--glad we could help.

-----Original Message-----
From: Paul Sizemore [mailto:paul.sizemore@beasleyallen.com]
Sent: Saturday, December 03, 2005 10:10 PM
To: Dagostino, Lisa S.; Andy Birchfield
Subject: RE:

doc, thank you so much for your help. you were great. topol would
    not have
        gotten done without you. thanks again

        -----Original Message-----
        From: Dagostino, Lisa S.
    [mailto:Lisa.Dagostino@KlineSpecter.com]
            Sent: Fri 12/2/2005
```

KS-000572