Exhibit "48"

**Dagostino, Lisa S.**

---

| | |
|---|---|
| **From:** | Mark Lanier [WML@lanierlawfirm.com] |
| **Sent:** | Tuesday, February 06, 2007 6:18 PM |
| **To:** | jgrand@seegerweiss.com; Dagostino, Lisa S.; Harlan.Krumholz@yale.edu |
| **Subject:** | Re: arm laceration |

Dara. Run this out please. Beautiful find lisa. Multi thanks.


-----Original Message-----
From: Grand, Jeff <JGrand@seegerweiss.com>
To: Lisa.Dagostino@KlineSpecter.com <Lisa.Dagostino@KlineSpecter.com>; Mark Lanier
<WML@lanierlawfirm.com>; harlan.krumholz@yale.edu <harlan.krumholz@yale.edu>
Sent: Tue Feb 06 17:06:38 2007
Subject: Re: arm laceration


Thanks.  You're the best.


-----Original Message-----
From: Dagostino, Lisa S. <Lisa.Dagostino@KlineSpecter.com>
To: Mark Lanier <WML@lanierlawfirm.com>; Grand, Jeff; Harlan.Krumholz@yale.edu
<Harlan.Krumholz@yale.edu>
Sent: Tue Feb 06 17:45:44 2007
Subject: RE: arm laceration


To continue from previous email chain with jeff...

Prostacyclin can be formed by several other different pathways.   What
we may be seeing in these capillaries is a reduction in prostacylin derived from one of those
other pathways, such as cox-1 derived
prostacyclin (see the very last line of the paper).   They're not
testing the same conditions you would see in a coronary artery with atherosclerotic disease
where cox-2 would be 'upregulated' and therefore
present.

The attached internal email (labeled 'arm laceration 2') between Dibattiste and another Merck
scientist makes it clear that even they recognized the difference in situations and called
the results a little 'bizarre'--"I thought that was bizarre as well-he argues that local
prostaglandins are all cox-1 and not cox-2--maybe so in healthies, I am not so sure in
diseased vessels where the endotheliums [sic] dysfunctional and protective mechanisms have
been activated."
Exactly the point--the protective mechanism being cox-2 derived
prostacyclin.   'Healthies' not the same thing as those with disease.


Also attached see another email on this study (the one Jeff referred to labeled 'arm
laceration')--Merck scientists say the study is 'not a perfect study,' note that "the meaning
of such a study is less clear"
and that "what happens in larger vessels is not known from this study."
They also note that the conclusions are "debatable" and even that the naproxen data is "a bit
overstated."

This all may be way beyond most jurors, but I'll leave that to you all            **KS-000573**
to figure out if you want to use it.   The key points are:

1.     All these folks are healthy and young.   Apples and oranges.
Doesn't tell us what's going on with people at risk for CV disease.

2.     They are looking at capillaries, not at coronary vessels.
Apples and oranges.  Merck scientists admitted that 'what happens in larger vessels'
(coronary arteries v. capillaries) is not clear from this study.

3.     The conditions inside each vessel are different.  One is a
healthy capillary.  The vessels that we care about are disease coronary
arteries.   Apples and oranges. Even Merck scientists noted that the
fact that this was done in 'healthies' doesn't mean that it corresponds
to what happens in diseased vessels.

4.     The study was funded by Merck (MSD).


-----Original Message-----
From: Mark Lanier [mailto:WML@lanierlawfirm.com]
Sent: Tuesday, February 06, 2007 4:30 PM
To: jgrand@seegerweiss.com; Harlan.Krumholz@yale.edu; Dagostino, Lisa S.
Subject: Re: arm laceration

I was thinking this also but got stumped on why the study did show a reduction in
prostacyclim for the other drugs. What's our answer?

-----Original Message-----
From: Grand, Jeff <JGrand@seegerweiss.com>
To: harlan.krumholz@yale.edu <harlan.krumholz@yale.edu>; Mark Lanier <WML@lanierlawfirm.com>
Sent: Tue Feb 06 15:31:04 2007
Subject: Fw: arm laceration

Dagostino on arm bleed study.
See below.


-----Original Message-----
From: Dagostino, Lisa S. <Lisa.Dagostino@KlineSpecter.com>
To: Grand, Jeff
Sent: Tue Feb 06 16:17:36 2007
Subject: RE: arm laceration

Yes---funding.   MSD (Merck Sharp Dohme).   See the disclosure part at
the back.

Arm laceration tests capillaries bleeding, not arteries.   Certainly not
coronary arteries, certainly not coronary arteries with atherosclerosis.
In essence, they fixed the study by testing a blood vessel that has not been shown to release
cox-2 derived prostacyclin, which is not present
in normal arteries (to say nothing of capillaries).   They (the
researchers funded by Merck) defined a study group and tested a vessel
where you wouldn't expect there to be any cox-2 derived prostacyclin.

-----Original Message-----
From: Grand, Jeff [mailto:JGrand@seegerweiss.com]
Sent: Tuesday, February 06, 2007 4:21 PM
To: Dagostino, Lisa S.
Subject: Re: arm laceration

**KS-000574**

Do you have something else? Or anything on this Thelayo study she's talking about.


-----Original Message-----
From: Dagostino, Lisa S. <Lisa.Dagostino@KlineSpecter.com>
To: Grand, Jeff
Sent: Tue Feb 06 16:10:52 2007
Subject: RE: arm laceration

Right after I sent the email.....jumped the gun.

She's awful.

-----Original Message-----
From: Grand, Jeff [mailto:JGrand@seegerweiss.com]
Sent: Tuesday, February 06, 2007 4:19 PM
To: Dagostino, Lisa S.
Subject: Re: arm laceration

You just heard it.


-----Original Message-----
From: Dagostino, Lisa S. <Lisa.Dagostino@KlineSpecter.com>
To: David Egilman <degilman@egilman.com>; Grand, Jeff
Sent: Tue Feb 06 16:08:29 2007
Subject: arm laceration

Is he prepped on how to get around the arm laceration study?


Lisa S. Dagostino, MD, JD, MBE

Kline and Specter, PC

1525 Locust Street

The Nineteenth Floor

Philadelphia, PA 19102

215.772.2488 (direct line)

215.735.0957 (facsimile)

lisa.dagostino@klinespecter.com


This message is intended only for the use of the individual or entity to which it is
addressed and contains information that is privileged (protected by the attorney-client
privilege and the work-product privilege), confidential and exempt from disclosure under
applicable law.  If the reader of this message is not the intended recipient or the employee
or agent responsible for delivering the message to the intended recipient you are hereby
notified that any dissemination, distribution, or copying of this communication is strictly
prohibited.
If you receive this message in error, please notify us immediately via

KS-000575

return e-mail and delete the original message from your files.

**KS-000576**