# Exhibit "50"

# TRIALS WHERE KLINE & SPECTER PROVIDED DIRECT SUPPORT AND ASSISTANCE

| DATE | EVENT |
|---|---|
| Summer 2005 | Ernst |
| Fall 2005 | Humeston I |
| Fall 2005 | Irvin I |
| Winter 2005-6 | Irvin II |
| Spring 2006 | Cona/McDarby trial |
| Spring 2006 | Grossberg trial |
| Summer 2006 | Barnett trial |
| Fall 2006 | Dedrick trial |
| Winter 2007 | Hermans/Humeston II trial |

KS-000578