Exhibit "51"

**From:** CAS          Chris Seeger cseeger@seegerweiss.com
**To:** Tom KlineK&S email tom.kline@klinespecter.com, Chris Tisi Cvtisi@aol.com
**Subject:** Re: sent on behalf of Philip Yannella
**Date:** 12/21/2005 8:20:04 AM
**Folder:** Inbox

No idea.  This is the reason for the trial school.  Many of the people on this psc
have no idea what this case is about.  Those of us who do know need to protect
this case by speaking up when we see a screw up about to occur......as the 3 of us
have.
--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Kline, Thomas R. <Tom.Kline@KlineSpecter.com>
To: 'Cvtisi@aol.com' <Cvtisi@aol.com>
CC: Seeger, Chris <cseeger@seegerweiss.com>
Sent: Wed Dec 21 08:17:47 2005
Subject: Re: sent on behalf of Philip Yannella

Who was going to go half cocked off and take discovery on this? Russ?

--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Chris Tisi <cvtisi@aol.com>
To: Tom.Kline@KlineSpecter.com <Tom.Kline@KlineSpecter.com>;
cseeger@seegerweiss.com <cseeger@seegerweiss.com>
CC: 'dbuchanan@seegerweiss.com' <dbuchanan@seegerweiss.com>;
shanin.specter@klinespecter.com <shanin.specter@klinespecter.com>; Troy
Rafferty <trafferty@levinlaw.com>; RHerman@hhkc.com <RHerman@hhkc.com>;
LDavis@hhkc.com <LDavis@hhkc.com>; Lee.balefsky@klinespecter.com
<Lee.balefsky@klinespecter.com>
Sent: Wed Dec 21 08:00:30 2005
Subject: Re: sent on behalf of Philip Yannella

I agree with Tom
Sent wirelessly via BlackBerry from T-Mobile.

-----Original Message-----
From: "Kline, Thomas R." <Tom.Kline@KlineSpecter.com>
Date: Wed, 21 Dec 2005 07:37:41
To:"'cseeger@seegerweiss.com'" <cseeger@seegerweiss.com>
Cc:"'Dbuchanan@seegerweiss.com'" <Dbuchanan@seegerweiss.com>,
"Specter, Shanin" <Shanin.Specter@KlineSpecter.com>,
"'Cvtisi@aol.com'" <Cvtisi@aol.com>,        "'trafferty@levinlaw.com'"
<trafferty@levinlaw.com>,        "'RHerman@hhkc.com'" <RHerman@hhkc.com>,
"'LDavis@hhkc.com'" <LDavis@hhkc.com>,        "Balefsky, Lee"
<Lee.Balefsky@KlineSpecter.com>
Subject: Re: sent on behalf of Philip Yannella

Hey, Chris, on another matter--I heard on the conf call reference to
proposed Cleveland Clinic discovery re:Topol's  dismissal. In my view that's
a mistake. We are going to create testimony that Merck can play afterTopol
at all our trials, when they trash him in testimony. We are well served to
be satisfied with the depo we have at a point in time when Topol was  the
Provost and resist any discovery about it ever.my view: The Clevland Clinic
is misguided.

--------------------------

**KS-000579**