# Exhibit "52"

| | |
|---|---|
| **From:** | Specter, Shanin |
| **Sent:** | Friday, December 17, 2004 8:34 AM |
| **To:** | 'jronca@srklaw.com' |
| **Cc:** | Kline, Thomas R.; Balefsky, Lee; Tiger, Michelle; Hoffman, Mark A.; Dagostino, Lisa S. |
| **Subject:** | Status report |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

We've been asked by Seeger Weiss and Beasley Allen to take on what I think is the most important assignment: to put together the causation case.

Mark Hoffman in our firm is in charge, seconded by Lisa Dagostino.  Mark in an Ivy League trained pediatric transplant surgeon turned trial lawyer.  Lisa is a similarly educated ob/gyn.

Mark has developed the outline of a theory that I am forwarding to you in a separate e-mail.  It has been accepted by the group as the working theory.  He is now getting about the task of developing the medical literature support for same.

I would be grateful if you would give consideration to helping to recruit experts.  We need cardiologists, neurologists and epidemiologists/biostatisticians.  My preference would be for experts on the East Coast.

By the way, Perelman ends up being right (at least for now), but for the wrong reasons.
--------------------------
Sent from my BlackBerry Wireless Handheld

KS-000580