# Exhibit "53"

Joyce Romano

| | |
|---|---|
| From: | Kline, Thomas R. [Tom.Kline@KlineSpecter.com] |
| Sent: | Wednesday, April 20, 2005 9:27 PM |
| To: | Christopher Seeger; 'andy.birchfield@beasleyallen.com'; Russ Herman |
| Subject: | Discovery committee |

I recommend Lisa Dagostino, JD, MD of our firm to the Discovery Committee and, in particular, to any subcommittee which deals with science issues and FDA discovery.
This is in lieu of the request for Shanin Specter to serve on the Discovery Committee.

Also, I recommend that Mark Hoffman, JD, MD of our firm be on the subcommittee of the Science Committee which deals with experts.

Thanks.

------------------------
Sent from my BlackBerry Wireless Handheld

*[Handwritten note:]* "Chris this looks like a good addition to Science committee + Discovery to me."

cc Tom
Andy
Restaino
Carlene

KS-000581

1