# Exhibit "54"

## Dagostino, Lisa S.

| | |
|---|---|
| **From:** | Troy Rafferty [TRafferty@levinlaw.com] |
| **Sent:** | Monday, June 06, 2005 12:54 PM |
| **To:** | Kline, Thomas R.; Dbuchanan@seegerweiss.com |
| **Cc:** | cseeger@seegerweiss.com; K&S Vioxx Attorneys; andy.birchfield@beasleyallen.com; RHerman@hhkc.com |
| **Subject:** | RE: memo |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

That is authorized work.

-----Original Message-----
From: Kline, Thomas R. [mailto:Tom.Kline@KlineSpecter.com]
Sent: Monday, June 06, 2005 10:20 AM
To: 'Dbuchanan@seegerweiss.com'; Troy Rafferty
Cc: 'cseeger@seegerweiss.com'; K&S Vioxx Attorneys; 'andy.birchfield@beasleyallen.com'; 'RHerman@hhkc.com'
Subject: Fw: memo

Dave/Troy.

Unless I hear to the contrary, I assume that the scientific and discovery development work being done by our firm, including Lisa DagostinoMD, JD and Mark Hoffman, MD, JD , is considered authorized. As Chris and Dave especially know, we at K and S are on a daily basis working the scientific and discovery issues and preparing extensively for depos such as Kim, Gillmartin, Reicin, Scolnick etc, much of which has and will be common development work. I trust I am correct that our work is fully authorized.

Tom

--------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Dagostino, Lisa S. <Lisa.Dagostino@KlineSpecter.com>
To: Kline, Thomas R. <Tom.Kline@KlineSpecter.com>
CC: Specter, Shanin <Shanin.Specter@KlineSpecter.com>
Sent: Mon Jun 06 11:07:43 2005
Subject: FW: memo

FYI

_____

From: Taxie Sierra [mailto:TSierra@levinlaw.com]
Sent: Monday, June 06, 2005 10:32 AM
To: Alexander, Brian; Alvarez, Alex; Andrus, Vance; Andry, John; Andry, John Assistant; Arsenault, Richard; Bailey, Jack; Bailey, Jack Assistant; Balefsky, Lee; Balser, Brian;

KS-000582

Barnow, Ben??; Barrett, Don; Barrios, Dawn; Becnel, Daniel; Bencomo, Raul; Berger, Allan??; Binstock, Bob; Birchfield, Andy ??; Blisard, Brandy; Blizzard, Ed??; Boomhauer, Amy; Bossier, Shiela; Branch, Margaret ; Branch, Turner; Brandi, Tom; Brantley, Rick; Brantley, Ricky; Breit, Jeffery; Breit, Jeffery Assistant; Broussard Baloney, Geri; Bruno, Joe; Bruno, Joe; Bryan, Leslie; Bubalo, Greg; Buchanan, David; Buck, Robert; Burg, Mike; Chalos, Mark; Chesley, Stanley??; Childers, Andy; Climaco, John; Cory, Ernie; Cunard, Rebecca; Cunningham, William; Dagostino, Lisa; Davis, Lenny; DeSue, Christine; do Amaral, Paulina; Dumas, Walter; Egdorf, Eugene??; Escobedo, Jose; Etheridge, Scott Assistant; Exnicios, Val Patrick; Fibich, Tommy; Fields, Cleo; Fleishman, Wendy; Fodera, Lenonard; Garrison, E. Lewis; Garrison, E. Lewis Assistant; Gertler, Louis; Gisleson, Soren??; Grand, Jeffery??; Green, Jim; Gulas, Ike; Hahn, Blair??; Haklar, Tom; Haklar, Tom Assistant; Hall, Jim??; Hatch, Patti; Heaviside, Mike; Herman, Russ; Herman, Steve; Hildre, Donald; Hildre, Donald; Honnold, Bradley??; Houssiere, Charles??; Hugo, Mike; Irpino, Anthony; Irpiro, Anthony; Jacobs, Julie; Janecek, Frank??; Kanner, Alan; Kaufman, Pete; Kebodeaux, Keith??; Kristal, Jerry; Kuhune, McCall; Leger, Walter; Levin, Daniel??; Lewis, Carlene; Lodon, Mike; Lopez, Ramon??; Lukei, Shannon; Lundy, Matt; Lynch, Mike; Matthews, David??; McHugh, Jim; Meunier, Jerry; Millrod, Tobia; Moreland, Matthew; Murray, Jr., Steve; Myer, Lexi; Nast, Diane; Nieves, Tina; O'Callahan, Jim; O'Connor, Kathlen; Parfitt, Michelle; Parfitt, Michelle Assistant (Nan); Parker, Jerry; Parr, Ted; Pennock, Paul; Penton, Ronnie; Piper, Robert; Placitella, Chris; Prietto, Chris; Quetglas Joran, Eric; Rafferty, Troy; Raymon, Rachael; Rice, Joe; Ritter, Ann; Ritter, Ann assistant; Robinson, Mark; Robinson, Mark; Rogers, Tom; Roy, Jim; Ryan, Mike; Sandoval, Richard; Sanford, Shelly; Seeger, Chris; Sierra, Taxie; Skikos, Steve; Snapka, Kathryn; Stratton, Michael ; Sulzer, Deborah; Swanson, Lynn; Sweezer, Diane; Thomas, Vernon; Thompson, Fred; Tisi, Chris; Wacker, Ted; Wilson, Gary; Wilson, Kimberly; Witkin, Justin; Woodson, Frank; Zimmerman, Bucky; Zink, Diane; Zoll, David assistant; Zoll, Dvid
Subject: memo


TO:           Discovery Committee Members

FROM:         Troy Rafferty and Dave Buchanan, Committee Chairs

SUBJECT:   Memo from PEC regarding authorized/unauthorized work from committee members

DATE:         June 6, 2005


Please review the memo below from the PEC (Chris Seeger, Andy Birchfield and Russ Herman):


"The PEC has noticed lately that people on committees have taken it upon themselves to involve themselves in work assignments where they have not received authority to do so. While we understand that many of you are anxious to be involved and help out, we cannot have people just assigning
themselves to work on briefs or show up at meetings.  If anyone takes on or performs any work that is not expressly authorized by the PEC or their Comm Chair(s), they will NOT be compensated for their time and expenses in doing such unauthorized work. It is critical in a litigation like this that we have order and organization. Additionally, if anyone performs unauthorized work that in any way hurts this case or positions that have been

KS-000583

taken with the defendant, that person may be discharged from their committee.  This rule will be strictly enforced.  If there's any confusion on this rule or the points I've made here, I'd like to know about it asap.  I hope you all appreciate the need for us to be unified and organized.  Thank you."

KS-000584