Exhibit "55"

**Subject:** RE: [44SW88] - Fw: Genes explain some heart risk from COX drugs: study - Found word(s) drugs in the subject
**Date:** Sunday, January 8, 2006 9:43:12 AM ET
**From:** Buchanan, David
**To:** Kline, Thomas R.

Got it and read it. I agree that Lisa does a great job on it. One of the things that I'd like to do in Miami is make sure that Lisa gets together with Jeff and Pete Kaufman to sync up on all the hot docs. We have a very good trial doc database project that she should be involved in directly.

-----Original Message-----
From: Kline, Thomas R. [mailto:Tom.Kline@KlineSpecter.com]
Sent: Sunday, January 08, 2006 8:56 AM
To: Buchanan, David
Subject: [44SW88] - Fw: Genes explain some heart risk from COX drugs: study - Found word(s) drugs in the subject

Just wanted to make sure you got this and read it. I think LSD does a good
job analyzing Fitzgerald's upcoming article and how we should use it.

-------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Kline, Thomas R. <Tom.Kline@KlineSpecter.com>
To: 'cseeger@seegerweiss.com' <cseeger@seegerweiss.com>;
'Dbuchanan@seegerweiss.com' <Dbuchanan@seegerweiss.com>
CC: Vioxx Small Group <VioxxSmallGroup@KlineSpecter.com>
Sent: Sat Jan 07 22:14:58 2006
Subject: Fw: Genes explain some heart risk from COX drugs: study

See Lisa's analysis below. You may want to consider some form of presentation of this in Miami.

-------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Dagostino, Lisa S. <Lisa.Dagostino@KlineSpecter.com>
To: Fortucci, Lisa <Lisa.Fortucci@KlineSpecter.com>; Vioxx Small Group
<VioxxSmallGroup@KlineSpecter.com>
Sent: Fri Jan 06 11:22:10 2006
Subject: RE: Genes explain some heart risk from COX drugs: study

<<Gastro Fitzgerald Pharmacogenomics.pdf>> Attached is the article referenced below. Note that it has not yet been published--it is a pre-publication copy of a "forthcoming" article in Gastroenterology by

KS-000585

Page 1 of 6

Fitzgerald etc.

As usual, the media reports distort what the article actually says. Should
the defense try to use this, we actually have some good rebuttal points.


First off, the intro to the article has some good language for us with
respect to HIGH-RISK individuals (eggshell plaintiffs)--"Three structurally
different coxibs, rofecoxib, valdecoxib and celecoxib increased the
incidence of myocardial infarction and stroke in randomized trials,
suggesting that selectivity for inhibition of cox-2 may confer a
cardiovascular hazard....PGI2 acts as a constraint on all agonists which
elevate blood pressure, activate platelets and stimulate atherogenesis.
Thus drug selectivity for inhibition of cox-2 is through to contribute to
the likelihood of hypertension, myocardial infarction and stroke resulting
from treatment with coxibs. The detection of cardiovascular complications
attributable to coxibs RELATES IN PATIENTS TO THEIR UNDERLYING RISK OF
CARDIOVASCULAR DISEASE.  Thus, it seems rational that patients with
identifiable cardiovascular risk factors will be excluded from treatemetn
with selective cox-2 inhibitors." (emphasis mine).

This paragraph is great for the following reasons:
1.   One of the randomized trials that Fitzgerald references that
"suggest[ed] selectivity for cox-2" INCREASED the risk of MIs was VIGOR.
Not staying on Merck message.  They'll revoke his advisor payment for
that.

2.   Acknowledges that inhibition of cox-2 is througt to contribute to
HTN, MI and CVA.   Merck still won't acknowledge this.

3.   Puts out again the trio that Fitzgerald thinks is responsible--the
imbalance (the fact that PGI serves as a constraint on an agonist
[thromboxane] that activates platelets), the separate increase in HTN and
stimulation of atherogenesis.   We really need to emphasize these other
aspects.  This is what he said at the FDA hearings, and really is the state
of the art--emphasizing the imbalance alone is not enough to get us through
most of these cases.

4.   States the eggshell plaintiff theory perfectly.

The remainder of the article that focuses on genes playing a factor is
focused on LOW-RISK or HEALTHY patients--the question is how to identify
to

KS-000586

low risk patients who should take the drugs.  They assume that high risk
patients won't be taking it all.

What the substance of the article suggests is that even though in the
lab,
there Vioxx has more selectivity than Celebrex for cox-2, that may not
be
true in certain individuals with certain gene patterns.  It also suggest
that some individuals with particular genetic variants may be more
susceptible to the CV effect of cox-2s.

Should Merck try to use this paper as a defense--"this individual didn't
have the genetic variant identified by Dr. Fitzgerald so it must have
been
something other than Vioxx"--that would be an overstatement of the
results.


