Exhibit "56"

**Dagostino, Lisa S.**

| | |
|---|---|
| **From:** | John Restaino [JRestaino@nextel.blackberry.net] |
| **Sent:** | Sunday, September 11, 2005 12:48 PM |
| **To:** | Michelle Parfitt; Mark A. Hoffman; Lisa Dagostino; VioxxSmallGroup@KlineSpecter.com; John Restaino |
| **Cc:** | Nanette Parfitt |
| **Subject:** | Re: Literature Transfer |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Thanks Michelle.

Lisa.....great package!!!!!!

I'm cautiously optimistic that Rice/Pace-Asciak will make a dynamic duo.

-----Original Message-----
From: MParf@aol.com
Date: Sun, 11 Sep 2005 12:44:38
To:Mark.Hoffman@KlineSpecter.com, Lisa.Dagostino@KlineSpecter.com,
VioxxSmallGroup@KlineSpecter.com, jrestaino@lopez-hodes.com
Cc:Nparfitt@dc.ashcraftlaw.com
Subject: Re: Literature Transfer

I spoke with Scott Rice this morning. He is in his office and was working on his outline. He had not checked to see if he was able to retrieve the   e-mails of articles but is checking now. There is a Category 1  storm headed toward his house (yes his house is in the path) They are not too worried right now but he is keeping a vigilant eye on the storm. He has told me he will call me if there is any problem with retrieving the information. Thank you again for seeing that Scott has what he needs.

I am going to  have  a transcriptionist available for the call on Wednesday.  michelle

n a message dated 9/10/2005 6:49:40 PM Eastern Daylight Time, Mark.Hoffman@KlineSpecter.com writes: Thanks,   Lisa.  Michelle-can you give Scott a call tomorrow to be sure that he   received the documents and was able to open them?  Please let Lisa and   me know as we will have to print the articles out and overnight them to   him, or down-load them to disc, if there are technical issues.    Mark
-------------------------
Sent from my BlackBerry Wireless   Handheld


John M. Restaino
Lopez, Hodes, Restaino, Milman & Skikos
450 Newport Center Drive, Second Floor
Newport Beach, Ca., 92660
949-640-8222


Sent using my BlackBerry

**KS-000591**

## Dagostino, Lisa S.

| | |
|---|---|
| **From:** | John Restaino [jrestaino@lopez-hodes.com] |
| **Sent:** | Saturday, September 10, 2005 3:19 PM |
| **To:** | Dagostino, Lisa S.; Hoffman, Mark A.; MParf@aol.com |
| **Cc:** | paul.sizemore@beasleyallen.com; cvtisi@aol.com; myefimenko@burgsimpson.com; Vioxx Small Group |
| **Subject:** | RE: Scott References |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Good.  And Mark...good idea re secretary/paralegal.

Lisa...Are you preparing the 'folder' electronically or with hard copies?  if the former, would you circulate the folder to everyone on this email string?

Thank you.

---

**From:** Dagostino, Lisa S. [mailto:Lisa.Dagostino@KlineSpecter.com]
**Sent:** Sat 9/10/2005 11:40 AM
**To:** Hoffman, Mark A.; 'MParf@aol.com'
**Cc:** John Restaino; 'paul.sizemore@beasleyallen.com'; 'cvtisi@aol.com'; 'myefimenko@burgsimpson.com'; Vioxx Small Group
**Subject:** Re: Scott References

can participate...the draft labels re: cv warning and the merck emails (and
scolnick's) testimony appear on point then.   Let's start with that...

--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Hoffman, Mark A. <Mark.Hoffman@KlineSpecter.com>
To: Dagostino, Lisa S. <Lisa.Dagostino@KlineSpecter.com>; 'MParf@aol.com'
<MParf@aol.com>
CC: 'jrestaino@lopez-hodes.com' <jrestaino@lopez-hodes.com>;
'paul.sizemore@beasleyallen.com' <paul.sizemore@beasleyallen.com>;
'Cvtisi@aol.com' <Cvtisi@aol.com>; 'myefimenko@burgsimpson.com'
<myefimenko@burgsimpson.com>; Vioxx Small Group
<VioxxSmallGroup@KlineSpecter.com>
Sent: Sat Sep 10 14:36:08 2005
Subject: Re: Scott References

Thanks to Lisa.  We can only send him so much, however--the rest we will
need to "spoon feed" him during our conference call the Wednesday at 11
am--the time constraints are just too great.  Lisa-can you participate?  We
can simplify the labeling issues down to the need for a CV warning--what
Merck knew substantively and when and their affirmative conduct in fighting
against a CV warning, which they believed would "kill" their "blockbuster"
drug.  Perhaps we could have a secretary or paralegal on this call to
actually transcribe the affidavit in "draft" for him to then finalize.
Thoughts?
--------------------------
Sent from my BlackBerry Wireless Handheld

**KS-000592**

-----Original Message-----
From: Dagostino, Lisa S. <Lisa.Dagostino@KlineSpecter.com>
To: mparf@aol.com <mparf@aol.com>; mark.hoffman@klinespecter.com
<mark.hoffman@klinespecter.com>; Dagostino, Lisa S.
<Lisa.Dagostino@KlineSpecter.com>
CC: jrestaino@msn.com restaino <jrestaino@lopez-hodes.com>;
paul.sizemore@beasleyallen.com <paul.sizemore@beasleyallen.com>;
Cvtisi@aol.com <Cvtisi@aol.com>; myefimenko@burgsimpson.com
<myefimenko@burgsimpson.com>; Vioxx Small Group
<VioxxSmallGroup@KlineSpecter.com>
Sent: Sat Sep 10 14:28:26 2005
Subject: RE: Scott References

Michelle, John, Chris, Paul--I'm preparing the medical literature folder
now...Mark mentioned sending him some labeling materials.  I have pdf of
most of the drafts and the relevant emails from the period of label
discussions (including some of Scolnick's "greatest hits") and was planning
to send that off to him as well.   TRK did a lengthy deposition section with
Scolnick on the label, so I'll send that under separate cover.

What other deps are critical for him to receive with this first batch (or
has he received a cut of those already)?  Suggestions (sorry, I know you all
may have discussed this yesterday, but I wasn't on the call and don't want
to duplicate...I gather you all have already send him some materials)?

-----Original Message-----
From: Michelle Parfitt [mailto:mparf@aol.com]
Sent: Saturday, September 10, 2005 2:14 PM
To: mark.hoffman@klinespecter.com; Dagostino, Lisa S.
Cc: MParf@aol.com; jrestaino@msn.com restaino;
paul.sizemore@beasleyallen.com; Cvtisi@aol.com; myefimenko@burgsimpson.com;
Vioxx Small Group
Subject: Re: Scott References

Mark. And Lisa, thank you for getting these materials out so quickly to Dr.
Rice. Michelle
-----Original Message-----
From: "Hoffman, Mark A." <Mark.Hoffman@KlineSpecter.com>
Date: Sat, 10 Sep 2005 11:29:48
To:"Dagostino, Lisa S." <Lisa.Dagostino@KlineSpecter.com>
Cc:"'MParf@aol.com'" <MParf@aol.com>,      "'jrestaino@lopez-hodes.com'"
<jrestaino@lopez-hodes.com>,      "'paul.sizemore@beasleyallen.com'"
<paul.sizemore@beasleyallen.com>,      "'Cvtisi@aol.com'" <Cvtisi@aol.com>,
"'myefimenko@burgsimpson.com'" <myefimenko@burgsimpson.com>,      Vioxx
Small Group <VioxxSmallGroup@KlineSpecter.com>
Subject: Fw: Scott References

Lisa-enclosed is a "manageable" cut to forward to Dr. Scott as PDF files.
Let me know if you need my assistance to perform this task-it appears to be
a matter of simply attaching files to emails to Dr. Scott, but I can help do
this and am ready, willing, and able (well, two out of three isn't bad).
Thanks.  Mark
---------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Mark Hoffman <beano.mark@worldnet.att.net>
To: Hoffman, Mark A. <Mark.Hoffman@KlineSpecter.com>
Sent: Sat Sep 10 11:22:41 2005

**KS-000593**

Subject: Scott References

American Journal of Cardiology

Am J Cardiol 1997; 80(5A):17E-20E - C Patrono, G Renda - Platelet activation and inhibition in unstable coronary syndromes

Am J Cardiol 2002; 89 (suppl):10D-17D - RC Harris, Jr. - Cyclooxygenase-2 inhibition and renal physiology

Am J Cardiol 2002; 89 (suppl):18D-25D - WH Frishman - Effects of Nonsteroidal anti-inflammatory

Am J Cardiol 2002; 89 (suppl):1D-2D - GA FitzGerald -Introduction

Am J Cardiol 2002; 89:204-209 - AS Reicin, D Shapiro, RS Sperling, E Barr, Q Yu - Comparison of Cardiovascular thrombotic events in patients with osteoarthritis treated with Rofecoxib versus nonselective nonsteroidal anti-inflammatory drugs (ibuprofen, diclofenac and nabumetone)

Am J Cardiol 2002; 89:26D-32D - GA FitzGerald - Cardiovascular pharmacology of nonselective nonsteroidal anti-inflammatory drugs and coxibs: clinical considerations

Am J Cardiol 2002; 89:286-290 - U Campia, WK Choucair, MB Bryant, AA Quyyumi, C Cardiollo, JA Panza - Role of cyclooxegenase products in the regulation of vascular tone and in the endothelial vasodilator function of normal, hypertensive, and hypercholesterolemic humans

Am J Cardiol 2002; 89 (suppl):33D-38D - AN DeMaria - Relative risk of cardiovascular events in patients with rheumatoid arthritis

Am J Cardiol 2002; 89 (suppl):3D-9D - C Bombardier - An evidence-based evaluation of the gastrointestinal safety of coxibs

Am J Cardiol 2002; 89:425-430 - WB White, G Faich, A Whelton, C Maurath, NJ Ridge, KM Verburg, GS Geis, JB Lefkowith - Comparison of thromboembolic events in patients treated with celecoxib, a cyclooxygenase-2 specific inhibitor, versus ibuprofen or diclofenac

