Exhibit "57"

# EXPERT DEVELOPMENT

| Expert | Photo | KS attorney |
|---|---|---|
| Jerry Avorn, M.D. (Chief of the Division of Pharmacoepi. at Brigham and Women's Hospital) | | Lisa Dagostino, M.D., J.D |
| Wayne Ray, M.D. (Director of Pharmacoepidemiology, Vanderbilt) | | Lisa Dagostino, M.D., J.D. |
| Cecil Pace-Asciak, Ph.D. (Pharmacology, University of Toronto) | | Mark Hoffman, M.D., J.D. Lisa Dagostino, M.D., J.D |
| Suzanne Parisian, M.D. (Former FDA Medical Officer) | | Lisa Dagostino, M.D., J.D. |
| Steve Levine, M.D. (Stroke Neurologist, Mt. Sinai) | | Mark Hoffman, M.D., J.D. Lisa Dagostino, M.D., J.D. Lee Balefsky |
| Ed Feldman, M.D. (Stroke Neurologist, Brown) | | Lisa Dagostino, M.D., J.D. |

KS-000626