Exhibit "58"

# Vioxx MDL Trial Package

## I. Trial Package Introduction

The Vioxx litigation in MDL proceedings before the Honorable Eldon E. Fallon (E.D. La) has been characterized by tireless advocacy on plaintiffs' behalf. Numerous counsel around the country, supported by their firms and staff, have joined with scores of scientific experts to tell a story of pharmaceutical misconduct with far-reaching societal consequences. This legal team has brought to the proceedings deeply shared convictions (1) that the extreme harm caused by a vigorously-promoted "blockbuster" drug calls for full accountability, and (2) that our system of civil justice is the public's best hope to achieve that end.

The Trial Package which follows is shared in that spirit. It is a product shaped by many hands over many months, and one of which we confess to being proud; but its value as a blueprint for action obviously depends upon its usefulness for the practitioner. It was designed with the belief that it can and will prove as user-friendly as it is informative.

The Vioxx story continues to unfold as new evidence is sought, and developed, in pending cases. Trial depositions and additional trial presentations are scheduled as this is written. Further scientific studies concerning Vioxx are inevitable. The counsel who use this trial package are well-advised to stay current as to these developments, which we believe may serve to sharpen and refine, not undercut, the utility of the Trial Package.

Finally, a word about the format and organization of what follows:

The trial package is arranged on the drive by folders, which correspond to this outline. The outline provides a thumbnail sketch of the material available in each folder. There are areas of overlap, as the Trial Package committee sought to be as inclusive as possible. A broad range of reference documents is available, such as the liability playbook, the science compendium, and the responses to Merck's typical defenses. These are attorney work-product documents, representing many hours of attorney time. Please refer to Judge Fallon's Pretrial Order Number 37 for specifics about maintaining the confidentiality of the materials contained on the trial drive.

## II. Liability Case – Factual Background

This section provides an overview of the liability case, explaining the development of COX-2 inhibitors, the rush to the market and battle with Celebrex, Merck's marketing blitz, VIGOR and its aftermath, APPROVe and withdrawal.

1

KS-000628

A.  **Liability Playbook**

Provides a narrative introduction to the Vioxx liability, with citations to MDL exhibits, deposition testimony and relevant medical literature.

B.  **Cast of Characters**

The Cast of Characters includes titles and descriptions—with information about production from Merck—for nearly one thousand key players in the case, including: Merck employees; authors of scientific and medical literature; plaintiff and defense experts.

C.  **Vioxx Dictionary**

The Vioxx Dictionary provides definitions and context for hundreds of terms the user will encounter in the package, such as FDA and Merck acronyms, medical jargon and Merck specific terms.

D.  **Vioxx Timeline**

Timeline of critical events with citation to MDL exhibits.

### III. Science Case

A.  **MDL Science Backgrounder**

The Science Backgrounder provides an introduction to the science issues in the case, including explanations of cyclooxygenase, selective inhibition of COX-2, the prostacyclin/thromboxane imbalance issue, FitzGerald hypothesis, Merck's clinical trials, VIGOR and its aftermath, the 2002 label change, APPROVe and withdrawal, and post-withdrawal issues like the 18-month hypothesis.

B.  **Science Compendium**

The Science Compendium is an introduction to the core medical literature.

C.  **Medical Literature Database**

A broader collection of medical literature, organized by topic and fully searchable. Enables the user to quickly access a large body of literature to address specific points.

### IV. Case Presentation and Themes

KS-000629

A.  **Master Order of Proof**

The Master Order of Proof provides thumbnail introductions for all liability and expert witness, detailing elements of the Plaintiff's case-in-chief which can be established through the witness, as well as documents which can be offered with the designation. The Order of Proof will also indicate the PSC's recommendations about which video depositions to play in trial.

B.  **Exhibit Database**

The exhibit database organizes a core of approximately 1500 liability documents, identified by the MDL Discovery Committee as "hot," "trial," and "reference," which are critical to the preparation of the Plaintiff's case. The database permits the user to search these documents by theme, subtheme, date, Bates number, description, or text.

