Exhibit "60"

# IN RE: VIOXX® LITIGATION

# LIST OF ARTICLES

### ATTORNEY WORK PRODUCT

### PRIVILEGED AND CONFIDENTIAL

### *** DO NOT PRODUCE ***

Compiled by Kline & Specter, P.C.

**KS-000696**

# IN RE: VIOXX® LITIGATION

# LIST OF ARTICLES

# (sorted by Journal)

### ATTORNEY WORK PRODUCT

### PRIVILEGED AND CONFIDENTIAL

### *** DO NOT PRODUCE ***

Compiled by Kline & Specter, P.C.

KS-000697

List of Articles

(1)  Seedher N, Bhatia S. Solubility enhancement of Cox-2 inhibitors using various solvent systems. AAPS PharmSciTech 2003; 4(3):E33.

(2)  Baboota S, Dhaliwal M, Kohli K. Physicochemical characterization, in vitro dissolution behavior, and pharmacodynamic studies of rofecoxib-cyclodextrin inclusion compounds. preparation and properties of rofecoxib hydroxypropyl beta-cyclodextrin inclusion complex: a technical note. AAPS PharmSciTech 2005; 6(1):E83-E90.

(3)  Sammour OA, Hammad MA, Megrab NA, Zidan AS. Formulation and optimization of mouth dissolve tablets containing rofecoxib solid dispersion. AAPS PharmSciTech 2006; 7(2):E55.

(4)  Summers RL, Jones SM, Givertz AR. Comparison of the Efficacy of Rofecoxib and Ibuprofen for the Treatment of Acute Musculoskeletal Pain in the Emergency Department. Academic Emergency Medicine 7[5], 528. 2000.
Ref Type: Abstract

(5)  Chang DJ, Christensen KS, Bulloch SE et al. Superior Efficacy of Rofecoxib Compared to Codeine with Acetaminophen for the Treatment of Acute Pain. Academic Emergency Medicine 8[5], 429. 2001.
Ref Type: Abstract

(6)  Meyerhoff J. Rofecoxib, 25 mg/d, was more effective than rofecoxib, 12.5 mg/d, celecoxib, or acetaminophen in osteoarthritis of the knee. ACP J Club 2002; 137(1):26.

(7)  Juurlink DN. Rofecoxib increased thrombotic events in patients with colorectal adenomas. ACP J Club 2005; 143(1):2.

(8)  Bradley CP. Review: risk for cardiovascular events is increased with rofecoxib, diclofenac, and indomethacin but not celecoxib. ACP J Club 2007; 146(1):24.

(9)  Molony DA. Review: rofecoxib increases renal events and arrhythmia, but a COX-2-inhibitor class effect does not exist. ACP J Club 2007; 146(1):25.

(10)  Romsing J, Moiniche S. A systematic review of COX-2 inhibitors compared with traditional NSAIDs, or different COX-2 inhibitors for post-operative pain. Acta Anaesthesiol Scand 2004; 48(5):525-546.

(11)  Cabrera MC, Schmied S, Derderian T et al. Efficacy of oral rofecoxib versus intravenous ketoprofen as an adjuvant to PCA morphine after urologic surgery. Acta Anaesthesiol Scand 2004; 48(9):1190-1193.

(12)  Reuben SS. The safety of the perioperative administration of cyclooxygenase-2 inhibitors for post-surgical pain. Acta Anaesthesiol Scand 2005; 49(3):424.

(13)  Romsing J, Moiniche S, Mathiesen O, Dahl JB. Reduction of opioid-related adverse events using opioid-sparing analgesia with COX-2 inhibitors lacks documentation: a systematic review. Acta Anaesthesiol Scand 2005; 49(2):133-142.

(14)  Straube S, Derry S, McQuay HJ, Moore RA. Effect of preoperative Cox-II-selective NSAIDs (coxibs) on postoperative outcomes: a systematic review of randomized studies. Acta Anaesthesiol Scand 2005; 49(5):601-613.

(15)  Mikkelsen S, Hilsted KL, Andersen PJ et al. The effect of gabapentin on post-operative pain following tonsillectomy in adults. Acta Anaesthesiol Scand 2006; 50(7):809-815.

(16)  Pogliacomi F, Vaienti E. Misdiagnosed iuxta-articular osteoid osteoma of the calcaneus following an injury. Acta Biomed 2003; 74(3):144-150.

(17)  Rioda WT, Nervetti A. [Specific inhibitors of cyclooxygenase-2 (COX-2): current knowledge and perspectives]. Acta Biomed Ateneo Parmense 2001; 72(3-4):55-64.

(18)  Kruse R, Ruzicka T, Grewe M. Intolerance reactions due to the selective cyclooxygenase type II inhibitors rofecoxib and celecoxib. Results of oral provocation tests in patients with NSAID hypersensitivity. Acta Derm Venereol 2003; 83(3):183-185.

(19)  Tikiz C, Utuk O, Bayturan O, Bayindir P, Ekmekci C, Tikiz H. Selective COX-2 inhibition with different doses of rofecoxib does not impair endothelial function in patients with coronary artery disease. Acta Med Okayama 2005; 59(1):11-17.

KS-000698

1

(20) van der Heide HJ, Rijnberg WJ, van SA, van RA, Schreurs BW. Similar effects of rofecoxib and indomethacin on the incidence of heterotopic ossification after hip arthroplasty. Acta Orthop 2007; 78(1):90-94.

(21) Grohs JG, Schmidt M, Wanivenhaus A. Selective COX-2 inhibitor versus indomethacin for the prevention of heterotopic ossification after hip replacement: a double-blind randomized trial of 100 patients with 1-year follow-up. Acta Orthop 2007; 78(1):95-98.

(22) Aspenberg P. Avoid cox inhibitors after skeletal surgery! Acta Orthop Scand 2002; 73(5):489-490.

(23) Barthel T, Baumann B, Noth U, Eulert J. Prophylaxis of heterotopic ossification after total hip arthroplasty: a prospective randomized study comparing indomethacin and meloxicam. Acta Orthop Scand 2002; 73(6):611-614.

(24) Pihl L, Nylander O. Products of cyclooxygenase-2 depress duodenal function in rats subjected to abdominal surgery. Acta Physiol (Oxf) 2006; 186(4):279-290.

(25) Dahlgren N, Nilsson B, Sakabe T, Siesjo BK. The effect of indomethacin on cerebral blood flow and oxygen consumption in the rat at normal and increased carbon dioxide tensions. Acta Physiol Scand 1981; 111(4):475-485.

(26) Johnson AJ, Song X, Hsu A, Chen C. Apoptosis signaling pathways mediated by cyclooxygenase-2 inhibitors in prostate cancer cells. Adv Enzyme Regul 2001; 41:221-235.

(27) Chan CC, Rodger IW. Selective cyclooxygenase-2 inhibitors as potential therapeutic agents for inflammatory diseases. Adv Exp Med Biol 1997; 407:157-161.

(28) Moncada S, Vane JR. Mode of action of aspirin-like drugs. Adv Intern Med 1979; 24:1-22.

(29) Juni P, Dieppe P. Older people should NOT be prescribed 'coxibs' in place of conventional NSAIDs. Age Ageing 2004; 33(2):100-104.

(30) Ashton D, Kim P, Griffiths N, Beran R. Cognitive decline with chronic meningitis secondary to a COX-2 inhibitor. Age Ageing 2004; 33(4):408-409.

(31) Dorn GW. Role of thromboxane A2 in mitogenesis of vascular smooth muscle cells. Agents Actions Suppl 1997; 48:42-62.

(32) Truitt KE, Sperling RS, Ettinger WH, Jr. et al. A multicenter, randomized, controlled trial to evaluate the safety profile, tolerability, and efficacy of rofecoxib in advanced elderly patients with osteoarthritis. Aging (Milano.) 13[2], 112-121. 2001.
Ref Type: Abstract

(33) Lowe SH, Prins JM, van der LJ, Lange JM. Does highly active antiretroviral therapy induce sickle cell crises? AIDS 2002; 16(11):1572-1574.

(34) Johansson CC, Bryn T, Aandahl EM et al. Treatment with type-2 selective and non-selective cyclooxygenase inhibitors improves T-cell proliferation in HIV-infected patients on highly active antiretroviral therapy. AIDS 2004; 18(6):951-952.

(35) Kvale D, Ormaasen V, Kran AM et al. Immune modulatory effects of cyclooxygenase type 2 inhibitors in HIV patients on combination antiretroviral treatment. AIDS 2006; 20(6):813-820.

(36) Iida M, Iida H, Fujiwara H, Dohi S. Effects of alcohol infusion on smoking-induced cerebrovascular changes in rat in vivo. Alcohol 2003; 30(3):175-181.

(37) Novotna B, Lanikova Z, Dolina J. Tolerance na rofecoxib u pacientii s intoleranci na aspirin (ASA) a neb0 nesteroidni antirevmatika (NSA) Tolerance to rofecoxib in Patients with Aspirin - Sensitivity. Alergie 2002; 4(2):149-151.

(38) Montalvo S, Davila I, Laffond E, Moreno E, Lorente F. TOLERANCIA DE ROFECOXIB EN PACIENTES CON REACCIONES A AINES - [Rofecoxib tolerance in patients with NSAID-induced reactions] [ABSTRACT]. Alergol Inmunol Clin 2003; 18(4):214-216.

(39) Donnelly MT, Hawkey CJ. Review article: COX-II inhibitors--a new generation of safer NSAIDs? Aliment Pharmacol Ther 1997; 11(2):227-236.

KS-000699

(40)  Davies NM. Review article: non-steroidal anti-inflammatory drug-induced gastrointestinal permeability. Aliment Pharmacol Ther 1998; 12(4):303-320.

(41)  McCartney SA, Mitchell JA, Fairclough PD, Farthing MJ, Warner TD. Selective COX-2 inhibitors and human inflammatory bowel disease. Aliment Pharmacol Ther 1999; 13(8):1115-1117.

(42)  Lanza FL, Rack MF, Simon TJ et al. Specific inhibition of cyclooxygenase-2 with MK-0966 is associated with less gastroduodenal damage than either aspirin or ibuprofen. Aliment Pharmacol Ther 1999; 13(6):761-767.

(43)  Hawkey CJ, Jackson L, Harper SE, Simon TJ, Mortensen E, Lines CR. Review article: the gastrointestinal safety profile of rofecoxib, a highly selective inhibitor of cyclooxygenase-2, in humans. Aliment Pharmacol Ther 2001; 15(1):1-9.

(44)  Hawkey CJ, Laine L, Harper SE, Quan HU, Bolognese JA, Mortensen E. Influence of risk factors on endoscopic and clinical ulcers in patients taking rofecoxib or ibuprofen in two randomized controlled trials. Aliment Pharmacol Ther 2001; 15(10):1593-1601.

(45)  Tanaka A, Araki H, Hase S, Komoike Y, Takeuchi K. Up-regulation of COX-2 by inhibition of COX-1 in the rat: a key to NSAID-induced gastric injury. Aliment Pharmacol Ther 2002; 16 Suppl 2:90-101.

(46)  Micklewright R, Lane S, Linley W, McQuade C, Thompson F, Maskrey N. Review article: NSAIDs, gastroprotection and cyclo-oxygenase-II-selective inhibitors. Aliment Pharmacol Ther 2003; 17(3):321-332.

(47)  Reinisch W, Miehsler W, Dejaco C et al. An open-label trial of the selective cyclo-oxygenase-2 inhibitor, rofecoxib, in inflammatory bowel disease-associated peripheral arthritis and arthralgia. Aliment Pharmacol Ther 2003; 17(11):1371-1380.

(48)  Alsalameh S, Burian M, Mahr G, Woodcock BG, Geisslinger G. Review article: The pharmacological properties and clinical use of valdecoxib, a new cyclo-oxygenase-2-selective inhibitor. Aliment Pharmacol Ther 2003; 17(4):489-501.

(49)  Scheiman JM, Greenson JK, Lee J, Cryer B. Effect of cyclooxygenase-2 inhibition on human Helicobacter pylori gastritis: mechanisms underlying gastrointestinal safety and implications for cancer chemoprevention. Aliment Pharmacol Ther 2003; 17(12):1535-1543.

(50)  Norgard B, Pedersen L, Johnsen SP et al. COX-2-selective inhibitors and the risk of upper gastrointestinal bleeding in high-risk patients with previous gastrointestinal diseases: a population-based case-control study. Aliment Pharmacol Ther 2004; 19(7):817-825.

(51)  Biancone L, Tosti C, Geremia A et al. Rofecoxib and early relapse of inflammatory bowel disease: an open-label trial. Aliment Pharmacol Ther 2004; 19(7):755-764.

(52)  Kimmey MB, Lanas A. Review article: appropriate use of proton pump inhibitors with traditional nonsteroidal anti-inflammatory drugs and COX-2 selective inhibitors. Aliment Pharmacol Ther 2004; 19 Suppl 1:60-65.

(53)  Hawkey CJ, Farkouh M, Gitton X, Ehrsam E, Huels J, Richardson P. Therapeutic arthritis research and gastrointestinal event trial of lumiracoxib - study design and patient demographics. Aliment Pharmacol Ther 2004; 20(1):51-63.

(54)  Lazzaroni M, Bianchi PG. Gastrointestinal side-effects of traditional non-steroidal anti-inflammatory drugs and new formulations. Aliment Pharmacol Ther 2004; 20 Suppl 2:48-58.

(55)  Kivitz AJ, Nayiager S, Schimansky T, Gimona A, Thurston HJ, Hawkey C. Reduced incidence of gastroduodenal ulcers associated with lumiracoxib compared with ibuprofen in patients with rheumatoid arthritis. Aliment Pharmacol Ther 2004; 19(11):1189-1198.

(56)  Sorensen HT, Jacobsen J, Norgaard M, Pedersen L, Johnsen SP, Baron JA. Newer cyclo-oxygenase-2 selective inhibitors, other non-steroidal anti-inflammatory drugs and the risk of acute pancreatitis. Aliment Pharmacol Ther 2006; 24(1):111-116.

(57)  Triadafilopoulos G, Kaur B, Sood S, Traxler B, Levine D, Weston A. The effects of esomeprazole combined with aspirin or rofecoxib on prostaglandin E2 production in patients with Barrett's oesophagus. Aliment Pharmacol Ther 2006; 23(7):997-1005.

**KS-000700**

(58) Thomsen RW, Riis A, Christensen S, McLaughlin JK, Sorensen HT. Outcome of peptic ulcer bleeding among users of traditional non-steroidal anti-inflammatory drugs and selective cyclo-oxygenase-2 inhibitors. Aliment Pharmacol Ther 2006; 24(10):1431-1438.

(59) Nielsen OH, Ainsworth M, Csillag C, Rask-Madsen J. Systematic review: coxibs, non-steroidal anti-inflammatory drugs or no cyclooxygenase inhibitors in gastroenterological high-risk patients? Aliment Pharmacol Ther 2006; 23(1):27-33.

(60) Abraham NS, El-Serag HB, Hartman C, Richardson P, Deswal A. Cyclooxygenase-2 selectivity of non-steroidal anti-inflammatory drugs and the risk of myocardial infarction and cerebrovascular accident. Aliment Pharmacol Ther 2007; 25(8):913-924.

(61) Ludwig RJ, Zollner TM, Kaufmann R, Boehncke WH. Tolerancia de rofecoxib en pacientes con reacciones a AINES [Rofecoxib tolerance in patients with NSAID-induced reactions]. Allergo J 2002; 11(6):394-396.

(62) Karakaya G, Kalyoncu AF. Safety of nimesulide, meloxicam and rofecoxib as alternative analgesics. Allergol Immunopathol (Madr ) 2000; 28(6):319-321.

(63) Senna GE, Governa M, Dama AR et al. Toxic Epidermal Necrolysis Due To Nimesulide (Abstract 416). Allergy 1997; 52(37 Suppl):133.

(64) Minore G, Pederzoli M, DeBenedictis E. Follow-up of subjects with negative oral challenge test for nimesulide [ABSTRACT 152]. Allergy 2000; 55(63 Suppl.):50.

(65) Enrique E, Cistero-Bahima A, San Miguel-Moncin MM, Alonso R. Rofecoxib should be tried in NSAID hypersensitivity. Allergy 2000; 55(11):1090.

(66) Asero R. Multiple sensitivity to NSAID. Allergy 2000; 55(9):893-894.

(67) Fonseca J, Rodrigues J, Moreira A, Vaz M. Pseudo-allergic reactions to nimesulide in NSAID-intolerant patients in a population with high consumption of this drug (ABSTRACT 151). Allergy 2000; 55(63 Suppl):50.

(68) Berges-Gimeno MP, Camacno Garrido E, Garcia-Rodriguez RM et al. Rofecoxib, a selective high affinity cox-2 inhibitor has proved to be safe in urticaria1 angioedema associated with NSAIDs intolerance [ABSTRACT 143]. Allergy 2001; 56(68 Suppl.):49.

(69) Asero R. Tolerability of rofecoxib. Allergy 2001; 56(9):916-917.

(70) Valero A, Baltasar MA, Enrique E et al. Rofecoxib a COX-1 sparing in NSAIDs sensitive patients [ABSTRACT 704]. Allergy 2001; 56(68 Suppl.):221.

(71) Matucci A, Rossi O, Cecchi L et al. Rofecoxib a new alternative in patients with intolerance to NSAIDs [ABSTRACT 709]. Allergy 2001; 56(68 Suppl.):222-223.

(72) Boehncke WH, Kaufmann R, Zollner TM. Tolerance to the selective cyclooxygenase-2 inhibitor rofecoxib in patients intolerant to non-steroidal antiphlogistics [ABSTRACT 705]. Allergy 2001; 56(68 Suppl.):222.

(73) Hinrichs R, Ritzkowsky A, Hunzelmann N, Krieg T, Scharffetter-Kochanek K. Rofecoxib as an alternative in aspirin hypersensitivity. Allergy 2001; 56(8):789.

(74) Pacor ML, DiLorenzo G, Biasi D, Corrocher R. Cox 2 Inhibitors in patients with adverse reaction to non steroidal antiinflammatory drugs [ABSTRACT 144]. Allergy 2001; 56(68 Suppl.):49-50.

(75) Berges-Gimeno MP, Camacho-Garrido E, Garcia-Rodriguez RM, Alfaya T, Martin GC, Hinojosa M. Rofecoxib safe in NSAID hypersensitivity. Allergy 2001; 56(10):1017-1018.

(76) Grob M, Pichler WJ, Wuthrich B. Anaphylaxis to celecoxib. Allergy 2002; 57(3):264-265.

(77) Valero A, Baltasar M, Enrique E et al. NSAID-sensitive patients tolerate rofecoxib. Allergy 2002; 57(12):1214-1215.

(78) Garcia-Rodriguez RM, Hinojosa M, Camacho-Garrido E, Berges GP, Martin GC. Celecoxib, safe in NSAID intolerance. Allergy 2002; 57(11):1085-1086.

KS-000701

(79)    Novotna B, Lanikova Z, Dolina J. Tolerance to rofecoxib in patients with intolerance to acetylsalicylic acid and or nonsteroidal anti-inflammatory drugs [ABSTRACT 849]. Allergy 2002; 57(73 Suppl.):263.

(80)    Lopes Pregal A, Spinola Santos A, Lopes de Silva S, Costa C, Pedro E, Palma-Carlos AG. Nonsteroidal anti-inflammatory drugs hypersensitivity comparative study:  celecoxib vs. rofecoxib [ABSTRACT 846]. Allergy 2002; 57(73 Suppl.):262.

(81)    Bavbek S, Celik G, Ozer F, Mungan D, Mysyrlygil Z. Safety of selective COX-2 inhibitors in aspirin/nonsteroidal anti-inflammatory drugs-intolerant patients:  comparison of nimesulide, meloxicam and rofecoxib [ABSTRACT 850]. Allergy 2002; 57(73 Suppl.):263.

(82)    Weber-Mani U, Reimers A, Pichler WJ, Muller U. elecoxib-induced anaphylaxis: a case report [ABSTRACT 815]. Allergy 2002; 57(73 Suppl.):253.

(83)    Moreira A, Rodrigues J, Fonseca J, Vaz M. Is atopy associated with severe NSAID idiosyncratic reactions? [ABSTRACT 847]. Allergy 2002; 57(73 Suppl.):262.

(84)    Posters: Drug allergy. Allergy 2002; 57 Suppl 73:256-270.

(85)    Poster Discussion Session 11: Atopic dermatitis and urticaria. Allergy 2002; 57 Suppl 73:300-304.

(86)    Ludwig RJ, Zollner TM, Kaufmann R, Boehncke WH. The selective cyclooxygenase-2-inhibitor rofecoxib improves the treatment of chronic idiopathic urticaria in combination with H1 antihistamines [ABSTRACT 994]. Allergy 2002; 57(73 Suppl.):304.

(87)    Poster Discussion Session 8: Drug allergy. Allergy 2002; 57 Suppl 73:250-255.

(88)    Brost H, Ott H, Pfannenstiel C, Wenzl TG, Heimann G. Aspirin intolerance in boy with primary ciliary dyskinesia. Allergy 2003; 58(2):158-164.

(89)    Munoz-Bellido FJ, Terron M, Leon A. Safety of rofecoxib in nonsteroidal anti-inflammatory drugs intolerance. Allergy 2003; 58(10):1072-1075.

(90)    Gibbs BF, Boehncke WH. Effects of rofecoxib, celecoxib, and parecoxib on anti-IgE-induced histamine release from human skin mast cells and basophils. Allergy 2003; 58(10):1075-1076.

(91)    Nucera E, Schiavino D, Pollastrini E et al. Tolerance induction to rofecoxib in a patient with Bartter's syndrome. Allergy 2004; 59(7):788-789.

(92)    Matucci A, Parronchi P, Vultaggio A et al. Partial safety of the new COX-2 inhibitor rofecoxib in NSAIDs high sensitive patients. Allergy 2004; 59(10):1133-1134.

(93)    Noble SL, King DS, Olutade JI. Cyclooxygenase-2 enzyme inhibitors: place in therapy. Am Fam Physician 2000; 61(12):3669-3676.

(94)    Miksanek T. Diary from a week in practice. Am Fam Physician 2001; 64(9):1547-1548.

(95)    Smucny J, Chai G. Are selective COX-2 inhibitors as effective as NSAIDs in patients with rheumatoid arthritis? Am Fam Physician 2004; 69(3):595-596.

(96)    Frishman WH, Christodoulou J, Weksler B, Smithen C, Killip T, Scheidt S. Aspirin therapy in angina pectoris: effects on platelet aggregation, exercise tolerance, and electrocardiographic manifestations of ischemia. Am Heart J 1976; 92(1):3-10.

(97)    Smith EF, Lefer AM. Stabilization of cardiac lysosomal and cellular membranes in protection of ischemic myocardium due to coronary occlusion:efficacy of the nonsteroidal anti-inflammatory agent, naproxen. Am Heart J 1981; 101(4):394-402.

(98)    Furman MI, Kereiakes DJ, Krueger LA et al. Leukocyte-platelet aggregation, platelet surface P-selectin, and platelet surface glycoprotein IIIa after percutaneous coronary intervention: Effects of dalteparin or unfractionated heparin in combination with abciximab. Am Heart J 2001; 142(5):790-798.

KS-000702

(99)   Ray WA, Murray KT. Aspirin: redundant in users of nonaspirin, nonsteroidal antiinflammatory agents? Am Heart J 2002; 143(3):381-382.

(100)   Ko D, Wang Y, Berger AK, Radford MJ, Krumholz HM. Nonsteroidal antiinflammatory drugs after acute myocardial infarction. Am Heart J 2002; 143(3):475-481.

(101)   Meir K, Leitersdorf E, Hennekens CH. Inflammation in atherosclerosis: causal or casual? The need for randomized trials. Am Heart J 2003; 146(2):199-202.

(102)   Mukherjee D, Topol EJ. Pharmaceutical advertising versus research spending: are profits more important than patients? Am Heart J 2003; 146(4):563-564.

(103)   Konstam MA. Matters of the heart: assessing the cardiovascular safety of new drugs. Am Heart J 2003; 146(4):561-562.

(104)   Weir MR, Sperling RS, Reicin A, Gertz BJ. Selective COX-2 inhibition and cardiovascular effects: a review of the rofecoxib development program. Am Heart J 2003; 146(4):591-604.

(105)   Dunder K, Lind L, Lagerqvist B, Zethelius B, Vessby B, Lithell H. Cardiovascular risk factors for stable angina pectoris versus unheralded myocardial infarction. Am Heart J 2004; 147(3):502-508.

(106)   Cannon CP, Curtis SP, Bolognese JA, Laine L. Clinical trial design and patient demographics of the Multinational Etoricoxib and Diclofenac Arthritis Long-term (MEDAL) study program: cardiovascular outcomes with etoricoxib versus diclofenac in patients with osteoarthritis and rheumatoid arthritis. Am Heart J 2006; 152(2):237-245.

(107)   Furberg CD. The COX-2 inhibitors--an update. Am Heart J 2006; 152(2):197-199.

(108)   Levin PJ, McGee G. Physician, divest thyself. Am J Bioeth 2006; 6(2):1-2.

(109)   Hawk ET, Viner JL, Umar A, Anderson WF, Sigman CC, Guyton KZ. Cancer and the cyclo-oxygenase enzyme: implications for treatment and prevention. Am J Cancer 2003; 2(1):27-55.

(110)   Frink RJ, Trowbridge JO, Rooney PA, Jr. Nonobstructive coronary thrombosis in sudden cardiac death. Am J Cardiol 1978; 42(1):48-51.

(111)   Bolli R, Goldstein RE, Davenport N, Epstein SE. Influence of sulfinpyrazone and naproxen on infarct size in the dog. Am J Cardiol 1981; 47(4):841-847.

(112)   Kirlin PC, Romson JL, Pitt B, Abrams GD, Schork MA, Lucchesi BR. Ibuprofen-mediated infarct size reduction: effects on regional myocardial function in canine myocardial infarction in canine myocardial infarction. Am J Cardiol 1982; 50(4):849-856.

(113)   Falk E. Coronary thrombosis: pathogenesis and clinical manifestations. Am J Cardiol 1991; 68(7):28B-35B.

(114)   Lieberman EH, Gerhard MD, Uehata A et al. Flow-induced vasodilation of the human brachial artery is impaired in patients <40 years of age with coronary artery disease. Am J Cardiol 1996; 78(11):1210-1214.

(115)   Patrono C, Renda G. Platelet activation and inhibition in unstable coronary syndromes. Am J Cardiol 1997; 80(5A):17E-20E.

(116)   Palmieri V, de SG, Arnett DK et al. Relation of various degrees of body mass index in patients with systemic hypertension to left ventricular mass, cardiac output, and peripheral resistance (The Hypertension Genetic Epidemiology Network Study). Am J Cardiol 2001; 88(10):1163-1168.

(117)   Catella-Lawson F, Kapoor S, Moretti D et al. Oral glycoprotein IIb/IIIa antagonism in patients with coronary artery disease. Am J Cardiol 2001; 88(3):236-242.

