(929)   Vigdahl RL, Tukey RH. Mechanism of action of novel anti-inflammatory drugs diflumidone and R-805. Biochem Pharmacol 1977; 26(4):307-311.

(930)   Langenbach R, Loftin C, Lee C, Tiano H. Cyclooxygenase knockout mice: models for elucidating isoform-specific functions. Biochem Pharmacol 1999; 58(8):1237-1246.

(931)   Lichtenberger LM. Where is the evidence that cyclooxygenase inhibition is the primary cause of nonsteroidal anti-inflammatory drug (NSAID)-induced gastrointestinal injury? Topical injury revisited. Biochem Pharmacol 2001; 61(6):631-637.

(932)   Mukherjee D. Selective cyclooxygenase-2 (COX-2) inhibitors and potential risk of cardiovascular events. Biochem Pharmacol 2002; 63(5):817-821.

(933)   Parente L, Perretti M. Advances in the pathophysiology of constitutive and inducible cyclooxygenases: two enzymes in the spotlight. Biochem Pharmacol 2003; 65(2):153-159.

(934)   Niederberger E, Manderscheid C, Grosch S, Schmidt H, Ehnert C, Geisslinger G. Effects of the selective COX-2 inhibitors celecoxib and rofecoxib on human vascular cells. Biochem Pharmacol 2004; 68(2):341-350.

(935)   Tomisato W, Tsutsumi S, Hoshino T et al. Role of direct cytotoxic effects of NSAIDs in the induction of gastric lesions. Biochem Pharmacol 2004; 67(3):575-585.

(936)   Alpert E, Gruzman A, Tennenbaum T, Sasson S. Selective cyclooxygenase-2 inhibitors stimulate glucose transport in L6 myotubes in a protein kinase Cdelta-dependent manner. Biochem Pharmacol 2007; 73(3):368-377.

(937)   Kashfi K, Rigas B. Is COX-2 a 'collateral' target in cancer prevention? Biochem Soc Trans 2005; 33(Pt 4):724-727.

(938)   VAN DORP, BEERTHUIS RK, Nugteren DH, Vonkeman H. THE BIOSYNTHESIS OF PROSTAGLANDINS. Biochim Biophys Acta 1964; 90:204-207.

(939)   BERGSTROEM S, DANIELSSON H, SAMUELSSON B. THE ENZYMATIC FORMATION OF PROSTAGLANDIN E2 FROM ARACHIDONIC ACID PROSTAGLANDINS AND RELATED FACTORS 32. Biochim Biophys Acta 1964; 90:207-210.

(940)   Henriksson P, Hamberg M, Diczfalusy U. Formation of 15-HETE as a major hydroxyeicosatetraenoic acid in the atherosclerotic vessel wall. Biochim Biophys Acta 1985; 834(2):272-274.

(941)   Oviedo JA, Wolfe MM. Clinical potential of cyclo-oxygenase-2 inhibitors. BioDrugs 2001; 15(9):563-572.

(942)   Colville-Nash PR, Gilroy DW. Potential adverse effects of cyclooxygenase-2 inhibition: evidence from animal models of inflammation. BioDrugs 2001; 15(1):1-9.

(943)   Sandberg M, Borg LA. Intracellular degradation of insulin and crinophagy are maintained by nitric oxide and cyclo-oxygenase 2 activity in isolated pancreatic islets. Biol Cell 2006; 98(5):307-315.

(944)   Kajino H, Roman C, Clyman RI. Renal effects of cyclooxygenase-2 inhibition in fetal lambs. Biol Neonate 2002; 82(4):257-262.

(945)   Werner U, Werner D, Pahl A, Mundkowski R, Gillich M, Brune K. Investigation of the pharmacokinetics of celecoxib by liquid chromatography-mass spectrometry. Biomed Chromatogr 2002; 16(1):56-60.

(946)   Rao RN, Meena S, Nagaraju D, Rao AR. Development and validation of a reversed-phase liquid chromatographic method for separation and simultaneous determination of COX-2 inhibitors in pharmaceuticals and its application to biological fluids. Biomed Chromatogr 2005; 19(5):362-368.

(947)   Chen QH, Rao PN, Knaus EE. Design, synthesis, and biological evaluation of linear 1-(4-, 3- or 2-methylsulfonylphenyl)-2-phenylacetylenes: a novel class of cyclooxygenase-2 inhibitors. Bioorg Med Chem 2005; 13(23):6425-6434.

(948)   Chen QH, Rao PN, Knaus EE. Synthesis and biological evaluation of a novel class of rofecoxib analogues as dual inhibitors of cyclooxygenases (COXs) and lipoxygenases (LOXs). Bioorg Med Chem 2006; 14(23):7898-7909.

KS-000745

(949) Zarghi A, Zebardast T, Hakimion F, Shirazi FH, Rao PN, Knaus EE. Synthesis and biological evaluation of 1,3-diphenylprop-2-en-1-ones possessing a methanesulfonamido or an azido pharmacophore as cyclooxygenase-1/-2 inhibitors. Bioorg Med Chem 2006; 14(20):7044-7050.

(950) Moreau A, Chen QH, Praveen Rao PN, Knaus EE. Design, synthesis, and biological evaluation of (E)-3-(4-methanesulfonylphenyl)-2-(aryl)acrylic acids as dual inhibitors of cyclooxygenases and lipoxygenases. Bioorg Med Chem 2006; 14(23):7716-7727.

(951) Zarghi A, Arfaee S, Rao PN, Knaus EE. Design, synthesis, and biological evaluation of 1,3-diarylprop-2-en-1-ones : a novel class of cyclooxygenase-2 inhibitors. Bioorg Med Chem 2006; 14(8):2600-2605.

(952) Zarghi A, Praveen Rao PN, Knaus EE. Synthesis and biological evaluation of methanesulfonamide analogues of rofecoxib: Replacement of methanesulfonyl by methanesulfonamido decreases cyclooxygenase-2 selectivity. Bioorg Med Chem 2007; 15(2):1056-1061.

(953) Therien M, Brideau C, Chan CC et al. Synthesis And Biological Evaluation Of 5,6-Diarylimidazo[2.1-b]Thiazole As Selective Cox-2 Inhibitors. Bioorg Med Chem Lett 1997; 7(1):7-52.

(954) Bayly CI, Black WC, Leger S, Ouimet N, Ouellet M, Percival MD. Structure-based design of COX-2 selectivity into flurbiprofen. Bioorg Med Chem Lett 1999; 9(3):307-312.

(955) Prasit P, Wang Z, Brideau C et al. The discovery of rofecoxib, [MK 966, Vioxx, 4-(4'-methylsulfonylphenyl)-3-phenyl-2(5H)-furanone], an orally active cyclooxygenase-2-inhibitor. Bioorg Med Chem Lett 1999; 9(13):1773-1778.

(956) Prasit P, Wang Z, Brideau C et al. The discovery of rofecoxib, [MK 966, Vioxx, 4-(4'-methylsulfonylphenyl)-3-phenyl-2(5H)-furanone], an orally active cyclooxygenase-2-inhibitor. Bioorg Med Chem Lett 1999; 9(13):1773-1778.

(957) Nicoll-Griffith DA, Yergey JA, Trimble LA et al. Synthesis, characterization, and activity of metabolites derived from the cyclooxygenase-2 inhibitor rofecoxib (MK-0966, Vioxx). Bioorg Med Chem Lett 2000; 10(23):2683-2686.

(958) Leblanc Y, Roy P, Wang Z et al. Discovery of a potent and selective COX-2 inhibitor in the alkoxy lactone series with optimized metabolic profile. Bioorg Med Chem Lett 2002; 12(22):3317-3320.

(959) Rahim MA, Rao PN, Knaus EE. Isomeric acetoxy analogues of rofecoxib: a novel class of highly potent and selective cyclooxygenase-2 inhibitors. Bioorg Med Chem Lett 2002; 12(19):2753-2756.

(960) Zarghi A, Praveen Rao PN, Knaus EE. Sulfonamido, azidosulfonyl and N-acetylsulfonamido analogues of rofecoxib: 4-[4-(N-acetylsulfonamido)phenyl]-3-(4-methanesulfonylphenyl)-2(5H)furanon e is a potent and selective cyclooxygenase-2 inhibitor. Bioorg Med Chem Lett 2004; 14(8):1957-1960.

(961) Majo VJ, Prabhakaran J, Simpson NR, Van Heertum RL, Mann JJ, Kumar JS. A general method for the synthesis of aryl [11C]methylsulfones: potential PET probes for imaging cyclooxygenase-2 expression. Bioorg Med Chem Lett 2005; 15(19):4268-4271.

(962) Smil DV, Souza FE, Fallis AG. A general carbometalation, three component coupling strategy for the synthesis of alpha,beta-unsaturated gamma-sultines including thio-rofecoxib, a selective COX-2 inhibitor. Bioorg Med Chem Lett 2005; 15(8):2057-2060.

(963) Navidpour L, Amini M, Shafaroodi H et al. Design and synthesis of new water-soluble tetrazolide derivatives of celecoxib and rofecoxib as selective cyclooxygenase-2 (COX-2) inhibitors. Bioorg Med Chem Lett 2006; 16(17):4483-4487.

(964) Caturla F, Amat M, Reinoso RF, Cordoba M, Warrellow G. Racemic and chiral sulfoxides as potential prodrugs of the COX-2 inhibitors Vioxx and Arcoxia. Bioorg Med Chem Lett 2006; 16(12):3209-3212.

(965) Vane JR. Adventures and excursions in bioassay: the stepping stones to prostacyclin. Biosci Rep 2004; 24(4-5):254-279.

(966) Doret M, Mellier G, Benchaib M, Piacenza JM, Gharib C, Pasquier JC. In vitro study of tocolytic effect of rofecoxib, a specific cyclo-oxygenase 2 inhibitor. Comparison and combination with other tocolytic agents. BJOG 2002; 109(9):983-988.

KS-000746

(967) Groom KM, Shennan AH, Jones BA, Seed P, Bennett PR. TOCOX—a randomised, double-blind, placebo-controlled trial of rofecoxib (a COX-2-specific prostaglandin inhibitor) for the prevention of preterm delivery in women at high risk. BJOG 2005; 112(6):725-730.

(968) Jang J, Park EY, Seo SI, Hwang TK, Kim JC. Effects of intravesical instillation of cyclooxygenase-2 inhibitor on the expression of inducible nitric oxide synthase and nerve growth factor in cyclophosphamide-induced overactive bladder. BJU Int 2006; 98(2):435-439.

(969) Angelico P, Guarneri L, Velasco C et al. Effect of cyclooxygenase inhibitors on the micturition reflex in rats: correlation with inhibition of cyclooxygenase isozymes. BJU Int 2006; 97(4):837-846.

(970) Weiss HJ, Turitto VT. Prostacyclin (prostaglandin I2, PGI2) inhibits platelet adhesion and thrombus formation on subendothelium. Blood 1979; 53(2):244-250.

(971) Reilly IA, FitzGerald GA. Inhibition of thromboxane formation in vivo and ex vivo: implications for therapy with platelet inhibitory drugs. Blood 1987; 69(1):180-186.

(972) Pratico D, Cyrus T, Li H, FitzGerald GA. Endogenous biosynthesis of thromboxane and prostacyclin in 2 distinct murine models of atherosclerosis. Blood 2000; 96(12):3823-3826.

(973) Bennett JS, Catella-Lawson F, Rut AR et al. Effect of the Pl(A2) alloantigen on the function of beta(3)-integrins in platelets. Blood 2001; 97(10):3093-3099.

(974) Pratico D, Tangirala RK, Horkko S, Witztum JL, Palinski W, FitzGerald GA. Circulating autoantibodies to oxidized cardiolipin correlate with isoprostane F(2alpha)-VI levels and the extent of atherosclerosis in ApoE-deficient mice: modulation by vitamin E. Blood 2001; 97(2):459-464.

(975) Patrignani P, Di FC, Tacconelli S et al. Reduced thromboxane biosynthesis in carriers of toll-like receptor 4 polymorphisms in vivo. Blood 2006; 107(9):3572-3574.

(976) Tsoukas C, Eyster ME, Shingo S et al. Evaluation of the efficacy and safety of etoricoxib in the treatment of hemophilic arthropathy. Blood 2006; 107(5):1785-1790.

(977) Hedner T, Himmelmann A. Cardiovascular complications of COX2 selective inhibitors cause considerable concern. Blood Press 2004; 13(5):260-261.

(978) Barden J, Edwards JE, McQuay HJ, Moore RA. Single-dose rofecoxib for acute postoperative pain in adults: a quantitative systematic review. BMC Anesthesiol 2002; 2(1):4.

(979) Barden J, Edwards JE, McQuay HJ, Moore RA. Single-dose rofecoxib for acute postoperative pain in adults: a quantitative systematic review. BMC Anesthesiol 2002; 2(4):1-6.

(980) Edwards JE, Moore RA, McQuay HJ. Individual patient meta-analysis of single-dose rofecoxib in postoperative pain. BMC Anesthesiol 2004; 4(1):3.

(981) Harris RE, Beebe-Donk J, Alshafie GA. Reduction in the risk of human breast cancer by selective cyclooxygenase-2 (COX-2) inhibitors. BMC Cancer 2006; 6:27.

(982) Gagnier JJ, Chrubasik S, Manheimer E. Harpgophytum procumbens for osteoarthritis and low back pain: a systematic review. BMC Complement Altern Med 2004; 4:13.

(983) Collantes E, Curtis SP, Lee KW et al. A multinational randomized, controlled, clinical trial of etoricoxib in the treatment of rheumatoid arthritis [ISRCTN25142273]. BMC Fam Pract 2002; 3:10.

(984) Krymchantowski AV, Bigal ME. Rizatriptan versus rizatriptan plus rofecoxib versus rizatriptan plus tolfenamic acid in the acute treatment of migraine. BMC Neurol 2004; 4:10.

(985) Edwards JE, Moore RA, McQuay HJ. Rofecoxib for dysmenorrhoea: meta-analysis using individual patient data. BMC Womens Health 2004; 4(1):5.

(986) Smith GD, Egger M. Who benefits from medical interventions? BMJ 1994; 308(6921):72-74.

KS-000747

(987)   Collaborative overview of randomised trials of antiplatelet therapy--I: Prevention of death, myocardial infarction, and stroke by prolonged antiplatelet therapy in various categories of patients. Antiplatelet Trialists' Collaboration. BMJ 1994; 308(6921):81-106.

(988)   Collaborative overview of randomised trials of antiplatelet therapy--III: Reduction in venous thrombosis and pulmonary embolism by antiplatelet prophylaxis among surgical and medical patients. Antiplatelet Trialists' Collaboration. BMJ 1994; 308(6923):235-246.

(989)   Collaborative overview of randomised trials of antiplatelet therapy--II: Maintenance of vascular graft or arterial patency by antiplatelet therapy. Antiplatelet Trialists' Collaboration. BMJ 1994; 308(6922):159-168.

(990)   Underwood MJ, More RS. The aspirin papers. BMJ 1994; 308(6921):71-72.

(991)   La PJ, Stocking CB, Rhoades WD et al. Financial ties as part of informed consent to postmarketing research. Attitudes of American doctors and patients. BMJ 1995; 310(6995):1660-1663.

(992)   Henry D, Lim LL, Garcia Rodriguez LA et al. Variability in risk of gastrointestinal complications with individual non-steroidal anti-inflammatory drugs: results of a collaborative meta-analysis. BMJ 1996; 312(7046):1563-1566.

(993)   MacDonald TM, Morant SV, Robinson GC et al. Association of upper gastrointestinal toxicity of non-steroidal anti-inflammatory drugs with continued exposure: cohort study. BMJ 1997; 315(7119):1333-1337.

(994)   Vainio H, Morgan G. Cyclo-oxygenase 2 and breast cancer prevention. Non-steroidal anti-inflammatory agents are worth testing in breast cancer. BMJ 1998; 317(7162):828.

(995)   Josefson D. COX 2 inhibitors can affect the stomach lining. BMJ 1999; 319(7224):1518.

(996)   O'Beirne JP, Cairns SR. Drug Points: Cholestatic hepatitis in association with celecoxib. BMJ 2001; 323(7303):23.

(997)   Josefson D. FDA warns Merck over its promotion of rofecoxib. BMJ 2001; 323(7316):767.

(998)   Gottlieb S. FDA refuses companies' request to drop ulcer warning. BMJ 2001; 322(7283):385.

(999)   Stover RR. Both the CLASS and VIGOR trials support the COX 2 hypothesis. BMJ 2002; 325(7356):162-163.

(1000)  Mamdani M, Rochon PA, Juurlink DN et al. Observational study of upper gastrointestinal haemorrhage in elderly patients given selective cyclo-oxygenase-2 inhibitors or conventional non-steroidal anti-inflammatory drugs. BMJ 2002; 325(7365):624.

(1001)  Fam AG. Treating acute gouty arthritis with selective COX 2 inhibitors. BMJ 2002; 325(7371):980-981.

(1002)  Stover RR. Are selective COX 2 inhibitors superior to traditional NSAIDs? Both the CLASS and VIGOR trials support the COX 2 hypothesis. BMJ 2002; 325(7356):161.

(1003)  Collaborative meta-analysis of randomised trials of antiplatelet therapy for prevention of death, myocardial infarction, and stroke in high risk patients. BMJ 2002; 324(7329):71-86.

(1004)  Reilly M, FitzGerald GA. Gathering intelligence on antiplatelet drugs: the view from 30 000 feet. When combined with other information overviews lead to conviction. BMJ 2002; 324(7329):59-60.

(1005)  Juni P, Rutjes AWS, Dieppe P. Both the CLASS and VIGOR trials support the COX 2 hypothesis: authors' reply. BMJ 2002; 325(7356):163-164.

(1006)  Geis GS. Pharmacia's response to editorial. BMJ 2002; 325(7356):161-162.

(1007)  Mamdani M, Juurlink DN, Anderson GM. Are selective COX 2 inhibitors superior to traditional NSAIDs? Little is known about COX 2 inhibitors. BMJ 2002; 325(7356):161.

(1008)  Budenholzer BR. Are selective COX 2 inhibitors superior to traditional NSAIDs? Rofecoxib did not provide unequivocal benefit over traditional NSAIDs. BMJ 2002; 325(7356):161.

(1009)  Skelly MM, Hawkey CJ. Potential alternatives to COX 2 inhibitors. BMJ 2002; 324(7349):1289-1290.

KS-000748

(1010)   Jones R. Efficacy and safety of COX 2 inhibitors. BMJ 2002; 325(7365):607-608.

(1011)   Deeks JJ, Smith LA, Bradley MD. Efficacy, tolerability, and upper gastrointestinal safety of celecoxib for treatment of osteoarthritis and rheumatoid arthritis: systematic review of randomised controlled trials. BMJ 2002; 325(7365):619.

(1012)   Mamdani M, Juurlink DN, Anderson GM. Little is known about COX 2 inhibitors. BMJ 2002; 325(7356):161-162.

(1013)   Juni P, Rutjes AW, Dieppe PA. Are selective COX 2 inhibitors superior to traditional non steroidal anti-inflammatory drugs? BMJ 2002; 324(7349):1287-1288.

(1014)   Moynihan R. Who pays for the pizza? Redefining the relationships between doctors and drug companies. 1: entanglement. BMJ 2003; 326(7400):1189-1192.

(1015)   Robertson M. Effect of NSAIDs on risk of Alzheimer's disease: confounding factors were not discussed. BMJ 2003; 327(7417):751-752.

(1016)   Juni P, Sterchi R, Dieppe P. Systematic review of celecoxib for osteoarthritis and rheumatoid arthritis. Problems compromise review's validity. BMJ 2003; 326(7384):334.

(1017)   Higgins JP, Thompson SG, Deeks JJ, Altman DG. Measuring inconsistency in meta-analyses. BMJ 2003; 327(7414):557-560.

(1018)   Smith R. Medical journals and pharmaceutical companies: uneasy bedfellows. BMJ 2003; 326(7400):1202-1205.

(1019)   ten Tusscher MP, Jacobs PJ, Busch MJ, de GL, Diemont WL. Bilateral anterior toxic optic neuropathy and the use of infliximab. BMJ 2003; 326(7389):579.

(1020)   Coulter DM, Clark DW, Savage RL. Celecoxib, rofecoxib, and acute temporary visual impairment. BMJ 2003; 327(7425):1214-1215.

(1021)   Singh D. Merck withdraws arthritis drug worldwide. BMJ 2004; 329(7470):816.

(1022)   Lenzer J. FDA is incapable of protecting US "against another Vioxx". BMJ 2004; 329(7477):1253.

(1023)   Lenzer J. Public interest group accuses FDA of trying to discredit whistleblower. BMJ 2004; 329(7477):1255.

(1024)   Lenzer J. US government agency to investigate FDA over rofecoxib. BMJ 2004; 329(7472):935.

(1025)   Abenhaim L. Lessons from the withdrawal of rofecoxib: France has policy for overall assessment of public health impact of new drugs. BMJ 2004; 329(7478):1342.

(1026)   Dieppe PA, Ebrahim S, Martin RM, Juni P. Lessons from the withdrawal of rofecoxib. BMJ 2004; 329(7471):867-868.

(1027)   Gibson L. Spanish drug editor wins case brought by Merck, Sharp Dohme. BMJ 2004; 328(7435):307.

(1028)   Gibson L. Drug company sues Spanish bulletin over fraud claim. BMJ 2004; 328(7433):188.

(1029)   Dyer C. UK patients seek compensation after taking rofecoxib. BMJ 2004; 329(7478):1308.

(1030)   Oakley G, Jr. Lessons from the withdrawal of rofecoxib: Observational studies should not be forgotten. BMJ 2004; 329(7478):1342.

(1031)   Lenzer J. Crisis deepens at the US Food and Drug Administration. BMJ 2004; 329(7478):1308.

(1032)   Hippisley-Cox J, Coupland C, Logan R. Risk of adverse gastrointestinal outcomes in patients taking cyclo-oxygenase-2 inhibitors or conventional non-steroidal anti-inflammatory drugs: population based nested case-control analysis. BMJ 2005; 331(7528):1310-1316.

(1033)   Callreus T. Sentinel systems are needed for long term adverse drug reactions. BMJ 2005; 330(7485):255-256.

(1034)   Lenzer J. FDA advisers warn: COX 2 inhibitors increase risk of heart attack and stroke. BMJ 2005; 330(7489):440.

KS-000749

(1035)  Hippisley-Cox J, Coupland C. Risk of myocardial infarction in patients taking cyclo-oxygenase-2 inhibitors or conventional non-steroidal anti-inflammatory drugs: population based nested case-control analysis. BMJ 2005; 330(7504):1366.

(1036)  Tanne JH. Merck faces ongoing claims after Texan ruling on rofecoxib. BMJ 2005; 331(7515):471.

(1037)  Waller PC, Evans SJ, Beard K. Drug safety and regulation. BMJ 2005; 331(7507):4-5.

(1038)  Hudson M, Richard H, Pilote L. Differences in outcomes of patients with congestive heart failure prescribed celecoxib, rofecoxib, or non-steroidal anti-inflammatory drugs: population based study. BMJ 2005; 330(7504):1370.

(1039)  Kermode-Scott B. Agencies "failed miserably" over COX-2 inhibitor. BMJ 2005; 330(7483):113.

(1040)  Juni P, Reichenbach S, Egger M. COX 2 inhibitors, traditional NSAIDs, and the heart. BMJ 2005; 330(7504):1342-1343.

(1041)  Garattini S. Europe also needs agency for postmarketing surveillance. BMJ 2005; 330(7490):540.

(1042)  Mayor S. Merck cleared in personal injury case against Vioxx. BMJ 2005; 331(7525):1101.

(1043)  Charatan F. US judge dismisses 50m dollars damages in Vioxx lawsuit. BMJ 2006; 333(7567):516.

(1044)  Kearney PM, Baigent C, Godwin J, Halls H, Emberson JR, Patrono C. Do selective cyclo-oxygenase-2 inhibitors and traditional non-steroidal anti-inflammatory drugs increase the risk of atherothrombosis? Meta-analysis of randomised trials. BMJ 2006; 332(7553):1302-1308.

(1045)  Cole A. UK government likely to miss its target to reduce childhood obesity. BMJ 2006; 332(7540):505.

(1046)  Tanne JH. Court awards claimant 13.5m dollars in rofecoxib lawsuit. BMJ 2006; 332(7547):927.

(1047)  Tanne JH. NEJM editor gives pretrial evidence in Vioxx case. BMJ 2006; 332(7536):255-256.

(1048)  Day M. Don't blame it all on the bogey. BMJ 2007; 334(7606):1250-1251.

(1049)  Tanne JH. Merck appeals rofecoxib verdict. BMJ 2007; 334(7594):607.

(1050)  Krumholz HM, Ross JS, Presler AH, Egilman DS. What have we learnt from Vioxx? BMJ 2007; 334(7585):120-123.

(1051)  Ferreira-Gonzalez I, Busse JW, Heels-Ansdell D et al. Problems with use of composite end points in cardiovascular trials: systematic review of randomised controlled trials. BMJ 2007; 334(7597):786.

(1052)  Codella O. Piastrinopenia da rofecoxib: commento [Platelet disorder to rofecoxib: comment]. Boll Farmacosorveglianza 2001; 8(28):5-6.

(1053)  Pizzolli M, Dusi G. Piastrinopenia da rofecoxib [Platelet disorder to rofecoxib]. Boll Farmacosorveglianza 2001; 8(28):5.

(1054)  Pemberton MN. Rofecoxib and dental prescribing. Br Dent J 2004; 197(9):520.

(1055)  Kovesi T, Royston D. Is there a bleeding problem with platelet-active drugs? Br J Anaesth 2002; 88(2):159-163.

(1056)  Pickering AE, Bridge HS, Nolan J, Stoddart PA. Double-blind, placebo-controlled analgesic study of ibuprofen or rofecoxib in combination with paracetamol for tonsillectomy in children. Br J Anaesth 2002; 88(1):72-77.

(1057)  Price G. Metformin lactic acidosis, acute renal failure and rofecoxib. Br J Anaesth 2003; 91(6):909-910.

(1058)  Moppett IK, Davies JA, Mahajan RP. Non-selective and cyclo-oxygenase-2-specific non-steroidal anti-inflammatory drugs impair the hyperaemic response of skin to brief axillary artery occlusion. Br J Anaesth 2003; 91(3):353-356.

(1059)  Jackson ID, Heidemann BH, Wilson J, Power I, Brown RD. Double-blind, randomized, placebo-controlled trial comparing rofecoxib with dexketoprofen trometamol in surgical dentistry. Br J Anaesth 2004; 92(5):675-680.

(1060)  Hegi TR, Bombeli T, Seifert B et al. Effect of rofecoxib on platelet aggregation and blood loss in gynaecological and breast surgery compared with diclofenac. Br J Anaesth 2004; 92(4):523-531.

KS-000750

(1061) Gardner SH, Hawcroft G, Hull MA. Effect of nonsteroidal anti-inflammatory drugs on beta-catenin protein levels and catenin-related transcription in human colorectal cancer cells. Br J Cancer 2004; 91(1):153-163.

(1062) Naldi L, Conforti A, Venegoni M et al. Cutaneous reactions to drugs. An analysis of spontaneous reports in four Italian regions. Br J Clin Pharmacol 1999; 48(6):839-846.

(1063) Pirmohamed M, Park BK. Adverse drug reactions: back to the future. Br J Clin Pharmacol 2003; 55(5):486-492.

(1064) Slordal L, Samstad S, Bathen J, Spigset O. A life-threatening interaction between lithium and celecoxib. Br J Clin Pharmacol 2003; 55(4):413-414.

(1065) Teeling M, Bennett K, Feely J. Have COX-2 inhibitors influenced the co-prescription of anti-ulcer drugs with NSAIDs? Br J Clin Pharmacol 2004; 57(3):337-343.

(1066) De SM, Schoors DF, De MG et al. Effect of multiple doses of losartan on the pharmacokinetics of single doses of digoxin in healthy volunteers. Br J Clin Pharmacol 1995; 40(6):571-575.

(1067) Lundmark J, Gunnarsson T, Bengtsson F. A possible interaction between lithium and rofecoxib. Br J Clin Pharmacol 2002; 53(4):403-404.

(1068) Cutts C, LaCaze A, Tett S. A clinical audit of the prescribing of celecoxib and rofecoxib in Australian rural general practice. Br J Clin Pharmacol 2002; 54(5):522-527.

(1069) Schlienger RG, Jick H, Meier CR. Use of nonsteroidal anti-inflammatory drugs and the risk of first-time acute myocardial infarction. Br J Clin Pharmacol 2002; 54(3):327-332.

(1070) James MW, Hawkey CJ. Assessment of non-steroidal anti-inflammatory drug (NSAID) damage in the human gastrointestinal tract. Br J Clin Pharmacol 2003; 56(2):146-155.

