(1991)  Solomon DH, Schneeweiss S, Levin R, Avorn J. Relationship between COX-2 specific inhibitors and hypertension. Hypertension 2004; 44(2):140-145.

(1992)  Minuz P, Patrignani P, Gaino S et al. Determinants of platelet activation in human essential hypertension. Hypertension 2004; 43(1):64-70.

(1993)  Zewde T, Mattson DL. Inhibition of cyclooxygenase-2 in the rat renal medulla leads to sodium-sensitive hypertension. Hypertension 2004; 44(4):424-428.

(1994)  White WB. Hypertension associated with therapies to treat arthritis and pain. Hypertension 2004; 44(2):123-124.

(1995)  Wu R, Laplante MA, de CJ. Cyclooxygenase-2 inhibitors attenuate angiotensin II-induced oxidative stress, hypertension, and cardiac hypertrophy in rats. Hypertension 2005; 45(6):1139-1144.

(1996)  Grover SA, Coupal L, Zowall H. Treating osteoarthritis with cyclooxygenase-2-specific inhibitors: what are the benefits of avoiding blood pressure destabilization? Hypertension 2005; 45(1):92-97.

(1997)  Hermann M, Shaw S, Kiss E et al. Selective COX-2 inhibitors and renal injury in salt-sensitive hypertension. Hypertension 2005; 45(2):193-197.

(1998)  Kohlstedt K, Busse R, Fleming I. Signaling via the angiotensin-converting enzyme enhances the expression of cyclooxygenase-2 in endothelial cells. Hypertension 2005; 45(1):126-132.

(1999)  Wang JG, Staessen JA, Franklin SS, Fagard R, Gueyffier F. Systolic and diastolic blood pressure lowering as determinants of cardiovascular outcome. Hypertension 2005; 45(5):907-913.

(2000)  Chang IJ, Harris RC. Are all COX-2 inhibitors created equal? Hypertension 2005; 45(2):178-180.

(2001)  Fielder JH. The Vioxx debacle. IEEE Eng Med Biol Mag 2005; 24(2):106-109.

(2002)  Manoria P, Manoria PC. COX-2 inhibitors and heart. Indian Heart J 2005; 57(6):772-777.

(2003)  Gessell-Lee DL, Popov VL, Boldogh I, Olano JP, Peterson JW. Role of cyclooxygenase enzymes in a murine model of experimental cholera. Infect Immun 2003; 71(11):6234-6242.

(2004)  Vane JR, Botting RM. New insights into the mode of action of anti-inflammatory drugs. Inflamm Res 1995; 44(1):1-10.

(2005)  Brideau C, Kargman S, Liu S et al. A human whole blood assay for clinical evaluation of biochemical efficacy of cyclooxygenase inhibitors. Inflamm Res 1996; 45(2):68-74.

(2006)  Kirtikara K, Swangkul S, Ballou LR. The analysis of nonsteroidal antiinflammatory drug selectivity in prostaglandin G/H synthase (PGHS)-null cells. Inflamm Res 2001; 50(6):327-332.

(2007)  Pinheiro RM, Calixto JB. Effect of the selective COX-2 inhibitors, celecoxib and rofecoxib in rat acute models of inflammation. Inflamm Res 2002; 51(12):603-610.

(2008)  Sandrini M, Vitale G, Pini LA. Effect of rofecoxib on nociception and the serotonin system in the rat brain. Inflamm Res 2002; 51(3):154-159.

(2009)  Martin AR, Villegas I, arcon de la LC. The COX-2 inhibitor, rofecoxib, ameliorates dextran sulphate sodium induced colitis in mice. Inflamm Res 2005; 54(4):145-151.

(2010)  Lunardelli A, Leite CE, Pires MG, de O, Jr. Extract of the bristles of Dirphia sp. increases nitric oxide in a rat pleurisy model. Inflamm Res 2006; 55(4):129-135.

(2011)  Granstrom E. The arachidonic acid cascade. The prostaglandins, thromboxanes and leukotrienes. Inflammation 1984; 8 Suppl:S15-S25.

(2012)  Knudsen JF, Carlsson U, Hammarstrom P, Sokol GH, Cantilena LR. The cyclooxygenase-2 inhibitor celecoxib is a potent inhibitor of human carbonic anhydrase II. Inflammation 2004; 28(5):285-290.

**KS-000796**

(2013)  de Menezes GB, dos Reis WG, Santos JM, Duarte ID, de Francischi JN. Inhibition of prostaglandin F(2alpha) by selective cyclooxygenase 2 inhibitors accounts for reduced rat leukocyte migration. Inflammation 2005; 29(4-6):163-169.

(2014)  Yuan Y, Hunt RH. Assessment of the safety of selective cyclo-oxygenase-2 inhibitors: where are we in 2003? Inflammopharmacology 2003; 11(4):337-354.

(2015)  Yokota A, Taniguchi M, Tanaka A, Takeuchi K. Development of intestinal, but not gastric damage caused by a low dose of indomethacin in the presence of rofecoxib. Inflammopharmacology 2005; 13(1-3):209-216.

(2016)  Rainsford KD. Introduction - The coxib controversies. Inflammopharmacology 2005; 13(4):331-341.

(2017)  Gambero A, Becker TL, Zago AS, de Oliveira AF, Pedrazzoli J, Jr. Comparative study of anti-inflammatory and ulcerogenic activities of different cyclo-oxygenase inhibitors. Inflammopharmacology 2005; 13(5-6):441-454.

(2018)  Kean WF, Buchanan WW. The use of NSAIDs in rheumatic disorders 2005: a global perspective. Inflammopharmacology 2005; 13(4):343-370.

(2019)  Blake DR, Shenker N, Cohen H, Stevens CR. What if Derek Willoughby were right? Cyclo-oxygenase is an anti-inflammatory enzyme. Inflammopharmacology 2005; 12(5-6):465-471.

(2020)  Halpern GM. COX-2 inhibitors: a story of greed, deception and death. Inflammopharmacology 2005; 13(4):419-425.

(2021)  Khanna D, Khanna PP, Furst DE. COX-2 controversy: where are we and where do we go from here? Inflammopharmacology 2005; 13(4):395-402.

(2022)  Kumar VL, Roy S, Sehgal R, Padhy BM. A comparative study on the efficacy of rofecoxib in monoarticular arthritis induced by latex of Calotropis procera and Freund's complete adjuvant. Inflammopharmacology 2006; 14(1-2):17-21.

(2023)  Mullis BH, Copland ST, Weinhold PS, Miclau T, Lester GE, Bos GD. Effect of COX-2 inhibitors and non-steroidal anti-inflammatory drugs on a mouse fracture model. Injury 2006; 37(9):827-837.

(2024)  Perrone MR, Artesani MC, Viola M et al. Tolerability of rofecoxib in patients with adverse reactions to nonsteroidal anti-inflammatory drugs: a study of 216 patients and literature review. Int Arch Allergy Immunol 2003; 132(1):82-86.

(2025)  Kalyoncu AF, Karakaya G, Bozkurt B, Artvinli M. A new method of oral drug provocation testing for determining safe alternatives for patients with non-steroidal anti-inflammatory drug intolerance: the triple test. Int Arch Allergy Immunol 2005; 138(4):319-323.

(2026)  Rocca B, FitzGerald GA. Cyclooxygenases and prostaglandins: shaping up the immune response. Int Immunopharmacol 2002; 2(5):603-630.

(2027)  Jozefowski S, Bobek M, Marcinkiewicz J. Exogenous but not endogenous prostanoids regulate cytokine secretion from murine bone marrow dendritic cells: EP2, DP, and IP but not EP1, EP3, and FP prostanoid receptors are involved. Int Immunopharmacol 2003; 3(6):865-878.

(2028)  Vajja BN, Juluri S, Kumari M, Kole L, Chakrabarti R, Joshi VD. Lipopolysaccharide-induced paw edema model for detection of cytokine modulating anti-inflammatory agents. Int Immunopharmacol 2004; 4(7):901-909.

(2029)  Feitoza CQ, Camara NO, Pinheiro HS et al. Cyclooxygenase 1 and/or 2 blockade ameliorates the renal tissue damage triggered by ischemia and reperfusion injury. Int Immunopharmacol 2005; 5(1):79-84.

(2030)  Motilva V, arcon de la LC, Bruseghini L, Manuel HJ, Sanchez-Fidalgo S. COX expression and PGE(2) and PGD(2) production in experimental acute and chronic gastric lesions. Int Immunopharmacol 2005; 5(2):369-379.

(2031)  Becerra CR, Frenkel EP, Ashfaq R, Gaynor RB. Increased toxicity and lack of efficacy of Rofecoxib in combination with chemotherapy for treatment of metastatic colorectal cancer: A phase II study. Int J Cancer 2003; 105(6):868-872.

(2032)  Peluffo GD, Stillitani I, Rodriguez VA, Diament MJ, Klein SM. Reduction of tumor progression and paraneoplastic syndrome development in murine lung adenocarcinoma by nonsteroidal antiinflammatory drugs. Int J Cancer 2004; 110(6):825-830.

KS-000797

(2033) Tang C, Liu C, Zhou X, Wang C. Enhanced inhibitive effects of combination of rofecoxib and octreotide on the growth of human gastric cancer. Int J Cancer 2004; 112(3):470-474.

(2034) Noguera Aguilar JF, Amengual A, I, Pujol Tugores JJ. Dose of rofecoxib in colorectal cancer. Int J Cancer 2004; 110(2):309.

(2035) Lekakis JP, Vamvakou G, Andreadou I et al. Divergent effects of rofecoxib on endothelial function and inflammation in acute coronary syndromes. Int J Cardiol 2006; 112(3):359-366.

(2036) Celik T, Iyisoy A, Kursaklioglu H, Yuksel UC. Cyclooxygenase-2 inhibitors dilemma in cardiovascular medicine: are all family members bad players? Int J Cardiol 2007; 116(2):259-260.

(2037) Kasper B, Ho AD, Egerer G. A new therapeutic approach in patients with advanced sarcoma. Int J Clin Oncol 2005; 10(6):438-440.

(2038) Langman MJ, Eichler HG, Mavros P, Watson DJ, Kong SX. Initiation of antihypertensive therapy among new users of cyclooxygenase-2-selective and nonselective NSAIDs. Int J Clin Pharmacol Ther 2004; 42(5):260-266.

(2039) Geusens P, Alten R, Rovensky J et al. Efficacy, safety and tolerability of lumiracoxib in patients with rheumatoid arthritis. Int J Clin Pract 2004; 58(11):1033-1041.

(2040) Kellstein D, Ott D, Jayawardene S, Fricke J. Analgesic efficacy of a single dose of lumiracoxib compared with rofecoxib, celecoxib and placebo in the treatment of post-operative dental pain. Int J Clin Pract 2004; 58(3):244-250.

(2041) Bitner M, Kattenhorn J, Hatfield C, Gao J, Kellstein D. Efficacy and tolerability of lumiracoxib in the treatment of primary dysmenorrhoea. Int J Clin Pract 2004; 58(4):340-345.

(2042) Smith KJ, Skelton H. Acute onset of neutrophilic dermatosis in patients after therapy with a COX-2-specific inhibitor. Int J Dermatol 2003; 42(5):389-393.

(2043) Petitti D. Commentary: hormone replacement therapy and coronary heart disease: four lessons. Int J Epidemiol 2004; 33(3):461-463.

(2044) Sahin I, Saracoglu F, Kurban Y, Turkkani B. Dysmenorrhea treatment with a single daily dose of rofecoxib. Int J Gynaecol Obstet 2003; 83(3):285-291.

(2045) Wood NJ, Quinton NA, Burdall S, Sheridan E, Duffy SR. Exploring the potential chemopreventative effect of aspirin and rofecoxib on hereditary nonpolyposis colorectal cancer-like endometrial cancer cells in vitro through mechanisms involving apoptosis, the cell cycle, and mismatch repair gene expression. Int J Gynecol Cancer 2007; 17(2):447-454.

(2046) Friedman LS, Richter ED. Excessive and disproportionate advertising in peer-reviewed journals. Int J Occup Environ Health 2006; 12(1):59-64.

(2047) Halsas M, Hietala J, Veski P, Jurjenson H, Marvola M. Morning versus evening dosing of ibuprofen using conventional and time-controlled release formulations. Int J Pharm 1999; 189(2):179-185.

(2048) Kiang YH, Xu W, Kaufman MJ. Ab initio structure determination of rofecoxib from powder diffraction data using molecular packing analysis method and direct space method. Int J Pharm 2003; 252(1-2):213-223.

(2049) Papaioannides D, Bouropoulos C, Sinapides D, Korantzopoulos P, Akritidis N. Acute renal dysfunction associated with selective COX-2 inhibitor therapy. Int Urol Nephrol 2001; 33(4):609-611.

(2050) Landsberg PG, Pillans PI, Radford JM. Evaluation of cyclooxygenase 2 inhibitor use in patients admitted to a large teaching hospital. Intern Med J 2003; 33(5-6):225-228.

(2051) Haider M, Gain E, Khadem G et al. Simultaneous presentation of rofecoxib-induced acute hepatitis and acute interstitial nephritis. Intern Med J 2005; 35(6):370-372.

(2052) Lin MS, Dai YS, Pwu RF, Chen YH, Chang NC. Risk estimates for drugs suspected of being associated with Stevens-Johnson syndrome and toxic epidermal necrolysis: a case-control study. Intern Med J 2005; 35(3):188-190.

KS-000798

(2053)  Wilkinson-Berka JL, Alousis NS, Kelly DJ, Gilbert RE. COX-2 inhibition and retinal angiogenesis in a mouse model of retinopathy of prematurity. Invest Ophthalmol Vis Sci 2003; 44(3):974-979.

(2054)  Aizen E, Kagan G, Assy B, Iobel R, Bershadsky Y, Gilhar A. Effect of non-steroidal anti-inflammatory drugs on natural killer cell activity in patients with dementia. Isr Med Assoc J 2005; 7(2):78-81.

(2055)  Patrono C, FitzGerald GA. Oxidant stress in cardiovascular disease: an emerging modality or a disproved theory? Ital Heart J 2001; 2(12):865-866.

(2056)  Seeram NP, Schutzki R, Chandra A, Nair MG. Characterization, quantification, and bioactivies of anthocyanins in Cornus species. J Agric Food Chem 2002; 50(9):2519-2523.

(2057)  Stevenson DD, Simon RA. Lack of Cross-Reactivity Between Selective COX-2 Inhibitors and Aspirin (ASA) in ASA, Sensitive Asthmatic Subjects [ABSTRACT 806]. J Allergy Clin Immunol 2000; 105(1, Pt. 2):S273-Abstr. 806.

(2058)  Stevenson DD, Simon RA. Lack of cross-reactivity between rofecoxib and aspirin in aspirin-sensitive patients with asthma. J Allergy Clin Immunol 2001; 108(1):47-51.

(2059)  Grimm V, Rakoski J, Ring J. Urticaria and angioedema induced by COX-2 inhibitors. J Allergy Clin Immunol 2002; 109(2):370.

(2060)  Block SH. Chronic sinusitis with rofecoxib. J Allergy Clin Immunol 2002; 109(2):373-374.

(2061)  Fontaine C, Bousquet PJ, Demoly P. Anaphylactic shock caused by a selective allergy to celecoxib, with no allergy to rofecoxib or sulfamethoxazole. J Allergy Clin Immunol 2005; 115(3):633-634.

(2062)  VanderEnde DS, Morrow JD. Release of markedly increased quantities of prostaglandin D2 from the skin in vivo in humans after the application of cinnamic aldehyde. J Am Acad Dermatol 2001; 45(1):62-67.

(2063)  Markus R, Reddick ME, Rubenstein MC. Rofecoxib-induced pseudoporphyria. J Am Acad Dermatol 2004; 50(4):647-648.

(2064)  Drago F, Brusati C, Desirello G, Cacciapuoti M, Rebora A. Cutaneous vasculitis induced by cyclo-oxygenase-2 selective inhibitors. J Am Acad Dermatol 2004; 51(6):1029-1030.

(2065)  Lane JM. Anti-inflammatory medications: selective COX-2 inhibitors. J Am Acad Orthop Surg 2002; 10(2):75-78.

(2066)  Campbell RJ, Sneed KB. Acute congestive heart failure induced by rofecoxib. J Am Board Fam Pract 2004; 17(2):131-135.

(2067)  Abramson J, Starfield B. The effect of conflict of interest on biomedical research and clinical practice guidelines: can we trust the evidence in evidence-based medicine? J Am Board Fam Pract 2005; 18(5):414-418.

(2068)  Celermajer DS, Sorensen KE, Bull C, Robinson J, Deanfield JE. Endothelium-dependent dilation in the systemic arteries of asymptomatic subjects relates to coronary risk factors and their interaction. J Am Coll Cardiol 1994; 24(6):1468-1474.

(2069)  Anderson JL, Carlquist JF, Muhlestein JB, Horne BD, Elmer SP. Evaluation of C-reactive protein, an inflammatory marker, and infectious serology as risk factors for coronary artery disease and myocardial infarction. J Am Coll Cardiol 1998; 32(1):35-41.

(2070)  Furman MI, Benoit SE, Barnard MR et al. Increased platelet reactivity and circulating monocyte-platelet aggregates in patients with stable coronary artery disease. J Am Coll Cardiol 1998; 31(2):352-358.

(2071)  Noda T, Minatoguchi S, Fujii K et al. Evidence for the delayed effect in human ischemic preconditioning: prospective multicenter study for preconditioning in acute myocardial infarction. J Am Coll Cardiol 1999; 34(7):1966-1974.

(2072)  Grundy SM, Pasternak R, Greenland P, Smith S Jr, Fuster V. AHA/ACC scientific statement: Assessment of cardiovascular risk by use of multiple-risk-factor assessment equations: a statement for healthcare professionals from the American Heart Association and the American College of Cardiology. J Am Coll Cardiol 1999; 34(4):1348-1359.

KS-000799

(2073)  Furman MI, Barnard MR, Krueger LA et al. Circulating monocyte-platelet aggregates are an early marker of acute myocardial infarction. J Am Coll Cardiol 2001; 38(4):1002-1006.

(2074)  White WB. Cyclooxygenase-2 inhibitors and cardiovascular thromboembolic events. J Am Coll Cardiol 2002; 40(3):577-578.

(2075)  Bing RJ, Lomnicka M. Why do cyclo-oxygenase-2 inhibitors cause cardiovascular events? J Am Coll Cardiol 2002; 39(3):521-522.

(2076)  Abbate A, Biondi-Zoccai GG, Leone AM, Baldi A, Crea F. Cyclooxygenase-2 in myocardial ischemia: is it really a friend? J Am Coll Cardiol 2003; 42(9):1714-1715.

(2077)  Przyklenk K, Heusch G. Late preconditioning against myocardial stunning. Does aspirin close the "second window" of endogenous cardioprotection? J Am Coll Cardiol 2003; 41(7):1195-1197.

(2078)  Belton O, Fitzgerald D. Cyclooxygenase-2 inhibitors and atherosclerosis. J Am Coll Cardiol 2003; 41(10):1820-1822.

(2079)  Rott D, Zhu J, Burnett MS et al. Effects of MF-tricyclic, a selective cyclooxygenase-2 inhibitor, on atherosclerosis progression and susceptibility to cytomegalovirus replication in apolipoprotein-E knockout mice. J Am Coll Cardiol 2003; 41(10):1812-1819.

(2080)  Title LM, Giddens K, McInerney MM, McQueen MJ, Nassar BA. Effect of cyclooxygenase-2 inhibition with rofecoxib on endothelial dysfunction and inflammatory markers in patients with coronary artery disease. J Am Coll Cardiol 2003; 42(10):1747-1753.

(2081)  Verma S, Szmitko PE. Coxibs and the endothelium. J Am Coll Cardiol 2003; 42(10):1754-1756.

(2082)  Shinmura K, Kodani E, Xuan YT, Dawn B, Tang XL, Bolli R. Effect of aspirin on late preconditioning against myocardial stunning in conscious rabbits. J Am Coll Cardiol 2003; 41(7):1183-1194.

(2083)  Furman MI, Krueger LA, Linden MD, Barnard MR, Frelinger AL, III, Michelson AD. Release of soluble CD40L from platelets is regulated by glycoprotein IIb/IIIa and actin polymerization. J Am Coll Cardiol 2004; 43(12):2319-2325.

(2084)  DeMaria AN. The fallout from Vioxx. J Am Coll Cardiol 2004; 44(10):2080-2081.

(2085)  Frishman WH. Cyclooxygenase inhibition in patients with coronary artery disease. J Am Coll Cardiol 2004; 43(4):532-533.

(2086)  Howard PA, Delafontaine P. Nonsteroidal anti-Inflammatory drugs and cardiovascular risk. J Am Coll Cardiol 2004; 43(4):519-525.

(2087)  Kimmel SE, Berlin JA, Reilly M et al. The effects of nonselective non-aspirin non-steroidal anti-inflammatory medications on the risk of nonfatal myocardial infarction and their interaction with aspirin. J Am Coll Cardiol 2004; 43(6):985-990.

(2088)  Kearney D, Byrne A, Crean P, Cox D, Fitzgerald DJ. Optimal suppression of thromboxane A(2) formation by aspirin during percutaneous transluminal coronary angioplasty: no additional effect of a selective cyclooxygenase-2 inhibitor. J Am Coll Cardiol 2004; 43(4):526-531.

(2089)  Capone ML, Sciulli MG, Tacconelli S et al. Pharmacodynamic interaction of naproxen with low-dose aspirin in healthy subjects. J Am Coll Cardiol 2005; 45(8):1295-1301.

(2090)  Steinhubl SR. The use of anti-inflammatory analgesics in the patient with cardiovascular disease: what a pain. J Am Coll Cardiol 2005; 45(8):1302-1303.

(2091)  Fuster V, Fayad ZA, Moreno PR, Poon M, Corti R, Badimon JJ. Atherothrombosis and high-risk plaque: Part II: approaches by noninvasive computed tomographic/magnetic resonance imaging. J Am Coll Cardiol 2005; 46(7):1209-1218.

(2092)  Fuster V, Moreno PR, Fayad ZA, Corti R, Badimon JJ. Atherothrombosis and high-risk plaque: part I: evolving concepts. J Am Coll Cardiol 2005; 46(6):937-954.

KS-000800

(2093)   Borgdorff P, Tangelder GJ, Paulus WJ. Cyclooxygenase-2 inhibitors enhance shear stress-induced platelet aggregation. J Am Coll Cardiol 2006; 48(4):817-823.

(2094)   Zarraga IG, Schwarz ER. Coxibs and heart disease: what we have learned and what else we need to know. J Am Coll Cardiol 2007; 49(1):1-14.

(2095)   Morrison BW, Fricke J, Brown J, Yuan W, Kotey P, Mehlisch D. The optimal analgesic dose of rofecoxib: Overview of six randomized controlled trials. J Am Dent Assoc 2000; 131(12):1729-1737.

(2096)   Tonsi RC. Two views of licensure. J Am Dent Assoc 2001; 132(11):1500, 1502.

(2097)   Nesvold JA, Bacsik CJ. Two views of licensure. J Am Dent Assoc 2001; 132(11):1500.

(2098)   Moore PA, Hersh EV. Celecoxib and rofecoxib. The role of COX-2 inhibitors in dental practice. J Am Dent Assoc 2001; 132(4):451-456.

(2099)   Brinker AD, Bonnel RA, Feight AG, Nourjah P. Celecoxib and rofecoxib. J Am Dent Assoc 2001; 132(11):1502, 1504.

(2100)   Jeske AH. Selecting new drugs for pain control: evidence-based decisions or clinical impressions? J Am Dent Assoc 2002; 133(8):1052-1056.

(2101)   Geba GP, Polis AB, Kong SX et al. Quality of Life in the treatment of osteoarthritis (OA): comparison of rofecoxib to nabumatone and placebo. J Am Geriatr Soc 2001; 49(4):87.

(2102)   The management of persistent pain in older persons. J Am Geriatr Soc 2002; 50(6 Suppl):S205-S224.

(2103)   Kivitz AJ, Greenwald MW, Cohen SB et al. Efficacy and safety of rofecoxib 12.5 mg versus nabumetone 1,000 mg in patients with osteoarthritis of the knee: a randomized controlled trial. J Am Geriatr Soc 2004; 52(5):666-674.

(2104)   Rothschild JM, Fang E, Liu V, Litvak I, Yoon C, Bates DW. Use and perceived benefits of handheld computer-based clinical references. J Am Med Inform Assoc 2006; 13(6):619-626.

(2105)   Davidoff F, Godlee F, Hoey J et al. Uniform requirements for manuscripts submitted to biomedical journals. J Am Osteopath Assoc 2003; 103(3):137-149.

(2106)   Tomasoni S, Noris M, Zappella S et al. Upregulation of renal and systemic cyclooxygenase-2 in patients with active lupus nephritis. J Am Soc Nephrol 1998; 9(7):1202-1212.

(2107)   Swan SK, Lasseter KC, Ryan CF et al. Renal Effects of Multiple-Dose Rofecoxib (R), A Cox-2 Inhibitor, in Elderly Subjects. J.Am.Soc.Nephrol. 10, 641A. 1999.
Ref Type: Abstract

(2108)   Kitahara M, Eitner F, Ostendorf T et al. Selective cyclooxygenase-2 inhibition impairs glomerular capillary healing in experimental glomerulonephritis. J Am Soc Nephrol 2002; 13(5):1261-1270.

(2109)   Courtois E, Marques M, Barrientos A, Casado S, Lopez-Farre A. Lead-induced downregulation of soluble guanylate cyclase in isolated rat aortic segments mediated by reactive oxygen species and cyclooxygenase-2. J Am Soc Nephrol 2003; 14(6):1464-1470.

(2110)   Therland KL, Stubbe J, Thiesson HC et al. Cyclooxygenase-2 is expressed in vasculature of normal and ischemic adult human kidney and is colocalized with vascular prostaglandin E2 EP4 receptors. J Am Soc Nephrol 2004; 15(5):1189-1198.

(2111)   Cahana A, Mauron A. The story of Vioxx--no pain and a lot of gain: ethical concerns regarding conduct of the pharmaceutical industry. J Anesth 2006; 20(4):348-351.

(2112)   Huang A, Wu Y, Sun D, Koller A, Kaley G. Effect of estrogen on flow-induced dilation in NO deficiency: role of prostaglandins and EDHF. J Appl Physiol 2001; 91(6):2561-2566.

(2113)   Colombo PC, Ashton AW, Celaj S et al. Biopsy coupled to quantitative immunofluorescence: a new method to study the human vascular endothelium. J Appl Physiol 2002; 92(3):1331-1338.

**KS-000801**

(2114)  Reuben SS, Fingeroth R, Krushell R, Maciolek H. Evaluation of the safety and efficacy of the perioperative administration of rofecoxib for total knee arthroplasty. J Arthroplasty 2002; 17(1):26-31.

(2115)  Mahajan A, Sharma R. COX-2 selective nonsteroidal anti-inflammatory drugs: current status. J Assoc Physicians India 2005; 53:200-204.

(2116)  Bavbek S, Celik G, Ozer F, Mungan D, Misirligil Z. Safety of selective COX-2 inhibitors in aspirin/nonsteroidal anti-inflammatory drug-intolerant patients: comparison of nimesulide, meloxicam, and rofecoxib. J Asthma 2004; 41(1):67-75.

(2117)  BERGSTROM S, SAMUELSSON B. Isolation of prostaglandin E1 from human seminal plasma. Prostaglandins and related factors. 11. J Biol Chem 1962; 237(9):3005-3006.

(2118)  SAMUELSSON B. ISOLATION AND IDENTIFICATION OF PROSTAGLANDINS FROM HUMAN SEMINAL PLASMA. 18. PROSTAGLANDINS AND RELATED FACTORS. J Biol Chem 1963; 238(10):3229-3234.

