(3046) Futaki N, Takahashi S, Yokoyama M, Arai I, Higuchi S, Otomo S. NS-398, a new anti-inflammatory agent, selectively inhibits prostaglandin G/H synthase/cyclooxygenase (COX-2) activity in vitro. Prostaglandins 1994; 47(1):55-59.

(3047) Spaziani EP, Lantz ME, Benoit RR, O'Brien WF. The induction of cyclooxygenase-2 (COX-2) in intact human amnion tissue by interleukin-4. Prostaglandins 1996; 51(3):215-223.

(3048) Kaufmann WE, Andreasson KI, Isakson PC, Worley PF. Cyclooxygenases and the central nervous system. Prostaglandins 1997; 54(3):601-624.

(3049) Kino Y, Kojima F, Kiguchi K, Igarashi R, Ishizuka B, Kawai S. Prostaglandin E2 production in ovarian cancer cell lines is regulated by cyclooxygenase-1, not cyclooxygenase-2. Prostaglandins Leukot Essent Fatty Acids 2005; 73(2):103-111.

(3050) Gryglewski RJ, Chlopicki S, Swies J. In vivo endothelial interaction between ACE and COX inhibitors. Prostaglandins Leukot Essent Fatty Acids 2005; 72(2):129-131.

(3051) Hall AJ, Tripp M, Howell T, Darland G, Bland JS, Babish JG. Gastric mucosal cell model for estimating relative gastrointestinal toxicity of non-steroidal anti-inflammatory drugs. Prostaglandins Leukot Essent Fatty Acids 2006; 75(1):9-17.

(3052) Cryer B, Dubois A. The advent of highly selective inhibitors of cyclooxygenase--a review. Prostaglandins Other Lipid Mediat 1998; 56(5-6):341-361.

(3053) Morita I. Distinct functions of COX-1 and COX-2. Prostaglandins Other Lipid Mediat 2002; 68-69:165-175.

(3054) Kobayashi T, Narumiya S. Function of prostanoid receptors: studies on knockout mice. Prostaglandins Other Lipid Mediat 2002; 68-69:557-573.

(3055) Tanabe T, Tohnai N. Cyclooxygenase isozymes and their gene structures and expression. Prostaglandins Other Lipid Mediat 2002; 68-69:95-114.

(3056) Toyoshima K, Takeda A, Imamura S, Nakanishi T, Momma K. Constriction of the ductus arteriosus by selective inhibition of cyclooxygenase-1 and -2 in near-term and preterm fetal rats. Prostaglandins Other Lipid Mediat 2006; 79(1-2):34-42.

(3057) Capone ML, Tacconelli S, Di FL, Sacchetti A, Sciulli MG, Patrignani P. Pharmacodynamic of cyclooxygenase inhibitors in humans. Prostaglandins Other Lipid Mediat 2007; 82(1-4):85-94.

(3058) Muralee S, Bober D, Tampi R. Delirium From the COX-2 inhibitor refecoxib. Psychosomatics 2004; 45(4):361-363.

(3059) Grove ML, Hassell AB, Hay EM, Shadforth MF. Adverse reactions to disease-modifying anti-rheumatic drugs in clinical practice. QJM 2001; 94(6):309-319.

(3060) Sharma RA. Translational medicine: targetting cyclo-oxygenase isozymes to prevent cancer. QJM 2002; 95(5):267-273.

(3061) Wang P, Shi YJ, Helmy R, Reamer R, Vailaya A. Identification of a trace colored impurity in drug substance by preparative liquid chromatography and mass spectrometry. Rapid Commun Mass Spectrom 2005; 19(24):3749-3754.

(3062) Stokvis E, Rosing H, Beijnen JH. Stable isotopically labeled internal standards in quantitative bioanalysis using liquid chromatography/mass spectrometry: necessity or not? Rapid Commun Mass Spectrom 2005; 19(3):401-407.

(3063) Reuben SS. Effect of nonsteroidal anti-inflammatory drugs on osteogenesis and spinal fusion. Reg Anesth Pain Med 2001; 26(6):590-591.

(3064) Hartrick CT, Bourne MH, Gargiulo K, Damaraju CV, Vallow S, Hewitt DJ. Fentanyl iontophoretic transdermal system for acute-pain management after orthopedic surgery: a comparative study with morphine intravenous patient-controlled analgesia. Reg Anesth Pain Med 2006; 31(6):546-554.

(3065) Sinatra RS, Boice JA, Loeys TL et al. Evaluation of the effect of perioperative rofecoxib treatment on pain control and clinical outcomes in patients recovering from gynecologic abdominal surgery: a randomized, double-blind, placebo-controlled clinical study. Reg Anesth Pain Med 2006; 31(2):134-142.

KS-000846

(3066)  Edwards RG. Open conflict on the handling of the Merck drug Vioxx by editorial giants. Reprod Biomed Online 2006; 13(6):905.

(3067)  Burdan F, Dudka J, Szumilo J, Korobowicz A, Klepacz L. Prenatal effects of DuP-697-the irreversible, highly selective cyclooxygenase-2 inhibitor. Reprod Toxicol 2003; 17(4):413-419.

(3068)  Kunz T, Marklund N, Hillered L, Oliw EH. Effects of the selective cyclooxygenase-2 inhibitor rofecoxib on cell death following traumatic brain injury in the rat. Restor Neurol Neurosci 2006; 24(1):55-63.

(3069)  Taxonera C, Mendoza JL. Colorectal cancer and Coxibs. Rev Esp Enferm Dig 2004; 96(10):673-675.

(3070)  Noguera Aguilar JF, Plaza MA, Amengual A, I, Moron Canis JM, Tortajada CC, Pujol Tugores JJ. Influence of rofecoxib on experimental colonic carcinogenesis in rats. Rev Esp Enferm Dig 2004; 96(10):678-682.

(3071)  Noguera Aguilar JF, Amengual A, I, Plaza MA et al. Cyclooxygenase-2 inhibition in colon experimental carcinogenesis. Rev Esp Enferm Dig 2005; 97(9):637-647.

(3072)  Noguera Aguilar JF, Amengual A, I, Moron Canis JM et al. Effect of rofecoxib on colon chemical carcinogenesis at colonic anastomotic area in the rat. Rev Esp Enferm Dig 2005; 97(6):405-415.

(3073)  Bannwarth B, Logeart I, Vergult G. [Prescribing patterns of rofecoxib in the primary care setting: results of a French survey] [ABSTRACT]. Rev Med Interne 2004; 25(10):710-714.

(3074)  Bloice C. Why is this woman smiling? The hard sell of bad medicine. Revolution 2005; 6(1):22-29.

(3075)  Pincus T, Callahan LF. What is the natural history of rheumatoid arthritis? Rheum Dis Clin North Am 1993; 19(1):123-151.

(3076)  Oviedo JA, Wolfe MM. Gastroprotection by coxibs: what do the Celecoxib Long-Term Arthritis Safety Study and the Vioxx Gastrointestinal Outcomes Research Trial tell us? Rheum Dis Clin North Am 2003; 29(4):769-788.

(3077)  Depre M, Ehrich E, DeLepeleire I et al. Demonstration of Specific COX-2 Inhibition By MK-966 (Vioxx) In Humans with Supratherapeutic Doses [ABSTRACT 196]. Rheumatol Eur 1999; 27(2):118-Abstr. 196.

(3078)  Ehrich E, Schnitzer T, Weaver A et al. Treatment with MK-966 (Vioxx), a Specific COX-2 Inhibitor, Resulted In Clinical Improvement In Osteoarthritis (OA) of the Knee and Hip, That Was Sustained Over Six Months [ABSTRACT 198]. Rheumatol Eur 1999; 27(2 Suppl.):119-Abstr. 198.

(3079)  Fries JF. How may quality of life for rheumatoid arthritis patients be enhanced by current and future treatments? Rheumatology (Oxford) 1999; 38 Suppl 2:35-40.

(3080)  Brooks P, Emery P, Evans JF et al. Interpreting the clinical significance of the differential inhibition of cyclooxygenase-1 and cyclooxygenase-2. Rheumatology (Oxford) 1999; 38(8):779-788.

(3081)  Shah AA, Murray FE, Fitzgerald DJ. The in vivo assessment of nimesulide cyclooxygenase-2 selectivity. Rheumatology (Oxford) 1999; 38 Suppl 1:19-23.

(3082)  Bjarnason I, Thjodleifsson B. Gastrointestinal toxicity of non-steroidal anti-inflammatory drugs: the effect of nimesulide compared with naproxen on the human gastrointestinal tract. Rheumatology (Oxford) 1999; 38 Suppl 1:24-32.

(3083)  Scott DL, Berry H, Capell H et al. The long-term effects of non-steroidal anti-inflammatory drugs in osteoarthritis of the knee: a randomized placebo-controlled trial. Rheumatology (Oxford) 2000; 39(10):1095-1101.

(3084)  Chehata JC, Hassell AB, Clarke SA et al. Mortality in rheumatoid arthritis: relationship to single and composite measures of disease activity. Rheumatology (Oxford) 2001; 40(4):447-452.

(3085)  Chrubasik S, Kunzel O, Model A, Conradt C, Black A. Treatment of low back pain with a herbal or synthetic anti-rheumatic: a randomized controlled study. Willow bark extract for low back pain. Rheumatology (Oxford) 2001; 40(12):1388-1393.

(3086)  Gottesdiener K, Schnitzer T, Fisher C et al. Results of a randomized, dose-ranging trial of etoricoxib in patients with osteoarthritis. Rheumatology (Oxford) 2002; 41(9):1052-1061.

KS-000847

(3087)   Steinfeld S, Bjorke PA. Results from a patient survey to assess gastrointestinal burden of non-steroidal anti-inflammatory drug therapy contrasted with a review of data from EVA to determine satisfaction with rofecoxib. Rheumatology (Oxford) 2002; 41 Supp 1:23-27.

(3088)   Lanas A. Clinical experience with cyclooxygenase-2 inhibitors. Rheumatology (Oxford) 2002; 41 Supp 1:16-22.

(3089)   Layton D, Heeley E, Hughes K, Shakir SA. Comparison of the incidence rates of selected gastrointestinal events reported for patients prescribed rofecoxib and meloxicam in general practice in England using prescription-event monitoring data. Rheumatology (Oxford) 2003; 42(5):622-631.

(3090)   Kentos A, Robin V, Lambermont M, Jurdan M, Pignarelli M, Feremans W. Probable rofecoxib-induced thrombocytopenia. Rheumatology (Oxford) 2003; 42(5):699-700.

(3091)   Chrubasik S, Model A, Black A, Pollak S. A randomized double-blind pilot study comparing Doloteffin and Vioxx in the treatment of low back pain. Rheumatology (Oxford) 2003; 42(1):141-148.

(3092)   Sturkenboom MC, Burke TA, Dieleman JP, Tangelder MJ, Lee F, Goldstein JL. Underutilization of preventive strategies in patients receiving NSAIDs. Rheumatology (Oxford) 2003; 42 Suppl 3:iii23-iii31.

(3093)   Stephens J, Laskin B, Pashos C, Pena B, Wong J. The burden of acute postoperative pain and the potential role of the COX-2-specific inhibitors. Rheumatology (Oxford) 2003; 42 Suppl 3:iii40-iii52.

(3094)   Moride Y, Ducruet T, Rochon S, Lavoie F. Persistency of use of COX-2-specific inhibitors and non-specific non-steroidal anti-inflammatory drugs (NSAIDs) in Quebec. Rheumatology (Oxford) 2003; 42 Suppl 3:iii17-iii22.

(3095)   Russo P, Capone A, Attanasio E et al. Pharmacoutilization and costs of osteoarthritis: changes induced by the introduction of a cyclooxygenase-2 inhibitor into clinical practice. Rheumatology (Oxford) 2003; 42(7):879-887.

(3096)   Kitas GD, Erb N. Tackling ischaemic heart disease in rheumatoid arthritis. Rheumatology (Oxford) 2003; 42(5):607-613.

(3097)   Layton D, Hughes K, Harris S, Shakir SA. Comparison of the incidence rates of thromboembolic events reported for patients prescribed celecoxib and meloxicam in general practice in England using Prescription-Event Monitoring (PEM) data. Rheumatology (Oxford) 2003; 42(11):1354-1364.

(3098)   Layton D, Hughes K, Harris S, Shakir SA. Comparison of the incidence rates of selected gastrointestinal events reported for patients prescribed celecoxib and meloxicam in general practice in England using prescription-event monitoring (PEM) data. Rheumatology (Oxford) 2003; 42(11):1332-1341.

(3099)   Layton D, Heeley E, Hughes K, Shakir SA. Comparison of the incidence rates of thromboembolic events reported for patients prescribed rofecoxib and meloxicam in general practice in England using prescription-event monitoring (PEM) data. Rheumatology (Oxford) 2003; 42(11):1342-1353.

(3100)   Lillicrap MS, Merry P. Cutaneous vasculitis associated with rofecoxib. Rheumatology (Oxford) 2003; 42(10):1267-1268.

(3101)   Degner F, Lesaffre E, Zeidler H. Re: Layton et al. Comparison of the incidence rates of selected gastrointestinal events reported for patients prescribed rofecoxib and meloxicam in general practice in England using prescription-event monitoring data. Rheumatology (Oxford) 2004; 43(5):680-681.

(3102)   Ruiz-Irastorza G, Khamashta MA. Stroke and antiphospholipid syndrome: the treatment debate. Rheumatology (Oxford) 2005; 44(8):971-974.

(3103)   Price-Forbes AN, Callaghan R, Allen ME, Rowe IF. A regional audit of the use of COX-2 selective non-steroidal anti-inflammatory drugs (NSAIDs) in rheumatology clinics in the West Midlands, in relation to NICE guidelines. Rheumatology (Oxford) 2005; 44(7):921-924.

(3104)   Bernatsky S, Hudson M, Suissa S. Anti-rheumatic drug use and risk of hospitalization for congestive heart failure in rheumatoid arthritis. Rheumatology (Oxford) 2005; 44(5):677-680.

(3105)   Shen H, Sprott H, Aeschlimann A et al. Analgesic action of acetaminophen in symptomatic osteoarthritis of the knee. Rheumatology (Oxford) 2006; 45(6):765-770.

**KS-000848**

(3106)  Rahme E, Touboul Y, Hunsche E. Therapy switching and associated costs in elderly patients receiving COX-2 selective inhibitors or non-selective non-steroidal anti-inflammatory drugs in Quebec, Canada. Rheumatology (Oxford) 2006; 45(7):903-910.

(3107)  Rahme E, Nedjar H. Risks and benefits of COX-2 inhibitors vs non-selective NSAIDs: does their cardiovascular risk exceed their gastrointestinal benefit? A retrospective cohort study. Rheumatology (Oxford) 2007; 46(3):435-438.

(3108)  Kelly C, Hamilton J. What kills patients with rheumatoid arthritis? Rheumatology (Oxford) 2007; 46(2):183-184.

(3109)  Wu ZK, Pehkonen E, Laurikka J et al. Protective effect of unstable angina in coronary artery bypass surgery. Scand Cardiovasc J 2000; 34(5):486-492.

(3110)  Olesen M, Kwong E, Meztli A et al. No effect of cyclooxygenase inhibition on plaque size in atherosclerosis-prone mice. Scand Cardiovasc J 2002; 36(6):362-367.

(3111)  Giercksky KE, Haglund U, Rask-Madsen J. Selective inhibitors of COX-2--are they safe for the stomach? Scand J Gastroenterol 2000; 35(11):1121-1124.

(3112)  Perse M, Zebic A, Cerar A. Rofecoxib does not inhibit aberrant crypt foci formation but inhibits later steps in the development of experimental colorectal cancer: rofecoxib in experimental colon cancer. Scand J Gastroenterol 2005; 40(1):61-67.

(3113)  Cronberg S, Wallmark E, Soderberg I. Effect on platelet aggregation of oral administration of 10 non-steroidal analgesics to humans. Scand J Haematol 1984; 33(2):155-159.

(3114)  Aabakken L, Dybdahl JH, Larsen S, Mowinckel P, Osnes M, Quiding H. A double-blind comparison of gastrointestinal effects of ibuprofen standard and ibuprofen sustained release assessed by means of endoscopy and 51-Cr-labelled erythrocytes. Scand J Rheumatol 1989; 18(5):307-313.

(3115)  Kvalvik AG, Jones MA, Symmons DP. Mortality in a cohort of Norwegian patients with rheumatoid arthritis followed from 1977 to 1992. Scand J Rheumatol 2000; 29(1):29-37.

(3116)  Acevedo E, Castaneda O, Ugaz M et al. Tolerability profiles of rofecoxib (Vioxx) and Arthrotec. A comparison of six weeks treatment in patients with osteoarthritis. Scand J Rheumatol 2001; 30(1):19-24.

(3117)  Myllykangas-Luosujarvi R, Lu HS, Chen SL et al. Comparison of low-dose rofecoxib versus 1000 mg naproxen in patients with osteoarthritis. Results of two randomized treatment trials of six weeks duration. Scand J Rheumatol 2002; 31(6):337-344.

(3118)  Geusens PP, Truitt K, Sfikakis P et al. A placebo and active comparator-controlled trial of rofecoxib for the treatment of rheumatoid arthritis. Scand J Rheumatol 2002; 31(4):230-238.

(3119)  Brune K, Hinz B. Selective cyclooxygenase-2 inhibitors: similarities and differences. Scand J Rheumatol 2004; 33(1):1-6.

(3120)  Pallay RM, Seger W, Adler JL et al. Etoricoxib reduced pain and disability and improved quality of life in patients with chronic low back pain: a 3 month, randomized, controlled trial. Scand J Rheumatol 2004; 33(4):257-266.

(3121)  Fries JF. Selective cyclooxygenase inhibition: promise for future NSAID therapy? Scand J Rheumatol Suppl 1996; 102:1.

(3122)  Emery P. Clinical implications of selective cyclooxygenase-2 inhibition. Scand J Rheumatol Suppl 1996; 102:23-28.

(3123)  [Information on preoperative analgesia. Acute pain therapy with rofecoxib]. Schmerz 2003; 17(1):2p.

(3124)  Steffen P, Krell M, Seeling W. [Postoperative analgesia with rofecoxib. How effective is the preoperative application of a 25 mg dose?]. Schmerz 2004; 18(4):278-285.

(3125)  Michaels D. Doubt is their product. Sci Am 2005; 292(6):96-101.

(3126)  Beardsley S. Avoiding another Vioxx. Sci Am 2005; 292(2):16, 18.

**KS-000849**

(3127) Stix G. Better ways to target pain. Sci Am 2007; 296(1):84-6, 88.

(3128) Malkowski MG, Ginell SL, Smith WL, Garavito RM. The productive conformation of arachidonic acid bound to prostaglandin synthase. Science 2000; 289(5486):1933-1937.

(3129) Malakoff D. Patent prompts Rochester to sue for slice of drug profits. Science 2000; 288(5465):410-411.

(3130) Funk CD. Prostaglandins and leukotrienes: advances in eicosanoid biology. Science 2001; 294(5548):1871-1875.

(3131) Cheng Y, Austin SC, Rocca B et al. Role of prostacyclin in the cardiovascular response to thromboxane A2. Science 2002; 296(5567):539-541.

(3132) Vane JR. Biomedicine. Back to an aspirin a day? Science 2002; 296(5567):474-475.

(3133) Egan KM, Lawson JA, Fries S et al. COX-2-derived prostacyclin confers atheroprotection on female mice. Science 2004; 306(5703):1954-1957.

(3134) Couzin J. Clinical trials. Nail-biting time for trials of COX-2 drugs. Science 2004; 306(5702):1673-1675.

(3135) Couzin J. Drug safety. Withdrawal of Vioxx casts a shadow over COX-2 inhibitors. Science 2004; 306(5695):384-385.

(3136) Lawler A. The law. Vioxx verdict: too little or too much science? Science 2005; 309(5740):1481.

(3137) Green MD. Causation, Vioxx, and legal issues. Science 2005; 310(5750):973.

(3138) Couzin J. Scientific publishing. Echoing other cases, NEJM says Vioxx Safety data withheld. Science 2005; 310(5755):1755.

(3139) Kim SF, Huri DA, Snyder SH. Inducible nitric oxide synthase binds, S-nitrosylates, and activates cyclooxygenase-2. Science 2005; 310(5756):1966-1970.

(3140) Couzin J. Drug safety. FDA panel urges caution on many anti-inflammatory drugs. Science 2005; 307(5713):1183-1185.

(3141) Harris RE. Does the dose make the poison? Science 2005; 308(5719):203.

(3142) Fries JF, Williams CA, Ramey DR, Bloch DA. The relative toxicity of alternative therapies for rheumatoid arthritis: implications for the therapeutic progression. Semin Arthritis Rheum 1993; 23(2 Suppl 1):68-73.

(3143) Myllykangas-Luosujarvi RA, Aho K, Isomaki HA. Mortality in rheumatoid arthritis. Semin Arthritis Rheum 1995; 25(3):193-202.

(3144) Fenner H. Differentiating among nonsteroidal antiinflammatory drugs by pharmacokinetic and pharmacodynamic profiles. Semin Arthritis Rheum 1997; 26(6 Suppl 1):28-33.

(3145) Brater DC. Anti-inflammatory agents and renal function. Semin Arthritis Rheum 2002; 32(3 Suppl 1):33-42.

(3146) Hochberg MC. New directions in symptomatic therapy for patients with osteoarthritis and rheumatoid arthritis. Semin Arthritis Rheum 2002; 32(3 Suppl 1):4-14.

(3147) Banovac K, Williams JM, Patrick LD, Levi A. Prevention of heterotopic ossification after spinal cord injury with COX-2 selective inhibitor (rofecoxib). Spinal Cord 2004; 42(12):707-710.

(3148) Reuben SS. A new class of COX-2 inhibitors offer an alternative to NSAIDS in pain management after spinal surgery. Spine 2001; 26(13):1505-1506.

(3149) Birkmeyer NJ, Weinstein JN, Tosteson AN et al. Design of the Spine Patient outcomes Research Trial (SPORT). Spine 2002; 27(12):1361-1372.

(3150) Katz N, Ju WD, Krupa DA et al. Efficacy and safety of rofecoxib in patients with chronic low back pain: results from two 4-week, randomized, placebo-controlled, parallel-group, double-blind trials. Spine 2003; 28(9):851-858.

KS-000850

(3151)  Giles LG, Muller R. Chronic spinal pain: a randomized clinical trial comparing medication, acupuncture, and spinal manipulation. Spine 2003; 28(14):1490-1502.

(3152)  Gagnier JJ, van Tulder MW, Berman B, Bombardier C. Herbal medicine for low back pain: a Cochrane review. Spine 2007; 32(1):82-92.

(3153)  Warden SJ. Cyclo-oxygenase-2 inhibitors: beneficial or detrimental for athletes with acute musculoskeletal injuries? Sports Med 2005; 35(4):271-283.

(3154)  Cuzick J, Edwards R, Segnan N. Adjusting for non-compliance and contamination in randomized clinical trials. Stat Med 1997; 16(9):1017-1029.

(3155)  Snapinn S, Cook T, Shapiro D, Snavely D. The role of the unblinded sponsor statistician. Stat Med 2004; 23(10):1531-1533.

(3156)  Cheung SH, Kwong KS, Chan WS, Leung SP. Multiple comparisons with a control in families with both one-sided and two-sided hypotheses. Stat Med 2004; 23(19):2975-2988.

(3157)  Patrono C, Roth GJ. Aspirin in ischemic cerebrovascular disease. How strong is the case for a different dosing regimen? Stroke 1996; 27(4):756-760.

(3158)  van KF, Ciabattoni G, Patrono C, Dippel DW, Koudstaal PJ. Platelet activation and lipid peroxidation in patients with acute ischemic stroke. Stroke 1997; 28(8):1557-1563.

(3159)  van KF, Ciabattoni G, Koudstaal PJ, Dippel DW, Patrono C. Increased platelet activation in the chronic phase after cerebral ischemia and intracerebral hemorrhage. Stroke 1999; 30(3):546-549.

(3160)  Lapchak PA, Araujo DM, Song D, Zivin JA. Neuroprotection by the selective cyclooxygenase-2 inhibitor SC-236 results in improvements in behavioral deficits induced by reversible spinal cord ischemia. Stroke 2001; 32(5):1220-1225.

(3161)  Hankey GJ, Eikelboom JW. Cyclooxygenase-2 inhibitors: are they really atherothrombotic, and if not, why not? Stroke 2003; 34(11):2736-2740.

(3162)  Bak S, Andersen M, Tsiropoulos I et al. Risk of stroke associated with nonsteroidal anti-inflammatory drugs: a nested case-control study. Stroke 2003; 34(2):379-386.

(3163)  Janardhan V, Wolf PA, Kase CS et al. Anticardiolipin antibodies and risk of ischemic stroke and transient ischemic attack: the Framingham cohort and offspring study. Stroke 2004; 35(3):736-741.

(3164)  Stein AB, Tang XL, Guo Y, Xuan YT, Dawn B, Bolli R. Delayed adaptation of the heart to stress: late preconditioning. Stroke 2004; 35(11 Suppl 1):2676-2679.

(3165)  Iadecola C, Gorelick PB. The Janus face of cyclooxygenase-2 in ischemic stroke: shifting toward downstream targets. Stroke 2005; 36(2):182-185.

(3166)  Faraci FM. Oxidative stress: the curse that underlies cerebral vascular dysfunction? Stroke 2005; 36(2):186-188.

(3167)  Andersohn F, Schade R, Suissa S, Garbe E. Cyclooxygenase-2 selective nonsteroidal anti-inflammatory drugs and the risk of ischemic stroke: a nested case-control study. Stroke 2006; 37(7):1725-1730.

(3168)  Kathula SK, Shah K, Polenakovik H, Koduri J. Cyclo-oxygenase II inhibitors in the treatment of neoplastic fever. Support Care Cancer 2003; 11(4):258-259.

(3169)  Alanoglu Z, Ates Y, Orbey BC, Turkcapar AG. Preoperative use of selective COX-II inhibitors for pain management in laparoscopic nissen fundoplication. Surg Endosc 2005; 19(9):1182-1187.

(3170)  Zhao D, Xu F, Chen C, Tillyer RD, Grabowski EJ, Reider PJ. Efficient Syntheses of 2-(3',5'-Difluorophenyl)-3-(4'-methylsulfonylphenyl)-cyclopent-2-enone, a Potent COX-2 Inhibitor. Tetrahedron 1999; 55:6001-6018.

(3171)  Reddy LR, Corey EJ. Facile air oxidation of the conjugate base of rofecoxib (Vioxx), a possible contributor to chronic human toxicity. Tetrahedron Letters 2005; 46(6):927-929.

KS-000851

(3172) Hawthorne F. Merck's Fall from Grace. How will one of the world's largest and most respected pharmaceutical companies come back? The Scientist 2006; 20(5):27-33.

