(839)   Epstein RA. Regulatory paternalism in the market for drugs: lessons from Vioxx and Celebrex. Yale J Health Policy Law Ethics 2005; 5(2):741-770.

(840)   Eras J, Perazella MA. NSAIDs and the kidney revisited: are selective cyclooxygenase-2 inhibitors safe? Am J Med Sci 2001; 321(3):181-190.

(841)   Ermondi G, Caron G, Lawrence R, Longo D. Docking studies on NSAID/COX-2 isozyme complexes using contact statistics analysis. J Comput Aided Mol Des 2004; 18(11):683-696.

(842)   Eskiyurt N. The first experience of the efficacy and safety of coxibs in Turkish nation [ABSTRACT 141]. Ann Rheum Dis 2001; 60(1 Suppl):CD AB0141.

(843)   Espinosa-Morales R, Hunsche E, Querol J, Mavros P, Kong SX. Evaluation of rofecoxib under real-life conditions in Mexico - Analysis of satisfaction with treatment and patients' quality of life [ABSTRACT AB0651]. Ann Rheum Dis 2003; 62(1 Suppl):Abstr AB0651.

(844)   Etminan M, Gill S, Fitzgerald M, Samii A. Challenges and opportunities for pharmacoepidemiology in drug-therapy decision making. J Clin Pharmacol 2006; 46(1):6-9.

(845)   Evans JF, Oshima M, Murai N et al. Chemoprevention of intestinal polyposis in the APC-716 mouse by rofecoxib, a specific cyclooxygenase-2 inhibitor [ABSTRACT 418]. Am J Gastroenterol 2000; 95(2533).

(846)   Everts B, Wahrborg P, Hedner T. COX-2-Specific inhibitors--the emergence of a new class of analgesic and anti-inflammatory drugs. Clin Rheumatol 2000; 19(5):331-343.

(847)   Falk E. Coronary thrombosis: pathogenesis and clinical manifestations. Am J Cardiol 1991; 68(7):28B-35B.

(848)   Fam AG. Treating acute gouty arthritis with selective COX 2 inhibitors. BMJ 2002; 325(7371):980-981.

(849)   Fan C, Oh DS, Wessels L et al. Concordance among gene-expression-based predictors for breast cancer. N Engl J Med 2006; 355(6):560-569.

(850)   Fann JI, Cahill PD, Mitchell RS, Miller DC. Regional variability of prostacyclin biosynthesis. Arteriosclerosis 1989; 9(3):368-373.

(851)   Faraci FM. Oxidative stress: the curse that underlies cerebral vascular dysfunction? Stroke 2005; 36(2):186-188.

(852)   Farkouh ME, Kirshner H, Harrington RA et al. Comparison of lumiracoxib with naproxen and ibuprofen in the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET), cardiovascular outcomes: randomised controlled trial. Lancet 2004; 364(9435):675-684.

(853)   Farkouh ME. COX-2 inhibitors and hypercoagulability. Clin Adv Hematol Oncol 2005; 3(1):35-36.

(854)   Feenstra J, Grobbee DE, Mosterd A, Stricker BH. Adverse cardiovascular effects of NSAIDs in patients with congestive heart failure. Drug Saf 1997; 17(3):166-180.

(855)   Fei SJ, Xiao SD, Peng YS, Chen XY, Shi Y. Chemopreventive effects of rofecoxib and folic acid on gastric carcinogenesis induced by N-methyl-N'-nitro-N-nitrosoguanidine in rats. Chin J Dig Dis 2006; 7(3):134-140.

(856)   Feigenbaum PA, Medsger TA, Jr., Kraines RG, Fries JF. The variability of immunologic laboratory tests. J Rheumatol 1982; 9(3):408-414.

(857)   Feitoza CQ, Camara NO, Pinheiro HS et al. Cyclooxygenase 1 and/or 2 blockade ameliorates the renal tissue damage triggered by ischemia and reperfusion injury. Int Immunopharmacol 2005; 5(1):79-84.

(858)   Feldman M, McMahon AT. Do cyclooxygenase-2 inhibitors provide benefits similar to those of traditional nonsteroidal anti-inflammatory drugs, with less gastrointestinal toxicity? Ann Intern Med 2000; 132(2):134-143.

(859)   Felson DT, Anderson JJ, Boers M et al. The American College of Rheumatology preliminary core set of disease activity measures for rheumatoid arthritis clinical trials. The Committee on Outcome Measures in Rheumatoid Arthritis Clinical Trials. Arthritis Rheum 1993; 36(6):729-740.

KS-000895

(860) Felson DT, Anderson JJ, Boers M et al. American College of Rheumatology. Preliminary definition of improvement in rheumatoid arthritis. Arthritis Rheum 1995; 38(6):727-735.

(861) Fendrick AM. Developing an economic rationale for the use of selective COX-2 inhibitors for patients at risk for NSAID gastropathy. Cleve Clin J Med 2002; 69 Suppl 1:SI59-SI64.

(862) Fendrick AM. Cost-effective use of NSAIDs: issues pertinent to coxib use in managed care. Am J Manag Care 2002; 8(17 Suppl):S529-S541.

(863) Fendrick AM. COX-2 inhibitor use after Vioxx: careful balance or end of the rope? Am J Manag Care 2004; 10(11 Pt 1):740-741.

(864) Fenn CG. COX-2 inhibition and thrombotic tendency. Med J Aust 2002; 176(2):88-89.

(865) Fenner H. Differentiating among nonsteroidal antiinflammatory drugs by pharmacokinetic and pharmacodynamic profiles. Semin Arthritis Rheum 1997; 26(6 Suppl 1):28-33.

(866) Fenton C, Keating GM, Wagstaff AJ. Valdecoxib: a review of its use in the management of osteoarthritis, rheumatoid arthritis, dysmenorrhoea and acute pain. Drugs 2004; 64(11):1231-1261.

(867) Fenwick SW, Toogood GJ, Lodge JP, Hull MA. The effect of the selective cyclooxygenase-2 inhibitor rofecoxib on human colorectal cancer liver metastases. Gastroenterology 2003; 125(3):716-729.

(868) Ferreira-Gonzalez I, Busse JW, Heels-Ansdell D et al. Problems with use of composite end points in cardiovascular trials: systematic review of randomised controlled trials. BMJ 2007; 334(7597):786.

(869) Ferreira SH, Moncada S, Vane JR. Prostaglandins and the mechanism of analgesia produced by aspirin-like drugs. Br J Pharmacol 1973; 49(1):86-97.

(870) Fetalvero KM, Shyu M, Nomikos AP et al. The prostacyclin receptor induces human vascular smooth muscle cell differentiation via the protein kinase A pathway. Am J Physiol Heart Circ Physiol 2006; 290(4):H1337-H1346.

(871) Fiebich BL, Chrubasik S. Effects of an ethanolic salix extract on the release of selected inflammatory mediators in vitro. Phytomedicine 2004; 11(2-3):135-138.

(872) Fiehn C, Rochel E, Ho AD, Max R. Dose escalation of leflunomide (LEF) to 40 mg once daily in patients with rheumatoid arthritis and insufficient response to standard dose LEF. Ann Rheum Dis 2004; 63(6):746-747.

(873) Fielder JH. The Vioxx debacle. IEEE Eng Med Biol Mag 2005; 24(2):106-109.

(874) Fijn R, Koorevaar RT, Brouwers JR. Prevention of heterotopic ossification after total hip replacement with NSAIDs. Pharm World Sci 2003; 25(4):138-145.

(875) Finckh A, Aronson MD. Cardiovascular risks of cyclooxygenase-2 inhibitors: where we stand now. Ann Intern Med 2005; 142(3):212-214.

(876) Fine PG. The role of rofecoxib, a cyclooxygenase-2-specific inhibitor, for the treatment of non-cancer pain: a review. J Pain 2002; 3(4):272-283.

(877) Fiorucci S, de LO, Jr., Mencarelli A et al. Cyclooxygenase-2-derived lipoxin A4 increases gastric resistance to aspirin-induced damage. Gastroenterology 2002; 123(5):1598-1606.

(878) Fiorucci S, Distrutti E, Mencarelli A et al. Evidence that 5-lipoxygenase and acetylated cyclooxygenase 2-derived eicosanoids regulate leukocyte-endothelial adherence in response to aspirin. Br J Pharmacol 2003; 139(7):1351-1359.

(879) Fiorucci S, Distrutti E, Mencarelli A et al. Cooperation between aspirin-triggered lipoxin and nitric oxide (NO) mediates antiadhesive properties of 2-(Acetyloxy)benzoic acid 3-(nitrooxymethyl)phenyl ester (NCX-4016) (NO-aspirin) on neutrophil-endothelial cell adherence. J Pharmacol Exp Ther 2004; 309(3):1174-1182.

(880) Fiorucci S, Antonelli E. Dual COX-inhibitors: the answer is NO? Curr Top Med Chem 2005; 5(5):487-492.

KS-000896

(881)   Fischer LM, Schlienger RG, Matter CM, Jick H, Meier CR. Discontinuation of nonsteroidal anti-inflammatory drug therapy and risk of acute myocardial infarction. Arch Intern Med 2004; 164(22):2472-2476.

(882)   Fischer LM, Schlienger RG, Matter CM, Jick H, Meier CR. Current use of nonsteroidal antiinflammatory drugs and the risk of acute myocardial infarction. Pharmacotherapy 2005; 25(4):503-510.

(883)   Fisher AA, Le Couteur DG. Intracerebral hemorrhage following possible interaction between celecoxib and clopidogrel. Ann Pharmacother 2001; 35(12):1567-1569.

(884)   Fitzgerald DJ, Roy L, Catella F, FitzGerald GA. Platelet activation in unstable coronary disease. N Engl J Med 1986; 315(16):983-989.

(885)   Fitzgerald DJ. Vascular biology of thrombosis: the role of platelet-vessel wall adhesion. Neurology 2001; 57(5 Suppl 2):S1-S4.

(886)   FitzGerald GA, Brash AR, Falardeau P, Oates JA. Estimated rate of prostacyclin secretion into the circulation of normal man. J Clin Invest 1981; 68(5):1272-1276.

(887)   FitzGerald GA, Oates JA, Hawiger J et al. Endogenous biosynthesis of prostacyclin and thromboxane and platelet function during chronic administration of aspirin in man. J Clin Invest 1983; 71(3):676-688.

(888)   FitzGerald GA, Smith B, Pedersen AK, Brash AR. Increased prostacyclin biosynthesis in patients with severe atherosclerosis and platelet activation. N Engl J Med 1984; 310(17):1065-1068.

(889)   FitzGerald GA, Catella F, Oates JA. Eicosanoid biosynthesis in human cardiovascular disease. Hum Pathol 1987; 18(3):248-252.

(890)   FitzGerald GA, Austin S, Egan K, Cheng Y, Pratico D. Cyclo-oxygenase products and atherothrombosis. Ann Med 2000; 32 Suppl 1:21-26.

(891)   FitzGerald GA, Witztum JL. Oxidative stress. Introduction. Trends Cardiovasc Med 2001; 11(3-4):91-92.

(892)   FitzGerald GA, Cheng Y, Austin S. COX-2 inhibitors and the cardiovascular system. Clin Exp Rheumatol 2001; 19(6 Suppl 25):S31-S36.

(893)   FitzGerald GA, Loll P. COX in a crystal ball: current status and future promise of prostaglandin research. J Clin Invest 2001; 107(11):1335-1337.

(894)   FitzGerald GA, Patrono C. The coxibs, selective inhibitors of cyclooxygenase-2. N Engl J Med 2001; 345(6):433-442.

(895)   FitzGerald GA. Nonsteroidal anti-inflammatory drugs, coxibs, and cardio-renal physiology: a mechanism-based approach. Am J Cardiol 2002; 89(6A):1D-2D.

(896)   FitzGerald GA. The choreography of cyclooxygenases in the kidney. J Clin Invest 2002; 110(1):33-34.

(897)   FitzGerald GA. Cardiovascular pharmacology of nonselective nonsteroidal anti-inflammatory drugs and coxibs: clinical considerations. Am J Cardiol 2002; 89(6A):26D-32D.

(898)   FitzGerald GA. COX-2 and beyond: Approaches to prostaglandin inhibition in human disease. Nat Rev Drug Discov 2003; 2(11):879-890.

(899)   FitzGerald GA. Coxibs and cardiovascular disease. N Engl J Med 2004; 351(17):1709-1711.

(900)   FitzGerald GA. Prostaglandins: modulators of inflammation and cardiovascular risk. J Clin Rheumatol 2004; 10(3 Suppl):S12-S17.

(901)   FitzGerald GA. COX-2 in play at the AHA and the FDA. Trends Pharmacol Sci 2007; 28(7):303-307.

(902)   Fitzpatrick FA, Soberman R. Regulated formation of eicosanoids. J Clin Invest 2001; 107(11):1347-1351.

(903)   Flegal KM, Graubard BI, Williamson DF, Gail MH. Excess deaths associated with underweight, overweight, and obesity. JAMA 2005; 293(15):1861-1867.

KS-000897

(904)   Fleming M. Cardiovascular events and COX-2 inhibitors. JAMA 2001; 286(22):2808-2.

(905)   Fletcher BS, Kujubu DA, Perrin DM, Herschman HR. Structure of the mitogen-inducible TIS10 gene and demonstration that the TIS10-encoded protein is a functional prostaglandin G/H synthase. J Biol Chem 1992; 267(7):4338-4344.

(906)   Fletcher JT, Graf N, Scarman A, Saleh H, Alexander SI. Nephrotoxicity with cyclooxygenase 2 inhibitor use in children. Pediatr Nephrol 2006; 21(12):1893-1897.

(907)   Florentinus SR, Heerdink ER, de BA, van DL, Leufkens HG. The trade-off between cardiovascular and gastrointestinal effects of rofecoxib. Pharmacoepidemiol Drug Saf 2005; 14(7):437-441.

(908)   Florentinus SR, Nielsen MW, van DL, Leufkens HG, Hansen EH, Heerdink ER. Patient characterics associated with prescribing of a newly introduced drug: the case of rofecoxib. Eur J Clin Pharmacol 2005; 61(2):157-159.

(909)   Florez JC, Jablonski KA, Bayley N et al. TCF7L2 polymorphisms and progression to diabetes in the Diabetes Prevention Program. N Engl J Med 2006; 355(3):241-250.

(910)   Florin TH. Lessons from early large-scale adoption of celecoxib and rofecoxib by Australian general practitioners. Med J Aust 2004; 180(6):310-312.

(911)   Flower R, Gryglewski R, Herbaczynska-Cedro K, Vane JR. Effects of anti-inflammatory drugs on prostaglandin biosynthesis. Nat New Biol 1972; 238(82):104-106.

(912)   Fonseca J, Rodrigues J, Moreira A, Vaz M. Pseudo-allergic reactions to nimesulide in NSAID-intolerant patients in a population with high consumption of this drug (ABSTRACT 151). Allergy 2000; 55(63 Suppl):50.

(913)   Fontaine C, Bousquet PJ, Demoly P. Anaphylactic shock caused by a selective allergy to celecoxib, with no allergy to rofecoxib or sulfamethoxazole. J Allergy Clin Immunol 2005; 115(3):633-634.

(914)   Fontanarosa PB, Rennie D, DeAngelis CD. Postmarketing surveillance--lack of vigilance, lack of trust. JAMA 2004; 292(21):2647-2650.

(915)   Foral PA, Nystrom KK, Wilson AF, Christensen CM. Gastrointestinal-related adverse effects of COX-2 inhibitors. Drugs Today (Barc ) 2003; 39(12):939-948.

(916)   Forero JH, Alfonso R, Arabelaez F, Hunsche E, Kong SX. Evaluation of rofecoxib in patients with osteoarthritis under real-life conditions - the VALOR study in Colombia [ABSTRACT AB0652]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr AB0652.

(917)   Fornai M, Colucci R, Graziani F et al. Cyclooxygenase-2 induction after oral surgery does not entirely account for analgesia after selective blockade of cyclooxygenase 2 in the preoperative period. Anesthesiology 2006; 104(1):152-157.

(918)   Fornaro G, Rossi P, Mantica PG et al. Indobufen in the prevention of thromboembolic complications in patients with heart disease. A randomized, placebo-controlled, double-blind study. Circulation 1993; 87(1):162-164.

(919)   Fosslien E. Biochemistry of cyclooxygenase (COX)-2 inhibitors and molecular pathology of COX-2 in neoplasia. Crit Rev Clin Lab Sci 2000; 37(5):431-502.

(920)   Fosslien E. Review: molecular pathology of cyclooxygenase-2 in cancer-induced angiogenesis. Ann Clin Lab Sci 2001; 31(4):325-348.

(921)   Fosslien E. Cardiovascular complications of non-steroidal anti-inflammatory drugs. Ann Clin Lab Sci 2005; 35(4):347-385.

(922)   Fowler VG, Jr., Boucher HW, Corey GR et al. Daptomycin versus standard therapy for bacteremia and endocarditis caused by Staphylococcus aureus. N Engl J Med 2006; 355(7):653-665.

(923)   Fraenkel L, Fried T, Concato J, Wittink D. Patients prefer anti-inflammatory drugs...  If they are unaware of other choices [ABSTRACT 993]. Arthritis Rheum 2002; 46(9 Suppl.):S384-Abstr. 993.

KS-000898

(924)   Fraenkel L, Fried T, Concato J, Wittink D. Are preferences for Cox-2 inhibitors explained by the certainty effect? [ABSTRACT 992]. Arthritis Rheum 2002; 46(9 Suppl.):S384-Abstr. 992.

(925)   Fraenkel L, Wittink DR, Concato J, Fried T. Informed choice and the widespread use of antiinflammatory drugs. Arthritis Rheum 2004; 51(2):210-214.

(926)   Franca DS, Ferreira-Alves DL, Duarte ID et al. Endogenous opioids mediate the hypoalgesia induced by selective inhibitors of cyclo-oxygenase 2 in rat paws treated with carrageenan. Neuropharmacology 2006; 51(1):37-43.

(927)   Francischi JN, Chaves CT, Moura AC et al. Selective inhibitors of cyclo-oxygenase-2 (COX-2) induce hypoalgesia in a rat paw model of inflammation. Br J Pharmacol 2002; 137(6):837-844.

(928)   Francois H, Coffman TM. Prostanoids and blood pressure: which way is up? J Clin Invest 2004; 114(6):757-759.

(929)   Francois H, Athirakul K, Howell D et al. Prostacyclin protects against elevated blood pressure and cardiac fibrosis. Cell Metab 2005; 2(3):201-207.

(930)   Frankish H. Why do COX-2 inhibitors increase risk of cardiovascular events? Lancet 2002; 359(9315):1410.

(931)   Frantz S. Vioxx risk could signify trouble in class. Nat Rev Drug Discov 2004; 3(11):899-901.

(932)   Frantz S. How to avoid another 'Vioxx'. Nat Rev Drug Discov 2005; 4(1):5-7.

(933)   Frantz S. Vioxx fears prompt call for user fee evaluation. Nat Rev Drug Discov 2005; 4(3):179.

(934)   Frantz S. Drug safety special: chasing shadows. Nature 2005; 434(7033):557-558.

(935)   Fraunfelder FW, Solomon J, Mehelas TJ. Ocular adverse effects associated with cyclooxygenase-2 inhibitors. Arch Ophthalmol 2006; 124(2):277-279.

(936)   Frazier KC. The lessons of Vioxx. N Engl J Med 2005; 353(13):1420-1421.

(937)   Fredy J, Diggins DA, Jr., Morrill GB. Blood pressure in Native Americans switched from celecoxib to rofecoxib. Ann Pharmacother 2005; 39(5):797-802.

(938)   Freedman GM, Kreitzer JM, Badola R. Rofecoxib-associated upper gastrointestinal bleed: a case report. Mt Sinai J Med 2002; 69(1-2):105-106.

(939)   Freedman JE, Ting B, Hankin B, Loscalzo J, Keaney JF, Jr., Vita JA. Impaired platelet production of nitric oxide predicts presence of acute coronary syndromes. Circulation 1998; 98(15):1481-1486.

(940)   Freitag FG, Diamond S, Diamond ML, Urban G. Preventative treatment of migraine headache with rofecoxib and montelukast. Cephalalgia 2001; 21(4):375-376.

(941)   Freitas J, Farricha V, Nascimento I, Borralho P, Parames A. Rofecoxib: a possible cause of acute colitis. J Clin Gastroenterol 2002; 34(4):451-453.

(942)   Freston J. Rofecoxib and the risk of adverse upper gastrointestinal effects. JAMA 2000; 283(15):1960.

(943)   Fricke J, Morrison BW, Fite S et al. MK-966 versus naproxen sodium 550 mg in post-surgical dental pain [ABSTRACT PI-7]. Clin Pharmacol Ther 1999; 65(2):119-Abstr. PI-7.

(944)   Fricke J, Varkalis J, Zwillich S et al. Valdecoxib is more efficacious than rofecoxib in relieving pain associated with oral surgery. Am J Ther 2002; 9(2):89-97.

(945)   Fricke J, Vassil T, Kotey P, Reicin AS, Korn S. Rofecoxib compared to oxycodone/acetaminophen for postoperative dental pain. Ann Rheum Dis 2002; 61(1 Suppl.):18.

(946)   Friedman LS, Richter ED. Excessive and disproportionate advertising in peer-reviewed journals. Int J Occup Environ Health 2006; 12(1):59-64.

**KS-000899**

(947)   Friedman PL, Brown EJ, Jr., Gunther S et al. Coronary vasoconstrictor effect of indomethacin in patients with coronary-artery disease. N Engl J Med 1981; 305(20):1171-1175.

(948)   Fries JF, Spitz P, Kraines RG, Holman HR. Measurement of patient outcome in arthritis. Arthritis Rheum 1980; 23(2):137-145.

(949)   Fries JF. The chronic disease data bank: first principles to future directions. J Med Philos 1984; 9(2):161-180.

(950)   Fries JF, Spitz PW, Mitchell DM, Roth SH, Wolfe F, Bloch DA. Impact of specific therapy upon rheumatoid arthritis. Arthritis Rheum 1986; 29(5):620-627.

(951)   Fries JF. Postmarketing drug surveillance: are our priorities right? J Rheumatol 1988; 15(3):389-390.

(952)   Fries JF, Miller SR, Spitz PW, Williams CA, Hubert HB, Bloch DA. Toward an epidemiology of gastropathy associated with nonsteroidal antiinflammatory drug use. Gastroenterology 1989; 96(2 Pt 2 Suppl):647-655.

(953)   Fries JF, Miller SR, Spitz PW, Williams CA, Hubert HB, Bloch DA. Identification of patients at risk for gastropathy associated with NSAID use. J Rheumatol Suppl 1990; 20:12-19.

(954)   Fries JF. A scoring system identifies high-risk patients. NSAID gastropathy: Epidemiology. J Musculos Med 1991; 8(2):21-28.

(955)   Fries JF, Williams CA, Bloch DA, Michel BA. Nonsteroidal anti-inflammatory drug-associated gastropathy: incidence and risk factor models. Am J Med 1991; 91(3):213-222.

(956)   Fries JF, Williams CA, Bloch DA. The relative toxicity of nonsteroidal antiinflammatory drugs. Arthritis Rheum 1991; 34(11):1353-1360.

(957)   Fries JF. NSAID gastropathy: the second most deadly rheumatic disease? Epidemiology and risk appraisal. J Rheumatol Suppl 1991; 28:6-10.

(958)   Fries JF, Williams CA, Ramey DR, Bloch DA. The relative toxicity of alternative therapies for rheumatoid arthritis: implications for the therapeutic progression. Semin Arthritis Rheum 1993; 23(2 Suppl 1):68-73.

(959)   Fries JF, Ramey DR, Singh G, Morfeld D, Bloch DA, Raynauld JP. A reevaluation of aspirin therapy in rheumatoid arthritis. Arch Intern Med 1993; 153(21):2465-2471.

(960)   Fries JF, Hochberg MC, Medsger TA, Jr., Hunder GG, Bombardier C. Criteria for rheumatic disease. Different types and different functions. The American College of Rheumatology Diagnostic and Therapeutic Criteria Committee. Arthritis Rheum 1994; 37(4):454-462.

(961)   Fries JF. ARAMIS and toxicity measurement. (Arthritis Rheumatism and Aging Medical Information System). J Rheumatol 1995; 22(5):995-997.

(962)   Fries JF. Selective cyclooxygenase inhibition: promise for future NSAID therapy? Scand J Rheumatol Suppl 1996; 102:1.

(963)   Fries JF, Singh G, Morfeld D, O'Driscoll P, Hubert H. Relationship of running to musculoskeletal pain with age. A six-year longitudinal study. Arthritis Rheum 1996; 39(1):64-72.

(964)   Fries JF, Ramey DR. "Arthritis specific" global health analog scales assess "generic" health related quality-of-life in patients with rheumatoid arthritis. J Rheumatol 1997; 24(9):1697-1702.

(965)   Fries JF, Williams CA, Singh G, Ramey DR. Response to therapy in rheumatoid arthritis is influenced by immediately prior therapy. J Rheumatol 1997; 24(5):838-844.

(966)   Fries JF. Quality-of-life considerations with respect to arthritis and nonsteroidal anti-inflammatory drugs. Am J Med 1998; 104(3A):14S-20S.

(967)   Fries JF. How may quality of life for rheumatoid arthritis patients be enhanced by current and future treatments? Rheumatology (Oxford) 1999; 38 Suppl 2:35-40.

KS-000900

(968)   Fries JF, Bruce B. Rates of serious gastrointestinal events from low dose use of acetylsalicylic acid, acetaminophen, and ibuprofen in patients with osteoarthritis and rheumatoid arthritis. J Rheumatol 2003; 30(10):2226-2233.

(969)   Fries JF, Murtagh KN, Bennett M, Zatarain E, Lingala B, Bruce B. The rise and decline of nonsteroidal antiinflammatory drug-associated gastropathy in rheumatoid arthritis. Arthritis Rheum 2004; 50(8):2433-2440.

(970)   Fries S, Grosser T. The Cardiovascular Pharmacology of COX-2 Inhibition. Hematology Am Soc Hematol Educ Program 2005;445-451.

(971)   Fries S, Grosser T, Price TS et al. Marked interindividual variability in the response to selective inhibitors of cyclooxygenase-2. Gastroenterology 2006; 130(1):55-64.

(972)   Frink RJ, Trowbridge JO, Rooney PA, Jr. Nonobstructive coronary thrombosis in sudden cardiac death. Am J Cardiol 1978; 42(1):48-51.

(973)   Frishman WH, Christodoulou J, Weksler B, Smithen C, Killip T, Scheidt S. Aspirin therapy in angina pectoris: effects on platelet aggregation, exercise tolerance, and electrocardiographic manifestations of ischemia. Am Heart J 1976; 92(1):3-10.

(974)   Frishman WH. Effects of nonsteroidal anti-inflammatory drug therapy on blood pressure and peripheral edema. Am J Cardiol 2002; 89(6A):18D-25D.

(975)   Frishman WH. Cyclooxygenase inhibition in patients with coronary artery disease. J Am Coll Cardiol 2004; 43(4):532-533.

(976)   Frosch DL, Krueger PM, Hornik RC, Cronholm PF, Barg FK. Creating demand for prescription drugs: a content analysis of television direct-to-consumer advertising. Ann Fam Med 2007; 5(1):6-13.

(977)   Fu JY, Masferrer JL, Seibert K, Raz A, Needleman P. The induction and suppression of prostaglandin H2 synthase (cyclooxygenase) in human monocytes. J Biol Chem 1990; 265(28):16737-16740.

(978)   Funatsu T, Chono K, Hirata T, Keto Y, Kimoto A, Sasamata M. Mucosal acid causes gastric mucosal microcirculatory disturbance in nonsteroidal anti-inflammatory drug-treated rats. Eur J Pharmacol 2007; 554(1):53-59.

(979)   Fung HB, Kirschenbaum HL. Selective cyclooxygenase-2 inhibitors for the treatment of arthritis. Clin Ther 1999; 21(7):1131-1157.

(980)   Funk CD, Funk LB, Kennedy ME, Pong AS, FitzGerald GA. Human platelet/erythroleukemia cell prostaglandin G/H synthase: cDNA cloning, expression, and gene chromosomal assignment. FASEB J 1991; 5(9):2304-2312.

(981)   Funk CD. Prostaglandins and leukotrienes: advances in eicosanoid biology. Science 2001; 294(5548):1871-1875.

(982)   Furberg CD, Psaty BM, FitzGerald GA. Parecoxib, valdecoxib, and cardiovascular risk. Circulation 2005; 111(3):249.

(983)   Furberg CD. Adverse cardiovascular effects of rofecoxib. N Engl J Med 2006; 355(2):204-205.

