(1873)   McWhorter J, Carlan SJ, OLeary TD, Richichi K, OBrien WF. Rofecoxib versus magnesium sulfate to arrest preterm labor: a randomized trial. Obstet Gynecol 2004; 103(5 Pt 1):923-930.

(1874)   Meade EA, Smith WL, Dewitt DL. Differential inhibition of prostaglandin endoperoxide synthase (cyclooxygenase) isozymes by aspirin and other non-steroidal anti-inflammatory drugs. J Biol Chem 1993; 268(9):6610-6614.

(1875)   Meagher EA. Balancing gastroprotection and cardioprotection with selective cyclo-oxygenase-2 inhibitors: clinical implications. Drug Saf 2003; 26(13):913-924.

(1876)   Meagher EA. Cardiovascular and renovascular implications of COX-2 inhibition. Curr Pharm Des 2004; 10(6):603-611.

(1877)   Medeiros R, Otuki MF, Avellar MC, Calixto JB. Mechanisms underlying the inhibitory actions of the pentacyclic triterpene alpha-amyrin in the mouse skin inflammation induced by phorbol ester 12-O-tetradecanoylphorbol-13-acetate. Eur J Pharmacol 2007; 559(2-3):227-235.

(1878)   Meechan J. COX-2 inhibitors and pain after oral surgery - pertinent papers 2002-2003. Br J Oral Maxillofac Surg 2006; 44(2):163-165.

(1879)   Mehlisch DR, Hubbard RC, Isakson P, Karim A, Weaver M, Mills S. Analgesic efficacy and plasma levels of a highly selective inhibitor of COX-2 (SC-58635; SC) in patients with post-surgical dental pain. Clin Pharmacol Ther 1997; 61(2):195.

(1880)   Mehlisch DR, Mills S, Sandler M et al. Ex vivo assay of COX-2 inhibition predicts analgesic efficacy in post-surgical dental pain with MK-966  [ABSTRACT PI-8]. Clin Pharmacol Ther 1998; 63(2):139-Abstr. PI-8.

(1881)   Mehlisch DR, Chang DJ, Krupa D, Polis AB, Petruschke RA, Geba GP. A meta-analysis of analgesic efficacy of rofecoxib 50 mg from 13 clinical studies [ABSTRACT SAT0055]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr SAT0055.

(1882)   Mehta JL. Salutary effects of aspirin in coronary artery disease are not limited to its platelet inhibitory effects. Clin Cardiol 1998; 21(12):879-884.

(1883)   Meir K, Leitersdorf E, Hennekens CH. Inflammation in atherosclerosis: causal or casual? The need for randomized trials. Am Heart J 2003; 146(2):199-202.

(1884)   Mello MM, Clarridge BR, Studdert DM. Academic medical centers' standards for clinical-trial agreements with industry. N Engl J Med 2005; 352(21):2202-2210.

(1885)   Mengle-Gaw L, Hubbard RC, Karim A et al. A Study of the Platelet Effects of SC-58635, A Novel COX-2-Selective Inhibitor. [ABSTRACT 374]. Arthritis Rheum 1997; 40(9 Suppl.):Abstr. 374.

(1886)   Merkus D, Houweling B, Zarbanoui A, Duncker DJ. Interaction between prostanoids and nitric oxide in regulation of systemic, pulmonary, and coronary vascular tone in exercising swine. Am J Physiol Heart Circ Physiol 2004; 286(3):H1114-H1123.

(1887)   Merlie JP, Fagan D, Mudd J, Needleman P. Isolation and characterization of the complementary DNA for sheep seminal vesicle prostaglandin endoperoxide synthase (cyclooxygenase). J Biol Chem 1988; 263(8):3550-3553.

(1888)   Mersfelder TL, Stewart LR. Warfarin and celecoxib interaction. Ann Pharmacother 2000; 34(3):325-327.

(1889)   Messerli FH, Sichrovsky T. Does the pro-hypertensive effect of cyclooxygenase-2 inhibitors account for the increased risk in cardiovascular disease? Am J Cardiol 2005; 96(6):872-873.

(1890)   Metzner J, Popp L, Marian C et al. The effects of COX-2 selective and non-selective NSAIDs on the initiation and progression of atherosclerosis in ApoE(-/-) mice. J Mol Med 2007; 85(6):623-633.

(1891)   Meyer C, Gahler R. Central retinal vein occlusion in a patient with rheumatoid arthritis taking rofecoxib. Lancet 2002; 360(9339):1100.

(1892)   Meyer CR. Professional pill pusher. Minn Med 2005; 88(3):4.

(1893)   Meyer R. Rofecoxib reduces perioperative morphine consumption for abdominal hysterectomy and laparoscopic gastric banding. Anaesth Intensive Care 2002; 30(3):389-390.

KS-000945

(1894)   Meyerhoff J. Rofecoxib, 25 mg/d, was more effective than rofecoxib, 12.5 mg/d, celecoxib, or acetaminophen in osteoarthritis of the knee. ACP J Club 2002; 137(1):26.

(1895)   Michael HC, Sindet-Pederson S, Seymour RA et al. Analgesic efficacy of the cyclooxygenase-inhibiting nitric oxide donor AZD3582 in postoperative dental pain: Comparison with naproxen and rofecoxib in two randomized, double-blind, placebo-controlled studies. Clin Ther 2006; 28(9):1279-1295.

(1896)   Michaels D. Doubt is their product. Sci Am 2005; 292(6):96-101.

(1897)   Michaud K, Wolfe F, Pettitt D, Burke T, Zhao S. Patients remain on COX-2 NSAIDs longer than non-specific NSAIDs: a measure of comparative drug effectiveness. Ann Rheum Dis 2002; 61(1 Suppl.):53-54.

(1898)   Michaux C, Charlier C. Structural approach for COX-2 inhibition. Mini Rev Med Chem 2004; 4(6):603-615.

(1899)   Michaux C, de L, X, Julemont F, Dogne JM, Pirotte B, Durant F. Structure-based pharmacophore of COX-2 selective inhibitors and identification of original lead compounds from 3D database searching method. Eur J Med Chem 2006; 41(12):1446-1455.

(1900)   Michelson AD, Barnard MR, Krueger LA, Valeri CR, Furman MI. Circulating monocyte-platelet aggregates are a more sensitive marker of in vivo platelet activation than platelet surface P-selectin: studies in baboons, human coronary intervention, and human acute myocardial infarction. Circulation 2001; 104(13):1533-1537.

(1901)   Micklewright R, Lane S, Linley W, McQuade C, Thompson F, Maskrey N. Review article: NSAIDs, gastroprotection and cyclo-oxygenase-II-selective inhibitors. Aliment Pharmacol Ther 2003; 17(3):321-332.

(1902)   Mikkelsen S, Hilsted KL, Andersen PJ et al. The effect of gabapentin on post-operative pain following tonsillectomy in adults. Acta Anaesthesiol Scand 2006; 50(7):809-815.

(1903)   Miksanek T. Diary from a week in practice. Am Fam Physician 2001; 64(9):1547-1548.

(1904)   Miller JL. Decisions loom on selective COX-2 inhibitors. Am J Health Syst Pharm 1999; 56(2):106-107.

(1905)   Miller JL. Second selective COX-2 inhibitor receives marketing approval. Am J Health Syst Pharm 1999; 56(13):1294.

(1906)   Miller Q, Losken A, Harre JG, Bird ME. Rofecoxib does not adversely affect skin graft survival in a rat model. Curr Surg 2004; 61(2):227-230.

(1907)   Milvio C. Treatment of Influenza Syndrome: A Double-Blind Controlled Trial of Nimesulide v. Aspirin. Clin Trials J 1985; 22(1):111-117.

(1908)   Minore G, Pederzoli M, DeBenedictis E. Follow-up of subjects with negative oral challenge test for nimesulide [ABSTRACT 152]. Allergy 2000; 55(63 Suppl.):50.

(1909)   Minuz P, Patrignani P, Gaino S et al. Increased oxidative stress and platelet activation in patients with hypertension and renovascular disease. Circulation 2002; 106(22):2800-2805.

(1910)   Minuz P, Patrignani P, Gaino S et al. Determinants of platelet activation in human essential hypertension. Hypertension 2004; 43(1):64-70.

(1911)   Miralles M, Wester W, Sicard GA, Thompson R, Reilly JM. Indomethacin inhibits expansion of experimental aortic aneurysms via inhibition of the cox2 isoform of cyclooxygenase. J Vasc Surg 1999; 29(5):884-892.

(1912)   Mishra P, Palaian S. Withdrawal of rofecoxib - a wake up call for drug safety. Kathmandu Univ Med J (KUMJ ) 2004; 2(4):360.

(1913)   Misra UK, Kalita J, Jose M. Rofecoxib vs ibuprofen for acute treatment of migraine: a randomized placebo control trial. Cephalalgia 2002; 22(1 Suppl.):7.

(1914)   Misra UK, Jose M, Kalita J. Rofecoxib versus ibuprofen for acute treatment of migraine: a randomised placebo controlled trial. Postgrad Med J 2004; 80(950):720-723.

KS-000946

(1915)   Mitchell JA, Akarasereenont P, Thiemermann C, Flower RJ, Vane JR. Selectivity of nonsteroidal antiinflammatory drugs as inhibitors of constitutive and inducible cyclooxygenase. Proc Natl Acad Sci U S A 1993; 90(24):11693-11697.

(1916)   Mitchell JA, Warner TD. Cyclo-oxygenase-2: pharmacology, physiology, biochemistry and relevance to NSAID therapy. Br J Pharmacol 1999; 128(6):1121-1132.

(1917)   Mitchell JA, Warner TD. COX isoforms in the cardiovascular system: understanding the activities of non-steroidal anti-inflammatory drugs. Nat Rev Drug Discov 2006; 5(1):75-86.

(1918)   Mitchell JA, Lucas R, Vojnovic I, Hasan K, Pepper JR, Warner TD. Stronger inhibition by nonsteroid anti-inflammatory drugs of cyclooxygenase-1 in endothelial cells than platelets offers an explanation for increased risk of thrombotic events. FASEB J 2006; 20(14):2468-2475.

(1919)   Mittmann N, Knowles SR, Gomez M, Fish JS, Cartotto R, Shear NH. Evaluation of the extent of under-reporting of serious adverse drug reactions: the case of toxic epidermal necrolysis. Drug Saf 2004; 27(7):477-487.

(1920)   Miyata A, Hara S, Yokoyama C, Inoue H, Ullrich V, Tanabe T. Molecular cloning and expression of human prostacyclin synthase. Biochem Biophys Res Commun 1994; 200(3):1728-1734.

(1921)   Mizuno H, Sakamoto C, Matsuda K et al. Induction of cyclooxygenase 2 in gastric mucosal lesions and its inhibition by the specific antagonist delays healing in mice. Gastroenterology 1997; 112(2):387-397.

(1922)   Modica M, Vanhems P, Tebib J. Comparison of conventional NSAIDs and cyclooxygenase-2 inhibitors in outpatients. Joint Bone Spine 2005; 72(5):397-402.

(1923)   Mohapatra PR, Janmeja AK. The Vioxx debacle revisited. Am J Med 2005; 118(9):1058.

(1924)   Mohseni H, Zaslau S, McFadden D, Riggs DR, Jackson BJ, Kandzari S. COX-2 inhibition demonstrates potent anti-proliferative effects on bladder cancer in vitro. J Surg Res 2004; 119(2):138-142.

(1925)   Moinzadeh A, Mourtzinos A, Triaca V, Hamawy KJ. A randomized double-blind prospective study evaluating patient tolerance of transrectal ultrasound-guided biopsy of the prostate using prebiopsy rofecoxib. Urology 2003; 62(6):1054-1057.

(1926)   Molony DA. Review: rofecoxib increases renal events and arrhythmia, but a COX-2-inhibitor class effect does not exist. ACP J Club 2007; 146(1):25.

(1927)   Monakier D, Mates M, Klutstein MW et al. Rofecoxib, a COX-2 inhibitor, lowers C-reactive protein and interleukin-6 levels in patients with acute coronary syndromes. Chest 2004; 125(5):1610-1615.

(1928)   Moncada S, Gryglewski R, Bunting S, Vane JR. An enzyme isolated from arteries transforms prostaglandin endoperoxides to an unstable substance that inhibits platelet aggregation. Nature 1976; 263(5579):663-665.

(1929)   Moncada S, Herman AG, Higgs EA, Vane JR. Differential formation of prostacyclin (PGX or PGI2) by layers of the arterial wall. An explanation for the anti-thrombotic properties of vascular endothelium. Thromb Res 1977; 11(3):323-344.

(1930)   Moncada S, Higgs EA, Vane JR. Human arterial and venous tissues generate prostacyclin (prostaglandin x), a potent inhibitor of platelet aggregation. Lancet 1977; 1(8001):18-20.

(1931)   Moncada S, Vane JR. Mode of action of aspirin-like drugs. Adv Intern Med 1979; 24:1-22.

(1932)   Moncada S. Eighth Gaddum Memorial Lecture. University of London Institute of Education, December 1980. Biological importance of prostacyclin. Br J Pharmacol 1982; 76(1):3-31.

(1933)   Monsuez JJ. [Specific cyclo-oxygenase-2 inhibitors in cardiovascular pathology]. Arch Mal Coeur Vaiss 2004; 97(6):632-640.

(1934)   Montalescot G, White HD, Gallo R et al. Enoxaparin versus unfractionated heparin in elective percutaneous coronary intervention. N Engl J Med 2006; 355(10):1006-1017.

KS-000947

(1935)   Montalvo S, Davila I, Laffond E, Moreno E, Lorente F. TOLERANCIA DE ROFECOXIB EN PACIENTES CON REACCIONES A AINES - [Rofecoxib tolerance in patients with NSAID-induced reactions] **[ABSTRACT]**. Alergol Inmunol Clin 2003; 18(4):214-216.

(1936)   Montuschi P, Macagno F, Parente P et al. Effects of cyclo-oxygenase inhibition on exhaled eicosanoids in patients with COPD. Thorax 2005; 60(10):827-833.

(1937)   Moore A, Phillips C, Hunsche E, Pellissier J, Crespi S. Economic evaluation of etoricoxib versus non-selective NSAIDs in the treatment of osteoarthritis and rheumatoid arthritis patients in the UK. Pharmacoeconomics 2004; 22(10):643-660.

(1938)   Moore DA, Evans CA, Gilman RH et al. Microscopic-observation drug-susceptibility assay for the diagnosis of TB. N Engl J Med 2006; 355(15):1539-1550.

(1939)   Moore PA, Hersh EV. Celecoxib and rofecoxib. The role of COX-2 inhibitors in dental practice. J Am Dent Assoc 2001; 132(4):451-456.

(1940)   Moore PA, Brar P, Smiga ER, Costello BJ. Preemptive rofecoxib and dexamethasone for prevention of pain and trismus following third molar surgery *. Oral Surg Oral Med Oral Pathol Oral Radiol Endod 2005; 99(2):E1-E7.

(1941)   Moore RA, Derry S, Makinson GT, McQuay HJ. Tolerability and adverse events in clinical trials of celecoxib in osteoarthritis and rheumatoid arthritis: systematic review and meta-analysis of information from company clinical trial reports. Arthritis Res Ther 2005; 7(3):R644-R665.

(1942)   Moore RA, Edwards JE, McQuay HJ. Acute pain: individual patient meta-analysis shows the impact of different ways of analysing and presenting results. Pain 2005; 116(3):322-331.

(1943)   Moore TJ, Psaty BM, Furberg CD. Time to act on drug safety. JAMA 1998; 279(19):1571-1573.

(1944)   Moppett IK, Davies JA, Mahajan RP. Non-selective and cyclo-oxygenase-2-specific non-steroidal anti-inflammatory drugs impair the hyperaemic response of skin to brief axillary artery occlusion. Br J Anaesth 2003; 91(3):353-356.

(1945)   Mor M, Niv G, Niv Y. Patient retention in a clinical trial: a lesson from the rofecoxib (VIOXX) study. Dig Dis Sci 2006; 51(7):1175-1178.

(1946)   Morales Serna JC, Fernandez Gallardo LC. Introduccion de rofecoxib en atencion primaria: influencia sobre la prescripcion del grupo de antiinflamatorios no esteroideos [Rofecoxib's introduction in primary care: influence on the prescription of the non-steroidal anti-inflammatories group]. Atencion Farmaceutica 2001; 3(5):344-349.

(1947)   Morales E, Mucksavage JJ. Cyclooxygenase-2 inhibitor-associated acute renal failure: case report with rofecoxib and review of the literature. Pharmacotherapy 2002; 22(10):1317-1321.

(1948)   Moreau A, Chen QH, Praveen Rao PN, Knaus EE. Design, synthesis, and biological evaluation of (E)-3-(4-methanesulfonylphenyl)-2-(aryl)acrylic acids as dual inhibitors of cyclooxygenases and lipoxygenases. Bioorg Med Chem 2006; 14(23):7716-7727.

(1949)   Moreau M, Daminet S, Martel-Pelletier J, Fernandes J, Pelletier JP. Superiority of the gastroduodenal safety profile of licofelone over rofecoxib, a COX-2 selective inhibitor, in dogs. J Vet Pharmacol Ther 2005; 28(1):81-86.

(1950)   Moreira A, Rodrigues J, Fonseca J, Vaz M. Is atopy associated with severe NSAID idiosyncratic reactions? [ABSTRACT 847]. Allergy 2002; 57(73 Suppl.):247.

(1951)   Moride Y, Ducruet T, Rochon S, Lavoie F. Persistency of use of COX-2-specific inhibitors and non-specific non-steroidal anti-inflammatory drugs (NSAIDs) in Quebec. Rheumatology (Oxford) 2003; 42 Suppl 3:iii17-iii22.

(1952)   Moride Y, Ducruet T, Boivin JF, Moore N, Perreault S, Zhao S. Prescription channeling of COX-2 inhibitors and traditional nonselective nonsteroidal anti-inflammatory drugs: a population-based case-control study. Arthritis Res Ther 2005; 7(2):R333-R342.

(1953)   Morita I. Distinct functions of COX-1 and COX-2. Prostaglandins Other Lipid Mediat 2002; 68-69:165-175.

(1954)   Morre DJ, Morre DM. tNOX, an alternative target to COX-2 to explain the anticancer activities of non-steroidal anti-inflammatory drugs (NSAIDS). Mol Cell Biochem 2006; 283(1-2):159-167.

KS-000948

(1955)  Morrison BW, Christensen S, Yuan W, Brown J, Amlani S, Seidenberg B. Analgesic efficacy of the cyclooxygenase-2-specific inhibitor rofecoxib in post-dental surgery pain: a randomized, controlled trial. Clin Ther 1999; 21(6):943-953.

(1956)  Morrison BW, Daniels SE, Kotey P, Cantu N, Seidenberg B. Rofecoxib, a specific cyclooxygenase-2 inhibitor, in primary dysmenorrhea: a randomized controlled trial. Obstet Gynecol 1999; 94(4):504-508.

(1957)  Morrison BW, Fricke J, Brown J, Yuan W, Kotey P, Mehlisch D. The optimal analgesic dose of rofecoxib: Overview of six randomized controlled trials. J Am Dent Assoc 2000; 131(12):1729-1737.

(1958)  Morrow JD, Frei B, Longmire AW et al. Increase in circulating products of lipid peroxidation (F2-isoprostanes) in smokers. Smoking as a cause of oxidative damage. N Engl J Med 1995; 332(18):1198-1203.

(1959)  Morse Z, Tump A, Kevelham E. Ibuprofen as a pre-emptive analgesic is as effective as rofecoxib for mandibular third molar surgery. Odontology 2006; 94(1):59-63.

(1960)  Moses H, III, Dorsey ER, Matheson DH, Thier SO. Financial anatomy of biomedical research. JAMA 2005; 294(11):1333-1342.

(1961)  Moskowitz RW. The role of anti-inflammatory drugs in the treatment of osteoarthritis: a United States viewpoint. Clin Exp Rheumatol 2001; 19(6 Suppl 25):S3-S8.

(1962)  Moskowitz RW, Jones JB. Valdecoxib 10 mg demonstrates a rapid onset of action following a single dose in patients with OA of the knee in a flare state [ABSTRACT FRI0277]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr FRI0277.

(1963)  Moskowitz RW, Cawkwell G. A double-blind, placebo-controlled, randomized 2-week study of valdecoxib 10 mg qd and rofecoxib 25 mg qd in relieving the signs and symptoms of osteoarthritis of the knee in flare [ABSTRACT 77]. Arthritis Rheum 2003; 48(9 Suppl.):S76-Abstr. 77.

(1964)  Moskowitz RW, Sunshine A, Hooper M, Olson NZ, Cawkwell GD. An analgesic model for assessment of acute pain response in osteoarthritis of the knee. Osteoarthritis Cartilage 2006; 14(11):1111-1118.

(1965)  Motilva V, arcon de la LC, Bruseghini L, Manuel HJ, Sanchez-Fidalgo S. COX expression and PGE(2) and PGD(2) production in experimental acute and chronic gastric lesions. Int Immunopharmacol 2005; 5(2):369-379.

(1966)  Motsko SP, Rascati KL, Busti AJ et al. Temporal relationship between use of NSAIDs, including selective COX-2 inhibitors, and cardiovascular risk. Drug Saf 2006; 29(7):621-632.

(1967)  Moulton KS, Heller E, Konerding MA, Flynn E, Palinski W, Folkman J. Angiogenesis inhibitors endostatin or TNP-470 reduce intimal neovascularization and plaque growth in apolipoprotein E-deficient mice. Circulation 1999; 99(13):1726-1732.

(1968)  Moynihan R. Who pays for the pizza? Redefining the relationships between doctors and drug companies. 1: entanglement. BMJ 2003; 326(7400):1189-1192.

(1969)  Mukai Y, Shimokawa H, Higashi M et al. Inhibition of renin-angiotensin system ameliorates endothelial dysfunction associated with aging in rats. Arterioscler Thromb Vasc Biol 2002; 22(9):1445-1450.

(1970)  Mukherjee D, Nissen SE, Topol EJ. Risk of cardiovascular events associated with selective COX-2 inhibitors. JAMA 2001; 286(8):954-959.

(1971)  Mukherjee D, Nissen SE, Topol EJ. Cox-2 inhibitors and cardiovascular risk: we defend our data and suggest caution. Cleve Clin J Med 2001; 68(11):963-964.

(1972)  Mukherjee D. Selective cyclooxygenase-2 (COX-2) inhibitors and potential risk of cardiovascular events. Biochem Pharmacol 2002; 63(5):817-821.

(1973)  Mukherjee D, Nissen SE, Topol EJ. Lack of cardioprotective effect of naproxen. Arch Intern Med 2002; 162(22):2637-2639.

(1974)  Mukherjee D, Topol EJ. Cox-2: where are we in 2003? - Cardiovascular risk and Cox-2 inhibitors. Arthritis Res Ther 2003; 5(1):8-11.

**KS-000949**

(1975) Mukherjee D, Topol EJ. Pharmaceutical advertising versus research spending: are profits more important than patients? Am Heart J 2003; 146(4):563-564.

(1976) Muller-Decker K. [Cyclooxygenases in the skin]. J Dtsch Dermatol Ges 2004; 2(8):668-675.

(1977) Muller N, Riedel M, Scheppach C et al. Beneficial antipsychotic effects of celecoxib add-on therapy compared to risperidone alone in schizophrenia. Am J Psychiatry 2002; 159(6):1029-1034.

(1978) Muller N, Strassnig M, Schwarz MJ, Ulmschneider M, Riedel M. COX-2 inhibitors as adjunctive therapy in schizophrenia. Expert Opin Investig Drugs 2004; 13(8):1033-1044.

(1979) Mullis BH, Copland ST, Weinhold PS, Miclau T, Lester GE, Bos GD. Effect of COX-2 inhibitors and non-steroidal anti-inflammatory drugs on a mouse fracture model. Injury 2006; 37(9):827-837.

(1980) Munoz-Bellido FJ, Terron M, Leon A. Safety of rofecoxib in nonsteroidal anti-inflammatory drugs intolerance. Allergy 2003; 58(10):1072-1075.

(1981) Munro JM, Cotran RS. The pathogenesis of atherosclerosis: atherogenesis and inflammation. Lab Invest 1988; 58(3):249-261.

(1982) Murabito JM, Pencina MJ, Nam BH et al. Sibling cardiovascular disease as a risk factor for cardiovascular disease in middle-aged adults. JAMA 2005; 294(24):3117-3123.

(1983) Murad F. Shattuck Lecture. Nitric oxide and cyclic GMP in cell signaling and drug development. N Engl J Med 2006; 355(19):2003-2011.

(1984) Muralee S, Bober D, Tampi R. Delirium From the COX-2 inhibitor refecoxib. Psychosomatics 2004; 45(4):361-363.

(1985) Murata T, Ushikubi F, Matsuoka T et al. Altered pain perception and inflammatory response in mice lacking prostacyclin receptor. Nature 1997; 388(6643):678-682.

(1986) Murnaghan M, Li G, Marsh DR. Nonsteroidal anti-inflammatory drug-induced fracture nonunion: an inhibition of angiogenesis? J Bone Joint Surg Am 2006; 88 Suppl 3:140-147.

(1987) Murphey LJ, Williams MK, Sanchez SC et al. Quantification of the major urinary metabolite of PGE2 by a liquid chromatographic/mass spectrometric assay: determination of cyclooxygenase-specific PGE2 synthesis in healthy humans and those with lung cancer. Anal Biochem 2004; 334(2):266-275.

(1988) Murphy G, DeTora L, Lee M, Gertz B. Effects of rofecoxib and ibuprofen on bone mineral density (BMD) and biochemical indices of bone turnover in patients with osteoarthritis [ABSTRACT FRI0226]. Ann Rheum Dis 2003; 62(1 Suppl.):Abst FRI0226.

(1989) Murphy MG, Kivitz AJ, Rofecoxib Bone Study Group et al. The Effects of Rofecoxib, a Cyclooxygenase (COX)-2 Specific Inhibitor, Vs Ibuprofen on Biochemical Indices of Bone Turnover in Patients with Osteoarthritis [ABSTRACT SA133]. J Bone Miner Res 1999; 14(1 Suppl.):S342-Abstr. SA133.

(1990) Murphy VJ, Yang Z, Rorison KA, Baldwin GS. Cyclooxygenase-2-selective antagonists do not inhibit growth of colorectal carcinoma cell lines. Cancer Lett 1998; 122(1-2):25-30.

(1991) Murray S. Health Canada lukewarm on Vioxx panel findings. CMAJ 2005; 173(4):350.

(1992) Murray WM. Inflammation, aspirin, and the risk of cardiovascular disease. N Engl J Med 1997; 337(6):422-424.

(1993) Muscara MN, McKnight W, del SP, Wallace JL. Effect of a nitric oxide-releasing naproxen derivative on hypertension and gastric damage induced by chronic nitric oxide inhibition in the rat. Life Sci 1998; 62(15):L235-L240.

(1994) Muscara MN, McKnight W, Lovren F, Triggle CR, Cirino G, Wallace JL. Antihypertensive properties of a nitric oxide-releasing naproxen derivative in two-kidney, one-clip rats. Am J Physiol Heart Circ Physiol 2000; 279(2):H528-H535.

(1995) Muscara MN, Vergnolle N, Lovren F et al. Selective cyclo-oxygenase-2 inhibition with celecoxib elevates blood pressure and promotes leukocyte adherence. Br J Pharmacol 2000; 129(7):1423-1430.

KS-000950

(1996)   Muscara MN, Lovren F, McKnight W et al. Vasorelaxant effects of a nitric oxide-releasing aspirin derivative in normotensive and hypertensive rats. Br J Pharmacol 2001; 133(8):1314-1322.

(1997)   Myles PS. The pain visual analog scale: linear or nonlinear? Anesthesiology 2004; 100(3):744.

(1998)   Myllykangas-Luosujarvi R, Aho K, Kautiainen H, Isomaki H. Shortening of life span and causes of excess mortality in a population-based series of subjects with rheumatoid arthritis. Clin Exp Rheumatol 1995; 13(2):149-153.

(1999)   Myllykangas-Luosujarvi RA, Aho K, Isomaki HA. Mortality in rheumatoid arthritis. Semin Arthritis Rheum 1995; 25(3):193-202.

(2000)   Myllykangas-Luosujarvi R, Lu HS, Chen SL et al. Comparison of low-dose rofecoxib versus 1000 mg naproxen in patients with osteoarthritis. Results of two randomized treatment trials of six weeks duration. Scand J Rheumatol 2002; 31(6):337-344.

