(2901) Van Solingen RM, Rosenstein ED, Mihailescu G et al. Comparison of the effects of ketoprofen on platelet function in the presence and absence of aspirin. Am J Med 2001; 111(4):285-289.

(2902) van Stolk RU, Beck GJ, Baron JA, Haile R, Summers R. Adenoma characteristics at first colonoscopy as predictors of adenoma recurrence and characteristics at follow-up. The Polyp Prevention Study Group. Gastroenterology 1998; 115(1):13-18.

(2903) van Zelm MC, Reisli I, van der BM et al. An antibody-deficiency syndrome due to mutations in the CD19 gene. N Engl J Med 2006; 354(18):1901-1912.

(2904) VAN DORP, BEERTHUIS RK, Nugteren DH, Vonkeman H. THE BIOSYNTHESIS OF PROSTAGLANDINS. Biochim Biophys Acta 1964; 90:204-207.

(2905) Van DS, McColl G, Wicks IP. Accelerated atherosclerosis: an extraarticular feature of rheumatoid arthritis? Arthritis Rheum 2002; 46(4):862-873.

(2906) Van HA, Schwartz JI, Depre M et al. Comparative inhibitory activity of rofecoxib, meloxicam, diclofenac, ibuprofen, and naproxen on COX-2 versus COX-1 in healthy volunteers. J Clin Pharmacol 2000; 40(10):1109-1120.

(2907) van KB, De BJ, Ten DN, Fijnheer R, Rothova A. The effect of non-steroidal anti-inflammatory drugs on inflammatory cystoid macular edema. Am J Ophthalmol 2005; 140(3):563-564.

(2908) van KF, Ciabattoni G, Patrono C, Dippel DW, Koudstaal PJ. Platelet activation and lipid peroxidation in patients with acute ischemic stroke. Stroke 1997; 28(8):1557-1563.

(2909) van KF, Ciabattoni G, Koudstaal PJ, Dippel DW, Patrono C. Increased platelet activation in the chronic phase after cerebral ischemia and intracerebral hemorrhage. Stroke 1999; 30(3):546-549.

(2910) van RJ, Pairet M. Selective cyclooxygenase-2 inhibitors: pharmacology, clinical effects and therapeutic potential. Expert Opin Investig Drugs 1997; 6(5):609-614.

(2911) Van WC, III. The great rofecoxib feeding frenzy. JPEN J Parenter Enteral Nutr 2005; 29(2):136-138.

(2912) Vanchieri C. Vioxx withdrawal alarms cancer prevention researchers. J Natl Cancer Inst 2004; 96(23):1734-1735.

(2913) Vanchieri C. Researchers plan to continue to study COX-2 inhibitors in cancer treatment and prevention. J Natl Cancer Inst 2005; 97(8):552-553.

(2914) VanderEnde DS, Morrow JD. Release of markedly increased quantities of prostaglandin D2 from the skin in vivo in humans after the application of cinnamic aldehyde. J Am Acad Dermatol 2001; 45(1):62-67.

(2915) Vane J, Botting R. Inflammation and the mechanism of action of anti-inflammatory drugs. FASEB J 1987; 1(2):89-96.

(2916) Vane JR. Inhibition of prostaglandin synthesis as a mechanism of action for aspirin-like drugs. Nat New Biol 1971; 231(25):232-235.

(2917) Vane JR, Botting RM. New insights into the mode of action of anti-inflammatory drugs. Inflamm Res 1995; 44(1):1-10.

(2918) Vane JR, Meade TW. Second European Stroke Prevention Study (ESPS 2): clinical and pharmacological implications. J Neurol Sci 1997; 145(2):123-125.

(2919) Vane JR, Bakhle YS, Botting RM. Cyclooxygenases 1 and 2. Annu Rev Pharmacol Toxicol 1998; 38:97-120.

(2920) Vane JR, Botting RM. Mechanism of action of nonsteroidal anti-inflammatory drugs. Am J Med 1998; 104(3A):2S-8S.

(2921) Vane JR. Biomedicine. Back to an aspirin a day? Science 2002; 296(5567):474-475.

(2922) Vane JR. Adventures and excursions in bioassay: the stepping stones to prostacylin. Biosci Rep 2004; 24(4-5):254-279.

(2923) Vannacci A, Giannini L, Passani MB et al. The endocannabinoid 2-arachidonylglycerol decreases the immunological activation of Guinea pig mast cells: involvement of nitric oxide and eicosanoids. J Pharmacol KS-000995; 311(1):256-264.

(2924) Vapaatalo H, Mervaala E. Clinically important factors influencing endothelial function. Med Sci Monit 2001; 7(5):1075-1085.

(2925) Varga J. Wolf in sheep's clothing? Am J Hosp Palliat Care 2000; 17(4):280.

(2926) Varga J, Dickman A. Ibuprofen to rofecoxib: what does it all mean and what do I do now? Am J Hosp Palliat Care 2001; 18(4):271-274.

(2927) Vaszar LT, Stevenson DD. Aspirin-induced asthma. Clin Rev Allergy Immunol 2001; 21(1):71-87.

(2928) Veillard NR, Kwak B, Pelli G et al. Antagonism of RANTES receptors reduces atherosclerotic plaque formation in mice. Circ Res 2004; 94(2):253-261.

(2929) Velentgas P, West W, Cannuscio CC, Watson DJ, Walker AM. Cardiovascular risk of selective cyclooxygenase-2 inhibitors and other non-aspirin non-steroidal anti-inflammatory medications. Pharmacoepidemiol Drug Saf 2006; 15(9):641-652.

(2930) Venugopal SK, Devaraj S, Jialal I. C-reactive protein decreases prostacyclin release from human aortic endothelial cells. Circulation 2003; 108(14):1676-1678.

(2931) Verburg KM, Maziasz TJ, Weiner E, Loose L, Geis GS, Isakson PC. Cox-2-specific inhibitors: definition of a new therapeutic concept. Am J Ther 2001; 8(1):49-64.

(2932) Verhamme KM, Dieleman JP, Van Wijk MA et al. Nonsteroidal anti-inflammatory drugs and increased risk of acute urinary retention. Arch Intern Med 2005; 165(13):1547-1551.

(2933) Verheggen PW, de Maat MP, Cats VM et al. Inflammatory status as a main determinant of outcome in patients with unstable angina, independent of coagulation activation and endothelial cell function. Eur Heart J 1999; 20(8):567-574.

(2934) Verheugt FW, Smith SC, Jr. The lady aspirin for cardiovascular disease. Lancet 2005; 366(9492):1148-1150.

(2935) Verma S, Raj SR, Shewchuk L, Anderson TJ. Specific COX-2 blockade does not impair endothelial function in humans: randomized evaluation of rofecoxib (VIOXX) versus naproxen (NAPROSYN) on endothelium dependent vasodilation (The COXE Study). Circulation 2001; 104(17 Suppl.):II240.

(2936) Verma S, Raj SR, Shewchuk L, Mather KJ, Anderson TJ. Cyclooxygenase-2 blockade does not impair endothelial vasodilator function in healthy volunteers: randomized evaluation of rofecoxib versus naproxen on endothelium-dependent vasodilatation. Circulation 2001; 104(24):2879-2882.

(2937) Verma S, Szmitko PE. Coxibs and the endothelium. J Am Coll Cardiol 2003; 42(10):1754-1756.

(2938) Verrico MM, Weber RJ, McKaveney TP, Ansani NT, Towers AL. Adverse Drug Events Involving COX-2 Inhibitors. Ann Pharmacother 2003; 37(9):1203-1213.

(2939) Vesikari T, Matson DO, Dennehy P et al. Safety and efficacy of a pentavalent human-bovine (WC3) reassortant rotavirus vaccine. N Engl J Med 2006; 354(1):23-33.

(2940) Vidal C, Gomez-Hernandez A, Sanchez-Galan E et al. Licofelone, a balanced inhibitor of cyclooxygenase and 5-lipoxygenase, reduces inflammation in a rabbit model of atherosclerosis. J Pharmacol Exp Ther 2007; 320(1):108-116.

(2941) Vigdahl RL, Tukey RH. Mechanism of action of novel anti-inflammmatory drugs diflumidone and R-805. Biochem Pharmacol 1977; 26(4):307-311.

(2942) Vila L. Cyclooxygenase and 5-lipoxygenase pathways in the vessel wall: role in atherosclerosis. Med Res Rev 2004; 24(4):399-424.

(2943) Villalba L, Witter J. Rofecoxib, Merck, and the FDA. N Engl J Med 2004; 351(27):2875-2878.

(2944) Vinals M, Martinez-Gonzalez J, Badimon JJ, Badimon L. HDL-induced prostacyclin release in smooth muscle cells is dependent on cyclooxygenase-2 (Cox-2). Arterioscler Thromb Vasc Biol 1997; 17(12):3481-3488.

