Exhibit "61"

*In re: Vioxx Litigation* — Cast of Characters — Red = Key individuals

# IN RE: VIOXX® LITIGATION

# CAST OF CHARACTERS

ATTORNEY WORK PRODUCT

PRIVILEGED AND CONFIDENTIAL

\*\*\* DO NOT PRODUCE \*\*\*

Authors: Dave Buchanan (Seeger Weiss), Lisa Dagostino (Kline and Specter), Jeff Grand (Seeger Weiss), Pete Kaufman (Levin Papantonio), Tom Moore, Leigh O'Dell (Beasley Allan), Shelly Sanford (Goforth, Lewis, and Sanford), Christopher Tisi (Ashcraft and Gerel), and Michael Weinkowitz (Levin Fishbein).

The information contained in this Cast of Characters is not intended to be used in any manner in motions, pleadings, memorandums, reports, analyses, or any part of any litigation, and is intended for the personal use of the lawyer only who is preparing himself or herself to begin to learn the case. This document is the sole property of the Vioxx MDL 1657 PSC and the authors expressly disclaim any assertion that the facts or information contained herein, or referenced, in whole or in part is accurate. This document is not for distribution to any third party, including, without limitation, an agent, assign, expert, consultant, representative, employee, or someone otherwise affiliated with the MDL participating lawyer to whom it was provided.

Kline and Specter, PC
*Attorney Work Product — Privileged and Confidential—DO NOT PRODUCE*

Page 1 of 169
Last modified on 8/3/2007 at 8:29:43 AM

KS-001011

*In re: Vioxx Litigation*

Cast of Characters

Red = Key individuals

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed For Martin Report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Abernethy, Mike | Merck employee | Manager of the neurology/urology sales training group in the Northwest (2003–present) Director of Sales Training and Professional Development – Western Division (1997-2003) | Supervisor of trainers who would provide sales training and 'professional development' to Merck sales representatives in the Western part of the United States | No | No | 3/16/06 4/11/06 | N/A |
| Abramovitz, PhD, Mark | Merck employee | Division of Biochemistry and Molecular Biology, Merck Frosst | Senior author on some early molecular biology work out of Merck Frosst on prostanoid receptors. | Yes | No | N/A | N/A |
| Abramson, MD, John | Plaintiff's expert | Clinical Instructor, Department of Ambulatory Care and Prevention, Harvard Medical School (1997–present) Chair, Department of Family Practice, Lahey Clinic (1994-2001) | Family practice trained physician and critic of drug industry who has lectured on the commercialization of medical information (growing influence of industry in providing medical information to physicians). Dr. Abramson has offered testimony that Merck failed to provide unbalanced and unbiased medical information to prescribing physicians. Dr. Abramson served expert reports in two MDL cases, but did not testify at trial.[4] | N/A | No | 6/7/06 8/3/06 | N/A |
| Abramson, MD, Steven | Third party/Merck Consultant ("Advocate") | Professor and Chairman, Division of Rheumatology, NYU School of Medicine | Former chairman of the Merck MK-966 Advisory Board (approx 1997).[5] Co-investigator on both Vioxx and Celebrex trials.[6] Listed in Merck documents as a Merck "Advocate."[7] May have also had a financial interest in Merck.[8] Despite these conflicts, was chair of 1999 FDA Advisory Committee the recommended approval of Vioxx, and was an invited consultant to sit on the 2005 FDA Joint Advisory Committee on Cox2s and CV risk. | No | No | N/A | N/A |
| Achord, Sr., Russell Walter | Plaintiff | Plaintiff | Plaintiff in a TX state case | N/A | No | 4/20/05 | N/A |

