| Name | Category | Title(s)[1] | Role in Vioxx case | Custodial file produced?[2] | Interviewed For Martin Report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Bathon, MD, Joan | Third party | Associate Professor of Medicine, Department of Rheumatology, Johns Hopkins University | Member of the sitting FDA Arthritis Advisory Committee and 2005 FDA Advisory Committee on Cox-2s<br><br>Conflicts of Interest included—Receipt of consultancies and/or honoraria from Centocor, Inc., a subsidiary of Johnson & Johnson, totaling less than $10,000 per year. (Arthritis Rheum. 2004;50:3432-43.) Received ad hoc consultant fees and support for this research from Immunex. (Arthritis Rheum. 2002 Jun;46(6):1443-50.) Received support for research on etanercept and methotrexate in patients with early rheumatoid arthritis from Immunex, Inc. (N Engl J Med. 2000 Nov 30;343(22):1586-93.) Was a consultant/member of the Advisory Board for the following companies: Bristol Myers Squibb, Centocor, Knoll, Wyeth, Searle (National Advisory Board, Cox-2 Project), Fournier, P&G. (Source: Center for Science in the Public Interest)[20] | No | No | N/A | N/A |
| Baumann, Amy | Merck employee | Market Integration Team—Vioxx, Communication Manager | Precise role unclear. May have had some responsibility for transmitting bulletins to the sales force. | Yes | No | N/A | N/A |



**KS-001024**

| Name | Category | Title(s)[1] | Role in Vioxx case | Custodial file produced? | Interviewed For Martin Report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Baumgartner, Ph.D, Susan L. | Merck employee | Marketing team/manager for Vioxx (1998-approx 2001)<br><br>Marketing team for Merck's Propecia (1997)<br><br>Cardiovascular consultant (1996) | Worked to enlist the support of physicians/thought leaders for Vioxx (i.e. turn them into 'advocates' for Vioxx that would aid Merck to increase overall sales).<br><br>Was recipient of e-mail from Charlotte McKines (her boss) re: Dr. Andrew Whelton saying information was for the "bad guy's list." She, along with her team, then worked to "neutralize" these "problem" physicians *(See P1.409, P1.411, P1.412)*.<br><br>Prepared first "Physicians to Neutralize" memos for McKines and Dixon. Originally labeled it "problem physicians," but was encouraged to change it to "Development opportunities" by Leo Mendez, who wanted the "problem" language out of there "just in case."<br><br>Known for a handwritten note in her day-timer on February 9, 2001 (the day after the February 2001 FDA Advisory Committee conference was held) where she noted that the committee 'bought' the naproxen hypothesis. *(See P1.0400)*.<br><br>Authored a summary of external thought leaders conclusions re: the VIGOR study—"recommend that Merck not emphasize the 'protective effect' of Naprosyn as an explanation for ...VIGOR ... as there is no supporting data to substantiate a protective effect of Naprosyn, advocating this ... only serves to undermine Merck's credibility with physicians." (See 1.0401).<br><br>Tasked by Lou Sherwood to prepare detailed memo on Dr. Gurkipal Singh, which prompted Sherwood's threatening call to Dr. James Fries at Stanford.<br><br>In MDL dep. makes critical blunders re: neutralizing physicians and "bad guys list" docs. Good dep. establishing Merck's practice of intimidating critics of Vioxx<br><br>Holds a doctorate in pharmacy and an MBA. | Yes | Yes | 2/25/05; 3/11/05; 9/30/05 | By Video<br>--Arrigale (CA)<br>--Grossberg (CA)<br>--Irvin II (MDL)<br>--Mason (MDL) |
| Bayly, PhD, Christopher | Merck employee | Chemist, Merck Frosst | Merck Frosst biochemist who did early work on the Vioxx compound. | Yes | No | N/A[21] | N/A |

