*In re: Vioxx Litigation*

## Cast of Characters

*Ital = Key individuals*

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed for Martin Report? | Deposition testimony? | Trial testimony? |
|------|----------|----------|--------------------|--------------------------|-------------------------------|----------------------|------------------|
| Califf, MD, Robert M | Merck consultant | Duke University Professor, Vice Chancellor for Clinical Research | Merck consultant and expert on drugs and cardiovascular disease (cardiologist). Participated in Oct 18 2000 consultant meeting for VIGOR. Reviewed and critiqued Merck's background package for the FDA Advisory Meeting. On Merck's list of "preferred" external speakers (see MRK-AFI0015160 at 65).<br><br>Has served on the cardio-renal advisory panel of the FDA as well as the IOM. | Yes | No | N/A | N/A |
| Callahan, PhD, Leigh | Third party | Associate Professor of Orthopedics, Medicine and Social Medicine Thurston Arthritis Research Center University of North Carolina Chapel Hill | Member of the 2001 FDA Advisory Committee that reviewed VIGOR | No | No | N/A | N/A |
| Campbell, Mar | Plaintiff | | Plaintiff in a NJ state action. | N/A | N/A | 8/30/05 | N/A |
| Campbell, Michael Shane | Merck employee | Market research, Business analysis and Decision support | Precise role unclear at present but appears to have worked generally on marketing messages/communications/market research and DTC advertising. Also appears to have worked with Susan Baumgartner. | Yes | No | N/A | N/A |

*Kline and Specter, PC*
*Attorney Work Product -- Privileged and Confidential—DO NOT PRODUCE*

**KS-001038**

*In re: Vioxx Litigation*

**Cast of Characters**

*Red = Key individuals*

| Name | Category | Title(s) | Role in Vioxx case | Custodial file Produced? | Interviewed Per Martin Report? | Deposition testimony | Trial testimony |
|---|---|---|---|---|---|---|---|
| Cannell, MD, Thomas | Merck employee | Executive Director, Arthritis & Analgesic FBG | Headed Vioxx promotion and sales, working for Wendy Dixon<br><br>Dep. testimony makes the following points:<br>• Admits that drug companies have an obligation to communicate honestly and fairly—lives depend on it.<br>• Core messages did not include CV risks<br>• CV risks were seen as an obstacle.<br><br>Has noted that "nothing [was] more important to Merck than beating Pfizer." (See 1.1489) | Yes | No | 12/15/05 | By Video<br>--Barnett (MDL)<br>--Smith (MDL)<br>--Arrigale (CA)<br>--Mson (MDL) |
| Cannon, Gillian | Merck employee | Senior Business Director, Carolina Region | Summarizes Merck's massive PR response to Topol article (See 1.1756)<br><br>Appears to have played a role in marketing and obtaining managed care accounts | Yes | No | N/A | N/A |
| Cannon, MD, Christopher | Merck Consultant | Associate Professor, Harvard Medical School; Senior Investigator, TIMI group, Brigham & Women's Hospital | Cardiologist at Harvard who was to be the lead investigator on the VALOR study before Merck cancelled it.  Also served as a Merck consultant; reviewed the Merck presentation for the 2005 FDA Advisory Meeting. | No | No | N/A | N/A |
| Cannon, MD, Richard | Third Party | National Institute of Health | NIH scientist and invited member of the 2005 FDA Joint Advisory Committee on Cox-2s and CV risks | No | No | N/A | N/A |

*Kline and Specter, PC*
*Attorney Work Product -- Privileged and Confidential—DO NOT PRODUCE*

