*In re: Vioxx Litigation* *Cast of Characters* *Red = Key individuals*

| Name | Category | Title(s)[1] | Role in Vioxx case | Custodial file produced?[2] | Interviewed For Martin Report?[3] | Deposition testimony? | Trial testimony?[4] |
|---|---|---|---|---|---|---|---|
| Roy, PhD, Sophie | Merck employee | Research Fellow, Department of Biochemistry and Molecular Biology, Merck Frosst | Basic science researcher who worked on NO-Coxib program, also assisted with preparations for 2005 FDA advisory committee | Yes | No | N/A | N/A |
| Rubenstein, MD, Michael | Fact witness (case specific) | — | Treater in the Capewell (NJ) case | N/A | N/A | 9/28/05 | N/A |
| Rue, Denise | Merck employee | Clinical Neuroscience/Clinical Development | Early documents in custodial file indicate she worked with Greg Geba in Clinical Development. Later documents indicate involvement in Alz studies (precise role unclear at this juncture). Also did some work on Arcoxia. | Yes | No | N/A | N/A |
| Ruff, Tim | Merck employee | Senior Director, Worldwide Human Health Marketing Division | File contains documents related to pricing, business plans, how to grow Vioxx market share. | Yes | Yes | N/A | N/A |
| Ryan, Alice | Fact witness (case specific | — | Fact witness in the McDarby (NJ) case | N/A | N/A | 1/6/06 | N/A |
| Saltman, Thomas M | Merck executive | Unknown | Precise role unclear. Very thin custodial file contains a few emails addressed to the Vioxx executive committee. Also contains a personal note to Reicin thanking for her for all her work supporting the product, including the decision to let it go, and several emails from the time of the withdrawal complaining that he was "worn out" and exhausted. | Yes | No | N/A | N/A |
| Sames, Doris | Plaintiff | — | Plaintiff in a NJ action | N/A | N/A | 8/18/05 | N/A |
| Sames, Jay | Plaintiff | — | Plaintiff in a NJ action | N/A | N/A | 8/18/05 | N/A |
| Sampson, PhD, Allan | Third party | Department of Statistics, University of Pittsburgh, | Invited to sit on the 2001 FDA Advisory Committee on VIGOR | No | No | N/A | N/A |
| Sandler, MD, Gary | Plaintiff expert[19] | Adjunct Professor of Medicine, Section of Cardiology, Tulane University | Plaintiff case specific cardiology expert who served reports in the Mason and Smith cases (MDL) | N/A | N/A | 8/15/06<br>9/5/06 | Mason |

*Kline and Specter, PC*
*Attorney Work Product — Privileged and Confidential—DO NOT PRODUCE*

*Page 128 of 169*
*Last modified on 8/3/2007at 8:29:43 AM*

KS-001138

| Name | Category | Title(s)[1] | Role in Vioxx case | Custodial file produced?[2] | Interviewed For Martin Report? | Deposition testimony? | Trial testimony[3] |
|---|---|---|---|---|---|---|---|
| Sandler, MD, MPH, Robert | Merck consultant | Professor, Cancer Epidemiology, Cancer Prevention and Control, UNC (Chapel Hill) | Merck consultant, co-author on the APPROVe paper | No | Yes | N/A | N/A |
| Sandridge, Melinda | Merck employee | † Professional rep | † Professional rep | Yes | No | N/A | N/A |
| Santanello, Nancy | Merck employee | Senior Director, Epidemiology Group, Biostatistics and Research Decision Sciences, MRL | Senior level epidemiologist. Also, Carolyn Cannuscio's boss and the senior Merck official who had Cannuscio's name removed from the final *Circulation* paper she worked on with Jerry Avorn and Dan Solomon. (see Avorn, Cannuscio, and Solomon).<br><br>Merck has brought Santanello into several trials as a corporate rep. | Yes | Yes | 08/10/04<br>12/22/04 | Live<br>—Ernst (TX)<br>—Garza (TX)<br>—Albright (AL)<br>—Schwaller (IL) |
| Sassower, Dr. Michael | Plaintiff expert[illegible] | — | Cardiology case specific expert in Cona (NJ) | N/A | N/A | 2/16/66 | N/A |
| Saul, Stephen | Merck employee | † Professional rep | † Professional rep | Yes | No | N/A | N/A |
| Schechter, Adam | Merck employee | Executive VP, Arthritis and Analgesic FBG (Franchise Business Group)<br><br>Head of Worldwide New Products Marketing | ROG answers describe that he had "significant" responsibility for the promotion of Vioxx and "primary" responsibility for the advertising of Vioxx from November 2001 to February 2003.[114] | Yes | Yes | 09/13/02<br>09/23/04<br>12/15/04 | N/A |

KS-001139

In re: Vioxx Litigation
Cast of Characters
Red = Key individuals

| Name | Category | Title(s)[1] | Role in Vioxx case | Custodial file produced?[2] | Interviewed For Martin Report? | Deposition testimony? | Trial testimony[3] |
|---|---|---|---|---|---|---|---|
| Scheiman MD, James | Third party | University of Michigan | Gastroenterologist and "invited guest" to the 1999 FDA Advisory Committee that recommended approval for Vioxx.<br><br>On Merck's list of "preferred" external speakers (see MRK-AFI0015160 at 65).<br><br>Conflicts included acceptance of consulting fees from Smith Kline Beecham, Warner Lambert, and Wyeth Ayerst for development of education and marketing strategies.; and acceptance of speaking fees from Merck, Smith Kline Beecham, Wyeth Ayerst, Pfizer, and Searle. | No | No | N/A | N/A |
| Schirmer, Allisha | Fact witness (case specific) | — | Fact witness (daughter) in the Irvin case | N/A | N/A | 10/4/05 | Irvin |
| Schirmer, MD, Christopher | Fact witness (case specific) | — | Fact witness (son-in-law and treater) in Irvin case. | N/A | N/A | 9/6/05 | Irvin |
| Schmidt, George | Fact witness (case specific) | — | Fact witness in the Klug (NJ) case | N/A | N/A | 4/14/06 | N/A |
| Schnitzer, MD, PhD, Thomas | Merck consultant | Professor of Medicine, Northwestern University | Rheumatologist and Merck consultant who sat on Merck's Vioxx Inter-disciplinary Advisory Board. Also served as an investigator in OA trial and was a named author on the publication of protocols 010, 068, plus 106 and 150 (VACT studies).<br><br>Merck classified Schnitzer as a "strong advocate" (see MRK-AFI0072491) | No | No | N/A | N/A |
| Schrader, Michael | Plaintiff | — | Plaintiff in a NJ action | N/A | N/A | 10/12/05 | N/A |
| Schwab, MD, Richard | Defense expert | — | Pulmonary and critical care doc used by Merck as a case specific witness in the Cona/McDarby case | N/A | N/A | 2/24/06 | N/A |

Kline and Specter, PC
Attorney Work Product — Privileged and Confidential—DO NOT PRODUCE
Page 130 of 169
Last modified on 8/3/2007 at 8:29:43 AM

KS-001140

| Name | Category | Title(s)[1] | Role in Vioxx case | Custodial file produced?[2] | Interviewed For Martin Report? | Deposition testimony? | Trial testimony[3] |
|---|---|---|---|---|---|---|---|
| Schwartz, Pharm.D, Jules | Merck employee | Director, Scientific Staff, Clinical Pharmacology Group, MRL | Involved in some of the early clinical pharmacology studies—was named author on publication of protocols 003/004, 005, 028, 061, 075, 093, 101, 114 and 905. Named author on publication of the posters of 99, 100, and 107. | Yes | Yes | N/A | N/A |
| Scolnick, MD, Edward | Merck executive | President of Merck Research Laboratories (1994-2003) | Moody, erratic, and brilliant head scientist at Merck. Made a large share of the pivotal decisions about Vioxx and was seldom argued with. Author of some of the more interesting and expressive emails in this case, including the famous March 9, 2000 email where he wrote (upon seeing the VIGOR results for the first time) that the CV events were "clearly there." Later said he was in "Minor agony" over the results. Called the FDA scientists a bunch of "Grade D high schoolers," and threatened to "go upstairs" to FDA senior management to get the label he wanted. In another critical email, told other Merck executives that he would not sign off on any label that had a CV warning on it.<br><br>Despite having graduated from medical school, never actually completed a residency program.<br><br>A must read, must play, workhorse dep. cut that gets in 35-45 critical docs. | Yes | Yes | 03/19/01<br>01/20/03<br>03/22/03<br>04/29/05<br>05/17/05<br>06/01/05<br>08/16/05<br>08/30/06 | By Video<br>—Barnett (MDL)<br>—Dedrick (MDL)<br>—Doherty (NJ)<br>—Grossberg (CA)<br>—Humeston I (NJ)<br>—Irvin I (MDL)<br>—Irvin II (MDL)<br>—Smith (MDL)<br>—Albright (AL)<br>—Mason (MDL)<br>—Schwaller (IL) |
| Scott, Susan | Fact witness (case specific) | — | Fact witness in the Roush (NJ) case | N/A | N/A | 12/8/05 | N/A |
| Scully, Cynthia | Merck employee | Sales rep | Sales rep | No[117] | No | 2/3/06 | N/A |
| Seals, MD, Albert Allen | Fact witness (case specific) | — | Treater in the Williams-McCray case in NJ | N/A | N/A | 11/14/05 | N/A |

KS-001141

| Name | Category | Title(s)[1] | Role in Vioxx case | Custodial file produced?[2] | Interviewed For Martin Report? | Deposition testimony? | Trial testimony?[3] |
|---|---|---|---|---|---|---|---|
| Seidenberg, MD, Beth | Merck employee | VP, Immunology and Analgesia | Alise Reicin's immediate supervisor and one of the supervisors of the Vioxx program until her departure from Merck in early 2000 (before the VIGOR results were known). Named author on publications of protocol 010, 029, 040, 056, 066, 068, 072. | No | Yes | 10/07/04 | N/A |
| Self, MD, James | Fact witness (case specific) | — | Treater in the Rock case | N/A | N/A | 8/31/05 | N/A |
| Seligman, MD, Paul | FDA official | Director of Pharmacoepidemiology and Statistical Sciences, FDA | Graham's direct supervisor. Initial response to Graham's Kaiser study was positive, until fellow FDA powers-that-be started to attack it. Gave Merck a 'heads up' as to Graham's presentation of the data/poster at ISPE in Bordeaux, France in August 2004. Co-author of the 'Jenkins' memo (April 2005) re: "class effect" among NSAIDs. | FDA production | No | N/A | N/A |
| Seiler, CRNP, Ricky | Fact witness (case specific) | — | Treater in the Allgeier (NJ) case | N/A | N/A | 6/21/06 | N/A |
| Selwyn, PhD, Murray | Merck employee | Senior Director, Clinical Biostatistics, MRL | Role unclear. Majority of custodial file seems to be from the period post-withdrawal. | Yes | No | N/A | N/A |
| Serra, MD, Jose | Fact witness (case specific) | — | Treater in the Tomlin (FL) case | N/A | N/A | 9/1/05 | N/A |

