# Exhibit "63"

# KLINE AND SPECTER CONTRIBUTIONS TO TRIAL PACKAGE

- Cast of Characters--a comprehensive guide to the over 700 Merck employees, third parties, and experts involved in the litigation

- Dictionary--a comprehensive guide to over 500 scientific terms and the alphabet soup of the Merck corporate structure

- 3200 articles from the database/medical literature

- Refinement of theme grid (with Pete Kaufman and Jeff Grand)

- Documents we discovered during extensive document review (Merck, FDA, third party)

- Depositions of Merck scientists, executives, and Third Parties

- Deposition cuts

- Work on modules (groupthink with Chris Tisi and Leigh O'Dell)

- Expert reports, depositions, prep

- Development of stroke package

KS-001230