Exhibit "64"

**Spurka, Kathleen**

| | |
|---|---|
| From: | Pete Kaufman [PKaufman@levinlaw.com] |
| Sent: | Wednesday, August 15, 2007 12:26 PM |
| To: | Dagostino, Lisa S.; ssanford@ssrlawyers.com; leigh.odell@beasleyallen.com; gmeunier@gainsben.com; JGrand@seegerweiss.com; MWeinkowitz@lfsblaw.com; dbuchanan@seegerweiss.com; cvtisi@aol.com; LDAVIS@hhkc.com; TShrack@lfsblaw.com |
| Cc: | Kline, Thomas R.; Spurka, Kathleen; Balefsky, Lee; Tiger, Michelle |
| Subject: | RE: Final Vioxx Database - List of Articles |

Lisa,

What an incredible resource.

Your contributions to the trial package have been astonishing.  If I knew knew a word better than "astonishing," I would use it.

And Kathy, thank you very much.  It's almost painful to think of how much work went into this.

---

**From:** Dagostino, Lisa S. [mailto:Lisa.Dagostino@KlineSpecter.com]
**Sent:** Wednesday, August 15, 2007 9:23 AM
**To:** Pete Kaufman; ssanford@ssrlawyers.com; leigh.odell@beasleyallen.com; gmeunier@gainsben.com; JGrand@seegerweiss.com; MWeinkowitz@lfsblaw.com; dbuchanan@seegerweiss.com; cvtisi@aol.com; LDAVIS@hhkc.com; TShrack@lfsblaw.com
**Cc:** Kline, Thomas R.; Spurka, Kathleen; Balefsky, Lee; Tiger, Michelle
**Subject:** Fw: Final Vioxx Database - List of Articles

The med lit compilation is finally complete.  We have 3200+ articles in a ref manager database.   The pdfs of the articles are named by medical citation and the articles have been sorted by journal.   Attached for reference please find a listing of the articles we've compiled arranged by journal and also arranged by last name of the first author.

Kathy Spurka of our office did a ton of work putting this all together and built the ref manager database from the medline citations. Where medline citations were not available (for abstracts and posters), she created them.

We've augmented the keywords in the citations so that it will be possible to search using the protocol numbers and common acronyms for the studies and come up with all publications related to that study (example:  entering 'protocol 88,' '88,' or 'Vigor' will come up with the original VIGOR publication, the VIGOR methods paper, the EOC, the responses to the EOC and the EOC reaffirmed).

As we previously discussed, Kathy is sending the pdfs of all articles and the ref manager database to Mike W and Tom Shrack for conversion to Access for general distribution in the package, along with the 'compendium' of selected key articles identified by Chris and Leigh.

We have NOT assigned ref numbers yet--the ones that are in the database were randomly assigned by the ref manager program--I would suggest that we NOT use those or convert that field to access.   Tom, Mike, Shelly--we should discuss how to deal with number assignment--anyone available for a call?

The identical package of all 3200 pdfs and ref manager database is also being shipped to Pete.   If you own Ref Manager or Endnote (the Ref Manager database is compatible with Endnote) and want the RM database please let Kathy know and she'll get it out to you. If you want the 3200 pdfs--we're also happy to get them out to you.  All fits on one handy-dandy DVD.

-----Original Message-----
From: Spurka, Kathleen
To: Dagostino, Lisa S.
Sent: Tue Aug 14 19:29:51 2007
Subject: Final Vioxx Database - List of Articles

**KS-001231**

T <<Vioxx Database - List of Articles.pdf>> he attached .pdf of Articles is a combination of 2 parts: database of articles sorted by 1) Journal and 2) Author.

Kathleen M. Spurka, Legal Assistant

_____

Kline & Specter
A Professional Corporation
1525 Locust Street, 19th Floor
Philadelphia, PA 19102-3712
215-772-1000 telephone
215-772-1398 direct dial
215-735-0957 direct facsimile

KS-001232