# Exhibit "66"

| | |
|---|---|
| **From:** | Dagostino, Lisa S. |
| **To:** | Kline, Thomas R.; Specter, Shanin |
| **Cc:** | Spurka, Kathleen |
| **Subject:** | Fw: Barbour and Daniels |
| **Date:** | Thursday, August 16, 2007 7:12:49 AM |

Fyi

-----Original Message-----
From: Russ Herman <RHERMAN@hhkc.com>
To: Dagostino, Lisa S.
CC: Russ Herman <RHERMAN@hhkc.com>
Sent: Thu Aug 02 13:36:45 2007
Subject: RE: Barbour and Daniels

Lisa:  Thanks for the memo - excellent work as usual.  Russ

-----Original Message-----
From: Dagostino, Lisa S. [mailto:Lisa.Dagostino@KlineSpecter.com]
Sent: Monday, July 30, 2007 8:21 AM
To: Russ Herman
Cc: Lenny Davis
Subject: RE: Barbour and Daniels

This is the response to Merck's statement of material facts and our counterstatement of facts from the preemption motion.  The part that you want to look at is paragraphs 54-59 of the Counterstatement (and the footnotes).   This lays out exactly what we found on the FDA docket re: notice and comment (or lack thereof) for the preemption language--all leading up to the 'consultation' with Barbour and Daniels.

Your office will have the exhibits cited in those paragraphs and can pull those for you...they all came from the internet docket for the FDA and it's often not clear from the document itself when the document was posted to the docket (especially true in the case of the memo re: Barbour and Daniels)...that's why I brought up getting the official dockets from the FDA for your use during the dep.....

As for the press...I saw an AP story on Friday that quoted Arnold Levin, and another story from earlier in the week that quoted you.   Based on my Google Newsreader--it appears that those stories were both widely picked up in various outlets.

-----Original Message-----
From: Russ Herman [mailto:rherman@hhkc.com]
Sent: Saturday, July 28, 2007 5:19 PM
To: Dagostino, Lisa S.
Subject: RE: Barbour and Daniels

Please send me press and all info on this issue we also need Foia request I am going to prepare talkin points and dep ouyline fot review bychris andy tom arnold Iwill be in trial e mths begin aug 15th But I want to keep heat on Wil personaly monitor and have this group actively involved in fighting for and taking these deps Ipersonaly appreciate your continuous work at alevel of excellence Trial package and everything you have touched has been top notch Take care and thanks Russ

[Message delivered by NotifyLink]

KS-001236

----------Original Message----------

From: "Dagostino, Lisa S." <Lisa.Dagostino@KlineSpecter.com>
Sent: Sat, July 28, 2007 7:19 AM
To: <FLonger@lfsblaw.com>, "Levin, A" <alevin@lfsblaw.com>, <RHerman@hhkc.com>, <LDAVIS@hhkc.com>
Cc: "Specter, Shanin" <Shanin.Specter@KlineSpecter.com>, "Kline, Thomas R." <Tom.Kline@KlineSpecter.com>
Subject: Barbour and Daniels

I see the potential depos of Barbour and Daniels are getting lots of press.  Just wanted to remind you that I pulled that document (re conversations between fda and Barbour/Daniels) off the FDA's internet docket.  At the time we were writing the brief we didn't think we had had the time to go through the process of getting an official copy from the fda (red ribbon?).   For evidentiary purposes and for the record--should we revisit that issue so that if the deps go forward whoever takes them has the 'official' certified document from the FDA docket to mark as an exhibit?   If so, should get process rolling.....

KS-001237