Exhibit "67"

| | |
|---|---|
| **From:** | Seeger, Chris [cseeger@seegerweiss.com] |
| **Sent:** | Thursday, July 06, 2006 12:01 PM |
| **To:** | Kline, Thomas R.; Specter, Shanin; Dagostino, Lisa S.; Caputo, David |
| **Cc:** | Buchanan, David |
| **Subject:** | RE: Preemption motion |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

yes.  that's what my call to him was about.  i told him that the team has to be you guys with Arnold.  I told Arnold too.

-----Original Message-----
**From:** Kline, Thomas R. [mailto:Tom.Kline@KlineSpecter.com]
**Sent:** Thursday, July 06, 2006 11:50 AM
**To:** Seeger, Chris; Specter, Shanin; Dagostino, Lisa S.; Caputo, David
**Cc:** Buchanan, David
**Subject:** Re: Preemption motion

This is teriffic. I am sitting here with Russ in New Orleans. Does he know this?

-----Original Message-----
From: Seeger, Chris <cseeger@seegerweiss.com>
To: Specter, Shanin; Dagostino, Lisa S.; Caputo, David
CC: Kline, Thomas R.; Buchanan, David <dbuchanan@seegerweiss.com>
Sent: Thu Jul 06 11:33:19 2006
Subject: RE: Preemption motion

Thanks team.   Shanin, I'll have Arnold reach out to you.

-----Original Message-----
From: Specter, Shanin [mailto:Shanin.Specter@KlineSpecter.com]
Sent: Thursday, July 06, 2006 11:23 AM
To: Dagostino, Lisa S.; Caputo, David
Cc: Kline, Thomas R.; Seeger, Chris; Buchanan, David
Subject: Re: Preemption motion


I just spoke to Chris Seeger.  He has asked Dave and I to head up the preemption project in light of the upcoming motion to be filed by Merck and for me to argue.  I, of course, agreed on behalf of our firm.  He wants us to collaborate with Arnold Levin and Fred Longer, which I told him would be our pleasure.

-----Original Message-----
From: Dagostino, Lisa S.
To: Caputo, David
CC: Specter, Shanin; Kline, Thomas R.
Sent: Thu Jul 06 11:12:10 2006
Subject: Preemption motion

Trk and I are with russ herman now re:  prepping for a Vioxx motion this evening.  He just gave us a heads up that Merck will be filing their preemption motion today.   I do not have access to the office remotely from here--per trk's request, can you send me the briefing that you've done?

--------------------------
Sent from my BlackBerry Wireless Handheld

**KS-001238**