Exhibit "68"

**Subject:** Re: Judge Fallon's Ruling

**Date:** Thursday, July 5, 2007 2:00:32 PM ET

**From:** Seeger, Chris

**To:** Buchanan, David, FLonger@lfsblaw.com, trafferty@levinlaw.com, Cvtisi@aol.com,
Lisa.Dagostino@KlineSpecter.com, Tom.Kline@KlineSpecter.com, rherman@hhkc.com,
ldavis@hhkc.com, alevin@lfsblaw.com

The private responses I received re my email and Dave's suggest that Black has been neutralized.  :).  Seriously,
they all now know Black's an idiot.
-------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Buchanan, David
To: 'Fred Longer' <FLonger@lfsblaw.com>; NJRT - trafferty@levinlaw.com; cvtisi@aol.com <cvtisi@aol.com>;
Seeger, Chris; Lisa.Dagostino@KlineSpecter.com <Lisa.Dagostino@KlineSpecter.com>;
Tom.Kline@KlineSpecter.com <Tom.Kline@KlineSpecter.com>; rherman@hhkc.com <rherman@hhkc.com>;
ldavis@hhkc.com <ldavis@hhkc.com>; Arnold Levin <ALevin@lfsblaw.com>
Sent: Thu Jul 05 14:56:27 2007
Subject: RE: Judge Fallon's Ruling

It's unfortunate we had to troll in the gutter on this one, but some people don't know well enough and could be
tempted to buy into Black's drivel.


_____

From: Fred Longer [mailto:FLonger@lfsblaw.com]
Sent: Thursday, July 05, 2007 1:33 PM
To: NJRT - trafferty@levinlaw.com; Buchanan, David; cvtisi@aol.com; Seeger, Chris;
Lisa.Dagostino@KlineSpecter.com; Tom.Kline@KlineSpecter.com; rherman@hhkc.com; ldavis@hhkc.com; Arnold
Levin
Subject: RE: Judge Fallon's Ruling


Dave, Now I know how you made All-American.  FSL


_____

From: Troy Rafferty [mailto:TRafferty@levinlaw.com]
Sent: Thursday, July 05, 2007 1:17 PM
To: dbuchanan@seegerweiss.com; cvtisi@aol.com; cseeger@seegerweiss.com; Fred Longer;
Lisa.Dagostino@KlineSpecter.com; Tom.Kline@KlineSpecter.com; rherman@hhkc.com; ldavis@hhkc.com; Arnold
Levin
Subject: Re: Judge Fallon's Ruling

Excellent response Dave.

-----Original Message-----
From: Buchanan, David <dbuchanan@seegerweiss.com>

**KS-001239**

To: cvtisi@aol.com <cvtisi@aol.com>; Seeger, Chris <cseeger@seegerweiss.com>; flonger@lfsblaw.com <flonger@lfsblaw.com>; Dagostino, Lisa S. <Lisa.Dagostino@KlineSpecter.com>; Troy Rafferty; Tom.Kline@KlineSpecter.com <Tom.Kline@KlineSpecter.com>; RHerman@hhkc.com <RHerman@hhkc.com>; ldavis@hhkc.com <ldavis@hhkc.com>; alevin@lfsblaw.com <alevin@lfsblaw.com>
Sent: Thu Jul 05 11:31:37 2007
Subject: FW: Judge Fallon's Ruling

fyi

-----Original Message-----
From: Buchanan, David
Sent: Thursday, July 05, 2007 12:01 PM
To: 'mikeferrara@comcast.net'; 'ntrunk@ferraralawfirm.com'; 'WFLEISHMAN@lchb.com'; 'BPMorelli@morellilaw.com'; Seeger, Chris; 'DJacoby@anapolschwartz.com'; 'erelkin@weitzlux.com'; 'ehw@erichweinberg.com'; 'Mgrossman@ssbwlaw.com'; 'RGordon@weitzlux.com'; 'SWeiss@anapolschwartz.com'; 'RDM@lanierlawfirm.com'; 'cplacitella@cprlaw.com'; 'david@800injured.com'; 'mferrara@ferraralawfirm.com'
Subject: Re: Judge Fallon's Ruling

I couldn't disagree more w/ Bert's characterization or concerns about the state of the record.  The MDL briefed and positioned this beautifully.  The 56(f) footnote gives Fallon and plaintiffs more protection then a few more facts do.  It was a brilliant play by Fallon...the result of a well-considered 56(f) affidavit by plaintiffs. Parenthetically, I'd point out that much of what Bert complains about has been known (e.g., when FDA abandoned Warning, roll of Alz), but specifically undermines any preemption opp by plaintiffs.  I guess I'm just surprised that people aren't delighted by an incredible result achieved for the benefit of all plaintiffs by the lawyers who worked tirelessly on this project.  As someone whose office has written a lot of paper in this litigation for the benefit of many, it seems to me that congratulations are a more appopropriate sentiment then bemoaning how much better it would have been if someone else had done it.

