Exhibit "69"

**Subject:** Re: Judge Fallon's Ruling

**Date:** Thursday, July 5, 2007 10:16:41 AM ET

**From:** Cvtisi@aol.com

**To:** Tom.Kline@KlineSpecter.com, DMurphy@lfsblaw.com, cseeger@seegerweiss.com, Dbuchanan@seegerweiss.com, alevin@lfsblaw.com, RHerman@hhkc.com, LDavis@hhkc.com, trafferty@levinlaw.com

**CC:** FLonger@lfsblaw.com

Thanks Tom for the Reminder about what is actually in the record. The fact is that from an appellate perspective, this is one of the best records and briefs that I have ever seen and I would challenge anybody who has actually read it to say otherwise. Those you who have actually worked on this issue in the MDL have given us and all of those who do this kind of litigation our best chance in a hostile 5th Cir and Supreme Court.

I think that our big mistake is that a.) We have not called the malcontents on the carpet and challenged them to answer what they would have us do that we are not doing and b.) we have not been very good at blowing our own horn as to what has actually come out of the MDL firms. I guess that we have been too busy working up discovery, experts, trials, appeals to play the PR game amongst our peers.

To say that I am angry about this is an understatement. This guy works for us!


In a message dated 7/5/2007 9:00:00 A.M. Mountain Daylight Time, Tom.Kline@KlineSpecter.com writes:

> I asked Lisa Dagostino for her initial reaction to Black's criticisms, which are found in the following 5 points:
>
> 1.   Our reply to Merck's motion was so detailed, and included FDA material that was confidential, so it was filed under seal and is not available on Lexis.   Unless Bert went through the trouble of requesting a copy of it from either Lenny or Arnold, he has no idea what the record is like and is making an assumption about the state of the factual record based on Fallon's skimpy (on the facts) opinion.    The truth is that the record is much more complete re: factual issues than he is suggesting--there is a page response to Merck's statement of facts and we provided an extremely detailed counterstatement of facts (which Merck never responded to, by the way).
>
> 2.   Not only were we extremely detailed with facts of the Vioxx case itself, the counterstatement includes factual issues such as the dates when PhARMA proposed the FDA include preemption language (June 14, 2001) in their proposed labeling rule, and factual background that the FDA delayed posting that request on the FDA docket until AFTER the comment period had expired (giving the public no time for notice and comment at all).   The counterstatement of facts also contains a record of what is on the docket AFTER the rule was issued--an undated CYA (in terms of notice and comment) memo describing that FDA spoke to a few governors who had no opposition to preemption.
>
> 3.   The precise issue of 'when' FDA dropped their opposition to the warning is, in my opinion, much less important than how we phrased it in the Counterstatement of Facts--the FDA wanted a warning, Scolnick said "I will not sign off on it" and it eventually disappeared. That's the key issue--that Merck refused it and Merck COULD refuse it.  The precise 'when' that Bert is so upset about is much less important compared to the fact that Merck refused to accept the warning (we even have a full section in the counterstatement of facts on precisely this point).
>
> 4.   As for the Alz data--there is material in the counterstatement of facts on Alz.  There is also material on ADVANTAGE.   There is also material on the MI-only meta analysis (Shapiro).
>
> 5.   As for the data on HTN--I assume he is referring to 906 (HTN study comparing Vioxx to Celebrex) that was kept from the FDA.   We did not know about this at the time we wrote the brief--in fact, no one realized it until Jeff Grand and David Egilman (NOT Bert Black) discovered it during the Hermans/Humeston trial (March 2007) and Lanier used it very effectively with Lisa Rarick.   That may be something worth supplementing.
>
>
> -----Original Message-----
> From: Cvtisi@aol.com <Cvtisi@aol.com>
> To: DMurphy@lfsblaw.com <DMurphy@lfsblaw.com>; cseeger@seegerweiss.com <cseeger@seegerweiss.com>; dbuchanan@seegerweiss.com <dbuchanan@seegerweiss.com>; Levin, A; rherman@hhkc.com <rherman@hhkc.com>; ldavis@hhkc.com <ldavis@hhkc.com>; trafferty@levinlaw.com <trafferty@levinlaw.com>; Kline, Thomas R.
> CC: FLonger@lfsblaw.com <FLonger@lfsblaw.com>
> Sent: Thu Jul 05 10:43:26 2007
> Subject: Re: Judge Fallon's Ruling
>
> Arnold:
>
> He is a guy who, I am sure, has put literally THOUSANDS of hours into the MDL and who expects to be paid by this "too dumb" MDL and who will say, at the end of the day, that he contributed to this great work product.. Does he  recognize that 90% of the useable discovery that has been done has been done by those firms on this e-mail and others

KS-001243

on the PSC (while at the same time conducting 5 federal trials and several state court trials)?

I am getting very tired of these malcontents.

