Exhibit "71"

**Dagostino, Lisa S.**

| | |
|---|---|
| **From:** | Kline, Thomas R. |
| **Sent:** | Sunday, February 11, 2007 7:56 AM |
| **To:** | Dagostino, Lisa S. |
| **Cc:** | Specter, Shanin |
| **Subject:** | Fw: Flavahan |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Just FYI..

-----Original Message-----
From: Mark Lanier <WML@lanierlawfirm.com>
To: Kline, Thomas R.
Sent: Sun Feb 11 07:31:43 2007
Subject: RE: Flavahan

Praise from you is high praise indeed!  Thank you!

Seeger and his crew are a wonderful compliment to us.  They are working so hard behind the scenes to make days like Friday possible.  Of course you and your folks (especially Lisa!) are huge in all this as well...  This is a great cooperative effort where I get to do the fun part!  What a job!

Take care...

>    -----Original Message-----
>    From: Kline, Thomas R. [mailto:Tom.Kline@KlineSpecter.com]
>    Sent: Sunday, February 11, 2007 7:27 AM
>    To: Mark Lanier
>    Subject: Flavahan
>
>
>
>    Mark
>
>    From the peanut gallery-
>
>    I thought you had as good a day as possible to have with any  witness on Fri  with Flavahan..It was a cross exam clinic deconstructing the heart of their scientific defense...I know what it takes to accomplish what you did...I'm learning a lot watching..Keep it up, brother...
>
>    Tom

**KS-001251**