# Exhibit "73"

RE: PATIENT: Abrams, Leonard

BELOW IS A BRIEF IMPRESSION AND RECOMMENDATIONS FOR YOUR PATIENT

SERVICE PROVIDED:   CONSULT   FOLLOW UP   PROCEDURE

IMPRESSION:

- RLS → much improv.
- Spinal stenosis
- Vioxx → TBC, edema

RECOMMENDATIONS:

① Cont ketamine IX - 26 wks
② Trial of Ultram
③ Taper NTN
④ D/C Vioxx

KS-001255