# Exhibit "74"

ABC Amber BlackBerry Converter Trial version, http://www.processtext.com/abcblackberry.html

**From:** Lee Balefsky Lee.Balefsky@KlineSpecter.com
**To:** Tom KlineK&S email tom.kline@klinespecter.com, Shanin Specter shanin.specter@klinespecter.com
**Subject:** Abrams
**Date:** 11/21/2005 1:18:08 PM
**Folder:** Inbox

I spoke to Russ Herman. He agrees we cant go forward with the case. He will send the letter and speak to Fallon privately tommorow.


Lee B. Balefsky, Esquire
Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA  19102
(215) 772-0420 direct dial
(215) 772-1359 fax
(800) 597-9585 toll free number
lee.balefsky@klinespecter.com

KS-001256