# Exhibit "76"

**Subject:** Vioxx Trial Selection

**Date:** Thursday, January 12, 2006 1:16:08 PM ET

**From:** Seeger, Chris

**To:** Andy Birchfield (E-mail), Arnold Levin, Carlene Lewis (E-mail), Chris Tisi (E-mail), Drew Ranier, Elizabeth Cabraser (E-mail), Gerald Meunier, Gerald Meunier (2), Mark Robinson (E-mail), Richard Arsenault (E-mail), Seeger, Chris, Tom Kline (E-mail), Troy Rafferty (E-mail)

**CC:** Buchanan, David

Just finished a call with Fallon. Jerry, Lenny and I handled. Merck has selected Borowitz for trial after Irvin and Diaz. It's a Seeger Weiss case. We're happy trying it. We'll update everyone on the next PSC call.

KS-001269