-----Original Message-----
From: Fortucci, Lisa
Sent: Wednesday, January 04, 2006 8:47 PM
To: Vioxx Small Group
Subject: Fw: Genes explain some heart risk from COX drugs: study



-------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: April Thomson <athomson@scientific-evidence.com>
To: April Thomson <athomson@scientific-evidence.com>
Sent: Wed Jan 04 20:38:06 2006
Subject: Genes explain some heart risk from COX drugs: study

Genes explain some heart risk from COX drugs: study
Wed Jan 4, 2006 11:36 PM GMT



By Maggie Fox, Health and Science Correspondent

WASHINGTON (Reuters) - Genetics may explain as much as 30 percent of the
differences in how people respond to painkillers like COX-2 inhibitors,
but
they paint only part of the picture, researchers said on Wednesday.

A study of 50 people given the drugs showed a surprising number of
differences in how their bodies reacted to them, the researchers
reported in
the journal Gastroenterology.

The findings could eventually help scientists predict who should not
take

KS-000587

the COX-2 inhibitors, some of which have been shown to greatly raise the risk of heart attacks, said University of Pennsylvania School of Medicine researcher Dr. Garret FitzGerald, who led the study.

"Up until now we have chronically underestimated the very substantial differences in the way individuals respond to the same dose of the same drug," FitzGerald said in a telephone interview.

The COX-2 inhibitors were originally designed to be a safer long-term treatment for arthritis and similar pain than aspirin and other analgesics.
But they fell under a cloud when it was found they could raise the risk of heart problems.

Merck and Co. pulled its drug Vioxx from the market in September 2004 after a study showed it doubled the risk of heart attack and stroke in people who took Vioxx for at least 18 months.

The New Jersey-based drug maker has since been sued by more than 7,000 people who claim to have been harmed by Vioxx. The first trial ended in a hung jury last year.

In April, Pfizer Inc. suspended sales of its COX-2 inhibitor Bextra and now includes a strong "black box" warning for its COX-2 Celebrex.

FitzGerald has been studying the effects of the drugs and has found in the past they can cause long-term changes in the blood vessels, which may explain their heart disease risk. But he noted that only 1 percent to 2 percent of people who took the drugs were adversely affected.

INDIVIDUAL DIFFERENCES

He figured there must be individual differences that make some people more susceptible than others.

He and colleagues tested 50 healthy adult volunteers, giving them either a placebo, Celebrex or Vioxx and then testing their blood, blood pressure and other reactions.

"One of the surprises in this study, where we put some of the people through the same protocol five times, is that there is substantial variation with a person on how they respond day to day. That can be due to a lot of

KS-000588

potential
sources, including environmental factors, that we don't understand,"
FitzGerald said.

He estimated 30 percent of the effects were due to genetic differences.

"Lots of genes could be important -- genes that determine how you absorb a
drug, variations in one gene involved in breaking down the drugs, variations
in the way that you excrete a drug," FitzGerald said.

"It would be foolish to think we could, for example, just have a test for
one gene change and that would be enough to say 'this drug's for you' or
'you should avoid it."'

It is more likely that scientists will devise a series of genetic and
biochemical tests to see which drug a patient should take and which drug
patients should avoid.

The crisis caused by the COX-2 inhibitors could finally spark the revolution
in pharmacogenomics -- the development of tailored drug treatments -- that
has been promised for years, he said.

"We are talking about selling a cheaper drug with the diagnostic tests that
will say 'This drug is for you."'


  _____


(c) Reuters 2006. All rights reserved. Republication or redistribution of
Reuters content, including by caching, framing or similar means, is
expressly prohibited without the prior written consent of Reuters. Reuters
and the Reuters sphere logo are registered trademarks and trademarks of the
Reuters group of companies around the world.

Don't forget: Add us to your address book or "approved senders list" to
ensure our messages are not blocked and you receive future issues or notices
in a timely and consistent manner.

April K. Thomson
Vice President
Scientific Evidence, Inc.
2476 Bolsover # 554
Houston, TX 77005
www.scientific-evidence.com < http://www.scientific-evidence.com/>
713-935-0744

KS-000589

FAX  281-489-6065

_____CONFIDENTIALITY NOTICE_____
This e-mail and any files transmitted with it is confidential and is
intended solely for the use of the individual or entity to whom they are
addressed. If you are not the intended recipient or the person responsible
for delivering the e-mail to the intended recipient, be advised that you
have received this e-mail in error and that any use, dissemination,
forwarding, printing, or copying of this e-mail is strictly prohibited. If
you have received this e-mail in error, please immediately return this
e-mail to the sender or info@scientific-evidence.com.  Thank you.

_____

**KS-000590**

**Page 6 of 6**