Am J Cardiol 2002; 89:971-972 - RM Califf - The coxib story: some lessons and more questions

Am J Cardiol 2002; 90:959-963 - A Whelton, WB White, AE Bello, JA Puma, JG Fort - Effect of Celecoxib and Rofecoxib on blood pressure and edema in patients $65 years of age with systemic hypertension and osteoarthritis

Am J Cardiol 2003; 91:1291-1292 - A Weaver, M Alderman, R Sperling - Blood pressure control and rates of edema following the administration of the cyclooxygenase-2 specific inhibitors celecoxib versus rofecoxib in patients with systemic hypertension and osteoarthritis

Am J Cardiol 2003; 92:411-418 - WB White, G Faich, JS Borer, RW Makuch - Cardiovascular thrombotic events in arthritis trials of the cyclooxygenase-2 inhibitor celecoxib

**KS-000594**

Am J Cardiol March 21, 2002 issue - GA FitzGerald - Nonsteroidal anti-inflammatory drugs, coxibs, and cardio-renal physiology: a mechanism-based approach

American Journal of Pathology

Am J Pathol 1999; 155: 1281-1291 - U Schonbeck, GK Sukhova, P Graber, S Coulter, P Libby - Augmented expression of cyclooxygenase-2 in human atherosclerotic lesions

American Journal of Physiology

Am J Physiol 1993; 265 (5 part 1): G993-8 - JL Wallace, W McKnight, M Miyasaka, T Tamatani, J Paulson, C Anderson, DN Granger, P Kubes - Role of endothelial adhesion molecules in NSAID-induced gastric mucosal injury

American Journal of Therapeutics

Am J Therap 2001; 8:81-83 - M Epstein - Cardiovascular and renal effects of COX-2 specific inhibitors: recent insights and evolving clinical implications

Am J Therap 2001; 8:85-95 - A Whelton, JG Fort, JA Puma, D Normandin, AE Bello, KM Verburg - Cyclooxygenase-2-specific inhibitors and cardiorenal function: a randomized, controlled trial of celecoxib and rofecoxib in older hypertensive osteoarthritis patients

Am J Therap 2004; 11:244-250 - WB White, B Strand, R Roberts, A Whelton - Effects of the cyclooxygenase-2 specific inhibitor valdecoxib versus nonsteroidal anti-inflammatory agents and placebo on cardiovascular thrombotic events in patients with arthritis

American Heart Journal

Am Heart J 2002; 143:475-481 - D Ko, Y Wang, AK Berger, MJ Radford, HM Krumholz - Nonsteroidal anti-inflammatory drugs after acute myocardial infarction

Am Heart J 2003; 146:199-202 - K Meir, E Leitersdorf, CH Hennekens - Inflammation in atherosclerosis: causal or casual? The need for randomized trials

Am Heart J 2003; 146:561-2 - MA Konstam - Matters of the heart: assessing the cardiovascular safety of new drugs

Am Heart J 2003; 146:563-4 - D Mukherjee, EJ Topol - Pharmaceutical advertising versus research spending: Are profits more important than patients?

Am Heart J 2003; 146:591 - MR Weir, RS Sperling, A Reicin, BJ Gertz - Selective COX-2 inhibition and cardiovascular effects: A review of the

KS-000595

rofecoxib development program


ischemic, anesthetic, and pharmacologic preconditioning in vivo

Annals of Internal Medicine

Ann Intern Med 1963; 58(1):102 - WB Lebowitz - The Heart in Rheumatoid Arthritis (Rheumatoid Disease)

Ann Intern Med 1994; 120(1):26-34 - TPincus, RH Brooks, LF Callahan - Prediction of long-term mortality in patients with rheumatoid arthritis according to simple questionnaire and joint count measures

Ann Intern Med 1994; 121:289-300 - AG Johnson, TV Nguyen, RO Day - Do nonsteroidal anti-inflammatory drugs affect blood pressure?

Ann Intern Med 2000; 133:1-9 - SK Swan, DW Rudy, KC Lasseter, CF Ryan, KL Buechel, LJ Lambrecht, MG Pinto, SC Dilzer, O Obrda, KJ Sundblad, CP Gumbs, DL Ebel, H Quan, PJ Larson, JI Schwartz, TA Musliner, BJ Gertz, C Brater, SL Yao - Effect of cyclooxygenase-2 inhibition on renal function in elderly persons receiving a law-salt diet

Ann Intern Med 2001; 134:1077 - AK Pfister, RJ Crisalli, WH Carter - Cyclooxygenase-2 inhibition and renal function

Ann Intern Med 2002; 136:157-160 - U.S. Preventative Services Task Force - Aspirin for the primary prevention of cardiovascular events: recommendation and rationale

Ann Intern Med 2005; 142:481-489 - LE Levesque, JM Brophy, B Zhang - The risk of myocardial infarction with cyclooxygenase-2 inhibitors: a population study of elderly adults

Ann Intern Med 2005; 142(3):1 - A Finckh, MD Aronson - Cardiovascular risks of cyclooxygenase-2 inhibitors: where we stand now

Ann Intern Med 2005; 142 - SE Kimmel, JA Berlin, M Reilly, J Jaskowiak, L Kishel, J Chittams, BL Strom - Patients exposed to rofecoxib and celecoxib have different odds of nonfatal myocardial


Annals of Pharmacotherapy

Ann Pharmacother 2005; 39:1073-9 - SL Corman, BA Fedutes, NT Ansani - Impact of antiinflmmatory drugs on the cardioprotective effects of aspirin

Ann Pharmacother 2005; 39:597-602 - N SB Rawson, P Nourjah, SC Grosser, DJ Graham - Factors associated with celecoxib and rofecoxib utilizlation

Ann Pharmacother 2005; 39: - SC Jones - Relative thromboembolic risks associated with Cox-2 inhibitors

**KS-000596**

Archives of Internal Medicine

Arch Intern Med 2000; 160:913-920 - PE Lipsky, P Brooks, LJ Crofford, R DuBois, D Graham, LS Simon, LBA van de putte, SB Abramson - Unresolved issues in the role of cyclooxygenase-2 in normal physiologic processes and disease

Arch Intern Med 2002; 162:1091 - JE Dalen - Selective COX-2 inhibitors, NSAIDs, aspirin and myocardial infarction

Arch Intern Med 2002; 162:1099-1104 - DH Solomon, RJ Glynn, R Levin, J Avorn - Nonsteroidal anti-inflammatory drug use and acute myocardial infarction

Arch Intern Med 2002; 162:1105-1110 - DJ Watson, T Rhodes, B Cai, HA Guess - Lower risk of thromboembolic cardiovascular events with naproxen among patients with rheumatoid arthritis

Arch Intern Med 2002; 162:111-115 - E Rahme, L Pilote, J LeLorier - Association between naproxen use and protection against acute myocardial infarction

Arch Intern Med 2002;162:2637 - D Mukherjee, SE Nissen- Lack of cardioprotective effect of naproxen

Arch Intern Med 2002; 162:2637-2639 - A Simon Pickard - Aspirin use may change cost-effectiveness of COX-2 inhibitors (In Reply by JE Dalen)

Arch Intern Med 2002; 162:2639 - MR Goldstein - Cyclooxygenase-2 inhibitors and myocardial infarction

Arch Intern Med 2002; 162:2639-2642 - P Juni, P Dieppe, M Egger - Risk of myocardial infarction associated with selective COX-2 inhibitors: questions remain (In Reply by D Solomon, E Rahme, J LeLorier, DJ Watson, T Rhodes, B Cai, HA Guess)

Arch Intern Med 2003; 163:481-586 - M Mamdani, P Rochon, DN Juurlink, GM Anderson, A Kopp, G Naglie, PC Austin, A Laupacis - Effect of selective cyclooxygenase 2 inhibitors and naproxen on short-term risk of acute myocardial infarction in the elderly

Arch Intern Med 2004; 165:1-7 - TJ Aw, SJ Haas, D Liew, H Krum - Meta-analysis of cyclooxygenase-2 inhibitors and their effects on blood pressure

Arch Intern Med 2005; 165:158-160 - DH Solomon, Javorn - Coxibs, science, and the public trust

Arch Intern Med 2005; 165:161-168 - JR Sowers, WB White, B Pitt, A Whelton, LS Simon, N Winer, A Kivitz, H van Ingen, T Brabant, JG Fort - The effects of cyclooxygenase-2 inhibitors and nonsteroidal anti-inflammatory therapy on 24-hour blood pressure in patients with hypertension, osteoarthritis, and type 2 diabetes mellitus

KS-000597

Arch Intern Med 2005; 165:171-177 - C Cai, RS Stafford, GC Alexander - National trends in cyclooxygenase-2 inhibitor use since market release

Arch Intern Med 2005; 165:181-186 - FT Shaya, SW Blume, CM Blanchette, MR Weir, CD Mullins - Selective cyclooxygenase-2 inhibition and cardiovascular effects

Arch Intern Med 2005; 165: 490-496 - TJ Aw, SJ Haas, D Liew, H Krum - Meta-analysis of cyclooxygenase-2 inhibitors and their effects on blood pressure

Arch Intern Med 2005; 165:500-508 - Leukocyte count as a predictor of cardiovascular events and mortality in postmenopausal women

Arch Intern Med 2005; 165:978-984 - SP Johnsen, H Larsson, RE Tarone, JK McLaughlin, B Norgard, S Friis, HT Sorenson - Risk of hospitalization for myocardial infarction among users of rofecoxib, celecoxib, and other NSAIDs

Arterioscler Thrombolic Vascular Biology

Arterioscler Thromb Vasc Biol 2002; 22:1516-1518 - F Cipollone, C Patrono - Cyclooxygenase-2 polymorphism - Putting a brake on the inflammatory response to vascular injury:

Arterioscler Thromb Vasc Biol 2002; 22:983-988 - LH Smith, O Boutaud, M Breyer, JD Morrow, JA Oates, DE Vaughan - Cyclooxygenase-2 dependent prostacyclin formation is regulated by low density lipoprotein cholesterol in vitro