C.  **Exhibit Theme Grid**

All documents are also categorized by the following themes and subthemes:

1. **Merck desperate for a blockbuster**
    a. Vioxx has to succeed against tough Celebrex competition
    b. Products going off patent
    c. Pipeline is thin
    d. Analysts are gloomy about Merck future

2. **Merck spends hundreds of millions to create a new market**
    a. Direct to consumer advertising
    b. Seeding trials
    c. Generate GI safety concern
    d. Every doctor monitored and manipulated
    e. Advocacy program to manipulate thought leaders
    f. Scope and cost of whole effort.

3. **CV Risks known from the start**
    a. Pre approval knowledge of CV risks
    b. Designed studies to avoid evidence of risk
    c. Avoided studies that might implicate drug

4. **New proof emerges that Vioxx is not safe**
    a. Vigor derails safety claim
    b. Risk of increased blood pressure
    c. Causes congestive heart failure and edema
    d. Aspirin nullifies safety advantage

3

        e.      Vioxx causes Alzheimer's
        f.       Vioxx increases risk of death
        g.      Delays ulcer healing

5. **Damage Control with Doctors**
   a. Safety concerns hurting sales
   b. Millions spent to "neutralize" safety concerns
   c. Reps trained to mislead physicians
   d. Success defined as deceiving doctors
   e. Misleading promotions to physicians
   f. Publications strategy

6. **Critics are intimidated/neutralized**
   a. Spy on every doctor who speaks
   b. "Neutralize" or "discredit" those who warn of safety risks

7. **Negative studies hidden, sabotaged, delayed or concealed**
   a. Alzheimers studies
   b. Epidemiologic studies
   c. Aspirin endosocopy

8. **FDA manipulation**
   a. Avoid CV warning at any cost
   b. Contentious, hard-line tactics
   c. Threats to "go upstairs"
   d. Financial ties to advisory committee members
   e. Stonewalled FDA info requests

9. **Regulatory violations and misconduct**
   a. Alzheimer's deaths
   b. Did not change label to disclose risks
   c. Cited for illegal promotion

10. **Search for safer alternative**
    a. Nitric oxide combination
    b. Combination with anti-platelet agent
    c. NSAIDs plus PPI

11. **Manipulated Data to Conceal Risks**
    a. Patient data reporting
    b. Meta analysis issues
    c. Event/patient population definitions
    d. Adjudication issues

KS-000631

12. **Vioxx alibis**
    a. Class effect
    b. Risk only after 18 months
    c. Arcoxia CV risks
    d. Other NSAID safety studies

13. **Withdrawal**
    a. APPROVe confirms CV Dangers
    b. VICTOR hidden from FDA
    c. Company deliberation
    d. Size/nature of drug catastrophe
    e. Congressional/other investigations of Merck

D. **Exhibits**

Copies of all exhibits are provided on the trial hard drive, linked to the theme grid database.

V. **Witnesses**

A. **Liability Witnesses**
   *(Merck employees appearing by video)*

   1. David Anstice
   2. Susan Baumgartner
   3. Mary Blake
   4. Ned Braunstein
   5. Tom Cannell
   6. Carolyn Cannuscio
   7. Martin Carroll
   8. Laura Demopoulos
   9. James Dunn
   10. Raymond Gilmartin
   11. Jo Jerman
   12. Peter Kim
   13. Charlotte McKines
   14. Edward Scolnick
   15. Deborah Shapiro
   16. Robert Silverman

---

**Witness folders will contain:**

1. Deposition Transcripts
2. Trial Testimony
3. Deposition Designations*
   a. Plaintiff Designation
   b. Merck Counter-Designation
   c. Objections
   d. Responses
   e. Rulings
4. Reports (where applicable)
5. All Video**

*Together with Merck Designations, Plaintiff Counters, Objections, etc.

**Video cuts plus all raw video with CMS, MDB files. This will permit attorneys to play ready made cuts or to re-cut based on specific issues, or to reflect new rulings.