(118)   Campia U, Choucair WK, Bryant MB, Quyyumi AA, Cardillo C, Panza JA. Role of cyclooxygenase products in the regulation of vascular tone and in the endothelial vasodilator function of normal, hypertensive, and hypercholesterolemic humans. Am J Cardiol 2002; 89(3):286-290.

(119)   Bombardier C. An evidence-based evaluation of the gastrointestinal safety of coxibs. Am J Cardiol 2002; 89(6A):3D-9D.

KS-000703

(120) Whelton A, White WB, Bello AE, Puma JA, Fort JG. Effects of celecoxib and rofecoxib on blood pressure and edema in patients > or =65 years of age with systemic hypertension and osteoarthritis. Am J Cardiol 2002; 90(9):959-963.

(121) Frishman WH. Effects of nonsteroidal anti-inflammatory drug therapy on blood pressure and peripheral edema. Am J Cardiol 2002; 89(6A):18D-25D.

(122) White WB, Faich G, Whelton A et al. Comparison of thromboembolic events in patients treated with celecoxib, a cyclooxygenase-2 specific inhibitor, versus ibuprofen or diclofenac. Am J Cardiol 2002; 89(4):425-430.

(123) DeMaria AN. Relative risk of cardiovascular events in patients with rheumatoid arthritis. Am J Cardiol 2002; 89(6A):33D-38D.

(124) FitzGerald GA. Cardiovascular pharmacology of nonselective nonsteroidal anti-inflammatory drugs and coxibs: clinical considerations. Am J Cardiol 2002; 89(6A):26D-32D.

(125) FitzGerald GA. Nonsteroidal anti-inflammatory drugs, coxibs, and cardio-renal physiology: a mechanism-based approach. Am J Cardiol 2002; 89(6A):1D-2D.

(126) Califf RM. The coxib story: some lessons and more questions. Am J Cardiol 2002; 89(8):971-972.

(127) Reicin AS, Shapiro D, Sperling RS, Barr E, Yu Q. Comparison of cardiovascular thrombotic events in patients with osteoarthritis treated with rofecoxib versus nonselective nonsteroidal anti-inflammatory drugs (ibuprofen, diclofenac, and nabumetone). Am J Cardiol 2002; 89(2):204-209.

(128) Harris RC, Jr. Cyclooxygenase-2 inhibition and renal physiology. Am J Cardiol 2002; 89(6A):10D-17D.

(129) Weaver A, Alderman M, Sperling R. Blood pressure control and rates of edema following the administration of the cyclooxygenase-2 specific inhibitors celecoxib versus rofecoxib in patients with systemic hypertension and osteoarthritis. Am J Cardiol 2003; 91(10):1291-1292.

(130) Peterman MA, Roberts WC. Syndrome of protein C deficiency and anterior wall acute myocardial infarction at a young age from a single coronary occlusion with otherwise normal coronary arteries. Am J Cardiol 2003; 92(6):768-770.

(131) White WB, Faich G, Borer JS, Makuch RW. Cardiovascular thrombotic events in arthritis trials of the cyclooxygenase-2 inhibitor celecoxib. Am J Cardiol 2003; 92(4):411-418.

(132) Schieffer B, Drexler H. Role of 3-hydroxy-3-methylglutaryl coenzyme a reductase inhibitors, angiotensin-converting enzyme inhibitors, cyclooxygenase-2 inhibitors, and aspirin in anti-inflammatory and immunomodulatory treatment of cardiovascular diseases. Am J Cardiol 2003; 91(12A):12H-18H.

(133) Lamprecht C, Werner U, Werner D et al. Effect of selective cyclooxygenase-2 inhibitors on heart rate in healthy young men. Am J Cardiol 2005; 95(12):1531-1532.

(134) Bresalier RS, Friedewald VE, Jr., Rakel RE, Roberts WC, Williams GW. The Editor's roundtable: cyclooxygenase-2 inhibitors and cardiovascular risk. Am J Cardiol 2005; 96(11):1589-1604.

(135) Messerli FH, Sichrovsky T. Does the pro-hypertensive effect of cyclooxygenase-2 inhibitors account for the increased risk in cardiovascular disease? Am J Cardiol 2005; 96(6):872-873.

(136) Whelton A. Clinical implications of nonopioid analgesia for relief of mild-to-moderate pain in patients with or at risk for cardiovascular disease. Am J Cardiol 2006; 97(9A):3-9.

(137) Gaziano JM. Nonnarcotic analgesics and hypertension. Am J Cardiol 2006; 97(9A):10-16.

(138) Lamarre-Cliche M. Drug treatment of orthostatic hypotension because of autonomic failure or neurocardiogenic syncope. Am J Cardiovasc Drugs 2002; 2(1):23-35.

(139) Cutaneous drug reaction case reports. From the world literature. Am J Clin Dermatol 2001; 2(6):407-414.

(140) Gaffney DK, Holden J, Zempolich K, Murphy KJ, Dicker AP, Dodson M. Elevated COX-2 expression in cervical carcinoma: reduced cause-specific survival and pelvic control. Am J Clin Oncol 2001; 24(5):

KS-000704

(141)   Dicker AP, Williams TL, Grant DS. Targeting angiogenic processes by combination of celecoxib and ionizing radiation. Am J Clin Oncol 2001; 24(5):438-442.

(142)   Futterman LG, Lemberg L. Hibernating myocardium, stunning, ischemic preconditioning: clinical relevance. Am J Crit Care 2000; 9(6):430-436.

(143)   Litovitz TL, Klein-Schwartz W, Rodgers GC, Jr. et al. 2001 Annual report of the American Association of Poison Control Centers Toxic Exposure Surveillance System. Am J Emerg Med 2002; 20(5):391-452.

(144)   Watson WA, Litovitz TL, Rodgers GC, Jr. et al. 2002 annual report of the American Association of Poison Control Centers Toxic Exposure Surveillance System. Am J Emerg Med 2003; 21(5):353-421.

(145)   Shaw FE, Jr., Graham DJ, Guess HA et al. Postmarketing surveillance for neurologic adverse events reported after hepatitis B vaccination. Experience of the first three years. Am J Epidemiol 1988; 127(2):337-352.

(146)   Smalley WE, Ray WA, Daugherty JR, Griffin MR. Nonsteroidal anti-inflammatory drugs and the incidence of hospitalizations for peptic ulcer disease in elderly persons. Am J Epidemiol 1995; 141(6):539-545.

(147)   Griffin MR, Yared A, Ray WA. Nonsteroidal antiinflammatory drugs and acute renal failure in elderly persons. Am J Epidemiol 2000; 151(5):488-496.

(148)   Ray WA. Evaluating medication effects outside of clinical trials: new-user designs. Am J Epidemiol 2003; 158(9):915-920.

(149)   Schneider V, Levesque LE, Zhang B, Hutchinson T, Brophy JM. Association of selective and conventional nonsteroidal antiinflammatory drugs with acute renal failure: A population-based, nested case-control analysis. Am J Epidemiol 2006; 164(9):881-889.

(150)   Dammann HG, Burkhardt F, Walter TA. Selective COX-2 inhibition: its relevance for NSAID-gastrointestinal toxicity [ABSTRACT 648]. Am J Gastroenterol 1996; 91(9):1910.

(151)   Cryer B, Gottesdiener K, Gertz B, Hsieh P, Dallob A, Feldman M. Effects of a novel cyclooxygenase (COX)-2 inhibitor on gastric mucosal prostaglandin (PG) synthesis in healthy humans [ABSTRACT 104]. Am J Gastroenterol 1996; 91(9):1907-Abstr. 104.

(152)   Hunt R, Bowen B, James C et al. COX-2 specific inhibition with MK-0966 25 or 50 mg q.d. over 4 weeks does not increase fecal blood loss:  a controlled study with placebo and ibuprofen 800 mg t.i.d. [ABSTRACT 247]. Am J Gastroenterol 1998; 93(9):1671-Abstr. 247.

(153)   Lanza FL. A guideline for the treatment and prevention of NSAID-induced ulcers. Members of the Ad Hoc Committee on Practice Parameters of the American College of Gastroenterology. Am J Gastroenterol 1998; 93(11):2037-2046.

(154)   Bjarnason I, Sigthorsson G, Crane R et al. COX-2 specific inhibition with MK-0966 25 or 50 mg q.d. does not increase intestinal permeability:  a controlled study with placebo (PBO) and indomethacin 50 mg t.i.d. (INDO) [ABSTRACT 245]. Am J Gastroenterol 1998; 93(9):1670.

(155)   Palmer RH, Tibble J, Sigthorsson G, Bjarnason I. Indomethacin, nabumetone and celecoxib have differing effects on the healing of cryoprobe-induced gastric ulcers in rats [ABSTRACT 151]. Am J Gastroenterol 1999; 94(9):2615.

(156)   Shafran I, Piromalli C. Serum sickness-like illness in Crohn's disease patients treated with antibiotics [ABSTRACT 639]. Am J Gastroenterol 1999; 94(9):2737.

(157)   Goldstein JL, Agrawal N, Silverstein F et al. Effect of celecoxib (CEL) versus placebo (PBO) or NSAIDs in healing of gastric and duodenal erosions in arthritis patients: analysis of controlled endoscopic studies [ABSTRACT 126]. Am J Gastroenterol 1999; 94(9):2608.

(158)   Goldstein JL, Agrawal N, Silverstein F et al. Celecoxib is associated with a low rate of clinically significant upper GI events:  a two-year open label trial [ABSTRACT 699]. Am J Gastroenterol 1999; 94(9):2752.

(159)   Goldstein JL, Silverstein FE, Agrawal NM et al. Reduced risk of upper gastrointestinal ulcer complications with celecoxib, a novel COX-2 inhibitor. Am J Gastroenterol 2000; 95(7):1681-1690.

KS-000705

(160) Evans JF, Oshima M, Murai N et al. Chemoprevention of intestinal polyposis in the APC-716 mouse by rofecoxib, a specific cyclooxygenase-2 inhibitor [ABSTRACT 418]. Am J Gastroenterol 2000; 95(2533).

(161) Kapioroglu S, Bafu A, Kayrier K, Aydun F, Ozoran Y. Does a COX-2 inhibitor, rofecoxib have low potential for causing acute gastric lesion: "a double blind, randomized, placebo controlled trial" [ABSTRACT 150]. Am J Gastroenterol 2000; 95(9):2454-2455.

(162) Laine L, Bombardier C, Reicin A et al. Gastrointestinal (GI) co-therapy, procedures, and hospitalizations in a GI outcomes study of rofecoxib vs. naproxen in rheumatoid arthritis [ABSTRACT 762]. Am J Gastroenterol 2000; 95(9):2633.

(163) O'Brien J. Nonsteroidal anti-inflammatory drugs in patients with inflammatory bowel disease. Am J Gastroenterol 2000; 95(8):1859-1861.

(164) Pettitt DV, Singh G, Schwartz JS, Goldstein JL. Effect of cyclooxygenase (COX)-2 specific inhibitor utilization on the incidence of gastrointestinal events in a managed care population [ABSTRACT 779]. Am J Gastroenterol 2000; 95(9):2638.

(165) Schwartz JI, Larson PJ, Gertz B, Cote J, Lasseter K, Porras AG. Rofecoxib steady-state pharmacokinetics [PK] in moderate hepatic insufficiency patients (HI) [ABSTRACT 369]. Am J Gastroenterol 2000; 95(9):2519.

(166) DeFrancisco J, Gonlachavit S, Hasler W. Selective vs. nonselective cyclooxygenase and 5-lipoxygenase inhibition effects on gastric slow wave dysrhythmias during hyperglycemia: a model of diabetic gastropathy [ABSTRACT 160]. Am J Gastroenterol 2001; 96(9 Suppl.):S52.

(167) Weaver J, Bonnel RA, Karwoski CB, Brinker AD, Beitz J. GI events leading to death in association with celecoxib and rofecoxib. Am J Gastroenterol 2001; 96(12):3449-3450.

(168) Ofran Y, Bursztyn M, Ackerman Z. Rofecoxib-induced renal dysfunction in a patient with compensated cirrhosis and heart failure. Am J Gastroenterol 2001; 96(6):1941.

(169) Bonner GF. Exacerbation of inflammatory bowel disease associated with use of celecoxib. Am J Gastroenterol 2001; 96(4):1306-1308.

(170) Caroli A, Monica F. Severe upper gastrointestinal bleeding during treatment with rofecoxib for osteoarthritis. Am J Gastroenterol 2001; 96(5):1663-1665.

(171) Mahadevan U, Loftus EV, Tremaine WJ, Sandborn WJ. Safety of selective cyclooxygenase-2 inhibitors (COX2-I) in inflammatory bowel disease (IBD) [ABSTRACT 953]. Am J Gastroenterol 2001; 96(9 Suppl.):S300-S301.

(172) Geba GP, Polis AB, Skalky CS, Petruschke RA, Dobbins TW. Gastrointestinal tolerability among osteoarthritis patients receiving low dose aspirin in combination with rofecoxib or naproxen [ABSTRACT 717]. Am J Gastroenterol 2002; 97(9 Suppl.):S235.

(173) Goh J, Wight D, Parkes M, Middleton SJ, Hunter JO. Rofecoxib and cytomegalovirus in acute flare-up of ulcerative colitis: coprecipitants or coincidence? Am J Gastroenterol 2002; 97(4):1061-1062.

(174) Husain SS, Szabo IL, Tamawski AS. NSAID inhibition of GI cancer growth: clinical implications and molecular mechanisms of action. Am J Gastroenterol 2002; 97(3):542-553.

(175) Chaudhary N, Harty R, Mesiya S. Rofecoxib (VIOXX) induced acute hepatitis [ABSTRACT 678]. Am J Gastroenterol 2002; 97(9 Suppl.):S22.

(176) Cryer B, Feldman M. Comparison of effects of celecoxib, rofecoxib, naproxen and acetaminophen on gastric COX inhibition [ABSTRACT 172]. Am J Gastroenterol 2002; 97(9 Suppl.):S57.

(177) Mahadevan U, Loftus EV, Jr., Tremaine WJ, Sandborn WJ. Safety of selective cyclooxygenase-2 inhibitors in inflammatory bowel disease. Am J Gastroenterol 2002; 97(4):910-914.

(178) Watson DJ, Yu Q, Bolognese JA, Reicin AS, Holmes RH, Simon TJ. An update on the upper-GI safety profile of rofecoxib (VIOXX) compared with NSAIDs [ABSTRACT 735]. Am J Gastroenterol 2002; 97(9 Suppl.):

KS-000706

(179) Gwyn K, Sinicrope FA. Chemoprevention of colorectal cancer. Am J Gastroenterol 2002; 97(1):13-21.

(180) Amaravadi RK, Jacobson BC, Solomon DH, Fischer MA. Acute pancreatitis associated with rofecoxib. Am J Gastroenterol 2002; 97(4):1077-1078.

(181) Gornet JM, Hassani Z, Modiglian R, Lemann M. Exacerbation of Crohn's colitis with severe colonic hemorrhage in a patient on rofecoxib. Am J Gastroenterol 2002; 97(12):3209-3210.

(182) Bonner GF. Using COX-2 inhibitors in IBD: anti-inflammatories inflame a controversy. Am J Gastroenterol 2002; 97(4):783-785.

(183) Kakar S, Pardi DS, Burgart LJ. Colonic ulcers accompanying collagenous colitis: implication of nonsteroidal anti-inflammatory drugs. Am J Gastroenterol 2003; 98(8):1834-1837.

(184) Gatta L, Vakil N. NSAIDS: can we stomach the risk? Am J Gastroenterol 2003; 98(3):694-695.

(185) Linares P, Vivas S, Jorquera F, Olcoz JL, de LB, Oritz de UJ. Severe cholestasis and acute renal failure related to rofecoxib. Am J Gastroenterol 2004; 99(8):1622-1623.

(186) Lanas A, Perez-Aisa MA, Feu F et al. A nationwide study of mortality associated with hospital admission due to severe gastrointestinal events and those associated with nonsteroidal antiinflammatory drug use. Am J Gastroenterol 2005; 100(8):1685-1693.

(187) Sander GE. High blood pressure in the geriatric population: treatment considerations. Am J Geriatr Cardiol 2002; 11(4):223-232.

(188) Hartnell NR, Flanagan PS, MacKinnon NJ, Bakowsky VS. Use of gastrointestinal preventive therapy among elderly persons receiving antiarthritic agents in Nova Scotia, Canada. Am J Geriatr Pharmacother 2004; 2(3):171-180.

(189) Shireman TI, Rigler SK. Predictors of the selection of coxibs over nonselective NSAIDs in an older Medicaid cohort. Am J Geriatr Pharmacother 2006; 4(3):210-218.

(190) Miller JL. Decisions loom on selective COX-2 inhibitors. Am J Health Syst Pharm 1999; 56(2):106-107.

(191) Miller JL. Second selective COX-2 inhibitor receives marketing approval. Am J Health Syst Pharm 1999; 56(13):1294.

(192) Stading JA, Skrabal MZ, Faulkner MA. Seven cases of interaction between warfarin and cyclooxygenase-2 inhibitors. Am J Health Syst Pharm 2001; 58(21):2076-2080.

(193) Kennedy AG, Littenberg B, Vezina LC. Vioxx-Viagra confusion. Am J Health Syst Pharm 2002; 59(21):2112.

(194) Schaefer MG, Plowman BK, Morreale AP, Egan M. Interaction of rofecoxib and celecoxib with warfarin. Am J Health Syst Pharm 2003; 60(13):1319-1323.

(195) Thompson CA. MI risk prompts rofecoxib withdrawal. Am J Health Syst Pharm 2004; 61(21):2234-6, 2238.

(196) Tran F, Boggie DT, Delattre ML, Schaefer MG, Morreale AP, Plowman BK. Therapeutic interchange involving replacement of rofecoxib or celecoxib with valdecoxib. Am J Health Syst Pharm 2004; 61(13):1391-1394.

(197) Sweet BV, Townsend KA, Tsai CY. Risk assessment of NSAID-induced gastrointestinal toxicity in ambulatory care patients. Am J Health Syst Pharm 2004; 61(18):1917-1921.

(198) Thompson CA. COX-2 inhibitors still eyed for cancer prevention. Am J Health Syst Pharm 2005; 62(9):890, 894.

(199) Brinker A, Nourjah P. Patient characteristics associated with outpatient prescriptions for nabumetone and oxaprozin versus celecoxib and rofecoxib. Am J Health Syst Pharm 2005; 62(7):739-743.

(200) Baldwin HJ, Droege M, Daniel KL. A message from the Vioxx case. Am J Health Syst Pharm 2006; 63(6):503.

(201) Varga J. Wolf in sheep's clothing? Am J Hosp Palliat Care 2000; 17(4):280.

**KS-000707**

(202)   Varga J, Dickman A. Ibuprofen to rofecoxib: what does it all mean and what do I do now? Am J Hosp Palliat Care 2001; 18(4):271-274.

(203)   Turner M, Affonso A, Fudin J, Rivera W. Clinical case study. Am J Hosp Palliat Care 2001; 18(6):429-431.

(204)   Spence JD. Effect of indomethacin on blood pressure in elderly people with essential hypertension well controlled on amlodipine or enalapril. Am J Hypertens 2001; 14(8 Pt 1):835.

(205)   Schwartz JI, Malice MP, Kalyani R et al. Effect of rofecoxib, celecoxib, and naproxen on blood pressure (BP) in elderly volunteers [POSTER 434]. Am J Hypertens 2001; 14(4 Pt. 2):177A.

(206)   Russell MW, Miller JD, Taylor DCA, Huse DM. Projected risks and costs of cardiovascular disease due to increased systolic blood pressure associated with use of rofecoxib [POSTER 490]. Am J Hypertens 2001; 14(4 Pt. 2):A195.

(207)   White WB, Whelton A, Kent J, Verburg K. Effects of the COX-2 specific inhibitor celecoxib on ambulatory blood pressure in hypertensive patients on ACE inhibition [POSTER 452]. Am J Hypertens 2001; 14(4 Pt. 2):183A.

(208)   White WB, Whelton A, Bello AE, Fort JG. Blood pressure control and edema rates in older patients with systolic hypertension and osteoarthritis following treatment with COX-2 specific inhibitors [POSTER 447]. Am J Hypertens 2001; 14(4 Pt. 2):181A.

(209)   Leonard J, Rodriguez JJ, Mellen PB, McGrady C, Puma JA. Cardiovascular events in elderly hypertensive patients with osteoarthritis treated with COX-2 specific inhibitors:  insights from the Success VI and VII trials [POSTER 248]. Am J Hypertens 2002; 15(4 Pt. 2):120A.

(210)   Geba GP, Polis AB, Bohidar NR, Rush JE, Dobbins TW, Keane WF. Effect of rofecoxib vs. naproxen on hypertension and edema related events: a multivariate analysis involving 5557 patients from the advantage trial [POSTER 527]. Am J Hypertens 2002; 15(4 Pt. 2):223A.

(211)   Osterhaus J, Burke T, May C, Bristol S, Whelton A. Physician management of edema and destabilized blood pressure in COX-2 users with osteoarthritis and treated hypertension [POSTER 145]. Am J Hypertens 2002; 15(4 Pt. 2):82A.

(212)   White WB, Whelton A, Epstein M, Fort JG. Differential effects of COX-2 inhibitors on systolic blood pressure in hypertensive patients treated with ACE inhibitors and beta-blockers versus calcium antagonists [POSTER 245]. Am J Hypertens 2002; 15(4 Pt. 2):119A.

(213)   Puma JA, Bello AE, Rodriguez JJ, Fort JG. The effects of COX-2 specific inhibitors on edema and systolic blood pressure in elderly patients with osteoarthritis and treated hypertension:  a pooled analysis on 1,902 patients [POSTER 244]. Am J Hypertens 2002; 15(4 Pt. 2):118A.

(214)   Whelton A, White WB, Fort JG, Bello AE. The effect of COX-2 specific inhibitors on blood pressure control in patients with osteoarthritis and hypertension [POSTER 247]. Am J Hypertens 2002; 15(4 Pt. 2):119A.

(215)   Nietert PJ, Ornstein SM, Dickerson LM, Rothenberg RJ, Goldfarb SD. Retrospective comparison of cardiac and renal effects between celecoxib and rofecoxib in older hypertensive patients [POSTER 50]. Am J Hypertens 2003; 16(5 Pt. 2):57A.

(216)   Sowers JR, White WB, Pitt B et al. Rofecoxib, but not celecoxib or naproxen, increases mean 24-hour systolic blood pressure:  results of a randomized double blind controlled trial in treated hypertensive patients with osteoarthritis (OA) and type 2 diabetes mellitus [ABSTRACT 25]. Am J Hypertens 2003; 16(5 Pt. 2):11A.

(217)   Geba GP, Polis AB, Petruschke RA, Keane WK. Hypertension among osteoarthritis patients treated with rofecoxib, celecoxib, or acetaminophen:  an analysis of the data from the pooled VACT studies [ABSTRACT 83]. Am J Hypertens 2003; 16(5 Pt. 2):39A.

(218)   Wolfe F, Michaud K, Zhao SZ. Patient burden of weight gain and blood pressure increase among RA patients using celecoxib, rofecoxib, and non-specific NSAIDs [POSTER 448]. Am J Hypertens 2003; 16(5 Pt. 2):199A-200A.

(219)   Bennett WM, Henrich WL, Stoff JS. The renal effects of nonsteroidal anti-inflammatory drugs: summary and recommendations. Am J Kidney Dis 1996; 28(1 Suppl 1):S56-S62.

(220)   Dunn MJ. Are COX-2 selective inhibitors nephrotoxic? Am J Kidney Dis 2000; 35(5):976-977.

KS-000708

(221) Perazella MA, Eras J. Are selective COX-2 inhibitors nephrotoxic? Am J Kidney Dis 2000; 35(5):937-940.

(222) Komers R, Anderson S, Epstein M. Renal and cardiovascular effects of selective cyclooxygenase-2 inhibitors. Am J Kidney Dis 2001; 38(6):1145-1157.

(223) Alper AB, Jr., Meleg-Smith S, Krane NK. Nephrotic syndrome and interstitial nephritis associated with celecoxib. Am J Kidney Dis 2002; 40(5):1086-1090.

(224) Alim N, Peterson L, Zimmerman SW, Updike S. Rofecoxib-induced acute interstitial nephritis. Am J Kidney Dis 2003; 41(3):720-721.

(225) Thomas WJ. The Vioxx story: would it have ended differently in the European Union? Am J Law Med 2006; 32(2-3):365-380.

(226) Andrews SA, Wallace CK, Davis RL. Celecoxib: a COX-2 inhibitor. Am J Manag Care 1999; 5(4):511-518.

(227) Ehrich EW, Bolognese JA, Watson DJ, Kong SX. Effect of rofecoxib therapy on measures of health-related quality of life in patients with osteoarthritis. Am J Manag Care 2001; 7(6):609-616.

(228) Dart RC. The use and effect of analgesics in patients who regularly drink alcohol. Am J Manag Care 2001; 7(19 Suppl):S597-S601.

(229) Zhao SZ, Burke TA, Whelton A, von AH, Henderson SC. Comparison of the baseline cardiovascular risk profile among hypertensive patients prescribed COX-2-specific inhibitors or nonspecific NSAIDs: data from real-life practice. Am J Manag Care 2002; 8(15 Suppl):S392-S400.

(230) Hochberg MC. Treatment of rheumatoid arthritis and osteoarthritis with COX-2-selective inhibitors: a managed care perspective. Am J Manag Care 2002; 8(17 Suppl):S502-S517.

(231) Zhao SZ, Burke TA, Whelton A, von AH, Henderson SC. Blood pressure destabilization and related healthcare utilization among hypertensive patients using nonspecific NSAIDs and COX-2-specific inhibitors. Am J Manag Care 2002; 8(15 Suppl):S401-S413.

(232) Zhao SZ, Burke TA, Whelton A, von AH, Henderson SC. Cost of heart failure among hypertensive users of nonspecific NSAIDs and COX-2-specific inhibitors. Am J Manag Care 2002; 8(15 Suppl):S414-S427.

(233) Sonnenblick EH. Cardiorenal differences among NSAIDs and coxibs: real-world experience. Am J Manag Care 2002; 8(15 Suppl):S369-S370.

(234) Scheiman JM. Gastrointestinal outcomes: evidence for risk reduction in patients using coxibs. Am J Manag Care 2002; 8(17 Suppl):S518-S528.

(235) Whelton A, Fort JG, Puma JA et al. Cyclooxygenase-2-specific inhibitors and cardiorenal function: a randomized, controlled trial of celecoxib and rofecoxib in older hypertensive osteoarthritis patients. Am J Manag Care 2002; 8(15 Suppl.):S371-S382.

(236) Weideman RA, Kelly KC, Kelley CL, Cryer B. COX-2-specific inhibitors: prescribing patterns in a large managed care health system and strategies to minimize costs. Am J Manag Care 2002; 8(10):869-877.

(237) Sonnenblick EH. Differences between COX-2-specific inhibitors: clinical and economic implications. Am J Manag Care 2002; 8(15 Suppl):S428-S430.

(238) Fendrick AM. Cost-effective use of NSAIDs: issues pertinent to coxib use in managed care. Am J Manag Care 2002; 8(17 Suppl):S529-S541.