(1071) Teeling M, Bennett K, Feely J. Have COX 2 inhibitors influenced the co-prescription of anti-ulcer drugs with NSAIDs? Br J Clin Pharmacol 2003; 55(4):419.

(1072) Layton D, Riley J, Wilton LV, Shakir SA. Safety profile of rofecoxib as used in general practice in England: results of a prescription-event monitoring study. Br J Clin Pharmacol 2003; 55(2):166-174.

(1073) Bennett K, Teeling M, Feely J. Factors influencing switching from non-selective to selective non-steroidal anti-inflammatory drugs (NSAIDs). Br J Clin Pharmacol 2003; 55(4):448.

(1074) Becker JC, Domschke W, Pohle T. Current approaches to prevent NSAID-induced gastropathy--COX selectivity and beyond. Br J Clin Pharmacol 2004; 58(6):587-600.

(1075) Titchen T, Cranswick N, Beggs S. Adverse drug reactions to nonsteroidal anti-inflammatory drugs, COX-2 inhibitors and paracetamol in a paediatric hospital. Br J Clin Pharmacol 2005; 59(6):718-723.

(1076) Backman JT, Karjalainen MJ, Neuvonen M, Laitila J, Neuvonen PJ. Rofecoxib is a potent inhibitor of cytochrome P450 1A2: studies with tizanidine and caffeine in healthy subjects. Br J Clin Pharmacol 2006; 62(3):345-357.

(1077) Aronson JK. The NSAID roller coaster: more about rofecoxib. Br J Clin Pharmacol 2006; 62(3):257-259.

(1078) Williams D, Singh M, Hind C. The effect of the withdrawal of rofecoxib on prescribing patterns of COX-2 inhibitors in Scotland. Br J Clin Pharmacol 2006; 62(3):366-368.

(1079) McGettigan P, Han P, Henry D. Cyclooxygenase-2 inhibitors and coronary occlusion--exploring dose-response relationships. Br J Clin Pharmacol 2006; 62(3):358-365.

(1080) Downing A, Jacobsen J, Sorensen HT, McLaughlin JK, Johnsen SP. Risk of hospitalization for angio-oedema among users of newer COX-2 selective inhibitors and other nonsteroidal anti-inflammatory drugs. Br J Clin Pharmacol 2006; 62(4):496-501.

(1081) Usher C, Bennett K, Teeling M, Feely J. Characterizing new users of NSAIDs before and after rofecoxib withdrawal. Br J Clin Pharmacol 2007; 63(4):494-497.

KS-000751

(1082)  Pollard T. Drug fiasco highlights need for more openness. Br J Community Nurs 2005; 10(1):5.

(1083)  Boehncke WH, Ludwig RJ, Zollner TM, Ochsendorf F, Kaufmann R, Gibbs BF. The selective cyclooxygenase-2 inhibitor rofecoxib may improve the treatment of chronic idiopathic urticaria. Br J Dermatol 2003; 148(3):604-606.

(1084)  Reichle A, Vogt T, Kunz-Schughart L et al. Anti-inflammatory and angiostatic therapy in chemorefractory multisystem Langerhans' cell histiocytosis of adults. Br J Haematol 2005; 128(5):730-732.

(1085)  Meechan J. COX-2 inhibitors and pain after oral surgery - pertinent papers 2002-2003. Br J Oral Maxillofac Surg 2006; 44(2):163-165.

(1086)  Ferreira SH, Moncada S, Vane JR. Prostaglandins and the mechanism of analgesia produced by aspirin-like drugs. Br J Pharmacol 1973; 49(1):86-97.

(1087)  Moncada S. Eighth Gaddum Memorial Lecture. University of London Institute of Education, December 1980. Biological importance of prostacyclin. Br J Pharmacol 1982; 76(1):3-31.

(1088)  Shimokawa H, Flavahan NA, Lorenz RR, Vanhoutte PM. Prostacyclin releases endothelium-derived relaxing factor and potentiates its action in coronary arteries of the pig. Br J Pharmacol 1988; 95(4):1197-1203.

(1089)  Akaraseereenont P, Mitchell JA, Appleton I, Thiemermann C, Vane JR. Involvement of tyrosine kinase in the induction of cyclo-oxygenase and nitric oxide synthase by endotoxin in cultured cells [ABSTRACT]. Br J Pharmacol 1994; 113(4):1522-1528.

(1090)  Akaraseereenont P, Bakhle YS, Thiemermann C, Vane JR. Cytokine-mediated induction of cyclo-oxygenase-2 by activation of tyrosine kinase in bovine endothelial cells stimulated by bacterial lipopolysaccharide [ABSTRACT]. Br J Pharmacol 1995; 115(3):401-408.

(1091)  Patrignani P, Santini G, Panara MR et al. Induction of prostaglandin endoperoxide synthase-2 in human monocytes associated with cyclo-oxygenase-dependent F2-isoprostane formation. Br J Pharmacol 1996; 118(5):1285-1293.

(1092)  Riendeau D, Percival MD, Boyce S et al. Biochemical and pharmacological profile of a tetrasubstituted furanone as a highly selective COX-2 inhibitor. Br J Pharmacol 1997; 121(1):105-117.

(1093)  Mitchell JA, Warner TD. Cyclo-oxygenase-2: pharmacology, physiology, biochemistry and relevance to NSAID therapy. Br J Pharmacol 1999; 128(6):1121-1132.

(1094)  Muscara MN, Vergnolle N, Lovren F et al. Selective cyclo-oxygenase-2 inhibition with celecoxib elevates blood pressure and promotes leukocyte adherence. Br J Pharmacol 2000; 129(7):1423-1430.

(1095)  Muscara MN, Lovren F, McKnight W et al. Vasorelaxant effects of a nitric oxide-releasing aspirin derivative in normotensive and hypertensive rats. Br J Pharmacol 2001; 133(8):1314-1322.

(1096)  Gretzer B, Maricic N, Respondek M, Schuligoi R, Peskar BM. Effects of specific inhibition of cyclo-oxygenase-1 and cyclo-oxygenase-2 in the rat stomach with normal mucosa and after acid challenge. Br J Pharmacol 2001; 132(7):1565-1573.

(1097)  Le FG, Sayah S, Latournerie V, Renaud JF, Finet M, Hanf R. Cyclo-oxygenase and lipoxygenase pathways in mast cell dependent-neurogenic inflammation induced by electrical stimulation of the rat saphenous nerve. Br J Pharmacol 2001; 132(7):1581-1589.

(1098)  Gray PA, Warner TD, Vojnovic I et al. Effects of non-steroidal anti-inflammatory drugs on cyclo-oxygenase and lipoxygenase activity in whole blood from aspirin-sensitive asthmatics vs healthy donors. Br J Pharmacol 2002; 137(7):1031-1038.

(1099)  Letts G. Cyclo-oxygenase-2 inhibition and exacerbation of myocardial dysfunction--protection with nitric oxide? Br J Pharmacol 2002; 135(6):1345-1346.

(1100)  Francischi JN, Chaves CT, Moura AC et al. Selective inhibitors of cyclo-oxygenase-2 (COX-2) induce hypoalgesia in a rat paw model of inflammation. Br J Pharmacol 2002; 137(6):837-844.

KS-000752

(1101)  Hochell K, Endermann D, Kammerl MC, Grobecker HF, Kurtz A. Cyclo-oxygenase-2 inhibition increases blood pressure in rats. Br J Pharmacol 2002; 136(8):1117-1126.

(1102)  Rossoni G, Muscara MN, Cirino G, Wallace JL. Inhibition of cyclo-oxygenase-2 exacerbates ischaemia-induced acute myocardial dysfunction in the rabbit. Br J Pharmacol 2002; 135(6):1540-1546.

(1103)  Fiorucci S, Distrutti E, Mencarelli A et al. Evidence that 5-lipoxygenase and acetylated cyclooxygenase 2-derived eicosanoids regulate leukocyte-endothelial adherence in response to aspirin. Br J Pharmacol 2003; 139(7):1351-1359.

(1104)  Schlemper V, Medeiros R, Ferreira J, Campos MM, Calixto JB. Mechanisms underlying the relaxation response induced by bradykinin in the epithelium-intact guinea-pig trachea in vitro. Br J Pharmacol 2005; 145(6):740-750.

(1105)  Patoia L, Santucci L, Furno P et al. A 4-week, double-blind, parallel-group study to compare the gastrointestinal effects of meloxicam 7.5 mg, meloxicam 15 mg, piroxicam 20 mg and placebo by means of faecal blood loss, endoscopy and symptom evaluation in healthy volunteers. Br J Rheumatol 1996; 35 Suppl 1:61-67.

(1106)  Distel M, Mueller C, Bluhmki E, Fries J. Safety of meloxicam: a global analysis of clinical trials. Br J Rheumatol 1996; 35 Suppl 1:68-77.

(1107)  Bevis PJ, Bird HA, Lapham G. An open study to assess the safety and tolerability of meloxicam 15 mg in subjects with rheumatic disease and mild renal impairment. Br J Rheumatol 1996; 35 Suppl 1:56-60.

(1108)  Wojtulewski JA, Schattenkirchner M, Barcelo P et al. A six-month double-blind trial to compare the efficacy and safety of meloxicam 7.5 mg daily and naproxen 750 mg daily in patients with rheumatoid arthritis. Br J Rheumatol 1996; 35 Suppl 1:22-28.

(1109)  Ghozlan PR, Bernhardt M, Velicitat P, Bluhmki E. Tolerability of multiple administration of intramuscular meloxicam: a comparison with intramuscular piroxicam in patients with rheumatoid arthritis or osteoarthritis. Br J Rheumatol 1996; 35 Suppl 1:51-55.

(1110)  Hosie J, Distel M, Bluhmki E. Meloxicam in osteoarthritis: a 6-month, double-blind comparison with diclofenac sodium. Br J Rheumatol 1996; 35 Suppl 1:39-43.

(1111)  Huskisson EC, Ghozlan R, Kurthen R, Degner FL, Bluhmki E. A long-term study to evaluate the safety and efficacy of meloxicam therapy in patients with rheumatoid arthritis. Br J Rheumatol 1996; 35 Suppl 1:29-34.

(1112)  Linden B, Distel M, Bluhmki E. A double-blind study to compare the efficacy and safety of meloxicam 15 mg with piroxicam 20 mg in patients with osteoarthritis of the hip. Br J Rheumatol 1996; 35 Suppl 1:35-38.

(1113)  Hawkey C, Kahan A, Steinbruck K et al. Gastrointestinal tolerability of meloxicam compared to diclofenac in osteoarthritis patients. International MELISSA Study Group. Meloxicam Large-scale International Study Safety Assessment. Br J Rheumatol 1998; 37(9):937-945.

(1114)  Cahill RA, Sheehan KM, Scanlon RW, Murray FE, Kay EW, Redmond HP. Effects of a selective cyclo-oxygenase 2 inhibitor on colonic anastomotic and skin wound integrity. Br J Surg 2004; 91(12):1613-1618.

(1115)  Bunting S, Moncada S, Vane JR. The prostacyclin--thromboxane A2 balance: pathophysiological and therapeutic implications. Br Med Bull 1983; 39(3):271-276.

(1116)  Peto R, Gray R, Collins R et al. Randomised trial of prophylactic daily aspirin in British male doctors. Br Med J (Clin Res Ed) 1988; 296(6618):313-316.

(1117)  del ZG, Ginis I, Hallenbeck JM, Iadecola C, Wang X, Feuerstein GZ. Inflammation and stroke: putative role for cytokines, adhesion molecules and iNOS in brain response to ischemia. Brain Pathol 2000; 10(1):95-112.

(1118)  Breder CD, Saper CB. Expression of inducible cyclooxygenase mRNA in the mouse brain after systemic administration of bacterial lipopolysaccharide. Brain Res 1996; 713(1-2):64-69.

(1119)  Yasojima K, Schwab C, McGeer EG, McGeer PL. Distribution of cyclooxygenase-1 and cyclooxygenase-2 mRNAs and proteins in human brain and peripheral organs. Brain Res 1999; 830(2):226-236.

**KS-000753**

(1120)  Przybyłkowski A, Kurkowska-Jastrzebska I, Joniec I, Ciesielska A, Członkowska A, Członkowski A. Cyclooxygenases mRNA and protein expression in striata in the experimental mouse model of Parkinson's disease induced by 1-methyl-4-phenyl-1,2,3,6-tetrahydropyridine administration to mouse. Brain Res 2004; 1019(1-2):144-151.

(1121)  Kunz T, Marklund N, Hillered L, Oliw EH. Assessment of the effects of the cyclooxygenase-2 inhibitor rofecoxib on visuospatial learning and hippocampal cell death following kainate-induced seizures in the rat. Brain Res Cogn Brain Res 2005; 25(3):826-832.

(1122)  Hosaka EM, Santos OF, Seguro AC, Vattimo MF. Effect of cyclooxygenase inhibitors on gentamicin-induced nephrotoxicity in rats. Braz J Med Biol Res 2004; 37(7):979-985.

(1123)  Leite AZ, Sipahi AM, Damiao AO et al. Effect of a selective nonsteroidal anti-inflammatory inhibitor of cyclooxygenase-2 on the small bowel of rats. Braz J Med Biol Res 2004; 37(3):333-336.

(1124)  Gupta S, Crofford LJ. An update on specific COX-2 inhibitors: the COXIBs. Bull Rheum Dis 2001; 50(1):1-4.

(1125)  Stienburg KL. Rofecoxib (VIOXX): a year in review. Can ADR Newsletter 2001; 11(2):4-7.

(1126)  Vu D, Murty M, McMorran M. Selective COX-2 inhibitors: suspected cardiovascular/cerebrovascular adverse reactions. Can Adv Reaction Newsletter 2002; 12(2):1-4.

(1127)  Maetzel A, Krahn M, Naglie G. The cost-effectiveness of celecoxib and rofecoxib in patients with osteoarthritis or rheumatoid arthritis. Can Coord Office Health Technol Assessment 2002;(23):i, 1-vii, 39.

(1128)  Bassett K, Wright JM, Puil L, Perry TL, Jr., Heran B, Cole B. Cyclooxygenase-2 inhibitor update. Can Fam Physician 2002; 48:1455-1460.

(1129)  Rofecoxib (Vioxx) withdrawal: do product monographs adequately inform physicians? Can Fam Physician 2005; 51:212-213.

(1130)  Silverman DG, Halaszynski T, Sinatra R, Luther M, Rinder CS. Rofecoxib does not compromise platelet aggregation during anesthesia and surgery. Can J Anaesth 2003; 50(10):1004-1008.

(1131)  Reuben SS, Ablett D, Kaye R. High dose nonsteroidal anti-inflammatory drugs compromise spinal fusion. Can J Anaesth 2005; 52(5):506-512.

(1132)  LeLorier J, Bombardier C, Burgess E et al. Practical considerations for the use of nonsteroidal anti-inflammatory drugs and cyclo-oxygenase-2 inhibitors in hypertension and kidney disease. Can J Cardiol 2002; 18(12):1301-1308.

(1133)  Wallace JL. NSAID gastroenteropathy: past, present and future. Can J Gastroenterol 1996; 10(7):451-459.

(1134)  Arber N. Do NSAIDs prevent colorectal cancer? Can J Gastroenterol 2000; 14(4):299-307.

(1135)  Jolicoeur E, Rostom A. Systematic review of upper gastrointestinal toxicity of COX-2 inhibitors. Can J Gastroenterol 2002; 16(A Suppl.):95A.

(1136)  Hunt RH, Barkun AN, Baron D et al. Recommendations for the appropriate use of anti-inflammatory drugs in the era of the coxibs: defining the role of gastroprotective agents. Can J Gastroenterol 2002; 16(4):231-240.

(1137)  Hunt RH. Motion--Cyclo-oxygenase-2 selective nonsteroidal anti-inflammatory drugs are as safe as placebo for the stomach: arguments for the motion. Can J Gastroenterol 2003; 17(5):339-341.

(1138)  Maetzel A. Motion--Cyclo-oxygenase-2 selective nonsteroidal anti-inflammatory drugs are as safe as placebo for the stomach: arguments against the motion. Can J Gastroenterol 2003; 17(5):335-338.

(1139)  Huang PT, Bhamra J, Huang JT. Wegener's granulomatosis: a diagnostic dilemma. case presentation. Can J Ophthalmol 2003; 38(1):63-66.

(1140)  Gupta YK, Chaudhary G, Sinha K. Enhanced protection by melatonin and meloxicam combination in a middle cerebral artery occlusion model of acute ischemic stroke in rat. Can J Physiol Pharmacol 2002; 80(3):210-217.

KS-000754

(1141)   Harirforoosh S, Jamali F. Effect of nonsteroidal anti-inflammatory drugs with varying extent of COX-2:COX-1 selectivity on urinary sodium and potassium excretion in the rat. Can J Physiol Pharmacol 2005; 83(1):85-90.

(1142)   Loram LC, Mitchell D, Fuller A. Rofecoxib and tramadol do not attenuate delayed-onset muscle soreness or ischaemic pain in human volunteers. Can J Physiol Pharmacol 2005; 83(12):1137-1145.

(1143)   Hawk E, Lubet R, Limburg P. Chemoprevention in hereditary colorectal cancer syndromes. Cancer 1999; 86(8 Suppl.):1731-1743.

(1144)   Hawk E, Lubet R, Limburg P. Chemoprevention in hereditary colorectal cancer syndromes. Cancer 1999; 86(11 Suppl):2551-2563.

(1145)   Kokawa A, Kondo H, Gotoda T et al. Increased expression of cyclooxygenase-2 in human pancreatic neoplasms and potential for chemoprevention by cyclooxygenase inhibitors. Cancer 2001; 91(2):333-338.

(1146)   Shaheen NJ, Straus WL, Sandler RS. Chemoprevention of gastrointestinal malignancies with nonsteroidal antiinflammatory drugs. Cancer 2002; 94(4):950-963.

(1147)   Vogt T, Hafner C, Bross K et al. Antiangiogenetic therapy with pioglitazone, rofecoxib, and metronomic trofosfamide in patients with advanced malignant vascular tumors. Cancer 2003; 98(10):2251-2256.

(1148)   Reichle A, Bross K, Vogt T et al. Pioglitazone and rofecoxib combined with angiostatically scheduled trofosfamide in the treatment of far-advanced melanoma and soft tissue sarcoma. Cancer 2004; 101(10):2247-2256.

(1149)   Dannenberg AJ, Subbaramaiah K. Targeting cyclooxygenase-2 in human neoplasia: rationale and promise. Cancer Cell 2003; 4(6):431-436.

(1150)   Spieth K, Kaufmann R, Gille J. Metronomic oral low-dose treosulfan chemotherapy combined with cyclooxygenase-2 inhibitor in pretreated advanced melanoma: a pilot study. Cancer Chemother Pharmacol 2003; 52(5):377-382.

(1151)   Cata JP, Weng HR, Dougherty PM. Cyclooxygenase inhibitors and thalidomide ameliorate vincristine-induced hyperalgesia in rats. Cancer Chemother Pharmacol 2004; 54(5):391-397.

(1152)   Vainio H, Morgan G, Kleihues P. An international evaluation of the cancer-preventive potential of nonsteroidal anti-inflammatory drugs. Cancer Epidemiol Biomarkers Prev 1997; 6(9):749-753.

(1153)   Alberts DS, Potter JD, Martinez ME, Hess LM, Stopeck A, Lance P. What happened to the coxibs on the way to the cardiologist? Cancer Epidemiol Biomarkers Prev 2005; 14(3):555-556.

(1154)   Murphy VJ, Yang Z, Rorison KA, Baldwin GS. Cyclooxygenase-2-selective antagonists do not inhibit growth of colorectal carcinoma cell lines. Cancer Lett 1998; 122(1-2):25-30.

(1155)   Patti R, Gumired K, Reddanna P, Sutton LN, Phillips PC, Reddy CD. Overexpression of cyclooxygenase-2 (COX-2) in human primitive neuroectodermal tumors: effect of celecoxib and rofecoxib. Cancer Lett 2002; 180(1):13-21.

(1156)   Kubatka P, Ahlers I, Ahlersova E et al. Chemoprevention of mammary carcinogenesis in female rats by rofecoxib. Cancer Lett 2003; 202(2):131-136.

(1157)   Kargman SL, O'Neill GP, Vickers PJ, Evans JF, Mancini JA, Jothy S. Expression of prostaglandin G/H synthase-1 and -2 protein in human colon cancer. Cancer Res 1995; 55(12):2556-2559.

(1158)   Sano H, Kawahito Y, Wilder RL et al. Expression of cyclooxygenase-1 and -2 in human colorectal cancer. Cancer Res 1995; 55(17):3785-3789.

(1159)   Kawamori T, Rao CV, Seibert K, Reddy BS. Chemopreventive activity of celecoxib, a specific cyclooxygenase-2 inhibitor, against colon carcinogenesis. Cancer Res 1998; 58(3):409-412.

(1160)   Daniel TO, Liu H, Morrow JD, Crews BC, Marnett LJ. Thromboxane A2 is a mediator of cyclooxygenase-2-dependent endothelial migration and angiogenesis. Cancer Res 1999; 59(18):4574-4577.

(1161)   Oshima M, Murai N, Kargman S et al. Chemoprevention of intestinal polyposis in the Apcdelta716 mouse by rofecoxib, a specific cyclooxygenase-2 inhibitor. Cancer Res 2001; 61(4):1733-1740.

KS-000755

(1162)  Half E, Tang XM, Gwyn K, Sahin A, Wathen K, Sinicrope FA. Cyclooxygenase-2 expression in human breast cancers and adjacent ductal carcinoma in situ. Cancer Res 2002; 62(6):1676-1681.

(1163)  Leahy KM, Ornberg RL, Wang Y, Zweifel BS, Koki AT, Masferrer JL. Cyclooxygenase-2 inhibition by celecoxib reduces proliferation and induces apoptosis in angiogenic endothelial cells in vivo. Cancer Res 2002; 62(3):625-631.

(1164)  Waskewich C, Blumenthal RD, Li H, Stein R, Goldenberg DM, Burton J. Celecoxib exhibits the greatest potency amongst cyclooxygenase (COX) inhibitors for growth inhibition of COX-2-negative hematopoietic and epithelial cell lines. Cancer Res 2002; 62(7):2029-2033.

(1165)  Yao M, Kargman S, Lam EC et al. Inhibition of cyclooxygenase-2 by rofecoxib attenuates the growth and metastatic potential of colorectal carcinoma in mice. Cancer Res 2003; 63(3):586-592.

(1166)  DeLong P, Tanaka T, Kruklitis R et al. Use of cyclooxygenase-2 inhibition to enhance the efficacy of immunotherapy. Cancer Res 2003; 63(22):7845-7852.

(1167)  Cutler NS, Graves-Deal R, LaFleur BJ et al. Stromal production of prostacyclin confers an antiapoptotic effect to colonic epithelial cells. Cancer Res 2003; 63(8):1748-1751.

(1168)  Ito H, Duxbury M, Benoit E et al. Prostaglandin E2 enhances pancreatic cancer invasiveness through an Ets-1-dependent induction of matrix metalloproteinase-2. Cancer Res 2004; 64(20):7439-7446.

(1169)  von Rahden BH, Stein HJ, Puhringer F et al. Coexpression of cyclooxygenases (COX-1, COX-2) and vascular endothelial growth factors (VEGF-A, VEGF-C) in esophageal adenocarcinoma. Cancer Res 2005; 65(12):5038-5044.

(1170)  Prasad K. C-reactive protein (CRP)-lowering agents. Cardiovasc Drug Rev 2006; 24(1):33-50.

(1171)  Andersohn F. Cerebrovascular events after discontinuation of rofecoxib treatment. Cardiovasc Drugs Ther 2007; 21(2):77-79.

(1172)  Afilalo J, Coussa-Charley MJ, Eisenberg MJ. Long-term Risk of Ischemic Stroke Associated with Rofecoxib. Cardiovasc Drugs Ther 2007; 21(2):117-120.

(1173)  Sanghi S, MacLaughlin EJ, Jewell CW et al. Cyclooxygenase-2 inhibitors: a painful lesson. Cardiovasc Hematol Disord Drug Targets 2006; 6(2):85-100.

(1174)  Ghosh S, Standen NB, Galinanes M. Preconditioning the human myocardium by simulated ischemia: studies on the early and delayed protection. Cardiovasc Res 2000; 45(2):339-350.

(1175)  Hoshida S, Yamashita N, Otsu K, Hori M. The importance of manganese superoxide dismutase in delayed preconditioning: involvement of reactive oxygen species and cytokines. Cardiovasc Res 2002; 55(3):495-505.

(1176)  Zhao ZQ, Vinten-Johansen J. Myocardial apoptosis and ischemic preconditioning. Cardiovasc Res 2002; 55(3):438-455.

(1177)  Bea F, Blessing E, Bennett BJ et al. Chronic inhibition of cyclooxygenase-2 does not alter plaque composition in a mouse model of advanced unstable atherosclerosis. Cardiovasc Res 2003; 60(1):198-204.

(1178)  Hernanz R, Alonso MJ, Zibrandtsen H, Alvarez Y, Salaices M, Simonsen U. Measurements of nitric oxide concentration and hyporeactivity in rat superior mesenteric artery exposed to endotoxin. Cardiovasc Res 2004; 62(1):202-211.

(1179)  Numaguchi Y, Okumura K, Harada M et al. Catheter-based prostacyclin synthase gene transfer prevents in-stent restenosis in rabbit atheromatous arteries. Cardiovasc Res 2004; 61(1):177-185.

(1180)  Klein T, Eltze M, Grebe T, Hatzelmann A, Komhoff M. Celecoxib dilates guinea-pig coronaries and rat aortic rings and amplifies NO/cGMP signaling by PDE5 inhibition. Cardiovasc Res 2007; 75(2):390-397.

(1181)  Lincoff AM. Anticoagulant and antiplatelet drugs. Catheter Cardiovasc Interv 2001; 54(4):514-520.

(1182)  Baenziger NL, Becherer PR, Majerus PW. Characterization of prostacyclin synthesis in cultured human arterial smooth muscle cells, venous endothelial cells and skin fibroblasts. Cell 1979; 16(4):967-974.

KS-000756

(1183)   Langenbach R, Morham SG, Tiano HF et al. Prostaglandin synthase 1 gene disruption in mice reduces arachidonic acid-induced inflammation and indomethacin-induced gastric ulceration. Cell 1995; 83(3):483-492.

(1184)   Tsujii M, DuBois RN. Alterations in cellular adhesion and apoptosis in epithelial cells overexpressing prostaglandin endoperoxide synthase 2. Cell 1995; 83(3):493-501.

(1185)   Oshima M, Dinchuk JE, Kargman SL et al. Suppression of intestinal polyposis in Apc delta716 knockout mice by inhibition of cyclooxygenase 2 (COX-2). Cell 1996; 87(5):803-809.

(1186)   Zhang Z, Carmichael GG. The fate of dsRNA in the nucleus: a p54(nrb)-containing complex mediates the nuclear retention of promiscuously A-to-I edited RNAs. Cell 2001; 106(4):465-475.

(1187)   Kotob F, de Leon-Casasola OA, Lema MJ. NSAIDs and cardiovascular risk. Cell Metab 2005; 2(6):339.

(1188)   Francois H, Athirakul K, Howell D et al. Prostacyclin protects against elevated blood pressure and cardiac fibrosis. Cell Metab 2005; 2(3):201-207.

(1189)   Breyer MD. Getting to the heart of COX-2 inhibition. Cell Metab 2005; 2(3):149-150.

(1190)   Peres MF, Zukerman E. Hemicrania continua responsive to rofecoxib. Cephalalgia 2000; 20(2):130-131.

(1191)   Krymchantowski AV, Barbosa JS. Rizatriptan vs rizatriptan combined with rofecoxib for the acute treatment of migraine. Cephalalgia 2001; 21(4):425-426.

(1192)   Freitag FG, Diamond S, Diamond ML, Urban G. Preventative treatment of migraine headache with rofecoxib and montelukast. Cephalalgia 2001; 21(4):375-376.

(1193)   Pareja JA, Antonaci F, Vincent M. The hemicrania continua diagnosis. Cephalalgia 2001; 21(10):940-946.

(1194)   Dodick D. Hemicrania continua: diagnostic criteria and nosologic status. Cephalalgia 2001; 21(9):869-872.

(1195)   Gobel H, Heinze A, Heinze-Kuhn K, Zumbroich V. Sumatriptan plus rofecoxib: reduction of headache recurrence in acute migraine. Cephalalgia 2001; 21(4):416-417.

(1196)   Krymchantowski AV, Barbosa JS. Dexamethasone decreases migraine recurrence after treatment with a triptan combined with a non-steroidal anti-inflammatory drug. Cephalalgia 2001; 21(4):434-435.

(1197)   10th Congress of the International Headache Society. June 29-July 2, 2001. New York City, New York, USA. Abstracts. Cephalalgia 2001; 21(4):241-548.