(2119)  Hamberg M, SAMUELSSON B. On the mechanism of the biosynthesis of prostaglandins E-1 and F-1-alpha. J Biol Chem 1967; 242(22):5336-5343.

(2120)  Merlie JP, Fagan D, Mudd J, Needleman P. Isolation and characterization of the complementary DNA for sheep seminal vesicle prostaglandin endoperoxide synthase (cyclooxygenase). J Biol Chem 1988; 263(8):3550-3553.

(2121)  Fu JY, Masferrer JL, Seibert K, Raz A, Needleman P. The induction and suppression of prostaglandin H2 synthase (cyclooxygenase) in human monocytes. J Biol Chem 1990; 265(28):16737-16740.

(2122)  Kujubu DA, Fletcher BS, Varnum BC, Lim RW, Herschman HR. TIS10, a phorbol ester tumor promoter-inducible mRNA from Swiss 3T3 cells, encodes a novel prostaglandin synthase/cyclooxygenase homologue. J Biol Chem 1991; 266(20):12866-12872.

(2123)  Fletcher BS, Kujubu DA, Perrin DM, Herschman HR. Structure of the mitogen-inducible TIS10 gene and demonstration that the TIS10-encoded protein is a functional prostaglandin G/H synthase. J Biol Chem 1992; 267(7):4338-4344.

(2124)  Sirois J, Simmons DL, Richards JS. Hormonal regulation of messenger ribonucleic acid encoding a novel isoform of prostaglandin endoperoxide H synthase in rat preovulatory follicles. Induction in vivo and in vitro. J Biol Chem 1992; 267(16):11586-11592.

(2125)  Holtzman MJ, Turk J, Shornick LP. Identification of a pharmacologically distinct prostaglandin H synthase in cultured epithelial cells. J Biol Chem 1992; 267(30):21438-21445.

(2126)  Lee SH, Soyoola E, Chanmugam P et al. Selective expression of mitogen-inducible cyclooxygenase in macrophages stimulated with lipopolysaccharide. J Biol Chem 1992; 267(36):25934-25938.

(2127)  Kujubu DA, Reddy ST, Fletcher BS, Herschman HR. Expression of the protein product of the prostaglandin synthase-2/TIS10 gene in mitogen-stimulated Swiss 3T3 cells. J Biol Chem 1993; 268(8):5425-5430.

(2128)  Jones DA, Carlton DP, McIntyre TM, Zimmerman GA, Prescott SM. Molecular cloning of human prostaglandin endoperoxide synthase type II and demonstration of expression in response to cytokines. J Biol Chem 1993; 268(12):9049-9054.

(2129)  Meade EA, Smith WL, Dewitt DL. Differential inhibition of prostaglandin endoperoxide synthase (cyclooxygenase) isozymes by aspirin and other non-steroidal anti-inflammatory drugs. J Biol Chem 1993; 268(9):6610-6614.

(2130)  Ristimaki A, Garfinkel S, Wessendorf J, Maciag T, Hla T. Induction of cyclooxygenase-2 by interleukin-1 alpha. Evidence for post-transcriptional regulation. J Biol Chem 1994; 269(16):11769-11775.

(2131)  Pritchard KA, Jr., O'Banion MK, Miano JM et al. Induction of cyclooxygenase-2 in rat vascular smooth muscle cells in vitro and in vivo. J Biol Chem 1994; 269(11):8504-8509.

(2132)  Smith WL, Garavito RM, Dewitt DL. Prostaglandin endoperoxide H synthases (cyclooxygenases)-1 and -2. J Biol Chem 1996; 271(52):33157-33160.

KS-000802

(2133)   Gierse JK, McDonald JJ, Hauser SD, Rangwala SH, Koboldt CM, Seibert K. A single amino acid difference between cyclooxygenase-1 (COX-1) and -2 (COX-2) reverses the selectivity of COX-2 specific inhibitors. J Biol Chem 1996; 271(26):15810-15814.

(2134)   Wong E, Bayly C, Waterman HL, Riendeau D, Mancini JA. Conversion of prostaglandin G/H synthase-1 into an enzyme sensitive to PGHS-2-selective inhibitors by a double His513 --> Arg and Ile523 --> val mutation. J Biol Chem 1997; 272(14):9280-9286.

(2135)   Schmedtje JF, Jr., Ji YS, Liu WL, DuBois RN, Runge MS. Hypoxia induces cyclooxygenase-2 via the NF-kappaB p65 transcription factor in human vascular endothelial cells. J Biol Chem 1997; 272(1):601-608.

(2136)   Hayes JS, Lawler OA, Walsh MT, Kinsella BT. The prostacyclin receptor is isoprenylated. Isoprenylation is required for efficient receptor-effector coupling. J Biol Chem 1999; 274(34):23707-23718.

(2137)   Brock TG, McNish RW, Peters-Golden M. Arachidonic acid is preferentially metabolized by cyclooxygenase-2 to prostacyclin and prostaglandin E2. J Biol Chem 1999; 274(17):11660-11666.

(2138)   Lawson JA, Rokach J, FitzGerald GA. Isoprostanes: formation, analysis and use as indices of lipid peroxidation in vivo. J Biol Chem 1999; 274(35):24441-24444.

(2139)   Barry OP, Kazanietz MG, Pratico D, FitzGerald GA. Arachidonic acid in platelet microparticles up-regulates cyclooxygenase-2-dependent prostaglandin formation via a protein kinase C/mitogen-activated protein kinase-dependent pathway. J Biol Chem 1999; 274(11):7545-7556.

(2140)   Adderley SR, Fitzgerald DJ. Oxidative damage of cardiomyocytes is limited by extracellular regulated kinases 1/2-mediated induction of cyclooxygenase-2. J Biol Chem 1999; 274(8):5038-5046.

(2141)   Sheng H, Shao J, Dixon DA et al. Transforming growth factor-beta1 enhances Ha-ras-induced expression of cyclooxygenase-2 in intestinal epithelial cells via stabilization of mRNA. J Biol Chem 2000; 275(9):6628-6635.

(2142)   Xu Q, Ji YS, Schmedtje JF, Jr. Sp1 increases expression of cyclooxygenase-2 in hypoxic vascular endothelium. Implications for the mechanisms of aortic aneurysm and heart failure. J Biol Chem 2000; 275(32):24583-24589.

(2143)   Dixon DA, Kaplan CD, McIntyre TM, Zimmerman GA, Prescott SM. Post-transcriptional control of cyclooxygenase-2 gene expression. The role of the 3'-untranslated region. J Biol Chem 2000; 275(16):11750-11757.

(2144)   Caughey GE, Cleland LG, Gamble JR, James MJ. Up-regulation of endothelial cyclooxygenase-2 and prostanoid synthesis by platelets. Role of thromboxane A2. J Biol Chem 2001; 276(41):37839-37845.

(2145)   Dormond O, Bezzi M, Mariotti A, Ruegg C. Prostaglandin E2 promotes integrin alpha Vbeta 3-dependent endothelial cell adhesion, rac-activation, and spreading through cAMP/PKA-dependent signaling. J Biol Chem 2002; 277(48):45838-45846.

(2146)   Pichiule P, Chavez JC, LaManna JC. Hypoxic regulation of angiopoietin-2 expression in endothelial cells. J Biol Chem 2004; 279(13):12171-12180.

(2147)   Wilson SJ, Roche AM, Kostetskaia E, Smyth EM. Dimerization of the human receptors for prostacyclin and thromboxane facilitates thromboxane receptor-mediated cAMP generation. J Biol Chem 2004; 279(51):53036-53047.

(2148)   Syeda F, Grosjean J, Houliston RA et al. Cyclooxygenase-2 induction and prostacyclin release by protease-activated receptors in endothelial cells require cooperation between mitogen-activated protein kinase and NF-kappaB pathways. J Biol Chem 2006; 281(17):11792-11804.

(2149)   Goodman SB, Ma T, Mitsunaga L, Miyanishi K, Genovese MC, Smith RL. Temporal effects of a COX-2-selective NSAID on bone ingrowth. J Biomed Mater Res A 2005; 72(3):279-287.

(2150)   Wiens BL, Heyse JF. Testing for interaction in studies of noninferiority. J Biopharm Stat 2003; 13(1):103-115.

(2151)   Murnaghan M, Li G, Marsh DR. Nonsteroidal anti-inflammatory drug-induced fracture nonunion: an inhibition of angiogenesis? J Bone Joint Surg Am 2006; 88 Suppl 3:140-147.

KS-000803

(2152)   Murphy MG, Kivitz AJ, Rofecoxib Bone Study Group et al. The Effects of Rofecoxib, a Cyclooxygenase (COX)-2 Specific Inhibitor, Vs Ibuprofen on Biochemical Indices of Bone Turnover in Patients with Osteoarthritis [ABSTRACT SA133]. J Bone Miner Res 1999; 14(1 Suppl.):S342-Abstr. SA133.

(2153)   Simon AM, Manigrasso MB, O'Connor JP. Cyclo-oxygenase 2 function is essential for bone fracture healing. J.Bone Miner.Res. 17[6], 963-976. 2002.
Ref Type: Abstract

(2154)   Katagiri M, Ogasawara T, Hoshi K et al. Suppression of adjuvant-induced arthritic bone destruction by cyclooxygenase-2 selective agents with and without inhibitory potency against carbonic anhydrase II. J.Bone Miner.Res. 21[2], 219-227. 2006.
Ref Type: Abstract

(2155)   Klasser GD, Epstein J. Nonsteroidal anti-inflammatory drugs: confusion, controversy and dental implications. J Can Dent Assoc 2005; 71(8):575-580.

(2156)   Tuettenberg J, Grobholz R, Korn T, Wenz F, Erber R, Vajkoczy P. Continuous low-dose chemotherapy plus inhibition of cyclooxygenase-2 as an antiangiogenic therapy of glioblastoma multiforme. J Cancer Res Clin Oncol 2005; 131(1):31-40.

(2157)   Treiber G, Wex T, Rocken C, Fostitsch P, Malfertheiner P. Impact of biomarkers on disease survival and progression in patients treated with octreotide for advanced hepatocellular carcinoma. J Cancer Res Clin Oncol 2006; 132(11):699-708.

(2158)   Celik JB, Gormus N, Gormus ZI, Okesli S, Solak H. Preoperative analgesia management with rofecoxib in thoracotomy patients. J Cardiothorac Vasc Anesth 2005; 19(1):67-70.

(2159)   Berti F, Rossoni G, Magni F et al. Nonsteroidal antiinflammatory drugs aggravate acute myocardial ischemia in the perfused rabbit heart: a role for prostacyclin. J Cardiovasc Pharmacol 1988; 12(4):438-444.

(2160)   Black SC, Brideau C, Cirino M et al. Differential effect of a selective cyclooxygenase-2 inhibitor versus indomethacin on renal blood flow in conscious volume-depleted dogs. J Cardiovasc Pharmacol 1998; 32(5):686-694.

(2161)   Bouchard JF, Lamontagne D. Mechanisms of protection afforded by cyclooxygenase inhibitors to endothelial function against ischemic injury in rat isolated hearts. J Cardiovasc Pharmacol 1999; 34(5):755-763.

(2162)   Wang A, Nishihashi T, Murakami S et al. Noradrenaline-induced contraction mediated by endothelial COX-1 metabolites in the rat coronary artery. J Cardiovasc Pharmacol 2003; 42 Suppl 1:S39-S42.

(2163)   Dai W, Kloner RA. Relationship between cyclooxygenase-2 inhibition and thrombogenesis. J Cardiovasc Pharmacol Ther 2004; 9(1):51-59.

(2164)   Chen J, Li D, Schaefer RF, Mehta JL. Inhibitory effect of candesartan and rosuvastatin on CD40 and MMPs expression in apo-E knockout mice: novel insights into the role of RAS and dyslipidemia in atherogenesis. J Cardiovasc Pharmacol 2004; 44(4):446-452.

(2165)   Wang K, Tarakji K, Zhou Z et al. Celecoxib, a selective cyclooxygenase-2 inhibitor, decreases monocyte chemoattractant protein-1 expression and neointimal hyperplasia in the rabbit atherosclerotic balloon injury model. J Cardiovasc Pharmacol 2005; 45(1):61-67.

(2166)   Schror K, Mehta P, Mehta JL. Cardiovascular risk of selective cyclooxygenase-2 inhibitors. J Cardiovasc Pharmacol Ther 2005; 10(2):95-101.

(2167)   Krum H, Aw TJ, Liew D, Haas S. Blood pressure effects of COX-2 inhibitors. J Cardiovasc Pharmacol 2006; 47 Suppl 1:S43-S48.

(2168)   Strand V. Expectations from patients with rheumatoid arthritis regarding COX-2s: cutting to the heart of the matter. J Cardiovasc Pharmacol 2006; 47 Suppl 1:S55-S59.

(2169)   Mason RP, Walter MF, McNulty HP et al. Rofecoxib increases susceptibility of human LDL and membrane lipids to oxidative damage: a mechanism of cardiotoxicity. J Cardiovasc Pharmacol 2006; 47 Suppl 1:S7-14.

KS-000804

(2170)   Lindemann S, Tolley ND, Dixon DA et al. Activated platelets mediate inflammatory signaling by regulated interleukin 1beta synthesis. J Cell Biol 2001; 154(3):485-490.

(2171)   Griffoni C, Spisni E, Strillacci A, Toni M, Bachschmid MM, Tomasi V. Selective inhibition of prostacyclin synthase activity by rofecoxib. J Cell Mol Med 2007; 11(2):327-338.

(2172)   Teruyama K, Abe M, Nakano T et al. Role of transcription factor Ets-1 in the apoptosis of human vascular endothelial cells. J Cell Physiol 2001; 188(2):243-252.

(2173)   Pickard JD. Role of prostaglandins and arachidonic acid derivatives in the coupling of cerebral blood flow to cerebral metabolism. J Cereb Blood Flow Metab 1981; 1(4):361-384.

(2174)   Matthews CZ, Woolf EJ, Matuszewski BK. Improved procedure for the the determination of rofecoxib in human plasma involving 96-well solid-phase extraction and fluorescence detection. J Chromatogr A 2002; 949(1-2):83-89.

(2175)   Vintiloiu A, Mullett WM, Papp R, Lubda D, Kwong E. Combining restricted access material (RAM) and turbulent flow for the rapid on-line extraction of the cyclooxygenase-2 inhibitor rofecoxib in plasma samples. J Chromatogr A 2005; 1082(2):150-157.

(2176)   Chavez-Eng CM, Constanzer ML, Matuszewski BK. High-performance liquid chromatographic-tandem mass spectrometric evaluation and determination of stable isotope labeled analogs of rofecoxib in human plasma samples from oral bioavailability studies. J Chromatogr B Analyt Technol Biomed Life Sci 2002; 767(1):117-129.

(2177)   Vallano PT, Mazenko RS, Woolf EJ, Matuszewski BK. Monolithic silica liquid chromatography columns for the determination of cyclooxygenase II inhibitors in human plasma. J Chromatogr B Analyt Technol Biomed Life Sci 2002; 779(2):249-257.

(2178)   Ramakrishna NV, Vishwottam KN, Wishu S, Koteshwara M. Quantitation of Valdecoxib in human plasma by high-performance liquid chromatography with ultraviolet absorbance detection using liquid-liquid extraction. J Chromatogr B Analyt Technol Biomed Life Sci 2004; 802(2):271-275.

(2179)   Zhang M, Moore GA, Gardiner SJ, Begg EJ. Determination of rofecoxib in human plasma and breast milk by high-performance liquid chromatographic assay. J Chromatogr B Analyt Technol Biomed Life Sci 2004; 807(2):217-221.

(2180)   Ramakrishna NV, Vishwottam KN, Wishu S, Koteshwara M, Chidambara J. High-performance liquid chromatography method for the quantification of entacapone in human plasma. J Chromatogr B Analyt Technol Biomed Life Sci 2005; 823(2):189-194.

(2181)   Woolf E, Fu I, Matuszewski B. Determination of rofecoxib, a cyclooxygenase-2 specific inhibitor, in human plasma using high-performance liquid chromatography with post-column photochemical derivatization and fluorescence detection. J Chromatogr B Biomed Sci Appl 1999; 730(2):221-227.

(2182)   Aravind MK, Prescilla R, Ofenstein JP. A rapid and sensitive high-performance liquid chromatography assay for rofecoxib in human serum. J Chromatogr Sci 2002; 40(1):26-28.

(2183)   Hamama AK, Ray J, Day RO, Brien JA. Simultaneous determination of rofecoxib and celecoxib in human plasma by high-performance liquid chromatography. J Chromatogr Sci 2005; 43(7):351-354.

(2184)   Huang JJ, Taguchi A, Hsu H, Andriole GL, Jr., Kurz A. Preoperative oral rofecoxib does not decrease postoperative pain or morphine consumption in patients after radical prostatectomy: a prospective, randomized, double-blinded, placebo-controlled trial. J Clin Anesth 2001; 13(2):94-97.

(2185)   Kim JT, Sherman O, Cuff G, Leibovits A, Wajda M, Bekker AY. A double-blind prospective comparison of rofecoxib vs ketorolac in reducing postoperative pain after arthroscopic knee surgery. J Clin Anesth 2005; 17(6):439-443.

(2186)   Watson ML, Goodman RP, Gill JR, Branch RA, Brash AR, FitzGerald GA. Endogenous prostacyclin synthesis is decreased during activation of the renin-angiotensin system in man. J Clin Endocrinol Metab 1984; 58(2):304-308.

(2187)   Tamura M, Sebastian S, Gurates B, Yang S, Fang Z, Bulun SE. Vascular endothelial growth factor up-regulates cyclooxygenase-2 expression in human endothelial cells. J Clin Endocrinol Metab 2002; 87(7):3504-3507.

KS-000805

(2188)   Zatelli MC, Luchin A, Piccin D et al. Cyclooxygenase-2 inhibitors reverse chemoresistance phenotype in medullary thyroid carcinoma by a permeability glycoprotein-mediated mechanism. J Clin Endocrinol Metab 2005; 90(10):5754-5760.

(2189)   Guess HA. Pharmacoepidemiology in pre-approval clinical trial safety monitoring. J Clin Epidemiol 1991; 44(8):851-857.

(2190)   Tugwell P, Judd MG, Fries JF, Singh G, Wells GA. Powering our way to the elusive side effect: a composite outcome 'basket' of predefined designated endpoints in each organ system should be included in all controlled trials. J Clin Epidemiol 2005; 58(8):785-790.

(2191)   Day D, Furlan A, Irvin E, Bombardier C. Simplified search strategies were effective in identifying clinical trials of pharmaceuticals and physical modalities. J Clin Epidemiol 2005; 58(9):874-881.

(2192)   Chou R, Fu R, Carson S, Saha S, Helfand M. Methodological shortcomings predicted lower harm estimates in one of two sets of studies of clinical interventions. J Clin Epidemiol 2007; 60(1):18-28.

(2193)   Freitas J, Farricha V, Nascimento I, Borralho P, Parames A. Rofecoxib: a possible cause of acute colitis. J Clin Gastroenterol 2002; 34(4):451-453.

(2194)   Wilcox GM, Mattia AR. Rofecoxib and inflammatory bowel disease: clinical and pathologic observations. J Clin Gastroenterol 2005; 39(2):142-143.

(2195)   Pickering TG, Hall JE, Appel LJ et al. Recommendations for blood pressure measurement in humans: an AHA scientific statement from the Council on High Blood Pressure Research Professional and Public Education Subcommittee. J Clin Hypertens (Greenwich ) 2005; 7(2):102-109.

(2196)   FitzGerald GA, Brash AR, Falardeau P, Oates JA. Estimated rate of prostacyclin secretion into the circulation of normal man. J Clin Invest 1981; 68(5):1272-1276.

(2197)   FitzGerald GA, Oates JA, Hawiger J et al. Endogenous biosynthesis of prostacyclin and thromboxane and platelet function during chronic administration of aspirin in man. J Clin Invest 1983; 71(3):676-688.

(2198)   Patrono C, Ciabattoni G, Pugliese F, Pierucci A, Blair IA, FitzGerald GA. Estimated rate of thromboxane secretion into the circulation of normal humans. J Clin Invest 1986; 77(2):590-594.

(2199)   Harris RC, McKanna JA, Akai Y, Jacobson HR, DuBois RN, Breyer MD. Cyclooxygenase-2 is associated with the macula densa of rat kidney and increases with salt restriction. J Clin Invest 1994; 94(6):2504-2510.

(2200)   Crofford LJ, Wilder RL, Ristimaki AP et al. Cyclooxygenase-1 and -2 expression in rheumatoid synovial tissues. Effects of interleukin-1 beta, phorbol ester, and corticosteroids. J Clin Invest 1994; 93(3):1095-1101.

(2201)   Brannon TS, North AJ, Wells LB, Shaul PW. Prostacyclin synthesis in ovine pulmonary artery is developmentally regulated by changes in cyclooxygenase-1 gene expression. J Clin Invest 1994; 93(5):2230-2235.

(2202)   Anderson GD, Hauser SD, McGarity KL, Bremer ME, Isakson PC, Gregory SA. Selective inhibition of cyclooxygenase (COX)-2 reverses inflammation and expression of COX-2 and interleukin 6 in rat adjuvant arthritis. J Clin Invest 1996; 97(11):2672-2679.

(2203)   Barry OP, Pratico D, Lawson JA, FitzGerald GA. Transcellular activation of platelets and endothelial cells by bioactive lipids in platelet microparticles. J Clin Invest 1997; 99(9):2118-2127.

(2204)   Schafer AI. Vascular endothelium: in defense of blood fluidity. J Clin Invest 1997; 99(6):1143-1144.

(2205)   Napoli C, D'Armiento FP, Mancini FP et al. Fatty streak formation occurs in human fetal aortas and is greatly enhanced by maternal hypercholesterolemia. Intimal accumulation of low density lipoprotein and its oxidation precede monocyte recruitment into early atherosclerotic lesions. J Clin Invest 1997; 100(11):2680-2690.

(2206)   Sheng H, Shao J, Kirkland SC et al. Inhibition of human colon cancer cell growth by selective inhibition of cyclooxygenase-2. J Clin Invest 1997; 99(9):2254-2259.

(2207)   Thomas DW, Mannon RB, Mannon PJ et al. Coagulation defects and altered hemodynamic responses in mice lacking receptors for thromboxane A2. J Clin Invest 1998; 102(11):1994-2001.

KS-000806

(2208)  Cheng HF, Wang JL, Zhang MZ et al. Angiotensin II attenuates renal cortical cyclooxygenase-2 expression. J Clin Invest 1999; 103(7):953-961.

(2209)  Schnermann J, Briggs JP. The macula densa is worth its salt. J Clin Invest 1999; 104(8):1007-1009.

(2210)  McAdam BF, Mardini IA, Habib A et al. Effect of regulated expression of human cyclooxygenase isoforms on eicosanoid and isoeicosanoid production in inflammation. J Clin Invest 2000; 105(10):1473-1482.

(2211)  Fitzpatrick FA, Soberman R. Regulated formation of eicosanoids. J Clin Invest 2001; 107(11):1347-1351.

(2212)  FitzGerald GA, Loll P. COX in a crystal ball: current status and future promise of prostaglandin research. J Clin Invest 2001; 107(11):1335-1337.

(2213)  Smith WL, Langenbach R. Why there are two cyclooxygenase isozymes. J Clin Invest 2001; 107(12):1491-1495.

(2214)  Narumiya S, FitzGerald GA. Genetic and pharmacological analysis of prostanoid receptor function. J Clin Invest 2001; 108(1):25-30.

(2215)  Tilley SL, Coffman TM, Koller BH. Mixed messages: modulation of inflammation and immune responses by prostaglandins and thromboxanes. J Clin Invest 2001; 108(1):15-23.

(2216)  Brash AR. Arachidonic acid as a bioactive molecule. J Clin Invest 2001; 107(11):1339-1345.

(2217)  Serhan CN, Oliw E. Unorthodox routes to prostanoid formation: new twists in cyclooxygenase-initiated pathways. J Clin Invest 2001; 107(12):1481-1489.

(2218)  Patrono C, Patrignani P, Garcia Rodriguez LA. Cyclooxygenase-selective inhibition of prostanoid formation: transducing biochemical selectivity into clinical read-outs. J Clin Invest 2001; 108(1):7-13.

(2219)  Dowd NP, Scully M, Adderley SR, Cunningham AJ, Fitzgerald DJ. Inhibition of cyclooxygenase-2 aggravates doxorubicin-mediated cardiac injury in vivo. J Clin Invest 2001; 108(4):585-590.

(2220)  FitzGerald GA. The choreography of cyclooxygenases in the kidney. J Clin Invest 2002; 110(1):33-34.

(2221)  Qi Z, Hao CM, Langenbach RI et al. Opposite effects of cyclooxygenase-1 and -2 activity on the pressor response to angiotensin II. J Clin Invest 2002; 110(1):61-69.

(2222)  Kobayashi T, Tahara Y, Matsumoto M et al. Roles of thromboxane A(2) and prostacyclin in the development of atherosclerosis in apoE-deficient mice. J Clin Invest 2004; 114(6):784-794.

(2223)  Francois H, Coffman TM. Prostanoids and blood pressure: which way is up? J Clin Invest 2004; 114(6):757-759.

(2224)  Kothapalli D, Fuki I, Ali K et al. Antimitogenic effects of HDL and APOE mediated by Cox-2-dependent IP activation. J Clin Invest 2004; 113(4):609-618.

(2225)  Yu Y, Cheng Y, Fan J et al. Differential impact of prostaglandin H synthase 1 knockdown on platelets and parturition. J Clin Invest 2005; 115(4):986-995.

(2226)  Grosser T, Fries S, FitzGerald GA. Biological basis for the cardiovascular consequences of COX-2 inhibition: therapeutic challenges and opportunities. J Clin Invest 2006; 116(1):4-15.

(2227)  Cheng Y, Wang M, Yu Y, Lawson J, Funk CD, FitzGerald GA. Cyclooxygenases, microsomal prostaglandin E synthase-1, and cardiovascular function. J Clin Invest 2006; 116(5):1391-1399.

(2228)  Layton D, Heeley E, Shakir SA. Identification and evaluation of a possible signal of exacerbation of colitis during rofecoxib treatment, using Prescription-Event Monitoring data. J Clin Pharm Ther 2004; 29(2):171-181.

(2229)  Chen LC, Elliott RA, Ashcroft DM. Systematic review of the analgesic efficacy and tolerability of COX-2 inhibitors in post-operative pain control. J Clin Pharm Ther 2004; 29(3):215-229.

(2230)  Helin-Salmivaara A, Huupponen R, Virtanen A, Klaukka T. Adoption of celecoxib and rofecoxib: a nationwide database study. J Clin Pharm Ther 2005; 30(2):145-152.

KS-000807

(2231) Chen LC, Ashcroft DM. Do selective COX-2 inhibitors increase the risk of cerebrovascular events? A meta-analysis of randomized controlled trials. J Clin Pharm Ther 2006; 31(6):565-576.

(2232) Brown J, Morrison BW, Christensen S et al. Vioxx 50 mg Versus Ibuprofen 400 mg In Post-Surgical Dental Pain [ABSTRACT 18]. J Clin Pharmacol 1999; 39(9):974-Abstr. 18.

(2233) Leese PT, Hubbard RC, Karim A, Isakson PC, Yu SS, Geis GS. Effects of celecoxib, a novel cyclooxygenase-2 inhibitor, on platelet function in healthy adults: a randomized, controlled trial. J Clin Pharmacol 2000; 40(2):124-132.

(2234) Van HA, Schwartz JI, Depre M et al. Comparative inhibitory activity of rofecoxib, meloxicam, diclofenac, ibuprofen, and naproxen on COX-2 versus COX-1 in healthy volunteers. J Clin Pharmacol 2000; 40(10):1109-1120.