(3173) COX-2 inhibitors update: Do journal publications tell the full story? Therapeutics Initiative 2002; 43.

(3174) Montuschi P, Macagno F, Parente P et al. Effects of cyclo-oxygenase inhibition on exhaled eicosanoids in patients with COPD. Thorax 2005; 60(10):827-833.

(3175) Houliston RA, Keogh RJ, Sugden D, Dudhia J, Carter TD, Wheeler-Jones CP. Protease-activated receptors upregulate cyclooxygenase-2 expression in human endothelial cells. Thromb Haemost 2002; 88(2):321-328.

(3176) Dormond O, Ruegg C. Regulation of endothelial cell integrin function and angiogenesis by COX-2, cAMP and Protein Kinase A. Thromb Haemost 2003; 90(4):577-585.

(3177) Censarek P, Freidel K, Udelhoven M et al. Cyclooxygenase COX-2a, a novel COX-2 mRNA variant, in platelets from patients after coronary artery bypass grafting. Thromb Haemost 2004; 92(5):925-928.

(3178) Grosser T. The pharmacology of selective inhibition of COX-2. Thromb Haemost 2006; 96(4):393-400.

(3179) Moncada S, Herman AG, Higgs EA, Vane JR. Differential formation of prostacyclin (PGX or PGI2) by layers of the arterial wall. An explanation for the anti-thrombotic properties of vascular endothelium. Thromb Res 1977; 11(3):323-344.

(3180) Catella F, FitzGerald GA. Paired analysis of urinary thromboxane B2 metabolites in humans. Thromb Res 1987; 47(6):647-656.

(3181) Knapp HR, Healy C, Lawson J, FitzGerald GA. Effects of low-dose aspirin on endogenous eicosanoid formation in normal and atherosclerotic men. Thromb Res 1988; 50(3):377-386.

(3182) Patrono C. Prevention of myocardial infarction and stroke by aspirin: different mechanisms? Different dosage? Thromb Res 1998; 92(1 Suppl 1):S7-12.

(3183) Camacho M, Vila L. Transcellular formation of thromboxane A(2) in mixed incubations of endothelial cells and aspirin-treated platelets strongly depends on the prostaglandin I-synthase activity. Thromb Res 2000; 99(2):155-164.

(3184) Ide T, Egan K, Bell-Parikh LC, FitzGerald GA. Activation of nuclear receptors by prostaglandins. Thromb Res 2003; 110(5-6):311-315.

(3185) Chlopicki S, Lomnicka M, Gryglewski RJ. Obligatory role of lipid mediators in platelet-neutrophil adhesion. Thromb Res 2003; 110(5-6):287-292.

(3186) Guo JS, Cho CH, Lam Liu ES, Choy HT, Wang JY, Leung Koo MW. Antiangiogenic effect of a highly selective cyclooxygenase-2 inhibitor on gastric ulcer healing in rats. Toxicol Appl Pharmacol 2002; 183(1):41-45.

(3187) Tugendreich S, Pearson CI, Sagartz J, Jarnagin K, Kolaja K. NSAID-induced acute phase response is due to increased intestinal permeability and characterized by early and consistent alterations in hepatic gene expression. Toxicol Pathol 2006; 34(2):168-179.

(3188) Seguin B, Teranishi M, Uetrecht JP. Modulation of D-penicillamine-induced autoimmunity in the Brown Norway rat using pharmacological agents that interfere with arachidonic acid metabolism or synthesis of inducible nitric oxide synthase. Toxicology 2003; 190(3):267-278.

(3189) Chang JK, Wu SC, Wang GJ, Cho MH, Ho ML. Effects of non-steroidal anti-inflammatory drugs on cell proliferation and death in cultured epiphyseal-articular chondrocytes of fetal rats. Toxicology 2006; 228(2-3):111-123.

(3190) Barbosa AM, do Amaral RO, Teixeira CF, Hyslop S, Cogo JC. Pharmacological characterization of mouse hind paw oedema induced by Bothrops insularis (jararaca ilhoa) snake venom. Toxicon 2003; 42(5):515-523.

(3191) Olivo RA, Teixeira CF, Wallace JL, Gutierrez JM, Zamuner SR. Role of cyclooxygenases in oedema-forming activity of bothropic venoms. Toxicon 2007; 49(5):670-677.

KS-000852

(3192)  Ma N, Szabolcs MJ, Sun J et al. The effect of selective inhibition of cyclooxygenase (COX)-2 on acute cardiac allograft rejection. Transplantation 2002; 74(11):1528-1534.

(3193)  FitzGerald GA, Witztum JL. Oxidative stress. Introduction. Trends Cardiovasc Med 2001; 11(3-4):91-92.

(3194)  Pratico D, Lawson JA, Rokach J, FitzGerald GA. The isoprostanes in biology and medicine. Trends Endocrinol Metab 2001; 12(6):243-247.

(3195)  Shah BH. Estrogen stimulation of COX-2-derived PGI2 confers atheroprotection. Trends Endocrinol Metab 2005; 16(5):199-201.

(3196)  de GG, Donati MB, Cerletti C. Prevention of thrombosis and vascular inflammation: benefits and limitations of selective or combined COX-1, COX-2 and 5-LOX inhibitors. Trends Pharmacol Sci 2003; 24(5):245-252.

(3197)  FitzGerald GA. COX-2 in play at the AHA and the FDA. Trends Pharmacol Sci 2007; 28(7):303-307.

(3198)  Moinzadeh A, Mourtzinos A, Triaca V, Hamawy KJ. A randomized double-blind prospective study evaluating patient tolerance of transrectal ultrasound-guided biopsy of the prostate using prebiopsy rofecoxib. Urology 2003; 62(6):1054-1057.

(3199)  Sciarra A, Salciccia S, Albanesi L, Cardi A, D'Eramo G, Di SF. Use of cyclooxygenase-2 inhibitor for prevention of urethral strictures secondary to transurethral resection of the prostate. Urology 2005; 66(6):1218-1222.

(3200)  Dimitrakov JD, Kaplan SA, Kroenke K, Jackson JL, Freeman MR. Management of chronic prostatitis/chronic pelvic pain syndrome: an evidence-based approach. Urology 2006; 67(5):881-888.

(3201)  Kamath CC, Kremers HM, Vanness DJ, O'Fallon WM, Cabanela RL, Gabriel SE. The cost-effectiveness of acetaminophen, NSAIDs, and selective COX-2 inhibitors in the treatment of symptomatic knee osteoarthritis. Value Health 2003; 6(2):144-157.

(3202)  Thiebaud P, Patel BV, Nichol MB. Impact of rofecoxib withdrawal on cyclooxygenase-2 utilization among patients with and without cardiovascular risk. Value Health 2006; 9(6):361-368.

(3203)  Chang CC, Chen SH, Lien GS et al. Eradication of Helicobacter pylori significantly reduced gastric damage in nonsteroidal anti-inflammatory drug-treated Mongolian gerbils. World J Gastroenterol 2005; 11(1):104-108.

(3204)  Brzozowski T, Konturek PC, Drozdowicz D et al. Grapefruit-seed extract attenuates ethanol-and stress-induced gastric lesions via activation of prostaglandin, nitric oxide and sensory nerve pathways. World J Gastroenterol 2005; 11(41):6450-6458.

(3205)  Warzecha Z, Dembinski A, Ceranowicz P et al. Ischemic preconditioning inhibits development of edematous cerulein-induced pancreatitis: involvement of cyclooxygenases and heat shock protein 70. World J Gastroenterol 2005; 11(38):5958-5965.

(3206)  Eisenberg RS. The problem of new uses. Yale J Health Policy Law Ethics 2005; 5(2):717-739.

(3207)  Epstein RA. Regulatory paternalism in the market for drugs: lessons from Vioxx and Celebrex. Yale J Health Policy Law Ethics 2005; 5(2):741-770.

(3208)  Kruger K. [Current status of COX II inhibitors in therapy of rheumatoid arthritis in comparison with conventional non-steroidal anti-inflammatory agents. Attempt at an evaluation with regard to evidence-based medicine]. Z Rheumatol 2001; 60(6):481-484.

(3209)  Bolten WW, Reiter S. [Cardiovascular risks of Cox-2-antagonists. Opinion on the marketed name rofecoxib, and its market-withdrawn valdecoxib and the actual therapeutic restrictions]. Z Rheumatol 2005; 64(4):286-289.

KS-000853

# IN RE: VIOXX® LITIGATION

# LIST OF ARTICLES

# (sorted by Author)

**ATTORNEY WORK PRODUCT**

**PRIVILEGED AND CONFIDENTIAL**

**\*\*\* DO NOT PRODUCE \*\*\***

Compiled by Kline & Specter, P.C.

**KS-000854**

List of Articles

(1) Final report on the aspirin component of the ongoing Physicians' Health Study. Steering Committee of the Physicians' Health Study Research Group. N Engl J Med 1989; 321(3):129-135.

(2) A comparison of two doses of aspirin (30 mg vs. 283 mg a day) in patients after a transient ischemic attack or minor ischemic stroke. The Dutch TIA Trial Study Group. N Engl J Med 1991; 325(18):1261-1266.

(3) Swedish Aspirin Low-Dose Trial (SALT) of 75 mg aspirin as secondary prophylaxis after cerebrovascular ischaemic events. The SALT Collaborative Group. Lancet 1991; 338(8779):1345-1349.

(4) Collaborative overview of randomised trials of antiplatelet therapy--III: Reduction in venous thrombosis and pulmonary embolism by antiplatelet prophylaxis among surgical and medical patients. Antiplatelet Trialists' Collaboration. BMJ 1994; 308(6923):235-246.

(5) Randomised trial of cholesterol lowering in 4444 patients with coronary heart disease: the Scandinavian Simvastatin Survival Study (4S). Lancet 1994; 344(8934):1383-1389.

(6) Collaborative overview of randomised trials of antiplatelet therapy--II: Maintenance of vascular graft or arterial patency by antiplatelet therapy. Antiplatelet Trialists' Collaboration. BMJ 1994; 308(6922):159-168.

(7) Collaborative overview of randomised trials of antiplatelet therapy--I: Prevention of death, myocardial infarction, and stroke by prolonged antiplatelet therapy in various categories of patients. Antiplatelet Trialists' Collaboration. BMJ 1994; 308(6921):81-106.

(8) Guidelines for the management of rheumatoid arthritis. American College of Rheumatology Ad Hoc Committee on Clinical Guidelines. Arthritis Rheum 1996; 39(5):713-722.

(9) CAST: randomised placebo-controlled trial of early aspirin use in 20,000 patients with acute ischaemic stroke. CAST (Chinese Acute Stroke Trial) Collaborative Group. Lancet 1997; 349(9066):1641-1649.

(10) The International Stroke Trial (IST): a randomised trial of aspirin, subcutaneous heparin, both, or neither among 19435 patients with acute ischaemic stroke. International Stroke Trial Collaborative Group. Lancet 1997; 349(9065):1569-1581.

(11) A randomized trial of anticoagulants versus aspirin after cerebral ischemia of presumed arterial origin. The Stroke Prevention in Reversible Ischemia Trial (SPIRIT) Study Group. Ann Neurol 1997; 42(6):857-865.

(12) Uniform requirements for manuscripts submitted to biomedical journals. International Committee of Medical Journal Editors. Ann Intern Med 1997; 126(1):36-47.

(13) Thrombosis prevention trial: randomised trial of low-intensity oral anticoagulation with warfarin and low-dose aspirin in the primary prevention of ischaemic heart disease in men at increased risk. The Medical Research Council's General Practice Research Framework. Lancet 1998; 351(9098):233-241.

(14) 99th annual meeting of the American Society for Clinical Pharmacology and Therapeutics. New Orleans, Louisiana, USA. March 30-April 1, 1998. Abstracts. Clin Pharmacol Ther 1998; 63(2):137-280.

(15) 72nd Scientific Sessions of the American Heart Association. Atlanta, Georgia, USA. November 7-10, 1999. [ABSTRACTS]. Circulation 1999; 100(18 Suppl):IA-928.

(16) Rofecoxib for osteoarthritis and pain. Med Lett Drugs Ther 1999; 41(1056):59-61.

(17) Uniform requirements for manuscripts submitted to biomedical journals. International Committee of Medical Journal Editors. Med Educ 1999; 33(1):66-78.

(18) 100th Annual meeting of the American Society for Clinical Pharmacology and Therapeutics. San Antonio, Texas, USA. March 18-20, 1999. Abstracts. Clin Pharmacol Ther 1999; 65(2):117-234.

(19) Are rofecoxib and celecoxib safer NSAIDS? Drug Ther Bull 2000; 38(11):81-86.

**KS-000855**

(20)   2000 Annual meeting of the American Society for Clinical Pharmacology and Therapeutics, Los Angeles, California, USA. March 14-18, 2000. Clin Pharmacol Ther 2000; 67(2):89-199.

(21)   Recommendations for the medical management of osteoarthritis of the hip and knee: 2000 update. American College of Rheumatology Subcommittee on Osteoarthritis Guidelines. Arthritis Rheum 2000; 43(9):1905-1915.

(22)   COX-2 inhibitors. Magic bullets or merely mortal? Harv Health Lett 2000; 25(4):4.

(23)   Cardiovascular safety of COX-2 inhibitors. Med Lett Drugs Ther 2001; 43(1118):99-100.

(24)   Summary of the NCEP Adult Treatment Panel III Report. JAMA 2001; 285(19):2496-2497.

(25)   Cutaneous drug reaction case reports. From the world literature. Am J Clin Dermatol 2001; 2(6):407-414.

(26)   Arthritis. Should you be taking a COX-2 inhibitor? Harv Health Lett 2001; 27(1):1-3.

(27)   COX-2 inhibitors: no pain, no heart gain? Harv Heart Lett 2001; 12(4):2-4.

(28)   10th Congress of the International Headache Society. June 29-July 2, 2001. New York City, New York, USA. Abstracts. Cephalalgia 2001; 21(4):241-548.

(29)   Posters: Drug allergy. Allergy 2002; 57 Suppl 73:256-270.

(30)   The management of persistent pain in older persons. J Am Geriatr Soc 2002; 50(6 Suppl):S205-S224.

(31)   New use approved for Vioxx. FDA Consum 2002; 36(4):3.

(32)   Aspirin for the primary prevention of cardiovascular events: recommendation and rationale. Ann Intern Med 2002; 136(2):157-160.

(33)   COX-2 inhibitors update: Do journal publications tell the full story? Therapeutics Initiative 2002; 43.

(34)   Considerations for the safe prescribing and use of COX-2-specific inhibitors. Med J Aust 2002; 176(7):328-331.

(35)   COX-2 inhibitors. Understanding recent concerns. Mayo Clin Health Lett 2002; 20(10):6.

(36)   Cardiovascular adverse effects of coxibs. Prescrire Int 2002; 11(62):181-182.

(37)   Guidelines for the management of rheumatoid arthritis: 2002 Update. Arthritis Rheum 2002; 46(2):328-346.

(38)   Collaborative meta-analysis of randomised trials of antiplatelet therapy for prevention of death, myocardial infarction, and stroke in high risk patients. BMJ 2002; 324(7329):71-86.

(39)   Poster Discussion Session 11: Atopic dermatitis and urticaria. Allergy 2002; 57 Suppl 73:300-304.

(40)   Poster Discussion Session 8: Drug allergy. Allergy 2002; 57 Suppl 73:250-255.

(41)   Summaries for patients. Gastrointestinal side effects of rofecoxib and naproxen. Ann Intern Med 2003; 139(7):I29.

(42)   Summaries for patients. The cost-effectiveness of cyclooxygenase-2 inhibitors for treating chronic arthritis. Ann Intern Med 2003; 138(10):I39.

(43)   [Information on preoperative analgesia. Acute pain therapy with rofecoxib]. Schmerz 2003; 17(1):2p.

(44)   A side effect of COX-2 inhibitors. Harv Health Lett 2003; 28(6):7.

(45)   Anti-inflammatory drugs may put on the pressure. Harv Heart Lett 2003; 13(7):7.

(46)   Vioxx: an unequal partnership between safety and efficacy. Lancet 2004; 364(9442):1287-1288.

(47)   Withdrawal syndrome. Nat Med 2004; 10(11):1143.

**KS-000856**

(48) Top 10 health stories of 2004. Harv Health Lett 2004; 30(2):1-3.

(49) Abstracts of the 20th International Conference on Pharmacoepidemiology and Therapeutic Risk Management. Bordeaux, France, 22-25 August 2004. Pharmacoepidemiol Drug Saf 2004; 13 Suppl 1:S1-349.

(50) Merck withdraws Vioxx; FDA issues public health advisory. FDA Consum 2004; 38(6):11.

(51) What is going on at the FDA? Lancet 2005; 366(9492):1137.

(52) Lessons to learn from the COX-2 saga. Yes, FDA reforms are needed. And marketing distorts how medications are used. But one moral to the story is that all drugs have risks. Harv Health Lett 2005; 30(5):1-3.

(53) Drug safety on trial. Nature 2005; 434(7033):545.

(54) Drug firms back-pedal on direct advertising. Nature 2005; 436(7053):910-911.

(55) Stepping into the Vioxx void. Answers to four questions after the popular pain reliever was yanked off the market. Harv Health Lett 2005; 30(3):6.

(56) Painkiller in the dock. Nature 2005; 436(7050):459.

(57) Vioxx: lessons for Health Canada and the FDA. CMAJ 2005; 172(1):5, 7.

(58) FDA announces changes affecting the marketing of non-steroidal anti-inflammatory drugs. FDA Consum 2005; 39(3):7.

(59) Rofecoxib (Vioxx) withdrawal: do product monographs adequately inform physicians? Can Fam Physician 2005; 51:212-213.

(60) Painful lessons. Nat Struct Mol Biol 2005; 12(3):205.

(61) Merck opts for shake-up to clear drug pipeline. Nature 2005; 438(7071):1076-1077.

(62) Under surveillance. Nat Biotechnol 2005; 23(1):1.

(63) Summaries for patients. Cyclooxygenase-2 inhibitors and heart attacks: varying effects? Ann Intern Med 2005; 142(3):I21.

(64) Nitronaproxen: AZD 3582, HCT 3012, Naproxen Nitroxybutylester, NO-Naproxen. Drugs R D 2006; 7(4):262-266.

(65) Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial [CORRECTION]. N Engl J Med 2006; 355(2):221.

(66) Cardiovascular and Cerebrovascular Events in the Randomized, Controlled Alzheimer's Disease Anti-Inflammatory Prevention Trial (ADAPT). PLoS Clin Trials 2006; 1(7):e33.

(67) Rofecoxib, diclofenac, and indomethacin increase risk of CVD. J Fam Pract 2006; 55(12):1032.

(68) Make or break time in Vioxx drama. Nature 2006; 440(7082):277.

(69) Trying times for painkiller choices. Vioxx, Bextra, and Celebrex can increase the risk for heart attack and other cardiovascular problems. So can the old standbys, like ibuprofen and acetaminophen. Harv Heart Lett 2006; 17(2):1-3.

(70) Aabakken L, Dybdahl JH, Larsen S, Mowinckel P, Osnes M, Quiding H. A double-blind comparison of gastrointestinal effects of ibuprofen standard and ibuprofen sustained release assessed by means of endoscopy and 51-Cr-labelled erythrocytes. Scand J Rheumatol 1989; 18(5):307-313.

(71) Abbate A, Biondi-Zoccai GG, Leone AM, Baldi A, Crea F. Cyclooxygenase-2 in myocardial ischemia: is it really a friend? J Am Coll Cardiol 2003; 42(9):1714-1715.

(72) Abbate A, Santini D, Biondi-Zoccai GG et al. Cyclo-oxygenase-2 (COX-2) expression at the site of recent myocardial infarction: friend or foe? Heart 2004; 90(4):440-443.

KS-000857

(73) Abeles M, Abeles AM. The Vioxx debacle revisited. Am J Med 2005; 118(9):1057-1058.

(74) Abenhaim L. Lessons from the withdrawal of rofecoxib: France has policy for overall assessment of public health impact of new drugs. BMJ 2004; 329(7478):1342.

(75) Abraham NS, El-Serag HB, Johnson ML et al. National adherence to evidence-based guidelines for the prescription of nonsteroidal anti-inflammatory drugs. Gastroenterology 2005; 129(4):1171-1178.

(76) Abraham NS, El-Serag HB, Hartman C, Richardson P, Deswal A. Cyclooxygenase-2 selectivity of non-steroidal anti-inflammatory drugs and the risk of myocardial infarction and cerebrovascular accident. Aliment Pharmacol Ther 2007; 25(8):913-924.

(77) Abramson J, Starfield B. The effect of conflict of interest on biomedical research and clinical practice guidelines: can we trust the evidence in evidence-based medicine? J Am Board Fam Pract 2005; 18(5):414-418.

(78) Abramson SB, Furst DE, Hochberg MC, Patrono C. Controversies in COX-2 inhibitor therapy: closing remarks. Clin Exp Rheumatol 2001; 19(6 Suppl 25):S77-S80.

(79) Acevedo E, Castaneda O, Ugaz M et al. Tolerability profiles of rofecoxib (Vioxx) and Arthrotec. A comparison of six weeks treatment in patients with osteoarthritis. Scand J Rheumatol 2001; 30(1):19-24.

(80) Adams D. Unnecessary withdrawal of Vioxx. N Z Med J 2004; 117(1204):U1130.

(81) Adderley SR, Fitzgerald DJ. Oxidative damage of cardiomyocytes is limited by extracellular regulated kinases 1/2-mediated induction of cyclooxygenase-2. J Biol Chem 1999; 274(8):5038-5046.

(82) Adelman A. Is rofecoxib safer than naproxen? J Fam Pract 2001; 50(3):204.

(83) Afflitto L. Selective COX-2 inhibitors and the surgical patient. Plast Surg Nurs 2000; 20(2):91-93.

(84) Afilalo J, Coussa-Charley MJ, Eisenberg MJ. Long-term Risk of Ischemic Stroke Associated with Rofecoxib. Cardiovasc Drugs Ther 2007; 21(2):117-120.

(85) Agrawal NG, Matthews CZ, Mazenko RS et al. Pharmacokinetics of etoricoxib in patients with renal impairment. J Clin Pharmacol 2004; 44(1):48-58.

(86) Agrawal NM, Van Kerckhove HE, Erhardt LJ, Geis GS. Misoprostol coadministered with diclofenac for prevention of gastroduodenal ulcers. A one-year study. Dig Dis Sci 1995; 40(5):1125-1131.

(87) Ahmad SR, Kortepeter C, Brinker A, Chen M, Beitz J. Renal failure associated with the use of celecoxib and rofecoxib. Drug Saf 2002; 25(7):537-544.

(88) Ahuja N, Singh A, Singh B. Rofecoxib: an update on physicochemical, pharmaceutical, pharmacodynamic and pharmacokinetic aspects. J Pharm Pharmacol 2003; 55(7):859-894.

(89) Ahuja N, Katare OP, Singh B. Studies on dissolution enhancement and mathematical modeling of drug release of a poorly water-soluble drug using water-soluble carriers. Eur J Pharm Biopharm 2007; 65(1):26-38.

(90) Aisen PS, Pasinetti GM. Glucocorticoids in Alzheimer's disease. The story so far. Drugs Aging 1998; 12(1):1-6.

(91) Aisen PS. Evaluation of selective COX-2 inhibitors for the treatment of Alzheimer's disease. J Pain Symptom Manage 2002; 23(4 Suppl):S35-S40.

(92) Aisen PS, Schafer K, Grundman M, Thomas R, Thal LJ. NSAIDs and hypertension. Arch Intern Med 2003; 163(9):1115-1116.

(93) Aisen PS, Schafer KA, Grundman M et al. Effects of rofecoxib or naproxen vs placebo on Alzheimer disease progression: a randomized controlled trial. JAMA 2003; 289(21):2819-2826.

(94) Aisen PS. Can rofecoxib delay a diagnosis of Alzheimer's disease in patients with mild cognitive impairment? Nat Clin Pract Neurol 2005; 1(1):20-21.

KS-000858

(95)   Aitchison KA, Coker SJ. Cyclooxygenase inhibition converts the effect of nitric oxide synthase inhibition from infarct size reduction to expansion in isolated rabbit hearts. J Mol Cell Cardiol 1999; 31(6):1315-1324.

(96)   Aizen E, Kagan G, Assy B, Iobel R, Bershadsky Y, Gilhar A. Effect of non-steroidal anti-inflammatory drugs on natural killer cell activity in patients with dementia. Isr Med Assoc J 2005; 7(2):78-81.

(97)   Akarasereenont P, Mitchell JA, Appleton I, Thiemermann C, Vane JR. Involvement of tyrosine kinase in the induction of cyclo-oxygenase and nitric oxide synthase by endotoxin in cultured cells [ABSTRACT]. Br J Pharmacol 1994; 113(4):1522-1528.

(98)   Akarasereenont P, Bakhle YS, Thiemermann C, Vane JR. Cytokine-mediated induction of cyclo-oxygenase-2 by activation of tyrosine kinase in bovine endothelial cells stimulated by bacterial lipopolysaccharide [ABSTRACT]. Br J Pharmacol 1995; 115(3):401-408.

(99)   Akbari O, Faul JL, Hoyte EG et al. CD4+ invariant T-cell-receptor+ natural killer T cells in bronchial asthma. N Engl J Med 2006; 354(11):1117-1129.

(100)   Al-Saidan SM, Krishnaiah YS, Satyanarayana V, Rao GS. In vitro and in vivo evaluation of guar gum-based matrix tablets of rofecoxib for colonic drug delivery. Curr Drug Deliv 2005; 2(2):155-163.

(101)   Alanoglu Z, Ates Y, Orbey BC, Turkcapar AG. Preoperative use of selective COX-II inhibitors for pain management in laparoscopic nissen fundoplication. Surg Endosc 2005; 19(9):1182-1187.

(102)   Alberts DS, Potter JD, Martinez ME, Hess LM, Stopeck A, Lance P. What happened to the coxibs on the way to the cardiologist? Cancer Epidemiol Biomarkers Prev 2005; 14(3):555-556.

(103)   Alcindor D, Krolikowski JG, Pagel PS, Warltier DC, Kersten JR. Cyclooxygenase-2 mediates ischemic, anesthetic, and pharmacologic preconditioning in vivo. Anesthesiology 2004; 100(3):547-554.

(104)   Aldington S, Shirtcliffe P, Weatherall M, Beasley R. Increased risk of cardiovascular events with parecoxib/valdecoxib: a systematic review and meta-analysis. N Z Med J 2005; 118(1226):U1755.

(105)   Alim N, Peterson L, Zimmerman SW, Updike S. Rofecoxib-induced acute interstitial nephritis. Am J Kidney Dis 2003; 41(3):720-721.