(984)   Furberg CD. The COX-2 inhibitors--an update. Am Heart J 2006; 152(2):197-199.

(985)   Furberg CD, Levin AA, Gross PA, Shapiro RS, Strom BL. The FDA and drug safety: a proposal for sweeping changes. Arch Intern Med 2006; 166(18):1938-1942.

(986)   Furman MI, Benoit SE, Barnard MR et al. Increased platelet reactivity and circulating monocyte-platelet aggregates in patients with stable coronary artery disease. J Am Coll Cardiol 1998; 31(2):352-358.

(987)   Furman MI, Kereiakes DJ, Krueger LA et al. Leukocyte-platelet aggregation, platelet surface P-selectin, and platelet surface glycoprotein IIIa after percutaneous coronary intervention: Effects of dalteparin or unfractionated heparin in combination with abciximab. Am Heart J 2001; 142(5):790-798.

(988)   Furman MI, Barnard MR, Krueger LA et al. Circulating monocyte-platelet aggregates are an early marker of acute myocardial infarction. J Am Coll Cardiol 2001; 38(4):1002-1006.

**KS-000901**

(989)   Furman MI, Krueger LA, Linden MD, Barnard MR, Frelinger AL, III, Michelson AD. Release of soluble CD40L from platelets is regulated by glycoprotein IIb/IIIa and actin polymerization. J Am Coll Cardiol 2004; 43(12):2319-2325.

(990)   Furman MI, Krueger LA, Linden MD et al. GPIIb-IIIa antagonists reduce thromboinflammatory processes in patients with acute coronary syndromes undergoing percutaneous coronary intervention. J Thromb Haemost 2005; 3(2):312-320.

(991)   Furst DE, Manning DC. Future directions in pain management. Clin Exp Rheumatol 2001; 19(6 Suppl 25):S71-S76.

(992)   Fuster V, Fayad ZA, Moreno PR, Poon M, Corti R, Badimon JJ. Atherothrombosis and high-risk plaque: Part II: approaches by noninvasive computed tomographic/magnetic resonance imaging. J Am Coll Cardiol 2005; 46(7):1209-1218.

(993)   Fuster V, Moreno PR, Fayad ZA, Corti R, Badimon JJ. Atherothrombosis and high-risk plaque: part I: evolving concepts. J Am Coll Cardiol 2005; 46(6):937-954.

(994)   Futaki N, Yoshikawa K, Hamasaka Y et al. NS-398, a novel non-steroidal anti-inflammatory drug with potent analgesic and antipyretic effects, which causes minimal stomach lesions. Gen Pharmacol 1993; 24(1):105-110.

(995)   Futaki N, Takahashi S, Yokoyama M, Arai I, Higuchi S, Otomo S. NS-398, a new anti-inflammatory agent, selectively inhibits prostaglandin G/H synthase/cyclooxygenase (COX-2) activity in vitro. Prostaglandins 1994; 47(1):55-59.

(996)   Futterman LG, Lemberg L. Hibernating myocardium, stunning, ischemic preconditioning: clinical relevance. Am J Crit Care 2000; 9(6):430-436.

(997)   Gabriel SE, Jaakkimainen L, Bombardier C. Risk for serious gastrointestinal complications related to use of nonsteroidal anti-inflammatory drugs. A meta-analysis. Ann Intern Med 1991; 115(10):787-796.

(998)   Gaffney DK, Holden J, Zempolich K, Murphy KJ, Dicker AP, Dodson M. Elevated COX-2 expression in cervical carcinoma: reduced cause-specific survival and pelvic control. Am J Clin Oncol 2001; 24(5):443-446.

(999)   Gagnier JJ, Chrubasik S, Manheimer E. Harpgophytum procumbens for osteoarthritis and low back pain: a systematic review. BMC Complement Altern Med 2004; 4:13.

(1000)  Gagnier JJ, van TM, Berman B, Bombardier C. Herbal medicine for low back pain. Cochrane Database Syst Rev 2006;(2):CD004504.

(1001)  Gagnier JJ, van Tulder MW, Berman B, Bombardier C. Herbal medicine for low back pain: a Cochrane review. Spine 2007; 32(1):82-92.

(1002)  Galan MV, Gordon SC, Silverman AL. Celecoxib-induced cholestatic hepatitis. Ann Intern Med 2001; 134(3):254.

(1003)  Galea C, Lim A, Reisine S, DeChello L, Abeles M. Self-reported medication and perceived efficacy of treatment among a sample of fibromyalgia patients [ABSTRACT 711]. Arthritis Rheum 2003; 48(9 Suppl.):S304-Abstr. 711.

(1004)  Gallagher RM. Balancing risks and benefits in pain medicine: wither Vioxx. Pain Med 2004; 5(4):329-330.

(1005)  Gambera L, Serafini F, Morgante G, Focarelli R, De L, V, Piomboni P. Sperm quality and pregnancy rate after COX-2 inhibitor therapy of infertile males with abacterial leukocytospermia. Hum Reprod 2007; 22(4):1047-1051.

(1006)  Gambero A, Becker TL, Zago AS, de Oliveira AF, Pedrazzoli J, Jr. Comparative study of anti-inflammatory and ulcerogenic activities of different cyclo-oxygenase inhibitors. Inflammopharmacology 2005; 13(5-6):441-454.

(1007)  Gandhimathi M, Ravi TK, Varghese SJ. Simultaneous LC determination of tizanidine and rofecoxib in tablets. J Pharm Biomed Anal 2005; 37(1):183-185.

(1008)  Ganetsky M, Bird SB, Liang IE. Acute myocardial infarction associated with the serotonin syndrome. Ann Intern Med 2006; 144(10):782-783.

(1009)  Gans KR, Galbraith W, Roman RJ et al. Anti-inflammatory and safety profile of DuP 697, a novel orally effective prostaglandin synthesis inhibitor. J Pharmacol Exp Ther 1990; 254(1):180-187.

(1010)  Garattini S, Bertele V. Discontinuation of Vioxx. Lancet 2005; 365(9453):24.

KS-000902

(1011)  Garattini S. Europe also needs agency for postmarketing surveillance. BMJ 2005; 330(7490):540.

(1012)  Garcia-Cortes M, Lucena MI, Andrade RJ, Romero-Gomez M, Fernandez MC. Lansoprazole-induced hepatic dysfunction. Ann Pharmacother 2003; 37(11):1731.

(1013)  Garcia-Hernandez L, ciga-Campos M, Guevara-Lopez U, Lopez-Munoz FJ. Co-administration of rofecoxib and tramadol results in additive or sub-additive interaction during arthritic nociception in rat. Pharmacol Biochem Behav 2007.

(1014)  Garcia-Rodriguez RM, Hinojosa M, Camacho-Garrido E, Berges GP, Martin GC. Celecoxib, safe in NSAID intolerance. Allergy 2002; 57(11):1085-1086.

(1015)  Garcia Rodriguez LA, Walker AM, Perez GS. Nonsteroidal antiinflammatory drugs and gastrointestinal hospitalizations in Saskatchewan: a cohort study. Epidemiology 1992; 3(4):337-342.

(1016)  Garcia Rodriguez LA, Cattaruzzi C, Troncon MG, Agostinis L. Risk of hospitalization for upper gastrointestinal tract bleeding associated with ketorolac, other nonsteroidal anti-inflammatory drugs, calcium antagonists, and other antihypertensive drugs. Arch Intern Med 1998; 158(1):33-39.

(1017)  Garcia Rodriguez LA, Varas C, Patrono C. Differential effects of aspirin and non-aspirin nonsteroidal antiinflammatory drugs in the primary prevention of myocardial infarction in postmenopausal women. Epidemiology 2000; 11(4):382-387.

(1018)  Garcia Rodriguez LA. The effect of NSAIDs on the risk of coronary heart disease: fusion of clinical pharmacology and pharmacoepidemiologic data. Clin Exp Rheumatol 2001; 19(6 Suppl 25):S41-S44.

(1019)  Garcia Rodriguez LA, Varas-Lorenzo C, Maguire A, Gonzalez-Perez A. Nonsteroidal antiinflammatory drugs and the risk of myocardial infarction in the general population. Circulation 2004; 109(24):3000-3006.

(1020)  Garcia Rodriguez LA, Egan K, FitzGerald GA. Traditional nonsteroidal anti-inflammatory drugs and postmenopausal hormone therapy: a drug-drug interaction? PLoS Med 2007; 4(5):e157.

(1021)  Gardiner SJ, Begg EJ, Zhang M, Hughes RC. Transfer of rofecoxib into human milk. Eur J Clin Pharmacol 2005; 61(5-6):405-408.

(1022)  Gardner SH, Hawcroft G, Hull MA. Effect of nonsteroidal anti-inflammatory drugs on beta-catenin protein levels and catenin-related transcription in human colorectal cancer cells. Br J Cancer 2004; 91(1):153-163.

(1023)  Garg R, Kurup A, Mekapati SB, Hansch C. Cyclooxygenase (COX) inhibitors: a comparative QSAR study. Chem Rev 2003; 103(3):703-732.

(1024)  Garner RL, Carmen-Wilson M, Di Carlo V, Flaugher M. Rofecoxib for migraine prophylaxis. Cephalalgia 2001; 21(4):376.

(1025)  Garner SE, Fidan DD, Frankish RR et al. Rofecoxib for rheumatoid arthritis. Cochrane Database Syst Rev 2005;(1):CD003685.

(1026)  Garner SE, Fidan DD, Frankish R, Maxwell L. Rofecoxib for osteoarthritis. Cochrane Database Syst Rev 2005;(1):CD005115.

(1027)  Gasparini G, Gattuso D, Morabito A et al. Combined therapy with weekly irinotecan, infusional 5-fluorouracil and the selective COX-2 inhibitor rofecoxib is a safe and effective second-line treatment in metastatic colorectal cancer. Oncologist 2005; 10(9):710-717.

(1028)  Gatta L, Vakil N. NSAIDS: can we stomach the risk? Am J Gastroenterol 2003; 98(3):694-695.

(1029)  Gaziano JM. Nonnarcotic analgesics and hypertension. Am J Cardiol 2006; 97(9A):10-16.

(1030)  Geba GP, Polis AB, Dixon ME et al. Rofecoxib results in superior clinical response compared to nabumetone in the treatment of osteoarthritis [ABSTRACT 440]. Arthritis Rheum 1999; 42(9 Suppl.):S144-Abstr. 440.

(1031)  Geba GP, Polis AB, Dixon ME et al. Gastrointestinal tolerability in primary care patients treated with naproxen or rofecoxib for osteoarthritis (OA):  the Advantage trial [POSTER 295]. Ann Rheum Dis 2000; 59(Suppl 1):134-135.

KS-000903

(1032)   Geba GP, Weaver AL, Schnitzer TJ et al. A comparison of rofecoxib to celecoxib and acetaminophen in the treatment of osteoarthritis. Arthritis Rheum 2000; 43(9 Suppl.):S384.

(1033)   Geba GP, Weaver AL, Schnitzer TJ et al. A clinical trial comparing rofecoxib to celecoxib and acetaminophen in the treatment of osteoarthritis (OA): early efficacy results [POSTER 291]. Ann Rheum Dis 2000; 59(1 Suppl.):133-134.

(1034)   Geba GP, Perlman M, Polis AB, Dixon ME, Skalky CS, Lisse JR. Comparative risk of hypertension (HTN) and edema in patients treated with rofecoxib or naproxen: a subgroup analysis from The Advantage Trial. Arthritis Rheum 2001; 44(9 Suppl.):S136.

(1035)   Geba GP, Polis AB, Kong SX et al. Quality of Life in the treatment of osteoarthritis (OA): comparison of rofecoxib to nabumetone and placebo. J Am Geriatr Soc 2001; 49(4):87.

(1036)   Geba GP, Polis AB, Dixon ME, Dobbins TW, Rush JE, Weir MR. Comparative blood pressure effects of rofecoxib, celecoxib, and placebo in patients with osteoarthritis (OA): randomized controlled trial [ABSTRACT SAT0095]. Ann Rheum Dis 2001; 60(1 Suppl.):CD ABSTRACT SAT0095.

(1037)   Geba GP, Lisse JR, Perlman M et al. Gastrointestinal tolerability in primary care patients treated with naproxen or rofecoxib for osteoarthritis (OA): the Advantage Trial [ABSTRACT SAT0096]. Ann Rheum Dis 2001; 60(1 Suppl.):CD ABSTRACT SAT0096.

(1038)   Geba GP, Polis AB, Skalky CS, Petruschke RA, Dobbins TW. Rofecoxib versus naproxen in osteoarthritis patients receiving concomitant low dose aspirin: a subgroup analysis involving 719 patients from the ADVANTAGE trial. Ann Rheum Dis 2002; 61(1 Suppl.):29.

(1039)   Geba GP, Polis AB, Bohidar NR, Rush JE, Dobbins TW, Keane WF. Effect of rofecoxib vs. naproxen on hypertension and edema related events: a multivariate analysis involving 5557 patients from the advantage trial [POSTER 527]. Am J Hypertens 2002; 15(4 Pt. 2):223A.

(1040)   Geba GP, Weaver AL, Polis AB, Dixon ME, Schnitzer TJ. Efficacy of rofecoxib, celecoxib, and acetaminophen in osteoarthritis of the knee: a randomized trial. JAMA 2002; 287(1):64-71.

(1041)   Geba GP, Polis AB, Bohidar NR, Petruschke RA, Dobbins TW, Keane WF. Hypertension among rofecoxib compared to naproxen patients in the ADVANTAGE trial: a multivariate analysis [ABSTRACT 486]. Arthritis Rheum 2002; 46(9 Suppl.):S212-Abstr. 486.

(1042)   Geba GP, Polis AB, Skalky CS, Petruschke RA, Dobbins TW. Gastrointestinal tolerability among osteoarthritis patients receiving low dose aspirin in combination with rofecoxib or naproxen [ABSTRACT 1222]. Arthritis Rheum 2002; 46(9 Suppl.):S462-S463, Abstr. 1222.

(1043)   Geba GP, Polis AB, Skalky CS, Petruschke RA, Dobbins TW. Gastrointestinal tolerability among osteoarthritis patients receiving low dose aspirin in combination with rofecoxib or naproxen [ABSTRACT 717]. Am J Gastroenterol 2002; 97(9 Suppl.):S235.

(1044)   Geba GP, Polis AB, Bohidar NR et al. Effect of rofecoxib versus naproxen: hypertension and edema adverse events in a multivariate analysis involving 5557 patients from the ADVANTAGE trial. Ann Rheum Dis 2002; 61(1 Suppl.):15.

(1045)   Geba GP, Polis AB, Bohidar NR, Petruschke RA, Dobbins TW, Keane WF. Edema adverse experiences in 5557 osteoarthritis patients treated with rofecoxib compared to naproxen in the ADVANTAGE trial: a multivariate analysis [ABSTRACT 1223]. Arthritis Rheum 2002; 46(9 Suppl.):S463-Abstr. 1223.

(1046)   Geba GP, Lisse JR, Perlman M, Polis AB, Dixon ME, Skalky CS. The efficacy of rofecoxib versus naproxen in osteoarthritis: subgroup analysis by joint in the ADVANTAGE trial. Ann Rheum Dis 2002; 61(1 Suppl.):28.

(1047)   Geba GP, Weaver AL, Polis AB, Petruschke RA, Schnitzer TJ. The response of osteoarthritis patients to therapy with rofecoxib, celecoxib, or acetaminophen: a pooled analysis of the VACT trials [ABSTRACT FRI0248]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr FRI0248.

(1048)   Geba GP, Weaver AL, Polis AB, Petruschke RA, Schnitzer TJ. Analysis of the onset of efficacy with rofecoxib, celecoxib, and acetaminophen in osteoarthritis: the VACT-2 trial [ABSTRACT AB0423]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr AB0423.

**KS-000904**

(1049)  Geba GP, Polis AB, Bohidar NR, Petruschke RA, Dobbins TW, Keane WF. Hypertension- and edema-related adverse events among diabetic patients treated with rofecoxib or naproxen in the population of an osteoarthritis trial: ADVANTAGE [ABSTRACT 1577]. Arthritis Rheum 2003; 48(9 Suppl.):S607-Abstr. 1577.

(1050)  Geba GP, Polis A, Petruschke RA, Keane WF. Hypertension adverse experiences among osteoarthritis patients treated with rofecoxib, celecoxib, or acetaminophen in the 'VACT' trials [ABSTRACT SAT0199]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr SAT0199.

(1051)  Geba GP, Polis AB, Petruschke RA, Keane WK. Hypertension among osteoarthritis patients treated with rofecoxib, celecoxib, or acetaminophen:  an analysis of the data from the pooled VACT studies [ABSTRACT 83]. Am J Hypertens 2003; 16(5 Pt. 2):39A.

(1052)  Geba GP, Schnitzer TJ, Polis AB, Petruschke RA, Weaver AL. Patient global assessment and WOMAC response among osteoarthritis patients treated with rofecoxib, celecoxib, or acetaminophen in the VACT-2 trial [ABSTRACT AB0425]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr AB0425.

(1053)  Gehrmann M, Brunner M, Pfister K, Reichle A, Kremmer E, Multhoff G. Differential up-regulation of cytosolic and membrane-bound heat shock protein 70 in tumor cells by anti-inflammatory drugs. Clin Cancer Res 2004; 10(10):3354-3364.

(1054)  Geis GS, Hubbard RC, Callison DA, Yu S, Zhao W. Safety and efficacy of celecoxib, a specific COX-2 inhibitor, in patients with rheumatoid arthritis. Digestion 1998; 59(3 Suppl.):216.

(1055)  Geis GS. Pharmacia's response to editorial. BMJ 2002; 325(7356):161-162.

(1056)  George MM, Li SD, Mindikoglu AL et al. Platelet sparing effect of COX II inhibition used with pegylated interferon alfa-2a for the treatment of chronic hepatitis C: a short term pilot study. Cytokine 2004; 27(6):159-165.

(1057)  Gertz BJ, Krupa D, Bolognese JA, Sperling RS, Reicin A. A comparison of adverse renovascular experiences among osteoarthritis patients treated with rofecoxib and comparator non-selective non-steroidal anti-inflammatory agents. Curr Med Res Opin 2002; 18(2):82-91.

(1058)  Gessell-Lee DL, Popov VL, Boldogh I, Olano JP, Peterson JW. Role of cyclooxygenase enzymes in a murine model of experimental cholera. Infect Immun 2003; 71(11):6234-6242.

(1059)  Geusens P, Alten R, Rovensky J et al. Efficacy, safety and tolerability of lumiracoxib in patients with rheumatoid arthritis. Int J Clin Pract 2004; 58(11):1033-1041.

(1060)  Geusens PP, Truitt K, Sfikakis P et al. A placebo and active comparator-controlled trial of rofecoxib for the treatment of rheumatoid arthritis. Scand J Rheumatol 2002; 31(4):230-238.

(1061)  Ghosh S, Standen NB, Galinanes M. Preconditioning the human myocardium by simulated ischemia: studies on the early and delayed protection. Cardiovasc Res 2000; 45(2):339-350.

(1062)  Ghozlan PR, Bernhardt M, Velicitat P, Bluhmki E. Tolerability of multiple administration of intramuscular meloxicam: a comparison with intramuscular piroxicam in patients with rheumatoid arthritis or osteoarthritis. Br J Rheumatol 1996; 35 Suppl 1:51-55.

(1063)  Gibbs BF, Boehncke WH. Effects of rofecoxib, celecoxib, and parecoxib on anti-IgE-induced histamine release from human skin mast cells and basophils. Allergy 2003; 58(10):1075-1076.

(1064)  Gibofsky A. Clinical profiles of celecoxib and rofecoxib in the rheumatic diseases. J Hypertens Suppl 2002; 20(6):S25-S30.

(1065)  Gibofsky A, Williams GW, McKenna F, Fort JG. Comparing the efficacy of cyclooxygenase 2-specific inhibitors in treating osteoarthritis: appropriate trial design considerations and results of a randomized, placebo-controlled trial. Arthritis Rheum 2003; 48(11):3102-3111.

(1066)  Gibson L. Drug company sues Spanish bulletin over fraud claim. BMJ 2004; 328(7433):188.

(1067)  Gibson L. Spanish drug editor wins case brought by Merck, Sharp Dohme. BMJ 2004; 328(7435):607.

KS-000905

(1068)   Gierosky KE, Haglund U, Rask-Madsen J. Selective inhibitors of COX-2--are they safe for the stomach? Scand J Gastroenterol 2000; 35(11):1121-1124.

(1069)   Gierse JK, McDonald JJ, Hauser SD, Rangwala SH, Koboldt CM, Seibert K. A single amino acid difference between cyclooxygenase-1 (COX-1) and -2 (COX-2) reverses the selectivity of COX-2 specific inhibitors. J Biol Chem 1996; 271(26):15810-15814.

(1070)   Gierse JK, Koboldt CM, Walker MC, Seibert K, Isakson PC. Kinetic basis for selective inhibition of cyclo-oxygenases. Biochem J 1999; 339 ( Pt 3):607-614.

(1071)   Gierse JK, Zhang Y, Hood WF et al. Valdecoxib: assessment of cyclooxygenase-2 potency and selectivity. J Pharmacol Exp Ther 2005; 312(3):1206-1212.

(1072)   Giles LG, Muller R. Chronic spinal pain: a randomized clinical trial comparing medication, acupuncture, and spinal manipulation. Spine 2003; 28(14):1490-1502.

(1073)   Gilron I, Orr E, Tu D, O'Neill JP, Zamora JE, Bell AC. A placebo-controlled randomized clinical trial of perioperative administration of gabapentin, rofecoxib and their combination for spontaneous and movement-evoked pain after abdominal hysterectomy. Pain 2005; 113(1-2):191-200.

(1074)   Gilroy DW, Colville-Nash PR, McMaster S, Sawatzky DA, Willoughby DA, Lawrence T. Inducible cyclooxygenase-derived 15-deoxy(Delta)12-14PGJ2 brings about acute inflammatory resolution in rat pleurisy by inducing neutrophil and macrophage apoptosis. FASEB J 2003; 17(15):2269-2271.

(1075)   Gilroy DW, Newson J, Sawmynaden P, Willoughby DA, Croxtall JD. A novel role for phospholipase A2 isoforms in the checkpoint control of acute inflammation. FASEB J 2004; 18(3):489-498.

(1076)   Gimeno V, Castellsague J, Hopkins J, Eaton S, Perez-Gutthann S. Characterization of users of COX-2 inhibitors and non-specific NSAIDs [ABSTRACT SAT0204]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr SAT0204.

(1077)   Giovannini MG, Scali C, Prosperi C et al. Beta-amyloid-induced inflammation and cholinergic hypofunction in the rat brain in vivo: involvement of the p38MAPK pathway. Neurobiol Dis 2002; 11(2):257-274.

(1078)   Girardin F, Siegenthaler M, De MP, Desmeules J. Rofecoxib interaction with oral anticoagulant acenocoumarol. Eur J Clin Pharmacol 2003; 59(5-6):489-490.

(1079)   Girvin B, Rafferty T, Stevenson MR, Johnston GD. Uptake of COX-2 selective inhibitors and influence on NSAID prescribing in Northern Ireland. Pharmacoepidemiol Drug Saf 2004; 13(3):153-157.

(1080)   Gislason GH, Jacobsen S, Rasmussen JN et al. Risk of death or reinfarction associated with the use of selective cyclooxygenase-2 inhibitors and nonselective nonsteroidal antiinflammatory drugs after acute myocardial infarction. Circulation 2006; 113(25):2906-2913.

(1081)   Giuliano F, Warner TD. Origins of prostaglandin E2: involvements of cyclooxygenase (COX)-1 and COX-2 in human and rat systems. J Pharmacol Exp Ther 2002; 303(3):1001-1006.

(1082)   Giuseppe P, Antonino R, Alessandro DB et al. Floctafenine: a valid alternative in patients with adverse reactions to nonsteroidal anti-inflammatory drugs. Ann Allergy Asthma Immunol 1997; 78(1):74-78.

(1083)   Gobel H, Heinze A, Heinze-Kuhn K, Zumbroich V. Sumatriptan plus rofecoxib: reduction of headache recurrence in acute migraine. Cephalalgia 2001; 21(4):416-417.

(1084)   Goh J, Wight D, Parkes M, Middleton SJ, Hunter JO. Rofecoxib and cytomegalovirus in acute flare-up of ulcerative colitis: coprecipitants or coincidence? Am J Gastroenterol 2002; 97(4):1061-1062.

(1085)   Goldkind L. Refecoxib versus placebo ulcer rates. Gastroenterology 2000; 118(3):638-639.

(1086)   Goldman M, Schutzer S. Valdecoxib: a COX-2 inhibitor for treatment of osteoarthritis, rheumatoid arthritis, and primary dysmenorrhea. Formulary 2002; 37(2):68-77 passim.

(1087)   Goldstein J, Bello A, Fort J. Differential rates of UGI symptoms in patients receiving celecoxib or ibuprofen with and without low-dose aspirin for cardiovascular prophylaxis. Ann Rheum Dis 2002; 61(1 Suppl.):24-25.

KS-000906

(1088)   Goldstein JL, Agrawal N, Silverstein F et al. Celecoxib is associated with a low rate of clinically significant upper GI events:  a two-year open label trial [ABSTRACT 699]. Am J Gastroenterol 1999; 94(9):2752.

(1089)   Goldstein JL, Agrawal N, Silverstein F et al. Effect of celecoxib (CEL) versus placebo (PBO) or NSAIDs in healing of gastric and duodenal erosions in arthritis patients: analysis of controlled endoscopic studies [ABSTRACT 126]. Am J Gastroenterol 1999; 94(9):2608.

(1090)   Goldstein JL, Silverstein FE, Agrawal NM et al. Reduced risk of upper gastrointestinal ulcer complications with celecoxib, a novel COX-2 inhibitor. Am J Gastroenterol 2000; 95(7):1681-1690.

(1091)   Goldstein MR. Cyclooxygenase-2 inhibitors and myocardial infarction. Arch Intern Med 2002; 162(22):2639-2642.

(1092)   Gomez A, Florido JF, Quiralte J, Martin AE, Saenz de San PB. Allergic contact dermatitis due to indomethacin and diclofenac. Contact Dermatitis 2000; 43(1):59.

(1093)   Gomez CJ, Lubomirov HR, Carcas Sansuan AJ, Vazquez Rodriguez JJ. Outcome trials of COX-2 selective inhibitors: global safety evaluation does not promise benefits. Eur J Clin Pharmacol 2003; 59(2):169-175.

(1094)   Good CB, Kelley CL. The Vioxx debacle revisited. Am J Med 2005; 118(9):1055-1056.

(1095)   Goodman S, Ma T, Trindade M et al. COX-2 selective NSAID decreases bone ingrowth in vivo. J Orthop Res 2002; 20(6):1164-1169.

(1096)   Goodman SB, Ma T, Mitsunaga L, Miyanishi K, Genovese MC, Smith RL. Temporal effects of a COX-2-selective NSAID on bone ingrowth. J Biomed Mater Res A 2005; 72(3):279-287.

(1097)   Goodson N, Symmons D. Rheumatoid arthritis in women: still associated with an increased mortality. Ann Rheum Dis 2002; 61(11):955-956.

(1098)   Goodson NJ, Wiles NJ, Lunt M, Barrett EM, Silman AJ, Symmons DP. Mortality in early inflammatory polyarthritis: cardiovascular mortality is increased in seropositive patients. Arthritis Rheum 2002; 46(8):2010-2019.

(1099)   Gopikrishna V, Parameswaran A. Effectiveness of prophylactic use of rofecoxib in comparison with ibuprofen on postendodontic pain. J Endod 2003; 29(1):62-64.

(1100)   Gorelick KJ. What ails the FDA? N Engl J Med 2005; 352(24):2553-2554.

(1101)   Gorman DC. Perspectives on drug withdrawals. CMAJ 2005; 173(2):129.

(1102)   Gornet JM, Hassani Z, Modiglian R, Lemann M. Exacerbation of Crohn's colitis with severe colonic hemorrhage in a patient on rofecoxib. Am J Gastroenterol 2002; 97(12):3209-3210.

(1103)   Gottesdiener K, Mehlisch DR, Huntington M et al. Efficacy and tolerability of the specific cyclooxygenase-2 inhibitor DFP compared with naproxen sodium in patients with postoperative dental pain. Clin Ther 1999; 21(8):1301-1312.

(1104)   Gottesdiener K, Schnitzer T, Fisher C et al. Results of a randomized, dose-ranging trial of etoricoxib in patients with osteoarthritis. Rheumatology (Oxford) 2002; 41(9):1052-1061.