(2001)   Naesdal J, Wilson I. Gastro-duodenal protection in an era of cyclo-oxygenase-2-selective nonsteroidal anti-inflammatory drugs. Eur J Gastroenterol Hepatol 2001; 13(12):1401-1406.

(2002)   Naesdal J, Brown K. NSAID-associated adverse effects and acid control aids to prevent them: a review of current treatment options. Drug Saf 2006; 29(2):119-132.

(2003)   Naesh O, Niles LA, Gilbert JG et al. A randomized, placebo-controlled study of rofecoxib with paracetamol in early post-tonsillectomy pain in adults. Eur J Anaesthesiol 2005; 22(10):768-773.

(2004)   Nageswara RR, Meena S, Raghuram RA. An overview of the recent developments in analytical methodologies for determination of COX-2 inhibitors in bulk drugs, pharmaceuticals and biological matrices. J Pharm Biomed Anal 2005; 39(3-4):349-363.

(2005)   Naghavi M, Libby P, Falk E et al. From vulnerable plaque to vulnerable patient: a call for new definitions and risk assessment strategies: Part I. Circulation 2003; 108(14):1664-1672.

(2006)   Naghavi M, Libby P, Falk E et al. From vulnerable plaque to vulnerable patient: a call for new definitions and risk assessment strategies: Part II. Circulation 2003; 108(15):1772-1778.

(2007)   Naidu PS, Kulkarni SK. Differential effects of cyclooxygenase inhibitors on haloperidol-induced catalepsy. Prog Neuropsychopharmacol Biol Psychiatry 2002; 26(5):819-822.

(2008)   Nair KS, Rizza RA, O'Brien P et al. DHEA in elderly women and DHEA or testosterone in elderly men. N Engl J Med 2006; 355(16):1647-1659.

(2009)   Nair KV, Ganther JM, Valuck RJ, McCollum M, Lewis SJ. Improving formulary compliance with managed care members. Drug Benefit Trends 2002; 14(7):44-46.

(2010)   Naito H, Okumura T, Inoue M, Suzuki Y. Ultrasonic vocalization response elicited in adjuvant-induced arthritic rats as a useful method for evaluating analgesic drugs. Exp Anim 2006; 55(2):125-129.

(2011)   Nakayama M, Uchimura K, Zhu RL et al. Cyclooxygenase-2 inhibition prevents delayed death of CA1 hippocampal neurons following global ischemia. Proc Natl Acad Sci U S A 1998; 95(18):10954-10959.

(2012)   Nakayama T, Soma M, Watanabe Y et al. Splicing mutation of the prostacyclin synthase gene in a family associated with hypertension. Biochem Biophys Res Commun 2002; 297(5):1135-1139.

(2013)   Naldi L, Conforti A, Venegoni M et al. Cutaneous reactions to drugs. An analysis of spontaneous reports in four Italian regions. Br J Clin Pharmacol 1999; 48(6):839-846.

(2014)   Napoli C, D'Armiento FP, Mancini FP et al. Fatty streak formation occurs in human fetal aortas and is greatly enhanced by maternal hypercholesterolemia. Intimal accumulation of low density lipoprotein and its oxidation precede monocyte recruitment into early atherosclerotic lesions. J Clin Invest 1997; 100(11):2680-2690.

(2015)   Napoli C, Pinto A, Cirino G. Pharmacological modulation, preclinical studies, and new clinical features of myocardial ischemic preconditioning. Pharmacol Ther 2000; 88(3):311-331.

KS-000951

(2016)   Narumiya S, FitzGerald GA. Genetic and pharmacological analysis of prostanoid receptor function. J Clin Invest 2001; 108(1):25-30.

(2017)   Nauck F, Ostgathe C, Klaschik E et al. Drugs in palliative care: results from a representative survey in Germany. Palliat Med 2004; 18(2):100-107.

(2018)   Navarro VJ, Senior JR. Drug-related hepatotoxicity. N Engl J Med 2006; 354(7):731-739.

(2019)   Navidpour L, Amini M, Shafaroodi H et al. Design and synthesis of new water-soluble tetrazolide derivatives of celecoxib and rofecoxib as selective cyclooxygenase-2 (COX-2) inhibitors. Bioorg Med Chem Lett 2006; 16(17):4483-4487.

(2020)   Nedorost ST, Florentino FT, Gilliam AC. Fixed drug eruption to rofecoxib. Cutis 2002; 70(2):125-126.

(2021)   Needleman P, Moncada S, Bunting S, Vane JR, Hamberg M, SAMUELSSON B. Identification of an enzyme in platelet microsomes which generates thromboxane A2 from prostaglandin endoperoxides. Nature 1976; 261(5561):558-560.

(2022)   Needleman P, Turk J, Jakschik BA, Morrison AR, Lefkowith JB. Arachidonic acid metabolism. Annu Rev Biochem 1986; 55:69-102.

(2023)   Nelson MR. Lessons from early large-scale adoption of celecoxib and rofecoxib by Australian general practitioners. Med J Aust 2004; 180(3):140.

(2024)   Nelson NJ. Celecoxib shown effective in preventing colon polyps. J Natl Cancer Inst 2006; 98(10):665-667.

(2025)   Nemutlu E, Ozaltin N, Altinoz S. Determination of rofecoxib, in the presence of its photodegradation product, in pharmaceutical preparations by micellar electrokinetic capillary chromatography. Anal Bioanal Chem 2004; 378(2):504-509.

(2026)   Nesvold JA, Bacsik CJ. Two views of licensure. J Am Dent Assoc 2001; 132(11):1500.

(2027)   Nettis E, Di PR, Ferrannini A, Tursi A. Tolerability of rofecoxib in patients with cutaneous adverse reactions to nonsteroidal anti-inflammatory drugs. Ann Allergy Asthma Immunol 2002; 88(3):331-334.

(2028)   Nettis E, Colanardi MC, Ferrannini A, Tursi A. Short-term and long-term tolerability of rofecoxib in patients with prior reactions to nonsteroidal anti-inflammatory drugs. Ann Allergy Asthma Immunol 2005; 94(1):29-33.

(2029)   Neuhofer W, Holzapfel K, Fraek ML, Ouyang N, Lutz J, Beck FX. Chronic COX-2 inhibition reduces medullary HSP70 expression and induces papillary apoptosis in dehydrated rats. Kidney Int 2004; 65(2):431-441.

(2030)   Niccoli L, Bellino S, Cantini F. Renal tolerability of three commonly employed non-steroidal anti-inflammatory drugs in elderly patients with osteoarthritis. Clin Exp Rheumatol 2002; 20(2):201-207.

(2031)   Nickel JC, Pontari M, Moon T et al. A randomized, placebo controlled, multicenter study to evaluate the safety and efficacy of rofecoxib in the treatment of chronic nonbacterial prostatitis. J Urol 2003; 169(4):1401-1405.

(2032)   Nicoll-Griffith DA, Falgueyret JP, Silva JM et al. Oxidative bioactivation of the lactol prodrug of a lactone cyclooxygenase-2 inhibitor. Drug Metab Dispos 1999; 27(3):403-409.

(2033)   Nicoll-Griffith DA, Yergey JA, Trimble LA et al. Synthesis, characterization, and activity of metabolites derived from the cyclooxygenase-2 inhibitor rofecoxib (MK-0966, Vioxx). Bioorg Med Chem Lett 2000; 10(23):2683-2686.

(2034)   Niederberger E, Tegeder I, Schafer C, Seegel M, Grosch S, Geisslinger G. Opposite effects of rofecoxib on nuclear factor-kappaB and activating protein-1 activation. J Pharmacol Exp Ther 2003; 304(3):1153-1160.

(2035)   Niederberger E, Manderscheid C, Grosch S, Schmidt H, Ehnert C, Geisslinger G. Effects of the selective COX-2 inhibitors celecoxib and rofecoxib on human vascular cells. Biochem Pharmacol 2004; 68(2):341-350.

(2036)   Nielsen OH, Ainsworth M, Csillag C, Rask-Madsen J. Systematic review: coxibs, non-steroidal anti-inflammatory drugs or no cyclooxygenase inhibitors in gastroenterological high-risk patients? Aliment Pharmacol Ther 2006; 23(1):27-33.

**KS-000952**

(2037)   Nietert PJ, Ornstein SM, Dickerson LM, Rothenberg RJ, Goldfarb SD. Retrospective comparison of cardiac and renal effects between celecoxib and rofecoxib in older hypertensive patients [POSTER 50]. Am J Hypertens 2003; 16(5 Pt. 2):57A.

(2038)   Nietert PJ, Ornstein SM, Dickerson LM, Rothenberg RJ. Comparison of changes in blood pressure measurements and antihypertensive therapy in older, hypertensive, ambulatory care patients prescribed celecoxib or rofecoxib. Pharmacotherapy 2003; 23(11):1416-1423.

(2039)   Nikas SN, Kittas G, Karamaounas N, Drosos AA. Meloxicam-induced erythema multiforme. Am J Med 1999; 107(5):532-534.

(2040)   Nikolaus T, Zeyfang A. Pharmacological treatments for persistent non-malignant pain in older persons. Drugs Aging 2004; 21(1):19-41.

(2041)   Nilsson F, Bjorkman S, Rosen I, Messeter K, Nordstrom CH. Cerebral vasoconstriction by indomethacin in intracranial hypertension. An experimental investigation in pigs. Anesthesiology 1995; 83(6):1283-1292.

(2042)   Nissen SE, Wolski K, Topol EJ. Effect of muraglitazar on death and major adverse cardiovascular events in patients with type 2 diabetes mellitus. JAMA 2005; 294(20):2581-2586.

(2043)   Nissen SE. Adverse cardiovascular effects of rofecoxib. N Engl J Med 2006; 355(2):203-204.

(2044)   Nissen SE, Tuzcu EM, Brewer HB et al. Effect of ACAT inhibition on the progression of coronary atherosclerosis. N Engl J Med 2006; 354(12):1253-1263.

(2045)   Niwa K, Araki E, Morham SG, Ross ME, Iadecola C. Cyclooxygenase-2 contributes to functional hyperemia in whisker-barrel cortex. J Neurosci 2000; 20(2):763-770.

(2046)   Niwa K, Haensel C, Ross ME, Iadecola C. Cyclooxygenase-1 participates in selected vasodilator responses of the cerebral circulation. Circ Res 2001; 88(6):600-608.

(2047)   No Author. Rofecoxib: a selective COX-2 inhibitor. Drugs Ther Perspect 2000; 15(2):1-5.

(2048)   No Author. Celecoxib: early Australian reporting experience. Aust Adverse Drug React Bull 2000; 19(2):6-7.

(2049)   No Author. Interaction of rofecoxib with warfarin. Aust Adverse Drug React Bull 2002; 21(1):3.

(2050)   No Author. Rofecoxib: a selective and effective COX-2 inhibitor. Drugs Ther Perspect 2002; 18(2):1-3.

(2051)   No Author. Non-steroidal anti-inflammatory drugs (NSAIDs) and gastrointestinal (GI) safety. Curr Probl Pharmacovigilance 2002; 28:5.

(2052)   No Author. Acute neuropsychiatric events with celecoxib and rofecoxib. Aust Adverse Drug React Bull 2003; 22(1):3.

(2053)   No Author. ACE inhibitor, diuretic and NSAID: a dangerous combination. Aust Adverse Drug React Bull 2003; 22(4):14-15.

(2054)   No Author. Rofecoxib, celecoxib and cardiovascular risk. Aust Adverse Drug React Bull 2003; 22(5):18.

(2055)   Noble JH, Jr. Meta-analysis: Methods, strengths, weaknesses, and political uses. J Lab Clin Med 2006; 147(1):7-20.

(2056)   Noble SL, King DS, Olutade JI. Cyclooxygenase-2 enzyme inhibitors: place in therapy. Am Fam Physician 2000; 61(12):3669-3676.

(2057)   Noda T, Minatoguchi S, Fujii K et al. Evidence for the delayed effect in human ischemic preconditioning: prospective multicenter study for preconditioning in acute myocardial infarction. J Am Coll Cardiol 1999; 34(7):1966-1974.

(2058)   Nogawa S, Zhang F, Ross ME, Iadecola C. Cyclo-oxygenase-2 gene expression in neurons contributes to ischemic brain damage. J Neurosci 1997; 17(8):2746-2755.

(2059)   Noguera Aguilar JF, Plaza MA, Amengual A, I, Moron Canis JM, Tortajada CC, Pujol Tugores JJ. Effects of rofecoxib on experimental colonic carcinogenesis in rats. Rev Esp Enferm Dig 2004; 96(10):678-682.

KS-000953

(2060) Noguera Aguilar JF, Amengual A, I, Pujol Tugores JJ. Dose of rofecoxib in colorectal cancer. Int J Cancer 2004; 110(2):309.

(2061) Noguera Aguilar JF, Amengual A, I, Moron Canis JM et al. Effect of rofecoxib on colon chemical carcinogenesis at colonic anastomotic area in the rat. Rev Esp Enferm Dig 2005; 97(6):405-415.

(2062) Noguera Aguilar JF, Amengual A, I, Plaza MA et al. Cyclooxygenase-2 inhibition in colon experimental carcinogenesis. Rev Esp Enferm Dig 2005; 97(9):637-647.

(2063) Norflus F, Nanje A, Gutekunst CA et al. Anti-inflammatory treatment with acetylsalicylate or rofecoxib is not neuroprotective in Huntington's disease transgenic mice. Neurobiol Dis 2004; 17(2):319-325.

(2064) Norgard B, Pedersen L, Johnsen SP et al. COX-2-selective inhibitors and the risk of upper gastrointestinal bleeding in high-risk patients with previous gastrointestinal diseases: a population-based case-control study. Aliment Pharmacol Ther 2004; 19(7):817-825.

(2065) Norman RJ, Wu R. The potential danger of COX-2 inhibitors. Fertil Steril 2004; 81(3):493-494.

(2066) Noroian G, Clive D. Cyclo-oxygenase-2 inhibitors and the kidney: a case for caution. Drug Saf 2002; 25(3):165-172.

(2067) Novotna B, Lanikova Z, Dolina J. Tolerance na rofecoxib u pacientii s intoleranci na aspirin (ASA) a neb0 nesteroidni antirevmatika (NSA) Tolerance to rofecoxib in Patients with Aspirin - Sensitivity. Alergie 2002; 4(2):149-151.

(2068) Novotna B, Lanikova Z, Dolina J. Tolerance to rofecoxib in patients with intolerance to acetylsalicylic acid and or nonsteroidal anti-inflammatory drugs [ABSTRACT 849]. Allergy 2002; 57(73 Suppl.):263.

(2069) Nucera E, Schiavino D, Pollastrini E et al. Tolerance induction to rofecoxib in a patient with Bartter's syndrome. Allergy 2004; 59(7):788-789.

(2070) Numaguchi Y, Okumura K, Harada M et al. Catheter-based prostacyclin synthase gene transfer prevents in-stent restenosis in rabbit atheromatous arteries. Cardiovasc Res 2004; 61(1):177-185.

(2071) Nurmohamed MT, van H, V, Dijkmans BA. Cardiovascular risk profile of antirheumatic agents in patients with osteoarthritis and rheumatoid arthritis. Drugs 2002; 62(11):1599-1609.

(2072) Nussmeier NA, Whelton AA, Brown MT et al. Complications of the COX-2 inhibitors parecoxib and valdecoxib after cardiac surgery. N Engl J Med 2005; 352(11):1081-1091.

(2073) Nutt DJ. Discontinuation of Vioxx. Lancet 2005; 365(9453):28.

(2074) Nyberg J. Discontinuation of Vioxx. Lancet 2005; 365(9453):24-25.

(2075) O'Banion MK. Cyclooxygenase-2: molecular biology, pharmacology, and neurobiology. Crit Rev Neurobiol 1999; 13(1):45-82.

(2076) O'Banion MK. The potential of cyclooxygenase inhibitors in treatment and prevention of Alzheimer's disease. Curr Opin Anti-Inflamm Immuno Invest Drugs 2000; 2(3):186-2.

(2077) O'Beirne JP, Cairns SR. Drug Points: Cholestatic hepatitis in association with celecoxib. BMJ 2001; 323(7303):23.

(2078) O'Brien J. Nonsteroidal anti-inflammatory drugs in patients with inflammatory bowel disease. Am J Gastroenterol 2000; 95(8):1859-1861.

(2079) O'Brien WF, Krammer J, O'Leary TD, Mastrogiannis DS. The effect of acetaminophen on prostacyclin production in pregnant women. Am J Obstet Gynecol 1993; 168(4):1164-1169.

(2080) O'Keefe JH, Jr., Bateman TM, Ligon RW et al. Outcome of medical versus invasive treatment strategies for non-high-risk ischemic heart disease. J Nucl Cardiol 1998; 5(1):28-33.

(2081) Oakley G, Jr. Lessons from the withdrawal of rofecoxib: Observational studies should not be forgotten. BMJ 2004; 329(7478):1342.

KS-000954

(2082) Oates JA, FitzGerald GA, Branch RA, Jackson EK, Knapp HR, Roberts LJ. Clinical implications of prostaglandin and thromboxane A2 formation (1). N Engl J Med 1988; 319(11):689-698.

(2083) Oberholzer-Gee F, Inamdar SN. Merck's recall of rofecoxib--a strategic perspective. N Engl J Med 2004; 351(21):2147-2149.

(2084) Ofran Y, Bursztyn M, Ackerman Z. Rofecoxib-induced renal dysfunction in a patient with compensated cirrhosis and heart failure. Am J Gastroenterol 2001; 96(6):1941.

(2085) Ogletree ML, Lefer AM. Influence of nonsteroidal anti-inflammatory agents on myocardial ischemia in the cat. J Pharmacol Exp Ther 1976; 197(3):582-593.

(2086) Ohno R, Yokota A, Tanaka A, Takeuchi K. Induction of small intestinal damage in rats following combined treatment with cyclooxygenase-2 and nitric-oxide synthase inhibitors. J Pharmacol Exp Ther 2004; 310(2):821-827.

(2087) Oitate M, Hirota T, Koyama K, Inoue S, Kawai K, Ikeda T. Covalent binding of radioactivity from [14C]rofecoxib, but not [14C]celecoxib or [14C]CS-706, to the arterial elastin of rats. Drug Metab Dispos 2006; 34(8):1417-1422.

(2088) Oitate M, Hirota T, Takahashi M et al. Mechanism for covalent binding of rofecoxib to elastin of rat aorta. J Pharmacol Exp Ther 2007; 320(3):1195-1203.

(2089) Oka A, Takashima S. Induction of cyclo-oxygenase 2 in brains of patients with Down's syndrome and dementia of Alzheimer type: specific localization in affected neurones and axons. Neuroreport 1997; 8(5):1161-1164.

(2090) Okie S. What ails the FDA? N Engl J Med 2005; 352(11):1063-1066.

(2091) Okie S. Raising the safety bar--the FDA's coxib meeting. N Engl J Med 2005; 352(13):1283-1285.

(2092) Okumura T, Murata Y, Hizue M et al. Pharmacological separation between peripheral and central functions of cyclooxygenase-2 with CIAA, a novel cyclooxygenase-2 inhibitor. Eur J Pharmacol 2006; 539(1-2):125-130.

(2093) Olesen M, Kwong E, Meztli A et al. No effect of cyclooxygenase inhibition on plaque size in atherosclerosis-prone mice. Scand Cardiovasc J 2002; 36(6):362-367.

(2094) Olivo RA, Teixeira CF, Wallace JL, Gutierrez JM, Zamuner SR. Role of cyclooxygenases in oedema-forming activity of bothropic venoms. Toxicon 2007; 49(5):670-677.

(2095) Olsen NJ. Tailoring arthritis therapy in the wake of the NSAID crisis. N Engl J Med 2005; 352(25):2578-2580.

(2096) Ong CK, Lirk P, Tan CH, Seymour RA. An evidence-based update on nonsteroidal anti-inflammatory drugs. Clin Med Res 2007; 5(1):19-34.

(2097) Ong KS, Seymour RA, Yeo JF, Ho KH, Lirk P. The efficacy of preoperative versus postoperative rofecoxib for preventing acute postoperative dental pain: a prospective randomized crossover study using bilateral symmetrical oral surgery. Clin J Pain 2005; 21(6):536-542.

(2098) Orengo IF, Gerguis J, Phillips R, Guevara A, Lewis AT, Black HS. Celecoxib, a cyclooxygenase 2 inhibitor as a potential chemopreventive to UV-induced skin cancer: a study in the hairless mouse model. Arch Dermatol 2002; 138(6):751-755.

(2099) Ormrod D, Wellington K, Wagstaff AJ. Valdecoxib. Drugs 2002; 62(14):2059-2071.

(2100) Oshima M, Dinchuk JE, Kargman SL et al. Suppression of intestinal polyposis in Apc delta716 knockout mice by inhibition of cyclooxygenase 2 (COX-2). Cell 1996; 87(5):803-809.

(2101) Oshima M, Murai N, Kargman S et al. Chemoprevention of intestinal polyposis in the Apcdelta716 mouse by rofecoxib, a specific cyclooxygenase-2 inhibitor. Cancer Res 2001; 61(4):1733-1740.

(2102) Osiri M, Moreland LW. Specific cyclooxygenase 2 inhibitors: a new choice of nonsteroidal anti-inflammatory drug therapy. Arthritis Care Res 1999; 12(5):351-362.

KS-000955

(2103)   Osterhaus J, Burke T, May C, Bristol S, Whelton A. Physician management of edema and destabilized blood pressure in COX-2 users with osteoarthritis and treated hypertension [POSTER 145]. Am J Hypertens 2002; 15(4 Pt. 2):82A.

(2104)   Osterhaus JT, Burke TA, May C, Wentworth C, Whelton A, Bristol S. Physician-reported management of edema and destabilized blood pressure in cyclooxygenase-2-specific inhibitor users with osteoarthritis and treated hypertension. Clin Ther 2002; 24(6):969-989.

(2105)   Ott E, Nussmeier NA, Duke PC et al. Efficacy and safety of the cyclooxygenase 2 inhibitors parecoxib and valdecoxib in patients undergoing coronary artery bypass surgery. J Thorac Cardiovasc Surg 2003; 125(6):1481-1492.

(2106)   Ouellet M, Riendeau D, Percival MD. A high level of cyclooxygenase-2 inhibitor selectivity is associated with a reduced interference of platelet cyclooxygenase-1 inactivation by aspirin. Proc Natl Acad Sci U S A 2001; 98(25):14583-14588.

(2107)   Oviedo JA, Wolfe MM. Clinical potential of cyclo-oxygenase-2 inhibitors. BioDrugs 2001; 15(9):563-572.

(2108)   Oviedo JA, Wolfe MM. Gastroprotection by coxibs: what do the Celecoxib Long-Term Arthritis Safety Study and the Vioxx Gastrointestinal Outcomes Research Trial tell us? Rheum Dis Clin North Am 2003; 29(4):769-788.

(2109)   Pablos JL. Aspirin antiplatelet therapy and nonsteroidal antiinflammatory drugs: comment on the 2002 update of the American College of Rheumatology Guidelines for the Management of Rheumatoid Arthritis. Arthritis Rheum 2002; 46(11):3102.

(2110)   Pacor ML, DiLorenzo G, Biasi D, Corrocher R. Cox 2 Inhibitors in patients with adverse reaction to non steroidal antiinflammatory drugs [ABSTRACT 144]. Allergy 2001; 56(68 Suppl.):49-50.

(2111)   Pacor ML, Di LG, Biasi D, Barbagallo M, Corrocher R. Safety of rofecoxib in subjects with a history of adverse cutaneous reactions to aspirin and/or non-steroidal anti-inflammatory drugs. Clin Exp Allergy 2002; 32(3):397-400.

(2112)   Padi SS, Kulkarni SK. Differential effects of naproxen and rofecoxib on the development of hypersensitivity following nerve injury in rats. Pharmacol Biochem Behav 2004; 79(2):349-358.

(2113)   Page J, Henry D. Consumption of NSAIDs and the development of congestive heart failure in elderly patients: an underrecognized public health problem. Arch Intern Med 2000; 160(1):777-784.

(2114)   Paim LB, Liphaus BL, Rocha AC, Castellanos AL, Silva CA. [Chronic recurrent multifocal osteomyelitis of the mandible: report of three cases]. J Pediatr (Rio J ) 2003; 79(5):467-470.

(2115)   Pairet M, Engelhardt G. Distinct isoforms (COX-1 and COX-2) of cyclooxygenase: possible physiological and therapeutic implications. Fundam Clin Pharmacol 1996; 10(1):1-17.

(2116)   Pajdo R, Brzozowski T, Konturek PC et al. Ischemic preconditioning, the most effective gastroprotective intervention: involvement of prostaglandins, nitric oxide, adenosine and sensory nerves. Eur J Pharmacol 2001; 427(3):263-276.

(2117)   Pall M, Friden BE, Brannstrom M. Induction of delayed follicular rupture in the human by the selective COX-2 inhibitor rofecoxib: a randomized double-blind study. Hum Reprod 2001; 16(7):1323-1328.

(2118)   Pallay RM, Seger W, Adler JL et al. Etoricoxib reduced pain and disability and improved quality of life in patients with chronic low back pain: a 3 month, randomized, controlled trial. Scand J Rheumatol 2004; 33(4):257-266.

(2119)   Palmer CS, Sorensen SV, Mathur S, Bjorkman DJ. Modeling the cost of meloxicam, celecoxib, rofecoxib and slow release diclofenac for treatment of osteoarthritis. Arthritis Rheum 2000; 43(9 Suppl.):S145.

(2120)   Palmer K. The Vioxx fallout. Minn Med 2005; 88(3):26-30.

(2121)   Palmer RH, Tibble J, Sigthorsson G, Bjarnason I. Indomethacin, nabumetone and celecoxib have differing effects on the healing of cryoprobe-induced gastric ulcers in rats [ABSTRACT 151]. Am J Gastroenterol 1999; 94(9):2615.

(2122)   Palmer RH. Discussion on rofecoxib, a COX-2 inhibitor, does not inhibit human gastric mucosal prostaglandin production. Gastroenterology 2001; 121(5):1262-1263.

KS-000956

(2123) Palmieri V, de SG, Arnett DK et al. Relation of various degrees of body mass index in patients with systemic hypertension to left ventricular mass, cardiac output, and peripheral resistance (The Hypertension Genetic Epidemiology Network Study). Am J Cardiol 2001; 88(10):1163-1168.

(2124) Palomer A, Cabre F, Pascual J et al. Identification of novel cyclooxygenase-2 selective inhibitors using pharmacophore models. J Med Chem 2002; 45(7):1402-1411.

(2125) Palop-Larrea V, Melchor-Penella MA, Ortega-Monzo C, Martinez-Mir I. Leukocytoclastic vasculitis related to rofecoxib. Ann Pharmacother 2003; 37(11):1731-1732.

(2126) Panara MR, Renda G, Sciulli MG et al. Dose-dependent inhibition of platelet cyclooxygenase-1 and monocyte cyclooxygenase-2 by meloxicam in healthy subjects. J Pharmacol Exp Ther 1999; 290(1):276-280.

(2127) Pang L, Pitt A, Petkova D, Knox AJ. The COX-1/COX-2 balance in asthma. Clin Exp Allergy 1998; 28(9):1050-1058.

(2128) Papachristou GI, Demetris AJ, Rabinovitz M. Acute cholestatic hepatitis associated with long-term use of rofecoxib. Dig Dis Sci 2004; 49(3):459-461.

(2129) Papadimos TJ, Marco AP. Cornelia de Lange syndrome, hyperthermia and a difficult airway. Anaesthesia 2003; 58(9):924-925.

(2130) Papaioannides D, Bouropoulos C, Sinapides D, Korantzopoulos P, Akritidis N. Acute renal dysfunction associated with selective COX-2 inhibitor therapy. Int Urol Nephrol 2001; 33(4):609-611.

(2131) Paramo JA, Rodriguez JA, Beloqui O, Orbe J. Monocyte cyclooxygenase-2 activity: a new therapeutic target for atherosclerosis? Curr Drug Targets Cardiovasc Haematol Disord 2005; 5(4):303-311.

(2132) Pareja JA, Antonaci F, Vincent M. The hemicrania continua diagnosis. Cephalalgia 2001; 21(10):940-946.

(2133) Parente L, Perretti M. Advances in the pathophysiology of constitutive and inducible cyclooxygenases: two enzymes in the spotlight. Biochem Pharmacol 2003; 65(2):153-159.