(2945) Vintiloiu A, Mullett WM, Papp R, Lubda D, Kwong E. Combining restricted access material (RAM) and turbulent flow for the rapid on-line extraction of the cyclooxygenase-2 inhibitor rofecoxib in plasma samples. J Chromatogr A 2005; 1082(2):150-157.

(2946) Virdis A, Colucci R, Fornai M et al. Cyclooxygenase-2 inhibition improves vascular endothelial dysfunction in a rat model of endotoxic shock: role of inducible nitric-oxide synthase and oxidative stress. J Pharmacol Exp Ther 2005; 312(3):945-953.

(2947) Visser PJ, Scheltens P, Verhey FR. Do MCI criteria in drug trials accurately identify subjects with predementia Alzheimer's disease? J Neurol Neurosurg Psychiatry 2005; 76(10):1348-1354.

(2948) Vlahovic-Palcevski V, Wettermark B, Bergman U. Quality of non-steroidal anti-inflammatory drug prescribing in Croatia (Rijeka) and Sweden (Stockholm). Eur J Clin Pharmacol 2002; 58(3):209-214.

(2949) Vogt T, Hafner C, Bross K et al. Antiangiogenetic therapy with pioglitazone, rofecoxib, and metronomic trofosfamide in patients with advanced malignant vascular tumors. Cancer 2003; 98(10):2251-2256.

(2950) von Euler US. On the specific vaso-dilating and plain muscle stimulating substances from accessory genital glands in man and certain animals (prostaglandin and vesiglandin). J Physiol 1936; 88(2):213-234.

(2951) von Rahden BH, Stein HJ, Puhringer F et al. Coexpression of cyclooxygenases (COX-1, COX-2) and vascular endothelial growth factors (VEGF-A, VEGF-C) in esophageal adenocarcinoma. Cancer Res 2005; 65(12):5038-5044.

(2952) Von Seggern RL, Mannix LK, Adelman JU. AN OPEN-LABEL TRIAL OF ROPECOXIB IN THE PREVENTIVE TREATMENT OF PERI-MENSTRUAL MIGRAINE [ABSTRACT 163299]. Headache 2000; 40(5):436-Abstr. 163299.

(2953) Von Seggern RL, Mannix LK, Adelman JU. Rofecoxib in the prevention of perimenstrual migraine: an open-label pilot trial. Headache 2004; 44(2):160-165.

(2954) Vona-Davis L, Riggs DR, Jackson BJ, McFadden DW. Antiproliferative and apoptotic effects of rofecoxib on esophageal cancer in vitro(1). J Surg Res 2004; 119(2):143-148.

(2955) Vu D, Murty M, McMorran M. Selective COX-2 inhibitors: suspected cardiovascular/cerebrovascular adverse reactions. Can Adv Reaction Newsletter 2002; 12(2):1-4.

(2956) Wactawski-Wende J, Kotchen JM, Anderson GL et al. Calcium plus vitamin D supplementation and the risk of colorectal cancer. N Engl J Med 2006; 354(7):684-696.

(2957) Wadman M. Drug safety special: the safety catch. Nature 2005; 434(7033):554-556.

(2958) Wadman M. Journal grows suspicious of Vioxx data. Nature 2005; 438(7070):899.

(2959) Wadman M. Vioxx may go back on sale after scraping past FDA panel. Nature 2005; 433(7028):790.

(2960) Wadman M. How does a painkiller harm the heart? Nature 2006; 441(7091):262.

(2961) Wadman M. Moment of reckoning. Nature 2007; 446(7138):844-845.

(2962) Wadman M. Experts call for active surveillance of drug safety. Nature 2007; 446(7134):358-359.

(2963) Wadman M. Man on a mission. Nature 2007; 447(7144):513.

(2964) Walker MM. Cyclooxygenase-2 expression in early gastric cancer, intestinal metaplasia and Helicobacter pylori infection. Eur J Gastroenterol Hepatol 2002; 14(4):347-349.

(2965) Wallace JL, McKnight W, Miyasaka M et al. Role of endothelial adhesion molecules in NSAID-induced gastric mucosal injury. Am J Physiol 1993; 265(5 Pt 1):G993-G998.

(2966) Wallace JL. NSAID gastroenteropathy: past, present and future. Can J Gastroenterol 1996; 10(7):451-459.

(2967) Wallace JL. Nonsteroidal anti-inflammatory drugs and gastroenteropathy: the second hundred. Gastroenterology 1997; 112(3):1000-1016.

(2968) Wallace JL, Bak A, McKnight W, Asfaha S, Sharkey KA, MacNaughton WK. Cyclooxygenase 1 contributes to inflammatory responses in rats and mice: implications for gastrointestinal toxicity. Gastroenterology 1998; 115(1):101-109.

(2969) Wallace JL, Muscara MN. Selective cyclo-oxygenase-2 inhibitors: cardiovascular and gastrointestinal toxicity. Dig Liver Dis 2001; 33 Suppl 2:S21-S28.

(2970) Wallace JL. Selective cyclooxygenase-2 inhibitors: after the smoke has cleared. Dig Liver Dis 2002; 34(2):89-94.

(2971) Wallberg-Jonsson S, Ohman ML, Dahlqvist SR. Cardiovascular morbidity and mortality in patients with seropositive rheumatoid arthritis in Northern Sweden. J Rheumatol 1997; 24(3):445-451.

(2972) Wallberg-Jonsson S, Johansson H, Ohman ML, Rantapaa-Dahlqvist S. Extent of inflammation predicts cardiovascular disease and overall mortality in seropositive rheumatoid arthritis. A retrospective cohort study from disease onset. J Rheumatol 1999; 26(12):2562-2571.

(2973) Waller PC, Evans SJ, Beard K. Drug safety and regulation. BMJ 2005; 331(7507):4-5.

(2974) Walsh RA. Nicotine lozenge trial: a "Real-World" perspective. Arch Intern Med 2002; 162(22):2632-2633.

(2975) Waltenberger J. [Pathophysiological bases of unstable coronary syndrome]. Herz 2001; 26 Suppl 1:2-8.

(2976) Walter MF, Jacob RF, Day CA, Dahlborg R, Weng Y, Mason RP. Sulfone COX-2 inhibitors increase susceptibility of human LDL and plasma to oxidative modification: comparison to sulfonamide COX-2 inhibitors and NSAIDs. Atherosclerosis 2004; 177(2):235-243.

(2977) Wang A, Nishihashi T, Murakami S et al. Noradrenaline-induced contraction mediated by endothelial COX-1 metabolites in the rat coronary artery. J Cardiovasc Pharmacol 2003; 42 Suppl 1:S39-S42.

(2978) Wang D, Wang M, Cheng Y, FitzGerald GA. Cardiovascular hazard and non-steroidal anti-inflammatory drugs. Curr Opin Pharmacol 2005; 5(2):204-210.

(2979) Wang JG, Staessen JA, Franklin SS, Fagard R, Gueyffier F. Systolic and diastolic blood pressure lowering as determinants of cardiovascular outcome. Hypertension 2005; 45(5):907-913.

(2980) Wang JL, Cheng HF, Harris RC. Cyclooxygenase-2 inhibition decreases renin content and lowers blood pressure in a model of renovascular hypertension. Hypertension 1999; 34(1):96-101.

(2981) Wang JL, Cheng HF, Shappell S, Harris RC. A selective cyclooxygenase-2 inhibitor decreases proteinuria and retards progressive renal injury in rats. Kidney Int 2000; 57(6):2334-2342.

(2982) Wang K, Tarakji K, Zhou Z et al. Celecoxib, a selective cyclooxygenase-2 inhibitor, decreases monocyte chemoattractant protein-1 expression and neointimal hyperplasia in the rabbit atherosclerotic balloon injury model. J Cardiovasc Pharmacol 2005; 45(1):61-67.

(2983) Wang M, Zukas AM, Hui Y, Ricciotti E, Pure E, FitzGerald GA. Deletion of microsomal prostaglandin E synthase-1 augments prostacyclin and retards atherogenesis. Proc Natl Acad Sci U S A 2006; 103(39):14507-14512.

(2984) Wang P, Shi YJ, Helmy R, Reamer R, Vailaya A. Identification of a trace colored impurity in drug substance by preparative liquid chromatography and mass spectrometry. Rapid Commun Mass Spectrom 2005; 19(24):3749-3754.

(2985) Wang TJ, Vasan RS. Epidemiology of uncontrolled hypertension in the United States. Circulation 2005; 112(11):1651-1662.

(2986) Wang TJ, Gona P, Larson MG et al. Multiple biomarkers for the prediction of first major cardiovascular events and death. N Engl J Med 2006; 355(25):2631-2639.