*In re: Vioxx Litigation*

*Cast of Characters*

Red = Key individuals

| Name | Category | Title(s)[1] | Role in Vioxx case | Custodial file produced?[2] | Interviewed For Martin Report? | Deposition testimony? | Trial testimony[3] |
|---|---|---|---|---|---|---|---|
| Acre, Richard | Merck employee | Unknown | Precise role unclear. Appears to have been involved in "competitive intelligence," "promotional feedback." May have worked with Susan Baumgartner. | Yes | No | N/A | N/A |
| Adams, Jr. MD, Harold | Merck consultant | Professor and Director, Division of Cerebrovascular Disorders, University of Iowa Stroke Center | Neurologist and stroke expert hired by Merck to be a member of the neurology adjudication committee.<br><br>Chair of the AHA/ASA Stroke Council, and the lead author of the Guidelines for Early Management of Stroke Published by that group in 2007.[9] In a disclosure statement attached to that article, Adams disclosed that he has received "significant" research grants from the following pharmaceutical companies: Boehringer Ingelheim, Centocor (J & J), Eli Lilly, Merck, NMT Medical, Sanofi, Bristol-Myers Squibb and GlaxoSmithKline. *Id.* It is unclear when he received the grant from Merck in relation to his service on the neurology adjudication committee. | No | No | | N/A |
| Adams-Mueller, Lisa | Merck employee | Unknown | Assisted in arranging contracts with outside Merck "consultants" and negotiations when consultants wanted to amend particular clauses to the confidentiality agreements they were asked to sign. | Yes[10] | No | N/A | N/A |
| Adeyi, Ben | Merck employee | Marketing Analyst, Forecasting and Decision Research, USHH | Involved in marketing analysis. | Yes | No | N/A | N/A |
| Afsar, MD, John KB | Fact witness (case specific) | --- | Treater in the Tomlin case in FL state court. | N/A | N/A | 9/20/05 | N/A |
| Agni, MD, Gulrish | Fact witness (case specific) | --- | Treater in the Ruck case in NJ state court | N/A | N/A | 9/1/05 | N/A |
| Aiello, Robert | Plaintiff | --- | Plaintiff in a NJ case | N/A | N/A | 8/1/05 | N/A |
| Aiken, Patsy | Merck employee | Sales Rep | Sales rep in the Crook case in Ala state court | No[11] | No | N/A | N/A |
| Aiken, Shareen | Merck employee | Unknown | Sales rep or business manager in Minnesota | Yes | No | N/A | N/A |

Kline and Specter, PC
Attorney Work Product -- Privileged and Confidential—DO NOT PRODUCE

KS-001013

*In re: Vioxx Litigation*

Cast of Characters

Red = Key individuals

| Name | Category | Title(s)[1] | Role in Vioxx case | Custodial file produced? | Interviewed For Martin Report[2] | Deposition testimony[3] | Trial testimony[3] |
|---|---|---|---|---|---|---|---|
| Alberti, Peter | Merck employee | Senior Director Merck Managed Care Marketing (approx 2004-2006) Product Manager on the Vioxx marketing team (approx 2000-2004) | Relatively mid-level player on the Vioxx marketing team who was designated as the corporate rep to discuss qualitative and quantitative services provided by vendors | Yes | No | 4/26/05 | N/A |
| Albright, Gary | Plaintiff | -- | Plaintiff in Ala state court case | N/A | N/A | 7/12/06 | N/A |
| Albright, Janet | Fact witness (case specific) | -- | Fact witness (wife of plaintiff) in Albright, case in Ala state court | N/A | N/A | 7/12/06 | N/A |
| Alfonso, Kim | Merck employee | Sr. Region Director, Washington DC, Mid-Atlantic Business Group | Precise role unclear at this juncture, but custodial file contains copies of Merck correspondence with international agencies (Health Canada, Sweden etc), advisories, and copies of documents addressed to the Worldwide Product Labeling team. | Yes | No | N/A | N/A |
| Allen, Cynthia | Plaintiff | -- | Plaintiff in TX state case | N/A | N/A | 5/23/06 | N/A |
| Alphin, Glenda Sue | Plaintiff | -- | Plaintiff in NJ state case | N/A | N/A | 2/28/06 | N/A |
| Almeyer, PhD, MBA, MPH, Anne | Merck employee | Project Manager, Project Management | Precise role unclear, but has a rather extensive custodial file that reveals that she was on the limited internal distribution list for all FDA correspondence; was involved in the Medical School Grant Program, and was also involved with various committees that mapped out plans for Vioxx studies (DMC, sWMA working group, Vioxx Product Development Team). Significant portion of her file appears devoted to resources estimates for a CV outcomes study. | Yes | No | N/A | N/A |
| Altebelli, MD, Anthony | Plaintiffs' cardiology expert[1] (case specific) | Private practice of cardiology, Instructor UMDNJ-RWJ Med School | Plaintiff's case specific expert in the Hatch and McFarland cases in NJ | N/A | N/A | 6/14/06 | N/A |
| Ameen, Tumi | Merck employee/plaintiff | Merck employee | Plaintiff in TX marketing/sales cases—majority of transcript is redacted. | N/A | N/A | 8/6/03 8/7/03 | N/A |