| Name | Category | Title(s)[1] | Role in Vioxx case | Custodial file produced?[2] | Interviewed For Martin Report? | Deposition testimony? | Trial testimony?[3] |
|---|---|---|---|---|---|---|---|
| Bazami, Bebek | Merck employee | Business Planning and Market Research | Along with Nalin Chung and Dan Bushnell, did work on Vioxx pricing before the launch of the drug (see MRK-AOC0016084) | No | No | N/A | N/A |
| Beauchard, Lucine | Merck employee | Vice President, A& A Business Group<br><br>Marketing Manager, Arthritis and Analgesia Therapeutic Business Group | Worked with Susan Baumgartner and Wendy Dixon on marketing messages and competitive intelligence.<br><br>Replaced McKines in early 2002 as exec director for marketing of Cox-2.s | Yes | Yes | N/A | N/A |
| Beers, MD, Mark | Merck employee | Editor in Chief, Merck manual | Editor in chief of the Merck manual | Yes | No | N/A | N/A |
| Beldowitz, Dawn | Merck employee | Assistant Medical Programs Coordinator | Appears to have been involved in resolving discrepancies and 'cleaning' files before analyses, coordinating receipt of information from investigators, and gathering information for FDA submissions. | Yes | No | N/A | N/A |
| Bell, MD, Gregory | Merck employee | National Medical Director, US Human Health (until 2000)<br><br>Regional Medical Director, US Human Health (1997 until title changed to above, date uncertain)<br><br>Program manager (1996-1997) | Physician employed by Merck's US Human Health division (the marketing division) who provided scientific and medical support to the sales and marketing teams. Also gave talks to physicians on topics that would link to the drug being marketed. Talks were written by others at Merck and given to him to present.<br><br>Trained as an internist and rheumatologist. Left Merck in Sept 2000 to work for Abinex | Yes | Yes | 11/10/04 | N/A |
| Bella, MD, Timothy | Fact witness (case specific) | — | Treater in the Persica case (MDL) | N/A | N/A | 9/7/06 | N/A |
| Bellino, Marilee | Plaintiff | — | Plaintiff in a NJ action | N/A | N/A | 8/23/05 | N/A |
| Benaduce, Michelle | Merck employee | Senior professional rep | Sales rep in the McDarby case | No[22] | N/A | 1/30/06 | N/A |

| Name | Category | Title(s)[1] | Role in Vioxx case | Custodial file produced?[2] | Interviewed For Martin Report? | Deposition testimony?[3] | Trial testimony?[3] |
|---|---|---|---|---|---|---|---|
| Benezra-Kurshan, MD, Diane | Merck employee | Director and Head, Worldwide Product Labeling Group, MRL | Custodial file largely focuses on drafts of the VIGOR label and meetings surrounding that label change. Given title and documents retained, may have had considerable involvement in drafting the language for the 2002 label.<br><br>Was the labeling representative to the LEAD task force (charged with preparing Vioxx circulars for possible reintroduction to the market). | Yes | Yes | N/A | N/A |
| Berger, MD, Marc | Merck employee | VP, Outcomes research and management | Like Sheldon Kong, performed and arranged 'outcomes' studies. Appears to have worked with marketing to integrate these 'outcomes' study results into marketing plans, as well working with medical services to provide these study results directly to physicians and managed care plans. | Yes | No | N/A | N/A |
| Berger, Mimi | Merck employee | Sales rep | Sales rep in the Doherty case | No[23] | No | 5/25/06 | N/A |
| Bernard, MD, John | Fact witness (case specific) | --- | Treater in the Aikins case in NJ | N/A | N/A | 12/20/05 | N/A |
| Bezdziecki, Cathy | Plaintiff | --- | Plaintiff in a NJ state case | N/A | N/A | 9/20/05 | N/A |
| Bezdziecki, Daniel | Plaintiff | --- | Plaintiff in a NJ state case | N/A | N/A | 9/20/05 | N/A |
| Bhanji, Muna | Merck employee | Vice President, Managed Care Sales | Involved in managed care advocate development and sales. | Yes | No | N/A | N/A |
| Bias, Nina | Plaintiff | --- | Plaintiff in a NJ state case | N/A | N/A | 12/14/05 | N/A |
| Biegelson, Larry | Merck employee | Associate Director, Analgesic and Anti-Inflammatory Franchise Business Group | Precise role unclear at present, but appears to have worked for the marketing division | Yes | No | N/A | N/A |
| Biehn, Brant | Merck employee | Sr. Manager, Market Research, A&A, Business Analysis and Decision Support (BADS) | Precise role unclear at present, but appears to have worked for the marketing division. Custodial file contains 'competitive intelligence' on Merck competitors, particularly with respect to Bextra, and market research | Yes | No | N/A | N/A |