KS-001039

*In re: Vioxx Litigation*

**Chart of Characters**

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed For Martin Report? | Deposition? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Cannuscio, Sc.D. Carolyn C. | Merck employee | Epidemiologist | Merck-employed junior epidemiologist who worked with Jerry Avorn and Dan Solomon on the COX-2 epidemiologic study which found an increased risk of MI for Vioxx compared to Celebrex. Despite having been intimately involved in the protocol and conduction of the study, Merck "disagreed" with the results and Cannuscio was asked by her supervisor Nancy Santanello to take her name off of the paper before it was published in *Circulation*. (See *Circulation 2004; 109, 2068-2073*) (see also, Avorn, Solomon, and Santanello).<br><br>Because these events happened so close to press time, in an initial version published on the web, Dr. Cannuscio is listed as an author. (See 1.1729). In the final version of the article, she is acknowledged in a footnote as an unnamed epidemiologist.<br><br>Declined to be interviewed for the "Martin Report" | Yes | No | 10/8/04 | By Video<br>--Barnett (MDL),<br>--Dedrick (MDL),<br>--Irvin II (MDL),<br>--Smith (MDL),<br>--Schwaller (IL) |
| Cannupp, Charles | Merck employee | Professional rep | Professional rep in the Kozic case in FL | No[29] | No | 4/27/06 | N/A |
| Capizzi, Thomas | Merck employee | Senior Director, Clinical Biostatistics & Research Decision Sciences | Blinded VIGOR statistician.<br><br>Along with Deborah Shapiro and Jennifer Ng, Capizzi had input into clinical trial design and results assessment at senior level. Questioned Reicin in Jan 2000 as to why they were changing the plan to examine the CV results in all studies to examining the CV results in the VIGOR study separately (learned that it was at the request of the DSMB). | Yes | No | N/A | N/A |
| Carabasi, MD, Anthony | Fact witness (case specific) | -- | Treater in the Cona case | N/A | N/A | 1/12/06 | N/A |
| Carides, PhD, George | Merck employee | Unknown at this time | With James Pellissier, performed a study of hospitalization costs associated with Vioxx thrombotic cardiovascular SAEs v. placebo. | No | No | N/A | N/A |

Last modified on 8/3/2007 at 8:29:43 AM

Kline and Specter, PC
Attorney Work Product -- Privileged and Confidential—DO NOT PRODUCE

**KS-001040**

*In re: Vioxx Litigation*

## Cast of Characters

Red = Key individuals

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed For Mattno Report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Carroll, J. Martin ("Marty") [image] | Merck employee | VP Primary Care and Managed Care Sales | High level marketing exec that was in charge of the sales reps. Dep. includes the following points: • CV card used with doctors to address btl risks, and used studies that FDA was critical of. • Addresses the Long Range Operating plan and how the difference between a warning v. precaution would results in loss of 1 billion in sales. • 2001 profit plan—$937M loss if unable to neutralize safety concerns • Pill splitting represented a revenue threat to Merck • Battle against Celebrex CRITICAL to Merck since multiple patents expiring. MDL dep, cut is a tight 43 minutes, gets in critical Long Range planning doc and other good hits with NO DIRECT EXAM by Merck. | Yes | No | 10/27/05 | By tape --Irvin II --Schwaller |
| Carter, MD, Joye | Plaintiff Expert[20] | Former CME for Harris County, TX and Wash DC | Plaintiff forensic expert in the Stubblefield case | N/A | N/A | N/A | N/A |
| Casey, MD, Kathleen | Fact witness (case specific) | --- | Treater in the Williams-McRae case (NJ) | N/A | N/A | 2/7/06 | N/A |
| Caskey, MD, William | Fact witness (case specific) | --- | Treater in the Doherty case (NJ) | N/A | N/A | 4/5/06; 5/16/06 | N/A |
| Casola, Thomas M. | Merck employee | Executive director, Office of Medical/Legal, US Human Health | Helped to manage Merck's remedial measures to the 2001 FDA warning letter (sent out Dear Healthcare Provider letters to those who attended the conferences in question).  Also communicated with FDA's DDMAC on behalf of Merck. | Yes | Yes | 5/21/03; 6/24/04 | N/A |
| Cassell, Deborah | Merck employee | Unknown at this time | Precise role unclear, but appear to have been involved in the Medical School Grant Program | Yes | No | N/A | N/A |
| Cistro, Andrea | Merck employee | Unknown at this time | Appears to have been part of the sale force—region and precise level unknown at this time. | Yes | No | N/A | N/A |