*In re: Vioxx Litigation* *Cast of Characters* *Red = Key individuals*

| Name | Category | Title(s)[1] | Role in Vioxx case | Custodial file produced?[2] | Interviewed For Martin Report? | Deposition testimony? | Trial testimony?[3] |
|---|---|---|---|---|---|---|---|
| Shafer, M.D., Steven L. | Third party | Professor of Anesthesia, Stanford University | Pain specialist and invited member of the 2005 FDA Joint Advisory Committee on Cox-2 and CV risk.<br><br>Conflicts include funding for a study from AstraZeneca and position as VP of Product Development at Pharsight Corp (also owns stock).[110] | No | No | N/A | N/A |
| Shah, Raksha | Merck employee | Manager, Academic and Professional Relations | Attended medical conferences for Merck (such as ACR); also appears to have worked with advocates. | Yes | No | N/A | N/A |
| Shank-Samiec, Delores | Merck employee | Senior Regulatory Manager, Office of Medical-Legal | Worked on Tom Cesola, but precise role unclear. Custodial file very thin, and completely devoid of emails (? incomplete production)? | Yes | No | N/A | N/A |
| Shapiro, JD, Robyn | Third party | Ursula Von der Ruhr Professor of Bioethics-Medical College of Wisconsin Center for Study of Bioethics | Member of the Drug Safety and Risk Management Advisory Committee and member of the 2005 FDA Joint Advisory Committee on Cox-2s and CV risk.<br><br>Conflicts include serving on GSK DSMB[111] | No | No | N/A | N/A |
| Shapiro, PhD, Deborah | Merck employee | Director of Clinical Biostatistics and Research Decision Sciences | Unblinded monitor of VIGOR (and member of the DSMB), veteran of many drug safety crises at Merck. Skilled biostatistician who still did hands-on programming and analyses.<br><br>Ran a meta-analysis using the MI – only endpoint that was never forwarded to FDA.<br><br>According to ROG answers, exercised stock options with 60 days of the first public announcement of the VIGOR results.[112] | Yes | Yes | 10/22/03<br>05/13/03<br>01/25/05<br>02/14/05<br>04/29/05<br>06/29/05<br>06/30/05 | By Video<br>–Arrigale (CA)<br>–Grossberg (CA)<br>–Cona/McDarby (NJ) |

*Kline and Specter, PC*
*Attorney Work Product – Privileged and Confidential—DO NOT PRODUCE*
*Page 133 of 169*
*Last modified on 8/3/2007at 8:29:43 AM*

KS-001143

| Name | Category | Title(s)[1] | Role in Vioxx case | Custodial file produced?[2] | Interviewed For Martin Report? | Deposition testimony? | Trial testimony[3] |
|---|---|---|---|---|---|---|---|
| Sharpe, Edna | Plaintiff | — | Plaintiff in a NJ action | N/A | N/A | 12/16/05 | N/A |
| Sharpe, Eric | Merck employee | ? Professional rep | ? Professional rep | Yes | No | N/A | N/A |
| Sharpe, Grady | Plaintiff | — | Plaintiff in a NJ action | N/A | N/A | 12/016/05 | N/A |
| Shavelson, MD, Ronald | Fact witness (case specific) | — | Treater in the Fosland case (NJ) | N/A | N/A | 4/5/06 | N/A |
| Shaw, MD, Richard | Fact witness (case specific) | — | Treater in the Grossberg (CA) case | N/A | N/A | 5/18/06 | N/A |
| Shaya, PhD, MPH, Fadia | Third party | Assistant Professor, Department of Pharmaceutical Health Research, Associate Director, Center of Drugs and Public Policy, University of Maryland School of Pharmacy and School of Medicine | Pharmacoepidemiologist who performed an epi study (published 2005) that did not show an increased CV risk with Coxibs compared to non-selective NSAIDs. Co-author on the study was Matthew Weir, MD, one of Merck's advocates and preferred speaker | No | No | N/A | N/A |
| Shears, Bradley | Merck executive | President, US Human Health (Jan 1, 2003 - present) | Along with Margie McGlynn, took over from Anstice as co-President of the US Human Health in 2003; according to ROG answers Shears and McGlynn had ultimate responsibility for the sale of Vioxx in the United States from January 1, 2003 until withdrawal.[138] | Yes | Yes | N/A | N/A |
| Sherwood, MD, Louis (deceased) | Merck employee | Senior VP, Medical Affairs | Sherwood headed the division that handled scientific communication with doctors and dispatched "dear doctor" letters, but his most notable (read: infamous) involvement in this case was his part in intimidation of researchers who sounded early warnings about Vioxx. His actions caused James Fries, a noted Stanford rheumatologist, to write a pointed letter to Gilmartin, Merck's CEO, regarding Sherwood's actions, including his own personal experiences (see Fries). Apparently took Vioxx himself. Died from an MI in early 2002 | Yes | Yes | 9/30/04 12/18/04 | N/A |

| Name | Category | Title(s)[1] | Role in Vioxx case | Custodial file produced? | Interviewed For Martin Report? | Deposition testimony? | Trial testimony |
|---|---|---|---|---|---|---|---|
| Showers, DO, Thomas | Fact witness (case specific) | — | Treater in the Levinson (NJ) case | N/A | N/A | 10/14/05 | N/A |
| Signore, Nicole | Merck employee | Promotion manager ("Vioxx /Ethical") | Mid-level marketing manager. Worked under Rick Roberts and Charlotte McKines. | No | No | N/A | N/A |
| Silman, MD Alan | Merck consultant | Department of Epidemiology, University of Manchester | Epidemiologist, Merck consultant and member of the VIGOR DSMB | No | No | N/A | N/A |
| Silver, MD, David | Defense expert witness | Assistant Clinical Professor of Medicine, UCLA | Rheumatologist and defense expert witness who testifies that Vioxx was a useful drug for the treatment of pain in rheumatology patients without the GI risk. Report has been produced in NJ and the MDL. | N/A | N/A | 8/3/05<br>10/10/05<br>2/23/06 | Irvin I |

| Name | Category | Title(s)[1] | Role in Vioxx case | Custodial file produced?[2] | Interviewed For Martin Report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Silverman, MD, Robert | Merck employee | Senior Director, Regulator Affairs—domestic | Hands on manager of the FDA approval process for Vioxx and one of the key figures in the label negotiation process of 2002. Had primary responsibility for interacting with FDA on Merck's behalf (re: Vioxx) from December 1994 (filing of IND) – July 1999, and then from August 2000 – April 2002 (during the eleven month interval between these periods, communications with FDA re: Vioxx were handled by Eric Floyd).[136] Dr. Silverman was on medical leave during the critical period involving the VIGOR findings and label negotiations. Thus, any affidavit he writes for Merck for this time period lacks any personal knowledge. | Yes | Yes | 11/19/04 | N/A |
| Silverstein, Leonard | Merck employee | Senior Director, Medical Services, US Medical and Scientific Affairs | Authored or is the named author on various Vioxx PIRs. | Yes | No | 8/10/04 | N/A |
| Sim, MD, David | Fact witness (case specific) | — | Treater in the Humeston case | N/A | N/A | 8/5/05 | N/A |
| Simon, MD, Lee | Third party/Pfizer consultant | Associate Clinical Professor of Medicine Harvard Medical School, Beth Israel Deaconess Medical Center | Another one of Sherwood's "victims." Consultant for Pfizer who lectured on the risks of Vioxx. Sherwood allegedly called him and told him that if he continued to lecture on the risks of Vioxx, his career would be ruined | No | No | N/A | N/A |

KS-001146

| Name | Category | Title(s)[1] | Role in Vioxx case | Custodial file produced? | Interviewed For Martin Report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Simon, MD, Thomas | Merck employee | Senior Director, Clinical Research | Gastroenterologist whose knowledge, urge to facilitate matters, and action appears to give him a large role in pushing Vioxx ahead<br><br>Named author on publication of protocols 009, 041, 044/045, 050, 059, 98/103, and 136 | Yes | Yes | 1/5/05; 1/19/05 | N/A |
| Simpson, Sandra | Merck employee | Senior Director, Regulatory Affairs, International | Worked on international regulatory issues | Yes | No | N/A | N/A |
| Singer, Irwin | Merck employee | Senior Research Director, Immuno-Labeling Studies, MRL | Precise role unclear. Custodial file has not been produced | No | Yes | N/A | N/A |
| Singh, MD, Amar J. | Fact witness (case specific) | — | Treater in the Perelli case (NJ) | N/A | N/A | 5/25/06 | N/A |

KS-001147

*In re: Vioxx Litigation* *Cast of Characters* *Red = Key individuals*

| Name | Category | Title(s)[1] | Role in Vioxx case | Custodial file produced?[2] | Interviewed for Martin Report? | Deposition testimony? | Trial testimony?[3] |
|---|---|---|---|---|---|---|---|
| Singh, MD, Gurkipal | Fact witness (generic)/Merck consultant/Pfizer consultant | Department of Rheumatology, Stanford University | Dr. Singh is also the main subject of the infamous "Fries letter." He had been recruited by Merck to be a consultant, but following the press release announcing the VIGOR results, began to publicly question the potential CV risk of the drug. He tried, but was unable to get the data from Merck, and inserted slides into his speeches that implied Merck was attempted to hide the data. Singh also began speaking on behalf of Pfizer's Celebrex.<br><br>Baumgartner and her team watched him carefully and recorded that his talks were becoming "inflammatory." Lou Sherwood was brought in to deal with Singh and called James Fries, Singh's superior at Stanford, to complain about his behavior. That conversation led to the infamous Fries Letter. (see Fries, Sherwood).<br><br>Merck eventually smoothed things over with Singh, dispatching more conciliatory doctors to give him the data he wanted. He eventually testified before Congress about his experiences with Merck and Vioxx (Senate Finance Committee, November 2004).<br><br>Dr. Singh is the author of the NEJM article in 1999 that set forth the 16,500 number as the number of deaths from all NSAIDs. | No | No | N/A | N/A |

*Kline and Specter, PC*
*Attorney Work Product — Privileged and Confidential—DO NOT PRODUCE*