As for Bert's specific accusation that the MDL was too dumb to do the needed discovery, those are the statements of an uninformed fool.  Those people in the MDL that are apparently too dumb to do the discovery have done the discovery in NJ too...Buchanan/Seeger/Grand, Kline Specter, Sizemore, Rafferty/Pap/Kaufman, Tisi, Carlene/Sanford, Arbitblit, etc., etc.  Those are the same people who have pressed for the bulk of the 30 million pages that have been produced.  Who knew to press for, pressed for, and got the SAS data people seem to love (even before the drug was pulled, I note).  Who developed and/or took the stat, epi, and liability experts that have been trial MVPs (Topol, Avorn, Nissen, Ray) or served as a platform for other experts and analyses (Kronmal, Farqhuar, etc.). They even built the theme grid/hot doc database that contains many of the documents that were apparently not shown to the FDA expert who Bert claims was not properly prepared (someone might want to ask Bert who was responsible for that expert).  Oh, and all of that was done by fall of 2005, when SW tried Humeston I.

That is not to discount the contributions of the many non-MDL folks who

**KS-001240**

have done much for the litigation, some of whom are on this email, others who are not.  All, however, are apparently equally dumb.  After all, WL and Lanier briefed this issue in Cona-McDarby and got a great decision from Higbee.  Of course, that record is devoid of the same facts that the stupid MDL lawyers didn't include in their papers.  All stupid, stupid, stupid.

And while I find Bert's email incredibly disrespectful and insulting to many, should Bert have an opportunity to try a Vioxx case, I would encourage him to disregard the work of all the stupid people who are too dumb to do proper discovery.  Wonder what that trial package looks like?


Mike, while I initially copied Bert on this, I removed him bc I wanted to confirm that he was aware you were sharing his email with this group. I would like him on this thread and ask that you do so.  While some may feel comfortable casting stones in private, I'm not.

-----Original Message-----
From: Mike Ferrara <mikeferrara@comcast.net>
To: ntrunk@ferraralawfirm.com <ntrunk@ferraralawfirm.com>; Wendy Fleishman; Ben Morelli <bpmorelli@morellilaw.com>; Seeger, Chris; Buchanan, David; Dave Jacoby <djacoby@anapolschwartz.com>; WL - Relkin, Ellen; Eric Weinberg <ehw@erichweinberg.com>; Marc Grossman <mgrossman@ssbwlaw.com>; Rob Gordon <rgordon@weitzlux.com>; Sol Weiss <sweiss@anapolschwartz.com>; 'Rick Meadow' <rdm@lanierlawfirm.com>; 'Chris Placitella' <cplacitella@cprlaw.com>; 'David Eisbrouch' <david@800injured.com>; 'Mike Ferrara' <mferrara@ferraralawfirm.com>
Sent: Wed Jul 04 15:36:23 2007
Subject: Judge Fallon's Ruling

Dear Selected NJ Vioxx Counsel:  I am taking the liberty of sending you an email I got from Bert Black in response to Judge Fallon's preemption ruling.

Mike just sent around a news clip on Fallon's rejection of preemption in Vioxx.  Oh joy, we say.  But not so fast.  I'm sad to report the decision will not get appealed on a very good record.  According to what's on the Court's Vioxx website, the preemption motion was filed on July 5, 2006, with opposition filed on September 15, 2006.  Merck replied in October and the motion was argued in October.

Why do I rattle off all these dates?  Because I know for dead certain the MDL was completely unaware of important facts about the April 2002 label at that time.  They did not know when the FDA dropped its opposition to a precaution instead of a warning (actually very early on in the negotiations); did not know about hypertension data apparently NEVER reported to the FDA (finding out for sure would require discovery they're too dumb to take); and did not know that it was the Alzheimers data that finally changed the FDA's "mind" -- for reasons that remain very unclear (again, inadequate discovery).

I know all this because in January of THIS year I was asked to do a memo on the history of the April 2002 label, which had not been done before.

**KS-001241**

As a result we lost at least one FDA expert when he got asked questions on the label history he couldn't answer because the MDL had never found the right documents.

My point here is that the appeal may go up on a record that is devoid of things withheld from the FDA, which makes it far less likely a court like the Fifth Circuit will affirm Fallon.  Perhaps the MDL will figure out how to supplement the record on appeal.  Not easy, but maybe possible here because it will be additional support for what the lower court did, and not an effort to argue new facts in an effort to reverse.  That's an interesting little appellate point I hope they have the brains to research.

KS-001242