Oh, and by the way, the "FDA expert that we lost" was a guy who Bert prepped and wrote the expert report for.  Too bad that he did not share his stellar work with his own expert.

Chris


In a message dated 7/5/2007 6:21:55 A.M. Mountain Daylight Time, DMurphy@lfsblaw.com writes:

The following is an e-mail from Arnold Levin -

Who is Bert Black?  Did he see the 56(f) footnote?


Debbie Murphy
Levin, Fishbein, Sedran & Berman
Counsellors at Law and Proctors in Admiralty
510 Walnut Street - Suite 500
Philadelphia, PA 19106-3697
Tele: 215-592-1500 - Fax: 215-592-4663
www.lfsblaw.com
CONFIDENTIALITY NOTE: This e-mail message contains information belonging
to the law firm of Levin, Fishbein, Sedran & Berman and may be
privileged, confidential and/or protected from disclosure. The
information is intended only for the use of the individual or entity
named above. If you think that you have received this message in error,
please e-mail the sender. If you are not the intended recipient, please
delete the message and understand that any dissemination, distribution
or copying is strictly prohibited.

-----Original Message-----
From: Seeger, Chris [mailto:cseeger@seegerweiss.com]
Sent: Wednesday, July 04, 2007 7:07 PM
To: Buchanan, David; Arnold Levin; rherman@hhkc.com; ldavis@hhkc.com;
Cvtisi@aol.com; trafferty@levinlaw.com; Tom.Kline@KlineSpecter.com
Subject: Re: Judge Fallon's Ruling

Is this guy a retard?
-------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Buchanan, David
To: 'alevin@lfsblaw.com' <alevin@lfsblaw.com>; Seeger, Chris;
'RHerman@hhkc.com' <RHerman@hhkc.com>; 'ldavis@hhkc.com'
<ldavis@hhkc.com>; 'cvtisi@aol.com' <cvtisi@aol.com>; NJRT -
trafferty@levinlaw.com; 'Tom.Kline@KlineSpecter.com'
<Tom.Kline@KlineSpecter.com>
Sent: Wed Jul 04 19:00:23 2007
Subject: Fw: Judge Fallon's Ruling

See below email forwarded to NJ counsel.  It purports to be an email
from Bert Black.

-----Original Message-----
From: Mike Ferrara <mikeferrara@comcast.net>
To: ntrunk@ferraralawfirm.com <ntrunk@ferraralawfirm.com>; Wendy
Fleishman; Ben Morelli <bpmorelli@morellilaw.com>; Seeger, Chris;
Buchanan, David; Dave Jacoby <djacoby@anapolschwartz.com>; WL - Relkin,
Ellen; Eric Weinberg <ehw@erichweinberg.com>; Marc Grossman
<mgrossman@ssbwlaw.com>; Rob Gordon <rgordon@weitzlux.com>; Sol Weiss
<sweiss@anapolschwartz.com>; 'Rick Meadow' <rdm@lanierlawfirm.com>;
'Chris Placitella' <cplacitella@cprlaw.com>; 'David Eisbrouch'
<david@800injured.com>; 'Mike Ferrara' <mferrara@ferraralawfirm.com>
Sent: Wed Jul 04 15:36:23 2007
Subject: Judge Fallon's Ruling

Dear Selected NJ Vioxx Counsel:   I am taking the liberty of sending you
an email I got from Bert Black in response to Judge Fallon's preemption

KS-001244

Page 2 of 3

> ruling.
>
> Mike just sent around a news clip on Fallon's rejection of preemption in Vioxx. Oh joy, we say. But not so fast. I'm sad to report the decision will not get appealed on a very good record. According to what's on the Court's Vioxx website, the preemption motion was filed on July 5, 2006, with opposition filed on September 15, 2006. Merck replied in October and the motion was argued in October.
>
> Why do I rattle off all these dates? Because I know for dead certain the MDL was completely unaware of important facts about the April 2002 label at that time. They did not know when the FDA dropped its opposition to a precaution instead of a warning (actually very early on in the negotiations); did not know about hypertension data apparently NEVER reported to the FDA (finding out for sure would require discovery they're too dumb to take); and did not know that it was the Alzheimers data that finally changed the FDA's "mind" -- for reasons that remain very unclear (again, inadequate discovery).
>
> I know all this because in January of THIS year I was asked to do a memo on the history of the April 2002 label, which had not been done before. As a result we lost at least one FDA expert when he got asked questions on the label history he couldn't answer because the MDL had never found the right documents.
>
> My point here is that the appeal may go up on a record that is devoid of things withheld from the FDA, which makes it far less likely a court like the Fifth Circuit will affirm Fallon. Perhaps the MDL will figure out how to supplement the record on appeal. Not easy, but maybe possible here because it will be additional support for what the lower court did, and not an effort to argue new facts in an effort to reverse. That's an interesting little appellate point I hope they have the brains to research.

---

See what's free at [AOL.com](AOL.com).

KS-001245