Arterioscler Thromb Vasc Biol 2004; 24:246-255 - F Cippolone, B Rocca, C Patrono - Cyclooxygenase-2 expression and inhibition in atherothrombosis

Arterioscler Thromb Vasc Biol 2003; 23:1111-1115 - E Tuleja, F Mejza, A Cmiel, A Szczeklik - Effects of cyclooxygenases inhibitors on vasoactive prostanoids and thrombin generation at the site of microvascular injury in healthy men

Atherosclerosis

Atherosclerosis 2001; 157:393-402 - E Wong, JQ Huang, P Tagari, D Riendeau - Effects of Cox-2 inhibitors on aortic prostacyclin production in cholesterol-fed rabbits

Biochemical Pharmacology

Biochemical Pharmacology 2002; 63:817-821 - D Mukherjee - Selective cyclooxygenase-2 (COX-2) inhibitors and potential risk of cardiovascular events

**KS-000598**

Blood

   Blood, 2000; 96: 3823-3826 - D Pratico, T Cyrus, H Li, GA FitzGerald
- Endogenous biosynthesis of thromboxane and prostacyclin in 2 distinct
murine modes of atherosclerosis


BMJ

   BMJ 1994; 308:159-168 - Antiplatelet Trialists' Collaboration -
Collaborative overview of randomized trials of antiplatelet therapy - II:
maintenance of vascular graft or arterial patency by antiplatelet therapy

   BMJ 1994; 308:235-236 - APT Statistical Secretariat - Collaborative
overview of randomized trials of antiplatelet therapy - III: reduction in
venous thrombosis and pulmonary embolism by antiplatelet prophylaxis among
surgical and medical patients

   BMJ 1994; 308:71-72 - MJ Underwood, RS More - The aspirin papers

   BMJ 1994; 308:81-106 - Antiplatelet Trialists' Collaboration -
Collaborative overview of randomized trials of antiplatelet therapy - I:
prevention of death, myocardial infarction, and stroke by prolonged
antiplatelet therapy in various categories of patients


   BMJ 2002; 324:59-60 - GA FitzGerald - Gathering intelligence on
antiplatelet drugs: the view from 30,000 feet


   BMJ 2004; 329:867-868 - PA Dieppe, S Ebrahim, RM Martin, P Juni -
Lessons from the withdrawal of rofecoxib

   BMJ 2005; 330:1342-3 - P Juni, S Reichenbach, M Egger - Cox 2
inhibitors, traditional NSAIDs, and the heart

   BMJ 2005; 330:1370 - M Hudson, H Richard, L Pilote - Differences in
outcomes of patients with congestive heart failure prescribed celecoxib,
rofecoxib, or non-steroidal anti-inflammatory drugs: population based study

   BMJ 2005; 330:1366 - IJ Hippisley-Cox, C Coupland - Risk of
myocardial infarction in patients taking cyclo-oxygenase-2 inhibitors or
conventional non-steroidal anti-inflammatory drugs: population based nested
case-control analysis


British Journal of Pharmacology

   Br J Pharmacol 1995; 115:401-408 - P Akarasereenont, YS Bakhle, C
Thiemermann, JR Vane - Cytokine-mediated induction of cyclo-oxygenase-2 by
activation of tyrosine kinase in bovine endothelial cells stimulated by
bacterial lipopolysaccharide

   Brit J Pharmacol 1999; 128:1121-1132 - JA Mitchell, TD Warner -
Cyclo-oxygenase-2: pharmacology, physiology, biochemistry and relevance to
NSAID therapy

**KS-000599**

Brit J Pharmacol 2000; 129:1423-1430 - MN Muscara, N Vergnolle, F Lovren, CR Triggle, SN Elliott, S Asfaha, JL Wallace - Selective cyclo-oxygenase-2 inhibition with celecoxib elevates blood pressure and promotes leukocyte adherence


Chest

Chest 1995; 108:247S-257S - J Hirsh, JE Dalen, V Fuster, LB Harker, C Patrono, G Roth - Aspirin and other platelet-active drugs. The relationship among dose, effectiveness, and side effects

Chest 1998; 114:470S-488S - C Patrono, B Coller, JE Dalen, V Fuster, M Gent, LA Harker, J Hirsh, G Roth - Platelet-active drugs. The relationships among dose, effectiveness, and side effects

Chest 2001; 119:39S-63S - C Patrono, B Coller, JE Dalen, GA FitzGerald, V Fuster, M Gent, J Hirsh, G Roth - Platelet-active drugs. The relationships among dose, effectiveness, and side effects

Chest 2002; 121:1812-1817 - C Martin-Garcia, M Hinojosa, P Berges, E Camacho, R Garcia-Rodriguez, T Alfaya, A Iscar - Safety of a cyclooxygenase-2 inhibitor in patients with aspirin-sensitive asthma

Chest 2004; 125: 1610-1615 - D Monakier, M Mates, MW Klutstein, JA Balkin, B Rudensky, D Meerkin, D Tzivoni - Rofecoxib, a COX-2 inhibitor, lowers c-reactive protein and interleukin-6 levels in patients with acute coronary syndromes

Chest 2004; 126: 234S-164S - C Patrono, B Coller, GA FitzGerald, J Hirsh, G Roth - Platelet-active drugs: the relationships among dose, effectiveness, and side effects. The seventh ACCP conference on antithrombotic and thrombolytic therapy


Circulation

Circulation 1993; 87:162-167 - G Fornaro, P Rossi, PG Mantica, ME Caccia, D Aralda, M Lavezzari, F Pamparana, G Milanesi - Idobufen in the prevention of thromboembolic complications in patients with heart disease. A randomized, placebo-controlled, double-blind study

Circulation 1997; 96:69-75 - G Davi, P Gresele, F Violi, S Basili, M Catalano, C Giammarresi, R Volpato, GG Nenci, C Ciabattoni, C Patrono - Diabetes mellitus, hypercholesterolemia, and hypertension but not vascular disease per se are associated with persistent platelet activation in vivo

Circulation 1998; 97:716-720 - S Husain, NP Andrews, D Mulcahy, JA Panza, AA Quyyumi - Aspirin improves endothelial dysfunction in atherosclerosis

Circulation 1998; 97:1876-1887 - SM Grundy, GJ Balady, MH Criqui, G Fletcher, P Greenland, LF Hiratka, N Houston-Miller, P Kris-Etherton, HM Krumholz, J LaRosa, IS Ockene, TA Pearson, J Reed, R Washington, SC Smith - Primary prevention of coronary heart disease: Guidance from Framingham

Circulation 1998; 98: 100-103 - SCY Wong, M Fukuchi, P Melnyk, I Rodger, A Giaid - Induction of cyclooxygenase-2 and activation of nuclear factor-kB in myocardium of patients with congestive heart failure

KS-000600

Circulation 1998; 98:1481-1486 - JE Freedman, B Ting, B Hankin, J Loscalzo, JF Keaney, JA Vita - Impaired platelet production of nitric oxide predicts presence of acute coronary syndromes

Circulation 2000; 101: 2833-2840 - LP Audoly, B Rocca, JE Fabre, BH Koller, D Thomas, AL Loeb, TM Coffman, GA FitzGerald - Cardiovascular responses to the isoprostanes iPF2a-III and iPE2-III are mediated via the thromboxane A2 receptor in vivo

Circulation 2000; 101:r23-r35 - CP Cannon, CH McCabe, RG Wilcox, A Langer, A Caspi, P Berink, J Lopez-Sendon, J Toman, A Charlesworth, RJ Anders, JC Alexander, A Skene, E Braunwald - Oral glycoproteinIIb/IIIa with orbofiban in patients with unstable coronary syndromes (OPUS-TIMI 16) trial

Circulation 2000; 102:1007-1013 - F Cipollone, G Ciabattoni, P Patrignani, M Pasquale, D DiGregorio, T Bucciarelli, G Davi, F Cuccurullo, C Patrono - Oxidant stress and aspirin-insensitive thromboxane biosynthesis in severe unstable angina

Circulation 2000; 102:840-845 - O Belton, D Byrne, D Kearney, A Leahy, DJ Fitzgerald - Cyclooxygenase-1 and -2-dependent prostacyclin formation in patients with atherosclerosis

Circulation 2001; 103:1718-1720 - P Libby, DI Simon - Inflammation and thrombosis. The Clot thickens

Circulation 2001; 104:1940-1945 - T Cyrus, LX Tang, J Rokach, GA FitzGerald, D Patrico - Lipid peroxidation and platelet activation in murine atherosclerosis

Circulation 2001; 104:2210-2215 - C-Y Xiao, A Hara, K Yukki, T Fujino, H Ma, Y Okada, O Takahata, T Yamada, T Murata, S Narumiya, F Ushikubi - Roles of prostaglandin I2 and thromboxane A2 in cardiac ischemia-reperfusion injury. A study using mice lacking their respective receptors

Circulation 2001; 104:2280-2288 - MA Konstam, MR Weir, A Reicin, D Shapiro, RS Sperling, E Barr, BJ Gertz - Cardiovascular thrombotic events in controlled, clinical trials of rofecoxib

Circulation 2001; 104:2453-2458 - MGW Camitta, SA Gabel, P Culada, A Bradbury, R Langenbach, DC Zeldin, E Murphy - Cyclooxygenase-1 and -2 knockout mice demonstrate increased cardiac ischemia/reperfusion injury but are protected by acute preconditioning

Circulation 2001; 104: 2879-2882 - S Verma, SR Raj, L Shewchuk, KJ Mather, TJ Anderson - Cyclooxygenase-2 blockade does not impair endothelial vasodilator function in healthy volunteers. Randomized evaluation of rofecoxib versus naproxen on endothelium-dependent vasodilatation

Circulation 2001; 104: 2981-2989 - RA Kloner, RB Jennings - Consequences of brief ischemia: stunning, preconditioning, and their clinical implications

Circulation 2001; 104: 820-825 - JK Hennan, J Huang, TD Barrett, EM Driscoll, DE Willens, AM Park, LJ Crofford, BR Luccehsi - Effects of selective cyclooxygenase-2 inhibition on vascular responses and thrombosis in canine coronary arteries