---

5

KS-000632

17. Jan Weiner

B. Non-Retained Expert Witnesses

1. Gregory Curfman
2. James Fries
3. David Graham
4. Steve Nissen
5. Eric Topol

C. Expert Witnesses

1. Jerry Avorn
2. Egil Fosslein
3. Richard Kronmal
4. Cornelia Pechmann
5. Wayne Ray

VI. Cross Examinations

A. Merck Employee Witnesses

1. Alise Reicin
2. Briggs Morrison
3. Nancy Santanello
4. David Anstice

B. Merck Experts

1. Janet Arrowsmith-Lowe
2. Nicholas Flavahan
3. John Gaziano
4. John Keaney
5. Craig Pratt
6. Lisa Rarick
7. Barry Rayburn
8. David Silver
9. Theodore Tyberg

C. Sales Representative

D. Defense Cardiologist

E. Treating Cardiologist

**Folder will contain:**

1. Depositions (w/ exhibits)
2. Trial testimony (w/ exhibits)
3. Cross outlines*
4. Reports (where applicable)

*Outlines for Treating and prescribing physicians will include cross and direct, to cover friendly and hostile witnesses

6

KS-000633

F.  Prescribing Physician

## VII. Responses to Merck Defenses

These modules address common Merck defenses. They provide strategies for responses, with cites to deposition testimony, liability documents, medical literature, etc.

1. Defense #1: "We gave everything to the FDA"

2. Defense #2: "FDA could have made us change the label"

3. Defense #3: "Class Effect"

4. Defense #4: "Fitzgerald hypothesis has been disproved"

5. Defense #5: "Naproxen Hypothesis"

6. Defense #6: "No Placebo-Controlled Data Before APPROVe"

7. Defense #7: "CV outcome study"

8. Defense #8: "18-month hypothesis"

9. Defense #9: "16,500 NSAID-induced deaths"

10. Defense #10: "Legitimate scientific debate"

11. Defense #11: "Yellow snowflake in a snowstorm"

12. Defense #12: "Off-drug risk"

13. Defense #13: "Individual causation- risk factors"

14. Defense #14: "Precaution is not a warning"

## VIII. Motions in Limine

A.  Merck Motions in Limine

> Motion folders will contain:
> 
> 1. Motion *(w/ exhibits)*
> 2. Opposition *(w/ exhibits)*
> 3. Reply
> 4. Order

KS-000634

1. Marketing and Promotional Material
2. Out-of-State Conduct
3. Non-Probative Medical or Scientific Evidence
4. Assets/Profitability/Compensation of Merck
5. Statements Made at Political Proceedings
6. Other Litigation, Claims or Government Enforcement Proceedings
7. Alleged Misconduct Unrelated to Vioxx
8. Voluntary Withdrawal
9. Post-Injury Label Change
10. Evidence of Interim or Blinded Data
11. Evidence that Trials were Considered but not Done/or Inadequate
12. Letters to the Editor or Nonscientific Articles
13. Preemption
14. Evidence re: Sales Representatives Unconnected to Case
15. Memorandum of Invention
16. Number or Attorneys Representing Merck
17. Liability Insurance
18. Evidence that Vioxx Causes Unrelated Medical Conditions
19. FDA Warning Letters
20. Estimates of David Graham
21. Unethical Behavior Relating to Clinical Trials
22. Adverse Events
23. Changes Made to Merck Manual
24. Hearsay Statements Made by FDA Employees
25. Testimony of Eric Topol

B. **Plaintiff Motions in Limine**

1. 18 month theory
2. April 2005 memo
3. Personal Use of Vioxx
4. Good Acts of the Company
5. Merck Could Not Change Label Without FDA Approval
6. Prior Drug Use by Plaintiff
7. Evidence that Plaintiff Refused Medical Care
8. Reference to LAD as Widowmaker
9. Estimates of NSAID Gastropathy
10. Opinion Evidence by Fact Witnesses
11. Omnibus Motion in Limine
12. Class Effect