(239) Cox ER, Motheral B, Frisse M, Behm A, Mager D. Prescribing COX-2s for patients new to cyclo-oxygenase inhibition therapy. Am J Manag Care 2003; 9(11):735-742.

(240) Fendrick AM. COX-2 inhibitor use after Vioxx: careful balance or end of the rope? Am J Manag Care 2004; 10(11 Pt 1):740-741.

KS-000709

(241)  Coles LS, Fries JF, Kraines RG, Roth SH. From experiment to experience: side effects of nonsteroidal anti-inflammatory drugs. Am J Med 1983; 74(5):820-828.

(242)  Catella F, Nowak J, FitzGerald GA. Measurement of renal and non-renal eicosanoid synthesis. Am J Med 1986; 81(2B):23-29.

(243)  Fries JF, Williams CA, Bloch DA, Michel BA. Nonsteroidal anti-inflammatory drug-associated gastropathy: incidence and risk factor models. Am J Med 1991; 91(3):213-222.

(244)  Houston MC. Nonsteroidal anti-inflammatory drugs and antihypertensives. Am J Med 1991; 90(5A):42S-47S.

(245)  Dewitt DL, Meade EA, Smith WL. PGH synthase isoenzyme selectivity: the potential for safer nonsteroidal antiinflammatory drugs. Am J Med 1993; 95(2A):40S-44S.

(246)  Behar S, Halabi M, Reicher-Reiss H et al. Circadian variation and possible external triggers of onset of myocardial infarction. SPRINT Study Group. Am J Med 1993; 94(4):395-400.

(247)  Singh G. Recent considerations in nonsteroidal anti-inflammatory drug gastropathy. Am J Med 1998; 105(1B):31S-38S.

(248)  McCarthy D. Nonsteroidal anti-inflammatory drug-related gastrointestinal toxicity: definitions and epidemiology. Am J Med 1998; 105(5A):3S-9S.

(249)  Vane JR, Botting RM. Mechanism of action of nonsteroidal anti-inflammatory drugs. Am J Med 1998; 104(3A):2S-8S.

(250)  Bjorkman D. Nonsteroidal anti-inflammatory drug-associated toxicity of the liver, lower gastrointestinal tract, and esophagus. Am J Med 1998; 105(5A):17S-21S.

(251)  Cryer B, Feldman M. Cyclooxygenase-1 and cyclooxygenase-2 selectivity of widely used nonsteroidal anti-inflammatory drugs. Am J Med 1998; 104(5):413-421.

(252)  Rothstein R. Safety profiles of leading nonsteroidal anti-inflammatory drugs. Am J Med 1998; 105(5A):39S-43S.

(253)  Barkin J. The relation between Helicobacter pylori and nonsteroidal anti-inflammatory drugs. Am J Med 1998; 105(5A):22S-27S.

(254)  Fries JF. Quality-of-life considerations with respect to arthritis and nonsteroidal anti-inflammatory drugs. Am J Med 1998; 104(3A):14S-20S.

(255)  Wolfe MM. Future trends in the development of safer nonsteroidal anti-inflammatory drugs. Am J Med 1998; 105(5A):44S-52S.

(256)  Scheiman J, Isenberg J. Agents used in the prevention and treatment of nonsteroidal anti-inflammatory drug-associated symptoms and ulcers. Am J Med 1998; 105(5A):32S-38S.

(257)  Soll A. Pathogenesis of nonsteroidal anti-inflammatory drug-related upper gastrointestinal toxicity. Am J Med 1998; 105(5A):10S-16S.

(258)  Kimmey MB. Role of endoscopy in nonsteroidal anti-inflammatory drug clinical trials. Am J Med 1998; 105(5A):28S-31S.

(259)  Nikas SN, Kittas G, Karamaounas N, Drosos AA. Meloxicam-induced erythema multiforme. Am J Med 1999; 107(5):532-534.

(260)  Lefkowith JB. Cyclooxygenase-2 specificity and its clinical implications. Am J Med 1999; 106(5B):43S-50S.

(261)  Lipsky PE. The clinical potential of cyclooxygenase-2-specific inhibitors. Am J Med 1999; 106(5B):51S-57S.

(262)  Schafer AI. Effects of nonsteroidal anti-inflammatory therapy on platelets. Am J Med 1999; 106(5B):25S-36S.

(263)  Brater DC. Effects of nonsteroidal anti-inflammatory drugs on renal function: focus on cyclooxygenase-2-selective inhibition. Am J Med 1999; 107(6A):65S-70S.

KS-000710

(264)   Whelton A. Nephrotoxicity of nonsteroidal anti-inflammatory drugs: physiologic foundations and clinical implications. Am J Med 1999; 106(5B):13S-24S.

(265)   Hunt RH, Bowen B, Mortensen ER et al. A randomized trial measuring fecal blood loss after treatment with rofecoxib, ibuprofen, or placebo in healthy subjects. Am J Med 2000; 109(3):201-206.

(266)   Whelton A. Renal aspects of treatment with conventional nonsteroidal anti-inflammatory drugs versus cyclooxygenase-2-specific inhibitors. Am J Med 2001; 110 Suppl 3A:33S-42S.

(267)   Catella-Lawson F, Crofford LJ. Cyclooxygenase inhibition and thrombogenicity. Am J Med 2001; 110 Suppl 3A:28S-32S.

(268)   Hernandez-Diaz S, Garcia-Rodriguez LA. Epidemiologic assessment of the safety of conventional nonsteroidal anti-inflammatory drugs. Am J Med 2001; 110 Suppl 3A:20S-27S.

(269)   Perazella MA, Tray K. Selective cyclooxygenase-2 inhibitors: a pattern of nephrotoxicity similar to traditional nonsteroidal anti-inflammatory drugs. Am J Med 2001; 111(1):64-67.

(270)   Buttgereit F, Burmester GR, Simon LS. Gastrointestinal toxic side effects of nonsteroidal anti-inflammatory drugs and cyclooxygenase-2-specific inhibitors. Am J Med 2001; 110 Suppl 3A:13S-19S.

(271)   Shamoon M, Hochberg MC. The role of acetaminophen in the management of patients with osteoarthritis. Am J Med 2001; 110 Suppl 3A:46S-49S.

(272)   Raisz LG. Potential impact of selective cyclooxygenase-2 inhibitors on bone metabolism in health and disease. Am J Med 2001; 110 Suppl 3A:43S-45S.

(273)   Cannon GW, Breedveld FC. Efficacy of cyclooxygenase-2-specific inhibitors. Am J Med 2001; 110 Suppl 3A:6S-12S.

(274)   Lipsky PE. Recommendations for the clinical use of cyclooxygenase-2-specific inhibitors. Am J Med 2001; 110 Suppl 3A:3S-5S.

(275)   Lipsky PE. Introduction. The role of COX-2-specific inhibitors in clinical practice. Am J Med 2001; 110 Suppl 3A:1S-2S.

(276)   Peloso PM, Scheiman JM. The economic implications of cyclooxygenase-2-specific inhibitors. Am J Med 2001; 110 Suppl 3A:50S-54S.

(277)   Sturmer T, Erb A, Keller F, Gunther KP, Brenner H. Determinants of impaired renal function with use of nonsteroidal anti-inflammatory drugs: the importance of half-life and other medications. Am J Med 2001; 111(7):521-527.

(278)   Van Solingen RM, Rosenstein ED, Mihailescu G et al. Comparison of the effects of ketoprofen on platelet function in the presence and absence of aspirin. Am J Med 2001; 111(4):285-289.

(279)   Pitkala KH, Strandberg TE, Tilvis RS. Worsening heart failure associated with COX-2 inhibitors. Am J Med 2002; 112(5):424-426.

(280)   Ladabaum U, Scheiman JM, Fendrick AM. Potential effect of cyclooxygenase-2-specific inhibitors on the prevention of colorectal cancer: a cost-effectiveness analysis. Am J Med 2003; 114(7):546-554.

(281)   Singh G, Lanes S, Triadafilopoulos G. Risk of serious upper gastrointestinal and cardiovascular thromboembolic complications with meloxicam. Am J Med 2004; 117(2):100-106.

(282)   Choi HK, Seeger JD, Kuntz KM. Effects of rofecoxib and naproxen on life expectancy among patients with rheumatoid arthritis: a decision analysis. Am J Med 2004; 116(9):621-629.

(283)   Daikh DI. The Vioxx debacle revisited. Am J Med 2005; 118(9):1057.

(284)   Mohapatra PR, Janmeja AK. The Vioxx debacle revisited. Am J Med 2005; 118(9):1058.

(285)   Manthous CA. The Vioxx debacle revisited. Am J Med 2005; 118(9):1056-1057.

(286)   Alpert JS. The Vioxx debacle. Am J Med 2005; 118(3):203-204.

KS-000711

(287)   Abeles M, Abeles AM. The Vioxx debacle revisited. Am J Med 2005; 118(9):1057-1058.

(288)   Good CB, Kelley CL. The Vioxx debacle revisited. Am J Med 2005; 118(9):1055-1056.

(289)   Knudsen JF, Sokol GH. Reply to the Vioxx debacle. Am J Med 2006; 119(1):93-94.

(290)   Eras J, Perazella MA. NSAIDs and the kidney revisited: are selective cyclooxygenase-2 inhibitors safe? Am J Med Sci 2001; 321(3):181-190.

(291)   McMurray RW, Hardy KJ. Cox-2 inhibitors: today and tomorrow. Am J Med Sci 2002; 323(4):181-189.

(292)   Perazella MA. Drug-induced renal failure: update on new medications and unique mechanisms of nephrotoxicity. Am J Med Sci 2003; 325(6):349-362.

(293)   Brater DC, Harris C, Redfern JS, Gertz BJ. Renal effects of COX-2-selective inhibitors. Am J Nephrol 2001; 21(1):1-15.

(294)   Pasero C, McCaffery M. Selective COX-2 inhibitors. Am J Nurs 2001; 101(4):55-56.

(295)   O'Brien WF, Krammer J, O'Leary TD, Mastrogiannis DS. The effect of acetaminophen on prostacyclin production in pregnant women. Am J Obstet Gynecol 1993; 168(4):1164-1169.

(296)   Bellini P, Locatelli A, Vergani P, Kirn V, Doria V, Ghidini A. Can a cyclo-oxygenase type-2 selective tocolytic agent avoid the fetal side effects of indomethacin? Am J Obstet Gynecol 2000; 182(1 Pt. 2):S60.

(297)   Landen CN, Jr., Zhang P, Young RC. Differing mechanisms of inhibition of calcium increases in human uterine myocytes by indomethacin and nimesulide. Am J Obstet Gynecol 2001; 184(6):1100-1103.

(298)   Stika CS, Gross GA, Leguizamon G et al. A prospective randomized safety trial of celecoxib for treatment of preterm labor. Am J Obstet Gynecol 2002; 187(3):653-660.

(299)   Howard BC, Kovac CM, Calhoun BC, Hoeldtke NJ, Napolitano PG. The effects of a cyclo-oxygenase II inhibitor on placental artery production of thromboxane and prostacyclin. Am J Obstet Gynecol 2003; 189(3):835-838.

(300)   Sawdy RJ, Lye S, Fisk NM, Bennett PR. A double-blind randomized study of fetal side effects during and after the short-term maternal administration of indomethacin, sulindac, and nimesulide for the treatment of preterm labor. Am J Obstet Gynecol 2003; 188(4):1046-1051.

(301)   van KB, De BJ, Ten DN, Fijnheer R, Rothova A. The effect of non-steroidal anti-inflammatory drugs on inflammatory cystoid macular edema. Am J Ophthalmol 2005; 140(3):563-564.

(302)   Sari E, Olmez H, Gurton AU. Comparison of some effects of acetylsalicylic acid and rofecoxib during orthodontic tooth movement. Am J Orthod Dentofacial Orthop 2004; 125(3):310-315.

(303)   de CF, Cobo J, az-Esnal B, Arguelles J, Vijande M, Costales M. Orthodontic tooth movement after inhibition of cyclooxygenase-2. Am J Orthod Dentofacial Orthop 2006; 129(3):402-406.

(304)   Reicin A, Brown J, Jove M et al. Efficacy of single-dose and multidose rofecoxib in the treatment of post-orthopedic surgery pain. Am J Orthop 2001; 30(1):40-48.

(305)   Skinner HB, Shintani EY. Results of a multimodal analgesic trial involving patients with total hip or total knee arthroplasty. Am J Orthop 2004; 33(2):85-92.

(306)   Smith JB. The prostanoids in hemostasis and thrombosis: a review. Am J Pathol 1980; 99(3):743-804.

(307)   Schonbeck U, Sukhova GK, Graber P, Coulter S, Libby P. Augmented expression of cyclooxygenase-2 in human atherosclerotic lesions. Am J Pathol 1999; 155(4):1281-1291.

(308)   Landau D, Shelef I, Polacheck H, Marks K, Holcberg G. Perinatal vasoconstrictive renal insufficiency associated with maternal nimesulide use. Am J Perinatol 1999; 16(9):441-444.

(309)   McCulloch J, Kelly PA, Grome JJ, Pickard JD. Local cerebral circulatory and metabolic effects of indomethacin. Am J Physiol 1982; 243(3):H416-H423.

KS-000712

(310)   Smith WL. Prostanoid biosynthesis and mechanisms of action. Am J Physiol 1992; 263(2 Pt 2):F181-F191.

(311)   Wallace JL, McKnight W, Miyasaka M et al. Role of endothelial adhesion molecules in NSAID-induced gastric mucosal injury. Am J Physiol 1993; 265(5 Pt 1):G993-G998.

(312)   Yang T, Singh I, Pham H et al. Regulation of cyclooxygenase expression in the kidney by dietary salt intake. Am J Physiol 1998; 274(3 Pt 2):F481-F489.

(313)   Souza MH, de LO, Jr., Zamuner SR, Fiorucci S, Wallace JL. Gastritis increases resistance to aspirin-induced mucosal injury via COX-2-mediated lipoxin synthesis. Am J Physiol Gastrointest Liver Physiol 2003; 285(1):G54-G61.

(314)   Schmassmann A, Zoidl G, Peskar BM et al. Role of the different isoforms of cyclooxygenase and nitric oxide synthase during gastric ulcer healing in cyclooxygenase-1 and -2 knockout mice. Am J Physiol Gastrointest Liver Physiol 2006; 290(4):G747-G756.

(315)   Parfenova H, Massie V, Leffler CW. Developmental changes in endothelium-derived vasorelaxant factors in cerebral circulation. Am J Physiol Heart Circ Physiol 2000; 278(3):H780-H788.

(316)   Muscara MN, McKnight W, Lovren F, Triggle CR, Cirino G, Wallace JL. Antihypertensive properties of a nitric oxide-releasing naproxen derivative in two-kidney, one-clip rats. Am J Physiol Heart Circ Physiol 2000; 279(2):H528-H535.

(317)   Kodani E, Shinmura K, Xuan YT et al. Cyclooxygenase-2 does not mediate late preconditioning induced by activation of adenosine A1 or A3 receptors. Am J Physiol Heart Circ Physiol 2001; 281(2):H959-H968.

(318)   Brian JE, Jr., Faraci FM, Moore SA. COX-2-dependent delayed dilatation of cerebral arterioles in response to bradykinin. Am J Physiol Heart Circ Physiol 2001; 280(5):H2023-H2029.

(319)   Xi L, Tekin D, Gursoy E, Salloum F, Levasseur JE, Kukreja RC. Evidence that NOS2 acts as a trigger and mediator of late preconditioning induced by acute systemic hypoxia. Am J Physiol Heart Circ Physiol 2002; 283(1):H5-12.

(320)   Chen L, He H, Fernandez ME, Hedenstierna G. Cyclooxygenase inhibitor blocks rebound response after NO inhalation in an endotoxin model. Am J Physiol Heart Circ Physiol 2003; 284(1):H290-H298.

(321)   Hernanz R, Briones AM, Alonso MJ, Vila E, Salaices M. Hypertension alters role of iNOS, COX-2, and oxidative stress in bradykinin relaxation impairment after LPS in rat cerebral arteries. Am J Physiol Heart Circ Physiol 2004; 287(1):H225-H234.

(322)   Tang XL, Xuan YT, Zhu Y, Shirk G, Bolli R. Nicorandil induces late preconditioning against myocardial infarction in conscious rabbits. Am J Physiol Heart Circ Physiol 2004; 286(4):H1273-H1280.

(323)   LaPointe MC, Mendez M, Leung A, Tao Z, Yang XP. Inhibition of cyclooxygenase-2 improves cardiac function after myocardial infarction in the mouse. Am J Physiol Heart Circ Physiol 2004; 286(4):H1416-H1424.

(324)   Merkus D, Houweling B, Zarbanoui A, Duncker DJ. Interaction between prostanoids and nitric oxide in regulation of systemic, pulmonary, and coronary vascular tone in exercising swine. Am J Physiol Heart Circ Physiol 2004; 286(3):H1114-H1123.

(325)   Tartas M, Bouye P, Koitka A et al. Early vasodilator response to anodal current application in human is not impaired by cyclooxygenase-2 blockade. Am J Physiol Heart Circ Physiol 2005; 288(4):H1668-H1673.

(326)   Li M, Stallone JN. Estrogen potentiates vasopressin-induced contraction of female rat aorta by enhancing cyclooxygenase-2 and thromboxane function. Am J Physiol Heart Circ Physiol 2005; 289(4):H1542-H1550.

(327)   Fetalvero KM, Shyu M, Nomikos AP et al. The prostacyclin receptor induces human vascular smooth muscle cell differentiation via the protein kinase A pathway. Am J Physiol Heart Circ Physiol 2006; 290(4):H1337-H1346.

(328)   Llinas MT, Rodriguez F, Moreno C, Salazar FJ. Role of cyclooxygenase-2-derived metabolites and nitric oxide in regulating renal function. Am J Physiol Regul Integr Comp Physiol 2000; 279(5):R1641-R1646.

(329)   Romanovsky AA. Vioxx, Celebrex, Bextra....do we have a new target for anti-inflammatory and antipyretic therapy? Am J Physiol Regul Integr Comp Physiol 2005; 288(5):R1098-R1099.

KS-000713

(330) Bradford CD, Cotter JD, Thorburn MS, Walker RJ, Gerrard DF. Exercise can be pyrogenic in humans. Am J Physiol Regul Integr Comp Physiol 2007; 292(1):R143-R149.

(331) Mann B, Hartner A, Jensen BL et al. Acute upregulation of COX-2 by renal artery stenosis. Am J Physiol Renal Physiol 2001; 280(1):F119-F125.

(332) Hocherl K, Kammerl MC, Schumacher K, Endemann D, Grobecker HF, Kurtz A. Role of prostanoids in regulation of the renin-angiotensin-aldosterone system by salt intake. Am J Physiol Renal Physiol 2002; 283(2):F294-F301.

(333) Hocherl K, Kammerl M, Kees F, Kramer BK, Grobecker HF, Kurtz A. Role of renal nerves in stimulation of renin, COX-2, and nNOS in rat renal cortex during salt deficiency. Am J Physiol Renal Physiol 2002; 282(3):F478-F484.

(334) Hartner A, Cordasic N, Goppelt-Struebe M, Veelken R, Hilgers KF. Role of macula densa cyclooxygenase-2 in renovascular hypertension. Am J Physiol Renal Physiol 2003; 284(3):F498-F502.

(335) Castrop H, Klar J, Wagner C, Hocherl K, Kurtz A. General inhibition of renocortical cyclooxygenase-2 expression by the renin-angiotensin system. Am J Physiol Renal Physiol 2003; 284(3):F518-F524.

(336) Lantz MS, Giambanco V. Acute onset of auditory hallucinations after initiation of celecoxib therapy. Am J Psychiatry 2000; 157(6):1022-1023.

(337) Muller N, Riedel M, Scheppach C et al. Beneficial antipsychotic effects of celecoxib add-on therapy compared to risperidone alone in schizophrenia. Am J Psychiatry 2002; 159(6):1029-1034.

(338) Brown JH, Kazis LE, Spitz PW, Gertman P, Fries JF, Meenan RF. The dimensions of health outcomes: a cross-validated examination of health status measurement. Am J Public Health 1984; 74(2):159-161.

(339) Greenland S. Relation of probability of causation to relative risk and doubling dose: a methodologic error that has become a social problem. Am J Public Health 1999; 89(8):1166-1169.

(340) Rahusen FT, Weinhold PS, Almekinders LC. Nonsteroidal anti-inflammatory drugs and acetaminophen in the treatment of an acute muscle injury. Am J Sports Med 2004; 32(8):1856-1859.

(341) Hanson CA, Weinhold PS, Afshari HM, Dahners LE. The effect of analgesic agents on the healing rat medial collateral ligament. Am J Sports Med 2005; 33(5):674-679.

(342) Horattas MC, Evans S, Sloan-Stakleff KD, Lee C, Snoke JW. Does preoperative rofecoxib (Vioxx) decrease postoperative pain with laparoscopic cholecystectomy? Am J Surg 2004; 188(3):271-276.

(343) Whelton A, Maurath CJ, Verburg KM, Geis GS. Renal safety and tolerability of celecoxib, a novel cyclooxygenase-2 inhibitor. Am J Ther 2000; 7(3):159-175.

(344) Whelton A. Renal and related cardiovascular effects of conventional and COX-2-specific NSAIDs and non-NSAID analgesics. Am J Ther 2000; 7(2):63-74.

(345) Maddrey WC, Maurath CJ, Verburg KM, Geis GS. The hepatic safety and tolerability of the novel cyclooxygenase-2 inhibitor celecoxib. Am J Ther 2000; 7(3):153-158.

(346) Whelton A, Fort JG, Puma JA, Normandin D, Bello AE, Verburg KM. Cyclooxygenase-2--specific inhibitors and cardiorenal function: a randomized, controlled trial of celecoxib and rofecoxib in older hypertensive osteoarthritis patients. Am J Ther 2001; 8(2):85-95.

(347) Verburg KM, Maziasz TJ, Weiner E, Loose L, Geis GS, Isakson PC. Cox-2-specific inhibitors: definition of a new therapeutic concept. Am J Ther 2001; 8(1):49-64.

(348) Epstein M. Cardiovascular and renal effects of COX-2-specific inhibitors: recent insights and evolving clinical implications. Am J Ther 2001; 8(2):81-83.

(349) Fricke J, Varkalis J, Zwillich S et al. Valdecoxib is more efficacious than rofecoxib in relieving pain associated with oral surgery. Am J Ther 2002; 9(2):89-97.

KS-000714

(350) Herrera JA, Gonzalez M. Comparative evaluation of the effectiveness and tolerability of nimesulide versus rofecoxib taken once a day in the treatment of patients with knee osteoarthritis. Am J Ther 2003; 10(6):468-472.

(351) Cho J, Cooke CE, Proveaux W. A retrospective review of the effect of COX-2 inhibitors on blood pressure change. Am J Ther 2003; 10(5):311-317.

(352) Gottesdiener K, Agrawal N, Porras A et al. Effects of renal insufficiency and hemodialysis on the pharmacokinetics of rofecoxib. Am J Ther 2003; 10(4):252-258.

(353) White WB, Strand V, Roberts R, Whelton A. Effects of the cyclooxygenase-2 specific inhibitor valdecoxib versus nonsteroidal antiinflammatory agents and placebo on cardiovascular thrombotic events in patients with arthritis. Am J Ther 2004; 11(4):244-250.

(354) Whelton A. The coxib conundrum: lessons from the rise and fall of rofecoxib. Am J Ther 2004; 11(6):417-421.

(355) Spalding WM, Reeves MJ, Whelton A. Thromboembolic cardiovascular risk among arthritis patients using cyclooxygenase-2-selective inhibitor or nonselective cyclooxygenase inhibitor nonsteroidal anti-inflammatory drugs. Am J Ther 2007; 14(1):3-12.

(356) Schuster R, Stewart D, Schuster L, Greaney G, Waxman K. Preoperative oral rofecoxib and postoperative pain in patients after laparoscopic cholecystectomy: a prospective, randomized, double-blinded, placebo-controlled trial. Am Surg 2005; 71(10):827-829.

(357) daLuz PL, Coimbra SR. Alcohol and atherosclerosis. An Acad Bras Cienc 2001; 73(1):51-55.

(358) Meyer R. Rofecoxib reduces perioperative morphine consumption for abdominal hysterectomy and laparoscopic gastric banding. Anaesth Intensive Care 2002; 30(3):389-390.

(359) Papadimos TJ, Marco AP. Cornelia de Lange syndrome, hyperthermia and a difficult airway. Anaesthesia 2003; 58(9):924-925.

(360) Blaicher AM, Landsteiner HT, Zwerina J, Leitgeb U, Volf I, Hoerauf K. Effect of non-selective, non-steroidal anti-inflammatory drugs and cyclo-oxygenase-2 selective inhibitors on the PFA-100 closure time. Anaesthesia 2004; 59(11):1100-1103.

(361) Nemutlu E, Ozaltin N, Altinoz S. Determination of rofecoxib, in the presence of its photodegradation product, in pharmaceutical preparations by micellar electrokinetic capillary chromatography. Anal Bioanal Chem 2004; 378(2):504-509.

(362) Amini M, Hamedani MP, Vosooghi M, Nabavi M, Shafiee A. Pre-column derivatization of rofecoxib for determination in serum by HPLC. Anal Bioanal Chem 2005; 382(5):1265-1268.

(363) Murphey LJ, Williams MK, Sanchez SC et al. Quantification of the major urinary metabolite of PGE2 by a liquid chromatographic/mass spectrometric assay: determination of cyclooxygenase-specific PGE2 synthesis in healthy humans and those with lung cancer. Anal Biochem 2004; 334(2):266-275.

(364) Reuben SS, Connelly NR. Postoperative analgesic effects of celecoxib or rofecoxib after spinal fusion surgery. Anesth Analg 2000; 91(5):1221-1225.

(365) Sheeran PW, Rose J, Ciavachi R, Fazi L, McCormick L. Rofecoxib administration to pediatric patients undergoing adenotonsillectomy [ABSTRACT S257]. Anesth Analg 2002; 94:S257.

(366) Turan A, Emet S, Karamanlioglu B, Memis D, Turan N, Pamukcu Z. Analgesic effects of rofecoxib in ear-nose-throat surgery. Anesth Analg 2002; 95(5):1308-11, table.

(367) Reuben SS, Bhopatkar S, Maciolek H, Joshi W, Sklar J. The preemptive analgesic effect of rofecoxib after ambulatory arthroscopic knee surgery. Anesth Analg 2002; 94(1):55-9, table.

(368) Watcha MF, Issioui T, Klein KW, White PF. Costs and effectiveness of rofecoxib, celecoxib, and acetaminophen for preventing pain after ambulatory otolaryngologic surgery. Anesth Analg 2003; 96(4):987-94, table.

KS-000715

(369)   Pavlin DJ, Horvath KD, Pavlin EG, Sima K. Preincisional treatment to prevent pain after ambulatory hernia surgery. Anesth Analg 2003; 97(6):1627-1632.

(370)   Joshi W, Connelly NR, Reuben SS, Wolckenhaar M, Thakkar N. An evaluation of the safety and efficacy of administering rofecoxib for postoperative pain management. Anesth Analg 2003; 97(1):35-8, table.