(1198)   Centonze V, D'Amico D, Usai S, Causarano V, Bassi A, Bussone G. First Italian case of hypnic headache, with literature review and discussion of nosology. Cephalalgia 2001; 21(1):71-74.

(1199)   Mathew NT, Kailasam J, Fischer A. Early intervention using rofecoxib alone, rizatriptan alone and combination of rizatriptan and rofecoxib in acute migraine. Cephalalgia 2001; 21(4):425.

(1200)   Garner RL, Carmen-Wilson M, Di Carlo V, Flaugher M. Rofecoxib for migraine prophylaxis. Cephalalgia 2001; 21(4):376.

(1201)   Krymchantowski AV, Barbosa JS. Rizatriptan combined with rofecoxib vs. rizatriptan for the acute treatment of migraine: an open label pilot study. Cephalalgia 2002; 22(4):309-312.

(1202)   Misra UK, Kalita J, Jose M. Rofecoxib vs ibuprofen for acute treatment of migraine: a randomized placebo control trial. Cephalalgia 2002; 22(1 Suppl.):7.

(1203)   Pinto CA, Fragoso YD, Souza CD, Gabbai AA. Hypnic headache syndrome: clinical aspects of eight patients in Brazil. Cephalalgia 2002; 22(10):824-827.

(1204)   Rozen TD. Atypical presentations of cluster headache. Cephalalgia 2002; 22(9):725-729.

(1205)   Lisotto C, Maggioni F, Mainardi F, Zanchin G. Chronic paroxysmal hemicrania responsive to rofecoxib. Cephalalgia 2002; 22(1 Suppl.):1.

KS-000757

(1206)   Boes CJ, Matharu MS, Goadsby PJ. The paroxysmal hemicrania-tic syndrome. Cephalalgia 2003; 23(1):24-28.

(1207)   Warner JS. Frequent migraine and migraine status without tension-type headaches: an unusual presentation of rebound headaches. Cephalalgia 2003; 23(4):309-313.

(1208)   Kowacs PA, Piovesan EJ, Christiano Lang M, Werneck LC, Rezende Young M. SUNCT syndrome responsive to gabapentin. Cephalalgia 2003; 23(7):736.

(1209)   Granella F, Allais G, Benedetto C. Cyclo-oxygenase-2 inhibitors as short-term prophylaxis of menstrually related migraine.  A pilot study. Cephalalgia 2003; 23(7):731-A pilot study was performed to evaluate the short-term prophylactic effects of COX-2 inhibitors (rofecoxib and celecoxib) in 20 women with menstrually-related migraine (defined as attacks beginning from -2 to +3 days after the onset of menses). After a 2-mo run-in period, 12 patients received celecoxib 200 mg/day and 8 patients received rofecoxib 25 mg/day during 2-6 mo of menstrual cycles.  COX-2 inhibitor treatment was started 2 days prior to the expected onset of menstrually-related migraine and continued for 7-10 days.  After treatment with COX-2 inhibitors, there were decreases in the number of days with menstrually-related migraine (from 4.0 to 1.8 days), number of menstrually-related migraine attacks (from 2.1 to 1.2 attacks), and number of escape medications (5.3 to 2.0 medications; all $P<0.0001$).  Adverse events (mostly GI symptoms) occurred in 8 patients, but only 2 of these patients dropped out of the study due to adverse events.  The authors conclude that COX-2 inhibitors are useful as short-term prophylaxis in women with menstrually-related migraines.

(1210)   Donnet A, Lucas C, Massardier E, Boulliat J. Hemicrania with response to indomethacin and prevalent autonomic symptoms: four cases. Cephalalgia 2003; 23(2):157-160.

(1211)   Lisotto C, Maggioni F, Mainardi F, Zanchin G. Rofecoxib for the treatment of chronic paroxysmal hemicrania. Cephalalgia 2003; 23(4):318-320.

(1212)   Siow HC. Seasonal episodic paroxysmal hemicrania responding to cyclooxygenase-2 inhibitors. Cephalalgia 2004; 24(5):414-415.

(1213)   Del GE, Boschi D, Lazzarato L et al. The furoxan system: design of selective nitric oxide (NO) donor inhibitors of COX-2 endowed with anti-aggregatory and vasodilating activities. Chem Biodivers 2005; 2(7):886-900.

(1214)   Davi G, Falco A, Patrono C. Determinants of F2-isoprostane biosynthesis and inhibition in man. Chem Phys Lipids 2004; 128(1-2):149-163.

(1215)   Garg R, Kurup A, Mekapati SB, Hansch C. Cyclooxygenase (COX) inhibitors: a comparative QSAR study. Chem Rev 2003; 103(3):703-732.

(1216)   Hirsh J, Dalen JE, Fuster V, Harker LB, Patrono C, Roth G. Aspirin and other platelet-active drugs. The relationship among dose, effectiveness, and side effects. Chest 1995; 108(4 Suppl):247S-257S.

(1217)   Patrono C, Coller B, Dalen JE et al. Platelet-active drugs: the relationships among dose, effectiveness, and side effects. Chest 1998; 114(5 Suppl):470S-488S.

(1218)   Patrono C, Coller B, Dalen JE et al. Platelet-active drugs: the relationships among dose, effectiveness, and side effects. Chest 2001; 119(1 Suppl):39S-63S.

(1219)   Martin-Garcia C, Hinojosa M, Berges P et al. Safety of a cyclooxygenase-2 inhibitor in patients with aspirin-sensitive asthma. Chest 2002; 121(6):1812-1817.

(1220)   Inoue K, Takano H, Kawahito Y, Sano H, Yoshikawa T. Cyclooxygenase-2 inhibitors in aspirin-induced asthma. Chest 2003; 123(4):1317-1318.

(1221)   Passero M, Chowdhry S. Cyclooxygenase-2 inhibitors in aspirin-sensitive asthma. Chest 2003; 123(6):2155-2156.

(1222)   Hinojosa M, Martin-Garcia C. Cyclooxygenase-2 inhibitors in aspirin-sensitive asthma: reply. Chest 2003; 123(6):2156.

(1223)   Patrono C, Coller B, FitzGerald GA, Hirsh J, Roth G. Platelet-active drugs: the relationships among dose, effectiveness, and side effects: the Seventh ACCP Conference on Antithrombotic and Thrombolytic Therapy. Chest 2004; 126(3 Suppl):234S-264S.

**KS-000758**

(1224)  Monakier D, Mates M, Klutstein MW et al. Rofecoxib, a COX-2 inhibitor, lowers C-reactive protein and interleukin-6 levels in patients with acute coronary syndromes. Chest 2004; 125(5):1610-1615.

(1225)  Hilmi I, Goh KL. Chemoprevention of colorectal cancer with nonsteroidal anti-inflammatory drugs. Chin J Dig Dis 2006; 7(1):1-6.

(1226)  Fei SJ, Xiao SD, Peng YS, Chen XY, Shi Y. Chemopreventive effects of rofecoxib and folic acid on gastric carcinogenesis induced by N-methyl-N'-nitro-N-nitrosoguanidine in rats. Chin J Dig Dis 2006; 7(3):134-140.

(1227)  Takami T, Momma K, Imamura S. Increased constriction of the ductus arteriosus by dexamethasone, indomethacin, and rofecoxib in fetal rats. Circ J 2005; 69(3):354-358.

(1228)  Watanabe H, Katoh T, Eiro M et al. Effects of salt loading on blood pressure in mice lacking the prostanoid receptor gene. Circ J 2005; 69(1):124-126.

(1229)  Camacho M, Lopez-Belmonte J, Vila L. Rate of vasoconstrictor prostanoids released by endothelial cells depends on cyclooxygenase-2 expression and prostaglandin I synthase activity. Circ Res 1998; 83(4):353-365.

(1230)  Speir E, Yu ZX, Ferrans VJ, Huang ES, Epstein SE. Aspirin attenuates cytomegalovirus infectivity and gene expression mediated by cyclooxygenase-2 in coronary artery smooth muscle cells. Circ Res 1998; 83(2):210-216.

(1231)  Bolli R. The late phase of preconditioning. Circ Res 2000; 87(11):972-983.

(1232)  Soler M, Camacho M, Escudero JR, Iniguez MA, Vila L. Human vascular smooth muscle cells but not endothelial cells express prostaglandin E synthase. Circ Res 2000; 87(6):504-507.

(1233)  Niwa K, Haensel C, Ross ME, Iadecola C. Cyclooxygenase-1 participates in selected vasodilator responses of the cerebral circulation. Circ Res 2001; 88(6):600-608.

(1234)  McNamara P, FitzGerald GA. Smoking-induced vascular disease: a new twist on an old theme. Circ Res 2001; 89(7):563-565.

(1235)  Davidge ST. Prostaglandin H synthase and vascular function. Circ Res 2001; 89(8):650-660.

(1236)  Shinmura K, Xuan YT, Tang XL et al. Inducible nitric oxide synthase modulates cyclooxygenase-2 activity in the heart of conscious rabbits during the late phase of ischemic preconditioning. Circ Res 2002; 90(5):602-608.

(1237)  Zhang Z, Vezza R, Plappert T et al. COX-2-dependent cardiac failure in Gh/tTG transgenic mice. Circ Res 2003; 92(10):1153-1161.

(1238)  Li Q, Guo Y, Xuan YT et al. Gene therapy with inducible nitric oxide synthase protects against myocardial infarction via a cyclooxygenase-2-dependent mechanism. Circ Res 2003; 92(7):741-748.

(1239)  Iismaa SE, Graham RM. Dissecting cardiac hypertrophy and signaling pathways: evidence for an interaction between multifunctional g proteins and prostanoids. Circ Res 2003; 92(10):1059-1061.

(1240)  Veillard NR, Kwak B, Pelli G et al. Antagonism of RANTES receptors reduces atherosclerotic plaque formation in mice. Circ Res 2004; 94(2):253-261.

(1241)  Rabausch K, Bretschneider E, Sarbia M et al. Regulation of thrombomodulin expression in human vascular smooth muscle cells by COX-2-derived prostaglandins. Circ Res 2005; 96(1):e1-e6.

(1242)  Rudic RD, Brinster D, Cheng Y et al. COX-2-derived prostacyclin modulates vascular remodeling. Circ Res 2005; 96(12):1240-1247.

(1243)  Jugdutt BI, Hutchins GM, Bulkley BH, Pitt B, Becker LC. Effect of indomethacin on collateral blood flow and infarct size in the conscious dog. Circulation 1979; 59(4):734-743.

(1244)  Roy L, Knapp HR, Robertson RM, FitzGerald GA. Endogenous biosynthesis of prostacyclin during cardiac catheterization and angiography in man. Circulation 1985; 71(3):434-440.

KS-000759

(1245)  Patrono C, Ciabattoni G, Patrignani P et al. Clinical pharmacology of platelet cyclooxygenase inhibition. Circulation 1985; 72(6):1177-1184.

(1246)  Hennekens CH, Buring JE, Sandercock P, Collins R, Peto R. Aspirin and other antiplatelet agents in the secondary and primary prevention of cardiovascular disease. Circulation 1989; 80(4):749-756.

(1247)  Fornaro G, Rossi P, Mantica PG et al. Indobufen in the prevention of thromboembolic complications in patients with heart disease. A randomized, placebo-controlled, double-blind study. Circulation 1993; 87(1):162-164.

(1248)  Kawachi I, Sparrow D, Vokonas PS, Weiss ST. Symptoms of anxiety and risk of coronary heart disease. The Normative Aging Study. Circulation 1994; 90(5):2225-2229.

(1249)  Davi G, Gresele P, Violi F et al. Diabetes mellitus, hypercholesterolemia, and hypertension but not vascular disease per se are associated with persistent platelet activation in vivo. Evidence derived from the study of peripheral arterial disease. Circulation 1997; 96(1):69-75.

(1250)  Baughman RA, Kapoor SC, Agarwal RK, Kisicki J, Catella-Lawson F, FitzGerald GA. Oral delivery of anticoagulant doses of heparin. A randomized, double-blind, controlled study in humans. Circulation 1998; 98(16):1610-1615.

(1251)  Wong SC, Fukuchi M, Melnyk P, Rodger I, Giaid A. Induction of cyclooxygenase-2 and activation of nuclear factor-kappaB in myocardium of patients with congestive heart failure. Circulation 1998; 98(2):100-103.

(1252)  Wilson PW, D'Agostino RB, Levy D, Belanger AM, Silbershatz H, Kannel WB. Prediction of coronary heart disease using risk factor categories. Circulation 1998; 97(18):1837-1847.

(1253)  Wu KK. Cyclooxygenase-2 induction in congestive heart failure: friend or foe? Circulation 1998; 98(2):95-96.

(1254)  Grundy SM, Balady GJ, Criqui MH et al. Primary prevention of coronary heart disease: guidance from Framingham: a statement for healthcare professionals from the AHA Task Force on Risk Reduction. American Heart Association. Circulation 1998; 97(18):1876-1887.

(1255)  Husain S, Andrews NP, Mulcahy D, Panza JA, Quyyumi AA. Aspirin improves endothelial dysfunction in atherosclerosis. Circulation 1998; 97(8):716-720.

(1256)  Freedman JE, Ting B, Hankin B, Loscalzo J, Keaney JF, Jr., Vita JA. Impaired platelet production of nitric oxide predicts presence of acute coronary syndromes. Circulation 1998; 98(15):1481-1486.

(1257)  Moulton KS, Heller E, Konerding MA, Flynn E, Palinski W, Folkman J. Angiogenesis inhibitors endostatin or TNP-470 reduce intimal neovascularization and plaque growth in apolipoprotein E-deficient mice. Circulation 1999; 99(13):1726-1732.

(1258)  72nd Scientific Sessions of the American Heart Association. Atlanta, Georgia, USA. November 7-10, 1999. [ABSTRACTS]. Circulation 1999; 100(18 Suppl):IA-928.

(1259)  Cipollone F, Ciabattoni G, Patrignani P et al. Oxidant stress and aspirin-insensitive thromboxane biosynthesis in severe unstable angina. Circulation 2000; 102(9):1007-1013.

(1260)  Audoly LP, Rocca B, Fabre JE et al. Cardiovascular responses to the isoprostanes iPF(2alpha)-III and iPE(2)-III are mediated via the thromboxane A(2) receptor in vivo. Circulation 2000; 101(24):2833-2840.

(1261)  Belton O, Byrne D, Kearney D, Leahy A, Fitzgerald DJ. Cyclooxygenase-1 and -2-dependent prostacyclin formation in patients with atherosclerosis. Circulation 2000; 102(8):840-845.

(1262)  Awtry EH, Loscalzo J. Aspirin. Circulation 2000; 101(10):1206-1218.

(1263)  Cannon CP, McCabe CH, Wilcox RG et al. Oral glycoprotein IIb/IIIa inhibition with orbofiban in patients with unstable coronary syndromes (OPUS-TIMI 16) trial. Circulation 2000; 102(2):149-156.

(1264)  Cyrus T, Tang LX, Rokach J, FitzGerald GA, Pratico D. Lipid peroxidation and platelet activation in murine atherosclerosis. Circulation 2001; 104(16):1940-1945.

KS-000760

(1265) Kloner RA, Jennings RB. Consequences of brief ischemia: stunning, preconditioning, and their clinical implications: part 1. Circulation 2001; 104(24):2981-2989.

(1266) Verma S, Raj SR, Shewchuk L, Anderson TJ. Specific COX-2 blockade does not impair endothelial function in humans: randomized evaluation of rofecoxib (VIOXX) versus naproxen (NAPROSYN) on endothelium dependent vasodilation (The COXE Study). Circulation 2001; 104(17 Suppl.):II240.

(1267) Verma S, Raj SR, Shewchuk L, Mather KJ, Anderson TJ. Cyclooxygenase-2 blockade does not impair endothelial vasodilator function in healthy volunteers: randomized evaluation of rofecoxib versus naproxen on endothelium-dependent vasodilatation. Circulation 2001; 104(24):2879-2882.

(1268) Camitta MG, Gabel SA, Chulada P et al. Cyclooxygenase-1 and -2 knockout mice demonstrate increased cardiac ischemia/reperfusion injury but are protected by acute preconditioning. Circulation 2001; 104(20):2453-2458.

(1269) Tuzcu EM, Kapadia SR, Tutar E et al. High prevalence of coronary atherosclerosis in asymptomatic teenagers and young adults: evidence from intravascular ultrasound. Circulation 2001; 103(22):2705-2710.

(1270) Michelson AD, Barnard MR, Krueger LA, Valeri CR, Furman MI. Circulating monocyte-platelet aggregates are a more sensitive marker of in vivo platelet activation than platelet surface P-selectin: studies in baboons, human coronary intervention, and human acute myocardial infarction. Circulation 2001; 104(13):1533-1537.

(1271) Konstam MA, Weir MR, Reicin A et al. Cardiovascular thrombotic events in controlled, clinical trials of rofecoxib. Circulation 2001; 104(19):2280-2288.

(1272) Cipollone F, Prontera C, Pini B et al. Overexpression of functionally coupled cyclooxygenase-2 and prostaglandin E synthase in symptomatic atherosclerotic plaques as a basis of prostaglandin E(2)-dependent plaque instability. Circulation 2001; 104(8):921-927.

(1273) Xiao CY, Hara A, Yuhki K et al. Roles of prostaglandin I(2) and thromboxane A(2) in cardiac ischemia-reperfusion injury: a study using mice lacking their respective receptors. Circulation 2001; 104(18):2210-2215.

(1274) Hennan JK, Huang J, Barrett TD et al. Effects of selective cyclooxygenase-2 inhibition on vascular responses and thrombosis in canine coronary arteries. Circulation 2001; 104(7):820-825.

(1275) Libby P, Simon DI. Inflammation and thrombosis: the clot thickens. Circulation 2001; 103(13):1718-1720.

(1276) Eikelboom JW, Hirsh J, Weitz JI, Johnston M, Yi Q, Yusuf S. Aspirin-resistant thromboxane biosynthesis and the risk of myocardial infarction, stroke, or cardiovascular death in patients at high risk for cardiovascular events. Circulation 2002; 105(14):1650-1655.

(1277) Altman R, Luciardi HL, Muntaner J et al. Efficacy assessment of meloxicam, a preferential cyclooxygenase-2 inhibitor, in acute coronary syndromes without ST-segment elevation: the Nonsteroidal Anti-Inflammatory Drugs in Unstable Angina Treatment-2 (NUT-2) pilot study. Circulation 2002; 106(2):191-195.

(1278) Lin H, Lin TN, Cheung WM et al. Cyclooxygenase-1 and bicistronic cyclooxygenase-1/prostacyclin synthase gene transfer protect against ischemic cerebral infarction. Circulation 2002; 105(16):1962-1969.

(1279) Burleigh ME, Babaev VR, Oates JA et al. Cyclooxygenase-2 promotes early atherosclerotic lesion formation in LDL receptor-deficient mice. Circulation 2002; 105(15):1816-1823.

(1280) Reicin A, DiBattiste P, Chen J, Lines C. A pooled analysis of the cardiovascular safety of rofecoxib in trials of elderly patients with Alzheimer's disease or Cognitive Impairment. Circulation 2002; 106(19 Suppl.):II412-II413.

(1281) Pitt B, Pepine C, Willerson JT. Cyclooxygenase-2 inhibition and cardiovascular events. Circulation 2002; 106(2):167-169.

(1282) Cyrus T, Sung S, Zhao L, Funk CD, Tang S, Pratico D. Effect of low-dose aspirin on vascular inflammation, plaque stability, and atherogenesis in low-density lipoprotein receptor-deficient mice. Circulation 2002; 106(10):1282-1287.

(1283) Jaeschke R, Gajewski P, Brozek J. Cardiovascular thrombotic events in controlled, clinical trials of rofecoxib. Circulation 2002; 106(5):e18.

KS-000761

(1284) Yokoyama C, Yabuki T, Shimonishi M et al. Prostacyclin-deficient mice develop ischemic renal disorders, including nephrosclerosis and renal infarction. Circulation 2002; 106(12):2397-2403.

(1285) Minuz P, Patrignani P, Gaino S et al. Increased oxidative stress and platelet activation in patients with hypertension and renovascular disease. Circulation 2002; 106(22):2800-2805.

(1286) Libby P, Ridker PM, Maseri A. Inflammation and atherosclerosis. Circulation 2002; 105(9):1135-1143.

(1287) Kurth T, Glynn RJ, Walker AM et al. Inhibition of clinical benefits of aspirin on first myocardial infarction by nonsteroidal antiinflammatory drugs. Circulation 2003; 108(10):1191-1195.

(1288) Belton OA, Duffy A, Toomey S, Fitzgerald DJ. Cyclooxygenase isoforms and platelet vessel wall interactions in the apolipoprotein E knockout mouse model of atherosclerosis. Circulation 2003; 108(24):3017-3023.

(1289) Naghavi M, Libby P, Falk E et al. From vulnerable plaque to vulnerable patient: a call for new definitions and risk assessment strategies: Part II. Circulation 2003; 108(15):1772-1778.

(1290) Chenevard R, Hurlimann D, Bechir M et al. Selective COX-2 inhibition improves endothelial function in coronary artery disease. Circulation 2003; 107(3):405-409.

(1291) Hermann M, Camici G, Fratton A et al. Differential effects of selective cyclooxygenase-2 inhibitors on endothelial function in salt-induced hypertension. Circulation 2003; 108(19):2308-2311.

(1292) Griendling KK, FitzGerald GA. Oxidative stress and cardiovascular injury: Part II: animal and human studies. Circulation 2003; 108(17):2034-2040.

(1293) Naghavi M, Libby P, Falk E et al. From vulnerable plaque to vulnerable patient: a call for new definitions and risk assessment strategies: Part I. Circulation 2003; 108(14):1664-1672.

(1294) Venugopal SK, Devaraj S, Jialal I. C-reactive protein decreases prostacyclin release from human aortic endothelial cells. Circulation 2003; 108(14):1676-1678.

(1295) Casscells W, Naghavi M, Willerson JT. Vulnerable atherosclerotic plaque: a multifocal disease. Circulation 2003; 107(16):2072-2075.

(1296) Solomon DH, Karlson EW, Rimm EB et al. Cardiovascular morbidity and mortality in women diagnosed with rheumatoid arthritis. Circulation 2003; 107(9):1303-1307.

(1297) Griendling KK, FitzGerald GA. Oxidative stress and cardiovascular injury: Part I: basic mechanisms and in vivo monitoring of ROS. Circulation 2003; 108(16):1912-1916.

(1298) Devaraj S, Xu DY, Jialal I. C-reactive protein increases plasminogen activator inhibitor-1 expression and activity in human aortic endothelial cells: implications for the metabolic syndrome and atherothrombosis. Circulation 2003; 107(3):398-404.

(1299) Kimmel SE, Berlin JA, Reilly M, Jaskowiak J, Kishel L, Strom BL. Risk of myocardial infarction by type of cyclooxygenase-2 inhibitor. Circulation 2003; 108(17 Suppl. IV):IV752.

(1300) Kereiakes DJ. The Emperor's clothes: in search of the vulnerable plaque. Circulation 2003; 107(16):2076-2077.

(1301) SoRelle R. Rofecoxib use increases acute myocardial infarction risk. Circulation 2004; 109(17):e9039-e9040.

(1302) Pidgeon GP, Tamosiuniene R, Chen G et al. Intravascular thrombosis after hypoxia-induced pulmonary hypertension: regulation by cyclooxygenase-2. Circulation 2004; 110(17):2701-2707.

(1303) Capone ML, Tacconelli S, Sciulli MG et al. Clinical pharmacology of platelet, monocyte, and vascular cyclooxygenase inhibition by naproxen and low-dose aspirin in healthy subjects. Circulation 2004; 109(12):1468-1471.

(1304) Solomon DH, Schneeweiss S, Glynn RJ et al. Relationship between selective cyclooxygenase-2 inhibitors and acute myocardial infarction in older adults. Circulation 2004; 109(17):2068-2073.

**KS-000762**

(1305)  Buerkle MA, Lehrer S, Sohn HY, Conzen P, Pohl U, Krotz F. Selective inhibition of cyclooxygenase-2 enhances platelet adhesion in hamster arterioles in vivo. Circulation 2004; 110(14):2053-2059.

(1306)  Krishnan E, Lingala VB, Singh G. Declines in mortality from acute myocardial infarction in successive incidence and birth cohorts of patients with rheumatoid arthritis. Circulation 2004; 110(13):1774-1779.

(1307)  Bogaty P, Brophy JM, Noel M et al. Impact of prolonged cyclooxygenase-2 inhibition on inflammatory markers and endothelial function in patients with ischemic heart disease and raised C-reactive protein: a randomized placebo-controlled study. Circulation 2004; 110(8):934-939.

(1308)  Xiao CY, Yuhki K, Hara A et al. Prostaglandin E2 protects the heart from ischemia-reperfusion injury via its receptor subtype EP4. Circulation 2004; 109(20):2462-2468.

(1309)  Garcia Rodriguez LA, Varas-Lorenzo C, Maguire A, Gonzalez-Perez A. Nonsteroidal antiinflammatory drugs and the risk of myocardial infarction in the general population. Circulation 2004; 109(24):3000-3006.

(1310)  Furberg CD, Psaty BM, FitzGerald GA. Parecoxib, valdecoxib, and cardiovascular risk. Circulation 2005; 111(3):249.

(1311)  Antman EM, DeMets D, Loscalzo J. Cyclooxygenase inhibition and cardiovascular risk. Circulation 2005; 112(5):759-770.

(1312)  Toyota E, Warltier DC, Brock T et al. Vascular endothelial growth factor is required for coronary collateral growth in the rat. Circulation 2005; 112(14):2108-2113.

(1313)  Egan KM, Wang M, Fries S et al. Cyclooxygenases, thromboxane, and atherosclerosis: plaque destabilization by cyclooxygenase-2 inhibition combined with thromboxane receptor antagonism. Circulation 2005; 111(3):334-342.

(1314)  McAdam BF, Byrne D, Morrow JD, Oates JA. Contribution of cyclooxygenase-2 to elevated biosynthesis of thromboxane A2 and prostacyclin in cigarette smokers. Circulation 2005; 112(7):1024-1029.

(1315)  Pratico D, Dogne JM. Selective cyclooxygenase-2 inhibitors development in cardiovascular medicine. Circulation 2005; 112(7):1073-1079.

(1316)  Bennett JS, Daugherty A, Herrington D, Greenland P, Roberts H, Taubert KA. The use of nonsteroidal anti-inflammatory drugs (NSAIDs): a science advisory from the American Heart Association. Circulation 2005; 111(13):1713-1716.

(1317)  Hermann M, Krum H, Ruschitzka F. To the heart of the matter: coxibs, smoking, and cardiovascular risk. Circulation 2005; 112(7):941-945.

(1318)  Wang TJ, Vasan RS. Epidemiology of uncontrolled hypertension in the United States. Circulation 2005; 112(11):1651-1662.

(1319)  Steffel J, Hermann M, Greutert H et al. Celecoxib decreases endothelial tissue factor expression through inhibition of c-Jun terminal NH2 kinase phosphorylation. Circulation 2005; 111(13):1685-1689.

(1320)  Babaev VR, Ding L, Reese J et al. Cyclooxygenase-1 deficiency in bone marrow cells increases early atherosclerosis in apolipoprotein E- and low-density lipoprotein receptor-null mice. Circulation 2006; 113(1):108-117.

(1321)  Cheng C, Tempel D, van HR et al. Atherosclerotic lesion size and vulnerability are determined by patterns of fluid shear stress. Circulation 2006; 113(23):2744-2753.

(1322)  Chan AT, Manson JE, Albert CM et al. Nonsteroidal antiinflammatory drugs, acetaminophen, and the risk of cardiovascular events. Circulation 2006; 113(12):1578-1587.

(1323)  Roth-Cline MD. Clinical trials in the wake of Vioxx: requiring statistically extreme evidence of benefit to ensure the safety of new drugs. Circulation 2006; 113(18):2253-2259.

(1324)  Avorn J. Evaluating drug effects in the post-Vioxx world: there must be a better way. Circulation 2006; 113(18):2173-2176.

(1325)  Hochman JS, Shah NR. What price pain relief? Circulation 2006; 113(25):2868-2870.

KS-000763

(1326)  Andersohn F, Suissa S, Garbe E. Use of first- and second-generation cyclooxygenase-2-selective nonsteroidal antiinflammatory drugs and risk of acute myocardial infarction. Circulation 2006; 113(16):1950-1957.

(1327)  Thom T, Haase N, Rosamond W et al. Heart disease and stroke statistics--2006 update: a report from the American Heart Association Statistics Committee and Stroke Statistics Subcommittee. Circulation 2006; 113(6):e85-151.

(1328)  Gislason GH, Jacobsen S, Rasmussen JN et al. Risk of death or reinfarction associated with the use of selective cyclooxygenase-2 inhibitors and nonselective nonsteroidal antiinflammatory drugs after acute myocardial infarction. Circulation 2006; 113(25):2906-2913.