(2235) Greenberg HE, Gottesdiener K, Huntington M et al. A new cyclooxygenase-2 inhibitor, rofecoxib (VIOXX), did not alter the antiplatelet effects of low-dose aspirin in healthy volunteers. J Clin Pharmacol 2000; 40(12 Pt 2):1509-1515.

(2236) Schwartz JI, De SM, Larson PJ et al. Effect of rofecoxib on the pharmacokinetics of digoxin in healthy volunteers. J Clin Pharmacol 2001; 41(1):107-112.

(2237) Schwartz JI, Agrawal NG, Wong PH et al. Lack of pharmacokinetic interaction between rofecoxib and methotrexate in rheumatoid arthritis patients. J Clin Pharmacol 2001; 41(10):1120-1130.

(2238) Schwartz JI, Wong PH, Porras AG, Ebel DL, Hunt TR, Gertz BJ. Effect of rofecoxib on the pharmacokinetics of chronically administered oral contraceptives in healthy female volunteers. J Clin Pharmacol 2002; 42(2):215-221.

(2239) Bachmann K, White D, Jauregui L et al. An evaluation of the dose-dependent inhibition of CYP1A2 by rofecoxib using theophylline as a CYP1A2 probe. J Clin Pharmacol 2003; 43(10):1082-1090.

(2240) Dallob A, Hawkey CJ, Greenberg H et al. Characterization of etoricoxib, a novel, selective COX-2 inhibitor. J Clin Pharmacol 2003; 43(6):573-585.

(2241) Schwartz JI, Mukhopadhyay S, Porras AG et al. Effect of rofecoxib on prednisolone and prednisone pharmacokinetics in healthy subjects. J Clin Pharmacol 2003; 43(2):187-192.

(2242) Agrawal NG, Matthews CZ, Mazenko RS et al. Pharmacokinetics of etoricoxib in patients with renal impairment. J Clin Pharmacol 2004; 44(1):48-58.

(2243) Konstantinopoulos PA, Lehmann DF. The cardiovascular toxicity of selective and nonselective cyclooxygenase inhibitors: comparisons, contrasts, and aspirin confounding. J Clin Pharmacol 2005; 45(7):742-750.

(2244) Etminan M, Gill S, Fitzgerald M, Samii A. Challenges and opportunities for pharmacoepidemiology in drug-therapy decision making. J Clin Pharmacol 2006; 46(1):6-9.

(2245) Phelan KM, Mosholder AD, Lu S. Lithium interaction with the cyclooxygenase 2 inhibitors rofecoxib and celecoxib and other nonsteroidal anti-inflammatory drugs. J Clin Psychiatry 2003; 64(11):1328-1334.

(2246) McKenna F, Weaver A, Fiechtner JJ, Bello AE, Fort JG. COX-2 Specific Inhibitors in the Management of Osteoarthritis of the Knee: A Placebo-Controlled, Randomized, Double-Blind Study. J Clin Rheumatol 2001; 7(3):151-159.

(2247) Bradley JD. Celecoxib and rofecoxib: a distinction with a difference? J Clin Rheumatol 2001; 7(3):137-138.

(2248) Wolfe F, Michaud K, Zhao SZ. Patient perception of the burden of weight gain and blood pressure increase among RA patients using celecoxib, rofecoxib, and non-specific NSAIDs. J Clin Rheumatol 2003; 9(6):344-353.

(2249) FitzGerald GA. Prostaglandins: modulators of inflammation and cardiovascular risk. J Clin Rheumatol 2004; 10(3 Suppl):S12-S17.

(2250) Dubois RW, Melmed GY, Henning JM, Bernal M. Risk of Upper Gastrointestinal Injury and Events in Patients Treated With Cyclooxygenase (COX)-1/COX-2 Nonsteroidal Antiinflammatory Drugs (NSAIDs), COX-2 Selective NSAIDs, and Gastroprotective Cotherapy: An Appraisal of the Literature. J Clin Rheumatol 2004; 10(4):178-189.

(2251) Weaver AL, Messner RP, Storms WW et al. Treatment of patients with osteoarthritis with rofecoxib compared with nabumetone. J Clin Rheumatol 2006; 12(1):17-25.

KS-000808

(2252)   Ermondi G, Caron G, Lawrence R, Longo D. Docking studies on NSAID/COX-2 isozyme complexes using contact statistics analysis. J Comput Aided Mol Des 2004; 18(11):683-696.

(2253)   Muller-Decker K. [Cyclooxygenases in the skin]. J Dtsch Dermatol Ges 2004; 2(8):668-675.

(2254)   Hay E, Derazon H, Bukish N, Katz L, Kruglyakov I, Armoni M. Fatal hyperkalemia related to combined therapy with a COX-2 inhibitor, ACE inhibitor and potassium rich diet. J Emerg Med 2002; 22(4):349-352.

(2255)   Gopikrishna V, Parameswaran A. Effectiveness of prophylactic use of rofecoxib in comparison with ibuprofen on postendodontic pain. J Endod 2003; 29(1):62-64.

(2256)   Holt CI, Hutchins MO, Pileggi R. A real time quantitative PCR analysis and correlation of COX-1 and COX-2 enzymes in inflamed dental pulps following administration of three different NSAIDs. J Endod 2005; 31(11):799-804.

(2257)   Luzzi GA. Chronic prostatitis and chronic pelvic pain in men: aetiology, diagnosis and management. J Eur Acad Dermatol Venereol 2002; 16(3):253-256.

(2258)   Hernandez GL, Volpert OV, Iniguez MA et al. Selective inhibition of vascular endothelial growth factor-mediated angiogenesis by cyclosporin A: roles of the nuclear factor of activated T cells and cyclooxygenase 2. J Exp Med 2001; 193(5):607-620.

(2259)   Massberg S, Brand K, Gruner S et al. A critical role of platelet adhesion in the initiation of atherosclerotic lesion formation. J Exp Med 2002; 196(7):887-896.

(2260)   Jongstra-Bilen J, Haidari M, Zhu SN, Chen M, Guha D, Cybulsky MI. Low-grade chronic inflammation in regions of the normal mouse arterial intima predisposed to atherosclerosis. J Exp Med 2006; 203(9):2073-2083.

(2261)   Gross S, Tilly P, Hentsch D, Vonesch JL, Fabre JE. Vascular wall-produced prostaglandin E2 exacerbates arterial thrombosis and atherothrombosis through platelet EP3 receptors. J Exp Med 2007; 204(2):311-320.

(2262)   Adelman A. Is rofecoxib safer than naproxen? J Fam Pract 2001; 50(3):204.

(2263)   Shaughnessy AF. Right ballpark, wrong base: assessing safety of NSAIDs. J Fam Pract 2002; 51(6):538.

(2264)   Saseen JJ. Which is most effective of osteoarthritis of the knee: rofecoxib, celecoxib, or acetaminophen? J Fam Pract 2002; 51(4):307.

(2265)   Rofecoxib, diclofenac, and indomethacin increase risk of CVD. J Fam Pract 2006; 55(12):1032.

(2266)   Wu KK. Endothelial prostaglandin and nitric oxide synthesis in atherogenesis and thrombosis. J Formos Med Assoc 1996; 95(9):661-666.

(2267)   Tanaka A, Matsumoto M, Hayashi Y, Takeuchi K. Functional mechanism underlying cyclooxygenase-2 expression in rat small intestine following administration of indomethacin: relation to intestinal hypermotility. J Gastroenterol Hepatol 2005; 20(1):38-45.

(2268)   Tu CT, Guo JS, Wang M, Wang JY. Antifibrotic activity of rofecoxib in vivo is associated with reduced portal hypertension in rats with carbon tetrachloride-induced liver injury. J Gastroenterol Hepatol 2007; 22(6):877-884.

(2269)   Tseng WW, Deganutti A, Chen MN, Saxton RE, Liu CD. Selective cyclooxygenase-2 inhibitor rofecoxib (Vioxx) induces expression of cell cycle arrest genes and slows tumor growth in human pancreatic cancer. J Gastrointest Surg 2002; 6(6):838-843.

(2270)   Lew JI, Guo Y, Kim RK, Vargish L, Michelassi F, Arenas RB. Reduction of intestinal neoplasia with adenomatous polyposis coli gene replacement and COX-2 inhibition is additive. J Gastrointest Surg 2002; 6(4):563-568.

(2271)   Smalley WE, Griffin MR, Fought RL, Ray WA. Excess costs from gastrointestinal disease associated with nonsteroidal anti-inflammatory drugs. J Gen Intern Med 1996; 11(8):461-469.

(2272)   Petersen LA, Wright S, Normand SL, Daley J. Positive predictive value of the diagnosis of acute myocardial infarction in an administrative database. J Gen Intern Med 1999; 14(9):555-558.

KS-000809

(2273) Roumie CL, Arbogast PG, Mitchel EF, Jr., Griffin MR. Prescriptions for chronic high-dose cyclooxygenase-2 inhibitors are often inappropriate and potentially dangerous. J Gen Intern Med 2005; 20(10):879-883.

(2274) Huster D, Schubert C, Berr F, Mossner J, Caca K. Rofecoxib-induced cholestatic hepatitis: treatment with molecular adsorbent recycling system (MARS). J Hepatol 2002; 37(3):413-414.

(2275) Reitblat T, Zamir D, Estis L, Priluk R, Drogenikov T, Viskoper JR. The different patterns of blood pressure elevation by rofecoxib and nabumetone. J Hum Hypertens 2002; 16(6):431-434.

(2276) Lau KK, Chan YH, Yiu KH et al. Burden of carotid atherosclerosis in patients with stroke: relationships with circulating endothelial progenitor cells and hypertension. J Hum Hypertens 2007; 21(6):445-451.

(2277) Doroudi R, Gan LM, Sjogren LS, Jern S. Intraluminal pressure modulates eicosanoid enzyme expression in vascular endothelium of intact human conduit vessels at physiological levels of shear stress. J Hypertens 2002; 20(1):63-70.

(2278) Whelton A. COX-2-specific inhibitors and the kidney: effect on hypertension and oedema. J Hypertens Suppl 2002; 20(6):S31-S35.

(2279) Gibofsky A. Clinical profiles of celecoxib and rofecoxib in the rheumatic diseases. J Hypertens Suppl 2002; 20(6):S25-S30.

(2280) Harris RC. Cyclooxygenase-2 and the kidney: functional and pathophysiological implications. J Hypertens Suppl 2002; 20(6):S3-S9.

(2281) Caughey GE, Cleland LG, Penglis PS, Gamble JR, James MJ. Roles of cyclooxygenase (COX)-1 and COX-2 in prostanoid production by human endothelial cells: selective up-regulation of prostacyclin synthesis by COX-2. J Immunol 2001; 167(5):2831-2838.

(2282) Weissenbach R. Clinical trial with Nimesulide, a new non-steroid anti-inflammatory agent, in rheumatic pathology. J Int Med Res 1981; 9(5):349-352.

(2283) Berenbaum F, Grifka J, Brown JP et al. Efficacy of lumiracoxib in osteoarthritis: a review of nine studies. J Int Med Res 2005; 33(1):21-41.

(2284) Asero R. Chronic urticaria with multiple NSAID intolerance: is tramadol always a safe alternative analgesic? J Investig Allergol Clin Immunol 2003; 13(1):56-59.

(2285) Bavbek S, Celik G, Pasaoglu G, Misirligil Z. Rofecoxib, as a safe alternative for acetyl salicylic acid/nonsteroidal anti-inflammatory drug-intolerant patients. J Investig Allergol Clin Immunol 2006; 16(1):57-62.

(2286) Stichtenoth DO, Wagner B, Frolich JC. Effect of selective inhibition of the inducible cyclooxygenase on renin release in healthy volunteers. J Investig Med 1998; 46(6):290-296.

(2287) Noble JH, Jr. Meta-analysis: Methods, strengths, weaknesses, and political uses. J Lab Clin Med 2006; 147(1):7-20.

(2288) Cohen JG. Recent developments in health law. Merck and the Vioxx decision: playing by the changing rules of the chemical exposure game. J Law Med Ethics 2005; 33(4):866-869.

(2289) Polli JE, Kim S, Martin BR. Weight uniformity of split tablets required by a Veterans Affairs policy. J Manag Care Pharm 2003; 9(5):401-407.

(2290) Stockl K, Cyprien L, Chang EY. Gastrointestinal bleeding rates among managed care patients newly started on cox-2 inhibitors or nonselective NSAIDs. J Manag Care Pharm 2005; 11(7):550-558.

(2291) Li CS, Black WC, Chan CC et al. Cyclooxygenase-2 inhibitors. Synthesis and pharmacological activities of 5-methanesulfonamido-1-indanone derivatives. J Med Chem 1995; 38(25):4897-4905.

(2292) Penning TD, Talley JJ, Bertenshaw SR et al. Synthesis and biological evaluation of the 1,5-diarylpyrazole class of cyclooxygenase-2 inhibitors: identification of 4-[5-(4-methylphenyl)-3-(trifluoromethyl)-1H-pyrazol-1-yl]benzenesulfonamide (SC-58635, celecoxib). J Med Chem 1997; 40(9):1347-1365.

KS-000810

(2293)   Talley JJ, Brown DL, Carter JS et al. 4-[5-Methyl-3-phenylisoxazol-4-yl]- benzenesulfonamide, valdecoxib: a potent and selective inhibitor of COX-2. J Med Chem 2000; 43(5):775-777.

(2294)   Habeeb AG, Praveen Rao PN, Knaus EE. Design and synthesis of celecoxib and rofecoxib analogues as selective cyclooxygenase-2 (COX-2) inhibitors: replacement of sulfonamide and methylsulfonyl pharmacophores by an azido bioisostere. J Med Chem 2001; 44(18):3039-3042.

(2295)   Palomer A, Cabre F, Pascual J et al. Identification of novel cyclooxygenase-2 selective inhibitors using pharmacophore models. J Med Chem 2002; 45(7):1402-1411.

(2296)   Krovat EM, Langer T. Non-peptide angiotensin II receptor antagonists: chemical feature based pharmacophore identification. J Med Chem 2003; 46(5):716-726.

(2297)   Soliva R, Almansa C, Kalko SG, Luque FJ, Orozco M. Theoretical studies on the inhibition mechanism of cyclooxygenase-2. Is there a unique recognition site? J Med Chem 2003; 46(8):1372-1382.

(2298)   Shin SS, Byun Y, Lim KM et al. In vitro structure-activity relationship and in vivo studies for a novel class of cyclooxygenase-2 inhibitors: 5-aryl-2,2-dialkyl-4-phenyl-3(2H)furanone derivatives. J Med Chem 2004; 47(4):792-804.

(2299)   Weber A, Casini A, Heine A et al. Unexpected nanomolar inhibition of carbonic anhydrase by COX-2-selective celecoxib: new pharmacological opportunities due to related binding site recognition. J Med Chem 2004; 47(3):550-557.

(2300)   Rao PN, Uddin MJ, Knaus EE. Design, synthesis, and structure-activity relationship studies of 3,4,6-triphenylpyran-2-ones as selective cyclooxygenase-2 inhibitors. J Med Chem 2004; 47(16):3972-3990.

(2301)   Rao PN, Chen QH, Knaus EE. Synthesis and structure-activity relationship studies of 1,3-diarylprop-2-yn-1-ones: dual inhibitors of cyclooxygenases and lipoxygenases. J Med Chem 2006; 49(5):1668-1683.

(2302)   James MJ, Cleland LG. Applying a research ethics committee approach to a medical practice controversy: the case of the selective COX-2 inhibitor rofecoxib. J Med Ethics 2004; 30(2):182-184.

(2303)   Fries JF. The chronic disease data bank: first principles to future directions. J Med Philos 1984; 9(2):161-180.

(2304)   Carrasquer G, Li M. Effect of ibuprofen and rofecoxib transport parameters in the frog corneal epithelium. J Membr Biol 2002; 190(2):127-132.

(2305)   Aitchison KA, Coker SJ. Cyclooxygenase inhibition converts the effect of nitric oxide synthase inhibition from infarct size reduction to expansion in isolated rabbit hearts. J Mol Cell Cardiol 1999; 31(6):1315-1324.

(2306)   Patel HH, Gross GJ. The disputed role of COX-2 in myocardial infarction, is the jury still out? J Mol Cell Cardiol 2002; 34(1):1-3.

(2307)   Scheuren N, Jacobs M, Ertl G, Schorb W. Cyclooxygenase-2 in myocardium stimulation by angiotensin-II in cultured cardiac fibroblasts and role at acute myocardial infarction. J Mol Cell Cardiol 2002; 34(1):29-37.

(2308)   Xuan YT, Guo Y, Zhu Y et al. Mechanism of cyclooxygenase-2 upregulation in late preconditioning. J Mol Cell Cardiol 2003; 35(5):525-537.

(2309)   Kishore R, Losordo DW. Mending the broken heart: ischemic preconditioning-stimulated myocardial angiogenesis. J Mol Cell Cardiol 2004; 37(1):1-3.

(2310)   Saito T, Rodger IW, Hu F, Robinson R, Huynh T, Giaid A. Inhibition of COX pathway in experimental myocardial infarction. J Mol Cell Cardiol 2004; 37(1):71-77.

(2311)   Burleigh ME, Babaev VR, Yancey PG et al. Cyclooxygenase-2 promotes early atherosclerotic lesion formation in ApoE-deficient and C57BL/6 mice. J Mol Cell Cardiol 2005; 39(3):443-452.

(2312)   Llorens O, Perez JJ, Palomer A, Mauleon D. Differential binding mode of diverse cyclooxygenase inhibitors. J Mol Graph Model 2002; 20(5):359-371.

(2313)   Metzner J, Popp L, Marian C et al. The effects of COX-2 selective and non-selective NSAIDs on the initiation and progression of atherosclerosis in ApoE(-/-) mice. J Mol Med 2007; 85(6):623-633.

KS-000511

(2314)  Fries JF. A scoring system identifies high-risk patients. NSAID gastropathy: Epidemiology. J Musculos Med 1991; 8(2):21-28.

(2315)  Huss U, Ringbom T, Perera P, Bohlin L, Vasange M. Screening of ubiquitous plant constituents for COX-2 inhibition with a scintillation proximity based assay. J Nat Prod 2002; 65(11):1517-1521.

(2316)  Ziegler J. Early trials probe COX-2 inhibitors' cancer-fighting potential. J Natl Cancer Inst 1999; 91(14):1186-1187.

(2317)  Zhu J, Song X, Lin HP et al. Using cyclooxygenase-2 inhibitors as molecular platforms to develop a new class of apoptosis-inducing agents. J Natl Cancer Inst 2002; 94(23):1745-1757.

(2318)  Song X, Lin HP, Johnson AJ et al. Cyclooxygenase-2, player or spectator in cyclooxygenase-2 inhibitor-induced apoptosis in prostate cancer cells. J Natl Cancer Inst 2002; 94(8):585-591.

(2319)  Vanchieri C. Vioxx withdrawal alarms cancer prevention researchers. J Natl Cancer Inst 2004; 96(23):1734-1735.

(2320)  Vanchieri C. Researchers plan to continue to study COX-2 inhibitors in cancer treatment and prevention. J Natl Cancer Inst 2005; 97(8):552-553.

(2321)  Grosch S, Maier TJ, Schiffmann S, Geisslinger G. Cyclooxygenase-2 (COX-2)-independent anticarcinogenic effects of selective COX-2 inhibitors. J Natl Cancer Inst 2006; 98(11):736-747.

(2322)  Nelson NJ. Celecoxib shown effective in preventing colon polyps. J Natl Cancer Inst 2006; 98(10):665-667.

(2323)  Candelario-Jalil E, Gonzalez-Falcon A, Garcia-Cabrera M et al. Assessment of the relative contribution of COX-1 and COX-2 isoforms to ischemia-induced oxidative damage and neurodegeneration following transient global cerebral ischemia. J Neurochem 2003; 86(3):545-555.

(2324)  Klivenyi P, Kiaei M, Gardian G, Calingasan NY, Beal MF. Additive neuroprotective effects of creatine and cyclooxygenase 2 inhibitors in a transgenic mouse model of amyotrophic lateral sclerosis. J Neurochem 2004; 88(3):576-582.

(2325)  Kiaei M, Kipiani K, Petri S et al. Integrative role of cPLA with COX-2 and the effect of non-steriodal anti-inflammatory drugs in a transgenic mouse model of amyotrophic lateral sclerosis. J Neurochem 2005; 93(2):403-411.

(2326)  Cadoux-Hudson TA, Kermode A, Rajagopalan B et al. Biochemical changes within a multiple sclerosis plaque in vivo. J Neurol Neurosurg Psychiatry 1991; 54(11):1004-1006.

(2327)  Visser PJ, Scheltens P, Verhey FR. Do MCI criteria in drug trials accurately identify subjects with predementia Alzheimer's disease? J Neurol Neurosurg Psychiatry 2005; 76(10):1348-1354.

(2328)  Jelic V, Kivipelto M, Winblad B. Clinical trials in mild cognitive impairment: lessons for the future. J Neurol Neurosurg Psychiatry 2006; 77(4):429-438.

(2329)  Vane JR, Meade TW. Second European Stroke Prevention Study (ESPS 2): clinical and pharmacological implications. J Neurol Sci 1997; 145(2):123-125.

(2330)  Nogawa S, Zhang F, Ross ME, Iadecola C. Cyclo-oxygenase-2 gene expression in neurons contributes to ischemic brain damage. J Neurosci 1997; 17(8):2746-2755.

(2331)  Niwa K, Araki E, Morham SG, Ross ME, Iadecola C. Cyclooxygenase-2 contributes to functional hyperemia in whisker-barrel cortex. J Neurosci 2000; 20(2):763-770.

(2332)  O'Keefe JH, Jr., Bateman TM, Ligon RW et al. Outcome of medical versus invasive treatment strategies for non-high-risk ischemic heart disease. J Nucl Cardiol 1998; 5(1):28-33.

(2333)  Beller GA. Lessons to be learned from the Vioxx debacle. J Nucl Cardiol 2005; 12(1):1-2.

(2334)  Koralewska-Makar A, Johnsson C, Bruun A, Stenevi U, Ehinger B. COX-2 inhibitors prolong trauma-induced elevations of iris hyaluronan. J Ocul Pharmacol Ther 2003; 19(4):385-395.

**KS-000812**

(2335)   Kerins C, Carlson D, McIntosh J, Bellinger L. A role for cyclooxygenase II inhibitors in modulating temporomandibular joint inflammation from a meal pattern analysis perspective. J Oral Maxillofac Surg 2004; 62(8):989-995.

(2336)   Engelhardt FC, Shi YJ, Cowden CJ et al. Synthesis of a NO-releasing prodrug of rofecoxib. J Org Chem 2006; 71(2):480-491.

(2337)   Goodman S, Ma T, Trindade M et al. COX-2 selective NSAID decreases bone ingrowth in vivo. J Orthop Res 2002; 20(6):1164-1169.

(2338)   Fine PG. The role of rofecoxib, a cyclooxygenase-2-specific inhibitor, for the treatment of non-cancer pain: a review. J Pain 2002; 3(4):272-283.

(2339)   Battisti WP, Katz NP, Weaver AL et al. Pain management in osteoarthritis: a focus on onset of efficacy--a comparison of rofecoxib, celecoxib, acetaminophen, and nabumetone across four clinical trials. J Pain 2004; 5(9):511-520.

(2340)   Brater DC. Renal effects of cyclooxygyenase-2-selective inhibitors. J Pain Symptom Manage 2002; 23(4 Suppl):S15-S20.

(2341)   Aisen PS. Evaluation of selective COX-2 inhibitors for the treatment of Alzheimer's disease. J Pain Symptom Manage 2002; 23(4 Suppl):S35-S40.

(2342)   Laine L. Gastrointestinal safety of coxibs and outcomes studies: what's the verdict? J Pain Symptom Manage 2002; 23(4 Suppl):S5-10.

(2343)   Katz N. The impact of pain management on quality of life. J Pain Symptom Manage 2002; 24(1 Suppl):S38-S47.

(2344)   Sinatra R. Role of COX-2 inhibitors in the evolution of acute pain management. J Pain Symptom Manage 2002; 24(1 Suppl):S18-S27.

(2345)   Christensen KS, Cawkwell GD. Valdecoxib versus rofecoxib in acute postsurgical pain: results of a randomized controlled trial. J Pain Symptom Manage 2004; 27(5):460-470.

(2346)   Ebert MP, Schafer C, Chen J et al. Protective role of heat shock protein 27 in gastric mucosal injury. J Pathol 2005; 207(2):177-184.

(2347)   Paim LB, Liphaus BL, Rocha AC, Castellanos AL, Silva CA. [Chronic recurrent multifocal osteomyelitis of the mandible: report of three cases]. J Pediatr (Rio J ) 2003; 79(5):467-470.

(2348)   Harel Z. Cyclooxygenase-2 specific inhibitors in the treatment of dysmenorrhea. J Pediatr Adolesc Gynecol 2004; 17(2):75-79.

(2349)   Prescilla RP, Frattarelli DA, Haritos D, Aranda JV, Edwards DJ. Pharmacokinetics of rofecoxib in children with sickle cell hemoglobinopathy. J Pediatr Hematol Oncol 2004; 26(10):661-664.

(2350)   Kamen B, Kieran M. Don't throw out the baby with the bathwater! J Pediatr Hematol Oncol 2005; 27(2):59-60.

(2351)   Sagar KA, Smyth MR. A comparative bioavailability study of different aspirin formulations using on-line multidimensional chromatography. J Pharm Biomed Anal 1999; 21(2):383-392.

(2352)   Radhakrishna T, Sreenivas RD, Om RG. LC determination of rofecoxib in bulk and pharmaceutical formulations. J Pharm Biomed Anal 2001; 26(4):617-628.

(2353)   Krishna Reddy KV, Moses BJ, Dubey PK, Chandra SB, Om RG, Vyas K. Isolation and characterisation of process-related impurities in rofecoxib. J Pharm Biomed Anal 2002; 29(1-2):355-360.

(2354)   Mao B, Abrahim A, Ge Z et al. Examination of rofecoxib solution decomposition under alkaline and photolytic stress conditions. J Pharm Biomed Anal 2002; 28(6):1101-1113.

(2355)   Kaul N, Dhaneshwar SR, Agrawal H, Kakad A, Patil B. Application of HPLC and HPTLC for the simultaneous determination of tizanidine and rofecoxib in pharmaceutical dosage form. J Pharm Biomed Anal 2005; 37(1):27-38.

KS-000813

(2356)   Nageswara RR, Meena S, Raghuram RA. An overview of the recent developments in analytical methodologies for determination of COX-2 inhibitors in bulk drugs, pharmaceuticals and biological matrices. J Pharm Biomed Anal 2005; 39(3-4):349-363.

(2357)   Gandhimathi M, Ravi TK, Varghese SJ. Simultaneous LC determination of tizanidine and rofecoxib in tablets. J Pharm Biomed Anal 2005; 37(1):183-185.

(2358)   Davies NM, Saleh JY, Skjodt NM. Detection and prevention of NSAID-induced enteropathy. J Pharm Pharm Sci 2000; 3(1):137-155.

(2359)   Jamali F, Sattari S. High performance liquid chromatographic determination of cyclooxygenase II inhibitor rofecoxib in rat and human plasma. J Pharm Pharm Sci 2000; 3(3):312-317.

(2360)   Davies NM, Jamali F. COX-2 selective inhibitors cardiac toxicity: getting to the heart of the matter. J Pharm Pharm Sci 2004; 7(3):332-336.

(2361)   Ahuja N, Singh A, Singh B. Rofecoxib: an update on physicochemical, pharmaceutical, pharmacodynamic and pharmacokinetic aspects. J Pharm Pharmacol 2003; 55(7):859-894.

(2362)   Ogletree ML, Lefer AM. Influence of nonsteroidal anti-inflammatory agents on myocardial ischemia in the cat. J Pharmacol Exp Ther 1976; 197(3):582-593.