(106)   Alloza I, Baxter A, Chen Q, Matthiesen R, Vandenbroeck K. Celecoxib inhibits interleukin-12 alphabeta and beta2 folding and secretion by a novel COX2-independent mechanism involving chaperones of the endoplasmic reticulum. Mol Pharmacol 2006; 69(5):1579-1587.

(107)   Alper AB, Jr., Meleg-Smith S, Krane NK. Nephrotic syndrome and interstitial nephritis associated with celecoxib. Am J Kidney Dis 2002; 40(5):1086-1090.

(108)   Alpert E, Gruzman A, Lardi-Studler B, Cohen G, Reich R, Sasson S. Cyclooxygenase-2 (PTGS2) inhibitors augment the rate of hexose transport in L6 myotubes in an insulin- and AMPKalpha-independent manner. Diabetologia 2006; 49(3):562-570.

(109)   Alpert E, Gruzman A, Tennenbaum T, Sasson S. Selective cyclooxygenase-2 inhibitors stimulate glucose transport in L6 myotubes in a protein kinase Cdelta-dependent manner. Biochem Pharmacol 2007; 73(3):368-377.

(110)   Alpert JS. The Vioxx debacle. Am J Med 2005; 118(3):203-204.

(111)   Alsalameh S, Burian M, Mahr G, Woodcock BG, Geisslinger G. Review article: The pharmacological properties and clinical use of valdecoxib, a new cyclo-oxygenase-2-selective inhibitor. Aliment Pharmacol Ther 2003; 17(4):489-501.

(112)   Altman R, Brandt K, Hochberg M et al. Design and conduct of clinical trials in patients with osteoarthritis: recommendations from a task force of the Osteoarthritis Research Society. Results from a workshop. Osteoarthritis Cartilage 1996; 4(4):217-243.

(113)   Altman R, Luciardi HL, Muntaner J et al. Efficacy assessment of meloxicam, a preferential cyclooxygenase-2 inhibitor, in acute coronary syndromes without ST-segment elevation: the Nonsteroidal Anti-Inflammatory Drugs in Unstable Angina Treatment-2 (NUT-2) pilot study. Circulation 2002; 106(2):191-195.

KS-000859

(114)   Amano H, Hayashi I, Yoshida S, Yoshimura H, Majima M. Cyclooxygenase-2 and adenylate cyclase/protein kinase A signaling pathway enhances angiogenesis through induction of vascular endothelial growth factor in rat sponge implants. Hum Cell 2002; 15(1):13-24.

(115)   Amar J, Bouhanick B, Chamontin B. AINS, coxibs et HTA [NSAIDs, coxibs, and arterial hypertension]. Arch Mal Coeur Vaiss 2004; 97(2 Spec.):13,-C44.

(116)   Amaravadi RK, Jacobson BC, Solomon DH, Fischer MA. Acute pancreatitis associated with rofecoxib. Am J Gastroenterol 2002; 97(4):1077-1078.

(117)   Amarenco P, Bogousslavsky J, Callahan A, III et al. High-dose atorvastatin after stroke or transient ischemic attack. N Engl J Med 2006; 355(6):549-559.

(118)   Amini M, Hamedani MP, Vosooghi M, Nabavi M, Shafiee A. Pre-column derivatization of rofecoxib for determination in serum by HPLC. Anal Bioanal Chem 2005; 382(5):1265-1268.

(119)   Andersen K, Launer LJ, Ott A, Hoes AW, Breteler MM, Hofman A. Do nonsteroidal anti-inflammatory drugs decrease the risk for Alzheimer's disease? The Rotterdam Study. Neurology 1995; 45(8):1441-1445.

(120)   Andersen M, Kragstrup J, Sondergaard J. How conducting a clinical trial affects physicians' guideline adherence and drug preferences. JAMA 2006; 295(23):2759-2764.

(121)   Andersohn F, Suissa S, Garbe E. Use of first- and second-generation cyclooxygenase-2-selective nonsteroidal antiinflammatory drugs and risk of acute myocardial infarction. Circulation 2006; 113(16):1950-1957.

(122)   Andersohn F, Schade R, Suissa S, Garbe E. Cyclooxygenase-2 selective nonsteroidal anti-inflammatory drugs and the risk of ischemic stroke: a nested case-control study. Stroke 2006; 37(7):1725-1730.

(123)   Andersohn F. Cerebrovascular events after discontinuation of rofecoxib treatment. Cardiovasc Drugs Ther 2007; 21(2):77-79.

(124)   Anderson GD, Hauser SD, McGarity KL, Bremer ME, Isakson PC, Gregory SA. Selective inhibition of cyclooxygenase (COX)-2 reverses inflammation and expression of COX-2 and interleukin 6 in rat adjuvant arthritis. J Clin Invest 1996; 97(11):2672-2679.

(125)   Anderson JJ, Bolognese JA, Felson DT. Effects of disease duration and outcome definition on power of rheumatoid arthritis (RA) clinical trials [ABSTRACT 1392]. Arthritis Rheum 2002; 46(9 Suppl.):S520-S521, Abstr. 1392.

(126)   Anderson JJ, Bolognese JA, Felson DT. Comparison of rheumatoid arthritis clinical trial outcome measures: a simulation study. Arthritis Rheum 2003; 48(11):3031-3038.

(127)   Anderson JL, Carlquist JF, Muhlestein JB, Horne BD, Elmer SP. Evaluation of C-reactive protein, an inflammatory marker, and infectious serology as risk factors for coronary artery disease and myocardial infarction. J Am Coll Cardiol 1998; 32(1):35-41.

(128)   Andres E, Noel E, Abdelghani MB. Vitamin B(12) deficiency associated with chronic acid suppression therapy. Ann Pharmacother 2003; 37(11):1730.

(129)   Andrews SA, Wallace CK, Davis RL. Celecoxib: a COX-2 inhibitor. Am J Manag Care 1999; 5(4):511-518.

(130)   Angelico P, Guarneri L, Velasco C et al. Effect of cyclooxygenase inhibitors on the micturition reflex in rats: correlation with inhibition of cyclooxygenase isozymes. BJU Int 2006; 97(4):837-846.

(131)   Antman EM, DeMets D, Loscalzo J. Cyclooxygenase inhibition and cardiovascular risk. Circulation 2005; 112(5):759-770.

(132)   Antman EM, Bennett JS, Daugherty A, Furberg C, Roberts H, Taubert KA. Use of nonsteroidal antiinflammatory drugs: an update for clinicians: a scientific statement from the American Heart Association. Circulation 2007; 115(12):1634-1642.

(133)   Anton C, Cox AR, Ferner RE. Using trade names: sometimes it helps. Arch Intern Med 2002; 162(23):2636-2637.

KS-000560

(134)   Apper GB. COX-2 inhibitors and the kidney. Clin Exp Rheumatol 2001; 19(6 Suppl 25):S37-S40.

(135)   Araki H, Komoike Y, Matsumoto M, Tanaka A, Takeuchi K. Healing of duodenal ulcers is not impaired by indomethacin or rofecoxib, the selective COX-2 inhibitor, in rats. Digestion 2002; 66(3):145-153.

(136)   Aravind MK, Prescilla R, Ofenstein JP. A rapid and sensitive high-performance liquid chromatography assay for rofecoxib in human serum. J Chromatogr Sci 2002; 40(1):26-28.

(137)   Arber N. Do NSAIDs prevent colorectal cancer? Can J Gastroenterol 2000; 14(4):299-307.

(138)   Arber N. COX-2 cancer prevent CRC: from the bench to the bed side. Dig Dis Sci 2003; 48(9):1867.

(139)   Arber N, Levin B. Chemoprevention of colorectal cancer: ready for routine use? Curr Top Med Chem 2005; 5(5):517-525.

(140)   Arber N, Eagle CJ, Spicak J et al. Celecoxib for the prevention of colorectal adenomatous polyps. N Engl J Med 2006; 355(9):885-895.

(141)   Arboleya LR, de la FE, Soledad GM, Aragon B. Experience of rofecoxib in patients with osteoarthritis previously treated with traditional non-steroidal anti-inflammatory drugs in Spain: results of phase 2 of the VICOXX study. Curr Med Res Opin 2003; 19(4):288-297.

(142)   Ardoin SP, Sundy JS. Update on nonsteriodal anti-inflammatory drugs. Curr Opin Rheumatol 2006; 18(3):221-226.

(143)   Arellano FM. The withdrawal of rofecoxib. Pharmacoepidemiol Drug Saf 2005; 14(3):213-217.

(144)   Arellano FM, Yood MU, Wentworth CE et al. Use of cyclo-oxygenase 2 inhibitors (COX-2) and prescription non-steroidal anti-inflammatory drugs (NSAIDS) in UK and USA populations. Implications for COX-2 cardiovascular profile. Pharmacoepidemiol Drug Saf 2006; 15(12):861-872.

(145)   Armstrong EP, Malone DC. The impact of nonsteroidal anti-inflammatory drugs on blood pressure, with an emphasis on newer agents. Clin Ther 2003; 25(1):1-18.

(146)   Armstrong PJ, Franklin DP, Carey DJ, Elmore JR. Suppression of experimental aortic aneurysms: comparison of inducible nitric oxide synthase and cyclooxygenase inhibitors. Ann Vasc Surg 2005; 19(2):248-257.

(147)   Armstrong PW. Balancing the cyclooxygenase portfolio. CMAJ 2006; 174(11):1581-1582.

(148)   Arnett FC, Edworthy SM, Bloch DA et al. The American Rheumatism Association 1987 revised criteria for the classification of rheumatoid arthritis. Arthritis Rheum 1988; 31(3):315-320.

(149)   Aronoff DM, Bloch KC. Assessing the relationship between the use of nonsteroidal antiinflammatory drugs and necrotizing fasciitis caused by group A streptococcus. Medicine (Baltimore) 2003; 82(4):225-235.

(150)   Aronson JK. The NSAID roller coaster: more about rofecoxib. Br J Clin Pharmacol 2006; 62(3):257-259.

(151)   Asero R. Leukotriene receptor antagonists may prevent NSAID-induced exacerbations in patients with chronic urticaria. Ann Allergy Asthma Immunol 2000; 85(2):156-157.

(152)   Asero R. Multiple sensitivity to NSAID. Allergy 2000; 55(9):893-894.

(153)   Asero R. Tolerability of rofecoxib. Allergy 2001; 56(9):916-917.

(154)   Asero R, Tedeschi A, Lorini M. Autoreactivity is highly prevalent in patients with multiple intolerances to NSAIDs. Ann Allergy Asthma Immunol 2002; 88(5):468-472.

(155)   Asero R. Chronic urticaria with multiple NSAID intolerance: is tramadol always a safe alternative analgesic? J Investig Allergol Clin Immunol 2003; 13(1):56-59.

(156)   Asero R. Oral aspirin challenges in patients with a history of intolerance to single non-steroidal anti-inflammatory drugs. Clin Exp Allergy 2005; 35(6):713-716.

**KS-000861**

(157)   Asero R. Use of ketoprofen oral challenges to detect cross-reactors among patients with a history of aspirin-induced urticaria. Ann Allergy Asthma Immunol 2006; 97(2):187-189.

(158)   Ashton D, Kim P, Griffiths N, Beran R. Cognitive decline with chronic meningitis secondary to a COX-2 inhibitor. Age Ageing 2004; 33(4):408-409.

(159)   Ashwath ML, Katner HP. Recurrent aseptic meningitis due to different non-steroidal anti-inflammatory drugs including rofecoxib. Postgrad Med J 2003; 79(931):295-296.

(160)   Ashworth AJ. Cardiac risks with COX-2 inhibitors. CMAJ 2007; 176(4):489-492.

(161)   Aspenberg P. Avoid cox inhibitors after skeletal surgery! Acta Orthop Scand 2002; 73(5):489-490.

(162)   Assmus B, Honold J, Schachinger V et al. Transcoronary transplantation of progenitor cells after myocardial infarction. N Engl J Med 2006; 355(12):1222-1232.

(163)   Atkinson HG. COX-2 inhibitors: better than traditional NSAIDs? Vioxx and Celebrex may be no less risky than NSAIDs. Health News 2002; 8(8):5.

(164)   Attard C, Belfry L, Pellissier JM, Kong SX, Marentette M, Sauvageau C. Economic implications of comparing rofecoxib to NSAIDs in the treatment of osteoarthritis in Ontario, Canada [POSTER 937]. Ann Rheum Dis 2000; 59(1 Suppl.):278-In phase III clinical trials, patients with osteoarthritis who receive rofecoxib have fewer GI adverse events than do those who receive other NSAIDs.  The authors estimate the economic implications of this difference for patients aged >=65 yr in Ontario, Canada who had previously not responded to acetaminophen therapy.  A model-based cost-effectiveness analysis was conducted which focused on events related to serious (perforations, ulcer or bleeds [PUBs]) and minor (e.g., dyspepsia) GI events.  Resource utilization profiles for the outpatient and inpatient care of GI events were developed using the literature, the expertise of a gastroenterologist and data from the Ontario Case Costing Project. Average drug costs, the efficacy of gastroprotective agents and the rates of their concomitant use were also considered. A 90% reduction in the use of prophylactic gastroprotective agents was assumed for patients who received rofecoxib. The expected cost per patient per day was $1.67 for rofecoxib and $1.60 for other NSAIDs.  The incremental annual cost per patient for rofecoxib was $24.45; however, rofecoxib was associated with a reduction of 0.0109 PUBs per patient per year.  Therefore, the cost per PUB averted was $2,247.  Results were sensitive to the rates of use of GI medications and to drug costs and were robust over a range of model assumptions.  The authors conclude that rofecoxib may represent an alternative to NSAIDs, with cost savings due to lower rates of GI events and co-medications.  Ed. note:  Some of the authors are employees of Merck & Co., Inc and Merck Frosst Canada & Co., Inc.

(165)   Attard CL, Pellissier JM, Kong SX, Marentette M. Economic implications of comparing rofecoxib and NSAIDs in rheumatoid arthritis in Ontario, Canada. Ann Rheum Dis 2002; 61(1 Suppl.):69.

(166)   Audoly LP, Rocca B, Fabre JE et al. Cardiovascular responses to the isoprostanes iPF(2alpha)-III and iPE(2)-III are mediated via the thromboxane A(2) receptor in vivo. Circulation 2000; 101(24):2833-2840.

(167)   Avorn J. FDA standards--good enough for government work? N Engl J Med 2005; 353(10):969-972.

(168)   Avorn J. Evaluating drug effects in the post-Vioxx world: there must be a better way. Circulation 2006; 113(18):2173-2176.

(169)   Avorn J. Dangerous deception--hiding the evidence of adverse drug effects. N Engl J Med 2006; 355(21):2169-2171.

(170)   Avorn J, Shrank W. Highlights and a hidden hazard--the FDA's new labeling regulations. N Engl J Med 2006; 354(23):2409-2411.

(171)   Avorn J. Paying for drug approvals--who's using whom? N Engl J Med 2007; 356(17):1697-1700.

(172)   Aw TJ, Haas SJ, Liew D, Krum H. Meta-analysis of cyclooxygenase-2 inhibitors and their effects on blood pressure. Arch Intern Med 2005; 165(5):490-496.

(173)   Awtry EH, Loscalzo J. Aspirin. Circulation 2000; 101(10):1206-1218.

(174)   Azari MF, Profyris C, Le Grande MR et al. Effects of intraperitoneal injection of Rofecoxib in a mouse model of ALS. Eur J Neurol 2005; 12(5):357-364.

KS-000862

(175)   Babaev VR, Ding L, Reese J et al. Cyclooxygenase-1 deficiency in bone marrow cells increases early atherosclerosis in apolipoprotein E- and low-density lipoprotein receptor-null mice. Circulation 2006; 113(1):108-117.

(176)   Babcock TA, Helton WS, Anwar KN, Zhao YY, Espat NJ. Synergistic anti-inflammatory activity of omega-3 lipid and rofecoxib pretreatment on macrophage proinflammatory cytokine production occurs via divergent NF-kappaB activation. JPEN J Parenter Enteral Nutr 2004; 28(4):232-239.

(177)   Baboota S, Dhaliwal M, Kohli K. Physicochemical characterization, in vitro dissolution behavior, and pharmacodynamic studies of rofecoxib-cyclodextrin inclusion compounds. preparation and properties of rofecoxib hydroxypropyl beta-cyclodextrin inclusion complex: a technical note. AAPS PharmSciTech 2005; 6(1):E83-E90.

(178)   Babul N, Sloan P, Lipman AG. Postsurgical safety of opioid-sparing cyclooxygenase-2 inhibitors. Anesthesiology 2006; 104(2):375.

(179)   Bachmann K, White D, Jauregui L et al. An evaluation of the dose-dependent inhibition of CYP1A2 by rofecoxib using theophylline as a CYP1A2 probe. J Clin Pharmacol 2003; 43(10):1082-1090.

(180)   Bachmann KA, White DB, Jauregui L et al. Dose-dependent inhibition of CYP1A2 in vivo by rofecoxib: phenotyping the interaction in humans using theophylline as a CYP1A2 probe. FASEB J 2002; 16(5 Pt. 2):A940.

(181)   Baciewicz AM, Sokos DR, King TJ. Acute pancreatitis associated with celecoxib. Ann Intern Med 2000; 132(8):680.

(182)   Backman JT, Siegle J, Klein T, Eichelbaum M, Fritz P. Elevated expression of cyclooxygenase-2, but not cyclooxygenase-1, in synovial tissue of patients with inflammatory joint disease [ABSTRACT 321]. Eur J Clin Pharmacol 1997; 52(S):A112-Abstr. 321.

(183)   Backman JT, Karjalainen MJ, Neuvonen M, Laitila J, Neuvonen PJ. Rofecoxib is a potent inhibitor of cytochrome P450 1A2: studies with tizanidine and caffeine in healthy subjects. Br J Clin Pharmacol 2006; 62(3):345-357.

(184)   Badgett R, Mulrow C. Using information technology to transfer knowledge: a medical institution steps up to the plate. Ann Intern Med 2005; 142(3):220-221.

(185)   Badie B, Schartner JM, Hagar AR et al. Microglia cyclooxygenase-2 activity in experimental gliomas: possible role in cerebral edema formation. Clin Cancer Res 2003; 9(2):872-877.

(186)   Baenziger NL, Becherer PR, Majerus PW. Characterization of prostacyclin synthesis in cultured human arterial smooth muscle cells, venous endothelial cells and skin fibroblasts. Cell 1979; 16(4):967-974.

(187)   Baeres M, Herkel J, Czaja AJ et al. Establishment of standardised SLA/LP immunoassays: specificity for autoimmune hepatitis, worldwide occurrence, and clinical characteristics. Gut 2002; 51(2):259-264.

(188)   Bagan JV, Thongprasom K, Scully C. Adverse oral reactions associated with the COX-2 inhibitor rofecoxib. Oral Dis 2004; 10(6):401-403.

(189)   Baigent C, Patrono C. Selective cyclooxygenase 2 inhibitors, aspirin, and cardiovascular disease: a reappraisal. Arthritis Rheum 2003; 48(1):12-20.

(190)   Baillie TA, Halpin RA, Matuszewski BK et al. Mechanistic studies on the reversible metabolism of rofecoxib to 5-hydroxyrofecoxib in the rat: evidence for transient ring opening of a substituted 2-furanone derivative using stable isotope-labeling techniques. Drug Metab Dispos 2001; 29(12):1614-1628.

(191)   Bak S, Andersen M, Tsiropoulos I et al. Risk of stroke associated with nonsteroidal anti-inflammatory drugs: a nested case-control study. Stroke 2003; 34(2):379-386.

(192)   Bakalova R, Matsuura T, Kanno I. The cyclooxygenase inhibitors indomethacin and Rofecoxib reduce regional cerebral blood flow evoked by somatosensory stimulation in rats. Exp Biol Med (Maywood ) 2002; 227(7):465-473.

(193)   Baker CS, Hall RJ, Evans TJ et al. Cyclooxygenase-2 is widely expressed in atherosclerotic lesions affecting native and transplanted human coronary arteries and colocalizes with inducible nitric oxide synthase and nitrotyrosine particularly in macrophages. Arterioscler Thromb Vasc Biol 1999; 19(3):646-655.

KS-000863

(194)   Baldwin GS, Murphy VJ, Yang Z, Hashimoto T. Binding of nonsteroidal antiinflammatory drugs to the alpha-subunit of the trifunctional protein of long chain fatty acid oxidation. J Pharmacol Exp Ther 1998; 286(2):1110-1114.

(195)   Baldwin HJ, Droege M, Daniel KL. A message from the Vioxx case. Am J Health Syst Pharm 2006; 63(6):503.

(196)   Bannwarth B. [COX-2 specific inhibitors: are NSAIDs and the stomach become reconcilied?]. Gastroenterol Clin Biol 2001; 25(4 Suppl):B79-B84.

(197)   Bannwarth B, Treves R, Ducrocq M et al. Evaluation of rofecoxib safety profile in patients with osteoarthritis (OA): a 6-month open study in 2957 patients. Ann Rheum Dis 2002; 61(1 Suppl.):14.

(198)   Bannwarth B, Treves R, Euller-Ziegler L, Rolland D, Ravaud P, Dougados M. Adverse events associated with rofecoxib therapy: results of a large study in community-derived osteoarthritic patients. Drug Saf 2003; 26(1):49-54.

(199)   Bannwarth B, Ravaud P, Dougados M. Cardiovascular thrombotic events and COX-2 inhibitors: results in patients with osteoarthritis receiving rofecoxib. J Rheumatol 2003; 30(2):421-422.

(200)   Bannwarth B, Logeart I, Vergult G. [Prescribing patterns of rofecoxib in the primary care setting: results of a French survey] [ABSTRACT]. Rev Med Interne 2004; 25(10):710-714.

(201)   Bannwarth B. Do selective cyclo-oxygenase-2 inhibitors have a future? Drug Saf 2005; 28(3):183-189.

(202)   Bannwarth BG, Logeart I, Vergult G. Selective prescribing of COX-2 inhibitors: results of a French survey on rofecoxib prescriptions [ABSTRACT AB0431]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr AB0431.

(203)   Banovac K, Williams JM, Patrick LD, Levi A. Prevention of heterotopic ossification after spinal cord injury with COX-2 selective inhibitor (rofecoxib). Spinal Cord 2004; 42(12):707-710.

(204)   Bansal SS, Joshi A, Bansal AK. New dosage formulations for targeted delivery of cyclo-oxygenase-2 inhibitors : focus on use in the elderly. Drugs Aging 2007; 24(6):441-451.

(205)   Barbosa AM, do Amaral RO, Teixeira CF, Hyslop S, Cogo JC. Pharmacological characterization of mouse hind paw oedema induced by Bothrops insularis (jararaca ilhoa) snake venom. Toxicon 2003; 42(5):515-523.

(206)   Barden J, Edwards JE, McQuay HJ, Moore RA. Single-dose rofecoxib for acute postoperative pain in adults: a quantitative systematic review. BMC Anesthesiol 2002; 2(1):4.

(207)   Barden J, Edwards JE, McQuay HJ, Moore RA. Single-dose rofecoxib for acute postoperative pain in adults: a quantitative systematic review. BMC Anesthesiol 2002; 2(4):1-6.

(208)   Barden J, Edwards J, Moore RA, McQuay HJ. Single dose oral rofecoxib for postoperative pain. Cochrane Database Syst Rev 2005;(1):CD004604.

(209)   Barden J, Derry S, McQuay HJ, Moore RA. Bias from industry trial funding? A framework, a suggested approach, and a negative result. Pain 2006; 121(3):207-218.

(210)   Bardou M, Barkun AN, Ghosn J, Hudson M, Rahme E. The cyclooxygenase-2 inhibitors rofecoxib and celecoxib protect against esophageal carcinoma. Fundam Clin Pharmacol 2004; 18:246-#P-188.

(211)   Barkin J. The relation between Helicobacter pylori and nonsteroidal anti-inflammatory drugs. Am J Med 1998; 105(5A):22S-27S.

(212)   Barnard K. Viewpoint: an explanation for the cardiovascular effects of bevacizumab and rofecoxib? Circulation 2006; 114(19):f173-f175.

(213)   Barnard L, Lavoie D, Lajeunesse N. Increase in nonfatal digestive perforations and haemorrhages following introduction of selective NSAIDs: a public health concern. Drug Saf 2006; 29(7):613-620.

(214)   Baron JA, Sandler RS, Bresalier RS et al. A randomized trial of rofecoxib for the chemoprevention of colorectal adenomas. Gastroenterology 2006; 131(6):1674-1682.

KS-000864

(215) Barrett-Connor E, Mosca L, Collins P et al. Effects of raloxifene on cardiovascular events and breast cancer in postmenopausal women. N Engl J Med 2006; 355(2):125-137.

(216) Barrington MJ, Olive D, Low K, Scott DA, Brittain J, Choong P. Continuous femoral nerve blockade or epidural analgesia after total knee replacement: a prospective controlled trial. Anesth Analg 2005; 101(6):1824-1829.

(217) Barry OP, Pratico D, Lawson JA, FitzGerald GA. Transcellular activation of platelets and endothelial cells by bioactive lipids in platelet microparticles. J Clin Invest 1997; 99(9):2118-2127.

(218) Barry OP, Kazanietz MG, Pratico D, FitzGerald GA. Arachidonic acid in platelet microparticles up-regulates cyclooxygenase-2-dependent prostaglandin formation via a protein kinase C/mitogen-activated protein kinase-dependent pathway. J Biol Chem 1999; 274(11):7545-7556.

(219) Barthel T, Baumann B, Noth U, Eulert J. Prophylaxis of heterotopic ossification after total hip arthroplasty: a prospective randomized study comparing indomethacin and meloxicam. Acta Orthop Scand 2002; 73(6):611-614.

(220) Barton GR, Avery AJ, Whynes DK. Accounting for the increase in NSAID expenditure: substitution or leakage? Cost Eff Resour Alloc 2006; 4:9.

(221) Basler JW, Piazza GA. Nonsteroidal anti-inflammatory drugs and cyclooxygenase-2 selective inhibitors for prostate cancer chemoprevention. J Urol 2004; 171(2 Pt 2):S59-S62.

(222) Bassett K, Wright JM, Puil L, Perry TL, Jr., Heran B, Cole B. Cyclooxygenase-2 inhibitor update. Can Fam Physician 2002; 48:1455-1460.

(223) Bates DE, Lemaire JB. Possible celecoxib-induced gastroduodenal ulceration. Ann Pharmacother 2001; 35(6):782-783.

(224) Battistella M, Mamdami MM, Juurlink DN, Rabeneck L, Laupacis A. Risk of upper gastrointestinal hemorrhage in warfarin users treated with nonselective NSAIDs or COX-2 inhibitors. Arch Intern Med 2005; 165(2):189-192.

(225) Battisti WP, Katz NP, Weaver AL et al. Pain management in osteoarthritis: a focus on onset of efficacy--a comparison of rofecoxib, celecoxib, acetaminophen, and nabumetone across four clinical trials. J Pain 2004; 5(9):511-520.