(1105)   Gottesdiener K, Agrawal N, Porras A et al. Effects of renal insufficiency and hemodialysis on the pharmacokinetics of rofecoxib. Am J Ther 2003; 10(4):252-258.

(1106)   Gottlieb S. FDA refuses companies' request to drop ulcer warning. BMJ 2001; 322(7283):385.

(1107)   Govoni S, Masoero E, Favalli L et al. The Cyclooxygenase-2 inhibitor SC58236 is neuroprotective in an in vivo model of focal ischemia in the rat. Neurosci Lett 2001; 303(2):91-94.

(1108)   Graham DJ, Campen D, Hui R et al. Risk of acute myocardial infarction and sudden cardiac death in patients treated with cyclo-oxygenase 2 selective and non-selective non-steroidal anti-inflammatory drugs: nested case-control study. Lancet 2005; 365(9458):475-481.

(1109)   Graham DJ. COX-2 inhibitors, other NSAIDs, and cardiovascular risk: the seduction of common sense. JAMA 2006; 296(13):1653-1656.

KS-000907

(1110)   Graham GG, Graham RI, Day RO. Comparative analgesia, cardiovascular and renal effects of celecoxib, rofecoxib and acetaminophen (paracetamol). Curr Pharm Des 2002; 8(12):1063-1075.

(1111)   Graham TE, Yang Q, Bluher M et al. Retinol-binding protein 4 and insulin resistance in lean, obese, and diabetic subjects. N Engl J Med 2006; 354(24):2552-2563.

(1112)   Granella F, Allais G, Benedetto C. Cyclo-oxygenase-2 inhibitors as short-term prophylaxis of menstrually related migraine.  A pilot study. Cephalalgia 2003; 23(7):731-A pilot study was performed to evaluate the short-term prophylactic effects of COX-2 inhibitors (rofecoxib and celecoxib) in 20 women with menstrually-related migraine (defined as attacks beginning from -2 to +3 days after the onset of menses). After a 2-mo run-in period, 12 patients received celecoxib 200 mg/day and 8 patients received rofecoxib 25 mg/day during 2-6 mo of menstrual cycles.  COX-2 inhibitor treatment was started 2 days prior to the expected onset of menstrually-related migraine and continued for 7-10 days.  After treatment with COX-2 inhibitors, there were decreases in the number of days with menstrually-related migraine (from 4.0 to 1.8 days), number of menstrually-related migraine attacks (from 2.1 to 1.2 attacks), and number of escape medications (5.3 to 2.0 medications; all P<0.0001).  Adverse events (mostly GI symptoms) occurred in 8 patients, but only 2 of these patients dropped out of the study due to adverse events.  The authors conclude that COX-2 inhibitors are useful as short-term prophylaxis in women with menstrually-related migraines.

(1113)   Granstrom E. The arachidonic acid cascade. The prostaglandins, thromboxanes and leukotrienes. Inflammation 1984; 8 Suppl:S15-S25.

(1114)   Grant JG. Ten points for a national health plan. Arch Intern Med 2002; 162(22):2631-2632.

(1115)   Gray PA, Warner TD, Vojnovic I et al. Effects of non-steroidal anti-inflammatory drugs on cyclo-oxygenase and lipoxygenase activity in whole blood from aspirin-sensitive asthmatics vs healthy donors. Br J Pharmacol 2002; 137(7):1031-1038.

(1116)   Green K, Drvota V, Vesterqvist O. Pronounced reduction of in vivo prostacyclin synthesis in humans by acetaminophen (paracetamol). Prostaglandins 1989; 37(3):311-315.

(1117)   Green MD. Causation, Vioxx, and legal issues. Science 2005; 310(5750):973.

(1118)   Greenberg HE, Gillen LP, Dorval EP et al. MK-0966, a cyclooxygenase-2 (COX-2) specific inhibitor, had no effect on the anti-platelet activity of low-dose aspirin (ASA) measured by serum thromboxane B-2 (TXB-2) production and platelet aggregation [ABSTRACT PII-66]. Clin Pharmacol Ther 1999; 65(2):163-Abstr. PII-66.

(1119)   Greenberg HE, Gottesdiener K, Huntington M et al. A new cyclooxygenase-2 inhibitor, rofecoxib (VIOXX), did not alter the antiplatelet effects of low-dose aspirin in healthy volunteers. J Clin Pharmacol 2000; 40(12 Pt 2):1509-1515.

(1120)   Greenberg JD, Bingham CO, Abramson SB, Reed G, Kremer J, CORRONA database. Predictors of aspirin co-prescription among NSAID and COX-2 inhibitor users with cardiovascular risk factors [ABSTRACT 477]. Arthritis Rheum 2003; 48(9 Suppl.):S218-Abstr. 477.

(1121)   Greenberg JD, Bingham CO, III, Abramson SB, Reed G, Sebaldt RJ, Kremer J. Effect of cardiovascular comorbidities and concomitant aspirin use on selection of cyclooxygenase inhibitor among rheumatologists. Arthritis Rheum 2005; 53(1):12-17.

(1122)   Greene AK, Alwayn IP, Nose V et al. Prevention of intra-abdominal adhesions using the antiangiogenic COX-2 inhibitor celecoxib. Ann Surg 2005; 242(1):140-146.

(1123)   Greene MF. The intimidation of American physicians--banning partial-birth abortion. N Engl J Med 2007; 356(21):2128-2129.

(1124)   Greener M. Drug safety on trial. Last year's withdrawal of the anti-arthritis drug Vioxx triggered a debate about how to better monitor drug safety even after approval. EMBO Rep 2005; 6(3):202-204.

(1125)   Greenland S. Relation of probability of causation to relative risk and doubling dose: a methodologic error that has become a social problem. Am J Public Health 1999; 89(8):1166-1169.

(1126)   Gregg EW, Cheng YJ, Cadwell BL et al. Secular trends in cardiovascular disease risk factors according to body mass index in US adults. JAMA 2005; 293(15):1868-1874.

KS-000908

(1127)  Gretzer B, Knorth H, Chantrain M et al. Effects of diclofenac and L-745,337, a selective cyclooxy-genase-2 inhibitor, on prostaglandin E2 formation in tissue from human colonic mucosa and chronic bursitis [ABSTRACT G0570]. Gastroenterology 1998; 114(4 Pt. 2):A139-Abstr. G0570.

(1128)  Gretzer B, Maricic N, Respondek M, Schuligoi R, Peskar BM. Effects of specific inhibition of cyclo-oxygenase-1 and cyclo-oxygenase-2 in the rat stomach with normal mucosa and after acid challenge. Br J Pharmacol 2001; 132(7):1565-1573.

(1129)  Gridelli C, Gallo C, Ceribelli A et al. Factorial phase III randomised trial of rofecoxib and prolonged constant infusion of gemcitabine in advanced non-small-cell lung cancer: the GEmcitabine-COxib in NSCLC (GECO) study. Lancet Oncol 2007; 8(6):500-512.

(1130)  Griendling KK, FitzGerald GA. Oxidative stress and cardiovascular injury: Part II: animal and human studies. Circulation 2003; 108(17):2034-2040.

(1131)  Griendling KK, FitzGerald GA. Oxidative stress and cardiovascular injury: Part I: basic mechanisms and in vivo monitoring of ROS. Circulation 2003; 108(16):1912-1916.

(1132)  Griffin MR, Ray WA, Schaffner W. Nonsteroidal anti-inflammatory drug use and death from peptic ulcer in elderly persons. Ann Intern Med 1988; 109(5):359-363.

(1133)  Griffin MR, Piper JM, Daugherty JR, Snowden M, Ray WA. Nonsteroidal anti-inflammatory drug use and increased risk for peptic ulcer disease in elderly persons. Ann Intern Med 1991; 114(4):257-263.

(1134)  Griffin MR, Brandt KD, Liang MH, Pincus T, Ray WA. Practical management of osteoarthritis. Integration of pharmacologic and nonpharmacologic measures. Arch Fam Med 1995; 4(12):1049-1055.

(1135)  Griffin MR, Yared A, Ray WA. Nonsteroidal antiinflammatory drugs and acute renal failure in elderly persons. Am J Epidemiol 2000; 151(5):488-496.

(1136)  Griffin MR, Stein CM, Ray WA. Postmarketing surveillance for drug safety: surely we can do better. Clin Pharmacol Ther 2004; 75(6):491-494.

(1137)  Griffin MR, Stein CM, Graham DJ, Daugherty JR, Arbogast PG, Ray WA. High frequency of use of rofecoxib at greater than recommended doses: cause for concern. Pharmacoepidemiol Drug Saf 2004; 13(6):339-343.

(1138)  Griffoni C, Spisni E, Strillacci A, Toni M, Bachschmid MM, Tomasi V. Selective inhibition of prostacyclin synthase activity by rofecoxib. J Cell Mol Med 2007; 11(2):327-338.

(1139)  Grimm V, Rakoski J, Ring J. Urticaria and angioedema induced by COX-2 inhibitors. J Allergy Clin Immunol 2002; 109(2):370.

(1140)  Grob M, Pichler WJ, Wuthrich B. Anaphylaxis to celecoxib. Allergy 2002; 57(3):264-265.

(1141)  Grocott R, Metcalfe S. Going against the flow: the impact of PHARMAC not funding COX-2 inhibitors for chronic arthritis. N Z Med J 2005; 118(1223):U1690.

(1142)  Grohs JG, Schmidt M, Wanivenhaus A. Selective COX-2 inhibitor versus indomethacin for the prevention of heterotopic ossification after hip replacement: a double-blind randomized trial of 100 patients with 1-year follow-up. Acta Orthop 2007; 78(1):95-98.

(1143)  Groom KM, Shennan AH, Jones BA, Seed P, Bennett PR. TOCOX--a randomised, double-blind, placebo-controlled trial of rofecoxib (a COX-2-specific prostaglandin inhibitor) for the prevention of preterm delivery in women at high risk. BJOG 2005; 112(6):725-730.

(1144)  Grosch S, Maier TJ, Schiffmann S, Geisslinger G. Cyclooxygenase-2 (COX-2)-independent anticarcinogenic effects of selective COX-2 inhibitors. J Natl Cancer Inst 2006; 98(11):736-747.

(1145)  Gross ML, Rozycki MJ, Belmont HM. Prevalence of coronary artery disease risk factors and safety of HMG-CoA reductase and COX-2 inhibitors in an active SLE population. Arthritis Rheum 2000; 43(9 Suppl.):S247.

**KS-000909**

(1146)  Gross S, Tilly P, Hentsch D, Vonesch JL, Fabre JE. Vascular wall-produced prostaglandin E2 exacerbates arterial thrombosis and atherothrombosis through platelet EP3 receptors. J Exp Med 2007; 204(2):311-320.

(1147)  Grosser T, Yusuff S, Cheskis E, Pack MA, FitzGerald GA. Developmental expression of functional cyclooxygenases in zebrafish. Proc Natl Acad Sci U S A 2002; 99(12):8418-8423.

(1148)  Grosser T. The pharmacology of selective inhibition of COX-2. Thromb Haemost 2006; 96(4):393-400.

(1149)  Grosser T, Fries S, FitzGerald GA. Biological basis for the cardiovascular consequences of COX-2 inhibition: therapeutic challenges and opportunities. J Clin Invest 2006; 116(1):4-15.

(1150)  Grove ML, Hassell AB, Hay EM, Shadforth MF. Adverse reactions to disease-modifying anti-rheumatic drugs in clinical practice. QJM 2001; 94(6):309-319.

(1151)  Grover SA, Coupal L, Zowall H. Treating osteoarthritis with cyclooxygenase-2-specific inhibitors: what are the benefits of avoiding blood pressure destabilization? Hypertension 2005; 45(1):92-97.

(1152)  Gruenenfelder J, McGuire EJ, Faerber GJ. Acute urinary retention associated with the use of cyclooxygenase-2 inhibitors. J Urol 2002; 168(3):1106.

(1153)  Grundy SM, Balady GJ, Criqui MH et al. Primary prevention of coronary heart disease: guidance from Framingham: a statement for healthcare professionals from the AHA Task Force on Risk Reduction. American Heart Association. Circulation 1998; 97(18):1876-1887.

(1154)  Grundy SM, Pasternak R, Greenland P, Smith S Jr, Fuster V. AHA/ACC scientific statement: Assessment of cardiovascular risk by use of multiple-risk-factor assessment equations: a statement for healthcare professionals from the American Heart Association and the American College of Cardiology. J Am Coll Cardiol 1999; 34(4):1348-1359.

(1155)  Gryglewski RJ, Korbut R, Ocetkiewicz A. Generation of prostacyclin by lungs in vivo and its release into the arterial circulation. Nature 1978; 273(5665):765-767.

(1156)  Gryglewski RJ, Chlopicki S, Swies J. In vivo endothelial interaction between ACE and COX inhibitors. Prostaglandins Leukot Essent Fatty Acids 2005; 72(2):129-131.

(1157)  Guess HA. Pharmacoepidemiology in pre-approval clinical trial safety monitoring. J Clin Epidemiol 1991; 44(8):851-857.

(1158)  Guilbert TW, Morgan WJ, Zeiger RS et al. Long-term inhaled corticosteroids in preschool children at high risk for asthma. N Engl J Med 2006; 354(19):1985-1997.

(1159)  Guindon J, LoVerme J, De LA, Piomelli D, Beaulieu P. Synergistic antinociceptive effects of anandamide, an endocannabinoid, and nonsteroidal anti-inflammatory drugs in peripheral tissue: a role for endogenous fatty-acid ethanolamides? Eur J Pharmacol 2006; 550(1-3):68-77.

(1160)  Guindon J, Beaulieu P. Antihyperalgesic effects of local injections of anandamide, ibuprofen, rofecoxib and their combinations in a model of neuropathic pain. Neuropharmacology 2006; 50(7):814-823.

(1161)  Guo JS, Cho CH, Lam Liu ES, Choy HT, Wang JY, Leung Koo MW. Antiangiogenic effect of a highly selective cyclooxygenase-2 inhibitor on gastric ulcer healing in rats. Toxicol Appl Pharmacol 2002; 183(1):41-45.

(1162)  Guo JS, Chau FL, Cho CH, Koo MW. Worsening effect of partial sleep deprivation on indomethacin-induced gastric mucosal damage. Pharmacol Biochem Behav 2005; 82(3):515-521.

(1163)  Guo Y, Bao W, Wu WJ, Shinmura K, Tang XL, Bolli R. Evidence for an essential role of cyclooxygenase-2 as a mediator of the late phase of ischemic preconditioning in mice. Basic Res Cardiol 2000; 95(6):479-484.

(1164)  Gupta S, McCune WJ, Kaplan MJ, McDonagh KT, Schmaier AH, Crofford LJ. Thrombosis and ischemia in patients with systemic lupus erythematosus treated with celecoxib: a series of two cases. Arthritis Rheum 1999; 42(9 Suppl.):S149.

(1165)  Gupta S. Upper gastrointestinal toxicity of rofecoxib and naproxen. N Engl J Med 2001; 344(18):1398-1399.

(1166)  Gupta S, Crofford LJ. An update on specific COX-2 inhibitors: the COXIBs. Bull Rheum Dis 2001; 50(11):1-4.

KS-000910

(1167)  Gupta YK, Chaudhary G, Sinha K. Enhanced protection by melatonin and meloxicam combination in a middle cerebral artery occlusion model of acute ischemic stroke in rat. Can J Physiol Pharmacol 2002; 80(3):210-217.

(1168)  Gurwitz JH, Avorn J, Bohn RL, Glynn RJ, Monane M, Mogun H. Initiation of antihypertensive treatment during nonsteroidal anti-inflammatory drug therapy. JAMA 1994; 272(10):781-786.

(1169)  Gwyn K, Sinicrope FA. Chemoprevention of colorectal cancer. Am J Gastroenterol 2002; 97(1):13-21.

(1170)  Gysemans C, Stoffels K, Giulietti A et al. Prevention of primary non-function of islet xenografts in autoimmune diabetic NOD mice by anti-inflammatory agents. Diabetologia 2003; 46(8):1115-1123.

(1171)  Haas AR, Sun J, Vachani A et al. Cycloxygenase-2 inhibition augments the efficacy of a cancer vaccine. Clin Cancer Res 2006; 12(1):214-222.

(1172)  Haas NA, Nossal R, Schneider CH et al. Successful management of an extreme example of neonatal hyperprostaglandin-E syndrome (Bartter's syndrome) with the new cyclooxygenase-2 inhibitor rofecoxib. Pediatr Crit Care Med 2003; 4(2):249-251.

(1173)  Haase KK, Rojas-Fernandez CH, Lane L, Frank DA. Potential interaction between celecoxib and warfarin. Ann Pharmacother 2000; 34(5):666-667.

(1174)  Habeeb AG, Praveen Rao PN, Knaus EE. Design and synthesis of celecoxib and rofecoxib analogues as selective cyclooxygenase-2 (COX-2) inhibitors: replacement of sulfonamide and methylsulfonyl pharmacophores by an azido bioisostere. J Med Chem 2001; 44(18):3039-3042.

(1175)  Haglund B, von B, I. Combining paracetamol with a selective cyclooxygenase-2 inhibitor for acute pain relief after third molar surgery: a randomized, double-blind, placebo-controlled study. Eur J Oral Sci 2006; 114(4):293-301.

(1176)  Haider M, Gain E, Khadem G et al. Simultaneous presentation of rofecoxib-induced acute hepatitis and acute interstitial nephritis. Intern Med J 2005; 35(6):370-372.

(1177)  Hajjar DP, Pomerantz KB. Signal transduction in atherosclerosis: integration of cytokines and the eicosanoid network. FASEB J 1992; 6(11):2933-2941.

(1178)  Haland G, Carlsen KC, Sandvik L et al. Reduced lung function at birth and the risk of asthma at 10 years of age. N Engl J Med 2006; 355(16):1682-1689.

(1179)  Half E, Tang XM, Gwyn K, Sahin A, Wathen K, Sinicrope FA. Cyclooxygenase-2 expression in human breast cancers and adjacent ductal carcinoma in situ. Cancer Res 2002; 62(6):1676-1681.

(1180)  Hall AJ, Tripp M, Howell T, Darland G, Bland JS, Babish JG. Gastric mucosal cell model for estimating relative gastrointestinal toxicity of non-steroidal anti-inflammatory drugs. Prostaglandins Leukot Essent Fatty Acids 2006; 75(1):9-17.

(1181)  Hallak A, on-Baron L, Shamir R et al. Rofecoxib reduces polyp recurrence in familial polyposis. Dig Dis Sci 2003; 48(10):1998-2002.

(1182)  Halpern GM. COX-2 inhibitors: a story of greed, deception and death. Inflammopharmacology 2005; 13(4):419-425.

(1183)  Halpin RA, Geer LA, Zhang KE et al. The absorption, distribution, metabolism and excretion of rofecoxib, a potent and selective cyclooxygenase-2 inhibitor, in rats and dogs. Drug Metab Dispos 2000; 28(10):1244-1254.

(1184)  Halpin RA, Porras AG, Geer LA et al. The disposition and metabolism of rofecoxib, a potent and selective cyclooxygenase-2 inhibitor, in human subjects. Drug Metab Dispos 2002; 30(6):684-693.

(1185)  Halsas M, Hietala J, Veski P, Jurjenson H, Marvola M. Morning versus evening dosing of ibuprofen using conventional and time-controlled release formulations. Int J Pharm 1999; 189(2):179-185.

(1186)  Halter F, Tarnawski AS, Schmassmann A, Peskar BM. Cyclooxygenase 2-implications on maintenance of gastric mucosal integrity and ulcer healing: controversial issues and perspectives. Gut 2001; 49(3):443-453.

KS-000911

(1187)   Halushka PV, Mais DE, Saussy DL, Jr. Platelet and vascular smooth muscle thromboxane A2/prostaglandin H2 receptors. Fed Proc 1987; 46(1):149-153.

(1188)   Hamama AK, Ray J, Day RO, Brien JA. Simultaneous determination of rofecoxib and celecoxib in human plasma by high-performance liquid chromatography. J Chromatogr Sci 2005; 43(7):351-354.

(1189)   Hamberg M, SAMUELSSON B. On the mechanism of the biosynthesis of prostaglandins E-1 and F-1-alpha. J Biol Chem 1967; 242(22):5336-5343.

(1190)   Hamberg M, Svensson J, SAMUELSSON B. Thromboxanes: a new group of biologically active compounds derived from prostaglandin endoperoxides. Proc Natl Acad Sci U S A 1975; 72(8):2994-2998.

(1191)   Hamon M, Riddell JW. Enoxaparin in elective percutaneous coronary intervention. N Engl J Med 2006; 355(26):2788-2789.

(1192)   Hampton T. Experts point to lessons learned from controversy over rofecoxib safety. JAMA 2005; 293(4):413-414.

(1193)   Han JW, Sadowski H, Young DA, Macara IG. Persistent induction of cyclooxygenase in p60v-src-transformed 3T3 fibroblasts. Proc Natl Acad Sci U S A 1990; 87(9):3373-3377.

(1194)   Hanauer LB. Tolerability of rofecoxib versus naproxen. Ann Intern Med 2004; 140(12):1059.

(1195)   Hankey GJ, Eikelboom JW. Cyclooxygenase-2 inhibitors: are they really atherothrombotic, and if not, why not? Stroke 2003; 34(11):2736-2740.

(1196)   Hanson CA, Weinhold PS, Afshari HM, Dahners LE. The effect of analgesic agents on the healing rat medial collateral ligament. Am J Sports Med 2005; 33(5):674-679.

(1197)   Hansson GK. Inflammation, atherosclerosis, and coronary artery disease. N Engl J Med 2005; 352(16):1685-1695.

(1198)   Harel Z. Cyclooxygenase-2 specific inhibitors in the treatment of dysmenorrhea. J Pediatr Adolesc Gynecol 2004; 17(2):75-79.

(1199)   Harirforoosh S, Jamali F. Effect of nonsteroidal anti-inflammatory drugs with varying extent of COX-2-COX-1 selectivity on urinary sodium and potassium excretion in the rat. Can J Physiol Pharmacol 2005; 83(1):85-90.

(1200)   Harirforoosh S, ghazadeh-Habashi A, Jamali F. Extent of renal effect of cyclo-oxygenase-2-selective inhibitors is pharmacokinetic dependent. Clin Exp Pharmacol Physiol 2006; 33(10):917-924.

(1201)   Harley C, Wagner S. The prevalence of cardiorenal risk factors in patients prescribed nonsteroidal anti-inflammatory drugs: data from managed care. Clin Ther 2003; 25(1):139-149.

(1202)   Harley C, Wagner S. Persistence with COX-2 inhibitors in managed care: an analysis of claims data. Manag Care Interface 2003; 16(10):38-45.

(1203)   Harmon PA, Biffar S, Pitzenberger SM, Reed RA. Mechanism of the solution oxidation of rofecoxib under alkaline conditions. Pharm Res 2005; 22(10):1716-1726.

(1204)   Harris CJ, Brater DC. Renal effects of cyclooxygenase-2 selective inhibitors. Curr Opin Nephrol Hypertens 2001; 10(5):603-610.

(1205)   Harris RC, McKanna JA, Akai Y, Jacobson HR, DuBois RN, Breyer MD. Cyclooxygenase-2 is associated with the macula densa of rat kidney and increases with salt restriction. J Clin Invest 1994; 94(6):2504-2510.

(1206)   Harris RC. Cyclooxygenase-2 and the kidney: functional and pathophysiological implications. J Hypertens Suppl 2002; 20(6):S3-S9.

(1207)   Harris RC, Breyer MD. Update on Cyclooxygenase-2 Inhibitors - Mini Review. Clin J Am Soc Nephrol 2006; 1:236-245.

(1208)   Harris RC, Jr. Cyclooxygenase-2 inhibition and renal physiology. Am J Cardiol 2002; 89(6A):10D-17D.

(1209)   Harris RE. Does the dose make the poison? Science 2005; 308(5719):203.

KS-000912

(1210)  Harris RE, Beebe-Donk J, Alshafie GA. Reduction in the risk of human breast cancer by selective cyclooxygenase-2 (COX-2) inhibitors. BMC Cancer 2006; 6:27.

(1211)  Harris RR, Black L, Surapaneni S et al. ABT-963 [2-(3,4-difluoro-phenyl)-4-(3-hydroxy-3-methyl-butoxy)-5-(4-methanesulfony l-phenyl)-2H-pyridazin-3one], a highly potent and selective disubstituted pyridazinone cyclooxgenase-2 inhibitor. J Pharmacol Exp Ther 2004; 311(3):904-912.

(1212)  Harrison-Woolrych M, Herbison P, McLean R, Ashton J, Slattery J. Incidence of thrombotic cardiovascular events in patients taking celecoxib compared with those taking rofecoxib: interim results from the New Zealand Intensive Medicines Monitoring Programme. Drug Saf 2005; 28(5):435-442.

(1213)  Harsch IA, Michaeli P, Hahn EG, Konturek PC, Klein R. A rare case of rofecoxib-induced cholestatic hepatitis. Dig Liver Dis 2003; 35(12):911-912.

(1214)  Harsch IA, Brzozowski T, Bazela K et al. Impaired gastric ulcer healing in diabetic rats: role of heat shock protein, growth factors, prostaglandins and proinflammatory cytokines. Eur J Pharmacol 2003; 481(2-3):249-260.

(1215)  Hart RG, Benavente O, McBride R, Pearce LA. Antithrombotic therapy to prevent stroke in patients with atrial fibrillation: a meta-analysis. Ann Intern Med 1999; 131(7):492-501.

(1216)  Hartnell NR, Flanagan PS, MacKinnon NJ, Bakowsky VS. Use of gastrointestinal preventive therapy among elderly persons receiving antiarthritic agents in Nova Scotia, Canada. Am J Geriatr Pharmacother 2004; 2(3):171-180.

(1217)  Hartner A, Cordasic N, Goppelt-Struebe M, Veelken R, Hilgers KF. Role of macula densa cyclooxygenase-2 in renovascular hypertension. Am J Physiol Renal Physiol 2003; 284(3):F498-F502.

(1218)  Hartrick CT, Bourne MH, Gargiulo K, Damaraju CV, Vallow S, Hewitt DJ. Fentanyl iontophoretic transdermal system for acute-pain management after orthopedic surgery: a comparative study with morphine intravenous patient-controlled analgesia. Reg Anesth Pain Med 2006; 31(6):546-554.

(1219)  Hassan-Alin M, Nilsson-Pieschl C, Naesdal J, Langstrom G, Lundgren M, Nyman L. Lack of drug-drug interaction between esomeprazole and rofecoxib in healthy subjects [ABSTRACT AB0120]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr AB0120.

(1220)  Hassan-Alin M, Naesdal J, Nilsson-Pieschl C, Langstrom G, Andersson T. Lack of Pharmacokinetic Interaction between Esomeprazole and the Nonsteroidal Anti-Inflammatory Drugs Naproxen and Rofecoxib in Healthy Subjects. Clin Drug Investig 2005; 25(11):731-740.

(1221)  Hatazawa R, Ohno R, Tanigami M, Tanaka A, Takeuchi K. Roles of endogenous prostaglandins and cyclooxygenase isozymes in healing of indomethacin-induced small intestinal lesions in rats. J Pharmacol Exp Ther 2006; 318(2):691-699.

(1222)  Hawk E, Lubet R, Limburg P. Chemoprevention in hereditary colorectal cancer syndromes. Cancer 1999; 86(8 Suppl.):1731-1743.

(1223)  Hawk E, Lubet R, Limburg P. Chemoprevention in hereditary colorectal cancer syndromes. Cancer 1999; 86(11 Suppl):2551-2563.

(1224)  Hawk ET, Viner JL, Umar A, Anderson WF, Sigman CC, Guyton KZ. Cancer and the cyclo-oxygenase enzyme: implications for treatment and prevention. Am J Cancer 2003; 2(1):27-55.

(1225)  Hawkey C, Kahan A, Steinbruck K et al. Gastrointestinal tolerability of meloxicam compared to diclofenac in osteoarthritis patients. International MELISSA Study Group. Meloxicam Large-scale International Study Safety Assessment. Br J Rheumatol 1998; 37(9):937-945.

(1226)  Hawkey C, Harper S, Quan H, Bolognese J, Mortensen E, Rofecoxib Osteoarthritis Endoscopy Multinational Study Group. Effect of rofecoxib on endoscopic ulcers in osteoarthritis patients:  analysis of potential risk factors [POSTER 290]. Ann Rheum Dis 2000; 59(1 Suppl.):133.