(2134) Parfenova H, Massie V, Leffler CW. Developmental changes in endothelium-derived vasorelaxant factors in cerebral circulation. Am J Physiol Heart Circ Physiol 2000; 278(3):H780-H788.

(2135) Parloff R. The preacher who's raising hell with Merck. Fortune 2005; 152(3):20.

(2136) Parnham MJ. Selective COX-2 inhibitors. Drug News Perspect 1997; 10(3):182-187.

(2137) Pasero C, McCaffery M. Selective COX-2 inhibitors. Am J Nurs 2001; 101(4):55-56.

(2138) Passerini AG, Polacek DC, Shi C et al. Coexisting proinflammatory and antioxidative endothelial transcription profiles in a disturbed flow region of the adult porcine aorta. Proc Natl Acad Sci U S A 2004; 101(8):2482-2487.

(2139) Passero M, Chowdhry S. Cyclooxygenase-2 inhibitors in aspirin-sensitive asthma. Chest 2003; 123(6):2155-2156.

(2140) Pasticci MB, Menichetti F, DiCandilo F. Nimesulide, Thrombocytopenic Purpura, and Human Immunodeficiency Virus (HIV) Infection. Ann Intern Med 1990; 112(3):233-234.

(2141) Patel HH, Gross GJ. The disputed role of COX-2 in myocardial infarction, is the jury still out? J Mol Cell Cardiol 2002; 34(1):1-3.

(2142) Patel MI, Subbaramaiah K, Du B et al. Celecoxib inhibits prostate cancer growth: evidence of a cyclooxygenase-2-independent mechanism. Clin Cancer Res 2005; 11(5):1999-2007.

(2143) Pathak A, Boveda S, Defaye P et al. Celecoxib-associated torsade de pointes. Ann Pharmacother 2002; 36(7-8):1290-1291.

(2144) Patino FG, Allison J, Olivieri J et al. The effects of physician specialty and patient comorbidities on the use and discontinuation of coxibs. Arthritis Care Res 2003; 49(3):293-299.

**KS-000957**

(2145)   Patoia L, Santucci L, Furno P et al. A 4-week, double-blind, parallel-group study to compare the gastrointestinal effects of meloxicam 7.5 mg, meloxicam 15 mg, piroxicam 20 mg and placebo by means of faecal blood loss, endoscopy and symptom evaluation in healthy volunteers. Br J Rheumatol 1996; 35 Suppl 1:61-67.

(2146)   Patrignani P, Panara MR, Greco A et al. Biochemical and pharmacological characterization of the cyclooxygenase activity of human blood prostaglandin endoperoxide synthases. J Pharmacol Exp Ther 1994; 271(3):1705-1712.

(2147)   Patrignani P, Santini G, Panara MR et al. Induction of prostaglandin endoperoxide synthase-2 in human monocytes associated with cyclo-oxygenase-dependent F2-isoprostane formation. Br J Pharmacol 1996; 118(5):1285-1293.

(2148)   Patrignani P, Sciulli MG, Manarini S, Santini G, Cerletti C, Evangelista V. COX-2 is not involved in thromboxane biosynthesis by activated human platelets. J Physiol Pharmacol 1999; 50(4):661-667.

(2149)   Patrignani P, Di FC, Tacconelli S et al. Reduced thromboxane biosynthesis in carriers of toll-like receptor 4 polymorphisms in vivo. Blood 2006; 107(9):3572-3574.

(2150)   Patrono C, Ciabattoni G, Patrignani P et al. Clinical pharmacology of platelet cyclooxygenase inhibition. Circulation 1985; 72(6):1177-1184.

(2151)   Patrono C, Ciabattoni G, Pugliese F, Pierucci A, Blair IA, FitzGerald GA. Estimated rate of thromboxane secretion into the circulation of normal humans. J Clin Invest 1986; 77(2):590-594.

(2152)   Patrono C, Roth GJ. Aspirin in ischemic cerebrovascular disease. How strong is the case for a different dosing regimen? Stroke 1996; 27(4):756-760.

(2153)   Patrono C, Renda G. Platelet activation and inhibition in unstable coronary syndromes. Am J Cardiol 1997; 80(5A):17E-20E.

(2154)   Patrono C. Prevention of myocardial infarction and stroke by aspirin: different mechanisms? Different dosage? Thromb Res 1998; 92(1 Suppl 1):S7-12.

(2155)   Patrono C, Coller B, Dalen JE et al. Platelet-active drugs: the relationships among dose, effectiveness, and side effects. Chest 1998; 114(5 Suppl):470S-488S.

(2156)   Patrono C, Coller B, Dalen JE et al. Platelet-active drugs: the relationships among dose, effectiveness, and side effects. Chest 2001; 119(1 Suppl):39S-63S.

(2157)   Patrono C, Patrignani P, Garcia Rodriguez LA. Cyclooxygenase-selective inhibition of prostanoid formation: transducing biochemical selectivity into clinical read-outs. J Clin Invest 2001; 108(1):7-13.

(2158)   Patrono C, FitzGerald GA. Oxidant stress in cardiovascular disease: an emerging modality or a disproved theory? Ital Heart J 2001; 2(12):865-866.

(2159)   Patrono C. Measurement of cyclooxygenase isozyme inhibition in humans: exploring the clinical relevance of biochemical selectivity. Clin Exp Rheumatol 2001; 19(6 Suppl 25):S45-S50.

(2160)   Patrono C. Efficacy and safety of aspirin in the long-term management of atherothrombosis. Haematologica 2002; 87(1):6-8.

(2161)   Patrono C, Coller B, FitzGerald GA, Hirsh J, Roth G. Platelet-active drugs: the relationships among dose, effectiveness, and side effects: the Seventh ACCP Conference on Antithrombotic and Thrombolytic Therapy. Chest 2004; 126(3 Suppl):234S-264S.

(2162)   Patrono C, Bachmann F, Baigent C et al. Expert consensus document on the use of antiplatelet agents. The task force on the use of antiplatelet agents in patients with atherosclerotic cardiovascular disease of the European society of cardiology. Eur Heart J 2004; 25(2):166-181.

(2163)   Patrono C, Garcia Rodriguez LA, Landolfi R, Baigent C. Low-dose aspirin for the prevention of atherothrombosis. N Engl J Med 2005; 353(22):2373-2383.

(2164)   Pattaragarn A, Alon US. Treatment of congenital nephrogenic diabetes insipidus by hydrochlorothiazide and cyclooxygenase-2 inhibitor. Pediatr Nephrol 2003; 18(10):1073-1076.

KS-000956

(2165) Patti R, Gumired K, Reddanna P, Sutton LN, Phillips PC, Reddy CD. Overexpression of cyclooxygenase-2 (COX-2) in human primitive neuroectodermal tumors: effect of celecoxib and rofecoxib. Cancer Lett 2002; 180(1):13-21.

(2166) Pavlin DJ, Horvath KD, Pavlin EG, Sima K. Preincisional treatment to prevent pain after ambulatory hernia surgery. Anesth Analg 2003; 97(6):1627-1632.

(2167) Pavlin DJ, Pavlin EG, Horvath KD, Amundsen LB, Flum DR, Roesen K. Perioperative rofecoxib plus local anesthetic field block diminishes pain and recovery time after outpatient inguinal hernia repair. Anesth Analg 2005; 101(1):83-9, table.

(2168) Pedersen AK, FitzGerald GA. Dose-related kinetics of aspirin. Presystemic acetylation of platelet cyclooxygenase. N Engl J Med 1984; 311(19):1206-1211.

(2169) Pelletier JP, Mineau F, Fernandes J, Kiansa K, Ranger P, Martel-Pelletier J. Two NSAIDs, nimesulide and naproxen, can reduce the synthesis of urokinase and IL-6 while increasing PAI-1, in human OA synovial fibroblasts. Clin Exp Rheumatol 1997; 15(4):393-398.

(2170) Pellissier JM, Straus WL, Watson DJ, Kong SX, Harper SE. Economic evaluation of rofecoxib versus nonselective nonsteroidal anti-inflammatory drugs for the treatment of osteoarthritis. Clin Ther 2001; 23(7):1061-1079.

(2171) Pellissier JM, Watson DJ, Kong SX, Straus WL. Cost-effectiveness of cyclooxygenase-2 inhibitors in chronic arthritis. Ann Intern Med 2004; 140(9):761-762.

(2172) Peloso PM, Riley ML. Comparing the GI safety for COX-2 selective and specific NSAIDs from randomized trials using a number needed-to-treat approach. Arthritis Rheum 2001; 44(9 Suppl.):S188.

(2173) Peloso PM, Scheiman JM. The economic implications of cyclooxygenase-2-specific inhibitors. Am J Med 2001; 110 Suppl 3A:50S-54S.

(2174) Peltomaa R, Paimela L, Kautiainen H, Leirisalo-Repo M. Mortality in patients with rheumatoid arthritis treated actively from the time of diagnosis. Ann Rheum Dis 2002; 61(10):889-894.

(2175) Peluffo GD, Stillitani I, Rodriguez VA, Diament MJ, Klein SM. Reduction of tumor progression and paraneoplastic syndrome development in murine lung adenocarcinoma by nonsteroidal antiinflammatory drugs. Int J Cancer 2004; 110(6):825-830.

(2176) Pemberton MN. Rofecoxib and dental prescribing. Br Dent J 2004; 197(9):520.

(2177) Pendlebury S, Duchesne F, Reed KA, Smith JL, Kerr DJ. A trial of adjuvant therapy in colorectal cancer: the VICTOR trial. Clin Colorectal Cancer 2003; 3(1):58-60.

(2178) Penning TD, Talley JJ, Bertenshaw SR et al. Synthesis and biological evaluation of the 1,5-diarylpyrazole class of cyclooxygenase-2 inhibitors: identification of 4-[5-(4-methylphenyl)-3-(trifluoromethyl)-1H-pyrazol-1-yl]benze nesulfonamide (SC-58635, celecoxib). J Med Chem 1997; 40(9):1347-1365.

(2179) Pentland AP. Cyclooxygenase inhibitors for skin cancer prevention: are they beneficial enough? Arch Dermatol 2002; 138(6):823-824.

(2180) Perazella MA, Eras J. Are selective COX-2 inhibitors nephrotoxic? Am J Kidney Dis 2000; 35(5):937-940.

(2181) Perazella MA, Tray K. Selective cyclooxygenase-2 inhibitors: a pattern of nephrotoxicity similar to traditional nonsteroidal anti-inflammatory drugs. Am J Med 2001; 111(1):64-67.

(2182) Perazella MA. Drug-induced renal failure: update on new medications and unique mechanisms of nephrotoxicity. Am J Med Sci 2003; 325(6):349-362.

(2183) Peres MF, Zukerman E. Hemicrania continua responsive to rofecoxib. Cephalalgia 2000; 20(2):130-131.

(2184) Peres MF, Silberstein SD. Hemicrania continua responds to cyclooxygenase-2 inhibitors. Headache 2002; 42(6):530-531.

(2185) Perini RF, Ma L, Wallace JL. Mucosal repair and COX-2 inhibition. Curr Pharm Des 2003; 9(27):2207-2211.

KS-000959

(2186)   Perrone MR, Artesani MC, Viola M et al. Tolerability of rofecoxib in patients with adverse reactions to nonsteroidal anti-inflammatory drugs: a study of 216 patients and literature review. Int Arch Allergy Immunol 2003; 132(1):82-86.

(2187)   Perse M, Zebic A, Cerar A. Rofecoxib does not inhibit aberrant crypt foci formation but inhibits later steps in the development of experimental colorectal cancer: rofecoxib in experimental colon cancer. Scand J Gastroenterol 2005; 40(1):61-67.

(2188)   Pertek JP, Vidal S, Mariot J, Galy-Floc'h M, Azoulay E. [Metformin-associated lactic acidosis precipitated by acute renal failure]. Ann Fr Anesth Reanim 2003; 22(5):457-460.

(2189)   Peskar BM, Maricic N, Gretzera B, Schuligoi R, Schmassmann A. Role of cyclooxygenase-2 in gastric mucosal defense. Life Sci 2001; 69(25-26):2993-3003.

(2190)   Peskar BM, Sawka N, Ehrlich K, Peskar BA. Role of cyclooxygenase-1 and -2, phospholipase C, and protein kinase C in prostaglandin-mediated gastroprotection. J Pharmacol Exp Ther 2003; 305(3):1233-1238.

(2191)   Peskar BM, Ehrlich K, Egger T, Sattler W. Dexamethasone impairs the gastric mucosal integrity in rats treated with a cyclooxygenase-1 but not with a cyclooxygenase-2 inhibitor. Pharmacology 2006; 76(4):180-184.

(2192)   Peterman MA, Roberts WC. Syndrome of protein C deficiency and anterior wall acute myocardial infarction at a young age from a single coronary occlusion with otherwise normal coronary arteries. Am J Cardiol 2003; 92(6):768-770.

(2193)   Petersen LA, Wright S, Normand SL, Daley J. Positive predictive value of the diagnosis of acute myocardial infarction in an administrative database. J Gen Intern Med 1999; 14(9):555-558.

(2194)   Peterson JC. COX-2 inhibitors in the treatment of cardiovascular disease. CMAJ 2002; 167(7):738-739.

(2195)   Peterson WL, Cryer B. COX-1-sparing NSAIDs--is the enthusiasm justified? JAMA 1999; 282(20):1961-1963.

(2196)   Petitti D. Commentary: hormone replacement therapy and coronary heart disease: four lessons. Int J Epidemiol 2004; 33(3):461-463.

(2197)   Peto R, Gray R, Collins R et al. Randomised trial of prophylactic daily aspirin in British male doctors. Br Med J (Clin Res Ed) 1988; 296(6618):313-316.

(2198)   Pettitt D, Goldstein JL, Singh G, Schwartz JS, Burke TA. Relative gastrointestinal toxicity of COX-2 specific and traditional NSAIDs in a high-risk population from a health maintenance organization [ABSTRACT OP0138]. Ann Rheum Dis 2001; 60(1 Suppl.):CD Abstract OP0138.

(2199)   Pettitt DV, Singh G, Schwartz JS, Goldstein JL. Effect of cyclooxygenase (COX)-2 specific inhibitor utilization on the incidence of gastrointestinal events in a managed care population [ABSTRACT 779]. Am J Gastroenterol 2000; 95(9):2638.

(2200)   Peura DA. Gastrointestinal safety and tolerability of nonselective nonsteroidal anti-inflammatory agents and cyclooxygenase-2-selective inhibitors. Cleve Clin J Med 2002; 69 Suppl 1:SI31-SI39.

(2201)   Pfister AK, Crisalli RJ, Carter WH. Cyclooxygenase-2 inhibition and renal function. Ann Intern Med 2001; 134(11):1077.

(2202)   Pham K, Hirschberg R. Global safety of coxibs and NSAIDs. Curr Top Med Chem 2005; 5(5):465-473.

(2203)   Phelan KM, Mosholder AD, Lu S. Lithium interaction with the cyclooxygenase 2 inhibitors rofecoxib and celecoxib and other nonsteroidal anti-inflammatory drugs. J Clin Psychiatry 2003; 64(11):1328-1334.

(2204)   Philipson T, Jena AB, Sun E. The Institute of Medicine report on the FDA: where is the science? Health Econ 2007; 16(3):219-221.

(2205)   Picado C, Valero A. COX-1 sparing drugs in aspirin-sensitive asthma. Clin Exp Allergy 2001; 31(2):179-181.

(2206)   Picado C. Aspirin-induced asthma: what we know now. Clin Pulm Med 2004; 11(1):1-5.

(2207)   Picco CC, Lee Y, Chuang BP, Gordon SM, Brahim JS, Dionne RA. Effect of a selective COX-2 inhibitor on the development of central sensitization in the oral surgery model. Clin Pharmacol Ther 2004; 75(2):P4-#PI-4.

KS-000960

(2208)   Pichiule P, Chavez JC, LaManna JC. Hypoxic regulation of angiopoietin-2 expression in endothelial cells. J Biol Chem 2004; 279(13):12171-12180.

(2209)   Pickard AS, Schumock GT. Aspirin use may change cost-effectiveness of COX-2 inhibitors. Arch Intern Med 2002; 162(22):2637-2638.

(2210)   Pickard JD. Role of prostaglandins and arachidonic acid derivatives in the coupling of cerebral blood flow to cerebral metabolism. J Cereb Blood Flow Metab 1981; 1(4):361-384.

(2211)   Pickering AE, Bridge HS, Nolan J, Stoddart PA. Double-blind, placebo-controlled analgesic study of ibuprofen or rofecoxib in combination with paracetamol for tonsillectomy in children. Br J Anaesth 2002; 88(1):72-77.

(2212)   Pickering TG, Hall JE, Appel LJ et al. Recommendations for blood pressure measurement in humans: an AHA scientific statement from the Council on High Blood Pressure Research Professional and Public Education Subcommittee. J Clin Hypertens (Greenwich ) 2005; 7(2):102-109.

(2213)   Picot D, Loll PJ, Garavito RM. The X-ray crystal structure of the membrane protein prostaglandin H2 synthase-1. Nature 1994; 367(6460):243-249.

(2214)   Pidgeon GP, Tamosiuniene R, Chen G et al. Intravascular thrombosis after hypoxia-induced pulmonary hypertension: regulation by cyclooxygenase-2. Circulation 2004; 110(17):2701-2707.

(2215)   Pihl L, Nylander O. Products of cyclooxygenase-2 depress duodenal function in rats subjected to abdominal surgery. Acta Physiol (Oxf) 2006; 186(4):279-290.

(2216)   Pillai AD, Rathod PD, P X F et al. Novel drug designing approach for dual inhibitors as anti-inflammatory agents: implication of pyridine template. Biochem Biophys Res Commun 2003; 301(1):183-186.

(2217)   Pincus T, Callahan LF. What is the natural history of rheumatoid arthritis? Rheum Dis Clin North Am 1993; 19(1):123-151.

(2218)   Pincus T, Brooks RH, Callahan LF. Prediction of long-term mortality in patients with rheumatoid arthritis according to simple questionnaire and joint count measures. Ann Intern Med 1994; 120(1):26-34.

(2219)   Pincus T, Gibofsky A, Williams G, McKenna.F. Celecoxib 200 mg QD and rofecoxib 25 mg QD show similar efficacy in the treatment of a flare of osteoarthritis (OA) of the knee. Ann Rheum Dis 2002; 61(1 Suppl.):22-23.

(2220)   Pincus T, Strand V, Whelton A, Stillman T, Simon L, Fort J. Celecoxib offers better GI tolerability than ibuprofen, diclofenac or rofecoxib in patients receiving aspirin for cardiovascular prophylaxis. Ann Rheum Dis 2002; 61(1 Suppl.):31.

(2221)   Pinheiro RM, Calixto JB. Effect of the selective COX-2 inhibitors, celecoxib and rofecoxib in rat acute models of inflammation. Inflamm Res 2002; 51(12):603-610.

(2222)   Pinto CA, Fragoso YD, Souza CD, Gabbai AA. Hypnic headache syndrome: clinical aspects of eight patients in Brazil. Cephalalgia 2002; 22(10):824-827.

(2223)   Piper JM, Ray WA, Daugherty JR, Griffin MR. Corticosteroid use and peptic ulcer disease: role of nonsteroidal anti-inflammatory drugs. Ann Intern Med 1991; 114(9):735-740.

(2224)   Pirmohamed M, Park BK. Adverse drug reactions: back to the future. Br J Clin Pharmacol 2003; 55(5):486-492.

(2225)   Pitkala KH, Strandberg TE, Tilvis RS. Worsening heart failure associated with COX-2 inhibitors. Am J Med 2002; 112(5):424-426.

(2226)   Pitt B, Pepine C, Willerson JT. Cyclooxygenase-2 inhibition and cardiovascular events. Circulation 2002; 106(2):167-169.

(2227)   Pittsley R, Dettloff R. An evaluation of systolic blood pressure changes with celecoxib, rofecoxib, and traditional nonsteroidal antiinflammatory drugs in a rheumatology practice setting. Arthritis Rheum 2001; 44(9 Suppl.):S321.

(2228)   Pizzolli M, Dusi G. Piastrinopenia da rofecoxib [Platelet disorder to rofecoxib]. Boll Farmacosorveglianza 2001; 8(28):5.

KS-000961

(2229)   Pochobradsky MG, Mele G, Beretta A, Montagnani G. Post-marketing survey of nimesulide in the short-term treatment of osteoarthritis. Drugs Exp Clin Res 1991; 17(3):197-204.

(2230)   Pogliacomi F, Vaienti E. Misdiagnosed iuxta-articular osteoid osteoma of the calcaneus following an injury. Acta Biomed 2003; 74(3):144-150.

(2231)   Pollard T. Drug fiasco highlights need for more openness. Br J Community Nurs 2005; 10(1):5.

(2232)   Polli JE, Kim S, Martin BR. Weight uniformity of split tablets required by a Veterans Affairs policy. J Manag Care Pharm 2003; 9(5):401-407.

(2233)   Polman CH, O'Connor PW, Havrdova E et al. A randomized, placebo-controlled trial of natalizumab for relapsing multiple sclerosis. N Engl J Med 2006; 354(9):899-910.

(2234)   Poole CJ, Earl HM, Hiller L et al. Epirubicin and cyclophosphamide, methotrexate, and fluorouracil as adjuvant therapy for early breast cancer. N Engl J Med 2006; 355(18):1851-1862.

(2235)   Poomtavorn Y, Phupong V. Prospective randomized, double-blinded, placebo-controlled trial of preoperative rofecoxib for pain relief in uterine curettage. Arch Gynecol Obstet 2005; 273(2):115-118.

(2236)   Pope JE, Anderson JJ, Felson DT. A meta-analysis of the effects of nonsteroidal anti-inflammatory drugs on blood pressure. Arch Intern Med 1993; 153(4):477-484.

(2237)   Porras A, Ko A, Larson P et al. Single and multiple dose pharmacokinetics (PK) of rofecoxib (R) in healthy subjects [ABSTRACT PII-89]. Clin Pharmacol Ther 2000; 67(2):137-Abstr. PII-89.

(2238)   Pourcyrous M, Busija DW, Shibata M, Bada HS, Korones SB, Leffler CW. Cerebrovascular responses to therapeutic dose of indomethacin in newborn pigs. Pediatr Res 1999; 45(4 Pt 1):582-587.

(2239)   Prasad K. C-reactive protein (CRP)-lowering agents. Cardiovasc Drug Rev 2006; 24(1):33-50.

(2240)   Prasit P, Wang Z, Brideau C et al. The discovery of rofecoxib, [MK 966, Vioxx, 4-(4'-methylsulfonylphenyl)-3-phenyl-2(5H)-furanone], an orally active cyclooxygenase-2-inhibitor. Bioorg Med Chem Lett 1999; 9(13):1773-1778.

(2241)   Prasit P, Wang Z, Brideau C et al. The discovery of rofecoxib, [MK 966, Vioxx, 4-(4'-methylsulfonylphenyl)-3-phenyl-2(5H)-furanone], an orally active cyclooxygenase-2-inhibitor. Bioorg Med Chem Lett 1999; 9(13):1773-1778.

(2242)   Pratico D, Cyrus T, Li H, FitzGerald GA. Endogenous biosynthesis of thromboxane and prostacyclin in 2 distinct murine models of atherosclerosis. Blood 2000; 96(12):3823-3826.

(2243)   Pratico D, Tangirala RK, Horkko S, Witztum JL, Palinski W, FitzGerald GA. Circulating autoantibodies to oxidized cardiolipin correlate with isoprostane F(2alpha)-VI levels and the extent of atherosclerosis in ApoE-deficient mice: modulation by vitamin E. Blood 2001; 97(2):459-464.

(2244)   Pratico D, Tillmann C, Zhang ZB, Li H, FitzGerald GA. Acceleration of atherogenesis by COX-1-dependent prostanoid formation in low density lipoprotein receptor knockout mice. Proc Natl Acad Sci U S A 2001; 98(6):3358-3363.

(2245)   Pratico D, Lawson JA, Rokach J, FitzGerald GA. The isoprostanes in biology and medicine. Trends Endocrinol Metab 2001; 12(6):243-247.

(2246)   Pratico D, Dogne JM. Selective cyclooxygenase-2 inhibitors development in cardiovascular medicine. Circulation 2005; 112(7):1073-1079.

(2247)   Prescilla RP, Frattarelli DA, Haritos D, Aranda JV, Edwards DJ. Pharmacokinetics of rofecoxib in children with sickle cell hemoglobinopathy. J Pediatr Hematol Oncol 2004; 26(10):661-664.

(2248)   Price-Forbes AN, Callaghan R, Allen ME, Rowe IF. A regional audit of the use of COX-2 selective non-steroidal anti-inflammatory drugs (NSAIDs) in rheumatology clinics in the West Midlands, in relation to NICE guidelines. Rheumatology (Oxford) 2005; 44(7):921-924.

(2249)   Price G. Metformin lactic acidosis, acute renal failure and rofecoxib. Br J Anaesth 2003; 91(6):909-910.

KS-000962

(2250)  Priest A. National consumer drug safety network launched. CMAJ 2005; 172(9):1166.

(2251)  Pritchard KA, Jr., O'Banion MK, Miano JM et al. Induction of cyclooxygenase-2 in rat vascular smooth muscle cells in vitro and in vivo. J Biol Chem 1994; 269(11):8504-8509.

(2252)  Pritchard KI, Shepherd LE, O'Malley FP et al. HER2 and responsiveness of breast cancer to adjuvant chemotherapy. N Engl J Med 2006; 354(20):2103-2111.

(2253)  Pronovost P, Needham D, Berenholtz S et al. An intervention to decrease catheter-related bloodstream infections in the ICU. N Engl J Med 2006; 355(26):2725-2732.

(2254)  Przybylkowski A, Kurkowska-Jastrzebska I, Joniec I, Ciesielska A, Czlonkowska A, Czlonkowski A. Cyclooxygenases mRNA and protein expression in striata in the experimental mouse model of Parkinson's disease induced by 1-methyl-4-phenyl-1,2,3,6-tetrahydropyridine administration to mouse. Brain Res 2004; 1019(1-2):144-151.

(2255)  Przyklenk K, Heusch G. Late preconditioning against myocardial stunning. Does aspirin close the "second window" of endogenous cardioprotection? J Am Coll Cardiol 2003; 41(7):1195-1197.

(2256)  Psaty BM, Furberg CD, Ray WA, Weiss NS. Potential for conflict of interest in the evaluation of suspected adverse drug reactions: use of cerivastatin and risk of rhabdomyolysis. JAMA 2004; 292(21):2622-2631.

(2257)  Psaty BM, Furberg CD. COX-2 inhibitors--lessons in drug safety. N Engl J Med 2005; 352(11):1133-1135.

(2258)  Psaty BM, Potter JD. Risks and benefits of celecoxib to prevent recurrent adenomas. N Engl J Med 2006; 355(9):950-952.

(2259)  Psaty BM, Rennie D. Clinical trial investigators and their prescribing patterns: another dimension to the relationship between physician investigators and the pharmaceutical industry. JAMA 2006; 295(23):2787-2790.

(2260)  Psaty BM, Weiss NS. NSAID trials and the choice of comparators--questions of public health importance. N Engl J Med 2007; 356(4):328-330.

(2261)  Puli SR, Farrell JS, Alpert MA. Isolated gastric varices occurring 5 years after chemotherapy for splenic lymphoma. Ann Intern Med 2004; 140(12):1062-1063.

(2262)  Puma JA, Bello AE, Rodriguez JJ, Fort JG. The effects of COX-2 specific inhibitors on edema and systolic blood pressure in elderly patients with osteoarthritis and treated hypertension:  a pooled analysis on 1,902 patients [POSTER 244]. Am J Hypertens 2002; 15(4 Pt. 2):118A.

(2263)  Pyrko P, Soriano N, Kardosh A et al. Downregulation of survivin expression and concomitant induction of apoptosis by celecoxib and its non-cyclooxygenase-2-inhibitory analog, dimethyl-celecoxib (DMC), in tumor cells in vitro and in vivo. Mol Cancer 2006; 5:19.

(2264)  Qadri SS, Wang JH, Redmond KC, O' Donnell AF, Aherne T, Redmond HP. The role of COX-2 inhibitors in lung cancer. Ann Thorac Surg 2002; 74(5):1648-1652.

(2265)  Qadri SS, Wang JH, Coffey JC et al. Surgically induced accelerated local and distant tumor growth is significantly attenuated by selective COX-2 inhibition. Ann Thorac Surg 2005; 79(3):990-995.