(2987) Wang XM, Wu TX, Lee YS, Dionne RA. Rofecoxib regulates the expression of genes related to the matrix metalloproteinase pathway in humans: implication for the adverse effects of cyclooxygenase-2 inhibitors. Clin Pharmacol Ther 2006; 79(4):303-315.

KS-000998

(2988) Wang XM, Wu TX, Hamza M, Ramsay ES, Wahl SM, Dionne RA. Rofecoxib modulates multiple gene expression pathways in a clinical model of acute inflammatory pain. Pain 2007; 128(1-2):136-147.

(2989) Ward MM, Fries JF. Trends in antirheumatic medication use among patients with rheumatoid arthritis, 1981-1996. J Rheumatol 1998; 25(3):408-416.

(2990) Ward MM. Recent improvements in survival in patients with rheumatoid arthritis: better outcomes or different study designs? Arthritis Rheum 2001; 44(6):1467-1469.

(2991) Ward MM, Kuzis S. Medication toxicity among patients with ankylosing spondylitis. Arthritis Care Res 2002; 47(3):234-241.

(2992) Warden SJ. Cyclo-oxygenase-2 inhibitors: beneficial or detrimental for athletes with acute musculoskeletal injuries? Sports Med 2005; 35(4):271-283.

(2993) Wardle EN. Cyclo-oxygenase-2 inhibitors to treat gastrointestinal bleeding. Lancet 2001; 358(9292):1550.

(2994) Wardle EN. Coxibs and caution. J R Soc Med 2005; 98(2):86.

(2995) Ware JE, Jr., Sherbourne CD. The MOS 36-item short-form health survey (SF-36). I. Conceptual framework and item selection. Med Care 1992; 30(6):473-483.

(2996) Warner JS. Frequent migraine and migraine status without tension-type headaches: an unusual presentation of rebound headaches. Cephalalgia 2003; 23(4):309-313.

(2997) Warner TD, Giuliano F, Vojnovic I, Bukasa A, Mitchell JA, Vane JR. Nonsteroid drug selectivities for cyclo-oxygenase-1 rather than cyclo-oxygenase-2 are associated with human gastrointestinal toxicity: a full in vitro analysis. Proc Natl Acad Sci U S A 1999; 96(13):7563-7568.

(2998) Warner TD, Mitchell JA, Vane JR. Cyclo-oxygenase-2 inhibitors and cardiovascular events. Lancet 2002; 360(9346):1700-1701.

(2999) Warner TD, Mitchell JA. Cyclooxygenases: new forms, new inhibitors, and lessons from the clinic. FASEB J 2004; 18(7):790-804.

(3000) Warner TD, Vojnovic I, Giuliano F, Jimenez R, Bishop-Bailey D, Mitchell JA. Cyclooxygenases 1, 2, and 3 and the production of prostaglandin I2: investigating the activities of acetaminophen and cyclooxygenase-2-selective inhibitors in rat tissues. J Pharmacol Exp Ther 2004; 310(2):642-647.

(3001) Warner TD, Vojnovic I, Bishop-Bailey D, Mitchell JA. Influence of plasma protein on the potencies of inhibitors of cyclooxygenase-1 and -2. FASEB J 2006; 20(3):542-544.

(3002) Warzecha Z, Dembinski A, Ceranowicz P et al. Inhibition of cyclooxygenase-2 reduces the protective effect of hepatocyte growth factor in experimental pancreatitis. Eur J Pharmacol 2004; 486(1):107-119.

(3003) Warzecha Z, Dembinski A, Ceranowicz P et al. Ischemic preconditioning inhibits development of edematous cerulein-induced pancreatitis: involvement of cyclooxygenases and heat shock protein 70. World J Gastroenterol 2005; 11(38):5958-5965.

(3004) Waskewich C, Blumenthal RD, Li H, Stein R, Goldenberg DM, Burton J. Celecoxib exhibits the greatest potency amongst cyclooxygenase (COX) inhibitors for growth inhibition of COX-2-negative hematopoietic and epithelial cell lines. Cancer Res 2002; 62(7):2029-2033.

(3005) Wasner C, Britton MC, Kraines RG, Kaye RL, Bobrove AM, Fries JF. Nonsteroidal anti-inflammatory agents in rheumatoid arthritis and ankylosing spondylitis. JAMA 1981; 246(19):2168-2172.

(3006) Watanabe H, Katoh T, Eiro M et al. Effects of salt loading on blood pressure in mice lacking the prostanoid receptor gene. Circ J 2005; 69(1):124-126.

(3007) Watcha MF, Issioui T, Klein KW, White PF. Costs and effectiveness of rofecoxib, celecoxib, and acetaminophen for preventing pain after ambulatory otolaryngologic surgery. Anesth Analg 2003; 96(4):987-94, table.

Case 2:05-md-01657-EEF-DEK   Document 62932-67   Filed 05/06/11   Page 6 of 16

(3008)  Watson DJ, Harper S, Zhao P, Bolognese J, Simon T, Seidenberg B. Treatment with rofecoxib required less gastrointestinal (GI) co-medication and fewer GI procedures than nonspecific cyclooxygenase inhibitors (NSAIDs). Arthritis Rheum 1999; 42(9 Suppl.):S403.

(3009)  Watson DJ, Harper SE, Zhao PL, Quan H, Bolognese JA, Simon TJ. Gastrointestinal tolerability of the selective cyclooxygenase-2 (COX-2) inhibitor rofecoxib compared with nonselective COX-1 and COX-2 inhibitors in osteoarthritis. Arch Intern Med 2000; 160(19):2998-3003.

(3010)  Watson DJ, Harper S, Zhao P, Bolognese J, Simon T, Seidenberg B. Gastrointestinal (GI) co-medications and GI procedures with rofecoxib vs. nonspecific cyclooxygenase inhibitors (NSAIDs) [POSTER 294]. Ann Rheum Dis 2000; 59(1 Suppl.):134.

(3011)  Watson DJ, Harper SE, Zhao PL, Bolognese JA, Simon TJ. Gastrointestinal medications and procedures in osteoarthritis patients treated with rofecoxib compared with nonselective NSAIDs. MedGenMed 2001; 3(4):6.

(3012)  Watson DJ, Yu Q, Bolognese JA, Reicin AS, Holmes RH, Simon TJ. An update on the upper-GI safety profile of rofecoxib (VIOXX) compared with NSAIDs [ABSTRACT 735]. Am J Gastroenterol 2002; 97(9 Suppl.):S241.

(3013)  Watson DJ, Yu Q, Bolognese JA, Reicin AS, Holmes RH, Simon TJ. An updated combined analysis of upper-GI events in clinical trials with rofecoxib (VIOXX) vs. nonselective cyclooxygenase inhibitors (NSAIDs) [ABSTRACT 484]. Arthritis Rheum 2002; 46(9 Suppl.):S211-Abstr. 484.

(3014)  Watson DJ, Rhodes T, Cai B, Guess HA. Risk of myocardial infarction associated with selective COX-2 inhibitors: questions remain. In reply. Arch Intern Med 2002; 162(22):-2642.

(3015)  Watson DJ, Rhodes T, Cai B, Guess HA. Lower risk of thromboembolic cardiovascular events with naproxen among patients with rheumatoid arthritis. Arch Intern Med 2002; 162(10):1105-1110.

(3016)  Watson DJ, Rhodes T, Guess HA. All-cause mortality and vascular events among patients with rheumatoid arthritis, osteoarthritis, or no arthritis in the UK General Practice Research Database. J Rheumatol 2003; 30(6):1196-1202.

(3017)  Watson DJ, Yu Q, Bolognese JA, Reicin AS, Simon TJ. The upper gastrointestinal safety of rofecoxib vs. NSAIDs: an updated combined analysis. Curr Med Res Opin 2004; 20(10):1539-1548.

(3018)  Watson DJ, Santanello NC. Observational studies and the withdrawal of rofecoxib. Pharmacoepidemiol Drug Saf 2006; 15(3):199-201.

(3019)  Watson ML, Goodman RP, Gill JR, Branch RA, Brash AR, FitzGerald GA. Endogenous prostacyclin synthesis is decreased during activation of the renin-angiotensin system in man. J Clin Endocrinol Metab 1984; 58(2):304-308.

(3020)  Watson WA, Litovitz TL, Rodgers GC, Jr. et al. 2002 annual report of the American Association of Poison Control Centers Toxic Exposure Surveillance System. Am J Emerg Med 2003; 21(5):353-421.

(3021)  Waxman HA. The lessons of Vioxx--drug safety and sales. N Engl J Med 2005; 352(25):2576-2578.

(3022)  Weatherall M, Aldington S, Shirtcliffe P, Caldwell B, Beasley R. COX-2 inhibitors--first, do no harm. N Z Med J 2005; 118(1211):U1359.

(3023)  Weaver A, Alderman M, Sperling R. Blood pressure control and rates of edema following the administration of the cyclooxygenase-2 specific inhibitors celecoxib versus rofecoxib in patients with systemic hypertension and osteoarthritis. Am J Cardiol 2003; 91(10):1291-1292.