Kline and Specter, PC
Attorney Work Product -- Privileged and Confidential—DO NOT PRODUCE

Page 4 of 169
Last modified on 8/3/2007 at 8:29:43 AM

KS-001014

In re: Vioxx Litigation

## Cast of Characters

Red = Key individuals

| Name | Category | Title(s)[1] | Role in Vioxx case | Custodial file produced?[2] | Interviewed for Martin Report? | Deposition testimony? | Trial testimony?[3] |
|---|---|---|---|---|---|---|---|
| Amundson, MD, Glenn | Fact witness | --- | Treater of named plaintiff in a class case in MI state court | N/A | N/A | 2/22/06 | N/A |
| Anderson, Elvis Presley | Plaintiff | --- | Plaintiff in case in Choktaw tribal court | N/A | N/A | 1/11/06 | N/A |
| Anderson, Mallory | Merck employee | Business Manager | Deposed in the Young case in TX | N/A | N/A | 10/8/04 | N/A |
| Anderson, Tonya | Fact witness (case specific) | --- | Fact witness (wife) in the Elvis Presley Anderson case in Choktaw tribal court | N/A | N/A | 1/12/06 | N/A |

Kline and Specter, PC
Attorney Work Product -- Privileged and Confidential—DO NOT PRODUCE

KS-001015

*In re: Vioxx Litigation*

Cast of Characters

Red = Key individuals

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed for Martin Report? | Deposition testimony? | Trial testimony |
|---|---|---|---|---|---|---|---|
| Anstice, David W. | Merck executive/Senior Management | Executive Vice President for Strategic Initiatives (2006-present) President Asia Pacific Human Health (2005-2006) President of the Division of Human Health (2003-2005) President of Human Health for the Americas (1997-2002) | Heavyweight player and member of most senior management team at Merck (HHPAC). Always in the loop with respect to highest level decision-making. Top of the food-chain for Merck on marketing and sales of Vioxx. Notwithstanding his titles, has no medical or scientific background, and is a Merck 'lifer.' Following the Vioxx withdrawal, the appointment of a new CEO, and the Congressional hearings on Merck's sales practices, was quietly transferred to head marketing and sales on the Pacific Rim. Highest ranking executive in the division that handled marketing and sales in the US at the time Vioxx was marketed and therefore bore overall responsibility for sale of Vioxx in the US.[13] Exercised stock options within 60 days of the withdrawal of the drug.[14] Key Points from Anstice's deposition testimony: <br>• Merck was in a race against Celebrex; <br>• Patients expiring on key selling drugs and Vioxx was viewed as important for replacement revenue; <br>• Battle was joining between Merck & Pfizer and Merck simply cannot lose *(See 1.0155)* <br>• "In it to win it." *(See 1.0155)* <br>• Merck never did a CV study, even thought such a study could have been done before Vioxx went on the market <br>• Merck is world-renowned for marketing and, with Vioxx, Merck kicked of a record breaking marketing effort by assembling the largest sales force ever, using the larges number of doctor advocates ever <br>• Merck's marketing of Vioxx got them in trouble with the FDA—response of Anstice on the video can be spun as him not taking the warning seriously <br>• Proves up that Merck Marketing did the ADVANTAGE Seeding study | Yes | Yes | 3/16/05 3/17/05 3/18/05 4/12/05 5/20/05 | By Video/Dep. Designation: --Ernst (TX); --Humeston I (NJ); --Barnett (MDL); --Grossberg (CA); --Smith (MDL); --Irvin I (MDL); --Schwaller (IL) Live: --Cona/McDarby (NJ); --Doherty (NJ) --Dedrick (MDL); --Hermans/Hum. II (NJ) |
| Arneta, MD, Maria | Fact witness (case specific) | --- | Medical examiner in the Ernst case in TX state court | N/A | N/A | 7/28/05 | Via Tape --Ernst (TX) |