| Name | Category | Title(s)[1] | Role in Vioxx case | Custodial file produced?[2] | Interviewed For Martin Report? | Deposition testimony? | Trial testimony[3] |
|---|---|---|---|---|---|---|---|
| Binkowitz, Ph.D., Bruce | Merck employee | Director, BARDS<br><br>Senior Biometrician, BARDS | Holds a PhD in quantitative sciences, and was designated by Merck as a corporate rep on the topic of computer information systems that categorized data (including systems such as CRISP, CTS, WAES, and SAS). | No | No | 7/15/05 | N/A |
| Bird, MS, Stephen | Merck employee | Senior Biometrician, Biostatistics and Statistics Information System, CDP, USHH | Statistician who worked on CDP studies, including analyses of 085 and 090, and dental pain study. Co-author on abstracts for those studies. | Yes | No | N/A | N/A |
| Bischoff, Brett | Merck employee | Professional representative | Sales rep in the Wilkes-Barre, PA area. | Yes | No | N/A | N/A |
| Bissett, Robert | Merck employee | Unknown at this time | Precise role unclear, but may have been involved in administration; custodial file contains minutes/agendas (authored by him), backgrounders and presentations for HHPAC and HHBT meetings, all relatively organized and sequential. | Yes | No | N/A | N/A |
| Bjorkman, MD, MSPH David | Merck consultant | Professor of Medicine, University of Utah School of Medicine | Member of the DSMB for VIGOR and Member of the ESMB for APPROVe<br><br>Attended 'dress rehearsal' for Merck's 2005 Advisory Committee presentation as an advisor to the company.<br><br>Appears to have been a presenter in the "Merck Grand Rounds" program; gave talks for Merck in various locations around the country, including Hawaii.<br><br>Merck selected, arranged and paid for "independent" counsel to represent him, Dr. Neaton, and Dr. Konstam in the context of subpoenas issued in this litigation *(see DJB 00392)* | Yes | Yes | N/A | N/A |



KS-001028

| Name | Category | Title(s)[1] | Role in Vioxx case | Custodial file produced?[2] | Interviewed For Martin Report? | Deposition testimony? | Trial testimony?[3] |
|---|---|---|---|---|---|---|---|
| Black, PhD, Cameron | Merck employee | Merck Frosst | Merck Frosst scientist who did some of the early work on the Vioxx compound; name is on many of the early biochem papers and patents | Yes | No | N/A | N/A |
| Blake, Mary Elizabeth (Basaman) | Merck employee | Senior Director for Merck Vaccines, Public Affairs (late 2004-present)<br><br>Merck public affairs/Office of Medical/Legal (approx 1999-2001—dates unclear) | Has testified that it was her job to 'provide the Merck perspective' that Vioxx did not cause heart attacks in media coverage. Was congratulated for convincing Reuters to include that Merck perspective in its coverage. (See 1.1735)<br><br>Is a lifer--has been employed at Merck since graduation from college.<br><br>Despite working for the office of 'Medical-Legal,' does not hold either a medical or a law degree. Holds an MBA. | Yes | No | 11/29/05; 2/9/06 | By Video<br>--Barnett (MDL)<br>--Irvin II (MDL)<br>--Dedrick (MDL)<br>--Schwaller (IL)<br>--Arrigale (CA) |
| Blank, DO, Andrew | Fact witness (case specific) | --- | Treater in the Rowe case (NJ) | N/A | N/A | 12/1/04 | N/A |
| Bleil, Lisa | Merck employee | ? Professional rep | Sales rep in McFarland (NJ) case. | Yes | No | 5/24/06; 6/5/06 | N/A |
| Blevins, Lisa Ann | Merck employee | Professional rep | Professional rep in the Young (TX) case | N/A[24] | N/A | 10/8/04 | N/A |
| Block, MD, PhD, Gilbert | Merck employee | Senior Research Physician, Clinical Neuroscience | Trained as a neurologist, he was the clinical monitor for the Alzheimer's studies. Was initially concerned because an imbalance of deaths was observed in the AZ studies in 2001 and wondered why whether there should be a Data and Safety Monitoring Board convened for the study that was ongoing (Study 078—prevention of AZ).<br><br>His name is on an abstract presented at three different conferences in 2002 regarding the CV data in the Alz studies. Claimed during his deposition not to remember if he actually reviewed the abstract before it was presented. Named author on publication of 091.<br><br>Left Merck in 2002; currently works for AstraZeneca. | Yes | No | 11/5/05 | N/A |