KS-001041

*In re: Vioxx Litigation*

## Cast of Characters

Red = Key individuals

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed for Martin report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Catalano, Donald | Merck employee | Director of Global Network Operations | Responsible for the day-to-day maintenance and care of the data network, global data network, and the voice mail infrastructure of Merck in the US. | Yes | No | 9/6/06 | N/A |
| Catella-Lawson, MD, Francesca | Merck consultant turned Merck employee | Associate Director, Clinical Research, Gastrointestinal Group, Clinical Science, MRL. Assistant Professor, Department of Medicine University of Pennsylvania | Primary author of the publication of the 023 protocol (*JPET 1999, 289(2) 735-741*). Has worked in academic setting with Garrett Fitzgerald for years, and is married to another one of his protégés, John Lawson. Is a co-author on the study with Fitzgerald that showed that acetaminophen has properties that exhibit Cox-1 and Cox-2. This study is key to responding to Merck's argument that Tylenol also depresses prostaglandin metabolites in urine (see cross-examination modules). Left acatemia for a position with Merck in early 2001. | Yes[1] | Yes | N/A | N/A |
| Cates, Barbara | Plaintiff | --- | Plaintiff in a NJ state action | N/A | N/A | 9/16/05 | N/A |
| Cates, L.O. | Plaintiff | --- | Plaintiff in a NJ state action | N/A | N/A | 9/16/05 | N/A |
| Celermajer, MD, David | Defense expert | Professor of Cardiology, University of Sydney | Cardiology defense expert with special interest in endothelial pathophysiology. Proffered as a general causation expert. | N/A | N/A | 5/20/07 | N/A |
| Cender, Russell | Merck employee | Assistant Medical Program Coordinator | Precise role unclear at this time, but he appears to performed a variety of administrative duties with respect to collection of CV adverse event data from investigator sites. May have also been a contact person for study coordinators at investigator site to obtain study materials, documents, etc. | Yes | No | N/A | N/A |

Kline and Specter, PC
Attorney Work Product -- Privileged and Confidential—DO NOT PRODUCE

**KS-001042**

*In re: Vioxx Litigation*

## Cast of Characters

Red = Key individuals

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed Per Martha Reports? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Chaikin, MD, Michael L. | Plaintiff expert[21] | --- | Plaintiff expert in the Artigile case | N/A | No | 6/7/06 | N/A |
| Chaireau, MD, Bernard R. | Merck consultant | Professor of Medicine, Department of Cardiology, St. Louis University | Merck consultant and member of the cardiology adjudication committee. In a recent article published in NEJM, he reported his conflicts as follows: consulting fees from CV Therapeutics, Merck, and Bayer; lecture fees from Pfizer, AstraZeneca, and CV Therapeutics; and grant support from Pfizer, CV Therapeutics; and Sanofi-Aventis; | No | No | N/A | N/A |
| Chen, Chi-Chung | Merck employee | Merck Frosst | Merck Frosst scientist who did early work on Vioxx | No | No | N/A[23] | N/A |
| Chang, MD, David | Merck employee | Associate Director, Clinical Development Program | Worked with Greg Geba in the Clinical Development Program (studies done in the marketing arm of Merck). | Yes | No | N/A | N/A |
| Chapman, MD, John | Fact witness (case specific) | --- | Treating physician in Brazil/etc. case in NJ | N/A | N/A | 1/12/06 | N/A |
| Clanret, PhD, Natalatie | Merck employee | Merck Frosst, Canada | Merck Frosst scientist who did some early work on Vioxx compound (and analog) and is co-author on some of the early biochem/pharma papers. | Yes | No | N/A | N/A |
| Chen, Erhuo | Merck employee | Unknown | Statistician who worked on protocols 169, 112 and 116. Prepared reports investigating the renal/vascular AEs in these studies and noted more renal/vascular events with patients on Vioxx v. Celebrex (P112 and P116 were comparison studies with Celebrex that were available at the time of label negotiations, but not sent to the FDA until after label negotiations). | Yes | No | N/A | N/A |
| Chen, Pei-Yun | Merck employee | ? Statistician, CBARUS, MRL | Precise role unclear at this time, but appears to have dialed in the preparation of KM plots and various analyses for multiple studies. File also appears to contain some VICTOR documents | Yes | No | N/A | N/A |