*Page 138 of 169*
*Last modified on 8/3/2007at 8:29:43 AM*

KS-001148

| Name | Category | Title(s)[1] | Role in Vioxx case | Custodial file produced?[3] | Interviewed for Martin Report? | Deposition testimony? | Trial testimony[5] |
|---|---|---|---|---|---|---|---|
| Slater, MD, Eve | Merck employee | Senior VP, Regulatory Affairs—Domestic | Left Merck in 2001 to become assistant secretary of health under Tommy Thompson. Lasted only a year, and is now on faculty at Columbia University. Has been quoted in the lay press making a few less than flattering comments about Merck—"'All of us who truly had faith in the company are very sad to see what's become of it,' says Eve Slater, a senior executive in research and then public affairs at Merck from 1983 to 2001, and now an associate professor at Columbia University. 'It's damaged itself, and it's damaged the industry.'" (see "Merck's Fall from Grace," The Scientist, Vol. 20, Issue 5, page 26). Declined to be interviewed for the Martin report. | Yes | No | N/A | N/A |
| Slaughter, PhD, Donald | Merck employee | MRL | Biochemist deposed in the patent litigation | No | N/A | N/A[12] | N/A |
| Slobodnik, Michael | Merck employee | Unclear at this time | Unclear at this time. Appears to have had some involvement with the communication/MVX system | Yes | No | N/A | N/A |
| Smith, M.D., Arthur Neil | Fact witness (case specific) | — | Treater in the Persica (LA) case | N/A | N/A | 9/11/06 | N/A |
| Smith, M.D., James O. | Fact witness (case specific) | — | Treater in the Kozic (FL) case | N/A | N/A | 1/12/06 | N/A |
| Smith, Robert | Plaintiff | — | Plaintiff in the Smith case (MDL) | N/A | N/A | 6/15/06 9/13/06 9/14/06 | Smith |
| Smith, Stacey | Merck employee | USHH Integrated Marketing and Communications, Promotion Manager, Managed Care | Worked with Integrated Marketing and Communications to help get Vioxx on formularies at hospital. | Yes | No | N/A | N/A |

| Name | Category | Title(s)[1] | Role in Vioxx case | Custodial file produced?[2] | Interviewed For Martin Report? | Deposition testimony? | Trial testimony?[3] |
|---|---|---|---|---|---|---|---|
| Snapinn, Steven | Merck employee | Senior Director, Cardiovascular Group, Biostatistics and Research Division Sciences, MRL | Precise role unclear. Custodial file has not been produced. | No | Yes | N/A | N/A |
| Smith, Judy | Fact witness (case specific) | — | Fact witness in the Schrader case (NJ) | N/A | N/A | 10/13/05 | N/A |
| Sobolewski, MD, Edward | Fact witness (case specific) | — | Treater in the Williams-McCrae case (NJ) | N/A | N/A | 2/7/06 | N/A |
| Soldinger, MD, Steven | Fact witness (case specific) | — | Treater in the Grossberg case (CA) | N/A | N/A | 5/19/06 | N/A |
| Solomon, MD, MPH, Daniel | Merck consultant | Associate Professor of Medicine at Harvard Medical School, Division of Pharmacoepidemiology and Pharmacoeconomics, Brigham and Women's | With Jerry Avorn (his boss), performed and published two important epidemiologic studies on CV risks of nonselective NSAIDS and Cox-2 inhibitors.<br><br>The first paper is frequently misrepresented by Merck to support their contention that cardioprotective qualities of naproxen accounted for the VIGOR results *(See Arch Int Med 2002 162 1099)*.<br><br>The second paper was done in conjunction with Merck (and supported by a grant from Merck). *(See Circulation 2004; 109: 2068-2073)*. After the results became available, and Drs. Avorn/Solomon refused to soften their conclusions in the paper submitted for publication, Merck withdrew the name of their employee/scientist *(see Carolyn Cannuscio— who worked on the project with Drs. Avorn and Solomon)* from publication in the journal *Circulation*, and then proceeded to mount a campaign to make it clear that the company "disagreed" with the paper's conclusion that Vioxx carried a CV risk. *(See also, Avorn, Cannuscio)* | No | No | N/A | N/A |
| Sopina, Vince | Merck employee | Sales rep | Sales rep | N/A | N/A | 3/24/06 | N/A |
| Sorial, Mary | Plaintiff | — | Plaintiff in a NJ action | N/A | N/A | 9/30/05 | N/A |

KS-001150

*In re: Vioxx Litigation* *Cast of Characters* *Red = Key individuals*

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced?? | Interviewed For Martin Report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Spector, Reynolds | Merck employee | Executive Vice President, MRL | Precise role unclear. Custodial file has not been produced. | No | Yes | N/A | N/A |
| Sperling, MD Randa | Merck employee | Associate Director, Medical Communications-Immunology, MRL | Merck medical writer who actually did the heavy duty writing for many of the Merck Vioxx articles. Was named author on the publications of the following protocols: 069, 120/121, and combination publication of 010, 029, 033, 034, 040, 044, 045, and 058.<br><br>Was also named author on a review article on Vioxx and CV data for the American Heart Journal.<br><br>Was also able to eek an entire article out of 069 CV data—causing Reicin to congratulate her with the infamous line "amazing feat to develop an entire paper out of little data." (1.1225). Has extensive custodial file.<br><br>Declined to be interviewed for the "Martin Report" | Yes | No | N/A | N/A |
| St. Rose, Earl | Merck employee | Project Liason, Clinical Research Operations | Worked on Vioxx for JRA. Co-author on JRA abstracts. | Yes | No | N/A | N/A |
| Stanton, Michael | Merck employee | Marketing Manager, A&A Franchise | Worked under Bob McMahon | Yes | No | N/A | N/A |
| Staples, Della | Plaintiff | — | Plaintiff in a NJ action | N/A | N/A | 3/28/06 | N/A |
| Stark, Kevin | Merck employee | Senior Promotion Manager, Integrated Marketing Communications | Precise role unclear. Appears to have worked on promotion of the franchise. | Yes | No | N/A | N/A |
| Steffan, Daniel | Merck employee | Specialty rep., A&A | Professional rep | Yes | No | N/A | N/A |
| Steinhagler, Kathryn | Merck employee | Assistant General Counsel | Precise role unclear. Interviewed for Martin Report | No | Yes | N/A | N/A |

*Kline and Specter, PC*
*Attorney Work Product – Privileged and Confidential—DO NOT PRODUCE*
*Page 141 of 169*
*Last modified on 8/3/2007at 8:29:43 AM*

KS-001151

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed For Martin Report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Stejbach, Mark | Merck employee | Senior Director, A&A Franchise Business Group | Worked under Adam Schechter | Yes | No | N/A | N/A |
| Stemhagen, DrPH, Annette | Third party/former Merck employee | Covance—VP, Strategic Development Services (1998-2005) | Non-voting member of the 2005 Advisory Committee who had worked for Merck as an epidemiologist in the early 90s (1991-1994). Although she was a non-voting member of the AC, she was in the middle of a stint as the "industry representative" to the FDA Drug Safety and Risk Management Committee when the 2005 AC was called.<br><br>After leaving Merck, she had two stints with Covance, the CRO that Merck employed to run the VIGOR trial. Was employed by Covance in risk management at the time the VIGOR trial was being run (1999-2000) and at the time of the 2005 Advisory committee. | No | No | N/A | N/A |
| Stevens, MD, Laurie | Defense expert | — | Defense expert deposed in the Abdel-Malek case (NJ) | N/A | N/A | 9/28/05 | N/A |
| Stone, DO, Donald | Fact witness (case specific) | — | Treater in the Bezdzlecki case (NJ) | N/A | N/A | 11/17/05 | N/A |
| Stone, Sandra | Plaintiff | — | Plaintiff in a TX action | N/A | N/A | 4/19/06 | N/A |
| Stoner, Elizabeth | Merck employee | VP, Clinical Research, Endo/Metabolism Group, MRL | Precise role unclear. Was interviewed for the Martin report; custodial file has not been produced. | No | Yes | N/A | N/A |
| Stover, Richard | Third party | Senior analyst, Arnhold & Bleichroeder, Inc. | Market analyst for the investment community; Scolnick wanted to "boil [him] in oil" for an unfavorable analyst report on the CV risks of Vioxx | No | No | N/A | N/A |
| Straus, MD, MPH, Walter | Merck employee | Director, Outcome Research and Management, US Medical and Scientific Affairs | Worked to publish studies to support Vioxx marketing | Yes | No | N/A | N/A |

KS-001152

| Name | Category | Title(s)[1] | Role in Vioxx case | Custodial file produced?[2] | Interviewed for Martin Report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Strom, MD, MPH, Brian | Merck consultant | Professor of Public Health, Medicine and Pharmacology, University of Pennsylvania | Merck consultant and author of a well-known Pharmacoepidemiology textbook. Strom's writings are frequently used as cross examination material with plaintiff experts and Pharmacoepidemiologist such as Ray and Avorn. | Yes | No | N/A | N/A |
| Stuart, Andrea | Merck employee | Professional rep | Sales rep | Yes | No | N/A | N/A |
| Sturrock, MD, Roger | Merck consultant | University of Medicine, Glasgow Royal | Rheumatologist, Merck consultant, and member of the VIGOR DSMB | No | No | N/A | N/A |
| Styhler, Angela | Merck employee | Biologist, Dept of Biochemistry and Molecular Biology, Merck Frosst | Merck Frosst scientist who did Cox-2 assays on whole blood. Her custodial file consists completely of lab results (no emails or other writings that can be found in other custodial files. | Yes | No | N/A | N/A |
| Summers, Scott | Merck employee | Associate Marketing Director, A&A Franchise Business Group<br><br>Associate Director, Vioxx/Ethical, Integrated Marketing Communications | Worked on a variety of different marketing projects for the franchise under Charlotte McKines, then later Bob McMahon. | Yes | No | N/A | N/A |

KS-001153

*In re: Vioxx Litigation* *Cast of Characters* *Red = Key Individuals*

| Name | Category | Title(s)[1] | Role in Vioxx case | Custodial file produced?[2] | Interviewed For Martin Report? | Deposition testimony? | Trial testimony?[3] |
|---|---|---|---|---|---|---|---|
| Sutherland, Laurie | Merck employee | Senior Manager, Business Analysis and Decision Support<br><br>Manager, Managed Care Marketing | Part of the managed care marketing team. | Yes | No | N/A | N/A |
| Sutherlin, Elizabeth | Merck employee | Regional Business Group VP—Central, USHH | Part of the senior level sales management team. | Yes | No | 12/1/06 | N/A |
| Symkoviak, MD, Gary | Fact witness (case specific) | — | Treater in the Mason case | N/A | N/A | 7/10/06 | N/A |
| Tacconi, Leonard | Merck employee | Executive Director, Integrated Marketing Communications, US Human Health | Ran the DTC program with Janet Brooks.<br><br>Authored a provocative document entitled "Pharmaceuticals—the new consumer marketing frontier" in which he writes that Merck essentially invented DTC advertising. Goal of DTC is to convince the consumer to ask for the drug by name. Doc comes in through Charlotte McKines dep. (4/20/22006) | Yes | Yes | 04/28/04 | N/A |
| Tackett, Ph.D., Randall | Plaintiff expert[122] | Clinical and Administrative Pharmacy, University of Georgia | Plaintiff pharmacology/pharmacy expert. | N/A | N/A | 7/7/06 | N/A |
| Talley, PhD, John | Merck employee | Unknown | Basic scientist deposed in the context of patent litigation. | No | No | N/A[123] | N/A |
| Tanaka, PhD, Wesley | Merck employee | Clinical Development, Laboratory Head | Co-author on the "Van Hecken paper" (J Clin Pharm 2000; 40: 1109-1120). Did lab work on prostacyclin, worked with Reindeau. | Yes | No | N/A | N/A |

*Kline and Specter, PC*
*Attorney Work Product – Privileged and Confidential—DO NOT PRODUCE*