Circulation 2001; 104: 921-927 - F Cipollone, C Prontera, B Pini, M

KS-000601

Marini, M Fazia, D DeCesare, A Iezzi, S Ucchino, G Boccoli, V Saba, F Chiarelli, F Cuccurullo, A Mezzetti - Overexpression of functionally coupled cyclooxygense-2 and prostaglandin E synthase in symptomatic atherosclerotic plaques as a bsis of prostaglandin E2 dependent plaque instability

Circulation 2002; 105:1650-1655 - JW Eikelboom, J Hirsh, JI Weitz, M Johnston, Q Yi, S Yusuf - Aspirin-resistant thromboxane biosynthesis and the risk of myocardial infarction, stroke, or cardiovascular death in patients at hig risk for cardiovascular events

Circulation 2002; 105:1816-1823 - ME Burleigh, VR Babaev, JA Oates, RC Harris, S Gautam, D Riendeau, LJ Marnett, JD Morrow, S Fazio, MF Linton - Cyclooxygenase-2 promotes early atherosclerotic lesion formation in LDL receptor-deficient mice

Circulation 2002; 105:1962-1969 - H Lin, T-N Lin, W-M Cheung, G-M Nian, P-H Tseng, S-F Chen, J-J Chen, S-K Shyue, J-y Liou, C-W Wu, KK Wu - Cyclooxygenase-1 and bicistronic cyclooxygenase-1/prostacyclin synthase gene transfer protect against ischemic cerebral infarction

Circulation 2002; 106:1282-1287 - T Cyrus, S Sung, L Zhao, CD Funk, S Tang, D Pratico - Effect of low-dose aspirin on vascular inflammation, plaque stability, and atherosgensis in low-density lipoprotein receptor-deficient mice

Circulation 2002; 106:167-169 - B Pitt, C Pepine, JT Willerson - Cyclooxygenase-2 inhibition and cardiovascular events

Circulation 2002; 106:191-195 - R Altman, HL Luciardi, J Muntaner, F Del Rio, SG Berman, R Lopez, C Gonzalez - Efficacy assessment of meloxicam, a preferential cyclooxygenase-2 inhibitor, in acute coronary syndromes without ST-segment elevation. The nonsteroidal anti-inflammatory drugs in unstabl angina treatment-2 (NUT-2) pilot study

Circulation 2002; 106:2800-2805 - P Minuz, P Patrignani, S Gaino, M Degan, L Menapace, R Tommasoli, F Seta, ML Capone, S Tacconelli, S Palatresi, C Bencini, C Del Vecchio, G Mansueto, E Arosio, CL Santonastaso, A Lechi, A Morganti, C Patrono - Increased oxidative stress and platelet activation in patients with hypertension and renovascular disease

Circulation 2003; 107:1303-1307 - DH Solomon, EQ Karlson, EB Rimm, CC Cannuscio, LA Mandl, JE Manson, MJ Stampfer, GC Curhan - Cardiovascular morbidity and mortality in women diagnosed with theumatoid arthritis

Circulation 2003; 107:405-409 - R Chenevard, D Hurlimann, M Bechir, F Enseleit, L Spieker, M Hermann, W Riesen, S Gay, RE Gay, M Neidhart, B Michel, TF Luscher, G Noll, F Ruschitzka - Selective COX-2 inhibition improves endothelial function in coronary artery disease

Circulation 2003; 108:1912-1916 - KK Griendling, GA FitzGerald - Oxidative stress and cardiovascular injury Part I: Basic mechanisms and in vivo monitoring of ROS

Circulation 2003; 108:2034-2040 KK Griendling, GA FitzGerald - Oxidative stress and cardiovascular injury Part II: Animal and human studies

Circulation 2003; 108:2308-2311 - M Hermann, G Camici, A Fratton, D Hurlimann, FC Tanner, JP Hellermann, M Fiedler, J Thiery, M Neidhart, RE Gay, S Gay, TF Luscher, F Ruschitzka - Differential effects of selective cyclooxygenase-2 inhibitors on endothelial function in salt-induced hypertension

**KS-000602**

Circulation 2004; 109:1468-1471 - ML Capone, S Tacconelli, MG Schiulli, M Grana, E Ricciotti, P Minuz, P Di Gregorio, G Merciaro, C Patrono, P Patrignani - Clinical pharmacology of platelet, monocyte, and vascular cyclooxygenase inhibition by naproxen and low-dose aspirin in healthy subjects

Circulation 2004; 109:2068-2073 - DH Solomon, S Schneeweiss, RJ Glynn, Y Kiyota, R Levin, H Mogun, J Avorn - Relationship between selective cyclooxygenase-2 inhibitors and acute myocardial infarction in older adults

Circulation 2004; 110:1774-1779 - E Krishnan, VB Lingala, G Singh - Declines in mortality from acute myocardial infarction in successive incidence and birth cohorts of patients with rheumatoid arthritis

Circulation 2004; 110:934-939 - P Bogarty, JM Brophy, M Noel, L Boyer, S Simard, F Bertrand, GR Dagenais - Impact of prolonged cyclooxygenase-2 inhibition on inflammatory markers and endothelial function in patients with ischemic heart disease and raised c-reactive protein

Circulation 2005; 111:249 - CD Furberg, BM Psaty, GA FitzGerald - Parecoxib, valdecoxib, and cardiovascular risk

Circulation 2005; 111:334-342 - KM Egan, M Wang, MB Lucitt, AM Zukas, E Pure, JA

Lawson, GA FitzGerald - Cyclooxygenases, thromboxane, and atherosclerosis Plaque destabilization by cyclooxygenase-2 inhibition combined with thromboxane receptor antagonism

Circulation 1998; 97:1837-1847 - PWF Wilson, RB D'Agostino, D Levy, AM Belanger, H Silbershatz, WB Kannel - Prediction of coronary heart disease using risk factor categories

Circulation 2003; 108:1191-1195 - T Kurth, RJ Glynn, AM Walker, KA Chan, JE Buring, CH Hennekens, JM Gaziano - Inhibition of clinical benefits of aspirin on first myocardial infarction by nonsteroidal anti-inflammatory drugs

Circulation 2004; 109:2462-2468 - C-Y Xiao, K-i Yuhki, A Hara, T Fujino, S Kuriyama, T Yamada, K Takayama, O Takahata, H Karibe, T Taniguchi, S Narumiya, F Ushikubi - Prostaglandin E2 protects the heart from ischemia-reperfusion injury via its receptor subtype EP4

Circulation 2000; 101:1206-1218 - EH Awtry, J Loscalzo - Aspirin

Circulation 2002; 106:e18 - Cardiovascular thrombotic events in controlled, clinical trials of rofecoxib

Circulation Research

Circ Res 1998; 83:353-365 - M Camaco, J Lopez-Belmonte, L Vila - Rate of vasoconstrictor prostanoids released by endothelial cells depends on cyclooxygense-2 expression and prostaglandin I synthase activity

Cir Res 2005; 96:0-0 - RD Rudic, D Brinster, Y Cheng, S Fries, WL Song, S Austin, TM Coffman, GA FitzGerald - COX-2 derived prostacyclin modulates vascular remodeling

KS-000603

Drug Safety

   Drug Safety 2001; 24:239-247 - S Knowles, L Shapiro, NH Shear - Should celecoxib be contraindicated in patients who are allergic to sulfonamides?

   Drug Safety 2005; 28: 435-442 - M Harrison-Woolrych, P Herbison, R McLean, J Ashton, J Slattery - Incidence of thrombotic cardiovascular events in patients taking celecoxib compared with those taking rofecoxib

Drugs

   Drugs 1999; 58(3):499-505 - LJ Scott, HM Lamb - Rofecoxib


Drugs Aging

   Drugs Aging 2001; 18(5) 369-388 - N Bhana, KJ McClellan - Indobufen - An updated review of its use in the management of atherothrombosis

   Drugs Aging 2004; - A Brinker, L Goldkind, R Bonel, J Beitz - Spontaneous reports of hypertension leading to hospitalisation in assocoiation with rofecoxib, celecoxib, nabumetone and oxaprozin


Epidemiology

   Epidemiology 2000; 11:382-387 - G Rodriguez, C Varas, C Patrono -Differential effects of aspirin and non-aspirin nonsteroidal anti-inflammatory drugs in the primary prevent of myocardial infarction in postmenopausal women


European Heart Journal

   Eur Heart J 1993; 14:951-957 - ML Brochier - Evaluation of flurbiprofen for prevention of infarction and reocclusion after successful thrombolysis or angioplasty in acute myocardial infarction

   Eur Heart J 2001; 22 Suppl Sept: 240 (abstract 1302) - D Dudek, G Heba, J Legutko, JS Dubiel - More prounded decrease of inflammatory markers with combination of statins and COX-2 inhibitors following acute coronary syndromes

   Eur Heart J 2001; 22 Suppl Sept: 241 (abstract 1303) - MW Klutstein, M Matas, J Tzivoni, D Monakier - Rofecoxib, a Cox 2 inhibitor NSAID lowers C-reactive protein and IL-6 level in patients with unstable angina pectoris

   Eur Heart J 2004; 25: 166-181 - C Patrono, F Bachmann, C Baigent, C Bode, R De Caterina, B Charbonnier, D Fitzgerald, J Hirsh, S Husted, J Kvasnicka, G Montalescot, LAG Rodriguez, F Verheugt, J Vermylen, L Wallentin - Expert consensus document on the use of antiplatelet agents. The task force on the use of antiplatelet agents in patients with atherosclerotic cardiovascular disease of the European Society of Cardiology


European Journal of Clinical Pharmacology

**KS-000604**

Eur J Clin Pharmacol 1997; 52(Suppl):A113 - JT Backman, I Siegle, T. Klein, M Eichelbaum, P Fritz - Elevated expression of cyclooxygenase-2, but not cycloosygenase-1, in synovial tissue of patients with inflammatory joint disease

Heart

Heart 2001; 85:265-271 - PS Sanmuganathan, P Ghahramani, PR Jackson, EJ Wallis, LE Ramsay - Aspirin for primary prevention of coronary heart disease: safety and absolute benefit related to coronary risk derived from meta-analysis of randomized trials

Heart 2002; 87: 320-321 - D Tousoulis, GJ Davies, T Crake, PC Toutouzas - Vasomotion and nitric oxide bioactivity in diseased coronary arteries

Journal of American College of Cardiology

J Am Coll Cardiol 1999; 34:1348-59 - SM Grundy, R Pasternak, P Greenland, S Smith, V Fuster - Assessment of cardiovascular risk by use of multiple-risk-factor assessment equations

J Am Coll Cardiol 2004; 43:985-90 - SE Kimmel, JA Berlin, M Reilly, J Jaskowiak, L Kishel, J Chittams, BL Strom - The effects of nonselective non-aspirin non-steroidal anti-inflammatory medications on the risk of nonfatal myocardial infarction and their interaction with aspirin

J Am Coll Cardiol 2003; 42:1747-53 - LM Title, K Giddens, MM McInerney, MJ McQueen, BA Nassar - Effect of cyclooxygenase-2 inhibition with rofecoxib on endothelial dysfunction and inflammatory markers in patients with coronary artery disease

J Am Coll Cardiol 2002; 39:521-2 - RJ Bing, M Lomnicka - Why do cyclo-oxygenase-2 inhibitors cause cardiovascular events?