**Folder will contain:**

1. Outline (w/ exhibits)
2. Sample testimony, direct and cross

KS-000635

IX. Direct Examinations

    A. Expert Cardiologist

    B. Plaintiff

X. Prior Trial References

    A. Openings
       *(By trial, with relevant exhibits and demonstratives)*

    B. Closings
       *(By trial, with relevant exhibits and demonstratives)*

    C. Demonstratives and Animations

       1. MDL Animations

       2. Demonstratives

       3. PowerPoint Presentations

       4. Vioxx Television Commercials

    D. Verdict Forms in Prior Trials
       *(By trial, with relevant transcripts and orders)*

    E. Post Trial Motions in Prior Trials
       *(By topic/title, with orders and relevant transcripts)*

    F. Briefs filed in Prior Trials

       1. Trial Briefs

       2. Punitive Damages Briefs

    G. Exhibit Lists in Prior Trials
       *(By trial)*

    H. Transcripts from Prior Trials
       *(By trial)*

    I. Punitive Damages Proffer

KS-000636

1. Outline

2. Exhibits

3. Deposition Testimony
   (w/ *video cuts*)

   a) Liability

   b) Expert Testimony

## XI. Stroke Materials

A. Science Compendium

B. Stroke Medical & Scientific Literature

C. Stroke Specific Liability Documents

D. Hypertension Memo & Supporting Documents

E. Expert Reports on Generic Causation

## XII. Background Material

A. Material for expert witnesses

B. Complete CSRs

C. Medical Literature

D. Vioxx Label Memorandum

## XIII. Additional Information

A. All Witnesses

B. Order of Proof & Witness Lists

C. Jury Instructions

D. Focus Groups

KS-000637

E.  Additional Motions

KS-000638

## VIOXX LOUISISANA ATTORNEY GENERAL TRIAL PACKAGE

- Selection of Index

<u>MDL-1657 State of La v. Merck EDLA No.05-3700</u>

(1)   I. LA AG Vioxx Trial Package Introduction
I. LA AG Vioxx Trial Package Introduction/Vioxx Index

(02)   II. Case Presentation
II. Case Presentation/A. Complaint
II. Case Presentation/B. Exhibit database
II. Case Presentation/B. Exhibit database/Exhibits
II. Case Presentation/B. Exhibit database/Exhibits/Merck
II. Case Presentation/B. Exhibit database/Exhibits/Plaintiff - LA AG
II. Case Presentation/C. LAAG Trial Transcripts
II. Case Presentation/C. LAAG Trial Transcripts/Day 1-8
II. Case Presentation/D. Judge Order & Reasons

(03)   III. Trial Witnesses
III. Trial Witnesses/1. Plaintiff LAAG Case-in-Chief
III. Trial Witnesses/1. Plaintiff LAAG Case-in-Chief/A. Fact Witnesses
III. Trial Witnesses/1. Plaintiff LAAG Case-in-Chief/A. Fact Witnesses/Hood, David
III. Trial Witnesses/1. Plaintiff LAAG Case-in-Chief/A. Fact Witnesses/Hood, David/Affidavit
III. Trial Witnesses/1. Plaintiff LAAG Case-in-Chief/A. Fact Witnesses/Hood, David/Deposition Designation
III. Trial Witnesses/1. Plaintiff LAAG Case-in-Chief/A. Fact Witnesses/Hood, David/Deposition Transcripts
III. Trial Witnesses/1. Plaintiff LAAG Case-in-Chief/B. Expert Witnesses
III. Trial Witnesses/1. Plaintiff LAAG Case-in-Chief/B. Expert Witnesses/Abramson, John David (M.D.)
III. Trial Witnesses/1. Plaintiff LAAG Case-in-Chief/B. Expert Witnesses/Abramson, John David (M.D.)/Deposition Transcripts
III. Trial Witnesses/1. Plaintiff LAAG Case-in-Chief/B. Expert Witnesses/Abramson, John David (M.D.)/Expert Challenges
III. Trial Witnesses/1. Plaintiff LAAG Case-in-Chief/B. Expert Witnesses/Abramson, John David (M.D.)/Expert Report
III. Trial Witnesses/1. Plaintiff LAAG Case-in-Chief/B. Expert Witnesses/Graham, David Y. (M.D.)
III. Trial Witnesses/1. Plaintiff LAAG Case-in-Chief/B. Expert Witnesses/Kessler, David (M.D.)
III. Trial Witnesses/1. Plaintiff LAAG Case-in-Chief/B. Expert Witnesses/MacGregor, John S. (M.D.)
III. Trial Witnesses/2. Defendant Merck Case