(371)   Sinatra RS, Shen QJ, Halaszynski T, Luther MA, Shaheen Y. Preoperative rofecoxib oral suspension as an analgesic adjunct after lower abdominal surgery: the effects on effort-dependent pain and pulmonary function. Anesth Analg 2004; 98(1):135-40, table.

(372)   Blaicher AM, Landsteiner HT, Al-Falaki O et al. Acetylsalicylic acid, diclofenac, and lornoxicam, but not rofecoxib, affect platelet CD 62 expression. Anesth Analg 2004; 98(4):1082-5, table.

(373)   Chang DJ, Desjardins PJ, King TR, Erb T, Geba GP. The analgesic efficacy of etoricoxib compared with oxycodone/acetaminophen in an acute postoperative pain model: a randomized, double-blind clinical trial. Anesth Analg 2004; 99(3):807-15, table.

(374)   Karamanlioglu B, Turan A, Memis D, Ture M. Preoperative oral rofecoxib reduces postoperative pain and tramadol consumption in patients after abdominal hysterectomy. Anesth Analg 2004; 98(4):1039-43, table.

(375)   Ma H, Tang J, White PF et al. Perioperative rofecoxib improves early recovery after outpatient herniorrhaphy. Anesth Analg 2004; 98(4):970-5, table.

(376)   Kranke P, Morin AM, Roewer N, Eberhart LH. Patients' global evaluation of analgesia and safety of injected parecoxib for postoperative pain: a quantitative systematic review. Anesth Analg 2004; 99(3):797-806, table.

(377)   Buvanendran A, Kroin JS, Tuman KJ, Lubenow TR, Elmofty D, Luk P. Cerebrospinal fluid and plasma pharmacokinetics of the cyclooxygenase 2 inhibitor rofecoxib in humans: single and multiple oral drug administration. Anesth Analg 2005; 100(5):1320-4, table.

(378)   Barrington MJ, Olive D, Low K, Scott DA, Brittain J, Choong P. Continuous femoral nerve blockade or epidural analgesia after total knee replacement: a prospective randomized controlled trial. Anesth Analg 2005; 101(6):1824-1829.

(379)   Huang J. Efficacy of the NSAIDs depends on multiple factors. Anesth Analg 2005; 101(3):926.

(380)   Pavlin DJ, Pavlin EG, Horvath KD, Amundsen LB, Flum DR, Roesen K. Perioperative rofecoxib plus local anesthetic field block diminishes pain and recovery time after outpatient inguinal hernia repair. Anesth Analg 2005; 101(1):83-9, table.

(381)   Kroin JS, Buvanendran A, Watts DE, Saha C, Tuman KJ. Upregulation of cerebrospinal fluid and peripheral prostaglandin E2 in a rat postoperative pain model. Anesth Analg 2006; 103(2):334-43, table.

(382)   Turan A, White PF, Karamanlioglu B et al. Gabapentin: an alternative to the cyclooxygenase-2 inhibitors for perioperative pain management. Anesth Analg 2006; 102(1):175-181.

(383)   Nilsson F, Bjorkman S, Rosen I, Messeter K, Nordstrom CH. Cerebral vasoconstriction by indomethacin in intracranial hypertension. An experimental investigation in pigs. Anesthesiology 1995; 83(6):1283-1292.

(384)   Reuben SS, Steinberg R. Gastric perforation associated with the use of celecoxib. Anesthesiology 1999; 91(5):1548-1549.

(385)   Issioui T, Klein KW, White PF et al. Cost-efficacy of rofecoxib versus acetaminophen for preventing pain after ambulatory surgery. Anesthesiology 2002; 97(4):931-937.

(386)   Larijani GE, Goldberg ME. Analgesic evaluation in postoperative patients. Anesthesiology 2004; 100(3):744-745.

(387)   Myles PS. The pain visual analog scale: linear or nonlinear? Anesthesiology 2004; 100(3):744.

(388)   Reuben SS, Connelly NR. The perioperative use of cyclooxygenase-2 selective nonsteroidal antiinflammatory drugs may offer a safer alternative. Anesthesiology 2004; 100(3):748.

KS-000716

(389) Alcindor D, Krolikowski JG, Pagel PS, Warltier DC, Kersten JR. Cyclooxygenase-2 mediates ischemic, anesthetic, and pharmacologic preconditioning in vivo. Anesthesiology 2004; 100(3):547-554.

(390) Dembo G, Park SB, Kharasch ED. Central nervous system concentrations of cyclooxygenase-2 inhibitors in humans. Anesthesiology 2005; 102(2):409-415.

(391) Fornai M, Colucci R, Graziani F et al. Cyclooxygenase-2 induction after oral surgery does not entirely account for analgesia after selective blockade of cyclooxygenase 2 in the preoperative period. Anesthesiology 2006; 104(1):152-157.

(392) Buvanendran A, Kroin JS, Berger RA et al. Upregulation of prostaglandin E2 and interleukins in the central nervous system and peripheral tissue during and after surgery in humans. Anesthesiology 2006; 104(3):403-410.

(393) Babul N, Sloan P, Lipman AG. Postsurgical safety of opioid-sparing cyclooxygenase-2 inhibitors. Anesthesiology 2006; 104(2):375.

(394) Chalmers CR, Fenwick SW, Toogood GJ, Hull MA. Immunohistochemical measurement of endothelial cell apoptosis and proliferation in formalin-fixed, paraffin-embedded human cancer tissue. Angiogenesis 2006; 9(4):193-200.

(395) Giuseppe P, Antonino R, Alessandro DB et al. Floctafenine: a valid alternative in patients with adverse reactions to nonsteroidal anti-inflammatory drugs. Ann Allergy Asthma Immunol 1997; 78(1):74-78.

(396) Asero R. Leukotriene receptor antagonists may prevent NSAID-induced exacerbations in patients with chronic urticaria. Ann Allergy Asthma Immunol 2000; 85(2):156-157.

(397) Crouch TE, Stafford CT. Urticaria associated with COX-2 inhibitors [POSTER 38]. Ann Allergy Asthma Immunol 2000; 84(1):140.

(398) Kelkar PS, Butterfield JH, Teaford HG. Urticaria and angioedema from cyclooxygenase-2 inhibitors [POSTER 93]. Ann Allergy Asthma Immunol 2001; 86(1):117.

(399) Sanchez BM, Capriles-Hulett A, Caballero-Fonseca F, Perez CR. Tolerability to new COX-2 inhibitors in NSAID-sensitive patients with cutaneous reactions. Ann Allergy Asthma Immunol 2001; 87(3):201-204.

(400) Jajoo D, Benincasa P. Rofecoxib in a child with nonsteroidal anti-inflammatory drug induced urticaria and angioedema [POSTER 100]. Ann Allergy Asthma Immunol 2002; 88(1):125.

(401) Quiralte J, Saenz de San PB, Florido JJ. Safety of selective cyclooxygenase-2 inhibitor rofecoxib in patients with NSAID-induced cutaneous reactions. Ann Allergy Asthma Immunol 2002; 89(1):63-66.

(402) Asero R, Tedeschi A, Lorini M. Autoreactivity is highly prevalent in patients with multiple intolerances to NSAIDs. Ann Allergy Asthma Immunol 2002; 88(5):468-472.

(403) Nettis E, Di PR, Ferrannini A, Tursi A. Tolerability of rofecoxib in patients with cutaneous adverse reactions to nonsteroidal anti-inflammatory drugs. Ann Allergy Asthma Immunol 2002; 88(3):331-334.

(404) Rodriguez M, Enrique E, Castello JV, de Mateo JA, Roca B, Malek T. Tolerability of cyclooxygenase 2 inhibitors and the advisability of oral challenge. Ann Allergy Asthma Immunol 2003; 91(6):589.

(405) Thethi AK, Weiler C. Erythromelagia as a differential for flushing:  case report and literature review [POSTER 112]. Ann Allergy Asthma Immunol 2003; 90(1):147.

(406) Randolph CC, Dreyfus D. Drug desensitization:  experience in private practice with a community hospital [POSTER 61]. Ann Allergy Asthma Immunol 2004; 92(1):117.

(407) Quiralte J, Delgado J, Saenz de San PB et al. Safety of the new selective cyclooxygenase type 2 inhibitors rofecoxib and celecoxib in patients with anaphylactoid reactions to nonsteroidal anti-inflammatory drugs. Ann Allergy Asthma Immunol 2004; 93(4):360-364.

(408) Woessner KM, Simon RA, Stevenson DD. Safety of high-dose rofecoxib in patients with aspirin-exacerbated respiratory disease. Ann Allergy Asthma Immunol 2004; 93(4):339-344.

KS-000717

(409) Sanchez-Borges M, Caballero-Fonseca F, Capriles-Hulett A. Tolerance of nonsteroidal anti-inflammatory drug-sensitive patients to the highly specific cyclooxygenase 2 inhibitors rofecoxib and valdecoxib. Ann Allergy Asthma Immunol 2005; 94(1):34-38.

(410) Nettis E, Colanardi MC, Ferrannini A, Tursi A. Short-term and long-term tolerability of rofecoxib in patients with prior reactions to nonsteroidal anti-inflammatory drugs. Ann Allergy Asthma Immunol 2005; 94(1):29-33.

(411) Celik G, Erkekol FO, Bavbek S, Dursun B, Misirligil Z. Long-term use and tolerability of cyclooxygenase-2 inhibitors in patients with analgesic intolerance. Ann Allergy Asthma Immunol 2005; 95(1):33-37.

(412) Asero R. Use of ketoprofen oral challenges to detect cross-reactors among patients with a history of aspirin-induced urticaria. Ann Allergy Asthma Immunol 2006; 97(2):187-189.

(413) Tewari P, Nath SS, Mazumdar G. Increased prothrombin time and lactic acidosis: rofecoxib drug interaction with acenocoumarin and metformin. Ann Card Anaesth 2007; 10(1):58-60.

(414) Fosslien E. Review: molecular pathology of cyclooxygenase-2 in cancer-induced angiogenesis. Ann Clin Lab Sci 2001; 31(4):325-348.

(415) Fosslien E. Cardiovascular complications of non-steroidal anti-inflammatory drugs. Ann Clin Lab Sci 2005; 35(4):347-385.

(416) Christensen K, Cawkwell G. Valdecoxib, a novel potent COX-2-specific inhibitor, is effective in treating postoperative dental pain and provides a more rapid onset of action compared with rofecoxib [ABSTRACT 18]. Ann Emerg Med 2002; 40(4 Suppl.):S6-S7.

(417) Chang DJ, Desjardins PJ, Black P et al. Comparison of rofecoxib with multidose oxycodone/acetaminophen in patients with acute pain [ABSTRACT 250]. Ann Emerg Med 2003; 42(4 Suppl.):S68.

(418) Ives DG, Fitzpatrick AL, Bild DE et al. Surveillance and ascertainment of cardiovascular events. The Cardiovascular Health Study. Ann Epidemiol 1995; 5(4):278-285.

(419) Liszka HA, Mainous AG, III, King DE, Everett CJ, Egan BM. Prehypertension and cardiovascular morbidity. Ann Fam Med 2005; 3(4):294-299.

(420) Stange KC. In This Issue: Doctor-Patient and Drug Company-Patient Communication. Ann Fam Med 2007; 5(1):2-4.

(421) Frosch DL, Krueger PM, Hornik RC, Cronholm PF, Barg FK. Creating demand for prescription drugs: a content analysis of television direct-to-consumer advertising. Ann Fam Med 2007; 5(1):6-13.

(422) Kessler DA, Levy DA. Direct-to-consumer advertising: is it too late to manage the risks? Ann Fam Med 2007; 5(1):4-5.

(423) Stange KC. Time to ban direct-to-consumer prescription drug marketing. Ann Fam Med 2007; 5(2):101-104.

(424) Pertek JP, Vidal S, Mariot J, Galy-Floc'h M, Azoulay E. [Metformin-associated lactic acidosis precipitated by acute renal failure]. Ann Fr Anesth Reanim 2003; 22(5):457-460.

(425) LEBOWITZ WB. The heart in rheumatoid arthritis (rheumatoid disease). A clinical and pathological study of sixty-two cases. Ann Intern Med 1963; 58:102-123.

(426) Griffin MR, Ray WA, Schaffner W. Nonsteroidal anti-inflammatory drug use and death from peptic ulcer in elderly persons. Ann Intern Med 1988; 109(5):359-363.

(427) Pasticci MB, Menichetti F, DiCandilo F. Nimesulide, Thrombocytopenic Purpura, and Human Immunodeficiency Virus (HIV) Infection. Ann Intern Med 1990; 112(3):233-234.

(428) Griffin MR, Piper JM, Daugherty JR, Snowden M, Ray WA. Nonsteroidal anti-inflammatory drug use and increased risk for peptic ulcer disease in elderly persons. Ann Intern Med 1991; 114(4):257-263.

(429) Gabriel SE, Jaakkimainen L, Bombardier C. Risk for serious gastrointestinal complications related to use of nonsteroidal anti-inflammatory drugs. A meta-analysis. Ann Intern Med 1991; 115(10):787-796.

KS-000718

(430) Piper JM, Ray WA, Daugherty JR, Griffin MR. Corticosteroid use and peptic ulcer disease: role of nonsteroidal anti-inflammatory drugs. Ann Intern Med 1991; 114(9):735-740.

(431) Johnson AG, Nguyen TV, Day RO. Do nonsteroidal anti-inflammatory drugs affect blood pressure? A meta-analysis. Ann Intern Med 1994; 121(4):289-300.

(432) Pincus T, Brooks RH, Callahan LF. Prediction of long-term mortality in patients with rheumatoid arthritis according to simple questionnaire and joint count measures. Ann Intern Med 1994; 120(1):26-34.

(433) Silverstein FE, Graham DY, Senior JR et al. Misoprostol reduces serious gastrointestinal complications in patients with rheumatoid arthritis receiving nonsteroidal anti-inflammatory drugs. A randomized, double-blind, placebo-controlled trial. Ann Intern Med 1995; 123(4):241-249.

(434) Uniform requirements for manuscripts submitted to biomedical journals. International Committee of Medical Journal Editors. Ann Intern Med 1997; 126(1):36-47.

(435) Hart RG, Benavente O, McBride R, Pearce LA. Antithrombotic therapy to prevent stroke in patients with atrial fibrillation: a meta-analysis. Ann Intern Med 1999; 131(7):492-501.

(436) Wolf G, Porth J, Stahl RA. Acute renal failure associated with rofecoxib. Ann Intern Med 2000; 133(5):394.

(437) Baciewicz AM, Sokos DR, King TJ. Acute pancreatitis associated with celecoxib. Ann Intern Med 2000; 132(8):680.

(438) Swan SK, Rudy DW, Lasseter KC et al. Effect of cyclooxygenase-2 inhibition on renal function in elderly persons receiving a low-salt diet. A randomized, controlled trial. Ann Intern Med 2000; 133(1):1-9.

(439) Feldman M, McMahon AT. Do cyclooxygenase-2 inhibitors provide benefits similar to those of traditional nonsteroidal anti-inflammatory drugs, with less gastrointestinal toxicity? Ann Intern Med 2000; 132(2):134-143.

(440) Galan MV, Gordon SC, Silverman AL. Celecoxib-induced cholestatic hepatitis. Ann Intern Med 2001; 134(3):254.

(441) Wenger NS, Shekelle PG. Assessing care of vulnerable elders: ACOVE project overview. Ann Intern Med 2001; 135(8 Pt 2):642-646.

(442) Chodosh J, Ferrell BA, Shekelle PG, Wenger NS. Quality indicators for pain management in vulnerable elders. Ann Intern Med 2001; 135(8 Pt 2):731-735.

(443) MacLean CH. Quality indicators for the management of osteoarthritis in vulnerable elders. Ann Intern Med 2001; 135(8 Pt 2):711-721.

(444) Swan SK, Brater DC. Cyclooxgenase-2 inhibition and renal function: in response. Ann Intern Med 2001; 134(11):1078- In response to 2 letters to the editor (see Docs. #168095 and #168096), the authors of a study reporting renal dysfunction with rofecoxib (see Doc. #163847) emphasize that both celecoxib and rofecoxib can cause sodium retention. They specifically address Dr. Whelton's unpublished study that he presented at the European League against Rheumatism (EULAR) meeting, which showed that celecoxib was better tolerated than rofecoxib. They note that another prospective study presented at the same meeting showed that rofecoxib 25 mg was superior to celecoxib 200 mg in osteoarthritis management and adverse events were similar for both drugs. The authors conclude that the renal effects of COX-2 inhibitors are class-related and these agents should be used cautiously in patients with predisposing disease such as chronic renal failure, severe heart disease, and hepatic failure. 5 refs.

(445) Whelton A. Cyclooxygenase-2 inhibition and renal function. Ann Intern Med 2001; 134(11):1077-1078.

(446) Pfister AK, Crisalli RJ, Carter WH. Cyclooxygenase-2 inhibition and renal function. Ann Intern Med 2001; 134(11):1077.

(447) Aspirin for the primary prevention of cardiovascular events: recommendation and rationale. Ann Intern Med 2002; 136(2):157-160.

(448) Summaries for patients. The cost-effectiveness of cyclooxygenase-2 inhibitors for treating chronic arthritis. Ann Intern Med 2003; 138(10):I39.

(449) Summaries for patients. Gastrointestinal side effects of rofecoxib and naproxen. Ann Intern Med 2003; 138(7):I29.

KS-000719

(450) Spiegel BM, Targownik L, Dulai GS, Gralnek IM. The cost-effectiveness of cyclooxygenase-2 selective inhibitors in the management of chronic arthritis. Ann Intern Med 2003; 138(10):795-806.

(451) Lisse JR, Perlman M, Johansson G et al. Gastrointestinal tolerability and effectiveness of rofecoxib versus naproxen in the treatment of osteoarthritis: a randomized, controlled trial. Ann Intern Med 2003; 139(7):539-546.

(452) Buttrey MJ. Coping with SARS. Ann Intern Med 2004; 140(12):1060-1061.

(453) Spiegel BM, Gralnek IM. Cost-effectiveness of cyclooxygenase-2 inhibitors in chronic arthritis. Ann Intern Med 2004; 140(9):761-762.

(454) Hanauer LB. Tolerability of rofecoxib versus naproxen. Ann Intern Med 2004; 140(12):1059.

(455) Brush DE, Bird SB, Boyer EW. Gamma-hydroxybutyrate use in older adults. Ann Intern Med 2004; 140(12):W70-W71.

(456) Rusche JM. Tolerability of rofecoxib versus naproxen. Ann Intern Med 2004; 140(12):1059.

(457) Pellissier JM, Watson DJ, Kong SX, Straus WL. Cost-effectiveness of cyclooxygenase-2 inhibitors in chronic arthritis. Ann Intern Med 2004; 140(9):761-762.

(458) Jenkinson ML. Tolerability of rofecoxib versus naproxen. Ann Intern Med 2004; 140(12):1059-1060.

(459) Elon RD. Improving geriatrics training. Ann Intern Med 2004; 140(12):1061.

(460) Puli SR, Farrell JS, Alpert MA. Isolated gastric varices occurring 5 years after chemotherapy for splenic lymphoma. Ann Intern Med 2004; 140(12):1062-1063.

(461) Joshi AV, Miller LA. Hospital procedure volume and outcomes. Ann Intern Med 2004; 140(12):1061-1062.

(462) Braunstein N, Polis A. Report of specific cardiovascular outcomes of the ADVANTAGE trial. Ann Intern Med 2005; 143(2):158-159.

(463) Summaries for patients. Cyclooxygenase-2 inhibitors and heart attacks: varying effects? Ann Intern Med 2005; 142(3):I21.

(464) Levesque LE, Brophy JM, Zhang B. The risk for myocardial infarction with cyclooxygenase-2 inhibitors: a population study of elderly adults. Ann Intern Med 2005; 142(7):481-489.

(465) Sanderson S, Emery J, Baglin T, Kinmonth AL. Narrative review: aspirin resistance and its clinical implications. Ann Intern Med 2005; 142(5):370-380.

(466) Jain A, Atreja A, Harris CM, Lehmann M, Burns J, Young J. Responding to the rofecoxib withdrawal crisis: a new model for notifying patients at risk and their health care providers. Ann Intern Med 2005; 142(3):182-186.

(467) Finckh A, Aronson MD. Cardiovascular risks of cyclooxygenase-2 inhibitors: where we stand now. Ann Intern Med 2005; 142(3):212-214.

(468) Kimmel SE, Berlin JA, Reilly M et al. Patients exposed to rofecoxib and celecoxib have different odds of nonfatal myocardial infarction. Ann Intern Med 2005; 142(3):157-164.

(469) Badgett R, Mulrow C. Using information technology to transfer knowledge: a medical institution steps up to the plate. Ann Intern Med 2005; 142(3):220-221.

(470) Egilman DS, Presler AH. Report of specific cardiovascular outcomes of the ADVANTAGE trial. Ann Intern Med 2006; 144(10):781.

(471) Ganetsky M, Bird SB, Liang IE. Acute myocardial infarction associated with the serotonin syndrome. Ann Intern Med 2006; 144(10):782-783.

(472) Woloshin S, Schwartz LM, Welch HG. The effectiveness of a primer to help people understand risk: two randomized trials in distinct populations. Ann Intern Med 2007; 146(4):256-265.

KS-000720

(473)   FitzGerald GA, Austin S, Egan K, Cheng Y, Pratico D. Cyclo-oxygenase products and atherothrombosis. Ann Med 2000; 32 Suppl 1:21-26.

(474)   A randomized trial of anticoagulants versus aspirin after cerebral ischemia of presumed arterial origin. The Stroke Prevention in Reversible Ischemia Trial (SPIRIT) Study Group. Ann Neurol 1997; 42(6):857-865.

(475)   Iadecola C. Cyclooxygenase-2 and stroke: the long and short of it. Ann Neurol 2003; 54(2):141-142.

(476)   Louizos AA, Pandazi AB, Koraka CP, Davilis DI, Georgiou LG. Preoperative administration of rofecoxib versus ketoprofen for pain relief after tonsillectomy. Ann Otol Rhinol Laryngol 2006; 115(3):201-204.

(477)   Kaplan-Machlis B, Klostermeyer BS. The cyclooxygenase-2 inhibitors: safety and effectiveness. Ann Pharmacother 1999; 33(9):979-988.

(478)   Mersfelder TL, Stewart LR. Warfarin and celecoxib interaction. Ann Pharmacother 2000; 34(3):325-327.

(479)   Haase KK, Rojas-Fernandez CH, Lane L, Frank DA. Potential interaction between celecoxib and warfarin. Ann Pharmacother 2000; 34(5):666-667.

(480)   Brown CH. Effect of rofecoxib on the antihypertensive activity of lisinopril. Ann Pharmacother 2000; 34(12):1486.

(481)   Fisher AA, Le Couteur DG. Intracerebral hemorrhage following possible interaction between celecoxib and clopidogrel. Ann Pharmacother 2001; 35(12):1567-1569.

(482)   Bates DE, Lemaire JB. Possible celecoxib-induced gastroduodenal ulceration. Ann Pharmacother 2001; 35(6):782-783.

(483)   Pathak A, Boveda S, Defaye P et al. Celecoxib-associated torsade de pointes. Ann Pharmacother 2002; 36(7-8):1290-1291.

(484)   Hogue JH, Mersfelder TL. Pathophysiology and first-line treatment of osteoarthritis. Ann Pharmacother 2002; 36(4):679-686.

(485)   Daugherty KK, Gora-Harper ML. Idiopathic paresthesia reaction associated with rofecoxib. Ann Pharmacother 2002; 36(2):264-266.

(486)   West PM, Fernandez C. Safety of COX-2 inhibitors in asthma patients with aspirin hypersensitivity. Ann Pharmacother 2003; 37(10):1497-1501.

(487)   Johnson DL, Hisel TM, Phillips BB. Effect of cyclooxygenase-2 inhibitors on blood pressure. Ann Pharmacother 2003; 37(3):442-446.

(488)   Garcia-Cortes M, Lucena MI, Andrade RJ, Romero-Gomez M, Fernandez MC. Lansoprazole-induced hepatic dysfunction. Ann Pharmacother 2003; 37(11):1731.

(489)   Palop-Larrea V, Melchor-Penella MA, Ortega-Monzo C, Martinez-Mir I. Leukocytoclastic vasculitis related to rofecoxib. Ann Pharmacother 2003; 37(11):1731-1732.

(490)   Verrico MM, Weber RJ, McKaveney TP, Ansani NT, Towers AL. Adverse Drug Events Involving COX-2 Inhibitors. Ann Pharmacother 2003; 37(9):1203-1213.

(491)   Andres E, Noel E, Abdelghani MB. Vitamin B(12) deficiency associated with chronic acid suppression therapy. Ann Pharmacother 2003; 37(11):1730.

(492)   Herendeen JM, Lindley C. Use of NSAIDs for the chemoprevention of colorectal cancer. Ann Pharmacother 2003; 37(11):1664-1674.

(493)   bu-Shraie NA, Alfadley AA. Lichenoid drug eruption probably associated with rofecoxib. Ann Pharmacother 2004; 38(5):795-798.

(494)   Ratz Bravo AE, Egger SS, Crespo S, Probst WL, Krahenbuhl S. Lithium intoxication as a result of an interaction with rofecoxib. Ann Pharmacother 2004; 38(7-8):1189-1193.

KS-000721

(495)   Sandhu GK, Heyneman CA. Nephrotoxic potential of selective cyclooxygenase-2 inhibitors. Ann Pharmacother 2004; 38(4):700-704.

(496)   Fredy J, Diggins DA, Jr., Morrill GB. Blood pressure in Native Americans switched from celecoxib to rofecoxib. Ann Pharmacother 2005; 39(5):797-802.

(497)   Jones SC. Relative thromboembolic risks associated with COX-2 inhibitors. Ann Pharmacother 2005; 39(7-8):1249-1259.

(498)   Marshall LL. Angioedema associated with aspirin and rofecoxib. Ann Pharmacother 2005; 39(5):944-948.

(499)   Corman SL, Fedutes BA, Ansani NT. Impact of nonsteroidal antiinflammatory drugs on the cardioprotective effects of aspirin. Ann Pharmacother 2005; 39(6):1073-1079.

(500)   Rawson NS, Nourjah P, Grosser SC, Graham DJ. Factors associated with celecoxib and rofecoxib utilization. Ann Pharmacother 2005; 39(4):597-602.

(501)   Lindqvist E, Eberhardt K. Mortality in rheumatoid arthritis patients with disease onset in the 1980s. Ann Rheum Dis 1999; 58(1):11-14.

(502)   Laurenzi M, Vandormael K, Daniels B et al. Comparison of the tolerability profile of rofecoxib and arthrotec in patients with osteoarthritis -- study design and baseline characteristics [POSTER 293]. Ann Rheum Dis 2000; 59(1 Suppl.):134.

(503)   Hawkey C, Harper S, Quan H, Bolognese J, Mortensen E, Rofecoxib Osteoarthritis Endoscopy Multinational Study Group. Effect of rofecoxib on endoscopic ulcers in osteoarthritis patients:  analysis of potential risk factors [POSTER 290]. Ann Rheum Dis 2000; 59(1 Suppl.):133.