(1329)  Barnard K. Viewpoint: an explanation for the cardiovascular effects of bevacizumab and rofecoxib? Circulation 2006; 114(19):f173-f175.

(1330)  Solomon SD, Pfeffer MA, McMurray JJ et al. Effect of celecoxib on cardiovascular events and blood pressure in two trials for the prevention of colorectal adenomas. Circulation 2006; 114(10):1028-1035.

(1331)  Jugdutt BI. Cyclooxygenase inhibition and adverse remodeling during healing after myocardial infarction. Circulation 2007; 115(3):288-291.

(1332)  Antman EM, Bennett JS, Daugherty A, Furberg C, Roberts H, Taubert KA. Use of nonsteroidal antiinflammatory drugs: an update for clinicians: a scientific statement from the American Heart Association. Circulation 2007; 115(12):1634-1642.

(1333)  Rosamond W, Flegal K, Friday G et al. Heart disease and stroke statistics--2007 update: a report from the American Heart Association Statistics Committee and Stroke Statistics Subcommittee. Circulation 2007; 115(5):e69-171.

(1334)  Loewen PS. Review of the selective COX-2 inhibitors celecoxib and rofecoxib: focus on clinical aspects. CJEM 2002; 4(4):268-275.

(1335)  Lipani J. Cox-2 inhibitors and cardiovascular risk: the data are inconclusive, and these drugs are needed. Cleve Clin J Med 2001; 68(11):961-962.

(1336)  Mukherjee D, Nissen SE, Topol EJ. Cox-2 inhibitors and cardiovascular risk: we defend our data and suggest caution. Cleve Clin J Med 2001; 68(11):963-964.

(1337)  Mandell BF. COX-2 inhibitors: balancing the hope, the hype, and the concern. Cleve Clin J Med 2001; 68(11):899.

(1338)  Mandell BF. Cox-2 inhibitors and cardiovascular risk: point and counterpoint. Cleve Clin J Med 2001; 68(11):957-960.

(1339)  Schnitzer TJ, Hochberg MC. COX-2-selective inhibitors in the treatment of arthritis. Cleve Clin J Med 2002; 69 Suppl 1:SI20-SI30.

(1340)  Lema MJ. Emerging options with coxib therapy. Cleve Clin J Med 2002; 69 Suppl 1:SI76-SI84.

(1341)  Katz WA. Cyclooxygenase-2-selective inhibitors in the management of acute and perioperative pain. Cleve Clin J Med 2002; 69 Suppl 1:SI65-SI75.

(1342)  Weir MR. Renal effects of nonselective NSAIDs and coxibs. Cleve Clin J Med 2002; 69 Suppl 1:SI53-SI58.

(1343)  Cronstein BN. Cyclooxygenase-2-selective inhibitors: translating pharmacology into clinical utility. Cleve Clin J Med 2002; 69 Suppl 1:SI13-SI19.

(1344)  Fendrick AM. Developing an economic rationale for the use of selective COX-2 inhibitors for patients at risk for NSAID gastropathy. Cleve Clin J Med 2002; 69 Suppl 1:SI59-SI64.

(1345)  Hochberg MC. Coxibs Supplement - Coxibs: Evolution of a Revolutionary Class. Cleve Clin J Med 2002; 69(1 Suppl.):SI-3-SI-4.

(1346)  Peura DA. Gastrointestinal safety and tolerability of nonselective nonsteroidal anti-inflammatory agents and cyclooxygenase-2-selective inhibitors. Cleve Clin J Med 2002; 69 Suppl 1:SI31-SI39.

KS-000764

(1347)   Scheiman JM. Outcomes studies of the gastrointestinal safety of cyclooxygenase-2 inhibitors. Cleve Clin J Med 2002; 69 Suppl 1:SI40-SI46.

(1348)   Bingham CO, III. Development and clinical application of COX-2-selective inhibitors for the treatment of osteoarthritis and rheumatoid arthritis. Cleve Clin J Med 2002; 69 Suppl 1:SI5-12.

(1349)   Konstam MA, Weir MR. Current perspective on the cardiovascular effects of coxibs. Cleve Clin J Med 2002; 69 Suppl 1:SI47-SI52.

(1350)   Karha J, Topol EJ. The sad story of Vioxx, and what we should learn from it. Cleve Clin J Med 2004; 71(12):933-939.

(1351)   Mandell BF. The Vioxx withdrawal: latest in the COX-2 controversies. Cleve Clin J Med 2004; 71(11):841-842.

(1352)   Simon LS, Strand V. A world without Vioxx: to COX-2 or not to COX-2? Cleve Clin J Med 2004; 71(11):849-50, 852, 854.

(1353)   Pang L, Pitt A, Petkova D, Knox AJ. The COX-1/COX-2 balance in asthma. Clin Exp Allergy 1998; 28(9):1050-1058.

(1354)   Picado C, Valero A. COX-1 sparing drugs in aspirin-sensitive asthma. Clin Exp Allergy 2001; 31(2):179-181.

(1355)   Pelletier JP, Mineau F, Fernandes J, Kiansa K, Ranger P, Martel-Pelletier J. Two NSAIDs, nimesulide and naproxen, can reduce the synthesis of urokinase and IL-6 while increasing PAI-1, in human OA synovial fibroblasts. Clin Exp Rheumatol 1997; 15(4):393-398.

(1356)   Lengeling RW, Mitros FA, Brennan JA, Schulze KS. Ulcerative ileitis encountered at ileo-colonoscopy: likely role of nonsteroidal agents. Clin Gastroenterol Hepatol 2003; 1(3):160-169.

(1357)   Bell GM, Schnitzer TJ. Cox-2 inhibitors and other nonsteroidal anti-inflammatory drugs in the treatment of pain in the elderly. Clin Geriatr Med 2001; 17(3):489-502, vi.

(1358)   Bertino JS, Jr., Owens RC, Jr., Carnes TD, Iannini PB. Gatifloxacin-associated corrected QT interval prolongation, torsades de pointes, and ventricular fibrillation in patients with known risk factors. Clin Infect Dis 2002; 34(6):861-863.

(1359)   99th annual meeting of the American Society for Clinical Pharmacology and Therapeutics. New Orleans, Louisiana, USA. March 30-April 1, 1998. Abstracts. Clin Pharmacol Ther 1998; 63(2):137-280.

(1360)   Brown J, Morrison BW, Christensen S et al. MK-0966 50 mg versus ibuprofen 400 mg in post surgical dental pain [ABSTRACT PI-4]. Clin Pharmacol Ther 1999; 65(2):118-Abstr. PI-4.

(1361)   Daniels S, Morrison BW, Cantu N et al. Dose ranging trial of the effect of MK-966 in primary dysmenorrhea [ABSTRACT PI-6]. Clin Pharmacol Ther 1999; 65(2):118-Abstr. PI-6.

(1362)   Brown J, Morrison BW, Bitner M et al. The COX-2 specific inhibitor, MK-0966, is effective in the treatment of primary dysmenorrhea [ABSTRACT PI-5]. Clin Pharmacol Ther 1999; 65(2):118-Abstr. PI-5.

(1363)   Fricke J, Morrison BW, Fite S et al. MK-966 versus naproxen sodium 550 mg in post-surgical dental pain [ABSTRACT PI-7]. Clin Pharmacol Ther 1999; 65(2):119-Abstr. PI-7.

(1364)   Van Hecken A, Depre M, Ehrich E et al. Demonstration of specific COX-2 inhibition by MK-966 in humans with supratherapeutic doses [ABSTRACT PII-69]. Clin Pharmacol Ther 1999; 65(2):164-Abstr. PII-69.

(1365)   100th Annual meeting of the American Society for Clinical Pharmacology and Therapeutics. San Antonio, Texas, USA. March 18-20, 1999. Abstracts. Clin Pharmacol Ther 1999; 65(2):117-234.

(1366)   Schwartz J, Porras A, Larson P et al. Influence of antacids on the bioavailability (F) of a specific cyclooxygenase (COX)-2 inhibitor, MK-0966 (M) in the elderly [ABSTRACT PII-104]. Clin Pharmacol Ther 1999; 65(2):173-Abstr. PII-104.

(1367)   Greenberg HE, Gillen LP, Dorval EP et al. MK-0966, a cyclooxygenase-2 (COX-2) specific inhibitor, had no effect on the anti-platelet activity of low-dose aspirin (ASA) measured by serum thromboxane B-2 (TXB-2) production and platelet aggregation [ABSTRACT PII-66]. Clin Pharmacol Ther 1999; 65(2):163-Abstr. PII-66.

KS-000765

(1368) 2000 Annual meeting of the American Society for Clinical Pharmacology and Therapeutics, Los Angeles, California, USA. March 14-18, 2000. Clin Pharmacol Ther 2000; 67(2):89-192.

(1369) Schwartz J, Zhao P, Gertz B et al. Pharmacokinetics of rofecoxib in mild to moderate hepatic insufficiency (HI) [ABSTRACT PII-90]. Clin Pharmacol Ther 2000; 67(2):137-Abstr. PII-90.

(1370) Schwartz JI, Larson PJ, Bugianesi KJ et al. Effect of rofecoxib (R) on the pharmacodynamics and pharmacokinetics (PK) of warfarin (W) [ABSTRACT PIII-93]. Clin Pharmacol Ther 2000; 67(2):165-Abstr. PIII-93.

(1371) Porras A, Ko A, Larson P et al. Single and multiple dose pharmacokinetics (PK) of rofecoxib (R) in healthy subjects [ABSTRACT PII-89]. Clin Pharmacol Ther 2000; 67(2):137-Abstr. PII-89.

(1372) Schwartz JI, Larson PJ, Gertz BJ, Cote J, Lasseter K, Porras AG. Steady-state rofecoxib pharmacokinetics (PK) in moderate hepatic insufficiency patients (HI). Clin Pharmacol Ther 2001; 69(2):P60.

(1373) Torralba KD, Bertino JS, Jr., Kashuba ADM, Treadwell FR, Whitaker AM, Nafziger AN. Effect of two COX-2 inhibitors on warfarin metabolism on CYP2C9 extensive metabolizers [ABSTRACT PII-50]. Clin Pharmacol Ther 2001; 69(2):P45-Abstr. PII-50.

(1374) Schwartz JI, Van Hecken A, De Lepeleire I et al. Platelet aggregation inhibition by naproxen, rofecoxib, diclofenac, ibuprofen, and meloxicam. Clin Pharmacol Ther 2003; 73(2):P53.

(1375) Edwards DJ, Prescilla RP, Frattarelli DA, Haritos D, Aranda JV. Pharmacokinetics of rofecoxib in children. Clin Pharmacol Ther 2004; 75(2):P73-#PII-80.

(1376) Picco CC, Lee Y, Chuang BP, Gordon SM, Brahim JS, Dionne RA. Effect of a selective COX-2 inhibitor in the development of central sensitization in the oral surgery model. Clin Pharmacol Ther 2004; 75(2):P4-#PI-4.

(1377) Schwartz JI, Vandormael K, Thach C et al. Effect of rofecoxib, etoricoxib, celecoxib, and naproxen on urinary excretion of prostanoids in elderly volunteers. Clin Pharmacol Ther 2004; 75(2):P34-#PI-117.

(1378) Vaszar LT, Stevenson DD. Aspirin-induced asthma. Clin Rev Allergy Immunol 2001; 21(1):71-87.

(1379) Gottesdiener K, Mehlisch DR, Huntington M et al. Efficacy and tolerability of the specific cyclooxygenase-2 inhibitor DFP compared with naproxen sodium in patients with postoperative dental pain. Clin Ther 1999; 21(8):1301-1312.

(1380) Farkouh ME. COX-2 inhibitors and hypercoagulability. Clin Adv Hematol Oncol 2005; 3(1):35-36.

(1381) Makowski M, Grzela T, Niderla J et al. Inhibition of cyclooxygenase-2 indirectly potentiates antitumor effects of photodynamic therapy in mice. Clin Cancer Res 2003; 9(14):5417-5422.

(1382) Badie B, Schartner JM, Hagar AR et al. Microglia cyclooxygenase-2 activity in experimental gliomas: possible role in cerebral edema formation. Clin Cancer Res 2003; 9(2):872-877.

(1383) Higuchi T, Iwama T, Yoshinaga K, Toyooka M, Taketo MM, Sugihara K. A randomized, double-blind, placebo-controlled trial of the effects of rofecoxib, a selective cyclooxygenase-2 inhibitor, on rectal polyps in familial adenomatous polyposis patients. Clin Cancer Res 2003; 9(13):4756-4760.

(1384) Kazanov D, Dvory-Sobol H, Pick M et al. Celecoxib but not rofecoxib inhibits the growth of transformed cells in vitro. Clin Cancer Res 2004; 10(1 Pt 1):267-271.

(1385) Gehrmann M, Brunner M, Pfister K, Reichle A, Kremmer E, Multhoff G. Differential up-regulation of cytosolic and membrane-bound heat shock protein 70 in tumor cells by anti-inflammatory drugs. Clin Cancer Res 2004; 10(10):3354-3364.

(1386) Yao M, Zhou W, Sangha S et al. Effects of nonselective cyclooxygenase inhibition with low-dose ibuprofen on tumor growth, angiogenesis, metastasis, and survival in a mouse model of colorectal cancer. Clin Cancer Res 2005; 11(4):1618-1628.

(1387) Patel MI, Subbaramaiah K, Du B et al. Celecoxib inhibits prostate cancer growth: evidence of a cyclooxygenase-2-independent mechanism. Clin Cancer Res 2005; 11(5):1999-2007.

KS-000766

(1388) Young SD, Whissell M, Noble JC, Cano PO, Lopez FG, Germond CJ. Phase II clinical trial results involving treatment with low-dose daily oral cyclophosphamide, weekly vinblastine, and rofecoxib in patients with advanced solid tumors. Clin Cancer Res 2006; 12(10):3092-3098.

(1389) Haas AR, Sun J, Vachani A et al. Cycloxygenase-2 inhibition augments the efficacy of a cancer vaccine. Clin Cancer Res 2006; 12(1):214-222.

(1390) Hennekens CH. Aspirin in chronic cardiovascular disease and acute myocardial infarction. Clin Cardiol 1990; Suppl 5:V62-V66.

(1391) Mehta JL. Salutary effects of aspirin in coronary artery disease are not limited to its platelet inhibitory effects. Clin Cardiol 1998; 21(12):879-884.

(1392) Zhao SP, Deng P, Huang HG et al. Expression of COX-2 mRNA in peripheral blood monocytes from patients with acute myocardial infarction and its significance. Clin Chem 2005; 51(11):2170-2173.

(1393) Pendlebury S, Duchesne F, Reed KA, Smith JL, Kerr DJ. A trial of adjuvant therapy in colorectal cancer: the VICTOR trial. Clin Colorectal Cancer 2003; 3(1):58-60.

(1394) Rocha PN, Plumb TJ, Robinson LA et al. Role of thromboxane A2 in the induction of apoptosis of immature thymocytes by lipopolysaccharide. Clin Diagn Lab Immunol 2005; 12(8):896-903.

(1395) Chiroli S, Chinellato A, Didoni G, Mazzi S, Lucioni C. Utilisation Pattern of Nonspecific Nonsteroidal Anti-Inflammatory Drugs and COX-2 Inhibitors in a Local Health Service Unit in Northeast Italy. Clin Drug Investig 2003; 23(11):751-760.

(1396) Schwartz JI, Larson PJ, Porras AG et al. Pharmacokinetic evaluation of rofecoxib: comparison of tablet and suspension formulations. Clin Drug Investig 2003; 23(8):503-509.

(1397) Rose P, Steinhauser C. Comparison of Lornoxicam and Rofecoxib in Patients with Activated Osteoarthritis (COLOR Study). Clin Drug Investig 2004; 24(4):227-236.

(1398) Hassan-Alin M, Naesdal J, Nilsson-Pieschl C, Langstrom G, Andersson T. Lack of Pharmacokinetic Interaction between Esomeprazole and the Nonsteroidal Anti-Inflammatory Drugs Naproxen and Rofecoxib in Healthy Subjects. Clin Drug Investig 2005; 25(11):731-740.

(1399) Quattrini M, Paladin S. A double-blind study comparing nimesulide with naproxen in the treatment of osteoarthritis of the hip. Clin Drug Invest 1995; 1995(10):3-139.

(1400) Szczeklik A, Nizankowska E, Bochenek G, Nagraba K, Mejza F, Swierczynska M. Safety of a specific COX-2 inhibitor in aspirin-induced asthma. Clin Exp Allergy 2001; 31(2):219-225.

(1401) Pacor ML, Di LG, Biasi D, Barbagallo M, Corrocher R. Safety of rofecoxib in subjects with a history of adverse cutaneous reactions to aspirin and/or non-steroidal anti-inflammatory drugs. Clin Exp Allergy 2002; 32(3):397-400.

(1402) Asero R. Oral aspirin challenges in patients with a history of intolerance to single non-steroidal anti-inflammatory drugs. Clin Exp Allergy 2005; 35(6):713-716.

(1403) Harirforoosh S, ghazadeh-Habashi A, Jamali F. Extent of renal effect of cyclo-oxygenase-2-selective inhibitors is pharmacokinetic dependent. Clin Exp Pharmacol Physiol 2006; 33(10):917-924.

(1404) Myllykangas-Luosujarvi R, Aho K, Kautiainen H, Isomaki H. Shortening of life span and causes of excess mortality in a population-based series of subjects with rheumatoid arthritis. Clin Exp Rheumatol 1995; 13(2):149-153.

(1405) Appel GB. COX-2 inhibitors and the kidney. Clin Exp Rheumatol 2001; 19(6 Suppl 25):S37-S40.

(1406) Day RO. Pharmacokinetic and pharmacodynamic aspects of the ideal COX-2 inhibitor: a rheumatologist's perspective. Clin Exp Rheumatol 2001; 19(6 Suppl 25):S59-S62.

(1407) Moskowitz RW. The role of anti-inflammatory drugs in the treatment of osteoarthritis: a United States viewpoint. Clin Exp Rheumatol 2001; 19(6 Suppl 25):S3-S8.

KS-000767

(1408)   Garcia Rodriguez LA. The effect of NSAIDs on the risk of coronary heart disease: fusion of clinical pharmacology and pharmacoepidemiologic data. Clin Exp Rheumatol 2001; 19(6 Suppl 25):S41-S44.

(1409)   Furst DE, Manning DC. Future directions in pain management. Clin Exp Rheumatol 2001; 19(6 Suppl 25):S71-S76.

(1410)   Dougados M. The role of anti-inflammatory drugs in the treatment of osteoarthritis: a European viewpoint. Clin Exp Rheumatol 2001; 19(6 Suppl 25):S9-14.

(1411)   Patrono C. Measurement of cyclooxygenase isozyme inhibition in humans: exploring the clinical relevance of biochemical selectivity. Clin Exp Rheumatol 2001; 19(6 Suppl 25):S45-S50.

(1412)   FitzGerald GA, Cheng Y, Austin S. COX-2 inhibitors and the cardiovascular system. Clin Exp Rheumatol 2001; 19(6 Suppl 25):S31-S36.

(1413)   Abramson SB, Furst DE, Hochberg MC, Patrono C. Controversies in COX-2 inhibitor therapy: closing remarks. Clin Exp Rheumatol 2001; 19(6 Suppl 25):S77-S80.

(1414)   Hawkey CJ. NSAIDs and COX-2 inhibitors: what can we learn from large outcomes trials? The gastroenterologist's perspective. Clin Exp Rheumatol 2001; 19(6 Suppl 25):S23-S30.

(1415)   Hochberg MC. What have we learned from the large outcomes trials of COX-2 selective inhibitors? The rheumatologist's perspective. Clin Exp Rheumatol 2001; 19(6 Suppl 25):S15-S22.

(1416)   Dionne RA, Khan AA, Gordon SM. Analgesia and COX-2 inhibition. Clin Exp Rheumatol 2001; 19(6 Suppl 25):S63-S70.

(1417)   Brune K, Neubert A. Pharmacokinetic and pharmacodynamic aspects of the ideal COX-2 inhibitor: a pharmacologist's perspective. Clin Exp Rheumatol 2001; 19(6 Suppl 25):S51-S57.

(1418)   Rivero M, Santiago B, Galindo M, Brehmer MT, Pablos JL. Cyclooxygenase-2 inhibition lacks immunomodulatory effects on T cells. Clin Exp Rheumatol 2002; 20(3):379-385.

(1419)   Niccoli L, Bellino S, Cantini F. Renal tolerability of three commonly employed non-steroidal anti-inflammatory drugs in elderly patients with osteoarthritis. Clin Exp Rheumatol 2002; 20(2):201-207.

(1420)   Homoncik M, Malec M, Marsik C et al. Rofecoxib exerts no effect on platelet plug formation in healthy volunteers. Clin Exp Rheumatol 2003; 21(2):229-231.

(1421)   Harris RC, Breyer MD. Update on Cyclooxygenase-2 Inhibitors - Mini Review. Clin J Am Soc Nephrol 2006; 1:236-245.

(1422)   Yamamoto DS, Viale PH. Cyclooxygenase-2: from arthritis treatment to new indications for the prevention and treatment of cancer. Clin J Oncol Nurs 2003; 7(1):21-29.

(1423)   Ridgway D. Analgesics for acute pain: Meeting the United States Food and Drug Administration's requirements for proof of efficacy. Clin J Pain 2004; 20(3):123-132.

(1424)   Desjardins PJ, Mehlisch DR, Chang DJ et al. The time to onset and overall analgesic efficacy of rofecoxib 50 mg: a meta-analysis of 13 randomized clinical trials. Clin J Pain 2005; 21(3):241-250.

(1425)   Ong KS, Seymour RA, Yeo JF, Ho KH, Lirk P. The efficacy of preoperative versus postoperative rofecoxib for preventing acute postoperative dental pain: a prospective randomized crossover study using bilateral symmetrical oral surgery. Clin J Pain 2005; 21(6):536-542.

(1426)   Ong CK, Lirk P, Tan CH, Seymour RA. An evidence-based update on nonsteroidal anti-inflammatory drugs. Clin Med Res 2007; 5(1):19-34.

(1427)   Mayan H, Gurevitz O, Farfel Z. Successful treatment by cyclooxyenase-2 inhibitor of refractory hypokalemia in a patient with Gitelman's syndrome. Clin Nephrol 2002; 58(1):73-76.

(1428)   Reinhold SW, Fischereder M, Riegger GA, Kramer BK. Acute renal failure after administration of a single dose of a highly selective COX-2 inhibitor. Clin Nephrol 2003; 60(4):295-296.

KS-000768

(1429) Tan DS, Evanson J, Plowman PN, Chew SL. Post-radiation inflammatory reaction controlled with thalidomide and rofecoxib. Clin Oncol (R Coll Radiol ) 2004; 16(8):585-586.

(1430) Krzyzanowska MK, Tsao MS, Oza AM et al. Capecitabine plus rofecoxib show no activity in patients with metastatic neuroendocrine tumours. Clin Oncol (R Coll Radiol ) 2006; 18(1):88-89.

(1431) Sculean A, Berakdar M, Donos N, Auschill TM, Arweiler NB. The effect of postsurgical administration of a selective cyclo-oxygenase-2 inhibitor on the healing of intrabony defects following treatment with enamel matrix proteins. Clin Oral Investig 2003; 7(2):108-112.

(1432) Bottner F, Roedl R, Wortler K, Grethen C, Winkelmann W, Lindner N. Cyclooxygenase-2 inhibitor for pain management in osteoid osteoma. Clin Orthop Relat Res 2001;(393):258-263.

(1433) Davies NM, McLachlan AJ, Day RO, Williams KM. Clinical pharmacokinetics and pharmacodynamics of celecoxib: a selective cyclo-oxygenase-2 inhibitor. Clin Pharmacokinet 2000; 38(3):225-242.

(1434) Davies NM, Teng XW, Skjodt NM. Pharmacokinetics of rofecoxib: a specific cyclo-oxygenase-2 inhibitor. Clin Pharmacokinet 2003; 42(6):545-556.

(1435) Mehlisch DR, Hubbard RC, Isakson P, Karim A, Weaver M, Mills S. Analgesic efficacy and plasma levels of a highly selective inhibitor of COX-2 (SC-58635; SC) in patients with post-surgical dental pain. Clin Pharmacol Ther 1997; 61(2):195.

(1436) Mehlisch DR, Mills S, Sandler M et al. Ex vivo assay of COX-2 inhibition predicts analgesic efficacy in post-surgical dental pain with MK-966 [ABSTRACT PI-8]. Clin Pharmacol Ther 1998; 63(2):139-Abstr. PI-8.

(1437) Stichtenoth DO, Wagner B, Frolich JC. Effects of meloxicam and indomethacin on renin release in man. Clin Pharmacol Ther 1998; 63(2):235.

(1438) Schwartz J, Mukhopadhyay S, McCabe CH et al. Antipyretic Activity of a Selective Cyclooxygenase (COX)-2 Inhibitor, MK-0966 [ABSTRACT PI-123]. Clin Pharmacol Ther 1998; 63(2):167-Abstr. PI-123.

(1439) Schwartz JI, Chan CC, Mukhopadhyay S et al. Cyclooxygenase-2 inhibition by rofecoxib reverses naturally occurring fever in humans. Clin Pharmacol Ther 1999; 65(6):653-660.

(1440) Rossat J, Maillard M, Nussberger J, Brunner HR, Burnier M. Renal effects of selective cyclooxygenase-2 inhibition in normotensive salt-depleted subjects. Clin Pharmacol Ther 1999; 66(1):76-84.

(1441) Ehrich EW, Dallob A, De L, I et al. Characterization of rofecoxib as a cyclooxygenase-2 isoform inhibitor and demonstration of analgesia in the dental pain model. Clin Pharmacol Ther 1999; 65(3):336-347.

(1442) Schwartz JI, Bugianesi KJ, Ebel DL et al. The effect of rofecoxib on the pharmacodynamics and pharmcokinetics of warfarin. Clin Pharmacol Ther 2000; 68(6):626-636.

(1443) Kammerl MC, Nusing RM, Schweda F et al. Low sodium and furosemide-induced stimulation of the renin system in man is mediated by cyclooxygenase 2. Clin Pharmacol Ther 2001; 70(5):468-474.

(1444) Santini G, Patrignani P, Sciulli MG et al. The human pharmacology of monocyte cyclooxygenase 2 inhibition by cortisol and synthetic glucocorticoids. Clin Pharmacol Ther 2001; 70(5):475-483.

(1445) Schwartz JI, Vandormael K, Malice MP et al. Comparison of rofecoxib, celecoxib, and naproxen on renal function in elderly subjects receiving a normal-salt diet. Clin Pharmacol Ther 2002; 72(1):50-61.

(1446) Schwartz JI, Malice M, Lasseter K et al. Comparison of rofecoxib (R), celecoxib (C), and naproxen (N) on blood pressure in elderly volunteers. Clin Pharmacol Ther 2002; 71(2):P7.

(1447) White WB, Whelton A, Fort JG. Effects of COX-2 specific inhibition on systolic blood pressure in 1,092 older hypertensive patients according to antihypertensive drug class. Clin Pharmacol Ther 2002; 71(2):P9.

(1448) Werner U, Werner D, Rau T, Fromm MF, Hinz B, Brune K. Celecoxib inhibits metabolism of cytochrome P450 2D6 substrate metoprolol in humans. Clin Pharmacol Ther 2003; 74(2):130-137.

KS-000769

(1449) Griffin MR, Stein CM, Ray WA. Postmarketing surveillance for drug safety: surely we can do better. Clin Pharmacol Ther 2004; 75(6):491-494.

(1450) Huledal G, Jonzon B, Malmenas M et al. Renal effects of the cyclooxygenase-inhibiting nitric oxide donator AZD3582 compared with rofecoxib and naproxen during normal and low sodium intake. Clin Pharmacol Ther 2005; 77(5):437-450.

(1451) Lee YS, Kim H, Wu TX, Wang XM, Dionne RA. Genetically mediated interindividual variation in analgesic responses to cyclooxygenase inhibitory drugs. Clin Pharmacol Ther 2006; 79(5):407-418.

(1452) Wang XM, Wu TX, Lee YS, Dionne RA. Rofecoxib regulates the expression of genes related to the matrix metalloproteinase pathway in humans: implication for the adverse effects of cyclooxygenase-2 inhibitors. Clin Pharmacol Ther 2006; 79(4):303-315.

(1453) Sato K, Yamada E, Uehara Y, Takagi H, Mori M. Possible role for human leukocyte antigen haplotype in rofecoxib-associated acute pancreatitis and cholestatic hepatitis. Clin Pharmacol Ther 2006; 80(5):554-555.

(1454) Picado C. Aspirin-induced asthma: what we know now. Clin Pulm Med 2004; 11(1):1-5.

(1455) Wolfe F, Fries JF. ARAMIS today: moving toward internationally distributed databank systems for follow-up studies. Clin Rheumatol 1987; 6 Suppl 2:93-102.