(2363)   Brash AR, Jackson EK, Saggese CA, Lawson JA, Oates JA, FitzGerald GA. Metabolic disposition of prostacyclin in humans. J Pharmacol Exp Ther 1983; 226(1):78-87.

(2364)   Gans KR, Galbraith W, Roman RJ et al. Anti-inflammatory and safety profile of DuP 697, a novel orally effective prostaglandin synthesis inhibitor. J Pharmacol Exp Ther 1990; 254(1):180-187.

(2365)   Laneuville O, Breuer DK, Dewitt DL, Hla T, Funk CD, Smith WL. Differential inhibition of human prostaglandin endoperoxide H synthases-1 and -2 by nonsteroidal anti-inflammatory drugs. J Pharmacol Exp Ther 1994; 271(2):927-934.

(2366)   Patrignani P, Panara MR, Greco A et al. Biochemical and pharmacological characterization of the cyclooxygenase activity of human blood prostaglandin endoperoxide synthases. J Pharmacol Exp Ther 1994; 271(3):1705-1712.

(2367)   Chan CC, Boyce S, Brideau C et al. Pharmacology of a selective cyclooxygenase-2 inhibitor, L-745,337: a novel nonsteroidal anti-inflammatory agent with an ulcerogenic sparing effect in rat and nonhuman primate stomach. J Pharmacol Exp Ther 1995; 274(3):1531-1537.

(2368)   Baldwin GS, Murphy VJ, Yang Z, Hashimoto T. Binding of nonsteroidal antiinflammatory drugs to the alpha-subunit of the trifunctional protein of long chain fatty acid oxidation. J Pharmacol Exp Ther 1998; 286(2):1110-1114.

(2369)   Cullen L, Kelly L, Connor SO, Fitzgerald DJ. Selective cyclooxygenase-2 inhibition by nimesulide in man. J Pharmacol Exp Ther 1998; 287(2):578-582.

(2370)   Shigeta J, Takahashi S, Okabe S. Role of cyclooxygenase-2 in the healing of gastric ulcers in rats. J Pharmacol Exp Ther 1998; 286(3):1383-1390.

(2371)   Cook JJ, Gardell SJ, Holahan MA et al. Antithrombotic efficacy of thrombin inhibitor L-374,087: intravenous activity in a primate model of venous thrombus extension and oral activity in a canine model of primary venous and coronary artery thrombosis. J Pharmacol Exp Ther 1999; 289(1):503-510.

(2372)   Catella-Lawson F, McAdam B, Morrison BW et al. Effects of specific inhibition of cyclooxygenase-2 on sodium balance, hemodynamics, and vasoactive eicosanoids. J Pharmacol Exp Ther 1999; 289(2):735-741.

(2373)   Chan CC, Boyce S, Brideau C et al. Rofecoxib [Vioxx, MK-0966; 4-(4'-methylsulfonylphenyl)-3-phenyl-2-(5H)-furanone]: a potent and orally active cyclooxygenase-2 inhibitor. Pharmacological and biochemical profiles. J Pharmacol Exp Ther 1999; 290(2):551-560.

(2374)   Panara MR, Renda G, Sciulli MG et al. Dose-dependent inhibition of platelet cyclooxygenase-1 and monocyte cyclooxygenase-2 by meloxicam in healthy subjects. J Pharmacol Exp Ther 1999; 290(1):276-280.

KS-000814

(2375)  Riendeau D, Percival MD, Brideau C et al. Etoricoxib (MK-0663): preclinical profile and comparison with other agents that selectively inhibit cyclooxygenase-2. J Pharmacol Exp Ther 2001; 296(2):558-566.

(2376)  Tanaka A, Hase S, Miyazawa T, Takeuchi K. Up-regulation of cyclooxygenase-2 by inhibition of cyclooxygenase-1: a key to nonsteroidal anti-inflammatory drug-induced intestinal damage. J Pharmacol Exp Ther 2002; 300(3):754-761.

(2377)  Tanaka A, Hase S, Miyazawa T, Ohno R, Takeuchi K. Role of cyclooxygenase (COX)-1 and COX-2 inhibition in nonsteroidal anti-inflammatory drug-induced intestinal damage in rats: relation to various pathogenic events. J Pharmacol Exp Ther 2002; 303(3):1248-1254.

(2378)  Kato S, Ogawa Y, Kanatsu K et al. Ulcerogenic influence of selective cyclooxygenase-2 inhibitors in the rat stomach with adjuvant-induced arthritis. J Pharmacol Exp Ther 2002; 303(2):503-509.

(2379)  Giuliano F, Warner TD. Origins of prostaglandin E2: involvements of cyclooxygenase (COX)-1 and COX-2 in human and rat systems. J Pharmacol Exp Ther 2002; 303(3):1001-1006.

(2380)  Connolly E, Bouchier-Hayes DJ, Kaye E, Leahy A, Fitzgerald D, Belton O. Cyclooxygenase isozyme expression and intimal hyperplasia in a rat model of balloon angioplasty. J Pharmacol Exp Ther 2002; 300(2):393-398.

(2381)  Hinz B, Brune K. Cyclooxygenase-2--10 years later. J Pharmacol Exp Ther 2002; 300(2):367-375.

(2382)  Niederberger E, Tegeder I, Schafer C, Seegel M, Grosch S, Geisslinger G. Opposite effects of rofecoxib on nuclear factor-kappaB and activating protein-1 activation. J Pharmacol Exp Ther 2003; 304(3):1153-1160.

(2383)  Takeeda M, Yamato M, Kato S, Takeuchi K. Cyclooxygenase isozymes involved in adaptive functional responses in rat stomach after barrier disruption. J Pharmacol Exp Ther 2003; 307(2):713-719.

(2384)  Peskar BM, Sawka N, Ehrlich K, Peskar BA. Role of cyclooxygenase-1 and -2, phospholipase C, and protein kinase C in prostaglandin-mediated gastroprotection. J Pharmacol Exp Ther 2003; 305(3):1233-1238.

(2385)  Ohno R, Yokota A, Tanaka A, Takeuchi K. Induction of small intestinal damage in rats following combined treatment with cyclooxygenase-2 and nitric-oxide synthase inhibitors. J Pharmacol Exp Ther 2004; 310(2):821-827.

(2386)  Vannacci A, Giannini L, Passani MB et al. The endocannabinoid 2-arachidonylglycerol decreases the immunological activation of Guinea pig mast cells: involvement of nitric oxide and eicosanoids. J Pharmacol Exp Ther 2004; 311(1):256-264.

(2387)  Warner TD, Vojnovic I, Giuliano F, Jimenez R, Bishop-Bailey D, Mitchell JA. Cyclooxygenases 1, 2, and 3 and the production of prostaglandin I2: investigating the activities of acetaminophen and cyclooxygenase-2-selective inhibitors in rat tissues. J Pharmacol Exp Ther 2004; 310(2):642-647.

(2388)  Harris RR, Black L, Surapaneni S et al. ABT-963 [2-(3,4-difluoro-phenyl)-4-(3-hydroxy-3-methyl-butoxy)-5-(4-methanesulfony l-phenyl)-2H-pyridazin-3-one], a highly potent and selective disubstituted pyridazinone cyclooxgenase-2 inhibitor. J Pharmacol Exp Ther 2004; 311(3):904-912.

(2389)  Fiorucci S, Distrutti E, Mencarelli A et al. Cooperation between aspirin-triggered lipoxin and nitric oxide (NO) mediates antiadhesive properties of 2-(Acetyloxy)benzoic acid 3-(nitrooxymethyl)phenyl ester (NCX-4016) (NO-aspirin) on neutrophil-endothelial cell adherence. J Pharmacol Exp Ther 2004; 309(3):1174-1182.

(2390)  Gierse JK, Zhang Y, Hood WF et al. Valdecoxib: assessment of cyclooxygenase-2 potency and selectivity. J Pharmacol Exp Ther 2005; 312(3):1206-1212.

(2391)  Thomas DM, Kuhn DM. Cyclooxygenase-2 is an obligatory factor in methamphetamine-induced neurotoxicity. J Pharmacol Exp Ther 2005; 313(2):870-876.

(2392)  Virdis A, Colucci R, Fornai M et al. Cyclooxygenase-2 inhibition improves vascular endothelial dysfunction in a rat model of endotoxic shock: role of inducible nitric-oxide synthase and oxidative stress. J Pharmacol Exp Ther 2005; 312(3):945-953.

(2393)  Yokota A, Taniguchi M, Takahira Y, Tanaka A, Takeuchi K. Rofecoxib produces intestinal but not gastric damage in the presence of a low dose of indomethacin in rats. J Pharmacol Exp Ther 2005; 314(1):302-309.

KS-000815

(2394)   Bingham S, Beswick PJ, Bountra C et al. The cyclooxygenase-2 inhibitor GW406381X [2-(4-ethoxyphenyl)-3-[4-(methylsulfonyl)phenyl]-pyrazolo[1,5-b]pyridazine ] is effective in animal models of neuropathic pain and central sensitization. J Pharmacol Exp Ther 2005; 312(3):1161-1169.

(2395)   Rigas B, Kashfi K. Cancer prevention: a new era beyond cyclooxygenase-2. J Pharmacol Exp Ther 2005; 314(1):1-8.

(2396)   Kusunoki N, Ito T, Sakurai N, Suguro T, Handa H, Kawai S. A novel celecoxib derivative potently induces apoptosis of human synovial fibroblasts. J Pharmacol Exp Ther 2005; 314(2):796-803.

(2397)   Kotani T, Kobata A, Nakamura E, Amagase K, Takeuchi K. Roles of cyclooxygenase-2 and prostacyclin/IP receptors in mucosal defense against ischemia/reperfusion injury in mouse stomach. J Pharmacol Exp Ther 2006; 316(2):547-555.

(2398)   Hatazawa R, Ohno R, Tanigami M, Tanaka A, Takeuchi K. Roles of endogenous prostaglandins and cyclooxygenase isozymes in healing of indomethacin-induced small intestinal lesions in rats. J Pharmacol Exp Ther 2006; 318(2):691-699.

(2399)   Brzozowski T, Konturek PC, Sliwowski Z et al. Prostaglandin/cyclooxygenase pathway in ghrelin-induced gastroprotection against ischemia-reperfusion injury. J Pharmacol Exp Ther 2006; 319(1):477-487.

(2400)   Hewett SJ, Silakova JM, Hewett JA. Oral treatment with rofecoxib reduces hippocampal excitotoxic neurodegeneration. J Pharmacol Exp Ther 2006; 319(3):1219-1224.

(2401)   Oitate M, Hirota T, Takahashi M et al. Mechanism for covalent binding of rofecoxib to elastin of rat aorta. J Pharmacol Exp Ther 2007; 320(3):1195-1203.

(2402)   Vidal C, Gomez-Hernandez A, Sanchez-Galan E et al. Licofelone, a balanced inhibitor of cyclooxygenase and 5-lipoxygenase, reduces inflammation in a rabbit model of atherosclerosis. J Pharmacol Exp Ther 2007; 320(1):108-116.

(2403)   Matson DJ, Broom DC, Carson SR, Baldassari J, Kehne J, Cortright DN. Inflammation-induced reduction of spontaneous activity by adjuvant: A novel model to study the effect of analgesics in rats. J Pharmacol Exp Ther 2007; 320(1):194-201.

(2404)   von Euler US. On the specific vaso-dilating and plain muscle stimulating substances from accessory genital glands in man and certain animals (prostaglandin and vesiglandin). J Physiol 1936; 88(2):213-234.

(2405)   Rainsford KD. The ever-emerging anti-inflammatories. Have there been any real advances? J Physiol Paris 2001; 95(1-6):11-19.

(2406)   Tanaka A, Araki H, Komoike Y, Hase S, Takeuchi K. Inhibition of both COX-1 and COX-2 is required for development of gastric damage in response to nonsteroidal antiinflammatory drugs. J Physiol Paris 2001; 95(1-6):21-27.

(2407)   Szabo IL, Pai R, Soreghan B et al. NSAIDs inhibit the activation of egr-1 gene in microvascular endothelial cells. A key to inhibition of angiogenesis? J Physiol Paris 2001; 95(1-6):379-383.

(2408)   Patrignani P, Sciulli MG, Manarini S, Santini G, Cerletti C, Evangelista V. COX-2 is not involved in thromboxane biosynthesis by activated human platelets. J Physiol Pharmacol 1999; 50(4):661-667.

(2409)   Brzozowski T, Konturek PC, Konturek SJ et al. Involvement of cyclooxygenase (COX)-2 products in acceleration of ulcer healing by gastrin and hepatocyte growth factor. J Physiol Pharmacol 2000; 51(4 Pt 1):751-773.

(2410)   Jaworek J, Bonior J, Tomaszewska R et al. Involvement of cyclooxygenase-derived prostaglandin E2 and nitric oxide in the protection of rat pancreas afforded by low dose of lipopolysaccharide. J Physiol Pharmacol 2001; 52(1):107-126.

(2411)   Cheng ZJ, Tikkanen I, Vapaatalo H, Mervaala EM. Vascular effects of COX inhibition and AT1 receptor blockade in transgenic rats harboring mouse renin-2 gene. J Physiol Pharmacol 2002; 53(4 Pt 1):597-613.

(2412)   Takeuchi K, Tanaka A, Ohno R, Yokota A. Role of COX inhibition in pathogenesis of NSAID-induced small intestinal damage. J Physiol Pharmacol 2003; 54 Suppl 4:165-182.

(2413)   Brzozowska I, Targosz A, Sliwowski Z et al. Healing of chronic gastric ulcers in diabetic rats treated with native aspirin, nitric oxide (NO)-derivative of aspirin and cyclooxygenase (COX)-2 inhibitor. J Physiol Pharmacol 2004; 55(4):773-790.

KS-000816

(2414) Takeeda M, Hayashi Y, Yamato M, Murakami M, Takeuchi K. Roles of endogenous prostaglandins and cyclooxygenase izoenzymes in mucosal defense of inflamed rat stomach. J Physiol Pharmacol 2004; 55(1 Pt 2):193-205.

(2415) Kanatani K, Ebata M, Murakami M, Okabe S. Effects of indomethacin and rofecoxib on gastric mucosal damage in normal and Helicobacter pylori-infected mongolian gerbils. J Physiol Pharmacol 2004; 55(1 Pt 2):207-222.

(2416) Botting RM. Inhibitors of cyclooxygenases: mechanisms, selectivity and uses. J Physiol Pharmacol 2006; 57 Suppl 5:113-124.

(2417) Takeuchi K, Aihara E, Sasaki Y, Nomura Y, Ise F. Involvement of cyclooxygenase-1, prostaglandin E2 and EP1 receptors in acid-induced. J Physiol Pharmacol 2006; 57(4):661-676.

(2418) Brzozowski T, Konturek PC, Zwirska-Korczala K et al. Importance of the pineal gland, endogenous prostaglandins and sensory nerves in the gastroprotective actions of central and peripheral melatonin against stress-induced damage. J Pineal Res 2005; 39(4):375-385.

(2419) Rajadhyaksha VD, Dahanukar SA. Rofecoxib: a new selective COX-2 inhibitor. J Postgrad Med 2001; 47(1):77-78.

(2420) Wardle EN. Coxibs and caution. J R Soc Med 2005; 98(2):86.

(2421) Drazen JM. Response to 'Lapses at the NEJM'. J R Soc Med 2006; 99(10):485.

(2422) Smith R. Lapses at the new England journal of medicine. J R Soc Med 2006; 99(8):380-382.

(2423) Caldwell B, Aldington S, Weatherall M, Shirtcliffe P, Beasley R. Risk of cardiovascular events and celecoxib: a systematic review and meta-analysis. J R Soc Med 2006; 99(3):132-140.

(2424) Feigenbaum PA, Medsger TA, Jr., Kraines RG, Fries JF. The variability of immunologic laboratory tests. J Rheumatol 1982; 9(3):408-414.

(2425) Fries JF. Postmarketing drug surveillance: are our priorities right? J Rheumatol 1988; 15(3):389-390.

(2426) Roth SH, Fries JF, Abadi IA, Hubscher O, Mintz G, Samara AM. Prophylaxis of nonsteroidal antiinflammatory drug gastropathy: a clinical opinion. J Rheumatol 1991; 18(7):956-958.

(2427) Belmonte-Serrano MA, Bloch DA, Lane NE, Michel BE, Fries JF. The relationship between spinal and peripheral osteoarthritis and bone density measurements. J Rheumatol 1993; 20(6):1005-1013.

(2428) Fries JF. ARAMIS and toxicity measurement. (Arthritis Rheumatism and Aging Medical Information System). J Rheumatol 1995; 22(5):995-997.

(2429) Bellamy N, Boers M, Felson D et al. Health status instruments / utilities. J Rheumatol 1995; 22(6):1203-1207.

(2430) Fries JF, Ramey DR. "Arthritis specific" global health analog scales assess "generic" health related quality-of-life in patients with rheumatoid arthritis. J Rheumatol 1997; 24(9):1697-1702.

(2431) Fries JF, Williams CA, Singh G, Ramey DR. Response to therapy in rheumatoid arthritis is influenced by immediately prior therapy. J Rheumatol 1997; 24(5):838-844.

(2432) Wallberg-Jonsson S, Ohman ML, Dahlqvist SR. Cardiovascular morbidity and mortality in patients with seropositive rheumatoid arthritis in Northern Sweden. J Rheumatol 1997; 24(3):445-451.

(2433) Ward MM, Fries JF. Trends in antirheumatic medication use among patients with rheumatoid arthritis, 1981-1996. J Rheumatol 1998; 25(3):408-416.

(2434) Wallberg-Jonsson S, Johansson H, Ohman ML, Rantapaa-Dahlqvist S. Extent of inflammation predicts cardiovascular disease and overall mortality in seropositive rheumatoid arthritis. A retrospective cohort study from disease onset. J Rheumatol 1999; 26(12):2562-2571.

(2435) Ehrich EW, Schnitzer TJ, McIlwain H et al. Effect of specific COX-2 inhibition in osteoarthritis of the knee: a 6 week double blind, placebo controlled pilot study of rofecoxib. Rofecoxib Osteoarthritis Pilot Study Group. J Rheumatol 1999; 26(11):2438-2447.

KS-000817

(2436)  Lipsky PE, Abramson SB, Breedveld FC et al. Analysis of the effect of COX-2 specific inhibitors and recommendations for their use in clinical practice. J Rheumatol 2000; 27(6):1338-1340.

(2437)  Woywodt A, Schwarz A, Mengel M, Haller H, Zeidler H, Kohler L. Nephrotoxicity of selective COX-2 inhibitors. J Rheumatol 2001; 28(9):2133-2135.

(2438)  Kelkar PS, Butterfield JH, Teaford HG. Urticaria and angioedema from cyclooxygenase-2 inhibitors. J Rheumatol 2001; 28(11):2553-2554.

(2439)  DeTora LM, Krupa D, Bolognese J, Sperling RS, Ehrich EW. Rofecoxib shows consistent efficacy in osteoarthritis clinical trials, regardless of specific patient demographic and disease factors. J Rheumatol 2001; 28(11):2494-2503.

(2440)  Welch V, Singh G, Strand V et al. Patient based method of assessing adverse events in clinical trials in rheumatology: the revised Stanford Toxicity Index. J Rheumatol 2001; 28(5):1188-1191.

(2441)  Bolognese JA, Ehrich EW, Schnitzer TJ. Precision of composite measures of osteoarthritis efficacy in comparison to that of individual endpoints. J Rheumatol 2001; 28(12):2700-2704.

(2442)  Wolfe F, Anderson J, Burke TA, Arguelles LM, Pettitt D. Gastroprotective therapy and risk of gastrointestinal ulcers: risk reduction by COX-2 therapy. J Rheumatol 2002; 29(3):467-473.

(2443)  Wolfe F, Flowers N, Burke TA, Arguelles LM, Pettitt D. Increase in lifetime adverse drug reactions, service utilization, and disease severity among patients who will start COX-2 specific inhibitors: quantitative assessment of channeling bias and confounding by indication in 6689 patients with rheumatoid arthritis and osteoarthritis. J Rheumatol 2002; 29(5):1015-1022.

(2444)  Sanchez C, Mateus MM, Defresne MP, Crielaard JM, Reginster JY, Henrotin YE. Metabolism of human articular chondrocytes cultured in alginate beads. Longterm effects of interleukin 1beta and nonsteroidal antiinflammatory drugs. J Rheumatol 2002; 29(4):772-782.

(2445)  Solomon DH, Glynn RJ, Bohn R, Levin R, Avorn J. The hidden cost of nonselective nonsteroidal antiinflammatory drugs in older patients. J Rheumatol 2003; 30(4):792-798.

(2446)  Bannwarth B, Ravaud P, Dougados M. Cardiovascular thrombotic events and COX-2 inhibitors: results in patients with osteoarthritis receiving rofecoxib. J Rheumatol 2003; 30(2):421-422.

(2447)  Fries JF, Bruce B. Rates of serious gastrointestinal events from low dose use of acetylsalicylic acid, acetaminophen, and ibuprofen in patients with osteoarthritis and rheumatoid arthritis. J Rheumatol 2003; 30(10):2226-2233.

(2448)  Watson DJ, Rhodes T, Guess HA. All-cause mortality and vascular events among patients with rheumatoid arthritis, osteoarthritis, or no arthritis in the UK General Practice Research Database. J Rheumatol 2003; 30(6):1196-1202.

(2449)  Wolfe F, Freundlich B, Straus WL. Increase in cardiovascular and cerebrovascular disease prevalence in rheumatoid arthritis. J Rheumatol 2003; 30(1):36-40.

(2450)  Wolfe F, Zhao S, Pettitt D. Blood pressure destabilization and edema among 8538 users of celecoxib, rofecoxib, and nonselective nonsteroidal antiinflammatory drugs (NSAID) and nonusers of NSAID receiving ordinary clinical care. J Rheumatol 2004; 31(6):1143-1151.

(2451)  Wolfe F, Michaud K, Burke TA, Zhao SZ. Longer use of COX-2-specific inhibitors compared to nonspecific nonsteroidal antiinflammatory drugs: a longitudinal study of 3639 patients in community practice. J Rheumatol 2004; 31(2):355-358.

(2452)  Emkey R, Rosenthal N, Wu SC, Jordan D, Kamin M. Efficacy and safety of tramadol/acetaminophen tablets (Ultracet) as add-on therapy for osteoarthritis pain in subjects receiving a COX-2 nonsteroidal antiinflammatory drug: a multicenter, randomized, double-blind, placebo-controlled trial. J Rheumatol 2004; 31(1):150-156.

(2453)  Schnitzer TJ, Weaver AL, Polis AB, Petruschke RA, Geba GP. Efficacy of rofecoxib, celecoxib, and acetaminophen in patients with osteoarthritis of the knee. A combined analysis of the VACT studies. J Rheumatol 2005; 32(6):1093-1105.

(2454)  Ridolfo AS, Crabtree RE, Johnson DW, Rockhold FW. Gastrointestinal microbleeding: comparisons between benoxaprofen and other nonsteroidal antiinflammatory agents. J Rheumatol Suppl 1980; 6:36-47.

KS-000818

(2455)   Fries JF, Miller SR, Spitz PW, Williams CA, Hubert HB, Bloch DA. Identification of patients at risk for gastropathy associated with NSAID use. J Rheumatol Suppl 1990; 20:12-19.

(2456)   Fries JF. NSAID gastropathy: the second most deadly rheumatic disease? Epidemiology and risk appraisal. J Rheumatol Suppl 1991; 28:6-10.

(2457)   Crofford LJ. COX-1 and COX-2 tissue expression: implications and predictions. J Rheumatol Suppl 1997; 49:15-19.

(2458)   Lipsky PE, Isakson PC. Outcome of specific COX-2 inhibition in rheumatoid arthritis. J Rheumatol Suppl 1997; 49:9-14.

(2459)   Hsieh YH, Lin SJ, Chen SH. Simultaneous determination of celecoxib, meloxicam, and rofecoxib using capillary electrophoresis with surfactant and application in drug formulations. J Sep Sci 2006; 29(7):1009-1017.

(2460)   Mohseni H, Zaslau S, McFadden D, Riggs DR, Jackson BJ, Kandzari S. COX-2 inhibition demonstrates potent anti-proliferative effects on bladder cancer in vitro. J Surg Res 2004; 119(2):138-142.

(2461)   Vona-Davis L, Riggs DR, Jackson BJ, McFadden DW. Antiproliferative and apoptotic effects of rofecoxib on esophageal cancer in vitro(1). J Surg Res 2004; 119(2):143-148.

(2462)   Keskek M, Gocmen E, Kilic M et al. Increased expression of cyclooxygenase-2 (COX-2) in radiation-induced small bowel injury in rats. J Surg Res 2006; 135(1):76-84.

(2463)   Ott E, Nussmeier NA, Duke PC et al. Efficacy and safety of the cyclooxygenase 2 inhibitors parecoxib and valdecoxib in patients undergoing coronary artery bypass surgery. J Thorac Cardiovasc Surg 2003; 125(6):1481-1492.

(2464)   De CR, Rocca B, Vitacolonna E et al. Lipid and protein oxidation contribute to a prothrombotic state in patients with type 2 diabetes mellitus. J Thromb Haemost 2003; 1(2):250-256.

(2465)   Cipollone F, Fazia M, Mezzetti A. Novel determinants of plaque instability. J Thromb Haemost 2005; 3(9):1962-1975.

(2466)   Furman MI, Krueger LA, Linden MD et al. GPIIb-IIIa antagonists reduce thromboinflammatory processes in patients with acute coronary syndromes undergoing percutaneous coronary intervention. J Thromb Haemost 2005; 3(2):312-320.

(2467)   Schroeder WS, Ghobrial L, Gandhi PJ. Possible mechanisms of drug-induced aspirin and clopidogrel resistance. J Thromb Thrombolysis 2006; 22(2):139-150.

(2468)   Chatani F. Possible mechanism for testicular focal necrosis induced by hCG in rats. J Toxicol Sci 2006; 31(4):291-303.

(2469)   Gruenenfelder J, McGuire EJ, Faerber GJ. Acute urinary retention associated with the use of cyclooxygenase-2 inhibitors. J Urol 2002; 168(3):1106.

(2470)   Nickel JC, Pontari M, Moon T et al. A randomized, placebo controlled, multicenter study to evaluate the safety and efficacy of rofecoxib in the treatment of chronic nonbacterial prostatitis. J Urol 2003; 169(4):1401-1405.

(2471)   Basler JW, Piazza GA. Nonsteroidal anti-inflammatory drugs and cyclooxygenase-2 selective inhibitors for prostate cancer chemoprevention. J Urol 2004; 171(2 Pt 2):S59-S62.

(2472)   Engeler DS, Ackermann DK, Osterwalder JJ, Keel A, Schmid HP. A double-blind, placebo controlled comparison of the morphine sparing effect of oral rofecoxib and diclofenac for acute renal colic. J Urol 2005; 174(3):933-936.

(2473)   Margulis V, Matsumoto ED, Tunc L, Taylor G, Duchenne D, Cadeddu JA. Effect of warmed, humidified insufflation gas and anti-inflammatory agents on cytokine response to laparoscopic nephrectomy: porcine model. J Urol 2005; 174(4 Pt 1):1452-1456.

(2474)   Linares-Fernandez BE, Alfieri AB. Cyclophosphamide induced cystitis: role of nitric oxide synthase, cyclooxygenase-1 and 2, and NK(1) receptors. J Urol 2007; 177(4):1531-1536.

(2475)   Hovsepian DM, Mandava A, Pilgram TK et al. Comparison of adjunctive use of rofecoxib versus ibuprofen in the management of postoperative pain after uterine artery embolization. J Vasc Interv Radiol 2006; 17(4):665-670.

(2476)   Krotz F, Schiele TM, Klauss V, Sohn HY. Selective COX-2 inhibitors and risk of myocardial infarction. J Vasc Res 2005; 42(4):312-324.