(226) Baughman RA, Kapoor SC, Agarwal RK, Kisicki J, Catella-Lawson F, FitzGerald GA. Oral delivery of anticoagulant doses of heparin. A randomized, double-blind, controlled study in humans. Circulation 1998; 98(16):1610-1615.

(227) Baumgartner HK, Starodub OT, Joehl JS, Tackett L, Montrose MH. Cyclooxygenase 1 is required for pH control at the mouse gastric surface. Gut 2004; 53(12):1751-1757.

(228) Bavbek S, Celik G, Ozer F, Mungan D, Mysyrlygil Z. Safety of selective COX-2 inhibitors in aspirin/nonsteroidal anti-inflammatory drugs-intolerant patients:  comparison of nimesulide, meloxicam and rofecoxib [ABSTRACT 850]. Allergy 2002; 57(73 Suppl.):263.

(229) Bavbek S, Celik G, Ozer F, Mungan D, Misirligil Z. Safety of selective COX-2 inhibitors in aspirin/nonsteroidal anti-inflammatory drug-intolerant patients: comparison of nimesulide, meloxicam, and rofecoxib. J Asthma 2004; 41(1):67-75.

(230) Bavbek S, Celik G, Pasaoglu G, Misirligil Z. Rofecoxib, as a safe alternative for acetyl salicylic acid/nonsteroidal anti-inflammatory drug-intolerant patients. J Investig Allergol Clin Immunol 2006; 16(1):57-62.

(231) Bayly CI, Black WC, Leger S, Ouimet N, Ouellet M, Percival MD. Structure-based design of COX-2 selectivity into flurbiprofen. Bioorg Med Chem Lett 1999; 9(3):307-312.

(232) Bazerman MH, Chugh D. Decisions without blinders. Harv Bus Rev 2006; 84(1):88-97, 133.

(233) bdel-Halim MS, Lunden I, Cseh G, Anggard E. Prostaglandin profiles in nervous tissue and blood vessels of the brain of various animals. Prostaglandins 1980; 19(2):249-258.

(234) bdel-Salam OM, Baiuomy AR, Arbid MS. Studies on the anti-inflammatory effect of fluoxetine in the rat. Pharmacol Res 2004; 49(2):119-131.

**KS-000865**

(235) bdel-Salam OM, Baluomy AR, El-Batran S, Arbid MS. Evaluation of the anti-inflammatory, antinociceptive and gastric effects of Ginkgo biloba in the rat. Pharmacol Res 2004; 49(2):133-142.

(236) bdel-Salam OM, El-Batran S. Pharmacological investigation of trimetazidine in models of inflammation, pain and gastric injury in rodents. Pharmacology 2005; 75(3):122-132.

(237) Bea F, Blessing E, Bennett BJ et al. Chronic inhibition of cyclooxygenase-2 does not alter plaque composition in a mouse model of advanced unstable atherosclerosis. Cardiovasc Res 2003; 60(1):198-204.

(238) Beardsley S. Avoiding another Vioxx. Sci Am 2005; 292(2):16, 18.

(239) Beata RN, Wojciech F, Stanislaw S, Ryszard M. The influence of anti-inflammatory drugs on the proliferation of fibroblast derived from nasal polyps. Auris Nasus Larynx 2005; 32(3):225-229.

(240) Becerra CR, Frenkel EP, Ashfaq R, Gaynor RB. Increased toxicity and lack of efficacy of Rofecoxib in combination with chemotherapy for treatment of metastatic colorectal cancer: A phase II study. Int J Cancer 2003; 105(6):868-872.

(241) Becker C. Drug pullout. Massive recall of Vioxx poses logistical problems. Mod Healthc 2004; 34(42):17.

(242) Becker JC, Domschke W, Pohle T. Current approaches to prevent NSAID-induced gastropathy--COX selectivity and beyond. Br J Clin Pharmacol 2004; 58(6):587-600.

(243) Becker RV, Burke TA, McCoy MA, Trotter JP. A model analysis of costs of blood pressure destabilization and edema associated with rofecoxib and celecoxib among older patients with osteoarthritis and hypertension in a Medicare Choice population. Clin Ther 2003; 25(2):647-662.

(244) Beejay U, Wolfe MM. Cyclooxygenase 2 selective inhibitors: panacea or flash in the pan? Gastroenterology 1999; 117(4):1002-1005.

(245) Behan K, Cutts C, Tett SE. Uptake of new drugs in rural and urban areas of Queensland, Australia: the example of COX-2 inhibitors. Eur J Clin Pharmacol 2005; 61(1):55-58.

(246) Behar S, Halabi M, Reicher-Reiss H et al. Circadian variation and possible external triggers of onset of myocardial infarction. SPRINT Study Group. Am J Med 1993; 94(4):395-400.

(247) Behr ER, Casey A, Sheppard M et al. Sudden arrhythmic death syndrome: a national survey of sudden unexplained cardiac death. Heart 2007; 93(5):601-605.

(248) Bekker A, Cooper PR, Frempong-Boadu A, Babu R, Errico T, Lebovits A. Evaluation of preoperative administration of the cyclooxygenase-2 inhibitor rofecoxib for the treatment of postoperative pain after lumbar disc surgery. Neurosurgery 2002; 50(5):1053-1057.

(249) Bell AD, Huang S, Chiu JF et al. Safer NSAID therapy: a review of literature on platelet effect from human studies on celecoxib, rofecoxib and meloxicam. Ann Rheum Dis 2002; 61(1 Suppl.):8.

(250) Bell AD, Huang S, Chiu JF et al. Safer NSAID therapy: a review of the literature on GI safety from randomized controlled trials. Ann Rheum Dis 2002; 61(1 Suppl.):9.

(251) Bell GM, Schnitzer TJ. Cox-2 inhibitors and other nonsteroidal anti-inflammatory drugs in the treatment of pain in the elderly. Clin Geriatr Med 2001; 17(3):489-502, vi.

(252) Bellamy N, Boers M, Felson D et al. Health status instruments / utilities. J Rheumatol 1995; 22(6):1203-1207.

(253) Beller GA. Lessons to be learned from the Vioxx debacle. J Nucl Cardiol 2005; 12(1):1-2.

(254) Bellini P, Locatelli A, Vergani P, Kirn V, Doria V, Ghidini A. Can a cyclo-oxygenase type-2 selective tocolytic agent avoid the fetal side effects of indomethacin? Am J Obstet Gynecol 2000; 182(1 Pt. 2):S60.

(255) Belmonte-Serrano MA, Bloch DA, Lane NE, Michel BE, Fries JF. The relationship between spinal and peripheral osteoarthritis and bone density measurements. J Rheumatol 1993; 20(6):1005-1013.

KS-000866

(256) Belton O, Byrne D, Kearney D, Leahy A, Fitzgerald DJ. Cyclooxygenase-1 and -2-dependent prostacyclin formation in patients with atherosclerosis. Circulation 2000; 102(8):840-845.

(257) Belton O, Fitzgerald D. Cyclooxygenase-2 inhibitors and atherosclerosis. J Am Coll Cardiol 2003; 41(10):1820-1822.

(258) Belton OA, Duffy A, Toomey S, Fitzgerald DJ. Cyclooxygenase isoforms and platelet vessel wall interactions in the apolipoprotein E knockout mouse model of atherosclerosis. Circulation 2003; 108(24):3017-3023.

(259) Benamouzig R, Uzzan B, Little J, Chaussade S. Low dose aspirin, COX-inhibition and chemoprevention of colorectal cancer. Curr Top Med Chem 2005; 5(5):493-503.

(260) Benko LB. Drug lawsuits building. Merck, Pfizer facing charges of misrepresentation. Mod Healthc 2006; 36(15):16.

(261) Bennett A, Tavares IA. COX-2 inhibitors compared and contrasted. Expert Opin Pharmacother 2001; 2(11):1859-1876.

(262) Bennett JS, Catella-Lawson F, Rut AR et al. Effect of the PI(A2) alloantigen on the function of beta(3)-integrins in platelets. Blood 2001; 97(10):3093-3099.

(263) Bennett JS, Daugherty A, Herrington D, Greenland P, Roberts H, Taubert KA. The use of nonsteroidal anti-inflammatory drugs (NSAIDs): a science advisory from the American Heart Association. Circulation 2005; 111(13):1713-1716.

(264) Bennett K, Teeling M, Feely J. Factors influencing switching from non-selective to selective non-steroidal anti-inflammatory drugs (NSAIDs). Br J Clin Pharmacol 2003; 55(4):448.

(265) Bennett K, Teeling M, Feely J. "Selective" switching from non-selective to selective non-steroidal anti-inflammatory drugs. Eur J Clin Pharmacol 2003; 59(8-9):645-649.

(266) Bennett WM, Henrich WL, Stoff JS. The renal effects of nonsteroidal anti-inflammatory drugs: summary and recommendations. Am J Kidney Dis 1996; 28(1 Suppl 1):S56-S62.

(267) Bent S, Kane C, Shinohara K et al. Saw palmetto for benign prostatic hyperplasia. N Engl J Med 2006; 354(6):557-566.

(268) Berenbaum F, Jacques C, Thomas G, Corvol MT, Bereziat G, Masliah J. Synergistic effect of interleukin-1 beta and tumor necrosis factor alpha on PGE2 production by articular chondrocytes does not involve PLA2 stimulation. Exp Cell Res 1996; 222(2):379-384.

(269) Berenbaum F. VIOXX and cardiovascular events: a class effect? Joint Bone Spine 2005; 72(1):1-3.

(270) Berenbaum F, Grifka J, Brown JP et al. Efficacy of lumiracoxib in osteoarthritis: a review of nine studies. J Int Med Res 2005; 33(1):21-41.

(271) Berges-Gimeno MP, Camacho-Garrido E, Garcia-Rodriguez RM, Alfaya T, Martin GC, Hinojosa M. Rofecoxib safe in NSAID hypersensitivity. Allergy 2001; 56(10):1017-1018.

(272) Berges-Gimeno MP, Camacno Garrido E, Garcia-Rodriguez RM et al. Rofecoxib, a selective high affinity cox-2 inhibitor has proved to be safe in urticaria1 angioedema associated with NSAIDs intolerance [ABSTRACT 143]. Allergy 2001; 56(68 Suppl.):49.

(273) BERGSTROEM S, DANIELSSON H, SAMUELSSON B. THE ENZYMATIC FORMATION OF PROSTAGLANDIN E2 FROM ARACHIDONIC ACID PROSTAGLANDINS AND RELATED FACTORS 32. Biochim Biophys Acta 1964; 90:207-210.

(274) BERGSTROM S, SAMUELSSON B. Isolation of prostaglandin E1 from human seminal plasma. Prostaglandins and related factors. 11. J Biol Chem 1962; 237(9):3005-3006.

(275) Bernasconi P, Massera E. Evaluation of a new pharmaceutical form of nimesulide for the treatment of influenza. Drugs Exp Clin Res 1985; 11(10):739-743.

(276) Bernatsky S, Hudson M, Suissa S. Anti-rheumatic drug use and risk of hospitalization for congestive heart failure in rheumatoid arthritis. Rheumatology (Oxford) 2005; 44(5):677-680.

KS-000867

(277) Berndt G, Grosser N, Hoogstraate J, Schroder H. AZD3582 increases heme oxygenase-1 expression and antioxidant activity in vascular endothelial and gastric mucosal cells. Eur J Pharm Sci 2005; 25(2-3):229-235.

(278) Berry MA, Hargadon B, Shelley M et al. Evidence of a role of tumor necrosis factor alpha in refractory asthma. N Engl J Med 2006; 354(7):697-708.

(279) Bertagnolli MM, Eagle CJ, Zauber AG et al. Celecoxib for the prevention of sporadic colorectal adenomas. N Engl J Med 2006; 355(9):873-884.

(280) Berti F, Rossoni G, Magni F et al. Nonsteroidal antiinflammatory drugs aggravate acute myocardial ischemia in the perfused rabbit heart: a role for prostacyclin. J Cardiovasc Pharmacol 1988; 12(4):438-444.

(281) Bertino JS, Jr., Owens RC, Jr., Carnes TD, Iannini PB. Gatifloxacin-associated corrected QT interval prolongation, torsades de pointes, and ventricular fibrillation in patients with known risk factors. Clin Infect Dis 2002; 34(6):861-863.

(282) Bevis PJ, Bird HA, Lapham G. An open study to assess the safety and tolerability of meloxicam 15 mg in subjects with rheumatic disease and mild renal impairment. Br J Rheumatol 1996; 35 Suppl 1:56-60.

(283) Bhala N. Enoxaparin in elective percutaneous coronary intervention. N Engl J Med 2006; 355(26):2788-1.

(284) Bhana N, McClellan KJ. Indobufen: an updated review of its use in the management of atherothrombosis. Drugs Aging 2001; 18(5):369-388.

(285) Bhandari M. Does perioperative oral rofecoxib therapy improve functional recovery after knee replacement surgery? CMAJ 2004; 170(10):1540.

(286) Bhat AS, Tandan SK, Kumar D, Krishna V, Prakash VR. Interaction between inhibitors of inducible nitric oxide synthase and cyclooxygenase in Brewer's yeast induced pyrexia in mice: an isobolographic study. Eur J Pharmacol 2005; 511(2-3):137-142.

(287) Bhat AS, Tandan SK, Kumar D, Krishna V, Prakash VR. Interaction between inhibitors of inducible nitric oxide synthase and cyclooxygenase in adjuvant-induced arthritis in female albino rats: an isobolographic study. Eur J Pharmacol 2007; 556(1-3):190-199.

(288) Bhatt DL, Fox KA, Hacke W et al. Clopidogrel and aspirin versus aspirin alone for the prevention of atherothrombotic events. N Engl J Med 2006; 354(16):1706-1717.

(289) Bianchi M, Broggini M. A randomized, double-blind, clinical trial comparing the efficacy of nimesulide, celecoxib and rofecoxib in osteoarthritis of the knee. Drugs 2003; 63 Suppl 1:37-46.

(290) Biancone L, Tosti C, De NF, Fantini M, Pallone F. Selective cyclooxygenase-2 inhibitors and relapse of inflammatory bowel disease. Gastroenterology 2003; 125(2):637-638.

(291) Biancone L, Tosti C, Geremia A et al. Rofecoxib and early relapse of inflammatory bowel disease: an open-label trial. Aliment Pharmacol Ther 2004; 19(7):755-764.

(292) Bierma-Zeinstra SM, Bohnen AM, Berger MY, Thomas S. Rofecoxib vs celecoxib vs acetaminophen for treatment of osteoarthritis. JAMA 2002; 287(14):1799-1800.

(293) Bigal ME, Tepper SJ, Sheftell FD, Rapoport AM. Hemicrania continua: a report of ten new cases. Arq Neuropsiquiatr 2002; 60(3-B):695-698.

(294) Bilinska M, Rudnicki S, Beresewicz A. Delayed attenuation of myocardial ischemia with repeated exercise in subjects with stable angina: a possible model for the second window of protection? Basic Res Cardiol 2000; 95(5):418-423.

(295) Bing RJ, Lomnicka M. Why do cyclo-oxygenase-2 inhibitors cause cardiovascular events? J Am Coll Cardiol 2002; 39(3):521-522.

(296) Bing RJ. Cyclooxygenase-2 inhibitors: is there an association with coronary or renal events? Curr Atheroscler Rep 2003; 5(2):114-117.

**KS-000868**

(297) Bingham CO, III. Development and clinical application of COX-2-selective inhibitors for the treatment of osteoarthritis and rheumatoid arthritis. Cleve Clin J Med 2002; 69 Suppl 1:SI5-12.

(298) Bingham S, Beswick PJ, Bountra C et al. The cyclooxygenase-2 inhibitor GW406381X [2-(4-ethoxyphenyl)-3-[4-(methylsulfonyl)phenyl]-pyrazolo[1,5-b]pyridazine ] is effective in animal models of neuropathic pain and central sensitization. J Pharmacol Exp Ther 2005; 312(3):1161-1169.

(299) Bircher AJ. Drug-induced urticaria and angioedema caused by non-IgE mediated pathomechanisms. Eur J Dermatol 1999; 9(8):657-663.

(300) Bird HA. When are NSAIDs appropriate in osteoarthritis? Drugs Aging 1998; 12(2):87-95.

(301) Birkmeyer NJ, Weinstein JN, Tosteson AN et al. Design of the Spine Patient outcomes Research Trial (SPORT). Spine 2002; 27(12):1361-1372.

(302) Bisgaard H, Hermansen MN, Loland L, Halkjaer LB, Buchvald F. Intermittent inhaled corticosteroids in infants with episodic wheezing. N Engl J Med 2006; 354(19):1998-2005.

(303) Bishnoi M, Patil CS, Kumar A, Kulkarni SK. Co-administration of acetyl-11-keto-beta-boswellic acid, a specific 5-lipoxygenase inhibitor, potentiates the protective effect of COX-2 inhibitors in kainic acid-induced neurotoxicity in mice. Pharmacology 2007; 79(1):34-41.

(304) Bishop-Bailey D, Pepper JR, Haddad EB, Newton R, Larkin SW, Mitchell JA. Induction of cyclooxygenase-2 in human saphenous vein and internal mammary artery. Arterioscler Thromb Vasc Biol 1997; 17(9):1644-1648.

(305) Bishop-Bailey D, Pepper JR, Larkin SW, Mitchell JA. Differential induction of cyclooxygenase-2 in human arterial and venous smooth muscle: role of endogenous prostanoids. Arterioscler Thromb Vasc Biol 1998; 18(10):1655-1661.

(306) Bishop-Bailey D, Burke-Gaffney A, Hellewell PG, Pepper JR, Mitchell JA. Cyclo-oxygenase-2 regulates inducible ICAM-1 and VCAM-1 expression in human vascular smooth muscle cells. Biochem Biophys Res Commun 1998; 249(1):44-47.

(307) Bishop-Bailey D, Mitchell JA, Warner TD. COX-2 in cardiovascular disease. Arterioscler Thromb Vasc Biol 2006; 26(5):956-958.

(308) Bitner M, Kattenhorn J, Hatfield C, Gao J, Kellstein D. Efficacy and tolerability of lumiracoxib in the treatment of primary dysmenorrhoea. Int J Clin Pract 2004; 58(4):340-345.

(309) Bjarnason I, Sigthorsson G, Crane R et al. COX-2 specific inhibition with MK-0966 25 or 50 mg q.d. does not increase intestinal permeability:  a controlled study with placebo (PBO) and indomethacin 50 mg t.i.d. (INDO) [ABSTRACT 245]. Am J Gastroenterol 1998; 93(9):1670.

(310) Bjarnason I, Thjodleifsson B. Gastrointestinal toxicity of non-steroidal anti-inflammatory drugs: the effect of nimesulide compared with naproxen on the human gastrointestinal tract. Rheumatology (Oxford) 1999; 38 Suppl 1:24-32.

(311) Bjarnason I, Rainsford KD. COX-2 inhibitors and the gastrointestinal tract. Gut 2001; 48(4):451.

(312) Bjorkman D. Nonsteroidal anti-inflammatory drug-associated toxicity of the liver, lower gastrointestinal tract, and esophagus. Am J Med 1998; 105(5A):17S-21S.

(313) Bjorkman DJ. Coxibs, Colorectal Cancer, and Cardiac Risk. J Watch Gastroenterol 2007.

(314) Black SC, Brideau C, Cirino M et al. Differential effect of a selective cyclooxygenase-2 inhibitor versus indomethacin on renal blood flow in conscious volume-depleted dogs. J Cardiovasc Pharmacol 1998; 32(5):686-694.

(315) Blaicher AM, Landsteiner HT, Zwerina J, Leitgeb U, Volf I, Hoerauf K. Effect of non-selective, non-steroidal anti-inflammatory drugs and cyclo-oxygenase-2 selective inhibitors on the PFA-100 closure time. Anaesthesia 2004; 59(11):1100-1103.

(316) Blaicher AM, Landsteiner HT, Al-Falaki O et al. Acetylsalicylic acid, diclofenac, and lornoxicam, but not rofecoxib, affect platelet CD 62 expression. Anesth Analg 2004; 98(4):1082-5, table.

(317) Blaivas JG. Crossing the line: part 2. Neurourol Urodyn 2005; 24(1):1.

KS-000869

(318) Blake DR, Shenker N, Cohen H, Stevens CR. What if Derek Willoughby were right? Cyclo-oxygenase is an anti-inflammatory enzyme. Inflammopharmacology 2005; 12(5-6):465-471.

(319) Blanco A, Habib A, Levy-Toledano S, Maclouf J. Involvement of tyrosine kinases in the induction of cyclo-oxygenase-2 in human endothelial cells. Biochem J 1995; 312 ( Pt 2):419-423.

(320) Blanco FJ, Guitian R, Moreno J et al. NSAIDs effect in COX-1 and COX-2 activity on human articular chondrocytes. Arthritis Rheum 1997; 40(9 Suppl.):S88.

(321) Block SH. Chronic sinusitis with rofecoxib. J Allergy Clin Immunol 2002; 109(2):373-374.

(322) Bloice C. Why is this woman smiling? The hard sell of bad medicine. Revolution 2005; 6(1):22-29.

(323) Boehncke WH, Kaufmann R, Zollner TM. Tolerance to the selective cyclooxygenase-2 inhibitor rofecoxib in patients intolerant to non-steroidal antiphlogistics [ABSTRACT 705]. Allergy 2001; 56(68 Suppl.):222.

(324) Boehncke WH, Ludwig RJ, Zollner TM, Ochsendorf F, Kaufmann R, Gibbs BF. The selective cyclooxygenase-2 inhibitor rofecoxib may improve the treatment of chronic idiopathic urticaria. Br J Dermatol 2003; 148(3):604-606.

(325) Boers M. NSAIDS and selective COX-2 inhibitors: competition between gastroprotection and cardioprotection. Lancet 2001; 357(9264):1222-1223.

(326) Boers M. Seminal pharmaceutical trials: maintaining masking in analysis. Lancet 2002; 360(9327):100-101.

(327) Boers M. Are coxibs more effective than traditional NSAIDs? [ABSTRACT SP0046]. Ann Rheum Dis 2003; 62(1 Suppl.):Abst SP0046.

(328) Boers M. Discontinuation of Vioxx. Lancet 2005; 365(9453):25-26.

(329) Boes CJ, Matharu MS, Goadsby PJ. The paroxysmal hemicrania-tic syndrome. Cephalalgia 2003; 23(1):24-28.

(330) Bogaty P, Brophy JM, Noel M et al. Impact of prolonged cyclooxygenase-2 inhibition on inflammatory markers and endothelial function in patients with ischemic heart disease and raised C-reactive protein: a randomized placebo-controlled study. Circulation 2004; 110(8):934-939.

(331) Bolego C, Buccellati C, Radaelli T et al. eNOS, COX-2, and prostacyclin production are impaired in endothelial cells from diabetics. Biochem Biophys Res Commun 2006; 339(1):188-190.

(332) Bolli R, Goldstein RE, Davenport N, Epstein SE. Influence of sulfinpyrazone and naproxen on infarct size in the dog. Am J Cardiol 1981; 47(4):841-847.

(333) Bolli R. The late phase of preconditioning. Circ Res 2000; 87(11):972-983.

(334) Bolognese JA, Ehrich EW, Schnitzer TJ. Precision of composite measures of osteoarthritis efficacy in comparison to that of individual endpoints. J Rheumatol 2001; 28(12):2700-2704.

(335) Bolognese JA, Schnitzer TJ, Ehrich EW. Response relationship of VAS and Likert scales in osteoarthritis efficacy measurement. Osteoarthritis Cartilage 2003; 11(7):499-507.

(336) Bolten WW, Reiter S. [Cardiovascular risks of Cox-2-antagonists. Opinion on the marketed name rofecoxib, and its market-withdrawn valdecoxib and the actual therapeutic restrictions]. Z Rheumatol 2005; 64(4):286-289.

(337) Bombardier C, Laine L, Hochberg M, Day R, Shapiro D, Reicin A. Influence of corticosteroids, RA severity and other risk factors on clinical GI events in patients with rheumatoid arthritis in a double-blind outcome study of rofecoxib vs. naproxen [POSTER 151]. Ann Rheum Dis 2000; 59(1 Suppl.):101.

(338) Bombardier C, Laine L, Reicin A et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. VIGOR Study Group. N Engl J Med 2000; 343(21):1520-8, 2.

(339) Bombardier C, Lane L, Reicin A, Watson D, Ramey DR, Regan P. Fewer gastrointestinal protective agents, procedures, and hospitalizations with rofecoxib vs. naproxen in the VIGOR (VIOXX GI Outcomes Research) study. Arthritis Rheum 2000; 43(9 Suppl.):S225.

KSU000870

(340) Bombardier C, Hockberg M, Laine L, Ramey DR, Reicin A, Watson DJ. Relationship of disease duration to patient characteristics and disease management of rheumatoid arthritis at baseline in the VIGOR (VIOXX GI Outcome Research) study. Arthritis Rheum 2001; 44(9 Suppl.):S184.

(341) Bombardier C, Hochberg M, Laine L, Ramey DR, Reicin A, Watson DJ. Regional variation in baseline patient characteristics and disease management of rheumatoid arthritis patients in the VIGOR (VIOXX GI Outcomes Research) study [ABSTACT SAT0255]. Ann Rheum Dis 2001; 60(1 Suppl.):CD Abstract SAT0255.

(342) Bombardier C, Laine L, Carides GW et al. Less healthcare resource utilization for perforations, ulcers and bleeds with rofecoxib vs. naproxen in the VIGOR (VIOXX GI Outcomes Research) study [ABSTRACT OP0137]. Ann Rheum Dis 2001; 60(1 Suppl.):CD Abstract OP0137.

(343) Bombardier C, Hochberg M, Laine L, Ramey DR, Reicin A, Watson DJ. Patient characteristics and disease management of rheumatoid arthritis at baseline in the VIGOR (VIOXX GI Outcomes Research) study:  effects of disease duration [ABSTRACT SAT0254]. Ann Rheum Dis 2001; 60(1 Suppl.):CD ABSTRACT SAT0254.

(344) Bombardier C, Laine L, Reicin AS, Shapiro DR, Sperling RS. Risk factors for clinically important upper GI events:  the VIGOR study [ABSTRACT FRI0035]. Ann Rheum Dis 2001; 60(1 Suppl.):CD Abstract FRI0035.

(345) Bombardier C, Laine L, Carides G et al. Healthcare resource utilization for perforations, ulcers and bleeds in the VIGOR (VIOXX GI Outcomes Research) study. Arthritis Rheum 2001; 44(9 Suppl.):S318.

(346) Bombardier C. An evidence-based evaluation of the gastrointestinal safety of coxibs. Am J Cardiol 2002; 89(6A):3D-9D.