(1227)  Hawkey C, Laine L, Simon T et al. Comparison of the effect of rofecoxib (a cyclooxygenase 2 inhibitor), ibuprofen, and placebo on the gastroduodenal mucosa of patients with osteoarthritis: a randomized, double-blind, placebo-controlled trial. The Rofecoxib Osteoarthritis Endoscopy Multinational Study Group. Arthritis Rheum 2000; 43(2):370-377.

KS-000913

(1228)   Hawkey C, Laine L, Quan H, Simon T, Evans JK. Incidence of ulcers with rofecoxib versus naproxen: a double-blind, placebo-controlled endoscopy study in patients with rheumatoid arthritis [ABSTRACT 1391]. Arthritis Rheum 2002; 46(9 Suppl.):S520-Abstr. 1391.

(1229)   Hawkey C, Hoexter G, Richard D, Gitton X, Weinstein W. Lumiracoxib, a novel cyclooxygenase-2 selective inhibitor, has improved gastrointestinal safety and tolerability compared with nonselective nonsteroidal anti-inflammatory drugs: a pooled analysis [ABSTRACT 87]. Arthritis Rheum 2003; 48(9 Suppl.):S79.

(1230)   Hawkey CJ. Future treatments for arthritis: new NSAIDs, NO NSAIDs, or no NSAIDs? Gastroenterology 1995; 109(2):614-616.

(1231)   Hawkey CJ, Karrasch JA, Szczepanski L et al. Omeprazole compared with misoprostol for ulcers associated with nonsteroidal antiinflammatory drugs. Omeprazole versus Misoprostol for NSAID-induced Ulcer Management (OMNIUM) Study Group. N Engl J Med 1998; 338(11):727-734.

(1232)   Hawkey CJ. COX-2 inhibitors. Lancet 1999; 353(9149):307-314.

(1233)   Hawkey CJ, Laine L, Harper SE, Quan HU, Bolognese JA, Mortensen E. Influence of risk factors on endoscopic and clinical ulcers in patients taking rofecoxib or ibuprofen in two randomized controlled trials. Aliment Pharmacol Ther 2001; 15(10):1593-1601.

(1234)   Hawkey CJ. NSAIDs and COX-2 inhibitors: what can we learn from large outcomes trials? The gastroenterologist's perspective. Clin Exp Rheumatol 2001; 19(6 Suppl 25):S23-S30.

(1235)   Hawkey CJ. COX-1 and COX-2 inhibitors. Best Pract Res Clin Gastroenterol 2001; 15(5):801-820.

(1236)   Hawkey CJ, Jackson L, Harper SE, Simon TJ, Mortensen E, Lines CR. Review article: the gastrointestinal safety profile of rofecoxib, a highly selective inhibitor of cyclooxygenase-2, in humans. Aliment Pharmacol Ther 2001; 15(1):1-9.

(1237)   Hawkey CJ, Jones JI. Gastrointestinal safety of COX-2 specific inhibitors. Gastroenterol Clin North Am 2001; 30(4):921-936.

(1238)   Hawkey CJ, Skelly MM. Gastrointestinal safety of selective COX-2 inhibitors. Curr Pharm Des 2002; 8(12):1077-1089.

(1239)   Hawkey CJ. Cyclooxygenase inhibition: between the devil and the deep blue sea. Gut 2002; 50 Suppl 3:III25-III30.

(1240)   Hawkey CJ, Langman MJ. Non-steroidal anti-inflammatory drugs: overall risks and management. Complementary roles for COX-2 inhibitors and proton pump inhibitors. Gut 2003; 52(4):600-608.

(1241)   Hawkey CJ, Laine L, Simon T, Quan H, Shingo S, Evans J. Incidence of gastroduodenal ulcers in patients with rheumatoid arthritis after 12 weeks of rofecoxib, naproxen, or placebo: a multicentre, randomised, double blind study. Gut 2003; 52(6):820-826.

(1242)   Hawkey CJ, Farkouh M, Gitton X, Ehrsam E, Huels J, Richardson P. Therapeutic arthritis research and gastrointestinal event trial of lumiracoxib - study design and patient demographics. Aliment Pharmacol Ther 2004; 20(1):51-63.

(1243)   Hawkey CJ, Fortun PJ. Cyclooxygenase-2 inhibitors. Curr Opin Gastroenterol 2005; 21(6):660-664.

(1244)   Hawley DJ, Wolfe F. Sensitivity to change of the health assessment questionnaire (HAQ) and other clinical and health status measures in rheumatoid arthritis: results of short-term clinical trials and observational studies versus long-term observational studies. Arthritis Care Res 1992; 5(3):130-136.

(1245)   Hawthorne F. Merck's Fall from Grace. How will one of the world's largest and most respected pharmaceutical companies come back? The Scientist 2006; 20(5):27-33.

(1246)   Hay E, Derazon H, Bukish N, Katz L, Kruglyakov I, Armoni M. Fatal hyperkalemia related to combined therapy with a COX-2 inhibitor, ACE inhibitor and potassium rich diet. J Emerg Med 2002; 22(4):349-352.

(1247)   Hayes JS, Lawler OA, Walsh MT, Kinsella BT. The prostacyclin receptor is isoprenylated. Isoprenylation is required for efficient receptor-effector coupling. J Biol Chem 1999; 274(34):23707-23718.

KS-000914

(1248)   Heba G, Dudek D, Dubiel JS, Legutko J. More pronounced decrease of inflammatory markers with combination of statins and COX-2 inhibitors following acute coronary syndromes [ABSTRACT 1302]. Eur Heart J 2001; 22(Abstr. Suppl.):240-Abstr. 1302.

(1249)   Hedner T, Himmelmann A. Cardiovascular complications of COX2 selective inhibitors cause considerable concern. Blood Press 2004; 13(5):260-261.

(1250)   Hefler LA, Grimm C, Speiser P, Sliutz G, Reinthaller A. The cyclooxygenase-2 inhibitor rofecoxib (Vioxx) in the treatment of cervical dysplasia grade II-III A phase II trial. Eur J Obstet Gynecol Reprod Biol 2006; 125(2):251-254.

(1251)   Hegi TR, Bombeli T, Seifert B et al. Effect of rofecoxib on platelet aggregation and blood loss in gynaecological and breast surgery compared with diclofenac. Br J Anaesth 2004; 92(4):523-531.

(1252)   Heindl B, Becker BF. Aspirin, but not the more selective cyclooxygenase (COX)-2 inhibitors meloxicam and SC 58125, aggravates postischaemic cardiac dysfunction, independent of COX function. Naunyn Schmiedebergs Arch Pharmacol 2001; 363(2):233-240.

(1253)   Helin-Salmivaara A, Huupponen R, Virtanen A, Klaukka T. Adoption of celecoxib and rofecoxib: a nationwide database study. J Clin Pharm Ther 2005; 30(2):145-152.

(1254)   Helin-Salmivaara A, Virtanen A, Vesalainen R et al. NSAID use and the risk of hospitalization for first myocardial infarction in the general population: a nationwide case-control study from Finland. Eur Heart J 2006; 27(14):1657-1663.

(1255)   Hellstrom HR. A pathogenetic mechanism for COX-2 inhibitor-induced cardiovascular events proposed to be useful in structuring medical testimony in rofecoxib trials. Med Hypotheses 2007; 69(1):83-89.

(1256)   Henderson P. Rofecoxib vs celecoxib vs acetaminophen for treatment of osteoarthritis. JAMA 2002; 287(14):1799-1800.

(1257)   Hennan JK, Huang J, Barrett TD et al. Effects of selective cyclooxygenase-2 inhibition on vascular responses and thrombosis in canine coronary arteries. Circulation 2001; 104(7):820-825.

(1258)   Hennekens CH, Buring JE, Sandercock P, Collins R, Peto R. Aspirin and other antiplatelet agents in the secondary and primary prevention of cardiovascular disease. Circulation 1989; 80(4):749-756.

(1259)   Hennekens CH. Aspirin in chronic cardiovascular disease and acute myocardial infarction. Clin Cardiol 1990; Suppl 5:V62-V66.

(1260)   Hennessy S, Strom BL. PDUFA reauthorization--drug safety's golden moment of opportunity? N Engl J Med 2007; 356(17):1703-1704.

(1261)   Henriksson P, Hamberg M, Diczfalusy U. Formation of 15-HETE as a major hydroxyeicosatetraenoic acid in the atherosclerotic vessel wall. Biochim Biophys Acta 1985; 834(2):272-274.

(1262)   Henry D, Lim LL, Garcia Rodriguez LA et al. Variability in risk of gastrointestinal complications with individual non-steroidal anti-inflammatory drugs: results of a collaborative meta-analysis. BMJ 1996; 312(7046):1563-1566.

(1263)   Herendeen JM, Lindley C. Use of NSAIDs for the chemoprevention of colorectal cancer. Ann Pharmacother 2003; 37(11):1664-1674.

(1264)   Hermann M, Camici G, Fratton A et al. Differential effects of selective cyclooxygenase-2 inhibitors on endothelial function in salt-induced hypertension. Circulation 2003; 108(19):2308-2311.

(1265)   Hermann M, Krum H, Ruschitzka F. To the heart of the matter: coxibs, smoking, and cardiovascular risk. Circulation 2005; 112(7):941-945.

(1266)   Hermann M, Shaw S, Kiss E et al. Selective COX-2 inhibitors and renal injury in salt-sensitive hypertension. Hypertension 2005; 45(2):193-197.

(1267)   Hernandez-Diaz S, Garcia-Rodriguez LA. Epidemiologic assessment of the safety of conventional nonsteroidal anti-inflammatory drugs. Am J Med 2001; 110 Suppl 3A:20S-27S.

KS-000915

(1268)   Hernandez-Diaz S, Varas-Lorenzo C, Garcia Rodriguez LA. Non-steroidal antiinflammatory drugs and the risk of acute myocardial infarction. Basic Clin Pharmacol Toxicol 2006; 98(3):266-274.

(1269)   Hernandez GL, Volpert OV, Iniguez MA et al. Selective inhibition of vascular endothelial growth factor-mediated angiogenesis by cyclosporin A: roles of the nuclear factor of activated T cells and cyclooxygenase 2. J Exp Med 2001; 193(5):607-620.

(1270)   Hernandez MR, Tonda R, Pino M, Serradell M, Arderiu G, Escolar G. Evaluation of effects of rofecoxib on platelet function in an in vitro model of thrombosis with circulating human blood. Eur J Clin Invest 2004; 34(4):297-302.

(1271)   Hernanz R, Briones AM, Alonso MJ, Vila E, Salaices M. Hypertension alters role of iNOS, COX-2, and oxidative stress in bradykinin relaxation impairment after LPS in rat cerebral arteries. Am J Physiol Heart Circ Physiol 2004; 287(1):H225-H234.

(1272)   Hernanz R, Alonso MJ, Zibrandtsen H, Alvarez Y, Salaices M, Simonsen U. Measurements of nitric oxide concentration and hyporeactivity in rat superior mesenteric artery exposed to endotoxin. Cardiovasc Res 2004; 62(1):202-211.

(1273)   Herrera JA, Gonzalez M. Comparative evaluation of the effectiveness and tolerability of nimesulide versus rofecoxib taken once a day in the treatment of patients with knee osteoarthritis. Am J Ther 2003; 10(6):468-472.

(1274)   Herting RL, Nissen CH. Overview of misoprostol clinical experience. Dig Dis Sci 1986; 31(2 Suppl):47S-54S.

(1275)   Hewett SJ, Silakova JM, Hewett JA. Oral treatment with rofecoxib reduces hippocampal excitotoxic neurodegeneration. J Pharmacol Exp Ther 2006; 319(3):1219-1224.

(1276)   Higgins JP, Thompson SG, Deeks JJ, Altman DG. Measuring inconsistency in meta-analyses. BMJ 2003; 327(7414):557-560.

(1277)   Higgs GA, Salmon JA, Henderson B, Vane JR. Pharmacokinetics of aspirin and salicylate in relation to inhibition of arachidonate cyclooxygenase and antiinflammatory activity. Proc Natl Acad Sci U S A 1987; 84(5):1417-1420.

(1278)   Higuchi T, Iwama T, Yoshinaga K, Toyooka M, Taketo MM, Sugihara K. A randomized, double-blind, placebo-controlled trial of the effects of rofecoxib, a selective cyclooxygenase-2 inhibitor, on rectal polyps in familial adenomatous polyposis patients. Clin Cancer Res 2003; 9(13):4756-4760.

(1279)   Hilmi I, Goh KL. Chemoprevention of colorectal cancer with nonsteroidal anti-inflammatory drugs. Chin J Dig Dis 2006; 7(1):1-6.

(1280)   Hinojosa M, Martin-Garcia C. Cyclooxygenase-2 inhibitors in aspirin-sensitive asthma: reply. Chest 2003; 123(6):2156.

(1281)   Hinrichs R, Ritzkowsky A, Hunzelmann N, Krieg T, Scharffetter-Kochanek K. Rofecoxib as an alternative in aspirin hypersensitivity. Allergy 2001; 56(8):789.

(1282)   Hinz B, Brune K. Cyclooxygenase-2--10 years later. J Pharmacol Exp Ther 2002; 300(2):367-375.

(1283)   Hinz B, Dormann H, Brune K. More pronounced inhibition of cyclooxygenase 2, increase in blood pressure, and reduction of heart rate by treatment with diclofenac compared with celecoxib and rofecoxib. Arthritis Rheum 2006; 54(1):282-291.

(1284)   Hinz B, Cheremina O, Bachmakov J et al. Dipyrone elicits substantial inhibition of peripheral cyclooxygenases in humans: new insights into the pharmacology of an old analgesic. FASEB J 2007.

(1285)   Hippisley-Cox J, Coupland C. Risk of myocardial infarction in patients taking cyclo-oxygenase-2 inhibitors or conventional non-steroidal anti-inflammatory drugs: population based nested case-control analysis. BMJ 2005; 330(7504):1366.

(1286)   Hippisley-Cox J, Coupland C, Logan R. Risk of adverse gastrointestinal outcomes in patients taking cyclo-oxygenase-2 inhibitors or conventional non-steroidal anti-inflammatory drugs: population based nested case-control analysis. BMJ 2005; 331(7528):1310-1316.

(1287)   Hirschfeld G, Sperfeld AD, Kassubek J, Scharffetter-Kochanek K, Sunderkotter C. [Transient global amnesia (TGA) during an oral provocation test.]. Hautarzt 2007; 58(2):149-152.

KS-000916

(1288)   Hirsh J, Dalen JE, Fuster V, Harker LB, Patrono C, Roth G. Aspirin and other platelet-active drugs: The relationship among dose, effectiveness, and side effects. Chest 1995; 108(4 Suppl):247S-257S.

(1289)   Hla T, Neilson K. Human cyclooxygenase-2 cDNA. Proc Natl Acad Sci U S A 1992; 89(16):7384-7388.

(1290)   Hochberg MC. What have we learned from the large outcomes trials of COX-2 selective inhibitors? The rheumatologist's perspective. Clin Exp Rheumatol 2001; 19(6 Suppl 25):S15-S22.

(1291)   Hochberg MC. Coxibs Supplement - Coxibs: Evolution of a Revolutionary Class. Cleve Clin J Med 2002; 69(1 Suppl.):SI-3-SI-4.

(1292)   Hochberg MC. New directions in symptomatic therapy for patients with osteoarthritis and rheumatoid arthritis. Semin Arthritis Rheum 2002; 32(3 Suppl 1):4-14.

(1293)   Hochberg MC, Kvien TK, Schnitzer TJ, Krupa D, Reicin A, VIGOR Steering Committee. Risk factors for fracture in patients with rheumatoid arthritis [ABSTRACT 1605]. Arthritis Rheum 2002; 46(9 Suppl.):S596-Abstr. 1605.

(1294)   Hochberg MC. Treatment of rheumatoid arthritis and osteoarthritis with COX-2-selective inhibitors: a managed care perspective. Am J Manag Care 2002; 8(17 Suppl):S502-S517.

(1295)   Hochberg MC. COX-2: Where are we in 2003? - Be strong and resolute: continue to use COX-2 selective inhibitors at recommended dosages in appropriate patients. Arthritis Res Ther 2003; 5(1):28-31.

(1296)   Hochberg MC. COX-2 selective inhibitors in the treatment of arthritis: a rheumatologist perspective. Curr Top Med Chem 2005; 5(5):443-448.

(1297)   Hocherl K, Kammerl M, Kees F, Kramer BK, Grobecker HF, Kurtz A. Role of renal nerves in stimulation of renin, COX-2, and nNOS in rat renal cortex during salt deficiency. Am J Physiol Renal Physiol 2002; 282(3):F478-F484.

(1298)   Hocherl K, Kammerl MC, Schumacher K, Endemann D, Grobecker HF, Kurtz A. Role of prostanoids in regulation of the renin-angiotensin-aldosterone system by salt intake. Am J Physiol Renal Physiol 2002; 283(2):F294-F301.

(1299)   Hocherl K, Dreher F, Kurtz A, Bucher M. Cyclooxygenase-2 inhibition attenuates lipopolysaccharide-induced cardiovascular failure. Hypertension 2002; 40(6):947-953.

(1300)   Hocherl K, Endemann D, Kammerl MC, Grobecker HF, Kurtz A. Cyclo-oxygenase-2 inhibition increases blood pressure in rats. Br J Pharmacol 2002; 136(8):1117-1126.

(1301)   Hocherl K, Kees F, Kramer BK, Kurtz A. Cyclosporine A attenuates the natriuretic action of loop diuretics by inhibition of renal COX-2 expression. Kidney Int 2004; 65(6):2071-2080.

(1302)   Hochman JS, Shah NR. What price pain relief? Circulation 2006; 113(25):2868-2870.

(1303)   Hochman JS, Lamas GA, Buller CE et al. Coronary intervention for persistent occlusion after myocardial infarction. N Engl J Med 2006; 355(23):2395-2407.

(1304)   Hoefer IE, Piek JJ, Pasterkamp G. Pharmaceutical interventions to influence arteriogenesis: new concepts to treat ischemic heart disease. Curr Med Chem 2006; 13(9):979-987.

(1305)   Hoffer E, Baum Y, Nahir AM. N-Acetylcysteine enhances the action of anti-inflammatory drugs as suppressors of prostaglandin production in monocytes. Mediators Inflamm 2002; 11(5):321-323.

(1306)   Hoffman T. Ginko, Vioxx and excessive bleeding--possible drug-herb interactions: case report. Hawaii Med J 2001; 60(11):290.

(1307)   Hogue JH, Mersfelder TL. Pathophysiology and first-line treatment of osteoarthritis. Ann Pharmacother 2002; 36(4):679-686.

(1308)   Holbrook AM, Pereira JA, Labiris R et al. Systematic overview of warfarin and its drug and food interactions. Arch Intern Med 2005; 165(10):1095-1106.

KS-000917

(1309) Holt CI, Hutchins MO, Pileggi R. A real time quantitative PCR analysis and correlation of COX-1 and COX-2 enzymes in inflamed dental pulps following administration of three different NSAIDs. J Endod 2005; 31(11):799-804.

(1310) Holtzman MJ, Turk J, Shornick LP. Identification of a pharmacologically distinct prostaglandin H synthase in cultured epithelial cells. J Biol Chem 1992; 267(30):21438-21445.

(1311) Homoncik M, Malec M, Marsik C et al. Rofecoxib exerts no effect on platelet plug formation in healthy volunteers. Clin Exp Rheumatol 2003; 21(2):229-231.

(1312) Honda T, Kimura N. Enantioselective deprotonation of meso-cycloheptanone derivative: application to the synthesis of a potential intermediate for pseudomonic acid B. Org Lett 2002; 4(25):4567-4570.

(1313) Honig P. Merck Sharp and Dohme versus Laporte. Lancet 2004; 363(9414):1079-1080.

(1314) Horattas MC, Evans S, Sloan-Stakleff KD, Lee C, Snoke JW. Does preoperative rofecoxib (Vioxx) decrease postoperative pain with laparoscopic cholecystectomy? Am J Surg 2004; 188(3):271-276.

(1315) Horton R. Vioxx, the implosion of Merck, and aftershocks at the FDA. Lancet 2004; 364(9450):1995-1996.

(1316) Hosaka EM, Santos OF, Seguro AC, Vattimo MF. Effect of cyclooxygenase inhibitors on gentamicin-induced nephrotoxicity in rats. Braz J Med Biol Res 2004; 37(7):979-985.

(1317) Hoshida S, Yamashita N, Otsu K, Hori M. The importance of manganese superoxide dismutase in delayed preconditioning: involvement of reactive oxygen species and cytokines. Cardiovasc Res 2002; 55(3):495-505.

(1318) Hosie J, Distel M, Bluhmki E. Meloxicam in osteoarthritis: a 6-month, double-blind comparison with diclofenac sodium. Br J Rheumatol 1996; 35 Suppl 1:39-43.

(1319) Houliston RA, Keogh RJ, Sugden D, Dudhia J, Carter TD, Wheeler-Jones CP. Protease-activated receptors upregulate cyclooxygenase-2 expression in human endothelial cells. Thromb Haemost 2002; 88(2):321-328.

(1320) Houston MC. Nonsteroidal anti-inflammatory drugs and antihypertensives. Am J Med 1991; 90(5A):42S-47S.

(1321) Hovsepian DM, Mandava A, Pilgram TK et al. Comparison of adjunctive use of rofecoxib versus ibuprofen in the management of postoperative pain after uterine artery embolization. J Vasc Interv Radiol 2006; 17(4):665-670.

(1322) Howard BC, Kovac CM, Calhoun BC, Hoeldtke NJ, Napolitano PG. The effects of a cyclo-oxygenase II inhibitor on placental artery production of thromboxane and prostacyclin. Am J Obstet Gynecol 2003; 189(3):835-838.

(1323) Howard PA, Delafontaine P. Nonsteroidal anti-Inflammatory drugs and cardiovascular risk. J Am Coll Cardiol 2004; 43(4):519-525.

(1324) Howes LG, Krum H. Selective cyclo-oxygenase-2 inhibitors and myocardial infarction: how strong is the link? Drug Saf 2002; 25(12):829-835.

(1325) Hrachovec JB, Mora M. Reporting of 6-month vs 12-month data in a clinical trial of celecoxib. JAMA 2001; 286(19):2398-2400.

(1326) Hsieh YH, Lin SJ, Chen SH. Simultaneous determination of celecoxib, meloxicam, and rofecoxib using capillary electrophoresis with surfactant and application in drug formulations. J Sep Sci 2006; 29(7):1009-1017.

(1327) Huang A, Wu Y, Sun D, Koller A, Kaley G. Effect of estrogen on flow-induced dilation in NO deficiency: role of prostaglandins and EDHF. J Appl Physiol 2001; 91(6):2561-2566.

(1328) Huang J. Efficacy of the NSAIDs depends on multiple factors. Anesth Analg 2005; 101(3):926.

(1329) Huang JJ, Taguchi A, Hsu H, Andriole GL, Jr., Kurz A. Preoperative oral rofecoxib does not decrease postoperative pain or morphine consumption in patients after radical prostatectomy: a prospective, randomized, double-blinded, placebo-controlled trial. J Clin Anesth 2001; 13(2):94-97.

(1330) Huang PT, Bhamra J, Huang JT. Wegener's granulomatosis: a diagnostic dilemma. case presentation. J Ophthalmol 2003; 38(1):63-66.

KSL-000918

(1331)  Huang WF, Hsiao FY, Tsai YW, Wen YW, Shih YT. Cardiovascular events associated with long-term use of celecoxib, rofecoxib and meloxicam in Taiwan: an observational study. Drug Saf 2006; 29(3):261-272.

(1332)  Hubbard R, Geis GS, Woods E, Yu S, Zhao W. Efficacy, tolerability, and safety of celecoxib, a specific COX-2 inhibitor in osteoarthritis. Arthritis Rheum 1998; 41(9 Suppl.):S196.

(1333)  Hubbard RC, Koepp R, Yu SS, Talwalker S, Geis GS. Pilot efficacy of SC-58635, a cox-2-selective inhibitor, in rheumatoid arthritis. Arthritis Rheum 1997; 40(9 Suppl.):S51.

(1334)  Hudson M, Richard H, Pilote L. Differences in outcomes of patients with congestive heart failure prescribed celecoxib, rofecoxib, or non-steroidal anti-inflammatory drugs: population based study. BMJ 2005; 330(7504):1370.

(1335)  Hudson M, Rahme E, Richard H, Pilote L. Risk of congestive heart failure with nonsteroidal antiinflammatory drugs and selective Cyclooxygenase 2 inhibitors: a class effect? Arthritis Rheum 2007; 57(3):516-523.

(1336)  Huerta C, Varas-Lorenzo C, Castellsague J, Garcia Rodriguez LA. Non-steroidal anti-inflammatory drugs and risk of first hospital admission for heart failure in the general population. Heart 2006; 92(11):1610-1615.

(1337)  Huledal G, Jonzon B, Malmenas M et al. Renal effects of the cyclooxygenase-inhibiting nitric oxide donor AZD3582 compared with rofecoxib and naproxen during normal and low sodium intake. Clin Pharmacol Ther 2005; 77(5):437-450.

(1338)  Hunt R, Bowen B, James C et al. COX-2 specific inhibition with MK-0966 25 or 50 mg q.d. over 4 weeks does not increase fecal blood loss: a controlled study with placebo and ibuprofen 800 mg t.i.d. [ABSTRACT 247]. Am J Gastroenterol 1998; 93(9):1671-Abstr. 247.

(1339)  Hunt RH. Rofecoxib. Drugs 1999; 58(3):506-507.

(1340)  Hunt RH, Bowen B, Mortensen ER et al. A randomized trial measuring fecal blood loss after treatment with rofecoxib, ibuprofen, or placebo in healthy subjects. Am J Med 2000; 109(3):201-206.

(1341)  Hunt RH, Barkun AN, Baron D et al. Recommendations for the appropriate use of anti-inflammatory drugs in the era of the coxibs: defining the role of gastroprotective agents. Can J Gastroenterol 2002; 16(4):231-240.

(1342)  Hunt RH. Motion--Cyclo-oxygenase-2 selective nonsteroidal anti-inflammatory drugs are as safe as placebo for the stomach: arguments for the motion. Can J Gastroenterol 2003; 17(5):339-341.

(1343)  Hurlstone DP, Cross SS, Lobo AJ, Sanders DS. High magnification chromoscopic colonoscopy as a screening tool in acromegaly. Gut 2003; 52(12):1797-1798.

(1344)  Husain S, Andrews NP, Mulcahy D, Panza JA, Quyyumi AA. Aspirin improves endothelial dysfunction in atherosclerosis. Circulation 1998; 97(8):716-720.

(1345)  Husain SS, Szabo IL, Tamawski AS. NSAID inhibition of GI cancer growth: clinical implications and molecular mechanisms of action. Am J Gastroenterol 2002; 97(3):542-553.

(1346)  Huskisson EC, Ghozlan R, Kurthen R, Degner FL, Bluhmki E. A long-term study to evaluate the safety and efficacy of meloxicam therapy in patients with rheumatoid arthritis. Br J Rheumatol 1996; 35 Suppl 1:29-34.

(1347)  Huss U, Ringbom T, Perera P, Bohlin L, Vasange M. Screening of ubiquitous plant constituents for COX-2 inhibition with a scintillation proximity based assay. J Nat Prod 2002; 65(11):1517-1521.

(1348)  Huster D, Schubert C, Berr F, Mossner J, Caca K. Rofecoxib-induced cholestatic hepatitis: treatment with molecular adsorbent recycling system (MARS). J Hepatol 2002; 37(3):413-414.

(1349)  Iadecola C, Niwa K, Nogawa S et al. Reduced susceptibility to ischemic brain injury and N-methyl-D-aspartate-mediated neurotoxicity in cyclooxygenase-2-deficient mice. Proc Natl Acad Sci U S A 2001; 98(3):1294-1299.

(1350)  Iadecola C, Alexander M. Cerebral ischemia and inflammation. Curr Opin Neurol 2001; 14(1):89-94.

(1351)  Iadecola C. Cyclooxygenase-2 and stroke: the long and short of it. Ann Neurol 2003; 54(2):141-142.

KS-000919

(1352)   Iadecola C, Gorelick PB. The Janus face of cyclooxygenase-2 in ischemic stroke: shifting toward downstream targets. Stroke 2005; 36(2):182-185.

(1353)   Ide T, Egan K, Bell-Parikh LC, FitzGerald GA. Activation of nuclear receptors by prostaglandins. Thromb Res 2003; 110(5-6):311-315.

(1354)   Iida M, Iida H, Fujiwara H, Dohi S. Effects of alcohol infusion on smoking-induced cerebrovascular changes in rat in vivo. Alcohol 2003; 30(3):175-181.