(2266)  Qi Z, Hao CM, Langenbach RI et al. Opposite effects of cyclooxygenase-1 and -2 activity on the pressor response to angiotensin II. J Clin Invest 2002; 110(1):61-69.

(2267)  Quattrini M, Paladin S. A double-blind study comparing nimesulide with naproxen in the treatment of osteoarthritis of the hip. Clin Drug Invest 1995; 1995(10):3-139.

(2268)  Quilley J, Chen YJ. Role of COX-2 in the enhanced vasoconstrictor effect of arachidonic acid in the diabetic rat kidney. Hypertension 2003; 42(4):837-843.

(2269)  Quintana A, Raczka E, Quintana MA. Effects of indomethacin and diclofenac on cerebral blood flow in hypercapnic conscious rats. Eur J Pharmacol 1988; 149(3):385-388.

**KS-000963**

(2270)  Quiralte J, Saenz de San PB, Florido JJ. Safety of selective cyclooxygenase-2 inhibitor rofecoxib in patients with NSAID-induced cutaneous reactions. Ann Allergy Asthma Immunol 2002; 89(1):63-66.

(2271)  Quiralte J, Delgado J, Saenz de San PB et al. Safety of the new selective cyclooxygenase type 2 inhibitors rofecoxib and celecoxib in patients with anaphylactoid reactions to nonsteroidal anti-inflammatory drugs. Ann Allergy Asthma Immunol 2004; 93(4):360-364.

(2272)  Rabausch K, Bretschneider E, Sarbia M et al. Regulation of thrombomodulin expression in human vascular smooth muscle cells by COX-2-derived prostaglandins. Circ Res 2005; 96(1):e1-e6.

(2273)  Radaelli F, Feltri M, Meucci G, Spinzi G, Terruzzi V, Minoli G. Ischemic colitis associated with rofecoxib. Dig Liver Dis 2005; 37(5):372-376.

(2274)  Radhakrishna T, Sreenivas RD, Om RG. LC determination of rofecoxib in bulk and pharmaceutical formulations. J Pharm Biomed Anal 2001; 26(4):617-628.

(2275)  Rahim MA, Rao PN, Knaus EE. Isomeric acetoxy analogues of rofecoxib: a novel class of highly potent and selective cyclooxygenase-2 inhibitors. Bioorg Med Chem Lett 2002; 12(19):2753-2756.

(2276)  Rahimi SY, Vender JR, Macomson SD, French A, Smith JR, Alleyne CH, Jr. Postoperative pain management after craniotomy: evaluation and cost analysis. Neurosurgery 2006; 59(4):852-857.

(2277)  Rahme E, Marentette M, Kong S, LeLorier J. Pattern of use of COX-2 inhibitors and gastroprotective agents coprescription compared to that of NSAIDs in an elderly population. Arthritis Rheum 2001; 44(9 Suppl.):S316.

(2278)  Rahme E, Marentette M, Kong S, LeLorier J. Does income affect the accessibility of COX-2 inhibitors: a drug utilization review study with the Quebec government database. Arthritis Rheum 2001; 44(9 Suppl.):S316.

(2279)  Rahme E, Marentette MA, Kong SX, LeLorier J. Use of NSAIDs, COX-2 inhibitors, and acetaminophen and associated coprescriptions of gastroprotective agents in an elderly population. Arthritis Care Res 2002; 47(6):595-602.

(2280)  Rahme E, Marentette MA, Toubouti Y, Kong SX, LeLorier J. Stay on therapy during three months of follow up of patients on selective COX-2 inhibitors and other nonselective NSAIDs in an elderly population. Ann Rheum Dis 2002; 61(1 Suppl.):68.

(2281)  Rahme E, Marentette MA, Toubouti Y, Kong SX, LeLorier J. Gastrointestinal complications associated with rofecoxib/celecoxib and other nonselective NSAIDs:  analysis of the government claims database in Quebec, Canada. Ann Rheum Dis 2002; 61(1 Suppl.):108.

(2282)  Rahme E, Marentette MA, Toubouti Y, Kong SX, LeLorier J. Profiles of patients who used coxibs, meloxicam, and other nonselective NSAIDs: analysis of the RAMQ database in Quebec, Canada. Ann Rheum Dis 2002; 61(1 Suppl.):81.

(2283)  Rahme E, Pilote L, LeLorier J. Risk of myocardial infarction associated with selective COX-2 inhibitors: questions remain.  In reply. Arch Intern Med 2002; 162(22):2641-2642.

(2284)  Rahme E, Pilote L, LeLorier J. Association between naproxen use and protection against acute myocardial infarction. Arch Intern Med 2002; 162(10):1111-1115.

(2285)  Rahme E, Marentette MA, Toubouti Y, Kong SX, LeLorier J. Are rofecoxib and celecoxib associated with fewer gastrointestinal complications compared to conventional NSAIDs in real-life clinical practice? [ABSTRACT 219]. Arthritis Rheum 2002; 46(9 Suppl.):S118-Abstr. 219.

(2286)  Rahme E, Kong SX, Watson DJ, Toubouti Y, Pilote L, LeLorier J. Association between rofecoxib, diclofenac/ibuprofen and hospitalization for acute myocardial infarction: baseline patient characteristics [ABSTRACT 979]. Arthritis Rheum 2003; 48(9 Suppl.):S398-Abstr. 979.

(2287)  Rahme E, Bardou M, Toubouti Y, Barkun AN. Gastrointestinal effects of rofecoxib and celecoxib versus acetaminophen among patients on low dose aspirin [ABSTRACT 1575]. Arthritis Rheum 2003; 48(9 Suppl.):S606-S607, Abstr. 1575.

(2288)  Rahme E, Choquette D, Beaulieu M, Bessette L, Toubouti Y, LeLorier J. Effect of patient gastrointestinal risk status on adherence to guidelines for osteoarthritis treatment [ABSTRACT 1652]. Arthritis Rheum 2003; 48(9 Suppl.):S633-Abstr. 1652.

KS-000964

(2289)  Rahme E, Dasgupta K, Ghosri J, Pilote L, Hudson M. Selective cyclooxygenase-2 (COX-2) inhibitors protect against breast cancer [ABSTRACT LB13]. Arthritis Rheum 2003; 48(12):3661-Abstr. LB13.

(2290)  Rahme E, Barkun AN, Toubouti Y, Bardou M. The cyclooxygenase-2-selective inhibitors rofecoxib and celecoxib prevent colorectal neoplasia occurrence and recurrence. Gastroenterology 2003; 125(2):404-412.

(2291)  Rahme E, Dasgupta K, Toubouti Y, Barkun AN, Bardou M. Gastrointestinal effects of rofecoxib and celecoxib vs. NSAIDs among patients on low dose aspirin. Fundam Clin Pharmacol 2004; 18:222-#O-44.

(2292)  Rahme E, Hunsche E, Toubouti Y, Chabot I. Retrospective analysis of utilization patterns and cost implications of coxibs among seniors in Quebec, Canada: what is the potential impact of the withdrawal of rofecoxib? Arthritis Rheum 2006; 55(1):27-34.

(2293)  Rahme E, Toubouti Y, Hunsche E. Therapy switching and associated costs in elderly patients receiving COX-2 selective inhibitors or non-selective non-steroidal anti-inflammatory drugs in Quebec, Canada. Rheumatology (Oxford) 2006; 45(7):903-910.

(2294)  Rahme E, Watson DJ, Kong SX, Toubouti Y, LeLorier J. Association between nonnaproxen NSAIDs, COX-2 inhibitors and hospitalization for acute myocardial infarction among the elderly: a retrospective cohort study. Pharmacoepidemiol Drug Saf 2007; 16(5):493-503.

(2295)  Rahme E, Nedjar H. Risks and benefits of COX-2 inhibitors vs non-selective NSAIDs: does their cardiovascular risk exceed their gastrointestinal benefit? A retrospective cohort study. Rheumatology (Oxford) 2007; 46(3):435-438.

(2296)  Rahusen FT, Weinhold PS, Almekinders LC. Nonsteroidal anti-inflammatory drugs and acetaminophen in the treatment of an acute muscle injury. Am J Sports Med 2004; 32(8):1856-1859.

(2297)  Rainsford KD. The ever-emerging anti-inflammatories. Have there been any real advances? J Physiol Paris 2001; 95(1-6):11-19.

(2298)  Rainsford KD. Introduction - The coxib controversies. Inflammopharmacology 2005; 13(4):331-341.

(2299)  Raisz LG. Potential impact of selective cyclooxygenase-2 inhibitors on bone metabolism in health and disease. Am J Med 2001; 110 Suppl 3A:43S-45S.

(2300)  Rajadhyaksha VD, Dahanukar SA. Rofecoxib: a new selective COX-2 inhibitor. J Postgrad Med 2001; 47(1):77-78.

(2301)  Ramakrishna NV, Vishwottam KN, Wishu S, Koteshwara M. Quantitation of Valdecoxib in human plasma by high-performance liquid chromatography with ultraviolet absorbance detection using liquid-liquid extraction. J Chromatogr B Analyt Technol Biomed Life Sci 2004; 802(2):271-275.

(2302)  Ramakrishna NV, Vishwottam KN, Wishu S, Koteshwara M, Chidambara J. High-performance liquid chromatography method for the quantification of entacapone in human plasma. J Chromatogr B Analyt Technol Biomed Life Sci 2005; 823(2):189-194.

(2303)  Ran Yun H, Corzillius M, Yoon Kim S, Bae SC. Cost-effectiveness analysis of NSAIDs vs COX-2 specific inhibitors and NSAIDs with co-treatments to prevent GI toxicity in the treatment of RA. Arthritis Rheum 2000; 43(9 Suppl.):S145.

(2304)  Randolph CC, Dreyfus D. Drug desensitization:  experience in private practice with a community hospital [POSTER 61]. Ann Allergy Asthma Immunol 2004; 92(1):117.

(2305)  Rao PN, Uddin MJ, Knaus EE. Design, synthesis, and structure-activity relationship studies of 3,4,6-triphenylpyran-2-ones as selective cyclooxygenase-2 inhibitors. J Med Chem 2004; 47(16):3972-3990.

(2306)  Rao PN, Chen QH, Knaus EE. Synthesis and structure-activity relationship studies of 1,3-diarylprop-2-yn-1-ones: dual inhibitors of cyclooxygenases and lipoxygenases. J Med Chem 2006; 49(5):1668-1683.

(2307)  Rao RN, Meena S, Nagaraju D, Rao AR. Development and validation of a reversed-phase liquid chromatographic method for separation and simultaneous determination of COX-2 inhibitors in pharmaceuticals and its application to biological fluids. Biomed Chromatogr 2005; 19(5):362-368.

**KS-000965**

(2308)   Rattray B, Nugent DJ, Young G. Rofecoxib as adjunctive therapy for haemophilic arthropathy. Haemophilia 2005; 11(3):240-244.

(2309)   Rattray B, Nugent DJ, Young G. Celecoxib in the treatment of haemophilic synovitis, target joints, and pain in adults and children with haemophilia. Haemophilia 2006; 12(5):514-517.

(2310)   Ratz Bravo AE, Egger SS, Crespo S, Probst WL, Krahenbuhl S. Lithium intoxication as a result of an interaction with rofecoxib. Ann Pharmacother 2004; 38(7-8):1189-1193.

(2311)   Ravaud P, Giraudeau B, Logeart I et al. Management of osteoarthritis (OA) with patient-administered assessment tools and/or unsupervised home-based exercise programs. A 2x2 factorial design cluster randomized controlled trial. Arthritis Rheum 2001; 44(9 Suppl.):S355.

(2312)   Ravaud P, Giraudeau B, Logeart I et al. Management of osteoarthritis (OA) with an unsupervised home based exercise programme and/or patient administered assessment tools. A cluster randomised controlled trial with a 2x2 factorial design. Ann Rheum Dis 2004; 63(6):703-708.

(2313)   Ravaud P, Tubach F. Methodology of therapeutic trials: lessons from the late evidence of the cardiovascular toxicity of some coxibs. Joint Bone Spine 2005; 72(6):451-455.

(2314)   Rawson NS, Nourjah P, Grosser SC, Graham DJ. Factors associated with celecoxib and rofecoxib utilization. Ann Pharmacother 2005; 39(4):597-602.

(2315)   Ray WA, Stein CM, Byrd V et al. Educational program for physicians to reduce use of non-steroidal anti-inflammatory drugs among community-dwelling elderly persons: a randomized controlled trial. Med Care 2001; 39(5):425-435.

(2316)   Ray WA, Stein CM, Hall K, Daugherty JR, Griffin MR. Non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease: an observational cohort study. Lancet 2002; 359(9301):118-123.

(2317)   Ray WA, Murray KT. Aspirin: redundant in users of nonaspirin, nonsteroidal antiinflammatory agents? Am Heart J 2002; 143(3):381-382.

(2318)   Ray WA, Stein CM, Daugherty JR, Hall K, Arbogast PG, Griffin MR. COX-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease. Lancet 2002; 360(9339):1071-1073.

(2319)   Ray WA. Evaluating medication effects outside of clinical trials: new-user designs. Am J Epidemiol 2003; 158(9):915-920.

(2320)   Ray WA. Population-based studies of adverse drug effects. N Engl J Med 2003; 349(17):1592-1594.

(2321)   Ray WA, MacDonald TM, Solomon DH, Graham DJ, Avorn J. COX-2 selective non-steroidal anti-inflammatory drugs and cardiovascular disease. Pharmacoepidemiol Drug Saf 2003; 12(1):67-70.

(2322)   Ray WA, Griffin MR, Stein CM. Cardiovascular toxicity of valdecoxib. N Engl J Med 2004; 351(26):2767.

(2323)   Ray WA. Observational studies of drugs and mortality. N Engl J Med 2005; 353(22):2319-2321.

(2324)   Ray WA, Stein CM. Reform of drug regulation--beyond an independent drug-safety board. N Engl J Med 2006; 354(2):194-201.

(2325)   Raz A, Wyche A, Needleman P. Temporal and pharmacological division of fibroblast cyclooxygenase expression into transcriptional and translational phases. Proc Natl Acad Sci U S A 1989; 86(5):1657-1661.

(2326)   Real PM, Vila CN, Garcia RL, Luaces VF, Gonzalez Ponce CM, az Carrasco MS. [Role of allopurinol and rofecoxib in agranulocytosis and acute tubular necrosis]. Farm Hosp 2003; 27(5):317-322.

(2327)   Reddy BS, Rao CV. Colon cancer: a role for cyclo-oxygenase-2-specific nonsteroidal anti-inflammatory drugs. Drugs Aging 2000; 16(5):329-334.

(2328)   Reddy CM, Bhat VB, Kiranmai G, Reddy MN, Reddanna P, Madyastha KM. Selective inhibition of cyclooxygenase-2 by C-phycocyanin, a biliprotein from Spirulina platensis. Biochem Biophys Res Commun 2000; 277(3):599-603.

KS-000966

(2329)   Reddy LR, Corey EJ. Facile air oxidation of the conjugate base of rofecoxib (Vioxx), a possible contributor to chronic human toxicity. Tetrahedron Letters 2005; 46(6):927-929.

(2330)   Reding T, Bimmler D, Perren A et al. A selective COX-2 inhibitor suppresses chronic pancreatitis in an animal model (WBN/Kob rats): significant reduction of macrophage infiltration and fibrosis. Gut 2006; 55(8):1165-1173.

(2331)   Rehman Q, Sack KE. When to try COX-2-specific inhibitors. Safer than standard NSAIDs in some situations. Postgrad Med 1999; 106(4):95-2, 105.

(2332)   Reichle A, Bross K, Vogt T et al. Pioglitazone and rofecoxib combined with angiostatically scheduled trofosfamide in the treatment of far-advanced melanoma and soft tissue sarcoma. Cancer 2004; 101(10):2247-2256.

(2333)   Reichle A, Vogt T, Kunz-Schughart L et al. Anti-inflammatory and angiostatic therapy in chemorefractory multisystem Langerhans' cell histiocytosis of adults. Br J Haematol 2005; 128(5):730-732.

(2334)   Reicin A, Barr E, Shapiro D. Cardiovascular safety profile of rofecoxib: a meta-analysis. Arthritis Rheum 2001; 44(9 Suppl.):S372.

(2335)   Reicin A, Brown J, Jove M et al. Efficacy of single-dose and multidose rofecoxib in the treatment of post-orthopedic surgery pain. Am J Orthop 2001; 30(1):40-48.

(2336)   Reicin A, DiBattiste P, Chen J, Lines C. A pooled analysis of the cardiovascular safety of rofecoxib in trials of elderly patients with Alzheimer's disease or Cognitive Impairment. Circulation 2002; 106(19 Suppl.):II412-II413.

(2337)   Reicin A, Konstam M, Weir M et al. Incidence of cardiovascular events in the rofecoxib development program [ABSTRACT 218]. Arthritis Rheum 2002; 46(9 Suppl.):S118-Abstr. 218.

(2338)   Reicin A, DiBattiste P, Mukhopadhyay S et al. Cardiovascular safety profile of rofecoxib in elderly patients with Alzheimer's disease or cognitive impairment:  an updated pooled analysis [ABSTRACT AB0151]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr AB0151.

(2339)   Reicin A, Shapiro D. Response to expression of concern regarding VIGOR study. N Engl J Med 2006; 354(11):1196-1199.

(2340)   Reicin AS, Brown J, Jove M et al. The COX-2 specific inhibitor, rofecoxib, was effective in the treatment of postorthopedic surgical pain [ABSTRACT 1186]. Arthritis Rheum 1999; 42(9 Suppl.):S268-Abstr. 1186.

(2341)   Reicin AS, Shapiro D, Sperling RS, Barr E, Yu Q. Comparison of cardiovascular thrombotic events in patients with osteoarthritis treated with rofecoxib versus nonselective nonsteroidal anti-inflammatory drugs (ibuprofen, diclofenac, and nabumetone). Am J Cardiol 2002; 89(2):204-209.

(2342)   Reicin AS, Block GA, Chen J, Lines CR. Cardiovascular safety profile of rofecoxib in elderly patients with Alzheimer's disease or cognitive impairment: a pooled analysis. Ann Rheum Dis 2002; 61(1 Suppl.):34.

(2343)   Reicin AS, Krupa D, Connors LG, Leung AT. Fracture healing in patients treated with rofecoxib and nonselective NSAIDs [ABSTRACT 1243]. Arthritis Rheum 2003; 48(9 Suppl.):S492-Abstr. 1243.

(2344)   Reilly IA, FitzGerald GA. Inhibition of thromboxane formation in vivo and ex vivo: implications for therapy with platelet inhibitory drugs. Blood 1987; 69(1):180-186.

(2345)   Reilly M, FitzGerald GA. Gathering intelligence on antiplatelet drugs: the view from 30 000 feet. When combined with other information overviews lead to conviction. BMJ 2002; 324(7329):59-60.

(2346)   Reinalter SC, Jeck N, Brochhausen C et al. Role of cyclooxygenase-2 in hyperprostaglandin E syndrome/antenatal Bartter syndrome. Kidney Int 2002; 62(1):253-260.

(2347)   Reiner M, Magni E. Efficacy and Safety of Nimesulide in the Short-Term Treatment of Rheumatoid Arthritis. Curr Ther Res Clin Exp 1982; 31(6, Sec. 1):906-912.

(2348)   Reines SA, Block GA, Morris JC et al. Rofecoxib: no effect on Alzheimer's disease in a 1-year, randomized, blinded, controlled study. Neurology 2004; 62(1):66-71.

KS-000967

(2349)  Reinharth D. Reflections on malpractice. Arch Intern Med 2002; 162(22):2630.

(2350)  Reinhold SW, Fischereder M, Riegger GA, Kramer BK. Acute renal failure after administration of a single dose of a highly selective COX-2 inhibitor. Clin Nephrol 2003; 60(4):295-296.

(2351)  Reinisch W, Miehsler W, Dejaco C et al. An open-label trial of the selective cyclo-oxygenase-2 inhibitor, rofecoxib, in inflammatory bowel disease-associated peripheral arthritis and arthralgia. Aliment Pharmacol Ther 2003; 17(11):1371-1380.

(2352)  Reis ED, Roque M, Dansky H et al. Sulindac inhibits neointimal formation after arterial injury in wild-type and apolipoprotein E-deficient mice. Proc Natl Acad Sci U S A 2000; 97(23):12764-12769.

(2353)  Reitblat T, Zamir D, Estis L, Priluk R, Drogenikov T, Viskoper JR. The different patterns of blood pressure elevation by rofecoxib and nabumetone. J Hum Hypertens 2002; 16(6):431-434.

(2354)  Reti S. Responsibility for pharmaceutical company samples. N Z Med J 2005; 118(1215):U1472.

(2355)  Reuben SS, Steinberg R. Gastric perforation associated with the use of celecoxib. Anesthesiology 1999; 91(5):1548-1549.

(2356)  Reuben SS, Connelly NR. Postoperative analgesic effects of celecoxib or rofecoxib after spinal fusion surgery. Anesth Analg 2000; 91(5):1221-1225.

(2357)  Reuben SS. Effect of nonsteroidal anti-inflammatory drugs on osteogenesis and spinal fusion. Reg Anesth Pain Med 2001; 26(6):590-591.

(2358)  Reuben SS. A new class of COX-2 inhibitors offer an alternative to NSAIDS in pain management after spinal surgery. Spine 2001; 26(13):1505-1506.

(2359)  Reuben SS, Fingeroth R, Krushell R, Maciolek H. Evaluation of the safety and efficacy of the perioperative administration of rofecoxib for total knee arthroplasty. J Arthroplasty 2002; 17(1):26-31.

(2360)  Reuben SS, Bhopatkar S, Maciolek H, Joshi W, Sklar J. The preemptive analgesic effect of rofecoxib after ambulatory arthroscopic knee surgery. Anesth Analg 2002; 94(1):55-9, table.

(2361)  Reuben SS, Connelly NR. The perioperative use of cyclooxygenase-2 selective nonsteroidal antiinflammatory drugs may offer a safer alternative. Anesthesiology 2004; 100(3):748.

(2362)  Reuben SS, Ablett D, Kaye R. High dose nonsteroidal anti-inflammatory drugs compromise spinal fusion. Can J Anaesth 2005; 52(5):506-512.

(2363)  Reuben SS. The safety of the perioperative administration of cyclooxygenase-2 inhibitors for post-surgical pain. Acta Anaesthesiol Scand 2005; 49(3):424.

(2364)  Richardson C, Emery P. The clinical implications of inhibition of the inducible form of cyclo-oxygenase. Drug Saf 1996; 15(4):249-260.

(2365)  Ridgway D. Analgesics for acute pain: Meeting the United States Food and Drug Administration's requirements for proof of efficacy. Clin J Pain 2004; 20(3):123-132.

(2366)  Ridker PM, Cushman M, Stampfer MJ, Tracy RP, Hennekens CH. Inflammation, aspirin, and the risk of cardiovascular disease in apparently healthy men. N Engl J Med 1997; 336(14):973-979.

(2367)  Ridker PM, Cook NR, Lee IM et al. A randomized trial of low-dose aspirin in the primary prevention of cardiovascular disease in women. N Engl J Med 2005; 352(13):1293-1304.

(2368)  Ridolfo AS, Crabtree RE, Johnson DW, Rockhold FW. Gastrointestinal microbleeding: comparisons between benoxaprofen and other nonsteroidal antiinflammatory agents. J Rheumatol Suppl 1980; 6:36-47.

(2369)  Riendeau D, Percival MD, Boyce S et al. Biochemical and pharmacological profile of a tetrasubstituted furanone as a highly selective COX-2 inhibitor. Br J Pharmacol 1997; 121(1):105-117.

KS-000968

(2370)  Riendeau D, Percival MD, Brideau C et al. Etoricoxib (MK-0663): preclinical profile and comparison with other agents that selectively inhibit cyclooxygenase-2. J Pharmacol Exp Ther 2001; 296(2):558-566.

(2371)  Riest G, Peters J, Weiss M et al. Does perioperative administration of rofecoxib improve analgesia after spine, breast and orthopaedic surgery? Eur J Anaesthesiol 2006; 23(3):219-226.

(2372)  Rigas B, Kashfi K. Cancer prevention: a new era beyond cyclooxygenase-2. J Pharmacol Exp Ther 2005; 314(1):1-8.

(2373)  Rigau D, De la Cruz G, Pena J, Carbo M, Ramis I, Izquierdo I. UR-8880, a new potent COX2 inhibitor:  first administration into man to assess its tolerability, pharmacokinetics and pharmacodynamics [ABSTRACT AB0170]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr AB0170.

(2374)  Rimarachin JA, Jacobson JA, Szabo P, Maclouf J, Creminon C, Weksler BB. Regulation of cyclooxygenase-2 expression in aortic smooth muscle cells. Arterioscler Thromb 1994; 14(7):1021-1031.

(2375)  Rinder HM, Gagnier RP, Souhrada M, Wood CC. Bleeding time and platelet function in normal volunteers receiving meloxicam [ABSTRACT SAT0063]. Ann Rheum Dis 2001; 60(1 Suppl.):CD ABSTRACT SAT0063.

(2376)  Rioda WT, Nervetti A. [Specific inhibitors of cyclooxygenase-2 (COX-2): current knowledge and perspectives]. Acta Biomed Ateneo Parmense 2001; 72(3-4):55-64.

(2377)  Ristimaki A, Garfinkel S, Wessendorf J, Maciag T, Hla T. Induction of cyclooxygenase-2 by interleukin-1 alpha. Evidence for post-transcriptional regulation. J Biol Chem 1994; 269(16):11769-11775.

(2378)  Rivero M, Santiago B, Galindo M, Brehmer MT, Pablos JL. Cyclooxygenase-2 inhibition lacks immunomodulatory effects on T cells. Clin Exp Rheumatol 2002; 20(3):379-385.

(2379)  Roberts WG, Simon TJ, Berlin RG et al. Leukotrienes in ulcerative colitis: results of a multicenter trial of a leukotriene biosynthesis inhibitor, MK-591. Gastroenterology 1997; 112(3):725-732.

(2380)  Robertson M. Effect of NSAIDs on risk of Alzheimer's disease: confounding factors were not discussed. BMJ 2003; 327(7417):751-752.

(2381)  Rocca B, FitzGerald GA. Cyclooxygenases and prostaglandins: shaping up the immune response. Int Immunopharmacol 2002; 2(5):603-630.

(2382)  Rocca B, Secchiero P, Ciabattoni G et al. Cyclooxygenase-2 expression is induced during human megakaryopoiesis and characterizes newly formed platelets. Proc Natl Acad Sci U S A 2002; 99(11):7634-7639.

(2383)  Rocca B, Secchiero P, Celeghini C et al. Modulation of the expression and activity of cyclooxygenases in normal and accelerated erythropoiesis. Exp Hematol 2004; 32(10):925-934.

(2384)  Rocha JL, Fernandez-Alonso J. Acute tubulointerstitial nephritis associated with the selective COX-2 enzyme inhibitor, rofecoxib. Lancet 2001; 357(9272):1946-1947.

(2385)  Rocha PN, Plumb TJ, Robinson LA et al. Role of thromboxane A2 in the induction of apoptosis of immature thymocytes by lipopolysaccharide. Clin Diagn Lab Immunol 2005; 12(8):896-903.

(2386)  Rodrigues AD. Impact of CYP2C9 genotype on pharmacokinetics: are all cyclooxygenase inhibitors the same? Drug Metab Dispos 2005; 33(11):1567-1575.

(2387)  Rodriguez-Moranta F, Castells A. Mechanisms of colon cancer prevention with and beyond COX-2 inhibition. Curr Top Med Chem 2005; 5(5):505-516.

(2388)  Rodriguez F, Llinas MT, Gonzalez JD, Rivera J, Salazar FJ. Renal changes induced by a cyclooxygenase-2 inhibitor during normal and low sodium intake. Hypertension 2000; 36(2):276-281.

(2389)  Rodriguez M, Enrique E, Castello JV, de Mateo JA, Roca B, Malek T. Tolerability of cyclooxygenase 2 inhibitors and the advisability of oral challenge. Ann Allergy Asthma Immunol 2003; 91(6):589.

(2390)  Rodts MF. Drug recalls and notification of practitioners. Orthop Nurs 2004; 23(6):353-354.

KS-000969

(2391)  Romano M. Spin cycles. Healthcare marketing-communications efforts have taken on increasing strategic importance. Mod Healthc 2005; 35(47):28-30.