(3024)  Weaver AL. Rofecoxib: clinical pharmacology and clinical experience. Clin Ther 2001; 23(9):1323-1338.

(3025)  Weaver AL, Polis AB, Petruschke RA, Najarian DK, Geba GP. Onset of efficacy of rofecoxib compared to nabumetone and placebo in patients with osteoarthritis [ABSTRACT FRI0245]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr FRI0245.

(3026)  Weaver AL, Schnitzer TJ, Polis AB, Petruschke RA, Keane WF, Geba GP. Efficacy and safety of rofecoxib compared to celecoxib or acetaminophen among 1960 osteoarthritis patients: the VACT trials [ABSTRACT 75]. Arthritis Rheum 2003; 48(9 Suppl.):S75-Abstr. 75.

KS-001000

(3027) Weaver AL, Messner RP, Storms WW et al. Treatment of patients with osteoarthritis with rofecoxib compared with nabumetone. J Clin Rheumatol 2006; 12(1):17-25.

(3028) Weaver J, Bonnel RA, Karwoski CB, Brinker AD, Beitz J. GI events leading to death in association with celecoxib and rofecoxib. Am J Gastroenterol 2001; 96(12):3449-3450.

(3029) Weber-Mani U, Reimers A, Pichler WJ, Muller U. elecoxib-induced anaphylaxis: a case report [ABSTRACT 815]. Allergy 2002; 57(73 Suppl.):253.

(3030) Weber A, Casini A, Heine A et al. Unexpected nanomolar inhibition of carbonic anhydrase by COX-2-selective celecoxib: new pharmacological opportunities due to related binding site recognition. J Med Chem 2004; 47(3):550-557.

(3031) Weber AA, Zimmermann KC, Meyer-Kirchrath J, Schror K. Cyclooxygenase-2 in human platelets as a possible factor in aspirin resistance. Lancet 1999; 353(9156):900.

(3032) Weber EW, Slappendel R, Durieux ME, Dirksen R, van der HH, Spruit M. COX 2 selectivity of non-steroidal anti-inflammatory drugs and perioperative blood loss in hip surgery. A randomized comparison of indomethacin and meloxicam. Eur J Anaesthesiol 2003; 20(12):963-966.

(3033) Weideman RA, Kelly KC, Kelley CL, Cryer B. COX-2-specific inhibitors: prescribing patterns in a large managed care health system and strategies to minimize costs. Am J Manag Care 2002; 8(10):869-877.

(3034) Weideman RA, Kelly KC, Kazi S et al. Risks of clinically significant upper gastrointestinal events with etodolac and naproxen: a historical cohort analysis. Gastroenterology 2004; 127(5):1322-1328.

(3035) Weir MR. Renal effects of nonselective NSAIDs and coxibs. Cleve Clin J Med 2002; 69 Suppl 1:SI53-SI58.

(3036) Weir MR, Sperling RS, Reicin A, Gertz BJ. Selective COX-2 inhibition and cardiovascular effects: a review of the rofecoxib development program. Am Heart J 2003; 146(4):591-604.

(3037) Weiss HJ, Turitto VT. Prostacyclin (prostaglandin I2, PGI2) inhibits platelet adhesion and thrombus formation on subendothelium. Blood 1979; 53(2):244-250.

(3038) Weissenbach R. Clinical trial with Nimesulide, a new non-steroid anti-inflammatory agent, in rheumatic pathology. J Int Med Res 1981; 9(5):349-352.

(3039) Welch V, Singh G, Strand V et al. Patient based method of assessing adverse events in clinical trials in rheumatology: the revised Stanford Toxicity Index. J Rheumatol 2001; 28(5):1188-1191.

(3040) Wenger NS, Shekelle PG. Assessing care of vulnerable elders: ACOVE project overview. Ann Intern Med 2001; 135(8 Pt 2):642-646.

(3041) Werner U, Werner D, Pahl A, Mundkowski R, Gillich M, Brune K. Investigation of the pharmacokinetics of celecoxib by liquid chromatography-mass spectrometry. Biomed Chromatogr 2002; 16(1):56-60.

(3042) Werner U, Werner D, Rau T, Fromm MF, Hinz B, Brune K. Celecoxib inhibits metabolism of cytochrome P450 2D6 substrate metoprolol in humans. Clin Pharmacol Ther 2003; 74(2):130-137.

(3043) West JB. Space medicine in peer-reviewed journals: reply. JAMA 1998; 279(23):1875.

(3044) West PM, Fernandez C. Safety of COX-2 inhibitors in asthma patients with aspirin hypersensitivity. Ann Pharmacother 2003; 37(10):1497-1501.

(3045) Westgate EJ, FitzGerald GA. Pulmonary embolism in a woman taking oral contraceptives and valdecoxib. PLoS Med 2005; 2(7):e197.

(3046) Weston AP, Connor M, Mitreva D, Sharma P. NSAID GI mucosal toxicity and SINGH score classification in Veterans Hospital: is it being followed and is the scoring system effective? [ABSTRACT 1576]. Arthritis Rheum 2003; 48(9 Suppl.):S607-Abstr. 1576.

(3047) Wheeler SD. Rofecoxib-Responsive Hemicrania Continua [ABSTRACT 163300]. Headache 2004; 45: 436-437, Abstr. 163300.

(3048) Whelton A. Nephrotoxicity of nonsteroidal anti-inflammatory drugs: physiologic foundations and clinical implications. Am J Med 1999; 106(5B):13S-24S.

(3049) Whelton A, Schulman G, Wallemark C et al. Effects of celecoxib and naproxen on renal function in the elderly. Arch Intern Med 2000; 160(10):1465-1470.

(3050) Whelton A. Renal and related cardiovascular effects of conventional and COX-2-specific NSAIDs and non-NSAID analgesics. Am J Ther 2000; 7(2):63-74.

(3051) Whelton A, Maurath CJ, Verburg KM, Geis GS. Renal safety and tolerability of celecoxib, a novel cyclooxygenase-2 inhibitor. Am J Ther 2000; 7(3):159-175.

(3052) Whelton A, CLASS investigators. The celecoxib long-term study trial (CLASS): cardiovascular safety of celecoxib is equivalent to nonsteroidal anti-inflammatory drugs (NSAIDs). Arthritis Rheum 2000; 43(9 Suppl.):S384.

(3053) Whelton A. Renal aspects of treatment with conventional nonsteroidal anti-inflammatory drugs versus cyclooxygenase-2-specific inhibitors. Am J Med 2001; 110 Suppl 3A:33S-42S.

(3054) Whelton A, Fort JG, Puma JA, Normandin D, Bello AE, Verburg KM. Cyclooxygenase-2--specific inhibitors and cardiorenal function: a randomized, controlled trial of celecoxib and rofecoxib in older hypertensive osteoarthritis patients. Am J Ther 2001; 8(2):85-95.

(3055) Whelton A. Cyclooxygenase-2 inhibition and renal function. Ann Intern Med 2001; 134(11):1077-1078.

(3056) Whelton A, White WB, Bello AE, Puma JA, Fort JG. Effects of celecoxib and rofecoxib on blood pressure and edema in patients > or =65 years of age with systemic hypertension and osteoarthritis. Am J Cardiol 2002; 90(9):959-963.

(3057) Whelton A, White WB, Fort JG, Bello AE. The effect of COX-2 specific inhibitors on blood pressure control in patients with osteoarthritis and hypertension [POSTER 247]. Am J Hypertens 2002; 15(4 Pt. 2):119A.

(3058) Whelton A, William W, Alfonso B, Puma J, Fort J. Blood pressure control and edema rates in older patients with hypertension and osteoarthritis following treatment with COX-2 specific inhibitors. Ann Rheum Dis 2002; 61(1 Suppl.):92.

(3059) Whelton A. COX-2-specific inhibitors and the kidney: effect on hypertension and oedema. J Hypertens Suppl 2002; 20(6):S31-S35.

(3060) Whelton A, White W, Bello A, Puma J. Blood pressure control and edema rates in older patients with hypertension and osteoarthritis following treatment with COX-2 specific inhibitors. Ann Rheum Dis 2002; 61(1 Suppl.):13.

(3061) Whelton A, Fort JG, Puma JA et al. Cyclooxygenase-2-specific inhibitors and cardiorenal function: a randomized, controlled trial of celecoxib and rofecoxib in older hypertensive osteoarthritis patients. Am J Manag Care 2002; 8(15 Suppl.):S371-S382.

(3062) Whelton A. The coxib conundrum: lessons from the rise and fall of rofecoxib. Am J Ther 2004; 11(6):417-421.

(3063) Whelton A. Clinical implications of nonopioid analgesia for relief of mild-to-moderate pain in patients with or at risk for cardiovascular disease. Am J Cardiol 2006; 97(9A):3-9.