*In re: Vioxx Litigation*  *Cast of Characters*  *Red = Key individuals*

| Name | Category | Title(s)[1] | Role in Vioxx case | Custodial file produced? | Interviewed For Martin Report? | Deposition testimony? | Trial testimony |
|---|---|---|---|---|---|---|---|
| Arnett, PhD, MSPH, Donna | Plaintiff's epidemiology expert[15]/Merck consultant | Chair and Professor, Department of Epidemiology, School of Public Health, University of Alabama | Epidemiologist at University of Alabama who specializes in cardiovascular genetic epidemiology.<br><br>Has offered testimony that Vioxx is cardio toxic, even in short term use, and that VIGOR demonstrated a significant heart attack risk that should have been clearly conveyed to the public.<br><br>Was hired by Merck as a consultant for the specific purpose of reviewing Merck's presentation to the 2005 FDA Advisory Committee. Merck documents describe her as an "excellent cardiovascular epidemiologist."[16] Offers testimony that incomplete and misleading data was given to consultants. | N/A | No | 9/6/05; 10/20/06 | Live<br>--Dedrick (MDL) |
| Arrigale, Rudolph | Plaintiff | --- | Plaintiff in CA state case | N/A | N/A | 5/2/06 | Arrigale (CA) |
| Arrigale, Vincent | Plaintiff | --- | Plaintiff in CA state case | N/A | N/A | 5/2/06 | |
| Arrowsmith-Lowe, M.D., Janet | Defense expert witness (regulation/FDA) | Principal, Arrowsmith-Lowe Consulting | Well-known in the mass-torts community as a regular defense witness. With her husband, operates a consulting firm that offers consulting to pharmaceutical companies. In a 2005 Vioxx deposition, testified that this consulting firm had made $2.5 million from 1999 to date, 100 % of which was for pharmaceutical litigation consulting.<br><br>Trained as an internist and as an epidemiologist. Supposedly still sees patients, but does not have a regular practice. | N/A | No | 6/29/05<br>10/28/05<br>2/2/06<br>6/7/06 | Live<br>--Irvin II (MDL)<br>--Smith (MDL)<br>--Dedrick (MDL) |
| Arserver, MD, Christiane | Merck employee | Associate Director, Medical Services | Physician who worked in division of Merck that responded to physician questions with pre-approved information. | Yes | No | N/A | N/A |
| Atkins, Donald Corliss Jr. | Plaintiff | --- | Plaintiff in a NJ state action | N/A | N/A | 10/3/05 | N/A |
| Atkins, Judy | Fact witness (case specific) | --- | Spouse of plaintiff in NJ state action | N/A | N/A | 12/21/05 | N/A |

In re: Vioxx Litigation

Cast of Characters

Red = Key individuals

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed for Martin Report? | Deposition testimony? | Trial testimony |
|---|---|---|---|---|---|---|---|
| Avedon, Marcia | Merck employee | Senior Vice President, Human Resources | Involvement seems to be mostly from the period surrounding the withdrawal of Vioxx in Sept/Oct 2004 (custodial file contains some heavily redacted handwritten notes from the that time, including notes from the Board of Directors meeting on 9/28/04 where she quotes one of the Board members (initials LAB—likely referring to Larry Bossidy) as saying the APPROVe results were "a disaster" for Merck with "enormous financial implications"). Focus mostly appears to be handling issues of redistributing Vioxx staff post-withdrawal, and answering questions re: potential layoffs. | Yes | Yes | N/A | N/A |