| Name | Category | Title(s)[1] | Role in Vioxx case | Custodial file produced?[2] | Interviewed For Martin Report? | Deposition testimony?[2] | Trial testimony?[3] |
|---|---|---|---|---|---|---|---|
| Blois, MD David | Merck employee | Senior Vice President, Global Regulatory Affairs, MRL | Regulatory scientist who was involved in the fight with the FDA to keep the CV Risk out of the "Warnings" as proposed by the FDA, following the February, 2001 FDA Advisory Committee review. (See 1.0131) | Yes | Yes | N/A | N/A |
| Bluor, MD, Colin | Plaintiff's expert[25] | Professor emeritus, University of California, San Diego | Pathology expert (case specific) in Irvin I | N/A | N/A | 10/5/05; 11/23/05 | Live --Irvin I (MDL) |
| Bold, MD, PhD, Thomas | Merck employee | Senior director, Clinical Risk Management and Safety Surveillance<br><br>Senior Director, Worldwide Product Safety and Epidemiology | Senior management in the department that reviews spontaneous adverse event reports (post-marketing safety surveillance). His analysis of AERs for Vioxx in August 2003 noted that 19.6% of CAD/MI events for patients taking Vioxx 25 mg occur during the first 7 days of use (see 1.1615)<br><br>Was the CRESS (Clinical Risk Management and Safety Surveillance) representative to the LEAD task force (charged with preparing Vioxx circulars for possible reintroduction to the market).<br><br>Was part of the team that prepared Braunstein for his presentation at the 2005 FDA Advisory Committee | Yes | Yes | 6/25/04; 3/11/05; 7/29/05 | N/A |
| Bologuese, James | Merck employee | Biostatistician, Biostatistics and Research Decision Sciences, MRL | Statistician on multiple Vioxx and Arcoxia studies, including APPROVe, juvenile RA studies, MEDAL.<br><br>Was named author on publication of the following protocols: 009, 041, 050, 058, 068, 069, and 122 (APPROVe), 134/135, and in a joint publication of 010, 029, 033, 034, 035, 040, 044, 045, and 058. | Yes | Yes | N/A | N/A |

| Name | Category | Title(s)[1] | Role in Vioxx case | Custodial file produced?[2] | Interviewed For Martin Report? | Deposition testimony? | Trial testimony?[3] |
|---|---|---|---|---|---|---|---|
| Bombardier, MD, Claire | Merck consultant/Pfizer consultant | Professor of Medicine, University of Toronto<br><br>Head<br>Division of Clinical Decision-making & Health Care<br>Toronto General Research Institute | Rheumatologist and Merck consultant who headed the VIGOR steering committee<br><br>Lead author (and therefore corresponding author) on the VIGOR paper published in the NEJM. Although is the titular head of the study, real power was wielded by Merck employee Alise Reicin.<br><br>Attended 2001 FDA Advisory Committee as a consultant/advisor for Merck.<br><br>Following the NEJM's issuance of an "Expression of Concern" re: the VIGOR article in 2005 *(see Curfman, Drazen, Reicin, Shapiro)*, authored a "response" to the "Expression of Concern" from the non-Merck authors (an unusual move). In this response, she and the other non-Merck authors claim they did not know that the three MIs available after the Feb 10 cut-off date were available to the Merck authors (Shapiro and Reicin) while the article was still being written. They also claimed they were unaware that there were different cut-off dates for CV events v. GI events.<br><br>Bombardier was consulted when the APPROVe results were available in late September 2004, and was "on the fence" about the plan to remove it from the market. *(See profile on Bombardier's role in Vioxx in the Globe and Mail "The Painful Battle over the 'Wonder (sic)'" February 19, 2005).* | No | Yes | N/A | N/A |
| Border, Linda | Merck employee | Senior Respiratory Specialist, US Human Health, National Call Center | Professional rep | Yes | No | N/A | N/A |