*Kline and Specter, PC*
*Attorney Work Product -- Privileged and Confidential—DO NOT PRODUCE*

KS-001043

*In re: Vioxx Litigation*

Cast of Characters

*Red = Key Individuals*

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed For Martin Report | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Chen, PhD, Joshua | Merck employee | Statistician, CBARDS, MRL | Prepared critical mortality analyses on interim Alz data (see 1.0079) that showed significant disparity in all-cause mortality between Vioxx and placebo.   These data analyses were not sent to FDA. | Yes | No | N/A | N/A |
| Chitty, Dawn | Merck employee | Regulatory Writer, WW Product Labeling Group | Writer/drafter of label language. File contains drafts of label in progress, as well as communications with FDA re: labeling.  Appears to have been a point/contact person for the Worldwide Product Labeling team. | Yes | No | N/A | N/A |
| Chung, MD, Winston | Fact witness (case specific) | --- | Treating physician in the Arrigale case (CA) | N/A | N/A | N/A | N/A |
| Chung, Nohn | Merck employee | Marketing and Business Analysis | Along with Bebek Buzmi and Dan Bushnell, did work on Vioxx pricing before the launch of the drug (see MRK-AOC0016084) | No | No | 5/30/06 | N/A |
| Cifelli, Sam | Merck employee | Regulatory Writer, WW Product Labeling Group | Worked with Dawn Chitty.   File also contains memos, emails re: various drafts of the label. | Yes | No | N/A | N/A |
| Clark, Richard | Merck executive | CEO (2005-present); President, Merck manufacturing (2003-2005); Chairman and CEO, Merck Medco/Medco Health Solutions (2000-2003) | Member of the Management Committee.   Took over control of the company (as CEO) in spring of 2005 from Raymond Gilmartin. At time of withdrawal, authorized destruction of millions of dollars of the product. | Yes | No | N/A | N/A |
| Chaveau, David | Merck employee | Merck Frosst | Merck Frosst scientist who worked on early Vioxx lab studies. | Yes | No | N/A | N/A |

Kline and Specter, PC
Attorney Work Product -- Privileged and Confidential—DO NOT PRODUCE