*Page 144 of 169*
*Last modified on 8/3/2007 at 8:29:43 AM*

KS-001154

| Name | Category | Title(s)¹ | Role in Vioxx case | Custodial file produced?² | Interviewed For Martin Report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Targum, MD, Shari | FDA employee | Medical Officer, Division of Cardio-Renal Drug Products | Cardiologist/cardiovascular specialist who reviewed Vioxx after the VIGOR trial (the "Targum Report," dated Feb 1, 2001—see 1.0235). Recommended a CV warning be placed on the Vioxx label | FDA production | No | N/A | N/A |
| Tancer, Carolyn | Plaintiff | — | Plaintiff in a NJ case | N/A | No | 6/20/06 | N/A |
| Taylor, Mary | Merck employee | ? Sales rep | ? Sales rep. From notes in file, appears to have been hospital based | Yes | No | N/A | N/A |
| Taylor, MD, George | Defense expert | — | Defense cardiology expert in the Doherty case | N/A | No | 5/19/06 | N/A |
| Teeple, Cathleen | Merck employee | ? Sales rep | ? Sales rep | Yes | No | N/A | N/A |
| Temple, MD, Robert | FDA employee | Associate Director for Medical Policy, CDER, FDA<br><br>Director of Drug Evaluation I, Center for Disease Evaluation and Research (CDER), FDA | FDA official well known to Merck and Scolnick, who threatened to go upstairs to him at one point.<br><br>After Topol's article was published in JAMA in 2001, Temple wrote a letter to the editor of JAMA (not published) critiquing Topol's analysis on behalf of FDA. Topol responded to his letter privately, and in response, Temple assured him that "I am not a devotee of the 'naproxen is good, we're not bad' hypothesis" but told Topol that a portion of his analysis was "beyond inappropriate."<br><br>Presented at 2005 FDA Advisory Committee – "Clinical Trial Design and Patient Safety: Future Directions for cox-2 selective NSAIDs" | FDA production | No | N/A | N/A |
| Terrell, MD, Paul | Fact witness | — | Deposed in the personal injury class action case | N/A | No | 1/5/06 | N/A |
| Terry, Pharm.D, PhD, Leon Cass | Fact witness | — | Treater in the Younge case in Ala state court | N/A | No | 2/27/04 | N/A |
| Tershakovec, MD, Andrew | Merck employee | Medical Director, Clinical Development, USHH | Worked on a study looking at acute pain in post-op bunionectomy patients | Yes | No | N/A | N/A |

KS-001155

*In re: Vioxx Litigation* *Cast of Characters* *Red = Key individuals*

| Name | Category | Title(s)[1] | Role in Vioxx case | Custodial file produced? | Interviewed For Martin Report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Thal, MD, Leon J (deceased) | Merck consultant | Chair, Department of Neurosciences, USCD | Merck consultant, and lead author on the 078 paper, published in an obscure journal after the withdrawal of Vioxx from the market. Died in a plane crash, February 2007 | No | No | N/A | N/A |
| Therien, Michel | Merck employee | Merck Frosst | Merck Frosst scientist who performed some of the early work on Vioxx. Name is on some of the patents and early pharmacology papers | Yes | No | N/A[124] | N/A |
| Thier, MD Samuel | Merck director | Member Board of Directors. Member, Special Committee of Merck and Co, Inc | Former Chairman of Internal Medicine at Yale, former President of Brandeis and Institute of Medicine, and former President/CEO of Partners Healthcare system (affiliated with Harvard/Mass General) | No | Yes | N/A | N/A |
| Thomas, Eddie | Plaintiff | — | Plaintiff in a NJ case | N/A | N/A | 11/14/05 11/15/05 | N/A |
| Thomas, Janet | Plaintiff | — | Plaintiff in a NJ case | N/A | N/A | 11/15/05 | N/A |
| Thompson, Andrea | Merck employee | ?Sales rep | ? Sales rep | Yes | No | N/A | N/A |
| Thompson, Kathleen | Merck employee | Unknown | Precise role unknown at this time. Only five documents produced. ? Incomplete production? | Yes[125] | No | N/A | N/A |
| Tighe, MD, John | Fact witness (case specific) | — | Treater in Lemmon case in NJ | N/A | N/A | 9/23/05 | N/A |

*Kline and Specter, PC*
*Attorney Work Product – Privileged and Confidential—DO NOT PRODUCE*

*Page 146 of 169*
*Last modified on 8/3/2007at 8:29:43 AM*

KS-001156

*In re: Vioxx Litigation* *Cast of Characters* *Red = Key individuals*

| Name | Category | Title(s)[1] | Role in Vioxx case | Custodial file produced?[2] | Interviewed For Martin Report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Tiomico-Trahan, Maria, Gina | Fact witness (case specific) | — | Treater in the Williams-McRae case in NJ | N/A | No | 11/14/05 | N/A |
| Tallani, Dinesh | Merck employee | MRL Financial Services | Precise role unclear. Appears to have performed financial projections for the never-approved Rapid disc formation of Vioxx | Yes | No | N/A | N/A |
| Tomlin, April | Plaintiff | — | Plaintiff in a FL state case | N/A | No | 8/12/05 | N/A |
| Tomlin, Mark | Plaintiff | — | Plaintiff in a FL state case | N/A | No | 8/10/05 8/11/05 | N/A |

*Kline and Specter, PC*
*Attorney Work Product – Privileged and Confidential—DO NOT PRODUCE*

*Page 147 of 169*
*Last modified on 8/3/2007at 8:29:43 AM*

KS-001157

*In re: Vioxx Litigation* *Case of Characters* *Red = Key individuals*

| Name | Category | Title(s)[1] | Role in Vioxx case | Custodial file produced?[2] | Interviewed For Martin Report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Topol, MD, Eric | Third party/fact witness/non-retained expert | Chief Academic Officer and Chief of Genomic Medicine, Scripps Health, San Diego (2006-present)<br><br>Chief Academic Officer, Cleveland Clinic Foundation; Provost and Founder, Case Western Reserve Medical School; Chairman of Cleveland Clinic Department of Cardiovascular Medicine (2001-2005) | World-renowned cardiologist and one of the most cited researchers in medical literature.<br><br>Along with Steve Nissen, authored an analysis of the VIGOR and CLASS data and raised the question of whether there was a CV risk with Cox-2 inhibitors. Prior to publication of the article, Topol contacted Merck's Laura Demopoulos in an effort to obtain VIGOR data and to clarify why the published NEJM article and the subsequent FDA submission. He offered an early peek at the manuscript to Merck. Once Merck officials had a look at the manuscript, Reicin was sent out to Cleveland to see Topol. He has testified that she told him he would be "embarrassed" if he published his paper. Topol went ahead and published the paper anyway, and Merck staged a strong campaign to discredit the paper and its conclusions.<br><br>Topol has published several opinion pieces in the medical literature about the CV risk of Cox-2s, the lack of FDA oversight, and the effect of DTC advertising. He became even more vocal following the withdrawal of Vioxx from the market, publishing strong opinion pieces in the NY Times and the NEJM. These actions prompted Gilmartin to call his old Harvard Business School buddy, Mal Mixon, the Chairman of the Board at the Cleveland Clinic, to complain about Topol.<br><br>Topol was deposed by the MDL in November 2005. His testimony is extremely strong, and he accuses Merck of 'scientific misconduct.' This testimony was first played publicly during the Irvin I trial. On the next business day, he was removed from his post at the Cleveland Clinic. He has since moved on to head the Scripps Health Clinic in San Diego. | Yes | No | 11/22/05 | Via video/Dep designation:<br>--Irvin I (MDL)<br>--Irvin II (MDL)<br>--Cona/McDarby (NJ)<br>--Dedrick (MDL)<br>--Grossberg (CA)<br>--Hermans/Humeston II<br>--Mason (MDL)<br>--Smith (MDL) |
| Trimbel, PhD, Laird | Merck employee | Merck Frosst | Scientist who did early lab work on Vioxx. | Yes | No | N/A[129] | N/A |

*Kline and Specter, PC*
*Attorney Work Product -- Privileged and Confidential—DO NOT PRODUCE*

*Page 148 of 169*
*Last modified on 8/3/2007at 8:29:43 AM*

KS-001158

| Name | Category | Title(s)[1] | Role in Vioxx case | Custodial file produced?[2] | Interviewed For Martin Report? | Deposition testimony? | Trial testimony?[3] |
|---|---|---|---|---|---|---|---|
| Trontell, MD, Anne | FDA employee | Deputy Director, Office of Drug Safety, Office of Pharmacoepidemiology and Statistical Science, Center for Drug Evaluation and Research, Food and Drug Evaluation | Hired by Peter Honig (who eventually left FDA to work for Merck—see Honig). Trontell was the primary FDA critic of David Graham's Kaiser study (see, generally, Graham deposition). Most of her comments were internal FDA documents, and were improperly used by Merck counsel during the Graham deposition (in direct violation of Judge Fallon's order). | FDA Product list | No | N/A | N/A |
| Trout, PhD, Barry | Merck employee | Unknown | Unknown at this time. Was deposed in the context of patent litigation with Searle. | No | N/A | N/A[37] | N/A |
| Troxell, Ronnie | Plaintiff | — | Plaintiff in a NJ case | N/A | No | 6/30/06 | N/A |
| Truitt, Kenneth | Merck employee | Director, Pulmonary-Immunology Group, Clinical Sciences, MRL | Author of memo outlining duration of use by patients who suffered MIs during protocol 090 (see 1.1591). Prepared a similar study for VIGOR (1.1650). Both indicate that patients in these trials were suffering events in the first 30 days of use.<br><br>Frequently copied on adjudication packets.<br><br>Created a +/- table (with pros and cons) for performing a CV outcomes study.<br><br>Named author on publications of protocols 058, 068, 097, and poster presentations of 096, 105, 109/110, 134/135. | Yes | Yes | N/A | N/A |
| Tschirgi, Bill Frank | Plaintiff | — | Plaintiff in a NJ case | N/A | N/A | 5/23/06 | N/A |
| Tu, Michael | Merck employee | Business manager | Precise role unclear. Appears to have been involved in managed care. | Yes | No | N/A | N/A |
| Tucker, William | Merck employee | Unknown at this time | Precise role unclear at this time. Appears to have been involved in HEL program. | Yes | No | N/A | N/A |

KS-001159

| Name | Category | Title(s)¹ | Role in Vioxx case | Custodial file produced?² | Interviewed For Martin Report? | Deposition testimony?³ | Trial testimony?⁴ |
|---|---|---|---|---|---|---|---|
| Tuleja, Ewa | Merck consultant | Department of Medicine, Jagiellonian University School of Medicine, Krakow, Poland | First author on the Merck-funded arm laceration study. See *Arteriosclerosis, Thrombosis, and Vascular Biology* 2003; 23:1111 | No | No | N/A | N/A |
| Turner, Mervyn | Merck employee | Senior VP, Basic Research, Merck Frosst Centre for Therapeutic Research, MRL | Involved in the basic science/prostacyclin end of things, including efforts to combine Vioxx with another drug to reduce risk of MIs.<br><br>Custodial file particularly thin and notably devoid of emails authored by him that can be found in other custodial files (? Incomplete production) | Yes | Yes | N/A | N/A |
| Tyberg, Theodore | Defense expert | Clinical Associate Professor of Medicine | Defense cardiology expert in the Humeston and Doherty cases. | N/A | No | 7/29/05<br>3/10/06 | Humeston I |
| Ulhovern, Sheila Ann | Merck employee | Sales rep | Sales rep in the Anderson (Chocktaw tribal court) case | No[134] | No | 5/10/06 | N/A |
| Umberger, Douglas | Plaintiff | — | Plaintiff in a NJ case | N/A | No | 6/15/06 | N/A |
| Umberger, Patsy | Plaintiff | — | Plaintiff in a NJ case | N/A | No | 6/14/06 | N/A |
| Uschmann, Herman | Fact witness (case specific) | — | Treater in the Anderson case (Choktaw Tribal Court) | No | No | 7/7/06 | N/A |
| Valdez, Lisa | Merck employee | Assistant to Alise Reicin | ----- | No | No | N/A | N/A |
| Valenzuela, Colleen | Merck employee | Associate Medical Program Coordinator | Precise role unclear. Appears to have worked on some of the clinical development studies. | Yes | No | N/A | N/A |
| Van Adelsberg, MD Janet | Merck employee | Associate Director of Clinical Research | Was the clinical representative to the LEAD task force (charged with preparing Vioxx circulars for possible reintroduction to the market). Also clinical and medical liaison to Oxford for the VICTOR trial. Has extensive custodial file.<br><br>Named author on publication of protocols 134; and the posters of 068, 096, 134 | Yes | No | N/A | N/A |