J Am Coll Cardiol 2003; 41:1812-9 - D Rott, J Zhu, MS Burnett, YF Zhou, A Zalles-Ganley, J Ogunmakinwa, SE Epstein - Effects of MF-tricyclic, selective cyclooxygenase-2 inhibitor, on atherosclerosis progression and susceptibility to cytomegalovirus replication in apolipoprotein-E knockout mice

Journal of American Medical Association

JAMA 2001; 285:954-959 - D Mukherjee, SE Nissen, EJ Topol - Risk of cardiovascular events associated with selective COX-2 inhibitors

JAMA 2002; 288:2008-2014 0 G Davi, MT Guagnano, G Ciabattoni, S Basili, A Falco, M Marinopiccoli, M Nutini, S Sensi, C Patrono - Platelet activation in obese women

**KS-000605**

JAMA 2004; 292:2643-2646 - BL Strom - Potential for conflict of interest in the evaluation of suspected adverse drug reactions

JAMA 2004; 292:2647-2650 - PB Fontanarosa, D Rennie, CD DeAngelis - Postmarketing surveillance - lack of vigilance, lack of trust

JAMA 2005; 293:366-368 - EJ Topol - Arthritis medicines and cardiovascular events - "House of Coxibs"

JAMA 1977; 237:976-981 - DH Loebl, RM Craig, DD Culic, AS Ridolfo, J Falk, FR Schmid - Gatrointestinal blood loss - Effect of aspirin, fenoprofen, and acetaminophen in rheumatoid arthritis as determined by sequential gastroscopy and radioactive fecal markers

JAMA 2004; 292:2622-2631 - BM Psaty, CD Furberg, WA Ray, NS Weiss - Potential for conflict of interest in the evaluation of suspected adverse drug reactions - Use of cervastatin and risk of rhabdomyolysis

JAMA 2005; 293:1868-1874 - EW Gregg, YJ Cheng, BL Cadwell, G Imperatore, DE Williams, KM Flegal, KM Venkat Narayan, DF Williamson - Secular trends in cardiovascular disease risk factors according to body mass index in US adults

JAMA 2005; 293:1861-1867 - KM Flegal, BI Graubard, DF Williamson, MH Gail - Excess deaths associated with underweight, overweight, and obesity

JAMA 2005; 293:1918-1919 - DM Mark Deaths attributable to obesity

Journal of Clinical Investigation

J Clin Invest 2001; 107:1335-1337 - GA FitzGerald, P Loll - COX in a crystal ball: current status and future promise of prostaglandin research

J Clin Invest 2000; 105:1473-1482 - BF McAdam, IA Mardini, A Habib, A Burke, JA Lawson, S Kapoor, GA FitzGerald - Effect of regulated expression of human cyclooxygenase isoforms on eicosanoid and isoecosanoid production in inflammation

J Clin Invest 2001; 108:7-13 - C Patrono, P Patrignani, LA Garcia Rodriguez - Cyclooxygenase-selective inhibition of prostanoid formation: transducing biochemical selectivity into clinical read-outs

Journal of Clinical Pharmacy

J Clin Pharmacol 2000; 40:124-132 - PT Leese, RC Hubbard, A Karim, PC Isakson, SS Yu, GS Geis - Effects of celecoxib, a novel cyclooxygenase-2 inhibitor, on platelet function in healthy adults: a randomized, controlled trial

J Clin Pharmacol 2002; 42:215-221 - JI Schwartz, PH Wong, AG Porras, DL Ebel, TR Hunt, BJ Gertz - Effect of rofecoxib on the pharmacokinetics of chronically administered oral contraceptives in healthy female volunteers

Journal of Pharmacology and Experimental Therapeutics

**KS-000606**

J Pharmacol Exp Ther 1999; 290:551-560 - C-C Chen, S Boyce, C Brideau, S Charleson, W Cromlish, D Ehtier, J Evans, AW Ford-Hutchinson, MJ Forrest, Jy Gautheir, R Gordon, M. Gresser, J Guay, S Kargman, B Kennedy, Y Leblanc, S Leger, J Mancini, GP O'Neill, M Ouellet, D Patrick, MD Percival, H Perrier, P Prasit, I Rodger, P Tagari, M Therien, P Vickers, D Visco, Z Wang, J Webb, E Wong, L-J Xu, RN Young, R Zamboni, D Riendeau - Rofecoxib [Vioxx, MK-0966; 4-(4'-methlsufonylphenyl)-3-phenyl-2-(5H)-furanone]: A potent and orally active cyclooxygenase-2 inhibitor. Pharmacological and biochemical profiles

J Pharamacol Exp 1999; 289(2):735-741 - F Catella-Lawson, B McAdam, BW Morrison, S Kapoor, D Kujubu, L Antes, KC Laseter, H Quan, BJ Gertz, GA Fitzgerald - Effects of specific inhibition of cyclooxygenase-2 on sodium balance, hemodynamics, and vasoactive eicosanoids

J Pharamacol Exp 2000; 300:367-375 - B Kinz, K Brune - Cyclooxygenase-2-10 years later


Journal of Physiology and Pharmacology

J Phys Pharma 1999; 50:661-662 - P Patrignani, MG Sciulli, S Manarini, G Santini, C Cerletti, V Evangelista - COX-2 is not involved in thromboxane biosynthesis by activated human platelets


Journal of Thrombosis and Haemostasis

J Throm Haem 2003; 1:250-256 - R De Cristofaro, B Rocca, E Vitacolonna, A Falco, P Marchesani, G Ciabattoni, R Landolfi, C Patrono, G Davi - Lipid and protein oxidation contribute to a prothrombotic state in patients with type 2 diabetes mellitus


Lancet

Lancet 1999; 353:307-14 - CJ Hawkey - COX-2 inhibitors

Lancet 1999; 353:900 - A-A Weber, JC Zimmermann, J Meyer-Kirchrath, K Schror - Cyclooxygenase-2 in human platelets as a possible factor in aspirin resistance

Lancet 2002; 359:118-23 - WA Ray, CM Stein, K Hall, JR Daugherty, MR Griffin - Non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease: an observational cohort study

Lancet 2002; 359:1410 - H Frankish - Why do COX-2 inhibitors increase risk of cardiovascular events?

Lancet 2002; 360:1071-73 - WA Ray, CM Stein, JR Daugherty, K Hall, PG Arbogast, MR Griffin - COX-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease

Lancet 2003; 361: 573-74 - TM MacDonald, L Wei - Effect of ibuprofen on cardioprotective effect of aspirin

Lancet 2004; 363:1751-56 - M Mandani, DJ Juurlink, DS Lee, PA Rochon, A Kopp, G Neglie, PC Austin, A Laupacis, TA Stukel -

KS-000607

Cyclooxygenase-2 inhibitors versus non-selective non-steroidal anti-inflammatory drugs and congestive heart failure outcomes in elderly patients: a population-based cohort study

Lancet 2004; 364:1288-1289 - Editorial - Vioxx: an unequal partnership between safety and efficacy

Lancet 2004; 364:1995-1996 - Comment - Vioxx, the implosion of Merck, and aftershocks at the FDA

Lancet 2004; 364:2021-2029 - P Juni, L Nartey, S Reichenbach, R Sterchi, PA Dieppe, M Egger - Risk of cardiovascular events and rofecoxib: cumulative meta-analysis

Lancet 2004; 364:639-640 - Comment - A coxib a day won't keep the doctor away

Lancet, 2005; 365:23-28 - PS Kim, AS Reicin - Discontinuation of Vioxx

Lancet, 2005; 365:449-451 - Comment - COX-2 selective inhibitors-important lessons learned

Lancet 2005; 365:475-481 - DJ Graham, D Campen, R Hui, M Spence, C Cheethan, G Levy, S Shoor, WA Ray - Risk of acute myocardial infarction and sudden cardiac death in patients treated with cyclo-oxygenase 2 selective and non-selective non-steroidal anti-inflammatory drugs: nested case-control study

Lancet 2002; 360: 100-101 - M Boers - Seminal pharmaceutical trials: maintaining masking in analysis

Medical Research Reviews

Med Res Rev 2004; 24:399-424 - L Vila - Cyclooxygenase and 5-lipoxygenase pathways in the vessel wall: role in atherosclerosis

Mini-Reviews in Medicinal Chemistry

Mini-Reviews in Med Chem 2004; 4:597-601 - X de Leval, F Julemont, V Bonoit, M Frederich, B Pirotte, J-M Dogne - First and second generations of COX-2 selective inhibitors

Mini-Reviews in Med Chem 2004; 4:603-615 - C Michaux, C Charlier - Structural approach for COX-2 inhibition