KS-0Q0639

III. Trial Witnesses/2. Defendant Merck Case/A. Merck Fact Witnesses

III. Trial Witnesses/2. Defendant Merck Case/A. Merck Fact Witnesses/Bearden, Ben

III. Trial Witnesses/2. Defendant Merck Case/A. Merck Fact Witnesses/Bearden, Ben/Deposition Designation

III. Trial Witnesses/2. Defendant Merck Case/A. Merck Fact Witnesses/Bearden, Ben/Deposition Transcripts

III. Trial Witnesses/2. Defendant Merck Case/A. Merck Fact Witnesses/Castille, Charles F.

III. Trial Witnesses/2. Defendant Merck Case/A. Merck Fact Witnesses/Taylor, Valerie

III. Trial Witnesses/2. Defendant Merck Case/A. Merck Fact Witnesses/Terrebonne, Mary Julie

III. Trial Witnesses/2. Defendant Merck Case/B. Merck Expert Witnesses

III. Trial Witnesses/2. Defendant Merck Case/B. Merck Expert Witnesses/Eisworth, Clement C. Jr. (M.D.)

III. Trial Witnesses/2. Defendant Merck Case/B. Merck Expert Witnesses/Eisworth, Clement C. Jr. (M.D.)/Deposition Transcripts

III. Trial Witnesses/2. Defendant Merck Case/B. Merck Expert Witnesses/Eisworth, Clement C. Jr. (M.D.)/Expert Challenges

III. Trial Witnesses/2. Defendant Merck Case/B. Merck Expert Witnesses/Eisworth, Clement C. Jr. (M.D.)/Expert Report

III. Trial Witnesses/2. Defendant Merck Case/B. Merck Expert Witnesses/Parnell, Melvin L. Jr (M.D.)

III. Trial Witnesses/2. Defendant Merck Case/B. Merck Expert Witnesses/Rarick, Lisa D. (M.D.)

III. Trial Witnesses/2. Defendant Merck Case/B. Merck Expert Witnesses/Sales, David J. (M.D.)

III. Trial Witnesses/2. Defendant Merck Case/B. Merck Expert Witnesses/Wells, Jerry F. (R.Ph.)

III. Trial Witnesses/2. Defendant Merck Case/B. Merck Expert Witnesses/Wiggins, Steven N.

(04) IV. Motions in Limine

IV. Motions in Limine/A. Orders

IV. Motions in Limine/B. Merck Motions in Limine

IV. Motions in Limine/B. Merck Motions in Limine/1. Mrk Mtn Limine No. 1-exclude evidence criticizing FDA

IV. Motions in Limine/B. Merck Motions in Limine/1. Mrk Mtn Limine No. 1-exclude evidence criticizing FDA/Merck

IV. Motions in Limine/B. Merck Motions in Limine/1. Mrk Mtn Limine No. 1-exclude evidence criticizing FDA/Plaintiff

IV. Motions in Limine/B. Merck Motions in Limine/2.Mrk Mtn Limine No. 2-exclude evidence re hypothetical scenarios

KS-090640

IV. Motions in Limine/B. Merck Motions in Limine/3.Mrk Mtn Limine No. 3-exclude unrelated marketing materials

IV. Motions in Limine/B. Merck Motions in Limine/4.Mrk Mtn Limine No. 4-exclude evidence of MRK attempt to persuade LA officials

IV. Motions in Limine/B. Merck Motions in Limine/5. Mrk Mtn Limine No. 5-exclude testimony re change vioxx label prior to 2002