(504)   Bombardier C, Laine L, Hochberg M, Day R, Shapiro D, Reicin A. Influence of corticosteroids, RA severity and other risk factors on clinical GI events in patients with rheumatoid arthritis in a double-blind outcome study of rofecoxib vs. naproxen [POSTER 151]. Ann Rheum Dis 2000; 59(1 Suppl.):101.

(505)   Daniels B, Seidenberg B. Rofecoxib, a specific inhibitor COX-2, was not associated with allergic reactions in patients with a history of sulfur-allergy [POSTER 285]. Ann Rheum Dis 2000; 59(1 Suppl.):132.

(506)   Makuch R, Maurath CJ, Verburg KM, Geis GS. Cardiovascular safety of the cyclooxygenase-2 (COX-2) specific inhibitor, celecoxib:  clinical trial experience [ABSTRACT 70]. Ann Rheum Dis 2000; 59(1 Suppl.):52.

(507)   Ehrich E, Krupa D, Bolognese J, Morrison B, Daniels B, Seidenberg B. Efficacy of rofecoxib, a COX-2 inhibitor, in hand, thumb and spine OA:  results of a non-signal joint analysis [POSTER 270]. Ann Rheum Dis 2000; 59(1 Suppl.):129.

(508)   Daniels B, Gertz B. Renal safety profile of rofecoxib, a specific inhibitor of COX-2, in controlled clinical trials [POSTER 284]. Ann Rheum Dis 2000; 59(1 Suppl.):132.

(509)   Watson DJ, Harper S, Zhao P, Bolognese J, Simon T, Seidenberg B. Gastrointestinal (GI) co-medications and GI procedures with rofecoxib vs. nonspecific cyclooxygenase inhibitors (NSAIDs) [POSTER 294]. Ann Rheum Dis 2000; 59(1 Suppl.):134.

(510)   Attard C, Belfry L, Pellissier JM, Kong SX, Marentette M, Sauvageau C. Economic implications of comparing rofecoxib to NSAIDs in the treatment of osteoarthritis in Ontario, Canada [POSTER 937]. Ann Rheum Dis 2000; 59(1 Suppl.):278- In phase III clinical trials, patients with osteoarthritis who receive rofecoxib have fewer GI adverse events than do those who receive other NSAIDs.  The authors estimate the economic implications of this difference for patients aged >=65 yr in Ontario, Canada who had previously not responded to acetaminophen therapy.  A model-based cost-effectiveness analysis was conducted which focused on events related to serious (perforations, ulcer or bleeds [PUBs]) and minor (e.g., dyspepsia) GI events.  Resource utilization profiles for the outpatient and inpatient care of GI events were developed using the literature, the expertise of a gastroenterologist and data from the Ontario Case Costing Project. Average drug costs, the efficacy of gastroprotective agents and the rates of their concomitant use were also considered. A 90% reduction in the use of prophylactic gastroprotective agents was assumed for patients who received rofecoxib. The expected cost per patient per day was $1.67 for rofecoxib and $1.60 for other NSAIDs.  The incremental annual cost per patient for rofecoxib was $24.45; however, rofecoxib was associated with a reduction of 0.0109 PUBs per patient per year.  Therefore, the cost per PUB averted was $2,247.  Results were sensitive to the rates of use of GI medications and to drug costs and were robust over a range of model assumptions.  The authors conclude that

KS-000722

rofecoxib may represent an alternative to NSAIDs, with cost savings due to lower rates of GI events and co-medications.  Ed. note:  Some of the authors are employees of Merck & Co., Inc and Merck Frosst Canada & Co., Inc.

(511)   Slappendel R, Dirksen R, Weber EWG, Bugter MLT. Side effects of COX selective NSAIDs after orthopedic surgery [ABSTRACT 104]. Ann Rheum Dis 2000; 59(1 Suppl.):61.

(512)   Kroot EJ, van Leeuwen MA, van Rijswijk MH et al. No increased mortality in patients with rheumatoid arthritis: up to 10 years of follow up from disease onset. Ann Rheum Dis 2000; 59(12):954-958.

(513)   van Kuijk C, Cheng X, Hottya G et al. The effects of rofecoxib and diclofenac on knee osteoarthritis (OA) articular cartilage:  the results from one-year prospective clinical trials [ABSTRACT 82]. Ann Rheum Dis 2000; 59(1 Suppl.):55.

(514)   Laurenzi M, Geba GP, Polis AB et al. Evaluation of onset of action of rofecoxib, naproxen and nabumetone in patients with osteoarthritis (OA) [POSTER 292]. Ann Rheum Dis 2000; 59(1 Suppl.):134.

(515)   Geba GP, Weaver AL, Schnitzer TJ et al. A clinical trial comparing rofecoxib to celecoxib and acetaminophen in the treatment of osteoarthritis (OA): early efficacy results [POSTER 291]. Ann Rheum Dis 2000; 59(1 Suppl.):133-134.

(516)   Schwartz JI, Agrawal N, Wong P et al. No effect of rofecoxib up to 50 mg daily on methotrexate plasma concentrations [POSTER 364]. Ann Rheum Dis 2000; 59(1 Suppl.):150.

(517)   Geba GP, Polis AB, Dixon ME et al. Gastrointestinal tolerability in primary care patients treated with naproxen or rofecoxib for osteoarthritis (OA):  the Advantage trial [POSTER 295]. Ann Rheum Dis 2000; 59(1 Suppl.):134-135.

(518)   Truitt K, Schnitzer T, Fleischmann R, Seidenberg B, Ehrich E. A two-part placebo and active comparator-controlled study of rofecoxib in the treatment of rheumatoid arthritis (RA):  one-year experience [POSTER 424]. Ann Rheum Dis 2000; 59(1 Suppl.):165.

(519)   Shapiro DR, Barr E, Reicin AS. Cardiovascular safety profile of rofecoxib:  a meta-analysis [ABSTRACT OP0133]. Ann Rheum Dis 2001; 60(1 Suppl.):CD ABSTRACT OP0133.

(520)   Capraru MS, Ilie E, Gerota D. The efficacy of rofecoxib in the treatment of inflammatory arthropathies [ABSTRACT SAT0123]. Ann Rheum Dis 2001; 60(1 Suppl.):CD ABSTRACT SAT0123.

(521)   Rinder HM, Gagnier RP, Souhrada M, Wood CC. Bleeding time and platelet function in normal volunteers receiving meloxicam [ABSTRACT SAT0063]. Ann Rheum Dis 2001; 60(1 Suppl.):CD ABSTRACT SAT0063.

(522)   Sanchez-Borges M, Capriles-Hulett A, Caballero F, Perez C. Safety of new COX-2 inhibitors in NSAID-intolerant patients [ABSTRACT FRI0005]. Ann Rheum Dis 2001; 60(1 Suppl.):CD ABSTRACT FRI0005.

(523)   Kong SX, Pellissier JM. Health economic evaluation of rofecoxib versus conventional NSAIDs in the treatment of osteoarthritis in Switzerland [ABSTRACT SAT0241]. Ann Rheum Dis 2001; 60(1 Suppl.):CD ABSTACT SAT0241.

(524)   Jawad AS. EULAR recommendations for the management of knee osteoarthritis. Ann Rheum Dis 2001; 60(5):540.

(525)   Bombardier C, Hochberg M, Laine L, Ramey DR, Reicin A, Watson DJ. Regional variation in baseline patient characteristics and disease management of rheumatoid arthritis patients in the VIGOR (VIOXX GI Outcomes Research) study [ABSTACT SAT0255]. Ann Rheum Dis 2001; 60(1 Suppl.):CD Abstract SAT0255.

(526)   Marentette MA, Attard C, Pellissier JM, Kong SX, Sauvageau C. Economic analysis of rofecoxib versus NSAIDs: comparison across different provinces in Canada [ABSTRACT SAT0230]. Ann Rheum Dis 2001; 60(1 Suppl.):CD ABSTRACT SAT0230.

(527)   Geba GP, Polis AB, Dixon ME, Dobbins TW, Rush JE, Weir MR. Comparative blood pressure effects of rofecoxib, celecoxib, and placebo in patients with osteoarthritis (OA):  randomized controlled trial [ABSTRACT SAT0095]. Ann Rheum Dis 2001; 60(1 Suppl.):CD ABSTRACT SAT0095.

(528)   Geba GP, Lisse JR, Perlman M et al. Gastrointestinal tolerability in primary care patients treated with naproxen or rofecoxib for osteoarthritis (OA):  the Advantage Trial [ABSTRACT SAT0096]. Ann Rheum Dis 2001; 60(1 Suppl.):CD ABSTRACT SAT0096.

**KS-000723**

(529) Schwartz JI, Malice MP, Lasseter KC, Holmes GB, Gottesdiener KM, Brune K. Effect of rofecoxib, celecoxib, and naproxen on blood pressure and urinary sodium excretion in elderly volunteers [ABSTRACT SAT0055]. Ann Rheum Dis 2001; 60(1 Suppl.):CD ABSTRACT SAT0055.

(530) Eskiyurt N. The first experience of the efficacy and safety of coxibs in Turkish nation [ABSTRACT 141]. Ann Rheum Dis 2001; 60(1 Suppl.):CD AB0141.

(531) Truitt KE, Ferrandiz M, Kiss M et al. Steady-state plasma concentrations of rofecoxib in children with juvenile rheumatoid arthritis [ABSTRACT OP0094]. Ann Rheum Dis 2001; 60(1 Suppl.):CD Abstract OP0094.

(532) Truitt KE, Guesens PP, DeTora LM, Zhao PL, Kress B. Results of a pivotal (phase III) placebo and active comparator controlled efficacy trial of rofecoxib 25 and 50 mg in adult patients with rheumatoid arthritis (RA) [ABSTRACT FRI0037]. Ann Rheum Dis 2001; 60(1 Suppl.):CD Abstract FRI0037.

(533) Marchetta F, Degli EE, Buda S. Pharmacoepidemiological profile of patients treated for osteoarthritis [ABSTRACT SAT0248]. Ann Rheum Dis 2001; 60(1 Suppl.):CD ABSTRACT SAT0248.

(534) Pettitt D, Goldstein JL, Singh G, Schwartz JS, Burke TA. Relative gastrointestinal toxicity of COX-2 specific and traditional NSAIDs in a high-risk population from a health maintenance organization [ABSTRACT OP0138]. Ann Rheum Dis 2001; 60(1 Suppl.):CD Abstract OP0138.

(535) Zacher J, Walther E, Gursche A. Prevention of periarticular ossification (PAO) after total hip replacement (THR) with rofecoxib 25 mg [ABSTRACT OP0127]. Ann Rheum Dis 2001; 60(1 Suppl.):CD ABSTRACT OP0127.

(536) Laine L, Bombardier C, Ramey D, Watson DJ, Pellissier JM, Reicin A. Less use of gastrointestinal (GI) protective agents and GI-related procedures with rofecoxib vs. naproxen in the VIGOR (VIOXX GI Outcomes Research) study [ABSTRACT SAT0253]. Ann Rheum Dis 2001; 60(1 Suppl.):CD Abstract SAT0253.

(537) DeTora LM, Krupa D, Bolognese JA, Sperling RS, Ehrich EW. Rofecoxib shows consistent efficacy in OA clinical trials, regardless of specific patient demographic and disease factors [ABSTRACT SAT0071]. Ann Rheum Dis 2001; 60(1 Suppl.):CD ABSTRACT SAT0071.

(538) Bombardier C, Laine L, Reicin AS, Shapiro DR, Sperling RS. Risk factors for clinically important upper GI events: the VIGOR study [ABSTRACT FRI0035]. Ann Rheum Dis 2001; 60(1 Suppl.):CD Abstract FRI0035.

(539) Bombardier C, Hochberg M, Laine L, Ramey DR, Reicin A, Watson DJ. Patient characteristics and disease management of rheumatoid arthritis at baseline in the VIGOR (VIOXX GI Outcomes Research) study: effects of disease duration [ABSTRACT SAT0254]. Ann Rheum Dis 2001; 60(1 Suppl.):CD ABSTRACT SAT0254.

(540) Schnitzer TJ, Kivitz AJ, Greenwald M et al. Rofecoxib provides superior relief of symptoms of osteoarthritis (OA) compared to celecoxib [ABSTRACT SAT0089]. Ann Rheum Dis 2001; 60(1 Suppl.):CD ABSTRACT SAT0089.

(541) Bombardier C, Laine L, Carides GW et al. Less healthcare resource utilization for perforations, ulcers and bleeds with rofecoxib vs. naproxen in the VIGOR (VIOXX GI Outcomes Research) study [ABSTRACT OP0137]. Ann Rheum Dis 2001; 60(1 Suppl.):CD Abstract OP0137.

(542) White W, Whelton A, Bello A, Puma J. Rofecoxib, but not celecoxib, increases systolic blood pressure in hypertensive patients treated with ACE inhibitors and beta-blockers. Ann Rheum Dis 2002; 61(1 Suppl.):26-27.

(543) Fricke J, Vassil T, Kotey P, Reicin AS, Korn S. Rofecoxib compared to oxycodone/acetaminophen for postoperative dental pain. Ann Rheum Dis 2002; 61(1 Suppl.):18.

(544) Michaud K, Wolfe F, Pettitt D, Burke T, Zhao S. Patients remain on COX-2 NSAIDs longer than non-specific NSAIDs: a measure of comparative drug effectiveness. Ann Rheum Dis 2002; 61(1 Suppl.):53-54.

(545) Zhao SZ, Burke T, Pettitt D, Henderson S, Von Allman H. Comparison of cerebrovascular claims among stable hypertensive patients who used nonsteroidal anti-inflammatory drugs (NSAIDs) and COX-2 specific inhibitors in a U.S. insured population. Ann Rheum Dis 2002; 61(1 Suppl):103-104.

(546) Whelton A, White W, Bello A, Puma J. Blood pressure control and edema rates in older patients with hypertension and osteoarthritis following treatment with COX-2 specific inhibitors. Ann Rheum Dis 2002; 61(1 Suppl):14.

KS-000724

(547)   Rahme E, Marentette MA, Toubouti Y, Kong SX, LeLorier J. Stay on therapy during three months of follow up of patients on selective COX-2 inhibitors and other nonselective NSAIDs in an elderly population. Ann Rheum Dis 2002; 61(1 Suppl.):68.

(548)   Sulli A, Villaggio B, Craviotto C et al. Rofecoxib inhibits COX-2 expression and PGE-2 production in primary cultures of synovial macrophages from rheumatoid arthritis patients. Ann Rheum Dis 2002; 61(1 Suppl.):47.

(549)   Langman MJS, Mavros PG, Kong SX, Watson DJ. Initiation of antihypertensive therapy within six months after initiation of diclofenac, ibuprofen, naproxen, and rofecoxib. Ann Rheum Dis 2002; 61(1 Suppl.):75.

(550)   Zhao SZ, Burke T, Pettitt D, Henderson SC, Von Allman H. Comparison of edema claims associated with rofecoxib, celecoxib, and traditional NSAIDs among stable hypertensive patients in a U.S. insured population. Ann Rheum Dis 2002; 61(1 Suppl.):76-77.

(551)   Rahme E, Marentette MA, Toubouti Y, Kong SX, LeLorier J. Profiles of patients who used coxibs, meloxicam, and other nonselective NSAIDs: analysis of the RAMQ database in Quebec, Canada. Ann Rheum Dis 2002; 61(1 Suppl.):81.

(552)   Rahme E, Marentette MA, Toubouti Y, Kong SX, LeLorier J. Gastrointestinal complications associated with rofecoxib/celecoxib and other nonselective NSAIDs: analysis of the government claims database in Quebec, Canada. Ann Rheum Dis 2002; 61(1 Suppl.):108.

(553)   Reicin AS, Block GA, Chen J, Lines CR. Cardiovascular safety profile of rofecoxib in elderly patients with Alzheimer's disease or cognitive impairment: a pooled analysis. Ann Rheum Dis 2002; 61(1 Suppl.):34.

(554)   Whelton A, William W, Alfonso B, Puma J, Fort J. Blood pressure control and edema rates in older patients with hypertension and osteoarthritis following treatment with COX-2 specific inhibitors. Ann Rheum Dis 2002; 61(1 Suppl.):92.

(555)   Russo P, Attanasio E, Degli Esposti L et al. May coxibs progressively change the patterns of use of gastrointestinal protective drugs indeed? An assessment of a claims and general practice databases. Ann Rheum Dis 2002; 61(1 Suppl.):105-106.

(556)   Langman MJ, Mavros P, Kong SX. Determinants of initiation of COX-2 inhibitors versus NSAIDs and concurrent use of gastroprotective agents in the United Kingdom. Ann Rheum Dis 2002; 61(1 Suppl.):72.

(557)   Pincus T, Gibofsky A, Williams G, McKenna.F. Celecoxib 200 mg QD and rofecoxib 25 mg QD show similar efficacy in the treatment of a flare of osteoarthritis (OA) of the knee. Ann Rheum Dis 2002; 61(1 Suppl.):22-23.

(558)   Pincus T, Strand V, Whelton A, Stillman T, Simon L, Fort J. Celecoxib offers better GI tolerability than ibuprofen, diclofenac or rofecoxib in patients receiving aspirin for cardiovascular prophylaxis. Ann Rheum Dis 2002; 61(1 Suppl.):31.

(559)   Burke T, Pettitt D, Henderson SC, Von Allman H, Zhao SZ. Incidence of blood pressure destabilization associated with rofecoxib, celecoxib, ibuprofen, diclofenac, and naproxen utilization among a U.S. insured population. Ann Rheum Dis 2002; 61(1 Suppl.):73-74.

(560)   Geba GP, Lisse JR, Perlman M, Polis AB, Dixon ME, Skalky CS. The efficacy of rofecoxib versus naproxen in osteoarthritis: subgroup analysis by joint in the ADVANTAGE trial. Ann Rheum Dis 2002; 61(1 Suppl.):28.

(561)   Schwartz JI, Porras AG, Wong PH et al. Comparative effects of celecoxib and rofecoxib on COX-1 and COX-2 activity in whole blood assays. Ann Rheum Dis 2002; 61(1 Suppl.):17.

(562)   Schnitzer TJ, Mavros PG, Kong SX et al. Risk of gastrointestinal adverse events among patients who initiated selective COX-2 inhibitors vs conventional nonsteroidal antiinflammatory drugs (NSAIDs). Ann Rheum Dis 2002; 61(1 Suppl.):107.

(563)   Chang DJ, Desjardins PJ, Chen E et al. Comparison of rofecoxib and diclofenac for the management of acute pain. Ann Rheum Dis 2002; 61(1 Suppl.):97.

(564)   Geba GP, Polis AB, Skalky CS, Petruschke RA, Dobbins TW. Rofecoxib versus naproxen in osteoarthritis patients receiving concomitant low dose aspirin: a subgroup analysis involving 719 patients from the ADVANTAGE trial. Ann Rheum Dis 2002; 61(1 Suppl.):29.

KS-000725

(565)   Geba GP, Polis AB, Bohidar NR et al. Effect of rofecoxib versus naproxen: hypertension and edema adverse events in a multivariate analysis involving 5557 patients from the ADVANTAGE trial. Ann Rheum Dis 2002; 61(1 Suppl.):15.

(566)   Schnitzer T, Kong SX, Mavros P et al. Persistence of use of selective COX-2 inhibitors versus nonselective NSAIDs: analyses of a large pharmacy database in the United States. Ann Rheum Dis 2002; 61(1 Suppl.):66-67.

(567)   Goodson N, Symmons D. Rheumatoid arthritis in women: still associated with an increased mortality. Ann Rheum Dis 2002; 61(11):955-956.

(568)   Zacher J, Schattenkirchner M. Osteoarthritis: results of ADAM (Advanced Arthritis Management), a survey in Germany. Ann Rheum Dis 2002; 61(1 Suppl.):20.

(569)   Goldstein J, Bello A, Fort J. Differential rates of UGI symptoms in patients receiving celecoxib vs rofecoxib with and without low-dose aspirin for cardiovascular prophylaxis. Ann Rheum Dis 2002; 61(1 Suppl.):24-25.

(570)   Bell AD, Huang S, Chiu JF et al. Safer NSAID therapy: a review of the literature on GI safety from randomized controlled trials. Ann Rheum Dis 2002; 61(1 Suppl.):9.

(571)   Singh G, Fort J. Efficacy of celecoxib and rofecoxib: is there any clinically important difference? Ann Rheum Dis 2002; 61(1 Suppl.):42.

(572)   Bannwarth B, Treves R, Ducrocq M et al. Evaluation of rofecoxib safety profile in patients with osteoarthritis (OA): a 6-month open study in 2957 patients. Ann Rheum Dis 2002; 61(1 Suppl.):14.

(573)   Bell AD, Huang S, Chiu JF et al. Safer NSAID therapy: a review of literature on platelet effect from human studies on celecoxib, rofecoxib and meloxicam. Ann Rheum Dis 2002; 61(1 Suppl.):8.

(574)   Truitt KE, Zhao PL, DeTora LM, Shah RJ. Rofecoxib (ROF) showed consistent efficacy in rheumatoid arthritis (RA) patient subgroups defined by baseline characteristics or concomitant RA therapy use. Ann Rheum Dis 2002; 61(1 Suppl.):45.

(575)   Burke T, Pettitt D, Henderson SC, Von Allman H, Zhao SZ. Risk of heart failure (HF) claims among stable hypertensive patients who used nonsteroidal anti-inflammatory drugs and COX-2 specific inhibitors in a U.S. insured population. Ann Rheum Dis 2002; 61(1 Suppl.):79-80.

(576)   Schnitzer TJ, Kong SX, Pellissier JM et al. Average daily consumption of celecoxib and rofecoxib based on a large pharmacy claims database in the United States of America. Ann Rheum Dis 2002; 61(1 Suppl.):78.

(577)   Makuch R, Wentworth C, Burke T, Zhao S. Comparative costs of COX-2 specific inhibitors in a US managed care organization:  medication, gastrointestinal, cardiovascular, and renal-specific costs. Ann Rheum Dis 2002; 61(1 Suppl.):82-83.

(578)   DeTora LM, Zhao PL, Truitt KE, Anderson MA, Kress BA, Lee M. Improvements in pain scores in the rofecoxib rheumatoid arthritis (RA) clinical development program. Ann Rheum Dis 2002; 61(1 Suppl.):44.

(579)   Laine L, Conners LG, Reicin AS, Hawkey CJ, Yu Q, Bombardier C. Serious lower GI clinical events with non-selective NSAID or coxib use: a double-blind GI outcomes trial of naproxen vs. rofecoxib. Ann Rheum Dis 2002; 61(1 Suppl.):39.

(580)   Makuch R, Wentworth C, Burke T, Zhao S. Switching of prescription anti-inflammatory therapy among enrollees in a U.S. managed care organization:  a comparison of non-selective NSAIDs, celecoxib, and rofecoxib. Ann Rheum Dis 2002; 61(1 Suppl.):109-110.

(581)   Makuch R, Wentworth C, Burke T, Zhao S. Medical costs of cardiovascular, renal, and upper gastrointestinal inpatient and outpatient claims: a comparison between celecoxib and rofecoxib. Ann Rheum Dis 2002; 61(1 Suppl.):84-85.

(582)   Delea TE, Singh G, Hagiwara M, Edelsberg J, Oster G. Rofecoxib may increase the risk of hypertension: results of a population-based study. Ann Rheum Dis 2002; 61(1 Suppl.):64.

(583)   Sebaldt RJ, Petrie A, Goldsmith CH, Marentette M. Characteristics of patients with OA receiving NSAID prescriptions from their primary care physicians--final results from the CANOAR study. Ann Rheum Dis 2002; 61(1 Suppl.):21.

KS-000726

(584) Peltomaa R, Paimela L, Rautiainen H, Leirisalo-Repo M. Mortality in patients with rheumatoid arthritis treated actively from the time of diagnosis. Ann Rheum Dis 2002; 61(10):889-894.

(585) Cannon GW, Krupa D, Sperling R, Truitt K. Two-year efficacy of rofecoxib and diclofenac in treatment of knee and hip osteoarthritis (OA). Ann Rheum Dis 2002; 61(1 Suppl.):10.

(586) Wolfe F, Michaud K, Pettitt D, Burke T, Zhao S. Factors predicting NSAIDs discontinuation among patients receiving COX-2 and non-specific NSAID therapy: a longitudinal study of 9161 patients. Ann Rheum Dis 2002; 61(1 Suppl.):65.

(587) Attard CL, Pellissier JM, Kong SX, Marentette M. Economic implications of comparing rofecoxib and NSAIDs in rheumatoid arthritis in Ontario, Canada. Ann Rheum Dis 2002; 61(1 Suppl.):69.

(588) Mehlisch DR, Chang DJ, Krupa D, Polis AB, Petruschke RA, Geba GP. A meta-analysis of analgesic efficacy of rofecoxib 50 mg from 13 clinical studies [ABSTRACT SAT0055]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr SAT0055.

(589) Gimeno V, Castellsague J, Hopkins J, Eaton S, Perez-Gutthann S. Characterization of users of COX-2 inhibitors and non-specific NSAIDs [ABSTRACT SAT0204]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr SAT0204.

(590) Murphy G, DeTora L, Lee M, Gertz B. Effects of rofecoxib and ibuprofen on bone mineral density (BMD) and biochemical indices of bone turnover in patients with osteoarthritis [ABSTRACT FRI0226]. Ann Rheum Dis 2003; 62(1 Suppl.):Abst FRI0226.

(591) Cannon GW, Krupa DA, McCormick CL, Mehta A, Reicin AS. Rofecoxib has a lower incidence of increased liver function tests (LFTs) and LFT-related adverse events in comparison to diclofenac [ABSTRACT AB0439]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr AB0439.

(592) Rigau D, De la Cruz G, Pena J, Carbo M, Ramis I, Izquierdo I. UR-8880, a new potent COX2 inhibitor: first administration into man to assess its tolerability, pharmacokinetics and pharmacodynamics [ABSTRACT AB0170]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr AB0170.

(593) Cannon GW, Krupa DA, Sperling R, Reicin A, Van Adelsberg J, . Two-year efficacy of rofecoxib and diclofenac in treatment of knee and hip osteoarthritis (OA) [ABSTRACT FRI0228]. Ann Rheum Dis 2003; 62(1 Suppl.):Abst FRI0228.

(594) Sowers J, White W, Pitt B et al. Rofecoxib, but not celecoxib, at doses providing equal OA efficacy, increases mean 24-hr systolic blood pressure in treated hypertensive patients with osteoarthritis and type 2 diabetes mellitus [ABSTRACT FRI0279]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr FRI0279.

(595) Hassan-Alin M, Nilsson-Pieschl C, Naesdal J, Langstrom G, Lundgren M, Nyman L. Lack of drug-drug interaction between esomeprazole and rofecoxib in healthy subjects [ABSTRACT AB0120]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr AB0120.

(596) Brandt KD. Key questions concerning paracetamol and NSAIDs for OA. Ann Rheum Dis 2003; 62(3):287.