(1456) Lanza FL, Arnold JD. Etodolac, a new nonsteroidal anti-inflammatory drug: gastrointestinal microbleeding and endoscopic studies. Clin Rheumatol 1989; 8 Suppl 1:5-15.

(1457) Everts B, Wahrborg P, Hedner T. COX-2-Specific inhibitors--the emergence of a new class of analgesic and anti-inflammatory drugs. Clin Rheumatol 2000; 19(5):331-343.

(1458) Jolly M, Curran JJ. Chlamydial infection preceding the development of rheumatoid arthritis: a brief report. Clin Rheumatol 2004; 23(5):453-455.

(1459) Schnitzer TJ. Update on guidelines for the treatment of chronic musculoskeletal pain. Clin Rheumatol 2006; 25 Suppl 1:S22-S29.

(1460) Smedman A, Vessby B, Basu S. Isomer-specific effects of conjugated linoleic acid on lipid peroxidation in humans: regulation by alpha-tocopherol and cyclo-oxygenase-2 inhibitor. Clin Sci (Lond) 2004; 106(1):67-73.

(1461) Dey A, Maric C, Kaesemeyer WH et al. Rofecoxib decreases renal injury in obese Zucker rats. Clin Sci (Lond) 2004; 107(6):561-570.

(1462) Simon TJ, Roberts WG, Berlin RG, Hayden LJ, Berman RS, Reagan JE. Acid suppression by famotidine 20 mg twice daily or 40 mg twice daily in preventing relapse of endoscopic recurrence of erosive esophagitis. Clin Ther 1995; 17(6):1147-1156.

(1463) Morrison BW, Christensen S, Yuan W, Brown J, Amlani S, Seidenberg B. Analgesic efficacy of the cyclooxygenase-2-specific inhibitor rofecoxib in post-dental surgery pain: a randomized, controlled trial. Clin Ther 1999; 21(6):943-953.

(1464) Schnitzer TJ, Truitt K, Fleischmann R et al. The safety profile, tolerability, and effective dose range of rofecoxib in the treatment of rheumatoid arthritis. Phase II Rofecoxib Rheumatoid Arthritis Study Group. Clin Ther 1999; 21(10):1688-1702.

(1465) Fung HB, Kirschenbaum HL. Selective cyclooxygenase-2 inhibitors for the treatment of arthritis. Clin Ther 1999; 21(7):1131-1157.

(1466) Malmstrom K, Daniels S, Kotey P, Seidenberg BC, Desjardins PJ. Comparison of rofecoxib and celecoxib, two cyclooxygenase-2 inhibitors, in postoperative dental pain: a randomized, placebo- and active-comparator-controlled clinical trial. Clin Ther 1999; 21(10):1653-1663.

(1467) Chang DJ, Fricke JR, Bird SR, Bohidar NR, Dobbins TW, Geba GP. Rofecoxib versus codeine/acetaminophen in postoperative dental pain: a double-blind, randomized, placebo- and active comparator-controlled clinical trial. Clin Ther 2001; 23(9):1446-1455.

KS-000770

(1468)   Zhao SZ, Reynolds MW, Lejkowith J, Whelton A, Arellano FM. A comparison of renal-related adverse drug reactions between rofecoxib and celecoxib, based on the World Health Organization/Uppsala Monitoring Centre safety database. Clin Ther 2001; 23(9):1478-1491.

(1469)   Weaver AL. Rofecoxib: clinical pharmacology and clinical experience. Clin Ther 2001; 23(9):1323-1338.

(1470)   Schnitzer TJ. Osteoarthritis management: the role of cyclooxygenase-2-selective inhibitors. Clin Ther 2001; 23(3):313-326.

(1471)   Pellissier JM, Straus WL, Watson DJ, Kong SX, Harper SE. Economic evaluation of rofecoxib versus nonselective nonsteroidal anti-inflammatory drugs for the treatment of osteoarthritis. Clin Ther 2001; 23(7):1061-1079.

(1472)   Daniels SE, Grossman EH, Kuss ME, Talwalker S, Hubbard RC. A double-blind, randomized comparison of intramuscularly and intravenously administered parecoxib sodium versus ketorolac and placebo in a post-oral surgery pain model. Clin Ther 2001; 23(7):1018-1031.

(1473)   Osterhaus JT, Burke TA, May C, Wentworth C, Whelton A, Bristol S. Physician-reported management of edema and destabilized blood pressure in cyclooxygenase-2-specific inhibitor users with osteoarthritis and treated hypertension. Clin Ther 2002; 24(6):969-989.

(1474)   Schoors D. A comparison of the renal and cardiovascular safety of celecoxib and rofecoxib. Clin Ther 2002; 24(3):468-469.

(1475)   Chang DJ, Desjardins PJ, Chen E et al. Comparison of the analgesic efficacy of rofecoxib and enteric-coated diclofenac sodium in the treatment of postoperative dental pain: a randomized, placebo-controlled clinical trial. Clin Ther 2002; 24(4):490-503.

(1476)   Malmstrom K, Fricke JR, Kotey P, Kress B, Morrison B. A comparison of rofecoxib versus celecoxib in treating pain after dental surgery: a single-center, randomized, double-blind, placebo- and active-comparator-controlled, parallel-group, single-dose study using the dental impaction pain model. Clin Ther 2002; 24(10):1549-1560.

(1477)   Schnitzer TJ, Kong SX, Mitchell JH et al. An observational, retrospective, cohort study of dosing patterns for rofecoxib and celecoxib in the treatment of arthritis. Clin Ther 2003; 25(12):3162-3172.

(1478)   Chavez ML, DeKorte CJ. Valdecoxib: a review. Clin Ther 2003; 25(3):817-851.

(1479)   Becker RV, Burke TA, McCoy MA, Trotter JP. A model analysis of costs of blood pressure destabilization and edema associated with rofecoxib and celecoxib among older patients with osteoarthritis and hypertension in a Medicare Choice population. Clin Ther 2003; 25(2):647-662.

(1480)   Armstrong EP, Malone DC. The impact of nonsteroidal anti-inflammatory drugs on blood pressure, with an emphasis on newer agents. Clin Ther 2003; 25(1):1-18.

(1481)   Harley C, Wagner S. The prevalence of cardiorenal risk factors in patients prescribed nonsteroidal anti-inflammatory drugs: data from managed care. Clin Ther 2003; 25(1):139-149.

(1482)   Sumpradit N, Ascione FJ, Bagozzi RP. A cross-media content analysis of motivational themes in direct-to-consumer prescription drug advertising. Clin Ther 2004; 26(1):135-154.

(1483)   Cheng TT, Lai HM, Chiu CK, Chem YC. A single-blind, randomized, controlled trial to assess the efficacy and tolerability of rofecoxib, diclofenac sodium, and meloxicam in patients with acute gouty arthritis. Clin Ther 2004; 26(3):399-406.

(1484)   Korn S, Vassil TC, Kotey PN, Fricke JR, Jr. Comparison of rofecoxib and oxycodone plus acetaminophen in the treatment of acute pain: a randomized, double-blind, placebo-controlled study in patients with moderate to severe postoperative pain in the third molar extraction model. Clin Ther 2004; 26(5):769-778.

(1485)   Curtis SP, Ng J, Yu Q et al. Renal effects of etoricoxib and comparator nonsteroidal anti-inflammatory drugs in controlled clinical trials. Clin Ther 2004; 26(1):70-83.

(1486)   Knijff-Dutmer EA, Postma MJ, van der PJ, Brouwers JR, van de Laar MA. Incremental cost-effectiveness of cyclooxygenase 2-selective versus nonselective nonsteroidal anti-inflammatory drugs in a cohort [of] in users: a pharmacoeconomic analysis linked to a case-control study. Clin Ther 2004; 26(7):1160-1167.

KS-000771

(1487)  Matchaba P, Gitton X, Krammer G et al. Cardiovascular safety of lumiracoxib: a meta-analysis of all randomized controlled trials > or =1 week and up to 1 year in duration of patients with osteoarthritis and rheumatoid arthritis. Clin Ther 2005; 27(8):1196-1214.

(1488)  Daniels SE, Desjardins PJ, Bird SR, Smugar SS, Tershakovec AM. Rofecoxib 50 mg and valdecoxib 20 or 40 mg in adults and adolescents with postoperative pain after third molar extraction: results of two randomized, double-blind, placebo-controlled, single-dose studies. Clin Ther 2006; 28(7):1022-1034.

(1489)  Sanchez-Matienzo D, Arana A, Castellsague J, Perez-Gutthann S. Hepatic disorders in patients treated with COX-2 selective inhibitors or nonselective NSAIDs: a case/noncase analysis of spontaneous reports. Clin Ther 2006; 28(8):1123-1132.

(1490)  Michael HC, Sindet-Pederson S, Seymour RA et al. Analgesic efficacy of the cyclooxygenase-inhibiting nitric oxide donor AZD3582 in postoperative dental pain: Comparison with naproxen and rofecoxib in two randomized, double-blind, placebo-controlled studies. Clin Ther 2006; 28(9):1279-1295.

(1491)  Dubey K, Balani DK, Tripathi CB, Singh R, Bajaj R, Pillai KK. Adverse interactions of rofecoxib with lisinopril in spontaneously hypertensive rats. Clin Toxicol (Phila) 2005; 43(5):361-373.

(1492)  Tomamichel M, Reiner M. Treatment of Thrombophlebitis and Superficial Phlebitis: A Comparison of Nimesulide and Oxyphenbutazone. Clin Trials J 1983; 20(3):148-157.

(1493)  Milvio C. Treatment of Influenza Syndrome: A Double-Blind Controlled Trial of Nimesulide v. Aspirin. Clin Trials J 1985; 22(1):111-117.

(1494)  Tiseo BC, Namur GN, de Paula EJ, Junior RM, de Oliveira CR. Experimental study of the action of COX-2 selective nonsteroidal anti-inflammatory drugs and traditional anti-inflammatory drugs in bone regeneration. Clinics 2006; 61(3):223-230.

(1495)  Chen BH. COX-2 inhibitors and renal function in elderly people. CMAJ 2000; 163(5):604.

(1496)  Stienburg KL. Rofecoxib (Vioxx): a year in review. CMAJ 2001; 164(7):1039-5.

(1497)  Peterson JC. COX-2 inhibitors in the treatment of cardiovascular disease. CMAJ 2002; 167(7):738-739.

(1498)  Wright JM. The double-edged sword of COX-2 selective NSAIDs. CMAJ 2002; 167(10):1131-1137.

(1499)  Mamdani M, Rochon P, Laupacis A, Anderson G. Initial patterns of use of COX-2 inhibitors by elderly patients in Ontario: findings and implications. CMAJ 2002; 167(10):1125-1126.

(1500)  McCormack JP, Rangno R. Digging for data from the COX-2 trials. CMAJ 2002; 166(13):1649-1650.

(1501)  Wooltorton E. What's all the fuss? Safety concerns about COX-2 inhibitors rofecoxib (Vioxx) and celecoxib (Celebrex). CMAJ 2002; 166(13):1692-1693.

(1502)  Wright JM. Why don't we initiate more large simple randomized controlled trials? CMAJ 2003; 169(11):1170-1171.

(1503)  Sibbald B. Rofecoxib (Vioxx) voluntarily withdrawn from market. CMAJ 2004; 171(9):1027-1028.

(1504)  Bhandari M. Does perioperative oral rofecoxib therapy improve functional recovery after knee replacement surgery? CMAJ 2004; 170(10):1540.

(1505)  Zoutman DE, Ford BD, Bassili AR. The confidentiality of patient and physician information in pharmacy prescription records. CMAJ 2004; 170(5):815-816.

(1506)  Kondro W. Lawsuits mount in wake of rofecoxib (Vioxx) withdrawal. CMAJ 2004; 171(11):1335.

(1507)  Priest A. National consumer drug safety network launched. CMAJ 2005; 172(9):1168.

(1508)  Vioxx: lessons for Health Canada and the FDA. CMAJ 2005; 172(1):5, 7.

(1509)  Gorman DC. Perspectives on drug withdrawals. CMAJ 2005; 173(2):129.

KS-000772

(1510)  Murray S. Health Canada lukewarm on Vioxx panel findings. CMAJ 2005; 173(4):350.

(1511)  Williams R. Perspectives on drug withdrawals. CMAJ 2005; 173(2):129.

(1512)  Eggertson L. Vioxx award good news for Canadian lawsuits. CMAJ 2005; 173(7):744.

(1513)  Kondro W. Dispute over Vioxx study plays out in New England journal. CMAJ 2006; 174(10):1397.

(1514)  Levesque LE, Brophy JM, Zhang B. Time variations in the risk of myocardial infarction among elderly users of COX-2 inhibitors. CMAJ 2006; 174(11):1563-1569.

(1515)  Mamdani M, Warren L, Kopp A et al. Changes in rates of upper gastrointestinal hemorrhage after the introduction of cyclooxygenase-2 inhibitors in British Columbia and Ontario. CMAJ 2006; 175(12):1535-1538.

(1516)  Sibbald B. The vexations of Vioxx. CMAJ 2006; 174(4):444-445.

(1517)  Sibbald B. Vioxx should be allowed back on the market advises expert panel. CMAJ 2006; 175(3):234.

(1518)  Armstrong PW. Balancing the cyclooxygenase portfolio. CMAJ 2006; 174(11):1581-1582.

(1519)  Ashworth AJ. Cardiac risks with COX-2 inhibitors. CMAJ 2007; 176(4):489-492.

(1520)  Sibbald B. Quebec allows Vioxx class-action suit. CMAJ 2007; 176(1):20.

(1521)  Lucca U. Nonsteroidal anti-inflammatory drugs and Alzheimer's disease: update on recent data and their therapeutic implications. CNS Drugs 1999; 11(3):207-224.

(1522)  Tabet N, Feldmand H. Ibuprofen for Alzheimer's disease. Cochrane Database Syst Rev 2003;(2):CD004031.

(1523)  Garner SE, Fidan DD, Frankish R, Maxwell L. Rofecoxib for osteoarthritis. Cochrane Database Syst Rev 2005;(1):CD005115.

(1524)  Garner SE, Fidan DD, Frankish RR et al. Rofecoxib for rheumatoid arthritis. Cochrane Database Syst Rev 2005;(1):CD003685.

(1525)  Barden J, Edwards J, Moore RA, McQuay HJ. Single dose oral rofecoxib for postoperative pain. Cochrane Database Syst Rev 2005;(1):CD004604.

(1526)  Gagnier JJ, van TM, Berman B, Bombardier C. Herbal medicine for low back pain. Cochrane Database Syst Rev 2006;(2):CD004504.

(1527)  Towheed TE, Maxwell L, Judd MG, Catton M, Hochberg MC, Wells G. Acetaminophen for osteoarthritis. Cochrane Database Syst Rev 2006;(1):CD004257.

(1528)  Tassorelli C. Inibitori selettovo della ciclo-ossigenasi-2--un'arma potenziale per la terapia dell'emicrania? [Selective cyclo-oxygenase-2 inhibitors--a potential tool migraine therapy?]. Confin Cephalalgica 2000; 9(1):23.

(1529)  Sica DS, Schoolwerth AC, Gehr TW. Pharmacotherapy in congestive heart failure: COX-2 inhibition: a cautionary note in congestive heart failure. Congest Heart Fail 2000; 6(5):272-276.

(1530)  Sloan RW, Heimbach K. Sulfa allergy: when is cross-sensitivity a concern? Consultant 2001; 41(4):564a-564e.

(1531)  King SA. Chronic pain control: what's adequate and appropriate? 10 questions physicians often ask. Consultant 2003; 43(13):1558-1573.

(1532)  Gomez A, Florido JF, Quiralte J, Martin AE, Saenz de San PB. Allergic contact dermatitis due to indomethacin and diclofenac. Contact Dermatitis 2000; 43(1):59.

(1533)  SINBA Group. Indobufen versus aspirin plus dipyridamole after coronary artery bypass surgery. Coron Artery Dis 1991; 2(8):897-906.

KS-000773

(1534)   Cataldo G, Heiman F, Lavezzari M, Marubini E. Indobufen compared with aspirin and dipyridamole on graft patency after coronary artery bypass surgery: results of a combined analysis. Coron Artery Dis 1998; 9(4):217-222.

(1535)   Barton GR, Avery AJ, Whynes DK. Accounting for the increase in NSAID expenditure: substitution or leakage? Cost Eff Resour Alloc 2006; 4:9.

(1536)   Fosslien E. Biochemistry of cyclooxygenase (COX)-2 inhibitors and molecular pathology of COX-2 in neoplasia. Crit Rev Clin Lab Sci 2000; 37(5):431-502.

(1537)   O'Banion MK. Cyclooxygenase-2: molecular biology, pharmacology, and neurobiology. Crit Rev Neurobiol 1999; 13(1):45-82.

(1538)   Klegeris A, McGeer PL. Non-steroidal anti-inflammatory drugs (NSAIDs) and other anti-inflammatory agents in the treatment of neurodegenerative disease. Curr Alzheimer Res 2005; 2(3):355-365.

(1539)   Bing RJ. Cyclooxygenase-2 inhibitors: is there an association with coronary or renal events? Curr Atheroscler Rep 2003; 5(2):114-117.

(1540)   Chan TA. Cyclooxygenase inhibition and mechanisms of colorectal cancer prevention. Curr Cancer Drug Targets 2003; 3(6):455-463.

(1541)   Mahaffey KW, Harrington RA, Akkerhuis M et al. Systematic adjudication of myocardial infarction end-points in an international clinical trial. Curr Control Trials Cardiovasc Med 2001; 2(4):180-186.

(1542)   Al-Saidan SM, Krishnaiah YS, Satyanarayana V, Rao GS. In vitro and in vivo evaluation of guar gum-based matrix tablets of rofecoxib for colonic drug delivery. Curr Drug Deliv 2005; 2(2):155-163.

(1543)   Kalgutkar AS, Zhao Z. Discovery and design of selective cyclooxygenase-2 inhibitors as non-ulcerogenic, anti-inflammatory drugs with potential utility as anti-cancer agents. Curr Drug Targets 2001; 2(1):79-106.

(1544)   Paramo JA, Rodriguez JA, Beloqui O, Orbe J. Monocyte cyclooxygenase-2 activity: a new therapeutic target for atherosclerosis? Curr Drug Targets Cardiovasc Haematol Disord 2005; 5(4):303-311.

(1545)   Coruzzi G, Menozzi A, Dobrilla G. Novel non-steroidal anti-inflammatory drugs: what we have learned from animal studies. Curr Drug Targets Inflamm Allergy 2004; 3(1):43-61.

(1546)   Yamada M, Kawai M, Kawai Y, Mashima Y. The effect of selective cyclooxygenase-2 inhibitor on corneal angiogenesis in the rat. Curr Eye Res 1999; 19(4):300-304.

(1547)   Schiller LR. Lower gastrointestinal complications of nonsteroidal anti-inflammatory drugs. Curr Gastroenterol Rep 2003; 5(5):397-398.

(1548)   Leahy KM, Koki AT, Masferrer JL. Role of cyclooxygenases in angiogenesis. Curr Med Chem 2000; 7(11):1163-1170.

(1549)   Lednicer D. Tracing the origins of COX-2 inhibitors' structures. Curr Med Chem 2002; 9(15):1457-1461.

(1550)   Kiefer W, Dannhardt G. Novel insights and therapeutical applications in the field of inhibitors of COX-2. Curr Med Chem 2004; 11(24):3147-3161.

(1551)   Hoefer IE, Piek JJ, Pasterkamp G. Pharmaceutical interventions to influence arteriogenesis: new concepts to treat ischemic heart disease. Curr Med Chem 2006; 13(9):979-987.

(1552)   Jachak SM. Cyclooxygenase inhibitory natural products: current status. Curr Med Chem 2006; 13(6):659-678.

(1553)   Bosch HC, Sigmund R, Hettich M. Efficacy and tolerability of intramuscular and oral meloxicam in patients with acute lumbago: a comparison with intramuscular and oral piroxicam. Curr Med Res Opin 1997; 14(1):29-38.

(1554)   Steinfeld S, Poriau S. Patient and physician satisfaction with rofecoxib in osteoarthritis: results of the EVA (experience with VIOXX in arthritis) survey. Curr Med Res Opin 2001; 17(2):81-87.

(1555)   Wiholm BE. Identification of sulfonamide-like adverse drug reactions to celecoxib in the World Health Organization database. Curr Med Res Opin 2001; 17(3):210-216.

KS-000774

(1556) Zacher J, Schattenkirchner M. Patient and physician satisfaction with rofecoxib in osteoarthritis: results of a post-marketing surveillance study in primary care in Germany. Curr Med Res Opin 2002; 18(4):229-236.

(1557) Singh-Ranger G. Patient and physician satisfaction with rofecoxib in osteoarthritis: results of the EVA (experience with VIOXX in arthritis) survey. Current Medical Research and Opinion, 17(2): 81-8, 2001. Curr Med Res Opin 2002; 18(1):45-46.

(1558) Gertz BJ, Krupa D, Bolognese JA, Sperling RS, Reicin A. A comparison of adverse renovascular experiences among osteoarthritis patients treated with rofecoxib and comparator non-selective non-steroidal anti-inflammatory agents. Curr Med Res Opin 2002; 18(2):82-91.

(1559) Tacconelli S, Capone ML, Sciulli MG, Ricciotti E, Patrignani P. The biochemical selectivity of novel COX-2 inhibitors in whole blood assays of COX-isozyme activity. Curr Med Res Opin 2002; 18(8):503-511.

(1560) Collantes-Estevez E, Fernandez-Perez C. Improved control of osteoarthritis pain and self-reported health status in non-responders to celecoxib switched to rofecoxib: results of PAVIA, an open-label post-marketing survey in Spain. Curr Med Res Opin 2003; 19(5):402-410.

(1561) Arboleya LR, de la FE, Soledad GM, Aragon B. Experience of rofecoxib in patients with osteoarthritis previously treated with traditional non-steroidal anti-inflammatory drugs in Spain: results of phase 2 of the VICOXX study. Curr Med Res Opin 2003; 19(4):288-297.

(1562) Lee MC, Lee S, Suh DC, Kim J, Kong SX. A cross-sectional retrospective assessment of anti-arthritic drugs in patients with arthritis in Korea. Curr Med Res Opin 2003; 19(7):597-602.

(1563) Chang DJ, Desjardins PJ, Bird SR et al. Comparison of rofecoxib and a multidose oxycodone/ acetaminophen regimen for the treatment of acute pain following oral surgery: a randomized controlled trial. Curr Med Res Opin 2004; 20(6):939-949.

(1564) Bracco P, Debernardi C, Coscia D, Pasqualini D, Pasqualicchio F, Calabrese N. Efficacy of rofecoxib and nimesulide in controlling postextraction pain in oral surgery: a randomised comparative study. Curr Med Res Opin 2004; 20(1):107-112.

(1565) Desjardins PJ, Black PM, Daniels S et al. A randomized controlled study comparing rofecoxib, diclofenac sodium, and placebo in post-bunionectomy pain. Curr Med Res Opin 2004; 20(10):1523-1537.

(1566) Watson DJ, Yu Q, Bolognese JA, Reicin AS, Simon TJ. The upper gastrointestinal safety of rofecoxib vs. NSAIDs: an updated combined analysis. Curr Med Res Opin 2004; 20(10):1539-1548.

(1567) Katz N, Rodgers DB, Krupa D, Reicin A. Onset of pain relief with rofecoxib in chronic low back pain: results of two four-week, randomized, placebo-controlled trials. Curr Med Res Opin 2004; 20(5):651-658.

(1568) Samad T, Abdi S. Cyclooxygenase-2 and antagonists in pain management. Curr Opin Anaesthesiol 2001; 14(5):527-532.

(1569) O'Banion MK. The potential of cyclooxygenase inhibitors in treatment and prevention of Alzheimer's disease. Curr Opin Anti-Inflamm Immuno Invest Drugs 2000; 2(3):186-2.

(1570) James MJ, Cleland LG. Cyclooxygenase-2 inhibitors: what went wrong? Curr Opin Clin Nutr Metab Care 2006; 9(2):89-94.

(1571) Breyer MD, Hao C, Qi Z. Cyclooxygenase-2 selective inhibitors and the kidney. Curr Opin Crit Care 2001; 7(6):393-400.

(1572) Hawkey CJ, Fortun PJ. Cyclooxygenase-2 inhibitors. Curr Opin Gastroenterol 2005; 21(6):660-664.

(1573) Kiefer W, Dannhardt G. COX-2 inhibition and the control of pain. Curr Opin Investig Drugs 2002; 3(9):1348-1358.

(1574) Linton MF, Fazio S. Cyclooxygenase-2 and atherosclerosis. Curr Opin Lipidol 2002; 13(5):497-504.

(1575) Harris CJ, Brater DC. Renal effects of cyclooxygenase-2 selective inhibitors. Curr Opin Nephrol Hypertens 2001; 10(5):603-610.

**KS-000775**

(1576) Iadecola C, Alexander M. Cerebral ischemia and inflammation. Curr Opin Neurol 2001; 14(1):89-94.

(1577) King JF. Tocolysis and preterm labour. Curr Opin Obstet Gynecol 2004; 16(6):459-463.

(1578) Linton MF, Fazio S. Cyclooxygenase-2 and inflammation in atherosclerosis. Curr Opin Pharmacol 2004; 4(2):116-123.

(1579) Wang D, Wang M, Cheng Y, FitzGerald GA. Cardiovascular hazard and non-steroidal anti-inflammatory drugs. Curr Opin Pharmacol 2005; 5(2):204-210.

(1580) Crofford LJ. Specific cyclooxygenase-2 inhibitors: what have we learned since they came into widespread clinical use? Curr Opin Rheumatol 2002; 14(3):225-230.

(1581) Ardoin SP, Sundy JS. Update on nonsteriodal anti-inflammatory drugs. Curr Opin Rheumatol 2006; 18(3):221-226.

(1582) Crofford LJ. Clinical experience with specific COX-2 inhibitors in arthritis. Curr Pharm Des 2000; 6(17):1725-1736.

(1583) Hawkey CJ, Skelly MM. Gastrointestinal safety of selective COX-2 inhibitors. Curr Pharm Des 2002; 8(12):1077-1089.

(1584) Graham GG, Graham RI, Day RO. Comparative analgesia, cardiovascular and renal effects of celecoxib, rofecoxib and acetaminophen (paracetamol). Curr Pharm Des 2002; 8(12):1063-1075.

(1585) Scheiman JM. Gastroduodenal safety of cyclooxygenase-2 inhibitors. Curr Pharm Des 2003; 9(27):2197-2206.

(1586) Perini RF, Ma L, Wallace JL. Mucosal repair and COX-2 inhibition. Curr Pharm Des 2003; 9(27):2207-2211.

(1587) Chan FK. COX-2 inhibition, H. pylori infection and the risk of gastrointestinal complications. Curr Pharm Des 2003; 9(27):2213-2219.

(1588) Meagher EA. Cardiovascular and renovascular implications of COX-2 inhibition. Curr Pharm Des 2004; 10(6):603-611.

(1589) Tacconelli S, Capone ML, Patrignani P. Clinical pharmacology of novel selective COX-2 inhibitors. Curr Pharm Des 2004; 10(6):589-601.

(1590) Dogne JM, Hanson J, Supuran C, Pratico D. Coxibs and cardiovascular side-effects: from light to shadow. Curr Pharm Des 2006; 12(8):971-975.

(1591) Committee on Safety of Medicines. Rofecoxib (VIOXX). Curr Probl Pharmacovigilance 2000; 26:13.

(1592) No Author. Non-steroidal anti-inflammatory drugs (NSAIDs) and gastrointestinal (GI) safety. Curr Probl Pharmacovigilance 2002; 28:5.

(1593) Kurth T, Hennekens CH, Buring JE, Gaziano JM. Aspirin, NSAIDs, and COX-2 inhibitors in cardiovascular disease: possible interactions and implications for treatment of rheumatoid arthritis. Curr Rheumatol Rep 2004; 6(5):351-356.

(1594) Shoor S. Athletes, nonsteroidal anti-inflammatory drugs, coxibs, and the gastrointestinal tract. Curr Sports Med Rep 2002; 1(2):107-115.

(1595) Miller Q, Losken A, Harre JG, Bird ME. Rofecoxib does not adversely affect skin graft survival in a rat model. Curr Surg 2004; 61(2):227-230.

(1596) Reiner M, Magni E. Efficacy and Safety of Nimesulide in the Short-Term Treatment of Rheumatoid Arthritis. Curr Ther Res Clin Exp 1982; 31(6, Sec. 1):906-912.

(1597) Cornaro G. A New Non-Steroidal Anti-Inflammatory Drug in the Treatment of Inflammations Due to Parodontal Surgery. Curr Ther Res Clin Exp 1983; 33(6, Sec. 1):982-989.