KS-000819

(2477)   Miralles M, Wester W, Sicard GA, Thompson R, Reilly JM. Indomethacin inhibits expansion of experimental aortic aneurysms via inhibition of the cox2 isoform of cyclooxygenase. J Vasc Surg 1999; 29(5):884-892.

(2478)   Moreau M, Daminet S, Martel-Pelletier J, Fernandes J, Pelletier JP. Superiority of the gastroduodenal safety profile of licofelone over rofecoxib, a COX-2 selective inhibitor, in dogs. J Vet Pharmacol Ther 2005; 28(1):81-86.

(2479)   Bjorkman DJ. Coxibs, Colorectal Cancer, and Cardiac Risk. J Watch Gastroenterol 2007.

(2480)   Loebl DH, Craig RM, Culic DD, Ridolfo AS, Falk J, Schmid FR. Gastrointestinal blood loss. Effect of aspirin, fenoprofen, and acetaminophen in rheumatoid arthritis as determined by sequential gastroscopy and radioactive fecal markers. JAMA 1977; 237(10):976-981.

(2481)   Wasner C, Britton MC, Kraines RG, Kaye RL, Bobrove AM, Fries JF. Nonsteroidal anti-inflammatory agents in rheumatoid arthritis and ankylosing spondylitis. JAMA 1981; 246(19):2168-2172.

(2482)   Yusuf S, Wittes J, Probstfield J, Tyroler HA. Analysis and interpretation of treatment effects in subgroups of patients in randomized clinical trials. JAMA 1991; 266(1):93-98.

(2483)   Gurwitz JH, Avorn J, Bohn RL, Glynn RJ, Monane M, Mogun H. Initiation of antihypertensive treatment during nonsteroidal anti-inflammatory drug therapy. JAMA 1994; 272(10):781-786.

(2484)   Moore TJ, Psaty BM, Furberg CD. Time to act on drug safety. JAMA 1998; 279(19):1571-1573.

(2485)   West JB. Space medicine in peer-reviewed journals: reply. JAMA 1998; 279(23):1875.

(2486)   Langman MJ, Jensen DM, Watson DJ et al. Adverse upper gastrointestinal effects of rofecoxib compared with NSAIDs. JAMA 1999; 282(20):1929-1933.

(2487)   Simon LS, Weaver AL, Graham DY et al. Anti-inflammatory and upper gastrointestinal effects of celecoxib in rheumatoid arthritis: a randomized controlled trial. JAMA 1999; 282(20):1921-1928.

(2488)   Brewer T, Colditz GA. Postmarketing surveillance and adverse drug reactions: current perspectives and future needs. JAMA 1999; 281(9):824-829.

(2489)   Peterson WL, Cryer B. COX-1-sparing NSAIDs--is the enthusiasm justified? JAMA 1999; 282(20):1961-1963.

(2490)   Sheehan KM, Sheahan K, O'Donoghue DP et al. The relationship between cyclooxygenase-2 expression and colorectal cancer. JAMA 1999; 282(13):1254-1257.

(2491)   Silverstein FE, Faich G, Goldstein JL et al. Gastrointestinal toxicity with celecoxib vs nonsteroidal anti-inflammatory drugs for osteoarthritis and rheumatoid arthritis: the CLASS study: A randomized controlled trial. Celecoxib Long-term Arthritis Safety Study. JAMA 2000; 284(10):1247-1255.

(2492)   Freston J. Rofecoxib and the risk of adverse upper gastrointestinal effects. JAMA 2000; 283(15):1960.

(2493)   Whitney E. Rofecoxib and the risk of adverse upper gastrointestinal effects. JAMA 2000; 283(15):1960.

(2494)   Wright JM, Perry TL, Bassett KL, Chambers GK. Reporting of 6-month vs 12-month data in a clinical trial of celecoxib. JAMA 2001; 286(19):2398-2400.

(2495)   Mukherjee D, Nissen SE, Topol EJ. Risk of cardiovascular events associated with selective COX-2 inhibitors. JAMA 2001; 286(8):954-959.

(2496)   DeAngelis CD, Fontanarosa PB, Flanagin A. Reporting financial conflicts of interest and relationships between investigators and research sponsors. JAMA 2001; 286(1):89-91.

(2497)   Hrachovec JB, Mora M. Reporting of 6-month vs 12-month data in a clinical trial of celecoxib. JAMA 2001; 286(19):2398-2400.

(2498)   Fleming M. Cardiovascular events and COX-2 inhibitors. JAMA 2001; 286(22):2808-2.

(2499)   Summary of the NCEP Adult Treatment Panel III Report. JAMA 2001; 285(19):2496-2497.

KS-000820

(2500)   Bierma-Zeinstra SM, Bohnen AM, Berger MY, Thomas S. Rofecoxib vs celecoxib vs acetaminophen for treatment of osteoarthritis. JAMA 2002; 287(14):1799-1800.

(2501)   Davi G, Guagnano MT, Ciabattoni G et al. Platelet activation in obese women: role of inflammation and oxidant stress. JAMA 2002; 288(16):2008-2014.

(2502)   Geba GP, Weaver AL, Polis AB, Dixon ME, Schnitzer TJ. Efficacy of rofecoxib, celecoxib, and acetaminophen in osteoarthritis of the knee: a randomized trial. JAMA 2002; 287(1):64-71.

(2503)   Henderson P. Rofecoxib vs celecoxib vs acetaminophen for treatment of osteoarthritis. JAMA 2002; 287(14):1799-1800.

(2504)   Aisen PS, Schafer KA, Grundman M et al. Effects of rofecoxib or naproxen vs placebo on Alzheimer disease progression: a randomized controlled trial. JAMA 2003; 289(21):2819-2826.

(2505)   Buvanendran A, Kroin JS, Tuman KJ et al. Effects of perioperative administration of a selective cyclooxygenase 2 inhibitor on pain management and recovery of function after knee replacement: a randomized controlled trial. JAMA 2003; 290(18):2411-2418.

(2506)   Fontanarosa PB, Rennie D, DeAngelis CD. Postmarketing surveillance--lack of vigilance, lack of trust. JAMA 2004; 292(21):2647-2650.

(2507)   Cipollone F, Toniato E, Martinotti S et al. A polymorphism in the cyclooxygenase 2 gene as an inherited protective factor against myocardial infarction and stroke. JAMA 2004; 291(18):2221-2228.

(2508)   Strom BL. Potential for conflict of interest in the evaluation of suspected adverse drug reactions: a counterpoint. JAMA 2004; 292(21):2643-2646.

(2509)   Psaty BM, Furberg CD, Ray WA, Weiss NS. Potential for conflict of interest in the evaluation of suspected adverse drug reactions: use of cerivastatin and risk of rhabdomyolysis. JAMA 2004; 292(21):2622-2631.

(2510)   Topol EJ. Arthritis medicines and cardiovascular events--"house of coxibs". JAMA 2005; 293(3):366-368.

(2511)   Ioannidis JP. Contradicted and initially stronger effects in highly cited clinical research. JAMA 2005; 294(2):218-228.

(2512)   Mark DH. Deaths attributable to obesity. JAMA 2005; 293(15):1918-1919.

(2513)   Moses H, III, Dorsey ER, Matheson DH, Thier SO. Financial anatomy of biomedical research. JAMA 2005; 294(11):1333-1342.

(2514)   Topol EJ, Blumenthal D. Physicians and the investment industry. JAMA 2005; 293(21):2654-2657.

(2515)   Hampton T. Experts point to lessons learned from controversy over rofecoxib safety. JAMA 2005; 293(4):413-414.

(2516)   Nissen SE, Wolski K, Topol EJ. Effect of muraglitazar on death and major adverse cardiovascular events in patients with type 2 diabetes mellitus. JAMA 2005; 294(20):2581-2586.

(2517)   Flegal KM, Graubard BI, Williamson DF, Gail MH. Excess deaths associated with underweight, overweight, and obesity. JAMA 2005; 293(15):1861-1867.

(2518)   Murabito JM, Pencina MJ, Nam BH et al. Sibling cardiovascular disease as a risk factor for cardiovascular disease in middle-aged adults. JAMA 2005; 294(24):3117-3123.

(2519)   Gregg EW, Cheng YJ, Cadwell BL et al. Secular trends in cardiovascular disease risk factors according to body mass index in US adults. JAMA 2005; 293(15):1868-1874.

(2520)   Zhang J, Ding EL, Song Y. Adverse effects of cyclooxygenase 2 inhibitors on renal and arrhythmia events: meta-analysis of randomized trials. JAMA 2006; 296(13):1619-1632.

(2521)   Lurie P, Almeida CM, Stine N, Stine AR, Wolfe SM. Financial conflict of interest disclosure and voting patterns at Food and Drug Administration Drug Advisory Committee meetings. JAMA 2006; 295(16):1921-1928.

**KS-000821**

(2522) Andersen M, Kragstrup J, Sondergaard J. How conducting a clinical trial affects physicians' guideline adherence and drug preferences. JAMA 2006; 295(23):2759-2764.

(2523) Psaty BM, Rennie D. Clinical trial investigators and their prescribing patterns: another dimension to the relationship between physician investigators and the pharmaceutical industry. JAMA 2006; 295(23):2787-2790.

(2524) McGettigan P, Henry D. Cardiovascular risk and inhibition of cyclooxygenase: a systematic review of the observational studies of selective and nonselective inhibitors of cyclooxygenase 2. JAMA 2006; 296(13):1633-1644.

(2525) Graham DJ. COX-2 inhibitors, other NSAIDs, and cardiovascular risk: the seduction of common sense. JAMA 2006; 296(13):1653-1656.

(2526) Brennan TA, Rothman DJ, Blank L et al. Health industry practices that create conflicts of interest: a policy proposal for academic medical centers. JAMA 2006; 295(4):429-433.

(2527) Kesselheim AS, Avorn J. The role of litigation in defining drug risks. JAMA 2007; 297(3):308-311.

(2528) Bouee S, Charlemagne A, Fagnani F et al. Changes in osteoarthritis management by general practitioners in the COX2-inhibitor era-concomitant gastroprotective therapy. Joint Bone Spine 2004; 71(3):214-220.

(2529) Modica M, Vanhems P, Tebib J. Comparison of conventional NSAIDs and cyclooxygenase-2 inhibitors in outpatients. Joint Bone Spine 2005; 72(5):397-402.

(2530) Berenbaum F. VIOXX and cardiovascular events: a class effect? Joint Bone Spine 2005; 72(1):1-3.

(2531) Ravaud P, Tubach F. Methodology of therapeutic trials: lessons from the late evidence of the cardiovascular toxicity of some coxibs. Joint Bone Spine 2005; 72(6):451-455.

(2532) Babcock TA, Helton WS, Anwar KN, Zhao YY, Espat NJ. Synergistic anti-inflammatory activity of omega-3 lipid and rofecoxib pretreatment on macrophage proinflammatory cytokine production occurs via divergent NF-kappaB activation. JPEN J Parenter Enteral Nutr 2004; 28(4):232-239.

(2533) Van WC, III. The great rofecoxib feeding frenzy. JPEN J Parenter Enteral Nutr 2005; 29(2):136-138.

(2534) Kato S, Takeuchi K. Alteration of gastric ulcerogenic and healing responses in rats with adjuvant-induced arthritis. Jpn J Pharmacol 2002; 89(1):1-6.

(2535) Mishra P, Palaian S. Withdrawal of rofecoxib - a wake up call for drug safety. Kathmandu Univ Med J (KUMJ ) 2004; 2(4):360.

(2536) Wang JL, Cheng HF, Shappell S, Harris RC. A selective cyclooxygenase-2 inhibitor decreases proteinuria and retards progressive renal injury in rats. Kidney Int 2000; 57(6):2334-2342.

(2537) Kammerl MC, Nusing RM, Richthammer W, Kramer BK, Kurtz A. Inhibition of COX-2 counteracts the effects of diuretics in rats. Kidney Int 2001; 60(5):1684-1691.

(2538) Cheng HF, Wang CJ, Moeckel GW, Zhang MZ, McKanna JA, Harris RC. Cyclooxygenase-2 inhibitor blocks expression of mediators of renal injury in a model of diabetes and hypertension. Kidney Int 2002; 62(3):929-939.

(2539) Reinalter SC, Jeck N, Brochhausen C et al. Role of cyclooxygenase-2 in hyperprostaglandin E syndrome/antenatal Bartter syndrome. Kidney Int 2002; 62(1):253-260.

(2540) Neuhofer W, Holzapfel K, Fraek ML, Ouyang N, Lutz J, Beck FX. Chronic COX-2 inhibition reduces medullary HSP70 expression and induces papillary apoptosis in dehydrated rats. Kidney Int 2004; 65(2):431-441.

(2541) Hocherl K, Kees F, Kramer BK, Kurtz A. Cyclosporine A attenuates the natriuretic action of loop diuretics by inhibition of renal COX-2 expression. Kidney Int 2004; 65(6):2071-2080.

(2542) Jacobson E, Assareh H, Cannerfelt R, Renstrom P, Jakobsson J. Pain after elective arthroscopy of the knee: a prospective, randomised, study comparing conventional NSAID to coxib. Knee Surg Sports Traumatol Arthrosc 2006; 14(11):1166-1170.

KS-000822

(2543)  Munro JM, Cotran RS. The pathogenesis of atherosclerosis: atherogenesis and inflammation. Lab Invest 1988; 58(3):249-261.

(2544)  Moncada S, Higgs EA, Vane JR. Human arterial and venous tissues generate prostacyclin (prostaglandin x), a potent inhibitor of platelet aggregation. Lancet 1977; 1(8001):18-20.

(2545)  Cohen MM. Mucosal cytoprotection by prostaglandin E2. Lancet 1978; 2(8102):1253-1254.

(2546)  Somerville K, Faulkner G, Langman M. Non-steroidal anti-inflammatory drugs and bleeding peptic ulcer. Lancet 1986; 1(8479):462-464.

(2547)  Collins R, Peto R, MacMahon S et al. Blood pressure, stroke, and coronary heart disease. Part 2, Short-term reductions in blood pressure: overview of randomised drug trials in their epidemiological context. Lancet 1990; 335(8693):827-838.

(2548)  Swedish Aspirin Low-Dose Trial (SALT) of 75 mg aspirin as secondary prophylaxis after cerebrovascular ischaemic events. The SALT Collaborative Group. Lancet 1991; 338(8779):1345-1349.

(2549)  Randomised trial of cholesterol lowering in 4444 patients with coronary heart disease: the Scandinavian Simvastatin Survival Study (4S). Lancet 1994; 344(8934):1383-1389.

(2550)  CAST: randomised placebo-controlled trial of early aspirin use in 20,000 patients with acute ischaemic stroke. CAST (Chinese Acute Stroke Trial) Collaborative Group. Lancet 1997; 349(9066):1641-1649.

(2551)  The International Stroke Trial (IST): a randomised trial of aspirin, subcutaneous heparin, both, or neither among 19435 patients with acute ischaemic stroke. International Stroke Trial Collaborative Group. Lancet 1997; 349(9065):1569-1581.

(2552)  Jick H, Garcia Rodriguez LA, Perez-Gutthann S. Principles of epidemiological research on adverse and beneficial drug effects. Lancet 1998; 352(9142):1767-1770.

(2553)  Thrombosis prevention trial: randomised trial of low-intensity oral anticoagulation with warfarin and low-dose aspirin in the primary prevention of ischaemic heart disease in men at increased risk. The Medical Research Council's General Practice Research Framework. Lancet 1998; 351(9098):233-241.

(2554)  Hawkey CJ. COX-2 inhibitors. Lancet 1999; 353(9149):307-314.

(2555)  Seidenberg BC. COX-2 inhibitors. Lancet 1999; 353(9168):1978.

(2556)  Emery P, Zeidler H, Kvien TK et al. Celecoxib versus diclofenac in long-term management of rheumatoid arthritis: randomised double-blind comparison. Lancet 1999; 354(9196):2106-2111.

(2557)  Weber AA, Zimmermann KC, Meyer-Kirchrath J, Schror K. Cyclooxygenase-2 in human platelets as a possible factor in aspirin resistance. Lancet 1999; 353(9156):900.

(2558)  McCormick PA, Kennedy F, Curry M, Traynor O. COX 2 inhibitor and fulminant hepatic failure. Lancet 1999; 353(9146):40-41.

(2559)  Willoughby DA, Moore AR, Colville-Nash PR. COX-1, COX-2, and COX-3 and the future treatment of chronic inflammatory disease. Lancet 2000; 355(9204):646-648.

(2560)  Staessen JA, Gasowski J, Wang JG et al. Risks of untreated and treated isolated systolic hypertension in the elderly: meta-analysis of outcome trials. Lancet 2000; 355(9207):865-872.

(2561)  de GG. Low-dose aspirin and vitamin E in people at cardiovascular risk: a randomised trial in general practice. Collaborative Group of the Primary Prevention Project. Lancet 2001; 357(9250):89-95.

(2562)  Wardle EN. Cyclo-oxygenase-2 inhibitors to treat gastrointestinal bleeding. Lancet 2001; 358(9292):1550.

(2563)  Rocha JL, Fernandez-Alonso J. Acute tubulointerstitial nephritis associated with the selective COX-2 enzyme inhibitor, rofecoxib. Lancet 2001; 357(9272):1946-1947.

KS-000823

(2564)   Boers M. NSAIDS and selective COX-2 inhibitors: competition between gastroprotection and cardioprotection. Lancet 2001; 357(9264):1222-1223.

(2565)   Collins R, MacMahon S. Reliable assessment of the effects of treatment on mortality and major morbidity, I: clinical trials. Lancet 2001; 357(9253):373-380.

(2566)   Warner TD, Mitchell JA, Vane JR. Cyclo-oxygenase-2 inhibitors and cardiovascular events. Lancet 2002; 360(9346):1700-1701.

(2567)   Boers M. Seminal pharmaceutical trials: maintaining masking in analysis. Lancet 2002; 360(9327):100-101.

(2568)   Ray WA, Stein CM, Hall K, Daugherty JR, Griffin MR. Non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease: an observational cohort study. Lancet 2002; 359(9301):118-123.

(2569)   Frankish H. Why do COX-2 inhibitors increase risk of cardiovascular events? Lancet 2002; 359(9315):1410.

(2570)   Ray WA, Stein CM, Daugherty JR, Hall K, Arbogast PG, Griffin MR. COX-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease. Lancet 2002; 360(9339):1071-1073.

(2571)   Meyer C, Gahler R. Central retinal vein occlusion in a patient with rheumatoid arthritis taking rofecoxib. Lancet 2002; 360(9339):1100.

(2572)   MacDonald TM, Wei L. Effect of ibuprofen on cardioprotective effect of aspirin. Lancet 2003; 361(9357):573-574.

(2573)   Kammerl MC, Debler J, Riegger GA, Kramer BK. COX-2 inhibitors and risk of heart failure. Lancet 2004; 364(9444):1486-1487.

(2574)   Laporte JR. Merck Sharpe and Dohme versus Laporte. Lancet 2004; 364(9432):416.

(2575)   Honig P. Merck Sharp and Dohme versus Laporte. Lancet 2004; 363(9414):1079-1080.

(2576)   Juni P, Nartey L, Reichenbach S, Sterchi R, Dieppe PA, Egger M. Risk of cardiovascular events and rofecoxib: cumulative meta-analysis. Lancet 2004; 364(9450):2021-2029.

(2577)   Topol EJ, Falk GW. A coxib a day won't keep the doctor away. Lancet 2004; 364(9435):639-640.

(2578)   Horton R. Vioxx, the implosion of Merck, and aftershocks at the FDA. Lancet 2004; 364(9450):1995-1996.

(2579)   Vioxx: an unequal partnership between safety and efficacy. Lancet 2004; 364(9442):1287-1288.

(2580)   Rosengren A, Hawken S, Ounpuu S et al. Association of psychosocial risk factors with risk of acute myocardial infarction in 11119 cases and 13648 controls from 52 countries (the INTERHEART study): case-control study. Lancet 2004; 364(9438):953-962.

(2581)   Bosch X. Spanish editor sued over rofecoxib allegations. Lancet 2004; 363(9405):298.

(2582)   Schnitzer TJ, Burmester GR, Mysler E et al. Comparison of lumiracoxib with naproxen and ibuprofen in the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET), reduction in ulcer complications: randomised controlled trial. Lancet 2004; 364(9435):665-674.

(2583)   Farkouh ME, Kirshner H, Harrington RA et al. Comparison of lumiracoxib with naproxen and ibuprofen in the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET), cardiovascular outcomes: randomised controlled trial. Lancet 2004; 364(9435):675-684.

(2584)   Mamdani M, Juurlink DN, Lee DS et al. Cyclo-oxygenase-2 inhibitors versus non-selective non-steroidal anti-inflammatory drugs and congestive heart failure outcomes in elderly patients: a population-based cohort study. Lancet 2004; 363(9423):1751-1756.

(2585)   What is going on at the FDA? Lancet 2005; 366(9492):1137.

(2586)   McLean TR. Discontinuation of Vioxx. Lancet 2005; 365(9453):25-28.

**KS-000824**

(2587)  Thomas LG. Increased risk of cardiovascular events with coxibs and NSAIDs. Lancet 2005; 365(9470):1538-1539.

(2588)  Nutt DJ. Discontinuation of Vioxx. Lancet 2005; 365(9453):28.

(2589)  Graham DJ, Campen D, Hui R et al. Risk of acute myocardial infarction and sudden cardiac death in patients treated with cyclo-oxygenase 2 selective and non-selective non-steroidal anti-inflammatory drugs: nested case-control study. Lancet 2005; 365(9458):475-481.

(2590)  Garattini S, Bertele V. Discontinuation of Vioxx. Lancet 2005; 365(9453):24.

(2591)  Kim PS, Reicin AS. Discontinuation of Vioxx. Lancet 2005; 365(9453):23-27.

(2592)  Verheugt FW, Smith SC, Jr. The lady aspirin for cardiovascular disease. Lancet 2005; 366(9492):1148-1150.

(2593)  Maxwell SR, Webb DJ. COX-2 selective inhibitors--important lessons learned. Lancet 2005; 365(9458):449-451.

(2594)  Nyberg J. Discontinuation of Vioxx. Lancet 2005; 365(9453):24-25.

(2595)  Boers M. Discontinuation of Vioxx. Lancet 2005; 365(9453):25-26.

(2596)  Lievre M, Abadie E. Discontinuation of Vioxx. Lancet 2005; 365(9453):23-24.

(2597)  Emery P, Moore A, Hawkey C. Increased risk of cardiovascular events with coxibs and NSAIDs. Lancet 2005; 365(9470):1538.

(2598)  Scott DG, Watts RA. Increased risk of cardiovascular events with coxibs and NSAIDs. Lancet 2005; 365(9470):1537.

(2599)  Zwillich T. How Vioxx is changing US drug regulation. Lancet 2005; 366(9499):1763-1764.

(2600)  Cannon CP, Curtis SP, FitzGerald GA et al. Cardiovascular outcomes with etoricoxib and diclofenac in patients with osteoarthritis and rheumatoid arthritis in the Multinational Etoricoxib and Diclofenac Arthritis Long-term (MEDAL) programme: a randomised comparison. Lancet 2006; 368(9549):1771-1781.

(2601)  Drenth JP, Verheugt FW. Do COX-2 inhibitors give enough gastrointestinal protection? Lancet 2007; 369(9560):439-440.

(2602)  Laine L, Curtis SP, Cryer B, Kaur A, Cannon CP. Assessment of upper gastrointestinal safety of etoricoxib and diclofenac in patients with osteoarthritis and rheumatoid arthritis in the Multinational Etoricoxib and Diclofenac Arthritis Long-term (MEDAL) programme: a randomised comparison. Lancet 2007; 369(9560):465-473.

(2603)  Senior K. COX-2 inhibitors: cancer prevention or cardiovascular risk? Lancet Oncol 2005; 6(2):68.

(2604)  Gridelli C, Gallo C, Ceribelli A et al. Factorial phase III randomised trial of rofecoxib and prolonged constant infusion of gemcitabine in advanced non-small-cell lung cancer: the GEmcitabine-COxib in NSCLC (GECO) study. Lancet Oncol 2007; 8(6):500-512.

(2605)  Church CA, Stewart C, Lee TJ, Wallace D. Rofecoxib versus hydrocodone/acetaminophen for postoperative analgesia in functional endoscopic sinus surgery. Laryngoscope 2006; 116(4):602-606.

(2606)  Muscara MN, McKnight W, del SP, Wallace JL. Effect of a nitric oxide-releasing naproxen derivative on hypertension and gastric damage induced by chronic nitric oxide inhibition in the rat. Life Sci 1998; 62(15):L235-L240.

(2607)  Peskar BM, Maricic N, Gretzera B, Schuligoi R, Schmassmann A. Role of cyclooxygenase-2 in gastric mucosal defense. Life Sci 2001; 69(25-26):2993-3003.

(2608)  James MJ, Cook-Johnson RJ, Cleland LG. Selective COX-2 Inhibitors, Eicosanoid Synthesis and Clinical Outcomes: A Case Study of System Failure. Lipids 2007.

(2609)  Caporali R, Montecucco C. Cardiovascular effects of coxibs. Lupus 2005; 14(9):785-788.

(2610)  Harley C, Wagner S. Persistence with COX-2 inhibitors in managed care: an analysis of claims. Care Interface 2003; 16(10):38-45.

KS-000825

(2611)   COX-2 inhibitors: Understanding recent concerns. Mayo Clin Health Lett 2002; 20(10):6.

(2612)   Ware JE, Jr., Sherbourne CD. The MOS 36-item short-form health survey (SF-36). I. Conceptual framework and item selection. Med Care 1992; 30(6):473-483.

(2613)   Ray WA, Stein CM, Byrd V et al. Educational program for physicians to reduce use of non-steroidal anti-inflammatory drugs among community-dwelling elderly persons: a randomized controlled trial. Med Care 2001; 39(5):425-435.

(2614)   Stein CM, Griffin MR, Taylor JA, Pichert JW, Brandt KD, Ray WA. Educational program for nursing home physicians and staff to reduce use of non-steroidal anti-inflammatory drugs among nursing home residents: a randomized controlled trial. Med Care 2001; 39(5):436-445.

(2615)   Uniform requirements for manuscripts submitted to biomedical journals. International Committee of Medical Journal Editors. Med Educ 1999; 33(1):66-78.

(2616)   Doux JD, Bazar KA, Lee PY, Yun AJ. Can chronic use of anti-inflammatory agents paradoxically promote chronic inflammation through compensatory host response? Med Hypotheses 2005; 65(2):389-391.

(2617)   Hellstrom HR. A pathogenetic mechanism for COX-2 inhibitor-induced cardiovascular events proposed to be useful in structuring medical testimony in rofecoxib trials. Med Hypotheses 2007; 69(1):83-89.

(2618)   Brooks PM, Day RO. COX-2 inhibitors. Med J Aust 2000; 173(8):433-436.

(2619)   McColl GJ. Pharmacological therapies for the treatment of osteoarthritis. Med J Aust 2001; 175 Suppl:S108-S111.

(2620)   Cleland LG, James MJ, Stamp LK, Penglis PS. COX-2 inhibition and thrombotic tendency: a need for surveillance. Med J Aust 2001; 175(4):214-217.

(2621)   Fenn CG. COX-2 inhibition and thrombotic tendency. Med J Aust 2002; 176(2):88-89.

(2622)   Considerations for the safe prescribing and use of COX-2-specific inhibitors. Med J Aust 2002; 176(7):328-331.

(2623)   Kerr SJ, Mant A, Horn FE, McGeechan K, Sayer GP. Lessons from early large-scale adoption of celecoxib and rofecoxib by Australian general practitioners. Med J Aust 2003; 179(8):403-407.

(2624)   Nelson MR. Lessons from early large-scale adoption of celecoxib and rofecoxib by Australian general practitioners. Med J Aust 2004; 180(3):140.