(347) Bombardier C, Laine L, Burgos-Vargas R et al. Response to expression of concern regarding VIGOR study. N Engl J Med 2006; 354(11):1196-1199.

(348) Bonnel RA, Villalba ML, Karwoski CB, Beitz J. Aseptic meningitis associated with rofecoxib. Arch Intern Med 2002; 162(6):713-715.

(349) Bonner GF. Exacerbation of inflammatory bowel disease associated with use of celecoxib. Am J Gastroenterol 2001; 96(4):1306-1308.

(350) Bonner GF. Using COX-2 inhibitors in IBD: anti-inflammatories inflame a controversy. Am J Gastroenterol 2002; 97(4):783-785.

(351) Bonner JA, Harari PM, Giralt J et al. Radiotherapy plus cetuximab for squamous-cell carcinoma of the head and neck. N Engl J Med 2006; 354(6):567-578.

(352) Borer JS, Simon LS. Cardiovascular and gastrointestinal effects of COX-2 inhibitors and NSAIDs: achieving a balance. Arthritis Res Ther 2005; 7 Suppl 4:S14-S22.

(353) Borgdorff P, Tangelder GJ, Paulus WJ. Cyclooxygenase-2 inhibitors enhance shear stress-induced platelet aggregation. J Am Coll Cardiol 2006; 48(4):817-823.

(354) Bosch HC, Sigmund R, Hettich M. Efficacy and tolerability of intramuscular and oral meloxicam in patients with acute lumbago: a comparison with intramuscular and oral piroxicam. Curr Med Res Opin 1997; 14(1):29-38.

(355) Bosch X. Spanish editor sued over rofecoxib allegations. Lancet 2004; 363(9405):298.

(356) Botting RM. Inhibitors of cyclooxygenases: mechanisms, selectivity and uses. J Physiol Pharmacol 2006; 57 Suppl 5:113-124.

(357) Bottner F, Roedl R, Wortler K, Grethen C, Winkelmann W, Lindner N. Cyclooxygenase-2 inhibitor for pain management in osteoid osteoma. Clin Orthop Relat Res 2001;(393):258-263.

(358) Bouchard JF, Lamontagne D. Mechanisms of protection afforded by cyclooxygenase inhibitors to endothelial function against ischemic injury in rat isolated hearts. J Cardiovasc Pharmacol 1999; 34(5):755-763.

(359) Bouee S, Charlemagne A, Fagnani F et al. Changes in osteoarthritis management by general practitioners in the COX2-inhibitor era-concomitant gastroprotective therapy. Joint Bone Spine 2004; 71(3):214-220.

KS-000871

(360)   Bouras EP, Burton DD, Camilleri M, Stephens DA, Thomforde GM. Effect of cyclooxygenase-2 inhibitors on gastric emptying and small intestinal transit in humans. Neurogastroenterol Motil 2004; 16(6):729-735.

(361)   Bove SE, Calcaterra SL, Brooker RM et al. Weight bearing as a measure of disease progression and efficacy of anti-inflammatory compounds in a model of monosodium iodoacetate-induced osteoarthritis. Osteoarthritis Cartilage 2003; 11(11):821-830.

(362)   Bove SE, Laemont KD, Brooker RM et al. Surgically induced osteoarthritis in the rat results in the development of both osteoarthritis-like joint pain and secondary hyperalgesia. Osteoarthritis Cartilage 2006; 14(10):1041-1048.

(363)   Boyce S, Chan CC, Gordon R et al. L-745,337: a selective inhibitor of cyclooxygenase-2 elicits antinociception but not gastric ulceration in rats. Neuropharmacology 1994; 33(12):1609-1611.

(364)   Bracco P, Debernardi C, Coscia D, Pasqualini D, Pasqualicchio F, Calabrese N. Efficacy of rofecoxib and nimesulide in controlling postextraction pain in oral surgery: a randomised comparative study. Curr Med Res Opin 2004; 20(1):107-112.

(365)   Brachfeld J. "Defensive Medicine" and malpractice suits. Arch Intern Med 2002; 162(22):2631.

(366)   Bradford CD, Cotter JD, Thorburn MS, Walker RJ, Gerrard DF. Exercise can be pyrogenic in humans. Am J Physiol Regul Integr Comp Physiol 2007; 292(1):R143-R149.

(367)   Bradford WD, Kleit AN, Nietert PJ, Steyer T, McIlwain T, Ornstein S. How direct-to-consumer television advertising for osteoarthritis drugs affects physicians' prescribing behavior. Health Aff (Millwood ) 2006; 25(5):1371-1377.

(368)   Bradley CP. Review: risk for cardiovascular events is increased with rofecoxib, diclofenac, and indomethacin but not celecoxib. ACP J Club 2007; 146(1):24.

(369)   Bradley JD, Brandt KD, Katz BP, Kalasinski LA, Ryan SI. Comparison of an antiinflammatory dose of ibuprofen, an analgesic dose of ibuprofen, and acetaminophen in the treatment of patients with osteoarthritis of the knee. N Engl J Med 1991; 325(2):87-91.

(370)   Bradley JD. Celecoxib and rofecoxib: a distinction with a difference? J Clin Rheumatol 2001; 7(3):137-138.

(371)   Bragadottir G, Onundarson PT. Factor-sparing use of the COX-2 inhibitor rofecoxib in haemophilic arthropathy. Haemophilia 2002; 8(6):832-833.

(372)   Brands MW, Hailman AE, Fitzgerald SM. Long-term glucose infusion increases arterial pressure in dogs with cyclooxygenase-2 inhibition. Hypertension 2001; 37(2 Part 2):733-738.

(373)   Brandt KD. Key questions concerning paracetamol and NSAIDs for OA. Ann Rheum Dis 2003; 62(3):287.

(374)   Brannon TS, North AJ, Wells LB, Shaul PW. Prostacyclin synthesis in ovine pulmonary artery is developmentally regulated by changes in cyclooxygenase-1 gene expression. J Clin Invest 1994; 93(5):2230-2235.

(375)   Brash AR, Jackson EK, Saggese CA, Lawson JA, Oates JA, FitzGerald GA. Metabolic disposition of prostacyclin in humans. J Pharmacol Exp Ther 1983; 226(1):78-87.

(376)   Brash AR. Arachidonic acid as a bioactive molecule. J Clin Invest 2001; 107(11):1339-1345.

(377)   Brater DC. Effects of nonsteroidal anti-inflammatory drugs on renal function: focus on cyclooxygenase-2-selective inhibition. Am J Med 1999; 107(6A):65S-70S.

(378)   Brater DC, Harris C, Redfern JS, Gertz BJ. Renal effects of COX-2-selective inhibitors. Am J Nephrol 2001; 21(1):1-15.

(379)   Brater DC. Anti-inflammatory agents and renal function. Semin Arthritis Rheum 2002; 32(3 Suppl 1):33-42.

(380)   Brater DC. Renal effects of cyclooxygyenase-2-selective inhibitors. J Pain Symptom Manage 2002; 23(4 Suppl):S15-S20.

(381)   Braunstein N, Polis A. Report of specific cardiovascular outcomes of the ADVANTAGE trial. Ann Intern Med 2005; 143(2):158-159.

KS-000872

(382)  Breckenridge A, Woods K, Raine J. Monitoring the safety of licensed medicines. Nat Rev Drug Discov 2005; 4(7):541-543.

(383)  Breder CD, Saper CB. Expression of inducible cyclooxygenase mRNA in the mouse brain after systemic administration of bacterial lipopolysaccharide. Brain Res 1996; 713(1-2):64-69.

(384)  Brennan TA, Rothman DJ, Blank L et al. Health industry practices that create conflicts of interest: a policy proposal for academic medical centers. JAMA 2006; 295(4):429-433.

(385)  Bresalier RS, Friedewald VE, Jr., Rakel RE, Roberts WC, Williams GW. The Editor's roundtable: cyclooxygenase-2 inhibitors and cardiovascular risk. Am J Cardiol 2005; 96(11):1589-1604.

(386)  Bresalier RS, Sandler RS, Quan H et al. Cardiovascular events associated with rofecoxib in a colorectal adenoma chemoprevention trial. N Engl J Med 2005; 352(11):1092-1102.

(387)  Brewer T, Colditz GA. Postmarketing surveillance and adverse drug reactions: current perspectives and future needs. JAMA 1999; 281(9):824-829.

(388)  Breyer MD, Hao C, Qi Z. Cyclooxygenase-2 selective inhibitors and the kidney. Curr Opin Crit Care 2001; 7(6):393-400.

(389)  Breyer MD. Getting to the heart of COX-2 inhibition. Cell Metab 2005; 2(3):149-150.

(390)  Brian JE, Jr., Faraci FM, Moore SA. COX-2-dependent delayed dilatation of cerebral arterioles in response to bradykinin. Am J Physiol Heart Circ Physiol 2001; 280(5):H2023-H2029.

(391)  Brideau C, Kargman S, Liu S et al. A human whole blood assay for clinical evaluation of biochemical efficacy of cyclooxygenase inhibitors. Inflamm Res 1996; 45(2):68-74.

(392)  Brinker A, Goldkind L, Bonnel R, Beitz J. Spontaneous reports of hypertension leading to hospitalisation in association with rofecoxib, celecoxib, nabumetone and oxaprozin. Drugs Aging 2004; 21(7):479-484.

(393)  Brinker A, Nourjah P. Patient characteristics associated with outpatient prescriptions for nabumetone and oxaprozin versus celecoxib and rofecoxib. Am J Health Syst Pharm 2005; 62(7):739-743.

(394)  Brinker AD, Bonnel RA, Feight AG, Nourjah P. Celecoxib and rofecoxib. J Am Dent Assoc 2001; 132(11):1502, 1504.

(395)  Brochier ML. Evaluation of flurbiprofen for prevention of reinfarction and reocclusion after successful thrombolysis or angioplasty in acute myocardial infarction. The Flurbiprofen French Trial. Eur Heart J 1993; 14(7):951-957.

(396)  Brock TG, McNish RW, Peters-Golden M. Arachidonic acid is preferentially metabolized by cyclooxygenase-2 to prostacyclin and prostaglandin E2. J Biol Chem 1999; 274(17):11660-11666.

(397)  Brooks P, Emery P, Evans JF et al. Interpreting the clinical significance of the differential inhibition of cyclooxygenase-1 and cyclooxygenase-2. Rheumatology (Oxford) 1999; 38(8):779-788.

(398)  Brooks PM, Day RO. COX-2 inhibitors. Med J Aust 2000; 173(8):433-436.

(399)  Broom DC, Samad TA, Kohno T, Tegeder I, Geisslinger G, Woolf CJ. Cyclooxygenase 2 expression in the spared nerve injury model of neuropathic pain. Neuroscience 2004; 124(4):891-900.

(400)  Brophy JM. Cardiovascular risk associated with celecoxib. N Engl J Med 2005; 352(25):2648-2650.

(401)  Brophy JM, Levesque LE, Zhang B. The coronary risk of cyclo-oxygenase-2 inhibitors in patients with a previous myocardial infarction. Heart 2007; 93(2):189-194.

(402)  Brost H, Ott H, Pfannenstiel C, Wenzl TG, Heimann G. Aspirin intolerance in boy with primary ciliary dyskinesia. Allergy 2003; 58(2):158-164.

(403)  Brown CH. Effect of rofecoxib on the antihypertensive activity of lisinopril. Ann Pharmacother 2000; 34(12):1486.

(404)  Brown J, Morrison BW, Christensen S et al. Vioxx 50 mg Versus Ibuprofen 400 mg In Post-Surgical Dental Pain [ABSTRACT 18]. J Clin Pharmacol 1999; 39(9):974-Abstr. 18.

KS-000873

(405)   Brown J, Morrison BW, Bither M et al. The COX-2 specific inhibitor, MK-0966, is effective in the treatment of primary dysmenorrhea [ABSTRACT PI-5]. Clin Pharmacol Ther 1999; 65(2):118-Abstr. PI-5.

(406)   Brown J, Morrison BW, Christensen S et al. MK-0966 50 mg versus ibuprofen 400 mg in post surgical dental pain [ABSTRACT PI-4]. Clin Pharmacol Ther 1999; 65(2):118-Abstr. PI-4.

(407)   Brown JH, Kazis LE, Spitz PW, Gertman P, Fries JF, Meenan RF. The dimensions of health outcomes: a cross-validated examination of health status measurement. Am J Public Health 1984; 74(2):159-161.

(408)   Brune K, Neubert A. Pharmacokinetic and pharmacodynamic aspects of the ideal COX-2 inhibitor: a pharmacologist's perspective. Clin Exp Rheumatol 2001; 19(6 Suppl 25):S51-S57.

(409)   Brune K, Hinz B. Selective cyclooxygenase-2 inhibitors: similarities and differences. Scand J Rheumatol 2004; 33(1):1-6.

(410)   Bruno JJ. Inflammation, aspirin, and the risk of cardiovascular disease. N Engl J Med 1997; 337(6):422-424.

(411)   Brush DE, Bird SB, Boyer EW. Gamma-hydroxybutyrate use in older adults. Ann Intern Med 2004; 140(12):W70-W71.

(412)   Brzozowska I, Targosz A, Sliwowski Z et al. Healing of chronic gastric ulcers in diabetic rats treated with native aspirin, nitric oxide (NO)-derivative of aspirin and cyclooxygenase (COX)-2 inhibitor. J Physiol Pharmacol 2004; 55(4):773-790.

(413)   Brzozowski T, Konturek PC, Konturek SJ et al. Role of prostaglandins generated by cyclooxygenase-1 and cyclooxygenase-2 in healing of ischemia-reperfusion-induced gastric lesions. Eur J Pharmacol 1999; 385(1):47-61.

(414)   Brzozowski T, Konturek PC, Konturek SJ et al. Involvement of cyclooxygenase (COX)-2 products in acceleration of ulcer healing by gastrin and hepatocyte growth factor. J Physiol Pharmacol 2000; 51(4 Pt 1):751-773.

(415)   Brzozowski T, Konturek PC, Konturek SJ et al. Ischemic preconditioning of remote organs attenuates gastric ischemia-reperfusion injury through involvement of prostaglandins and sensory nerves. Eur J Pharmacol 2004; 499(1-2):201-213.

(416)   Brzozowski T, Konturek PC, Zwirska-Korczala K et al. Importance of the pineal gland, endogenous prostaglandins and sensory nerves in the gastroprotective actions of central and peripheral melatonin against stress-induced damage. J Pineal Res 2005; 39(4):375-385.

(417)   Brzozowski T, Konturek PC, Drozdowicz D et al. Grapefruit-seed extract attenuates ethanol-and stress-induced gastric lesions via activation of prostaglandin, nitric oxide and sensory nerve pathways. World J Gastroenterol 2005; 11(41):6450-6458.

(418)   Brzozowski T, Konturek PC, Sliwowski Z et al. Prostaglandin/cyclooxygenase pathway in ghrelin-induced gastroprotection against ischemia-reperfusion injury. J Pharmacol Exp Ther 2006; 319(1):477-487.

(419)   bu-Shraie NA, Alfadley AA. Lichenoid drug eruption probably associated with rofecoxib. Ann Pharmacother 2004; 38(5):795-798.

(420)   Buccellati C, Folco GC, Sala A et al. Inhibition of prostanoid synthesis protects against neuronal damage induced by focal ischemia in rat brain. Neurosci Lett 1998; 257(3):123-126.

(421)   Budenholzer BR. Are selective COX 2 inhibitors superior to traditional NSAIDs? Rofecoxib did not provide unequivocal benefit over traditional NSAIDs. BMJ 2002; 325(7356):161.

(422)   Buecher B, Heymann MF, Blottiere HM. [Rationale and prospects for the use of cyclooxygenase-2 (COX-2) inhibitors in colorectal cancer]. Gastroenterol Clin Biol 2001; 25(11):967-978.

(423)   Buerkle MA, Lehrer S, Sohn HY, Conzen P, Pohl U, Krotz F. Selective inhibition of cyclooxygenase-2 enhances platelet adhesion in hamster arterioles in vivo. Circulation 2004; 110(14):2053-2059.

(424)   Buffum M, Buffum JC. Nonsteroidal anti-inflammatory drugs in the elderly. Pain Manag Nurs 2000; 1(2):40-50.

(425)   Bunting S, Moncada S, Vane JR. The prostacyclin--thromboxane A2 balance: pathophysiological and therapeutic implications. Br Med Bull 1983; 39(3):271-276.

KS-000874

(426)  Burdan F, Dudka J, Szumilo J, Korobowicz A, Klepacz L. Prenatal effects of DuP-697-the irreversible, highly selective cyclooxygenase-2 inhibitor. Reprod Toxicol 2003; 17(4):413-419.

(427)  Burian M, Geisslinger G. [Clinical pharmacology of the selective COX-2 inhibitors]. Orthopade 2003; 32(12):1078-1087.

(428)  Burke T, Pettitt D, Henderson SC, Von Allman H, Zhao SZ. Incidence of blood pressure destabilization associated with rofecoxib, celecoxib, ibuprofen, diclofenac, and naproxen utilization among a U.S. insured population. Ann Rheum Dis 2002; 61(1 Suppl.):73-74.

(429)  Burke T, Pettitt D, Henderson SC, Von Allman H, Zhao SZ. Risk of heart failure (HF) claims among stable hypertensive patients who used nonsteroidal anti-inflammatory drugs and COX-2 specific inhibitors in a U.S. insured population. Ann Rheum Dis 2002; 61(1 Suppl.):79-80.

(430)  Burleigh ME, Babaev VR, Oates JA et al. Cyclooxygenase-2 promotes early atherosclerotic lesion formation in LDL receptor-deficient mice. Circulation 2002; 105(15):1816-1823.

(431)  Burleigh ME, Babaev VR, Yancey PG et al. Cyclooxygenase-2 promotes early atherosclerotic lesion formation in ApoE-deficient and C57BL/6 mice. J Mol Cell Cardiol 2005; 39(3):443-452.

(432)  Buttar NS, Wang KK, Leontovich O et al. Chemoprevention of esophageal adenocarcinoma by COX-2 inhibitors in an animal model of Barrett's esophagus. Gastroenterology 2002; 122(4):1101-1112.

(433)  Buttgereit F, Burmester GR, Simon LS. Gastrointestinal toxic side effects of nonsteroidal anti-inflammatory drugs and cyclooxygenase-2-specific inhibitors. Am J Med 2001; 110 Suppl 3A:13S-19S.

(434)  Buttrey MJ. Coping with SARS. Ann Intern Med 2004; 140(12):1060-1061.

(435)  Buvanendran A, Kroin JS, Tuman KJ et al. Effects of perioperative administration of a selective cyclooxygenase 2 inhibitor on pain management and recovery of function after knee replacement: a randomized controlled trial. JAMA 2003; 290(18):2411-2418.

(436)  Buvanendran A, Kroin JS, Tuman KJ, Lubenow TR, Elmofty D, Luk P. Cerebrospinal fluid and plasma pharmacokinetics of the cyclooxygenase 2 inhibitor rofecoxib in humans: single and multiple oral drug administration. Anesth Analg 2005; 100(5):1320-4, table.

(437)  Buvanendran A, Kroin JS, Berger RA et al. Upregulation of prostaglandin E2 and interleukins in the central nervous system and peripheral tissue during and after surgery in humans. Anesthesiology 2006; 104(3):403-410.

(438)  Cabrera MC, Schmied S, Derderian T et al. Efficacy of oral rofecoxib versus intravenous ketoprofen as an adjuvant to PCA morphine after urologic surgery. Acta Anaesthesiol Scand 2004; 48(9):1190-1193.

(439)  Cacabelos R, Alvarez A, Lombardi V et al. Pharmacological treatment of Alzheimer disease: from psychotropic drugs and cholinesterase inhibitors to pharmacogenomics. Drugs Today (Barc ) 2000; 36(7):415-499.

(440)  Cadoux-Hudson TA, Kermode A, Rajagopalan B et al. Biochemical changes within a multiple sclerosis plaque in vivo. J Neurol Neurosurg Psychiatry 1991; 54(11):1004-1006.

(441)  Cahana A, Mauron A. The story of Vioxx--no pain and a lot of gain: ethical concerns regarding conduct of the pharmaceutical industry. J Anesth 2006; 20(4):348-351.

(442)  Cahill MR, Perry IJ. Inflammation, aspirin, and the risk of cardiovascular disease. N Engl J Med 1997; 337(6):422-423.

(443)  Cahill RA, Sheehan KM, Scanlon RW, Murray FE, Kay EW, Redmond HP. Effects of a selective cyclo-oxygenase 2 inhibitor on colonic anastomotic and skin wound integrity. Br J Surg 2004; 91(12):1613-1618.

(444)  Caldwell B, Aldington S, Weatherall M, Shirtcliffe P, Beasley R. Risk of cardiovascular events and celecoxib: a systematic review and meta-analysis. J R Soc Med 2006; 99(3):132-140.

(445)  Califf RM. The coxib story: some lessons and more questions. Am J Cardiol 2002; 89(8):971-972.

(446)  Callejas NA, Casado M, Bosca L, Martin-Sanz P. Absence of nuclear factor kappaB inhibition by NSAIDs in hepatocytes. Hepatology 2002; 35(2):341-348.

KS-000875

(447)   Callejas NA, Fernandez-Martinez A, Castrillo A, Bosca L, Martin-Sanz P. Selective inhibitors of cyclooxygenase-2 delay the activation of nuclear factor kappa B and attenuate the expression of inflammatory genes in murine macrophages treated with lipopolysaccharide. Mol Pharmacol 2003; 63(3):671-677.

(448)   Callreus T. Sentinel systems are needed for long term adverse drug reactions. BMJ 2005; 330(7485):255-256.

(449)   Camacho M, Lopez-Belmonte J, Vila L. Rate of vasoconstrictor prostanoids released by endothelial cells depends on cyclooxygenase-2 expression and prostaglandin I synthase activity. Circ Res 1998; 83(4):353-365.

(450)   Camacho M, Vila L. Transcellular formation of thromboxane A(2) in mixed incubations of endothelial cells and aspirin-treated platelets strongly depends on the prostaglandin I-synthase activity. Thromb Res 2000; 99(2):155-164.

(451)   Camitta MG, Gabel SA, Chulada P et al. Cyclooxygenase-1 and -2 knockout mice demonstrate increased cardiac ischemia/reperfusion injury but are protected by acute preconditioning. Circulation 2001; 104(20):2453-2458.

(452)   Campbell PJ, Green AR. The myeloproliferative disorders. N Engl J Med 2006; 355(23):2452-2466.

(453)   Campbell RJ, Sneed KB. Acute congestive heart failure induced by rofecoxib. J Am Board Fam Pract 2004; 17(2):131-135.

(454)   Campia U, Choucair WK, Bryant MB, Quyyumi AA, Cardillo C, Panza JA. Role of cyclooxygenase products in the regulation of vascular tone and in the endothelial vasodilator function of normal, hypertensive, and hypercholesterolemic humans. Am J Cardiol 2002; 89(3):286-290.

(455)   Campion EW, Curfman GD, Drazen JM. Tracking the peer-review process. N Engl J Med 2000; 343(20):1485-1486.

(456)   Candelario-Jalil E, Gonzalez-Falcon A, Garcia-Cabrera M et al. Assessment of the relative contribution of COX-1 and COX-2 isoforms to ischemia-induced oxidative damage and neurodegeneration following transient global cerebral ischemia. J Neurochem 2003; 86(3):545-555.

(457)   Cannon CP, McCabe CH, Wilcox RG et al. Oral glycoprotein IIb/IIIa inhibition with orbofiban in patients with unstable coronary syndromes (OPUS-TIMI 16) trial. Circulation 2000; 102(2):149-156.

(458)   Cannon CP, Curtis SP, FitzGerald GA et al. Cardiovascular outcomes with etoricoxib and diclofenac in patients with osteoarthritis and rheumatoid arthritis in the Multinational Etoricoxib and Diclofenac Arthritis Long-term (MEDAL) programme: a randomised comparison. Lancet 2006; 368(9549):1771-1781.

(459)   Cannon CP, Curtis SP, Bolognese JA, Laine L. Clinical trial design and patient demographics of the Multinational Etoricoxib and Diclofenac Arthritis Long-term (MEDAL) study program: cardiovascular outcomes with etoricoxib versus diclofenac in patients with osteoarthritis and rheumatoid arthritis. Am Heart J 2006; 152(2):237-245.

(460)   Cannon G, Caldwell J, Holt P et al. MK-0966, a specific COX-2 inhibitor, has clinical efficacy comparable to diclofenac in the treatment of knee and hip osteoarthritis (OA) in a 26-week controlled clinical trial. Arthritis Rheum 1998; 41(9 Suppl.):S196.

(461)   Cannon GW. Rofecoxib: a specific cyclooxygenase inhibitor. Drugs Today (Barc ) 2000; 36(4):255-262.

(462)   Cannon GW, Caldwell JR, Holt P et al. Rofecoxib, a specific inhibitor of cyclooxygenase 2, with clinical efficacy comparable with that of diclofenac sodium: results of a one-year, randomized, clinical trial in patients with osteoarthritis of the knee and hip. Rofecoxib Phase III Protocol 035 Study Group. Arthritis Rheum 2000; 43(5):978-987.

(463)   Cannon GW, Breedveld FC. Efficacy of cyclooxygenase-2-specific inhibitors. Am J Med 2001; 110 Suppl 3A:6S-12S.

(464)   Cannon GW, Krupa D, Sperling R, Truitt K. Two-year efficacy of rofecoxib and diclofenac in treatment of knee and hip osteoarthritis (OA). Ann Rheum Dis 2002; 61(1 Suppl.):10.

(465)   Cannon GW, Krupa DA, McCormick CL, Mehta A, Reicin AS. Rofecoxib has a lower incidence of increased liver function tests (LFTs) and LFT-related adverse events in comparison to diclofenac [ABSTRACT AB0439]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr AB0439.

(466)   Cannon GW, Krupa DA, Sperling R, Reicin A, Van Adelsberg J, . Two-year efficacy of rofecoxib and diclofenac in treatment of knee and hip osteoarthritis (OA) [ABSTRACT FRI0228]. Ann Rheum Dis 2003; 62(1 Suppl.):Abst FRI0228.

KS-000876

(467) Capone ML, Tacconelli S, Sciulli MG et al. Clinical pharmacology of platelet, monocyte, and vascular cyclooxygenase inhibition by naproxen and low-dose aspirin in healthy subjects. Circulation 2004; 109(12):1468-1471.

(468) Capone ML, Sciulli MG, Tacconelli S et al. Pharmacodynamic interaction of naproxen with low-dose aspirin in healthy subjects. J Am Coll Cardiol 2005; 45(8):1295-1301.

(469) Capone ML, Tacconelli S, Di FL, Sacchetti A, Sciulli MG, Patrignani P. Pharmacodynamic of cyclooxygenase inhibitors in humans. Prostaglandins Other Lipid Mediat 2007; 82(1-4):85-94.