(1355)   Iismaa SE, Graham RM. Dissecting cardiac hypertrophy and signaling pathways: evidence for an interaction between multifunctional g proteins and prostanoids. Circ Res 2003; 92(10):1059-1061.

(1356)   Ilan DI, Liporace FA, Rosen J, Cannavo D. Efficacy of rofecoxib for pain control after knee arthroscopy: a prospective, randomized, double-blinded clinical trial. Arthroscopy 2004; 20(8):813-818.

(1357)   Ilowite NT. Current treatment of juvenile rheumatoid arthritis. Pediatrics 2002; 109(1):109-115.

(1358)   Imbimbo BP. The potential role of non-steroidal anti-inflammatory drugs in treating Alzheimer's disease. Expert Opin Investig Drugs 2004; 13(11):1469-1481.

(1359)   Inoue H, Taba Y, Miwa Y, Yokota C, Miyagi M, Sasaguri T. Transcriptional and posttranscriptional regulation of cyclooxygenase-2 expression by fluid shear stress in vascular endothelial cells. Arterioscler Thromb Vasc Biol 2002; 22(9):1415-1420.

(1360)   Inoue K, Takano H, Kawahito Y, Sano H, Yoshikawa T. Cyclooxygenase-2 inhibitors in aspirin-induced asthma. Chest 2003; 123(4):1317-1318.

(1361)   Ioannidis JP. Why most published research findings are false. PLoS Med 2005; 2(8):e124.

(1362)   Ioannidis JP. Contradicted and initially stronger effects in highly cited clinical research. JAMA 2005; 294(2):218-228.

(1363)   Issioui T, Klein KW, White PF et al. Cost-efficacy of rofecoxib versus acetaminophen for preventing pain after ambulatory surgery. Anesthesiology 2002; 97(4):931-937.

(1364)   Itani KM, Wilson SE, Awad SS, Jensen EH, Finn TS, Abramson MA. Ertapenem versus cefotetan prophylaxis in elective colorectal surgery. N Engl J Med 2006; 355(25):2640-2651.

(1365)   Ito H, Duxbury M, Benoit E et al. Fibronectin-induced COX-2 mediates MMP-2 expression and invasiveness of rhabdomyosarcoma. Biochem Biophys Res Commun 2004; 318(2):594-600.

(1366)   Ito H, Duxbury M, Benoit E et al. Prostaglandin E2 enhances pancreatic cancer invasiveness through an Ets-1-dependent induction of matrix metalloproteinase-2. Cancer Res 2004; 64(20):7439-7446.

(1367)   Ives DG, Fitzpatrick AL, Bild DE et al. Surveillance and ascertainment of cardiovascular events. The Cardiovascular Health Study. Ann Epidemiol 1995; 5(4):278-285.

(1368)   Jachak SM. Cyclooxygenase inhibitory natural products: current status. Curr Med Chem 2006; 13(6):659-678.

(1369)   Jackson CG. Therapeutic potential of COX-2 inhibitors in arthritis. Expert Opin Investig Drugs 2001; 10(7):1317-1325.

(1370)   Jackson ID, Heidemann BH, Wilson J, Power I, Brown RD. Double-blind, randomized, placebo-controlled trial comparing rofecoxib with dexketoprofen trometamol in surgical dentistry. Br J Anaesth 2004; 92(5):675-680.

(1371)   Jackson LM, Hawkey CJ. COX-2 selective nonsteroidal anti-Inflammatory drugs: do they really offer any advantages? Drugs 2000; 59(6):1207-1216.

(1372)   Jackson RD, LaCroix AZ, Gass M et al. Calcium plus vitamin D supplementation and the risk of fractures. N Engl J Med 2006; 354(7):669-683.

(1373)   Jacob S, Rajabally YA. Intracranial hypertension induced by rofecoxib. Headache 2005; 45(1):75-76.

**KS-000920**

(1374)   Jacobson E, Assareh H, Cannerfelt R, Renstrom P, Jakobsson J. Pain after elective arthroscopy of the knee: a prospective, randomised, study comparing conventional NSAID to coxib. Knee Surg Sports Traumatol Arthrosc 2006; 14(11):1166-1170.

(1375)   Jacobus S, Schneeweiss S, Chan KA. Exposure misclassification as a result of free sample drug utilization in automated claims databases and its effect on a pharmacoepidemiology study of selective COX-2 inhibitors. Pharmacoepidemiol Drug Saf 2004; 13(10):695-702.

(1376)   Jacoby R. Rofecoxib or naproxen do not slow progression of mild to moderate Alzheimer's disease. Evid Based Ment Health 2003; 6(4):110.

(1377)   Jaeckel EC, Raja S, Tan J et al. Correlation of expression of cyclooxygenase-2, vascular endothelial growth factor, and peroxisome proliferator-activated receptor delta with head and neck squamous cell carcinoma. Arch Otolaryngol Head Neck Surg 2001; 127(10):1253-1259.

(1378)   Jaeschke R, Gajewski P, Brozek J. Cardiovascular thrombotic events in controlled, clinical trials of rofecoxib. Circulation 2002; 106(5):e18.

(1379)   Jain A, Atreja A, Harris CM, Lehmann M, Burns J, Young J. Responding to the rofecoxib withdrawal crisis: a new model for notifying patients at risk and their health care providers. Ann Intern Med 2005; 142(3):182-186.

(1380)   Jain NK, Patil CS, Kulkarni SK, Singh A. Modulatory role of cyclooxygenase inhibitors in aging- and scopolamine or lipopolysaccharide-induced cognitive dysfunction in mice. Behav Brain Res 2002; 133(2):369-376.

(1381)   Jajoo D, Benincasa P. Rofecoxib in a child with nonsteroidal anti-inflammatory drug induced urticaria and angioedema [POSTER 100]. Ann Allergy Asthma Immunol 2002; 88(1):125.

(1382)   Jamali F, Sattari S. High performance liquid chromatographic determination of cyclooxygenase II inhibitor rofecoxib in rat and human plasma. J Pharm Pharm Sci 2000; 3(3):312-317.

(1383)   James MJ, Cleland LG. Applying a research ethics committee approach to a medical practice controversy: the case of the selective COX-2 inhibitor rofecoxib. J Med Ethics 2004; 30(2):182-184.

(1384)   James MJ, Cleland LG. Cyclooxygenase-2 inhibitors: what went wrong? Curr Opin Clin Nutr Metab Care 2006; 9(2):89-94.

(1385)   James MJ, Cook-Johnson RJ, Cleland LG. Selective COX-2 Inhibitors, Eicosanoid Synthesis and Clinical Outcomes: A Case Study of System Failure. Lipids 2007.

(1386)   James MW, Hawkey CJ. Assessment of non-steroidal anti-inflammatory drug (NSAID) damage in the human gastrointestinal tract. Br J Clin Pharmacol 2003; 56(2):146-155.

(1387)   Janardhan V, Wolf PA, Kase CS et al. Anticardiolipin antibodies and risk of ischemic stroke and transient ischemic attack: the Framingham cohort and offspring study. Stroke 2004; 35(3):736-741.

(1388)   Jang J, Park EY, Seo SI, Hwang TK, Kim JC. Effects of intravesical instillation of cyclooxygenase-2 inhibitor on the expression of inducible nitric oxide synthase and nerve growth factor in cyclophosphamide-induced overactive bladder. BJU Int 2006; 98(2):435-439.

(1389)   Jassal D, Howlett J, Cox JL. Are cyclooxygenase-2 inhibitors safe in congestive heart failure? [ABSTRACT 2174]. Eur Heart J 2003; 24(Abstr. Suppl.):410-Abstr. 2174.

(1390)   Jawad AS. EULAR recommendations for the management of knee osteoarthritis. Ann Rheum Dis 2001; 60(5):540.

(1391)   Jaworek J, Bonior J, Tomaszewska R et al. Involvement of cyclooxygenase-derived prostaglandin E2 and nitric oxide in the protection of rat pancreas afforded by low dose of lipopolysaccharide. J Physiol Pharmacol 2001; 52(1):107-126.

(1392)   Jelic V, Kivipelto M, Winblad B. Clinical trials in mild cognitive impairment: lessons for the future. J Neurol Neurosurg Psychiatry 2006; 77(4):429-438.

(1393)   Jenkinson ML. Tolerability of rofecoxib versus naproxen. Ann Intern Med 2004; 140(12):1059-1060.

KS-000921

(1394)   Jeske AH. Selecting new drugs for pain control: evidence-based decisions or clinical impressions? J Am Dent Assoc 2002; 133(8):1052-1056.

(1395)   Jia Q, Pestka JJ. Role of cyclooxygenase-2 in deoxynivalenol-induced immunoglobulin a nephropathy. Food Chem Toxicol 2005; 43(5):721-728.

(1396)   Jick H, Garcia Rodriguez LA, Perez-Gutthann S. Principles of epidemiological research on adverse and beneficial drug effects. Lancet 1998; 352(9142):1767-1770.

(1397)   Jick H, Kaye JA, Russmann S, Jick SS. Nonsteroidal antiinflammatory drugs and acute myocardial infarction in patients with no major risk factors. Pharmacotherapy 2006; 26(10):1379-1387.

(1398)   Jick SS. The risk of gastrointestinal bleed, myocardial infarction, and newly diagnosed hypertension in users of meloxicam, diclofenac, naproxen, and piroxicam. Pharmacotherapy 2000; 20(7):741-744.

(1399)   Johansson CC, Bryn T, Aandahl EM et al. Treatment with type-2 selective and non-selective cyclooxygenase inhibitors improves T-cell proliferation in HIV-infected patients on highly active antiretroviral therapy. AIDS 2004; 18(6):951-952.

(1400)   Johnsen SP, Larsson H, Tarone RE et al. Risk of hospitalization for myocardial infarction among users of rofecoxib, celecoxib, and other NSAIDs: a population-based case-control study. Arch Intern Med 2005; 165(9):978-984.

(1401)   Johnson AG, Nguyen TV, Day RO. Do nonsteroidal anti-inflammatory drugs affect blood pressure? A meta-analysis. Ann Intern Med 1994; 121(4):289-300.

(1402)   Johnson AJ, Song X, Hsu A, Chen C. Apoptosis signaling pathways mediated by cyclooxygenase-2 inhibitors in prostate cancer cells. Adv Enzyme Regul 2001; 41:221-235.

(1403)   Johnson AJ, Hsu AL, Lin HP, Song X, Chen CS. The cyclo-oxygenase-2 inhibitor celecoxib perturbs intracellular calcium by inhibiting endoplasmic reticulum Ca2+-ATPases: a plausible link with its anti-tumour effect and cardiovascular risks. Biochem J 2002; 366(Pt 3):831-837.

(1404)   Johnson DL, Hisel TM, Phillips BB. Effect of cyclooxygenase-2 inhibitors on blood pressure. Ann Pharmacother 2003; 37(3):442-446.

(1405)   Jolicoeur E, Rostom A. Systematic review of upper gastrointestinal toxicity of COX-2 inhibitors. Can J Gastroenterol 2002; 16(A Suppl.):95A.

(1406)   Jolly M, Curran JJ. Chlamydial infection preceding the development of rheumatoid arthritis: a brief report. Clin Rheumatol 2004; 23(5):453-455.

(1407)   Jones DA, Carlton DP, McIntyre TM, Zimmerman GA, Prescott SM. Molecular cloning of human prostaglandin endoperoxide synthase type II and demonstration of expression in response to cytokines. J Biol Chem 1993; 268(12):9049-9054.

(1408)   Jones MK, Wang H, Peskar BM et al. Inhibition of angiogenesis by nonsteroidal anti-inflammatory drugs: insight into mechanisms and implications for cancer growth and ulcer healing. Nat Med 1999; 5(12):1418-1423.

(1409)   Jones R. Efficacy and safety of COX 2 inhibitors. BMJ 2002; 325(7365):607-608.

(1410)   Jones SC. Relative thromboembolic risks associated with COX-2 inhibitors. Ann Pharmacother 2005; 39(7-8):1249-1259.

(1411)   Jongstra-Bilen J, Haidari M, Zhu SN, Chen M, Guha D, Cybulsky MI. Low-grade chronic inflammation in regions of the normal mouse arterial intima predisposed to atherosclerosis. J Exp Med 2006; 203(9):2073-2083.

(1412)   Josefson D. COX 2 inhibitors can affect the stomach lining. BMJ 1999; 319(7224):1518.

(1413)   Josefson D. FDA warns Merck over its promotion of rofecoxib. BMJ 2001; 323(7316):767.

(1414)   Joshi AV, Miller LA. Hospital procedure volume and outcomes. Ann Intern Med 2004; 140(12):1061-1062.

KS-000922

(1415)   Joshi W, Connelly NR, Reuben SS, Wolckenhaar M, Thakkar N. An evaluation of the safety and efficacy of administering rofecoxib for postoperative pain management. Anesth Analg 2003; 97(1):35-8, table.

(1416)   Jouzeau JY, Terlain B, Abid A, Nedelec E, Netter P. Cyclo-oxygenase isoenzymes. How recent findings affect thinking about nonsteroidal anti-inflammatory drugs. Drugs 1997; 53(4):563-582.

(1417)   Jozefowski S, Bobek M, Marcinkiewicz J. Exogenous but not endogenous prostanoids regulate cytokine secretion from murine bone marrow dendritic cells: EP2, DP, and IP but not EP1, EP3, and FP prostanoid receptors are involved. Int Immunopharmacol 2003; 3(6):865-878.

(1418)   Jugdutt BI, Hutchins GM, Bulkley BH, Pitt B, Becker LC. Effect of indomethacin on collateral blood flow and infarct size in the conscious dog. Circulation 1979; 59(4):734-743.

(1419)   Jugdutt BI. Cyclooxygenase inhibition and adverse remodeling during healing after myocardial infarction. Circulation 2007; 115(3):288-291.

(1420)   Julemont F, Dogne JM, Pirotte B, de L, X. Recent development in the field of dual COX / 5-LOX inhibitors. Mini Rev Med Chem 2004; 4(6):633-638.

(1421)   Julius S, Nesbitt SD, Egan BM et al. Feasibility of treating prehypertension with an angiotensin-receptor blocker. N Engl J Med 2006; 354(16):1685-1697.

(1422)   Juni P, Rutjes AW, Dieppe PA. Are selective COX 2 inhibitors superior to traditional non steroidal anti-inflammatory drugs? BMJ 2002; 324(7349):1287-1288.

(1423)   Juni P, Rutjes AWS, Dieppe P. Both the CLASS and VIGOR trials support the COX 2 hypothesis: authors' reply. BMJ 2002; 325(7356):163-164.

(1424)   Juni P, Dieppe P, Egger M. Risk of myocardial infarction associated with selective COX-2 inhibitors: questions remain. Arch Intern Med 2002; 162(22):2639-2640.

(1425)   Juni P, Sterchi R, Dieppe P. Systematic review of celecoxib for osteoarthritis and rheumatoid arthritis. Problems compromise review's validity. BMJ 2003; 326(7384):334.

(1426)   Juni P, Dieppe P. Older people should NOT be prescribed 'coxibs' in place of conventional NSAIDs. Age Ageing 2004; 33(2):100-104.

(1427)   Juni P, Nartey L, Reichenbach S, Sterchi R, Dieppe PA, Egger M. Risk of cardiovascular events and rofecoxib: cumulative meta-analysis. Lancet 2004; 364(9450):2021-2029.

(1428)   Juni P, Reichenbach S, Egger M. COX 2 inhibitors, traditional NSAIDs, and the heart. BMJ 2005; 330(7504):1342-1343.

(1429)   Juurlink DN. Rofecoxib increased thrombotic events in patients with colorectal adenomas. ACP J Club 2005; 143(1):2.

(1430)   Kahn SE, Haffner SM, Heise MA et al. Glycemic durability of rosiglitazone, metformin, or glyburide monotherapy. N Engl J Med 2006; 355(23):2427-2443.

(1431)   Kahvecioglu S, Dilek K, Akdag I et al. Effect of indomethacin and selective cyclooxygenase-2 inhibitors on proteinuria and renal function in patients with AA type renal amyloidosis. Nephrology (Carlton ) 2006; 11(3):232-237.

(1432)   Kajino H, Roman C, Clyman RI. Renal effects of cyclooxygenase-2 inhibition in fetal lambs. Biol Neonate 2002; 82(4):257-262.

(1433)   Kakar S, Pardi DS, Burgart LJ. Colonic ulcers accompanying collagenous colitis: implication of nonsteroidal anti-inflammatory drugs. Am J Gastroenterol 2003; 98(8):1834-1837.

(1434)   Kalgutkar AS, Zhao Z. Discovery and design of selective cyclooxygenase-2 inhibitors as non-ulcerogenic, anti-inflammatory drugs with potential utility as anti-cancer agents. Curr Drug Targets 2001; 2(1):79-106.

(1435)   Kalyoncu AF, Karakaya G, Bozkurt B, Artvinli M. A new method of oral drug provocation testing for determining safe alternatives for patients with non-steroidal anti-inflammatory drug intolerance: the triple test. Int Arch Allergy Immunol 2005; 138(4):319-323.

KS-000923

(1436)  Kamath CC, Maradit-Kremers H, Vanness DJ, O'Fallon WM, Gabriel SE. Cost-effectiveness of alternative drug therapies in knee osteoarthritis. Arthritis Rheum 2001; 44(9 Suppl.):S158.

(1437)  Kamath CC, Kremers HM, Vanness DJ, O'Fallon WM, Cabanela RL, Gabriel SE. The cost-effectiveness of acetaminophen, NSAIDs, and selective COX-2 inhibitors in the treatment of symptomatic knee osteoarthritis. Value Health 2003; 6(2):144-157.

(1438)  Kamen B, Kieran M. Don't throw out the baby with the bathwater! J Pediatr Hematol Oncol 2005; 27(2):59-60.

(1439)  Kammerl MC, Schweda F, Endemann D, Stubanus M, Fischereder M, Kramer BK. Influence of cyclooxygenase-2 on renin secretion in man. Dtsch Med Wochenschr 2000; 125(3 Suppl.):S71.

(1440)  Kammerl MC, Nusing RM, Schweda F et al. Low sodium and furosemide-induced stimulation of the renin system in man is mediated by cyclooxygenase 2. Clin Pharmacol Ther 2001; 70(5):468-474.

(1441)  Kammerl MC, Nusing RM, Seyberth HW, Riegger GA, Kurtz A, Kramer BK. Inhibition of cyclooxygenase-2 attenuates urinary prostanoid excretion without affecting renal renin expression. Pflugers Arch 2001; 442(6):842-847.

(1442)  Kammerl MC, Nusing RM, Richthammer W, Kramer BK, Kurtz A. Inhibition of COX-2 counteracts the effects of diuretics in rats. Kidney Int 2001; 60(5):1684-1691.

(1443)  Kammerl MC, Debler J, Riegger GA, Kramer BK. COX-2 inhibitors and risk of heart failure. Lancet 2004; 364(9444):1486-1487.

(1444)  Kanatani K, Ebata M, Murakami M, Okabe S. Effects of indomethacin and rofecoxib on gastric mucosal damage in normal and Helicobacter pylori-infected mongolian gerbils. J Physiol Pharmacol 2004; 55(1 Pt 2):207-222.

(1445)  Kapioroglu S, Bafu A, Kayrier K, Aydun F, Ozoran Y. Does a COX-2 inhibitor, rofecoxib have low potential for causing acute gastric lesion: "a double blind, randomized, placebo controlled trial" [ABSTRACT 150]. Am J Gastroenterol 2000; 95(9):2454-2455.

(1446)  Kaplan-Machlis B, Klostermeyer BS. The cyclooxygenase-2 inhibitors: safety and effectiveness. Ann Pharmacother 1999; 33(9):979-988.

(1447)  Karakaya G, Kalyoncu AF. Safety of nimesulide, meloxicam and rofecoxib as alternative analgesics. Allergol Immunopathol (Madr ) 2000; 28(6):319-321.

(1448)  Karamanlioglu B, Arar C, Alagol A, Colak A, Gemlik I, Sut N. Preoperative oral celecoxib versus preoperative oral rofecoxib for pain relief after thyroid surgery. Eur J Anaesthesiol 2003; 20(6):490-495.

(1449)  Karamanlioglu B, Turan A, Memis D, Ture M. Preoperative oral rofecoxib reduces postoperative pain and tramadol consumption in patients after abdominal hysterectomy. Anesth Analg 2004; 98(4):1039-43, table.

(1450)  Kargman SL, O'Neill GP, Vickers PJ, Evans JF, Mancini JA, Jothy S. Expression of prostaglandin G/H synthase-1 and -2 protein in human colon cancer. Cancer Res 1995; 55(12):2556-2559.

(1451)  Karha J, Topol EJ. The sad story of Vioxx, and what we should learn from it. Cleve Clin J Med 2004; 71(12):933-939.

(1452)  Karjalainen MJ, Neuvonen PJ, Backman JT. Rofecoxib is a potent, metabolism-dependent inhibitor of CYP1A2: implications for in vitro prediction of drug interactions. Drug Metab Dispos 2006; 34(12):2091-2096.

(1453)  Kashfi K, Rigas B. Is COX-2 a 'collateral' target in cancer prevention? Biochem Soc Trans 2005; 33(Pt 4):724-727.

(1454)  Kasliwal R, Layton D, Harris S, Wilton L, Shakir SA. A comparison of reported gastrointestinal and thromboembolic events between rofecoxib and celecoxib using observational data. Drug Saf 2005; 28(9):803-816.

(1455)  Kasper B, Ho AD, Egerer G. A new therapeutic approach in patients with advanced sarcoma. Int J Clin Oncol 2005; 10(6):438-440.

(1456)  Katagiri M, Ogasawara T, Hoshi K et al. Suppression of adjuvant-induced arthritic bone destruction by cyclooxygenase-2 selective agents with and without inhibitory potency against carbonic anhydrase II. J.Bone [illegible], 219-227.

KS-000924

2006.
Ref Type: Abstract

(1457)   Kathula SK, Shah K, Polenakovik H, Koduri J. Cyclo-oxygenase II inhibitors in the treatment of neoplastic fever. Support Care Cancer 2003; 11(4):258-259.

(1458)   Kato S, Takeuchi K. Alteration of gastric ulcerogenic and healing responses in rats with adjuvant-induced arthritis. Jpn J Pharmacol 2002; 89(1):1-6.

(1459)   Kato S, Ogawa Y, Kanatsu K et al. Ulcerogenic influence of selective cyclooxygenase-2 inhibitors in the rat stomach with adjuvant-induced arthritis. J Pharmacol Exp Ther 2002; 303(2):503-509.

(1460)   Katz N, Krupa D, Ju W et al. Rofecoxib in chronic low back pain: evaluation of onset of action. Arthritis Rheum 2001; 44(9 Suppl.):S354.

(1461)   Katz N. The impact of pain management on quality of life. J Pain Symptom Manage 2002; 24(1 Suppl):S38-S47.

(1462)   Katz N, Ju WD, Krupa DA et al. Efficacy and safety of rofecoxib in patients with chronic low back pain: results from two 4-week, randomized, placebo-controlled, parallel-group, double-blind trials. Spine 2003; 28(9):851-858.

(1463)   Katz N, Rodgers DB, Krupa D, Reicin A. Onset of pain relief with rofecoxib in chronic low back pain: results of two four-week, randomized, placebo-controlled trials. Curr Med Res Opin 2004; 20(5):651-658.

(1464)   Katz WA. Cyclooxygenase-2-selective inhibitors in the management of acute and perioperative pain. Cleve Clin J Med 2002; 69 Suppl 1:SI65-SI75.

(1465)   Kaufmann WE, Andreasson KI, Isakson PC, Worley PF. Cyclooxygenases and the central nervous system. Prostaglandins 1997; 54(3):601-624.

(1466)   Kaul N, Dhaneshwar SR, Agrawal H, Kakad A, Patil B. Application of HPLC and HPTLC for the simultaneous determination of tizanidine and rofecoxib in pharmaceutical dosage form. J Pharm Biomed Anal 2005; 37(1):27-38.

(1467)   Kaur BS, Khamnehei N, Iravani M, Namburu SS, Lin O, Triadafilopoulos G. Rofecoxib inhibits cyclooxygenase 2 expression and activity and reduces cell proliferation in Barrett's esophagus. Gastroenterology 2002; 123(1):60-67.

(1468)   Kaur C, Sarkar R, Kanwar AJ. Fixed drug eruption to rofecoxib with cross-reactivity to sulfonamides. Dermatology 2001; 203(4):351.

(1469)   Kaur S, Anurag A, Tirkey N, Chopra K. Reversal of LPS-induced central and peripheral hyperalgesia by green tea extract. Phytother Res 2005; 19(1):39-43.

(1470)   Kawachi I, Sparrow D, Vokonas PS, Weiss ST. Symptoms of anxiety and risk of coronary heart disease. The Normative Aging Study. Circulation 1994; 90(5):2225-2229.

(1471)   Kawai S, Yamazaki R, Kusunoki N, Okamoto R, Kawasaki TK. Induction of apoptosis by celecoxib, not by other selective cyclooxygenase-2 inhibitors, in rheumatoid synovial cells. Arthritis Rheum 2001; 44(9 Suppl.):S218.

(1472)   Kawamori T, Rao CV, Seibert K, Reddy BS. Chemopreventive activity of celecoxib, a specific cyclooxygenase-2 inhibitor, against colon carcinogenesis. Cancer Res 1998; 58(3):409-412.

(1473)   Kazanov D, Dvory-Sobol H, Pick M et al. Celecoxib but not rofecoxib inhibits the growth of transformed cells in vitro. Clin Cancer Res 2004; 10(1 Pt 1):267-271.

(1474)   Kean WF, Buchanan WW. The use of NSAIDs in rheumatic disorders 2005: a global perspective. Inflammopharmacology 2005; 13(4):343-370.

(1475)   Kearney D, Byrne A, Crean P, Cox D, Fitzgerald DJ. Optimal suppression of thromboxane A(2) formation by aspirin during percutaneous transluminal coronary angioplasty: no additional effect of a selective cyclooxygenase-2 inhibitor. J Am Coll Cardiol 2004; 43(4):526-531.

**KS-000925**

(1476)   Kearney PM, Balgent C, Godwin J, Halls H, Emberson JR, Patrono C. Do selective cyclo-oxygenase-2 inhibitors and traditional non-steroidal anti-inflammatory drugs increase the risk of atherothrombosis? Meta-analysis of randomised trials. BMJ 2006; 332(7553):1302-1308.

(1477)   Kelkar PS, Butterfield JH, Teaford HG. Urticaria and angioedema from cyclooxygenase-2 inhibitors. J Rheumatol 2001; 28(11):2553-2554.

(1478)   Kelkar PS, Butterfield JH, Teaford HG. Urticaria and angioedema from cyclooxygenase-2 inhibitors [POSTER 93]. Ann Allergy Asthma Immunol 2001; 86(1):117.

(1479)   Kellstein D, Fricke J, Jr., Ott D, Jayawardene S. Analgesic efficacy of lumiracoxib compared with placebo, rofecoxib and celecoxib in patients with postoperative dental pain [ABSTRACT 1282]. Arthritis Rheum 2003; 48(9 Suppl.):S506-Abstr. 1282.

(1480)   Kellstein D, Ott D, Jayawardene S, Fricke J. Analgesic efficacy of a single dose of lumiracoxib compared with rofecoxib, celecoxib and placebo in the treatment of post-operative dental pain. Int J Clin Pract 2004; 58(3):244-250.

(1481)   Kelly C, Hamilton J. What kills patients with rheumatoid arthritis? Rheumatology (Oxford) 2007; 46(2):183-184.

(1482)   Kennedy AG, Littenberg B, Vezina LC. Vioxx-Viagra confusion. Am J Health Syst Pharm 2002; 59(21):2112.

(1483)   Kentos A, Robin V, Lambermont M, Jurdan M, Pignarelli M, Feremans W. Probable rofecoxib-induced thrombocytopenia. Rheumatology (Oxford) 2003; 42(5):699-700.

(1484)   Kereiakes DJ. The Emperor's clothes: in search of the vulnerable plaque. Circulation 2003; 107(16):2076-2077.

(1485)   Kerins C, Carlson D, McIntosh J, Bellinger L. A role for cyclooxygenase II inhibitors in modulating temporomandibular joint inflammation from a meal pattern analysis perspective. J Oral Maxillofac Surg 2004; 62(8):989-995.

(1486)   Kermode-Scott B. Agencies "failed miserably" over COX-2 inhibitor. BMJ 2005; 330(7483):113.

(1487)   Kerr DJ, Dunn JA, Langman MJ et al. Rofecoxib and Cardiovascular Adverse Events in Adjuvant Treatment of Colorectal Cancer. N Engl J Med 2007; 357(4):360-369.