(2392)  Romanovsky AA. Vioxx, Celebrex, Bextra....do we have a new target for anti-inflammatory and antipyretic therapy? Am J Physiol Regul Integr Comp Physiol 2005; 288(5):R1098-R1099.

(2393)  Romsing J, Moiniche S. A systematic review of COX-2 inhibitors compared with traditional NSAIDs, or different COX-2 inhibitors for post-operative pain. Acta Anaesthesiol Scand 2004; 48(5):525-546.

(2394)  Romsing J, Moiniche S, Mathiesen O, Dahl JB. Reduction of opioid-related adverse events using opioid-sparing analgesia with COX-2 inhibitors lacks documentation: a systematic review. Acta Anaesthesiol Scand 2005; 49(2):133-142.

(2395)  Rondel RK, Eberhardt RT, Koch J, Schurmann W. Treatment of Primary Essential Dysmenorrhoea with Nimesulide: A Double-Blind Crossover Study. Curr Ther Res Clin Exp 2004; 35(1):123-129.

(2396)  Rosamond W, Flegal K, Friday G et al. Heart disease and stroke statistics--2007 update: a report from the American Heart Association Statistics Committee and Stroke Statistics Subcommittee. Circulation 2007; 115(5):e69-171.

(2397)  Rose P, Steinhauser C. Comparison of Lornoxicam and Rofecoxib in Patients with Activated Osteoarthritis (COLOR Study). Clin Drug Investig 2004; 24(4):227-236.

(2398)  Rosen GD, Birkenmeier TM, Raz A, Holtzman MJ. Identification of a cyclooxygenase-related gene and its potential role in prostaglandin formation. Biochem Biophys Res Commun 1989; 164(3):1358-1365.

(2399)  Rosen Y, Yachelevich N, Benedek P et al. No need to tax the sick: clinical guidelines for rofecoxib as an alternative effective method to the copayment policy in the advent of increasing pharmaceutical expenditures. Mil Med 2004; 169(11):932-936.

(2400)  Rosengren A, Hawken S, Ounpuu S et al. Association of psychosocial risk factors with risk of acute myocardial infarction in 11119 cases and 13648 controls from 52 countries (the INTERHEART study): case-control study. Lancet 2004; 364(9438):953-962.

(2401)  Ross R. Atherosclerosis--an inflammatory disease. N Engl J Med 1999; 340(2):115-126.

(2402)  Rossat J, Maillard M, Nussberger J, Brunner HR, Burnier M. Renal effects of selective cyclooxygenase-2 inhibition in normotensive salt-depleted subjects. Clin Pharmacol Ther 1999; 66(1):76-84.

(2403)  Rossoni G, Muscara MN, Cirino G, Wallace JL. Inhibition of cyclo-oxygenase-2 exacerbates ischaemia-induced acute myocardial dysfunction in the rabbit. Br J Pharmacol 2002; 135(6):1540-1546.

(2404)  Roth-Cline MD. Clinical trials in the wake of Vioxx: requiring statistically extreme evidence of benefit to ensure the safety of new drugs. Circulation 2006; 113(18):2253-2259.

(2405)  Roth SH, Fries JF, Abadi IA, Hubscher O, Mintz G, Samara AM. Prophylaxis of nonsteroidal antiinflammatory drug gastropathy: a clinical opinion. J Rheumatol 1991; 18(7):956-958.

(2406)  Rothschild BM. Alendronate and nonsteroidal anti-inflammatory drug interaction safety is not established. Arch Intern Med 2000; 160(11):1702.

(2407)  Rothschild JM, Fang E, Liu V, Litvak I, Yoon C, Bates DW. Use and perceived benefits of handheld computer-based clinical references. J Am Med Inform Assoc 2006; 13(6):619-626.

(2408)  Rothstein R. Safety profiles of leading nonsteroidal anti-inflammatory drugs. Am J Med 1998; 105(5A):39S-43S.

(2409)  Rotondo S, Dell'Elba G, Manarini S, Cerletti C, Evangelista V. The lipoxygenase-cyclooxygenase inhibitor licofelone prevents thromboxane A2-mediated cardiovascular derangement triggered by the inflammatory peptide fMLP in the rabbit. Eur J Pharmacol 2006; 546(1-3):95-101.

(2410)  Rott D, Zhu J, Burnett MS et al. Effects of MF-tricyclic, a selective cyclooxygenase-2 inhibitor, on atherosclerosis progression and susceptibility to cytomegalovirus replication in apolipoprotein-E knockout mice. J Am Coll Cardiol 2003; 41(10):1812-1819.

KS-000976

(2411) Roujeau JC, Kelly JP, Naldi L et al. Medication use and the risk of Stevens-Johnson syndrome or toxic epidermal necrolysis. N Engl J Med 1995; 333(24):1600-1607.

(2412) Roumie CL, Arbogast PG, Mitchel EF, Jr., Griffin MR. Prescriptions for chronic high-dose cyclooxygenase-2 inhibitors are often inappropriate and potentially dangerous. J Gen Intern Med 2005; 20(10):879-883.

(2413) Roy L, Knapp HR, Robertson RM, FitzGerald GA. Endogenous biosynthesis of prostacyclin during cardiac catheterization and angiography in man. Circulation 1985; 71(3):434-440.

(2414) Rozen TD. Atypical presentations of cluster headache. Cephalalgia 2002; 22(9):725-729.

(2415) Ruan KH. Advance in understanding the biosynthesis of prostacyclin and thromboxane A2 in the endoplasmic reticulum membrane via the cyclooxygenase pathway. Mini Rev Med Chem 2004; 4(6):639-647.

(2416) Rubin BR, Burton R, Navarra S et al. Efficacy and safety profile of treatment with etoricoxib 120 mg once daily compared with indomethacin 50 mg three times daily in acute gout: a randomized controlled trial. Arthritis Rheum 2004; 50(2):598-606.

(2417) Rudic RD, Brinster D, Cheng Y et al. COX-2-derived prostacyclin modulates vascular remodeling. Circ Res 2005; 96(12):1240-1247.

(2418) Rudick RA, Stuart WH, Calabresi PA et al. Natalizumab plus interferon beta-1a for relapsing multiple sclerosis. N Engl J Med 2006; 354(9):911-923.

(2419) Rudwaleit M, Listing J, Marker-Hermann E et al. Use and efficacy of non-steroidal anti-inflammatory drugs in early ankylosing spondylitis [ABSTRACT FRI0168]. Ann Rheum Dis 2003; 62(1 Suppl.):Abst FRI0168.

(2420) Ruiz-Irastorza G, Khamashta MA. Stroke and antiphospholipid syndrome: the treatment debate. Rheumatology (Oxford) 2005; 44(8):971-974.

(2421) Ruiz-Palacios GM, Perez-Schael I, Velazquez FR et al. Safety and efficacy of an attenuated vaccine against severe rotavirus gastroenteritis. N Engl J Med 2006; 354(1):11-22.

(2422) Rusche JM. Tolerability of rofecoxib versus naproxen. Ann Intern Med 2004; 140(12):1059.

(2423) Rush AJ, Trivedi MH, Wisniewski SR et al. Bupropion-SR, sertraline, or venlafaxine-XR after failure of SSRIs for depression. N Engl J Med 2006; 354(12):1231-1242.

(2424) Russell MW, Miller JD, Taylor DCA, Huse DM. Projected risks and costs of cardiovascular disease due to increased systolic blood pressure associated with use of rofecoxib [POSTER 490]. Am J Hypertens 2001; 14(4 Pt. 2):A195.

(2425) Russo P, Attanasio E, Degli Esposti L et al. May coxibs progressively change the patterns of use of gastrointestinal protective drugs indeed?  An assessment of a claims and general practice databases. Ann Rheum Dis 2002; 61(1 Suppl.):105-106.

(2426) Russo P, Capone A, Attanasio E et al. Pharmacoutilization and costs of osteoarthritis: changes induced by the introduction of a cyclooxygenase-2 inhibitor into clinical practice. Rheumatology (Oxford) 2003; 42(7):879-887.

(2427) Saag K, Fisher C, McKay J et al. MK-0966, a specific COX-2 inhibitor, has clinical efficacy comparable to ibuprofen in the treatment of knee and hip osteoarthritis (OA) in a 6-week controlled clinical trial. Arthritis Rheum 1998; 41(9 Suppl.):S196.

(2428) Saag K. Rofecoxib. Drugs 1999; 58(3):506.

(2429) Saag K, van der HD, Fisher C et al. Rofecoxib, a new cyclooxygenase 2 inhibitor, shows sustained efficacy, comparable with other nonsteroidal anti-inflammatory drugs: a 6-week and a 1-year trial in patients with osteoarthritis. Osteoarthritis Studies Group. Arch Fam Med 2000; 9(10):1124-1134.

(2430) Sagar KA, Smyth MR. A comparative bioavailability study of different aspirin formulations using on-line multidimensional chromatography. J Pharm Biomed Anal 1999; 21(2):383-392.

KS-000971

(2431) Sahin I, Saracoglu F, Kurban Y, Turkkani B. Dysmenorrhea treatment with a single daily dose of rofecoxib. Int J Gynaecol Obstet 2003; 83(3):285-291.

(2432) Saito T, Rodger IW, Hu F, Shennib H, Giaid A. Inhibition of cyclooxygenase-2 improves cardiac function in myocardial infarction. Biochem Biophys Res Commun 2000; 273(2):772-775.

(2433) Saito T, Rodger IW, Hu F, Robinson R, Huynh T, Giaid A. Inhibition of COX pathway in experimental myocardial infarction. J Mol Cell Cardiol 2004; 37(1):71-77.

(2434) Salido M, Joven B, D'Cruz DP, Khamashta MA, Hughes GR. Increased cutaneous reactions to hydroxychloroquine (Plaquenil) possibly associated with formulation change: comment on the letter by Alarcon. Arthritis Rheum 2002; 46(12):3392-3396.

(2435) Samad T, Abdi S. Cyclooxygenase-2 and antagonists in pain management. Curr Opin Anaesthesiol 2001; 14(5):527-532.

(2436) Sammour OA, Hammad MA, Megrab NA, Zidan AS. Formulation and optimization of mouth dissolve tablets containing rofecoxib solid dispersion. AAPS PharmSciTech 2006; 7(2):E55.

(2437) SAMUELSSON B. ISOLATION AND IDENTIFICATION OF PROSTAGLANDINS FROM HUMAN SEMINAL PLASMA. 18. PROSTAGLANDINS AND RELATED FACTORS. J Biol Chem 1963; 238(10):3229-3234.

(2438) Sanchez-Borges M, Capriles-Hulett A, Caballero F, Perez C. Safety of new COX-2 inhibitors in NSAID-intolerant patients [ABSTRACT FRI0005]. Ann Rheum Dis 2001; 60(1 Suppl.):CD ABSTRACT FRI0005.

(2439) Sanchez-Borges M, Caballero-Fonseca F, Capriles-Hulett A. Tolerance of nonsteroidal anti-inflammatory drug-sensitive patients to the highly specific cyclooxygenase 2 inhibitors rofecoxib and valdecoxib. Ann Allergy Asthma Immunol 2005; 94(1):34-38.

(2440) Sanchez-Fidalgo S, Martin-Lacave I, Illanes M, Motilva V. Angiogenesis, cell proliferation and apoptosis in gastric ulcer healing. Effect of a selective cox-2 inhibitor. Eur J Pharmacol 2004; 505(1-3):187-194.

(2441) Sanchez-Matienzo D, Arana A, Castellsague J, Perez-Gutthann S. Hepatic disorders in patients treated with COX-2 selective inhibitors or nonselective NSAIDs: a case/noncase analysis of spontaneous reports. Clin Ther 2006; 28(8):1123-1132.

(2442) Sanchez BM, Capriles-Hulett A, Caballero-Fonseca F, Perez CR. Tolerability to new COX-2 inhibitors in NSAID-sensitive patients with cutaneous reactions. Ann Allergy Asthma Immunol 2001; 87(3):201-204.

(2443) Sanchez C, Mateus MM, Defresne MP, Crielaard JM, Reginster JY, Henrotin YE. Metabolism of human articular chondrocytes cultured in alginate beads. Longterm effects of interleukin 1beta and nonsteroidal antiinflammatory drugs. J Rheumatol 2002; 29(4):772-782.

(2444) Sandberg M, Borg LA. Intracellular degradation of insulin and crinophagy are maintained by nitric oxide and cyclo-oxygenase 2 activity in isolated pancreatic islets. Biol Cell 2006; 98(5):307-315.

(2445) Sander GE. High blood pressure in the geriatric population: treatment considerations. Am J Geriatr Cardiol 2002; 11(4):223-232.

(2446) Sanderson S, Emery J, Baglin T, Kinmonth AL. Narrative review: aspirin resistance and its clinical implications. Ann Intern Med 2005; 142(5):370-380.

(2447) Sandhu GK, Heyneman CA. Nephrotoxic potential of selective cyclooxygenase-2 inhibitors. Ann Pharmacother 2004; 38(4):700-704.

(2448) Sandrini M, Vitale G, Pini LA. Effect of rofecoxib on nociception and the serotonin system in the rat brain. Inflamm Res 2002; 51(3):154-159.

(2449) Sandson TA, Felician O. The potential application of cyclo-oxygenase type 2 inhibitors to Alzheimer's disease. Expert Opin Investig Drugs 1998; 7(4):519-526.

KS-000972

(2450) Sanghi S, MacLaughlin EJ, Jewell CW et al. Cyclooxygenase-2 inhibitors: a painful lesson. Cardiovasc Hematol Disord Drug Targets 2006; 6(2):85-100.

(2451) Sanmuganathan PS, Ghahramani P, Jackson PR, Wallis EJ, Ramsay LE. Aspirin for primary prevention of coronary heart disease: safety and absolute benefit related to coronary risk derived from meta-analysis of randomised trials. Heart 2001; 85(3):265-271.

(2452) Sano H, Kawahito Y, Wilder RL et al. Expression of cyclooxygenase-1 and -2 in human colorectal cancer. Cancer Res 1995; 55(17):3785-3789.

(2453) Santana-Sahagun E. First report of Andersson lesion is psoriatic arthritis. Ann Rheum Dis 2003; 62(1 Suppl.):1.

(2454) Santini G, Patrignani P, Sciulli MG et al. The human pharmacology of monocyte cyclooxygenase 2 inhibition by cortisol and synthetic glucocorticoids. Clin Pharmacol Ther 2001; 70(5):475-483.

(2455) Santos CL, Medeiros BA, Palheta-Junior RC et al. Cyclooxygenase-2 inhibition increases gastric tone and delays gastric emptying in rats. Neurogastroenterol Motil 2007; 19(3):225-232.

(2456) Saper J, Dahlof C, So Y et al. Rofecoxib in the acute treatment of migraine: a randomized controlled clinical trial. Headache 2006; 46(2):264-275.

(2457) Sari E, Olmez H, Gurton AU. Comparison of some effects of acetylsalicylic acid and rofecoxib during orthodontic tooth movement. Am J Orthod Dentofacial Orthop 2004; 125(3):310-315.

(2458) Sarkar R, Kaur C, Kanwar AJ. Erythema multiforme due to rofecoxib. Dermatology 2002; 204(4):304-305.

(2459) Saseen JJ. Which is most effective of osteoarthritis of the knee: rofecoxib, celecoxib, or acetaminophen? J Fam Pract 2002; 51(4):307.

(2460) Sato K, Yamada E, Uehara Y, Takagi H, Mori M. Possible role for human leukocyte antigen haplotype in rofecoxib-associated acute pancreatitis and cholestatic hepatitis. Clin Pharmacol Ther 2006; 80(5):554-555.

(2461) Satyanarayana PS, Jain NK, Singh A, Kulkarni SK. Isobolographic analysis of interaction between cyclooxygenase inhibitors and tramadol in acetic acid-induced writhing in mice. Prog Neuropsychopharmacol Biol Psychiatry 2004; 28(4):641-649.

(2462) Savage R. Cyclo-oxygenase-2 inhibitors: when should they be used in the elderly? Drugs Aging 2005; 22(3):185-200.

(2463) Sawdy RJ, Lye S, Fisk NM, Bennett PR. A double-blind randomized study of fetal side effects during and after the short-term maternal administration of indomethacin, sulindac, and nimesulide for the treatment of preterm labor. Am J Obstet Gynecol 2003; 188(4):1046-1051.

(2464) Sawicki PT, Bender R, Selke GW, Klauber J, Gutschmidt S. [Assessment of the number of cardio- and cerebrovascular events due to rofecoxib (Vioxx) in Germany between 2001 and 2004]. Med Klin (Munich) 2006; 101(3):191-197.

(2465) Scali C, Giovannini MG, Prosperi C, Bellucci A, Pepeu G, Casamenti F. The selective cyclooxygenase-2 inhibitor rofecoxib suppresses brain inflammation and protects cholinergic neurons from excitotoxic degeneration in vivo. Neuroscience 2003; 117(4):909-919.

(2466) Schachinger V, Erbs S, Elsasser A et al. Intracoronary bone marrow-derived progenitor cells in acute myocardial infarction. N Engl J Med 2006; 355(12):1210-1221.

(2467) Schaefer MG, Plowman BK, Morreale AP, Egan M. Interaction of rofecoxib and celecoxib with warfarin. Am J Health Syst Pharm 2003; 60(13):1319-1323.

(2468) Schafer AI. Vascular endothelium: in defense of blood fluidity. J Clin Invest 1997; 99(6):1143-1144.

(2469) Schafer AI. Effects of nonsteroidal anti-inflammatory therapy on platelets. Am J Med 1999; 106(5B):25S-36S.

(2470) Scheiman J, Isenberg J. Agents used in the prevention and treatment of nonsteroidal anti-inflammatory drug-associated symptoms and ulcers. Am J Med 1998; 105(5A):32S-38S.

KS-000973

(2471) Scheiman JM. Outcomes studies of the gastrointestinal safety of cyclooxygenase-2 inhibitors. Cleve Clin J Med 2002; 69 Suppl 1:SI40-SI46.

(2472) Scheiman JM. Gastrointestinal outcomes: evidence for risk reduction in patients using coxibs. Am J Manag Care 2002; 8(17 Suppl):S518-S528.

(2473) Scheiman JM, Greenson JK, Lee J, Cryer B. Effect of cyclooxygenase-2 inhibition on human Helicobacter pylori gastritis: mechanisms underlying gastrointestinal safety and implications for cancer chemoprevention. Aliment Pharmacol Ther 2003; 17(12):1535-1543.

(2474) Scheiman JM. Gastroduodenal safety of cyclooxygenase-2 inhibitors. Curr Pharm Des 2003; 9(27):2197-2206.

(2475) Scheiman JM. Unmet needs in non-steroidal anti-inflammatory drug-induced upper gastrointestinal diseases. Drugs 2006; 66 Suppl 1:15-21.

(2476) Schellenberg RR, Isserow SH. Anaphylactoid reaction to a cyclooxygenase-2 inhibitor in a patient who had a reaction to a cyclooxygenase-1 inhibitor. N Engl J Med 2001; 345(25):1856.

(2477) Scheuren N, Jacobs M, Ertl G, Schorb W. Cyclooxygenase-2 in myocardium stimulation by angiotensin-II in cultured cardiac fibroblasts and role at acute myocardial infarction. J Mol Cell Cardiol 2002; 34(1):29-37.

(2478) Schieffer B, Drexler H. Role of 3-hydroxy-3-methylglutaryl coenzyme a reductase inhibitors, angiotensin-converting enzyme inhibitors, cyclooxygenase-2 inhibitors, and aspirin in anti-inflammatory and immunomodulatory treatment of cardiovascular diseases. Am J Cardiol 2003; 91(12A):12H-18H.

(2479) Schievink WI. Spontaneous dissection of the carotid and vertebral arteries. N Engl J Med 2001; 344(12):898-906.

(2480) Schiller LR. Lower gastrointestinal complications of nonsteroidal anti-inflammatory drugs. Curr Gastroenterol Rep 2003; 5(5):397-398.

(2481) Schlemper V, Medeiros R, Ferreira J, Campos MM, Calixto JB. Mechanisms underlying the relaxation response induced by bradykinin in the epithelium-intact guinea-pig trachea in vitro. Br J Pharmacol 2005; 145(6):740-750.

(2482) Schlienger RG, Jick H, Meier CR. Use of nonsteroidal anti-inflammatory drugs and the risk of first-time acute myocardial infarction. Br J Clin Pharmacol 2002; 54(3):327-332.

(2483) Schmassmann A, Zoidl G, Peskar BM et al. Role of the different isoforms of cyclooxygenase and nitric oxide synthase during gastric ulcer healing in cyclooxygenase-1 and -2 knockout mice. Am J Physiol Gastrointest Liver Physiol 2006; 290(4):G747-G756.

(2484) Schmedtje JF, Jr., Ji YS, Liu WL, DuBois RN, Runge MS. Hypoxia induces cyclooxygenase-2 via the NF-kappaB p65 transcription factor in human vascular endothelial cells. J Biol Chem 1997; 272(1):601-608.

(2485) Schmelzer KR, Inceoglu B, Kubala L et al. Enhancement of antinociception by coadministration of nonsteroidal anti-inflammatory drugs and soluble epoxide hydrolase inhibitors. Proc Natl Acad Sci U S A 2006; 103(37):13646-13651.

(2486) Schmidt H, Woodcock BG, Geisslinger G. Benefit-risk assessment of rofecoxib in the treatment of osteoarthritis. Drug Saf 2004; 27(3):185-196.

(2487) Schneeweiss S, Tsai EH, Glynn RJ, Avorn J, Solomon DH. Selective COX-2 inhibitor use and myocardial infarction: assessment of potential confounding bias [ABSTRACT 980]. Arthritis Rheum 2003; 48(9 Suppl.):S398-Abstr. 980.

(2488) Schneeweiss S, Glynn RJ, Tsai EH, Avorn J, Solomon DH. Adjusting for unmeasured confounders in pharmacoepidemiologic claims data using external information: the example of COX2 inhibitors and myocardial infarction. Epidemiology 2005; 16(1):17-24.

(2489) Schneeweiss S, Solomon DH, Wang PS, Rassen J, Brookhart MA. Simultaneous assessment of short-term gastrointestinal benefits and cardiovascular risks of selective cyclooxygenase 2 inhibitors and nonselective nonsteroidal antiinflammatory drugs: an instrumental variable analysis. Arthritis Rheum 2006; 54(11):3390-3398.

(2490) Schneider A, Stahl RA. Cyclooxygenase-2 (COX-2) and the kidney: current status and potential perspectives. Nephrol Dial Transplant 1998; 13(1):10-12.

KS-000974

(2491)   Schneider LS, Tariot PN, Dagerman KS et al. Effectiveness of atypical antipsychotic drugs in patients with Alzheimer's disease. N Engl J Med 2006; 355(15):1525-1538.

(2492)   Schneider V, Levesque LE, Zhang B, Hutchinson T, Brophy JM. Association of selective and conventional nonsteroidal antiinflammatory drugs with acute renal failure: A population-based, nested case-control analysis. Am J Epidemiol 2006; 164(9):881-889.

(2493)   Schnermann J, Briggs JP. The macula densa is worth its salt. J Clin Invest 1999; 104(8):1007-1009.

(2494)   Schnitzer T, Kong SX, Mavros P et al. Persistence of use of selective COX-2 inhibitors versus nonselective NSAIDs: analyses of a large pharmacy database in the United States. Ann Rheum Dis 2002; 61(1 Suppl.):66-67.

(2495)   Schnitzer T, Kong S, Mitchell J et al. Prescription of rofecoxib and celecoxib by physician specialty for patients with osteoarthritis and rheumatoid arthritis [ABSTRACT 326]. Arthritis Rheum 2002; 46(9 Suppl.):S156-Abstr. 326.

(2496)   Schnitzer TJ, Truitt K, Fleischmann R et al. The safety profile, tolerability, and effective dose range of rofecoxib in the treatment of rheumatoid arthritis. Phase II Rofecoxib Rheumatoid Arthritis Study Group. Clin Ther 1999; 21(10):1688-1702.

(2497)   Schnitzer TJ. Osteoarthritis management: the role of cyclooxygenase-2-selective inhibitors. Clin Ther 2001; 23(3):313-326.

(2498)   Schnitzer TJ. Is concern about cardiovascular events with the new coxib class of drugs justified? Medscape Womens Health 2001; 6(5):8.

(2499)   Schnitzer TJ, Kivitz AJ, Greenwald M et al. Rofecoxib provides superior relief of symptoms of osteoarthritis (OA) compared to celecoxib [ABSTRACT SAT0089]. Ann Rheum Dis 2001; 60(1 Suppl.):CD ABSTRACT SAT0089.

(2500)   Schnitzer TJ, Mavros PG, Kong SX et al. Risk of gastrointestinal adverse events among patients who initiated selective COX-2 inhibitors vs conventional nonsteroidal antiinflammatory drugs (NSAIDs). Ann Rheum Dis 2002; 61(1 Suppl.):107.

(2501)   Schnitzer TJ, Hochberg MC. COX-2-selective inhibitors in the treatment of arthritis. Cleve Clin J Med 2002; 69 Suppl 1:SI20-SI30.

(2502)   Schnitzer TJ, Kong SX, Pellissier JM et al. Average daily consumption of celecoxib and rofecoxib based on a large pharmacy claims database in the United States of America. Ann Rheum Dis 2002; 61(1 Suppl.):78.

(2503)   Schnitzer TJ, Kong SX, Mitchell JH et al. An observational, retrospective, cohort study of dosing patterns for rofecoxib and celecoxib in the treatment of arthritis. Clin Ther 2003; 25(12):3162-3172.

(2504)   Schnitzer TJ, Burmester GR, Mysler E et al. Comparison of lumiracoxib with naproxen and ibuprofen in the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET), reduction in ulcer complications: randomised controlled trial. Lancet 2004; 364(9435):665-674.

(2505)   Schnitzer TJ, Weaver AL, Polis AB, Petruschke RA, Geba GP. Efficacy of rofecoxib, celecoxib, and acetaminophen in patients with osteoarthritis of the knee. A combined analysis of the VACT studies. J Rheumatol 2005; 32(6):1093-1105.

(2506)   Schnitzer TJ, Kivitz AJ, Lipetz RS, Sanders N, Hee A. Comparison of the COX-inhibiting nitric oxide donor AZD3582 and rofecoxib in treating the signs and symptoms of Osteoarthritis of the knee. Arthritis Rheum 2005; 53(6):827-837.

(2507)   Schnitzer TJ. Update on guidelines for the treatment of chronic musculoskeletal pain. Clin Rheumatol 2006; 25 Suppl 1:S22-S29.

(2508)   Schoenfeld P. An evidence-based approach to the gastrointestinal safety profile of COX-2-selective anti-inflammatories. Gastroenterol Clin North Am 2001; 30(4):1027-10ix.

(2509)   Schonbeck U, Sukhova GK, Graber P, Coulter S, Libby P. Augmented expression of cyclooxygenase-2 in human atherosclerotic lesions. Am J Pathol 1999; 155(4):1281-1291.

(2510)   Schoors D. A comparison of the renal and cardiovascular safety of celecoxib and rofecoxib. Clin Ther 2002; 24(3):468-469.

KS-000975

(2511)   Schroeder WS, Ghobrial L, Gandhi PJ. Possible mechanisms of drug-induced aspirin and clopidogrel resistance. J Thromb Thrombolysis 2006; 22(2):139-150.

(2512)   Schror K, Mehta P, Mehta JL. Cardiovascular risk of selective cyclooxygenase-2 inhibitors. J Cardiovasc Pharmacol Ther 2005; 10(2):95-101.

(2513)   Schuster R, Stewart D, Schuster L, Greaney G, Waxman K. Preoperative oral rofecoxib and postoperative pain in patients after laparoscopic cholecystectomy: a prospective, randomized, double-blinded, placebo-controlled trial. Am Surg 2005; 71(10):827-829.

(2514)   Schwartz J, Hsieh P, Ebel D, Hunt T, Gertz B. Influence of a Selective Cyclooxygenased Inhibitor, MK-0966, on Ethinyl Estradiol IEE) and Norethindrone (NET) Serum Concentrations [ABSTRACT 325]. Eur J Clin Pharmacol 1997; 52(Suppl.):A113-Abstr. 325.

(2515)   Schwartz J, Mukhopadhyay S, McCabe CH et al. Antipyretic Activity of a Selective Cyclooxygenase (COX)-2 Inhibitor, MK-0966 [ABSTRACT PI-123]. Clin Pharmacol Ther 1998; 63(2):167-Abstr. PI-123.