(3064) White LR, Juul R, Cappelen J, Aasly J. Cyclooxygenase inhibitors attenuate endothelin ET(B) receptor-mediated contraction in human temporal artery. Eur J Pharmacol 2002; 448(1):51-57.

(3065) White W, Whelton A, Bello A, Puma J. Rofecoxib, but not celecoxib, increases systolic blood pressure in hypertensive patients treated with ACE inhibitors and beta-blockers. Ann Rheum Dis 2002; 61(1 Suppl.):26-27.

(3066) White WB, Whelton A, Bello AE, Fort JG. Blood pressure control and edema rates in older patients with systolic hypertension and osteoarthritis following treatment with COX-2 specific inhibitors [POSTER 447]. Am J Hypertens 2001; 14(4 Pt. 2):181A.

(3067) White WB, Whelton A, Kent J, Verburg K. Effects of the COX-2 specific inhibitor celecoxib on ambulatory blood pressure in hypertensive patients on ACE inhibition [POSTER 452]. Am J Hypertens 2001; 14(4 Pt. 2):180A.

KS-001002

(3068) White WB, Whelton A, Epstein M, Fort JG. Differential effects of COX-2 inhibitors on systolic blood pressure in hypertensive patients treated with ACE inhibitors and beta-blockers versus calcium antagonists [POSTER 245]. Am J Hypertens 2002; 15(4 Pt. 2):119A.

(3069) White WB, Faich G, Whelton A et al. Comparison of thromboembolic events in patients treated with celecoxib, a cyclooxygenase-2 specific inhibitor, versus ibuprofen or diclofenac. Am J Cardiol 2002; 89(4):425-430.

(3070) White WB, Whelton A, Fort JG. Effects of COX-2 specific inhibition on systolic blood pressure in 1,092 older hypertensive patients according to antihypertensive drug class. Clin Pharmacol Ther 2002; 71(2):P9.

(3071) White WB. Cyclooxygenase-2 inhibitors and cardiovascular thromboembolic events. J Am Coll Cardiol 2002; 40(3):577-578.

(3072) White WB, Kent J, Taylor A, Verburg KM, Lefkowith JB, Whelton A. Effects of celecoxib on ambulatory blood pressure in hypertensive patients on ACE inhibitors. Hypertension 2002; 39(4):929-934.

(3073) White WB, Faich G, Borer JS, Makuch RW. Cardiovascular thrombotic events in arthritis trials of the cyclooxygenase-2 inhibitor celecoxib. Am J Cardiol 2003; 92(4):411-418.

(3074) White WB. Hypertension associated with therapies to treat arthritis and pain. Hypertension 2004; 44(2):123-124.

(3075) White WB, Strand V, Roberts R, Whelton A. Effects of the cyclooxygenase-2 specific inhibitor valdecoxib versus nonsteroidal antiinflammatory agents and placebo on cardiovascular thrombotic events in patients with arthritis. Am J Ther 2004; 11(4):244-250.

(3076) Whitney E. Rofecoxib and the risk of adverse upper gastrointestinal effects. JAMA 2000; 283(15):1960.

(3077) Whittaker N, Bunting S, Salmon J et al. The chemical structure of prostaglandin X (prostacyclin). Prostaglandins 1976; 12(6):915-928.

(3078) Widlansky ME, Price DT, Gokce N et al. Short- and long-term COX-2 inhibition reverses endothelial dysfunction in patients with hypertension. Hypertension 2003; 42(3):310-315.

(3079) Wiens BL, Heyse JF. Testing for interaction in studies of noninferiority. J Biopharm Stat 2003; 13(1):103-115.

(3080) Wight NJ, Garlick N, Calder N et al. EVIDENCE THAT THE COX-2 SPECIFIC INHIBITOR ROFECOXIB AT 50 MG SPARES GASTRIC MUCOSAL PROSTAGLANDIN SYNTHESIS IN HUMAN. [ABSTRACT 1466]. Gastroenterology 2000; 118(4 Suppl.2, Pt. 1):A253-Abstr. 1466.

(3081) Wight NJ, Gottesdiener K, Garlick NM et al. Rofecoxib, a COX-2 inhibitor, does not inhibit human gastric mucosal prostaglandin production. Gastroenterology 2001; 120(4):867-873.

(3082) Wiholm BE. Identification of sulfonamide-like adverse drug reactions to celecoxib in the World Health Organization database. Curr Med Res Opin 2001; 17(3):210-216.

(3083) Wiholm BE. Should celecoxib be contraindicated in patients who are allergic to sulfonamides? Drug Saf 2002; 25(4):297-299.

(3084) Wilcox GM, Mattia AR. Rofecoxib and inflammatory bowel disease: clinical and pathologic observations. J Clin Gastroenterol 2005; 39(2):142-143.

(3085) Wilkinson-Berka JL, Alousis NS, Kelly DJ, Gilbert RE. COX-2 inhibition and retinal angiogenesis in a mouse model of retinopathy of prematurity. Invest Ophthalmol Vis Sci 2003; 44(3):974-979.

(3086) Williams CS, Luongo C, Radhika A et al. Elevated cyclooxygenase-2 levels in Min mouse adenomas. Gastroenterology 1996; 111(4):1134-1140.

(3087) Williams D, Singh M, Hind C. The effect of the withdrawal of rofecoxib on prescribing patterns of COX-2 inhibitors in Scotland. Br J Clin Pharmacol 2006; 62(3):366-368.

(3088) Williams R. Perspectives on drug withdrawals. CMAJ 2005; 173(2):129.

KS-001003

(3089)  Williams WV, Cass L, Fan H et al. Transcriptome and proteomic analysis of cyclooxygenase (COX) inhibition in human subjects. FASEB J 2003; 81(3):C47.

(3090)  Willoughby DA, Moore AR, Colville-Nash PR. COX-1, COX-2, and COX-3 and the future treatment of chronic inflammatory disease. Lancet 2000; 355(9204):646-648.

(3091)  Wilson AW, Medhurst SJ, Dixon CI et al. An animal model of chronic inflammatory pain: pharmacological and temporal differentiation from acute models. Eur J Pain 2006; 10(6):537-549.

(3092)  Wilson PW, D'Agostino RB, Levy D, Belanger AM, Silbershatz H, Kannel WB. Prediction of coronary heart disease using risk factor categories. Circulation 1998; 97(18):1837-1847.

(3093)  Wilson SJ, Roche AM, Kostetskaia E, Smyth EM. Dimerization of the human receptors for prostacyclin and thromboxane facilitates thromboxane receptor-mediated cAMP generation. J Biol Chem 2004; 279(51):53036-53047.

(3094)  Wilton T. Cyclooxygenase-2 inhibitors: do they have a role in emergency department prescribing? Emerg Med Australas 2004; 16(1):65-73.

(3095)  Winawer SJ, Zauber AG, O'Brien MJ et al. Randomized comparison of surveillance intervals after colonoscopic removal of newly diagnosed adenomatous polyps. The National Polyp Study Workgroup. N Engl J Med 1993; 328(13):901-906.

(3096)  Winer RL, Hughes JP, Feng Q et al. Condom use and the risk of genital human papillomavirus infection in young women. N Engl J Med 2006; 354(25):2645-2654.

(3097)  Wiseman LR, Fitton A, Buckley MM. Indobufen. A review of its pharmacodynamic and pharmacokinetic properties, and therapeutic efficacy in cerebral, peripheral and coronary vascular disease. Drugs 1992; 44(3):445-464.

(3098)  Woessner KM, Simon RA, Stevenson DD. Safety of high-dose rofecoxib in patients with aspirin-exacerbated respiratory disease. Ann Allergy Asthma Immunol 2004; 93(4):339-344.

(3099)  Wojtulewski JA, Schattenkirchner M, Barcelo P et al. A six-month double-blind trial to compare the efficacy and safety of meloxicam 7.5 mg daily and naproxen 750 mg daily in patients with rheumatoid arthritis. Br J Rheumatol 1996; 35 Suppl 1:22-28.

(3100)  Wolf G, Porth J, Stahl RA. Acute renal failure associated with rofecoxib. Ann Intern Med 2000; 133(5):394.

(3101)  Wolfe F, Fries JF. ARAMIS today: moving toward internationally distributed databank systems for follow-up studies. Clin Rheumatol 1987; 6 Suppl 2:93-102.

(3102)  Wolfe F, Mitchell DM, Sibley JT et al. The mortality of rheumatoid arthritis. Arthritis Rheum 1994; 37(4):481-494.

(3103)  Wolfe F, Zhao S, Lane N. Preference for nonsteroidal antiinflammatory drugs over acetaminophen by rheumatic disease patients: a survey of 1,799 patients with osteoarthritis, rheumatoid arthritis, and fibromyalgia. Arthritis Rheum 2000; 43(2):378-385.