*In re: Vioxx Litigation*

Cast of Characters

Red = Key individuals

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed for Martin Report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Avorn, M.D., Jerome (Jerry) | Plaintiff expert witness?/fact witness (generic)/Merck consultant | Chief of the Division of Pharmacoepidemiology and Pharmacoeconomics at Brigham and Women's Hospital; Harvard Faculty | Well-known physician/Pharmacoepidemiologist who has given extremely strong expert testimony on liability and general causation:<br><br>"... there was a pattern of gross distortion of the risks of Vioxx, and that no matter which way physicians turn, whether it was looking at the label, hearing what they were hearing from the Merck-trained sales representatives, trying to read the literature in the medical journals and trying to get some accurate, complete depiction of what was happening in the clinical trials, even the information their patients were bringing to them from the commercials and ads that they had seen, across the board, there was a pattern of what I would characterize as systematic distortion that rose almost to the level of grotesque. And, frankly, it was an embarrassment for me as a member of the medical profession that this was going on in presenting information to doctors in such a one-sided and lopsided way." *(Source: June 29, 2006 trial preservation deposition)*<br><br>With Dan Solomon of his department, performed and published two important epidemiologic studies on CV risks of nonselective NSAIDs and Cox-2 inhibitors. The first paper is frequently misrepresented by Merck to support their contention that cardioprotective qualities of naproxen accounted for the VIGOR results *(See Arch Int Med 2002 162 1099).* Dr. Avorn provides context and clarification in his testimony. The second paper was done in conjunction with Merck (and supported by a grant from Merck--See *Circulation 2004; 109: 2068-2073).* After the results became available, and Drs. Avorn/Solomon refused to soften their conclusions in the paper submitted for publication, Merck withdrew the name of their employee/scientist *(see Carolyn Cannuscio-- who worked on the project with Drs. Avorn and Solomon) from publication in the journal Circulation,* and then proceeded to mount a campaign to make it clear that the company "disagreed" with the paper's conclusion that Vioxx carried a CV risk.<br><br>Did not accept any financial compensation for expert work, and is a <u>past and present Merck consultant</u>. | N/A | No | Discovery<br>--6/15/06<br>--6/16/06<br><br>Trial preservation<br>--6/29/06<br>--6/30/06 | Via video Dep.<br>--Barnett (MDL)<br>--Mason (MDL)<br>--Smith (MDL)<br>--Dedrick (MDL)<br>--Grossberg (CA)<br>--Arrig./Appell (CA)<br><br>Live<br>--Hermans/Hum. II (NJ) |

*In re: Vioxx Litigation*

Cast of Characters

Red = Key individuals

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed For Martin Report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Aycock, Richard | Fact witness (case specific) | --- | Co-worker of deceased Dickie Irvin in the Irvin (Plunkett) case | N/A | N/A | 9/28/05 | N/A |
| Bash, MD, Mark Allan | Merck employee | Unknown | Precise role unclear. Appears to have worked closely with Batiyui, Merck's Japanese division. | Yes | No | N/A | N/A |
| Bachman, MD, Robert | Fact Witness (case specific) | --- | Fact witness and treater in the Cona case (NJ) | N/A | N/A | 1/27/06 | N/A |
| Bachman, Robert | Merck employee | ?, Clinical Neuroscience | Precise role unclear. Custodial file contains IRB approval and documents concerning various studies; also appears to have maintained contact with various sites re: sticking with protocol.<br><br>Also seems to have been contact person with Ingenix. | Yes | No | N/A | N/A |
| Baden, MD, Michael | Defense expert | Director, Forensic Sciences Unit, New York Police | Well-known forensic expert (and host of HBO's *Autopsy*) who served a report for Merck in the Hermans case. | N/A | N/A | N/A | N/A |
| Baillie, PhD, Thomas | Merck employee | VP, Department of Drug metabolism | Worked in department of drug metabolism and studied how Vioxx metabolized in the body. Participated in early meetings with FDA (e.g. end of phase II conference).<br><br>Named author on the publication of a paper reporting the results of 012 018, and 037. | No | No | N/A[18] | N/A |

Kline and Specter, PC
Attorney Work Product -- Privileged and Confidential—DO NOT PRODUCE