| Name | Category | Title(s)[1] | Role in Vioxx case | Custodial file produced?[2] | Interviewed For Martin Report? | Deposition testimony? | Trial testimony?[3] |
|---|---|---|---|---|---|---|---|
| Bossidy, Lawrence A. | Merck director | Member, Board of Directors<br><br>Member of the Special Committee of Merck & Co., Inc | Former Chairman and CEO of Honeywell, Bossidy is on the Board of Directors at Merck and Co. and was on the 'Special Committee' appointed by the Board to investigate the conduct of senior management *(see also William Bowen and The Hon John S Martin)*.<br><br>Handwritten notes in Marcia Avedon's file from a Board of Directors meeting just prior to withdrawal of Vioxx appear to quote him as saying the APPROVe results were "a disaster" for Merck with "enormous financial implications." | No | Yes | N/A | N/A |
| Boulware, MD, Dennis | Third party | Professor and Associate Dean, University of Alabama | Rheumatologist and standing member of the FDA Arthritis Advisory committee. Was also a member of the 2005 Joint Advisory committee on Cox-2s and CV risk. | No | No | N/A | N/A |
| Bourdow, Carrie | Merck employee | Unknown at this time | Precise role unclear at this time. Appears to have been part of the Vioxx project team and the arthritis/analgesia business strategy team, possibly as a marketing representative. | Yes | No | N/A | N/A |

| Name | Category | Title(s)[1] | Role in Vioxx case | Custodial file produced?[2] | Interviewed For Martin Report? | Deposition testimony? | Trial testimony?[3] |
|---|---|---|---|---|---|---|---|
| Bowen, PhD, William | Merck director | Member, Board of Directors<br><br>Chairman of the Special Committee of Merck & Co, Inc. | Former President of Princeton University, Bowen is on the Board of Directors at Merck and Co.<br><br>In December 2004, he became the Chairman of a Special Committee appointed by Merck to review the conduct of senior management in the development and marketing of Vioxx. Bowen and his committee retained (and paid) The Hon John S. Martin, Jr. of Debevoise & Plimpton LLP to review the conduct of the Merck executives *(see also The Hon John S. Martin).* | No | Yes | N/A | N/A |
| Boykin-McLean, Kesha | Merck employee | Sales rep | Sales rep | N/A | N/A | 3/22/06 | N/A |
| Brady, Patricia | Merck employee | Clinical Development Studies Program<br><br>Medical Program Coordinator<br><br>Assistant Medical Program Coordinator | Precise role unclear, but appears to have had some administrative duties with the clinical investigators in some of the studies, including early pre-approval studies, and the 900-series of comparison studies. | Yes | No | N/A | N/A |
| Bragg, Russell | Merck employee | Senior Manager, Medical Strategies group | Had been responsible for reps that promoted Vioxx in the FL area. Eventually promoted. | No | No | 4/25/06 | N/A |
| Brakewood, EB | Merck employee | Director, Arthritis and Analgesia Therapeutic Business Group, Marketing, US Human Health | Marketing director whose position involved working on sales forecasts, business plans, competitive intelligence, and clinical development (i.e. studies v. competitors). Also worked on Arcoxia. | Yes | Yes | N/A | N/A |
| Brame, Alfred | Plaintiff | --- | Plaintiff in an IL state case | N/A | N/A | 6/21/06 | N/A |
| Braun, DO, John | Fact witness (case specific) | --- | Treater in the McDarby case (NJ) | N/A | N/A | 2/1/06; 2/9/06 | N/A |