KS-001044

*In re: Vioxx Litigation*

**Cast of Characters**

Red = Key Individuals

| Name | Category | Title(s) | Role in Vioxx case | Custodial produced? | Interviewed for Fact Matrix Report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Cleland, MD, Leslie G | Plaintiff expert[M] | Director of Rheumatology, Royal Adelaide Hospital, Adelaide, Australia | Rheumatologist who worked for Merck as an investigator with some early Vioxx trials. Multiple publications on Cox-2 inhibitors and their mechanisms of action (e.g. ..."Cox-2 inhibition and Thrombotic Tendency: A Need for Surveillance" MJA 2001 and "Cyclooxygenase Inhibitors, What Went Wrong?" Curr Opin. Clin. Nutri. Metabolic Care 2006). | N/A | No | Discovery --5/31/06, Trial pres. --5/8/2007 | N/A |
| Clement, Durban | Merck employee | ? Medical Services | Role unclear. Appears to have worked in Medical Services | Yes | No | N/A | N/A |
| Coates, MD, Joann | Fact witness (case specific) | --- | Treating physician in the Anderson case (Choctaw tribal case) | N/A | N/A | 4/27/06 | N/A |
| Coffer, Larry | Merck employee | ? Sales | ? Sales. Deposed in the TX marketing case | N/A | N/A | 11/1/01 | N/A |
| Cohen, MD, Eric | Fact witness (case specific) | --- | Treating physician in Crook case (Ala state court) | N/A | N/A | 6/21/06 | N/A |
| Cohn, MD, Jerome D | Defense cardiology expert | Professor of Internal Medicine, Division of Cardiology, St. Louis University | Merck case-specific expert. Very charismatic and credible. Long-time Merck and Vioxx advocate even before the drug was pulled from the market. Testified that Vioxx does not increase risk of a Thromboembolic event, and there is no proof of a causal link between Vioxx and MIs. Tries to confuse jury with subtle distinctions in definitions of "association," "causality" and "increased/06 risk." | N/A | No | 8/17/06, 1/10/07 | Live --Schwaller (IL) |
| Cohn, Dosinda | Merck employee | Unknown at this time | Precise role unclear but appears to have played a role at Merck with coordination of the VIP study. Custodial file contains details re: CV adjudication packages, for the VIP trial. | Yes | No | N/A | N/A |
| Cohn, Judith | Merck employee | Unknown at this time | Precise role unclear. Custodial file contains memos and agendas relating to the Vioxx project team and publications task force. | Yes | No | N/A | N/A |

*Kline and Specter, PC*
*Attorney Work Product -- Privileged and Confidential--DO NOT PRODUCE*

KS-001045

*In re: Vioxx Litigation*

## Cast of Characters

Red = Key individuals

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed for Martin report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Colbert, Celia | Merck executive | Vice President, Secretary and Assistant General Counsel | Recorded minutes at Board of Directors meetings. Interviewed for the Martin report. Role unclear. | No | Yes | N/A | N/A |
| Collie, Donna | Fact witness (case specific) | --- | Daughter of plaintiff Donald Atkins (NJ state case) | N/A | N/A | 12/21/05 | N/A |
| Collins, Ronald | Plaintiff | --- | Plaintiff in a NJ state action | N/A | N/A | 10/20/05 | N/A |
| Collins, Rory | Merck consultant | Professor of Medicine, Oxford University | Epidemiological and statistical expert who believed that the VIGOR results might be a chance effect. Participated in Oct 18, 2000 consultants meeting | No | Yes | N/A | N/A |
| Collins, Tina | Fact witness (case specific) | --- | Spouse of plaintiff Ronald Collins (NJ case) | N/A | N/A | 10/20/05 | N/A |
| Collthorp, MD, William | Fact witness (case specific) | --- | Treater in the Dedrick (MDL) case | N/A | N/A | 9/13/06 | N/A |
| Comer, Dennis Valdy | Plaintiff | --- | Plaintiff in TX case | N/A | N/A | 5/25/06 | N/A |
| Comer, Ruby Joyce | Plaintiff | --- | Plaintiff in TX case | N/A | N/A | 5/25/06 | N/A |
| Conn, Jackie | Fact witness (case specific) | --- | Fact witness in the Conn (NJ) case | N/A | N/A | 1/13/06 | N/A |
| Conn, Joyce | Plaintiff | --- | Plaintiff in a NJ action | N/A | N/A | 1/3/06 | Conn/McDerby |
| Conn, Thomas | Plaintiff | --- | Plaintiff in a NJ action | N/A | N/A | 1/3/06 | Conn/McDarby |
| Connell, Michael Thomas | Fact witness | --- | Fact witness in the Kozic case in FL state court | N/A | N/A | 1/10/06 | N/A |

Kline and Specter, PC
Attorney Work Product -- Privileged and Confidential—DO NOT PRODUCE