KS-001160

*In re: Vioxx Litigation* *Cast of Characters* *Red = Key individuals*

| Name | Category | Title(s)[1] | Role in Vioxx case | Custodial file produced?[2] | Interviewed For Martin Report? | Deposition testimony? | Trial testimony?[3] |
|---|---|---|---|---|---|---|---|
| Van Hecken, PhD, Anne | Merck consultant | Department of Pharmacology, University of Leuven, School of Medicine, Leuven, Belgium | Pharmacologist who worked with Merck on early clinical pharmacology studies of Vioxx. Also lead author on the "Van Hecken" paper, a clin pharm paper frequently used by Merck to defend their cases (*J Clin Pharm 2000; 40: 1109-1120*).<br><br>Is named author on publications of protocols 002/004, 005, 061. | No | No | N/A | N/A |
| Van Istendal, Fred | Fact witness (case specific) | — | Treater in the McFarland case | N/A | No | 2/24/06 | N/A |
| Vandenbloomer, Edward | Plaintiff | — | Plaintiff in a NJ case | N/A | No | 10/7/05 | N/A |
| Vandenbloomer, Mary | Plaintiff | — | Plaintiff in a NJ case | N/A | No | 10/7/05 | N/A |
| Vangerven, June | Merck employee | Unknown at this time | Unknown at this time | Yes | No | N/A | N/A |
| Vergutha, Jill | Merck employee | ? sales rep | ? Sales rep | Yes | No | N/A | N/A |
| Venkataraman, Kalpana | Merck employee | Regulatory Writer, Worldwide Product Labeling | Involved in drafting label language | Yes | No | N/A | N/A |
| Versaggi, Joan | Merck employee | Associate Director, Regulatory Operations, Clinical Development | Precise role unclear at this time | Yes | No | N/A | N/A |
| Vetrovec, MD, George | Merck consultant | Chairman, Division of Cardiology, Medical College of Virginia | Merck consultant and member of the cardiology adjudication committee | No | No | N/A | N/A |
| Vilardo,[188] Laura | Merck employee | RESS Associate Vioxx | Precise role unclear at this time | Yes | No | N/A | N/A |

*Kline and Specter, PC*
*Attorney Work Product -- Privileged and Confidential—DO NOT PRODUCE*
*Page 151 of 169*
*Last modified on 8/3/2007at 8:29:43 AM*

KS-001161

*In re: Vioxx Litigation* *Cast of Characters* *Red = Key individuals*

| Name | Category | Title(s)[1] | Role in Vioxx case | Custodial file produced?[2] | Interviewed For Martin Report? | Deposition testimony? | Trial testimony?[3] |
|---|---|---|---|---|---|---|---|
| Villalba, MD, Maria Lourdes | FDA employee | Medical Officer | Primary FDA medical officer who reviewed the Vioxx NDA and integrated all the material from specialists. (*see e.g. 1.0353*). Continued to review incoming submissions from Merck after Vioxx was on the market and authored updates (of note are her reviews of the initial NDA, VIGOR, and ADVANTAGE). Presented at the 2001 and 2005 FDA Advisory Committee Conferences. Merck had little respect for her (*see 1.0301*) | FDA production | No | N/A | N/A |
| Vitelli, Kim | Merck employee | Assistant to Beth Seidenberg | — | No | No | N/A | N/A |
| Vlach, Suzanne | Merck employee | Unknown | Precise role unclear. Was deposed in the [illegible] of TX marketing litigation. Transcript mostly redacted | No | No | 11/15/01 | N/A |
| Voegler, MD, Douglas | Fact witness (case specific) | – | Treater in the Mason case | No | No | 7/26/06 8/30/06 | Mason |
| Vonderscore, Linda | Plaintiff | – | Plaintiff in a NJ case | No | No | 4/12/06 | N/A |
| Vorchheimer, MD, David | Defense expert | Associate professor, Mt Sinai | Defense cardiology expert in the Abdel-Malik and Hermans cases in NJ | N/A | N/A | 10/24/05 | N/A |
| Vyas, PhD, Kamlesh | Merck employee | Unknown | Merck scientist who did early work on the development of Vioxx. Named author on the publication of protocols 012, 018, and 037 | No | No | N/A | N/A |
| Wagner, Mark | Merck employee | Sales rep | Sales rep in the Karic case in FL state court | No | No | 4/24/06 | N/A |

*Kline and Specter, PC*
*Attorney Work Product -- Privileged and Confidential—DO NOT PRODUCE*
*Page 132 of 169*
*Last modified on 8/1/2007 at 8:29:43 AM*

KS-001162

| Name | Category | Title(s)[1] | Role in Vioxx case | Custodial file produced? | Interviewed For Martin Report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Wagner, MD, PhD, John | Merck employee | Executive Director, Clinical Pharmacology, MRL | Worked on Protocol 171 | Yes | No | N/A | N/A |
| Wainwright, Joan | Merck employee | Vice President, Public Affairs | Precise role not clear at this juncture; role places her under Ken Frazier in the corporate public affairs organizational scheme. Took over her position from Linda Distereit in 2001. Was interviewed for the Martin report. | Yes | Yes | N/A | N/A |
| Wallace, MD, Brent | Fact witness (case specific) | -- | Treating physician in Ernst | No | No | 6/9/05 | N/A |
| Walters, Donna | Merck employee | Clinical Associate, Clinical Immunology & Analgesia | Precise role unclear. Worked under Alise Reicin. | Yes | No | N/A | N/A |
| Wambold, Deb | Merck employee | Senior Secretary, USHH Public Affairs | Precise role unclear, but worked on Jan Weiner's team. | Yes | No | N/A | N/A |
| Wang, Hongwei | Merck employee | CBARDS | Statistician. Precise role unclear at present. Custodial file contains some analyses of BP and CV events. | Yes | No | N/A | N/A |
| Wang, Wenjie | Merck employee | CBARDS | Statistician. Precise role unclear at present. | Yes | No | N/A | N/A |
| Wang, Zhaoyin | Merck employee | Merck Frosst | Merck Frosst scientist; precise role unknown | Yes | No | N/A | N/A |
| Wasserman, MD, Alan Gary | Defense Expert witness | Professor of Medicine, Chairman, Department of Medicine, George Washington University | Cardiology defense expert in Cona/McDarby | N/A | No | 2/23/06 | Cona/McDarby |

KS-001163

| Name | Category | Title(s)[1] | Role in Vioxx case | Custodial file produced?[1] | Interviewed For Martin Report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Watson, PhD, MSPH, Douglas | Merck employee | Director, Epidemiology Group, Biostatistics and Research Decision Sciences, Merck Research Laboratories | Epidemiologist (and former student of Harry Guess's at UNC) who was initially hired at Merck to work on epidemiology projects relating to cardiovascular disease.<br><br>In 1998, after Oates, Fitzgerald and the Merck Board of Scientific Advisors advised that there was a theoretical possibility that Vioxx could cause CV events, Watson performed what has been colloquially referred to in this litigation as the "Watson analysis." The analysis is controversial—the method have been the subject of much criticism. Merck claims that this analysis alleviated their fears regarding any CV risk for Vioxx prior the drug's approval.<br><br>Helped to develop the CV SOP.<br><br>Performed the analysis for protocol 069 for the NDA and was a named author on the 069 paper. Published an analysis of CV disease rates in patients with RA on naproxen that concluded that these patients are at lower risk to develop a CV event (study funded by Merck, used to bolster naproxen hypothesis; see *Arch Intern Med* 2002; *162*: 1105). Co-author on the Ingenix study.<br><br>Also co-author on some outcomes research/utilization studies re: Vioxx. | Yes | Yes | 2/9/05; 8/4/05 | N/A |
| Waymack, MD, ScD, J. Paul | Defense expert | Independent Drug Development Consultant | Trained as a surgeon, former medical reviewer for the FDA, now provides consulting services to pharmaceutical companies. Identified as an expert in regulation in Humeston I. | N/A | No | 7/21/05 | N/A |
| Weaver, Buck | Merck employee | Unknown | Custodial file relates to the MVX system | Yes | No | N/A | N/A |
| Webb, James | Merck employee | Unknown | ? Sales rep | Yes | No | N/A | N/A |
| Weeks, John | Fact witness (case specific) | — | Fact witness in the Irvin case | No | No | 9/29/05 | Irvin I (tape) |

*In re: Vioxx Litigation* *Cast of Characters* *Red = Key individuals*

| Name | Category | Title(s)[1] | Role in Vioxx case | Custodial file produced?[2] | Interviewed For Martin Report? | Deposition testimony? | Trial testimony[3] |
|---|---|---|---|---|---|---|---|
| Weeks, Mary Lee | Fact witness (case specific) | – | Fact witness in the Irvin case | No | No | 9/25/05 | N/A |
| Weinblatt, MD, Michael | Merck consultant | Director of Clinical Rheumatology, Brigham and Women's Hospital (HMS) | Chairman of the VIGOR DSMB and paid Merck consultant. Attended the FDA Advisory Meeting in 1999 as a consultant for Merck and served on Merck's Vioxx Multi-Disciplinary Advisory Board.<br><br>Upon review of the imbalance in CV events (in his role of DSMB chair) he contacted Alise Reicin, the clinical monitor, to request that there be an analysis performed of the CV events following the trial. When Reicin attempted responded that there was an SOP in place to collect and adjudicate CV events of all trials, he responded with a second communication telling her that was not sufficient, and that an analysis of the VIGOR CV data alone needed to be performed.<br><br>Although Dr. Reicin was technically still blinded at this point to the results of the VIGOR trial, this series of unusual communications between the unblinded Chair of the DSMB and the Merck clinical monitor gave Merck a "heads up" that there was potentially a problem with the results of VIGOR from a CV perspective. Following these communications, Reicin set cut-off dates (different ones for CV and GI events), and finalized a data-analysis plan. | Yes | Yes | N/A | N/A |
| Weiner, Jan | Merck employee | Executive Director, Public Affairs, Asia, Japan, Australia and New Zealand (2003-present)<br><br>Executive Director, Global Product Communications (2001-2003)<br><br>Executive Director, Public Affairs, Domestic (1998-2001) | Spin doctor to the executive team, her group was the media and public face of Vioxx. Developed communications plans, press releases/Q+As, and materials for scientific presentations re: Vioxx.<br><br>Admitted that there is not a single Press Release advising the public that one of the explanations for VIGOR was that Vioxx was causing MI. Also has admitted that Vioxx had over two billion media hits in 2000.<br><br>Dep. cut can be used to get the Video News Releases admitted. | Yes | Yes | 8/10/05; 8/11/05; 8/12/05 | By Video:<br>--Arrigale (CA)<br>--Barnett (MDL)<br>--Ernst (TX)<br>--Humeston I (NJ)<br>--Irvin II (MDL)<br>--Smith (MDL)<br>--Dedrick (MDL);<br>--Schwaller (IL) |