Mini-Reviews in Med Chem 2004; 4:617-624 - DO Stichtenoth - The second generation of COX-2 inhibitors: clinical pharmacological points of view

Mini-Reviews in Med Chem 2004; 4:633-638 - F Julemont, J-M Dogne, B Pirotte, X de Leval - Recent development in the field of dual COX/5-LOX inhibitors

Nature

**KS-000608**

Nature 1997; 388:678-682 - T Murata, F Ushikubl, T Matsuoka, M Hirata, A Yamasaki, Y Sugimoto, A Ichikawa, Y Aze, T Tanaka, N Yoshida, A Uenol, S Oh-ishll, S Narumiya - Altered pain perception and inflammatory response in mice lacking prostacyclin receptor

Nature Reviews

Nature Reviews 2003; 2:879-891 - GA FitzGerald - COX-2 and beyond: approaches to prostaglandin inhibition in human disease

New England Journal of Medicine

NEJM 1981; 305:1171-1175 - PL Friedman, EJ Brown, S Gunther, RW Alexander, WH Barry, GH Mudge, W Grossman - Coronary vasoconstrictor effect of indomethacin in patients with coronary-artery disease

NEJM 1991; 325:1137-41 - BJ Clarke, G Mayo, P Price, GA FitzGerald - Suppression of thromboxane A2 but not of systemic prostacyclin by controlled-release aspirin

NEJM 1995; 332:1198-203 - JD Morrow, B Frei, AW Longmire, JM Gaziano, SM Lynch, Y Shyr, WE Strauss, JA Oates, LJ Roberts - Increase in circulating products of lipid peroxidation (F2-Isoprastanes) in smokers

NJEM 1996; 334:1435-9 - AS Taha, N Hudson, CJ Hawkey, AJ Swannell, PN Trye, J Cottrell, SG Mann, TJ Simon, RD Sturrock, RI Russell - Famotidine for the prevention of gastric and duodenal ulcers caused by nonsteroidal anti-inflammatory drugs

NJEM 1999; 340:115-126 - FH Epstein - Atherosclerosis - an inflammatory disease

NJEM 2000; 343:1520-8 - C Bombardier, L Laine, A Reicin, D Shapiro, R Burgos-Vargas, B Davis, R Day, MB Ferraz, CJ Hawkey, MC Hochberg, TK Kvien, TJ Schnitzer - Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis

NJEM 2001; 345:1809-17 - F Catella-Lawson, MP Reilly, SC Kapoor, AJ Cucchiara, S DeMarco, B Tournier, SN Vyas, GA FitzGerald - Cyclooxygenase inhibitors and the antiplatelet effects of aspirin

NJEM 2001; 345:433-442 - GA FitzGerald, C Patrono - The coxibs, selective inhibitors of cyclooxygenase-2

NJEM 2001; 345:825-827 - Editorial - Sponsorship, authorship, and accountability

NJEM 2002; 346:1085-1088 - DE Meier, RS Morrison - Cyclooxygenase inhibition in cancer - a blind alley or a new therapeutic reality?

NJEM 2002; 347:1025-1027 - COX inhibitors and thromboregulation

NJEM 2004; 351:1250-1251 - Editorial - Clinical trial registration: a statement from the international committee of medical journal editors

NJEM 2004; 351:1707-1709 - EJ Topol - Failing the public health - rofecoxib, Merck, and the FDA

**KS-000609**

NJEM 2004; 351:1709-1711 - GA FitzGerald - Coxibs and cardiovascular disease

NJEM 2004; 351:2767 - WA Ray, MR Griffin, CM Stein - Cardiovascular toxicity of valdecoxib

NJEM 2004; 351:2875-2878 - PS Kim, AS Reicin - Rofecoxib, Merck, and the FDA

NJEM 2005; 352:1063 -What ails the FDA?

NJEM 2005; 352:1071-80 - SD Solomon, JJV McMurray, MA Pfeffer, J Wittes, R Fowler, P Finn, WF Anderson, A Zauber, E Hawk, M Bertagnolli - Cardiovascular risk associated with celecoxib in a clinical trial for colorectal adenoma prevention

NJEM 2005; 352-1081-91 - NA Nussmeier, AA Whelton, MT Brown, RM Langford, A Hoeft, JL Parlow, SW Boyce, KM Verburg - Complications of the COX-2 inhibitors parecoxib and valdecoxib after cardiac surgery

NJEM 2005; 352:1092-102 - RS Bresalier, RS Sandler, H Quan, JA Bolognese, B Oxenius, K Horgan, C Lines, R Riddell, D Morton, A Lanas, MA Konstam, JA Baron - Cardiovascular events associated with rofecoxib in a colorectal adenoma chemoprevention trial

NJEM 2005; 352:1131 - JM Drazen - COX-2 inhibitors - a less in unexpected problems

NJEM 2005; 352:1133 - BM Psaty, CD Furberg - COX-2 inhibitors - lessons in drug safety

NJEM 2005; 352:1283 - S Okie - Raising the safety bar - the FDA's coxib meeting

NJEM 2005; 352:1285 - RS Eisenberg - Learning the value of drugs - is rofecoxib a regulatory success story?

NJEM 2005; 352: 1293-304 - PM Ridker, NR Cook, I-M Lee, D Gordon, JM Gaziano, JE Manson, CH Hennekens, JE Buring - A Randomized trial of low-dose aspirin in the primary prevention of cardiovascular disease in women

NJEM 1999; 340:1888 - MM Wolfe, DR Lichtenstein, G Singh - Gastrointestinal toxicity of nonsteroidal anti-inflammatory drugs

NJEM 2005; 352:2202-2210 - MM Mello, BR Clarridge, DM Studdert - Academic Medical Centers' Standards for Clinical-Trial Agreements with Industry

NJEM 2005; 352:2160-2162 - R Steinbrook - Gag Cluases in Clinical-Trial Agreements

NJEM 2005; 352:2436-2438 - Editorial - Is this clinical trial fully registered? A statement from the international committee of medical journal editors

NJEM 2005; 352:1685-1695 - GK Hansson - Inflammation, atherosclerosis, and coronary artery disease

NEJM 2005; 352(25):2576-2578 - HA Waxman - The lessons of Vioxx - Drug safety and sales

**KS-000610**

NEJM 2005; 352(25):2570-2580 - NJ Olsen - Tailoring arthritis therapy in the wake of the NSAID crisis

NEJM 2005; 352(25):2648-2658 - JM Brophy - Cardiovascular risk associated with celecoxib


Pharmacological Reviews

Pharmacol Rev 2004; 56:387-437 - DL Simmons, RM Botting, T Hla - Cyclooxgenase isozymes: The biology of prostaglandin synthesis and inhibition


PNAS

PNAS 1994; 90:11693-11697 - JA Mitchell, P Akarasereenont, C Thiemermann, RJ Flower, JR Vane - Selectivity of nonsteroidal anti-inflammatory drugs as inhibitors of constitutive and inducible cyclooxygenase

PNAS 1994; 91:12013-12017 - K Seibert, Y Zhang, K Leahy, S Hauser, J Masferrer, W Perkins, L Lee, P Isakson - Pharmacological and biochemical demonstration of the role of cyclooxygenase 2 in inflammation and pain

PNAS 1996; 93:10417-10422 - JN Topper, J Cai, D Falb, MA Gimbrone - Identification of vascular endothelial genes differentially responsive to fluid mechanical stimuli: Cyclooxygenase-2, manganese superoxide idsmutase, and endothelial cell nitric oxide synthase are selectively up-regulated by steady laminar shear stress

PNAS 1999; 96:272-277 - BF McAdam, F Catella-Lawson, IA Mardini, S Kapoor, JA Lawson, GA Fitzgerald - Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: The human pharmacology of a selective inhibitor of COX-2

PNAS 1999; 96:5890 - Corrections

PNAS 1999; 96:7563-7568 - TD Warner, F Giuliano, I Vojnovic, A Bukasa, JA Mitchell, JR Vane - Nonsteroid drug selectivities for cyclo-oxygenase-1 rather than cyclo-oxygenase-2 are associated with human gastrointestinal toxicity: A full in vitro analysis

PNAS 2000; 97:10197-10202 - K Shinmura, X-L Tang, Y Wang, Y-T Xuan, S-Q Liu, H Takano, A Bhatnager, R Bolli - Cyclooxygenase-2 mediates the cardioprotective effects of the late phase of ischemic preconditioning in conscious rabbits

PNAS 2000; 97:12764-12769 - ED Reis, M Roque, H Dansky, JT Fallon, JJ Badimon, C Cordon-Cardo, SJ Shiff, EA Fisher - Sulindac inhibits meointimal formation after arterial injury in wild-type and apolipoprotein E-deficient mice

PNAS 2001; 98:3358-3363 - D Pratico, C Tillmann, Z-B Zhang, H Li, GA FitzGerald - Acceleration of atherogensis by COX-1-dependent prostanoid formation in low density lipoprotein receptor knockout mice

PNAS 2001; 98:14583-14588 - M Ouellet, D Riendeau, MD Percival - A high level of cyclooxygenase-2 inhibitor selectivity is associated with a

KS-000611

reduced interference of platelet cyclooxygenase-1 inactivation by aspirin

PNAS 2002; 99:7634-7639 - B Rocca, P Secchiero, G Ciabattoni, FO Ranelletti, L Catani, L guidoti, E Melloni, N Maggiano, G Zauli, C Patrono - Cyclooxygenase-2 expression is induced during human megakaryopoiesis and characterizes newly formed platelets

PNAS 2002; 99:8418-8423 - T Grosser, S Yusuff, E Cheskis, MA Pack, GA FitzGerald - Developmental expression of functional cyclooxygenases in zebrafish

Science

Science 2001; 294:1871 - CD Funk - Prostaglandins and Leukotrienese: Advances in Eicoxanoid biology

Science 2002; 296:474 - JR Vane - Back to an aspirin a day?