IV. Motions in Limine/B. Merck Motions in Limine/6.Mrk Mtn Limine No. 6-exclude alleged MRK conduct with no nexus

IV. Motions in Limine/B. Merck Motions in Limine/7. Mrk Mtn Limine No. 7-exclude Fries letter

IV. Motions in Limine/B. Merck Motions in Limine/8.Mrk Mtn Limine No. 8-exclude profit motive

IV. Motions in Limine/B. Merck Motions in Limine/9.Mrk Mtn Limine No. 9-exclude reference to post-marketing AE reports

IV. Motions in Limine/B. Merck Motions in Limine/10.Mrk Mtn Limine No. 10-exclude excess events calculation

IV. Motions in Limine/B. Merck Motions in Limine/11.Mrk Mtn Limine No. 11-exclude evidence Alzheimer trials

IV. Motions in Limine/B. Merck Motions in Limine/12.Mrk Mtn Limine No. 12-exclude testimony of Nicholas Jewell

IV. Motions in Limine/B. Merck Motions in Limine/13.Mrk Mtn Limine No. 13-exclude evidence Merck Misled FDA

IV. Motions in Limine/B. Merck Motions in Limine/14.Mrk Mtn Limine No. 14-exclude Waxman memo

IV. Motions in Limine/B. Merck Motions in Limine/15.MRK Omnibus Motion in Limine-exclude testimony raised by prior mtn

IV. Motions in Limine/C. Plaintiffs Motion in Limine

IV. Motions in Limine/C. Plaintiffs Motion in Limine/PL Mtn Limine No. 2, 12, and 17

IV. Motions in Limine/C. Plaintiffs Motion in Limine/PL Mtn Limine No. 2, 12, and 17/Merck

IV. Motions in Limine/C. Plaintiffs Motion in Limine/PL Mtn Limine No. 2, 12, and 17/Plaintiff

IV. Motions in Limine/C. Plaintiffs Motion in Limine/PL Omnibus Motion in Limine

(05)   V. Additional Information

V. Additional Information/A. All Witnesses[1]

V. Additional Information/A. All Witnesses/Anstice, David (MDL witness)

V. Additional Information/A. All Witnesses/Anstice, David (MDL witness)/Deposition Designation

---

[1] Some file folders for the MDL witnesses may vary but will typically include deposition designations, expert challenges, trial testimony, video and reports from Barnett Trial as well as those files generated for the LAAG Trial.