(597) Derici U, Goker B, Ayerden-Ebinc F, Haznedaroglu S. Effects of low dose rofecoxib on blood pressure of patients with well-controlled hypertension [ABSTRACT AB0440]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr AB0440.

(598) Boers M. Are coxibs more effective than traditional NSAIDs? [ABSTRACT SP0046]. Ann Rheum Dis 2003; 62(1 Suppl.):Abst SP0046.

(599) Shen H, Sprott H, Aeschlimann A et al. Primary analgesic action of acetaminophen and rofecoxib in osteoarthritis [ABSTRACT FRI0206]. Ann Rheum Dis 2003; 62(1 Suppl.):Abst FRI0206.

(600) Reicin A, DiBattiste P, Mukhopadhyay S et al. Cardiovascular safety profile of rofecoxib in elderly patients with Alzheimer's disease or cognitive impairment: an updated pooled analysis [ABSTRACT AB0151]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr AB0151.

(601) Desjardins PJ, Chang DJ, Krupa D, Polis AB, Petruschke RA, Geba GP. A meta-analysis of onset of analgesic efficacy of rofecoxib 50 mg from 11 clinical studies [ABSTRACT AB0497]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr AB0497.

(602) Espinosa-Morales R, Hunsche E, Querol J, Mavros P, Kong SX. Evaluation of rofecoxib under real-life conditions in Mexico - Analysis of satisfaction with treatment and patients' quality of life [ABSTRACT AB0651]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr AB0651.

KS-000727

(603) Rudwaleit M, Listing J, Marker-Hermann E et al. Use and efficacy of non-steroidal anti-inflammatory drugs in early ankylosing spondylitis [ABSTRACT FRI0168]. Ann Rheum Dis 2003; 62(1 Suppl.):Abst FRI0168.

(604) Theiler R, Uebelhart D, Bischoff H, Good M. Rofecoxib improves quality of life in hip and knee OA patients [ABSTRACT AB0428]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr AB0428.

(605) Schwartz JI, VanHecken A, De Lepeleire I et al. Inhibition of platelet aggregation by naproxen, rofecoxib, diclofenac, ibuprofen, and meloxicam [ABSTRACT FRI0221]. Ann Rheum Dis 2003; 62(1 Suppl.):Abst FRI0221.

(606) Sprott H, Shen H, Michel BA, Uebelhart D, Gay RE, Gay S. Analgesic action of acetaminophen and rofecoxib on knee pain and function [ABSTRACT AB0435]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr AB0435.

(607) Tepper S, Silberstein S, Brandes J et al. Randomized, double-blind, placebo-controlled trial of rofecoxib for the acute treatment of migraine [ABSTRACT SAT0053]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr SAT0053.

(608) Moskowitz RW, Jones JB. Valdecoxib 10 mg demonstrates a rapid onset of action following a single dose in patients with OA of the knee in a flare state [ABSTRACT FRI0277]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr FRI0277.

(609) Bannwarth BG, Logeart I, Vergult G. Selective prescribing of COX-2 inhibitors: results of a French survey on rofecoxib prescriptions [ABSTRACT AB0431]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr AB0431.

(610) Geba GP, Weaver AL, Polis AB, Petruschke RA, Schnitzer TJ. The response of osteoarthritis patients to therapy with rofecoxib, celecoxib, or acetaminophen: a pooled analysis of the VACT trials [ABSTRACT FRI0248]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr FRI0248.

(611) Geba GP, Weaver AL, Polis AB, Petruschke RA, Schnitzer TJ. Analysis of the onset of efficacy with rofecoxib, celecoxib, and acetaminophen in osteoarthritis: the VACT-2 trial [ABSTRACT AB0423]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr AB0423.

(612) Geba GP, Polis A, Petruschke RA, Keane WF. Hypertension adverse experiences among osteoarthritis patients treated with rofecoxib, celecoxib, or acetaminophen in the 'VACT' trials [ABSTRACT SAT0199]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr SAT0199.

(613) Forero JH, Alfonso R, Arabelaez F, Hunsche E, Kong SX. Evaluation of rofecoxib in patients with osteoarthritis under real-life conditions - the VALOR study in Colombia [ABSTRACT AB0652]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr AB0652.

(614) Santana-Sahagun E. First report of Andersson lesion is psoriatic arthritis. Ann Rheum Dis 2003; 62(1 Suppl.):1.

(615) Krobot KH, Wagner A, Ulrich V, Zeidler H. Health insurance-related access to cyclooxygenase-II-selective treatment in Germany [ABSTRACT SAT0218]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr SAT0218.

(616) Chang DJ, Desjardins PJ, Black P et al. Comparison of rofecoxib and multiple doses of the opioid oxycodone/paracetamol for the management of acute pain [ABSTRACT SAT0056]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr SAT0056.

(617) Weaver AL, Polis AB, Petruschke RA, Najarian DK, Geba GP. Onset of efficacy of rofecoxib compared to nabumetone and placebo in patients with osteoarthritis [ABSTRACT FRI0245]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr FRI0245.

(618) Knijff-Dutmer EA, Postma MJ, Van der Palen J, Brouwers JRBJ, Van de Laar MAFJ. Lesser medical cost of bleeding with COX-2-selective inhibitors compared with NSAIDs in concomitant coumarine users [ABSTRACT SAT0267]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr SAT0267.

(619) Geba GP, Schnitzer TJ, Polis AB, Petruschke RA, Weaver AL. Patient global assessment and WOMAC response among osteoarthritis patients treated with rofecoxib, celecoxib, or acetaminophen in the VACT-2 trial [ABSTRACT AB0425]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr AB0425.

(620) Fiehn C, Rochel E, Ho AD, Max R. Dose escalation of leflunomide (LEF) to 40 mg once daily in patients with rheumatoid arthritis and insufficient response to standard dose LEF. Ann Rheum Dis 2004; 63(6):746-747.

(621) Turesson C, Jarenros A, Jacobsson L. Increased incidence of cardiovascular disease in patients with rheumatoid arthritis: results from a community based study. Ann Rheum Dis 2004; 63(8):952-955.

KS-000728

(622)   Ravaud P, Giraudeau B, Logeart I et al. Management of osteoarthritis (OA) with an unsupervised home based exercise programme and/or patient administered assessment tools. A cluster randomised controlled trial with a 2x2 factorial design. Ann Rheum Dis 2004; 63(6):703-708.

(623)   Scott PA, Kingsley GH, Smith CM, Choy EH, Scott DL. Non-steroidal anti-inflammatory drugs and myocardial infarctions: Comparative systematic review of evidence from observational studies and randomised controlled trials. Ann Rheum Dis 2007.

(624)   Greene AK, Alwayn IP, Nose V et al. Prevention of intra-abdominal adhesions using the antiangiogenic COX-2 inhibitor celecoxib. Ann Surg 2005; 242(1):140-146.

(625)   Tanaka T, Delong PA, Amin K et al. Treatment of lung cancer using clinically relevant oral doses of the cyclooxygenase-2 inhibitor rofecoxib: potential value as adjuvant therapy after surgery. Ann Surg 2005; 241(1):168-178.

(626)   Qadri SS, Wang JH, Redmond KC, O' Donnell AF, Aherne T, Redmond HP. The role of COX-2 inhibitors in lung cancer. Ann Thorac Surg 2002; 74(5):1648-1652.

(627)   Qadri SS, Wang JH, Coffey JC et al. Surgically induced accelerated local and distant tumor growth is significantly attenuated by selective COX-2 inhibition. Ann Thorac Surg 2005; 79(3):990-995.

(628)   Armstrong PJ, Franklin DP, Carey DJ, Elmore JR. Suppression of experimental aortic aneurysms: comparison of inducible nitric oxide synthase and cyclooxygenase inhibitors. Ann Vasc Surg 2005; 19(2):248-257.

(629)   Needleman P, Turk J, Jakschik BA, Morrison AR, Lefkowith JB. Arachidonic acid metabolism. Annu Rev Biochem 1986; 55:69-102.

(630)   Smith WL, Dewitt DL, Garavito RM. Cyclooxygenases: structural, cellular, and molecular biology. Annu Rev Biochem 2000; 69:145-182.

(631)   Vane JR, Bakhle YS, Botting RM. Cyclooxygenases 1 and 2. Annu Rev Pharmacol Toxicol 1998; 38:97-120.

(632)   Davies PF, Barbee KA, Volin MV et al. Spatial relationships in early signaling events of flow-mediated endothelial mechanotransduction. Annu Rev Physiol 1997; 59:527-549.

(633)   Xu XC. COX-2 inhibitors in cancer treatment and prevention, a recent development. Anticancer Drugs 2002; 13(2):127-137.

(634)   Singh RG, Mokbel K. COX-2 inhibitors and breast cancer. ANZ J Surg 2003; 73(8):565-566.

(635)   Pentland AP. Cyclooxygenase inhibitors for skin cancer prevention: are they beneficial enough? Arch Dermatol 2002; 138(6):823-824.

(636)   Orengo IF, Gerguis J, Phillips R, Guevara A, Lewis AT, Black HS. Celecoxib, a cyclooxygenase 2 inhibitor as a potential chemopreventive to UV-induced skin cancer: a study in the hairless mouse model. Arch Dermatol 2002; 138(6):751-755.

(637)   Clark DW, Coulter DM. Psoriasis associated with rofecoxib. Arch Dermatol 2003; 139(9):1223.

(638)   Zembowicz A, Mastalerz L, Setkowicz M, Radziszewski W, Szczeklik A. Safety of cyclooxygenase 2 inhibitors and increased leukotriene synthesis in chronic idiopathic urticaria with sensitivity to nonsteroidal anti-inflammatory drugs. Arch Dermatol 2003; 139(12):1577-1582.

(639)   Coras B, Hafner C, Reichle A et al. Antiangiogenic therapy with pioglitazone, rofecoxib, and trofosfamide in a patient with endemic kaposi sarcoma. Arch Dermatol 2004; 140(12):1504-1507.

(640)   Slack MH, Schapira D, Thwaites RJ et al. Responses to a fourth dose of Haemophilus influenzae type B conjugate vaccine in early life. Arch Dis Child Fetal Neonatal Ed 2004; 89(3):F269-F271.

(641)   Griffin MR, Brandt KD, Liang MH, Pincus T, Ray WA. Practical management of osteoarthritis. Integration of pharmacologic and nonpharmacologic measures. Arch Fam Med 1995; 4(12):1049-1055.

KS-000729

(642)   Saag K, van der HD, Fisher C et al. Rofecoxib, a new cyclooxygenase 2 inhibitor, shows sustained efficacy, comparable with other nonsteroidal anti-inflammatory drugs: a 6-week and a 1-year trial in patients with osteoarthritis. Osteoarthritis Studies Group. Arch Fam Med 2000; 9(10):1124-1134.

(643)   Celik JB, Tuncer S, Reisli R, Sarkilar G, Celik C, Akyurek C. A comparative study of the effect of rofecoxib (a COX 2 inhibitor) and naproxen sodium on analgesic requirements after abdominal hysterectomy. Arch Gynecol Obstet 2003; 268(4):297-300.

(644)   Poomtavorn Y, Phupong V. Prospective randomized, double-blinded, placebo-controlled trial of preoperative rofecoxib for pain relief in uterine curettage. Arch Gynecol Obstet 2005; 273(2):115-118.

(645)   Pope JE, Anderson JJ, Felson DT. A meta-analysis of the effects of nonsteroidal anti-inflammatory drugs on blood pressure. Arch Intern Med 1993; 153(4):477-484.

(646)   Fries JF, Ramey DR, Singh G, Morfeld D, Bloch DA, Raynauld JP. A reevaluation of aspirin therapy in rheumatoid arthritis. Arch Intern Med 1993; 153(21):2465-2471.

(647)   Shorr RI, Ray WA, Daugherty JR, Griffin MR. Concurrent use of nonsteroidal anti-inflammatory drugs and oral anticoagulants places elderly persons at high risk for hemorrhagic peptic ulcer disease. Arch Intern Med 1993; 153(14):1665-1670.

(648)   Singh G, Ramey DR, Morfeld D, Shi H, Hatoum HT, Fries JF. Gastrointestinal tract complications of nonsteroidal anti-inflammatory drug treatment in rheumatoid arthritis. A prospective observational cohort study. Arch Intern Med 1996; 156(14):1530-1536.

(649)   Garcia Rodriguez LA, Cattaruzzi C, Troncon MG, Agostinis L. Risk of hospitalization for upper gastrointestinal tract bleeding associated with ketorolac, other nonsteroidal anti-inflammatory drugs, calcium antagonists, and other antihypertensive drugs. Arch Intern Med 1998; 158(1):33-39.

(650)   Smalley W, Ray WA, Daugherty J, Griffin MR. Use of nonsteroidal anti-inflammatory drugs and incidence of colorectal cancer: a population-based study. Arch Intern Med 1999; 159(2):161-166.

(651)   Whelton A, Schulman G, Wallemark C et al. Effects of celecoxib and naproxen on renal function in the elderly. Arch Intern Med 2000; 160(10):1465-1470.

(652)   Rothschild BM. Alendronate and nonsteroidal anti-inflammatory drug interaction safety is not established. Arch Intern Med 2000; 160(11):1702.

(653)   Page J, Henry D. Consumption of NSAIDs and the development of congestive heart failure in elderly patients: an underrecognized public health problem. Arch Intern Med 2000; 160(6):777-784.

(654)   Watson DJ, Harper SE, Zhao PL, Quan H, Bolognese JA, Simon TJ. Gastrointestinal tolerability of the selective cyclooxygenase-2 (COX-2) inhibitor rofecoxib compared with nonselective COX-1 and COX-2 inhibitors in osteoarthritis. Arch Intern Med 2000; 160(19):2998-3003.

(655)   Carrillo-Jimenez R, Nurnberger M. Celecoxib-induced acute pancreatitis and hepatitis: a case report. Arch Intern Med 2000; 160(4):553-554.

(656)   Lipsky PE, Brooks P, Crofford LJ et al. Unresolved issues in the role of cyclooxygenase-2 in normal physiologic processes and disease. Arch Intern Med 2000; 160(7):913-920.

(657)   Day R, Morrison B, Luza A et al. A randomized trial of the efficacy and tolerability of the COX-2 inhibitor rofecoxib vs ibuprofen in patients with osteoarthritis. Rofecoxib/Ibuprofen Comparator Study Group. Arch Intern Med 2000; 160(12):1781-1787.

(658)   Simon JA. Combined vitamin E and vitamin C supplement use and risk of cardiovascular disease mortality. Arch Intern Med 2002; 162(22):2630.

(659)   Dalen JE. Aspirin use may change cost-effectiveness of COX-2 inhibitors: in reply. Arch Intern Med 2002; 2002(162):22-2638.

KS-000730

(660)  Dalen JE. Selective COX-2 inhibitors, NSAIDs, aspirin, and myocardial infarction. Arch Intern Med 2002; 162(10):1091-1092.

(661)  Brachfeld J. "Defensive Medicine" and malpractice suits. Arch Intern Med 2002; 162(22):2631.

(662)  Rahme E, Pilote L, LeLorier J. Association between naproxen use and protection against acute myocardial infarction. Arch Intern Med 2002; 162(10):1111-1115.

(663)  Walsh RA. Nicotine lozenge trial: a "Real-World" perspective. Arch Intern Med 2002; 162(22):2632-2633.

(664)  Anton C, Cox AR, Ferner RE. Using trade names: sometimes it helps. Arch Intern Med 2002; 162(22):2636-2637.

(665)  Wortzel EM. Practicing patient-centered medicine each day won't keep the lawyers away. Arch Intern Med 2002; 162(22):2631.

(666)  Bonnel RA, Villalba ML, Karwoski CB, Beitz J. Aseptic meningitis associated with rofecoxib. Arch Intern Med 2002; 162(6):713-715.

(667)  Daniell HW. Periodontitis in estrogen-deficient women. Arch Intern Med 2002; 162(22):2634-2635.

(668)  Goldstein MR. Cyclooxygenase-2 inhibitors and myocardial infarction. Arch Intern Med 2002; 162(22):2639-2642.

(669)  Reinharth D. Reflections on malpractice. Arch Intern Med 2002; 162(22):2630.

(670)  Mukherjee D, Nissen SE, Topol EJ. Lack of cardioprotective effect of naproxen. Arch Intern Med 2002; 162(22):2637-2639.

(671)  Juni P, Dieppe P, Egger M. Risk of myocardial infarction associated with selective COX-2 inhibitors: questions remain. Arch Intern Med 2002; 162(22):2639-2640.

(672)  Cohen MR. Trade name, INNs, and medication errors. Arch Intern Med 2002; 162(22):2636-2637.

(673)  Watson DJ, Rhodes T, Cai B, Guess HA. Risk of myocardial infarction associated with selective COX-2 inhibitors: questions remain.  In reply. Arch Intern Med 2002; 162(22):-2642.

(674)  Pickard AS, Schumock GT. Aspirin use may change cost-effectiveness of COX-2 inhibitors. Arch Intern Med 2002; 162(22):2637-2638.

(675)  Speicher G. Medication assistance programs: eligibility and enrollment. Arch Intern Med 2002; 162(22):2629-2630.

(676)  Watson DJ, Rhodes T, Cai B, Guess HA. Lower risk of thromboembolic cardiovascular events with naproxen among patients with rheumatoid arthritis. Arch Intern Med 2002; 162(10):1105-1110.

(677)  Grant JG. Ten points for a national health plan. Arch Intern Med 2002; 162(22):2631-2632.

(678)  Terplan M. The impact of hospitalists on congestive heart failure. Arch Intern Med 2002; 162(22):2633.

(679)  Solomon DH, Glynn RJ, Levin R, Avorn J. Nonsteroidal anti-inflammatory drug use and acute myocardial infarction. Arch Intern Med 2002; 162(10):1099-1104.

(680)  Spodick DH. Intraventricular block and atrioventricular conduction. Arch Intern Med 2002; 162(22):2635-2636.

(681)  Solomon D, Avorn J, Glynn RJ. Risk of myocardial infarction associated with selective COX-2 inhibitors: questions remain.  In reply. Arch Intern Med 2002; 162(22):2640-2641.

(682)  Rahme E, Pilote L, LeLorier J. Risk of myocardial infarction associated with selective COX-2 inhibitors: questions remain.  In reply. Arch Intern Med 2002; 162(22):2641-2642.

(683)  Mamdani M, Rochon P, Juurlink DN et al. Effect of selective cyclooxygenase 2 inhibitors and naproxen on short-term risk of acute myocardial infarction in the elderly. Arch Intern Med 2003; 163(4):481-486.

KS-000731

(684)   Aiser PS, Schafer K, Grundman M, Thomas R, Thal LJ. NSAIDs and hypertension. Arch Intern Med 2003; 163(9):1115-1116.

(685)   Fischer LM, Schlienger RG, Matter CM, Jick H, Meier CR. Discontinuation of nonsteroidal anti-inflammatory drug therapy and risk of acute myocardial infarction. Arch Intern Med 2004; 164(22):2472-2476.

(686)   Cox ER, Frisse M, Behm A, Fairman KA. Over-the-counter pain reliever and aspirin use within a sample of long-term cyclooxygenase 2 users. Arch Intern Med 2004; 164(11):1243-1246.

(687)   Solomon DH, Avorn J. Coxibs, science, and the public trust. Arch Intern Med 2005; 165(2):158-160.

(688)   Battistella M, Mamdami MM, Juurlink DN, Rabeneck L, Laupacis A. Risk of upper gastrointestinal hemorrhage in warfarin users treated with nonselective NSAIDs or COX-2 inhibitors. Arch Intern Med 2005; 165(2):189-192.

(689)   Holbrook AM, Pereira JA, Labiris R et al. Systematic overview of warfarin and its drug and food interactions. Arch Intern Med 2005; 165(10):1095-1106.

(690)   Johnsen SP, Larsson H, Tarone RE et al. Risk of hospitalization for myocardial infarction among users of rofecoxib, celecoxib, and other NSAIDs: a population-based case-control study. Arch Intern Med 2005; 165(9):978-984.

(691)   Aw TJ, Haas SJ, Liew D, Krum H. Meta-analysis of cyclooxygenase-2 inhibitors and their effects on blood pressure. Arch Intern Med 2005; 165(5):490-496.

(692)   Dai C, Stafford RS, Alexander GC. National trends in cyclooxygenase-2 inhibitor use since market release: nonselective diffusion of a selectively cost-effective innovation. Arch Intern Med 2005; 165(2):171-177.

(693)   Margolis KL, Manson JE, Greenland P et al. Leukocyte count as a predictor of cardiovascular events and mortality in postmenopausal women: the Women's Health Initiative Observational Study. Arch Intern Med 2005; 165(5):500-508.

(694)   Verhamme KM, Dieleman JP, Van Wijk MA et al. Nonsteroidal anti-inflammatory drugs and increased risk of acute urinary retention. Arch Intern Med 2005; 165(13):1547-1551.

(695)   Shaya FT, Blume SW, Blanchette CM, Weir MR, Mullins CD. Selective cyclooxygenase-2 inhibition and cardiovascular effects: an observational study of a Medicaid population. Arch Intern Med 2005; 165(2):181-186.

(696)   Sowers JR, White WB, Pitt B et al. The Effects of cyclooxygenase-2 inhibitors and nonsteroidal anti-inflammatory therapy on 24-hour blood pressure in patients with hypertension, osteoarthritis, and type 2 diabetes mellitus. Arch Intern Med 2005; 165(2):161-168.

(697)   Furberg CD, Levin AA, Gross PA, Shapiro RS, Strom BL. The FDA and drug safety: a proposal for sweeping changes. Arch Intern Med 2006; 166(18):1938-1942.

(698)   Egilman DS, Presler AH, Valentin CS. Avoiding the regulatory capture of the Food and Drug Administration. Arch Intern Med 2007; 167(7):732-733.

(699)   Thuaire C, Mankoubi L, Range G et al. [Potential pro-thrombotic effects of cyclooxygenase-2. inhibitors Two cases pf myocardial infarction]. Arch Mal Coeur Vaiss 2003; 96(6):683-685.

(700)   Monsuez JJ. [Specific cyclo-oxygenase-2 inhibitors in cardiovascular pathology]. Arch Mal Coeur Vaiss 2004; 97(6):632-640.

(701)   Amar J, Bouhanick B, Chamontin B. AINS, coxibs et HTA [NSAIDs, coxibs, and arterial hypertension]. Arch Mal Coeur Vaiss 2004; 97(2 Spec.):13,-C44.

(702)   Carrasco MA, Rapuano CJ, Cohen EJ, Laibson PR. Scleral ulceration after preoperative injection of mitomycin C in the pterygium head. Arch Ophthalmol 2002; 120(11):1585-1586.

(703)   Fraunfelder FW, Solomon J, Mehelas TJ. Ocular adverse effects associated with cyclooxygenase-2 inhibitors. Arch Ophthalmol 2006; 124(2):277-279.

(704)   Legenstein R, Bosch P, Ungersbock A. Indomethacin versus meloxicam for prevention of heterotopic ossification after total hip arthroplasty. Arch Orthop Trauma Surg 2003; 123(2-3):91-94.

KS-000732

(705) van der Heide HJ, Koorevaar RC, Lemmens JA, van KA, Schreurs BW. Rofecoxib inhibits heterotopic ossification after total hip arthroplasty. Arch Orthop Trauma Surg 2006.

(706) Jaeckel EC, Raja S, Tan J et al. Correlation of expression of cyclooxygenase-2, vascular endothelial growth factor, and peroxisome proliferator-activated receptor delta with head and neck squamous cell carcinoma. Arch Otolaryngol Head Neck Surg 2001; 127(10):1253-1259.

(707) Krymchantowski AV, Barbosa JS. Dexamethasone decreases migraine recurrence observed after treatment with a triptan combined with a nonsteroidal anti-inflammatory drug. Arq Neuropsiquiatr 2001; 59(3-B):708-711.

(708) Bigal ME, Tepper SJ, Sheftell FD, Rapoport AM. Hemicrania continua: a report of ten new cases. Arq Neuropsiquiatr 2002; 60(3-B):695-698.

(709) Rimarachin JA, Jacobson JA, Szabo P, Maclouf J, Creminon C, Weksler BB. Regulation of cyclooxygenase-2 expression in aortic smooth muscle cells. Arterioscler Thromb 1994; 14(7):1021-1031.

(710) Bishop-Bailey D, Pepper JR, Haddad EB, Newton R, Larkin SW, Mitchell JA. Induction of cyclooxygenase-2 in human saphenous vein and internal mammary artery. Arterioscler Thromb Vasc Biol 1997; 17(9):1644-1648.

(711) Vinals M, Martinez-Gonzalez J, Badimon JJ, Badimon L. HDL-induced prostacyclin release in smooth muscle cells is dependent on cyclooxygenase-2 (Cox-2). Arterioscler Thromb Vasc Biol 1997; 17(12):3481-3488.

(712) Bishop-Bailey D, Pepper JR, Larkin SW, Mitchell JA. Differential induction of cyclooxygenase-2 in human arterial and venous smooth muscle: role of endogenous prostanoids. Arterioscler Thromb Vasc Biol 1998; 18(10):1655-1661.

(713) Baker CS, Hall RJ, Evans TJ et al. Cyclooxygenase-2 is widely expressed in atherosclerotic lesions affecting native and transplanted human coronary arteries and colocalizes with inducible nitric oxide synthase and nitrotyrosine particularly in macrophages. Arterioscler Thromb Vasc Biol 1999; 19(3):646-655.

(714) Cockerill GW, Saklatvala J, Ridley SH et al. High-density lipoproteins differentially modulate cytokine-induced expression of E-selectin and cyclooxygenase-2. Arterioscler Thromb Vasc Biol 1999; 19(4):910-917.

(715) Stanford SJ, Pepper JR, Mitchell JA. Cyclooxygenase-2 regulates granulocyte-macrophage colony-stimulating factor, but not interleukin-8, production by human vascular cells: role of cAMP. Arterioscler Thromb Vasc Biol 2000; 20(3):677-682.

(716) Inoue H, Taba Y, Miwa Y, Yokota C, Miyagi M, Sasaguri T. Transcriptional and posttranscriptional regulation of cyclooxygenase-2 expression by fluid shear stress in vascular endothelial cells. Arterioscler Thromb Vasc Biol 2002; 22(9):1415-1420.

(717) Mukai Y, Shimokawa H, Higashi M et al. Inhibition of renin-angiotensin system ameliorates endothelial dysfunction associated with aging in rats. Arterioscler Thromb Vasc Biol 2002; 22(9):1445-1450.

(718) Yamada M, Numaguchi Y, Okumura K et al. Prostacyclin synthase gene transfer modulates cyclooxygenase-2-derived prostanoid synthesis and inhibits neointimal formation in rat balloon-injured arteries. Arterioscler Thromb Vasc Biol 2002; 22(2):256-262.

(719) Cipollone F, Patrono C. Cyclooxygenase-2 polymorphism: putting a brake on the inflammatory response to vascular injury? Arterioscler Thromb Vasc Biol 2002; 22(10):1516-1518.