(1598) Cipollini F, Mecozzi V, Altilia F. Endoscopic Assessment of the Effects of Nimesulide on the Gastric Mucosa: Comparison with Indomethacin. Curr Ther Res Clin Exp 1989; 45(6):1042-1048.

(1599) Rondel RK, Eberhardt RT, Koch J, Schurmann W. Treatment of Primary Essential Dysmenorrhoea with Nimesulide: A Double-Blind Crossover Study. Curr Ther Res Clin Exp 2004; 35(1):123-129.

KS-000776

(1600)  Pham R, Hirschberg R. Global safety of coxibs and NSAIDs. Curr Top Med Chem 2005; 5(5):465-473.

(1601)  Rodriguez-Moranta F, Castells A. Mechanisms of colon cancer prevention with and beyond COX-2 inhibition. Curr Top Med Chem 2005; 5(5):505-516.

(1602)  Takeuchi K, Tanaka A, Hayashi Y, Yokota A. COX inhibition and NSAID-induced gastric damage--roles in various pathogenic events. Curr Top Med Chem 2005; 5(5):475-486.

(1603)  Fiorucci S, Antonelli E. Dual COX-inhibitors: the answer is NO? Curr Top Med Chem 2005; 5(5):487-492.

(1604)  Lehmann FS, Beglinger C. Impact of COX-2 inhibitors in common clinical practice a gastroenterologist's perspective. Curr Top Med Chem 2005; 5(5):449-464.

(1605)  Arber N, Levin B. Chemoprevention of colorectal cancer: ready for routine use? Curr Top Med Chem 2005; 5(5):517-525.

(1606)  Hochberg MC. COX-2 selective inhibitors in the treatment of arthritis: a rheumatologist perspective. Curr Top Med Chem 2005; 5(5):443-448.

(1607)  Benamouzig R, Uzzan B, Little J, Chaussade S. Low dose aspirin, COX-inhibition and chemoprevention of colorectal cancer. Curr Top Med Chem 2005; 5(5):493-503.

(1608)  Lanas A. Benefits, problems and alternatives to COX-2 inhibition. Curr Top Med Chem 2005; 5(5):441-442.

(1609)  Nedorost ST, Florentino FT, Gilliam AC. Fixed drug eruption to rofecoxib. Cutis 2002; 70(2):125-126.

(1610)  George MM, Li SD, Mindikoglu AL et al. Platelet sparing effect of COX II inhibition used with pegylated interferon alfa-2a for the treatment of chronic hepatitis C: a short term pilot study. Cytokine 2004; 27(6):159-165.

(1611)  Khan AA, Dionne RA. The COX-2 inhibitors: new analgesic and anti-inflammatory drugs. Dent Clin North Am 2002; 46(4):679-690.

(1612)  Kaur C, Sarkar R, Kanwar AJ. Fixed drug eruption to rofecoxib with cross-reactivity to sulfonamides. Dermatology 2001; 203(4):351.

(1613)  Sarkar R, Kaur C, Kanwar AJ. Erythema multiforme due to rofecoxib. Dermatology 2002; 204(4):304-305.

(1614)  Gysemans C, Stoffels K, Giulietti A et al. Prevention of primary non-function of islet xenografts in autoimmune diabetic NOD mice by anti-inflammatory agents. Diabetologia 2003; 46(8):1115-1123.

(1615)  Alpert E, Gruzman A, Lardi-Studler B, Cohen G, Reich R, Sasson S. Cyclooxygenase-2 (PTGS2) inhibitors augment the rate of hexose transport in L6 myotubes in an insulin- and AMPKalpha-independent manner. Diabetologia 2006; 49(3):562-570.

(1616)  Collins PW, Pappo R, Dajani EZ. Chemistry and synthetic development of misoprostol. Dig Dis Sci 1985; 30(11 Suppl):114S-117S.

(1617)  Herting RL, Nissen CH. Overview of misoprostol clinical experience. Dig Dis Sci 1986; 31(2 Suppl):47S-54S.

(1618)  Lanza FL, Graham DY, Davis RE, Rack MF. Endoscopic comparison of cimetidine and sucralfate for prevention of naproxen-induced acute gastroduodenal injury. Effect of scoring method. Dig Dis Sci 1990; 35(12):1494-1499.

(1619)  Agrawal NM, Van Kerckhove HE, Erhardt LJ, Geis GS. Misoprostol coadministered with diclofenac for prevention of gastroduodenal ulcers. A one-year study. Dig Dis Sci 1995; 40(5):1125-1131.

(1620)  Laudanno OM, Cesolari JA, Esnarriaga J et al. Gastrointestinal damage induced by celecoxib and rofecoxib in rats. Dig Dis Sci 2001; 46(4):779-784.

(1621)  Takeuchi K, Kagawa S, Mimaki H, Aoi M, Kawauchi S. COX and NOS isoforms involved in acid-induced duodenal bicarbonate secretion in rats. Dig Dis Sci 2002; 47(9):2116-2124.

**KS-000777**

(1622)  Konturek PC, Konturek SJ, Bielanski W et al. Influence of COX-2 inhibition by rofecoxib on serum and tumor progastrin and gastrin levels and expression of PPARgamma and apoptosis-related proteins in gastric cancer patients. Dig Dis Sci 2003; 48(10):2005-2017.

(1623)  Arber N. COX-2 cancer prevent CRC: from the bench to the bed side. Dig Dis Sci 2003; 48(9):1867.

(1624)  Hallak A, on-Baron L, Shamir R et al. Rofecoxib reduces polyp recurrence in familial polyposis. Dig Dis Sci 2003; 48(10):1998-2002.

(1625)  Takeuchi K, Tanaka A, Hayashi Y, Kubo Y. Functional mechanism underlying COX-2 expression following administration of indomethacin in rat stomachs: importance of gastric hypermotility. Dig Dis Sci 2004; 49(2):180-187.

(1626)  Papachristou GI, Demetris AJ, Rabinovitz M. Acute cholestatic hepatitis associated with long-term use of rofecoxib. Dig Dis Sci 2004; 49(3):459-461.

(1627)  Takeuchi K, Yokota A, Tanaka A, Takahira Y. Factors involved in upregulation of inducible nitric oxide synthase in rat small intestine following administration of nonsteroidal anti-inflammatory drugs. Dig Dis Sci 2006; 51(7):1250-1259.

(1628)  Mor M, Niv G, Niv Y. Patient retention in a clinical trial: a lesson from the rofecoxib (VIOXX) study. Dig Dis Sci 2006; 51(7):1175-1178.

(1629)  Tanaka A, Hatazawa R, Takahira Y, Izumi N, Filaretova L, Takeuchi K. Preconditioning stress prevents cold restraint stress-induced gastric lesions in rats: roles of COX-1, COX-2, and PLA2. Dig Dis Sci 2007; 52(2):478-487.

(1630)  Wallace JL, Muscara MN. Selective cyclo-oxygenase-2 inhibitors: cardiovascular and gastrointestinal toxicity. Dig Liver Dis 2001; 33 Suppl 2:S21-S28.

(1631)  Wallace JL. Selective cyclooxygenase-2 inhibitors: after the smoke has cleared. Dig Liver Dis 2002; 34(2):89-94.

(1632)  Harsch IA, Michaeli P, Hahn EG, Konturek PC, Klein R. A rare case of rofecoxib-induced cholestatic hepatitis. Dig Liver Dis 2003; 35(12):911-912.

(1633)  Wong VW, Leong RW, Chan FK. Upper gastrointestinal complications related to non-steroidal anti-inflammatory drugs--what have we achieved so far? Dig Liver Dis 2004; 36(1):1-3.

(1634)  Radaelli F, Feltri M, Meucci G, Spinzi G, Terruzzi V, Minoli G. Ischemic colitis associated with rofecoxib. Dig Liver Dis 2005; 37(5):372-376.

(1635)  Geis GS, Hubbard RC, Callison DA, Yu S, Zhao W. Safety and efficacy of celecoxib, a specific COX-2 inhibitor, in patients with rheumatoid arthritis. Digestion 1998; 59(3 Suppl.):216.

(1636)  Araki H, Komoike Y, Matsumoto M, Tanaka A, Takeuchi K. Healing of duodenal ulcers is not impaired by indomethacin or rofecoxib, the selective COX-2 inhibitor, in rats. Digestion 2002; 66(3):145-153.

(1637)  Takeuchi K, Miyazawa T, Matsumoto M, Hayashi Y. Both selective COX-1 and COX-2 inhibitors aggravate gastric damage induced in rats by 2-deoxy-D-glucose. relation to gastric hypermotility and COX-2 expression. Digestion 2003; 68(2-3):71-79.

(1638)  Yamato M, Nagahama K, Kotani T, Kato S, Takeuchi K. Biphasic effect of prostaglandin E2 in a rat model of esophagitis mediated by EP1 receptors: relation to pepsin secretion. Digestion 2005; 72(2-3):109-118.

(1639)  Church J, Simmang C. Practice parameters for the treatment of patients with dominantly inherited colorectal cancer (familial adenomatous polyposis and hereditary nonpolyposis colorectal cancer). Dis Colon Rectum 2003; 46(8):1001-1012.

(1640)  Nair KV, Ganther JM, Valuck RJ, McCollum M, Lewis SJ. Improving formulary compliance with managed care members. Drug Benefit Trends 2002; 14(7):44-46.

(1641)  Shapiro DR, Cook TJ. Aanalysis of Long-Term Adverse Experience Dtabase Using the Weibull Model. Drug Info J 1994; 28:541-552.

**KS-000778**

(1642)  Mannini D, Spotti D, Magni E, Monti T. Double-Blind Endoscopic Study Comparing the Effect of Nimesulide and Placebo on Gastric Mucosa of Dyspeptic Subjects. Drug Invest 1990; 2(3):162-166.

(1643)  Nicoll-Griffith DA, Falgueyret JP, Silva JM et al. Oxidative bioactivation of the lactol prodrug of a lactone cyclooxygenase-2 inhibitor. Drug Metab Dispos 1999; 27(3):403-409.

(1644)  Halpin RA, Geer LA, Zhang KE et al. The absorption, distribution, metabolism and excretion of rofecoxib, a potent and selective cyclooxygenase-2 inhibitor, in rats and dogs. Drug Metab Dispos 2000; 28(10):1244-1254.

(1645)  Baillie TA, Halpin RA, Matuszewski BK et al. Mechanistic studies on the reversible metabolism of rofecoxib to 5-hydroxyrofecoxib in the rat: evidence for transient ring opening of a substituted 2-furanone derivative using stable isotope-labeling techniques. Drug Metab Dispos 2001; 29(12):1614-1628.

(1646)  Halpin RA, Porras AG, Geer LA et al. The disposition and metabolism of rofecoxib, a potent and selective cyclooxygenase-2 inhibitor, in human subjects. Drug Metab Dispos 2002; 30(6):684-693.

(1647)  Slaughter D, Takenaga N, Lu P et al. Metabolism of rofecoxib in vitro using human liver subcellular fractions. Drug Metab Dispos 2003; 31(11):1398-1408.

(1648)  Zhang JY, Zhan J, Cook CS, Ings RM, Breau AP. Involvement of human UGT2B7 and 2B15 in rofecoxib metabolism. Drug Metab Dispos 2003; 31(5):652-658.

(1649)  Rodrigues AD. Impact of CYP2C9 genotype on pharmacokinetics: are all cyclooxygenase inhibitors the same? Drug Metab Dispos 2005; 33(11):1567-1575.

(1650)  Oitate M, Hirota T, Koyama K, Inoue S, Kawai K, Ikeda T. Covalent binding of radioactivity from [14C]rofecoxib, but not [14C]celecoxib or [14C]CS-706, to the arterial elastin of rats. Drug Metab Dispos 2006; 34(8):1417-1422.

(1651)  Karjalainen MJ, Neuvonen PJ, Backman JT. Rofecoxib is a potent, metabolism-dependent inhibitor of CYP1A2: implications for in vitro prediction of drug interactions. Drug Metab Dispos 2006; 34(12):2091-2096.

(1652)  Parnham MJ. Selective COX-2 inhibitors. Drug News Perspect 1997; 10(3):182-187.

(1653)  Richardson C, Emery P. The clinical implications of inhibition of the inducible form of cyclo-oxygenase. Drug Saf 1996; 15(4):249-260.

(1654)  Feenstra J, Grobbee DE, Mosterd A, Stricker BH. Adverse cardiovascular effects of NSAIDs in patients with congestive heart failure. Drug Saf 1997; 17(3):166-180.

(1655)  La CR, Caselli M, Castellino G, Bajocchi G, Trotta F. Prophylaxis and treatment of NSAID-induced gastroduodenal disorders. Drug Saf 1999; 20(6):527-543.

(1656)  Knowles S, Shapiro L, Shear NH. Should celecoxib be contraindicated in patients who are allergic to sulfonamides? Revisiting the meaning of 'sulfa' allergy. Drug Saf 2001; 24(4):239-247.

(1657)  Shear NH, Knowles S, Shapiro L. Should celecoxib be contraindicated in patients who are allergic to sulfonamides? The authors reply. Drug Saf 2002; 25(4):299-300.

(1658)  Stone S, Khamashta MA, Nelson-Piercy C. Nonsteroidal anti-inflammatory drugs and reversible female infertility: is there a link? Drug Saf 2002; 25(8):545-551.

(1659)  Wiholm BE. Should celecoxib be contraindicated in patients who are allergic to sulfonamides? Drug Saf 2002; 25(4):297-299.

(1660)  Coulter DM. Signal generation in the New Zealand Intensive Medicines Monitoring Programme: a combined clinical and statistical approach. Drug Saf 2002; 25(6):433-439.

(1661)  Ahmad SR, Kortepeter C, Brinker A, Chen M, Beitz J. Renal failure associated with the use of celecoxib and rofecoxib. Drug Saf 2002; 25(7):537-544.

(1662)  Noroian G, Clive D. Cyclo-oxygenase-2 inhibitors and the kidney: a case for caution. Drug Saf 2002; 25(3):165-172.

KS-000779

(1663)  Howes LG, Krum H. Selective cyclo-oxygenase-2 inhibitors and myocardial infarction: how strong is the link? Drug Saf 2002; 25(12):829-835.

(1664)  Bannwarth B, Treves R, Euller-Ziegler L, Rolland D, Ravaud P, Dougados M. Adverse events associated with rofecoxib therapy: results of a large study in community-derived osteoarthritic patients. Drug Saf 2003; 26(1):49-54.

(1665)  Meagher EA. Balancing gastroprotection and cardioprotection with selective cyclo-oxygenase-2 inhibitors: clinical implications. Drug Saf 2003; 26(13):913-924.

(1666)  Laporte JR, Ibanez L, Vidal X, Vendrell L, Leone R. Upper gastrointestinal bleeding associated with the use of NSAIDs: newer versus older agents. Drug Saf 2004; 27(6):411-420.

(1667)  Chan VS. A mechanistic perspective on the specificity and extent of COX-2 inhibition in pregnancy. Drug Saf 2004; 27(7):421-426.

(1668)  Clark DW, Donnelly E, Coulter DM, Roberts RL, Kennedy MA. Linking pharmacovigilance with pharmacogenetics. Drug Saf 2004; 27(15):1171-1184.

(1669)  Schmidt H, Woodcock BG, Geisslinger G. Benefit-risk assessment of rofecoxib in the treatment of osteoarthritis. Drug Saf 2004; 27(3):185-196.

(1670)  Mittmann N, Knowles SR, Gomez M, Fish JS, Cartotto R, Shear NH. Evaluation of the extent of under-reporting of serious adverse drug reactions: the case of toxic epidermal necrolysis. Drug Saf 2004; 27(7):477-487.

(1671)  Shields KE, Wiholm BE, Hostelley LS, Striano LF, Arena SR, Sharrar RG. Monitoring outcomes of pregnancy following drug exposure: a company-based pregnancy registry program. Drug Saf 2004; 27(6):353-367.

(1672)  Clark DW, Layton D, Shakir SA. Do some inhibitors of COX-2 increase the risk of thromboembolic events?: Linking pharmacology with pharmacoepidemiology. Drug Saf 2004; 27(7):427-456.

(1673)  Kasliwal R, Layton D, Harris S, Wilton L, Shakir SA. A comparison of reported gastrointestinal and thromboembolic events between rofecoxib and celecoxib using observational data. Drug Saf 2005; 28(9):803-816.

(1674)  Edwards IR. What are the real lessons from Vioxx? Drug Saf 2005; 28(8):651-658.

(1675)  Bannwarth B. Do selective cyclo-oxygenase-2 inhibitors have a future? Drug Saf 2005; 28(3):183-189.

(1676)  Harrison-Woolrych M, Herbison P, McLean R, Ashton J, Slattery J. Incidence of thrombotic cardiovascular events in patients taking celecoxib compared with those taking rofecoxib: interim results from the New Zealand Intensive Medicines Monitoring Programme. Drug Saf 2005; 28(5):435-442.

(1677)  Chan FK. NSAID-induced peptic ulcers and Helicobacter pylori infection: implications for patient management. Drug Saf 2005; 28(4):287-300.

(1678)  La GL, Lee L, Weaver J et al. Comparison of reporting of Stevens-Johnson syndrome and toxic epidermal necrolysis in association with selective COX-2 inhibitors. Drug Saf 2005; 28(10):917-924.

(1679)  Layton D, Marshall V, Boshier A, Friedmann P, Shakir SA. Serious skin reactions and selective COX-2 inhibitors: a case series from prescription-event monitoring in England. Drug Saf 2006; 29(8):687-696.

(1680)  Naesdal J, Brown K. NSAID-associated adverse effects and acid control aids to prevent them: a review of current treatment options. Drug Saf 2006; 29(2):119-132.

(1681)  Barnard L, Lavoie D, Lajeunesse N. Increase in nonfatal digestive perforations and haemorrhages following introduction of selective NSAIDs: a public health concern. Drug Saf 2006; 29(7):613-620.

(1682)  Motsko SP, Rascati KL, Busti AJ et al. Temporal relationship between use of NSAIDs, including selective COX-2 inhibitors, and cardiovascular risk. Drug Saf 2006; 29(7):621-632.

(1683)  Huang WF, Hsiao FY, Tsai YW, Wen YW, Shih YT. Cardiovascular events associated with long-term use of celecoxib, rofecoxib and meloxicam in Taiwan: an observational study. Drug Saf 2006; 29(3):261-272.

KS-000780

(1684)   Are rofecoxib and celecoxib safer NSAIDs? Drug Ther Bull 2000; 38(11):81-86.

(1685)   Wiseman LR, Fitton A, Buckley MM. Indobufen. A review of its pharmacodynamic and pharmacokinetic properties, and therapeutic efficacy in cerebral, peripheral and coronary vascular disease. Drugs 1992; 44(3):445-464.

(1686)   Cashman JN. The mechanisms of action of NSAIDs in analgesia. Drugs 1996; 52 Suppl 5:13-23.

(1687)   Wollheim FA. Current pharmacological treatment of osteoarthritis. Drugs 1996; 52 Suppl 3:27-38.

(1688)   Jouzeau JY, Terlain B, Abid A, Nedelec E, Netter P. Cyclo-oxygenase isoenzymes. How recent findings affect thinking about nonsteroidal anti-inflammatory drugs. Drugs 1997; 53(4):563-582.

(1689)   Choy EH, Scott DL. Drug treatment of rheumatic diseases in the 1990s. Achievements and future developments. Drugs 1997; 53(3):337-348.

(1690)   Toussirot E, Wendling D. Current guidelines for the drug treatment of ankylosing spondylitis. Drugs 1998; 56(2):225-240.

(1691)   Saag K. Rofecoxib. Drugs 1999; 58(3):506.

(1692)   Scott LJ, Lamb HM. Rofecoxib. Drugs 1999; 58(3):499-505.

(1693)   Hunt RH. Rofecoxib. Drugs 1999; 58(3):506-507.

(1694)   Jackson LM, Hawkey CJ. COX-2 selective nonsteroidal anti-Inflammatory drugs: do they really offer any advantages? Drugs 2000; 59(6):1207-1216.

(1695)   Clemett D, Goa KL. Celecoxib: a review of its use in osteoarthritis, rheumatoid arthritis and acute pain. Drugs 2000; 59(4):957-980.

(1696)   Matheson AJ, Figgitt DP. Rofecoxib: a review of its use in the management of osteoarthritis, acute pain and rheumatoid arthritis. Drugs 2001; 61(6):833-865.

(1697)   Nurmohamed MT, van H, V, Dijkmans BA. Cardiovascular risk profile of antirheumatic agents in patients with osteoarthritis and rheumatoid arthritis. Drugs 2002; 62(11):1599-1609.

(1698)   Cochrane DJ, Jarvis B, Keating GM. Etoricoxib. Drugs 2002; 62(18):2637-2651.

(1699)   Ormrod D, Wellington K, Wagstaff AJ. Valdecoxib. Drugs 2002; 62(14):2059-2071.

(1700)   Bianchi M, Broggini M. A randomized, double-blind, clinical trial comparing the efficacy of nimesulide, celecoxib and rofecoxib in osteoarthritis of the knee. Drugs 2003; 63 Suppl 1:37-46.

(1701)   Fenton C, Keating GM, Wagstaff AJ. Valdecoxib: a review of its use in the management of osteoarthritis, rheumatoid arthritis, dysmenorrhoea and acute pain. Drugs 2004; 64(11):1231-1261.

(1702)   Kozel MM, Sabroe RA. Chronic urticaria: aetiology, management and current and future treatment options. Drugs 2004; 64(22):2515-2536.

(1703)   Scheiman JM. Unmet needs in non-steroidal anti-inflammatory drug-induced upper gastrointestinal diseases. Drugs 2006; 66 Suppl 1:15-21.

(1704)   Davies NM, Wallace JL. Selective inhibitors of cyclooxygenase-2. Potential in elderly patients. Drugs Aging 1996; 9(6):406-417.

(1705)   Aisen PS, Pasinetti GM. Glucocorticoids in Alzheimer's disease. The story so far. Drugs Aging 1998; 12(1):1-6.

(1706)   Bird HA. When are NSAIDs appropriate in osteoarthritis? Drugs Aging 1998; 12(2):87-95.

(1707)   Reddy BS, Rao CV. Colon cancer: a role for cyclo-oxygenase-2-specific nonsteroidal anti-inflammatory drugs. Drugs Aging 2000; 16(5):329-334.

KS-000781

(1708)   McGeer PL. Cyclo-oxygenase-2 inhibitors: rationale and therapeutic potential for Alzheimer's disease. Drugs Aging 2000; 17(1):1-11.

(1709)   Bhana N, McClellan KJ. Indobufen: an updated review of its use in the management of atherothrombosis. Drugs Aging 2001; 18(5):369-388.

(1710)   Davis MP, Srivastava M. Demographics, assessment and management of pain in the elderly. Drugs Aging 2003; 20(1):23-57.

(1711)   Nikolaus T, Zeyfang A. Pharmacological treatments for persistent non-malignant pain in older persons. Drugs Aging 2004; 21(1):19-41.

(1712)   Brinker A, Goldkind L, Bonnel R, Beitz J. Spontaneous reports of hypertension leading to hospitalisation in association with rofecoxib, celecoxib, nabumetone and oxaprozin. Drugs Aging 2004; 21(7):479-484.

(1713)   Savage R. Cyclo-oxygenase-2 inhibitors: when should they be used in the elderly? Drugs Aging 2005; 22(3):185-200.

(1714)   Bansal SS, Joshi A, Bansal AK. New dosage formulations for targeted delivery of cyclo-oxygenase-2 inhibitors : focus on use in the elderly. Drugs Aging 2007; 24(6):441-451.

(1715)   Bernasconi P, Massera E. Evaluation of a new pharmaceutical form of nimesulide for the treatment of influenza. Drugs Exp Clin Res 1985; 11(10):739-743.

(1716)   Pochobradsky MG, Mele G, Beretta A, Montagnani G. Post-marketing survey of nimesulide in the short-term treatment of osteoarthritis. Drugs Exp Clin Res 1991; 17(3):197-204.

(1717)   Sorbera LA, Leeson PA, Castaner J. Rofecoxib: antiinflammatory cyclooxygenase-2 inhibitor. Drugs Future 1998; 23(12):1287-1296.

(1718)   Nitronaproxen: AZD 3582, HCT 3012, Naproxen Nitroxybutylester, NO-Naproxen. Drugs R D 2006; 7(4):262-266.

(1719)   No Author. Rofecoxib: a selective COX-2 inhibitor. Drugs Ther Perspect 2000; 15(2):1-5.

(1720)   No Author. Rofecoxib: a selective and effective COX-2 inhibitor. Drugs Ther Perspect 2002; 18(2):1-3.

(1721)   Cannon GW. Rofecoxib: a specific cyclooxygenase inhibitor. Drugs Today (Barc ) 2000; 36(4):255-262.

(1722)   Cacabelos R, Alvarez A, Lombardi V et al. Pharmacological treatment of Alzheimer disease: from psychotropic drugs and cholinesterase inhibitors to pharmacogenomics. Drugs Today (Barc ) 2000; 36(7):415-499.

(1723)   Foral PA, Nystrom KK, Wilson AF, Christensen CM. Gastrointestinal-related adverse effects of COX-2 inhibitors. Drugs Today (Barc ) 2003; 39(12):939-948.

(1724)   Kammerl MC, Schweda F, Endemann D, Stubanus M, Fischereder M, Kramer BK. Influence of cyclooxygenase-2 on renin secretion in man. Dtsch Med Wochenschr 2000; 125(3 Suppl.):S71.

(1725)   Greener M. Drug safety on trial. Last year's withdrawal of the anti-arthritis drug Vioxx triggered a debate about how to better monitor drug safety even after approval. EMBO Rep 2005; 6(3):202-204.

(1726)   Wilton T. Cyclooxygenase-2 inhibitors: do they have a role in emergency department prescribing? Emerg Med Australas 2004; 16(1):65-73.

(1727)   Garcia Rodriguez LA, Walker AM, Perez GS. Nonsteroidal antiinflammatory drugs and gastrointestinal hospitalizations in Saskatchewan: a cohort study. Epidemiology 1992; 3(4):337-342.

(1728)   Garcia Rodriguez LA, Varas C, Patrono C. Differential effects of aspirin and non-aspirin nonsteroidal antiinflammatory drugs in the primary prevention of myocardial infarction in postmenopausal women. Epidemiology 2000; 11(4):382-387.

(1729)   Schneeweiss S, Glynn RJ, Tsai EH, Avorn J, Solomon DH. Adjusting for unmeasured confounders in pharmacoepidemiologic claims data using external information: the example of COX2 inhibitors and myocardial infarction. Epidemiology 2005; 16(1):17-24.

KS-000782

(1730) Brochier ML. Evaluation of flurbiprofen for prevention of reinfarction and reocclusion after successful thrombolysis or angioplasty in acute myocardial infarction. The Flurbiprofen French Trial. Eur Heart J 1993; 14(7):951-957.

(1731) Verheggen PW, de Maat MP, Cats VM et al. Inflammatory status as a main determinant of outcome in patients with unstable angina, independent of coagulation activation and endothelial cell function. Eur Heart J 1999; 20(8):567-574.

(1732) Heba G, Dudek D, Dubiel JS, Legutko J. More pronounced decrease of inflammatory markers with combination of statins and COX-2 inhibitors following acute coronary syndromes [ABSTRACT 1302]. Eur Heart J 2001; 22(Abstr. Suppl.):240-Abstr. 1302.

(1733) Tzivoni J, Monakier D, Klutstein MW, Matas M, Zedek S. Rofecoxib, a COX-2 inhibitor NSAID lowers C-reactive protein and IL-6 level in patients with unstable angina pectoris [ABSTRACT 1303]. Eur Heart J 2001; 22(Abstr. Suppl.):241-Abstr. 1303.

(1734) Dudek D, Heba G, Chyrchel M et al. Early treatment with statins and selective COX-2 inhibitor decreases CRP in patients with unstable angina undergoing catheterization [ABSTRACT 2037]. Eur Heart J 2002; 23(Abstr. Suppl.):383-Abstr. 2037.

(1735) Jassal D, Howlett J, Cox JL. Are cyclooxygenase-2 inhibitors safe in congestive heart failure? [ABSTRACT 2174]. Eur Heart J 2003; 24(Abstr. Suppl.):410-Abstr. 2174.

(1736) Sowers J, White W, Pitt B et al. Rofecoxib, but not celecoxib, increases mean 24-hour systolic blood pressure in treated hypertensive patients with osteoarthritis and type 2 diabetes mellitus [ABSTRACT 2986]. Eur Heart J 2003; 24(Abstr. Suppl.):581-Abstr. 2986.

(1737) Patrono C, Bachmann F, Baigent C et al. Expert consensus document on the use of antiplatelet agents. The task force on the use of antiplatelet agents in patients with atherosclerotic cardiovascular disease of the European society of cardiology. Eur Heart J 2004; 25(2):166-181.