(2625)   Langton PE, Hankey GJ, Eikelboom JW. Cardiovascular safety of rofecoxib (Vioxx): lessons learned and unanswered questions: we need processes in place to follow up suspicions about serious adverse events. Med J Aust 2004; 181(10):524-525.

(2626)   Florin TH. Lessons from early large-scale adoption of celecoxib and rofecoxib by Australian general practitioners. Med J Aust 2004; 180(6):310-312.

(2627)   Kick A, Bertoli R, Moschovitis G, Caduff JP, Cerny A. [Extreme sinus bradycardia (30/min) with acute right heart failure under tizanidine (Sirdalud). Possible pharmacological interaction with rofecoxib (Vioxx)]. Med Klin (Munich) 2005; 100(4):213-216.

(2628)   Sawicki PT, Bender R, Selke GW, Klauber J, Gutschmidt S. [Assessment of the number of cardio- and cerebrovascular events due to rofecoxib (Vioxx) in Germany between 2001 and 2004]. Med Klin (Munich) 2006; 101(3):191-197.

(2629)   Rofecoxib for osteoarthritis and pain. Med Lett Drugs Ther 1999; 41(1056):59-61.

(2630)   Cardiovascular safety of COX-2 inhibitors. Med Lett Drugs Ther 2001; 43(1118):99-100.

(2631)   Vila L. Cyclooxygenase and 5-lipoxygenase pathways in the vessel wall: role in atherosclerosis. Med Res Rev 2004; 24(4):399-424.

(2632)   Vapaatalo H, Mervaala E. Clinically important factors influencing endothelial function. Med Sci Monit 2001; 7(5):1075-1085.

KS-000826

(2633)  Watson DJ, Harper SE, Zhao PL, Bolognese JA, Simon TJ. Gastrointestinal medications and procedures in osteoarthritis patients treated with rofecoxib compared with nonselective NSAIDs. MedGenMed 2001; 3(4):6.

(2634)  Malhotra S, Shafiq N, Pandhi P. COX-2 inhibitors: a CLASS act or Just VIGORously promoted. MedGenMed 2004; 6(1):e37.

(2635)  Hoffer E, Baum Y, Nahir AM. N-Acetylcysteine enhances the action of anti-inflammatory drugs as suppressors of prostaglandin production in monocytes. Mediators Inflamm 2002; 11(5):321-323.

(2636)  Sehgal R, Kumar VL. Calotropis procera latex-induced inflammatory hyperalgesia--effect of antiinflammatory drugs. Mediators Inflamm 2005; 2005(4):216-220.

(2637)  Kumar VL, Roy S. Calotropis procera Latex Extract Affords Protection against Inflammation and Oxidative Stress in Freund's Complete Adjuvant-Induced Monoarthritis in Rats. Mediators Inflamm 2007; 2007(1):47523.

(2638)  Aronoff DM, Bloch KC. Assessing the relationship between the use of nonsteroidal antiinflammatory drugs and necrotizing fasciitis caused by group A streptococcus. Medicine (Baltimore) 2003; 82(4):225-235.

(2639)  Schnitzer TJ. Is concern about cardiovascular events with the new coxib class of drugs justified? Medscape Womens Health 2001; 6(5):8.

(2640)  Capriotti T. The new NSAIDs: cox-2 inhibitors. Medsurg Nurs 2000; 9(6):313-317.

(2641)  Rosen Y, Yachelevich N, Benedek P et al. No need to tax the sick: clinical guidelines for rofecoxib as an alternative effective method to the copayment policy in the advent of increasing pharmaceutical expenditures. Mil Med 2004; 169(11):932-936.

(2642)  Michaux C, Charlier C. Structural approach for COX-2 inhibition. Mini Rev Med Chem 2004; 4(6):603-615.

(2643)  Ruan KH. Advance in understanding the biosynthesis of prostacyclin and thromboxane A2 in the endoplasmic reticulum membrane via the cyclooxygenase pathway. Mini Rev Med Chem 2004; 4(6):639-647.

(2644)  Supuran CT, Casini A, Mastrolorenzo A, Scozzafava A. COX-2 selective inhibitors, carbonic anhydrase inhibition and anticancer properties of sulfonamides belonging to this class of pharmacological agents. Mini Rev Med Chem 2004; 4(6):625-632.

(2645)  de L, X, Julemont F, Benoit V, Frederich M, Pirotte B, Dogne JM. First and second generations of COX-2 selective inhibitors. Mini Rev Med Chem 2004; 4(6):597-601.

(2646)  Julemont F, Dogne JM, Pirotte B, de L, X. Recent development in the field of dual COX / 5-LOX inhibitors. Mini Rev Med Chem 2004; 4(6):633-638.

(2647)  Stichtenoth DO. The second generation of COX-2 inhibitors: clinical pharmacological point of view. Mini Rev Med Chem 2004; 4(6):617-624.

(2648)  Palmer K. The Vioxx fallout. Minn Med 2005; 88(3):26-30.

(2649)  Meyer CR. Professional pill pusher. Minn Med 2005; 88(3):4.

(2650)  McLaughlin N. Out of sight. Pharmaceutical industry temporarily replaces hospitals as target. Mod Healthc 2004; 34(42):26.

(2651)  Becker C. Drug pullout. Massive recall of Vioxx poses logistical problems. Mod Healthc 2004; 34(42):17.

(2652)  Romano M. Spin cycles. Healthcare marketing-communications efforts have taken on increasing strategic importance. Mod Healthc 2005; 35(47):28-30.

(2653)  Taylor M. Drug samples bring scrutiny. Mod Healthc 2005; 35(18):22.

(2654)  Sloane T. A fall from grace. Cleveland clinic's ethical lapses put spotlight on healthcare conflicts of interest. Mod Healthc 2006; 36(2):20.

KS-000827

(2655)   Benko LB. Drug lawsuits building. Merck, Pfizer racing charges of misrepresentation. Mod Healthc 2006; 36(15):16.

(2656)   Pyrko P, Soriano N, Kardosh A et al. Downregulation of survivin expression and concomitant induction of apoptosis by celecoxib and its non-cyclooxygenase-2-inhibitory analog, dimethyl-celecoxib (DMC), in tumor cells in vitro and in vivo. Mol Cancer 2006; 5:19.

(2657)   Morre DJ, Morre DM. tNOX, an alternative target to COX-2 to explain the anticancer activities of non-steroidal anti-inflammatory drugs (NSAIDS). Mol Cell Biochem 2006; 283(1-2):159-167.

(2658)   Mardini IA, FitzGerald GA. Selective inhibitors of cyclooxygenase-2: a growing class of anti-inflammatory drugs. Mol Interv 2001; 1(1):30-38.

(2659)   Dewitt DL. Cox-2-selective inhibitors: the new super aspirins. Mol Pharmacol 1999; 55(4):625-631.

(2660)   Machwate M, Harada S, Leu CT et al. Prostaglandin receptor EP(4) mediates the bone anabolic effects of PGE(2). Mol Pharmacol 2001; 60(1):36-41.

(2661)   Kothapalli D, Stewart SA, Smyth EM, Azonobi I, Pure E, Assoian RK. Prostacylin receptor activation inhibits proliferation of aortic smooth muscle cells by regulating cAMP response element-binding protein- and pocket protein-dependent cyclin a gene expression. Mol Pharmacol 2003; 64(2):249-258.

(2662)   Callejas NA, Fernandez-Martinez A, Castrillo A, Bosca L, Martin-Sanz P. Selective inhibitors of cyclooxygenase-2 delay the activation of nuclear factor kappa B and attenuate the expression of inflammatory genes in murine macrophages treated with lipopolysaccharide. Mol Pharmacol 2003; 63(3):671-677.

(2663)   Alloza I, Baxter A, Chen Q, Matthiesen R, Vandenbroeck K. Celecoxib inhibits interleukin-12 alphabeta and beta2 folding and secretion by a novel COX2-independent mechanism involving chaperones of the endoplasmic reticulum. Mol Pharmacol 2006; 69(5):1579-1587.

(2664)   Freedman GM, Kreitzer JM, Badola R. Rofecoxib-associated upper gastrointestinal bleed: a case report. Mt Sinai J Med 2002; 69(1-2):105-106.

(2665)   Friedman PL, Brown EJ, Jr., Gunther S et al. Coronary vasoconstrictor effect of indomethacin in patients with coronary-artery disease. N Engl J Med 1981; 305(20):1171-1175.

(2666)   FitzGerald GA, Smith B, Pedersen AK, Brash AR. Increased prostacyclin biosynthesis in patients with severe atherosclerosis and platelet activation. N Engl J Med 1984; 310(17):1065-1068.

(2667)   Pedersen AK, FitzGerald GA. Dose-related kinetics of aspirin. Presystemic acetylation of platelet cyclooxygenase. N Engl J Med 1984; 311(19):1206-1211.

(2668)   Fitzgerald DJ, Roy L, Catella F, FitzGerald GA. Platelet activation in unstable coronary disease. N Engl J Med 1986; 315(16):983-989.

(2669)   Oates JA, FitzGerald GA, Branch RA, Jackson EK, Knapp HR, Roberts LJ. Clinical implications of prostaglandin and thromboxane A2 formation (1). N Engl J Med 1988; 319(11):689-698.

(2670)   Final report on the aspirin component of the ongoing Physicians' Health Study. Steering Committee of the Physicians' Health Study Research Group. N Engl J Med 1989; 321(3):129-135.

(2671)   Kessler DA. The regulation of investigational drugs. N Engl J Med 1989; 320(5):281-288.

(2672)   A comparison of two doses of aspirin (30 mg vs. 283 mg a day) in patients after a transient ischemic attack or minor ischemic stroke. The Dutch TIA Trial Study Group. N Engl J Med 1991; 325(18):1261-1266.

(2673)   Clarke RJ, Mayo G, Price P, FitzGerald GA. Suppression of thromboxane A2 but not of systemic prostacyclin by controlled-release aspirin. N Engl J Med 1991; 325(16):1137-1141.

(2674)   Kessler DA. Drug promotion and scientific exchange. The role of the clinical investigator. N Engl J Med 1991; 325(3):201-203.

KS-000828

(2675)  Bradley JD, Brandt KD, Katz BP, Kalasinski LA, Ryan SI. Comparison of an antiinflammatory dose of ibuprofen, an analgesic dose of ibuprofen, and acetaminophen in the treatment of patients with osteoarthritis of the knee. N Engl J Med 1991; 325(2):87-91.

(2676)  Selby JV, Friedman GD, Quesenberry CP, Jr., Weiss NS. A case-control study of screening sigmoidoscopy and mortality from colorectal cancer. N Engl J Med 1992; 326(10):653-657.

(2677)  Winawer SJ, Zauber AG, O'Brien MJ et al. Randomized comparison of surveillance intervals after colonoscopic removal of newly diagnosed adenomatous polyps. The National Polyp Study Workgroup. N Engl J Med 1993; 328(13):901-906.

(2678)  Kessler DA, Rose JL, Temple RJ, Schapiro R, Griffin JP. Therapeutic-class wars--drug promotion in a competitive marketplace. N Engl J Med 1994; 331(20):1350-1353.

(2679)  Roujeau JC, Kelly JP, Naldi L et al. Medication use and the risk of Stevens-Johnson syndrome or toxic epidermal necrolysis. N Engl J Med 1995; 333(24):1600-1607.

(2680)  Morrow JD, Frei B, Longmire AW et al. Increase in circulating products of lipid peroxidation (F2-isoprostanes) in smokers. Smoking as a cause of oxidative damage. N Engl J Med 1995; 332(18):1198-1203.

(2681)  Taha AS, Hudson N, Hawkey CJ et al. Famotidine for the prevention of gastric and duodenal ulcers caused by nonsteroidal antiinflammatory drugs. N Engl J Med 1996; 334(22):1435-1439.

(2682)  Murray WM. Inflammation, aspirin, and the risk of cardiovascular disease. N Engl J Med 1997; 337(6):422-424.

(2683)  Maseri A. Inflammation, atherosclerosis, and ischemic events -- exploring the hidden side of the moon. N Engl J Med 1997; 336(14):1014-1016.

(2684)  Bruno JJ. Inflammation, aspirin, and the risk of cardiovascular disease. N Engl J Med 1997; 337(6):422-424.

(2685)  Ridker PM, Cushman M, Stampfer MJ, Tracy RP, Hennekens CH. Inflammation, aspirin, and the risk of cardiovascular disease in apparently healthy men. N Engl J Med 1997; 336(14):973-979.

(2686)  Cahill MR, Perry IJ. Inflammation, aspirin, and the risk of cardiovascular disease. N Engl J Med 1997; 337(6):422-423.

(2687)  Hawkey CJ, Karrasch JA, Szczepanski L et al. Omeprazole compared with misoprostol for ulcers associated with nonsteroidal antiinflammatory drugs. Omeprazole versus Misoprostol for NSAID-induced Ulcer Management (OMNIUM) Study Group. N Engl J Med 1998; 338(11):727-734.

(2688)  Ross R. Atherosclerosis--an inflammatory disease. N Engl J Med 1999; 340(2):115-126.

(2689)  Wolfe MM, Lichtenstein DR, Singh G. Gastrointestinal toxicity of nonsteroidal antiinflammatory drugs. N Engl J Med 1999; 340(24):1888-1899.

(2690)  Bombardier C, Laine L, Reicin A et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. VIGOR Study Group. N Engl J Med 2000; 343(21):1520-8, 2.

(2691)  Kleta R, Basoglu C, Kuwertz-Broking E. New treatment options for Bartter's syndrome. N Engl J Med 2000; 343(9):661-662.

(2692)  Campion EW, Curfman GD, Drazen JM. Tracking the peer-review process. N Engl J Med 2000; 343(20):1485-1486.

(2693)  Crofford LJ. Rational use of analgesic and antiinflammatory drugs. N Engl J Med 2001; 345(25):1844-1846.

(2694)  Davidoff F, DeAngelis CD, Drazen JM et al. Sponsorship, authorship, and accountability. N Engl J Med 2001; 345(11):825-826.

(2695)  Topol EJ. Conflict-of-interest policies. N Engl J Med 2001; 344(13):1017.

(2696)  Catella-Lawson F, Reilly MP, Kapoor SC et al. Cyclooxygenase inhibitors and the antiplatelet effects of aspirin. N Engl J Med 2001; 345(25):1809-1817.

(2697)  Killen JP. The coxibs, selective inhibitors of cyclooxygenase-2. N Engl J Med 2001; 345(23):1708.

KS-000829

(2698)   Delgado FM, Zambrana García JL, Díez GF. Upper gastrointestinal toxicity of rofecoxib and naproxen. N Engl J Med 2001; 344(18):1398-1399.

(2699)   Gupta S. Upper gastrointestinal toxicity of rofecoxib and naproxen. N Engl J Med 2001; 344(18):1398-1399.

(2700)   FitzGerald GA, Patrono C. The coxibs, selective inhibitors of cyclooxygenase-2. N Engl J Med 2001; 345(6):433-442.

(2701)   Schievink WI. Spontaneous dissection of the carotid and vertebral arteries. N Engl J Med 2001; 344(12):898-906.

(2702)   Schellenberg RR, Isserow SH. Anaphylactoid reaction to a cyclooxygenase-2 inhibitor in a patient who had a reaction to a cyclooxygenase-1 inhibitor. N Engl J Med 2001; 345(25):1856.

(2703)   Lewis JH, Schonlau M, Munoz JA et al. Compliance among pharmacies in California with a prescription-drug discount program for Medicare beneficiaries. N Engl J Med 2002; 346(11):830-835.

(2704)   Chau I, Cunningham D. Cyclooxygenase inhibition in cancer--a blind alley or a new therapeutic reality? N Engl J Med 2002; 346(14):1085-1087.

(2705)   Marcus AJ, Broekman MJ, Pinsky DJ. COX inhibitors and thromboregulation. N Engl J Med 2002; 347(13):1025-1026.

(2706)   Chan FK, Hung LC, Suen BY et al. Celecoxib versus diclofenac and omeprazole in reducing the risk of recurrent ulcer bleeding in patients with arthritis. N Engl J Med 2002; 347(26):2104-2110.

(2707)   Drazen JM, Ingelfinger JR, Curfman GD. Expression of concern: Schiffl H, et Al. Daily hemodialysis and the outcome of acute renal failure. N Engl J Med 2002;346:305-10. N Engl J Med 2003; 348(21):2137.

(2708)   Ray WA. Population-based studies of adverse drug effects. N Engl J Med 2003; 349(17):1592-1594.

(2709)   Villalba L, Witter J. Rofecoxib, Merck, and the FDA. N Engl J Med 2004; 351(27):2875-2878.

(2710)   Topol EJ. Failing the public health--rofecoxib, Merck, and the FDA. N Engl J Med 2004; 351(17):1707-1709.

(2711)   Stone PH. Triggering myocardial infarction. N Engl J Med 2004; 351(17):1716-1718.

(2712)   FitzGerald GA. Coxibs and cardiovascular disease. N Engl J Med 2004; 351(17):1709-1711.

(2713)   Kim PS, Reicin AS. Rofecoxib, Merck, and the FDA. N Engl J Med 2004; 351(27):2875-2878.

(2714)   Wolfe MM. Rofecoxib, Merck, and the FDA. N Engl J Med 2004; 351(27):2875-2878.

(2715)   De AC, Drazen JM, Frizelle FA et al. Clinical trial registration: a statement from the International Committee of Medical Journal Editors. N Engl J Med 2004; 351(12):1250-1251.

(2716)   Ray WA, Griffin MR, Stein CM. Cardiovascular toxicity of valdecoxib. N Engl J Med 2004; 351(26):2767.

(2717)   Oberholzer-Gee F, Inamdar SN. Merck's recall of rofecoxib--a strategic perspective. N Engl J Med 2004; 351(21):2147-2149.

(2718)   Hansson GK. Inflammation, atherosclerosis, and coronary artery disease. N Engl J Med 2005; 352(16):1685-1695.

(2719)   Zarin DA, Tse T, Ide NC. Trial Registration at ClinicalTrials.gov between May and October 2005. N Engl J Med 2005; 353(26):2779-2787.

(2720)   Frazier KC. The lessons of Vioxx. N Engl J Med 2005; 353(13):1420-1421.

(2721)   Severe P, Leger P, Charles M et al. Antiretroviral therapy in a thousand patients with AIDS in Haiti. N Engl J Med 2005; 353(22):2325-2334.

(2722)   Mello MM, Clarridge BR, Studdert DM. Academic medical centers' standards for clinical-trial agreements with industry. N Engl J Med 2005; 352(21):2202-2210.

KS-000830

(2723)   Curfman GD, Morrissey S, Drazen JM. Expression of concern: Bombardier et al., "Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis," N Engl J Med 2000;343:1520-8. N Engl J Med 2005; 353(26):2813-2814.

(2724)   Ray WA. Observational studies of drugs and mortality. N Engl J Med 2005; 353(22):2319-2321.

(2725)   Steinbrook R. Financial conflicts of interest and the Food and Drug Administration's Advisory Committees. N Engl J Med 2005; 353(2):116-118.

(2726)   Ridker PM, Cook NR, Lee IM et al. A randomized trial of low-dose aspirin in the primary prevention of cardiovascular disease in women. N Engl J Med 2005; 352(13):1293-1304.

(2727)   Brophy JM. Cardiovascular risk associated with celecoxib. N Engl J Med 2005; 352(25):2648-2650.

(2728)   Avorn J. FDA standards--good enough for government work? N Engl J Med 2005; 353(10):969-972.

(2729)   Solomon SD, McMurray JJ, Pfeffer MA et al. Cardiovascular risk associated with celecoxib in a clinical trial for colorectal adenoma prevention. N Engl J Med 2005; 352(11):1071-1080.

(2730)   Olsen NJ. Tailoring arthritis therapy in the wake of the NSAID crisis. N Engl J Med 2005; 352(25):2578-2580.

(2731)   Bresalier RS, Sandler RS, Quan H et al. Cardiovascular events associated with rofecoxib in a colorectal adenoma chemoprevention trial. N Engl J Med 2005; 352(11):1092-1102.

(2732)   Gorelick KJ. What ails the FDA? N Engl J Med 2005; 352(24):2553-2554.

(2733)   Psaty BM, Furberg CD. COX-2 inhibitors--lessons in drug safety. N Engl J Med 2005; 352(11):1133-1135.

(2734)   Steinbrook R. Gag clauses in clinical-trial agreements. N Engl J Med 2005; 352(21):2160-2162.

(2735)   Waxman HA. The lessons of Vioxx--drug safety and sales. N Engl J Med 2005; 352(25):2576-2578.

(2736)   Drazen JM. COX-2 inhibitors--a lesson in unexpected problems. N Engl J Med 2005; 352(11):1131-1132.

(2737)   Nussmeier NA, Whelton AA, Brown MT et al. Complications of the COX-2 inhibitors parecoxib and valdecoxib after cardiac surgery. N Engl J Med 2005; 352(11):1081-1091.

(2738)   Stam J. Thrombosis of the cerebral veins and sinuses. N Engl J Med 2005; 352(17):1791-1798.

(2739)   Patrono C, Garcia Rodriguez LA, Landolfi R, Baigent C. Low-dose aspirin for the prevention of atherothrombosis. N Engl J Med 2005; 353(22):2373-2383.

(2740)   Okie S. Raising the safety bar--the FDA's coxib meeting. N Engl J Med 2005; 352(13):1283-1285.

(2741)   Cohen FJ. What ails the FDA? N Engl J Med 2005; 352(24):2554.

(2742)   De Angelis CD, Drazen JM, Frizelle FA et al. Is this clinical trial fully registered?--A statement from the International Committee of Medical Journal Editors. N Engl J Med 2005; 352(23):2436-2438.

(2743)   Eisenberg RS. Learning the value of drugs--is rofecoxib a regulatory success story? N Engl J Med 2005; 352(13):1285-1287.

(2744)   Okie S. What ails the FDA? N Engl J Med 2005; 352(11):1063-1066.

(2745)   Avorn J, Shrank W. Highlights and a hidden hazard--the FDA's new labeling regulations. N Engl J Med 2006; 354(23):2409-2411.

(2746)   Navarro VJ, Senior JR. Drug-related hepatotoxicity. N Engl J Med 2006; 354(7):731-739.

(2747)   Reicin A, Shapiro D. Response to expression of concern regarding VIGOR study. N Engl J Med 2006; 354(11):1196-1199.

KS-000831

(2748)  Assmus B, Honold J, Schachinger V et al. Transcoronary transplantation of progenitor cells after myocardial infarction. N Engl J Med 2006; 355(12):1222-1232.

(2749)  Psaty BM, Potter JD. Risks and benefits of celecoxib to prevent recurrent adenomas. N Engl J Med 2006; 355(9):950-952.

(2750)  Bisgaard H, Hermansen MN, Loland L, Halkjaer LB, Buchvald F. Intermittent inhaled corticosteroids in infants with episodic wheezing. N Engl J Med 2006; 354(19):1998-2005.

(2751)  Nair KS, Rizza RA, O'Brien P et al. DHEA in elderly women and DHEA or testosterone in elderly men. N Engl J Med 2006; 355(16):1647-1659.

(2752)  Bonner JA, Harari PM, Giralt J et al. Radiotherapy plus cetuximab for squamous-cell carcinoma of the head and neck. N Engl J Med 2006; 354(6):567-578.

(2753)  van Zelm MC, Reisli I, van der BM et al. An antibody-deficiency syndrome due to mutations in the CD19 gene. N Engl J Med 2006; 354(18):1901-1912.

(2754)  Vesikari T, Matson DO, Dennehy P et al. Safety and efficacy of a pentavalent human-bovine (WC3) reassortant rotavirus vaccine. N Engl J Med 2006; 354(1):23-33.

(2755)  Wactawski-Wende J, Kotchen JM, Anderson GL et al. Calcium plus vitamin D supplementation and the risk of colorectal cancer. N Engl J Med 2006; 354(7):684-696.

(2756)  Trivedi MH, Fava M, Wisniewski SR et al. Medication augmentation after the failure of SSRIs for depression. N Engl J Med 2006; 354(12):1243-1252.

(2757)  Nissen SE. Adverse cardiovascular effects of rofecoxib. N Engl J Med 2006; 355(2):203-204.

(2758)  Bertagnolli MM, Eagle CJ, Zauber AG et al. Celecoxib for the prevention of sporadic colorectal adenomas. N Engl J Med 2006; 355(9):873-884.

(2759)  Ruiz-Palacios GM, Perez-Schael I, Velazquez FR et al. Safety and efficacy of an attenuated vaccine against severe rotavirus gastroenteritis. N Engl J Med 2006; 354(1):11-22.

(2760)  Stone GW, McLaurin BT, Cox DA et al. Bivalirudin for patients with acute coronary syndromes. N Engl J Med 2006; 355(21):2203-2216.

(2761)  Bhala N. Enoxaparin in elective percutaneous coronary intervention. N Engl J Med 2006; 355(26):2788-1.

(2762)  Murad F. Shattuck Lecture. Nitric oxide and cyclic GMP in cell signaling and drug development. N Engl J Med 2006; 355(19):2003-2011.

(2763)  Berry MA, Hargadon B, Shelley M et al. Evidence of a role of tumor necrosis factor alpha in refractory asthma. N Engl J Med 2006; 354(7):697-708.

(2764)  Nissen SE, Tuzcu EM, Brewer HB et al. Effect of ACAT inhibition on the progression of coronary atherosclerosis. N Engl J Med 2006; 354(12):1253-1263.

(2765)  Wang TJ, Gona P, Larson MG et al. Multiple biomarkers for the prediction of first major cardiovascular events and death. N Engl J Med 2006; 355(25):2631-2639.

(2766)  Itani KM, Wilson SE, Awad SS, Jensen EH, Finn TS, Abramson MA. Ertapenem versus cefotetan prophylaxis in elective colorectal surgery. N Engl J Med 2006; 355(25):2640-2651.

(2767)  Barrett-Connor E, Mosca L, Collins P et al. Effects of raloxifene on cardiovascular events and breast cancer in postmenopausal women. N Engl J Med 2006; 355(2):125-137.

(2768)  Hochman JS, Lamas GA, Buller CE et al. Coronary intervention for persistent occlusion after myocardial infarction. N Engl J Med 2006; 355(23):2395-2407.

KS-000832

(2769) Poole CJ, Earl HM, Hiller L et al. Epirubicin and cyclophosphamide, methotrexate, and fluorouracil as adjuvant therapy for early breast cancer. N Engl J Med 2006; 355(18):1851-1862.

(2770) Bombardier C, Laine L, Burgos-Vargas R et al. Response to expression of concern regarding VIGOR study. N Engl J Med 2006; 354(11):1196-1199.

(2771) Ray WA, Stein CM. Reform of drug regulation--beyond an independent drug-safety board. N Engl J Med 2006; 354(2):194-201.

(2772) Avorn J. Dangerous deception--hiding the evidence of adverse drug effects. N Engl J Med 2006; 355(21):2169-2171.

(2773) Florez JC, Jablonski KA, Bayley N et al. TCF7L2 polymorphisms and progression to diabetes in the Diabetes Prevention Program. N Engl J Med 2006; 355(3):241-250.

(2774) Winer RL, Hughes JP, Feng Q et al. Condom use and the risk of genital human papillomavirus infection in young women. N Engl J Med 2006; 354(25):2645-2654.

(2775) Treanor JJ, Campbell JD, Zangwill KM, Rowe T, Wolff M. Safety and immunogenicity of an inactivated subvirion influenza A (H5N1) vaccine. N Engl J Med 2006; 354(13):1343-1351.

(2776) Bhatt DL, Fox KA, Hacke W et al. Clopidogrel and aspirin versus aspirin alone for the prevention of atherothrombotic events. N Engl J Med 2006; 354(16):1706-1717.

(2777) Pronovost P, Needham D, Berenholtz S et al. An intervention to decrease catheter-related bloodstream infections in the ICU. N Engl J Med 2006; 355(26):2725-2732.