(470) Caporali R, Montecucco C. Cardiovascular effects of coxibs. Lupus 2005; 14(9):785-788.

(471) Capraru MS, Ilie E, Gerota D. The efficacy of rofecoxib in the treatment of inflammatory arthropathies [ABSTRACT SAT0123]. Ann Rheum Dis 2001; 60(1 Suppl.):CD ABSTRACT SAT0123.

(472) Capriotti T. The new NSAIDs: cox-2 inhibitors. Medsurg Nurs 2000; 9(6):313-317.

(473) Carder KR, Weston WL. Rofecoxib-induced instant aquagenic wrinkling of the palms. Pediatr Dermatol 2002; 19(4):353-355.

(474) Carne X, Cruz N. Ten lessons to be learned from the withdrawal of Vioxx (rofecoxib). Eur J Epidemiol 2005; 20(2):127-129.

(475) Caroli A, Monica F. Severe upper gastrointestinal bleeding during treatment with rofecoxib for osteoarthritis. Am J Gastroenterol 2001; 96(5):1663-1665.

(476) Carpenter D, Ting MM. Essay: the political logic of regulatory error. Nat Rev Drug Discov 2005; 4(10):819-823.

(477) Carrasco MA, Rapuano CJ, Cohen EJ, Laibson PR. Scleral ulceration after preoperative injection of mitomycin C in the pterygium head. Arch Ophthalmol 2002; 120(11):1585-1586.

(478) Carrasquer G, Li M. Effect of ibuprofen and rofecoxib transport parameters in the frog corneal epithelium. J Membr Biol 2002; 190(2):127-132.

(479) Carrillo-Jimenez R, Nurnberger M. Celecoxib-induced acute pancreatitis and hepatitis: a case report. Arch Intern Med 2000; 160(4):553-554.

(480) Cashman JN. The mechanisms of action of NSAIDs in analgesia. Drugs 1996; 52 Suppl 5:13-23.

(481) Casscells W, Naghavi M, Willerson JT. Vulnerable atherosclerotic plaque: a multifocal disease. Circulation 2003; 107(16):2072-2075.

(482) Cassidy JT, Levinson JE, Bass JC et al. A study of classification criteria for a diagnosis of juvenile rheumatoid arthritis. Arthritis Rheum 1986; 29(2):274-281.

(483) Castrop H, Kammerl M, Mann B, Jensen BL, Kramer BK, Kurtz A. Cyclooxygenase 2 and neuronal nitric oxide synthase expression in the renal cortex are not interdependent in states of salt deficiency. Pflugers Arch 2000; 441(2-3):235-240.

(484) Castrop H, Klar J, Wagner C, Hocherl K, Kurtz A. General inhibition of renocortical cyclooxygenase-2 expression by the renin-angiotensin system. Am J Physiol Renal Physiol 2003; 284(3):F518-F524.

(485) Cata JP, Weng HR, Dougherty PM. Cyclooxygenase inhibitors and thalidomide ameliorate vincristine-induced hyperalgesia in rats. Cancer Chemother Pharmacol 2004; 54(5):391-397.

(486) Cataldo G, Heiman F, Lavezzari M, Marubini E. Indobufen compared with aspirin and dipyridamole on graft patency after coronary artery bypass surgery: results of a combined analysis. Coron Artery Dis 1998; 9(4):217-222.

(487) Catella-Lawson F, McAdam B, Morrison BW et al. Effects of specific inhibition of cyclooxygenase-2 on sodium balance, hemodynamics, and vasoactive eicosanoids. J Pharmacol Exp Ther 1999; 289(2):735-741.

(488) Catella-Lawson F, Kapoor SC, Reilly MP, De Marco S, FitzGerald GA. Ibuprofen, but not rofecoxib or acetaminophen, antagonizes the irreversible anti-platelet effect of aspirin. Arthritis Rheum 2000; 43(9 Suppl.).

RS-000877

(489) Catella-Lawson F. Vascular biology of thrombosis: platelet-vessel wall interactions and aspirin effects. Neurology 2001; 57(5 Suppl 2):S5-S7.

(490) Catella-Lawson F, Crofford LJ. Cyclooxygenase inhibition and thrombogenicity. Am J Med 2001; 110 Suppl 3A:28S-32S.

(491) Catella-Lawson F, Reilly MP, Kapoor SC et al. Cyclooxygenase inhibitors and the antiplatelet effects of aspirin. N Engl J Med 2001; 345(25):1809-1817.

(492) Catella-Lawson F, Kapoor S, Moretti D et al. Oral glycoprotein IIb/IIIa antagonism in patients with coronary artery disease. Am J Cardiol 2001; 88(3):236-242.

(493) Catella F, Healy D, Lawson JA, FitzGerald GA. 11-Dehydrothromboxane B2: a quantitative index of thromboxane A2 formation in the human circulation. Proc Natl Acad Sci U S A 1986; 83(16):5861-5865.

(494) Catella F, Nowak J, FitzGerald GA. Measurement of renal and non-renal eicosanoid synthesis. Am J Med 1986; 81(2B):23-29.

(495) Catella F, FitzGerald GA. Paired analysis of urinary thromboxane B2 metabolites in humans. Thromb Res 1987; 47(6):647-656.

(496) Caturla F, Amat M, Reinoso RF, Cordoba M, Warrellow G. Racemic and chiral sulfoxides as potential prodrugs of the COX-2 inhibitors Vioxx and Arcoxia. Bioorg Med Chem Lett 2006; 16(12):3209-3212.

(497) Caughey GE, Cleland LG, Gamble JR, James MJ. Up-regulation of endothelial cyclooxygenase-2 and prostanoid synthesis by platelets. Role of thromboxane A2. J Biol Chem 2001; 276(41):37839-37845.

(498) Caughey GE, Cleland LG, Penglis PS, Gamble JR, James MJ. Roles of cyclooxygenase (COX)-1 and COX-2 in prostanoid production by human endothelial cells: selective up-regulation of prostacyclin synthesis by COX-2. J Immunol 2001; 167(5):2831-2838.

(499) Celermajer DS, Sorensen KE, Bull C, Robinson J, Deanfield JE. Endothelium-dependent dilation in the systemic arteries of asymptomatic subjects relates to coronary risk factors and their interaction. J Am Coll Cardiol 1994; 24(6):1468-1474.

(500) Celik G, Erkekol FO, Bavbek S, Dursun B, Misirligil Z. Long-term use and tolerability of cyclooxygenase-2 inhibitors in patients with analgesic intolerance. Ann Allergy Asthma Immunol 2005; 95(1):33-37.

(501) Celik JB, Tuncer S, Reisli R, Sarkilar G, Celik C, Akyurek C. A comparative study of the effect of rofecoxib (a COX 2 inhibitor) and naproxen sodium on analgesic requirements after abdominal hysterectomy. Arch Gynecol Obstet 2003; 268(4):297-300.

(502) Celik JB, Gormus N, Gormus ZI, Okesli S, Solak H. Preoperative analgesia management with rofecoxib in thoracotomy patients. J Cardiothorac Vasc Anesth 2005; 19(1):67-70.

(503) Celik T, Iyisoy A, Kursaklioglu H, Yuksel UC. Cyclooxygenase-2 inhibitors dilemma in cardiovascular medicine: are all family members bad players? Int J Cardiol 2007; 116(2):259-260.

(504) Censarek P, Freidel K, Udelhoven M et al. Cyclooxygenase COX-2a, a novel COX-2 mRNA variant, in platelets from patients after coronary artery bypass grafting. Thromb Haemost 2004; 92(5):925-928.

(505) Centonze V, D'Amico D, Usai S, Causarano V, Bassi A, Bussone G. First Italian case of hypnic headache, with literature review and discussion of nosology. Cephalalgia 2001; 21(1):71-74.

(506) Chalmers CR, Wilson DJ, Ward J, Robinson PJ, Toogood GJ, Hull MA. Antiangiogenic activity of the selective cyclooxygenase 2 inhibitor rofecoxib in human colorectal cancer liver metastases. Gut 2006; 55(7):1058-1059.

(507) Chalmers CR, Fenwick SW, Toogood GJ, Hull MA. Immunohistochemical measurement of endothelial cell apoptosis and proliferation in formalin-fixed, paraffin-embedded human cancer tissue. Angiogenesis 2006; 9(4):193-200.

(508) Chan AT, Manson JE, Albert CM et al. Nonsteroidal antiinflammatory drugs, acetaminophen, and the risk of cardiovascular events. Circulation 2006; 113(12):1578-1587.

KS-000878

(509)  Chan AT, Ogino S, Fuchs CS. Aspirin and the risk of colorectal cancer in relation to the expression of COX-2. N Engl J Med 2007; 356(21):2131-2142.

(510)  Chan CC, Boyce S, Brideau C et al. Pharmacology of a selective cyclooxygenase-2 inhibitor, L-745,337: a novel nonsteroidal anti-inflammatory agent with an ulcerogenic sparing effect in rat and nonhuman primate stomach. J Pharmacol Exp Ther 1995; 274(3):1531-1537.

(511)  Chan CC, Rodger IW. Selective cyclooxygenase-2 inhibitors as potential therapeutic agents for inflammatory diseases. Adv Exp Med Biol 1997; 407:157-161.

(512)  Chan CC, Boyce S, Brideau C et al. Rofecoxib [Vioxx, MK-0966; 4-(4'-methylsulfonylphenyl)-3-phenyl-2-(5H)-furanone]: a potent and orally active cyclooxygenase-2 inhibitor. Pharmacological and biochemical profiles. J Pharmacol Exp Ther 1999; 290(2):551-560.

(513)  Chan ES, Zhang H, Fernandez P et al. Effect of cyclooxygenase inhibition on cholesterol efflux proteins and atheromatous foam cell transformation in THP-1 human macrophages: a possible mechanism for increased cardiovascular risk. Arthritis Res Ther 2007; 9(1):R4.

(514)  Chan FK, Hung LC, Suen BY et al. Celecoxib versus diclofenac and omeprazole in reducing the risk of recurrent ulcer bleeding in patients with arthritis. N Engl J Med 2002; 347(26):2104-2110.

(515)  Chan FK. COX-2 inhibition, H. pylori infection and the risk of gastrointestinal complications. Curr Pharm Des 2003; 9(27):2213-2219.

(516)  Chan FK. NSAID-induced peptic ulcers and Helicobacter pylori infection: implications for patient management. Drug Saf 2005; 28(4):287-300.

(517)  Chan PW, Omar KZ, Ramanujam TM. Successful treatment of unresectable inflammatory pseudotumor of the lung with COX-2 inhibitor. Pediatr Pulmonol 2003; 36(2):167-169.

(518)  Chan TA. Cyclooxygenase inhibition and mechanisms of colorectal cancer prevention. Curr Cancer Drug Targets 2003; 3(6):455-463.

(519)  Chan VS. A mechanistic perspective on the specificity and extent of COX-2 inhibition in pregnancy. Drug Saf 2004; 27(7):421-426.

(520)  Chang CC, Chen SH, Lien GS et al. Eradication of Helicobacter pylori significantly reduced gastric damage in nonsteroidal anti-inflammatory drug-treated Mongolian gerbils. World J Gastroenterol 2005; 11(1):104-108.

(521)  Chang DJ, Fricke JR, Bird SR, Bohidar NR, Dobbins TW, Geba GP. Rofecoxib versus codeine/acetaminophen in postoperative dental pain: a double-blind, randomized, placebo- and active comparator-controlled clinical trial. Clin Ther 2001; 23(9):1446-1455.

(522)  Chang DJ, Christensen KS, Bulloch SE et al. Superior Efficacy of Rofecoxib Compared to Codeine with Acetaminophen for the Treatment of Acute Pain. Academic Emergency Medicine 8[5], 429. 2001.
Ref Type: Abstract

(523)  Chang DJ, Desjardins PJ, Chen E et al. Comparison of rofecoxib and diclofenac for the management of acute pain. Ann Rheum Dis 2002; 61(1 Suppl.):97.

(524)  Chang DJ, Desjardins PJ, Chen E et al. Comparison of the analgesic efficacy of rofecoxib and enteric-coated diclofenac sodium in the treatment of postoperative dental pain: a randomized, placebo-controlled clinical trial. Clin Ther 2002; 24(4):490-503.

(525)  Chang DJ, Desjardins PJ, Black P et al. Comparison of rofecoxib with multidose oxycodone/acetaminophen in patients with acute pain [ABSTRACT]. Arthritis Rheum 2003; 48(9 Suppl.):S616-Abstr.

(526)  Chang DJ, Desjardins PJ, Black P et al. Comparison of rofecoxib and multiple doses of the opioid oxycodone/paracetamol for the management of acute pain [ABSTRACT SAT0056]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr SAT0056.

KS-000879

(527)   Chang DJ, Desjardins PJ, Black P et al. Comparison of rofecoxib with multidose oxycodone/acetaminophen in patients with acute pain [ABSTRACT 250]. Ann Emerg Med 2003; 42(4 Suppl.):S68.

(528)   Chang DJ, Desjardins PJ, King TR, Erb T, Geba GP. The analgesic efficacy of etoricoxib compared with oxycodone/acetaminophen in an acute postoperative pain model: a randomized, double-blind clinical trial. Anesth Analg 2004; 99(3):807-15, table.

(529)   Chang DJ, Desjardins PJ, Bird SR et al. Comparison of rofecoxib and a multidose oxycodone/ acetaminophen regimen for the treatment of acute pain following oral surgery: a randomized controlled trial. Curr Med Res Opin 2004; 20(6):939-949.

(530)   Chang DJ, Bird SR, Bohidar NR, King T. Analgesic efficacy of rofecoxib compared with codeine/acetaminophen using a model of acute dental pain. Oral Surg Oral Med Oral Pathol Oral Radiol Endod 2005; 100(4):e74-e80.

(531)   Chang IJ, Harris RC. Are all COX-2 inhibitors created equal? Hypertension 2005; 45(2):178-180.

(532)   Chang JK, Wu SC, Wang GJ, Cho MH, Ho ML. Effects of non-steroidal anti-inflammatory drugs on cell proliferation and death in cultured epiphyseal-articular chondrocytes of fetal rats. Toxicology 2006; 228(2-3):111-123.

(533)   Charachon A, Petit T, Lamarque D, Soule JC. [Acute ulcerative colitis in a patient treated with rofecoxib who took aspirin as self-medication]. Gastroenterol Clin Biol 2003; 27(5):511-513.

(534)   Charatan F. US judge dismisses 50m dollars damages in Vioxx lawsuit. BMJ 2006; 333(7567):516.

(535)   Chatani F. Possible mechanism for testicular focal necrosis induced by hCG in rats. J Toxicol Sci 2006; 31(4):291-303.

(536)   Chau I, Cunningham D. Cyclooxygenase inhibition in cancer--a blind alley or a new therapeutic reality? N Engl J Med 2002; 346(14):1085-1087.

(537)   Chaudhary N, Harty R, Mesiya S. Rofecoxib (VIOXX) induced acute hepatitis [ABSTRACT 678]. Am J Gastroenterol 2002; 97(9 Suppl.):S22.

(538)   Chaudhury TK, Jacobson ED. Prostaglandin cytoprotection of gastric mucosa. Gastroenterology 1978; 74(1):58-63.

(539)   Chavez-Eng CM, Constanzer ML, Matuszewski BK. High-performance liquid chromatographic-tandem mass spectrometric evaluation and determination of stable isotope labeled analogs of rofecoxib in human plasma samples from oral bioavailability studies. J Chromatogr B Analyt Technol Biomed Life Sci 2002; 767(1):117-129.

(540)   Chavez ML, DeKorte CJ. Valdecoxib: a review. Clin Ther 2003; 25(3):817-851.

(541)   Chehata JC, Hassell AB, Clarke SA et al. Mortality in rheumatoid arthritis: relationship to single and composite measures of disease activity. Rheumatology (Oxford) 2001; 40(4):447-452.

(542)   Chen BH. COX-2 inhibitors and renal function in elderly people. CMAJ 2000; 163(5):604.

(543)   Chen J, Li D, Schaefer RF, Mehta JL. Inhibitory effect of candesartan and rosuvastatin on CD40 and MMPs expression in apo-E knockout mice: novel insights into the role of RAS and dyslipidemia in atherogenesis. J Cardiovasc Pharmacol 2004; 44(4):446-452.

(544)   Chen L, He H, Fernandez ME, Hedenstierna G. Cyclooxygenase inhibitor blocks rebound response after NO inhalation in an endotoxin model. Am J Physiol Heart Circ Physiol 2003; 284(1):H290-H298.

(545)   Chen LC, Elliott RA, Ashcroft DM. Systematic review of the analgesic efficacy and tolerability of COX-2 inhibitors in post-operative pain control. J Clin Pharm Ther 2004; 29(3):215-229.

(546)   Chen LC, Ashcroft DM. Do selective COX-2 inhibitors increase the risk of cerebrovascular events? A meta-analysis of randomized controlled trials. J Clin Pharm Ther 2006; 31(6):565-576.

(547)   Chen LC, Ashcroft DM. Risk of myocardial infarction associated with selective COX-2 inhibitors: Meta-analysis of randomised controlled trials. Pharmacoepidemiol Drug Saf 2007; 16(7):762-772.

KS-000880

(548)   Chen QH, Rao PN, Knaus EE. Design, synthesis, and biological evaluation of linear 1-(4-, 3- or 2-methylsulfonylphenyl)-2-phenylacetylenes: a novel class of cyclooxygenase-2 inhibitors. Bioorg Med Chem 2005; 13(23):6425-6434.

(549)   Chen QH, Rao PN, Knaus EE. Synthesis and biological evaluation of a novel class of rofecoxib analogues as dual inhibitors of cyclooxygenases (COXs) and lipoxygenases (LOXs). Bioorg Med Chem 2006; 14(23):7898-7909.

(550)   Chenevard R, Hurlimann D, Bechir M et al. Selective COX-2 inhibition improves endothelial function in coronary artery disease. Circulation 2003; 107(3):405-409.

(551)   Cheng C, Tempel D, van HR et al. Atherosclerotic lesion size and vulnerability are determined by patterns of fluid shear stress. Circulation 2006; 113(23):2744-2753.

(552)   Cheng HF, Wang JL, Zhang MZ et al. Angiotensin II attenuates renal cortical cyclooxygenase-2 expression. J Clin Invest 1999; 103(7):953-961.

(553)   Cheng HF, Wang CJ, Moeckel GW, Zhang MZ, McKanna JA, Harris RC. Cyclooxygenase-2 inhibitor blocks expression of mediators of renal injury in a model of diabetes and hypertension. Kidney Int 2002; 62(3):929-939.

(554)   Cheng TT, Lai HM, Chiu CK, Chem YC. A single-blind, randomized, controlled trial to assess the efficacy and tolerability of rofecoxib, diclofenac sodium, and meloxicam in patients with acute gouty arthritis. Clin Ther 2004; 26(3):399-406.

(555)   Cheng Y, Austin SC, Rocca B et al. Role of prostacyclin in the cardiovascular response to thromboxane A2. Science 2002; 296(5567):539-541.

(556)   Cheng Y, Wang M, Yu Y, Lawson J, Funk CD, FitzGerald GA. Cyclooxygenases, microsomal prostaglandin E synthase-1, and cardiovascular function. J Clin Invest 2006; 116(5):1391-1399.

(557)   Cheng ZJ, Tikkanen I, Vapaatalo H, Mervaala EM. Vascular effects of COX inhibition and AT1 receptor blockade in transgenic rats harboring mouse renin-2 gene. J Physiol Pharmacol 2002; 53(4 Pt 1):597-613.

(558)   Cheng ZJ, Finckenberg P, Louhelainen M et al. Cardiovascular and renal effects of cyclooxygenase inhibition in transgenic rats harboring mouse renin-2 gene (TGR[mREN2]27). Eur J Pharmacol 2003; 461(2-3):159-169.

(559)   Chernish SM, Rosenak BD, Brunelie RL, Crabtree R. Comparison of gastrointestinal effects of aspirin and fenoprofen. A double blind crossover study. Arthritis Rheum 1979; 22(4):376-383.

(560)   Cheung RT, Pei Z, Feng ZH, Zou LY. Cyclooxygenase-1 gene knockout does not alter middle cerebral artery occlusion in a mouse stroke model. Neurosci Lett 2002; 330(1):57-60.

(561)   Cheung SH, Kwong KS, Chan WS, Leung SP. Multiple comparisons with a control in families with both one-sided and two-sided hypotheses. Stat Med 2004; 23(19):2975-2988.

(562)   Chiolero A, Maillard MP, Burnier M. Cardiovascular hazard of selective COX-2 inhibitors: myth or reality? Expert Opin Drug Saf 2002; 1(1):45-52.

(563)   Chiroli S, Chinellato A, Didoni G, Mazzi S, Lucioni C. Utilisation Pattern of Nonspecific Nonsteroidal Anti-Inflammatory Drugs and COX-2 Inhibitors in a Local Health Service Unit in Northeast Italy. Clin Drug Investig 2003; 23(11):751-760.

(564)   Chiu WK, Cheung LK. Efficacy of preoperative oral rofecoxib in pain control for third molar surgery. Oral Surg Oral Med Oral Pathol Oral Radiol Endod 2005; 99(6):e47-e53.

(565)   Chlopicki S, Lomnicka M, Gryglewski RJ. Obligatory role of lipid mediators in platelet-neutrophil adhesion. Thromb Res 2003; 110(5-6):287-292.

(566)   Cho J, Cooke CE, Proveaux W. A retrospective review of the effect of COX-2 inhibitors on blood pressure change. Am J Ther 2003; 10(5):311-317.

(567)   Cho MJ, Cooke CE. The effect of cyclooxygenase-2 inhibitors on blood pressure. Arthritis Rheum 2001; 44(9 Suppl.):S318.

(568)   Chodosh J, Ferrell BA, Shekelle PG, Wenger NS. Quality indicators for pain management in vulnerable elders. Ann Intern Med 2001; 135(8 Pt 2):731-735.

KS-000881

(569)   Choi HK, Seeger JD, Kuntz KM. Effects of rofecoxib and naproxen on life expectancy among patients with rheumatoid arthritis: a decision analysis. Am J Med 2004; 116(9):621-629.

(570)   Choi JH, Choi JH, Kim DY et al. Effects of SKI 306X, a new herbal agent, on proteoglycan degradation in cartilage explant culture and collagenase-induced rabbit osteoarthritis model. Osteoarthritis Cartilage 2002; 10(6):471-478.

(571)   Chou R, Fu R, Carson S, Saha S, Helfand M. Methodological shortcomings predicted lower harm estimates in one of two sets of studies of clinical interventions. J Clin Epidemiol 2007; 60(1):18-28.

(572)   Choy EH, Scott DL. Drug treatment of rheumatic diseases in the 1990s. Achievements and future developments. Drugs 1997; 53(3):337-348.

(573)   Christensen K, Cawkwell G. Valdecoxib, a novel potent COX-2-specific inhibitor, is effective in treating postoperative dental pain and provides a more rapid onset of action compared with rofecoxib [ABSTRACT 18]. Ann Emerg Med 2002; 40(4 Suppl.):S6-S7.

(574)   Christensen KS, Cawkwell GD. Valdecoxib versus rofecoxib in acute postsurgical pain: results of a randomized controlled trial. J Pain Symptom Manage 2004; 27(5):460-470.

(575)   Chrubasik S, Kunzel O, Model A, Conradt C, Black A. Treatment of low back pain with a herbal or synthetic anti-rheumatic: a randomized controlled study. Willow bark extract for low back pain. Rheumatology (Oxford) 2001; 40(12):1388-1393.

(576)   Chrubasik S, Model A, Black A, Pollak S. A randomized double-blind pilot study comparing Doloteffin and Vioxx in the treatment of low back pain. Rheumatology (Oxford) 2003; 42(1):141-148.

(577)   Chrubasik S, Conradt C, Black A. The quality of clinical trials with Harpagophytum procumbens. Phytomedicine 2003; 10(6-7):613-623.

(578)   Chrubasik S, Kunzel O, Thanner J, Conradt C, Black A. A 1-year follow-up after a pilot study with Doloteffin for low back pain. Phytomedicine 2005; 12(1-2):1-9.

(579)   Church CA, Stewart C, Lee TJ, Wallace D. Rofecoxib versus hydrocodone/acetaminophen for postoperative analgesia in functional endoscopic sinus surgery. Laryngoscope 2006; 116(4):602-606.

(580)   Church J, Simmang C. Practice parameters for the treatment of patients with dominantly inherited colorectal cancer (familial adenomatous polyposis and hereditary nonpolyposis colorectal cancer). Dis Colon Rectum 2003; 46(8):1001-1012.

(581)   Ciabattoni G, Porreca E, Di FC et al. Determinants of platelet activation in Alzheimer's disease. Neurobiol Aging 2007; 28(3):336-342.

(582)   ciga-Campos M, Lopez UG, Reval MI, Lopez-Munoz FJ. Enhancement of antinociception by co-administration of an opioid drug (morphine) and a preferential cyclooxygenase-2 inhibitor (rofecoxib) in rats. Eur J Pharmacol 2003; 460(2-3):99-107.

(583)   ciga-Campos M, Lopez-Munoz FJ. Participation of the L-arginine-nitric oxide-cyclic GMP-ATP-sensitive K+ channel cascade in the antinociceptive effect of rofecoxib. Eur J Pharmacol 2004; 484(2-3):193-199.

(584)   Cipollini F, Mecozzi V, Altilia F. Endoscopic Assessment of the Effects of Nimesulide on the Gastric Mucosa: Comparison with Indomethacin. Curr Ther Res Clin Exp 1989; 45(6):1042-1048.

(585)   Cipollone F, Ciabattoni G, Patrignani P et al. Oxidant stress and aspirin-insensitive thromboxane biosynthesis in severe unstable angina. Circulation 2000; 102(9):1007-1013.

(586)   Cipollone F, Prontera C, Pini B et al. Overexpression of functionally coupled cyclooxygenase-2 and prostaglandin E synthase in symptomatic atherosclerotic plaques as a basis of prostaglandin E(2)-dependent plaque instability. Circulation 2001; 104(8):921-927.

(587)   Cipollone F, Patrono C. Cyclooxygenase-2 polymorphism: putting a brake on the inflammatory response to vascular injury? Arterioscler Thromb Vasc Biol 2002; 22(10):1516-1518.

KS-000882

(588)  Cipollone F, Toniato E, Martinotti S et al. A polymorphism in the cyclooxygenase 2 gene as an inherited protective factor against myocardial infarction and stroke. JAMA 2004; 291(18):2221-2228.

(589)  Cipollone F, Fazia M, Iezzi A et al. Balance between PGD synthase and PGE synthase is a major determinant of atherosclerotic plaque instability in humans. Arterioscler Thromb Vasc Biol 2004; 24(7):1259-1265.