(1488)   Kerr SJ, Mant A, Horn FE, McGeechan K, Sayer GP. Lessons from early large-scale adoption of celecoxib and rofecoxib by Australian general practitioners. Med J Aust 2003; 179(8):403-407.

(1489)   Keskek M, Gocmen E, Kilic M et al. Increased expression of cyclooxygenase-2 (COX-2) in radiation-induced small bowel injury in rats. J Surg Res 2006; 135(1):76-84.

(1490)   Kesselheim AS, Avorn J. The role of litigation in defining drug risks. JAMA 2007; 297(3):308-311.

(1491)   Kessenich CR. Cyclo-oxygenase 2 inhibitors: an important new drug classification. Pain Manag Nurs 2001; 2(1):13-18.

(1492)   Kessler DA. The regulation of investigational drugs. N Engl J Med 1989; 320(5):281-288.

(1493)   Kessler DA. Drug promotion and scientific exchange. The role of the clinical investigator. N Engl J Med 1991; 325(3):201-203.

(1494)   Kessler DA, Rose JL, Temple RJ, Schapiro R, Griffin JP. Therapeutic-class wars--drug promotion in a competitive marketplace. N Engl J Med 1994; 331(20):1350-1353.

(1495)   Kessler DA, Levy DA. Direct-to-consumer advertising: is it too late to manage the risks? Ann Fam Med 2007; 5(1):4-5.

(1496)   Khamsi R. Painkiller verdict shows mistrust of Merck. Nature 2005; 436(7054):1070.

(1497)   Khan AA, Dionne RA. The COX-2 inhibitors: new analgesic and anti-inflammatory drugs. Dent Clin North Am 2002; 46(4):679-690.

(1498)   Khanna D, Khanna PP, Furst DE. COX-2 controversy: where are we and where do we go from here? Inflammopharmacology 2005; 13(4):395-402.

KS-000926

(1499)   Kiaei M, Kipiani K, Petri S et al. Integrative role of cPLA with COX-2 and the effect of non-steroidal anti-inflammatory drugs in a transgenic mouse model of amyotrophic lateral sclerosis. J Neurochem 2005; 93(2):403-411.

(1500)   Kiang YH, Xu W, Kaufman MJ. Ab initio structure determination of rofecoxib from powder diffraction data using molecular packing analysis method and direct space method. Int J Pharm 2003; 252(1-2):213-223.

(1501)   Kick A, Bertoli R, Moschovitis G, Caduff JP, Cerny A. [Extreme sinus bradycardia (30/min) with acute right heart failure under tizanidine (Sirdalud). Possible pharmacological interaction with rofecoxib (Vioxx)]. Med Klin (Munich) 2005; 100(4):213-216.

(1502)   Kiefer W, Dannhardt G. COX-2 inhibition and the control of pain. Curr Opin Investig Drugs 2002; 3(9):1348-1358.

(1503)   Kiefer W, Dannhardt G. Novel insights and therapeutical applications in the field of inhibitors of COX-2. Curr Med Chem 2004; 11(24):3147-3161.

(1504)   Killen JP. The coxibs, selective inhibitors of cyclooxygenase-2. N Engl J Med 2001; 345(23):1708.

(1505)   Kim JT, Sherman O, Cuff G, Leibovits A, Wajda M, Bekker AY. A double-blind prospective comparison of rofecoxib vs ketorolac in reducing postoperative pain after arthroscopic knee surgery. J Clin Anesth 2005; 17(6):439-443.

(1506)   Kim PS, Reicin AS. Rofecoxib, Merck, and the FDA. N Engl J Med 2004; 351(27):2875-2878.

(1507)   Kim PS, Reicin AS. Discontinuation of Vioxx. Lancet 2005; 365(9453):23-27.

(1508)   Kim SF, Huri DA, Snyder SH. Inducible nitric oxide synthase binds, S-nitrosylates, and activates cyclooxygenase-2. Science 2005; 310(5756):1966-1970.

(1509)   Kimmel SE, Berlin JA, Reilly M, Jaskowiak J, Kishel L, Strom BL. Risk of myocardial infarction by type of cyclooxygenase-2 inhibitor. Circulation 2003; 108(17 Suppl. IV):IV752.

(1510)   Kimmel SE, Berlin JA, Reilly M et al. The effects of nonselective non-aspirin non-steroidal anti-inflammatory medications on the risk of nonfatal myocardial infarction and their interaction with aspirin. J Am Coll Cardiol 2004; 43(6):985-990.

(1511)   Kimmel SE, Berlin JA, Reilly M et al. Patients exposed to rofecoxib and celecoxib have different odds of nonfatal myocardial infarction. Ann Intern Med 2005; 142(3):157-164.

(1512)   Kimmey MB. Role of endoscopy in nonsteroidal anti-inflammatory drug clinical trials. Am J Med 1998; 105(5A):28S-31S.

(1513)   Kimmey MB, Lanas A. Review article: appropriate use of proton pump inhibitors with traditional nonsteroidal anti-inflammatory drugs and COX-2 selective inhibitors. Aliment Pharmacol Ther 2004; 19 Suppl 1:60-65.

(1514)   King JF. Tocolysis and preterm labour. Curr Opin Obstet Gynecol 2004; 16(6):459-463.

(1515)   King SA. Chronic pain control: what's adequate and appropriate? 10 questions physicians often ask. Consultant 2003; 43(13):1558-1573.

(1516)   Kino Y, Kojima F, Kiguchi K, Igarashi R, Ishizuka B, Kawai S. Prostaglandin E2 production in ovarian cancer cell lines is regulated by cyclooxygenase-1, not cyclooxygenase-2. Prostaglandins Leukot Essent Fatty Acids 2005; 73(2):103-111.

(1517)   Kirlin PC, Romson JL, Pitt B, Abrams GD, Schork MA, Lucchesi BR. Ibuprofen-mediated infarct size reduction: effects on regional myocardial function in canine myocardial infarction in canine myocardial infarction. Am J Cardiol 1982; 50(4):849-856.

(1518)   Kirtikara K, Swangkul S, Ballou LR. The analysis of nonsteroidal antiinflammatory drug selectivity in prostaglandin G/H synthase (PGHS)-null cells. Inflamm Res 2001; 50(6):327-332.

(1519)   Kishore R, Losordo DW. Mending the broken heart: ischemic preconditioning-stimulated myocardial angiogenesis. J Mol Cell Cardiol 2004; 37(1):1-3.

(1520)   Kiss MH, Reiff AA, Reicin AS et al. Rofecoxib demonstrates efficacy and tolerability in children and adolescents (ages 2-17 years) with juvenile rheumatoid arthritis (JRA) in a 12-week randomized study [ABSTRACT]. Arthritis Rheum 2003; 48(9 Suppl.):S650-Abstr. 1698.

KS-000927

(1521)  Kiss ZH, Doig K, Eliasziw M, Ranawaya R, Suchowersky O. The Canadian multicenter trial of pallidal deep brain stimulation for cervical dystonia: preliminary results in three patients. Neurosurg Focus 2004; 17(1):E5.

(1522)  Kitahara M, Eitner F, Ostendorf T et al. Selective cyclooxygenase-2 inhibition impairs glomerular capillary healing in experimental glomerulonephritis. J Am Soc Nephrol 2002; 13(5):1261-1270.

(1523)  Kitas GD, Erb N. Tackling ischaemic heart disease in rheumatoid arthritis. Rheumatology (Oxford) 2003; 42(5):607-613.

(1524)  Kivitz AJ, Greenwald MW, Cohen SB et al. Efficacy and safety of rofecoxib 12.5 mg versus nabumetone 1,000 mg in patients with osteoarthritis of the knee: a randomized controlled trial. J Am Geriatr Soc 2004; 52(5):666-674.

(1525)  Kivitz AJ, Nayiager S, Schimansky T, Gimona A, Thurston HJ, Hawkey C. Reduced incidence of gastroduodenal ulcers associated with lumiracoxib compared with ibuprofen in patients with rheumatoid arthritis. Aliment Pharmacol Ther 2004; 19(11):1189-1198.

(1526)  Klasser GD, Epstein J. Nonsteroidal anti-inflammatory drugs: confusion, controversy and dental implications. J Can Dent Assoc 2005; 71(8):575-580.

(1527)  Klegeris A, McGeer PL. Non-steroidal anti-inflammatory drugs (NSAIDs) and other anti-inflammatory agents in the treatment of neurodegenerative disease. Curr Alzheimer Res 2005; 2(3):355-365.

(1528)  Klein T, Eltze M, Grebe T, Hatzelmann A, Komhoff M. Celecoxib dilates guinea-pig coronaries and rat aortic rings and amplifies NO/cGMP signaling by PDE5 inhibition. Cardiovasc Res 2007; 75(2):390-397.

(1529)  Kleta R, Basoglu C, Kuwertz-Broking E. New treatment options for Bartter's syndrome. N Engl J Med 2000; 343(9):661-662.

(1530)  Klivenyi P, Kiaei M, Gardian G, Calingasan NY, Beal MF. Additive neuroprotective effects of creatine and cyclooxygenase 2 inhibitors in a transgenic mouse model of amyotrophic lateral sclerosis. J Neurochem 2004; 88(3):576-582.

(1531)  Kloner RA, Jennings RB. Consequences of brief ischemia: stunning, preconditioning, and their clinical implications: part 1. Circulation 2001; 104(24):2981-2989.

(1532)  Knapp HR, Healy C, Lawson J, FitzGerald GA. Effects of low-dose aspirin on endogenous eicosanoid formation in normal and atherosclerotic men. Thromb Res 1988; 50(3):377-386.

(1533)  Knauf H, Bailey MA, Hasenfuss G, Mutschler E. The influence of cardiovascular and antiinflammatory drugs on thiazide-induced hemodynamic and saluretic effects. Eur J Clin Pharmacol 2006; 62(11):885-892.

(1534)  Knijff-Dutmer EA, Postma MJ, Van der Palen J, Brouwers JRBJ, Van de Laar MAFJ. Lesser medical cost of bleeding with COX-2-selective inhibitors compared with NSAIDs in concomitant coumarine users [ABSTRACT SAT0267]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr SAT0267.

(1535)  Knijff-Dutmer EA, Postma MJ, van der PJ, Brouwers JR, van de Laar MA. Incremental cost-effectiveness of cyclooxygenase 2-selective versus nonselective nonsteroidal anti-inflammatory drugs in a cohort of coumarin users: a pharmacoeconomic analysis linked to a case-control study. Clin Ther 2004; 26(7):1160-1167.

(1536)  Knowles S, Shapiro L, Shear NH. Should celecoxib be contraindicated in patients who are allergic to sulfonamides? Revisiting the meaning of 'sulfa' allergy. Drug Saf 2001; 24(4):239-247.

(1537)  Knudsen JF, Carlsson U, Hammarstrom P, Sokol GH, Cantilena LR. The cyclooxygenase-2 inhibitor celecoxib is a potent inhibitor of human carbonic anhydrase II. Inflammation 2004; 28(5):285-290.

(1538)  Knudsen JF, Sokol GH. Reply to the Vioxx debacle. Am J Med 2006; 119(1):93-94.

(1539)  Ko D, Wang Y, Berger AK, Radford MJ, Krumholz HM. Nonsteroidal antiinflammatory drugs after acute myocardial infarction. Am Heart J 2002; 143(3):475-481.

(1540)  Kobayashi T, Narumiya S. Function of prostanoid receptors: studies on knockout mice. Prostaglandins Other Lipid Mediat 2002; 68-69:557-573.

KS-000928

(1541)   Kobayashi T, Tahara Y, Matsumoto M et al. Roles of thromboxane A(2) and prostacyclin in the development of atherosclerosis in apoE-deficient mice. J Clin Invest 2004; 114(6):784-794.

(1542)   Kodani E, Shinmura K, Xuan YT et al. Cyclooxygenase-2 does not mediate late preconditioning induced by activation of adenosine A1 or A3 receptors. Am J Physiol Heart Circ Physiol 2001; 281(2):H959-H968.

(1543)   Kohlstedt K, Busse R, Fleming I. Signaling via the angiotensin-converting enzyme enhances the expression of cyclooxygenase-2 in endothelial cells. Hypertension 2005; 45(1):126-132.

(1544)   Kojima F, Naraba H, Sasaki Y, Beppu M, Aoki H, Kawai S. Prostaglandin E2 is an enhancer of interleukin-1beta-induced expression of membrane-associated prostaglandin E synthase in rheumatoid synovial fibroblasts. Arthritis Rheum 2003; 48(10):2819-2828.

(1545)   Kokawa A, Kondo H, Gotoda T et al. Increased expression of cyclooxygenase-2 in human pancreatic neoplasms and potential for chemoprevention by cyclooxygenase inhibitors. Cancer 2001; 91(2):333-338.

(1546)   Komers R, Anderson S, Epstein M. Renal and cardiovascular effects of selective cyclooxygenase-2 inhibitors. Am J Kidney Dis 2001; 38(6):1145-1157.

(1547)   Komhoff M, Klaus G, Nazarowa S, Reinalter SC, Seyberth HW. Increased systolic blood pressure with rofecoxib in congenital furosemide-like salt loss. Nephrol Dial Transplant 2006; 21(7):1833-1837.

(1548)   Kondro W. Lawsuits mount in wake of rofecoxib (Vioxx) withdrawal. CMAJ 2004; 171(11):1335.

(1549)   Kondro W. Dispute over Vioxx study plays out in New England journal. CMAJ 2006; 174(10):1397.

(1550)   Kong SX, Pellissier JM. Health economic evaluation of rofecoxib versus conventional NSAIDs in the treatment of osteoarthritis in Switzerland [ABSTRACT SAT0241]. Ann Rheum Dis 2001; 60(1 Suppl.):CD ABSTACT SAT0241.

(1551)   Konstam MA, Weir MR, Reicin A et al. Cardiovascular thrombotic events in controlled, clinical trials of rofecoxib. Circulation 2001; 104(19):2280-2288.

(1552)   Konstam MA, Weir MR. Current perspective on the cardiovascular effects of coxibs. Cleve Clin J Med 2002; 69 Suppl 1:SI47-SI52.

(1553)   Konstam MA. Matters of the heart: assessing the cardiovascular safety of new drugs. Am Heart J 2003; 146(4):561-562.

(1554)   Konstantinopoulos PA, Lehmann DF. The cardiovascular toxicity of selective and nonselective cyclooxygenase inhibitors: comparisons, contrasts, and aspirin confounding. J Clin Pharmacol 2005; 45(7):742-750.

(1555)   Konturek PC, Konturek SJ, Bielanski W et al. Influence of COX-2 inhibition by rofecoxib on serum and tumor progastrin and gastrin levels and expression of PPARgamma and apoptosis-related proteins in gastric cancer patients. Dig Dis Sci 2003; 48(10):2005-2017.

(1556)   Koralewska-Makar A, Johnsson C, Bruun A, Stenevi U, Ehinger B. COX-2 inhibitors prolong trauma-induced elevations of iris hyaluronan. J Ocul Pharmacol Ther 2003; 19(4):385-395.

(1557)   Korn S, Vassil TC, Kotey PN, Fricke JR, Jr. Comparison of rofecoxib and oxycodone plus acetaminophen in the treatment of acute pain: a randomized, double-blind, placebo-controlled study in patients with moderate to severe postoperative pain in the third molar extraction model. Clin Ther 2004; 26(5):769-778.

(1558)   Kotani T, Kobata A, Nakamura E, Amagase K, Takeuchi K. Roles of cyclooxygenase-2 and prostacyclin/IP receptors in mucosal defense against ischemia/reperfusion injury in mouse stomach. J Pharmacol Exp Ther 2006; 316(2):547-555.

(1559)   Kothapalli D, Stewart SA, Smyth EM, Azonobi I, Pure E, Assoian RK. Prostacylin receptor activation inhibits proliferation of aortic smooth muscle cells by regulating cAMP response element-binding protein- and pocket protein-dependent cyclin a gene expression. Mol Pharmacol 2003; 64(2):249-258.

(1560)   Kothapalli D, Fuki I, Ali K et al. Antimitogenic effects of HDL and APOE mediated by Cox-2-dependent IP activation. J Clin Invest 2004; 113(4):609-618.

(1561)   Kotob F, de Leon-Casasola OA, Lema MJ. NSAIDs and cardiovascular risk. Cell Metab 2005; 2(6):339.

KS-000929

(1562)   Kovesi T, Royston D. Is there a bleeding problem with platelet-active drugs? Br J Anaesth 2002; 88(2):159-163.

(1563)   Kowacs PA, Piovesan EJ, Christiano Lang M, Werneck LC, Rezende Young M. SUNCT syndrome responsive to gabapentin. Cephalalgia 2003; 23(7):736.

(1564)   Kozel MM, Sabroe RA. Chronic urticaria: aetiology, management and current and future treatment options. Drugs 2004; 64(22):2515-2536.

(1565)   Kranke P, Morin AM, Roewer N, Eberhart LH. Patients' global evaluation of analgesia and safety of injected parecoxib for postoperative pain: a quantitative systematic review. Anesth Analg 2004; 99(3):797-806, table.

(1566)   Krishna Reddy KV, Moses BJ, Dubey PK, Chandra SB, Om RG, Vyas K. Isolation and characterisation of process-related impurities in rofecoxib. J Pharm Biomed Anal 2002; 29(1-2):355-360.

(1567)   Krishnan E, Lingala VB, Singh G. Declines in mortality from acute myocardial infarction in successive incidence and birth cohorts of patients with rheumatoid arthritis. Circulation 2004; 110(13):1774-1779.

(1568)   Krobot KH, Wagner A, Ulrich V, Zeidler H. Health insurance-related access to cyclooxygenase-II-selective treatment in Germany [ABSTRACT SAT0218]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr SAT0218.

(1569)   Kroin JS, Buvanendran A, Watts DE, Saha C, Tuman KJ. Upregulation of cerebrospinal fluid and peripheral prostaglandin E2 in a rat postoperative pain model. Anesth Analg 2006; 103(2):334-43, table.

(1570)   Kroot EJ, van Leeuwen MA, van Rijswijk MH et al. No increased mortality in patients with rheumatoid arthritis: up to 10 years of follow up from disease onset. Ann Rheum Dis 2000; 59(12):954-958.

(1571)   Krotz F, Schiele TM, Klauss V, Sohn HY. Selective COX-2 inhibitors and risk of myocardial infarction. J Vasc Res 2005; 42(4):312-324.

(1572)   Krovat EM, Langer T. Non-peptide angiotensin II receptor antagonists: chemical feature based pharmacophore identification. J Med Chem 2003; 46(5):716-726.

(1573)   Kruger K. [Current status of COX II inhibitors in therapy of rheumatoid arthritis in comparison with conventional non-steroidal anti-inflammatory agents. Attempt at an evaluation with regard to evidence-based medicine]. Z Rheumatol 2001; 60(6):481-484.

(1574)   Krum H, Liew D, Aw J, Haas S. Cardiovascular effects of selective cyclooxygenase-2 inhibitors. Expert Rev Cardiovasc Ther 2004; 2(2):265-270.

(1575)   Krum H, Aw TJ, Liew D, Haas S. Blood pressure effects of COX-2 inhibitors. J Cardiovasc Pharmacol 2006; 47 Suppl 1:S43-S48.

(1576)   Krumholz HM, Ross JS, Presler AH, Egilman DS. What have we learnt from Vioxx? BMJ 2007; 334(7585):120-123.

(1577)   Kruse R, Ruzicka T, Grewe M. Intolerance reactions due to the selective cyclooxygenase type II inhibitors rofecoxib and celecoxib. Results of oral provocation tests in patients with NSAID hypersensitivity. Acta Derm Venereol 2003; 83(3):183-185.

(1578)   Krymchantowski AV, Barbosa JS. Rizatriptan vs rizatriptan combined with rofecoxib for the acute treatment of migraine. Cephalalgia 2001; 21(4):425-426.

(1579)   Krymchantowski AV, Barbosa JS. Dexamethasone decreases migraine recurrence after treatment with a triptan combined with a non-steroidal anti-inflammatory drug. Cephalalgia 2001; 21(4):434-435.

(1580)   Krymchantowski AV, Barbosa JS. Dexamethasone decreases migraine recurrence observed after treatment with a triptan combined with a nonsteroidal anti-inflammatory drug. Arq Neuropsiquiatr 2001; 59(3-B):708-711.

(1581)   Krymchantowski AV, Barbosa JS. Rizatriptan combined with rofecoxib vs. rizatriptan for the acute treatment of migraine: an open label pilot study. Cephalalgia 2002; 22(4):309-312.

(1582)   Krymchantowski AV, Bigal ME. Rizatriptan versus rizatriptan plus rofecoxib versus rizatriptan plus tolfenamic acid in the acute treatment of migraine. BMC Neurol 2004; 4:10.

KS-000930

(1583)   Krzyzanowska MK, Tsao MS, Oza AM et al. Capecitabine plus rofecoxib show no activity in patients with metastatic neuroendocrine tumours. Clin Oncol (R Coll Radiol ) 2006; 18(1):88-89.

(1584)   Kubatka P, Ahlers I, Ahlersova E et al. Chemoprevention of mammary carcinogenesis in female rats by rofecoxib. Cancer Lett 2003; 202(2):131-136.

(1585)   Kujubu DA, Fletcher BS, Varnum BC, Lim RW, Herschman HR. TIS10, a phorbol ester tumor promoter-inducible mRNA from Swiss 3T3 cells, encodes a novel prostaglandin synthase/cyclooxygenase homologue. J Biol Chem 1991; 266(20):12866-12872.

(1586)   Kujubu DA, Reddy ST, Fletcher BS, Herschman HR. Expression of the protein product of the prostaglandin synthase-2/TIS10 gene in mitogen-stimulated Swiss 3T3 cells. J Biol Chem 1993; 268(8):5425-5430.

(1587)   Kumar NP, Wild G, Ramasamy KA, Snape J. Fatal haemorrhagic pulmonary oedema and associated angioedema after the ingestion of rofecoxib. Postgrad Med J 2002; 78(921):439-440.

(1588)   Kumar VL, Roy S, Sehgal R, Padhy BM. A comparative study on the efficacy of rofecoxib in monoarticular arthritis induced by latex of Calotropis procera and Freund's complete adjuvant. Inflammopharmacology 2006; 14(1-2):17-21.

(1589)   Kumar VL, Roy S. Calotropis procera Latex Extract Affords Protection against Inflammation and Oxidative Stress in Freund's Complete Adjuvant-Induced Monoarthritis in Rats. Mediators Inflamm 2007; 2007(1):47523.

(1590)   Kunz T, Oliw EH. The selective cyclooxygenase-2 inhibitor rofecoxib reduces kainate-induced cell death in the rat hippocampus. Eur J Neurosci 2001; 13(3):569-575.

(1591)   Kunz T, Marklund N, Hillered L, Oliw EH. Assessment of the effects of the cyclooxygenase-2 inhibitor rofecoxib on visuospatial learning and hippocampal cell death following kainate-induced seizures in the rat. Brain Res Cogn Brain Res 2005; 25(3):826-832.

(1592)   Kunz T, Marklund N, Hillered L, Oliw EH. Effects of the selective cyclooxygenase-2 inhibitor rofecoxib on cell death following traumatic brain injury in the rat. Restor Neurol Neurosci 2006; 24(1):55-63.

(1593)   Kurth T, Glynn RJ, Walker AM et al. Inhibition of clinical benefits of aspirin on first myocardial infarction by nonsteroidal antiinflammatory drugs. Circulation 2003; 108(10):1191-1195.

(1594)   Kurth T, Hennekens CH, Buring JE, Gaziano JM. Aspirin, NSAIDs, and COX-2 inhibitors in cardiovascular disease: possible interactions and implications for treatment of rheumatoid arthritis. Curr Rheumatol Rep 2004; 6(5):351-356.

(1595)   Kurumbail RG, Stevens AM, Gierse JK et al. Structural basis for selective inhibition of cyclooxygenase-2 by anti-inflammatory agents. Nature 1996; 384(6610):644-648.

(1596)   Kusunoki N, Yamazaki R, Kawai S. Induction of apoptosis in rheumatoid synovial fibroblasts by celecoxib, but not by other selective cyclooxygenase 2 inhibitors. Arthritis Rheum 2002; 46(12):3159-3167.

(1597)   Kusunoki N, Ito T, Sakurai N, Suguro T, Handa H, Kawai S. A novel celecoxib derivative potently induces apoptosis of human synovial fibroblasts. J Pharmacol Exp Ther 2005; 314(2):796-803.

(1598)   Kvale D, Ormaasen V, Kran AM et al. Immune modulatory effects of cyclooxygenase type 2 inhibitors in HIV patients on combination antiretroviral treatment. AIDS 2006; 20(6):813-820.

(1599)   Kvalvik AG, Jones MA, Symmons DP. Mortality in a cohort of Norwegian patients with rheumatoid arthritis followed from 1977 to 1992. Scand J Rheumatol 2000; 29(1):29-37.

(1600)   La CR, Caselli M, Castellino G, Bajocchi G, Trotta F. Prophylaxis and treatment of NSAID-induced gastroduodenal disorders. Drug Saf 1999; 20(6):527-543.

(1601)   La GL, Lee L, Weaver J et al. Comparison of reporting of Stevens-Johnson syndrome and toxic epidermal necrolysis in association with selective COX-2 inhibitors. Drug Saf 2005; 28(10):917-924.

(1602)   La PJ, Stocking CB, Rhoades WD et al. Financial ties as part of informed consent to postmarketing research. Attitudes of American doctors and patients. BMJ 1995; 310(6995):1660-1663.

**KS-000931**

(1603)   Ladabaum U, Scheiman JM, Fendrick AM. Potential effect of cyclooxygenase-2-specific inhibitors on the prevention of colorectal cancer: a cost-effectiveness analysis. Am J Med 2003; 114(7):546-554.

(1604)   Lafont A. Basic aspects of plaque vulnerability. Heart 2003; 89(10):1262-1267.

(1605)   Lagakos SW. Time-to-event analyses for long-term treatments--the APPROVe trial. N Engl J Med 2006; 355(2):113-117.

(1606)   Laine L, Harper S, Simon T, Quan H, Bolognese J. Randomized study of rofecoxib, a cyclooxygenase-2 specific inhibitor on the gastroduodenal mucosa of osteoarthritics [ABSTRACT 448]. Arthritis Rheum 1999; 42(9 Suppl.):S145-Abstr. 448.

(1607)   Laine L, Hawkey C, Harper S et al. Effect of the COX-2 specific inhibitor (C-2SI) rofecoxib on ulcer formation:  a double-blind comparison with ibuprofen and placebo [ABSTRACT G0996]. Gastroenterology 1999; 116(4 Pt. 2):A229-Abstr. G0996.

(1608)   Laine L, Harper S, Simon T et al. A randomized trial comparing the effect of rofecoxib, a cyclooxygenase 2-specific inhibitor, with that of ibuprofen on the gastroduodenal mucosa of patients with osteoarthritis.Rofecoxib Osteoarthritis Endoscopy Study Group. Gastroenterology 1999; 117(4):776-783.

(1609)   Laine L, Bombardier C, Reicin A et al. Gastrointestinal (GI) co-therapy, procedures, and hospitalizations in a GI outcomes study of rofecoxib vs. naproxen in rheumatoid arthritis [ABSTRACT 762]. Am J Gastroenterol 2000; 95(9):2633.

(1610)   Laine L. Approaches to nonsteroidal anti-inflammatory drug use in the high-risk patient. Gastroenterology 2001; 120(3):594-606.

(1611)   Laine L, Bombardier C, Ramey D, Watson DJ, Pellissier JM, Reicin A. Less use of gastrointestinal (GI) protective agents and GI-related procedures with rofecoxib vs. naproxen in the VIGOR (VIOXX GI Outcomes Research) study [ABSTRACT SAT0253]. Ann Rheum Dis 2001; 60(1 Suppl.):CD Abstract SAT0253.

(1612)   Laine L, Bombardier C, Hawkey CJ et al. Stratifying the risk of NSAID-related upper gastrointestinal clinical events: results of a double-blind outcomes study in patients with rheumatoid arthritis. Gastroenterology 2002; 123(4):1006-1012.

(1613)   Laine L, Conners LG, Reicin AS, Hawkey CJ, Yu Q, Bombardier C. Serious lower GI clinical events with non-selective NSAID or coxib use: a double-blind GI outcomes trial of naproxen vs. rofecoxib. Ann Rheum Dis 2002; 61(1 Suppl.):39.

(1614)   Laine L. Gastrointestinal safety of coxibs and outcomes studies: what's the verdict? J Pain Symptom Manage 2002; 23(4 Suppl):S5-10.