(2516)   Schwartz J, Porras A, Larson P et al. Influence of antacids on the bioavailability (F) of a specific cyclooxygenase (COX)-2 inhibitor, MK-0966 (M) in the elderly [ABSTRACT PII-104]. Clin Pharmacol Ther 1999; 65(2):173-Abstr. PII-104.

(2517)   Schwartz J, Zhao P, Gertz B et al. Pharmacokinetics of rofecoxib in mild to moderate hepatic insufficiency (HI) [ABSTRACT PII-90]. Clin Pharmacol Ther 2000; 67(2):137-Abstr. PII-90.

(2518)   Schwartz JI, Chan CC, Mukhopadhyay S et al. Cyclooxygenase-2 inhibition by rofecoxib reverses naturally occurring fever in humans. Clin Pharmacol Ther 1999; 65(6):653-660.

(2519)   Schwartz JI, Larson PJ, Bugianesi KJ et al. Effect of rofecoxib (R) on the pharmacodynamics and pharmacokinetics (PK) of warfarin (W) [ABSTRACT PIII-93]. Clin Pharmacol Ther 2000; 67(2):165-Abstr. PIII-93.

(2520)   Schwartz JI, Larson PJ, Gertz B, Cote J, Lasseter K, Porras AG. Rofecoxib steady-state pharmacokinetics [PK] in moderate hepatic insufficiency patients (HI) [ABSTRACT 369]. Am J Gastroenterol 2000; 95(9):2519.

(2521)   Schwartz JI, Agrawal N, Wong P et al. No effect of rofecoxib up to 50 mg daily on methotrexate plasma concentrations [POSTER 364]. Ann Rheum Dis 2000; 59(1 Suppl.):150.

(2522)   Schwartz JI, Agrawal N, Wong P et al. Rofecoxib up to 50 mg daily did not affect methotrexate plasma concentrations. Arthritis Rheum 2000; 43(9 Suppl.):S226,-#957.

(2523)   Schwartz JI, Bugianesi KJ, Ebel DL et al. The effect of rofecoxib on the pharmacodynamics and pharmcokinetics of warfarin. Clin Pharmacol Ther 2000; 68(6):626-636.

(2524)   Schwartz JI, De SM, Larson PJ et al. Effect of rofecoxib on the pharmacokinetics of digoxin in healthy volunteers. J Clin Pharmacol 2001; 41(1):107-112.

(2525)   Schwartz JI, Malice MP, Kalyani R et al. Effect of rofecoxib, celecoxib, and naproxen on blood pressure (BP) in elderly volunteers [POSTER 434]. Am J Hypertens 2001; 14(4 Pt. 2):177A.

(2526)   Schwartz JI, Malice MP, Lasseter KC, Holmes GB, Gottesdiener KM, Brune K. Effect of rofecoxib, celecoxib, and naproxen on blood pressure and urinary sodium excretion in elderly volunteers [ABSTRACT SAT0055]. Ann Rheum Dis 2001; 60(1 Suppl.):CD ABSTRACT SAT0055.

(2527)   Schwartz JI, Agrawal NG, Wong PH et al. Lack of pharmacokinetic interaction between rofecoxib and methotrexate in rheumatoid arthritis patients. J Clin Pharmacol 2001; 41(10):1120-1130.

(2528)   Schwartz JI, Malice MP, Kalyani R et al. Rofecoxib, celecoxib and naproxen had comparable effects on urinary sodium excretion and blood pressure in elderly volunteers. Arthritis Rheum 2001; 44(9 Suppl.):S385.

(2529)   Schwartz JI, Larson PJ, Gertz BJ, Cote J, Lasseter K, Porras AG. Steady-state rofecoxib pharmacokinetics (PK) in moderate hepatic insufficiency patients (HI). Clin Pharmacol Ther 2001; 69(2):P60.

(2530)   Schwartz JI, Malice M, Lasseter K et al. Comparison of rofecoxib (R), celecoxib (C), and naproxen (N) on blood pressure in elderly volunteers. Clin Pharmacol Ther 2002; 71(2):P7.

KS-000976

(2531)  Schwartz JI, Porras AG, Wong PH et al. Comparative effects of celecoxib and rofecoxib on COX-1 and COX-2 activity in whole blood assays. Ann Rheum Dis 2002; 61(1 Suppl.):17.

(2532)  Schwartz JI, Vandormael K, Malice MP et al. Comparison of rofecoxib, celecoxib, and naproxen on renal function in elderly subjects receiving a normal-salt diet. Clin Pharmacol Ther 2002; 72(1):50-61.

(2533)  Schwartz JI, Wong PH, Porras AG, Ebel DL, Hunt TR, Gertz BJ. Effect of rofecoxib on the pharmacokinetics of chronically administered oral contraceptives in healthy female volunteers. J Clin Pharmacol 2002; 42(2):215-221.

(2534)  Schwartz JI, Mukhopadhyay S, Porras AG et al. Effect of rofecoxib on prednisolone and prednisone pharmacokinetics in healthy subjects. J Clin Pharmacol 2003; 43(2):187-192.

(2535)  Schwartz JI, Van Hecken A, De Lepeleire I et al. Platelet aggregation inhibition by naproxen, rofecoxib, diclofenac, ibuprofen, and meloxicam. Clin Pharmacol Ther 2003; 73(2):P53.

(2536)  Schwartz JI, VanHecken A, De Lepeleire I et al. Inhibition of platelet aggregation by naproxen, rofecoxib, diclofenac, ibuprofen, and meloxicam [ABSTRACT FRI0221]. Ann Rheum Dis 2003; 62(1 Suppl.):Abst FRI0221.

(2537)  Schwartz JI, Larson PJ, Porras AG et al. Pharmacokinetic evaluation of rofecoxib: comparison of tablet and suspension formulations. Clin Drug Investig 2003; 23(8):503-509.

(2538)  Schwartz JI, Vandormael K, Thach C et al. Effect of rofecoxib, etoricoxib, celecoxib, and naproxen on urinary excretion of prostanoids in elderly volunteers. Clin Pharmacol Ther 2004; 75(2):P34-#PI-117.

(2539)  Sciarra A, Salciccia S, Albanesi L, Cardi A, D'Eramo G, Di SF. Use of cyclooxygenase-2 inhibitor for prevention of urethral strictures secondary to transurethral resection of the prostate. Urology 2005; 66(6):1218-1222.

(2540)  Sciulli MG, Capone ML, Tacconelli S, Patrignani P. The future of traditional nonsteroidal antiinflammatory drugs and cyclooxygenase-2 inhibitors in the treatment of inflammation and pain. Pharmacol Rep 2005; 57 Suppl:66-85.

(2541)  Scott DG, Watts RA. Increased risk of cardiovascular events with coxibs and NSAIDs. Lancet 2005; 365(9470):1537.

(2542)  Scott DL, Berry H, Capell H et al. The long-term effects of non-steroidal anti-inflammatory drugs in osteoarthritis of the knee: a randomized placebo-controlled trial. Rheumatology (Oxford) 2000; 39(10):1095-1101.

(2543)  Scott DL, Kingsley GH. Tumor necrosis factor inhibitors for rheumatoid arthritis. N Engl J Med 2006; 355(7):704-712.

(2544)  Scott LJ, Lamb HM. Rofecoxib. Drugs 1999; 58(3):499-505.

(2545)  Scott PA, Kingsley GH, Smith CM, Choy EH, Scott DL. Non-steroidal anti-inflammatory drugs and myocardial infarctions: Comparative systematic review of evidence from observational studies and randomised controlled trials. Ann Rheum Dis 2007.

(2546)  Sculean A, Berakdar M, Donos N, Auschill TM, Arweiler NB. The effect of postsurgical administration of a selective cyclo-oxygenase-2 inhibitor on the healing of intrabony defects following treatment with enamel matrix proteins. Clin Oral Investig 2003; 7(2):108-112.

(2547)  Sebaldt RJ, Petrie A, Goldsmith CH. Measures of appropriateness of use of NSAIDs and COXIBs in patients with OA by primary care physicians - results from the CANOAR study. Arthritis Rheum 2001; 44(9 Suppl.):S134.

(2548)  Sebaldt RJ, Petrie A, Goldsmith CH. Characteristics of patients with OA receiving NSAID prescriptions from their primary care physicians - results from the CANOAR study. Arthritis Rheum 2001; 44(9 Suppl.):S134.

(2549)  Sebaldt RJ, Petrie A, Goldsmith CH, Marentette M. Characteristics of patients with OA receiving NSAID prescriptions from their primary care physicians--final results from the CANOAR study. Ann Rheum Dis 2002; 61(1 Suppl.):21.

(2550)  Seedher N, Bhatia S. Solubility enhancement of Cox-2 inhibitors using various solvent systems. AAPS PharmSciTech 2003; 4(3):E33.

(2551)  Seeram NP, Schutzki R, Chandra A, Nair MG. Characterization, quantification, and bioactivities of anthocyanins in Cornus species. J Agric Food Chem 2002; 50(9):2519-2523.

KS-000977

(2552) Seguin B, Teranishi M, Uetrecht JP. Modulation of D-penicillamine-induced autoimmunity in the Brown Norway rat using pharmacological agents that interfere with arachidonic acid metabolism or synthesis of inducible nitric oxide synthase. Toxicology 2003; 190(3):267-278.

(2553) Sehgal R, Kumar VL. Calotropis procera latex-induced inflammatory hyperalgesia--effect of antiinflammatory drugs. Mediators Inflamm 2005; 2005(4):216-220.

(2554) Seibert K, Zhang Y, Leahy K et al. Pharmacological and biochemical demonstration of the role of cyclooxygenase 2 in inflammation and pain. Proc Natl Acad Sci U S A 1994; 91(25):12013-12017.

(2555) Seidenberg AB, An YH. Is there an inhibitory effect of COX-2 inhibitors on bone healing? Pharmacol Res 2004; 50(2):151-156.

(2556) Seidenberg BC. COX-2 inhibitors. Lancet 1999; 353(9168):1978.

(2557) Selby JV, Friedman GD, Quesenberry CP, Jr., Weiss NS. A case-control study of screening sigmoidoscopy and mortality from colorectal cancer. N Engl J Med 1992; 326(10):653-657.

(2558) Senior K. COX-2 inhibitors: cancer prevention or cardiovascular risk? Lancet Oncol 2005; 6(2):68.

(2559) Senna GE, Governa M, Dama AR et al. Toxic Epidermal Necrolysis Due To Nimesulide (Abstract 416). Allergy 1997; 52(37 Suppl):133.

(2560) Serhan CN, Oliw E. Unorthodox routes to prostanoid formation: new twists in cyclooxygenase-initiated pathways. J Clin Invest 2001; 107(12):1481-1489.

(2561) Severe P, Leger P, Charles M et al. Antiretroviral therapy in a thousand patients with AIDS in Haiti. N Engl J Med 2005; 353(22):2325-2334.

(2562) Shafran I, Piromalli C. Serum sickness-like illness in Crohn's disease patients treated with antibiotics [ABSTRACT 639]. Am J Gastroenterol 1999; 94(9):2737.

(2563) Shah AA, Murray FE, Fitzgerald DJ. The in vivo assessment of nimesulide cyclooxygenase-2 selectivity. Rheumatology (Oxford) 1999; 38 Suppl 1:19-23.

(2564) Shah BH. Estrogen stimulation of COX-2-derived PGI2 confers atheroprotection. Trends Endocrinol Metab 2005; 16(5):199-201.

(2565) Shaheen NJ, Straus WL, Sandler RS. Chemoprevention of gastrointestinal malignancies with nonsteroidal antiinflammatory drugs. Cancer 2002; 94(4):950-963.

(2566) Shakiba K, Falcone T. Tumour necrosis factor-alpha blockers: potential limitations in the management of advanced endometriosis? A case report. Hum Reprod 2006; 21(9):2417-2420.

(2567) Shamoon M, Hochberg MC. The role of acetaminophen in the management of patients with osteoarthritis. Am J Med 2001; 110 Suppl 3A:46S-49S.

(2568) Shapiro DR, Cook TJ. Aanalysis of Long-Term Adverse Experience Dtabase Using the Weibull Model. Drug Info J 1994; 28:541-552.

(2569) Shapiro DR, Barr E, Reicin AS. Cardiovascular safety profile of rofecoxib:  a meta-analysis [ABSTRACT OP0133]. Ann Rheum Dis 2001; 60(1 Suppl.):CD ABSTRACT OP0133.

(2570) Sharma RA. Translational medicine: targetting cyclo-oxygenase isozymes to prevent cancer. QJM 2002; 95(5):267-273.

(2571) Shaughnessy AF. Right ballpark, wrong base: assessing safety of NSAIDs. J Fam Pract 2002; 51(6):538.

(2572) Shaw FE, Jr., Graham DJ, Guess HA et al. Postmarketing surveillance for neurologic adverse events reported after hepatitis B vaccination. Experience of the first three years. Am J Epidemiol 1988; 127(2):337-352.

(2573) Shaya FT, Blume SW, Blanchette CM, Weir MR, Mullins CD. Selective cyclooxygenase-2 inhibition and cardiovascular effects: an observational study of a Medicaid population. Arch Intern Med 2005; 165(2):181-186.

KS-000978

(2574)   Shear NH, Knowles S, Shapiro L. Should celecoxib be contraindicated in patients who are allergic to sulfonamides? The authors reply. Drug Saf 2002; 25(4):299-300.

(2575)   Sheehan KM, Sheahan K, O'Donoghue DP et al. The relationship between cyclooxygenase-2 expression and colorectal cancer. JAMA 1999; 282(13):1254-1257.

(2576)   Sheeran PW, Rose J, Ciavachi R, Fazi L, McCormick L. Rofecoxib administration to pediatric patients undergoing adenotonsillectomy [ABSTRACT S257]. Anesth Analg 2002; 94:S257.

(2577)   Sheeran PW, Rose JB, Fazi LM, Chiavacci R, McCormick L. Rofecoxib administration to paediatric patients undergoing adenotonsillectomy. Paediatr Anaesth 2004; 14(7):579-583.

(2578)   Shehata MA, Hassan NY, Fayed AS, El-Zeany BA. Derivative spectrophotometric and fluorimetric methods for determination of rofecoxib in tablets and in human plasma in presence of its photo-degradation product. Farmaco 2004; 59(2):139-145.

(2579)   Shen H, Sprott H, Aeschlimann A et al. Primary analgesic action of acetaminophen and rofecoxib in osteoarthritis [ABSTRACT FRI0206]. Ann Rheum Dis 2003; 62(1 Suppl.):Abst FRI0206.

(2580)   Shen H, Sprott H, Aeschlimann A et al. Analgesic action of acetaminophen in symptomatic osteoarthritis of the knee. Rheumatology (Oxford) 2006; 45(6):765-770.

(2581)   Sheng H, Shao J, Kirkland SC et al. Inhibition of human colon cancer cell growth by selective inhibition of cyclooxygenase-2. J Clin Invest 1997; 99(9):2254-2259.

(2582)   Sheng H, Shao J, Dixon DA et al. Transforming growth factor-beta1 enhances Ha-ras-induced expression of cyclooxygenase-2 in intestinal epithelial cells via stabilization of mRNA. J Biol Chem 2000; 275(9):6628-6635.

(2583)   Shields KE, Wiholm BE, Hostelley LS, Striano LF, Arena SR, Sharrar RG. Monitoring outcomes of pregnancy following drug exposure: a company-based pregnancy registry program. Drug Saf 2004; 27(6):353-367.

(2584)   Shigeta J, Takahashi S, Okabe S. Role of cyclooxygenase-2 in the healing of gastric ulcers in rats. J Pharmacol Exp Ther 1998; 286(3):1383-1390.

(2585)   Shimokawa H, Flavahan NA, Lorenz RR, Vanhoutte PM. Prostacyclin releases endothelium-derived relaxing factor and potentiates its action in coronary arteries of the pig. Br J Pharmacol 1988; 95(4):1197-1203.

(2586)   Shin SS, Byun Y, Lim KM et al. In vitro structure-activity relationship and in vivo studies for a novel class of cyclooxygenase-2 inhibitors: 5-aryl-2,2-dialkyl-4-phenyl-3(2H)furanone derivatives. J Med Chem 2004; 47(4):792-804.

(2587)   Shinmura K, Tang XL, Wang Y et al. Cyclooxygenase-2 mediates the cardioprotective effects of the late phase of ischemic preconditioning in conscious rabbits. Proc Natl Acad Sci U S A 2000; 97(18):10197-10202.

(2588)   Shinmura K, Xuan YT, Tang XL et al. Inducible nitric oxide synthase modulates cyclooxygenase-2 activity in the heart of conscious rabbits during the late phase of ischemic preconditioning. Circ Res 2002; 90(5):602-608.

(2589)   Shinmura K, Kodani E, Xuan YT, Dawn B, Tang XL, Bolli R. Effect of aspirin on late preconditioning against myocardial stunning in conscious rabbits. J Am Coll Cardiol 2003; 41(7):1183-1194.

(2590)   Shippen ER, West WJ, Jr. Successful treatment of severe endometriosis in two premenopausal women with an aromatase inhibitor. Fertil Steril 2004; 81(5):1395-1398.

(2591)   Shireman TI, Rigler SK. Predictors of the selection of coxibs over nonselective NSAIDs in an older Medicaid cohort. Am J Geriatr Pharmacother 2006; 4(3):210-218.

(2592)   Shoor S. Athletes, nonsteroidal anti-inflammatory drugs, coxibs, and the gastrointestinal tract. Curr Sports Med Rep 2002; 1(2):107-115.

(2593)   Shorr RI, Ray WA, Daugherty JR, Griffin MR. Concurrent use of nonsteroidal anti-inflammatory drugs and oral anticoagulants places elderly persons at high risk for hemorrhagic peptic ulcer disease. Arch Intern Med 1993; 153(14):1665-1670.

**KS-000979**

(2594)   Sibbald B. Rofecoxib (Vioxx) voluntarily withdrawn from market. CMAJ 2004; 171(9):1027-1028.

(2595)   Sibbald B. The vexations of Vioxx. CMAJ 2006; 174(4):444-445.

(2596)   Sibbald B. Vioxx should be allowed back on the market advises expert panel. CMAJ 2006; 175(3):234.

(2597)   Sibbald B. Quebec allows Vioxx class-action suit. CMAJ 2007; 176(1):20.

(2598)   Sica DS, Schoolwerth AC, Gehr TW. Pharmacotherapy in congestive heart failure: COX-2 inhibition: a cautionary note in congestive heart failure. Congest Heart Fail 2000; 6(5):272-276.

(2599)   Sigthorsson G, Crane R, Simon T et al. COX-2 inhibition with rofecoxib does not increase intestinal permeability in healthy subjects: a double blind crossover study comparing rofecoxib with placebo and indomethacin. Gut 2000; 47(4):527-532.

(2600)   Silberstein S, Tepper S, Brandes J et al. Randomized, placebo-controlled trial of rofecoxib in the acute treatment of migraine. Neurology 2004; 62(9):1552-1557.

(2601)   Silverman DG, Halaszynski T, Sinatra R, Luther M, Rinder CS. Rofecoxib does not compromise platelet aggregation during anesthesia and surgery. Can J Anaesth 2003; 50(10):1004-1008.

(2602)   Silverstein FE, Graham DY, Senior JR et al. Misoprostol reduces serious gastrointestinal complications in patients with rheumatoid arthritis receiving nonsteroidal anti-inflammatory drugs. A randomized, double-blind, placebo-controlled trial. Ann Intern Med 1995; 123(4):241-249.

(2603)   Silverstein FE, Faich G, Goldstein JL et al. Gastrointestinal toxicity with celecoxib vs nonsteroidal anti-inflammatory drugs for osteoarthritis and rheumatoid arthritis: the CLASS study: A randomized controlled trial. Celecoxib Long-term Arthritis Safety Study. JAMA 2000; 284(10):1247-1255.

(2604)   Simmons DL, Botting RM, Hla T. Cyclooxygenase isozymes: the biology of prostaglandin synthesis and inhibition. Pharmacol Rev 2004; 56(3):387-437.

(2605)   Simon AM, Manigrasso MB, O'Connor JP. Cyclo-oxygenase 2 function is essential for bone fracture healing. J.Bone Miner.Res. 17[6], 963-976. 2002.
         Ref Type: Abstract

(2606)   Simon JA. Combined vitamin E and vitamin C supplement use and risk of cardiovascular disease mortality. Arch Intern Med 2002; 162(22):2630.

(2607)   Simon LS, Lanza FL, Lipsky PE et al. Preliminary study of the safety and efficacy of SC-58635, a novel cyclooxygenase 2 inhibitor: efficacy and safety in two placebo-controlled trials in osteoarthritis and rheumatoid arthritis, and studies of gastrointestinal and platelet effects. Arthritis Rheum 1998; 41(9):1591-1602.

(2608)   Simon LS, Weaver AL, Graham DY et al. Anti-inflammatory and upper gastrointestinal effects of celecoxib in rheumatoid arthritis: a randomized controlled trial. JAMA 1999; 282(20):1921-1928.

(2609)   Simon LS. COX-2 inhibitors. Are they nonsteroidal anti-inflammatory drugs with a better safety profile? Gastroenterol Clin North Am 2001; 30(4):1011-25, viii.

(2610)   Simon LS, Strand V. A world without Vioxx: to COX-2 or not to COX-2? Cleve Clin J Med 2004; 71(11):849-50, 852, 854.

(2611)   Simon TJ, Roberts WG, Berlin RG, Hayden LJ, Berman RS, Reagan JE. Acid suppression by famotidine 20 mg twice daily or 40 mg twice daily in preventing relapse of endoscopic recurrence of erosive esophagitis. Clin Ther 1995; 17(6):1147-1156.

(2612)   Simons J, Stipp D. Will Merck survive Vioxx? Fortune 2004; 150(9):90-97.

(2613)   Sinatra R. Role of COX-2 inhibitors in the evolution of acute pain management. J Pain Symptom Manage 2002; 24(1 Suppl):S18-S27.

KS-000980

(2614)   Sinatra RS, Shen QJ, Halaszynski T, Luther MA, Shaheen Y. Preoperative rofecoxib oral suspension as an analgesic adjunct after lower abdominal surgery: the effects on effort-dependent pain and pulmonary function. Anesth Analg 2004; 98(1):135-40, table.

(2615)   Sinatra RS, Boice JA, Loeys TL et al. Evaluation of the effect of perioperative rofecoxib treatment on pain control and clinical outcomes in patients recovering from gynecologic abdominal surgery: a randomized, double-blind, placebo-controlled clinical study. Reg Anesth Pain Med 2006; 31(2):134-142.

(2616)   SINBA Group. Indobufen versus aspirin plus dipyridamole after coronary artery bypass surgery. Coron Artery Dis 1991; 2(8):897-906.

(2617)   Singal A, Tirkey N, Chopra K. Reversal of LPS-induced immobility in mice by green tea polyphenols: possible COX-2 mechanism. Phytother Res 2004; 18(9):723-728.

(2618)   Singh-Ranger G. Patient and physician satisfaction with rofecoxib in osteoarthritis: results of the EVA (experience with VIOXX in arthritis) survey. Current Medical Research and Opinion, 17(2): 81-8, 2001. Curr Med Res Opin 2002; 18(1):45-46.

(2619)   Singh AK, Szczech L, Tang KL et al. Correction of anemia with epoetin alfa in chronic kidney disease. N Engl J Med 2006; 355(20):2085-2098.

(2620)   Singh D. Merck withdraws arthritis drug worldwide. BMJ 2004; 329(7470):816.

(2621)   Singh G, Ramey DR, Morfeld D, Fries JF. Comparative toxicity of non-steroidal anti-inflammatory agents. Pharmacol Ther 1994; 62(1-2):175-191.

(2622)   Singh G, Athreya BH, Fries JF, Goldsmith DP. Measurement of health status in children with juvenile rheumatoid arthritis. Arthritis Rheum 1994; 37(12):1761-1769.

(2623)   Singh G, Ramey DR, Morfeld D, Shi H, Hatoum HT, Fries JF. Gastrointestinal tract complications of nonsteroidal anti-inflammatory drug treatment in rheumatoid arthritis. A prospective observational cohort study. Arch Intern Med 1996; 156(14):1530-1536.

(2624)   Singh G. Recent considerations in nonsteroidal anti-inflammatory drug gastropathy. Am J Med 1998; 105(1B):31S-38S.

(2625)   Singh G, Ramey DR, Triadafilopoulos G. Early experience with selective COX-2 inhibitors: safety profile in over 340,000 patient years of use. Arthritis Rheum 1999; 42(9 Suppl.):S296.

(2626)   Singh G, Fort J. Efficacy of celecoxib and rofecoxib: is there any clinically important difference? Ann Rheum Dis 2002; 61(1 Suppl.):42.

(2627)   Singh G, Lanes S, Triadafilopoulos G. Risk of serious upper gastrointestinal and cardiovascular thromboembolic complications with meloxicam. Am J Med 2004; 117(2):100-106.

(2628)   Singh RG, Mokbel K. COX-2 inhibitors and breast cancer. ANZ J Surg 2003; 73(8):565-566.

(2629)   Siow HC. Seasonal episodic paroxysmal hemicrania responding to cyclooxygenase-2 inhibitors. Cephalalgia 2004; 24(5):414-415.

(2630)   Sirois J, Simmons DL, Richards JS. Hormonal regulation of messenger ribonucleic acid encoding a novel isoform of prostaglandin endoperoxide H synthase in rat preovulatory follicles. Induction in vivo and in vitro. J Biol Chem 1992; 267(16):11586-11592.

(2631)   Skelly MM, Hawkey CJ. Potential alternatives to COX 2 inhibitors. BMJ 2002; 324(7349):1289-1290.

(2632)   Skinner HB, Shintani EY. Results of a multimodal analgesic trial involving patients with total hip or total knee arthroplasty. Am J Orthop 2004; 33(2):85-92.

(2633)   Slack MH, Schapira D, Thwaites RJ et al. Responses to a fourth dose of Haemophilus influenzae type B conjugate vaccine in early life. Arch Dis Child Fetal Neonatal Ed 2004; 89(3):F269-F271.

KS-000981

(2634)   Slappendel R, Dirksen R, Weber EWG, Bugter MLT. Side effects of COX selective NSAIDs after orthopedic surgery [ABSTRACT 104]. Ann Rheum Dis 2000; 59(1 Suppl.):61.

(2635)   Slaughter D, Takenaga N, Lu P et al. Metabolism of rofecoxib in vitro using human liver subcellular fractions. Drug Metab Dispos 2003; 31(11):1398-1408.

(2636)   Sloan RW, Heimbach K. Sulfa allergy: when is cross-sensitivity a concern? Consultant 2001; 41(4):564a-564e.

(2637)   Sloane T. A fall from grace. Cleveland clinic's ethical lapses put spotlight on healthcare conflicts of interest. Mod Healthc 2006; 36(2):20.

(2638)   Slordal L, Samstad S, Bathen J, Spigset O. A life-threatening interaction between lithium and celecoxib. Br J Clin Pharmacol 2003; 55(4):413-414.

(2639)   Smalley W, Ray WA, Daugherty J, Griffin MR. Use of nonsteroidal anti-inflammatory drugs and incidence of colorectal cancer: a population-based study. Arch Intern Med 1999; 159(2):161-166.

(2640)   Smalley W, Stein CM, Arbogast PG, Eisen G, Ray WA, Griffin M. Underutilization of gastroprotective measures in patients receiving nonsteroidal antiinflammatory drugs. Arthritis Rheum 2002; 46(8):2195-2200.

(2641)   Smalley WE, Ray WA, Daugherty JR, Griffin MR. Nonsteroidal anti-inflammatory drugs and the incidence of hospitalizations for peptic ulcer disease in elderly persons. Am J Epidemiol 1995; 141(6):539-545.

(2642)   Smalley WE, Griffin MR, Fought RL, Ray WA. Excess costs from gastrointestinal disease associated with nonsteroidal anti-inflammatory drugs. J Gen Intern Med 1996; 11(8):461-469.

(2643)   Smedman A, Vessby B, Basu S. Isomer-specific effects of conjugated linoleic acid on lipid peroxidation in humans: regulation by alpha-tocopherol and cyclo-oxygenase-2 inhibitor. Clin Sci (Lond) 2004; 106(1):67-73.

(2644)   Smil DV, Souza FE, Fallis AG. A general carbometalation, three component coupling strategy for the synthesis of alpha,beta-unsaturated gamma-sultines including thio-rofecoxib, a selective COX-2 inhibitor. Bioorg Med Chem Lett 2005; 15(8):2057-2060.