(3104)  Wolfe F, Reynolds M, Burke TA, Zhao S. Edema and edema associated adverse events (AEs) among 6,673 celecoxib, rofecoxib, non-specific (NS) NSAID, and non-NSAID users receiving ordinary clinical care. Arthritis Rheum 2001; 44(9 Suppl.):S317.

(3105)  Wolfe F, Reynolds M, Burke TA, Zhao S, Pettitt D. Anti-inflammatory drug discontinuation in arthritis clinical practice: a comparison of NSAIDs, celecoxib, and rofecoxib. Arthritis Rheum 2001; 44(9 Suppl.):S317.

(3106)  Wolfe F, Reynolds M, Burke TA, Zhao S. Hypertension and hypertension associated adverse events (AEs) among 6,673 celecoxib, rofecoxib, non-specific (NS) NSAID, and non-NSAID users receiving ordinary clinical care. Arthritis Rheum 2001; 44(9 Suppl.):S317.

(3107)  Wolfe F, Michaud K, Messer J. The epidemiology of GI drugs use among persons with RA, OA and fibromyalgia [ABSTRACT 872]. Arthritis Rheum 2002; 46(9 Suppl.):S344-Abstr. 872.

(3108)  Wolfe F, Flowers N, Burke TA, Arguelles LM, Pettitt D. Increase in lifetime adverse drug reactions, service utilization, and disease severity among patients who will start COX-2 specific inhibitors: quantitative assessment of channeling bias

KS-001004

and confounding by indication in 6689 patients with rheumatoid arthritis and osteoarthritis. J Rheumatol 2002; 29(5):1015-1022.

(3109) Wolfe F, Michaud K, Zhao SZ, Burke TA, Pettitt D. Toward an epidemiology of NSAID and COX-2 specific inhibitor efficacy equivalence [ABSTRACT 850]. Arthritis Rheum 2002; 46(9 Suppl.):S336-Abstr. 850.

(3110) Wolfe F, Michaud K, Zhao SZ, Burke TA, Pettitt D. Satisfaction and preferences for NSAIDs and COX-2 specific inhibitors among patients with rheumatoid arthritis [ABSTRACT 373]. Arthritis Rheum 2002; 46(9 Suppl.):S172-Abstr. 373.

(3111) Wolfe F, Anderson J, Burke TA, Arguelles LM, Pettitt D. Gastroprotective therapy and risk of gastrointestinal ulcers: risk reduction by COX-2 therapy. J Rheumatol 2002; 29(3):467-473.

(3112) Wolfe F, Michaud K, Pettitt D, Burke T, Zhao S. Factors predicting NSAIDs discontinuation among patients receiving COX-2 and non-specific NSAID therapy: a longitudinal study of 9161 patients. Ann Rheum Dis 2002; 61(1 Suppl.):65.

(3113) Wolfe F, Michaud K, Zhao SZ. Patient perception of the burden of weight gain and blood pressure increase among RA patients using celecoxib, rofecoxib, and non-specific NSAIDs. J Clin Rheumatol 2003; 9(6):344-353.

(3114) Wolfe F, Michaud K, Zhao SZ. Patient burden of weight gain and blood pressure increase among RA patients using celecoxib, rofecoxib, and non-specific NSAIDs [POSTER 448]. Am J Hypertens 2003; 16(5 Pt. 2):199A-200A.

(3115) Wolfe F, Freundlich B, Straus WL. Increase in cardiovascular and cerebrovascular disease prevalence in rheumatoid arthritis. J Rheumatol 2003; 30(1):36-40.

(3116) Wolfe F, Michaud K, Burke TA, Zhao SZ. Longer use of COX-2-specific inhibitors compared to nonspecific nonsteroidal antiinflammatory drugs: a longitudinal study of 3639 patients in community practice. J Rheumatol 2004; 31(2):355-358.

(3117) Wolfe F, Zhao S, Pettitt D. Blood pressure destabilization and edema among 8538 users of celecoxib, rofecoxib, and nonselective nonsteroidal antiinflammatory drugs (NSAID) and nonusers of NSAID receiving ordinary clinical care. J Rheumatol 2004; 31(6):1143-1151.

(3118) Wolfe MM. Future trends in the development of safer nonsteroidal anti-inflammatory drugs. Am J Med 1998; 105(5A):44S-52S.

(3119) Wolfe MM, Lichtenstein DR, Singh G. Gastrointestinal toxicity of nonsteroidal antiinflammatory drugs. N Engl J Med 1999; 340(24):1888-1899.

(3120) Wolfe MM. Rofecoxib, Merck, and the FDA. N Engl J Med 2004; 351(27):2875-2878.

(3121) Wollheim FA. Current pharmacological treatment of osteoarthritis. Drugs 1996; 52 Suppl 3:27-38.

(3122) Woloshin S, Schwartz LM, Welch HG. The effectiveness of a primer to help people understand risk: two randomized trials in distinct populations. Ann Intern Med 2007; 146(4):256-265.

(3123) Wong E, Bayly C, Waterman HL, Riendeau D, Mancini JA. Conversion of prostaglandin G/H synthase-1 into an enzyme sensitive to PGHS-2-selective inhibitors by a double His513 --> Arg and Ile523 --> val mutation. J Biol Chem 1997; 272(14):9280-9286.

(3124) Wong E, Huang JQ, Tagari P, Riendeau D. Effects of COX-2 inhibitors on aortic prostacyclin production in cholesterol-fed rabbits. Atherosclerosis 2001; 157(2):393-402.

(3125) Wong SC, Fukuchi M, Melnyk P, Rodger I, Giaid A. Induction of cyclooxygenase-2 and activation of nuclear factor-kappaB in myocardium of patients with congestive heart failure. Circulation 1998; 98(2):100-103.

(3126) Wong VW, Leong RW, Chan FK. Upper gastrointestinal complications related to non-steroidal anti-inflammatory drugs--what have we achieved so far? Dig Liver Dis 2004; 36(1):1-3.

(3127) Wood NJ, Quinton NA, Burdall S, Sheridan E, Duffy SR. Exploring the potential chemopreventative effect of aspirin and rofecoxib on hereditary nonpolyposis colorectal cancer-like endometrial cancer cells in vitro through mechanisms involving apoptosis, the cell cycle, and mismatch repair gene expression. Int J Gynecol Cancer 2007; 17(2):447-454.

KS-001005

(3128) Woods JM, Mogollon A, Amin MA, Martinez RJ, Koch AE. The role of COX-2 in angiogenesis and rheumatoid arthritis. Exp Mol Pathol 2003; 74(3):282-290.

(3129) Woolf E, Fu I, Matuszewski B. Determination of rofecoxib, a cyclooxygenase-2 specific inhibitor, in human plasma using high-performance liquid chromatography with post-column photochemical derivatization and fluorescence detection. J Chromatogr B Biomed Sci Appl 1999; 730(2):221-227.

(3130) Wooltorton E. What's all the fuss? Safety concerns about COX-2 inhibitors rofecoxib (Vioxx) and celecoxib (Celebrex). CMAJ 2002; 166(13):1692-1693.

(3131) Wortzel EM. Practicing patient-centered medicine each day won't keep the lawyers away. Arch Intern Med 2002; 162(22):2631.

(3132) Woywodt A, Schwarz A, Mengel M, Haller H, Zeidler H, Kohler L. Nephrotoxicity of selective COX-2 inhibitors. J Rheumatol 2001; 28(9):2133-2135.

(3133) Wright JM, Perry TL, Bassett KL, Chambers GK. Reporting of 6-month vs 12-month data in a clinical trial of celecoxib. JAMA 2001; 286(19):2398-2400.

(3134) Wright JM. The double-edged sword of COX-2 selective NSAIDs. CMAJ 2002; 167(10):1131-1137.

(3135) Wright JM. Why don't we initiate more large simple randomized controlled trials? CMAJ 2003; 169(11):1170-1171.

(3136) Wu KK. Endothelial prostaglandin and nitric oxide synthesis in atherogenesis and thrombosis. J Formos Med Assoc 1996; 95(9):661-666.

(3137) Wu KK. Cyclooxygenase-2 induction in congestive heart failure: friend or foe? Circulation 1998; 98(2):95-96.

(3138) Wu R, Laplante MA, de CJ. Cyclooxygenase-2 inhibitors attenuate angiotensin II-induced oxidative stress, hypertension, and cardiac hypertrophy in rats. Hypertension 2005; 45(6):1139-1144.

(3139) Wu ZK, Pehkonen E, Laurikka J et al. Protective effect of unstable angina in coronary artery bypass surgery. Scand Cardiovasc J 2000; 34(5):486-492.