**KS-001020**

*In re: Vioxx Litigation*

Cast of Characters

Red = Key individuals

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed For Martin Report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Bain, MD, Raymond | Merck employee | Head of Biostatistics & Research Decision Sciences | Senior Biostatistician. Was the supervisor for G. Frank Liu, statistician to the Alz studies and was involved in the interim unblinding of the Alz studies for safety analysis. Bain related documents include--1.0216, 1.0311, 1.0079, 1.1748 | Yes | Yes | N/A | N/A |
| Baktajian, MD, Robert | Fact witness (case specific) | --- | Treater in the McDarby case | N/A | N/A | 1/17/06 | N/A |
| Baldwin, MD, Thomas | Plaintiff's expert[9] | Cardiologist in private practice in Kansas City | Plaintiff's general and specific causation expert in Irvin I and II. Strong credentials and comprehensive knowledge of Vioxx's MOA and relevant scientific literature. In an unfortunate decision, J. Fallon did not allow Dr. Baldwin to testify as to specific causation. The Estate of Dickie Irving has sought a new trial on this issue. | N/A | No | 10/6/05; 1/23/06; 7/6/06 | Live --Irvin I (MDL) --Irvin II (MDL) |
| Balotin, MD, Nahum Malcolm | Fact witness (case specific) | --- | Treater in the Cona case in NJ | N/A | N/A | 1/13/06 | N/A |
| Baney, Tara | Merck employee | Medical Program Coordinator, Gastroenterology Clinical Research | One of the coordinators for low dose ASA endoscopy study (protocol 136). | Yes | No | N/A | N/A |
| Baraf, MD, Herbert | Defense expert | Clinical Professor of Medicine, GWU | Rheumatologist and defense expert witness. Report was served in NJ | N/A | N/A | N/A | N/A |
| Baranak (McConnell), Christine | Merck employee | ?, Clinical Neuroscience | Precise role and title unclear, but worked in Clinical Neuroscience; custodial file contains correspondence re: Alzheimer's death analyses; communications among other Merck employees who were involved in the preparation of adjudication packages for Alzheimer's and other Vioxx studies. File also contains early drafts of Alzheimer's summaries. | Yes | No | N/A | N/A |
| Barket, Tyrus | Merck employee | Unknown | Precise role unclear. Custodial file contains a collection of Merck poster presentations given at various conferences. Also copied on material re: competitive and promotional feedback, and documents detailing Bextra "counter-strategy." | Yes | No | N/A | N/A |

KS-001021

*In re: Vioxx Litigation*

*Cast of Characters*

Red = Key individuals

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed for Martin Report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Barnett, Corinne | Fact witness (case specific) | --- | Fact witness in the Barnett case (MDL) | N/A | N/A | 5/4/06 7/29/06 | N/A |
| Barnett, Gerald | Plaintiff | --- | Plaintiff in the Barnett case (MDL) | N/A | N/A | 4/20/06 6/6/06 | Barnett (MDL) |
| Barnett, John | Fact witness (case specific) | --- | Fact witness (brother of plaintiff) in the Barnett case (MDL) | N/A | N/A | 7/18/06 | N/A |
| Baron, John | Merck consultant | Professor of Medicine, Dartmouth Medical School; also faculty in the Dartmouth epidemiology program | Chaired the APPROVe Steering Committee, co-author on APPROVe publications (protocol 122), and paid Merck consultant. | Yes | Yes | N/A | N/A |

*In re: Vioxx Litigation*

Cast of Characters

Red = Key individuals

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed for Martin Report? | Deposition testimony? | Trial testimony |
|---|---|---|---|---|---|---|---|
| Barr, M.D., Eliav | Merck employee | Senior Director Biologics Clinical Research (2002-present); Director Biologics Clinical Research (1998-2002) | Merck-employed physician, vaccine expert, and cardiologist by training who was consulted frequently about Vioxx clinical trial results. First brought in on the Vioxx team in the critical month of March 2000 by Ed Scolnick, and then conducted his own 'internal' adjudications of various potential CV events. Also aided in the drafting of submissions to FDA and presentations. Co-author of the 069 pooled CV analysis and the Konstam meta-analysis. In late 2000, while reviewing events from the ADVANTAGE study, opined that a particular death/event (patient 5005, a woman who suffered a sudden death due to 'hypertensive heart disease') should have been sent to the committee for adjudication because it was likely to have been an MI. Alise Reicin disagreed, and the event was never sent to the committee to be adjudicated, or counted in the Merck produced totals of MIs for the study. In 2001, FDA reviewer Lourdes Villalba (unaware of these internal Merck machinations) expressed the same view the Barr had—the event was likely to have been an MI and should have been adjudicated. Although originally trained in cardiology, has testified that he has let his board certification in cardiology lapse. | Yes | Yes | 1/28/05; 9/21/05 | N/A |
| Bartiss, Mark Dr. | Fact witness (case specific) | -- | Treater deposition taken in NJ class action | N/A | N/A | 1/3/06 | N/A |
| Bateman, PhD, Kevin | Merck employee | Research Fellow, Medicinal Chemistry, Merck Frosst | Merck Frosst scientist who was involved in NO-Coxib project. | Yes | No | N/A | N/A |
| Bates, Grif M | Merck employee | Director, Integrated Marketing Communications | Precise role unclear. Custodial file contains business plans, market projections, managed care plans, and documents from the Arthritis Franchise Business Group (FBG). Worked under Charlotte McKines | Yes | No | N/A | N/A |