| Name | Category | Title(s)[1] | Role in Vioxx case | Custodial file produced?[2] | Interviewed For Martin Report? | Deposition testimony? | Trial testimony[3] |
|---|---|---|---|---|---|---|---|
| Braunstein, MD, PhD, Ned | Merck employee | Executive Director, Medical and Scientific Communications (2006-present)<br><br>Senior Director, Special Projects (2004-2006)<br><br>Senior Director, Domestic Regulatory Division, MRL (2002-2004)<br><br>Director, Editing and Labeling (1999-2001) | Initially, worked as an 'editor' on the regulatory documents submitted to FDA for Vioxx. As he was promoted, gained more responsibility. Had primary responsibility for interacting on Merck's behalf with FDA re: Vioxx from April 2002 to December 2003.[26] Initially reported to Robert Silverman; eventually reported to Dennis Erb.<br><br>Called Merck "the keeper of the data."<br><br>Once infamously described a request for information from the FDA as "regulatory terrorism."<br><br>Handwritten notes (that he has authenticated) indicate that he and Brian Harvey of the FDA spoke about how to 'get the message out' on FDA's David Graham (during the time Graham was publicly speaking out re: risks of Vioxx).[27]<br><br>Gave the Vioxx presentation for Merck at the 2005 FDA Advisory Committee meeting (See I.1929). In an Email before the meeting wrote that the AC advisors can pontificate all they want but only the sponsors have the data that might help answers the questions. Prepared background package for AC (See I.1926).<br><br>Trained as an internist and rheumatologist. Science background is in molecular biology. | Yes | Yes | 7/18/06; 7/19/06 | N/A |
| Brent, MD, PhD, Jeffrey | Defense expert | Clinical Professor, University of Colorado Health Systems | Medical Toxicologist who was named as a defense witness in the Cona/McDarby cases | N/A | N/A | 2/25/06 | N/A |

| Name | Category | Title(s)[1] | Role in Vioxx case | Custodial file produced?[2] | Interviewed For Martin Report?[2] | Deposition testimony?[3] | Trial testimony[3] |
|---|---|---|---|---|---|---|---|
| Bresalier, MD; Robert | Merck consultant | Professor and Chairman, Department of Gastrointestinal Medicine, University of Texas, MD Anderson Cancer Center | Merck consultant and lead author in the APPROVe study. Commented on an early draft of the APPROVe article that he felt the final paper must be 'scientifically accurate' and that a few of Alise Reicin's edits in a draft seemed aimed at 'damage control.'" | Yes | Yes | N/A | N/A |
| Brett, Christopher | Merck employee | ?, Dept. Clinical Research Immunology | Co-author of an analysis for VIGOR RMC members entitled "Confirmed Serious Thromboembolic Events over Time In VIGOR" (dated 9/27/01), which showed MIs occurring in VIGOR after short term use (See I.1650) | Yes | No | N/A | N/A |
| Bright, MD, David | Fact witness (case specific) | --- | Treater in the Tomlin case (FL) | N/A | N/A | 8/31/05 | N/A |
| Brill, Michael | Merck employee | Manager, International Professional Events | Performed administrative duties with respect to setting up Merck's international meetings for Vioxx, Arcoxia and the Worldwide Arthritis Advisory Board. | Yes | No | N/A | N/A |
| Brindeau, Christine | Merck employee | Title unknown, Department of Pharmacology, Merck Frosst | Merck Frosst scientist who appears to have been involved in early lab and animal studies on Vioxx, particularly those regarding its Cox-2 selectivity. Co-author on early pharmacology/biochem Vioxx papers published by Merck Frosst. Also seems to have done some work on Merck's Cox-2 program for dogs. | Yes | No | N/A | N/A |
| Brochier, MD, Mireille | Third Party | University Department of Cardiology, Tours, France | French cardiologist who performed the Flubiprofen study | No | No | N/A | N/A |
| Brogan, MD, Charles | Fact witness (case specific) | --- | Treater in the Allphin case in NJ | N/A | N/A | 6/20/06 | N/A |
| Brown, Bob J | Merck employee | Unknown at this time | Precise role unclear. Listed on documents in his file as one of the business managers. | Yes | No | N/A | N/A |
| Brown, Denise | Plaintiff | --- | Plaintiff in a NJ action | N/A | N/A | 10/11/05 | N/A |