KS-001046

*In re: Vioxx Litigation*

*Cast of Characters*

*Red = Key individuals*

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed for Martin Report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Connors, Laurine | Merck employee | Senior Medical Programs Coordinator, Pulmonary-immunology, MRL | Precise role unclear, but appears to have worked on setting up the Vioxx CV outcomes study with DiBattiste | Yes | No | N/A | N/A |
| Cook, John | Merck employee | Executive professional rep | High level sales rep in the Lemmon case in NJ | No[35] | No | 11/22/05 | N/A |
| Cook, John | Merck employee | Senior Director, Scientific Staff, Health Economic Statistics, CBARDS | Appears to have been involved with sales to hospital based groups | Yes | No | N/A | N/A |
| Cook, Melvin | Fact witness (case specific) | --- | Fact witness in the Atkins case in NJ | N/A | N/A | 12/20/05 | N/A |
| Cook, Thomas J | Merck employee | Clinical Biostatistics, MRL | Statistician who appears to have worked on the APPROVe extension data | Yes | Yes | N/A | N/A |
| Coppola, Linda | Merck employee | Marketing Manager, A&A Franchise Business Group | Custodial file is a rich source of market plans and research, including message testing, and tracking of attitudes, awareness and trends among physicians. | Yes | No | N/A | N/A |
| Corum, Psy.D., Gregory | Merck consultant | Principal, Corum & Associates | Owns a communications firm that consults primarily with the pharma industry; Merck was one of his clients. Worked with Merck attorneys to help them 'communicate better.' Did media preparation, how to deliver their message in a concise and effective way. Trained as a psychologist, his website touts that he can help clients "[apply] psychology to communications." | N/A | No | 11/14/05 | N/A |
| Costantini, DO, Peter | Fact witness (case specific) | --- | Treater in the Levinson (NJ) case | | | | |
| Counihan, Patrick J | Merck employee | Unknown at this time | Precise role unclear, but appears to have been part of the managed care team. | Yes | No | 9/26/05 | N/A |
| Courtade, MD, Daniel | Fact witness (case specific) | --- | Treater in the Smith case (MDL) | N/A | N/A | 6/26/06 | N/A |
| Cramer, Charles | Plaintiff | --- | Plaintiff in the case | N/A | N/A | 12/08/05 | N/A |

Rline and Specter, PC
Attorney Work Product -- Privileged and Confidential--DO NOT PRODUCE

**KS-001047**

*In re: Vioxx Litigation*

Cast of Characters

*Bold = Key individuals*

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed for Martin Report? | Deposition testimony | Trial testimony |
|---|---|---|---|---|---|---|---|
| Crawford, John | Plaintiff | -- | Plaintiff in a NJ case | N/A | N/A | N/A | N/A |
| Crawford, PhD, MPH, Stephanie | Third party | Associate Professor, College of Pharmacy, University of Illinois | Sitting member of the FDA Drug Safety and Risk Management Committee and member of the 2005 FDA Joint Advisory Committee on Cox-2s and CV risk. Conflicts include research for Sandoz in the late 1990s.[36] | No | No | 11/4/05 11/5/05 | N/A |
| Crisciatello, MD, Arnold | Fact witness (case specific) | -- | Treater in the McDuffy case (NJ) | N/A | N/A | N/A | N/A |
| Crumlish, Wanda | Merck employee | Dept of Biochemistry and Molecular Biology, Merck Frosst | Merck Frosst biochemist that did some early Vioxx lab work, and is author on some of the early lab studies. | Yes | No | 2/18/06 | N/A |
| Crook, Jeffrey | Plaintiff | -- | Plaintiff in an Alta state action | N/A | N/A | N/A | N/A |
| Crothers, William | Fact witness | -- | Fact witness in the McFarland (NJ) case | N/A | N/A | 6/6/06 | N/A |
| Cryer, MD, Byron | Merck consultant | Department of Gastroenterology, Dallas VA Medical Center  University of Texas Southwestern Medical School in Dallas. | Gastroenterologist, Merck consultant, and non-voting member (as well as presenter) of the 2005 FDA Joint Advisory Committee on Cox-2s and CV risk. Also non-voting member of the 2001 FDA Advisory Committee that reviewed VIGOR.  Received grant from Merck to perform a study on Vioxx.  On Merck's list of "preferred" external speakers (see MRK-AFI0015160 at 65).  Merck classified Cryer as a "strong advocate" (see MRK-AFI0072491)  Other conflicts include consulting and speaking fees for Merck, Pfizer and Searle. | No | No | 2/14/06 | N/A |