*Kline and Specter, PC*
*Attorney Work Product – Privileged and Confidential—DO NOT PRODUCE*

*Page 155 of 169*
*Last modified on 8/3/2007at 8:29:43 AM*

KS-001165

*In re: Vioxx Litigation* *Cast of Characters* *Red = Key individuals*

| Name | Category | Title(s)[1] | Role in Vioxx case | Custodial file produced?[2] | Interviewed for Martin Report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Weiner, MD, Isaac | Plaintiff's case specific cardiology expert[31] | Clinical Professor of Medicine at UCLA | Case specific cardiology expert who testified in the Ernst case (TX). Also produced a report in the Mason (MDL) case, but did not testify at trial. | N/A | No | 6/15/05; 8/24/06 | Live —Ernst (TX) |
| Weir, MD, Matthew | Merck consultant | Professor, Division of Nephrology, University of Maryland | Nephrologist and Merck consultant. Member of the Merck Vioxx multidisciplinary advisory board. On Merck's list of "preferred" external speakers (see MRK-AFI0015160 at 65). Co-author on the Konstam meta-analysis (Circulation 2001) and, with Reicin and Sperling, the 'CV review article' (American Heart Journal 2003). Was a co-author on an epid study (first author Shaya) that showed Vioxx was not associated with increase risk of CV thrombotic events relative to non-selective NSAIDs.<br><br>Merck classified Weir as a "strong advocate" (see MRK-AFI0072491). | No | No | N/A | N/A |
| Weisfeldt, MD, Myron | Merck consultant | Professor of Medicine, Johns Hopkins, Physician-in-chief, Director of Medicine | Cardiologist, paid Merck consultant and member of the Merck Board of Scientific Advisors. On Merck's list of "preferred" external speakers (see MRK-AFI0015160 at 65).<br><br>Attended the October 2000 Cardiology Consultants meeting for VIGOR | Yes | No | N/A | N/A |
| Wells, Mildred | Fact witness | — | Plaintiff's wife in the Wells case in NJ | N/A | No | 8/26/05 | N/A |
| Wentworth, Marian | Merck employee | Marketing Director, A&A Franchise Business Group | Worked on marketing for managed care | Yes | No | N/A | N/A |

*Kline and Specter, PC*
*Attorney Work Product — Privileged and Confidential—DO NOT PRODUCE*

*Page 156 of 169*
*Last modified on 8/3/2007at 8:29:43 AM*

KS-001166

| Name | Category | Title(s)[1] | Role in Vioxx case | Custodial file produced?[2] | Interviewed For Martin Report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Westrick, Ellen | Merck employee | Executive Director, Office of Medical/Legal, US Human Health | Non physician/non-scientist/non-lawyer, long-time Merck employee and former sales representative whose office was the liaison between Merck and FDA's DDMAC (Note: Westrick's office's title of "Medical/Legal" appears to have just been amusing Merck-speak). Had responsibility for submitting promotional materials to FDA.<br><br>No longer works for Merck. | Yes | Yes | 8/30/05; 11/9/05 | N/A |
| Wetherley, MD, Graham | Fact witness (case specific) | -- | Treater in the Humeston case | N/A | No | 8/4/05 | Humeston I and II |
| Wheeler, MD, Thomas | Defense pathology expert | Professor of Pathology, Baylor School of Medicine | Defense pathology expert who testified in Ernst, Irvin I and Irvin II. | N/A | No | 6/24/05; 10/13/05; 1/13/06 | Live<br>--Ernst (TX)<br>--Irvin I (MDL)<br>--Irvin II (MDL) |

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed For Martin Report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Whelton, MD, Andrew | Third party/Pfizer consultant | Adjunct Clinical Professor at Johns Hopkins University | Nephrologist and Pfizer consultant who performed and published an epi study in the *American Journal of Therapeutics* that concluded Vioxx caused more hypertension and edema than Celebrex (note: Merck had performed a clinical trial comparing the two drugs, found results that confirmed Whelton's conclusions, but did not publish it). This piece was heavily used by Pfizer reps in the ongoing war between Pfizer and Merck for control of the Cox-2 battlefield.<br><br>Was targeted by Baumgartner/Sherwood's swat teams as a "slimeball shill" (*see 1.0151*) who was in need of a "strong message." (*see 1.0409*)<br><br>Sherwood bemoaned the fact that Whelton had left academia (previously full-time at JHU) and was now in private practice—noting that left Merck with little "leverage" over him (*see 1.0160*) | No | No | N/A | N/A |
| Whipple, Heather Lee | Merck employee | Promotion manager, ("Vioxx/ethical"), integrated marketing communications team, USHH | Mid level marketing manager who worked under Rick Roberts and Charlotte McKines. | Yes | No | N/A | N/A |
| Whitfield, Stephen | Merck employee | Sales rep | Sales rep in the Ernst Case | No[18] | No | 4/22/05 | N/A |
| Wicks, Nancy | Merck employee | Executive Director, Business Analysis and Decision Support | High level in the BADS division; worked on all sorts of business analyses, business plans, and pricing issues. | Yes | No | N/A | N/A |
| Wiholm, MD, PhD, Bengt-Erik | Merck employee | Unknown at this time | Precise role unclear, but appears to have been an epidemiologist. Authored an epidemiologic study on the rate of sulfonamide reactions in Celebrex (presumably to aid marketing with Vioxx). Custodial file contains multiple references to drug related risks and pregnancy. Appears to have monitored epidemiologic literature and possibly databases for adverse events. | Yes | No | N/A | N/A |

| Name | Category | Title(s)[1] | Role in Vioxx case | Custodial file produced?[2] | Interviewed For Martin Report? | Deposition testimony? | Trial testimony?[3] |
|---|---|---|---|---|---|---|---|
| Williams, Jr. MD, James | Third party | Rheumatologist, University of Utah | Member of the 2001 FDA Advisory Committee that reviewed VIGOR. The FDA noted at the beginning of the meeting that he had unspecified conflicts, but that a waiver was granted so he could participate. | No | No | N/A | N/A |
| Williams, Mark | Merck employee | Medical Education Manager, Medical Strategies Group; A&A Therapeutics Group | Worked with consultants on "education" and lectures. Appears to have worked closely with Susan Baumgartner. | Yes | No | N/A | N/A |
| Williams, PhD, George | Merck employee | Senior VP, Biostatics and Research Data Systems | Senior Merck researcher able to weigh in on how VIGOR and other studies are written and presented. | Yes | Yes | N/A | N/A |
| Williams, Richard | Plaintiff | — | Plaintiff in the Williams case in NJ | N/A | N/A | 1/24/06 | N/A |
| Williams-Boyde, Kerrie | Merck employee | ? sales rep | ? Sales rep | Yes | No | N/A | N/A |
| Willoughby, Nicole | Merck employee | ? sales rep | ? Sales rep | Yes | No | N/A | N/A |
| Wilson, Gwendolyn | Fact witness (case specific) | — | Treater in the Henley case in NJ | N/A | No | N/A | N/A |
| Wilson, MD, Merlin | Defense expert witness | Clinical Professor of Medicine at LSU and Tulane | Rheumatologist/immunologist who provides defense liability and causation testimony. | N/A | No | 10/11/02; 4/8/04; 1/14/05; 4/13/05; 7/1/05 8/17/05 | N/A |
| Wim, Deborah | Merck employee | Unknown | Precise role unclear. Was deposed in the context of TX marketing litigation. Transcript mostly redacted. | No | No | 8/31/04 | N/A |
| Wiseman, Rebecca | Merck employee | Unknown | Precise role unclear. Was deposed in the context of TX marketing litigation. Transcript mostly redacted. | No | No | 8/19/04 | N/A |

| Name | Category | Title(s)[1] | Role in Vioxx case | Custodial file produced?[2] | Interviewed For Martin Report? | Deposition testimony?[3] | Trial testimony[3] |
|---|---|---|---|---|---|---|---|
| Wiesmer, Tim | Merck employee | Associate Director—Managed Care Field Implementation Team | Worked on team selling to managed care plans and pharmacies | Yes | No | N/A | N/A |
| Wold-Olsen, Per | Merck executive | President, Foreign Human Health Units | Supervised foreign operations outside the Northern hemisphere. Part of the senior management team. | Select docs. | No | N/A | N/A |
| Wolfe, MD, M. Michael | Merck consultant | Section of Gastroenterology, Boston University School of Medicine | Member of the 2001 FDA Advisory Committee that reviewed VIGOR. Received a waiver from FDA (re: his conflicts) so he could sit on the committee. (See transcript of Feb 8, 2001 FDA Advisory Meeting) Merck has him classified in their marketing documents as an "Advocate" (See MRK-AFI0072491). Also, Dr. Wolfe is listed on Merck's list of preferred speakers (See MRK-AFI0015160 at 65) | No | No | N/A | N/A |
| Wolloff, Eugene | Merck employee | Executive Director, USHH Business Development | Worked on "Project Mona Lisa"—sales of Vioxx in the Dental world | Yes | No | N/A | N/A |
| Wong, Jonathan | Merck employee | Sales rep | Sales rep in the Cona/McDarby case | No[151] | No | 2/10/06 | N/A |
| Wong, Peggy | Merck employee | Statistician | Statistician on some of the early clinical pharm studies. Co-author on some of the publications, including one on the lack of inhibition of the anti-platelet effects of aspirin. Also worked on JRA studies | Yes | No | N/A | N/A |

*In re: Vioxx Litigation* *Cast of Characters* *Red = Key individuals*

| Name | Category | Title(s)[1] | Role in Vioxx case | Custodial file produced?[2] | Interviewed For Martin Report? | Deposition testimony? | Trial testimony?[3] |
|---|---|---|---|---|---|---|---|
| Wood, MB, ChB, Alastair J.J. | Third Party | Managing Director, Symphony Capital (Sept 2006-present)<br><br>Professor of Medicine and Professor of Pharmacology, Cornell Weill Medical School (2006-present)<br><br>Associate Dean for External Affairs, Attending Physician and Professor of Medicine, Vanderbilt University ('70s-2006)<br><br>Reviewer, IOM report on Drug Safety in America (Sept 2006)<br><br>Chair of the 2005 FDA Joint Arthritis and Drug Safety Advisory Committee on Cox-2 inhibitors (Feb 2005)<br><br>Editor of the "Drug Therapy" section of the New England Journal of Medicine (1993-2004) | World renowned physician, pharmacologist, and drug safety expert; former candidate for the position of FDA commissioner in 2001 until his name was pulled from consideration (rumor was that pharma industry intervened).<br><br>Best known for his highly visible role as the Chair of the FDA Advisory Committee that looked at the CV safety of Vioxx, Celebrex, Bextra and other NSAIDs in February 2005. Bluntly pointed out what he felt to be inadequacies in the 2002 Vioxx label:<br><br>The second question I have, which has always worried me, is when you go back to the [2002 Vioxx label], you know, when you changed the label to say caution should be exercised when Vioxx is used in patients with a medical history of ischemic heart disease, as a physician what am I supposed to do with that? Am I supposed to say to patients take the drug slowly, or swallow it with milk, or only take it with the lights on? Tell me what I am supposed to do with that information. I am not being facetious here because as we go through this process we are going to have to decide how we make whatever labeling changes we make, if that is the decision we make, and that doesn't seem to me to have been helpful. (*Source: Transcript of the FDA's Joint Meeting of the Arthritis Advisory and Drug Safety Monitoring Committee, Feb 16, 2005*)<br><br>Has expressed the view that drug labeling, as a practical matter, doesn't work—"it's like the sticker on the back of a sun visor in an SUV. It doesn't make the vehicle any safer." (*Source: "Details of a big picture – Alastair Wood (almost) moved to top FDA post"* <u>*The Reporter*</u>, *Vanderbilt Medical Center, May 31, 2002*)<br><br>After more than 30 years as a straight academic, in 2006 he joined a private equity firm that specializes in biopharmaceutical work. | No | No | N/A | N/A |