Science 2002; 296:539 - Y Cheng, SC Austin, B Rocca, BH Koller, TM Coffman, T Grosser, JA Lawson, GA FitzGerald - Role of prostacyclin in the cardiovascular response to thromboxane A2

Science 2004; 306:1954 - KM Egan, JA Lawson, S Fries, B Koller, DJ Rader, EM Smyth, GA Fitzgerald - COX-2-Derived prostacyclin confers atheroprotection on female mice

Science 2004; 306:384 - Withdrawal of Vioxx casts a shadow over COX-2 inhibitors

Stroke

Stroke 2003; 34:379-386 - S Bak, M Andersen, I Tsiropoulos, LAG Rodriguez, J Hallas, K Chrisensen, D Gaist - Risk of stroke associated with nonsteroidal anti-inflammatory drugs - A nexted case-control study

Stroke 2005; 36:182-185 - C Iadecola, PB Gorelick - The janus face of cyclooxygenase-2 ischemic stroke - Shifting toward downstream targets

Thrombosis Research

Thromb Research 1987; 47:647-656 - F Catella, GA FitzGerald - Paired analysis of urinary thromboxane B2 metabolites in humans

Thromb Research 1988; 50:377-386 - HR Knapp, C Healy, J Lawson, GA FitzGerald - Effects of low-dose aspirin on endogenous eicosanoid formation in normal and atherosclerotic men

Thromb Research 1998; 92:S7-S12 - C Patrono - Prevention of myocardial infarction and stroke by aspirin: Different mechanisms? Different dosage?

Thromb Research 2000; 99:155-164 - M Camaco, L Vila - Transcellular formation of thromboxane A2 in mixed incubations of endothelial cells and aspirin-treated platelets strongly depends on the prostaglandin I-synthase activity

**KS-000612**

Thromb Research 2003; 110:311-315 - T Ide, K Egan, LC Bell-Parikh, GA FitzGerald - Activiation of nuclear receptors by prostaglandins

Trends in Cardiovascular Medicine

   TCM 2001; 11:91 - GA FitzGerald - Introduction

Trends in Endocrinology & Metabolism

   Endo & Meta 2001; 12: 243 - G de Gaetano, MB Donati, C Cerletti - Prevention of thrombosis and vascular inflammation: benefits and limitations of selective or combined COX-1, COX-2 and 5-LOS inhibitors

Trends in Pharmacological Sciences

         Pharma Sciences 2003; 24:245-252 -G de Gaetano, MB Donati, C Cerletti - Prevention of thrombosis and vascular inflammation: benefits and limitations                of elective or combined COX-1, COX-2 and 5-LOX inhibitors

Sent wirelessly via BlackBerry from T-Mobile.

**KS-000613**

## Dagostino, Lisa S.

| | |
|---|---|
| **From:** | mparf@aol.com |
| **Sent:** | Wednesday, September 21, 2005 8:45 AM |
| **To:** | Lisa.Dagostino@KlineSpecter.com; Mark.Hoffman@KlineSpecter.com |
| **Cc:** | myefimenko@burgsimpson.com; jrestaino@lopez-hodes.com |
| **Subject:** | Re: Dr. Pace-Asiak |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

 Lisa, you were missed up here. Thank you for all your help  as we work through this process.  Dr. Pace ASciak is  very good and we are all pleased with his work . He is also a very presentable witness. As for the depositions, i am sending your e-mail to CHris to see if he can get us this info . I know that he has some transcripts but i am not sure precisely which ones.Best, Michelle

-----Original Message-----
From: Dagostino, Lisa S. <Lisa.Dagostino@KlineSpecter.com>
To: Hoffman, Mark A. <Mark.Hoffman@KlineSpecter.com>
Cc: 'myefimenko@burgsimpson.com' <myefimenko@burgsimpson.com>; 'jrestaino@lopez-hodes.com' <jrestaino@lopez-hodes.com>; 'MParf@aol.com' <MParf@aol.com>
Sent: Wed, 21 Sep 2005 08:14:54 -0400
Subject: Re: Dr. Pace-Asiak

```
Sounds like he is a terrific find!  Awesome work, everyone.  I'll cobble
together a disc and fed ex it out if someone will send me the mailing
address.

I've been watching Raber's cross of Lucchesi and the defense opening on
court tv.  Will attempt to get the transcripts but I think those will be
useful to you to help your "mock cross".  What I don't have, and am
appealing to John, Michelle and Max for (if they have or can help me track
down) is all the depo transcripts of the experts that have been done thus
far in the state action--particularly Luchessi and anyone else that has been
deposed already who is pharma or biochem.   Those would also be very helpful
in assisting Mark to put together a "mock cross" from a substanitive angle
(having sat with Mark during numerous deps, I already know what "character
building" means--he will be well prepped).  So...if anyone has those deps of
experts from the state actions, can you get them to me?  Much appreciated.

-------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Hoffman, Mark A. <Mark.Hoffman@KlineSpecter.com>
To: Dagostino, Lisa S. <Lisa.Dagostino@KlineSpecter.com>
CC: 'myefimenko@burgsimpson.com' <myefimenko@burgsimpson.com>;
'jrestaino@lopez-hodes.com' <jrestaino@lopez-hodes.com>; 'MParf@aol.com'
<MParf@aol.com>
Sent: Wed Sep 21 07:55:18 2005
Subject: Re: Dr. Pace-Asiak

Lisa,

He was great to work with but will take hours of prepping for his
deposition.  Max deserves full credit for finding him and for getting him up
to speed with the relevant pharmacology.
```

**KS-000614**

We should put a disk together with depositions of Merck scientists (Kim, Scolnick, Gertz, Morrison, Neis, Musliner, Reicin--pharmacology types rather marketing, etc) and get them to him so he can include them in his listing. He will need the accompanying exhibits to these depositions.

Michelle, Max, and/or John-can you give Lisa Cecil's address for overnight delivery and give Cecil a heads up?

We should also send him the same literature pack we send Rice so he can add the references to his already extensive bibliography.  If you send him the bibliography list as well on disk, he can "cut and paste."

He will be a great witness.  I am working on a "mock cross" which will be a "character building" exercise.  His deposition will be in early to mid October.

Dr. Scott Rice has been "back burnered" til the next trial, and Michelle is planning to bring him to D.C. where we can hammer through a report with him like we did yesterday.  You, of course, will be joining us!  Very effective way to prepare a report with the right (reasonable, receptive, and open to suggestions) person.  Dr. Pace-Asiak had all of those qualities!

MAH
--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Dagostino, Lisa S. <Lisa.Dagostino@KlineSpecter.com>
To: Hoffman, Mark A. <Mark.Hoffman@KlineSpecter.com>
Sent: Wed Sep 21 07:23:03 2005
Subject: RE: Dr. Pace-Asiak


:)

-----Original Message-----
From: Hoffman, Mark A.
Sent: Tuesday, September 20, 2005 10:23 PM
To: Vioxx Small Group
Subject: Dr. Pace-Asiak


Just finished with preparing his report.  Lisa has first draft.  Final report on Thursday.  Great expert.  Stay tuned...
--------------------------
Sent from my BlackBerry Wireless Handheld

**KS-000615**

**Dagostino, Lisa S.**

| | |
|---|---|
| **From:** | Cvtisi@aol.com |
| **Sent:** | Friday, June 30, 2006 9:00 PM |
| **To:** | dbuchanan@seegerweiss.com; Dagostino, Lisa S.; Kline, Thomas R.; JGrand@seegerweiss.com |
| **Subject:** | Re: Redirect |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

This was a real team effort.

Jeff and Dave, your help with prepping him over the past year and at the deposition was invaluable.   And I could not have pulled this together this past week without Lisa and Tom.

I is a must play. I agree.

Chris


In a message dated 6/30/2006 8:21:30 P.M. Eastern Standard Time, dbuchanan@seegerweiss.com writes:

Great job, Chris.  I think this will be a must play dep at trial.  And of course, great job Lisa and Jeff with all of your assistance to Chris and Jerry.
-------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Dagostino, Lisa S. <Lisa.Dagostino@KlineSpecter.com>
To: cvtisi@aol.com <cvtisi@aol.com>; Kline, Thomas R. <Tom.Kline@KlineSpecter.com>
CC: Buchanan, David <dbuchanan@seegerweiss.com>
Sent: Fri Jun 30 19:39:16 2006
Subject: Re: Redirect


Ditto


-------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Cvtisi@aol.com <Cvtisi@aol.com>
To: Dagostino, Lisa S.; Kline, Thomas R.
CC: Dbuchanan@seegerweiss.com <Dbuchanan@seegerweiss.com>
Sent: Fri Jun 30 19:38:22 2006
Subject: Re: Redirect

I am happy with this deposition, not disappointed at all.

In a message dated 6/30/2006 5:14:23 P.M. Eastern Standard Time, Lisa.Dagostino@KlineSpecter.com writes:

  think he means disappointed with Beck.

  We're going radio silent to start here....more soon.

  -----Original Message-----
  From: Kline, Thomas R.

**KS-000616**

Sent: Friday, June 30, 2006 4:59 PM
To: 'cvtisi@aol.com'
Cc: 'Dbuchanan@seegerweiss.com'; Dagostino, Lisa S.
Subject: Re: Redirect

You are disappointed with Avorn?  If so, walk hoim thru each issue.
Say
Did you remember talking with Mr back about .......? Tell the jury the
full import and full story there?

Chris, this can be very effective and disarming and is self executing on
each issue, and gives him a podium. LSD has each area.  Just mention the
area and say to Avoirn.."Tell the whole story here.!

-----Original Message-----
From: Cvtisi@aol.com <Cvtisi@aol.com>
To: Kline, Thomas R.
CC: Dbuchanan@seegerweiss.com <Dbuchanan@seegerweiss.com>; Dagostino,
Lisa S.
Sent: Fri Jun 30 16:52:37 2006
Subject: Re: Redirect

Although he go t some "hits"  I do not believe that he went to the core
issues.

I am disappointed.

I thought that he would do more.

**KS-000617**

**Dagostino, Lisa S.**

| | |
|---|---|
| **From:** | Grand, Jeff [JGrand@seegerweiss.com] |
| **Sent:** | Thursday, June 29, 2006 7:27 PM |
| **To:** | Dagostino, Lisa S. |
| **Subject:** | Re: Avorn |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Finished yet?