KS-000641

V. Additional Information/A. All Witnesses/Anstice, David (MDL witness)/Deposition Designation/Barnett Trial

V. Additional Information/A. All Witnesses/Anstice, David (MDL witness)/Deposition Designation/Plaintiff

V. Additional Information/A. All Witnesses/Anstice, David (MDL witness)/Deposition Transcripts

V. Additional Information/A. All Witnesses/Anstice, David (MDL witness)/Trial Testimony/Barnett Trial

V. Additional Information/A. All Witnesses/Anstice, David (MDL witness)/Video

V. Additional Information/A. All Witnesses/Avorn, Jerry (M.D.) (MDL witness)

V. Additional Information/A. All Witnesses/Baumgartner, Susan (MDL witness)

V. Additional Information/A. All Witnesses/Biglane, Gina C. (Pharm.D)

V. Additional Information/A. All Witnesses/Blake, Mary Elizabeth (MDL witness)

V. Additional Information/A. All Witnesses/Cannel, Tom (MDL witness)

V. Additional Information/A. All Witnesses/Curtis, David L. (M.D.)

V. Additional Information/A. All Witnesses/Davis, Michael E.

V. Additional Information/A. All Witnesses/Edwards, Kerry I.

V. Additional Information/A. All Witnesses/Epstein, Stephen (M.D.) (MDL witness)

V. Additional Information/A. All Witnesses/Fevurly, John

V. Additional Information/A. All Witnesses/Gilmartin, Raymond (MDL witness)

V. Additional Information/A. All Witnesses/Goldberg, Allan I. (M.D.)

V. Additional Information/A. All Witnesses/Harris, Jeffrey E. (M.D., P.hd)

V. Additional Information/A. All Witnesses/Julie, Neil (M.D.)

V. Additional Information/A. All Witnesses/Kaiser, Fran (M.D.)

V. Additional Information/A. All Witnesses/Kronmal, Richard (Biostatistician) (MDL witness)

V. Additional Information/A. All Witnesses/Laine, Loren (M.D.)

V. Additional Information/A. All Witnesses/Lambert, Warren J.

V. Additional Information/A. All Witnesses/Leach, Terry (Pharm.D)

V. Additional Information/A. All Witnesses/Lee, Terri

V. Additional Information/A. All Witnesses/Lepore, Wendy S.

V. Additional Information/A. All Witnesses/Morrison, Briggs (MDL witness)

V. Additional Information/A. All Witnesses/Nies, Alan S. (M.D.) (MDL witness)

V. Additional Information/A. All Witnesses/Ogle, Mary

V. Additional Information/A. All Witnesses/Pechmann, Cornelia (Ph.D) (MDL witness)

V. Additional Information/A. All Witnesses/Reicin, Alise (MDL witness)

V. Additional Information/A. All Witnesses/Scolnick, Edward (M.D.) (MDL witness)

V. Additional Information/A. All Witnesses/Shearer, Stephen W.

V. Additional Information/A. All Witnesses/Silvers, David R. (M.D.)

V. Additional Information/A. All Witnesses/Turner, Holly Jacques

V. Additional Information/A. All Witnesses/Weiner, Jan (MDL witness)

V. Additional Information/A. All Witnesses/Welch, Douglas

V. Additional Information/A. All Witnesses/Wendt, Melwyn (Pharm.D)

V. Additional Information/B. Additional Transcripts

V. Additional Information/B. Additional Transcripts/Merck TX Transcripts

V. Additional Information/B. Additional Transcripts/Merck TX Transcripts/Charles R. Grezlak TX Depo

V. Additional Information/B. Additional Transcripts/Merck TX Transcripts/Dechert Production 11.18.09

V. Additional Information/B. Additional Transcripts/Merck TX Transcripts/Fran E. Kaiser (M.D) TX Depo

V. Additional Information/B. Additional Transcripts/Merck TX Transcripts/Holly Jacques Turner TX Depo

V. Additional Information/B. Additional Transcripts/Merck TX Transcripts/Jeffrey M. Melin (M.D) TX Depo

V. Additional Information/B. Additional Transcripts/Merck TX Transcripts/John Fevurly TX Depo

V. Additional Information/B. Additional Transcripts/Merck TX Transcripts/Lepore TX Depo

V. Additional Information/B. Additional Transcripts/Merck TX Transcripts/Michael Davis TX

V. Additional Information/B. Additional Transcripts/Merck TX Transcripts/Michael J. Kelly TX Depo

V. Additional Information/B. Additional Transcripts/Merck TX Transcripts/Terri Lee TX Depo

V. Additional Information/B. Additional Transcripts/Merck TX Transcripts/TX Exhibits.xls

V. Additional Information/B. Additional Transcripts/Merck TX Transcripts/TX List of Transcripts.xlsm

V. Additional Information/B. Additional Transcripts/Merck TX Transcripts/TX Transcripts.xls

V. Additional Information/C. Pre Trial Order & Witness List

V. Additional Information/C. Pre Trial Order & Witness List/Merck

V. Additional Information/C. Pre Trial Order & Witness List/Plaintiff

V. Additional Information/C. Pre Trial Order & Witness List/Pre-Trial Order

V. Additional Information/D. Additional Motions

V. Additional Information/D. Additional Motions/Daubert Motions-Exclude Testimony

V. Additional Information/D. Additional Motions/Daubert Motions-Exclude Testimony/1. Orders

V. Additional Information/D. Additional Motions/Daubert Motions-Exclude Testimony/Merck Motions

KS-000643

V. Additional Information/D. Additional Motions/Daubert Motions-Exclude Testimony/Merck Motions/Mtn to exclude testimony of Dr. Cornelia Pechmann