(720) Smith LH, Boutaud O, Breyer M, Morrow JD, Oates JA, Vaughan DE. Cyclooxygenase-2-dependent prostacyclin formation is regulated by low density lipoprotein cholesterol in vitro. Arterioscler Thromb Vasc Biol 2002; 22(6):983-988.

(721) Tuleja E, Mejza F, Cmiel A, Szczeklik A. Effects of cyclooxygenases inhibitors on vasoactive prostanoids and thrombin generation at the site of microvascular injury in healthy men. Arterioscler Thromb Vasc Biol 2003; 23(6):1111-1115.

(722) Li D, Liu L, Chen H, Sawamura T, Mehta JL. LOX-1, an oxidized LDL endothelial receptor, induces CD40/CD40L signaling in human coronary artery endothelial cells. Arterioscler Thromb Vasc Biol 2003; 23(5):816-821.

(723) Cipollone F, Rocca B, Patrono C. Cyclooxygenase-2 expression and inhibition in atherothrombosis. Arterioscler Thromb Vasc Biol 2004; 24(2):246-255.

KS-000733

(724) Cipollone F, Fazia M, Iezzi A et al. Balance between PGD synthase and PGE synthase is a major determinant of atherosclerotic plaque instability in humans. Arterioscler Thromb Vasc Biol 2004; 24(7):1259-1265.

(725) Davi G, Neri M, Falco A et al. Helicobacter pylori infection causes persistent platelet activation in vivo through enhanced lipid peroxidation. Arterioscler Thromb Vasc Biol 2005; 25(1):246-251.

(726) Bishop-Bailey D, Mitchell JA, Warner TD. COX-2 in cardiovascular disease. Arterioscler Thromb Vasc Biol 2006; 26(5):956-958.

(727) Fann JI, Cahill PD, Mitchell RS, Miller DC. Regional variability of prostacyclin biosynthesis. Arteriosclerosis 1989; 9(3):368-373.

(728) Hawley DJ, Wolfe F. Sensitivity to change of the health assessment questionnaire (HAQ) and other clinical and health status measures in rheumatoid arthritis: results of short-term clinical trials and observational studies versus long-term observational studies. Arthritis Care Res 1992; 5(3):130-136.

(729) Osiri M, Moreland LW. Specific cyclooxygenase 2 inhibitors: a new choice of nonsteroidal anti-inflammatory drug therapy. Arthritis Care Res 1999; 12(5):351-362.

(730) Rahme E, Marentette MA, Kong SX, LeLorier J. Use of NSAIDs, COX-2 inhibitors, and acetaminophen and associated coprescriptions of gastroprotective agents in an elderly population. Arthritis Care Res 2002; 47(6):595-602.

(731) Ward MM, Kuzis S. Medication toxicity among patients with ankylosing spondylitis. Arthritis Care Res 2002; 47(3):234-241.

(732) Strand V, Hochberg MC. The risk of cardiovascular thrombotic events with selective cyclooxygenase-2 inhibitors. Arthritis Care Res 2002; 47(4):349-355.

(733) Sturkenboom MCJM, Romano F, Simon G et al. The iatrogenic costs of NSAID therapy: a population study. Arthritis Care Res 2002; 47(2):132-140.

(734) Maetzel A, Krahn M, Naglie G. The cost effectiveness of rofecoxib and celecoxib in patients with osteoarthritis or rheumatoid arthritis. Arthritis Care Res 2003; 49(3):283-292.

(735) Patino FG, Allison J, Olivieri J et al. The effects of physician specialty and patient comorbidities on the use and discontinuation of coxibs. Arthritis Care Res 2003; 49(3):293-299.

(736) Mukherjee D, Topol EJ. Cox-2: where are we in 2003? - Cardiovascular risk and Cox-2 inhibitors. Arthritis Res Ther 2003; 5(1):8-11.

(737) Einhorn TA. Cox-2: Where are we in 2003? - The role of cyclooxygenase-2 in bone repair. Arthritis Res Ther 2003; 5(1):5-7.

(738) Crofford LJ. COX-2: Where are we in 2003? - Specific cyclooxygenase-2 inhibitors and aspirin-exacerbated respiratory disease. Arthritis Res Ther 2003; 5(1):25-27.

(739) Hochberg MC. COX-2: Where are we in 2003? - Be strong and resolute: continue to use COX-2 selective inhibitors at recommended dosages in appropriate patients. Arthritis Res Ther 2003; 5(1):28-31.

(740) Borer JS, Simon LS. Cardiovascular and gastrointestinal effects of COX-2 inhibitors and NSAIDs: achieving a balance. Arthritis Res Ther 2005; 7 Suppl 4:S14-S22.

(741) Moride Y, Ducruet T, Boivin JF, Moore N, Perreault S, Zhao S. Prescription channeling of COX-2 inhibitors and traditional nonselective nonsteroidal anti-inflammatory drugs: a population-based case-control study. Arthritis Res Ther 2005; 7(2):R333-R342.

(742) Moore RA, Derry S, Makinson GT, McQuay HJ. Tolerability and adverse events in clinical trials of celecoxib in osteoarthritis and rheumatoid arthritis: systematic review and meta-analysis of information from company clinical trial reports. Arthritis Res Ther 2005; 7(3):R644-R665.

KS-000734

(743) Chan ES, Zhang H, Fernandez P et al. Effect of cyclooxygenase inhibition on cholesterol efflux proteins and atheromatous foam cell transformation in THP-1 human macrophages: a possible mechanism for increased cardiovascular risk. Arthritis Res Ther 2007; 9(1):R4.

(744) Chernish SM, Rosenak BD, Brunelie RL, Crabtree R. Comparison of gastrointestinal effects of aspirin and fenoprofen. A double blind crossover study. Arthritis Rheum 1979; 22(4):376-383.

(745) Fries JF, Spitz P, Kraines RG, Holman HR. Measurement of patient outcome in arthritis. Arthritis Rheum 1980; 23(2):137-145.

(746) Fries JF, Spitz PW, Mitchell DM, Roth SH, Wolfe F, Bloch DA. Impact of specific therapy upon rheumatoid arthritis. Arthritis Rheum 1986; 29(5):620-627.

(747) Lubeck DP, Spitz PW, Fries JF, Wolfe F, Mitchell DM, Roth SH. A multicenter study of annual health service utilization and costs in rheumatoid arthritis. Arthritis Rheum 1986; 29(4):488-493.

(748) Cassidy JT, Levinson JE, Bass JC et al. A study of classification criteria for a diagnosis of juvenile rheumatoid arthritis. Arthritis Rheum 1986; 29(2):274-281.

(749) Arnett FC, Edworthy SM, Bloch DA et al. The American Rheumatism Association 1987 revised criteria for the classification of rheumatoid arthritis. Arthritis Rheum 1988; 31(3):315-320.

(750) Cush JJ, Jasin HE, Johnson R, Lipsky PE. Relationship between clinical efficacy and laboratory correlates of inflammatory and immunologic activity in rheumatoid arthritis patients treated with nonsteroidal antiinflammatory drugs. Arthritis Rheum 1990; 33(5):623-633.

(751) Fries JF, Williams CA, Bloch DA. The relative toxicity of nonsteroidal antiinflammatory drugs. Arthritis Rheum 1991; 34(11):1353-1360.

(752) Felson DT, Anderson JJ, Boers M et al. The American College of Rheumatology preliminary core set of disease activity measures for rheumatoid arthritis clinical trials. The Committee on Outcome Measures in Rheumatoid Arthritis Clinical Trials. Arthritis Rheum 1993; 36(6):729-740.

(753) Singh G, Athreya BH, Fries JF, Goldsmith DP. Measurement of health status in children with juvenile rheumatoid arthritis. Arthritis Rheum 1994; 37(12):1761-1769.

(754) Wolfe F, Mitchell DM, Sibley JT et al. The mortality of rheumatoid arthritis. Arthritis Rheum 1994; 37(4):481-494.

(755) Fries JF, Hochberg MC, Medsger TA, Jr., Hunder GG, Bombardier C. Criteria for rheumatic disease. Different types and different functions. The American College of Rheumatology Diagnostic and Therapeutic Criteria Committee. Arthritis Rheum 1994; 37(4):454-462.

(756) Felson DT, Anderson JJ, Boers M et al. American College of Rheumatology. Preliminary definition of improvement in rheumatoid arthritis. Arthritis Rheum 1995; 38(6):727-735.

(757) Ehrich E, Mehlisch D, Perkins S et al. Efficacy of MK-966, a highly selective inhibitor of COX-2, in the treatment of postoperative dental pain [ABSTRACT 329]. Arthritis Rheum 1996; 39(9 Suppl.):S81-Abstr. 329.

(758) Guidelines for the management of rheumatoid arthritis. American College of Rheumatology Ad Hoc Committee on Clinical Guidelines. Arthritis Rheum 1996; 39(5):713-722.

(759) Fries JF, Singh G, Morfeld D, O'Driscoll P, Hubert H. Relationship of running to musculoskeletal pain with age. A six-year longitudinal study. Arthritis Rheum 1996; 39(1):64-72.

(760) Ehrich E, Dallob A, Van Hecken A et al. Demonstration of selective COX-2 inhibition by MK-966 in humans [ABSTRACT 328]. Arthritis Rheum 1996; 39(9 Suppl.):S81-Abstr. 328.

(761) Mengle-Gaw L, Hubbard RC, Karim A et al. A Study of the Platelet Effects of SC-58635, A Novel COX-2-Selective Inhibitor. [ABSTRACT 374]. Arthritis Rheum 1997; 40(9 Suppl.):Abstr. 374.

KS-000735

(762)   Ehrich E, Schnitzer T, Kivitz A et al. MK-966, a highly selective COX-2 inhibitor, was effective in the treatment of osteoarthritis (OA) of the knee and hip in a 6-week placebo controlled study [ABSTRACT 330]. Arthritis Rheum 1997; 40(9 Suppl.):S85-Abstr. 330.

(763)   Zeng Q, Ehrich E, Schnitzer T, Bolognese J. A direct comparison of the precision and sensitivity of Likert and visual analog response scales in a placebo controlled study of patients with osteoarthritis of the knee [ABSTRACT 1228]. Arthritis Rheum 1997; 40(9 Suppl.):S236-Abstr. 1228.

(764)   Hubbard RC, Koepp R, Yu SS, Talwalker S, Geis GS. Pilot efficacy of SC-58635, a cox-2-selective inhibitor, in rheumatoid arthritis. Arthritis Rheum 1997; 40(9 Suppl.):S51.

(765)   Blanco FJ, Guitian R, Moreno J et al. NSAIDs effect in COX-1 and COX-2 activity on human articular chondrocytes. Arthritis Rheum 1997; 40(9 Suppl.):S88.

(766)   Lanza FL, Callison DA, Hubbard RC et al. A Pilot Endoscopic Study of the Gastrodl'odenal Effects Of SC-58635. A COX-2 Selective Inhibitor. [ABSTRACT 373]. Arthritis Rheum 1997; 40(9 Suppl.):Abstr. 373.

(767)   Creamer P, Lethbridge-Ceiku M, Hochberg MC, Zeng Q, Bolognese J, Ehrich E. A model of the health effects of osteoarthritis (OA) of the knee. Arthritis Rheum 1998; 41(9 Suppl.):S229.

(768)   Hubbard R, Geis GS, Woods E, Yu S, Zhao W. Efficacy, tolerability, and safety of celecoxib, a specific COX-2 inhibitor in osteoarthritis. Arthritis Rheum 1998; 41(9 Suppl.):S196.

(769)   Simon LS, Lanza FL, Lipsky PE et al. Preliminary study of the safety and efficacy of SC-58635, a novel cyclooxygenase 2 inhibitor: efficacy and safety in two placebo-controlled trials in osteoarthritis and rheumatoid arthritis, and studies of gastrointestinal and platelet effects. Arthritis Rheum 1998; 41(9):1591-1602.

(770)   Saag K, Fisher C, McKay J et al. MK-0966, a specific COX-2 inhibitor, has clinical efficacy comparable to ibuprofen in the treatment of knee and hip osteoarthritis (OA) in a 6-week controlled clinical trial. Arthritis Rheum 1998; 41(9 Suppl.):S196.

(771)   Cannon G, Caldwell J, Holt P et al. MK-0966, a specific COX-2 inhibitor, has clinical efficacy comparable to diclofenac in the treatment of knee and hip osteoarthritis (OA) in a 26-week controlled clinical trial. Arthritis Rheum 1998; 41(9 Suppl.):S196.

(772)   Ehrich E, Bolognese J, Kong S, Watson DJ, Zeng Q, Seidenberg B. Improvements in SF-36 mental health domains with treatment of OA: a result of decreased pain and disability or independent mechanisms? Arthritis Rheum 1998; 41(9 Suppl.):S221.

(773)   Zeng Q, Bolognese J, Ehrich E, Daniels B. Comparison of several composite endpoints in the assessment of MK-0966 efficacy in rheumatoid arthritis [ABSTRACT 1045]. Arthritis Rheum 1998; 41(9 Suppl.):S207-Abstr. 1045.

(774)   Daniels B, Gertz B, Morrison B, Seidenberg B. Renal safety profile of rofecoxib, a specific inhibitor of COX-2, in controlled clinical trials [ABSTRACT 434]. Arthritis Rheum 1999; 42(9 Suppl.):S143-Abstr. 434.

(775)   Singh G, Ramey DR, Triadafilopoulos G. Early experience with selective COX-2 inhibitors: safety profile in over 340,000 patient years of use. Arthritis Rheum 1999; 42(9 Suppl.):S296.

(776)   Daniels B, Seidenberg B. Cardiovascular safety profile of rofecoxib in controlled clinical trials [ABSTRACT 435]. Arthritis Rheum 1999; 42(9 Suppl.):S143-Abstr. 435.

(777)   Geba GP, Polis AB, Dixon ME et al. Rofecoxib results in superior clinical response compared to nabumetone in the treatment of osteoarthritis [ABSTRACT 440]. Arthritis Rheum 1999; 42(9 Suppl.):S144-Abstr. 440.

(778)   Laine L, Harper S, Simon T, Quan H, Bolognese J. Randomized study of rofecoxib, a cyclooxygenase-2 specific inhibitor on the gastroduodenal mucosa of osteoarthritics [ABSTRACT 448]. Arthritis Rheum 1999; 42(9 Suppl.):S145-Abstr. 448.

(779)   Gupta S, McCune WJ, Kaplan MJ, McDonagh KT, Schmaier AH, Crofford LJ. Thrombosis and ischemia in patients with systemic lupus erythematosus treated with celecoxib: a series of two cases. Arthritis Rheum 1999; 42(9 Suppl.):S149.

**KS-000736**

(780) Malmstrom K, Koley P, Friedman AF, Seidenberg BC. Rofecoxib and celecoxib - a comparison of two specific COX-2 inhibitors: a randomized, placebo- and active-comparator controlled clinical trial. Arthritis Rheum 1999; 42(9 Suppl.):S324.

(781) Reicin AS, Brown J, Jove M et al. The COX-2 specific inhibitor, rofecoxib, was effective in the treatment of postorthopedic surgical pain [ABSTRACT 1186]. Arthritis Rheum 1999; 42(9 Suppl.):S268-Abstr. 1186.

(782) Daniels B, Krupa D, Ehrich E, Bolognese J, Seidenberg B. Clinical response of OA patients who use acetaminophen when randomized to rofecoxib or ibuprofen [ABSTRACT 436]. Arthritis Rheum 1999; 42(9 Suppl.):S143-Abstr. 436.

(783) Watson DJ, Harper S, Zhao P, Bolognese J, Simon T, Seidenberg B. Treatment with rofecoxib required less gastrointestinal (GI) co-medication and fewer GI procedures than nonspecific cyclooxygenase inhibitors (NSAIDs). Arthritis Rheum 1999; 42(9 Suppl.):S403.

(784) Schwartz JI, Agrawal N, Wong P et al. Rofecoxib up to 50 mg daily did not affect methotrexate plasma concentrations. Arthritis Rheum 2000; 43(9 Suppl.):S226,-#957.

(785) Crofford LJ, Lipsky PE, Brooks P, Abramson SB, Simon LS, van De Putte LB. Basic biology and clinical application of specific cyclooxygenase-2 inhibitors. Arthritis Rheum 2000; 43(1):4-13.

(786) Catella-Lawson F, Kapoor SC, Reilly MP, De Marco S, FitzGerald GA. Ibuprofen, but not rofecoxib or acetaminophen, antagonizes the irreversible anti-platelet effect of aspirin. Arthritis Rheum 2000; 43(9 Suppl.):S298.

(787) Crofford LJ, Oates JC, McCune WJ et al. Thrombosis in patients with connective tissue diseases treated with specific cyclooxygenase 2 inhibitors. A report of four cases. Arthritis Rheum 2000; 43(8):1891-1896.

(788) Palmer CS, Sorensen SV, Mathur S, Bjorkman DJ. Modeling the cost of meloxicam, celecoxib, rofecoxib and slow release diclofenac for treatment of osteoarthritis. Arthritis Rheum 2000; 43(9 Suppl.):S145.

(789) Ran Yun H, Corzillius M, Yoon Kim S, Bae SC. Cost-effectiveness analysis of NSAIDs vs COX-2 specific inhibitors and NSAIDs with co-treatments to prevent GI toxicity in the treatment of RA. Arthritis Rheum 2000; 43(9 Suppl.):S145.

(790) Bombardier C, Lane L, Reicin A, Watson D, Ramey DR, Regan P. Fewer gastrointestinal protective agents, procedures, and hospitalizations with rofecoxib vs. naproxen in the VIGOR (VIOXX GI Outcomes Research) study. Arthritis Rheum 2000; 43(9 Suppl.):S225.

(791) Recommendations for the medical management of osteoarthritis of the hip and knee: 2000 update. American College of Rheumatology Subcommittee on Osteoarthritis Guidelines. Arthritis Rheum 2000; 43(9):1905-1915.

(792) van Kuijk C, Cheng X, Hottya G et al. The effects of rofecoxib and diclofenac on knee osteoarthritis (OA) articular cartilage:  the results from one-year prospective clinical trials. Arthritis Rheum 2000; 43(9 Suppl.):S220.

(793) Hawkey C, Laine L, Simon T et al. Comparison of the effect of rofecoxib (a cyclooxygenase 2 inhibitor), ibuprofen, and placebo on the gastroduodenal mucosa of patients with osteoarthritis: a randomized, double-blind, placebo-controlled trial. The Rofecoxib Osteoarthritis Endoscopy Multinational Study Group. Arthritis Rheum 2000; 43(2):370-377.

(794) Wolfe F, Zhao S, Lane N. Preference for nonsteroidal antiinflammatory drugs over acetaminophen by rheumatic disease patients: a survey of 1,799 patients with osteoarthritis, rheumatoid arthritis, and fibromyalgia. Arthritis Rheum 2000; 43(2):378-385.

(795) Whelton A, CLASS investigators. The celecoxib long-term study trial (CLASS): cardiovascular safety of celecoxib is equivalent to nonsteroidal anti-inflammatory drugs (NSAIDs). Arthritis Rheum 2000; 43(9 Suppl.):S384.

(796) Geba GP, Weaver AL, Schnitzer TJ et al. A comparison of rofecoxib to celecoxib and acetaminophen in the treatment of osteoarthritis. Arthritis Rheum 2000; 43(9 Suppl.):S384.

(797) Gross ML, Rozycki MJ, Belmont HM. Prevalence of coronary artery disease risk factors and safety of HMG-CoA reductase and COX-2 inhibitors in an active SLE population. Arthritis Rheum 2000; 43(9 Suppl.):S247.

(798) Cannon GW, Caldwell JR, Holt P et al. Rofecoxib, a specific inhibitor of cyclooxygenase 2, with clinical efficacy comparable with that of diclofenac sodium: results of a one-year, randomized, clinical trial in patients with osteoarthritis of the knee and hip. Rofecoxib Phase III Protocol 035 Study Group. Arthritis Rheum 2000; 43(5):978-987.

KS-000737

(799) St.Rose E, Ferrandiz M, Kiss M et al. Steady-state plasma concentrations of rofecoxib in children (ages 2-5 years) with juvenile rheumatoid arthritis (JRA). Arthritis Rheum 2001; 44(9 Suppl.):S291.

(800) Yaron I, Shirazi I, Judovich R, Yaron M. Effects of rofecoxib on metalloproteinases and nitric oxide production by human osteoarthritic synovial tissue and cartilage cultures. Arthritis Rheum 2001; 44(9 Suppl.):S308.

(801) Crofford LJ, McDonagh KT, Schmaier AH, Oates JC. Cyclooxygenase 2 inhibitors and thrombogenicity production: comment on the article by Crofford et al.: reply. Arthritis Rheum 2001; 44(5):1230.

(802) Bombardier C, Hockberg M, Laine L, Ramey DR, Reicin A, Watson DJ. Relationship of disease duration to patient characteristics and disease management of rheumatoid arthritis at baseline in the VIGOR (VIOXX GI Outcome Research) study. Arthritis Rheum 2001; 44(9 Suppl.):S184.

(803) Truitt KE, Lee M, DeTora LM, Anderson M, Zhao PL. Results of a pivotal (Phase III) placebo and active comparator controlled efficacy trial of rofecoxib 12.5 and 25 mg in adult patients with rheumatoid arthritis (RA). Arthritis Rheum 2001; 44(9 Suppl.):S369.

(804) Ravaud P, Giraudeau B, Logeart I et al. Management of osteoarthritis (OA) with patient-administered assessment tools and/or unsupervised home-based exercise programs. A 2x2 factorial design cluster randomized controlled trial. Arthritis Rheum 2001; 44(9 Suppl.):S355.

(805) Kamath CC, Maradit-Kremers H, Vanness DJ, O'Fallon WM, Gabriel SE. Cost-effectiveness of alternative drug therapies in knee osteoarthritis. Arthritis Rheum 2001; 44(9 Suppl.):S158.

(806) Geba GP, Perlman M, Polis AB, Dixon ME, Skalky CS, Lisse JR. Comparative risk of hypertension (HTN) and edema in patients treated with rofecoxib or naproxen:  a subgroup analysis from The Advantage Trial. Arthritis Rheum 2001; 44(9 Suppl.):S136.

(807) Sebaldt RJ, Petrie A, Goldsmith CH. Measures of appropriateness of use of NSAIDs and COXIBs in patients with OA by primary care physicians - results from the CANOAR study. Arthritis Rheum 2001; 44(9 Suppl.):S134.

(808) Peloso PM, Riley ML. Comparing the GI safety for COX-2 selective and specific NSAIDs from randomized trials using a number needed-to-treat approach. Arthritis Rheum 2001; 44(9 Suppl.):S188.

(809) Ward MM. Recent improvements in survival in patients with rheumatoid arthritis: better outcomes or different study designs? Arthritis Rheum 2001; 44(6):1467-1469.

(810) Bombardier C, Laine L, Carides G et al. Healthcare resource utilization for perforations, ulcers and bleeds in the VIGOR (VIOXX GI Outcomes Research) study. Arthritis Rheum 2001; 44(9 Suppl.):S318.

(811) Reicin A, Barr E, Shapiro D. Cardiovascular safety profile of rofecoxib: a meta-analysis. Arthritis Rheum 2001; 44(9 Suppl.):S372.

(812) Rahme E, Marentette M, Kong S, LeLorier J. Does income affect the accessibility of COX-2 inhibitors: a drug utilization review study with the Quebec government database. Arthritis Rheum 2001; 44(9 Suppl.):S316.

(813) Schwartz JI, Malice MP, Kalyani R et al. Rofecoxib, celecoxib and naproxen had comparable effects on urinary sodium excretion and blood pressure in elderly volunteers. Arthritis Rheum 2001; 44(9 Suppl.):S385.

(814) Sebaldt RJ, Petrie A, Goldsmith CH. Characteristics of patients with OA receiving NSAID prescriptions from their primary care physicians - results from the CANOAR study. Arthritis Rheum 2001; 44(9 Suppl.):S134.

(815) Torralba KMD, Bertino JS, Jr., Kashuba ADM, Gaedigk A, Nafziger AN. Lack of effect of two COX-2 inhibitors on warfarin stereoisomer metabolism in CYP2C9 extensive metabolizers. Arthritis Rheum 2001; 44(9 Suppl.):S124.

(816) Straus WL, Barlas S, Stever GJ, Brater DC. A comparison of the clinical impact of rofecoxib vs celecoxib on new onset hypertension. Arthritis Rheum 2001; 44(9 Suppl.):S317.

(817) Zhao S, Reynolds M, Lefkowith JB, Whelton A, Arellano FM. Comparison of renal adverse drug reactions (ADRs) between rofecoxib and celecoxib based on the WHO/UMC safety database. Arthritis Rheum 2001; 44(9 Suppl.):S318.

KS-000738

(818)   Rahme E, Marentette M, Kong S, LeLorier J. Pattern of use of COX-2 inhibitors and gastroprotective agents coprescription compared to that of NSAIDs in an elderly population. Arthritis Rheum 2001; 44(9 Suppl.):S316.

(819)   Cho MJ, Cooke CE. The effect of cyclooxygenase-2 inhibitors on blood pressure. Arthritis Rheum 2001; 44(9 Suppl.):S318.

(820)   Wolfe F, Reynolds M, Burke TA, Zhao S, Pettitt D. Anti-inflammatory drug discontinuation in arthritis clinical practice: a comparison of NSAIDs, celecoxib, and rofecoxib. Arthritis Rheum 2001; 44(9 Suppl.):S317.

(821)   Pittsley R, Dettloff R. An evaluation of systolic blood pressure changes with celecoxib, rofecoxib, and traditional nonsteroidal antiinflammatory drugs in a rheumatology practice setting. Arthritis Rheum 2001; 44(9 Suppl.):S321.

(822)   Zhao S, Reynolds M, Lefkowith JB, Whelton A, Arellano FM. Comparison of cardiovascular (CV) adverse drug reactions (ADRs) between rofecoxib and celecoxib based on the WHO/UMC safety database. Arthritis Rheum 2001; 44(9 Suppl.):S316.

(823)   Wolfe F, Reynolds M, Burke TA, Zhao S. Edema and edema associated adverse events (AEs) among 6,673 celecoxib, rofecoxib, non-specific (NS) NSAID, and non-NSAID users receiving ordinary clinical care. Arthritis Rheum 2001; 44(9 Suppl.):S317.

(824)   Katz N, Krupa D, Ju W et al. Rofecoxib in chronic low back pain: evaluation of onset of action. Arthritis Rheum 2001; 44(9 Suppl.):S354.

(825)   Kawai S, Yamazaki R, Kusunoki N, Okamoto R, Kawasaki TK. Induction of apoptosis by celecoxib, not by other selective cyclooxygenase-2 inhibitors, in rheumatoid synovial cells. Arthritis Rheum 2001; 44(9 Suppl.):S218.

(826)   Maetzel A, Krahn M, Naglie G. The cost-effectiveness of celecoxib and rofecoxib in patients with osteoarthritis or rheumatoid arthritis. Arthritis Rheum 2001; 44(9 Suppl.):S310.

(827)   DeTora LM, Truitt KE, Bolognese JA, Sperling RS, Watson DJ. Incidence of upper GI perforations, ulcers, and bleeding (PUBs) in the phase III rofecoxib rheumatoid arthritis database. Arthritis Rheum 2001; 44(9 Suppl.):S174.