(1738) Helin-Salmivaara A, Virtanen A, Vesalainen R et al. NSAID use and the risk of hospitalization for first myocardial infarction in the general population: a nationwide case-control study from Finland. Eur Heart J 2006; 27(14):1657-1663.

(1739) Weber EW, Slappendel R, Durieux ME, Dirksen R, van der HH, Spruit M. COX 2 selectivity of non-steroidal anti-inflammatory drugs and perioperative blood loss in hip surgery. A randomized comparison of indomethacin and meloxicam. Eur J Anaesthesiol 2003; 20(12):963-966.

(1740) Karamanlioglu B, Arar C, Alagol A, Colak A, Gemlik I, Sut N. Preoperative oral celecoxib versus preoperative oral rofecoxib for pain relief after thyroid surgery. Eur J Anaesthesiol 2003; 20(6):490-495.

(1741) Naesh O, Niles LA, Gilbert JG et al. A randomized, placebo-controlled study of rofecoxib with paracetamol in early post-tonsillectomy pain in adults. Eur J Anaesthesiol 2005; 22(10):768-773.

(1742) Riest G, Peters J, Weiss M et al. Does perioperative administration of rofecoxib improve analgesia after spine, breast and orthopaedic surgery? Eur J Anaesthesiol 2006; 23(3):219-226.

(1743) Vadas P, Stefanski E, Wloch M, Grouix B, van den BH, Kennedy B. Secretory non-pancreatic phospholipase A2 and cyclooxygenase-2 expression by tracheobronchial smooth muscle cells. Eur J Biochem 1996; 235(3):557-563.

(1744) Stockbrugger RW. Nonsteroidal anti-inflammatory drugs (NSAIDs) in the prevention of colorectal cancer. Eur J Cancer Prev 1999; 9(1 Suppl.):S21-S25.

(1745) Backman JT, Siegle J, Klein T, Eichelbaum M, Fritz P. Elevated expression of cyclooxygenase-2, but not cyclooxygenase-1, in synovial tissue of patients with inflammatory joint disease [ABSTRACT 321]. Eur J Clin Pharmacol 1997; 52(S):A112-Abstr. 321.

(1746) Stichtenoth DO, Deicher HR, Frolich JC. Blood donors on medication. Are deferral periods necessary? Eur J Clin Pharmacol 2001; 57(6-7):433-440.

(1747) Bennett K, Teeling M, Feely J. "Selective" switching from non-selective to selective non-steroidal anti-inflammatory drugs. Eur J Clin Pharmacol 2003; 59(8-9):645-649.

KS-000783

(1748)  Hernández MR, Tonda R, Pino M, Serradell M, Arderiu G, Escolar G. Evaluation of effects of rofecoxib on platelet function in an in vitro model of thrombosis with circulating human blood. Eur J Clin Invest 2004; 34(4):297-302.

(1749)  Schwartz J, Hsieh P, Ebel D, Hunt T, Gertz B. Influence of a Selective Cyclooxygenased Inhibitor, MK-0966, on Ethinyl Estradiol IEE) and Norethindrone (NET) Serum Concentrations [ABSTRACT 325]. Eur J Clin Pharmacol 1997; 52(Suppl.):A113-Abstr. 325.

(1750)  Depre M, Ehrich E, Van HA et al. Pharmacokinetics, COX-2 specificity, and tolerability of supratherapeutic doses of rofecoxib in humans. Eur J Clin Pharmacol 2000; 56(2):167-174.

(1751)  Vlahovic-Palcevski V, Wettermark B, Bergman U. Quality of non-steroidal anti-inflammatory drug prescribing in Croatia (Rijeka) and Sweden (Stockholm). Eur J Clin Pharmacol 2002; 58(3):209-214.

(1752)  Girardin F, Siegenthaler M, De MP, Desmeules J. Rofecoxib interaction with oral anticoagulant acenocoumarol. Eur J Clin Pharmacol 2003; 59(5-6):489-490.

(1753)  Gomez CJ, Lubomirov HR, Carcas Sansuan AJ, Vazquez Rodriguez JJ. Outcome trials of COX-2 selective inhibitors: global safety evaluation does not promise benefits. Eur J Clin Pharmacol 2003; 59(2):169-175.

(1754)  Layton D, Wilton LV, Shakir SA. Safety profile of celecoxib as used in general practice in England: results of a prescription-event monitoring study. Eur J Clin Pharmacol 2004; 60(7):489-501.

(1755)  Lugardon S, Lapeyre-Mestre M, Montastruc JL. Upper gastrointestinal adverse drug reactions and cyclo-oxygenase-2 inhibitors (celecoxib and rofecoxib): a case/non-case study from the French Pharmacovigilance Database. Eur J Clin Pharmacol 2004; 60(9):673-677.

(1756)  Florentinus SR, Nielsen MW, van DL, Leufkens HG, Hansen EH, Heerdink ER. Patient characteristics associated with prescribing of a newly introduced drug: the case of rofecoxib. Eur J Clin Pharmacol 2005; 61(2):157-159.

(1757)  Gardiner SJ, Begg EJ, Zhang M, Hughes RC. Transfer of rofecoxib into human milk. Eur J Clin Pharmacol 2005; 61(5-6):405-408.

(1758)  Behan K, Cutts C, Tett SE. Uptake of new drugs in rural and urban areas of Queensland, Australia: the example of COX-2 inhibitors. Eur J Clin Pharmacol 2005; 61(1):55-58.

(1759)  Durrieu G, Olivier P, Montastruc JL. COX-2 inhibitors and arterial hypertension: an analysis of spontaneous case reports in the Pharmacovigilance database. Eur J Clin Pharmacol 2005; 61(8):611-614.

(1760)  Knauf H, Bailey MA, Hasenfuss G, Mutschler E. The influence of cardiovascular and antiinflammatory drugs on thiazide-induced hemodynamic and saluretic effects. Eur J Clin Pharmacol 2006; 62(11):885-892.

(1761)  Bircher AJ. Drug-induced urticaria and angioedema caused by non-IgE mediated pathomechanisms. Eur J Dermatol 1999; 9(8):657-663.

(1762)  Carne X, Cruz N. Ten lessons to be learned from the withdrawal of Vioxx (rofecoxib). Eur J Epidemiol 2005; 20(2):127-129.

(1763)  Naesdal J, Wilson I. Gastro-duodenal protection in an era of cyclo-oxygenase-2-selective nonsteroidal anti-inflammatory drugs. Eur J Gastroenterol Hepatol 2001; 13(12):1401-1406.

(1764)  Walker MM. Cyclooxygenase-2 expression in early gastric cancer, intestinal metaplasia and Helicobacter pylori infection. Eur J Gastroenterol Hepatol 2002; 14(4):347-349.

(1765)  Yamagata R, Shimoyama T, Fukuda S, Yoshimura T, Tanaka M, Munakata A. Cyclooxygenase-2 expression is increased in early intestinal-type gastric cancer and gastric mucosa with intestinal metaplasia. Eur J Gastroenterol Hepatol 2002; 14(4):359-363.

(1766)  Michaux C, de L, X, Julemont F, Dogne JM, Pirotte B, Durant F. Structure-based pharmacophore of COX-2 selective inhibitors and identification of original lead compounds from 3D database searching method. Eur J Med Chem 2006; 41(12):1446-1455.

KS-000784

(1767)  Azari MF, Profyris C, Le Grande MR et al. Effects of intraperitoneal injection of Rofecoxib in a mouse model of ALS. Eur J Neurol 2005; 12(5):357-364.

(1768)  Kunz T, Oliw EH. The selective cyclooxygenase-2 inhibitor rofecoxib reduces kainate-induced cell death in the rat hippocampus. Eur J Neurosci 2001; 13(3):569-575.

(1769)  Cobellis L, Razzi S, De SS et al. The treatment with a COX-2 specific inhibitor is effective in the management of pain related to endometriosis. Eur J Obstet Gynecol Reprod Biol 2004; 116(1):100-102.

(1770)  Ebert AD, Bartley J, David M. Aromatase inhibitors and cyclooxygenase-2 (COX-2) inhibitors in endometriosis: new questions--old answers? Eur J Obstet Gynecol Reprod Biol 2005; 122(2):144-150.

(1771)  Hefler LA, Grimm C, Speiser P, Sliutz G, Reinthaller A. The cyclooxygenase-2 inhibitor rofecoxib (Vioxx) in the treatment of cervical dysplasia grade II-III A phase II trial. Eur J Obstet Gynecol Reprod Biol 2006; 125(2):251-254.

(1772)  Haglund B, von B, I. Combining paracetamol with a selective cyclooxygenase-2 inhibitor for acute pain relief after third molar surgery: a randomized, double-blind, placebo-controlled study. Eur J Oral Sci 2006; 114(4):293-301.

(1773)  Wilson AW, Medhurst SJ, Dixon CI et al. An animal model of chronic inflammatory pain: pharmacological and temporal differentiation from acute models. Eur J Pain 2006; 10(6):537-549.

(1774)  Staton PC, Wilson AW, Bountra C, Chessell IP, Day NC. Changes in dorsal root ganglion CGRP expression in a chronic inflammatory model of the rat knee joint: differential modulation by rofecoxib and paracetamol. Eur J Pain 2007; 11(3):283-289.

(1775)  Dudhgaonkar SP, Tandan SK, Kumar D, Naik AK, Raviprakash V. Ameliorative effect of combined administration of inducible nitric oxide synthase inhibitor with cyclooxygenase-2 inhibitors in neuropathic pain in rats. Eur J Pain 2007; 11(5):528-534.

(1776)  Ahuja N, Katare OP, Singh B. Studies on dissolution enhancement and mathematical modeling of drug release of a poorly water-soluble drug using water-soluble carriers. Eur J Pharm Biopharm 2007; 65(1):26-38.

(1777)  Berndt G, Grosser N, Hoogstraate J, Schroder H. AZD3582 increases heme oxygenase-1 expression and antioxidant activity in vascular endothelial and gastric mucosal cells. Eur J Pharm Sci 2005; 25(2-3):229-235.

(1778)  Quintana A, Raczka E, Quintana MA. Effects of indomethacin and diclofenac on cerebral blood flow in hypercapnic conscious rats. Eur J Pharmacol 1988; 149(3):385-388.

(1779)  Brzozowski T, Konturek PC, Konturek SJ et al. Role of prostaglandins generated by cyclooxygenase-1 and cyclooxygenase-2 in healing of ischemia-reperfusion-induced gastric lesions. Eur J Pharmacol 1999; 385(1):47-61.

(1780)  Pajdo R, Brzozowski T, Konturek PC et al. Ischemic preconditioning, the most effective gastroprotective intervention: involvement of prostaglandins, nitric oxide, adenosine and sensory nerves. Eur J Pharmacol 2001; 427(3):263-276.

(1781)  White LR, Juul R, Cappelen J, Aasly J. Cyclooxygenase inhibitors attenuate endothelin ET(B) receptor-mediated contraction in human temporal artery. Eur J Pharmacol 2002; 448(1):51-57.

(1782)  Harsch IA, Brzozowski T, Bazela K et al. Impaired gastric ulcer healing in diabetic rats: role of heat shock protein, growth factors, prostaglandins and proinflammatory cytokines. Eur J Pharmacol 2003; 481(2-3):249-260.

(1783)  Cheng ZJ, Finckenberg P, Louhelainen M et al. Cardiovascular and renal effects of cyclooxygenase inhibition in transgenic rats harboring mouse renin-2 gene (TGR[mREN2]27). Eur J Pharmacol 2003; 461(2-3):159-169.

(1784)  Martin AR, Villegas I, La CC, arcon de la LC. The cyclo-oxygenase-2 inhibitor, rofecoxib, attenuates mucosal damage due to colitis induced by trinitrobenzene sulphonic acid in rats. Eur J Pharmacol 2003; 481(2-3):281-291.

(1785)  ciga-Campos M, Lopez UG, Reval MI, Lopez-Munoz FJ. Enhancement of antinociception by co-administration of an opioid drug (morphine) and a preferential cyclooxygenase-2 inhibitor (rofecoxib) in rats. Eur J Pharmacol 2003; 460(2-3):99-107.

(1786)  Brzozowski T, Konturek PC, Konturek SJ et al. Ischemic preconditioning of remote organs attenuates gastric ischemia-reperfusion injury through involvement of prostaglandins and sensory nerves. Eur J Pharmacol 2004; 499(1-2):201-213.

KS-000785

(1787)   Lavagno L, Gunella G, Bardelli C et al. Anti-inflammatory drugs and tumor necrosis factor-alpha production from monocytes: role of transcription factor NF-kappa B and implication for rheumatoid arthritis therapy. Eur J Pharmacol 2004; 501(1-3):199-208.

(1788)   ciga-Campos M, Lopez-Munoz FJ. Participation of the L-arginine-nitric oxide-cyclic GMP-ATP-sensitive K+ channel cascade in the antinociceptive effect of rofecoxib. Eur J Pharmacol 2004; 484(2-3):193-199.

(1789)   Dudhgaonkar SP, Kumar D, Naik A, Devi AR, Bawankule DU, Tandan SK. Interaction of inducible nitric oxide synthase and cyclooxygenase-2 inhibitors in formalin-induced nociception in mice. Eur J Pharmacol 2004; 492(2-3):117-122.

(1790)   Warzecha Z, Dembinski A, Ceranowicz P et al. Inhibition of cyclooxygenase-2 reduces the protective effect of hepatocyte growth factor in experimental pancreatitis. Eur J Pharmacol 2004; 486(1):107-119.

(1791)   Sanchez-Fidalgo S, Martin-Lacave I, Illanes M, Motilva V. Angiogenesis, cell proliferation and apoptosis in gastric ulcer healing. Effect of a selective cox-2 inhibitor. Eur J Pharmacol 2004; 505(1-3):187-194.

(1792)   De VJ, Kuhl E, Franken-Kunkel P, Eckel G. Pharmacological characterization of the chronic constriction injury model of neuropathic pain. Eur J Pharmacol 2004; 491(2-3):137-148.

(1793)   El-Medany A, Mahgoub A, Mustafa A, Arafa M, Morsi M. The effects of selective cyclooxygenase-2 inhibitors, celecoxib and rofecoxib, on experimental colitis induced by acetic acid in rats. Eur J Pharmacol 2005; 507(1-3):291-299.

(1794)   Bhat AS, Tandan SK, Kumar D, Krishna V, Prakash VR. Interaction between inhibitors of inducible nitric oxide synthase and cyclooxygenase in Brewer's yeast induced pyrexia in mice: an isobolographic study. Eur J Pharmacol 2005; 511(2-3):137-142.

(1795)   Dhir A, Padi SS, Naidu PS, Kulkarni SK. Protective effect of naproxen (non-selective COX-inhibitor) or rofecoxib (selective COX-2 inhibitor) on immobilization stress-induced behavioral and biochemical alterations in mice. Eur J Pharmacol 2006; 535(1-3):192-198.

(1796)   Guindon J, LoVerme J, De LA, Piomelli D, Beaulieu P. Synergistic antinociceptive effects of anandamide, an endocannabinoid, and nonsteroidal anti-inflammatory drugs in peripheral tissue: a role for endogenous fatty-acid ethanolamides? Eur J Pharmacol 2006; 550(1-3):68-77.

(1797)   Okumura T, Murata Y, Hizue M et al. Pharmacological separation between peripheral and central functions of cyclooxygenase-2 with CIAA, a novel cyclooxygenase-2 inhibitor. Eur J Pharmacol 2006; 539(1-2):125-130.

(1798)   Rotondo S, Dell'Elba G, Manarini S, Cerletti C, Evangelista V. The lipoxygenase-cyclooxygenase inhibitor licofelone prevents thromboxane A2-mediated cardiovascular derangement triggered by the inflammatory peptide fMLP in the rabbit. Eur J Pharmacol 2006; 546(1-3):95-101.

(1799)   Medeiros R, Otuki MF, Avellar MC, Calixto JB. Mechanisms underlying the inhibitory actions of the pentacyclic triterpene alpha-amyrin in the mouse skin inflammation induced by phorbol ester 12-O-tetradecanoylphorbol-13-acetate. Eur J Pharmacol 2007; 559(2-3):227-235.

(1800)   Funatsu T, Chono K, Hirata T, Keto Y, Kimoto A, Sasamata M. Mucosal acid causes gastric mucosal microcirculatory disturbance in nonsteroidal anti-inflammatory drug-treated rats. Eur J Pharmacol 2007; 554(1):53-59.

(1801)   Bhat AS, Tandan SK, Kumar D, Krishna V, Prakash VR. Interaction between inhibitors of inducible nitric oxide synthase and cyclooxygenase in adjuvant-induced arthritis in female albino rats: an isobolographic study. Eur J Pharmacol 2007; 556(1-3):190-199.

(1802)   Stemme V, Swedenborg J, Claesson H, Hansson GK. Expression of cyclo-oxygenase-2 in human atherosclerotic carotid arteries. Eur J Vasc Endovasc Surg 2000; 20(2):146-152.

(1803)   Di SF, Bosman C, Salvatori M et al. Combination therapy with rofecoxib and finasteride in the treatment of men with lower urinary tract symptoms (LUTS) and benign prostatic hyperplasia (BPH). Eur Urol 2005; 47(1):72-78.

(1804)   Jacoby R. Rofecoxib or naproxen do not slow progression of mild to moderate Alzheimer's disease. Evid Based Ment Health 2003; 6(4):110.

KS-000786

(1805)  Naito H, Okumura T, Inoue M, Suzuki Y. Ultrasonic vocalization response elicited in adjuvant-induced arthritic rats as a useful method for evaluating analgesic drugs. Exp Anim 2006; 55(2):125-129.

(1806)  Bakalova R, Matsuura T, Kanno I. The cyclooxygenase inhibitors indomethacin and Rofecoxib reduce regional cerebral blood flow evoked by somatosensory stimulation in rats. Exp Biol Med (Maywood ) 2002; 227(7):465-473.

(1807)  Lyons-Giordano B, Pratta MA, Galbraith W, Davis GL, Arner EC. Interleukin-1 differentially modulates chondrocyte expression of cyclooxygenase-2 and phospholipase A2. Exp Cell Res 1993; 206(1):58-62.

(1808)  Berenbaum F, Jacques C, Thomas G, Corvol MT, Bereziat G, Masliah J. Synergistic effect of interleukin-1 beta and tumor necrosis factor alpha on PGE2 production by articular chondrocytes does not involve PLA2 stimulation. Exp Cell Res 1996; 222(2):379-384.

(1809)  McGeer PL, McGeer EG, Yasojima K. Expression of COX-1 and COX-2 mRNAs in atherosclerotic plaques. Exp Gerontol 2002; 37(7):925-929.

(1810)  Rocca B, Secchiero P, Celeghini C et al. Modulation of the expression and activity of cyclooxygenases in normal and accelerated erythropoiesis. Exp Hematol 2004; 32(10):925-934.

(1811)  Woods JM, Mogollon A, Amin MA, Martinez RJ, Koch AE. The role of COX-2 in angiogenesis and rheumatoid arthritis. Exp Mol Pathol 2003; 74(3):282-290.

(1812)  Chiolero A, Maillard MP, Burnier M. Cardiovascular hazard of selective COX-2 inhibitors: myth or reality? Expert Opin Drug Saf 2002; 1(1):45-52.

(1813)  van RJ, Pairet M. Selective cyclooxygenase-2 inhibitors: pharmacology, clinical effects and therapeutic potential. Expert Opin Investig Drugs 1997; 6(5):609-614.

(1814)  Sandson TA, Felician O. The potential application of cyclo-oxygenase type 2 inhibitors to Alzheimer's disease. Expert Opin Investig Drugs 1998; 7(4):519-526.

(1815)  Jackson CG. Therapeutic potential of COX-2 inhibitors in arthritis. Expert Opin Investig Drugs 2001; 10(7):1317-1325.

(1816)  Sramek JJ, Veroff AE, Cutler NR. The status of ongoing trials for mild cognitive impairment. Expert Opin Investig Drugs 2001; 10(4):741-752.

(1817)  Theoharides TC, Sant GR. New agents for the medical treatment of interstitial cystitis. Expert Opin Investig Drugs 2001; 10(3):521-546.

(1818)  Imbimbo BP. The potential role of non-steroidal anti-inflammatory drugs in treating Alzheimer's disease. Expert Opin Investig Drugs 2004; 13(11):1469-1481.

(1819)  Muller N, Strassnig M, Schwarz MJ, Ulmschneider M, Riedel M. COX-2 inhibitors as adjunctive therapy in schizophrenia. Expert Opin Investig Drugs 2004; 13(8):1033-1044.

(1820)  Bennett A, Tavares IA. COX-2 inhibitors compared and contrasted. Expert Opin Pharmacother 2001; 2(11):1859-1876.

(1821)  Krum H, Liew D, Aw J, Haas S. Cardiovascular effects of selective cyclooxygenase-2 inhibitors. Expert Rev Cardiovasc Ther 2004; 2(2):265-270.

(1822)  Real PM, Vila CN, Garcia RL, Luaces VF, Gonzalez Ponce CM, az Carrasco MS. [Role of allopurinol and rofecoxib in agranulocytosis and acute tubular necrosis]. Farm Hosp 2003; 27(5):317-322.

(1823)  Shehata MA, Hassan NY, Fayed AS, El-Zeany BA. Derivative spectrophotometric and fluorimetric methods for determination of rofecoxib in tablets and in human plasma in presence of its photo-degradation product. Farmaco 2004; 59(2):139-145.

(1824)  Vane J, Botting R. Inflammation and the mechanism of action of anti-inflammatory drugs. FASEB J 1987; 1(2):89-96.

(1825)  Funk CD, Funk LB, Kennedy ME, Pong AS, FitzGerald GA. Human platelet/erythroleukemia cell prostaglandin G/H synthase: cDNA cloning, expression, and gene chromosomal assignment. FASEB J 1991; 5(9)2304-2312.

KS-000787

(1826) Hajjar DP, Pomerantz KB. Signal transduction in atherosclerosis: integration of cytokines and the eicosanoid network. FASEB J 1992; 6(11):2933-2941.

(1827) DuBois RN, Abramson SB, Crofford L et al. Cyclooxygenase in biology and disease. FASEB J 1998; 12(12):1063-1073.

(1828) Tan SA, Tan LG, Berk LS. The effects of rofecoxib on interferon-gamma, TNF-a, interleukin-6, and C-reactive protein in diabetic patients with atherosclerosis. FASEB J 2002; 16(5 Pt. 2):A943-A944.

(1829) Bachmann KA, White DB, Jauregui L et al. Dose-dependent inhibition of CYP1A2 in vivo by rofecoxib: phenotyping the interaction in humans using theophylline as a CYP1A2 probe. FASEB J 2002; 16(5 Pt. 2):A940.

(1830) Williams WV, Cass L, Fan H et al. Transcriptome and proteomic analysis of cyclooxygenase (COX) inhibition in human subjects. FASEB J 2003; 81(3):C47.

(1831) Gilroy DW, Colville-Nash PR, McMaster S, Sawatzky DA, Willoughby DA, Lawrence T. Inducible cyclooxygenase-derived 15-deoxy(Delta)12-14PGJ2 brings about acute inflammatory resolution in rat pleurisy by inducing neutrophil and macrophage apoptosis. FASEB J 2003; 17(15):2269-2271.

(1832) Lang S, Lauffer L, Clausen C et al. Impaired monocyte function in cancer patients: restoration with a cyclooxygenase-2 inhibitor. FASEB J 2003; 17(2):286-288.

(1833) Gilroy DW, Newson J, Sawmynaden P, Willoughby DA, Croxtall JD. A novel role for phospholipase A2 isoforms in the checkpoint control of acute inflammation. FASEB J 2004; 18(3):489-498.

(1834) Warner TD, Mitchell JA. Cyclooxygenases: new forms, new inhibitors, and lessons from the clinic. FASEB J 2004; 18(7):790-804.

(1835) Lucas R, Warner TD, Vojnovic I, Mitchell JA. Cellular mechanisms of acetaminophen: role of cyclo-oxygenase. FASEB J 2005; 19(6):635-637.

(1836) Maier TJ, Janssen A, Schmidt R, Geisslinger G, Grosch S. Targeting the beta-catenin/APC pathway: a novel mechanism to explain the cyclooxygenase-2-independent anticarcinogenic effects of celecoxib in human colon carcinoma cells. FASEB J 2005; 19(10):1353-1355.

(1837) Mitchell JA, Lucas R, Vojnovic I, Hasan K, Pepper JR, Warner TD. Stronger inhibition by nonsteroid anti-inflammatory drugs of cyclooxygenase-1 in endothelial cells than platelets offers an explanation for increased risk of thrombotic events. FASEB J 2006; 20(14):2468-2475.

(1838) Warner TD, Vojnovic I, Bishop-Bailey D, Mitchell JA. Influence of plasma protein on the potencies of inhibitors of cyclooxygenase-1 and -2. FASEB J 2006; 20(3):542-544.

(1839) Hinz B, Cheremina O, Bachmakov J et al. Dipyrone elicits substantial inhibition of peripheral cyclooxygenases in humans: new insights into the pharmacology of an old analgesic. FASEB J 2007.

(1840) New use approved for Vioxx. FDA Consum 2002; 36(4):3.

(1841) Merck withdraws Vioxx; FDA issues public health advisory. FDA Consum 2004; 38(6):11.

(1842) FDA announces changes affecting the marketing of non-steroidal anti-inflammatory drugs. FDA Consum 2005; 39(3):7.

(1843) Yamazaki R, Kusunoki N, Matsuzaki T, Hashimoto S, Kawai S. Selective cyclooxygenase-2 inhibitors show a differential ability to inhibit proliferation and induce apoptosis of colon adenocarcinoma cells. FEBS Lett 2002; 531(2):278-284.

(1844) Halushka PV, Mais DE, Saussy DL, Jr. Platelet and vascular smooth muscle thromboxane A2/prostaglandin H2 receptors. Fed Proc 1987; 46(1):149-153.

(1845) Norman RJ, Wu R. The potential danger of COX-2 inhibitors. Fertil Steril 2004; 81(3):493-494.

(1846) Shippen ER, West WJ, Jr. Successful treatment of severe endometriosis in two premenopausal women with an aromatase inhibitor. Fertil Steril 2004; 81(5):1395-1398.

KS-000788

(1847)   Dogan E, Saygili U, Posaci C et al. Regression of endometrial explants in rats treated with the cyclooxygenase-2 inhibitor rofecoxib. Fertil Steril 2004; 82 Suppl 3:1115-1120.

(1848)   Efstathiou JA, Sampson DA, Levine Z et al. Nonsteroidal antiinflammatory drugs differentially suppress endometriosis in a murine model. Fertil Steril 2005; 83(1):171-181.

(1849)   Jia Q, Pestka JJ. Role of cyclooxygenase-2 in deoxynivalenol-induced immunoglobulin a nephropathy. Food Chem Toxicol 2005; 43(5):721-728.

(1850)   Goldman M, Schutzer S. Valdecoxib: a COX-2 inhibitor for treatment of osteoarthritis, rheumatoid arthritis, and primary dysmenorrhea. Formulary 2002; 37(2):68-77 passim.

(1851)   McLean B. A bitter pill for one Merck critic. Fortune 2004; 150(12):58.

(1852)   Simons J, Stipp D. Will Merck survive Vioxx? Fortune 2004; 150(9):90-97.

(1853)   Parloff R. The preacher who's raising hell with Merck. Fortune 2005; 152(3):20.

(1854)   Pairet M, Engelhardt G. Distinct isoforms (COX-1 and COX-2) of cyclooxygenase: possible physiological and therapeutic implications. Fundam Clin Pharmacol 1996; 10(1):1-17.

(1855)   Rahme E, Dasgupta K, Toubouti Y, Barkun AN, Bardou M. Gastrointestinal effects of rofecoxib and celecoxib vs. NSAIDs among patients on low dose aspirin. Fundam Clin Pharmacol 2004; 18:222-#O-44.

(1856)   Umar A, Boisseau M, Yusup A, Upur H, Begaud B, Moore N. Interactions between aspirin and COX-2 inhibitors or NSAIDs in a rat thrombosis model. Fundam Clin Pharmacol 2004; 18(5):559-563.

(1857)   Bardou M, Barkun AN, Ghosn J, Hudson M, Rahme E. The cyclooxygenase-2 inhibitors rofecoxib and celecoxib protect against esophageal carcinoma. Fundam Clin Pharmacol 2004; 18:246-#P-188.

(1858)   Durrieu G, Torello J, Olivier P, Montastruc JL, Castillo JR. Coxibs and arterial hypertension:  an analysis of the Spanish and French Pharmacovigilance databases. Fundam Clin Pharmacol 2004;218-#O-23.

(1859)   Dhir A, Naidu PS, Kulkarni SK. Effect of rofecoxib, a cyclo-oxygenase-2 inhibitor, on various biochemical parameters of brain associated with pentylenetetrazol-induced chemical kindling in mice. Fundam Clin Pharmacol 2006; 20(3):255-261.