(2778) Bent S, Kane C, Shinohara K et al. Saw palmetto for benign prostatic hyperplasia. N Engl J Med 2006; 354(6):557-566.

(2779) Polman CH, O'Connor PW, Havrdova E et al. A randomized, placebo-controlled trial of natalizumab for relapsing multiple sclerosis. N Engl J Med 2006; 354(9):899-910.

(2780) Pritchard KI, Shepherd LE, O'Malley FP et al. HER2 and responsiveness of breast cancer to adjuvant chemotherapy. N Engl J Med 2006; 354(20):2103-2111.

(2781) Rush AJ, Trivedi MH, Wisniewski SR et al. Bupropion-SR, sertraline, or venlafaxine-XR after failure of SSRIs for depression. N Engl J Med 2006; 354(12):1231-1242.

(2782) Haland G, Carlsen KC, Sandvik L et al. Reduced lung function at birth and the risk of asthma at 10 years of age. N Engl J Med 2006; 355(16):1682-1689.

(2783) Jackson RD, LaCroix AZ, Gass M et al. Calcium plus vitamin D supplementation and the risk of fractures. N Engl J Med 2006; 354(7):669-683.

(2784) Hamon M, Riddell JW. Enoxaparin in elective percutaneous coronary intervention. N Engl J Med 2006; 355(26):2788-2789.

(2785) Kahn SE, Haffner SM, Heise MA et al. Glycemic durability of rosiglitazone, metformin, or glyburide monotherapy. N Engl J Med 2006; 355(23):2427-2443.

(2786) Furberg CD. Adverse cardiovascular effects of rofecoxib. N Engl J Med 2006; 355(2):204-205.

(2787) Fowler VG, Jr., Boucher HW, Corey GR et al. Daptomycin versus standard therapy for bacteremia and endocarditis caused by Staphylococcus aureus. N Engl J Med 2006; 355(7):653-665.

(2788) Julius S, Nesbitt SD, Egan BM et al. Feasibility of treating prehypertension with an angiotensin-receptor blocker. N Engl J Med 2006; 354(16):1685-1697.

(2789) Campbell PJ, Green AR. The myeloproliferative disorders. N Engl J Med 2006; 355(23):2452-2466.

(2790) McMahon JA, Green TJ, Skeaff CM, Knight RG, Mann JI, Williams SM. A controlled trial of homocysteine lowering and cognitive performance. N Engl J Med 2006; 354(26):2764-2772.

KS-000833

(2791)   Moore DA, Evans CA, Gilman RH et al. Microscopic-observation drug-susceptibility assay for the diagnosis of TB. N Engl J Med 2006; 355(15):1539-1550.

(2792)   Lees KR, Zivin JA, Ashwood T et al. NXY-059 for acute ischemic stroke. N Engl J Med 2006; 354(6):588-600.

(2793)   McClung MR, Lewiecki EM, Cohen SB et al. Denosumab in postmenopausal women with low bone mineral density. N Engl J Med 2006; 354(8):821-831.

(2794)   Montalescot G, White HD, Gallo R et al. Enoxaparin versus unfractionated heparin in elective percutaneous coronary intervention. N Engl J Med 2006; 355(10):1006-1017.

(2795)   Delacretaz E. Clinical practice. Supraventricular tachycardia. N Engl J Med 2006; 354(10):1039-1051.

(2796)   Lagakos SW. Time-to-event analyses for long-term treatments--the APPROVe trial. N Engl J Med 2006; 355(2):113-117.

(2797)   Guilbert TW, Morgan WJ, Zeiger RS et al. Long-term inhaled corticosteroids in preschool children at high risk for asthma. N Engl J Med 2006; 354(19):1985-1997.

(2798)   Curfman GD, Morrissey S, Drazen JM. Expression of concern reaffirmed. N Engl J Med 2006; 354(11):1193.

(2799)   Scott DL, Kingsley GH. Tumor necrosis factor inhibitors for rheumatoid arthritis. N Engl J Med 2006; 355(7):704-712.

(2800)   Schachinger V, Erbs S, Elsasser A et al. Intracoronary bone marrow-derived progenitor cells in acute myocardial infarction. N Engl J Med 2006; 355(12):1210-1221.

(2801)   de Nijs RN, Jacobs JW, Lems WF et al. Alendronate or alfacalcidol in glucocorticoid-induced osteoporosis. N Engl J Med 2006; 355(7):675-684.

(2802)   Steinbrook R. For sale: physicians' prescribing data. N Engl J Med 2006; 354(26):2745-2747.

(2803)   Curfman GD, Morrissey S, Drazen JM. Expression of concern: Sudbo J et al. DNA content as a prognostic marker in patients with oral leukoplakia. N Engl J Med 2001;344:1270-8 and Sudbo J et al. the influence of resection and aneuploidy on mortality in oral leukoplakia. N Engl J Med 2004;350:1405-13. N Engl J Med 2006; 354(6):638.

(2804)   Fan C, Oh DS, Wessels L et al. Concordance among gene-expression-based predictors for breast cancer. N Engl J Med 2006; 355(6):560-569.

(2805)   Amarenco P, Bogousslavsky J, Callahan A, III et al. High-dose atorvastatin after stroke or transient ischemic attack. N Engl J Med 2006; 355(6):549-559.

(2806)   Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial [CORRECTION]. N Engl J Med 2006; 355(2):221.

(2807)   Arber N, Eagle CJ, Spicak J et al. Celecoxib for the prevention of colorectal adenomatous polyps. N Engl J Med 2006; 355(9):885-895.

(2808)   Graham TE, Yang Q, Bluher M et al. Retinol-binding protein 4 and insulin resistance in lean, obese, and diabetic subjects. N Engl J Med 2006; 354(24):2552-2563.

(2809)   Akbari O, Faul JL, Hoyte EG et al. CD4+ invariant T-cell-receptor+ natural killer T cells in bronchial asthma. N Engl J Med 2006; 354(11):1117-1129.

(2810)   Rudick RA, Stuart WH, Calabresi PA et al. Natalizumab plus interferon beta-1a for relapsing multiple sclerosis. N Engl J Med 2006; 354(9):911-923.

(2811)   Singh AK, Szczech L, Tang KL et al. Correction of anemia with epoetin alfa in chronic kidney disease. N Engl J Med 2006; 355(20):2085-2098.

(2812)   Schneider LS, Tariot PN, Dagerman KS et al. Effectiveness of atypical antipsychotic drugs in patients with Alzheimer's disease. N Engl J Med 2006; 355(15):1525-1538.

KS-000834

(2813)   Hennessy S, Strom BL. PDUFA reauthorization--drug safety's golden moment of opportunity? N Engl J Med 2007; 356(17):1703-1704.

(2814)   Psaty BM, Weiss NS. NSAID trials and the choice of comparators--questions of public health importance. N Engl J Med 2007; 356(4):328-330.

(2815)   Avorn J. Paying for drug approvals--who's using whom? N Engl J Med 2007; 356(17):1697-1700.

(2816)   Kerr DJ, Dunn JA, Langman MJ et al. Rofecoxib and Cardiovascular Adverse Events in Adjuvant Treatment of Colorectal Cancer. N Engl J Med 2007; 357(4):360-369.

(2817)   Chan AT, Ogino S, Fuchs CS. Aspirin and the risk of colorectal cancer in relation to the expression of COX-2. N Engl J Med 2007; 356(21):2131-2142.

(2818)   McClellan M. Drug safety reform at the FDA--pendulum swing or systematic improvement? N Engl J Med 2007; 356(17):1700-1702.

(2819)   Greene MF. The intimidation of American physicians--banning partial-birth abortion. N Engl J Med 2007; 356(21):2128-2129.

(2820)   Adams D. Unnecessary withdrawal of Vioxx. N Z Med J 2004; 117(1204):U1130.

(2821)   Grocott R, Metcalfe S. Going against the flow: the impact of PHARMAC not funding COX-2 inhibitors for chronic arthritis. N Z Med J 2005; 118(1223):U1690.

(2822)   Aldington S, Shirtcliffe P, Weatherall M, Beasley R. Increased risk of cardiovascular events with parecoxib/valdecoxib: a systematic review and meta-analysis. N Z Med J 2005; 118(1226):U1755.

(2823)   Weatherall M, Aldington S, Shirtcliffe P, Caldwell B, Beasley R. COX-2 inhibitors--first, do no harm. N Z Med J 2005; 118(1211):U1359.

(2824)   Reti S. Responsibility for pharmaceutical company samples. N Z Med J 2005; 118(1215):U1472.

(2825)   Under surveillance. Nat Biotechnol 2005; 23(1):1.

(2826)   Spektor G, Fuster V. Drug insight: cyclo-oxygenase 2 inhibitors and cardiovascular risk--where are we now? Nat Clin Pract Cardiovasc Med 2005; 2(6):290-300.

(2827)   Aisen PS. Can rofecoxib delay a diagnosis of Alzheimer's disease in patients with mild cognitive impairment? Nat Clin Pract Neurol 2005; 1(1):20-21.

(2828)   Jones MK, Wang H, Peskar BM et al. Inhibition of angiogenesis by nonsteroidal anti-inflammatory drugs: insight into mechanisms and implications for cancer growth and ulcer healing. Nat Med 1999; 5(12):1418-1423.

(2829)   Dormond O, Foletti A, Paroz C, Ruegg C. NSAIDs inhibit alpha V beta 3 integrin-mediated and Cdc42/Rac-dependent endothelial-cell spreading, migration and angiogenesis. Nat Med 2001; 7(9):1041-1047.

(2830)   Withdrawal syndrome. Nat Med 2004; 10(11):1143.

(2831)   Yu Y, Fan J, Chen XS et al. Genetic model of selective COX2 inhibition reveals novel heterodimer signaling. Nat Med 2006; 12(6):699-704.

(2832)   Vane JR. Inhibition of prostaglandin synthesis as a mechanism of action for aspirin-like drugs. Nat New Biol 1971; 231(25):232-235.

(2833)   Flower R, Gryglewski R, Herbaczynska-Cedro K, Vane JR. Effects of anti-inflammatory drugs on prostaglandin biosynthesis. Nat New Biol 1972; 238(82):104-106.

(2834)   FitzGerald GA. COX-2 and beyond: Approaches to prostaglandin inhibition in human disease. Nat Rev Drug Discov 2003; 2(11):879-890.

(2835)   Frantz S. Vioxx risk could signify trouble in class. Nat Rev Drug Discov 2004; 3(11):899-901.

KS-000835

(2836)   Breckenridge A, Woods K, Raine J. Monitoring the safety of licensed medicines. Nat Rev Drug Discov 2005; 4(7):541-543.

(2837)   Frantz S. How to avoid another 'Vioxx'. Nat Rev Drug Discov 2005; 4(1):5-7.

(2838)   Carpenter D, Ting MM. Essay: the political logic of regulatory error. Nat Rev Drug Discov 2005; 4(10):819-823.

(2839)   Frantz S. Vioxx fears prompt call for user fee evaluation. Nat Rev Drug Discov 2005; 4(3):179.

(2840)   Mitchell JA, Warner TD. COX isoforms in the cardiovascular system: understanding the activities of non-steroidal anti-inflammatory drugs. Nat Rev Drug Discov 2006; 5(1):75-86.

(2841)   Loll PJ, Picot D, Garavito RM. The structural basis of aspirin activity inferred from the crystal structure of inactivated prostaglandin H2 synthase. Nat Struct Biol 1995; 2(8):637-643.

(2842)   Painful lessons. Nat Struct Mol Biol 2005; 12(3):205.

(2843)   Needleman P, Moncada S, Bunting S, Vane JR, Hamberg M, SAMUELSSON B. Identification of an enzyme in platelet microsomes which generates thromboxane A2 from prostaglandin endoperoxides. Nature 1976; 261(5561):558-560.

(2844)   Moncada S, Gryglewski R, Bunting S, Vane JR. An enzyme isolated from arteries transforms prostaglandin endoperoxides to an unstable substance that inhibits platelet aggregation. Nature 1976; 263(5579):663-665.

(2845)   Gryglewski RJ, Korbut R, Ocetkiewicz A. Generation of prostacyclin by lungs in vivo and its release into the arterial circulation. Nature 1978; 273(5665):765-767.

(2846)   Picot D, Loll PJ, Garavito RM. The X-ray crystal structure of the membrane protein prostaglandin H2 synthase-1. Nature 1994; 367(6460):243-249.

(2847)   Dinchuk JE, Car BD, Focht RJ et al. Renal abnormalities and an altered inflammatory response in mice lacking cyclooxygenase II. Nature 1995; 378(6555):406-409.

(2848)   Kurumbail RG, Stevens AM, Gierse JK et al. Structural basis for selective inhibition of cyclooxygenase-2 by anti-inflammatory agents. Nature 1996; 384(6610):644-648.

(2849)   Murata T, Ushikubi F, Matsuoka T et al. Altered pain perception and inflammatory response in mice lacking prostacyclin receptor. Nature 1997; 388(6643):678-682.

(2850)   Marris E. Suppressed study raises spectre of flawed drug regulation in US. Nature 2004; 432(7017):537.

(2851)   Wadman M. Vioxx may go back on sale after scraping past FDA panel. Nature 2005; 433(7028):790.

(2852)   Wadman M. Drug safety special: the safety catch. Nature 2005; 434(7033):554-556.

(2853)   Wadman M. Journal grows suspicious of Vioxx data. Nature 2005; 438(7070):899.

(2854)   Drug safety on trial. Nature 2005; 434(7033):545.

(2855)   Painkiller in the dock. Nature 2005; 436(7050):459.

(2856)   Merck opts for shake-up to clear drug pipeline. Nature 2005; 438(7071):1076-1077.

(2857)   Drug firms back-pedal on direct advertising. Nature 2005; 436(7053):910-911.

(2858)   Lewis R. An individual approach. Nature 2005; 436(7051):746-747.

(2859)   Frantz S. Drug safety special: chasing shadows. Nature 2005; 434(7033):557-558.

(2860)   Khamsi R. Painkiller verdict shows mistrust of Merck. Nature 2005; 436(7054):1070.

(2861)   Wadman M. How does a painkiller harm the heart? Nature 2006; 441(7091):262.

KS-000836

(2862)   Make or break time in Vioxx drama. Nature 2006; 440(7082):277.

(2863)   Wadman M. Moment of reckoning. Nature 2007; 446(7138):844-845.

(2864)   Wadman M. Experts call for active surveillance of drug safety. Nature 2007; 446(7134):358-359.

(2865)   Wadman M. Man on a mission. Nature 2007; 447(7144):513.

(2866)   Heindl B, Becker BF. Aspirin, but not the more selective cyclooxygenase (COX)-2 inhibitors meloxicam and SC 58125, aggravates postischaemic cardiac dysfunction, independent of COX function. Naunyn Schmiedebergs Arch Pharmacol 2001; 363(2):233-240.

(2867)   Schneider A, Stahl RA. Cyclooxygenase-2 (COX-2) and the kidney: current status and potential perspectives. Nephrol Dial Transplant 1998; 13(1):10-12.

(2868)   Massy ZA, Swan SK. Cyclooxygenase-2 and atherosclerosis: friend or foe? Nephrol Dial Transplant 2001; 16(12):2286-2289.

(2869)   Komhoff M, Klaus G, Nazarowa S, Reinalter SC, Seyberth HW. Increased systolic blood pressure with rofecoxib in congenital furosemide-like salt loss. Nephrol Dial Transplant 2006; 21(7):1833-1837.

(2870)   Kahvecioglu S, Dilek K, Akdag I et al. Effect of indomethacin and selective cyclooxygenase-2 inhibitors on proteinuria and renal function in patients with AA type renal amyloidosis. Nephrology (Carlton ) 2006; 11(3):232-237.

(2871)   Ciabattoni G, Porreca E, Di FC et al. Determinants of platelet activation in Alzheimer's disease. Neurobiol Aging 2007; 28(3):336-342.

(2872)   Giovannini MG, Scali C, Prosperi C et al. Beta-amyloid-induced inflammation and cholinergic hypofunction in the rat brain in vivo: involvement of the p38MAPK pathway. Neurobiol Dis 2002; 11(2):257-274.

(2873)   Norflus F, Nanje A, Gutekunst CA et al. Anti-inflammatory treatment with acetylsalicylate or rofecoxib is not neuroprotective in Huntington's disease transgenic mice. Neurobiol Dis 2004; 17(2):319-325.

(2874)   Bouras EP, Burton DD, Camilleri M, Stephens DA, Thomforde GM. Effect of cyclooxygenase-2 inhibitors on gastric emptying and small intestinal transit in humans. Neurogastroenterol Motil 2004; 16(6):729-735.

(2875)   Costa M. COX and the gut: now we see it now we don't. Neurogastroenterol Motil 2004; 16(6):693-695.

(2876)   Santos CL, Medeiros BA, Palheta-Junior RC et al. Cyclooxygenase-2 inhibition increases gastric tone and delays gastric emptying in rats. Neurogastroenterol Motil 2007; 19(3):225-232.

(2877)   Andersen K, Launer LJ, Ott A, Hoes AW, Breteler MM, Hofman A. Do nonsteroidal anti-inflammatory drugs decrease the risk for Alzheimer's disease? The Rotterdam Study. Neurology 1995; 45(8):1441-1445.

(2878)   Catella-Lawson F. Vascular biology of thrombosis: platelet-vessel wall interactions and aspirin effects. Neurology 2001; 57(5 Suppl 2):S5-S7.

(2879)   Fitzgerald DJ. Vascular biology of thrombosis: the role of platelet-vessel wall adhesion. Neurology 2001; 57(5 Suppl 2):S1-S4.

(2880)   Lines CR, McCarroll KA, Lipton RB, Block GA. Telephone screening for amnestic mild cognitive impairment. Neurology 2003; 60(2):261-266.

(2881)   Reines SA, Block GA, Morris JC et al. Rofecoxib: no effect on Alzheimer's disease in a 1-year, randomized, blinded, controlled study. Neurology 2004; 62(1):66-71.

(2882)   Silberstein S, Tepper S, Brandes J et al. Randomized, placebo-controlled trial of rofecoxib in the acute treatment of migraine. Neurology 2004; 62(9):1552-1557.

(2883)   Boyce S, Chan CC, Gordon R et al. L-745,337: a selective inhibitor of cyclooxygenase-2 elicits antinociception but not gastric ulceration in rats. Neuropharmacology 1994; 33(12):1609-1611.

KS-000837

(2884)   Mazario J, Gaitan G, Herrero JF. Cyclooxygenase-1 vs. cyclooxygenase-2 inhibitors in the induction of antinociception in rodent withdrawal reflexes. Neuropharmacology 2001; 40(7):937-946.

(2885)   Guindon J, Beaulieu P. Antihyperalgesic effects of local injections of anandamide, ibuprofen, rofecoxib and their combinations in a model of neuropathic pain. Neuropharmacology 2006; 50(7):814-823.

(2886)   Franca DS, Ferreira-Alves DL, Duarte ID et al. Endogenous opioids mediate the hypoalgesia induced by selective inhibitors of cyclo-oxygenase 2 in rat paws treated with carrageenan. Neuropharmacology 2006; 51(1):37-43.

(2887)   Thal LJ, Ferris SH, Kirby L et al. A randomized, double-blind, study of rofecoxib in patients with mild cognitive impairment. Neuropsychopharmacology 2005; 30(6):1204-1215.

(2888)   Oka A, Takashima S. Induction of cyclo-oxygenase 2 in brains of patients with Down's syndrome and dementia of Alzheimer type: specific localization in affected neurones and axons. Neuroreport 1997; 8(5):1161-1164.

(2889)   Buccellati C, Folco GC, Sala A et al. Inhibition of prostanoid synthesis protects against neuronal damage induced by focal ischemia in rat brain. Neurosci Lett 1998; 257(3):123-126.

(2890)   Govoni S, Masoero E, Favalli L et al. The Cycloxygenase-2 inhibitor SC58236 is neuroprotective in an in vivo model of focal ischemia in the rat. Neurosci Lett 2001; 303(2):91-94.

(2891)   Cheung RT, Pei Z, Feng ZH, Zou LY. Cyclooxygenase-1 gene knockout does not alter middle cerebral artery occlusion in a mouse stroke model. Neurosci Lett 2002; 330(1):57-60.

(2892)   Scali C, Giovannini MG, Prosperi C, Bellucci A, Pepeu G, Casamenti F. The selective cyclooxygenase-2 inhibitor rofecoxib suppresses brain inflammation and protects cholinergic neurons from excitotoxic degeneration in vivo. Neuroscience 2003; 117(4):909-919.

(2893)   Broom DC, Samad TA, Kohno T, Tegeder I, Geisslinger G, Woolf CJ. Cyclooxygenase 2 expression in the spared nerve injury model of neuropathic pain. Neuroscience 2004; 124(4):891-900.

(2894)   Kiss ZH, Doig K, Eliasziw M, Ranawaya R, Suchowersky O. The Canadian multicenter trial of pallidal deep brain stimulation for cervical dystonia: preliminary results in three patients. Neurosurg Focus 2004; 17(1):E5.

(2895)   Bekker A, Cooper PR, Frempong-Boadu A, Babu R, Errico T, Lebovits A. Evaluation of preoperative administration of the cyclooxygenase-2 inhibitor rofecoxib for the treatment of postoperative pain after lumbar disc surgery. Neurosurgery 2002; 50(5):1053-1057.

(2896)   Rahimi SY, Vender JR, Macomson SD, French A, Smith JR, Alleyne CH, Jr. Postoperative pain management after craniotomy: evaluation and cost analysis. Neurosurgery 2006; 59(4):852-857.

(2897)   Blaivas JG. Crossing the line: part 2. Neurourol Urodyn 2005; 24(1):1.

(2898)   Morrison BW, Daniels SE, Kotey P, Cantu N, Seidenberg B. Rofecoxib, a specific cyclooxygenase-2 inhibitor, in primary dysmenorrhea: a randomized controlled trial. Obstet Gynecol 1999; 94(4):504-508.

(2899)   McWhorter J, Carlan SJ, OLeary TD, Richichi K, OBrien WF. Rofecoxib versus magnesium sulfate to arrest preterm labor: a randomized trial. Obstet Gynecol 2004; 103(5 Pt 1):923-930.

(2900)   Morse Z, Tump A, Kevelham E. Ibuprofen as a pre-emptive analgesic is as effective as rofecoxib for mandibular third molar surgery. Odontology 2006; 94(1):59-63.

(2901)   Gasparini G, Gattuso D, Morabito A et al. Combined therapy with weekly irinotecan, infusional 5-fluorouracil and the selective COX-2 inhibitor rofecoxib is a safe and effective second-line treatment in metastatic colorectal cancer. Oncologist 2005; 10(9):710-717.

(2902)   Bagan JV, Thongprasom K, Scully C. Adverse oral reactions associated with the COX-2 inhibitor rofecoxib. Oral Dis 2004; 10(6):401-403.

(2903)   Chang DJ, Bird SR, Bohidar NR, King T. Analgesic efficacy of rofecoxib compared with codeine/acetaminophen using a model of acute dental pain. Oral Surg Oral Med Oral Pathol Oral Radiol Endod 2005; 100(4):e74-e80.

KS-000838

(2904)   Chiu WK, Cheung LK. Efficacy of preoperative oral rofecoxib in pain control for third molar surgery. Oral Surg Oral Med Oral Pathol Oral Radiol Endod 2005; 99(6):e47-e53.

(2905)   Moore PA, Brar P, Smiga ER, Costello BJ. Preemptive rofecoxib and dexamethasone for prevention of pain and trismus following third molar surgery *. Oral Surg Oral Med Oral Pathol Oral Radiol Endod 2005; 99(2):E1-E7.

(2906)   Honda T, Kimura N. Enantioselective deprotonation of meso-cycloheptanone derivative: application to the synthesis of a potential intermediate for pseudomonic acid B. Org Lett 2002; 4(25):4567-4570.

(2907)   Zhang J, Blazecka PG, Belmont D, Davidson JG. Reinvestigation of mucohalic acids, versatile and useful building blocks for highly functionalized alpha,beta-unsaturated gamma-butyrolactones. Org Lett 2002; 4(25):4559-4561.

(2908)   Rodts MF. Drug recalls and notification of practitioners. Orthop Nurs 2004; 23(6):353-354.

(2909)   Burian M, Geisslinger G. [Clinical pharmacology of the selective COX-2 inhibitors]. Orthopade 2003; 32(12):1078-1087.

(2910)   Altman R, Brandt K, Hochberg M et al. Design and conduct of clinical trials in patients with osteoarthritis: recommendations from a task force of the Osteoarthritis Research Society. Results from a workshop. Osteoarthritis Cartilage 1996; 4(4):217-243.

(2911)   Choi JH, Choi JH, Kim DY et al. Effects of SKI 306X, a new herbal agent, on proteoglycan degradation in cartilage explant culture and collagenase-induced rabbit osteoarthritis model. Osteoarthritis Cartilage 2002; 10(6):471-478.

(2912)   Bolognese JA, Schnitzer TJ, Ehrich EW. Response relationship of VAS and Likert scales in osteoarthritis efficacy measurement. Osteoarthritis Cartilage 2003; 11(7):499-507.

(2913)   Bove SE, Calcaterra SL, Brooker RM et al. Weight bearing as a measure of disease progression and efficacy of anti-inflammatory compounds in a model of monosodium iodoacetate-induced osteoarthritis. Osteoarthritis Cartilage 2003; 11(11):821-830.

(2914)   Theiler R, Bischoff-Ferrari HA, Good M, Bellamy N. Responsiveness of the electronic touch screen WOMAC 3.1 OA Index in a short term clinical trial with rofecoxib. Osteoarthritis Cartilage 2004; 12(11):912-916.

(2915)   Bove SE, Laemont KD, Brooker RM et al. Surgically induced osteoarthritis in the rat results in the development of both osteoarthritis-like joint pain and secondary hyperalgesia. Osteoarthritis Cartilage 2006; 14(10):1041-1048.

(2916)   Moskowitz RW, Sunshine A, Hooper M, Olson NZ, Cawkwell GD. An analgesic model for assessment of acute pain response in osteoarthritis of the knee. Osteoarthritis Cartilage 2006; 14(11):1111-1118.

(2917)   Sheeran PW, Rose JB, Fazi LM, Chiavacci R, McCormick L. Rofecoxib administration to paediatric patients undergoing adenotonsillectomy. Paediatr Anaesth 2004; 14(7):579-583.

(2918)   Elmes SJ, Winyard LA, Medhurst SJ et al. Activation of CB1 and CB2 receptors attenuates the induction and maintenance of inflammatory pain in the rat. Pain 2005; 118(3):327-335.

(2919)   Moore RA, Edwards JE, McQuay HJ. Acute pain: individual patient meta-analysis shows the impact of different ways of analysing and presenting results. Pain 2005; 116(3):322-331.

(2920)   Sycha T, Anzenhofer S, Lehr S et al. Rofecoxib attenuates both primary and secondary inflammatory hyperalgesia: a randomized, double blinded, placebo controlled crossover trial in the UV-B pain model. Pain 2005; 113(3):316-322.

(2921)   Gilron I, Orr E, Tu D, O'Neill JP, Zamora JE, Bell AC. A placebo-controlled randomized clinical trial of perioperative administration of gabapentin, rofecoxib and their combination for spontaneous and movement-evoked pain after abdominal hysterectomy. Pain 2005; 113(1-2):191-200.

(2922)   Dahl JB, Kehlet H. Comment on: Gilron I, Orr E, Tu D, O'Neill JP, Zamora JE, Bell AC. A placebo-controlled randomized clinical trial of perioperative administration of gabapentin, rofecoxib and their combination for spontaneous and movement-evoked pain after abdominal hysterectomy. Pain 113 (2005) 191-200. Pain 2005; 115(1-2):218-219.

(2923)   Barden J, Derry S, McQuay HJ, Moore RA. Bias from industry trial funding? A framework, a suggested approach, and a negative result. Pain 2006; 121(3):207-218.