(590)  Cipollone F, Rocca B, Patrono C. Cyclooxygenase-2 expression and inhibition in atherothrombosis. Arterioscler Thromb Vasc Biol 2004; 24(2):246-255.

(591)  Cipollone F, Fazia M, Mezzetti A. Novel determinants of plaque instability. J Thromb Haemost 2005; 3(9):1962-1975.

(592)  Clark DW, Coulter DM. Psoriasis associated with rofecoxib. Arch Dermatol 2003; 139(9):1223.

(593)  Clark DW, Donnelly E, Coulter DM, Roberts RL, Kennedy MA. Linking pharmacovigilance with pharmacogenetics. Drug Saf 2004; 27(15):1171-1184.

(594)  Clark DW, Layton D, Shakir SA. Do some inhibitors of COX-2 increase the risk of thromboembolic events?: Linking pharmacology with pharmacoepidemiology. Drug Saf 2004; 27(7):427-456.

(595)  Clarke RJ, Mayo G, Price P, FitzGerald GA. Suppression of thromboxane A2 but not of systemic prostacyclin by controlled-release aspirin. N Engl J Med 1991; 325(16):1137-1141.

(596)  Cleland LG, James MJ, Stamp LK, Penglis PS. COX-2 inhibition and thrombotic tendency: a need for surveillance. Med J Aust 2001; 175(4):214-217.

(597)  Clemett D, Goa KL. Celecoxib: a review of its use in osteoarthritis, rheumatoid arthritis and acute pain. Drugs 2000; 59(4):957-980.

(598)  Clifford LJ, Nair MG, Rana J, Dewitt DL. Bioactivity of alkamides isolated from Echinacea purpurea (L.) Moench. Phytomedicine 2002; 9(3):249-253.

(599)  Cobellis L, Razzi S, De SS et al. The treatment with a COX-2 specific inhibitor is effective in the management of pain related to endometriosis. Eur J Obstet Gynecol Reprod Biol 2004; 116(1):100-102.

(600)  Cochrane DJ, Jarvis B, Keating GM. Etoricoxib. Drugs 2002; 62(18):2637-2651.

(601)  Cockerill GW, Saklatvala J, Ridley SH et al. High-density lipoproteins differentially modulate cytokine-induced expression of E-selectin and cyclooxygenase-2. Arterioscler Thromb Vasc Biol 1999; 19(4):910-917.

(602)  Codella O. Piastrinopenia da rofecoxib: commento [Platelet disorder to rofecoxib: comment]. Boll Farmacosorveglianza 2001; 8(28):5-6.

(603)  Cohen FJ. What ails the FDA? N Engl J Med 2005; 352(24):2554.

(604)  Cohen JG. Recent developments in health law. Merck and the Vioxx decision: playing by the changing rules of the chemical exposure game. J Law Med Ethics 2005; 33(4):866-869.

(605)  Cohen MM. Mucosal cytoprotection by prostaglandin E2. Lancet 1978; 2(8102):1253-1254.

(606)  Cohen MR. Trade name, INNs, and medication errors. Arch Intern Med 2002; 162(22):2636-2637.

(607)  Cole A. UK government likely to miss its target to reduce childhood obesity. BMJ 2006; 332(7540):505.

(608)  Coles LS, Fries JF, Kraines RG, Roth SH. From experiment to experience: side effects of nonsteroidal anti-inflammatory drugs. Am J Med 1983; 74(5):820-828.

(609)  Collantes-Estevez E, Fernandez-Perez C. Improved control of osteoarthritis pain and self-reported health status in non-responders to celecoxib switched to rofecoxib: results of PAVIA, an open-label post-marketing survey in Spain. Curr Med Res Opin 2003; 19(5):402-410.

(610)  Collantes E, Curtis SP, Lee KW et al. A multinational randomized, controlled, clinical trial of etoricoxib in the treatment of rheumatoid arthritis [ISRCTN25142273]. BMC Fam Pract 2002; 3:10.

KS-000883

(611)   Collins PW, Pappo R, Dajani EZ. Chemistry and synthetic development of misoprostol. Dig Dis Sci 1985; 30(11 Suppl):114S-117S.

(612)   Collins R, Peto R, MacMahon S et al. Blood pressure, stroke, and coronary heart disease. Part 2, Short-term reductions in blood pressure: overview of randomised drug trials in their epidemiological context. Lancet 1990; 335(8693):827-838.

(613)   Collins R, MacMahon S. Reliable assessment of the effects of treatment on mortality and major morbidity, I: clinical trials. Lancet 2001; 357(9253):373-380.

(614)   Colombo PC, Ashton AW, Celaj S et al. Biopsy coupled to quantitative immunofluorescence: a new method to study the human vascular endothelium. J Appl Physiol 2002; 92(3):1331-1338.

(615)   Colville-Nash PR, Gilroy DW. Potential adverse effects of cyclooxygenase-2 inhibition: evidence from animal models of inflammation. BioDrugs 2001; 15(1):1-9.

(616)   Committee on Safety of Medicines. Rofecoxib (VIOXX). Curr Probl Pharmacovigilance 2000; 26:13.

(617)   Connelly KA, Macisaac AI, Jelinek VM. Stress, myocardial infarction, and the "tako-tsubo" phenomenon. Heart 2004; 90(9):e52.

(618)   Connolly E, Bouchier-Hayes DJ, Kaye E, Leahy A, Fitzgerald D, Belton O. Cyclooxygenase isozyme expression and intimal hyperplasia in a rat model of balloon angioplasty. J Pharmacol Exp Ther 2002; 300(2):393-398.

(619)   Cook JJ, Gardell SJ, Holahan MA et al. Antithrombotic efficacy of thrombin inhibitor L-374,087: intravenous activity in a primate model of venous thrombus extension and oral activity in a canine model of primary venous and coronary artery thrombosis. J Pharmacol Exp Ther 1999; 289(1):503-510.

(620)   Copeland RA, Williams JM, Giannaras J et al. Mechanism of selective inhibition of the inducible isoform of prostaglandin G/H synthase. Proc Natl Acad Sci U S A 1994; 91(23):11202-11206.

(621)   Coras B, Hafner C, Reichle A et al. Antiangiogenic therapy with pioglitazone, rofecoxib, and trofosfamide in a patient with endemic kaposi sarcoma. Arch Dermatol 2004; 140(12):1504-1507.

(622)   Corman SL, Fedutes BA, Ansani NT. Impact of nonsteroidal antiinflammatory drugs on the cardioprotective effects of aspirin. Ann Pharmacother 2005; 39(6):1073-1079.

(623)   Cornaro G. A New Non-Steroidal Anti-Inflammatory Drug in the Treatment of Inflammations Due to Parodontal Surgery. Curr Ther Res Clin Exp 1983; 33(6, Sec. 1):982-989.

(624)   Coruzzi G, Menozzi A, Dobrilla G. Novel non-steroidal anti-inflammatory drugs: what we have learned from animal studies. Curr Drug Targets Inflamm Allergy 2004; 3(1):43-61.

(625)   Costa M. COX and the gut: now we see it now we don't. Neurogastroenterol Motil 2004; 16(6):693-695.

(626)   Coulter DM. Signal generation in the New Zealand Intensive Medicines Monitoring Programme: a combined clinical and statistical approach. Drug Saf 2002; 25(6):433-439.

(627)   Coulter DM, Clark DW, Savage RL. Celecoxib, rofecoxib, and acute temporary visual impairment. BMJ 2003; 327(7425):1214-1215.

(628)   Courtois E, Marques M, Barrientos A, Casado S, Lopez-Farre A. Lead-induced downregulation of soluble guanylate cyclase in isolated rat aortic segments mediated by reactive oxygen species and cyclooxygenase-2. J Am Soc Nephrol 2003; 14(6):1464-1470.

(629)   Couzin J. Clinical trials. Nail-biting time for trials of COX-2 drugs. Science 2004; 306(5702):1673-1675.

(630)   Couzin J. Drug safety. Withdrawal of Vioxx casts a shadow over COX-2 inhibitors. Science 2004; 306(5695):384-385.

(631)   Couzin J. Scientific publishing. Echoing other cases, NEJM says Vioxx Safety data withheld. Science 2005; 310(5755):1755.

(632)   Couzin J. Drug safety. FDA panel urges caution on many anti-inflammatory drugs. Science 2005; 307(5713):1183-1185.

KS-000884

(633) Cowley AW, Jr., Mattson DL, Lu S, Roman RJ. The renal medulla and hypertension. Hypertension 1995; 25(4 Pt 2):663-673.

(634) Cox ER, Motheral B, Frisse M, Behm A, Mager D. Prescribing COX-2s for patients new to cyclo-oxygenase inhibition therapy. Am J Manag Care 2003; 9(11):735-742.

(635) Cox ER, Frisse M, Behm A, Fairman KA. Over-the-counter pain reliever and aspirin use within a sample of long-term cyclooxygenase 2 users. Arch Intern Med 2004; 164(11):1243-1246.

(636) Creamer P, Lethbridge-Ceiku M, Hochberg MC, Zeng Q, Bolognese J, Ehrich E. A model of the health effects of osteoarthritis (OA) of the knee. Arthritis Rheum 1998; 41(9 Suppl.):S229.

(637) Crofford LJ, Wilder RL, Ristimaki AP et al. Cyclooxygenase-1 and -2 expression in rheumatoid synovial tissues. Effects of interleukin-1 beta, phorbol ester, and corticosteroids. J Clin Invest 1994; 93(3):1095-1101.

(638) Crofford LJ. COX-1 and COX-2 tissue expression: implications and predictions. J Rheumatol Suppl 1997; 49:15-19.

(639) Crofford LJ, Oates JC, McCune WJ et al. Thrombosis in patients with connective tissue diseases treated with specific cyclooxygenase 2 inhibitors. A report of four cases. Arthritis Rheum 2000; 43(8):1891-1896.

(640) Crofford LJ. Clinical experience with specific COX-2 inhibitors in arthritis. Curr Pharm Des 2000; 6(17):1725-1736.

(641) Crofford LJ, Lipsky PE, Brooks P, Abramson SB, Simon LS, van De Putte LB. Basic biology and clinical application of specific cyclooxygenase-2 inhibitors. Arthritis Rheum 2000; 43(1):4-13.

(642) Crofford LJ, McDonagh KT, Schmaier AH, Oates JC. Cyclooxygenase 2 inhibitors and thrombogenicity production: comment on the article by Crofford et al.: reply. Arthritis Rheum 2001; 44(5):1230.

(643) Crofford LJ. Rational use of analgesic and antiinflammatory drugs. N Engl J Med 2001; 345(25):1844-1846.

(644) Crofford LJ. Specific cyclooxygenase-2 inhibitors: what have we learned since they came into widespread clinical use? Curr Opin Rheumatol 2002; 14(3):225-230.

(645) Crofford LJ. COX-2: Where are we in 2003? - Specific cyclooxygenase-2 inhibitors and aspirin-exacerbated respiratory disease. Arthritis Res Ther 2003; 5(1):25-27.

(646) Cronberg S, Wallmark E, Soderberg I. Effect on platelet aggregation of oral administration of 10 non-steroidal analgesics to humans. Scand J Haematol 1984; 33(2):155-159.

(647) Cronstein BN. Cyclooxygenase-2-selective inhibitors: translating pharmacology into clinical utility. Cleve Clin J Med 2002; 69 Suppl 1:SI13-SI19.

(648) Crouch TE, Stafford CT. Urticaria associated with COX-2 inhibitors [POSTER 38]. Ann Allergy Asthma Immunol 2000; 84(1):140.

(649) Cryer B, Gottesdiener K, Gertz B, Hsieh P, Dallob A, Feldman M. Effects of a novel cyclooxygenase (COX)-2 inhibitor on gastric mucosal prostaglandin (PG) synthesis in healthy humans [ABSTRACT 104]. Am J Gastroenterol 1996; 91(9):1907-Abstr. 104.

(650) Cryer B, Feldman M. Cyclooxygenase-1 and cyclooxygenase-2 selectivity of widely used nonsteroidal anti-inflammatory drugs. Am J Med 1998; 104(5):413-421.

(651) Cryer B, Dubois A. The advent of highly selective inhibitors of cyclooxygenase--a review. Prostaglandins Other Lipid Mediat 1998; 56(5-6):341-361.

(652) Cryer B, Gottesdiener K, Gertz B, Wong P, Dallob A, Feldman M. In vivo effects of rofecoxib, a new cyclooxygenase (COX)-2 inhibitor, on gastric mucosal prostaglandin (PG) and serum thromboxane B-2 (TXB-2) synthesis in healthy humans [ABSTRACT G0611]. Gastroenterology 1999; 116(4 Pt. 2):A141-Abstr. G0611.

(653) Cryer B, Feldman M. Effects of very low dose daily, long-term aspirin therapy on gastric, duodenal, and rectal prostaglandin levels and on mucosal injury in healthy humans. Gastroenterology 1999; 117(

KS-000885

(654)   Cryer B, Feldman M. Comparison of effects of celecoxib, rofecoxib, naproxen and acetaminophen on gastric COX inhibition [ABSTRACT 172]. Am J Gastroenterol 2002; 97(9 Suppl.):S57.

(655)   Cullen L, Kelly L, Connor SO, Fitzgerald DJ. Selective cyclooxygenase-2 inhibition by nimesulide in man. J Pharmacol Exp Ther 1998; 287(2):578-582.

(656)   Curfman GD, Morrissey S, Drazen JM. Expression of concern: Bombardier et al., "Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis," N Engl J Med 2000;343:1520-8. N Engl J Med 2005; 353(26):2813-2814.

(657)   Curfman GD, Morrissey S, Drazen JM. Expression of concern reaffirmed. N Engl J Med 2006; 354(11):1193.

(658)   Curfman GD, Morrissey S, Drazen JM. Expression of concern: Sudbo J et al. DNA content as a prognostic marker in patients with oral leukoplakia. N Engl J Med 2001;344:1270-8 and Sudbo J et al. the influence of resection and aneuploidy on mortality in oral leukoplakia. N Engl J Med 2004;350:1405-13. N Engl J Med 2006; 354(6):638.

(659)   Curtis SP, Ng J, Yu Q et al. Renal effects of etoricoxib and comparator nonsteroidal anti-inflammatory drugs in controlled clinical trials. Clin Ther 2004; 26(1):70-83.

(660)   Cush JJ, Jasin HE, Johnson R, Lipsky PE. Relationship between clinical efficacy and laboratory correlates of inflammatory and immunologic activity in rheumatoid arthritis patients treated with nonsteroidal antiinflammatory drugs. Arthritis Rheum 1990; 33(5):623-633.

(661)   Cutler NS, Graves-Deal R, LaFleur BJ et al. Stromal production of prostacyclin confers an antiapoptotic effect to colonic epithelial cells. Cancer Res 2003; 63(8):1748-1751.

(662)   Cutts C, LaCaze A, Tett S. A clinical audit of the prescribing of celecoxib and rofecoxib in Australian rural general practice. Br J Clin Pharmacol 2002; 54(5):522-527.

(663)   Cuzick J, Edwards R, Segnan N. Adjusting for non-compliance and contamination in randomized clinical trials. Stat Med 1997; 16(9):1017-1029.

(664)   Cyrus T, Tang LX, Rokach J, FitzGerald GA, Pratico D. Lipid peroxidation and platelet activation in murine atherosclerosis. Circulation 2001; 104(16):1940-1945.

(665)   Cyrus T, Sung S, Zhao L, Funk CD, Tang S, Pratico D. Effect of low-dose aspirin on vascular inflammation, plaque stability, and atherogenesis in low-density lipoprotein receptor-deficient mice. Circulation 2002; 106(10):1282-1287.

(666)   Dahl JB, Kehlet H. Comment on: Gilron I, Orr E, Tu D, O'Neill JP, Zamora JE, Bell AC. A placebo-controlled randomized clinical trial of perioperative administration of gabapentin, rofecoxib and their combination for spontaneous and movement-evoked pain after abdominal hysterectomy. Pain 113 (2005) 191-200. Pain 2005; 115(1-2):218-219.

(667)   Dahlgren N, Nilsson B, Sakabe T, Siesjo BK. The effect of indomethacin on cerebral blood flow and oxygen consumption in the rat at normal and increased carbon dioxide tensions. Acta Physiol Scand 1981; 111(4):475-485.

(668)   Dai C, Stafford RS, Alexander GC. National trends in cyclooxygenase-2 inhibitor use since market release: nonselective diffusion of a selectively cost-effective innovation. Arch Intern Med 2005; 165(2):171-177.

(669)   Dai W, Kloner RA. Relationship between cyclooxygenase-2 inhibition and thrombogenesis. J Cardiovasc Pharmacol Ther 2004; 9(1):51-59.

(670)   Daikh DI. The Vioxx debacle revisited. Am J Med 2005; 118(9):1057.

(671)   Dalen JE. Selective COX-2 Inhibitors, NSAIDs, aspirin, and myocardial infarction. Arch Intern Med 2002; 162(10):1091-1092.

(672)   Dalen JE. Aspirin use may change cost-effectiveness of COX-2 inhibitors: in reply. Arch Intern Med 2002; 2002(162):22-2638.

(673)   Dallob A, Hawkey CJ, Greenberg H et al. Characterization of etoricoxib, a novel, selective COX-2 inhibitor. J Clin Pharmacol 2003; 43(6):573-585.

**KS-000886**

(674)   daLuz PL, Coimbra SR. Alcohol and atherosclerosis. An Acad Bras Cienc 2001; 73(1):51-55.

(675)   Dammann HG, Burkhardt F, Walter TA. Selective COX-2 inhibition: its relevance for NSAID-gastrointestinal toxicity [ABSTRACT 648]. Am J Gastroenterol 1996; 91(9):1910.

(676)   Daniel TO, Liu H, Morrow JD, Crews BC, Marnett LJ. Thromboxane A2 is a mediator of cyclooxygenase-2-dependent endothelial migration and angiogenesis. Cancer Res 1999; 59(18):4574-4577.

(677)   Daniell HW. Periodontitis in estrogen-deficient women. Arch Intern Med 2002; 162(22):2634-2635.

(678)   Daniels B, Seidenberg B. Cardiovascular safety profile of rofecoxib in controlled clinical trials [ABSTRACT 435]. Arthritis Rheum 1999; 42(9 Suppl.):S143-Abstr. 435.

(679)   Daniels B, Krupa D, Ehrich E, Bolognese J, Seidenberg B. Clinical response of OA patients who use acetaminophen when randomized to rofecoxib or ibuprofen [ABSTRACT 436]. Arthritis Rheum 1999; 42(9 Suppl.):S143-Abstr. 436.

(680)   Daniels B, Gertz B, Morrison B, Seidenberg B. Renal safety profile of rofecoxib, a specific inhibitor of COX-2, in controlled clinical trials [ABSTRACT 434]. Arthritis Rheum 1999; 42(9 Suppl.):S143-Abstr. 434.

(681)   Daniels B, Seidenberg B. Rofecoxib, a specific inhibitor COX-2, was not associated with allergic reactions in patients with a history of sulfur-allergy [POSTER 285]. Ann Rheum Dis 2000; 59(1 Suppl.):132.

(682)   Daniels B, Gertz B. Renal safety profile of rofecoxib, a specific inhibitor of COX-2, in controlled clinical trials [POSTER 284]. Ann Rheum Dis 2000; 59(1 Suppl.):132.

(683)   Daniels S, Morrison BW, Cantu N et al. Dose ranging trial of the effect of MK-966 in primary dysmenorrhea [ABSTRACT PI-6]. Clin Pharmacol Ther 1999; 65(2):118-Abstr. PI-6.

(684)   Daniels SE, Grossman EH, Kuss ME, Talwalker S, Hubbard RC. A double-blind, randomized comparison of intramuscularly and intravenously administered parecoxib sodium versus ketorolac and placebo in a post-oral surgery pain model. Clin Ther 2001; 23(7):1018-1031.

(685)   Daniels SE, Desjardins PJ, Bird SR, Smugar SS, Tershakovec AM. Rofecoxib 50 mg and valdecoxib 20 or 40 mg in adults and adolescents with postoperative pain after third molar extraction: results of two randomized, double-blind, placebo-controlled, single-dose studies. Clin Ther 2006; 28(7):1022-1034.

(686)   Dannenberg AJ, Subbaramaiah K. Targeting cyclooxygenase-2 in human neoplasia: rationale and promise. Cancer Cell 2003; 4(6):431-436.

(687)   Dart RC. The use and effect of analgesics in patients who regularly drink alcohol. Am J Manag Care 2001; 7(19 Suppl):S597-S601.

(688)   Daugherty KK, Gora-Harper ML. Idiopathic paresthesia reaction associated with rofecoxib. Ann Pharmacother 2002; 36(2):264-266.

(689)   Davi G, Gresele P, Violi F et al. Diabetes mellitus, hypercholesterolemia, and hypertension but not vascular disease per se are associated with persistent platelet activation in vivo. Evidence derived from the study of peripheral arterial disease. Circulation 1997; 96(1):69-75.

(690)   Davi G, Guagnano MT, Ciabattoni G et al. Platelet activation in obese women: role of inflammation and oxidant stress. JAMA 2002; 288(16):2008-2014.

(691)   Davi G, Falco A, Patrono C. Determinants of F2-isoprostane biosynthesis and inhibition in man. Chem Phys Lipids 2004; 128(1-2):149-163.

(692)   Davi G, Neri M, Falco A et al. Helicobacter pylori infection causes persistent platelet activation in vivo through enhanced lipid peroxidation. Arterioscler Thromb Vasc Biol 2005; 25(1):246-251.

(693)   Davidge ST. Prostaglandin H synthase and vascular function. Circ Res 2001; 89(8):650-660.

(694)   Davidoff F, DeAngelis CD, Drazen JM et al. Sponsorship, authorship, and accountability. N Engl J Med 2001; 345(11):825-826.

KS-000887

(695)   Davidoff F, Godlee F, Hoey J et al. Uniform requirements for manuscripts submitted to biomedical journals. J Am Osteopath Assoc 2003; 103(3):137-149.

(696)   Davies NM, Wallace JL. Selective inhibitors of cyclooxygenase-2. Potential in elderly patients. Drugs Aging 1996; 9(6):406-417.

(697)   Davies NM. Review article: non-steroidal anti-inflammatory drug-induced gastrointestinal permeability. Aliment Pharmacol Ther 1998; 12(4):303-320.

(698)   Davies NM, McLachlan AJ, Day RO, Williams KM. Clinical pharmacokinetics and pharmacodynamics of celecoxib: a selective cyclo-oxygenase-2 inhibitor. Clin Pharmacokinet 2000; 38(3):225-242.

(699)   Davies NM, Saleh JY, Skjodt NM. Detection and prevention of NSAID-induced enteropathy. J Pharm Pharm Sci 2000; 3(1):137-155.

(700)   Davies NM, Teng XW, Skjodt NM. Pharmacokinetics of rofecoxib: a specific cyclo-oxygenase-2 inhibitor. Clin Pharmacokinet 2003; 42(6):545-556.

(701)   Davies NM, Jamali F. COX-2 selective inhibitors cardiac toxicity: getting to the heart of the matter. J Pharm Pharm Sci 2004; 7(3):332-336.

(702)   Davies PF, Remuzzi A, Gordon EJ, Dewey CF, Jr., Gimbrone MA, Jr. Turbulent fluid shear stress induces vascular endothelial cell turnover in vitro. Proc Natl Acad Sci U S A 1986; 83(7):2114-2117.

(703)   Davies PF, Barbee KA, Volin MV et al. Spatial relationships in early signaling events of flow-mediated endothelial mechanotransduction. Annu Rev Physiol 1997; 59:527-549.

(704)   Davis MP, Srivastava M. Demographics, assessment and management of pain in the elderly. Drugs Aging 2003; 20(1):23-57.

(705)   Day D, Furlan A, Irvin E, Bombardier C. Simplified search strategies were effective in identifying clinical trials of pharmaceuticals and physical modalities. J Clin Epidemiol 2005; 58(9):874-881.

(706)   Day M. Don't blame it all on the bogey. BMJ 2007; 334(7606):1250-1251.

(707)   Day R, Morrison B, Luza A et al. A randomized trial of the efficacy and tolerability of the COX-2 inhibitor rofecoxib vs ibuprofen in patients with osteoarthritis. Rofecoxib/Ibuprofen Comparator Study Group. Arch Intern Med 2000; 160(12):1781-1787.

(708)   Day RO. Pharmacokinetic and pharmacodynamic aspects of the ideal COX-2 inhibitor: a rheumatologist's perspective. Clin Exp Rheumatol 2001; 19(6 Suppl 25):S59-S62.

(709)   De Angelis CD, Drazen JM, Frizelle FA et al. Is this clinical trial fully registered?--A statement from the International Committee of Medical Journal Editors. N Engl J Med 2005; 352(23):2436-2438.

(710)   de Menezes GB, dos Reis WG, Santos JM, Duarte ID, de Francischi JN. Inhibition of prostaglandin F(2alpha) by selective cyclooxygenase 2 inhibitors accounts for reduced rat leukocyte migration. Inflammation 2005; 29(4-6):163-169.

(711)   de Nijs RN, Jacobs JW, Lems WF et al. Alendronate or alfacalcidol in glucocorticoid-induced osteoporosis. N Engl J Med 2006; 355(7):675-684.

(712)   de Papp AE, Wang L, Petruschke RA, Geba GP. Upper gastrointestinal tolerability of alendronate 70 mg once-weekly with concomitant use of NSAIDs compared to coxibs [ABSTRACT 103]. Arthritis Rheum 2003; 48(9 Suppl.):S85-Abstr. 103.

(713)   De AC, Drazen JM, Frizelle FA et al. Clinical trial registration: a statement from the International Committee of Medical Journal Editors. N Engl J Med 2004; 351(12):1250-1251.

(714)   de CF, Cobo J, az-Esnal B, Arguelles J, Vijande M, Costales M. Orthodontic tooth movement after inhibition of cyclooxygenase-2. Am J Orthod Dentofacial Orthop 2006; 129(3):402-406.

**KS-000888**

(715) De CR, Rocca B, Vitacolonna E et al. Lipid and protein oxidation contribute to a prothrombotic state in patients with type 2 diabetes mellitus. J Thromb Haemost 2003; 1(2):250-256.

(716) de GG. Low-dose aspirin and vitamin E in people at cardiovascular risk: a randomised trial in general practice. Collaborative Group of the Primary Prevention Project. Lancet 2001; 357(9250):89-95.

(717) de GG, Donati MB, Cerletti C. Prevention of thrombosis and vascular inflammation: benefits and limitations of selective or combined COX-1, COX-2 and 5-LOX inhibitors. Trends Pharmacol Sci 2003; 24(5):245-252.

(718) de L, X, Julemont F, Benoit V, Frederich M, Pirotte B, Dogne JM. First and second generations of COX-2 selective inhibitors. Mini Rev Med Chem 2004; 4(6):597-601.