(1615)   Laine L, Connors LG, Reicin A et al. Serious lower gastrointestinal clinical events with nonselective NSAID or coxib use. Gastroenterology 2003; 124(2):288-292.

(1616)   Laine L, Maller ES, Yu C, Quan H, Simon T. Ulcer formation with low-dose enteric-coated aspirin and the effect of COX-2 selective inhibition: a double-blind trial. Gastroenterology 2004; 127(2):395-402.

(1617)   Laine L, Curtis SP, Cryer B, Kaur A, Cannon CP. Assessment of upper gastrointestinal safety of etoricoxib and diclofenac in patients with osteoarthritis and rheumatoid arthritis in the Multinational Etoricoxib and Diclofenac Arthritis Long-term (MEDAL) programme: a randomised comparison. Lancet 2007; 369(9560):465-473.

(1618)   Laine LL, Bombardier C, Hawkey C, Shapiro D, Reicin A. INFLUENCE OF H. PYLORI AND OTHER POTENTIAL RISK FACTORS ON CLINICAL GI EVENTS IN A DOUBLE-BLIND OUTCOME STUDY OF ROFECOXIB VS. NAPROXEN [ABSTRACT 4798]. Gastroenterology 2000; 118(4, Suppl.2, Pt. 1):A862-Abstr. 4798.

(1619)   Lamarre-Cliche M. Drug treatment of orthostatic hypotension because of autonomic failure or neurocardiogenic syncope. Am J Cardiovasc Drugs 2002; 2(1):23-35.

(1620)   Lamprecht C, Werner U, Werner D et al. Effect of selective cyclooxygenase-2 inhibitors on heart rate in healthy young men. Am J Cardiol 2005; 95(12):1531-1532.

(1621)   Lanas A. Clinical experience with cyclooxygenase-2 inhibitors. Rheumatology (Oxford) 2002; 41 Supp 1:16-22.

KS-000932

(1622)   Lanas A, Perez-Aisa MA, Feu F et al. A nationwide study of mortality associated with hospital admission due to severe gastrointestinal events and those associated with nonsteroidal antiinflammatory drug use. Am J Gastroenterol 2005; 100(8):1685-1693.

(1623)   Lanas A. Benefits, problems and alternatives to COX-2 inhibition. Curr Top Med Chem 2005; 5(5):441-442.

(1624)   Lanas A, Garcia-Rodriguez LA, Arroyo MT et al. Risk of upper gastrointestinal ulcer bleeding associated with selective cyclo-oxygenase-2 inhibitors, traditional non-aspirin non-steroidal anti-inflammatory drugs, aspirin and combinations. Gut 2006; 55(12):1731-1738.

(1625)   Lanas A, Baron JA, Sandler RS et al. Peptic ulcer and bleeding events associated with rofecoxib in a 3-year colorectal adenoma chemoprevention trial. Gastroenterology 2007; 132(2):490-497.

(1626)   Landau D, Shelef I, Polacheck H, Marks K, Holberg G. Perinatal vasoconstrictive renal insufficiency associated with maternal nimesulide use. Am J Perinatol 1999; 16(9):441-444.

(1627)   Landen CN, Jr., Zhang P, Young RC. Differing mechanisms of inhibition of calcium increases in human uterine myocytes by indomethacin and nimesulide. Am J Obstet Gynecol 2001; 184(6):1100-1103.

(1628)   Landsberg PG, Pillans PI, Radford JM. Evaluation of cyclooxygenase 2 inhibitor use in patients admitted to a large teaching hospital. Intern Med J 2003; 33(5-6):225-228.

(1629)   Lane JM. Anti-inflammatory medications: selective COX-2 inhibitors. J Am Acad Orthop Surg 2002; 10(2):75-78.

(1630)   Laneuville O, Breuer DK, Dewitt DL, Hla T, Funk CD, Smith WL. Differential inhibition of human prostaglandin endoperoxide H synthases-1 and -2 by nonsteroidal anti-inflammatory drugs. J Pharmacol Exp Ther 1994; 271(2):927-934.

(1631)   Lang S, Lauffer L, Clausen C et al. Impaired monocyte function in cancer patients: restoration with a cyclooxygenase-2 inhibitor. FASEB J 2003; 17(2):286-288.

(1632)   Langenbach R, Morham SG, Tiano HF et al. Prostaglandin synthase 1 gene disruption in mice reduces arachidonic acid-induced inflammation and indomethacin-induced gastric ulceration. Cell 1995; 83(3):483-492.

(1633)   Langenbach R, Loftin C, Lee C, Tiano H. Cyclooxygenase knockout mice: models for elucidating isoform-specific functions. Biochem Pharmacol 1999; 58(8):1237-1246.

(1634)   Langman M, Jensen D, Harper S et al. Lower incidence of clinically evident upper-GI perforations, ulcers and bleeds in patients treated with rofecoxib vs. nonspecific cyclooxygenase inhibitors [ABSTRACT G1008]. Gastroenterology 1999; 116(4 Pt. 2):A232-Abstr. G1008.

(1635)   Langman MJ, Jensen DM, Watson DJ et al. Adverse upper gastrointestinal effects of rofecoxib compared with NSAIDs. JAMA 1999; 282(20):1929-1933.

(1636)   Langman MJ, Mavros P, Kong SX. Determinants of initiation of COX-2 inhibitors versus NSAIDs and concurrent use of gastroprotective agents in the United Kingdom. Ann Rheum Dis 2002; 61(1 Suppl.):72.

(1637)   Langman MJ, Eichler HG, Mavros P, Watson DJ, Kong SX. Initiation of antihypertensive therapy among new users of cyclooxygenase-2-selective and nonselective NSAIDs. Int J Clin Pharmacol Ther 2004; 42(5):260-266.

(1638)   Langman MJS, Mavros P, Sen SS, Kong SX, Watson DJ. Use of antihypertensive therapy among new chronic persistent users of diclofenac, ibuprofen, naproxen and rofecoxib [ABSTRACT 227]. Arthritis Rheum 2002; 46(9 Suppl.):S121-Abstr. 227.

(1639)   Langman MJS, Mavros PG, Kong SX, Watson DJ. Initiation of antihypertensive therapy within six months after initiation of diclofenac, ibuprofen, naproxen, and rofecoxib. Ann Rheum Dis 2002; 61(1 Suppl.):75.

(1640)   Langton PE, Hankey GJ, Eikelboom JW. Cardiovascular safety of rofecoxib (Vioxx): lessons learned and unanswered questions: we need processes in place to follow up suspicions about serious adverse events. Med J Aust 2004; 181(10):524-525.

KS-000933

(1641) Lantz MS, Giambanco V. Acute onset of auditory hallucinations after initiation of celecoxib therapy. Am J Psychiatry 2000; 157(6):1022-1023.

(1642) Lanza T, Simon T, Quan H et al. Selective inhibition of cyclooxygenase-2 (COX-2) with MK-0966 (250 mg q.d.) is associated with less gastroduodenal damage than aspirin (ASA) 650 mg q.i.d. or ibuprofen (IBU) 800 mg t.i.d. [ABSTRACT Lanza]. Gastroenterology 1997; 112( Suppl.):A194-Lanza I.

(1643) Lanza FL, Arnold JD. Etodolac, a new nonsteroidal anti-inflammatory drug: gastrointestinal microbleeding and endoscopic studies. Clin Rheumatol 1989; 8 Suppl 1:5-15.

(1644) Lanza FL, Graham DY, Davis RE, Rack MF. Endoscopic comparison of cimetidine and sucralfate for prevention of naproxen-induced acute gastroduodenal injury. Effect of scoring method. Dig Dis Sci 1990; 35(12):1494-1499.

(1645) Lanza FL, Rack MF, Callison DA et al. A pilot endoscopic study of the gastroduodenal effects of SC-58635, a novel COX-2-selective inhibitor [ABSTRACT Lanza II]. Gastroenterology 1997; 112(4 Suppl.):A194-Lanza II.

(1646) Lanza FL, Callison DA, Hubbard RC et al. A Pilot Endoscopic Study of the Gastrodl'odenal Effects Of SC-58635. A COX-2 Selective Inhibitor. [ABSTRACT 373]. Arthritis Rheum 1997; 40(9 Suppl.):Abstr. 373.

(1647) Lanza FL. A guideline for the treatment and prevention of NSAID-induced ulcers. Members of the Ad Hoc Committee on Practice Parameters of the American College of Gastroenterology. Am J Gastroenterol 1998; 93(11):2037-2046.

(1648) Lanza FL, Rack MF, Simon TJ et al. Specific inhibition of cyclooxygenase-2 with MK-0966 is associated with less gastroduodenal damage than either aspirin or ibuprofen. Aliment Pharmacol Ther 1999; 13(6):761-767.

(1649) Lapchak PA, Araujo DM, Song D, Zivin JA. Neuroprotection by the selective cyclooxygenase-2 inhibitor SC-236 results in improvements in behavioral deficits induced by reversible spinal cord ischemia. Stroke 2001; 32(5):1220-1225.

(1650) LaPointe MC, Isenovic E. Interleukin-1beta regulation of inducible nitric oxide synthase and cyclooxygenase-2 involves the p42/44 and p38 MAPK signaling pathways in cardiac myocytes. Hypertension 1999; 33(1 Pt 2):276-282.

(1651) LaPointe MC, Mendez M, Leung A, Tao Z, Yang XP. Inhibition of cyclooxygenase-2 improves cardiac function after myocardial infarction in the mouse. Am J Physiol Heart Circ Physiol 2004; 286(4):H1416-H1424.

(1652) Laporte JR. Merck Sharpe and Dohme versus Laporte. Lancet 2004; 364(9432):416.

(1653) Laporte JR, Ibanez L, Vidal X, Vendrell L, Leone R. Upper gastrointestinal bleeding associated with the use of NSAIDs: newer versus older agents. Drug Saf 2004; 27(6):411-420.

(1654) Larijani GE, Goldberg ME. Analgesic evaluation in postoperative patients. Anesthesiology 2004; 100(3):744-745.

(1655) Lau KK, Chan YH, Yiu KH et al. Burden of carotid atherosclerosis in patients with stroke: relationships with circulating endothelial progenitor cells and hypertension. J Hum Hypertens 2007; 21(6):445-451.

(1656) Laudanno OM, Cesolari JA, Esnarriaga J et al. Gastrointestinal damage induced by celecoxib and rofecoxib in rats. Dig Dis Sci 2001; 46(4):779-784.

(1657) Laurenzi M, Vandormael K, Daniels B et al. Comparison of the tolerability profile of rofecoxib and arthrotec in patients with osteoarthritis -- study design and baseline characteristics [POSTER 293]. Ann Rheum Dis 2000; 59(1 Suppl.):134.

(1658) Laurenzi M, Geba GP, Polis AB et al. Evaluation of onset of action of rofecoxib, naproxen and nabumetone in patients with osteoarthritis (OA) [POSTER 292]. Ann Rheum Dis 2000; 59(1 Suppl.):134.

(1659) Lavagno L, Gunella G, Bardelli C et al. Anti-inflammatory drugs and tumor necrosis factor-alpha production from monocytes: role of transcription factor NF-kappa B and implication for rheumatoid arthritis therapy. Eur J Pharmacol 2004; 501(1-3):199-208.

(1660) Lawler A. The law. Vioxx verdict: too little or too much science? Science 2005; 309(5740):1481.

(1661) Lawson JA, Rokach J, FitzGerald GA. Isoprostanes: formation, analysis and use as indices of lipid peroxidation in vivo. J Biol Chem 1999; 274(35):24441-24444.

KS-000934

(1662)  Layton D, Heeley E, Hughes K, Shakir SA. Comparison of the incidence rates of thromboembolic events reported for patients prescribed rofecoxib and meloxicam in general practice in England using prescription-event monitoring (PEM) data. Rheumatology (Oxford) 2003; 42(11):1342-1353.

(1663)  Layton D, Hughes K, Harris S, Shakir SA. Comparison of the incidence rates of thromboembolic events reported for patients prescribed celecoxib and meloxicam in general practice in England using Prescription-Event Monitoring (PEM) data. Rheumatology (Oxford) 2003; 42(11):1354-1364.

(1664)  Layton D, Hughes K, Harris S, Shakir SA. Comparison of the incidence rates of selected gastrointestinal events reported for patients prescribed celecoxib and meloxicam in general practice in England using prescription-event monitoring (PEM) data. Rheumatology (Oxford) 2003; 42(11):1332-1341.

(1665)  Layton D, Riley J, Wilton LV, Shakir SA. Safety profile of rofecoxib as used in general practice in England: results of a prescription-event monitoring study. Br J Clin Pharmacol 2003; 55(2):166-174.

(1666)  Layton D, Heeley E, Hughes K, Shakir SA. Comparison of the incidence rates of selected gastrointestinal events reported for patients prescribed rofecoxib and meloxicam in general practice in England using prescription-event monitoring data. Rheumatology (Oxford) 2003; 42(5):622-631.

(1667)  Layton D, Wilton LV, Shakir SA. Safety profile of celecoxib as used in general practice in England: results of a prescription-event monitoring study. Eur J Clin Pharmacol 2004; 60(7):489-501.

(1668)  Layton D, Heeley E, Shakir SA. Identification and evaluation of a possible signal of exacerbation of colitis during rofecoxib treatment, using Prescription-Event Monitoring data. J Clin Pharm Ther 2004; 29(2):171-181.

(1669)  Layton D, Marshall V, Boshier A, Friedmann P, Shakir SA. Serious skin reactions and selective COX-2 inhibitors: a case series from prescription-event monitoring in England. Drug Saf 2006; 29(8):687-696.

(1670)  Lazzaroni M, Bianchi PG. Gastrointestinal side-effects of traditional non-steroidal anti-inflammatory drugs and new formulations. Aliment Pharmacol Ther 2004; 20 Suppl 2:48-58.

(1671)  Le FG, Sayah S, Latournerie V, Renaud JF, Finet M, Hanf R. Cyclo-oxygenase and lipoxygenase pathways in mast cell dependent-neurogenic inflammation induced by electrical stimulation of the rat saphenous nerve. Br J Pharmacol 2001; 132(7):1581-1589.

(1672)  Leahy KM, Koki AT, Masferrer JL. Role of cyclooxygenases in angiogenesis. Curr Med Chem 2000; 7(11):1163-1170.

(1673)  Leahy KM, Ornberg RL, Wang Y, Zweifel BS, Koki AT, Masferrer JL. Cyclooxygenase-2 inhibition by celecoxib reduces proliferation and induces apoptosis in angiogenic endothelial cells in vivo. Cancer Res 2002; 62(3):625-631.

(1674)  Leblanc Y, Roy P, Wang Z et al. Discovery of a potent and selective COX-2 inhibitor in the alkoxy lactone series with optimized metabolic profile. Bioorg Med Chem Lett 2002; 12(22):3317-3320.

(1675)  LEBOWITZ WB. The heart in rheumatoid arthritis (rheumatoid disease). A clinical and pathological study of sixty-two cases. Ann Intern Med 1963; 58:102-123.

(1676)  LEBOWITZ WB. The heart in rheumatoid arthritis (rheumatoid disease). A clinical and pathological study of sixty-two cases. Heart in Rheumatoid Arthritis 1963; 58(1):102-123.

(1677)  Lednicer D. Tracing the origins of COX-2 inhibitors' structures. Curr Med Chem 2002; 9(15):1457-1461.

(1678)  Lee A. Vioxx withdrawal--an opportunity to review primary care management for osteoarthritis. Hong Kong Med J 2005; 11(2):135.

(1679)  Lee C, Hunsche E, Balshaw R, Kong SX, Schnitzer TJ. Need for common internal controls when assessing the relative efficacy of pharmacologic agents using a meta-analytic approach: case study of cyclooxygenase 2-selective inhibitors for the treatment of osteoarthritis. Arthritis Rheum 2005; 53(4):510-518.

(1680)  Lee MC, Lee S, Suh DC, Kim J, Kong SX. A cross-sectional retrospective assessment of anti-arthritic drugs in patients with arthritis in Korea. Curr Med Res Opin 2003; 19(7):597-602.

**KS-000935**

(1681)  Lee SH, Soyoola E, Chanmugam P et al. Selective expression of mitogen-inducible cyclooxygenase in macrophages stimulated with lipopolysaccharide. J Biol Chem 1992; 267(36):25934-25938.

(1682)  Lee TH. Ask the doctor. The news that Vioxx was pulled from the market rattled me, since I had been taking it for my arthritis for almost two years. I have heard both that it is okay for people like me with heart disease to take one of the other Vioxx-like drugs and that it isn't okay. What do you recommend? Harv Heart Lett 2004; 15(4):8.

(1683)  Lee YS, Kim H, Wu TX, Wang XM, Dionne RA. Genetically mediated interindividual variation in analgesic responses to cyclooxygenase inhibitory drugs. Clin Pharmacol Ther 2006; 79(5):407-418.

(1684)  Lee YS, Kim H, Brahim JS, Rowan J, Lee G, Dionne RA. Acetaminophen selectively suppresses peripheral prostaglandin E2 release and increases COX-2 gene expression in a clinical model of acute inflammation. Pain 2007; 129(3):279-286.

(1685)  Lees KR, Zivin JA, Ashwood T et al. NXY-059 for acute ischemic stroke. N Engl J Med 2006; 354(6):588-600.

(1686)  Leese PT, Hubbard RC, Karim A, Isakson PC, Yu SS, Geis GS. Effects of celecoxib, a novel cyclooxygenase-2 inhibitor, on platelet function in healthy adults: a randomized, controlled trial. J Clin Pharmacol 2000; 40(2):124-132.

(1687)  Lefkowith JB. Cyclooxygenase-2 specificity and its clinical implications. Am J Med 1999; 106(5B):43S-50S.

(1688)  Legenstein R, Bosch P, Ungersbock A. Indomethacin versus meloxicam for prevention of heterotopic ossification after total hip arthroplasty. Arch Orthop Trauma Surg 2003; 123(2-3):91-94.

(1689)  Lehmann FS, Beglinger C. Impact of COX-2 inhibitors in common clinical practice a gastroenterologist's perspective. Curr Top Med Chem 2005; 5(5):449-464.

(1690)  Leite AZ, Sipahi AM, Damiao AO et al. Effect of a selective nonsteroidal anti-inflammatory inhibitor of cyclooxygenase-2 on the small bowel of rats. Braz J Med Biol Res 2004; 37(3):333-336.

(1691)  Lekakis JP, Vamvakou G, Andreadou I et al. Divergent effects of rofecoxib on endothelial function and inflammation in acute coronary syndromes. Int J Cardiol 2006; 112(3):359-366.

(1692)  LeLorier J, Bombardier C, Burgess E et al. Practical considerations for the use of nonsteroidal anti-inflammatory drugs and cyclo-oxygenase-2 inhibitors in hypertension and kidney disease. Can J Cardiol 2002; 18(12):1301-1308.

(1693)  Lema MJ. Emerging options with coxib therapy. Cleve Clin J Med 2002; 69 Suppl 1:SI76-SI84.

(1694)  Lengeling RW, Mitros FA, Brennan JA, Schulze KS. Ulcerative ileitis encountered at ileo-colonoscopy: likely role of nonsteroidal agents. Clin Gastroenterol Hepatol 2003; 1(3):160-169.

(1695)  Lenzer J. Public interest group accuses FDA of trying to discredit whistleblower. BMJ 2004; 329(7477):1255.

(1696)  Lenzer J. Crisis deepens at the US Food and Drug Administration. BMJ 2004; 329(7478):1308.

(1697)  Lenzer J. US government agency to investigate FDA over rofecoxib. BMJ 2004; 329(7472):935.

(1698)  Lenzer J. FDA is incapable of protecting US "against another Vioxx". BMJ 2004; 329(7477):1253.

(1699)  Lenzer J. FDA advisers warn: COX 2 inhibitors increase risk of heart attack and stroke. BMJ 2005; 330(7489):440.

(1700)  Lenzer J. What can we learn from medical whistleblowers? PLoS Med 2005; 2(7):e209.

(1701)  Leonard J, Rodriguez JJ, Mellen PB, McGrady C, Puma JA. Cardiovascular events in elderly hypertensive patients with osteoarthritis treated with COX-2 specific inhibitors:  insights from the Success VI and VII trials [POSTER 248]. Am J Hypertens 2002; 15(4 Pt. 2):120A.

(1702)  Letts G. Cyclo-oxygenase-2 inhibition and exacerbation of myocardial dysfunction--protection with nitric oxide? Br J Pharmacol 2002; 135(6):1345-1346.

(1703)  Levesque LE, Brophy JM, Zhang B. The risk for myocardial infarction with cyclooxygenase-2 inhibitors: a population study of elderly adults. Ann Intern Med 2005; 142(7):481-489.

KS-000936

(1704)   Levesque LE, Brophy JM, Zhang B. Time variations in the risk of myocardial infarction among elderly users of COX-2 inhibitors. CMAJ 2006; 174(11):1563-1569.

(1705)   Levin PJ, McGee G. Physician, divest thyself. Am J Bioeth 2006; 6(2):1-2.

(1706)   Levy GD, Cheetham TC, Shoor S. Cohort analysis myocardial infarction risk and COX2 use in the Kaiser Large Observational Thrombosis Study (KLOTS) [ABSTRACT 973]. Arthritis Rheum 2002; 46(9 Suppl.):S377-Abstr. 973.

(1707)   Lew JI, Guo Y, Kim RK, Vargish L, Michelassi F, Arenas RB. Reduction of intestinal neoplasia with adenomatous polyposis coli gene replacement and COX-2 inhibition is additive. J Gastrointest Surg 2002; 6(4):563-568.

(1708)   Lewis JH, Schonlau M, Munoz JA et al. Compliance among pharmacies in California with a prescription-drug discount program for Medicare beneficiaries. N Engl J Med 2002; 346(11):830-835.

(1709)   Lewis R. An individual approach. Nature 2005; 436(7051):746-747.

(1710)   Li CS, Black WC, Chan CC et al. Cyclooxygenase-2 inhibitors. Synthesis and pharmacological activities of 5-methanesulfonamido-1-indanone derivatives. J Med Chem 1995; 38(25):4897-4905.

(1711)   Li D, Liu L, Chen H, Sawamura T, Mehta JL. LOX-1, an oxidized LDL endothelial receptor, induces CD40/CD40L signaling in human coronary artery endothelial cells. Arterioscler Thromb Vasc Biol 2003; 23(5):816-821.

(1712)   Li M, Stallone JN. Estrogen potentiates vasopressin-induced contraction of female rat aorta by enhancing cyclooxygenase-2 and thromboxane function. Am J Physiol Heart Circ Physiol 2005; 289(4):H1542-H1550.

(1713)   Li Q, Guo Y, Xuan YT et al. Gene therapy with inducible nitric oxide synthase protects against myocardial infarction via a cyclooxygenase-2-dependent mechanism. Circ Res 2003; 92(7):741-748.

(1714)   Libby P, Simon DI. Inflammation and thrombosis: the clot thickens. Circulation 2001; 103(13):1718-1720.

(1715)   Libby P, Ridker PM, Maseri A. Inflammation and atherosclerosis. Circulation 2002; 105(9):1135-1143.

(1716)   Lichtenberger LM. Where is the evidence that cyclooxygenase inhibition is the primary cause of nonsteroidal anti-inflammatory drug (NSAID)-induced gastrointestinal injury? Topical injury revisited. Biochem Pharmacol 2001; 61(6):631-637.

(1717)   Lieberman EH, Gerhard MD, Uehata A et al. Flow-induced vasodilation of the human brachial artery is impaired in patients <40 years of age with coronary artery disease. Am J Cardiol 1996; 78(11):1210-1214.

(1718)   Lievre M, Abadie E. Discontinuation of Vioxx. Lancet 2005; 365(9453):23-24.

(1719)   Lillicrap MS, Merry P. Cutaneous vasculitis associated with rofecoxib. Rheumatology (Oxford) 2003; 42(10):1267-1268.

(1720)   Lin H, Lin TN, Cheung WM et al. Cyclooxygenase-1 and bicistronic cyclooxygenase-1/prostacyclin synthase gene transfer protect against ischemic cerebral infarction. Circulation 2002; 105(16):1962-1969.

(1721)   Lin MS, Dai YS, Pwu RF, Chen YH, Chang NC. Risk estimates for drugs suspected of being associated with Stevens-Johnson syndrome and toxic epidermal necrolysis: a case-control study. Intern Med J 2005; 35(3):188-190.

(1722)   Linares-Fernandez BE, Alfieri AB. Cyclophosphamide induced cystitis: role of nitric oxide synthase, cyclooxygenase-1 and 2, and NK(1) receptors. J Urol 2007; 177(4):1531-1536.

(1723)   Linares P, Vivas S, Jorquera F, Olcoz JL, de LB, Oritz de UJ. Severe cholestasis and acute renal failure related to rofecoxib. Am J Gastroenterol 2004; 99(8):1622-1623.

(1724)   Lincoff AM. Anticoagulant and antiplatelet drugs. Catheter Cardiovasc Interv 2001; 54(4):514-520.

(1725)   Lindemann S, Tolley ND, Dixon DA et al. Activated platelets mediate inflammatory signaling by regulated interleukin 1beta synthesis. J Cell Biol 2001; 154(3):485-490.

(1726)   Linden B, Distel M, Bluhmki E. A double-blind study to compare the efficacy and safety of meloxicam 15 mg with piroxicam 20 mg in patients with osteoarthritis of the hip. Br J Rheumatol 1996; 35 Suppl 1:35-38.

KS-000937

(1727)   Lindqvist E, Eberhardt K. Mortality in rheumatoid arthritis patients with disease onset in the 1980s. Ann Rheum Dis 1999; 58(1):11-14.

(1728)   Lines CR, McCarroll KA, Lipton RB, Block GA. Telephone screening for amnestic mild cognitive impairment. Neurology 2003; 60(2):261-266.

(1729)   Linton MF, Fazio S. Cyclooxygenase-2 and atherosclerosis. Curr Opin Lipidol 2002; 13(5):497-504.

(1730)   Linton MF, Fazio S. Cyclooxygenase-2 and inflammation in atherosclerosis. Curr Opin Pharmacol 2004; 4(2):116-123.

(1731)   Lipani J. Cox-2 inhibitors and cardiovascular risk: the data are inconclusive, and these drugs are needed. Cleve Clin J Med 2001; 68(11):961-962.

(1732)   Lipsky PE, Isakson PC. Outcome of specific COX-2 inhibition in rheumatoid arthritis. J Rheumatol Suppl 1997; 49:9-14.

(1733)   Lipsky PE. The clinical potential of cyclooxygenase-2-specific inhibitors. Am J Med 1999; 106(5B):51S-57S.

(1734)   Lipsky PE, Abramson SB, Breedveld FC et al. Analysis of the effect of COX-2 specific inhibitors and recommendations for their use in clinical practice. J Rheumatol 2000; 27(6):1338-1340.

(1735)   Lipsky PE, Brooks P, Crofford LJ et al. Unresolved issues in the role of cyclooxygenase-2 in normal physiologic processes and disease. Arch Intern Med 2000; 160(7):913-920.

(1736)   Lipsky PE. Introduction. The role of COX-2-specific inhibitors in clinical practice. Am J Med 2001; 110 Suppl 3A:1S-2S.

(1737)   Lipsky PE. Recommendations for the clinical use of cyclooxygenase-2-specific inhibitors. Am J Med 2001; 110 Suppl 3A:3S-5S.

(1738)   Lisotto C, Maggioni F, Mainardi F, Zanchin G. Chronic paroxysmal hemicrania responsive to rofecoxib. Cephalalgia 2002; 22(1 Suppl.):1.

(1739)   Lisotto C, Maggioni F, Mainardi F, Zanchin G. Rofecoxib for the treatment of chronic paroxysmal hemicrania. Cephalalgia 2003; 23(4):318-320.

(1740)   Lisse JR, Perlman M, Johansson G et al. Gastrointestinal tolerability and effectiveness of rofecoxib versus naproxen in the treatment of osteoarthritis: a randomized, controlled trial. Ann Intern Med 2003; 139(7):539-546.

(1741)   Liszka HA, Mainous AG, III, King DE, Everett CJ, Egan BM. Prehypertension and cardiovascular morbidity. Ann Fam Med 2005; 3(4):294-299.

(1742)   Litovitz TL, Klein-Schwartz W, Rodgers GC, Jr. et al. 2001 Annual report of the American Association of Poison Control Centers Toxic Exposure Surveillance System. Am J Emerg Med 2002; 20(5):391-452.

(1743)   Liu C, Desai KG. Characteristics of rofecoxib-polyethylene glycol 4000 solid dispersions and tablets based on solid dispersions. Pharm Dev Technol 2005; 10(4):467-477.