(2645)   Smith EF, Lefer AM. Stabilization of cardiac lysosomal and cellular membranes in protection of ischemic myocardium due to coronary occlusion:efficacy of the nonsteroidal anti-inflammatory agent, naproxen. Am Heart J 1981; 101(4):394-402.

(2646)   Smith GD, Egger M. Who benefits from medical interventions? BMJ 1994; 308(6921):72-74.

(2647)   Smith JB. The prostanoids in hemostasis and thrombosis: a review. Am J Pathol 1980; 99(3):743-804.

(2648)   Smith KJ, Skelton H. Acute onset of neutrophilic dermatosis in patients after therapy with a COX-2-specific inhibitor. Int J Dermatol 2003; 42(5):389-393.

(2649)   Smith LH, Boutaud O, Breyer M, Morrow JD, Oates JA, Vaughan DE. Cyclooxygenase-2-dependent prostacyclin formation is regulated by low density lipoprotein cholesterol in vitro. Arterioscler Thromb Vasc Biol 2002; 22(6):983-988.

(2650)   Smith ML, Chapple K, Hull M. The effect of non-steroidal anti-inflammatory drugs on human colorectal cancer cells: evidence of different mechanisms of action [ABSTRACT G1860]. Gastroenterology 1999; 116(4 Pt. 2):A425-Abstr. G1860.

(2651)   Smith R. Medical journals and pharmaceutical companies: uneasy bedfellows. BMJ 2003; 326(7400):1202-1205.

(2652)   Smith R. Medical journals are an extension of the marketing arm of pharmaceutical companies. PLoS Med 2005; 2(5):e138.

(2653)   Smith R. Lapses at the new England journal of medicine. J R Soc Med 2006; 99(8):380-382.

(2654)   Smith WL. Prostanoid biosynthesis and mechanisms of action. Am J Physiol 1992; 263(2 Pt 2):F181-F191.

(2655)   Smith WL, Garavito RM, Dewitt DL. Prostaglandin endoperoxide H synthases (cyclooxygenases). J Biol Chem 1996; 271(52):33157-33160.

KS-000982

(2656)  Smith WL, Dewitt DL, Garavito RM. Cyclooxygenases: structural, cellular, and molecular biology. Annu Rev Biochem 2000; 69:145-182.

(2657)  Smith WL, Langenbach R. Why there are two cyclooxygenase isozymes. J Clin Invest 2001; 107(12):1491-1495.

(2658)  Smucny J, Chai G. Are selective COX-2 inhibitors as effective as NSAIDs in patients with rheumatoid arthritis? Am Fam Physician 2004; 69(3):595-596.

(2659)  Snapinn S, Cook T, Shapiro D, Snavely D. The role of the unblinded sponsor statistician. Stat Med 2004; 23(10):1531-1533.

(2660)  Soler M, Camacho M, Escudero JR, Iniguez MA, Vila L. Human vascular smooth muscle cells but not endothelial cells express prostaglandin E synthase. Circ Res 2000; 87(6):504-507.

(2661)  Soliva R, Almansa C, Kalko SG, Luque FJ, Orozco M. Theoretical studies on the inhibition mechanism of cyclooxygenase-2. Is there a unique recognition site? J Med Chem 2003; 46(8):1372-1382.

(2662)  Soll A. Pathogenesis of nonsteroidal anti-inflammatory drug-related upper gastrointestinal toxicity. Am J Med 1998; 105(5A):10S-16S.

(2663)  Solomon D, Avorn J, Glynn RJ. Risk of myocardial infarction associated with selective COX-2 inhibitors: questions remain.  In reply. Arch Intern Med 2002; 162(22):2640-2641.

(2664)  Solomon DH, Schneeweiss S, Glynn RJ, Levin R, Avorn J. Patterns and predictors of selective COX-2 inhibitor use in the elderly:  is prescribing driven by patient factors or physician preferences? [ABSTRACT 994]. Arthritis Rheum 2002; 46(9 Suppl.):S384-S385, Abstr. 994.

(2665)  Solomon DH, Glynn RJ, Levin R, Avorn J. Nonsteroidal anti-inflammatory drug use and acute myocardial infarction. Arch Intern Med 2002; 162(10):1099-1104.

(2666)  Solomon DH, Karlson EW, Rimm EB et al. Cardiovascular morbidity and mortality in women diagnosed with rheumatoid arthritis. Circulation 2003; 107(9):1303-1307.

(2667)  Solomon DH, Glynn RJ, Bohn R, Levin R, Avorn J. The hidden cost of nonselective nonsteroidal antiinflammatory drugs in older patients. J Rheumatol 2003; 30(4):792-798.

(2668)  Solomon DH, Schneeweiss S, Levin R, Avorn J. The relationship between COX-2 specific inhibitors and hypertension [ABSTRACT 65]. Arthritis Rheum 2003; 48(9 Suppl.):S71-Abstr. 65.

(2669)  Solomon DH, Schneeweiss S, Glynn RJ et al. The relationship between selective COX-2 inhibitors and acute myocardial infarction [ABSTRACT 1823]. Arthritis Rheum 2003; 48(9 Suppl.):S697-Abstr. 1823.

(2670)  Solomon DH, Schneeweiss S, Glynn RJ et al. Relationship between selective cyclooxygenase-2 inhibitors and acute myocardial infarction in older adults. Circulation 2004; 109(17):2068-2073.

(2671)  Solomon DH, Schneeweiss S, Levin R, Avorn J. Relationship between COX-2 specific inhibitors and hypertension. Hypertension 2004; 44(2):140-145.

(2672)  Solomon DH, Avorn J. Coxibs, science, and the public trust. Arch Intern Med 2005; 165(2):158-160.

(2673)  Solomon DH, Avorn J, Sturmer T, Glynn RJ, Mogun H, Schneeweiss S. Cardiovascular outcomes in new users of coxibs and nonsteroidal antiinflammatory drugs: high-risk subgroups and time course of risk. Arthritis Rheum 2006; 54(5):1378-1389.

(2674)  Solomon SD, McMurray JJ, Pfeffer MA et al. Cardiovascular risk associated with celecoxib in a clinical trial for colorectal adenoma prevention. N Engl J Med 2005; 352(11):1071-1080.

(2675)  Solomon SD, Pfeffer MA, McMurray JJ et al. Effect of celecoxib on cardiovascular events and blood pressure in two trials for the prevention of colorectal adenomas. Circulation 2006; 114(10):1028-1035.

(2676)  Somerville K, Faulkner G, Langman M. Non-steroidal anti-inflammatory drugs and bleeding peptic ulcer. Lancet 1986; 1(8479):462-464.

KS-000983

(2677)   Song X, Lin HP, Johnson AJ et al. Cyclooxygenase-2, player or spectator in cyclooxygenase-2 inhibitor-induced apoptosis in prostate cancer cells. J Natl Cancer Inst 2002; 94(8):585-591.

(2678)   Sonnenblick EH. Cardiorenal differences among NSAIDs and coxibs: real-world experience. Am J Manag Care 2002; 8(15 Suppl):S369-S370.

(2679)   Sonnenblick EH. Differences between COX-2-specific inhibitors: clinical and economic implications. Am J Manag Care 2002; 8(15 Suppl):S428-S430.

(2680)   Sooriakumaran P. COX-2 inhibitors and the heart: are all coxibs the same? Postgrad Med J 2006; 82(966):242-245.

(2681)   Sorbera LA, Leeson PA, Castaner J. Rofecoxib: antiinflammatory cyclooxygenase-2 inhibitor. Drugs Future 1998; 23(12):1287-1296.

(2682)   SoRelle R. Rofecoxib use increases acute myocardial infarction risk. Circulation 2004; 109(17):e9039-e9040.

(2683)   Sorensen HT, Jacobsen J, Norgaard M, Pedersen L, Johnsen SP, Baron JA. Newer cyclo-oxygenase-2 selective inhibitors, other non-steroidal anti-inflammatory drugs and the risk of acute pancreatitis. Aliment Pharmacol Ther 2006; 24(1):111-116.

(2684)   Soto J. Evaluacion economica de diclofenaco/misoprostol frente a rofecoxib en el tratamiento de la artrosis [Economic evaluation of diclofenac/misoprostol versus rofecoxib in the treatment of arthritis]. Atencion Farmaceutica 2001; 3(1):30-37.

(2685)   Souza MH, de LO, Jr., Zamuner SR, Fiorucci S, Wallace JL. Gastritis increases resistance to aspirin-induced mucosal injury via COX-2-mediated lipoxin synthesis. Am J Physiol Gastrointest Liver Physiol 2003; 285(1):G54-G61.

(2686)   Sowers J, White W, Pitt B et al. Rofecoxib, but not celecoxib, at doses providing equal OA efficacy, increases mean 24-hr systolic blood pressure in treated hypertensive patients with osteoarthritis and type 2 diabetes mellitus [ABSTRACT FRI0279]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr FRI0279.

(2687)   Sowers J, White W, Pitt B et al. Rofecoxib, but not celecoxib, increases mean 24-hour systolic blood pressure in treated hypertensive patients with osteoarthritis and type 2 diabetes mellitus [ABSTRACT 2986]. Eur Heart J 2003; 24(Abstr. Suppl.):581-Abstr. 2986.

(2688)   Sowers JR, White WB, Pitt B et al. Rofecoxib, but not celecoxib or naproxen, increases mean 24-hour systolic blood pressure:  results of a randomized double blind controlled trial in treated hypertensive patients with osteoarthritis (OA) and type 2 diabetes mellitus [ABSTRACT 25]. Am J Hypertens 2003; 16(5 Pt. 2):11A.

(2689)   Sowers JR, White WB, Pitt B et al. The Effects of cyclooxygenase-2 inhibitors and nonsteroidal anti-inflammatory therapy on 24-hour blood pressure in patients with hypertension, osteoarthritis, and type 2 diabetes mellitus. Arch Intern Med 2005; 165(2):161-168.

(2690)   Soylu A, Kasap B, Ogun N et al. Efficacy of COX-2 inhibitors in a case of congenital nephrogenic diabetes insipidus. Pediatr Nephrol 2005; 20(12):1814-1817.

(2691)   Spalding WM, Reeves MJ, Whelton A. Thromboembolic cardiovascular risk among arthritis patients using cyclooxygenase-2-selective inhibitor or nonselective cyclooxygenase inhibitor nonsteroidal anti-inflammatory drugs. Am J Ther 2007; 14(1):3-12.

(2692)   Spaziani EP, Lantz ME, Benoit RR, O'Brien WF. The induction of cyclooxygenase-2 (COX-2) in intact human amnion tissue by interleukin-4. Prostaglandins 1996; 51(3):215-223.

(2693)   Speicher G. Medication assistance programs: eligibility and enrollment. Arch Intern Med 2002; 162(22):2629-2630.

(2694)   Speir E, Yu ZX, Ferrans VJ, Huang ES, Epstein SE. Aspirin attenuates cytomegalovirus infectivity and gene expression mediated by cyclooxygenase-2 in coronary artery smooth muscle cells. Circ Res 1998; 83(2):210-216.

(2695)   Spektor G, Fuster V. Drug insight: cyclo-oxygenase 2 inhibitors and cardiovascular risk--where are we now? Nat Clin Pract Cardiovasc Med 2005; 2(6):290-300.

KS-000984

(2696)   Spence JD. Effect of indomethacin on blood pressure in elderly people with essential hypertension well controlled on amlodipine or enalapril. Am J Hypertens 2001; 14(8 Pt 1):835.

(2697)   Sperling R, Braunstein N, Melin J, Reicin A. Cyclooxygenase 2 inhibitors and thrombogenicity production: comment on the article by Crofford et al. Arthritis Rheum 2001; 44(5):1229-1230.

(2698)   Spiegel BM, Targownik L, Dulai GS, Gralnek IM. The cost-effectiveness of cyclooxygenase-2 selective inhibitors in the management of chronic arthritis. Ann Intern Med 2003; 138(10):795-806.

(2699)   Spiegel BM, Gralnek IM. Cost-effectiveness of cyclooxygenase-2 inhibitors in chronic arthritis. Ann Intern Med 2004; 140(9):761-762.

(2700)   Spiegel BM, Chiou CF, Ofman JJ. Minimizing complications from nonsteroidal antiinflammatory drugs: cost-effectiveness of competing strategies in varying risk groups. Arthritis Rheum 2005; 53(2):185-197.

(2701)   Spieth K, Kaufmann R, Gille J. Metronomic oral low-dose treosulfan chemotherapy combined with cyclooxygenase-2 inhibitor in pretreated advanced melanoma: a pilot study. Cancer Chemother Pharmacol 2003; 52(5):377-382.

(2702)   Spodick DH. Intraventricular block and atrioventricular conduction. Arch Intern Med 2002; 162(22):2635-2636.

(2703)   Sprott H, Shen H, Michel BA, Uebelhart D, Gay RE, Gay S. Analgesic action of acetaminophen and rofecoxib on knee pain and function [ABSTRACT AB0435]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr AB0435.

(2704)   Sramek JJ, Veroff AE, Cutler NR. The status of ongoing trials for mild cognitive impairment. Expert Opin Investig Drugs 2001; 10(4):741-752.

(2705)   St.Rose E, Ferrandiz M, Kiss M et al. Steady-state plasma concentrations of rofecoxib in children (ages 2-5 years) with juvenile rheumatoid arthritis (JRA). Arthritis Rheum 2001; 44(9 Suppl.):S291.

(2706)   Stading JA, Skrabal MZ, Faulkner MA. Seven cases of interaction between warfarin and cyclooxygenase-2 inhibitors. Am J Health Syst Pharm 2001; 58(21):2076-2080.

(2707)   Staessen JA, Gasowski J, Wang JG et al. Risks of untreated and treated isolated systolic hypertension in the elderly: meta-analysis of outcome trials. Lancet 2000; 355(9207):865-872.

(2708)   Stam J. Thrombosis of the cerebral veins and sinuses. N Engl J Med 2005; 352(17):1791-1798.

(2709)   Stanford SJ, Pepper JR, Mitchell JA. Cyclooxygenase-2 regulates granulocyte-macrophage colony-stimulating factor, but not interleukin-8, production by human vascular cells: role of cAMP. Arterioscler Thromb Vasc Biol 2000; 20(3):677-682.

(2710)   Stange KC. Time to ban direct-to-consumer prescription drug marketing. Ann Fam Med 2007; 5(2):101-104.

(2711)   Stange KC. In This Issue: Doctor-Patient and Drug Company-Patient Communication. Ann Fam Med 2007; 5(1):2-4.

(2712)   Staton PC, Wilson AW, Bountra C, Chessell IP, Day NC. Changes in dorsal root ganglion CGRP expression in a chronic inflammatory model of the rat knee joint: differential modulation by rofecoxib and paracetamol. Eur J Pain 2007; 11(3):283-289.

(2713)   Steffel J, Hermann M, Greutert H et al. Celecoxib decreases endothelial tissue factor expression through inhibition of c-Jun terminal NH2 kinase phosphorylation. Circulation 2005; 111(13):1685-1689.

(2714)   Steffel J, Akhmedov A, Fahndrich C, Ruschitzka F, Luscher TF, Tanner FC. Differential effect of celecoxib on tissue factor expression in human endothelial and vascular smooth muscle cells. Biochem Biophys Res Commun 2006; 349(2):597-603.

(2715)   Steffen P, Krell M, Seeling W. [Postoperative analgesia with rofecoxib. How effective is the preoperative application of a 25 mg dose?]. Schmerz 2004; 18(4):278-285.

(2716)   Stein AB, Tang XL, Guo Y, Xuan YT, Dawn B, Bolli R. Delayed adaptation of the heart to stress: late preconditioning. Stroke 2004; 35(11 Suppl 1):2676-2679.

KS-000985

(2717)   Stein CM, Griffin MR, Taylor JA, Pichert JW, Brandt KD, Ray WA. Educational program for nursing home physicians and staff to reduce use of non-steroidal anti-inflammatory drugs among nursing home residents: a randomized controlled trial. Med Care 2001; 39(5):436-445.

(2718)   Steinbrook R. Gag clauses in clinical-trial agreements. N Engl J Med 2005; 352(21):2160-2162.

(2719)   Steinbrook R. Financial conflicts of interest and the Food and Drug Administration's Advisory Committees. N Engl J Med 2005; 353(2):116-118.

(2720)   Steinbrook R. For sale: physicians' prescribing data. N Engl J Med 2006; 354(26):2745-2747.

(2721)   Steinfeld S, Poriau S. Patient and physician satisfaction with rofecoxib in osteoarthritis: results of the EVA (experience with VIOXX in arthritis) survey. Curr Med Res Opin 2001; 17(2):81-87.

(2722)   Steinfeld S, Bjorke PA. Results from a patient survey to assess gastrointestinal burden of non-steroidal anti-inflammatory drug therapy contrasted with a review of data from EVA to determine satisfaction with rofecoxib. Rheumatology (Oxford) 2002; 41 Supp 1:23-27.

(2723)   Steinhubl SR. The use of anti-inflammatory analgesics in the patient with cardiovascular disease: what a pain. J Am Coll Cardiol 2005; 45(8):1302-1303.

(2724)   Stemme V, Swedenborg J, Claesson H, Hansson GK. Expression of cyclo-oxygenase-2 in human atherosclerotic carotid arteries. Eur J Vasc Endovasc Surg 2000; 20(2):146-152.

(2725)   Stenson WF. Cyclooxygenase 2 and wound healing in the stomach. Gastroenterology 1997; 112(2):645-648.

(2726)   Stephens J, Laskin B, Pashos C, Pena B, Wong J. The burden of acute postoperative pain and the potential role of the COX-2-specific inhibitors. Rheumatology (Oxford) 2003; 42 Suppl 3:iii40-iii52.

(2727)   Stevenson DD, Simon RA. Lack of Cross-Reactivity Between Selective COX-2 Inhibitors and Aspirin (ASA) in ASA, Sensitive Asthmatic Subjects [ABSTRACT 806]. J Allergy Clin Immunol 2000; 105(1, Pt. 2):S273-Abstr. 806.

(2728)   Stevenson DD, Simon RA. Lack of cross-reactivity between rofecoxib and aspirin in aspirin-sensitive patients with asthma. J Allergy Clin Immunol 2001; 108(1):47-51.

(2729)   Stichtenoth DO, Wagner B, Frolich JC. Effect of selective inhibition of the inducible cyclooxygenase on renin release in healthy volunteers. J Investig Med 1998; 46(6):290-296.

(2730)   Stichtenoth DO, Wagner B, Frolich JC. Effects of meloxicam and indomethacin on renin release in man. Clin Pharmacol Ther 1998; 63(2):235.

(2731)   Stichtenoth DO, Deicher HR, Frolich JC. Blood donors on medication. Are deferral periods necessary? Eur J Clin Pharmacol 2001; 57(6-7):433-440.

(2732)   Stichtenoth DO. The second generation of COX-2 inhibitors: clinical pharmacological point of view. Mini Rev Med Chem 2004; 4(6):617-624.

(2733)   Stienburg KL. Rofecoxib (Vioxx): a year in review. CMAJ 2001; 164(7):1039-5.

(2734)   Stienburg KL. Rofecoxib (VIOXX): a year in review. Can ADR Newsletter 2001; 11(2):4-7.

(2735)   Stika CS, Gross GA, Leguizamon G et al. A prospective randomized safety trial of celecoxib for treatment of preterm labor. Am J Obstet Gynecol 2002; 187(3):653-660.

(2736)   Stillman MJ, Stillman MT. Appropriate use of NSAIDs: considering cardiovascular risk in the elderly. Geriatrics 2007; 62(3):16-21.

(2737)   Stix G. Better ways to target pain. Sci Am 2007; 296(1):84-6, 88.

(2738)   Stockbrugger RW. Nonsteroidal anti-inflammatory drugs (NSAIDs) in the prevention of colorectal cancer. Eur J Cancer Prev 1999; 9(1 Suppl.):S21-S25.

KS-000986

(2739)  Stockl K, Cyprien L, Chang EY. Gastrointestinal bleeding rates among managed care patients newly started on cox-2 inhibitors or nonselective NSAIDs. J Manag Care Pharm 2005; 11(7):550-558.

(2740)  Stokvis E, Rosing H, Beijnen JH. Stable isotopically labeled internal standards in quantitative bioanalysis using liquid chromatography/mass spectrometry: necessity or not? Rapid Commun Mass Spectrom 2005; 19(3):401-407.

(2741)  Stone GW, McLaurin BT, Cox DA et al. Bivalirudin for patients with acute coronary syndromes. N Engl J Med 2006; 355(21):2203-2216.

(2742)  Stone PH. Triggering myocardial infarction. N Engl J Med 2004; 351(17):1716-1718.

(2743)  Stone S, Khamashta MA, Nelson-Piercy C. Nonsteroidal anti-inflammatory drugs and reversible female infertility: is there a link? Drug Saf 2002; 25(8):545-551.

(2744)  Stover RR. Are selective COX 2 inhibitors superior to traditional NSAIDs? Both the CLASS and VIGOR trials support the COX 2 hypothesis. BMJ 2002; 325(7356):161.

(2745)  Stover RR. Both the CLASS and VIGOR trials support the COX 2 hypothesis. BMJ 2002; 325(7356):162-163.

(2746)  Strand V, Hochberg MC. The risk of cardiovascular thrombotic events with selective cyclooxygenase-2 inhibitors. Arthritis Care Res 2002; 47(4):349-355.

(2747)  Strand V, Hochberg MC. The risk of cardiovascular thrombotic events with selective cyclooxygenase-2 inhibitors. Arthritis Rheum 2002; 47(4):349-355.

(2748)  Strand V. Expectations from patients with rheumatoid arthritis regarding COX-2s: cutting to the heart of the matter. J Cardiovasc Pharmacol 2006; 47 Suppl 1:S55-S59.

(2749)  Straube S, Derry S, McQuay HJ, Moore RA. Effect of preoperative Cox-II-selective NSAIDs (coxibs) on postoperative outcomes: a systematic review of randomized studies. Acta Anaesthesiol Scand 2005; 49(5):601-613.

(2750)  Straus WL, Barlas S, Stever GJ, Brater DC. A comparison of the clinical impact of rofecoxib vs celecoxib on new onset hypertension. Arthritis Rheum 2001; 44(9 Suppl.):S317.

(2751)  Strom BL. Potential for conflict of interest in the evaluation of suspected adverse drug reactions: a counterpoint. JAMA 2004; 292(21):2643-2646.

(2752)  Sturkenboom MC, Burke TA, Dieleman JP, Tangelder MJ, Lee F, Goldstein JL. Underutilization of preventive strategies in patients receiving NSAIDs. Rheumatology (Oxford) 2003; 42 Suppl 3:iii23-iii31.

(2753)  Sturkenboom MCJM, Romano F, Simon G et al. The iatrogenic costs of NSAID therapy: a population study. Arthritis Care Res 2002; 47(2):132-140.

(2754)  Sturmer T, Erb A, Keller F, Gunther KP, Brenner H. Determinants of impaired renal function with use of nonsteroidal anti-inflammatory drugs: the importance of half-life and other medications. Am J Med 2001; 111(7):521-527.

(2755)  Sulli A, Villaggio B, Craviotto C et al. Rofecoxib inhibits COX-2 expression and PGE-2 production in primary cultures of synovial macrophages from rheumatoid arthritis patients. Ann Rheum Dis 2002; 61(1 Suppl.):47.

(2756)  Summers RL, Jones SM, Givertz AR. Comparison of the Efficacy of Rofecoxib and Ibuprofen for the Treatment of Acute Musculoskeletal Pain in the Emergency Department. Academic Emergency Medicine 7[5], 528. 2000.
Ref Type: Abstract

(2757)  Sumpradit N, Ascione FJ, Bagozzi RP. A cross-media content analysis of motivational themes in direct-to-consumer prescription drug advertising. Clin Ther 2004; 26(1):135-154.

(2758)  Supuran CT, Casini A, Mastrolorenzo A, Scozzafava A. COX-2 selective inhibitors, carbonic anhydrase inhibition and anticancer properties of sulfonamides belonging to this class of pharmacological agents. Mini Rev Med Chem 2004; 4(6):625-632.

**KS-000987**

(2759)  Swan SK, Lasseter KC, Ryan CF et al. Renal Effects of Multiple-Dose Rofecoxib (R), A Cox-2 Inhibitor, in Elderly Subjects. J.Am.Soc.Nephrol. 10, 641A. 1999.
Ref Type: Abstract

(2760)  Swan SK, Rudy DW, Lasseter KC et al. Effect of cyclooxygenase-2 inhibition on renal function in elderly persons receiving a low-salt diet. A randomized, controlled trial. Ann Intern Med 2000; 133(1):1-9.

(2761)  Swan SK, Brater DC. Cyclooxygenase-2 inhibition and renal function: in response. Ann Intern Med 2001; 134(11):1078-
In response to 2 letters to the editor (see Docs. #168095 and #168096), the authors of a study reporting renal dysfunction with rofecoxib (see Doc. #163847) emphasize that both celecoxib and rofecoxib can cause sodium retention.  They specifically address Dr. Whelton's unpublished study that he presented at the European League against Rheumatism (EULAR) meeting, which showed that celecoxib was better tolerated than rofecoxib.  They note that another prospective study presented at the same meeting showed that rofecoxib 25 mg was superior to celecoxib 200 mg in osteoarthritis management and adverse events were similar for both drugs.  The authors conclude that the renal effects of COX-2 inhibitors are class-related and these agents should be used cautiously in patients with predisposing disease such as chronic renal failure, severe heart disease, and hepatic failure.  5 refs.

(2762)  Sweet BV, Townsend KA, Tsai CY. Risk assessment of NSAID-induced gastrointestinal toxicity in ambulatory care patients. Am J Health Syst Pharm 2004; 61(18):1917-1921.

(2763)  Sycha T, Anzenhofer S, Lehr S et al. Rofecoxib attenuates both primary and secondary inflammatory hyperalgesia: a randomized, double blinded, placebo controlled crossover trial in the UV-B pain model. Pain 2005; 113(3):316-322.

(2764)  Syeda F, Grosjean J, Houliston RA et al. Cyclooxygenase-2 induction and prostacyclin release by protease-activated receptors in endothelial cells require cooperation between mitogen-activated protein kinase and NF-kappaB pathways. J Biol Chem 2006; 281(17):11792-11804.

(2765)  Szabo IL, Pai R, Soreghan B et al. NSAIDs inhibit the activation of egr-1 gene in microvascular endothelial cells. A key to inhibition of angiogenesis? J Physiol Paris 2001; 95(1-6):379-383.

(2766)  Szalat A, Krasilnikov I, Bloch A, Meir K, Rubinger D, Mevorach D. Acute renal failure and interstitial nephritis in a patient treated with rofecoxib: case report and review of the literature. Arthritis Rheum 2004; 51(4):670-673.

(2767)  Szczeklik A, Nizankowska E, Bochenek G, Nagraba K, Mejza F, Swierczynska M. Safety of a specific COX-2 inhibitor in aspirin-induced asthma. Clin Exp Allergy 2001; 31(2):219-225.

(2768)  Tabet N, Feldmand H. Ibuprofen for Alzheimer's disease. Cochrane Database Syst Rev 2003;(2):CD004031.

(2769)  Tacconelli S, Capone ML, Sciulli MG, Ricciotti E, Patrignani P. The biochemical selectivity of novel COX-2 inhibitors in whole blood assays of COX-isozyme activity. Curr Med Res Opin 2002; 18(8):503-511.

(2770)  Tacconelli S, Capone ML, Patrignani P. Clinical pharmacology of novel selective COX-2 inhibitors. Curr Pharm Des 2004; 10(6):589-601.

(2771)  Taha AS, Hudson N, Hawkey CJ et al. Famotidine for the prevention of gastric and duodenal ulcers caused by nonsteroidal antiinflammatory drugs. N Engl J Med 1996; 334(22):1435-1439.

(2772)  Takami T, Momma K, Imamura S. Increased constriction of the ductus arteriosus by dexamethasone, indomethacin, and rofecoxib in fetal rats. Circ J 2005; 69(3):354-358.

(2773)  Takeeda M, Yamato M, Kato S, Takeuchi K. Cyclooxygenase isozymes involved in adaptive functional responses in rat stomach after barrier disruption. J Pharmacol Exp Ther 2003; 307(2):713-719.

(2774)  Takeeda M, Hayashi Y, Yamato M, Murakami M, Takeuchi K. Roles of endogenous prostaglandins and cyclooxygenase izoenzymes in mucosal defense of inflamed rat stomach. J Physiol Pharmacol 2004; 55(1 Pt 2):193-205.