(3140) Xi L, Tekin D, Gursoy E, Salloum F, Levasseur JE, Kukreja RC. Evidence that NOS2 acts as a trigger and mediator of late preconditioning induced by acute systemic hypoxia. Am J Physiol Heart Circ Physiol 2002; 283(1):H5-12.

(3141) Xiao CY, Hara A, Yuhki K et al. Roles of prostaglandin I(2) and thromboxane A(2) in cardiac ischemia-reperfusion injury: a study using mice lacking their respective receptors. Circulation 2001; 104(18):2210-2215.

(3142) Xiao CY, Yuhki K, Hara A et al. Prostaglandin E2 protects the heart from ischemia-reperfusion injury via its receptor subtype EP4. Circulation 2004; 109(20):2462-2468.

(3143) Xie WL, Chipman JG, Robertson DL, Erikson RL, Simmons DL. Expression of a mitogen-responsive gene encoding prostaglandin synthase is regulated by mRNA splicing. Proc Natl Acad Sci U S A 1991; 88(7):2692-2696.

(3144) Xu Q, Ji YS, Schmedtje JF, Jr. Sp1 increases expression of cyclooxygenase-2 in hypoxic vascular endothelium. Implications for the mechanisms of aortic aneurysm and heart failure. J Biol Chem 2000; 275(32):24583-24589.

(3145) Xu XC. COX-2 inhibitors in cancer treatment and prevention, a recent development. Anticancer Drugs 2002; 13(2):127-137.

(3146) Xuan YT, Guo Y, Zhu Y et al. Mechanism of cyclooxygenase-2 upregulation in late preconditioning. J Mol Cell Cardiol 2003; 35(5):525-537.

(3147) Yamada M, Kawai M, Kawai Y, Mashima Y. The effect of selective cyclooxygenase-2 inhibitor on corneal angiogenesis in the rat. Curr Eye Res 1999; 19(4):300-304.

(3148) Yamada M, Numaguchi Y, Okumura K et al. Prostacyclin synthase gene transfer modulates cyclooxygenase-2-derived prostanoid synthesis and inhibits neointimal formation in rat balloon-injured arteries. Arterioscler Thromb Vasc Biol 2002; 22(2):256-262.

KS-001006

(3149) Yamagata R, Shimoyama T, Fukuda S, Yoshimura T, Tanaka M, Munakata A. Cyclooxygenase-2 expression is increased in early intestinal-type gastric cancer and gastric mucosa with intestinal metaplasia. Eur J Gastroenterol Hepatol 2002; 14(4):359-363.

(3150) Yamamoto DS, Viale PH. Cyclooxygenase-2: from arthritis treatment to new indications for the prevention and treatment of cancer. Clin J Oncol Nurs 2003; 7(1):21-29.

(3151) Yamamoto T, Kakar NR, Vina ER, Johnson PE, Bing RJ. Effect of cyclooxygenase-2 inhibitor (celecoxib) on the infarcted heart in situ. Pharmacology 2001; 63(1):28-33.

(3152) Yamato M, Nagahama K, Kotani T, Kato S, Takeuchi K. Biphasic effect of prostaglandin E2 in a rat model of esophagitis mediated by EP1 receptors: relation to pepsin secretion. Digestion 2005; 72(2-3):109-118.

(3153) Yamazaki R, Kusunoki N, Matsuzaki T, Hashimoto S, Kawai S. Selective cyclooxygenase-2 inhibitors show a differential ability to inhibit proliferation and induce apoptosis of colon adenocarcinoma cells. FEBS Lett 2002; 531(2):278-284.

(3154) Yang T, Singh I, Pham H et al. Regulation of cyclooxygenase expression in the kidney by dietary salt intake. Am J Physiol 1998; 274(3 Pt 2):F481-F489.

(3155) Yao M, Kargman S, Lam EC et al. Inhibition of cyclooxygenase-2 by rofecoxib attenuates the growth and metastatic potential of colorectal carcinoma in mice. Cancer Res 2003; 63(3):586-592.

(3156) Yao M, Zhou W, Sangha S et al. Effects of nonselective cyclooxygenase inhibition with low-dose ibuprofen on tumor growth, angiogenesis, metastasis, and survival in a mouse model of colorectal cancer. Clin Cancer Res 2005; 11(4):1618-1628.

(3157) Yaron I, Shirazi I, Judovich R, Yaron M. Effects of rofecoxib on metalloproteinases and nitric oxide production by human osteoarthritic synovial tissue and cartilage cultures. Arthritis Rheum 2001; 44(9 Suppl.):S308.

(3158) Yasojima K, Schwab C, McGeer EG, McGeer PL. Distribution of cyclooxygenase-1 and cyclooxygenase-2 mRNAs and proteins in human brain and peripheral organs. Brain Res 1999; 830(2):226-236.

(3159) Yazdanian M, Briggs K, Jankovsky C, Hawi A. The "high solubility" definition of the current FDA Guidance on Biopharmaceutical Classification System may be too strict for acidic drugs. Pharm Res 2004; 21(2):293-299.

(3160) Yocum DE, Nordensson KA. Comparison of COX-2 specific nonsteroidal anti-inflammatory drugs (NSAIDs) to other agents in the treatment of arthritis in the clinical setting. Arthritis Rheum 2001; 44(9 Suppl.):S318.

(3161) Yokota A, Taniguchi M, Takahira Y, Tanaka A, Takeuchi K. Rofecoxib produces intestinal but not gastric damage in the presence of a low dose of indomethacin in rats. J Pharmacol Exp Ther 2005; 314(1):302-309.

(3162) Yokota A, Taniguchi M, Tanaka A, Takeuchi K. Development of intestinal, but not gastric damage caused by a low dose of indomethacin in the presence of rofecoxib. Inflammopharmacology 2005; 13(1-3):209-216.

(3163) Yokoyama C, Tanabe T. Cloning of human gene encoding prostaglandin endoperoxide synthase and primary structure of the enzyme. Biochem Biophys Res Commun 1989; 165(2):888-894.

(3164) Yokoyama C, Yabuki T, Shimonishi M et al. Prostacyclin-deficient mice develop ischemic renal disorders, including nephrosclerosis and renal infarction. Circulation 2002; 106(18):2397-2403.

(3165) Yood MU, Watkins E, Wells K, Kucera G, Johnson CC. The impact of NSAID or COX-2 inhibitor use on the initiation of antihypertensive therapy. Pharmacoepidemiol Drug Saf 2006; 15(12):852-860.

(3166) Young SD, Whissell M, Noble JC, Cano PO, Lopez PG, Germond CJ. Phase II clinical trial results involving treatment with low-dose daily oral cyclophosphamide, weekly vinblastine, and rofecoxib in patients with advanced solid tumors. Clin Cancer Res 2006; 12(10):3092-3098.

(3167) Yu Y, Cheng Y, Fan J et al. Differential impact of prostaglandin H synthase 1 knockdown on platelets and parturition. J Clin Invest 2005; 115(4):986-995.

(3168) Yu Y, Fan J, Chen XS et al. Genetic model of selective COX2 inhibition reveals novel heterodimer signaling. Nat Med 2006; 12(6):699-704.

KS-001007

(3169) Yuan Y, Hunt RH. Assessment of the safety of selective cyclo-oxygenase-2 inhibitors: where are we in 2003? Inflammopharmacology 2003; 11(4):337-354.

(3170) Yusuf S, Wittes J, Probstfield J, Tyroler HA. Analysis and interpretation of treatment effects in subgroups of patients in randomized clinical trials. JAMA 1991; 266(1):93-98.

(3171) Zacher J, Walther E, Gursche A. Prevention of periarticular ossification (PAO) after total hip replacement (THR) with rofecoxib 25 mg [ABSTRACT OP0127]. Ann Rheum Dis 2001; 60(1 Suppl.):CD ABSTRACT OP0127.

(3172) Zacher J, Schattenkirchner M. Patient and physician satisfaction with rofecoxib in osteoarthritis: results of a post-marketing surveillance study in primary care in Germany. Curr Med Res Opin 2002; 18(4):229-236.

(3173) Zacher J, Schattenkirchner M. Osteoarthritis: results of ADAM (Advanced Arthritis Management), a survey in Germany. Ann Rheum Dis 2002; 61(1 Suppl.):20.

(3174) Zamuner SR, Warrier N, Buret AG, MacNaughton WK, Wallace JL. Cyclooxygenase 2 mediates post-inflammatory colonic secretory and barrier dysfunction. Gut 2003; 52(12):1714-1720.

(3175) Zarghi A, Praveen Rao PN, Knaus EE. Sulfonamido, azidosulfonyl and N-acetylsulfonamido analogues of rofecoxib: 4-[4-(N-acetylsulfonamido)phenyl]-3-(4-methanesulfonylphenyl)-2(5H)furanon e is a potent and selective cyclooxygenase-2 inhibitor. Bioorg Med Chem Lett 2004; 14(8):1957-1960.