KS-001035

| Name | Category | Title(s)[1] | Role in Vioxx case | Custodial file produced?[2] | Interviewed For Martin Report? | Deposition testimony?[3] | Trial testimony?[3] |
|---|---|---|---|---|---|---|---|
| Brown, Georgia | Plaintiff | --- | Plaintiff in a NJ action | N/A | N/A | 11/4/05 | N/A |
| Brown, Keiana | Fact witness (case specific) | --- | Fact witness (daughter of plaintiff) in a NJ action | N/A | N/A | 7/6/06 | N/A |
| Brown, MD, Gary | Fact witness (case specific) | --- | Treater in the Cona case (NJ) | N/A | N/A | 2/28/06 | N/A |
| Brozena, Lori | Merck employee | Medical Program Coordinator | Worked in CDP to help line up and work with investigators in the Vioxx marketing studies. | Yes | No | N/A | N/A |
| Brussler, Charles | Merck employee | Professional rep | Professional rep in White Plains area. Has several "Macro Tactical Plans" in his file and a very entertaining document entitled the "Vicious Vioxx Victory Vendetta File" (re: Andrew Whelton and Celebrex). | Yes | No | 11/22/05 | No |
| Bryan, MD, Foster Curtis | Fact witness (case specific) | --- | Treater in the Barnett case | N/A | No | 6/6/06 | N/A |
| Buckholz, Molly | Third party/DDB /Ogilvy | Account director | Employed by third party agencies that managed Merck's advertising | Ogilvy/ DDB production | No | 3/14/06 | N/A |
| Buckingham, Felicia | Fact witness (case specific) | --- | Custodian of medical records for MO case | N/A | N/A | 6/20/06 | N/A |
| Buckley, MD, Ralph | Fact witness (case specific) | --- | Treater in the Wells case (NJ) | N/A | N/A | 8/25/05 | N/A |

| Name | Category | Title(s)[1] | Role in Vioxx case | Custodial file produced?[2] | Interviewed for Martin Report? | Deposition testimony? | Trial testimony?[3] |
|---|---|---|---|---|---|---|---|
| Bull, MD, Jonca | FDA | Director, Office of Drug Evaluation V, Office of New Drugs, Center for Drug Evaluation and Research, FDA<br><br>Acting Director, Div. Of Anti-Inflammatory, Analgesic and Opthalmalogical Drug Products, OND, CDER, FDA | Took over this FDA division (which had responsibility for Vioxx), from DeLap around 2000.<br><br>In a Sept 27, 2001 email exchange between medical officers at the FDA just prior to presenting their proposed Vioxx label to Merck, Bull wrote "I would like to have as many 'big guns' at this meeting for two reasons: one for process in order to pre-empt 'going up the chain''; the second is strategic to present a united regulatory front and get done what needs doing. I agree the hour is late and it is time to move to getting the safety message out in our official capacity, i.e. the drug label. There are a lot of cooks stirring the pot....so let's get moving." *(See FDACDER 034119-20).* | FDA producti on | No | N/A | N/A |
| Bunch, MD, Frank Thomas | Fact witness (case specific) | --- | Treating physician in the Wells case (NJ) | N/A | N/A | 8/25/05 | N/A |
| Burton, MD, Joseph Lawson | Fact witness (case specific)/ Plaintiff's expert witness[28] | --- | Pathologist who performed autopsy in the Rogers case. Also served as plaintiff's expert witness in the Irvin (Plunkett) case. | N/A | N/A | 3/22/05 | N/A |
| Bushnell, Dan | Merck employee | Business Planning and Market Research | Along with Nahn Chung and Bebek Bazami did work on Vioxx pricing before the launch of the drug (see MRK-AOC0016084) | No | No | N/A | N/A |
| Butler, MD, James | Fact witness (case specific) | --- | Treater in the Elias Diaz case (MDL) | N/A | N/A | 2/8/06 | N/A |
| Buttala, Michael | Merck employee | Senior Promotion Manager ("Vioxx/ethical"), USHH<br><br>Specialty Support Manager, US Human Health | Relatively mid- level player in the marketing department. Worked under Rick Roberts and Charlotte McKines | Yes | No | No | No |
| Bynum, Jonathan | Merck employee | Sales rep | Sales rep | No | N/A | 8/25/04 | N/A |