*Kline and Specter, PC*
*Attorney Work Product -- Privileged and Confidential—DO NOT PRODUCE*

*Last modified on 8/23/2007 at 8:29:43 AM*

**KS-001048**

*In re: Vioxx Litigation*

## Cast of Characters

*Red = Key Individuals*

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed Ron Martin | Report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|---|
| Curfman, MD, Gregory | Third party | Cardiologist and Executive Editor of the New England Journal of Medicine; Harvard faculty | One of the most senior editors at the New England Journal of Medicine. Involved in the editing of the VIGOR and APPROVe manuscripts.<br><br>During his first deposition (11/21/05) was shown internal Merck documents that revealed that the Merck authors of the VIGOR paper (Shapiro, Reicin) became aware in July 2000 that three more MIs had occurred in the Vioxx group than were revealed in the manuscript.   The manuscript had still yet to be accepted and was undergoing revisions at this time, yet Reicin and Shapiro failed to include them in the paper, and did not inform the non-Merck authors of them at that time.   Following the paper's acceptance (with the incomplete data—known only to Reicin and Shapiro), Merck then released the information about the 'extra' MIs.  The NEJM editors became aware of these MIs in 2001, but had assumed this data was not available at press time.   It was only in 2005 through his deposition being taken in the context of this litigation that the NEJM became aware that the adverse events at issue were available to Merck prior to press time.<br><br>It was following this revelation that the NEJM placed an "Expression of Concern" on the VIGOR article.   The editors gave the authors a chance to respond, but felt the response from both the Merck authors and non-Merck authors was inadequate to alleviate their concerns and lift the "Expression of Concern."  The "Expression of Concern" was then "Reaffirmed" by the NEJM editors (including Dr. Curfman) in a blistering piece in the NEJM   Merck consistently tries to frame these events in such a way as to put the blame on the NEJM (and shift attention away from their actions).<br><br>Trained as a cardiologist; currently faculty at Harvard Medical School. | Mass Med Society production | No |  | 11/21/05; 1/24/06; 1/17/07 | By Video –Smith (MDL) Hermans/Hausston II |
| Curtis, Linda | Fact witness (case specific) | --- | Fact witness in the Klug (NJ) case. | N/A | N/A |  | 4/4/06 | N/A |
| Curtis, MD, Sean | Merck employee | Director, Clinical Research, MRL | Involved in some of the Vioxx and Arcoxia clinical trials.  Was co-author on the publication of some of the OA studies | Yes | No |  | N/A | N/A |