*Kline and Specter, PC*
*Attorney Work Product – Privileged and Confidential—DO NOT PRODUCE*

*Page 161 of 169*
*Last modified on 8/3/2007at 8:29:43 AM*

KS-001171

| Name | Category | Title(s)[1] | Role in Vioxx case | Custodial file produced? | Interviewed For Martin Report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Woodcock, MD, Janet | FDA official | Director, Center for Drug Evaluation and Research | Frequent face of the FDA on the news, and overall head of drug approval at FDA until being moved upstairs to the commissioner's office. "Janet" and the senior Merksters were on a first name basis (see eg, 1.0005, 1.0207, 1.0300) | FDA production | No | N/A | N/A |
| Woodfield, Jennifer | Merck employee | Sales rep | Sales rep | Yes | No | N/A | N/A |
| Wyles, Stanley | Plaintiff | – | Plaintiff in the NJ litigation | No | No | 9/21/06 | N/A |
| Wynd, Doug | Merck employee | Marketing Manager, Vioxx Marketing Team | Appears to have had a fairly high level position in the marketing team with respect to Vioxx, but the 'custodial file' that was produced has only about ten documents in it—all standard documents (journal articles, etc). Production clearly incomplete as emails authored by him can be found in other custodial files | Yes (? partial) file | | | |
| Xu, Beilei | Merck employee | Unknown | Precise role unclear. Appears to have worked on statistics for several Vioxx projects | Yes | No | N/A | N/A |
| Yarik Carol | Merck employee | Clinical Research, Endocrine | Precise role unclear at this time. Appears to have had some involvement in VIP. | Yes | No | N/A | N/A |
| Yarun, Wendy | Merck employee | USHH | Precise role unclear at this time, but appears to have worked in USHH | Yes | No | N/A | N/A |
| Yates, MD, John | Merck employee | Senior VP, Medical and Scientific Affairs, US Human Health | Author of the "Dear Doctor" letter that was supposedly sent to all physicians in the US (note: the distribution of this letter to ALL physicians has not been confirmed) in April 2002 when the Vioxx label was changed | No | Yes | N/A | N/A |

KS-001172

*In re: Vioxx Litigation* — *Cast of Characters* — *Red = Key individuals*

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed For Martin Report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Yocum, MD, David | Third party | University of Arizona | Rheumatologist and member of the 1999 FDA Advisory Committee that recommended approval for Vioxx. | No | No | N/A | N/A |
| Young, Gloria | Fact witness (case specific) | – | Companion to Plaintiff in the Grossberg litigation in CA | No | No | 5/4/06 | N/A |
| Young, PhD, Robert | Merck employee | Merck Frosst | Chemist who did early work on Vioxx compound | Yes | No | N/A[illegible] | N/A |
| Young, Robert | Merck employee | – | Deposed as part of marketing case in TX (In re: Tami Ameen). Most of transcript is confidential. | No | No | 8/18/04 | N/A |
| Yu, Qinfen | Merck employee | Clinical biostatistics | SAS programmer who aided Deborah Shapiro | Yes (SAS) | No | N/A | N/A |
| Zamboni, PhD, Robert | Merck employee | Merck Frosst | Organic chemist who did early work on the Vioxx compound and is named author on some of the early pharma papers | Yes | No | N/A[illegible] | N/A |
| Zawad, PhD, Carole | Fact witness (case specific) | – | Treating therapist in the Levinson case in NJ | N/A | No | 8/10/05 | N/A |
| Zohrack, MD, James | Fact witness (case specific) | – | Fact witness and treating physician in the Mason case | N/A | No | 8/30/06 | Via video —Mason |

*Kline and Specter, PC*
*Attorney Work Product -- Privileged and Confidential—DO NOT PRODUCE*

*Page 163 of 169*
*Last modified on 8/3/2007at 8:29:43 AM*

**KS-001173**

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed For Martin Report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Zeger, PhD, Scott | Merck consultant | Chair, Department of Biostatistics, Johns Hopkins University | Paid Merck consultant and member of the Merck Board of Scientific Advisors (1995-?)<br><br>Attended the FDA Advisory Meeting in 1999 as a consultant for Merck.<br><br>Participated in November 2000 consultant meeting to analyze the results of VIGOR.<br><br>Analyzed the FDA's review of VIGOR for Merck prior to the 2001 FDA Advisory meeting.<br><br>Attended the FDA Advisory Meeting in 2001 as a consultant for Merck.<br><br>Following the withdrawal of Vioxx in Sept 2004, wrote to Peter Kim assuring him that Merck had made the right decision and that the "evidence to make your decision was only apparent after 30 months of follow-up in APPROVe." Also early advocate of the 18 month hypo.<br><br>Reviewed the Merck's backgrounder for the 2005 ACM meeting.[18] | No | Yes | N/A | N/A |
| Zeid, DO, Randy | Fact witness (case specific) | Treating physician | Treating physician in the LaFerriere case in NJ | N/A | No | 11/16/04 | N/A |
| Zhang, MD, PhD, Jingping | Third party | Renal Division, Brigham and Women's | Performed a meta-analysis of clinical trials which demonstrated that Vioxx was associated with increased renal and arrhythmia events. No class effect was noted (*JAMA*. 2006;296:1619-1632). | No | No | N/A | N/A |

KS-001174

*In re: Vioxx Litigation* — *Cast of Characters* — *Red = Key individuals*

| Name | Category | Title(s)[1] | Role in Vioxx case | Custodial file produced?[2] | Interviewed For Martin Report? | Deposition testimony? | Trial testimony[3] |
|---|---|---|---|---|---|---|---|
| Ziegler, Paul | Merck employee | Unknown at this time | Unknown at this time. Only one document attributed to him in the database as a 'custodian,' and it consists of a list of medical journals | Yes[138] | No | N/A | N/A |
| Zipes, MD, Douglas | Plaintiff's cardiology expert[139] | Distinguished Professor Emeritus, Indiana University School of Medicine | Specialist on research and treatment of cardiac arrhythmias who testified for the plaintiffs on general and case specific causation in the Barnett case. Also served expert report in the Mason case. | N/A | No | 6/19/06; 7/19/06 | Live —Barnett (MDL) |
| Zivin, MD Justin A. | Merck consultant | Professor of Neurosciences, University of California, San Diego | Merck consultant and member of the neurology adjudication committee | No | No | N/A | N/A |
| Zucchero, RN, August | Merck employee | Senior osteoporosis specialist | Precise role unclear at this time | Yes[140] | No | N/A | N/A |
| Zwicke, Dianne | Plaintiff's expert[141] | Cardiologist, WI | Case specific cardiology expert witness | N/A | No | 6/14/04; 8/29/05 | N/A |

[1] This column is not an all-inclusive list—titles given generally encompass the time frame at issue (late 1990s until today). If a specific title was not available, but a department or division of Merck where the individual at question worked was available (eg Merck Frosst, Biostatistics, USHH), that was provided instead.

[2] Production of documents from FDA was limited. Access to FDA officials for deposition purposes, with the exception of Dr. David Graham, was not permitted by the Court.

[3] At the time this document was prepared, limited information was available as to the witnesses called in the Garza (TX), Schwaller (IL), Albright (AL) and the Doherty (NJ) trials. Should that information become available, it will be included in subsequent editions of this document.

*Kline and Specter, PC*
*Attorney Work Product – Privileged and Confidential—DO NOT PRODUCE*

*Page 165 of 169*
*Last modified on 8/3/2007at 8:29:43 AM*

KS-001175

[4] Unfortunately, following the Mason and Smith trials, Merck elicited testimony from a necessary independent third party in this case (Gregory Curfman MD, executive editor of the New England Journal of Medicine) that damaged Dr. Abramson's credibility. Therefore, the PSC no longer recommends his use as an expert in this litigation.
[5] See STI0035078 and STI0035086
[6] See Transcript of April 20, 1999 FDA Arthritis Advisory Committee on Vioxx
[7] See MRK-ACZ0012635 at 2806
[8] See http://www.cspinet.org/new/200502251.html (referencing "Food and Drug Administration Center for Drug Evaluation and Research," Congressional Hearing Transcripts, 7/20/99)
[9] See Stroke 2007: 38: 1655-1711
[10] Only two documents produced
[11] Custodial file is not in the depository database, but like many of the sales reps may have been produced directly to counsel involved in the Crook case
[12] Dr. Antonelli is **NOT** an MDL expert. Questions should be directed to Gregory Spitzer, Esq.
[13] Source: Response of defendant Merck and Co to PSC's first set of ROGS, answer to ROG 4(h).
[14] Source: Response of defendant Merck and Co to PSC's first set of ROGS, answer to ROG 8
[15] Dr. Arnett is an MDL expert witness. Questions should be directed to Andy Birchfield, Esq and Leigh O'Dell, Esq
[16] See MRK-AFI0175161
[17] Dr. Avorn is an MDL expert witness. Trial preservation testimony may be obtained through the MDL; Dr. Avorn is not available for live testimony. Questions contact Chris Tisi, Esq.
[18] Was deposed in the context of patent litigation between Merck and Searle—has not been deposed in this litigation.
[19] Dr. Baldwin is **NOT** an MDL expert. Questions should be directed to Andy Birchfield, Esq and Leigh O'Dell, Esquire
[20] See http://www.cspinet.org/new/200502251.html
[21] Was deposed in the context of patent litigation between Merck and Searle—has not been deposed in this litigation.
[22] Custodial file is not in the depository database, but like many of the sales reps may have been produced directly to counsel involved in the McDarby case
[23] Custodial file is not in the depository database, but like many of the sales reps may have been produced directly to counsel involved in the Doherty case
[24] Custodial file is not in the depository database, but like many of the sales reps may have been produced directly to counsel involved in the Young case
[25] Dr. Bloor was an MDL expert witness, but is no longer being offered as an MDL witness. Questions should be directed to John Restaino, Esq. or Shelly Sanford, Esq.
[26] Source: Response of defendant Merck and Co to PSC's first set of ROGS, answer to ROG 4(d).
[27] Exhibit 38 to the Graham Deposition
[28] Dr. Burton is **NOT** an MDL expert. Questions should be directed to Andy Birchfield, Esq or Leigh O'Dell, Esq
[29] Custodial file is not in the depository database, but like many of the sales reps may have been produced directly to counsel involved in the Kozic case
[30] Dr. Carter is **NOT** an MDL expert. Questions should be directed to Shelly Sanford, Esq
[31] Custodial file from Merck employed years only is under the name "Francesca Lawson" in the database
[32] Dr. Chalkin is **NOT** an MDL expert witness. Questions should be directed to Girardi and Keefe.
[33] Was deposed in the context of patent litigation between Merck and Searle—has not been deposed in this litigation
[34] Dr. Cleland is an MDL expert witness. Questions should be directed to John Restaino, Esq. or Shelly Sanford, Esq.
[35] From the job description, this appears to be a different John Cook than the John Cook whose custodial file is in the database. Assuming this is true, the custodial file for this John Cook is not in the depository database, but like many of the sales reps may have been produced directly to counsel involved in the Lennon case
[36] See http://www.cspinet.org/new/200502251.html
[37] See http://www.cspinet.org/new/200502251.html See also, http://www.fhbc.org/ime/ab04702/index.cfm
[38] See http://www.cspinet.org/new/200502251.html
[39] See http://www.cspinet.org/new/200502251.html
[40] Custodial file is not in the depository database, but like many of the sales reps may have been produced directly to counsel involved in the Garza case
[41] Dr. DePace is NOT an MDL expert witness.
[42] Source: Response of defendant Merck and Co to PSC's first set of ROGS, answer to ROG 4(g) and (i).