-----Original Message-----
From: Dagostino, Lisa S. <Lisa.Dagostino@KlineSpecter.com>
To: Grand, Jeff <JGrand@seegerweiss.com>
CC: Buchanan, David <dbuchanan@seegerweiss.com>
Sent: Thu Jun 29 19:15:58 2006
Subject: RE: Avorn

You guys did an amazing job getting him ready before--I'm just a relief pitcher.

But Tisi did such an outstanding job today--this is just an amazing direct

-----Original Message-----
From: Grand, Jeff [mailto:JGrand@seegerweiss.com]
Sent: Thursday, June 29, 2006 7:19 PM
To: Dagostino, Lisa S.
Cc: Buchanan, David
Subject: Re: Avorn

Had to catch my plane.  Please tell Tisi that I thought he did a great direct and to try to
go over my notes (some of them are suggestions for some homework for Avorn).  I will be
available to talk to you all at any time tonight--except between 8:30-9:30 (I'll be in the
air).  You guys did a great job getting him ready.

-----Original Message-----
From: Dagostino, Lisa S. <Lisa.Dagostino@KlineSpecter.com>
To: Grand, Jeff <JGrand@seegerweiss.com>
Sent: Thu Jun 29 18:38:22 2006
Subject: RE: Avorn

Scary, Jeff.  Really scary.

-----Original Message-----
From: Grand, Jeff [mailto:JGrand@seegerweiss.com]
Sent: Thursday, June 29, 2006 6:46 PM
To: Dagostino, Lisa S.
Subject: Re: Avorn

Yes.

-----Original Message-----
From: Dagostino, Lisa S. <Lisa.Dagostino@KlineSpecter.com>

**KS-000618**

```
To: Grand, Jeff <JGrand@seegerweiss.com>
Sent: Thu Jun 29 18:37:05 2006
Subject: RE: Avorn
```

You did that off the top of your head?

```
-----Original Message-----
From: Grand, Jeff [mailto:JGrand@seegerweiss.com]
Sent: Thursday, June 29, 2006 6:44 PM
To: Dagostino, Lisa S.
Subject: Re: Avorn
```

I think you can find those CV death numbers he's referring to in the Villalba memo at Reliance Materials, Tab 146.


```
-----Original Message-----
From: Dagostino, Lisa S. <Lisa.Dagostino@KlineSpecter.com>
To: Seeger, Chris <cseeger@seegerweiss.com>; Kline, Thomas R.
<Tom.Kline@KlineSpecter.com>; Grand, Jeff <JGrand@seegerweiss.com>; Buchanan, David
<dbuchanan@seegerweiss.com>
CC: Vioxx Small Group <VioxxSmallGroup@KlineSpecter.com>
Sent: Thu Jun 29 15:57:51 2006
Subject: RE: Avorn
```

Agree--he did well during Beck's cross of him on qualification--didn't let Beck push him around at all.

```
-----Original Message-----
From: Seeger, Chris [mailto:cseeger@seegerweiss.com]
Sent: Thursday, June 29, 2006 4:00 PM
To: Kline, Thomas R.; Grand, Jeff; Buchanan, David
Cc: Vioxx Small Group
Subject: Re: Avorn
```

Excellent.  Let's hope he holds up against Beck.....he'll hit him big time on bias.
--------------------------
Sent from my BlackBerry Wireless Handheld


```
-----Original Message-----
From: Kline, Thomas R. <Tom.Kline@KlineSpecter.com>
To: Grand, Jeff <JGrand@seegerweiss.com>; Buchanan, David <dbuchanan@seegerweiss.com>;
Seeger, Chris <cseeger@seegerweiss.com>
CC: Vioxx Small Group <VioxxSmallGroup@KlineSpecter.com>
Sent: Thu Jun 29 15:49:41 2006
Subject: Re: Avorn
```

Also, Avorn injected a concept --the idea of "framing." He says he has written and taught on it in epi, but also exists . The concept is basic --the answer is predicated often on how the question is framed.  In Merck's case they framed the question as to "naproxin's cardioprottective effect," thereby suggesting the anwer in an improper fashion. "Almost unheard of..." (Or words to that effect)...

Great testimony on Merck footdragging for a year on funding for a year on the Solomon/Avorn study...

**KS-000619**

-----Original Message-----
From: Grand, Jeff <JGrand@seegerweiss.com>
To: Kline, Thomas R.; Buchanan, David <dbuchanan@seegerweiss.com>; Seeger, Chris
<cseeger@seegerweiss.com>
CC: Vioxx Small Group
Sent: Thu Jun 29 15:44:34 2006
Subject: Re: Avorn

Agreed.  He's a good witness.  Everytime Beck objects, Avorn recrafts his answer to address
the objection.  He's so quick on his feet, he does so before Chris has time to rephrase the
question.


-----Original Message-----
From: Kline, Thomas R. <Tom.Kline@KlineSpecter.com>
To: Buchanan, David <dbuchanan@seegerweiss.com>; Seeger, Chris <cseeger@seegerweiss.com>
CC: Grand, Jeff <JGrand@seegerweiss.com>; Vioxx Small Group
<VioxxSmallGroup@KlineSpecter.com>
Sent: Thu Jun 29 15:32:43 2006
Subject: Avorn

So far--doing well on direct. Just testified that Merck's using his study to justify the
naproxin theory was a "distortion." " They were essentially distorting our scientific
findings." He says he's "indignant" about what Merk did. Pretty good, so far..
A long road ahead, however...

**KS-000620**

490

**Dagostino, Lisa S.**

| | |
|---|---|
| **From:** | Levine, Steven [steven.levine@mssm.edu] |
| **Sent:** | Tuesday, January 30, 2007 11:45 PM |
| **To:** | Balefsky, Lee |
| **Cc:** | Dagostino, Lisa S.; Hoffman, Mark A. |
| **Subject:** | RE: Wednesday |

the current draft is 119MB - hugh file. I tried unsuccessfully to send it via email several times-my mailbox closed because it was so big. I have to get administrative approval from the institution to get more space in my email directory. I will bring it on a flash drive tomorrow morning and you can print it out from there (it is about 200 pages now). Sorry, Steve

-----Original Message-----
**From:** Balefsky, Lee [mailto:Lee.Balefsky@KlineSpecter.com]
**Sent:** Sun 1/28/2007 2:03 PM
**To:** Levine, Steven
**Cc:** Dagostino, Lisa S.; Hoffman, Mark A.
**Subject:** Wednesday

Steve , let us know what time you will be in , the earlier the better
--------------------------
Sent from my BlackBerry Wireless Device

KS-000621

**Dagostino, Lisa S.**

| | |
|---|---|
| **From:** | Cvtisi@aol.com |
| **Sent:** | Monday, March 19, 2007 11:40 PM |
| **To:** | Dagostino, Lisa S. |
| **Subject:** | Ray articles |

If I am not mistaken, you e-mailed me all of Rays NSAID/COXIB artilcles from his CV.  (I know that you gave me a copy, which I have)

If you still have these electronically--or the e-mail you sent me--can you resend the?  I want to start making exhibit notebooks for the depoistion.

If you did send these to me electronically, you sent them the day I was in your office last.

AOL now offers free email to everyone. Find out more about what's free from AOL at **AOL.com**.

**KS-000622**

**Dagostino, Lisa S.**

| | |
|---|---|
| **From:** | Wagner, Michael [MWagner@seegerweiss.com] |
| **Sent:** | Wednesday, February 21, 2007 6:24 PM |
| **To:** | Cvtisi@aol.com |
| **Cc:** | Dagostino, Lisa S. |
| **Subject:** | Re: Ray Docs |

One is being sent out tonight. The other is going out in the morning.

-----Original Message-----
From: Cvtisi@aol.com <Cvtisi@aol.com>
To: Wagner, Michael
CC: lisa.dagostino@klinespecter.com <lisa.dagostino@klinespecter.com>
Sent: Wed Feb 21 18:14:40 2007
Subject: Ray Docs

Have they gone out to Lisa and me?

_____

AOL now offers free email to everyone. Find out more about what's free from AOL at AOL.com
<http://pr.atwola.com/promoclk/1615326657x4311227241x4298082137/aol?redir=http%3A%2F%2Fwww%2E
aol%2Ecom> .

**KS-000623**

**Dagostino, Lisa S.**

| | |
|---|---|
| **From:** | Dagostino, Lisa S. |
| **Sent:** | Tuesday, February 13, 2007 4:30 PM |
| **To:** | Balefsky, Lee |
| **Subject:** | RE: |

Just packed him up and sent him on his way.    Information overload.

-----Original Message-----
From: Balefsky, Lee
Sent: Tuesday, February 13, 2007 4:23 PM
To: Dagostino, Lisa S.
Subject:

How's Levine?
-------------------------
Sent from my BlackBerry Wireless Device

**KS-000624**

**Dagostino, Lisa S.**

| | |
|---|---|
| **From:** | Levine, Steven [steven.levine@mssm.edu] |
| **Sent:** | Tuesday, January 30, 2007 11:45 PM |
| **To:** | Balefsky, Lee |
| **Cc:** | Dagostino, Lisa S.; Hoffman, Mark A. |
| **Subject:** | RE: Wednesday |

the current draft is 119MB - hugh file. I tried unsuccessfully to send it via email several times-my mailbox closed because it was so big. I have to get administrative approval from the institution to get more space in my email directory. I will bring it on a flash drive tomorrow morning and you can print it out from there (it is about 200 pages now). Sorry, Steve

-----Original Message-----
**From:** Balefsky, Lee [mailto:Lee.Balefsky@KlineSpecter.com]
**Sent:** Sun 1/28/2007 2:03 PM
**To:** Levine, Steven
**Cc:** Dagostino, Lisa S.; Hoffman, Mark A.
**Subject:** Wednesday

Steve , let us know what time you will be in , the earlier the better
-------------------------
Sent from my BlackBerry Wireless Device

KS-000625