V. Additional Information/D. Additional Motions/Daubert Motions-Exclude Testimony/Merck Motions/Mtn to exclude testimony of Dr. Jerry Avorn

V. Additional Information/D. Additional Motions/Daubert Motions-Exclude Testimony/Merck Motions/Mtn to exclude testimony of Dr. Neil Julie

V. Additional Information/D. Additional Motions/Daubert Motions-Exclude Testimony/Merck Motions/Mtn to exclude testimony of Jeffrey Harris

V. Additional Information/D. Additional Motions/Daubert Motions-Exclude Testimony/Merck Motions/Mtn to exclude testimony of Richard Kronmal

V. Additional Information/D. Additional Motions/Daubert Motions-Exclude Testimony/Merck Motions/Mtn to exclude testimony of Terry Leach

V. Additional Information/D. Additional Motions/Daubert Motions-Exclude Testimony/Plaintiff motions

V. Additional Information/D. Additional Motions/Daubert Motions-Exclude Testimony/Plaintiff motions/Mtn to exclude certain opinion testimony of MRK experts

V. Additional Information/D. Additional Motions/Daubert Motions-Exclude Testimony/Plaintiff motions/Mtn to exclude certain testimony of MRK experts re personal experience

V. Additional Information/D. Additional Motions/Motion for Reconsideration of SMJ Ruling

V. Additional Information/D. Additional Motions/Motion for Reconsideration of SMJ Ruling/Merck

V. Additional Information/D. Additional Motions/Motion for Reconsideration of SMJ Ruling/Order

V. Additional Information/D. Additional Motions/Motion for Reconsideration of SMJ Ruling/Plaintiff

V. Additional Information/D. Additional Motions/Motion to Compel

V. Additional Information/D. Additional Motions/Motion to Compel/Merck Motions

V. Additional Information/D. Additional Motions/Motion to Compel/Plaintiffs Motions

V. Additional Information/D. Additional Motions/Motion to consolidate

V. Additional Information/D. Additional Motions/Motion to Dismiss

V. Additional Information/D. Additional Motions/Motion to Quash

V. Additional Information/D. Additional Motions/Motion to Quash/Merck mtn quash subpoena on Drug Research Services

V. Additional Information/D. Additional Motions/Motion to Remand

V. Additional Information/D. Additional Motions/Motion to Strike

V. Additional Information/D. Additional Motions/Motions for summary judgment

V. Additional Information/D. Additional Motions/Motions for summary judgment/Merck

KS-000644

V. Additional Information/D. Additional Motions/Motions for summary judgment/Plaintiff

V. Additional Information/D. Additional Motions/Parties Deposition Designations

V. Additional Information/D. Additional Motions/Parties Deposition Designations/Merck Designations

V. Additional Information/D. Additional Motions/Parties Deposition Designations/Merck Objections

V. Additional Information/D. Additional Motions/Parties Deposition Designations/Plaintiff Designations

V. Additional Information/D. Additional Motions/Parties Deposition Designations/Plaintiff Objections

V. Additional Information/D. Additional Motions/Parties Deposition Designations/Rulings

V. Additional Information/D. Additional Motions/Post Trial Motions

V. Additional Information/D. Additional Motions/Post Trial Motions/Merck Rule 52c Motion for Judgment on Partial Findings

V. Additional Information/D. Additional Motions/Post Trial Motions/Merck Rule 52c Motion for Judgment on Partial Findings/Merck

V. Additional Information/D. Additional Motions/Post Trial Motions/Merck Rule 52c Motion for Judgment on Partial Findings/Plaintiff

V. Additional Information/D. Additional Motions/Post Trial Motions/Proposed Findings of Fact

V. Additional Information/D. Additional Motions/Post Trial Motions/Proposed Findings of Fact/Merck

V. Additional Information/D. Additional Motions/Post Trial Motions/Proposed Findings of Fact/Plaintiff

KS-090645