(828)   del R, I, Williams K, Stern MP, Freeman GL, Escalante A. High incidence of cardiovascular events in a rheumatoid arthritis cohort not explained by traditional cardiac risk factors. Arthritis Rheum 2001; 44(12):2737-2745.

(829)   Wolfe F, Reynolds M, Burke TA, Zhao S. Hypertension and hypertension associated adverse events (AEs) among 6,673 celecoxib, rofecoxib, non-specific (NS) NSAID, and non-NSAID users receiving ordinary clinical care. Arthritis Rheum 2001; 44(9 Suppl.):S317.

(830)   Yocum DE, Nordensson KA. Comparison of COX-2 specific nonsteroidal anti-inflammatory drugs (NSAIDs) to other agents in the treatment of arthritis in the clinical setting. Arthritis Rheum 2001; 44(9 Suppl.):S318.

(831)   Sperling R, Braunstein N, Melin J, Reicin A. Cyclooxygenase 2 inhibitors and thrombogenicity production: comment on the article by Crofford et al. Arthritis Rheum 2001; 44(5):1229-1230.

(832)   Fraenkel L, Fried T, Concato J, Wittink D. Are preferences for Cox-2 inhibitors explained by the certainty effect? [ABSTRACT 992]. Arthritis Rheum 2002; 46(9 Suppl.):S384-Abstr. 992.

(833)   Fraenkel L, Fried T, Concato J, Wittink D. Patients prefer anti-inflammatory drugs... If they are unaware of other choices [ABSTRACT 993]. Arthritis Rheum 2002; 46(9 Suppl.):S384-Abstr. 993.

(834)   Geba GP, Polis AB, Bohidar NR, Petruschke RA, Dobbins TW, Keane WF. Edema adverse experiences in 5557 osteoarthritis patients treated with rofecoxib compared to naproxen in the ADVANTAGE trial: a multivariate analysis [ABSTRACT 1223]. Arthritis Rheum 2002; 46(9 Suppl.):S463-Abstr. 1223.

(835)   Wolfe F, Michaud K, Messer J. The epidemiology of GI drugs use among persons with RA, OA and fibromyalgia [ABSTRACT 872]. Arthritis Rheum 2002; 46(9 Suppl.):S344-Abstr. 872.

(836)   Geba GP, Polis AB, Bohidar NR, Petruschke RA, Dobbins TW, Keane WF. Hypertension among rofecoxib compared to naproxen patients in the ADVANTAGE trial: a multivariate analysis [ABSTRACT 486]. Arthritis Rheum 2002; 46(9 Suppl.):S212-Abstr. 486.

**KS-000739**

(837) Watson DJ, Yu Q, Bolognese JA, Reicin AS, Holmes RH, Simon TJ. An updated combined analysis of upper-GI events in clinical trials with rofecoxib (VIOXX) vs. nonselective cyclooxygenase inhibitors (NSAIDs) [ABSTRACT 484]. Arthritis Rheum 2002; 46(9 Suppl.):S211-Abstr. 484.

(838) Geba GP, Polis AB, Skalky CS, Petruschke RA, Dobbins TW. Gastrointestinal tolerability among osteoarthritis patients receiving low dose aspirin in combination with rofecoxib or naproxen [ABSTRACT 1222]. Arthritis Rheum 2002; 46(9 Suppl.):S462-S463, Abstr. 1222.

(839) Salido M, Joven B, D'Cruz DP, Khamashta MA, Hughes GR. Increased cutaneous reactions to hydroxychloroquine (Plaquenil) possibly associated with formulation change: comment on the letter by Alarcon. Arthritis Rheum 2002; 46(12):3392-3396.

(840) Rahme E, Marentette MA, Toubouti Y, Kong SX, LeLorier J. Are rofecoxib and celecoxib associated with fewer gastrointestinal complications compared to conventional NSAIDs in real-life clinical practice? [ABSTRACT 219]. Arthritis Rheum 2002; 46(9 Suppl.):S118-Abstr. 219.

(841) Goodson NJ, Wiles NJ, Lunt M, Barrett EM, Silman AJ, Symmons DP. Mortality in early inflammatory polyarthritis: cardiovascular mortality is increased in seropositive patients. Arthritis Rheum 2002; 46(8):2010-2019.

(842) Wolfe F, Michaud K, Zhao SZ, Burke TA, Pettitt D. Toward an epidemiology of NSAID and COX-2 specific inhibitor efficacy equivalence [ABSTRACT 850]. Arthritis Rheum 2002; 46(9 Suppl.):S336-Abstr. 850.

(843) Wolfe F, Michaud K, Zhao SZ, Burke TA, Pettitt D. Satisfaction and preferences for NSAIDs and COX-2 specific inhibitors among patients with rheumatoid arthritis [ABSTRACT 373]. Arthritis Rheum 2002; 46(9 Suppl.):S172-Abstr. 373.

(844) Schnitzer T, Kong S, Mitchell J et al. Prescription of rofecoxib and celecoxib by physician specialty for patients with osteoarthritis and rheumatoid arthritis [ABSTRACT 326]. Arthritis Rheum 2002; 46(9 Suppl.):S156-Abstr. 326.

(845) Levy GD, Cheetham TC, Shoor S. Cohort analysis myocardial infarction risk and COX2 use in the Kaiser Large Observational Thrombosis Study (KLOTS) [ABSTRACT 973]. Arthritis Rheum 2002; 46(9 Suppl.):S377-Abstr. 973.

(846) van Adelsburg J, Truitt KE, DeTora LM et al. One-year results from an active comparator-controlled trial of rofecoxib in patients with rheumatoid arthritis (RA) [ABSTRACT 852]. Arthritis Rheum 2002; 46(9 Suppl.):S336-S337, Abstr. 852.

(847) Hochberg MC, Kvien TK, Schnitzer TJ, Krupa D, Reicin A, VIGOR Steering Committee. Risk factors for fracture in patients with rheumatoid arthritis [ABSTRACT 1605]. Arthritis Rheum 2002; 46(9 Suppl.):S596-Abstr. 1605.

(848) Guidelines for the management of rheumatoid arthritis: 2002 Update. Arthritis Rheum 2002; 46(2):328-346.

(849) Smalley W, Stein CM, Arbogast PG, Eisen G, Ray WA, Griffin M. Underutilization of gastroprotective measures in patients receiving nonsteroidal antiinflammatory drugs. Arthritis Rheum 2002; 46(8):2195-2200.

(850) Solomon DH, Schneeweiss S, Glynn RJ, Levin R, Avorn J. Patterns and predictors of selective COX-2 inhibitor use in the elderly: is prescribing driven by patient factors or physician preferences? [ABSTRACT 994]. Arthritis Rheum 2002; 46(9 Suppl.):S384-S385, Abstr. 994.

(851) Kusunoki N, Yamazaki R, Kawai S. Induction of apoptosis in rheumatoid synovial fibroblasts by celecoxib, but not by other selective cyclooxygenase 2 inhibitors. Arthritis Rheum 2002; 46(12):3159-3167.

(852) Langman MJS, Mavros P, Sen SS, Kong SX, Watson DJ. Use of antihypertensive therapy among new chronic persistent users of diclofenac, ibuprofen, naproxen and rofecoxib [ABSTRACT 227]. Arthritis Rheum 2002; 46(9 Suppl.):S121-Abstr. 227.

(853) Anderson JJ, Bolognese JA, Felson DT. Effects of disease duration and outcome definition on power of rheumatoid arthritis (RA) clinical trials [ABSTRACT 1392]. Arthritis Rheum 2002; 46(9 Suppl.):S520-S521, Abstr. 1392.

(854) Pablos JL. Aspirin antiplatelet therapy and nonsteroidal antiinflammatory drugs: comment on the 2002 update of the American College of Rheumatology Guidelines for the Management of Rheumatoid Arthritis. Arthritis Rheum 2002; 46(11):3102.

**KS-000740**

(855)   Van DS, McColl G, Wicks IP. Accelerated atherosclerosis: an extraarticular feature of rheumatoid arthritis? Arthritis Rheum 2002; 46(4):862-873.

(856)   Reicin A, Konstam M, Weir M et al. Incidence of cardiovascular events in the rofecoxib development program [ABSTRACT 218]. Arthritis Rheum 2002; 46(9 Suppl.):S118-Abstr. 218.

(857)   Hawkey C, Laine L, Quan H, Simon T, Evans JK. Incidence of ulcers with rofecoxib versus naproxen:  a double-blind, placebo-controlled endoscopy study in patients with rheumatoid arthritis [ABSTRACT 1391]. Arthritis Rheum 2002; 46(9 Suppl.):S520-Abstr. 1391.

(858)   Mandl LA, Liang MH, Fisman DN. Cost-effectiveness of competing strategies for management of knee osteoarthritis [ABSTRACT 1564]. Arthritis Rheum 2002; 46(9 Suppl.):S582-Abstr. 1564.

(859)   Strand V, Hochberg MC. The risk of cardiovascular thrombotic events with selective cyclooxygenase-2 inhibitors. Arthritis Rheum 2002; 47(4):349-355.

(860)   Solomon DH, Schneeweiss S, Glynn RJ et al. The relationship between selective COX-2 inhibitors and acute myocardial infarction [ABSTRACT 1823]. Arthritis Rheum 2003; 48(9 Suppl.):S697-Abstr. 1823.

(861)   Baigent C, Patrono C. Selective cyclooxygenase 2 inhibitors, aspirin, and cardiovascular disease: a reappraisal. Arthritis Rheum 2003; 48(1):12-20.

(862)   Kiss MH, Reiff AA, Reicin AS et al. Rofecoxib demonstrates efficacy and tolerability in children and adolescents (ages 2-17 years) with juvenile rheumatoid arthritis (JRA) in a 12-week randomized study [ABSTRACT 1698]. Arthritis Rheum 2003; 48(9 Suppl.):S650-Abstr. 1698.

(863)   Anderson JJ, Bolognese JA, Felson DT. Comparison of rheumatoid arthritis clinical trial outcome measures: a simulation study. Arthritis Rheum 2003; 48(11):3031-3038.

(864)   Moskowitz RW, Cawkwell G. A double-blind, placebo-controlled, randomized 2-week study of valdecoxib 10 mg qd and rofecoxib 25 mg qd in relieving the signs and symptoms of osteoarthritis of the knee in flare [ABSTRACT 77]. Arthritis Rheum 2003; 48(9 Suppl.):S76-Abstr. 77.

(865)   Weaver AL, Schnitzer TJ, Polis AB, Petruschke RA, Keane WF, Geba GP. Efficacy and safety of rofecoxib compared to celecoxib or acetaminophen among 1960 osteoarthritis patients: the VACT trials [ABSTRACT 75]. Arthritis Rheum 2003; 48(9 Suppl.):S75-Abstr. 75.

(866)   Galea C, Lim A, Reisine S, DeChello L, Abeles M. Self-reported medication and perceived efficacy of treatment among a sample of fibromyalgia patients [ABSTRACT 711]. Arthritis Rheum 2003; 48(9 Suppl.):S304-Abstr. 711.

(867)   Solomon DH, Schneeweiss S, Levin R, Avorn J. The relationship between COX-2 specific inhibitors and hypertension [ABSTRACT 65]. Arthritis Rheum 2003; 48(9 Suppl.):S71-Abstr. 65.

(868)   Chang DJ, Desjardins PJ, Black P et al. Comparison of rofecoxib with multidose oxycodone/acetaminophen in patients with acute pain [ABSTRACT]. Arthritis Rheum 2003; 48(9 Suppl.):S616-Abstr.

(869)   Greenberg JD, Bingham CO, Abramson SB, Reed G, Kremer J, CORRONA database. Predictors of aspirin co-prescription among NSAID and COX-2 inhibitor users with cardiovascular risk factors [ABSTRACT 477]. Arthritis Rheum 2003; 48(9 Suppl.):S218-Abstr. 477.

(870)   Kojima F, Naraba H, Sasaki Y, Beppu M, Aoki H, Kawai S. Prostaglandin E2 is an enhancer of interleukin-1beta-induced expression of membrane-associated prostaglandin E synthase in rheumatoid synovial fibroblasts. Arthritis Rheum 2003; 48(10):2819-2828.

(871)   Mangru J, Kumar S, Peloso PM. Is acetaminophen truly safe and effective in OA of the hip and knee?  A best evidence synthesis. Arthritis Rheum 2003; 48(9 Suppl.):S80-S81, Abstr. 90.

(872)   Rahme E, Bardou M, Toubouti Y, Barkun AN. Gastrointestinal effects of rofecoxib and celecoxib versus acetaminophen among patients on low dose aspirin [ABSTRACT 1575]. Arthritis Rheum 2003; 48(9 Suppl.):S606-S607, Abstr. 1575.

KS-000741

(873) Rahme E, Choquette D, Beaulieu M, Bessette L, Toubouti Y, LeLorier J. Effect of patient gastrointestinal risk status on adherence to guidelines for osteoarthritis treatment [ABSTRACT 1652]. Arthritis Rheum 2003; 48(9 Suppl.):S633-Abstr. 1652.

(874) Maetzel A, Krahn M, Naglie G. The cost effectiveness of rofecoxib and celecoxib in patients with osteoarthritis or rheumatoid arthritis. Arthritis Rheum 2003; 49(3):283-292.

(875) Gibofsky A, Williams GW, McKenna F, Fort JG. Comparing the efficacy of cyclooxygenase 2-specific inhibitors in treating osteoarthritis: appropriate trial design considerations and results of a randomized, placebo-controlled trial. Arthritis Rheum 2003; 48(11):3102-3111.

(876) Geba GP, Polis AB, Bohidar NR, Petruschke RA, Dobbins TW, Keane WF. Hypertension- and edema-related adverse events among diabetic patients treated with rofecoxib or naproxen in the population of an osteoarthritis trial: ADVANTAGE [ABSTRACT 1577]. Arthritis Rheum 2003; 48(9 Suppl.):S607-Abstr. 1577.

(877) Weston AP, Connor M, Mitreva D, Sharma P. NSAID GI mucosal toxicity and SINGH score classification in Veterans Hospital: is it being followed and is the scoring system effective? [ABSTRACT 1576]. Arthritis Rheum 2003; 48(9 Suppl.):S607-Abstr. 1576.

(878) Rahme E, Dasgupta K, Ghosn J, Pilote L, Hudson M. Selective cyclooxygenase-2 (COX-2) inhibitors protect against breast cancer [ABSTRACT LB13]. Arthritis Rheum 2003; 48(12):3661-Abstr. LB13.

(879) Kellstein D, Fricke J, Jr., Ott D, Jayawardene S. Analgesic efficacy of lumiracoxib compared with placebo, rofecoxib and celecoxib in patients with postoperative dental pain [ABSTRACT 1282]. Arthritis Rheum 2003; 48(9 Suppl.):S506-Abstr. 1282.

(880) Schneeweiss S, Tsai EH, Glynn RJ, Avorn J, Solomon DH. Selective COX-2 inhibitor use and myocardial infarction: assessment of potential confounding bias [ABSTRACT 980]. Arthritis Rheum 2003; 48(9 Suppl.):S398-Abstr. 980.

(881) Reicin AS, Krupa D, Connors LG, Leung AT. Fracture healing in patients treated with rofecoxib and nonselective NSAIDs [ABSTRACT 1243]. Arthritis Rheum 2003; 48(9 Suppl.):S492-Abstr. 1243.

(882) de Papp AE, Wang L, Petruschke RA, Geba GP. Upper gastrointestinal tolerability of alendronate 70 mg once-weekly with concomitant use of NSAIDs compared to coxibs [ABSTRACT 103]. Arthritis Rheum 2003; 48(9 Suppl.):S85-Abstr. 103.

(883) Hawkey C, Hoexter G, Richard D, Gitton X, Weinstein W. Lumiracoxib, a novel cyclooxygenase-2 selective inhibitor, has improved gastrointestinal safety and tolerability compared with nonselective nonsteroidal anti-inflammatory drugs: a pooled analysis [ABSTRACT 87]. Arthritis Rheum 2003; 48(9 Suppl.):S79.

(884) Rahme E, Kong SX, Watson DJ, Toubouti Y, Pilote L, LeLorier J. Association between rofecoxib, diclofenac/ibuprofen and hospitalization for acute myocardial infarction: baseline patient characteristics [ABSTRACT 979]. Arthritis Rheum 2003; 48(9 Suppl.):S398-Abstr. 979.

(885) Fraenkel L, Wittink DR, Concato J, Fried T. Informed choice and the widespread use of antiinflammatory drugs. Arthritis Rheum 2004; 51(2):210-214.

(886) Fries JF, Murtagh KN, Bennett M, Zatarain E, Lingala B, Bruce B. The rise and decline of nonsteroidal antiinflammatory drug-associated gastropathy in rheumatoid arthritis. Arthritis Rheum 2004; 50(8):2433-2440.

(887) Rubin BR, Burton R, Navarra S et al. Efficacy and safety profile of treatment with etoricoxib 120 mg once daily compared with indomethacin 50 mg three times daily in acute gout: a randomized controlled trial. Arthritis Rheum 2004; 50(2):598-606.

(888) Szalat A, Krasilnikov I, Bloch A, Meir K, Rubinger D, Mevorach D. Acute renal failure and interstitial nephritis in a patient treated with rofecoxib: case report and review of the literature. Arthritis Rheum 2004; 51(4):670-673.

(889) Lee C, Hunsche E, Balshaw R, Kong SX, Schnitzer TJ. Need for common internal controls when assessing the relative efficacy of pharmacologic agents using a meta-analytic approach: case study of cyclooxygenase 2-selective inhibitors for the treatment of osteoarthritis. Arthritis Rheum 2005; 53(4):510-518.

**KS-000742**

(890) Greenberg JD, Bingham CO, III, Abramson SB, Reed G, Sebaldt RJ, Kremer J. Effect of cardiovascular comorbidities and concomitant aspirin use on selection of cyclooxygenase inhibitor among rheumatologists. Arthritis Rheum 2005; 53(1):12-17.

(891) Spiegel BM, Chiou CF, Ofman JJ. Minimizing complications from nonsteroidal antiinflammatory drugs: cost-effectiveness of competing strategies in varying risk groups. Arthritis Rheum 2005; 53(2):185-197.

(892) Schnitzer TJ, Kivitz AJ, Lipetz RS, Sanders N, Hee A. Comparison of the COX-inhibiting nitric oxide donor AZD3582 and rofecoxib in treating the signs and symptoms of Osteoarthritis of the knee. Arthritis Rheum 2005; 53(6):827-837.

(893) Rahme E, Hunsche E, Toubouti Y, Chabot I. Retrospective analysis of utilization patterns and cost implications of coxibs among seniors in Quebec, Canada: what is the potential impact of the withdrawal of rofecoxib? Arthritis Rheum 2006; 55(1):27-34.

(894) Solomon DH, Avorn J, Sturmer T, Glynn RJ, Mogun H, Schneeweiss S. Cardiovascular outcomes in new users of coxibs and nonsteroidal antiinflammatory drugs: high-risk subgroups and time course of risk. Arthritis Rheum 2006; 54(5):1378-1389.

(895) Schneeweiss S, Solomon DH, Wang PS, Rassen J, Brookhart MA. Simultaneous assessment of short-term gastrointestinal benefits and cardiovascular risks of selective cyclooxygenase 2 inhibitors and nonselective nonsteroidal antiinflammatory drugs: an instrumental variable analysis. Arthritis Rheum 2006; 54(11):3390-3398.

(896) Hinz B, Dormann H, Brune K. More pronounced inhibition of cyclooxygenase 2, increase in blood pressure, and reduction of heart rate by treatment with diclofenac compared with celecoxib and rofecoxib. Arthritis Rheum 2006; 54(1):282-291.

(897) Hudson M, Rahme E, Richard H, Pilote L. Risk of congestive heart failure with nonsteroidal antiinflammatory drugs and selective Cyclooxygenase 2 inhibitors: a class effect? Arthritis Rheum 2007; 57(3):516-523.

(898) Ilan DI, Liporace FA, Rosen J, Cannavo D. Efficacy of rofecoxib for pain control after knee arthroscopy: a prospective, randomized, double-blinded clinical trial. Arthroscopy 2004; 20(8):813-818.

(899) Soto J. Evaluacion economica de diclofenaco/misoprostol frente a rofecoxib en el tratamiento de la artrosis [Economic evaluation of diclofenac/misoprostol versus rofecoxib in the treatment of arthritis]. Atencion Farmaceutica 2001; 3(1):30-37.

(900) Morales Serna JC, Fernandez Gallardo LC. Introduccion de rofecoxib en atencion primaria: influencia sobre la prescripcion del grupo de antiinflamatorios no esteroideos [Rofecoxib's introduction in primary care: influence on the prescription of the non-steroidal anti-inflammatories group]. Atencion Farmaceutica 2001; 3(5):344-349.

(901) Wong E, Huang JQ, Tagari P, Riendeau D. Effects of COX-2 inhibitors on aortic prostacyclin production in cholesterol-fed rabbits. Atherosclerosis 2001; 157(2):393-402.

(902) Walter MF, Jacob RF, Day CA, Dahlborg R, Weng Y, Mason RP. Sulfone COX-2 inhibitors increase susceptibility of human LDL and plasma to oxidative modification: comparison to sulfonamide COX-2 inhibitors and NSAIDs. Atherosclerosis 2004; 177(2):235-243.

(903) Martinez-Gonzalez J, Escudero I, Badimon L. Simvastatin potenciates PGI(2) release induced by HDL in human VSMC: effect on Cox-2 up-regulation and MAPK signalling pathways activated by HDL. Atherosclerosis 2004; 174(2):305-313.

(904) Beata RN, Wojciech F, Stanislaw S, Ryszard M. The influence of anti-inflammatory drugs on the proliferation of fibroblast derived from nasal polyps. Auris Nasus Larynx 2005; 32(3):225-229.

(905) No Author. Celecoxib: early Australian reporting experience. Aust Adverse Drug React Bull 2000; 19(2):6-7.

(906) No Author. Interaction of rofecoxib with warfarin. Aust Adverse Drug React Bull 2002; 21(1):3.

(907) No Author. Rofecoxib, celecoxib and cardiovascular risk. Aust Adverse Drug React Bull 2003; 22(5):18.

(908) No Author. Acute neuropsychiatric events with celecoxib and rofecoxib. Aust Adverse Drug React Bull 2003; 22(1):3.

KS-000743

(909) No Author: ACE inhibitor, diuretic and NSAID: a dangerous combination. Aust Adverse Drug React Bull 2003; 22(4):14-15.

(910) Hernandez-Diaz S, Varas-Lorenzo C, Garcia Rodriguez LA. Non-steroidal antiinflammatory drugs and the risk of acute myocardial infarction. Basic Clin Pharmacol Toxicol 2006; 98(3):266-274.

(911) Guo Y, Bao W, Wu WJ, Shinmura K, Tang XL, Bolli R. Evidence for an essential role of cyclooxygenase-2 as a mediator of the late phase of ischemic preconditioning in mice. Basic Res Cardiol 2000; 95(6):479-484.

(912) Bilinska M, Rudnicki S, Beresewicz A. Delayed attenuation of myocardial ischemia with repeated exercise in subjects with stable angina: a possible model for the second window of protection? Basic Res Cardiol 2000; 95(5):418-423.

(913) Jain NK, Patil CS, Kulkarni SK, Singh A. Modulatory role of cyclooxygenase inhibitors in aging- and scopolamine or lipopolysaccharide-induced cognitive dysfunction in mice. Behav Brain Res 2002; 133(2):369-376.

(914) Hawkey CJ. COX-1 and COX-2 inhibitors. Best Pract Res Clin Gastroenterol 2001; 15(5):801-820.

(915) Yokoyama C, Tanabe T. Cloning of human gene encoding prostaglandin endoperoxide synthase and primary structure of the enzyme. Biochem Biophys Res Commun 1989; 165(2):888-894.

(916) Rosen GD, Birkenmeier TM, Raz A, Holtzman MJ. Identification of a cyclooxygenase-related gene and its potential role in prostaglandin formation. Biochem Biophys Res Commun 1989; 164(3):1358-1365.

(917) Miyata A, Hara S, Yokoyama C, Inoue H, Ullrich V, Tanabe T. Molecular cloning and expression of human prostacyclin synthase. Biochem Biophys Res Commun 1994; 200(3):1728-1734.

(918) Bishop-Bailey D, Burke-Gaffney A, Hellewell PG, Pepper JR, Mitchell JA. Cyclo-oxygenase-2 regulates inducible ICAM-1 and VCAM-1 expression in human vascular smooth muscle cells. Biochem Biophys Res Commun 1998; 249(1):44-47.

(919) Reddy CM, Bhat VB, Kiranmai G, Reddy MN, Reddanna P, Madyastha KM. Selective inhibition of cyclooxygenase-2 by C-phycocyanin, a biliprotein from Spirulina platensis. Biochem Biophys Res Commun 2000; 277(3):599-603.

(920) Saito T, Rodger IW, Hu F, Shennib H, Giaid A. Inhibition of cyclooxygenase-2 improves cardiac function in myocardial infarction. Biochem Biophys Res Commun 2000; 273(2):772-775.

(921) Nakayama T, Soma M, Watanabe Y et al. Splicing mutation of the prostacyclin synthase gene in a family associated with hypertension. Biochem Biophys Res Commun 2002; 297(5):1135-1139.

(922) Pillai AD, Rathod PD, P X F et al. Novel drug designing approach for dual inhibitors as anti-inflammatory agents: implication of pyridine template. Biochem Biophys Res Commun 2003; 301(1):183-186.

(923) Ito H, Duxbury M, Benoit E et al. Fibronectin-induced COX-2 mediates MMP-2 expression and invasiveness of rhabdomyosarcoma. Biochem Biophys Res Commun 2004; 318(2):594-600.

(924) Bolego C, Buccellati C, Radaelli T et al. eNOS, COX-2, and prostacyclin production are impaired in endothelial cells from diabetics. Biochem Biophys Res Commun 2006; 339(1):188-190.

(925) Steffel J, Akhmedov A, Fahndrich C, Ruschitzka F, Luscher TF, Tanner FC. Differential effect of celecoxib on tissue factor expression in human endothelial and vascular smooth muscle cells. Biochem Biophys Res Commun 2006; 349(2):597-603.

(926) Blanco A, Habib A, Levy-Toledano S, Maclouf J. Involvement of tyrosine kinases in the induction of cyclo-oxygenase-2 in human endothelial cells. Biochem J 1995; 312 ( Pt 2):419-423.

(927) Gierse JK, Koboldt CM, Walker MC, Seibert K, Isakson PC. Kinetic basis for selective inhibition of cyclo-oxygenases. Biochem J 1999; 339 ( Pt 3):607-614.

(928) Johnson AJ, Hsu AL, Lin HP, Song X, Chen CS. The cyclo-oxygenase-2 inhibitor celecoxib perturbs intracellular calcium by inhibiting endoplasmic reticulum Ca2+-ATPases: a plausible link with its anti-tumour effect and cardiovascular risks. Biochem J 2002; 366(Pt 3):831-837.

**KS-000744**