(1860)   Bannwarth B. [COX-2 specific inhibitors: are NSAIDs and the stomach become reconcilied?]. Gastroenterol Clin Biol 2001; 25(4 Suppl):B79-B84.

(1861)   Buecher B, Heymann MF, Blottiere HM. [Rationale and prospects for the use of cyclooxygenase-2 (COX-2) inhibitors in colorectal cancer]. Gastroenterol Clin Biol 2001; 25(11):967-978.

(1862)   Thiefin G. [Gastrointestinal complications of nonsteroidal anti-inflammatory drugs and low-dose aspirin]. Gastroenterol Clin Biol 2003; 27(5):498-510.

(1863)   DuBois RN, Giardiello FM, Smalley WE. Nonsteroidal anti-inflammatory drugs, eicosanoids, and colorectal cancer prevention. Gastroenterol Clin North Am 1996; 25(4):773-791.

(1864)   Thun MJ. NSAID use and decreased risk of gastrointestinal cancers. Gastroenterol Clin North Am 1996; 25(2):333-348.

(1865)   Charachon A, Petit T, Lamarque D, Soule JC. [Acute ulcerative colitis in a patient treated with rofecoxib who took aspirin as self-medication]. Gastroenterol Clin Biol 2003; 27(5):511-513.

(1866)   Masferrer JL, Isakson PC, Seibert K. Cyclooxygenase-2 inhibitors: a new class of anti-inflammatory agents that spare the gastrointestinal tract. Gastroenterol Clin North Am 1996; 25(2):363-372.

(1867)   Schoenfeld P. An evidence-based approach to the gastrointestinal safety profile of COX-2-selective anti-inflammatories. Gastroenterol Clin North Am 2001; 30(4):1027-10ix.

(1868)   Simon LS. COX-2 inhibitors. Are they nonsteroidal anti-inflammatory drugs with a better safety profile? Gastroenterol Clin North Am 2001; 30(4):1011-25, viii.

KS-000789

(1869) Hawkey CJ, Jones JI. Gastrointestinal safety of COX-2 specific inhibitors. Gastroenterol Clin North Am 2001; 30(4):921-936.

(1870) Chaudhury TK, Jacobson ED. Prostaglandin cytoprotection of gastric mucosa. Gastroenterology 1978; 74(1):58-63.

(1871) Fries JF, Miller SR, Spitz PW, Williams CA, Hubert HB, Bloch DA. Toward an epidemiology of gastropathy associated with nonsteroidal antiinflammatory drug use. Gastroenterology 1989; 96(2 Pt 2 Suppl):647-655.

(1872) Eberhart CE, Coffey RJ, Radhika A, Giardiello FM, Ferrenbach S, DuBois RN. Up-regulation of cyclooxygenase 2 gene expression in human colorectal adenomas and adenocarcinomas. Gastroenterology 1994; 107(4):1183-1188.

(1873) Elliott SN, McKnight W, Cirino G, Wallace JL. A nitric oxide-releasing nonsteroidal anti-inflammatory drug accelerates gastric ulcer healing in rats. Gastroenterology 1995; 109(2):524-530.

(1874) Hawkey CJ. Future treatments for arthritis: new NSAIDs, NO NSAIDs, or no NSAIDs? Gastroenterology 1995; 109(2):614-616.

(1875) Williams CS, Luongo C, Radhika A et al. Elevated cyclooxygenase-2 levels in Min mouse adenomas. Gastroenterology 1996; 111(4):1134-1140.

(1876) DuBois RN, Radhika A, Reddy BS, Entingh AJ. Increased cyclooxygenase-2 levels in carcinogen-induced rat colonic tumors. Gastroenterology 1996; 110(4):1259-1262.

(1877) Stenson WF. Cyclooxygenase 2 and wound healing in the stomach. Gastroenterology 1997; 112(2):645-648.

(1878) Lanza F, Simon T, Quan H et al. Selective inhibition of cyclooxygenase-2 (COX-2) with MK-0966 (250 mg q.d.) is associated with less gastroduodenal damage than aspirin (ASA) 650 mg q.i.d. or ibuprofen (IBU) 800 mg t.i.d. [ABSTRACT Lanza]. Gastroenterology 1997; 112( Suppl.):A194-Lanza I.

(1879) Roberts WG, Simon TJ, Berlin RG et al. Leukotrienes in ulcerative colitis: results of a multicenter trial of a leukotriene biosynthesis inhibitor, MK-591. Gastroenterology 1997; 112(3):725-732.

(1880) Wallace JL. Nonsteroidal anti-inflammatory drugs and gastroenteropathy: the second hundred years. Gastroenterology 1997; 112(3):1000-1016.

(1881) Mizuno H, Sakamoto C, Matsuda K et al. Induction of cyclooxygenase 2 in gastric mucosal lesions and its inhibition by the specific antagonist delays healing in mice. Gastroenterology 1997; 112(2):387-397.

(1882) Lanza FL, Rack MF, Callison DA et al. A pilot endoscopic study of the gastroduodenal effects of SC-58635, a novel COX-2-selective inhibitor [ABSTRACT Lanza II]. Gastroenterology 1997; 112(4 Suppl.):A194-Lanza II.

(1883) Wallace JL, Bak A, McKnight W, Asfaha S, Sharkey KA, MacNaughton WK. Cyclooxygenase 1 contributes to inflammatory responses in rats and mice: implications for gastrointestinal toxicity. Gastroenterology 1998; 115(1):101-109.

(1884) van Stolk RU, Beck GJ, Baron JA, Haile R, Summers R. Adenoma characteristics at first colonoscopy as predictors of adenoma recurrence and characteristics at follow-up. The Polyp Prevention Study Group. Gastroenterology 1998; 115(1):13-18.

(1885) McCartney SA, Vojnovic I, Farthing MJG, Warner TD. Nonsteroidal drug (NSAID)-induced fall in HT-29 cell viability correlates with potency to inhibit cyclooxygenase (COX) 1:  use of COX-2 selective inhibitors [ABSTRACT G2642]. Gastroenterology 1998; 114(4 Pt. 2):A641-Abstr. G2642.

(1886) Gretzer B, Knorth H, Chantrain M et al. Effects of diclofenac and L-745,337, a selective cyclooxy-genase-2 inhibitor, on prostaglandin E2 formation in tissue from human colonic mucosa and chronic bursitis [ABSTRACT G0570]. Gastroenterology 1998; 114(4 Pt. 2):A139-Abstr. G0570.

(1887) Laine L, Harper S, Simon T et al. A randomized trial comparing the effect of rofecoxib, a cyclooxygenase 2-specific inhibitor, with that of ibuprofen on the gastroduodenal mucosa of patients with osteoarthritis.Rofecoxib Osteoarthritis Endoscopy Study Group. Gastroenterology 1999; 117(4):776-783.

**KS-000790**

(1888)   Laine L, Hawkey C, Harper S et al. Effect of the COX-2 specific inhibitor (C-2SI) rofecoxib on ulcer formation:  a double-blind comparison with ibuprofen and placebo [ABSTRACT G0996]. Gastroenterology 1999; 116(4 Pt. 2):A229-Abstr. G0996.

(1889)   Cryer B, Gottesdiener K, Gertz B, Wong P, Dallob A, Feldman M. In vivo effects of rofecoxib, a new cyclooxygenase (COX)-2 inhibitor, on gastric mucosal prostaglandin (PG) and serum thromboxane B-2 (TXB-2) synthesis in healthy humans [ABSTRACT G0611]. Gastroenterology 1999; 116(4 Pt. 2):A141-Abstr. G0611.

(1890)   Cryer B, Feldman M. Effects of very low dose daily, long-term aspirin therapy on gastric, duodenal, and rectal prostaglandin levels and on mucosal injury in healthy humans. Gastroenterology 1999; 117(1):17-25.

(1891)   Smith ML, Chapple K, Hull M. The effect of non-steroidal anti-inflammatory drugs on human colorectal cancer cells: evidence of different mechanisms of action [ABSTRACT G1860]. Gastroenterology 1999; 116(4 Pt. 2):A425-Abstr. G1860.

(1892)   McCartney SA, Mitchell JA, Warner TD, Farthing MJG. GM-CSF is produced in high concentrations by colonic mucosa from patients with ulcerative colitis and is down regulated by co-incubation with dexamethasone [ABSTRACT G3095]. Gastroenterology 1999; 116(4 Pt. 2):A713-Abstr. G3095.

(1893)   McCartney SA, Farthing MJG, Warner TD. Inhibition of COX-2 does not correlate with ability to induce apoptosis in HT-29 cells [ABSTRACT G1757]. Gastroenterology 1999; 116(4 Pt. 2):A401-Abstr. G1757.

(1894)   Langman M, Jensen D, Harper S et al. Lower incidence of clinically evident upper-GI perforations, ulcers and bleeds in patients treated with rofecoxib vs. nonspecific cyclooxygenase inhibitors [ABSTRACT G1008]. Gastroenterology 1999; 116(4 Pt. 2):A232-Abstr. G1008.

(1895)   Beejay U, Wolfe MM. Cyclooxygenase 2 selective inhibitors: panacea or flash in the pan? Gastroenterology 1999; 117(4):1002-1005.

(1896)   Laine LL, Bombardier C, Hawkey C, Shapiro D, Reicin A. INFLUENCE OF H. PYLORI AND OTHER POTENTIAL RISK FACTORS ON CLINICAL GI EVENTS IN A DOUBLE-BLIND OUTCOME STUDY OF ROFECOXIB VS. NAPROXEN [ABSTRACT 4798]. Gastroenterology 2000; 118(4, Suppl.2, Pt. 1):A862-Abstr. 4798.

(1897)   Goldkind L. Refecoxib versus placebo ulcer rates. Gastroenterology 2000; 118(3):638-639.

(1898)   Wight NJ, Garlick N, Calder N et al. EVIDENCE THAT THE COX-2 SPECIFIC INHIBITOR ROFECOXIB AT 50 MG SPARES GASTRIC MUCOSAL PROSTAGLANDIN SYNTHESIS IN HUMAN. [ABSTRACT 1466]. Gastroenterology 2000; 118(4 Suppl.2, Pt. 1):A253-Abstr. 1466.

(1899)   Laine L. Approaches to nonsteroidal anti-inflammatory drug use in the high-risk patient. Gastroenterology 2001; 120(3):594-606.

(1900)   Palmer RH. Discussion on rofecoxib, a COX-2 inhibitor, does not inhibit human gastric mucosal prostaglandin production. Gastroenterology 2001; 121(5):1262-1263.

(1901)   Wight NJ, Gottesdiener K, Garlick NM et al. Rofecoxib, a COX-2 inhibitor, does not inhibit human gastric mucosal prostaglandin production. Gastroenterology 2001; 120(4):867-873.

(1902)   Fiorucci S, de LO, Jr., Mencarelli A et al. Cyclooxygenase-2-derived lipoxin A4 increases gastric resistance to aspirin-induced damage. Gastroenterology 2002; 123(5):1598-1606.

(1903)   Buttar NS, Wang KK, Leontovich O et al. Chemoprevention of esophageal adenocarcinoma by COX-2 inhibitors in an animal model of Barrett's esophagus. Gastroenterology 2002; 122(4):1101-1112.

(1904)   Kaur BS, Khamnehei N, Iravani M, Namburu SS, Lin O, Triadafilopoulos G. Rofecoxib inhibits cyclooxygenase 2 expression and activity and reduces cell proliferation in Barrett's esophagus. Gastroenterology 2002; 123(1):60-67.

(1905)   Laine L, Bombardier C, Hawkey CJ et al. Stratifying the risk of NSAID-related upper gastrointestinal clinical events: results of a double-blind outcomes study in patients with rheumatoid arthritis. Gastroenterology 2002; 123(4):1006-1012.

KS-000791

(1906)  Laine L, Connors LG, Reicin A et al. Serious lower gastrointestinal clinical events with nonselective NSAID or coxib use. Gastroenterology 2003; 124(2):288-292.

(1907)  Biancone L, Tosti C, De NF, Fantini M, Pallone F. Selective cyclooxygenase-2 inhibitors and relapse of inflammatory bowel disease. Gastroenterology 2003; 125(2):637-638.

(1908)  Rahme E, Barkun AN, Toubouti Y, Bardou M. The cyclooxygenase-2-selective inhibitors rofecoxib and celecoxib prevent colorectal neoplasia occurrence and recurrence. Gastroenterology 2003; 125(2):404-412.

(1909)  Fenwick SW, Toogood GJ, Lodge JP, Hull MA. The effect of the selective cyclooxygenase-2 inhibitor rofecoxib on human colorectal cancer liver metastases. Gastroenterology 2003; 125(3):716-729.

(1910)  Laine L, Maller ES, Yu C, Quan H, Simon T. Ulcer formation with low-dose enteric-coated aspirin and the effect of COX-2 selective inhibition: a double-blind trial. Gastroenterology 2004; 127(2):395-402.

(1911)  Weideman RA, Kelly KC, Kazi S et al. Risks of clinically significant upper gastrointestinal events with etodolac and naproxen: a historical cohort analysis. Gastroenterology 2004; 127(5):1322-1328.

(1912)  Abraham NS, El-Serag HB, Johnson ML et al. National adherence to evidence-based guidelines for the prescription of nonsteroidal anti-inflammatory drugs. Gastroenterology 2005; 129(4):1171-1178.

(1913)  Baron JA, Sandler RS, Bresalier RS et al. A randomized trial of rofecoxib for the chemoprevention of colorectal adenomas. Gastroenterology 2006; 131(6):1674-1682.

(1914)  Lynch PM. Is the demonstration of adenoma reduction with rofecoxib a pyrrhic victory? Gastroenterology 2006; 131(6):2003-2005.

(1915)  Fries S, Grosser T, Price TS et al. Marked interindividual variability in the response to selective inhibitors of cyclooxygenase-2. Gastroenterology 2006; 130(1):55-64.

(1916)  Lanas A, Baron JA, Sandler RS et al. Peptic ulcer and bleeding events associated with rofecoxib in a 3-year colorectal adenoma chemoprevention trial. Gastroenterology 2007; 132(2):490-497.

(1917)  Futaki N, Yoshikawa K, Hamasaka Y et al. NS-398, a novel non-steroidal anti-inflammatory drug with potent analgesic and antipyretic effects, which causes minimal stomach lesions. Gen Pharmacol 1993; 24(1):105-110.

(1918)  Stillman MJ, Stillman MT. Appropriate use of NSAIDs: considering cardiovascular risk in the elderly. Geriatrics 2007; 62(3):16-21.

(1919)  Sigthorsson G, Crane R, Simon T et al. COX-2 inhibition with rofecoxib does not increase intestinal permeability in healthy subjects: a double blind crossover study comparing rofecoxib with placebo and indomethacin. Gut 2000; 47(4):527-532.

(1920)  Bjarnason I, Rainsford KD. COX-2 inhibitors and the gastrointestinal tract. Gut 2001; 48(4):451.

(1921)  Halter F, Tarnawski AS, Schmassmann A, Peskar BM. Cyclooxygenase 2-implications on maintenance of gastric mucosal integrity and ulcer healing: controversial issues and perspectives. Gut 2001; 49(3):443-453.

(1922)  Hawkey CJ. Cyclooxygenase inhibition: between the devil and the deep blue sea. Gut 2002; 50 Suppl 3:III25-III30.

(1923)  Baeres M, Herkel J, Czaja AJ et al. Establishment of standardised SLA/LP immunoassays: specificity for autoimmune hepatitis, worldwide occurrence, and clinical characteristics. Gut 2002; 51(2):259-264.

(1924)  Hawkey CJ, Langman MJ. Non-steroidal anti-inflammatory drugs: overall risks and management. Complementary roles for COX-2 inhibitors and proton pump inhibitors. Gut 2003; 52(4):600-608.

(1925)  Hawkey CJ, Laine L, Simon T, Quan H, Shingo S, Evans J. Incidence of gastroduodenal ulcers in patients with rheumatoid arthritis after 12 weeks of rofecoxib, naproxen, or placebo: a multicentre, randomised, double blind study. Gut 2003; 52(6):820-826.

(1926)  Zamuner SR, Warrier N, Buret AG, MacNaughton WK, Wallace JL. Cyclooxygenase 2 mediates post-inflammatory colonic secretory and barrier dysfunction. Gut 2003; 52(12):1714-1720.

KS-000792

(1927) Hurlstone DP, Cross SS, Lobo AJ, Sanders DS. High magnification chromoscopic coloboscopy as a screening tool in acromegaly. Gut 2003; 52(12):1797-1798.

(1928) MacDonald TM, Morant SV, Goldstein JL, Burke TA, Pettitt D. Channelling bias and the incidence of gastrointestinal haemorrhage in users of meloxicam, coxibs, and older, non-specific non-steroidal anti-inflammatory drugs. Gut 2003; 52(9):1265-1270.

(1929) Baumgartner HK, Starodub OT, Joehl JS, Tackett L, Montrose MH. Cyclooxygenase 1 is required for pH control at the mouse gastric surface. Gut 2004; 53(12):1751-1757.

(1930) Chalmers CR, Wilson DJ, Ward J, Robinson PJ, Toogood GJ, Hull MA. Antiangiogenic activity of the selective cyclooxygenase 2 inhibitor rofecoxib in human colorectal cancer liver metastases. Gut 2006; 55(7):1058-1059.

(1931) Reding T, Bimmler D, Perren A et al. A selective COX-2 inhibitor suppresses chronic pancreatitis in an animal model (WBN/Kob rats): significant reduction of macrophage infiltration and fibrosis. Gut 2006; 55(8):1165-1173.

(1932) Lanas A, Garcia-Rodriguez LA, Arroyo MT et al. Risk of upper gastrointestinal ulcer bleeding associated with selective cyclo-oxygenase-2 inhibitors, traditional non-aspirin non-steroidal anti-inflammatory drugs, aspirin and combinations. Gut 2006; 55(12):1731-1738.

(1933) Patrono C. Efficacy and safety of aspirin in the long-term management of atherothrombosis. Haematologica 2002; 87(1):6-8.

(1934) Bragadottir G, Onundarson PT. Factor-sparing use of the COX-2 inhibitor rofecoxib in haemophilic arthropathy. Haemophilia 2002; 8(6):832-833.

(1935) Rattray B, Nugent DJ, Young G. Rofecoxib as adjunctive therapy for haemophilic arthropathy. Haemophilia 2005; 11(3):240-244.

(1936) Rattray B, Nugent DJ, Young G. Celecoxib in the treatment of haemophilic synovitis, target joints, and pain in adults and children with haemophilia. Haemophilia 2006; 12(5):514-517.

(1937) Bazerman MH, Chugh D. Decisions without blinders. Harv Bus Rev 2006; 84(1):88-97, 133.

(1938) COX-2 inhibitors. Magic bullets or merely mortal? Harv Health Lett 2000; 25(4):4.

(1939) Arthritis. Should you be taking a COX-2 inhibitor? Harv Health Lett 2001; 27(1):1-3.

(1940) A side effect of COX-2 inhibitors. Harv Health Lett 2003; 28(6):7.

(1941) Top 10 health stories of 2004. Harv Health Lett 2004; 30(2):1-3.

(1942) Stepping into the Vioxx void. Answers to four questions after the popular pain reliever was yanked off the market. Harv Health Lett 2005; 30(3):6.

(1943) Lessons to learn from the COX-2 saga. Yes, FDA reforms are needed. And marketing distorts how medications are used. But one moral to the story is that all drugs have risks. Harv Health Lett 2005; 30(5):1-3.

(1944) COX-2 inhibitors: no pain, no heart gain? Harv Heart Lett 2001; 12(4):2-4.

(1945) Anti-inflammatory drugs may put on the pressure. Harv Heart Lett 2003; 13(7):7.

(1946) Lee TH. Ask the doctor. The news that Vioxx was pulled from the market rattled me, since I had been taking it for my arthritis for almost two years. I have heard both that it is okay for people like me with heart disease to take one of the other Vioxx-like drugs and that it isn't okay. What do you recommend? Harv Heart Lett 2004; 15(4):8.

(1947) Trying times for painkiller choices. Vioxx, Bextra, and Celebrex can increase the risk for heart attack and other cardiovascular problems. So can the old standbys, like ibuprofen and acetaminophen. Harv Heart Lett 2006; 17(2):1-3.

(1948) Hirschfeld G, Sperfeld AD, Kassubek J, Scharffetter-Kochanek K, Sunderkotter C. [Transient global amnesia (TGA) during an oral provocation test.]. Hautarzt 2007; 58(2):149-152.

KS-000793

(1949)   Hoffman T. Ginko, Vioxx and excessive bleeding--possible drug-herb interactions: case report. Hawaii Med J 2001; 60(11):290.

(1950)   Von Seggern RL, Mannix LK, Adelman JU. AN OPEN-LABEL TRIAL OF ROPECOXIB IN THE PREVENTIVE TREATMENT OF PERI-MENSTRUAL MIGRAINE [ABSTRACT 163299]. Headache 2000; 40(5):436-Abstr. 163299.

(1951)   Wheeler SD. Rofecoxib-Responsive Hemicrania Continua [ABSTRACT 163300]. Headache 2000; 40(5):436-437, Abstr. 163300.

(1952)   Peres MF, Silberstein SD. Hemicrania continua responds to cyclooxygenase-2 inhibitors. Headache 2002; 42(6):530-531.

(1953)   Von Seggern RL, Mannix LK, Adelman JU. Rofecoxib in the prevention of perimenstrual migraine: an open-label pilot trial. Headache 2004; 44(2):160-165.

(1954)   Jacob S, Rajabally YA. Intracranial hypertension induced by rofecoxib. Headache 2005; 45(1):75-76.

(1955)   Drescher MJ, Elstein Y. Prophylactic COX 2 inhibitor: an end to the Yom Kippur headache. Headache 2006; 46(10):1487-1491.

(1956)   Saper J, Dahlof C, So Y et al. Rofecoxib in the acute treatment of migraine: a randomized controlled clinical trial. Headache 2006; 46(2):264-275.

(1957)   Titlow K, Randel L, Clancy CM, Emanuel EJ. Drug coverage decisions: the role of dollars and values. Health Aff (Millwood ) 2000; 19(2):240-247.

(1958)   Bradford WD, Kleit AN, Nietert PJ, Steyer T, McIlwain T, Ornstein S. How direct-to-consumer television advertising for osteoarthritis drugs affects physicians' prescribing behavior. Health Aff (Millwood ) 2006; 25(5):1371-1377.

(1959)   Philipson T, Jena AB, Sun E. The Institute of Medicine report on the FDA: where is the science? Health Econ 2007; 16(3):219-221.

(1960)   Atkinson HG. COX-2 inhibitors: better than traditional NSAIDs? Vioxx and Celebrex may be no less risky than NSAIDs. Health News 2002; 8(8):5.

(1961)   Sanmuganathan PS, Ghahramani P, Jackson PR, Wallis EJ, Ramsay LE. Aspirin for primary prevention of coronary heart disease: safety and absolute benefit related to coronary risk derived from meta-analysis of randomised trials. Heart 2001; 85(3):265-271.

(1962)   Tousoulis D, Davies GJ, Crake T, Toutouzas PC. Vasomotion and nitric oxide bioactivity in diseased coronary arteries. Heart 2002; 87(4):320-321.

(1963)   Lafont A. Basic aspects of plaque vulnerability. Heart 2003; 89(10):1262-1267.

(1964)   Connelly KA, Macisaac AI, Jelinek VM. Stress, myocardial infarction, and the "tako-tsubo" phenomenon. Heart 2004; 90(9):e52.

(1965)   Abbate A, Santini D, Biondi-Zoccai GG et al. Cyclo-oxygenase-2 (COX-2) expression at the site of recent myocardial infarction: friend or foe? Heart 2004; 90(4):440-443.

(1966)   Huerta C, Varas-Lorenzo C, Castellsague J, Garcia Rodriguez LA. Non-steroidal anti-inflammatory drugs and risk of first hospital admission for heart failure in the general population. Heart 2006; 92(11):1610-1615.

(1967)   Brophy JM, Levesque LE, Zhang B. The coronary risk of cyclo-oxygenase-2 inhibitors in patients with a previous myocardial infarction. Heart 2007; 93(2):189-194.

(1968)   Behr ER, Casey A, Sheppard M et al. Sudden arrhythmic death syndrome: a national survey of sudden unexplained cardiac death. Heart 2007; 93(5):601-605.

(1969)   LEBOWITZ WB. The heart in rheumatoid arthritis (rheumatoid disease). A clinical and pathological study of sixty-two cases. Heart in Rheumatoid Arthritis 1963; 58(1):102-123.

KS-000794

(1970)  Fries S, Grosser T. The Cardiovascular Pharmacology of COX-2 Inhibition. Hematology Am Soc Hematol Educ Program 2005;445-451.

(1971)  Callejas NA, Casado M, Bosca L, Martin-Sanz P. Absence of nuclear factor kappaB inhibition by NSAIDs in hepatocytes. Hepatology 2002; 35(2):341-348.

(1972)  Zhang Z, Lai GH, Sirica AE. Celecoxib-induced apoptosis in rat cholangiocarcinoma cells mediated by Akt inactivation and Bax translocation. Hepatology 2004; 39(4):1028-1037.

(1973)  Waltenberger J. [Pathophysiological bases of unstable coronary syndrome]. Herz 2001; 26 Suppl 1:2-8.

(1974)  Teixeira MZ. Evidence of the principle of similitude in modern fatal iatrogenic events. Homeopathy 2006; 95(4):229-236.

(1975)  Teixeira MZ. NSAIDs, Myocardial infarction, rebound effect and similitude. Homeopathy 2007; 96(1):67-68.

(1976)  Lee A. Vioxx withdrawal--an opportunity to review primary care management for osteoarthritis. Hong Kong Med J 2005; 11(2):135.

(1977)  Amano H, Haysahi I, Yoshida S, Yoshimura H, Majima M. Cyclooxygenase-2 and adenylate cyclase/protein kinase A signaling pathway enhances angiogenesis through induction of vascular endothelial growth factor in rat sponge implants. Hum Cell 2002; 15(1):13-24.

(1978)  FitzGerald GA, Catella F, Oates JA. Eicosanoid biosynthesis in human cardiovascular disease. Hum Pathol 1987; 18(3):248-252.

(1979)  Pall M, Friden BE, Brannstrom M. Induction of delayed follicular rupture in the human by the selective COX-2 inhibitor rofecoxib: a randomized double-blind study. Hum Reprod 2001; 16(7):1323-1328.

(1980)  Shakiba K, Falcone T. Tumour necrosis factor-alpha blockers: potential limitations in the management of advanced endometriosis? A case report. Hum Reprod 2006; 21(9):2417-2420.

(1981)  Gambera L, Serafini F, Morgante G, Focarelli R, De L, V, Piomboni P. Sperm quality and pregnancy rate after COX-2 inhibitor therapy of infertile males with abacterial leukocytospermia. Hum Reprod 2007; 22(4):1047-1051.

(1982)  Cowley AW, Jr., Mattson DL, Lu S, Roman RJ. The renal medulla and hypertension. Hypertension 1995; 25(4 Pt 2):663-673.

(1983)  LaPointe MC, Isenovic E. Interleukin-1beta regulation of inducible nitric oxide synthase and cyclooxygenase-2 involves the p42/44 and p38 MAPK signaling pathways in cardiac myocytes. Hypertension 1999; 33(1 Pt 2):276-282.

(1984)  Wang JL, Cheng HF, Harris RC. Cyclooxygenase-2 inhibition decreases renin content and lowers blood pressure in a model of renovascular hypertension. Hypertension 1999; 34(1):96-101.

(1985)  Rodriguez F, Llinas MT, Gonzalez JD, Rivera J, Salazar FJ. Renal changes induced by a cyclooxygenase-2 inhibitor during normal and low sodium intake. Hypertension 2000; 36(2):276-281.

(1986)  Brands MW, Hailman AE, Fitzgerald SM. Long-term glucose infusion increases arterial pressure in dogs with cyclooxygenase-2 inhibition. Hypertension 2001; 37(2 Part 2):733-738.

(1987)  White WB, Kent J, Taylor A, Verburg KM, Lefkowith JB, Whelton A. Effects of celecoxib on ambulatory blood pressure in hypertensive patients on ACE inhibitors. Hypertension 2002; 39(4):929-934.

(1988)  Hocherl K, Dreher F, Kurtz A, Bucher M. Cyclooxygenase-2 inhibition attenuates lipopolysaccharide-induced cardiovascular failure. Hypertension 2002; 40(6):947-953.

(1989)  Quilley J, Chen YJ. Role of COX-2 in the enhanced vasoconstrictor effect of arachidonic acid in the diabetic rat kidney. Hypertension 2003; 42(4):837-843.

(1990)  Widlansky ME, Price DT, Gokce N et al. Short- and long-term COX-2 inhibition reverses endothelial dysfunction in patients with hypertension. Hypertension 2003; 42(3):310-315.

KS-000795