**KS-000839**

(2924) Wang XM, Wu TX, Hamza M, Ramsay ES, Wahl SM, Dionne RA. Rofecoxib modulates multiple gene expression pathways in a clinical model of acute inflammatory pain. Pain 2007; 128(1-2):136-147.

(2925) Zhao FY, Spanswick D, Martindale JC, Reeve AJ, Chessell IP. GW406381, a novel COX-2 inhibitor, attenuates spontaneous ectopic discharge in sural nerves of rats following chronic constriction injury. Pain 2007; 128(1-2):78-87.

(2926) Lee YS, Kim H, Brahim JS, Rowan J, Lee G, Dionne RA. Acetaminophen selectively suppresses peripheral prostaglandin E2 release and increases COX-2 gene expression in a clinical model of acute inflammation. Pain 2007; 129(3):279-286.

(2927) Buffum M, Buffum JC. Nonsteroidal anti-inflammatory drugs in the elderly. Pain Manag Nurs 2000; 1(2):40-50.

(2928) Kessenich CR. Cyclo-oxygenase 2 inhibitors: an important new drug classification. Pain Manag Nurs 2001; 2(1):13-18.

(2929) Gallagher RM. Balancing risks and benefits in pain medicine: wither Vioxx. Pain Med 2004; 5(4):329-330.

(2930) Nauck F, Ostgathe C, Klaschik E et al. Drugs in palliative care: results from a representative survey in Germany. Palliat Med 2004; 18(2):100-107.

(2931) Dickman A, Ellershaw J. NSAIDs: gastroprotection or selective COX-2 inhibitor? Palliat Med 2004; 18(4):275-286.

(2932) Thurmann PA. [Adverse drugs reactions: diagnosis and assessment]. Pathologe 2006; 27(1):6-12.

(2933) Haas NA, Nossal R, Schneider CH et al. Successful management of an extreme example of neonatal hyperprostaglandin-E syndrome (Bartter's syndrome) with the new cyclooxygenase-2 inhibitor rofecoxib. Pediatr Crit Care Med 2003; 4(2):249-251.

(2934) Carder KR, Weston WL. Rofecoxib-induced instant aquagenic wrinkling of the palms. Pediatr Dermatol 2002; 19(4):353-355.

(2935) Pattaragarn A, Alon US. Treatment of congenital nephrogenic diabetes insipidus by hydrochlorothiazide and cyclooxygenase-2 inhibitor. Pediatr Nephrol 2003; 18(10):1073-1076.

(2936) Vaisbich MH, Fujimura MD, Koch VH. Bartter syndrome: benefits and side effects of long-term treatment. Pediatr Nephrol 2004; 19(8):858-863.

(2937) Soylu A, Kasap B, Ogun N et al. Efficacy of COX-2 inhibitors in a case of congenital nephrogenic diabetes insipidus. Pediatr Nephrol 2005; 20(12):1814-1817.

(2938) Fletcher JT, Graf N, Scarman A, Saleh H, Alexander SI. Nephrotoxicity with cyclooxygenase 2 inhibitor use in children. Pediatr Nephrol 2006; 21(12):1893-1897.

(2939) Chan PW, Omar KZ, Ramanujam TM. Successful treatment of unresectable inflammatory pseudotumor of the lung with COX-2 inhibitor. Pediatr Pulmonol 2003; 36(2):167-169.

(2940) Pourcyrous M, Busija DW, Shibata M, Bada HS, Korones SB, Leffler CW. Cerebrovascular responses to therapeutic dose of indomethacin in newborn pigs. Pediatr Res 1999; 45(4 Pt 1):582-587.

(2941) Ilowite NT. Current treatment of juvenile rheumatoid arthritis. Pediatrics 2002; 109(1):109-115.

(2942) Castrop H, Kammerl M, Mann B, Jensen BL, Kramer BK, Kurtz A. Cyclooxygenase 2 and neuronal nitric oxide synthase expression in the renal cortex are not interdependent in states of salt deficiency. Pflugers Arch 2000; 441(2-3):235-240.

(2943) Kammerl MC, Nusing RM, Seyberth HW, Riegger GA, Kurtz A, Kramer BK. Inhibition of cyclooxygenase-2 attenuates urinary prostanoid excretion without affecting renal renin expression. Pflugers Arch 2001; 442(6):842-847.

(2944) Liu C, Desai KG. Characteristics of rofecoxib-polyethylene glycol 4000 solid dispersions and tablets based on solid dispersions. Pharm Dev Technol 2005; 10(4):467-477.

(2945) Yazdanian M, Briggs K, Jankovsky C, Hawi A. The "high solubility" definition of the current FDA Guidance on Biopharmaceutical Classification System may be too strict for acidic drugs. Pharm Res 2004; 21(2):293-299.

KS-000840

(2946)  Harmon PA, Biffar S, Pitzenberger SM, Reed RA. Mechanism of the solution oxidation of rofecoxib under alkaline conditions. Pharm Res 2005; 22(10):1716-1726.

(2947)  Fijn R, Koorevaar RT, Brouwers JR. Prevention of heterotopic ossification after total hip replacement with NSAIDs. Pharm World Sci 2003; 25(4):138-145.

(2948)  Marshall JK, Pellissier JM, Attard CL, Kong SX, Marentette MA. Incremental cost-effectiveness analysis comparing rofecoxib with nonselective NSAIDs in osteoarthritis: Ontario Ministry of Health perspective. Pharmacoeconomics 2001; 19(10):1039-1049.

(2949)  Moore A, Phillips C, Hunsche E, Pellissier J, Crespi S. Economic evaluation of etoricoxib versus non-selective NSAIDs in the treatment of osteoarthritis and rheumatoid arthritis patients in the UK. Pharmacoeconomics 2004; 22(10):643-660.

(2950)  van Grootheest AC, Groote JK, de Jong-van den Berg LT. Intensive monitoring of new drugs based on first prescription signals from pharmacists: a pilot study. Pharmacoepidemiol Drug Saf 2003; 12(6):475-481.

(2951)  Ray WA, MacDonald TM, Solomon DH, Graham DJ, Avorn J. COX-2 selective non-steroidal anti-inflammatory drugs and cardiovascular disease. Pharmacoepidemiol Drug Saf 2003; 12(1):67-70.

(2952)  Zhao SZ, Wentworth C, Burke TA, Makuch RW. Drug switching patterns among patients with rheumatoid arthritis and osteoarthritis using COX-2 specific inhibitors and non-specific NSAIDs. Pharmacoepidemiol Drug Saf 2004; 13(5):277-287.

(2953)  Jacobus S, Schneeweiss S, Chan KA. Exposure misclassification as a result of free sample drug utilization in automated claims databases and its effect on a pharmacoepidemiology study of selective COX-2 inhibitors. Pharmacoepidemiol Drug Saf 2004; 13(10):695-702.

(2954)  Abstracts of the 20th International Conference on Pharmacoepidemiology and Therapeutic Risk Management. Bordeaux, France, 22-25 August 2004. Pharmacoepidemiol Drug Saf 2004; 13 Suppl 1:S1-349.

(2955)  Girvin B, Rafferty T, Stevenson MR, Johnston GD. Uptake of COX-2 selective inhibitors and influence on NSAID prescribing in Northern Ireland. Pharmacoepidemiol Drug Saf 2004; 13(3):153-157.

(2956)  Griffin MR, Stein CM, Graham DJ, Daugherty JR, Arbogast PG, Ray WA. High frequency of use of rofecoxib at greater than recommended doses: cause for concern. Pharmacoepidemiol Drug Saf 2004; 13(6):339-343.

(2957)  Urquhart J. Some key points emerging from the COX-2 controversy. Pharmacoepidemiol Drug Saf 2005; 14(3):145-147.

(2958)  Arellano FM. The withdrawal of rofecoxib. Pharmacoepidemiol Drug Saf 2005; 14(3):213-217.

(2959)  Florentinus SR, Heerdink ER, de BA, van DL, Leufkens HG. The trade-off between cardiovascular and gastrointestinal effects of rofecoxib. Pharmacoepidemiol Drug Saf 2005; 14(7):437-441.

(2960)  Velentgas P, West W, Cannuscio CC, Watson DJ, Walker AM. Cardiovascular risk of selective cyclooxygenase-2 inhibitors and other non-aspirin non-steroidal anti-inflammatory medications. Pharmacoepidemiol Drug Saf 2006; 15(9):641-652.

(2961)  Arellano FM, Yood MU, Wentworth CE et al. Use of cyclo-oxygenase 2 inhibitors (COX-2) and prescription non-steroidal anti-inflammatory drugs (NSAIDS) in UK and USA populations. Implications for COX-2 cardiovascular profile. Pharmacoepidemiol Drug Saf 2006; 15(12):861-872.

(2962)  Yood MU, Watkins E, Wells K, Kucera G, Johnson CC. The impact of NSAID or COX-2 inhibitor use on the initiation of antihypertensive therapy. Pharmacoepidemiol Drug Saf 2006; 15(12):852-860.

(2963)  Watson DJ, Santanello NC. Observational studies and the withdrawal of rofecoxib. Pharmacoepidemiol Drug Saf 2006; 15(3):199-201.

(2964)  Chen LC, Ashcroft DM. Risk of myocardial infarction associated with selective COX-2 inhibitors: Meta-analysis of randomised controlled trials. Pharmacoepidemiol Drug Saf 2007; 16(7):762-772.

(2965)  Depont F, Fourrier A, Merliere Y et al. The CADEUS study: methods and logistics. Pharmacoepidemiol Drug Saf 2007; 16(5):571-580.

KS-000844

(2966) Depont F, Fourrier A, Merliere Y et al. Channelling of COX-2 inhibitors to patients at higher gastrointestinal risk but not at lower cardiovascular risk: the Cox2 inhibitors and tNSAIDs description of users (CADEUS) study. Pharmacoepidemiol Drug Saf 2007.

(2967) Rahme E, Watson DJ, Kong SX, Toubouti Y, LeLorier J. Association between nonnaproxen NSAIDs, COX-2 inhibitors and hospitalization for acute myocardial infarction among the elderly: a retrospective cohort study. Pharmacoepidemiol Drug Saf 2007; 16(5):493-503.

(2968) Padi SS, Kulkarni SK. Differential effects of naproxen and rofecoxib on the development of hypersensitivity following nerve injury in rats. Pharmacol Biochem Behav 2004; 79(2):349-358.

(2969) Guo JS, Chau FL, Cho CH, Koo MW. Worsening effect of partial sleep deprivation on indomethacin-induced gastric mucosal damage. Pharmacol Biochem Behav 2005; 82(3):515-521.

(2970) Garcia-Hernandez L, ciga-Campos M, Guevara-Lopez U, Lopez-Munoz FJ. Co-administration of rofecoxib and tramadol results in additive or sub-additive interaction during arthritic nociception in rat. Pharmacol Biochem Behav 2007.

(2971) Sciulli MG, Capone ML, Tacconelli S, Patrignani P. The future of traditional nonsteroidal antiinflammatory drugs and cyclooxygenase-2 inhibitors in the treatment of inflammation and pain. Pharmacol Rep 2005; 57 Suppl:66-85.

(2972) El-Shenawy SM, bdel-Salam OM, Baiuomy AR, El-Batran S, Arbid MS. Studies on the anti-inflammatory and anti-nociceptive effects of melatonin in the rat. Pharmacol Res 2002; 46(3):235-243.

(2973) bdel-Salam OM, Baiuomy AR, El-Batran S, Arbid MS. Evaluation of the anti-inflammatory, anti-nociceptive and gastric effects of Ginkgo biloba in the rat. Pharmacol Res 2004; 49(2):133-142.

(2974) Seidenberg AB, An YH. Is there an inhibitory effect of COX-2 inhibitors on bone healing? Pharmacol Res 2004; 50(2):151-156.

(2975) bdel-Salam OM, Baiuomy AR, Arbid MS. Studies on the anti-inflammatory effect of fluoxetine in the rat. Pharmacol Res 2004; 49(2):119-131.

(2976) Simmons DL, Botting RM, Hla T. Cyclooxygenase isozymes: the biology of prostaglandin synthesis and inhibition. Pharmacol Rev 2004; 56(3):387-437.

(2977) Singh G, Ramey DR, Morfeld D, Fries JF. Comparative toxicity of non-steroidal anti-inflammatory agents. Pharmacol Ther 1994; 62(1-2):175-191.

(2978) Napoli C, Pinto A, Cirino G. Pharmacological modulation, preclinical studies, and new clinical features of myocardial ischemic preconditioning. Pharmacol Ther 2000; 88(3):311-331.

(2979) Yamamoto T, Kakar NR, Vina ER, Johnson PE, Bing RJ. Effect of cyclooxygenase-2 inhibitor (celecoxib) on the infarcted heart in situ. Pharmacology 2001; 63(1):28-33.

(2980) bdel-Salam OM, El-Batran S. Pharmacological investigation of trimetazidine in models of inflammation, pain and gastric injury in rodents. Pharmacology 2005; 75(3):122-132.

(2981) Peskar BM, Ehrlich K, Egger T, Sattler W. Dexamethasone impairs the gastric mucosal integrity in rats treated with a cyclooxygenase-1 but not with a cyclooxygenase-2 inhibitor. Pharmacology 2006; 76(4):180-184.

(2982) Bishnoi M, Patil CS, Kumar A, Kulkarni SK. Co-administration of acetyl-11-keto-beta-boswellic acid, a specific 5-lipoxygenase inhibitor, potentiates the protective effect of COX-2 inhibitors in kainic acid-induced neurotoxicity in mice. Pharmacology 2007; 79(1):34-41.

(2983) Jick SS. The risk of gastrointestinal bleed, myocardial infarction, and newly diagnosed hypertension in users of meloxicam, diclofenac, naproxen, and piroxicam. Pharmacotherapy 2000; 20(7):741-744.

(2984) Morales E, Mucksavage JJ. Cyclooxygenase-2 inhibitor-associated acute renal failure: case report with rofecoxib and review of the literature. Pharmacotherapy 2002; 22(10):1317-1321.

**KS-000842**

(2985)   Niebert PJ, Ornstein SM, Dickerson LM, Rothenberg RJ. Comparison of changes in blood pressure measurements and antihypertensive therapy in older, hypertensive, ambulatory care patients prescribed celecoxib or rofecoxib. Pharmacotherapy 2003; 23(11):1416-1423.

(2986)   Fischer LM, Schlienger RG, Matter CM, Jick H, Meier CR. Current use of nonsteroidal antiinflammatory drugs and the risk of acute myocardial infarction. Pharmacotherapy 2005; 25(4):503-510.

(2987)   Jick H, Kaye JA, Russmann S, Jick SS. Nonsteroidal antiinflammatory drugs and acute myocardial infarction in patients with no major risk factors. Pharmacotherapy 2006; 26(10):1379-1387.

(2988)   Tedgui A, Mallat Z. Cytokines in atherosclerosis: pathogenic and regulatory pathways. Physiol Rev 2006; 86(2):515-581.

(2989)   Clifford LJ, Nair MG, Rana J, Dewitt DL. Bioactivity of alkamides isolated from Echinacea purpurea (L.) Moench. Phytomedicine 2002; 9(3):249-253.

(2990)   Chrubasik S, Conradt C, Black A. The quality of clinical trials with Harpagophytum procumbens. Phytomedicine 2003; 10(6-7):613-623.

(2991)   Fiebich BL, Chrubasik S. Effects of an ethanolic salix extract on the release of selected inflammatory mediators in vitro. Phytomedicine 2004; 11(2-3):135-138.

(2992)   Chrubasik S, Kunzel O, Thanner J, Conradt C, Black A. A 1-year follow-up after a pilot study with Doloteffin for low back pain. Phytomedicine 2005; 12(1-2):1-9.

(2993)   Singal A, Tirkey N, Chopra K. Reversal of LPS-induced immobility in mice by green tea polyphenols: possible COX-2 mechanism. Phytother Res 2004; 18(9):723-728.

(2994)   Kaur S, Anurag A, Tirkey N, Chopra K. Reversal of LPS-induced central and peripheral hyperalgesia by green tea extract. Phytother Res 2005; 19(1):39-43.

(2995)   Afflitto L. Selective COX-2 inhibitors and the surgical patient. Plast Surg Nurs 2000; 20(2):91-93.

(2996)   Cardiovascular and Cerebrovascular Events in the Randomized, Controlled Alzheimer's Disease Anti-Inflammatory Prevention Trial (ADAPT). PLoS Clin Trials 2006; 1(7):e33.

(2997)   Dougados M, Henanff AL, Logeart I, Ravaud P. Short-term efficacy of rofecoxib and diclofenac in acute shoulder pain: a placebo-controlled randomized trial. PLoS Clin Trials 2007; 2(3):e9.

(2998)   Lenzer J. What can we learn from medical whistleblowers? PLoS Med 2005; 2(7):e209.

(2999)   Westgate EJ, FitzGerald GA. Pulmonary embolism in a woman taking oral contraceptives and valdecoxib. PLoS Med 2005; 2(7):e197.

(3000)   Ioannidis JP. Why most published research findings are false. PLoS Med 2005; 2(8):e124.

(3001)   Smith R. Medical journals are an extension of the marketing arm of pharmaceutical companies. PLoS Med 2005; 2(5):e138.

(3002)   Garcia Rodriguez LA, Egan K, FitzGerald GA. Traditional nonsteroidal anti-inflammatory drugs and postmenopausal hormone therapy: a drug-drug interaction? PLoS Med 2007; 4(5):e157.

(3003)   Rehman Q, Sack KE. When to try COX-2-specific inhibitors. Safer than standard NSAIDs in some situations. Postgrad Med 1999; 106(4):95-2, 105.

(3004)   Kumar NP, Wild G, Ramasamy KA, Snape J. Fatal haemorrhagic pulmonary oedema and associated angioedema after the ingestion of rofecoxib. Postgrad Med J 2002; 78(921):439-440.

(3005)   Ashwath ML, Katner HP. Recurrent aseptic meningitis due to different non-steroidal anti-inflammatory drugs including rofecoxib. Postgrad Med J 2003; 79(931):295-296.

KS-000843

(3006)   Misra UK, Jose M, Kalita J. Rofecoxib versus ibuprofen for acute treatment of migraine: a randomised placebo controlled trial. Postgrad Med J 2004; 80(950):720-723.

(3007)   Sooriakumaran P. COX-2 inhibitors and the heart: are all coxibs the same? Postgrad Med J 2006; 82(966):242-245.

(3008)   Cardiovascular adverse effects of coxibs. Prescrire Int 2002; 11(62):181-182.

(3009)   Hamberg M, Svensson J, SAMUELSSON B. Thromboxanes: a new group of biologically active compounds derived from prostaglandin endoperoxides. Proc Natl Acad Sci U S A 1975; 72(8):2994-2998.

(3010)   Davies PF, Remuzzi A, Gordon EJ, Dewey CF, Jr., Gimbrone MA, Jr. Turbulent fluid shear stress induces vascular endothelial cell turnover in vitro. Proc Natl Acad Sci U S A 1986; 83(7):2114-2117.

(3011)   Catella F, Healy D, Lawson JA, FitzGerald GA. 11-Dehydrothromboxane B2: a quantitative index of thromboxane A2 formation in the human circulation. Proc Natl Acad Sci U S A 1986; 83(16):5861-5865.

(3012)   Higgs GA, Salmon JA, Henderson B, Vane JR. Pharmacokinetics of aspirin and salicylate in relation to inhibition of arachidonate cyclooxygenase and antiinflammatory activity. Proc Natl Acad Sci U S A 1987; 84(5):1417-1420.

(3013)   Dewitt DL, Smith WL. Primary structure of prostaglandin G/H synthase from sheep vesicular gland determined from the complementary DNA sequence. Proc Natl Acad Sci U S A 1988; 85(5):1412-1416.

(3014)   Raz A, Wyche A, Needleman P. Temporal and pharmacological division of fibroblast cyclooxygenase expression into transcriptional and translational phases. Proc Natl Acad Sci U S A 1989; 86(5):1657-1661.

(3015)   Han JW, Sadowski H, Young DA, Macara IG. Persistent induction of cyclooxygenase in p60v-src-transformed 3T3 fibroblasts. Proc Natl Acad Sci U S A 1990; 87(9):3373-3377.

(3016)   Xie WL, Chipman JG, Robertson DL, Erikson RL, Simmons DL. Expression of a mitogen-responsive gene encoding prostaglandin synthase is regulated by mRNA splicing. Proc Natl Acad Sci U S A 1991; 88(7):2692-2696.

(3017)   Hla T, Neilson K. Human cyclooxygenase-2 cDNA. Proc Natl Acad Sci U S A 1992; 89(16):7384-7388.

(3018)   Mitchell JA, Akarasereenont P, Thiemermann C, Flower RJ, Vane JR. Selectivity of nonsteroidal antiinflammatory drugs as inhibitors of constitutive and inducible cyclooxygenase. Proc Natl Acad Sci U S A 1993; 90(24):11693-11697.

(3019)   Seibert K, Zhang Y, Leahy K et al. Pharmacological and biochemical demonstration of the role of cyclooxygenase 2 in inflammation and pain. Proc Natl Acad Sci U S A 1994; 91(25):12013-12017.

(3020)   Masferrer JL, Zweifel BS, Manning PT et al. Selective inhibition of inducible cyclooxygenase 2 in vivo is antiinflammatory and nonulcerogenic. Proc Natl Acad Sci U S A 1994; 91(8):3228-3232.

(3021)   Copeland RA, Williams JM, Giannaras J et al. Mechanism of selective inhibition of the inducible isoform of prostaglandin G/H synthase. Proc Natl Acad Sci U S A 1994; 91(23):11202-11206.

(3022)   Topper JN, Cai J, Falb D, Gimbrone MA, Jr. Identification of vascular endothelial genes differentially responsive to fluid mechanical stimuli: cyclooxygenase-2, manganese superoxide dismutase, and endothelial cell nitric oxide synthase are selectively up-regulated by steady laminar shear stress. Proc Natl Acad Sci U S A 1996; 93(19):10417-10422.

(3023)   Nakayama M, Uchimura K, Zhu RL et al. Cyclooxygenase-2 inhibition prevents delayed death of CA1 hippocampal neurons following global ischemia. Proc Natl Acad Sci U S A 1998; 95(18):10954-10959.

(3024)   Warner TD, Giuliano F, Vojnovic I, Bukasa A, Mitchell JA, Vane JR. Nonsteroid drug selectivities for cyclo-oxygenase-1 rather than cyclo-oxygenase-2 are associated with human gastrointestinal toxicity: a full in vitro analysis. Proc Natl Acad Sci U S A 1999; 96(13):7563-7568.

(3025)   McAdam BF, Catella-Lawson F, Mardini IA, Kapoor S, Lawson JA, FitzGerald GA. Correction: Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: The human pharmacology of a selective inhibitor of COX-2. Proc Natl Acad Sci U S A 1999; 96:5890.

**KS-000844**

(3026) McAdam BF, Catella-Lawson F, Mardini IA, Kapoor S, Lawson JA, FitzGerald GA. Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: the human pharmacology of a selective inhibitor of COX-2. Proc Natl Acad Sci U S A 1999; 96(1):272-277.

(3027) Reis ED, Roque M, Dansky H et al. Sulindac inhibits neointimal formation after arterial injury in wild-type and apolipoprotein E-deficient mice. Proc Natl Acad Sci U S A 2000; 97(23):12764-12769.

(3028) Shinmura K, Tang XL, Wang Y et al. Cyclooxygenase-2 mediates the cardioprotective effects of the late phase of ischemic preconditioning in conscious rabbits. Proc Natl Acad Sci U S A 2000; 97(18):10197-10202.

(3029) Loftin CD, Trivedi DB, Tiano HF et al. Failure of ductus arteriosus closure and remodeling in neonatal mice deficient in cyclooxygenase-1 and cyclooxygenase-2. Proc Natl Acad Sci U S A 2001; 98(3):1059-1064.

(3030) Ouellet M, Riendeau D, Percival MD. A high level of cyclooxygenase-2 inhibitor selectivity is associated with a reduced interference of platelet cyclooxygenase-1 inactivation by aspirin. Proc Natl Acad Sci U S A 2001; 98(25):14583-14588.

(3031) McCormick SM, Eskin SG, McIntire LV et al. DNA microarray reveals changes in gene expression of shear stressed human umbilical vein endothelial cells. Proc Natl Acad Sci U S A 2001; 98(16):8955-8960.

(3032) Pratico D, Tillmann C, Zhang ZB, Li H, FitzGerald GA. Acceleration of atherogenesis by COX-1-dependent prostanoid formation in low density lipoprotein receptor knockout mice. Proc Natl Acad Sci U S A 2001; 98(6):3358-3363.

(3033) Iadecola C, Niwa K, Nogawa S et al. Reduced susceptibility to ischemic brain injury and N-methyl-D-aspartate-mediated neurotoxicity in cyclooxygenase-2-deficient mice. Proc Natl Acad Sci U S A 2001; 98(3):1294-1299.

(3034) Rocca B, Secchiero P, Ciabattoni G et al. Cyclooxygenase-2 expression is induced during human megakaryopoiesis and characterizes newly formed platelets. Proc Natl Acad Sci U S A 2002; 99(11):7634-7639.

(3035) Grosser T, Yusuff S, Cheskis E, Pack MA, FitzGerald GA. Developmental expression of functional cyclooxygenases in zebrafish. Proc Natl Acad Sci U S A 2002; 99(12):8418-8423.

(3036) Ma L, del SP, Wallace JL. Divergent effects of new cyclooxygenase inhibitors on gastric ulcer healing: Shifting the angiogenic balance. Proc Natl Acad Sci U S A 2002; 99(20):13243-13247.

(3037) Passerini AG, Polacek DC, Shi C et al. Coexisting proinflammatory and antioxidative endothelial transcription profiles in a disturbed flow region of the adult porcine aorta. Proc Natl Acad Sci U S A 2004; 101(8):2482-2487.

(3038) Wang M, Zukas AM, Hui Y, Ricciotti E, Pure E, FitzGerald GA. Deletion of microsomal prostaglandin E synthase-1 augments prostacyclin and retards atherogenesis. Proc Natl Acad Sci U S A 2006; 103(39):14507-14512.

(3039) Schmelzer KR, Inceoglu B, Kubala L et al. Enhancement of antinociception by coadministration of nonsteroidal anti-inflammatory drugs and soluble epoxide hydrolase inhibitors. Proc Natl Acad Sci U S A 2006; 103(37):13646-13651.

(3040) Naidu PS, Kulkarni SK. Differential effects of cyclooxygenase inhibitors on haloperidol-induced catalepsy. Prog Neuropsychopharmacol Biol Psychiatry 2002; 26(5):819-822.

(3041) Satyanarayana PS, Jain NK, Singh A, Kulkarni SK. Isobolographic analysis of interaction between cyclooxygenase inhibitors and tramadol in acetic acid-induced writhing in mice. Prog Neuropsychopharmacol Biol Psychiatry 2004; 28(4):641-649.

(3042) Dhir A, Naidu PS, Kulkarni SK. Effect of cyclooxygenase inhibitors on pentylenetetrazol (PTZ)-induced convulsions: Possible mechanism of action. Prog Neuropsychopharmacol Biol Psychiatry 2006; 30(8):1478-1485.

(3043) Whittaker N, Bunting S, Salmon J et al. The chemical structure of prostaglandin X (prostacyclin). Prostaglandins 1976; 12(6):915-928.

(3044) bdel-Halim MS, Lunden I, Cseh G, Anggard E. Prostaglandin profiles in nervous tissue and blood vessels of the brain of various animals. Prostaglandins 1980; 19(2):249-258.

(3045) Green K, Drvota V, Vesterqvist O. Pronounced reduction of in vivo prostacyclin synthesis in humans by acetaminophen (paracetamol). Prostaglandins 1989; 37(3):311-315.

KS-000845