(719) De SM, Schoors DF, De MG et al. Effect of multiple doses of losartan on the pharmacokinetics of single doses of digoxin in healthy volunteers. Br J Clin Pharmacol 1995; 40(6):571-575.

(720) De VJ, Kuhl E, Franken-Kunkel P, Eckel G. Pharmacological characterization of the chronic constriction injury model of neuropathic pain. Eur J Pharmacol 2004; 491(2-3):137-148.

(721) DeAngelis CD, Fontanarosa PB, Flanagin A. Reporting financial conflicts of interest and relationships between investigators and research sponsors. JAMA 2001; 286(1):89-91.

(722) Deeks JJ, Smith LA, Bradley MD. Efficacy, tolerability, and upper gastrointestinal safety of celecoxib for treatment of osteoarthritis and rheumatoid arthritis: systematic review of randomised controlled trials. BMJ 2002; 325(7365):619.

(723) DeFrancisco J, Gonlachavit S, Hasler W. Selective vs. nonselective cyclooxygenase and 5-lipoxygenase inhibition effects on gastric slow wave dysrhythmias during hyperglycemia:  a model of diabetic gastropathy [ABSTRACT 160]. Am J Gastroenterol 2001; 96(9 Suppl.):S52.

(724) Degner F, Lesaffre E, Zeidler H. Re: Layton et al. Comparison of the incidence rates of selected gastrointestinal events reported for patients prescribed rofecoxib and meloxicam in general practice in England using prescription-event monitoring data. Rheumatology (Oxford) 2004; 43(5):680-681.

(725) Del GE, Boschi D, Lazzarato L et al. The furoxan system: design of selective nitric oxide (NO) donor inhibitors of COX-2 endowed with anti-aggregatory and vasodilating activities. Chem Biodivers 2005; 2(7):886-900.

(726) del R, I, Williams K, Stern MP, Freeman GL, Escalante A. High incidence of cardiovascular events in a rheumatoid arthritis cohort not explained by traditional cardiac risk factors. Arthritis Rheum 2001; 44(12):2737-2745.

(727) del ZG, Ginis I, Hallenbeck JM, Iadecola C, Wang X, Feuerstein GZ. Inflammation and stroke: putative role for cytokines, adhesion molecules and iNOS in brain response to ischemia. Brain Pathol 2000; 10(1):95-112.

(728) Delacretaz E. Clinical practice. Supraventricular tachycardia. N Engl J Med 2006; 354(10):1039-1051.

(729) Delea TE, Singh G, Hagiwara M, Edelsberg J, Oster G. Rofecoxib may increase the risk of hypertension: results of a population-based study. Ann Rheum Dis 2002; 61(1 Suppl.):64.

(730) Delgado FM, Zambrana Garcia JL, Diez GF. Upper gastrointestinal toxicity of rofecoxib and naproxen. N Engl J Med 2001; 344(18):1398-1399.

(731) DeLong P, Tanaka T, Kruklitis R et al. Use of cyclooxygenase-2 inhibition to enhance the efficacy of immunotherapy. Cancer Res 2003; 63(22):7845-7852.

(732) DeMaria AN. Relative risk of cardiovascular events in patients with rheumatoid arthritis. Am J Cardiol 2002; 89(6A):33D-38D.

(733) DeMaria AN. The fallout from Vioxx. J Am Coll Cardiol 2004; 44(10):2080-2081.

(734) Dembo G, Park SB, Kharasch ED. Central nervous system concentrations of cyclooxygenase-2 inhibitors in humans. Anesthesiology 2005; 102(2):409-415.

(735) Depont F, Fourrier A, Merliere Y et al. The CADEUS study: methods and logistics. Pharmacoepidemiol Drug Saf 2007; 16(5):571-580.

KS-000889

(736) Depont F, Fourrier A, Merliere Y et al. Channeling of COX-2 inhibitors to patients at higher gastrointestinal risk but not at lower cardiovascular risk: the Cox2 inhibitors and tNSAIDs description of users (CADEUS) study. Pharmacoepidemiol Drug Saf 2007.

(737) Depre M, Ehrich E, DeLepeleire I et al. Demonstration of Specific COX-2 Inhibition By MK-966 (Vioxx) In Humans with Supratherapeutic Doses [ABSTRACT 196]. Rheumatol Eur 1998; 27(2):118-Abstr. 196.

(738) Depre M, Ehrich E, Van HA et al. Pharmacokinetics, COX-2 specificity, and tolerability of supratherapeutic doses of rofecoxib in humans. Eur J Clin Pharmacol 2000; 56(2):167-174.

(739) Derici U, Goker B, Ayerden-Ebinc F, Haznedaroglu S. Effects of low dose rofecoxib on blood pressure of patients with well-controlled hypertension [ABSTRACT AB0440]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr AB0440.

(740) Desjardins PJ, Chang DJ, Krupa D, Polis AB, Petruschke RA, Geba GP. A meta-analysis of onset of analgesic efficacy of rofecoxib 50 mg from 11 clinical studies [ABSTRACT AB0497]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr AB0497.

(741) Desjardins PJ, Black PM, Daniels S et al. A randomized controlled study comparing rofecoxib, diclofenac sodium, and placebo in post-bunionectomy pain. Curr Med Res Opin 2004; 20(10):1523-1537.

(742) Desjardins PJ, Mehlisch DR, Chang DJ et al. The time to onset and overall analgesic efficacy of rofecoxib 50 mg: a meta-analysis of 13 randomized clinical trials. Clin J Pain 2005; 21(3):241-250.

(743) DeTora LM, Truitt KE, Bolognese JA, Sperling RS, Watson DJ. Incidence of upper GI perforations, ulcers, and bleeding (PUBs) in the phase III rofecoxib rheumatoid arthritis database. Arthritis Rheum 2001; 44(9 Suppl.):S174.

(744) DeTora LM, Krupa D, Bolognese JA, Sperling RS, Ehrich EW. Rofecoxib shows consistent efficacy in OA clinical trials, regardless of specific patient demographic and disease factors [ABSTRACT SAT0071]. Ann Rheum Dis 2001; 60(1 Suppl.):CD ABSTRACT SAT0071.

(745) DeTora LM, Krupa D, Bolognese J, Sperling RS, Ehrich EW. Rofecoxib shows consistent efficacy in osteoarthritis clinical trials, regardless of specific patient demographic and disease factors. J Rheumatol 2001; 28(11):2494-2503.

(746) DeTora LM, Zhao PL, Truitt KE, Anderson MA, Kress BA, Lee M. Improvements in pain scores in the rofecoxib rheumatoid arthritis (RA) clinical development program. Ann Rheum Dis 2002; 61(1 Suppl.):44.

(747) Devaraj S, Xu DY, Jialal I. C-reactive protein increases plasminogen activator inhibitor-1 expression and activity in human aortic endothelial cells: implications for the metabolic syndrome and atherothrombosis. Circulation 2003; 107(3):398-404.

(748) Dewitt DL, Smith WL. Primary structure of prostaglandin G/H synthase from sheep vesicular gland determined from the complementary DNA sequence. Proc Natl Acad Sci U S A 1988; 85(5):1412-1416.

(749) Dewitt DL, Meade EA, Smith WL. PGH synthase isoenzyme selectivity: the potential for safer nonsteroidal antiinflammatory drugs. Am J Med 1993; 95(2A):40S-44S.

(750) Dewitt DL. Cox-2-selective inhibitors: the new super aspirins. Mol Pharmacol 1999; 55(4):625-631.

(751) Dey A, Maric C, Kaesemeyer WH et al. Rofecoxib decreases renal injury in obese Zucker rats. Clin Sci (Lond) 2004; 107(6):561-570.

(752) Dhir A, Naidu PS, Kulkarni SK. Effect of rofecoxib, a cyclo-oxygenase-2 inhibitor, on various biochemical parameters of brain associated with pentylenetetrazol-induced chemical kindling in mice. Fundam Clin Pharmacol 2006; 20(3):255-261.

(753) Dhir A, Padi SS, Naidu PS, Kulkarni SK. Protective effect of naproxen (non-selective COX-inhibitor) or rofecoxib (selective COX-2 inhibitor) on immobilization stress-induced behavioral and biochemical alterations in mice. Eur J Pharmacol 2006; 535(1-3):192-198.

(754) Dhir A, Naidu PS, Kulkarni SK. Effect of cyclooxygenase inhibitors on pentylenetetrazol (PTZ)-induced convulsions: Possible mechanism of action. Prog Neuropsychopharmacol Biol Psychiatry 2006; 30(8):1478-1485.

KS-000890

(755) Di SF, Bosman C, Salvatori M et al. Combination therapy with rofecoxib and finasteride in the treatment of men with lower urinary tract symptoms (LUTS) and benign prostatic hyperplasia (BPH). Eur Urol 2005; 47(1):72-78.

(756) Dicker AP, Williams TL, Grant DS. Targeting angiogenic processes by combination rofecoxib and ionizing radiation. Am J Clin Oncol 2001; 24(5):438-442.

(757) Dickman A, Ellershaw J. NSAIDs: gastroprotection or selective COX-2 inhibitor? Palliat Med 2004; 18(4):275-286.

(758) Dieppe PA, Ebrahim S, Martin RM, Juni P. Lessons from the withdrawal of rofecoxib. BMJ 2004; 329(7471):867-868.

(759) Dimitrakov JD, Kaplan SA, Kroenke K, Jackson JL, Freeman MR. Management of chronic prostatitis/chronic pelvic pain syndrome: an evidence-based approach. Urology 2006; 67(5):881-888.

(760) Dinchuk JE, Car BD, Focht RJ et al. Renal abnormalities and an altered inflammatory response in mice lacking cyclooxygenase II. Nature 1995; 378(6555):406-409.

(761) Dionne RA, Khan AA, Gordon SM. Analgesia and COX-2 inhibition. Clin Exp Rheumatol 2001; 19(6 Suppl 25):S63-S70.

(762) Distel M, Mueller C, Bluhmki E, Fries J. Safety of meloxicam: a global analysis of clinical trials. Br J Rheumatol 1996; 35 Suppl 1:68-77.

(763) Dixon DA, Kaplan CD, McIntyre TM, Zimmerman GA, Prescott SM. Post-transcriptional control of cyclooxygenase-2 gene expression. The role of the 3'-untranslated region. J Biol Chem 2000; 275(16):11750-11757.

(764) Dodick D. Hemicrania continua: diagnostic criteria and nosologic status. Cephalalgia 2001; 21(9):869-872.

(765) Dogan E, Saygili U, Posaci C et al. Regression of endometrial explants in rats treated with the cyclooxygenase-2 inhibitor rofecoxib. Fertil Steril 2004; 82 Suppl 3:1115-1120.

(766) Dogne JM, Hanson J, Supuran C, Pratico D. Coxibs and cardiovascular side-effects: from light to shadow. Curr Pharm Des 2006; 12(8):971-975.

(767) Donnelly MT, Hawkey CJ. Review article: COX-II inhibitors--a new generation of safer NSAIDs? Aliment Pharmacol Ther 1997; 11(2):227-236.

(768) Donnet A, Lucas C, Massardier E, Boulliat J. Hemicrania with response to indomethacin and prevalent autonomic symptoms: four cases. Cephalalgia 2003; 23(2):157-160.

(769) Doret M, Mellier G, Benchaib M, Piacenza JM, Gharib C, Pasquier JC. In vitro study of tocolytic effect of rofecoxib, a specific cyclo-oxygenase 2 inhibitor. Comparison and combination with other tocolytic agents. BJOG 2002; 109(9):983-988.

(770) Dormond O, Foletti A, Paroz C, Ruegg C. NSAIDs inhibit alpha V beta 3 integrin-mediated and Cdc42/Rac-dependent endothelial-cell spreading, migration and angiogenesis. Nat Med 2001; 7(9):1041-1047.

(771) Dormond O, Bezzi M, Mariotti A, Ruegg C. Prostaglandin E2 promotes integrin alpha Vbeta 3-dependent endothelial cell adhesion, rac-activation, and spreading through cAMP/PKA-dependent signaling. J Biol Chem 2002; 277(48):45838-45846.

(772) Dormond O, Ruegg C. Regulation of endothelial cell integrin function and angiogenesis by COX-2, cAMP and Protein Kinase A. Thromb Haemost 2003; 90(4):577-585.

(773) Dorn GW. Role of thromboxane A2 in mitogenesis of vascular smooth muscle cells. Agents Actions Suppl 1997; 48:42-62.

(774) Doroudi R, Gan LM, Sjogren LS, Jern S. Intraluminal pressure modulates eicosanoid enzyme expression in vascular endothelium of intact human conduit vessels at physiological levels of shear stress. J Hypertens 2002; 20(1):63-70.

(775) Dougados M. The role of anti-inflammatory drugs in the treatment of osteoarthritis: a European viewpoint. Clin Exp Rheumatol 2001; 19(6 Suppl 25):S9-14.

KS-000891

(776)   Dougados M, Hehanif AC, Logeart I, Ravaud P. Short-term efficacy of rofecoxib and diclofenac in acute shoulder pain: a placebo-controlled randomized trial. PLoS Clin Trials 2007; 2(3):e9.

(777)   Doux JD, Bazar KA, Lee PY, Yun AJ. Can chronic use of anti-inflammatory agents paradoxically promote chronic inflammation through compensatory host response? Med Hypotheses 2005; 65(2):389-391.

(778)   Dowd NP, Scully M, Adderley SR, Cunningham AJ, Fitzgerald DJ. Inhibition of cyclooxygenase-2 aggravates doxorubicin-mediated cardiac injury in vivo. J Clin Invest 2001; 108(4):585-590.

(779)   Downing A, Jacobsen J, Sorensen HT, McLaughlin JK, Johnsen SP. Risk of hospitalization for angio-oedema among users of newer COX-2 selective inhibitors and other nonsteroidal anti-inflammatory drugs. Br J Clin Pharmacol 2006; 62(4):496-501.

(780)   Drago F, Brusati C, Desirello G, Cacciapuoti M, Rebora A. Cutaneous vasculitis induced by cyclo-oxygenase-2 selective inhibitors. J Am Acad Dermatol 2004; 51(6):1029-1030.

(781)   Drazen JM, Ingelfinger JR, Curfman GD. Expression of concern: Schiffl H, et Al. Daily hemodialysis and the outcome of acute renal failure. N Engl J Med 2002;346:305-10. N Engl J Med 2003; 348(21):2137.

(782)   Drazen JM. COX-2 inhibitors--a lesson in unexpected problems. N Engl J Med 2005; 352(11):1131-1132.

(783)   Drazen JM. Response to 'Lapses at the NEJM'. J R Soc Med 2006; 99(10):485.

(784)   Drenth JP, Verheugt FW. Do COX-2 inhibitors give enough gastrointestinal protection? Lancet 2007; 369(9560):439-440.

(785)   Drescher MJ, Elstein Y. Prophylactic COX 2 inhibitor: an end to the Yom Kippur headache. Headache 2006; 46(10):1487-1491.

(786)   Dubey K, Balani DK, Tripathi CB, Singh R, Bajaj R, Pillai KK. Adverse interactions of rofecoxib with lisinopril in spontaneously hypertensive rats. Clin Toxicol (Phila) 2005; 43(5):361-373.

(787)   DuBois RN, Giardiello FM, Smalley WE. Nonsteroidal anti-inflammatory drugs, eicosanoids, and colorectal cancer prevention. Gastroenterol Clin North Am 1996; 25(4):773-791.

(788)   DuBois RN, Radhika A, Reddy BS, Entingh AJ. Increased cyclooxygenase-2 levels in carcinogen-induced rat colonic tumors. Gastroenterology 1996; 110(4):1259-1262.

(789)   DuBois RN, Abramson SB, Crofford L et al. Cyclooxygenase in biology and disease. FASEB J 1998; 12(12):1063-1073.

(790)   Dubois RW, Melmed GY, Henning JM, Bernal M. Risk of Upper Gastrointestinal Injury and Events in Patients Treated With Cyclooxygenase (COX)-1/COX-2 Nonsteroidal Antiinflammatory Drugs (NSAIDs), COX-2 Selective NSAIDs, and Gastroprotective Cotherapy: An Appraisal of the Literature. J Clin Rheumatol 2004; 10(4):178-189.

(791)   Dudek D, Heba G, Chyrchel M et al. Early treatment with statins and selective COX-2 inhibitor decreases CRP in patients with unstable angina undergoing catheterization [ABSTRACT 2037]. Eur Heart J 2002; 23(Abstr. Suppl.):383-Abstr. 2037.

(792)   Dudhgaonkar SP, Kumar D, Naik A, Devi AR, Bawankule DU, Tandan SK. Interaction of inducible nitric oxide synthase and cyclooxygenase-2 inhibitors in formalin-induced nociception in mice. Eur J Pharmacol 2004; 492(2-3):117-122.

(793)   Dudhgaonkar SP, Tandan SK, Kumar D, Naik AK, Raviprakash V. Ameliorative effect of combined administration of inducible nitric oxide synthase inhibitor with cyclooxygenase-2 inhibitors in neuropathic pain in rats. Eur J Pain 2007; 11(5):528-534.

(794)   Dunder K, Lind L, Lagerqvist B, Zethelius B, Vessby B, Lithell H. Cardiovascular risk factors for stable angina pectoris versus unheralded myocardial infarction. Am Heart J 2004; 147(3):502-508.

(795)   Dunn MJ. Are COX-2 selective inhibitors nephrotoxic? Am J Kidney Dis 2000; 35(5):976-977.

(796)   Durrieu G, Torello J, Olivier P, Montastruc JL, Castillo JR. Coxibs and arterial hypertension: results of the Spanish and French Pharmacovigilance databases. Fundam Clin Pharmacol 2004;218-#O-23.

KS-000892

(797)   Durrieu G, Olivier P, Montastruc JL. COX-2 inhibitors and arterial hypertension: an analysis of spontaneous case reports in the Pharmacovigilance database. Eur J Clin Pharmacol 2005; 61(8):611-614.

(798)   Dyer C. UK patients seek compensation after taking rofecoxib. BMJ 2004; 329(7478):1308.

(799)   Eberhart CE, Coffey RJ, Radhika A, Giardiello FM, Ferrenbach S, DuBois RN. Up-regulation of cyclooxygenase 2 gene expression in human colorectal adenomas and adenocarcinomas. Gastroenterology 1994; 107(4):1183-1188.

(800)   Ebert AD, Bartley J, David M. Aromatase inhibitors and cyclooxygenase-2 (COX-2) inhibitors in endometriosis: new questions--old answers? Eur J Obstet Gynecol Reprod Biol 2005; 122(2):144-150.

(801)   Ebert MP, Schafer C, Chen J et al. Protective role of heat shock protein 27 in gastric mucosal injury. J Pathol 2005; 207(2):177-184.

(802)   Edwards DJ, Prescilla RP, Frattarelli DA, Haritos D, Aranda JV. Pharmacokinetics of rofecoxib in children. Clin Pharmacol Ther 2004; 75(2):P73-#PII-80.

(803)   Edwards IR. What are the real lessons from Vioxx? Drug Saf 2005; 28(8):651-658.

(804)   Edwards JE, Moore RA, McQuay HJ. Individual patient meta-analysis of single-dose rofecoxib in postoperative pain. BMC Anesthesiol 2004; 4(1):3.

(805)   Edwards JE, Moore RA, McQuay HJ. Rofecoxib for dysmenorrhoea: meta-analysis using individual patient data. BMC Womens Health 2004; 4(1):5.

(806)   Edwards RG. Open conflict on the handling of the Merck drug Vioxx by editorial giants. Reprod Biomed Online 2006; 13(6):905.

(807)   Efstathiou JA, Sampson DA, Levine Z et al. Nonsteroidal antiinflammatory drugs differentially suppress endometriosis in a murine model. Fertil Steril 2005; 83(1):171-181.

(808)   Egan KM, Lawson JA, Fries S et al. COX-2-derived prostacyclin confers atheroprotection on female mice. Science 2004; 306(5703):1954-1957.

(809)   Egan KM, Wang M, Fries S et al. Cyclooxygenases, thromboxane, and atherosclerosis: plaque destabilization by cyclooxygenase-2 inhibition combined with thromboxane receptor antagonism. Circulation 2005; 111(3):334-342.

(810)   Eggertson L. Vioxx award good news for Canadian lawsuits. CMAJ 2005; 173(7):744.

(811)   Egilman DS, Presler AH. Report of specific cardiovascular outcomes of the ADVANTAGE trial. Ann Intern Med 2006; 144(10):781.

(812)   Egilman DS, Presler AH, Valentin CS. Avoiding the regulatory capture of the Food and Drug Administration. Arch Intern Med 2007; 167(7):732-733.

(813)   Ehrich E, Dallob A, Van Hecken A et al. Demonstration of selective COX-2 inhibition by MK-966 in humans [ABSTRACT 328]. Arthritis Rheum 1996; 39(9 Suppl.):S81-Abstr. 328.

(814)   Ehrich E, Mehlisch D, Perkins S et al. Efficacy of MK-966, a highly selective inhibitor of COX-2, in the treatment of postoperative dental pain [ABSTRACT 329]. Arthritis Rheum 1996; 39(9 Suppl.):S81-Abstr. 329.

(815)   Ehrich E, Schnitzer T, Kivitz A et al. MK-966, a highly selective CO)X-2 inhibitor, was effective in the treatment of osteoarthritis (OA) of the knee and hip in a 6-week placebo controlled study [ABSTRACT 330]. Arthritis Rheum 1997; 40(9 Suppl.):S85-Abstr. 330.

(816)   Ehrich E, Bolognese J, Kong S, Watson DJ, Zeng Q, Seidenberg B. Improvements in SF-36 mental health domains with treatment of OA: a result of decreased pain and disability or independent mechanisms? Arthritis Rheum 1998; 41(9 Suppl.):S221.

(817)   Ehrich E, Schnitzer T, Weaver A et al. Treatment with MK-966 (Vioxx), a Specific COX-2 Inhibitor, Resulted In Clinical Improvement In Osteoarthritis (OA) of the Knee and Hip, That Was Sustained Over Six Months [ABSTRACT 198]. Rheumatol Eur 1999; 27(2 Suppl.):119-Abstr. 198.

KS-000893

(818)   Ehrich E, Krupa D, Bolognese J, Morrison B, Daniels B, Seidenberg B. Efficacy of rofecoxib, a COX-2 inhibitor, in hand, thumb and spine OA:  results of a non-signal joint analysis [POSTER 270]. Ann Rheum Dis 2000; 59(1 Suppl.):129.

(819)   Ehrich EW, Schnitzer TJ, McIlwain H et al. Effect of specific COX-2 inhibition in osteoarthritis of the knee: a 6 week double blind, placebo controlled pilot study of rofecoxib. Rofecoxib Osteoarthritis Pilot Study Group. J Rheumatol 1999; 26(11):2438-2447.

(820)   Ehrich EW, Dallob A, De L, I et al. Characterization of rofecoxib as a cyclooxygenase-2 isoform inhibitor and demonstration of analgesia in the dental pain model. Clin Pharmacol Ther 1999; 65(3):336-347.

(821)   Ehrich EW, Bolognese JA, Watson DJ, Kong SX. Effect of rofecoxib therapy on measures of health-related quality of life in patients with osteoarthritis. Am J Manag Care 2001; 7(6):609-616.

(822)   Eikelboom JW, Hirsh J, Weitz JI, Johnston M, Yi Q, Yusuf S. Aspirin-resistant thromboxane biosynthesis and the risk of myocardial infarction, stroke, or cardiovascular death in patients at high risk for cardiovascular events. Circulation 2002; 105(14):1650-1655.

(823)   Einhorn TA. Cox-2: Where are we in 2003? - The role of cyclooxygenase-2 in bone repair. Arthritis Res Ther 2003; 5(1):5-7.

(824)   Eisenberg RS. Learning the value of drugs--is rofecoxib a regulatory success story? N Engl J Med 2005; 352(13):1285-1287.

(825)   Eisenberg RS. The problem of new uses. Yale J Health Policy Law Ethics 2005; 5(2):717-739.

(826)   El-Medany A, Mahgoub A, Mustafa A, Arafa M, Morsi M. The effects of selective cyclooxygenase-2 inhibitors, celecoxib and rofecoxib, on experimental colitis induced by acetic acid in rats. Eur J Pharmacol 2005; 507(1-3):291-299.

(827)   El-Shenawy SM, bdel-Salam OM, Baiuomy AR, El-Batran S, Arbid MS. Studies on the anti-inflammatory and anti-nociceptive effects of melatonin in the rat. Pharmacol Res 2002; 46(3):235-243.

(828)   Elliott SN, McKnight W, Cirino G, Wallace JL. A nitric oxide-releasing nonsteroidal anti-inflammatory drug accelerates gastric ulcer healing in rats. Gastroenterology 1995; 109(2):524-530.

(829)   Elmes SJ, Winyard LA, Medhurst SJ et al. Activation of CB1 and CB2 receptors attenuates the induction and maintenance of inflammatory pain in the rat. Pain 2005; 118(3):327-335.

(830)   Elon RD. Improving geriatrics training. Ann Intern Med 2004; 140(12):1061.

(831)   Emery P. Clinical implications of selective cyclooxygenase-2 inhibition. Scand J Rheumatol Suppl 1996; 102:23-28.

(832)   Emery P, Zeidler H, Kvien TK et al. Celecoxib versus diclofenac in long-term management of rheumatoid arthritis: randomised double-blind comparison. Lancet 1999; 354(9196):2106-2111.

(833)   Emery P, Moore A, Hawkey C. Increased risk of cardiovascular events with coxibs and NSAIDs. Lancet 2005; 365(9470):1538.

(834)   Emkey R, Rosenthal N, Wu SC, Jordan D, Kamin M. Efficacy and safety of tramadol/acetaminophen tablets (Ultracet) as add-on therapy for osteoarthritis pain in subjects receiving a COX-2 nonsteroidal antiinflammatory drug: a multicenter, randomized, double-blind, placebo-controlled trial. J Rheumatol 2004; 31(1):150-156.

(835)   Engeler DS, Ackermann DK, Osterwalder JJ, Keel A, Schmid HP. A double-blind, placebo controlled comparison of the morphine sparing effect of oral rofecoxib and diclofenac for acute renal colic. J Urol 2005; 174(3):933-936.

(836)   Engelhardt FC, Shi YJ, Cowden CJ et al. Synthesis of a NO-releasing prodrug of rofecoxib. J Org Chem 2006; 71(2):480-491.

(837)   Enrique E, Cistero-Bahima A, San Miguel-Moncin MM, Alonso R. Rofecoxib should be tried in NSAID hypersensitivity. Allergy 2000; 55(11):1090.

(838)   Epstein M. Cardiovascular and renal effects of COX-2-specific inhibitors: recent insights and emerging clinical implications. Am J Ther 2001; 8(2):81-83.

KS-000894