(1744)   Llinas MT, Rodriguez F, Moreno C, Salazar FJ. Role of cyclooxygenase-2-derived metabolites and nitric oxide in regulating renal function. Am J Physiol Regul Integr Comp Physiol 2000; 279(5):R1641-R1646.

(1745)   Llorens O, Perez JJ, Palomer A, Mauleon D. Differential binding mode of diverse cyclooxygenase inhibitors. J Mol Graph Model 2002; 20(5):359-371.

(1746)   Loebl DH, Craig RM, Culic DD, Ridolfo AS, Falk J, Schmid FR. Gastrointestinal blood loss. Effect of aspirin, fenoprofen, and acetaminophen in rheumatoid arthritis as determined by sequential gastroscopy and radioactive fecal markers. JAMA 1977; 237(10):976-981.

(1747)   Loewen PS. Review of the selective COX-2 inhibitors celecoxib and rofecoxib: focus on clinical aspects. CJEM 2002; 4(4):268-275.

(1748)   Loftin CD, Trivedi DB, Tiano HF et al. Failure of ductus arteriosus closure and remodeling in neonatal mice deficient in cyclooxygenase-1 and cyclooxygenase-2. Proc Natl Acad Sci U S A 2001; 98(3):1059-1064.

KS-000938

(1749) Loll PJ, Picot D, Garavito RM. The structural basis of aspirin activity inferred from the crystal structure of inactivated prostaglandin H2 synthase. Nat Struct Biol 1995; 2(8):637-643.

(1750) Lopes Pregal A, Spinola Santos A, Lopes de Silva S, Costa C, Pedro E, Palma-Carlos AG. Nonsteroidal anti-inflammatory drugs hypersensitivity comparative study: celecoxib vs. rofecoxib [ABSTRACT 846]. Allergy 2002; 57(73 Suppl.):262.

(1751) Loram LC, Mitchell D, Fuller A. Rofecoxib and tramadol do not attenuate delayed-onset muscle soreness or ischaemic pain in human volunteers. Can J Physiol Pharmacol 2005; 83(12):1137-1145.

(1752) Louizos AA, Pandazi AB, Koraka CP, Davilis DI, Georgiou LG. Preoperative administration of rofecoxib versus ketoprofen for pain relief after tonsillectomy. Ann Otol Rhinol Laryngol 2006; 115(3):201-204.

(1753) Lowe SH, Prins JM, van der LJ, Lange JM. Does highly active antiretroviral therapy induce sickle cell crises? AIDS 2002; 16(11):1572-1574.

(1754) Lubeck DP, Spitz PW, Fries JF, Wolfe F, Mitchell DM, Roth SH. A multicenter study of annual health service utilization and costs in rheumatoid arthritis. Arthritis Rheum 1986; 29(4):488-493.

(1755) Lucas R, Warner TD, Vojnovic I, Mitchell JA. Cellular mechanisms of acetaminophen: role of cyclo-oxygenase. FASEB J 2005; 19(6):635-637.

(1756) Lucca U. Nonsteroidal anti-inflammatory drugs and Alzheimer's disease: update on recent data and their therapeutic implications. CNS Drugs 1999; 11(3):207-224.

(1757) Ludwig RJ, Zollner TM, Kaufmann R, Boehncke WH. The selective cyclooxygenase-2-inhibitor rofecoxib improves the treatment of chronic idiopathic urticaria in combination with H1 antihistamines [ABSTRACT 994]. Allergy 2002; 57(73 Suppl.):304.

(1758) Ludwig RJ, Zollner TM, Kaufmann R, Boehncke WH. Tolerancia de rofecoxib en pacientes con reacciones a AINES [Rofecoxib tolerance in patients with NSAID-induced reactions]. Allergo J 2002; 11(6):394-396.

(1759) Lugardon S, Lapeyre-Mestre M, Montastruc JL. Upper gastrointestinal adverse drug reactions and cyclo-oxygenase-2 inhibitors (celecoxib and rofecoxib): a case/non-case study from the French Pharmacovigilance Database. Eur J Clin Pharmacol 2004; 60(9):673-677.

(1760) Lunardelli A, Leite CE, Pires MG, de O, Jr. Extract of the bristles of Dirphia sp. increases nitric oxide in a rat pleurisy model. Inflamm Res 2006; 55(4):129-135.

(1761) Lundmark J, Gunnarsson T, Bengtsson F. A possible interaction between lithium and rofecoxib. Br J Clin Pharmacol 2002; 53(4):403-404.

(1762) Lurie P, Almeida CM, Stine N, Stine AR, Wolfe SM. Financial conflict of interest disclosure and voting patterns at Food and Drug Administration Drug Advisory Committee meetings. JAMA 2006; 295(16):1921-1928.

(1763) Luzzi GA. Chronic prostatitis and chronic pelvic pain in men: aetiology, diagnosis and management. J Eur Acad Dermatol Venereol 2002; 16(3):253-256.

(1764) Lynch PM. Is the demonstration of adenoma reduction with rofecoxib a pyrrhic victory? Gastroenterology 2006; 131(6):2003-2005.

(1765) Lyons-Giordano B, Pratta MA, Galbraith W, Davis GL, Arner EC. Interleukin-1 differentially modulates chondrocyte expression of cyclooxygenase-2 and phospholipase A2. Exp Cell Res 1993; 206(1):58-62.

(1766) Ma H, Tang J, White PF et al. Perioperative rofecoxib improves early recovery after outpatient herniorrhaphy. Anesth Analg 2004; 98(4):970-5, table.

(1767) Ma L, del SP, Wallace JL. Divergent effects of new cyclooxygenase inhibitors on gastric ulcer healing: Shifting the angiogenic balance. Proc Natl Acad Sci U S A 2002; 99(20):13243-13247.

(1768) Ma N, Szabolcs MJ, Sun J et al. The effect of selective inhibition of cyclooxygenase (COX)-2 on acute cardiac allograft rejection. Transplantation 2002; 74(11):1528-1534.

KS-000939

(1769)  MacDonald TM, Morant SV, Robinson GC et al. Association of upper gastrointestinal toxicity of non-steroidal anti-inflammatory drugs with continued exposure: cohort study. BMJ 1997; 315(7119):1333-1337.

(1770)  MacDonald TM, Morant SV, Goldstein JL, Burke TA, Pettitt D. Channelling bias and the incidence of gastrointestinal haemorrhage in users of meloxicam, coxibs, and older, non-specific non-steroidal anti-inflammatory drugs. Gut 2003; 52(9):1265-1270.

(1771)  MacDonald TM, Wei L. Effect of ibuprofen on cardioprotective effect of aspirin. Lancet 2003; 361(9357):573-574.

(1772)  Machwate M, Harada S, Leu CT et al. Prostaglandin receptor EP(4) mediates the bone anabolic effects of PGE(2). Mol Pharmacol 2001; 60(1):36-41.

(1773)  MacLean CH. Quality indicators for the management of osteoarthritis in vulnerable elders. Ann Intern Med 2001; 135(8 Pt 2):711-721.

(1774)  Maddrey WC, Maurath CJ, Verburg KM, Geis GS. The hepatic safety and tolerability of the novel cyclooxygenase-2 inhibitor celecoxib. Am J Ther 2000; 7(3):153-158.

(1775)  Maetzel A, Krahn M, Naglie G. The cost-effectiveness of celecoxib and rofecoxib in patients with osteoarthritis or rheumatoid arthritis. Arthritis Rheum 2001; 44(9 Suppl.):S310.

(1776)  Maetzel A, Krahn M, Naglie G. The cost-effectiveness of celecoxib and rofecoxib in patients with osteoarthritis or rheumatoid arthritis. Can Coord Office Health Technol Assessment 2002;(23):i, 1-vii, 39.

(1777)  Maetzel A, Krahn M, Naglie G. The cost effectiveness of rofecoxib and celecoxib in patients with osteoarthritis or rheumatoid arthritis. Arthritis Care Res 2003; 49(3):283-292.

(1778)  Maetzel A. Motion--Cyclo-oxygenase-2 selective nonsteroidal anti-inflammatory drugs are as safe as placebo for the stomach: arguments against the motion. Can J Gastroenterol 2003; 17(5):335-338.

(1779)  Maetzel A, Krahn M, Naglie G. The cost effectiveness of rofecoxib and celecoxib in patients with osteoarthritis or rheumatoid arthritis. Arthritis Rheum 2003; 49(3):283-292.

(1780)  Mahadevan U, Loftus EV, Tremaine WJ, Sandborn WJ. Safety of selective cyclooxygenase-2 inhibitors (COX2-I) in inflammatory bowel disease (IBD) [ABSTRACT 953]. Am J Gastroenterol 2001; 96(9 Suppl.):S300-S301.

(1781)  Mahadevan U, Loftus EV, Jr., Tremaine WJ, Sandborn WJ. Safety of selective cyclooxygenase-2 inhibitors in inflammatory bowel disease. Am J Gastroenterol 2002; 97(4):910-914.

(1782)  Mahaffey KW, Harrington RA, Akkerhuis M et al. Systematic adjudication of myocardial infarction end-points in an international clinical trial. Curr Control Trials Cardiovasc Med 2001; 2(4):180-186.

(1783)  Mahajan A, Sharma R. COX-2 selective nonsteroidal anti-inflammatory drugs: current status. J Assoc Physicians India 2005; 53:200-204.

(1784)  Maier TJ, Janssen A, Schmidt R, Geisslinger G, Grosch S. Targeting the beta-catenin/APC pathway: a novel mechanism to explain the cyclooxygenase-2-independent anticarcinogenic effects of celecoxib in human colon carcinoma cells. FASEB J 2005; 19(10):1353-1355.

(1785)  Majo VJ, Prabhakaran J, Simpson NR, Van Heertum RL, Mann JJ, Kumar JS. A general method for the synthesis of aryl [11C]methylsulfones: potential PET probes for imaging cyclooxygenase-2 expression. Bioorg Med Chem Lett 2005; 15(19):4268-4271.

(1786)  Makowski M, Grzela T, Niderla J et al. Inhibition of cyclooxygenase-2 indirectly potentiates antitumor effects of photodynamic therapy in mice. Clin Cancer Res 2003; 9(14):5417-5422.

(1787)  Makuch R, Maurath CJ, Verburg KM, Geis GS. Cardiovascular safety of the cyclooxygenase-2 (COX-2) specific inhibitor, celecoxib:  clinical trial experience [ABSTRACT 70]. Ann Rheum Dis 2000; 59(1 Suppl.):52.

(1788)  Makuch R, Wentworth C, Burke T, Zhao S. Switching of prescription anti-inflammatory therapy among enrollees in a U.S. managed care organization:  a comparison of non-selective NSAIDs, celecoxib, and rofecoxib. Ann Rheum Dis 2002; 61(1 Suppl.):109-110.

KS-000940

(1789)  Makuch R, Wentworth C, Burke T, Zhao S. Comparative costs of COX-2 specific inhibitors in a US managed care organization:  medication, gastrointestinal, cardiovascular, and renal-specific costs. Ann Rheum Dis 2002; 61(1 Suppl.):82-83.

(1790)  Makuch R, Wentworth C, Burke T, Zhao S. Medical costs of cardiovascular, renal, and upper gastrointestinal inpatient and outpatient claims: a comparison between celecoxib and rofecoxib. Ann Rheum Dis 2002; 61(1 Suppl.):84-85.

(1791)  Malakoff D. Patent prompts Rochester to sue for slice of drug profits. Science 2000; 288(5465):410-411.

(1792)  Malhotra S, Shafiq N, Pandhi P. COX-2 inhibitors: a CLASS act or Just VIGORously promoted. MedGenMed 2004; 6(1):e37.

(1793)  Malkowski MG, Ginell SL, Smith WL, Garavito RM. The productive conformation of arachidonic acid bound to prostaglandin synthase. Science 2000; 289(5486):1933-1937.

(1794)  Malmstrom K, Kotey P, Friedman AF, Seidenberg BC. Rofecoxib and celecoxib - a comparison of two specific COX-2 inhibitors: a randomized, placebo- and active-comparator controlled clinical trial. Arthritis Rheum 1999; 42(9 Suppl.):S324.

(1795)  Malmstrom K, Daniels S, Kotey P, Seidenberg BC, Desjardins PJ. Comparison of rofecoxib and celecoxib, two cyclooxygenase-2 inhibitors, in postoperative dental pain: a randomized, placebo- and active-comparator-controlled clinical trial. Clin Ther 1999; 21(10):1653-1663.

(1796)  Malmstrom K, Fricke JR, Kotey P, Kress B, Morrison B. A comparison of rofecoxib versus celecoxib in treating pain after dental surgery: a single-center, randomized, double-blind, placebo- and active-comparator-controlled, parallel-group, single-dose study using the dental impaction pain model. Clin Ther 2002; 24(10):1549-1560.

(1797)  Mamdani M, Rochon P, Laupacis A, Anderson G. Initial patterns of use of COX-2 inhibitors by elderly patients in Ontario: findings and implications. CMAJ 2002; 167(10):1125-1126.

(1798)  Mamdani M, Juurlink DN, Anderson GM. Little is known about COX 2 inhibitors. BMJ 2002; 325(7356):161-162.

(1799)  Mamdani M, Juurlink DN, Anderson GM. Are selective COX 2 inhibitors superior to traditional NSAIDs? Little is known about COX 2 inhibitors. BMJ 2002; 325(7356):161.

(1800)  Mamdani M, Rochon PA, Juurlink DN et al. Observational study of upper gastrointestinal haemorrhage in elderly patients given selective cyclo-oxygenase-2 inhibitors or conventional non-steroidal anti-inflammatory drugs. BMJ 2002; 325(7365):624.

(1801)  Mamdani M, Rochon P, Juurlink DN et al. Effect of selective cyclooxygenase 2 inhibitors and naproxen on short-term risk of acute myocardial infarction in the elderly. Arch Intern Med 2003; 163(4):481-486.

(1802)  Mamdani M, Juurlink DN, Lee DS et al. Cyclo-oxygenase-2 inhibitors versus non-selective non-steroidal anti-inflammatory drugs and congestive heart failure outcomes in elderly patients: a population-based cohort study. Lancet 2004; 363(9423):1751-1756.

(1803)  Mamdani M, Warren L, Kopp A et al. Changes in rates of upper gastrointestinal hemorrhage after the introduction of cyclooxygenase-2 inhibitors in British Columbia and Ontario. CMAJ 2006; 175(12):1535-1538.

(1804)  Mandell BF. Cox-2 inhibitors and cardiovascular risk: point and counterpoint. Cleve Clin J Med 2001; 68(11):957-960.

(1805)  Mandell BF. COX-2 inhibitors: balancing the hope, the hype, and the concern. Cleve Clin J Med 2001; 68(11):899.

(1806)  Mandell BF. The Vioxx withdrawal: latest in the COX-2 controversies. Cleve Clin J Med 2004; 71(11):841-842.

(1807)  Mandl LA, Liang MH, Fisman DN. Cost-effectiveness of competing strategies for management of knee osteoarthritis [ABSTRACT 1564]. Arthritis Rheum 2002; 46(9 Suppl.):S582-Abstr. 1564.

(1808)  Mangru J, Kumar S, Peloso PM. Is acetaminophen truly safe and effective in OA of the hip and knee?  A best evidence synthesis. Arthritis Rheum 2003; 48(9 Suppl.):S80-S81, Abstr. 90.

KS-000941

(1809)   Mann B, Hartner A, Jensen BL et al. Acute upregulation of COX-2 by renal artery stenosis. Am J Physiol Renal Physiol 2001; 280(1):F119-F125.

(1810)   Manoria P, Manoria PC. COX-2 inhibitors and heart. Indian Heart J 2005; 57(6):772-777.

(1811)   Manthous CA. The Vioxx debacle revisited. Am J Med 2005; 118(9):1056-1057.

(1812)   Mao B, Abrahim A, Ge Z et al. Examination of rofecoxib solution decomposition under alkaline and photolytic stress conditions. J Pharm Biomed Anal 2002; 28(6):1101-1113.

(1813)   Marchetta F, Degli EE, Buda S. Pharmacoepidemiological profile of patients treated for osteoarthritis [ABSTRACT SAT0248]. Ann Rheum Dis 2001; 60(1 Suppl.):CD ABSTRACT SAT0248.

(1814)   Marcus AJ, Broekman MJ, Pinsky DJ. COX inhibitors and thromboregulation. N Engl J Med 2002; 347(13):1025-1026.

(1815)   Mardini IA, FitzGerald GA. Selective inhibitors of cyclooxygenase-2: a growing class of anti-inflammatory drugs. Mol Interv 2001; 1(1):30-38.

(1816)   Marentette MA, Attard C, Pellissier JM, Kong SX, Sauvageau C. Economic analysis of rofecoxib versus NSAIDs: comparison across different provinces in Canada [ABSTRACT SAT0230]. Ann Rheum Dis 2001; 60(1 Suppl.):CD ABSTRACT SAT0230.

(1817)   Margolis KL, Manson JE, Greenland P et al. Leukocyte count as a predictor of cardiovascular events and mortality in postmenopausal women: the Women's Health Initiative Observational Study. Arch Intern Med 2005; 165(5):500-508.

(1818)   Margulis V, Matsumoto ED, Tunc L, Taylor G, Duchenne D, Cadeddu JA. Effect of warmed, humidified insufflation gas and anti-inflammatory agents on cytokine response to laparoscopic nephrectomy: porcine model. J Urol 2005; 174(4 Pt 1):1452-1456.

(1819)   Marini U, Spotti D, Magni E, Monti T. Double-Blind Endoscopic Study Comparing the Effect of Nimesulide and Placebo on Gastric Mucosa of Dyspeptic Subjects. Drug Invest 1990; 2(3):162-166.

(1820)   Mark DH. Deaths attributable to obesity. JAMA 2005; 293(15):1918-1919.

(1821)   Markus R, Reddick ME, Rubenstein MC. Rofecoxib-induced pseudoporphyria. J Am Acad Dermatol 2004; 50(4):647-648.

(1822)   Marris E. Suppressed study raises spectre of flawed drug regulation in US. Nature 2004; 432(7017):537.

(1823)   Marshall JK, Pellissier JM, Attard CL, Kong SX, Marentette MA. Incremental cost-effectiveness analysis comparing rofecoxib with nonselective NSAIDs in osteoarthritis: Ontario Ministry of Health perspective. Pharmacoeconomics 2001; 19(10):1039-1049.

(1824)   Marshall LL. Angioedema associated with aspirin and rofecoxib. Ann Pharmacother 2005; 39(5):944-948.

(1825)   Martin-Garcia C, Hinojosa M, Berges P et al. Safety of a cyclooxygenase-2 inhibitor in patients with aspirin-sensitive asthma. Chest 2002; 121(6):1812-1817.

(1826)   Martin AR, Villegas I, La CC, arcon de la LC. The cyclo-oxygenase-2 inhibitor, rofecoxib, attenuates mucosal damage due to colitis induced by trinitrobenzene sulphonic acid in rats. Eur J Pharmacol 2003; 481(2-3):281-291.

(1827)   Martin AR, Villegas I, arcon de la LC. The COX-2 inhibitor, rofecoxib, ameliorates dextran sulphate sodium induced colitis in mice. Inflamm Res 2005; 54(4):145-151.

(1828)   Martinez-Gonzalez J, Escudero I, Badimon L. Simvastatin potenciates PGI(2) release induced by HDL in human VSMC: effect on Cox-2 up-regulation and MAPK signalling pathways activated by HDL. Atherosclerosis 2004; 174(2):305-313.

(1829)   Maseri A. Inflammation, atherosclerosis, and ischemic events -- exploring the hidden side of the moon. N Engl J Med 1997; 336(14):1014-1016.

(1830)   Masferrer JL, Zweifel BS, Manning PT et al. Selective inhibition of inducible cyclooxygenase 2 in vivo is antiinflammatory and nonulcerogenic. Proc Natl Acad Sci U S A 1994; 91(8):3228-3232.

KS-000942

(1831)   Masferrer JL, Isakson PC, Seibert K. Cyclooxygenase-2 inhibitors: a new class of anti-inflammatory agents that spare the gastrointestinal tract. Gastroenterol Clin North Am 1996; 25(2):363-372.

(1832)   Mason RP, Walter MF, McNulty HP et al. Rofecoxib increases susceptibility of human LDL and membrane lipids to oxidative damage: a mechanism of cardiotoxicity. J Cardiovasc Pharmacol 2006; 47 Suppl 1:S7-14.

(1833)   Massberg S, Brand K, Gruner S et al. A critical role of platelet adhesion in the initiation of atherosclerotic lesion formation. J Exp Med 2002; 196(7):887-896.

(1834)   Massy ZA, Swan SK. Cyclooxygenase-2 and atherosclerosis: friend or foe? Nephrol Dial Transplant 2001; 16(12):2286-2289.

(1835)   Matchaba P, Gitton X, Krammer G et al. Cardiovascular safety of lumiracoxib: a meta-analysis of all randomized controlled trials > or =1 week and up to 1 year in duration of patients with osteoarthritis and rheumatoid arthritis. Clin Ther 2005; 27(8):1196-1214.

(1836)   Matheson AJ, Figgitt DP. Rofecoxib: a review of its use in the management of osteoarthritis, acute pain and rheumatoid arthritis. Drugs 2001; 61(6):833-865.

(1837)   Mathew NT, Kailasam J, Fischer A. Early intervention using rofecoxib alone, rizatriptan alone and combination of rizatriptan and rofecoxib in acute migraine. Cephalalgia 2001; 21(4):425.

(1838)   Matson DJ, Broom DC, Carson SR, Baldassari J, Kehne J, Cortright DN. Inflammation-induced reduction of spontaneous activity by adjuvant: A novel model to study the effect of analgesics in rats. J Pharmacol Exp Ther 2007; 320(1):194-201.

(1839)   Matthews CZ, Woolf EJ, Matuszewski BK. Improved procedure for the the determination of rofecoxib in human plasma involving 96-well solid-phase extraction and fluorescence detection. J Chromatogr A 2002; 949(1-2):83-89.

(1840)   Matucci A, Rossi O, Cecchi L et al. Rofecoxib a new alternative in patients with intolerance to NSAIDs [ABSTRACT 709]. Allergy 2001; 56(68 Suppl.):222-223.

(1841)   Matucci A, Parronchi P, Vultaggio A et al. Partial safety of the new COX-2 inhibitor rofecoxib in NSAIDs high sensitive patients. Allergy 2004; 59(10):1133-1134.

(1842)   Maxwell SR, Webb DJ. COX-2 selective inhibitors--important lessons learned. Lancet 2005; 365(9458):449-451.

(1843)   Mayan H, Gurevitz O, Farfel Z. Successful treatment by cyclooxyenase-2 inhibitor of refractory hypokalemia in a patient with Gitelman's syndrome. Clin Nephrol 2002; 58(1):73-76.

(1844)   Mayor S. Merck cleared in personal injury case against Vioxx. BMJ 2005; 331(7525):1101.

(1845)   Mazario J, Gaitan G, Herrero JF. Cyclooxygenase-1 vs. cyclooxygenase-2 inhibitors in the induction of antinociception in rodent withdrawal reflexes. Neuropharmacology 2001; 40(7):937-946.

(1846)   McAdam BF, Catella-Lawson F, Mardini IA, Kapoor S, Lawson JA, FitzGerald GA. Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: the human pharmacology of a selective inhibitor of COX-2. Proc Natl Acad Sci U S A 1999; 96(1):272-277.

(1847)   McAdam BF, Catella-Lawson F, Mardini IA, Kapoor S, Lawson JA, FitzGerald GA. Correction: Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: The human pharmacology of a selective inhibitor of COX-2. Proc Natl Acad Sci U S A 1999; 96:5890.

(1848)   McAdam BF, Mardini IA, Habib A et al. Effect of regulated expression of human cyclooxygenase isoforms on eicosanoid and isoeicosanoid production in inflammation. J Clin Invest 2000; 105(10):1473-1482.

(1849)   McAdam BF, Byrne D, Morrow JD, Oates JA. Contribution of cyclooxygenase-2 to elevated biosynthesis of thromboxane A2 and prostacyclin in cigarette smokers. Circulation 2005; 112(7):1024-1029.

(1850)   McCarthy D. Nonsteroidal anti-inflammatory drug-related gastrointestinal toxicity: definitions and epidemiology. Am J Med 1998; 105(5A):3S-9S.

KS-000943

(1851)  McCartney SA, Vojnovic I, Farthing MJG, Warner TD. Nonsteroidal drug (NSAID)-induced fall in HT-29 cell viability correlates with potency to inhibit cyclooxygenase (COX) 1: use of COX-2 selective inhibitors [ABSTRACT G2642]. Gastroenterology 1998; 114(4 Pt. 2):A641-Abstr. G2642.

(1852)  McCartney SA, Farthing MJG, Warner TD. Inhibition of COX-2 does not correlate with ability to induce apoptosis in HT-29 cells [ABSTRACT G1757]. Gastroenterology 1999; 116(4 Pt. 2):A401-Abstr. G1757.

(1853)  McCartney SA, Mitchell JA, Warner TD, Farthing MJG. GM-CSF is produced in high concentrations by colonic mucosa from patients with ulcerative colitis and is down regulated by co-incubation with dexamethasone [ABSTRACT G3095]. Gastroenterology 1999; 116(4 Pt. 2):A713-Abstr. G3095.

(1854)  McCartney SA, Mitchell JA, Fairclough PD, Farthing MJ, Warner TD. Selective COX-2 inhibitors and human inflammatory bowel disease. Aliment Pharmacol Ther 1999; 13(8):1115-1117.

(1855)  McClellan M. Drug safety reform at the FDA--pendulum swing or systematic improvement? N Engl J Med 2007; 356(17):1700-1702.

(1856)  McClung MR, Lewiecki EM, Cohen SB et al. Denosumab in postmenopausal women with low bone mineral density. N Engl J Med 2006; 354(8):821-831.

(1857)  McColl GJ. Pharmacological therapies for the treatment of osteoarthritis. Med J Aust 2001; 175 Suppl:S108-S111.

(1858)  McCormack JP, Rangno R. Digging for data from the COX-2 trials. CMAJ 2002; 166(13):1649-1650.

(1859)  McCormick PA, Kennedy F, Curry M, Traynor O. COX 2 inhibitor and fulminant hepatic failure. Lancet 1999; 353(9146):40-41.

(1860)  McCormick SM, Eskin SG, McIntire LV et al. DNA microarray reveals changes in gene expression of shear stressed human umbilical vein endothelial cells. Proc Natl Acad Sci U S A 2001; 98(16):8955-8960.

(1861)  McCulloch J, Kelly PA, Grome JJ, Pickard JD. Local cerebral circulatory and metabolic effects of indomethacin. Am J Physiol 1982; 243(3):H416-H423.

(1862)  McGeer PL. Cyclo-oxygenase-2 inhibitors: rationale and therapeutic potential for Alzheimer's disease. Drugs Aging 2000; 17(1):1-11.

(1863)  McGeer PL, McGeer EG, Yasojima K. Expression of COX-1 and COX-2 mRNAs in atherosclerotic plaques. Exp Gerontol 2002; 37(7):925-929.

(1864)  McGettigan P, Han P, Henry D. Cyclooxygenase-2 inhibitors and coronary occlusion--exploring dose-response relationships. Br J Clin Pharmacol 2006; 62(3):358-365.

(1865)  McGettigan P, Henry D. Cardiovascular risk and inhibition of cyclooxygenase: a systematic review of the observational studies of selective and nonselective inhibitors of cyclooxygenase 2. JAMA 2006; 296(13):1633-1644.

(1866)  McKenna F, Weaver A, Fiechtner JJ, Bello AE, Fort JG. COX-2 Specific Inhibitors in the Management of Osteoarthritis of the Knee: A Placebo-Controlled, Randomized, Double-Blind Study. J Clin Rheumatol 2001; 7(3):151-159.

(1867)  McLaughlin N. Out of sight. Pharmaceutical industry temporarily replaces hospitals as target. Mod Healthc 2004; 34(42):26.

(1868)  McLean B. A bitter pill for one Merck critic. Fortune 2004; 150(12):58.

(1869)  McLean TR. Discontinuation of Vioxx. Lancet 2005; 365(9453):25-28.

(1870)  McMahon JA, Green TJ, Skeaff CM, Knight RG, Mann JI, Williams SM. A controlled trial of homocysteine lowering and cognitive performance. N Engl J Med 2006; 354(26):2764-2772.

(1871)  McMurray RW, Hardy KJ. Cox-2 inhibitors: today and tomorrow. Am J Med Sci 2002; 323(4):181-189.

(1872)  McNamara P, FitzGerald GA. Smoking-induced vascular disease: a new twist on an old theme. Circ Res 2001; 89(7):563-565.

KS-000944