(2775)  Takeuchi K, Kagawa S, Mimaki H, Aoi M, Kawauchi S. COX and NOS isoforms involved in acid-induced duodenal bicarbonate secretion in rats. Dig Dis Sci 2002; 47(9):2116-2124.

(2776)  Takeuchi K, Tanaka A, Ohno R, Yokota A. Role of COX inhibition in pathogenesis of NSAID-induced small intestinal damage. J Physiol Pharmacol 2003; 54 Suppl 4:165-182.

KS-000988

(2777) Takeuchi K, Miyazawa T, Matsumoto M, Hayashi Y. Both selective COX-1 and COX-2 inhibitors aggravate gastric damage induced in rats by 2-deoxy-D-glucose. relation to gastric hypermotility and COX-2 expression. Digestion 2003; 68(2-3):71-79.

(2778) Takeuchi K, Tanaka A, Hayashi Y, Kubo Y. Functional mechanism underlying COX-2 expression following administration of indomethacin in rat stomachs: importance of gastric hypermotility. Dig Dis Sci 2004; 49(2):180-187.

(2779) Takeuchi K, Tanaka A, Hayashi Y, Yokota A. COX inhibition and NSAID-induced gastric damage--roles in various pathogenic events. Curr Top Med Chem 2005; 5(5):475-486.

(2780) Takeuchi K, Yokota A, Tanaka A, Takahira Y. Factors involved in upregulation of inducible nitric oxide synthase in rat small intestine following administration of nonsteroidal anti-inflammatory drugs. Dig Dis Sci 2006; 51(7):1250-1259.

(2781) Takeuchi K, Aihara E, Sasaki Y, Nomura Y, Ise F. Involvement of cyclooxygenase-1, prostaglandin E2 and EP1 receptors in acid-induced. J Physiol Pharmacol 2006; 57(4):661-676.

(2782) Talley JJ, Brown DL, Carter JS et al. 4-[5-Methyl-3-phenylisoxazol-4-yl]- benzenesulfonamide, valdecoxib: a potent and selective inhibitor of COX-2. J Med Chem 2000; 43(5):775-777.

(2783) Tamura M, Sebastian S, Gurates B, Yang S, Fang Z, Bulun SE. Vascular endothelial growth factor up-regulates cyclooxygenase-2 expression in human endothelial cells. J Clin Endocrinol Metab 2002; 87(7):3504-3507.

(2784) Tan DS, Evanson J, Plowman PN, Chew SL. Post-radiation inflammatory reaction controlled with thalidomide and rofecoxib. Clin Oncol (R Coll Radiol ) 2004; 16(8):585-586.

(2785) Tan SA, Tan LG, Berk LS. The effects of rofecoxib on interferon-gamma, TNF-a, interleukin-6, and C-reactive protein in diabetic patients with atherosclerosis. FASEB J 2002; 16(5 Pt. 2):A943-A944.

(2786) Tanabe T, Tohnai N. Cyclooxygenase isozymes and their gene structures and expression. Prostaglandins Other Lipid Mediat 2002; 68-69:95-114.

(2787) Tanaka A, Araki H, Komoike Y, Hase S, Takeuchi K. Inhibition of both COX-1 and COX-2 is required for development of gastric damage in response to nonsteroidal antiinflammatory drugs. J Physiol Paris 2001; 95(1-6):21-27.

(2788) Tanaka A, Hase S, Miyazawa T, Takeuchi K. Up-regulation of cyclooxygenase-2 by inhibition of cyclooxygenase-1: a key to nonsteroidal anti-inflammatory drug-induced intestinal damage. J Pharmacol Exp Ther 2002; 300(3):754-761.

(2789) Tanaka A, Hase S, Miyazawa T, Ohno R, Takeuchi K. Role of cyclooxygenase (COX)-1 and COX-2 inhibition in nonsteroidal anti-inflammatory drug-induced intestinal damage in rats: relation to various pathogenic events. J Pharmacol Exp Ther 2002; 303(3):1248-1254.

(2790) Tanaka A, Araki H, Hase S, Komoike Y, Takeuchi K. Up-regulation of COX-2 by inhibition of COX-1 in the rat: a key to NSAID-induced gastric injury. Aliment Pharmacol Ther 2002; 16 Suppl 2:90-101.

(2791) Tanaka A, Matsumoto M, Hayashi Y, Takeuchi K. Functional mechanism underlying cyclooxygenase-2 expression in rat small intestine following administration of indomethacin: relation to intestinal hypermotility. J Gastroenterol Hepatol 2005; 20(1):38-45.

(2792) Tanaka A, Hatazawa R, Takahira Y, Izumi N, Filaretova L, Takeuchi K. Preconditioning stress prevents cold restraint stress-induced gastric lesions in rats: roles of COX-1, COX-2, and PLA2. Dig Dis Sci 2007; 52(2):478-487.

(2793) Tanaka T, Delong PA, Amin K et al. Treatment of lung cancer using clinically relevant oral doses of the cyclooxygenase-2 inhibitor rofecoxib: potential value as adjuvant therapy after surgery. Ann Surg 2005; 241(1):168-178.

(2794) Tang C, Liu C, Zhou X, Wang C. Enhanced inhibitive effects of combination of rofecoxib and octreotide on the growth of human gastric cancer. Int J Cancer 2004; 112(3):470-474.

(2795) Tang XL, Xuan YT, Zhu Y, Shirk G, Bolli R. Nicorandil induces late preconditioning against myocardial infarction in conscious rabbits. Am J Physiol Heart Circ Physiol 2004; 286(4):H1273-H1280.

(2796) Tanne JH. Merck faces ongoing claims after Texan ruling on rofecoxib. BMJ 2005; 331(7515):471.

KS-000989

(2797) Tanne JH. Court awards claimant 13.5m dollars in rofecoxib lawsuit. BMJ 2006; 332(7547):927.

(2798) Tanne JH. NEJM editor gives pretrial evidence in Vioxx case. BMJ 2006; 332(7536):255-256.

(2799) Tanne JH. Merck appeals rofecoxib verdict. BMJ 2007; 334(7594):607.

(2800) Tartas M, Bouye P, Koitka A et al. Early vasodilator response to anodal current application in human is not impaired by cyclooxygenase-2 blockade. Am J Physiol Heart Circ Physiol 2005; 288(4):H1668-H1673.

(2801) Tassorelli C. Inibitori selettovo della ciclo-ossigenasi-2--un'arma potenziale per la terapia dell'emicrania? [Selective cyclo-oxygenase-2 inhibitors--a potential tool migraine therapy?]. Confin Cephalalgica 2000; 9(1):23.

(2802) Taxonera C, Mendoza JL. Colorectal cancer and Coxibs. Rev Esp Enferm Dig 2004; 96(10):673-675.

(2803) Taylor M. Drug samples bring scrutiny. Mod Healthc 2005; 35(18):22.

(2804) Tedgui A, Mallat Z. Cytokines in atherosclerosis: pathogenic and regulatory pathways. Physiol Rev 2006; 86(2):515-581.

(2805) Teeling M, Bennett K, Feely J. Have COX 2 inhibitors influenced the co-prescription of anti-ulcer drugs with NSAIDs? Br J Clin Pharmacol 2003; 55(4):419.

(2806) Teeling M, Bennett K, Feely J. Have COX-2 inhibitors influenced the co-prescription of anti-ulcer drugs with NSAIDs? Br J Clin Pharmacol 2004; 57(3):337-343.

(2807) Teixeira MZ. Evidence of the principle of similitude in modern fatal iatrogenic events. Homeopathy 2006; 95(4):229-236.

(2808) Teixeira MZ. NSAIDs, Myocardial infarction, rebound effect and similitude. Homeopathy 2007; 96(1):67-68.

(2809) ten Tusscher MP, Jacobs PJ, Busch MJ, de GL, Diemont WL. Bilateral anterior toxic optic neuropathy and the use of infliximab. BMJ 2003; 326(7389):579.

(2810) Tepper S, Silberstein S, Brandes J et al. Randomized, double-blind, placebo-controlled trial of rofecoxib for the acute treatment of migraine [ABSTRACT SAT0053]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr SAT0053.

(2811) Terplan M. The impact of hospitalists on congestive heart failure. Arch Intern Med 2002; 162(22):2633.

(2812) Teruyama K, Abe M, Nakano T et al. Role of transcription factor Ets-1 in the apoptosis of human vascular endothelial cells. J Cell Physiol 2001; 188(2):243-252.

(2813) Tewari P, Nath SS, Mazumdar G. Increased prothrombin time and lactic acidosis: rofecoxib drug interaction with acenocoumarin and metformin. Ann Card Anaesth 2007; 10(1):58-60.

(2814) Thal LJ, Ferris SH, Kirby L et al. A randomized, double-blind, study of rofecoxib in patients with mild cognitive impairment. Neuropsychopharmacology 2005; 30(6):1204-1215.

(2815) Theiler R, Uebelhart D, Bischoff H, Good M. Rofecoxib improves quality of life in hip and knee OA patients [ABSTRACT AB0428]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr AB0428.

(2816) Theiler R, Bischoff-Ferrari HA, Good M, Bellamy N. Responsiveness of the electronic touch screen WOMAC 3.1 OA Index in a short term clinical trial with rofecoxib. Osteoarthritis Cartilage 2004; 12(11):912-916.

(2817) Theoharides TC, Sant GR. New agents for the medical treatment of interstitial cystitis. Expert Opin Investig Drugs 2001; 10(3):521-546.

(2818) Therien M, Brideau C, Chan CC et al. Synthesis And Biological Evaluation Of 5,6-Diarylimidazo[2.1-b]Thiazole As Selective Cox-2 Inhibitors. Bioorg Med Chem Lett 1997; 7(1):7-52.

(2819) Therland KL, Stubbe J, Thiesson HC et al. Cyclooxygenase-2 is expressed in vasculature of normal and ischemic adult human kidney and is colocalized with vascular prostaglandin E2 EP4 receptors. J Am Soc Nephrol 2004; 15(5):1189-1198.

KS-000990

(2820) Thetfil AK, Weiler C. Erythromelaigia as a differential for flushing: case report and literature review [POSTER 112]. Ann Allergy Asthma Immunol 2003; 90(1):147.

(2821) Thiebaud P, Patel BV, Nichol MB. Impact of rofecoxib withdrawal on cyclooxygenase-2 utilization among patients with and without cardiovascular risk. Value Health 2006; 9(6):361-368.

(2822) Thiefin G. [Gastrointestinal complications of nonsteroidal anti-inflammatory drugs and low-dose aspirin]. Gastroenterol Clin Biol 2003; 27(5):498-510.

(2823) Thom T, Haase N, Rosamond W et al. Heart disease and stroke statistics--2006 update: a report from the American Heart Association Statistics Committee and Stroke Statistics Subcommittee. Circulation 2006; 113(6):e85-151.

(2824) Thomas DM, Kuhn DM. Cyclooxygenase-2 is an obligatory factor in methamphetamine-induced neurotoxicity. J Pharmacol Exp Ther 2005; 313(2):870-876.

(2825) Thomas DW, Mannon RB, Mannon PJ et al. Coagulation defects and altered hemodynamic responses in mice lacking receptors for thromboxane A2. J Clin Invest 1998; 102(11):1994-2001.

(2826) Thomas LG. Increased risk of cardiovascular events with coxibs and NSAIDs. Lancet 2005; 365(9470):1538-1539.

(2827) Thomas WJ. The Vioxx story: would it have ended differently in the European Union? Am J Law Med 2006; 32(2-3):365-380.

(2828) Thompson CA. MI risk prompts rofecoxib withdrawal. Am J Health Syst Pharm 2004; 61(21):2234-6, 2238.

(2829) Thompson CA. COX-2 inhibitors still eyed for cancer prevention. Am J Health Syst Pharm 2005; 62(9):890, 894.

(2830) Thomsen RW, Riis A, Christensen S, McLaughlin JK, Sorensen HT. Outcome of peptic ulcer bleeding among users of traditional non-steroidal anti-inflammatory drugs and selective cyclo-oxygenase-2 inhibitors. Aliment Pharmacol Ther 2006; 24(10):1431-1438.

(2831) Thuaire C, Mankoubi L, Range G et al. [Potential pro-thrombotic effects of cyclooxygenase-2. inhibitors Two cases pf myocardial infarction]. Arch Mal Coeur Vaiss 2003; 96(6):683-685.

(2832) Thun MJ. NSAID use and decreased risk of gastrointestinal cancers. Gastroenterol Clin North Am 1996; 25(2):333-348.

(2833) Thurmann PA. [Adverse drugs reactions: diagnosis and assessment]. Pathologe 2006; 27(1):6-12.

(2834) Tikiz C, Utuk O, Bayturan O, Bayindir P, Ekmekci C, Tikiz H. Selective COX-2 inhibition with different doses of rofecoxib does not impair endothelial function in patients with coronary artery disease. Acta Med Okayama 2005; 59(1):11-17.

(2835) Tilley SL, Coffman TM, Koller BH. Mixed messages: modulation of inflammation and immune responses by prostaglandins and thromboxanes. J Clin Invest 2001; 108(1):15-23.

(2836) Tiseo BC, Namur GN, de Paula EJ, Junior RM, de Oliveira CR. Experimental study of the action of COX-2 selective nonsteroidal anti-inflammatory drugs and traditional anti-inflammatory drugs in bone regeneration. Clinics 2006; 61(3):223-230.

(2837) Titchen T, Cranswick N, Beggs S. Adverse drug reactions to nonsteroidal anti-inflammatory drugs, COX-2 inhibitors and paracetamol in a paediatric hospital. Br J Clin Pharmacol 2005; 59(6):718-723.

(2838) Title LM, Giddens K, McInerney MM, McQueen MJ, Nassar BA. Effect of cyclooxygenase-2 inhibition with rofecoxib on endothelial dysfunction and inflammatory markers in patients with coronary artery disease. J Am Coll Cardiol 2003; 42(10):1747-1753.

(2839) Titlow K, Randel L, Clancy CM, Emanuel EJ. Drug coverage decisions: the role of dollars and values. Health Aff (Millwood ) 2000; 19(2):240-247.

(2840) Tomamichel M, Reiner M. Treatment of Thrombophlebitis and Superficial Phlebitis: A Comparison of Nimesulide and Oxyphenbutazone. Clin Trials J 1983; 20(3):148-157.

**KS-000991**

(2841)   Tomasoni S, Noris M, Zappella S et al. Upregulation of renal and systemic cyclooxygenase-2 in patients with active lupus nephritis. J Am Soc Nephrol 1998; 9(7):1202-1212.

(2842)   Tomisato W, Tsutsumi S, Hoshino T et al. Role of direct cytotoxic effects of NSAIDs in the induction of gastric lesions. Biochem Pharmacol 2004; 67(3):575-585.

(2843)   Tonsi RC. Two views of licensure. J Am Dent Assoc 2001; 132(11):1500, 1502.

(2844)   Topol EJ. Conflict-of-interest policies. N Engl J Med 2001; 344(13):1017.

(2845)   Topol EJ. Failing the public health--rofecoxib, Merck, and the FDA. N Engl J Med 2004; 351(17):1707-1709.

(2846)   Topol EJ, Falk GW. A coxib a day won't keep the doctor away. Lancet 2004; 364(9435):639-640.

(2847)   Topol EJ, Blumenthal D. Physicians and the investment industry. JAMA 2005; 293(21):2654-2657.

(2848)   Topol EJ. Arthritis medicines and cardiovascular events--"house of coxibs". JAMA 2005; 293(3):366-368.

(2849)   Topper JN, Cai J, Falb D, Gimbrone MA, Jr. Identification of vascular endothelial genes differentially responsive to fluid mechanical stimuli: cyclooxygenase-2, manganese superoxide dismutase, and endothelial cell nitric oxide synthase are selectively up-regulated by steady laminar shear stress. Proc Natl Acad Sci U S A 1996; 93(19):10417-10422.

(2850)   Torralba KD, Bertino JS, Jr., Kashuba ADM, Treadwell FR, Whitaker AM, Nafziger AN. Effect of two COX-2 inhibitors on warfarin metabolism on CYP2C9 extensive metabolizers [ABSTRACT PII-50]. Clin Pharmacol Ther 2001; 69(2):P45-Abstr. PII-50.

(2851)   Torralba KMD, Bertino JS, Jr., Kashuba ADM, Gaedigk A, Nafziger AN. Lack of effect of two COX-2 inhibitors on warfarin stereoisomer metabolism in CYP2C9 extensive metabolizers. Arthritis Rheum 2001; 44(9 Suppl.):S124.

(2852)   Tousoulis D, Davies GJ, Crake T, Toutouzas PC. Vasomotion and nitric oxide bioactivity in diseased coronary arteries. Heart 2002; 87(4):320-321.

(2853)   Toussirot E, Wendling D. Current guidelines for the drug treatment of ankylosing spondylitis. Drugs 1998; 56(2):225-240.

(2854)   Towheed TE, Maxwell L, Judd MG, Catton M, Hochberg MC, Wells G. Acetaminophen for osteoarthritis. Cochrane Database Syst Rev 2006;(1):CD004257.

(2855)   Toyoshima K, Takeda A, Imamura S, Nakanishi T, Momma K. Constriction of the ductus arteriosus by selective inhibition of cyclooxygenase-1 and -2 in near-term and preterm fetal rats. Prostaglandins Other Lipid Mediat 2006; 79(1-2):34-42.

(2856)   Toyota E, Warltier DC, Brock T et al. Vascular endothelial growth factor is required for coronary collateral growth in the rat. Circulation 2005; 112(14):2108-2113.

(2857)   Tran F, Boggie DT, Delattre ML, Schaefer MG, Morreale AP, Plowman BK. Therapeutic interchange involving replacement of rofecoxib or celecoxib with valdecoxib. Am J Health Syst Pharm 2004; 61(13):1391-1394.

(2858)   Treanor JJ, Campbell JD, Zangwill KM, Rowe T, Wolff M. Safety and immunogenicity of an inactivated subvirion influenza A (H5N1) vaccine. N Engl J Med 2006; 354(13):1343-1351.

(2859)   Treiber G, Wex T, Rocken C, Fostitsch P, Malfertheiner P. Impact of biomarkers on disease survival and progression in patients treated with octreotide for advanced hepatocellular carcinoma. J Cancer Res Clin Oncol 2006; 132(11):699-708.

(2860)   Triadafilopoulos G, Kaur B, Sood S, Traxler B, Levine D, Weston A. The effects of esomeprazole combined with aspirin or rofecoxib on prostaglandin E2 production in patients with Barrett's oesophagus. Aliment Pharmacol Ther 2006; 23(7):997-1005.

(2861)   Trivedi MH, Fava M, Wisniewski SR et al. Medication augmentation after the failure of SSRIs for depression. N Engl J Med 2006; 354(12):1243-1252.

KS-000992

(2862) Truitt K, Schnitzer T, Fleischmann R, Seidenberg B, Ehrich E. A two-part placebo and active comparator-controlled study of rofecoxib in the treatment of rheumatoid arthritis (RA):  one-year experience [POSTER 424]. Ann Rheum Dis 2000; 59(1 Suppl.):165.

(2863) Truitt KE, Ferrandiz M, Kiss M et al. Steady-state plasma concentrations of rofecoxib in children with juvenile rheumatoid arthritis [ABSTRACT OP0094]. Ann Rheum Dis 2001; 60(1 Suppl.):CD Abstract OP0094.

(2864) Truitt KE, Lee M, DeTora LM, Anderson M, Zhao PL. Results of a pivotal (Phase III) placebo and active comparator controlled efficacy trial of rofecoxib 12.5 and 25 mg in adult patients with rheumatoid arthritis (RA). Arthritis Rheum 2001; 44(9 Suppl.):S369.

(2865) Truitt KE, Sperling RS, Ettinger WH, Jr. et al. A multicenter, randomized, controlled trial to evaluate the safety profile, tolerability, and efficacy of rofecoxib in advanced elderly patients with osteoarthritis. Aging (Milano.) 13[2], 112-121. 2001.
Ref Type: Abstract

(2866) Truitt KE, Guesens PP, DeTora LM, Zhao PL, Kress B. Results of a pivotal (phase III) placebo and active comparator controlled efficacy trial of rofecoxib 25 and 50 mg in adult patients with rheumatoid arthritis (RA) [ABSTRACT FRI0037]. Ann Rheum Dis 2001; 60(1 Suppl.):CD Abstract FRI0037.

(2867) Truitt KE, Zhao PL, DeTora LM, Shah RJ. Rofecoxib (ROF) showed consistent efficacy in rheumatoid arthritis (RA) patient subgroups defined by baseline characteristics or concomitant RA therapy use. Ann Rheum Dis 2002; 61(1 Suppl.):45.

(2868) Tseng WW, Deganutti A, Chen MN, Saxton RE, Liu CD. Selective cyclooxygenase-2 inhibitor rofecoxib (Vioxx) induces expression of cell cycle arrest genes and slows tumor growth in human pancreatic cancer. J Gastrointest Surg 2002; 6(6):838-843.

(2869) Tsoukas C, Eyster ME, Shingo S et al. Evaluation of the efficacy and safety of etoricoxib in the treatment of hemophilic arthropathy. Blood 2006; 107(5):1785-1790.

(2870) Tsujii M, DuBois RN. Alterations in cellular adhesion and apoptosis in epithelial cells overexpressing prostaglandin endoperoxide synthase 2. Cell 1995; 83(3):493-501.

(2871) Tu CT, Guo JS, Wang M, Wang JY. Antifibrotic activity of rofecoxib in vivo is associated with reduced portal hypertension in rats with carbon tetrachloride-induced liver injury. J Gastroenterol Hepatol 2007; 22(6):877-884.

(2872) Tuettenberg J, Grobholz R, Korn T, Wenz F, Erber R, Vajkoczy P. Continuous low-dose chemotherapy plus inhibition of cyclooxygenase-2 as an antiangiogenic therapy of glioblastoma multiforme. J Cancer Res Clin Oncol 2005; 131(1):31-40.

(2873) Tugendreich S, Pearson CI, Sagartz J, Jarnagin K, Kolaja K. NSAID-induced acute phase response is due to increased intestinal permeability and characterized by early and consistent alterations in hepatic gene expression. Toxicol Pathol 2006; 34(2):168-179.

(2874) Tugwell P, Judd MG, Fries JF, Singh G, Wells GA. Powering our way to the elusive side effect: a composite outcome 'basket' of predefined designated endpoints in each organ system should be included in all controlled trials. J Clin Epidemiol 2005; 58(8):785-790.

(2875) Tuleja E, Mejza F, Cmiel A, Szczeklik A. Effects of cyclooxygenases inhibitors on vasoactive prostanoids and thrombin generation at the site of microvascular injury in healthy men. Arterioscler Thromb Vasc Biol 2003; 23(6):1111-1115.

(2876) Turan A, Emet S, Karamanlioglu B, Memis D, Turan N, Pamukcu Z. Analgesic effects of rofecoxib in ear-nose-throat surgery. Anesth Analg 2002; 95(5):1308-11, table.

(2877) Turan A, White PF, Karamanlioglu B et al. Gabapentin: an alternative to the cyclooxygenase-2 inhibitors for perioperative pain management. Anesth Analg 2006; 102(1):175-181.

(2878) Turesson C, Jarenros A, Jacobsson L. Increased incidence of cardiovascular disease in patients with rheumatoid arthritis: results from a community based study. Ann Rheum Dis 2004; 63(8):952-955.

(2879) Turner M, Affonso A, Fudin J, Rivera W. Clinical case study. Am J Hosp Palliat Care 2001; 18(6):429-431.

KS-000993

(2880)   Tuzcu EM, Kapadia SR, Tutar E et al. High prevalence of coronary atherosclerosis in asymptomatic teenagers and young adults: evidence from intravascular ultrasound. Circulation 2001; 103(22):2705-2710.

(2881)   Tzivoni J, Monakier D, Klutstein MW, Matas M, Zedek S. Rofecoxib, a COX-2 inhibitor NSAID lowers C-reactive protein and IL-6 level in patients with unstable angina pectoris [ABSTRACT 1303]. Eur Heart J 2001; 22(Abstr. Suppl.):241-Abstr. 1303.

(2882)   Umar A, Boisseau M, Yusup A, Upur H, Begaud B, Moore N. Interactions between aspirin and COX-2 inhibitors or NSAIDs in a rat thrombosis model. Fundam Clin Pharmacol 2004; 18(5):559-563.

(2883)   Underwood MJ, More RS. The aspirin papers. BMJ 1994; 308(6921):71-72.

(2884)   Urquhart J. Some key points emerging from the COX-2 controversy. Pharmacoepidemiol Drug Saf 2005; 14(3):145-147.

(2885)   Usher C, Bennett K, Teeling M, Feely J. Characterizing new users of NSAIDs before and after rofecoxib withdrawal. Br J Clin Pharmacol 2007; 63(4):494-497.

(2886)   Vadas P, Stefanski E, Wloch M, Grouix B, van den BH, Kennedy B. Secretory non-pancreatic phospholipase A2 and cyclooxygenase-2 expression by tracheobronchial smooth muscle cells. Eur J Biochem 1996; 235(3):557-563.

(2887)   Vainio H, Morgan G, Kleihues P. An international evaluation of the cancer-preventive potential of nonsteroidal anti-inflammatory drugs. Cancer Epidemiol Biomarkers Prev 1997; 6(9):749-753.

(2888)   Vainio H, Morgan G. Cyclo-oxygenase 2 and breast cancer prevention. Non-steroidal anti-inflammatory agents are worth testing in breast cancer. BMJ 1998; 317(7162):828.

(2889)   Vaisbich MH, Fujimura MD, Koch VH. Bartter syndrome: benefits and side effects of long-term treatment. Pediatr Nephrol 2004; 19(8):858-863.

(2890)   Vajja BN, Juluri S, Kumari M, Kole L, Chakrabarti R, Joshi VD. Lipopolysaccharide-induced paw edema model for detection of cytokine modulating anti-inflammatory agents. Int Immunopharmacol 2004; 4(7):901-909.

(2891)   Valero A, Baltasar MA, Enrique E et al. Rofecoxib a COX-1 sparing in NSAIDs sensitive patients [ABSTRACT 704]. Allergy 2001; 56(68 Suppl.):221.

(2892)   Valero A, Baltasar M, Enrique E et al. NSAID-sensitive patients tolerate rofecoxib. Allergy 2002; 57(12):1214-1215.

(2893)   Vallano PT, Mazenko RS, Woolf EJ, Matuszewski BK. Monolithic silica liquid chromatography columns for the determination of cyclooxygenase II inhibitors in human plasma. J Chromatogr B Analyt Technol Biomed Life Sci 2002; 779(2):249-257.

(2894)   van Adelsburg J, Truitt KE, DeTora LM et al. One-year results from an active comparator-controlled trial of rofecoxib in patients with rheumatoid arthritis (RA) [ABSTRACT 852]. Arthritis Rheum 2002; 46(9 Suppl.):S336-S337, Abstr. 852.

(2895)   van der Heide HJ, Koorevaar RC, Lemmens JA, Van KA, Schreurs BW. Rofecoxib inhibits heterotopic ossification after total hip arthroplasty. Arch Orthop Trauma Surg 2006.

(2896)   van der Heide HJ, Rijnberg WJ, Van SA, Van KA, Schreurs BW. Similar effects of rofecoxib and indomethacin on the incidence of heterotopic ossification after hip arthroplasty. Acta Orthop 2007; 78(1):90-94.

(2897)   van Grootheest AC, Groote JK, de Jong-van den Berg LT. Intensive monitoring of new drugs based on first prescription signals from pharmacists: a pilot study. Pharmacoepidemiol Drug Saf 2003; 12(6):475-481.

(2898)   Van Hecken A, Depre M, Ehrich E et al. Demonstration of specific COX-2 inhibition by MK-966 in humans with supratherapeutic doses [ABSTRACT PII-69]. Clin Pharmacol Ther 1999; 65(2):164-Abstr. PII-69.

(2899)   van Kuijk C, Cheng X, Hottya G et al. The effects of rofecoxib and diclofenac on knee osteoarthritis (OA) articular cartilage:  the results from one-year prospective clinical trials. Arthritis Rheum 2000; 43(9 Suppl.):S220.

(2900)   van Kuijk C, Cheng X, Hottya G et al. The effects of rofecoxib and diclofenac on knee osteoarthritis (OA) articular cartilage:  the results from one-year prospective clinical trials [ABSTRACT 82]. Ann Rheum Dis 2000; 59(Suppl.):55.

KS-000994