(3176) Zarghi A, Arfaee S, Rao PN, Knaus EE. Design, synthesis, and biological evaluation of 1,3-diarylprop-2-en-1-ones : a novel class of cyclooxygenase-2 inhibitors. Bioorg Med Chem 2006; 14(8):2600-2605.

(3177) Zarghi A, Zebardast T, Hakimion F, Shirazi FH, Rao PN, Knaus EE. Synthesis and biological evaluation of 1,3-diphenylprop-2-en-1-ones possessing a methanesulfonamido or an azido pharmacophore as cyclooxygenase-1/-2 inhibitors. Bioorg Med Chem 2006; 14(20):7044-7050.

(3178) Zarghi A, Praveen Rao PN, Knaus EE. Synthesis and biological evaluation of methanesulfonamide analogues of rofecoxib: Replacement of methanesulfonyl by methanesulfonamido decreases cyclooxygenase-2 selectivity. Bioorg Med Chem 2007; 15(2):1056-1061.

(3179) Zarin DA, Tse T, Ide NC. Trial Registration at ClinicalTrials.gov between May and October 2005. N Engl J Med 2005; 353(26):2779-2787.

(3180) Zarraga IG, Schwarz ER. Coxibs and heart disease: what we have learned and what else we need to know. J Am Coll Cardiol 2007; 49(1):1-14.

(3181) Zatelli MC, Luchin A, Piccin D et al. Cyclooxygenase-2 inhibitors reverse chemoresistance phenotype in medullary thyroid carcinoma by a permeability glycoprotein-mediated mechanism. J Clin Endocrinol Metab 2005; 90(10):5754-5760.

(3182) Zembowicz A, Mastalerz L, Setkowicz M, Radziszewski W, Szczeklik A. Safety of cyclooxygenase 2 inhibitors and increased leukotriene synthesis in chronic idiopathic urticaria with sensitivity to nonsteroidal anti-inflammatory drugs. Arch Dermatol 2003; 139(12):1577-1582.

(3183) Zeng Q, Ehrich E, Schnitzer T, Bolognese J. A direct comparison of the precision and sensitivity of Likert and visual analog response scales in a placebo controlled study of patients with osteoarthritis of the knee [ABSTRACT 1228]. Arthritis Rheum 1997; 40(9 Suppl.):S236-Abstr. 1228.

(3184) Zeng Q, Bolognese J, Ehrich E, Daniels B. Comparison of several composite endpoints in the assessment of MK-0966 efficacy in rheumatoid arthritis [ABSTRACT 1045]. Arthritis Rheum 1998; 41(9 Suppl.):S207-Abstr. 1045.

(3185) Zewde T, Mattson DL. Inhibition of cyclooxygenase-2 in the rat renal medulla leads to sodium-sensitive hypertension. Hypertension 2004; 44(4):424-428.

(3186) Zhang J, Blazecka PG, Belmont D, Davidson JG. Reinvestigation of mucohalic acids, versatile and useful building blocks for highly functionalized alpha,beta-unsaturated gamma-butyrolactones. Org Lett 2002; 4(25):4559-4561.

(3187) Zhang J, Ding EL, Song Y. Adverse effects of cyclooxygenase 2 inhibitors on renal and arrhythmia events: meta-analysis of randomized trials. JAMA 2006; 296(13):1619-1632.

KS-001008


(3188) Zhang JY, Zhan J, Cook CS, Ings RM, Breau AP. Involvement of human UGT2B7 and 2B15 in rofecoxib metabolism. Drug Metab Dispos 2003; 31(5):652-658.

(3189) Zhang M, Moore GA, Gardiner SJ, Begg EJ. Determination of rofecoxib in human plasma and breast milk by high-performance liquid chromatographic assay. J Chromatogr B Analyt Technol Biomed Life Sci 2004; 807(2):217-221.

(3190) Zhang Z, Carmichael GG. The fate of dsRNA in the nucleus: a p54(nrb)-containing complex mediates the nuclear retention of promiscuously A-to-I edited RNAs. Cell 2001; 106(4):465-475.

(3191) Zhang Z, Vezza R, Plappert T et al. COX-2-dependent cardiac failure in Gh/tTG transgenic mice. Circ Res 2003; 92(10):1153-1161.

(3192) Zhang Z, Lai GH, Sirica AE. Celecoxib-induced apoptosis in rat cholangiocarcinoma cells mediated by Akt inactivation and Bax translocation. Hepatology 2004; 39(4):1028-1037.

(3193) Zhao D, Xu F, Chen C, Tillyer RD, Grabowski EJ, Reider PJ. Efficient Syntheses of 2-(3',5'-Difluorophenyl)-3-(4'-methylsulfonylphenyl)-cyclopent-2-enone, a Potent COX-2 Inhibitor. Tetrahedron 1999; 55:6001-6018.

(3194) Zhao FY, Spanswick D, Martindale JC, Reeve AJ, Chessell IP. GW406381, a novel COX-2 inhibitor, attenuates spontaneous ectopic discharge in sural nerves of rats following chronic constriction injury. Pain 2007; 128(1-2):78-87.

(3195) Zhao S, Reynolds M, Lefkowith JB, Whelton A, Arellano FM. Comparison of cardiovascular (CV) adverse drug reactions (ADRs) between rofecoxib and celecoxib based on the WHO/UMC safety database. Arthritis Rheum 2001; 44(9 Suppl.):S316.

(3196) Zhao S, Reynolds M, Lefkowith JB, Whelton A, Arellano FM. Comparison of renal adverse drug reactions (ADRs) between rofecoxib and celecoxib based on the WHO/UMC safety database. Arthritis Rheum 2001; 44(9 Suppl.):S318.

(3197) Zhao SP, Deng P, Huang HG et al. Expression of COX-2 mRNA in peripheral blood monocytes from patients with acute myocardial infarction and its significance. Clin Chem 2005; 51(11):2170-2173.

(3198) Zhao SZ, Reynolds MW, Lejkowith J, Whelton A, Arellano FM. A comparison of renal-related adverse drug reactions between rofecoxib and celecoxib, based on the World Health Organization/Uppsala Monitoring Centre safety database. Clin Ther 2001; 23(9):1478-1491.

(3199) Zhao SZ, Burke TA, Whelton A, von AH, Henderson SC. Cost of heart failure among hypertensive users of nonspecific NSAIDs and COX-2-specific inhibitors. Am J Manag Care 2002; 8(15 Suppl):S414-S427.

(3200) Zhao SZ, Burke TA, Whelton A, von AH, Henderson SC. Comparison of the baseline cardiovascular risk profile among hypertensive patients prescribed COX-2-specific inhibitors or nonspecific NSAIDs: data from real-life practice. Am J Manag Care 2002; 8(15 Suppl):S392-S400.

(3201) Zhao SZ, Burke TA, Whelton A, von AH, Henderson SC. Blood pressure destabilization and related healthcare utilization among hypertensive patients using nonspecific NSAIDs and COX-2-specific inhibitors. Am J Manag Care 2002; 8(15 Suppl):S401-S413.

(3202) Zhao SZ, Burke T, Pettitt D, Henderson SC, Von Allman H. Comparison of edema claims associated with rofecoxib, celecoxib, and traditional NSAIDs among stable hypertensive patients in a U.S. insured population. Ann Rheum Dis 2002; 61(1 Suppl.):76-77.

(3203) Zhao SZ, Burke T, Pettitt D, Henderson S, Von Allman H. Comparison of cerebrovascular claims among stable hypertensive patients who used nonsteroidal anti-inflammatory drugs (NSAIDs) and COX-2 specific inhibitors in a U.S. insured population. Ann Rheum Dis 2002; 61(1 Suppl):103-104.

(3204) Zhao SZ, Wentworth C, Burke TA, Makuch RW. Drug switching patterns among patients with rheumatoid arthritis and osteoarthritis using COX-2 specific inhibitors and non-specific NSAIDs. Pharmacoepidemiol Drug Saf 2004; 13(5):277-287.

(3205) Zhao ZQ, Vinten-Johansen J. Myocardial apoptosis and ischemic preconditioning. Cardiovasc Res 2002; 55(3):438-455.

(3206) Zhu J, Song X, Lin HP et al. Using cyclooxygenase-2 inhibitors as molecular platforms to develop a new class of apoptosis-inducing agents. J Natl Cancer Inst 2002; 94(23):1745-1757.

(3207) Ziegler J. Early trials probe COX-2 inhibitors' cancer-fighting potential. J Natl Cancer Inst 1999; 91(14):1186-1187.

(3208) Zoutman DE, Ford BD, Bassili AR. The confidentiality of patient and physician information in pharmacy prescription records. CMAJ 2004; 170(5):815-816.

(3209) Zwillich T. How Vioxx is changing US drug regulation. Lancet 2005; 366(9499):1763-1764.

KS-001010