Attorney Work Product—Privileged and Confidential—DO NOT PRODUCE

*Last modified on 8/32007at 8:29:43 AM*

**KS-001049**

*In re: Vioxx Litigation*

*Cast of Characters*

*Red = Key individuals*

| Name | | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed For Martin Report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|---|
| Curtis, Sherry | | Fact witness (case specific) | --- | Fact witness in the Dedrick case (MDL). | N/A | N/A | 9/26/06 | N/A |
| Cush, MD, John J | | Third party | Chief, Division of Rheumatology and Clinical Immunology, Presbyterian Hospital of Dallas; Clinical Professor of Internal Medicine, University of Texas Southwestern Medical Center, Dallas, Texas | Sitting member of the FDA Arthritis Advisory Committee, and sat on the 2005 FDA Joint Advisory Committee on Cox-2s and Cardiovascular risks. Received research grants from Abbott, Amgen/Wyeth, Avenis, Centocor, IDEC/Genentech, Isis Pharmaceuticals.   Served as a consultant to Abbott, Amgen/Wyeth, Avenis, Centocor, Genentech, Novartis, Pfizer, Prometheus and Taji (Source:  Center for Science in the Public Interest).[37] | No | No | N/A | N/A |
| D'Agostino, Ph.D, Ralph | | Third party | Professor of Mathematics/Statistics and Public Health, Boston University | Statistician and co-Investigator on the Framingham study.  Also invited consultant who sat on the 2005 FDA Joint Advisory Committee on Cox-2s and CV risk and voted against reinstating Vioxx to the market.  Like Nissen, was very concerned about the lack of ITT data available. Hired by Debevoise as statistician for the Martin report. Conflicts include—Held an interest in pharma companies that required a full waiver before he could take a seat on a 1998 (non cox2) Advisory panel, and sat on advisory boards of two pharma companies.[38] | No | No | N/A | N/A |
| Daly, DO, Stephen | | Fact witness (case specific) | --- | Treater in the Coita (NJ) case | N/A | N/A | 1/4/06 | N/A |
| Daniels, MD, Brian | | Merck employee | Senior Director, Clinical Research, Pulmonary-Immunology Group, MRL | Trained in Internal Medicine and Rheumatology.   Worked under Both Seidenberg on the Vioxx Clinical Development Program—left shortly after site did in 2000. Named author on publication of protocols 034, 035, 040. Currently working for Bristol-Myers Squibb. | Yes | Yes | 10/20/04 | N/A |

*Kline and Specter, PC*
*Attorney Work Product -- Privileged and Confidential—DO NOT PRODUCE*

**KS-001050**

*In re: Vioxx Litigation*

## Cast of Characters

Red = Key individuals

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed For Martin Report | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Danning, Dr. Carol | Fact witness (case specific) | --- | Treater in the Schrader case (NJ) | N/A | N/A | 8/17/05 | N/A |
| David, Johnny Lee | Plaintiff | --- | Plaintiff in a NJ case | N/A | N/A | 5/15/06 | N/A |
| Davis, MD, Donald | Defense expert witness | Director, Department of Gastroenterology, City of Hope Medical Center | Defense expert named in the Grossberg, Mason and Smith cases.   Report addresses issues of chronic pain, NSAIDS complications—testifies as to "risk-benefit." | N/A | N/A | 6/6/06 9/15/06 | N/A |
| Doy, PhD., Ruth | Third party | Professor, Department of Psychology, Duke University | Sitting member of the FDA Drug Safety and Risk Management Committee and member of the 2005 FDA Joint Advisory Committee on Cox-2s and CV risk. Conflicts include being a consultant for Glaxo[35] | No | No | N/A | N/A |
| Deni, Steven Wayne | Fact witness (case specific) | --- | Fact witness in the Kozic case (FL) | N/A | N/A | 1/10/06 | N/A |
| Dearolf, MD, Walter | Defense expert | Private practice, orthopedics, Philadelphia | Orthopedic surgeon who served as a defense expert in the McDurby case | N/A | N/A | 2/22/06 3/21/06 | N/A |
| DeBaio, Barbara | Fact witness (case specific) | --- | Fact witness in the Grossberg (CA) case | N/A | N/A | 6/28/06 10/30/06 | N/A |
| DeButcher, MD, Thomas D. | Defense cardiology expert | Private Practice | Currently in private practice of cardiology in TX, but has background in prostacyclin research | N/A | N/A | 6/20/06 | N/A |
| DeBelle, Gail | Fact witness (case specific) | --- | Fact witness in the McFarland (NJ) case | N/A | N/A | 2/23/06 | N/A |
| Dedrick, Anthony | Plaintiff | --- | Plaintiff | N/A | N/A | 9/7/06 | N/A |

Kline and Specter, PC
Attorney Work Product -- Privileged and Confidential—DO NOT PRODUCE

Last modified on 8/3/2007 at 8:39:43 AM

KS-001051