*In re: Vioxx Litigation* *Cast of Characters* *Red = Key individuals*

43 Was deposed in the context of patent litigation between Merck and Searle—has not been deposed in this litigation.
44 Custodial file is not in the depository database, but like many of the sales reps may have been produced directly to counsel involved in the Younge case
45 See http://www.cspinet.org/new/200502251.html
46 Dr. Egilman is NOT an **MDL** expert. Questions should be directed to the Lanier Law Firm.
47 See http://www.cspinet.org/new/200502251.html
48 Source: Response of defendant Merck and Co to PSC's first set of ROGS, answer to ROG 4(d).
49 Only four documents
50 Was deposed in the context of patent litigation between Merck and Searle—has not been deposed in this litigation
51 Dr. Farquhar is an MDL expert witness. Questions should be directed to Don Arbitblit, Esq
52 Custodial file is not in the depository database, but like many of the sales reps may have been produced directly to counsel involved in the case
53 Custodial file is not in the depository database, but like many of the sales reps may have been produced directly to counsel involved in the Younge case
54 Custodial file is mis-coded in the database as belonging to "Gary Fitzgerald"
55 See http://www.cspinet.org/new/200502251.html
56 Source: Response of defendant Merck and Co to PSC's first set of ROGS, answer to ROG 4(d).
57 Custodial file is not in the depository database, but like many of the sales reps may have been produced directly to counsel involved in the case
58 Was deposed in the context of patent litigation between Merck and Searle—has not been deposed in this litigation
59 Only three documents produced
60 Dr. Fosslien is an MDL expert witness. Questions should be directed to John Restaino, Esq
61 Only three documents were produced—emails from someone else in the counsel's office on which Frazier was cc'ed. The email distribution lists and subject lines ("Vioxx litigation") are visible, but the text of the emails has been completely redacted.
62 Custodial file is not in the depository database, but like many of the sales reps may have been produced directly to counsel involved in the case
63 Dr. Funk is and MDL expert witness. Questions should be directed to Shelly Sanford, Esq.
64 Dr. Furman is **NOT** an MDL expert. Questions should be directed to Andy Birchfield, Esq.
65 See http://www.cspinet.org/new/200502251.html
66 Dr. Gurell is an MDL expert. Please contact the PSC for information.
67 Dr. Gelb is **NOT** an MDL expert. Please contact Andy Birchfield, Esq, or Leigh O'Dell, Esq for more information.
68 See http://www.cspinet.org/new/200502251.html . See also, http://www.fbhc.org/ncca/abi04202/index.cfm
69 Not in the generic database. Possible the file was produced in the context of case specific discovery
70 Dr. Michael Graham is **NOT** an MDL expert, questions should be directed to Andy Birchfield, Esq or Leigh O'Dell, Esq.
71 Dr. Guerignian is an MDL expert witness. Questions should be directed to Chris Seeger, Esq, David Buchanan, Esq, or Chris Tisi, Esq.
72 Not in the generic database. Possible the file was produced in the context of case specific discovery.
73 Exhibit 38 to the Graham Deposition.
74 Not in the generic database. Possible the file was produced in the context of case specific discovery.
75 See http://www.cspinet.org/new/200502251.html
76 Only three documents produced
77 See http://www.cspinet.org/new/200502251.html
78 Not in the generic database. Possible the file was produced in the context of case specific discovery.
79 Dr. Kapit is an MDL expert. Questions should be addressed to Shelly Sanford, Esq, and John Restaino, Esq
80 Dr. King is **NOT** an MDL expert
81 Only three documents produced
82 Only three documents produced

*Kline and Specter, PC*
*Attorney Work Product — Privileged and Confidential—DO NOT PRODUCE*
*Page 167 of 169*
*Last modified on 8/3/2007at 8:29:43 AM*

KS-001177

[83] Was deposed in the context of patent litigation between Merck and Searle—has not been deposed in this litigation.
[84] Dr. Kronmal is an MDL expert. Question should be directed to David Buchanan, Esq.
[85] Dr. Krumholz is **NOT** an MDL expert. Questions should be directed to the Lanier Law Firm and Seeger Weiss.
[86] Certain of Lanier's documents have been produced, and the issue of what other documents are privileged or not privileged is currently before the Special Master appointed by Judge Fallon.
[87] Only one document produced.
[88] Source: Response of defendant Merck and Co to PSC's first set of ROGS, answer to ROG 4(d).
[89] Dr. Lucchesi is an MDL expert. Questions should be directed John Restaino, Esq and Shelly Sanford, Esq.
[90] Dr. McCann is **NOT** an MDL expert. Questions should be directed to Shelly Sanford, Esq.
[91] Source: Response of defendant Merck and Co to PSC's first set of ROGS, answer to ROG 4(h).
[92] Source: Response of defendant Merck and Co to PSC's first set of ROGS, answer to ROG 4(g) and (i).
[93] Custodial file is not in the depository database, but like many of the sales reps may have been produced directly to counsel involved in the Kozic case.
[94] See http://www.cspinet.org/new/200502251.html and http://www.ftc.gov/bcp/workshops/disclosures/biographies.pdf
[95] Dr. Morrison is **NOT** an MDL expert. Questions should be directed to Jerry Kristal, Esq.
[96] Dr. Moye is **NOT** an MDL expert. Questions should be directed to Scientific Evidence.
[97] The PSC recommends using the Musliner memo with caution, as it actually can support a key tenet of the defense case—that they considered the fact that other NSAIDs could offer cardioprotection.
[98] Source: Response of defendant Merck and Co to PSC's first set of ROGS, answer to ROG 8(P).
[99] Custodial file is labeled " Earn" in the database.
[100] Dr. Pace-Asciak is an MDL expert. Questions should be directed to Shelly Sanford, Esq or John Restaino, Esq.
[101] See http://www.cmpmed.com/CD/CD0090/A80429.htm
[102] Was deposed in the context of patent litigation between Merck and Searle—has not been deposed in this litigation.
[103] Dr. Parisian is **NOT** an MDL expert. Question should be directed to Steve Knowlton, Esq.
[104] Dr. Pechmann is an MDL expert. Questions should be directed to Shelly Sanford, Esq or Mark Robinson, Esq.
[105] See http://www.cspinet.org/new/200502251.html
[106] Dr. Plunkett is **NOT** an MDL expert. Question should be directed to Scientific Evidence.
[107] Was deposed in the context of patent litigation between Merck and Searle—has not been deposed in this litigation.
[108] Dr Ray is an MDL expert witness. Questions should be directed to David Buchanan, Esq and Chris Tisi, Esq.
[109] Was deposed in the context of patent litigation between Merck and Searle—has not been deposed in this litigation.
[110] Custodial file is not in the depository database, but like many of the sales reps may have been produced directly to counsel involved in the McDarby case.
[111] Was deposed in the context of patent litigation between Merck and Searle—has not been deposed in this litigation.
[112] Dr. Seidler is **NOT** an MDL expert.
[113] Dr. Sessower is **NOT** an MDL expert. Questions should be directed to Rick Meadow, Esq.
[114] Source: Response of defendant Merck and Co to PSC's first set of ROGS, answer to ROG 4(g) and (i).
[115] Custodial file is not in the depository database, but like many of the sales reps may have been produced directly to counsel taking the deposition.
[116] See http://www.cspinet.org/new/200502251.html
[117] See http://www.cspinet.org/new/200502251.html
[118] Source: Response of defendant Merck and Co to PSC's first set of ROGS, answer to ROG 8(E).
[119] Source: Response of defendant Merck and Co to PSC's first set of ROGS, answer to ROG 4(h).
[120] Source: Response of defendant Merck and Co to PSC's first set of ROGS, answer to ROG 4(d).
[121] Was deposed in the context of patent litigation between Merck and Searle—has not been deposed in this litigation.
[122] Dr. Tackett is **NOT** an MDL expert. Questions should be directed to Scientific Evidence.
[123] Was deposed in the context of patent litigation between Merck and Searle—has not been deposed in this litigation.

Case 2:05-md-01657-EEF-DEK Document 62932-73 Filed 05/06/11 Page 41 of 42

KS-001178

Was deposed in the context of patent litigation between Merck and Searle—has not been deposed in this litigation.
Only five documents produced.
Was deposed in the context of patent litigation between Merck and Searle—has not been deposed in this litigation.
Was deposed in the context of patent litigation between Merck and Searle—has not been deposed in this litigation.
Custodial file is not in the depository database, but like many of the sales reps may have been produced directly to counsel involved in the Anderson case.
Alternately, "Villardo"
Was deposed in the context of patent litigation between Merck and Searle—has not been deposed in this litigation.
Dr. Weiner is **NOT** an MDL expert. Questions should be directed to Ed Blizzard, Esq.
Custodial file is not in the depository database, but like many of the sales reps may have been produced directly to counsel involved in the Ernst case.
Custodial file is not in the depository database, but like many of the sales reps may have been produced directly to counsel involved in the McDarby case.
Only about ten non-specific documents produced. Documents produced in other custodial files that he authored are available and suggest that production on his behalf was incomplete.
Was deposed in the context of patent litigation between Merck and Searle—has not yet been deposed in this litigation.
Was deposed in the context of patent litigation between Merck and Searle—has not yet been deposed in this litigation.
So overly gushy and effusive with praise for what a heavenly organization Merck is for "doing the right thing" that an insulin shot is necessary to read the intro paragraphs.
Only one document produced.
Dr. Zipes is **NOT** an MDL expert. Questions should be directed to Mark Robinson, Esq.
Only three documents produced.
Dr. Zwicke is **NOT** an MDL witness. Questions should be directed to Andy Birchfield, Esq and Leigh O'Dell, Esq.

KS-001179