Exhibit "77"

ABC Amber BlackBerry Converter Trial version, http://www.processtext.com/abcblackberry.html

**From:** CAS        Chris Seeger cseeger@seegerweiss.com
**To:** thomas.kline@klinespecter.com
**Subject:** Fw: today
**Date:** 12/1/2005 6:42:50 PM
**Folder:** Inbox


--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Tommy Fibich <TFibich@FHL-Law.com>
To: Seeger, Chris <cseeger@seegerweiss.com>
Sent: Thu Dec 01 18:29:03 2005
Subject: today

Chirs

I urge you to exert some leadership as cochair of this vioxx mdl. The lawyers
that control what cases are to be first tried owe it to those of us that cant
get our cases up to do the best they can.Nobody can gaurantee a result and I
believe you did all you could despite an adverse decision it the case you
tried.

What I saw today was an embarrassment. Beasley's cross was the most pathetic
lawyering I have ever seen in a big case.

You cant do what has to be done and try to make everyone happy at the same
time. This case is really going to put us in a hole. Ill keep my fingers
crossed but I think this case is over.

Just my thoughts here at the end of the day. TF

**KS-001270**

**From:**      Specter
**Sent:**      Sunday, December 04, 2005 12:27 AM
**To:**        RHerman@hhkc.com; cseeger@seegerweiss.com; dbuchanan@seegerweiss.com;
               LDavis@hhkc.com; kline@klinespecter.com
**Subject:**   Re: Irvin

Amen.


-----Original Message-----
From: Kline, Thomas R. <Tom.Kline@KlineSpecter.com>
To: 'RHerman@hhkc.com' <RHerman@hhkc.com>
CC: Specter, Shanin <Shanin.Specter@KlineSpecter.com>; 'cseeger@seegerweiss.com'
<cseeger@seegerweiss.com>; 'Dbuchanan@seegerweiss.com' <Dbuchanan@seegerweiss.com>;
'LDavis@hhkc.com' <LDavis@hhkc.com>
Sent: Sat Dec 03 23:26:22 2005
Subject: Fw: Irvin

CONDIDENTIAL

Russ- I am hopeful that with the good testimony by Ray yesterday and the Topal testimony
today ( despite its emasculation by Fallon), we may have a fighting chance. It is
exasperating, however, not to be able to get information on the items which I raise in the
email below with Birchfield. We have deep resources to use for cross examintion next week
(far beyond the Beasley firm  lawyers) , yet the the Beasley  lawyers are handling the case
like a "closed shop.".

You will see that my email below is polite, yet blunt. I welcome your intervention. Chris,
and Dave, and my office are ready to lend a hand.  Also, we just can't have Jere Beasley
cross examine any Merck witnesses after the debacle with his examination of Gertz, and I have
now directly said so. I don't know if you have said it publically.

I don't see why we should sit idly by, if there is a chance to win the case. We're entitled
to know where things stand with the shadow jury, and whether its worth putting resources
beyond the Beasley firm into this case next week. If its a lost cause, then we should let
them play out the string. If we're in the hunt, you should  "pull rank" to get some of us in
the trenches for week 2 with them.

Tom.

--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Kline, Thomas R. <Tom.Kline@KlineSpecter.com>
To: 'andy.birchfield@beasleyallen.com' <andy.birchfield@beasleyallen.com>
CC: Specter, Shanin <Shanin.Specter@KlineSpecter.com>; 'cseeger@seegerweiss.com'
<cseeger@seegerweiss.com>; 'Dbuchanan@seegerweiss.com' <Dbuchanan@seegerweiss.com>;
'RHerman@hhkc.com' <RHerman@hhkc.com>
Sent: Sat Dec 03 23:02:56 2005
Subject: Re: Irvin

KS-001271

Andy--

Would you let me know how the case is going in the eyes of the shadow jury, and your
assessment after the first week, and where we stand?

You have a tough week ahead. Do we know Merck's lineup, and what is the plan of attack for
cross examination? I assume you may face Morrison, Oakes, Reicin, and/or other tough company
witnesses and the Merck outside experts.  There are a few of us who, like you and Paul,  know
the lines of cross examination well--Lisa Dagostino, Chris Seeger, and Dave Buchanan, in
particular, all of whom are available to you.  (I'll be on trial).  You should consider
taking advantage of the resources,and,  in my view,  should   integrate them into your "inner
circle" in week 2.

  I'll be happy to send Lisa back down to work on cross examinations, if you want her there to
work directly with you and Paul.    She has been Shanin and my  main preparer  of many cross
examinations in this litigation (Kim, Reicin, Shapiro, Skolnick, Gertz, Gillmartin etc.)  and
for the direct examination of   Topol,and knows the data base very well.

   Respectfully, it is my view (widely shared) that Jere should not be cross-examining the
Merck witnesses..

I emailed you earlier today, and I know you are swamped, but please let me hear from you.

Tom.


-------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Dagostino, Lisa S. <Lisa.Dagostino@KlineSpecter.com>
To: Paul Sizemore <paul.sizemore@beasleyallen.com>; Andy Birchfield
<andy.birchfield@beasleyallen.com>
CC: Kline, Thomas R. <Tom.Kline@KlineSpecter.com>
Sent: Sat Dec 03 22:12:22 2005
Subject: RE:

Thanks paul--glad we could help.

-----Original Message-----
From: Paul Sizemore [mailto:paul.sizemore@beasleyallen.com]
Sent: Saturday, December 03, 2005 10:10 PM
To: Dagostino, Lisa S.; Andy Birchfield
Subject: RE:

doc, thank you so much for your help. you were great. topol would not have gotten done
without you. thanks again

        -----Original Message-----
        From: Dagostino, Lisa S. [mailto:Lisa.Dagostino@KlineSpecter.com]
        Sent: Fri 12/2/2005 3:28 PM
        To: Paul Sizemore; Andy Birchfield
        Cc:
        Subject: Fw:

**KS-001272**

Article from bmj that cox-2s no benefit over trad NSaids for GI effects.
Courtesy dave Buchannan

-------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Byrne, Diane <Diane.Byrne@KlineSpecter.com>
To: Dagostino, Lisa S. <Lisa.Dagostino@KlineSpecter.com>
Sent: Fri Dec 02 15:40:11 2005
Subject:

 <<BMJ-COX2-GISafety.pdf>>

**KS-001273**

**From:**       Kline
**Sent:**       Saturday, December 17, 2005 8:37 AM
**To:**         cseeger@seegerweiss.com; Cvtisi@aol.com; Dbuchanan@seegerweiss.com;
                specter@klinespecter.com
**Subject:**    Re: Irvin Update

This is in response to emails you and SS exchanged and in response to an email or DRB asking
what roles he and CT should play in the upcoming trial.  Here's my view, which will come as
no surprise--


 The PSC needs to decide whether to make the same mistake and allow the BA firm to try this
case or whether to substitute an experienced, knowledgable top tier trial lawyer and trial
team who can compete with Phil Beck, and stand up to Fallon.  That's is central.

Chris, with all due respect, someone must stand up and say that Jere Beasley does not have
the competence, skill, or knowledge  to participate in the trial of  the retrial of this
case. I know that is not what you want to do and is not a pleasant task . I will be the
movant if I am given support.  Someone must also be willing to say  that Andy and Paul are
nice fellas and good lawyers, but not front line trial lawyers for this assignment. We must
learn from the past mistake of giving their firm control of the trial.


 Ranier may a reasonable choice  to lead the trial team, if you have no interest in doing the
case. He is local and I believe a real trial lawyer.

You  need to get the case out of BA  hands (other than in a backup role)  unless a
determination is made that the case can't be won, and the PSC is just looking for cover that
the case was a loser and BA's case. (Not much of an excuse) (They did lose the first time 8-
1).

I don't expect any of this to happen, but say it all in the context of my fidelity to you and
fiduciary obligation to the PSC.


--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Specter, Shanin <Shanin.Specter@KlineSpecter.com>
To: 'cseeger@seegerweiss.com' <cseeger@seegerweiss.com>
CC: Kline, Thomas R. <Tom.Kline@KlineSpecter.com>
Sent: Fri Dec 16 19:27:07 2005
Subject: Re: Irvin Update

It doesn't matter whether we call this an MDL trial or not -- either way, it will be
perceived as a test case.  We've gotta put our best foor forward.  And we know what has to be
done: retool the pathologist and cardiologist and edit the trial team.


-----Original Message-----
From: Seeger, Chris <cseeger@seegerweiss.com>
To: Shanin.Specter@KlineSpecter.com <Shanin.Specter@KlineSpecter.com>

**KS-001274**

CC: Tom.Kline@KlineSpecter.com <Tom.Kline@KlineSpecter.com>
Sent: Fri Dec 16 19:30:25 2005
Subject: Re: Irvin Update


Yup
-------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Specter, Shanin <Shanin.Specter@KlineSpecter.com>
To: Seeger, Chris <cseeger@seegerweiss.com>
CC: Kline, Thomas R. <Tom.Kline@KlineSpecter.com>
Sent: Fri Dec 16 19:22:35 2005
Subject: Fw: Irvin Update


As predicted...

What an ass ache.


-----Original Message-----
From: Buchanan, David <dbuchanan@seegerweiss.com>
To: Tom.Kline@KlineSpecter.com <Tom.Kline@KlineSpecter.com>; Shanin.Specter@KlineSpecter.com
<Shanin.Specter@KlineSpecter.com>;
trafferty@levinlaw.com <trafferty@levinlaw.com>; cvtisi@aol.com <cvtisi@aol.com>; Seeger,
Chris <cseeger@seegerweiss.com>
Sent: Fri Dec 16 19:03:25 2005
Subject: Irvin Update

FYI, spoke to Andy a few minutes ago.  Irvin was selected for re-trial on Feb. 7 in New
Orleans.  As I understand it, no decision was made as to the next trial.  Tisi and I were
discussing our role in connection with the re-trial and thought we should get some broader
guidance from you all.

**KS-001275**

**From:**        Seeger
**Sent:**        Saturday, December 17, 2005 9:42 AM
**To:**          kline@klinespecter.com
**Subject:**     Re: Irvin Update

What's so frustrating is that you're absolutely right and I wish I could do something about
it.  I'm really doing my best short of calling the guy incompetent in public, but in private,
he knows I'm thinking it.  We'll get through this, but it's a bad situation.....I'm in
agreement with you.  It's like the issue re not retrying Irvin.....I knew Fallon would force
this.....that's why it didn't make sense to call andy out on the call and say "you shall not
try this case". If I had done that, it wouldn't have mattered because fallon was going to do
it any way, and I would have looked like a bad guy.  We might as well fight battles here we
can win.
--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Kline, Thomas R. <Tom.Kline@KlineSpecter.com>
To: Seeger, Chris <cseeger@seegerweiss.com>
Sent: Sat Dec 17 08:09:05 2005
Subject: Re: Irvin Update

Chris. I didn't say you are not doing enough......I just felt compelled to lay out what I
think needs to be done...I know there is diplomacy and other issues invoolved. I also know I
am sometimes too strident...That's why they'll never have me run a PSC....I'm just so
friustrated with their incompetence, Chris.  When I watched you and Dave try Hummeston, I was
proud of what I saw...great trial lawyers who built this case from scratch and who are my
friends....When I saw these guys try the Irvin case and get rolled by Fallon and Beck, I was
embarassed and humiliaterd to be associated with them . I will support everything you do, and
am happy to be wrong, which happens more than occasionally....Tom.

--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Seeger, Chris <cseeger@seegerweiss.com>
To: Tom.Kline@KlineSpecter.com <Tom.Kline@KlineSpecter.com>
CC: Shanin.Specter@KlineSpecter.com <Shanin.Specter@KlineSpecter.com>;
Cvtisi@aol.com <Cvtisi@aol.com>; Buchanan, David <dbuchanan@seegerweiss.com>
Sent: Sat Dec 17 08:02:30 2005
Subject: Re: Irvin Update

Tom. On this one you're completely wrong about one thing.....that I'm not willing to be
straight with andy.  In fact, I'm in a nasty little exchange with him as we speak.....I just
don't feel the need to humiliate the guy in
public.   If you don't think I'm doing enough on this, feel free to raise
this stuff on the next call.
--------------------------
Sent from my BlackBerry Wireless Handheld

**KS-001276**

-----Original Message-----
From: Kline, Thomas R. <Tom.Kline@KlineSpecter.com>

To: Seeger, Chris <cseeger@seegerweiss.com>
CC: Specter, Shanin <Shanin.Specter@KlineSpecter.com>; 'Cvtisi@aol.com'
<Cvtisi@aol.com>; Buchanan, David <dbuchanan@seegerweiss.com>
Sent: Sat Dec 17 07:37:09 2005
Subject: Re: Irvin Update

This is in response to emails you and SS exchanged and in response to an email or DRB asking
what roles he and CT should play in the upcoming trial.
Here's my view, which will come as no surprise--


 The PSC needs to decide whether to make the same mistake and allow the BA firm to try this
case or whether to substitute an experienced, knowledgable top tier trial lawyer and trial
team who can compete with Phil Beck, and stand up to Fallon.  That's is central.

Chris, with all due respect, someone must stand up and say that Jere Beasley does not have
the competence, skill, or knowledge  to participate in the trial of  the retrial of this
case. I know that is not what you want to do and is not a pleasant task . I will be the
movant if I am given support.
Someone must also be willing to say  that Andy and Paul are nice fellas and good lawyers, but
not front line trial lawyers for this assignment. We must learn from the past mistake of
giving their firm control of the trial.


 Ranier may a reasonable choice  to lead the trial team, if you have no interest in doing the
case. He is local and I believe a real trial lawyer.

You  need to get the case out of BA  hands (other than in a backup role) unless a
determination is made that the case can't be won, and the PSC is just looking for cover that
the case was a loser and BA's case. (Not much of an excuse) (They did lose the first time 8-
1).

I don't expect any of this to happen, but say it all in the context of my fidelity to you and
fiduciary obligation to the PSC.


-------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Specter, Shanin <Shanin.Specter@KlineSpecter.com>
To: 'cseeger@seegerweiss.com' <cseeger@seegerweiss.com>
CC: Kline, Thomas R. <Tom.Kline@KlineSpecter.com>
Sent: Fri Dec 16 19:27:07 2005
Subject: Re: Irvin Update

It doesn't matter whether we call this an MDL trial or not -- either way, it will be
perceived as a test case.  We've gotta put our best foor forward.
And we know what has to be done: retool the pathologist and cardiologist and edit the trial
team.


-----Original Message-----
From: Seeger, Chris <cseeger@seegerweiss.com>
To: Shanin.Specter@KlineSpecter.com <Shanin.Specter@KlineSpecter.com>
CC: Tom.Kline@KlineSpecter.com <Tom.Kline@KlineSpecter.com>

**KS-001277**

Sent: Fri Dec 16 19:30:25 2005
Subject: Re: Irvin Update

Yup
-------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Specter, Shanin <Shanin.Specter@KlineSpecter.com>
To: Seeger, Chris <cseeger@seegerweiss.com>
CC: Kline, Thomas R. <Tom.Kline@KlineSpecter.com>
Sent: Fri Dec 16 19:22:35 2005
Subject: Fw: Irvin Update

As predicted...

What an ass ache.



-----Original Message-----
From: Buchanan, David <dbuchanan@seegerweiss.com>
To: Tom.Kline@KlineSpecter.com <Tom.Kline@KlineSpecter.com>; Shanin.Specter@KlineSpecter.com
<Shanin.Specter@KlineSpecter.com>;
trafferty@levinlaw.com <trafferty@levinlaw.com>; cvtisi@aol.com <cvtisi@aol.com>; Seeger,
Chris <cseeger@seegerweiss.com>
Sent: Fri Dec 16 19:03:25 2005
Subject: Irvin Update

FYI, spoke to Andy a few minutes ago.  Irvin was selected for re-trial on Feb. 7 in New
Orleans.  As I understand it, no decision was made as to the next trial.  Tisi and I were
discussing our role in connection with the re-trial and thought we should get some broader
guidance from you all.


KS-001278

| | |
|---|---|
| **From:** | Buchanan |
| **Sent:** | Saturday, December 17, 2005 10:35 AM |
| **To:** | kline@klinespecter.com; cseeger@seegerweiss.com; specter@klinespecter.com; cvtisi@aol.com |
| **Subject:** | RE: Irvin Update |

Tom, you are correct that it is not easy to deliver the message to Andy that your colleagues don't think you or your firm are up to the task of trying the case that they just tried. Before reading your email, however, I sent an email to Seeger which gave kudos to Chris for being forthright and candid in a series of email exchanges with Andy re the PSC's collective concerns on the re-trial and proposal for revamping the
trial team.   A PSC indictment of the conduct of the last trial or the
BA firm's ability to go it their own way will hopefully not prove necessary.

On the substance of your email, the issue is whether the case should be a PSC trial case. Having sat through the openings and a few witnesses, it seems that the case is winnable (8-1, 6-3, or 5-4, depending on the source or the day, supports that).  However, the PSC trial kit, with state of the art experts and discovery will not be ready for the re-trial.  We're still a few months away from having our new slate of experts (FDA, liability, and cardiologists) worked up.  I think that by putting in a local guy with experience and the respect of the judge, the prospects for success on re-trial go up dramatically.  I also don't think that Jere will be looking to participate in the re-trial.  I overheard him by the end of the trial stating that he was just along for support...an acknowledgment of the role that he had been relegated to.
It's actually a pretty simple to swap in two PSC guys for Jere and Matthews (who, while he did a good job, shouldn't have been there as a non-PSC member).  Some work with witnesses and preparedness would also strongly improve the chances.


-----Original Message-----
From: Kline, Thomas R. [mailto:Tom.Kline@KlineSpecter.com]
Sent: Saturday, December 17, 2005 7:37 AM
To: Seeger, Chris
Cc: Specter, Shanin; 'Cvtisi@aol.com'; Buchanan, David
Subject: Re: Irvin Update

This is in response to emails you and SS exchanged and in response to an email or DRB asking what roles he and CT should play in the upcoming trial.
Here's my view, which will come as no surprise--


 The PSC needs to decide whether to make the same mistake and allow the BA firm to try this case or whether to substitute an experienced, knowledgable top tier trial lawyer and trial team who can compete with Phil Beck, and stand up to Fallon.  That's is central.

Chris, with all due respect, someone must stand up and say that Jere Beasley does not have the competence, skill, or knowledge  to participate in the trial of  the retrial of this case. I know that is not what you want to do and is not a pleasant task . I will be the movant if I am given support.
Someone must also be willing to say  that Andy and Paul are nice fellas and good lawyers, but not front line trial lawyers for this assignment. We must learn from the past mistake of giving their firm control of the trial.

**KS-001279**

Ranier may a reasonable choice  to lead the trial team, if you have no interest in doing the
case. He is local and I believe a real trial lawyer.

You  need to get the case out of BA  hands (other than in a backup role) unless a
determination is made that the case can't be won, and the PSC is just looking for cover that
the case was a loser and BA's case. (Not much of an excuse) (They did lose the first time 8-
1).

I don't expect any of this to happen, but say it all in the context of my fidelity to you and
fiduciary obligation to the PSC.


--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Specter, Shanin <Shanin.Specter@KlineSpecter.com>
To: 'cseeger@seegerweiss.com' <cseeger@seegerweiss.com>
CC: Kline, Thomas R. <Tom.Kline@KlineSpecter.com>
Sent: Fri Dec 16 19:27:07 2005
Subject: Re: Irvin Update

It doesn't matter whether we call this an MDL trial or not -- either way, it will be
perceived as a test case.  We've gotta put our best foor forward.
And we know what has to be done: retool the pathologist and cardiologist and edit the trial
team.



-----Original Message-----
From: Seeger, Chris <cseeger@seegerweiss.com>
To: Shanin.Specter@KlineSpecter.com <Shanin.Specter@KlineSpecter.com>
CC: Tom.Kline@KlineSpecter.com <Tom.Kline@KlineSpecter.com>
Sent: Fri Dec 16 19:30:25 2005
Subject: Re: Irvin Update

Yup
--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Specter, Shanin <Shanin.Specter@KlineSpecter.com>
To: Seeger, Chris <cseeger@seegerweiss.com>
CC: Kline, Thomas R. <Tom.Kline@KlineSpecter.com>
Sent: Fri Dec 16 19:22:35 2005
Subject: Fw: Irvin Update

As predicted...

What an ass ache.



-----Original Message-----
From: Buchanan, David <dbuchanan@seegerweiss.com>

**KS-001280**

To: Tom.Kline@KlineSpecter.com <Tom.Kline@KlineSpecter.com>; Shanin.Specter@KlineSpecter.com
<Shanin.Specter@KlineSpecter.com>;
trafferty@levinlaw.com <trafferty@levinlaw.com>; cvtisi@aol.com <cvtisi@aol.com>; Seeger,
Chris <cseeger@seegerweiss.com>
Sent: Fri Dec 16 19:03:25 2005
Subject: Irvin Update

FYI, spoke to Andy a few minutes ago.  Irvin was selected for re-trial on Feb. 7 in New
Orleans.  As I understand it, no decision was made as to the next trial.  Tisi and I were
discussing our role in connection with the re-trial and thought we should get some broader
guidance from you all.

**KS-001281**

| | |
|---|---|
| **From:** | Cvtisi@aol.com |
| **Sent:** | Monday, December 19, 2005 10:38 AM |
| **To:** | cseeger@seegerweiss.com; kline@klinespecter.com; specter@klinespecter.com; dbuchanan@seegerweiss.com |
| **Subject:** | Re: Irvin Update |
| **Attachments:** | Pretrial Memo. wpd.wpd |

Chris:

I am glad that you are being strait with Andy.  Please let us know how Tom, I or the other members of the PSC can help, if at all.  I think that we all share the view that we must figure out right away what role the PSC should play in the next trial and that the goal is to win.

Whatever the result, I think we ought to focus not only on retrial of Irvin but on the trial that will follow immediately afterward on March.  Since that is likely to be a >18 month case, it is imperative that we win both Trials.  To that end, I re-attach a memo that DRB and I circulated during the Irvin trial that should the basis of what we believed needed to get done ASAP.  While I am sure that others will have their views on this, this "to do" list (or some other version of it) should form the basis of an action plan we could following in the coming weeks for both trials.

Please let me know your thoughts.

Tisi


clear message at what In a message dated 12/17/2005 5:56:06 A.M. Mountain Standard Time, cseeger@seegerweiss.com writes:

> Tom. On this one you're completely wrong about one thing.....that I'm not willing to be straight with andy.  In fact, I'm in a nasty little exchange with him as we speak.....I just don't feel the need to humiliate the guy in public.   If you don't think I'm doing enough on this, feel free to raise this stuff on the next call.
> ------------------------
> Sent from my BlackBerry Wireless Handheld
>
>
> -----Original Message-----
> From: Kline, Thomas R. <Tom.Kline@KlineSpecter.com>
> To: Seeger, Chris <cseeger@seegerweiss.com>
> CC: Specter, Shanin <Shanin.Specter@KlineSpecter.com>; 'Cvtisi@aol.com' <Cvtisi@aol.com>; Buchanan, David <dbuchanan@seegerweiss.com>
> Sent: Sat Dec 17 07:37:09 2005
> Subject: Re: Irvin Update
>
> This is in response to emails you and SS exchanged and in response to an email or DRB asking what roles he and CT should play in the upcoming trial. Here's my view, which will come as no surprise--
>
>
> The PSC needs to decide whether to make the same mistake and allow the BA firm to try this  case or whether to substitute an experienced, knowledgable top tier trial lawyer and trial team who can compete with Phil Beck, and stand up to Fallon.  That's is central.
>
> Chris, with all due respect, someone must stand up and say that Jere Beasley does not have the competence, skill, or knowledge  to participate in the trial of  the retrial of this case. I know that is not what you want to do and is not a pleasant task . I will be the movant if I am given support. Someone must also be willing to say  that Andy and Paul are nice fellas and good lawyers, but not front line trial lawyers for this assignment. We must learn from the past mistake of giving their firm control of the trial.

KS-001282

Ranier may a reasonable choice  to lead the trial team, if you have no interest in doing the case. He is local and I believe a real trial lawyer.

You  need to get the case out of BA  hands (other than in a backup role) unless a  determination is made that the case can't be won, and the PSC is just looking for cover that the case was a loser and BA's case. (Not much of an excuse) (They did lose the first time 8-1).

I don't expect any of this to happen, but say it all in the context of my fidelity to you and fiduciary obligation to the PSC.


--------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Specter, Shanin <Shanin.Specter@KlineSpecter.com>
To: 'cseeger@seegerweiss.com' <cseeger@seegerweiss.com>
CC: Kline, Thomas R. <Tom.Kline@KlineSpecter.com>
Sent: Fri Dec 16 19:27:07 2005
Subject: Re: Irvin Update

It doesn't matter whether we call this an MDL trial or not -- either way, it will be perceived as a test case.  We've gotta put our best foor forward. And we know what has to be done: retool the pathologist and cardiologist and edit the trial team.


-----Original Message-----
From: Seeger, Chris <cseeger@seegerweiss.com>
To: Shanin.Specter@KlineSpecter.com <Shanin.Specter@KlineSpecter.com>
CC: Tom.Kline@KlineSpecter.com <Tom.Kline@KlineSpecter.com>
Sent: Fri Dec 16 19:30:25 2005
Subject: Re: Irvin Update

Yup
--------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Specter, Shanin <Shanin.Specter@KlineSpecter.com>
To: Seeger, Chris <cseeger@seegerweiss.com>
CC: Kline, Thomas R. <Tom.Kline@KlineSpecter.com>
Sent: Fri Dec 16 19:22:35 2005
Subject: Fw: Irvin Update

As predicted...

What an ass ache.


-----Original Message-----
From: Buchanan, David <dbuchanan@seegerweiss.com>
To: Tom.Kline@KlineSpecter.com <Tom.Kline@KlineSpecter.com>;
Shanin.Specter@KlineSpecter.com <Shanin.Specter@KlineSpecter.com>;
trafferty@levinlaw.com <trafferty@levinlaw.com>; cvtisi@aol.com

**KS-001283**

<cvtisi@aol.com>; Seeger, Chris <cseeger@seegerweiss.com>
Sent: Fri Dec 16 19:03:25 2005
Subject: Irvin Update

FYI, spoke to Andy a few minutes ago.  Irvin was selected for re-trial on
Feb. 7 in New Orleans.  As I understand it, no decision was made as to the
next trial.  Tisi and I were discussing our role in connection with the
re-trial and thought we should get some broader guidance from you all.

**KS-001284**

**From:**                    Cvtisi@aol.com
**Sent:**                     Monday, December 19, 2005 11:08 AM
**To:**                       cseeger@seegerweiss.com; kline@klinespecter.com; specter@klinespecter.com;
                                  dbuchanan@seegerweiss.com
**Subject:**              Re: Irvin Update

Chris:

I will speak to him.  Given how Russ spoke of Irvin and BA case at the 4 Seasons during the first week of trial, I am surprised that his position is in doubt.  I will call them though.

Chris


In a message dated 12/19/2005 7:44:03 A.M. Mountain Standard Time, cseeger@seegerweiss.com writes:

> Thanks Chris.  I couldn't agree more.  The way you can help is being communicating to Russ and Andy how you and the others really feel about how the Irvin case was tried.  You don't have to do so in public, but we all must let them know.  The big problem now is that Russ' comments in private to me are very different from his public statements re the trial.  I really think he's hurting us but I'm dealing with him now.  Any help on this front would be productive.
> -------------------------
> Sent from my BlackBerry Wireless Handheld
>
> -----Original Message-----
> From: Cvtisi@aol.com <Cvtisi@aol.com>
> To: Seeger, Chris <cseeger@seegerweiss.com>; Tom.Kline@KlineSpecter.com <Tom.Kline@KlineSpecter.com>
> CC: Shanin.Specter@KlineSpecter.com <Shanin.Specter@KlineSpecter.com>; Buchanan, David <dbuchanan@seegerweiss.com>
> Sent: Mon Dec 19 09:37:53 2005
> Subject: Re: Irvin Update
>
> Chris:
>
> I am glad that you are being strait with Andy.  Please let us know how Tom, I or the other members of the PSC can help, if at all.  I think that we all share the view that we must figure out right away what role the PSC should play in the next trial and that the goal is to win.
>
> Whatever the result, I think we ought to focus not only on retrial of Irvin but on the trial that will follow immediately afterward on March.  Since that is likely to be a >18 month case, it is imperative that we win both Trials.  To that end, I re-attach a memo that DRB and I circulated during the Irvin trial that should the basis of what we believed needed to get done ASAP.  While I am sure that others will have their views on this, this "to do" list (or some other version of it) should form the basis of an action plan we could following in the coming weeks for both trials.
>
> Please let me know your thoughts.
>
> Tisi
>
>
> clear message at what In a message dated 12/17/2005 5:56:06 A.M. Mountain Standard Time, cseeger@seegerweiss.com writes:
>
> Tom. On this one you're completely wrong about one thing.....that I'm not willing to be straight with andy.  In fact, I'm in a nasty little exchange with him as we speak.....I just don't feel the need to humiliate the guy. <span>**KS-001285**</span> you don't think I'm doing enough on this, feel free to raise this stuff on the next call.
> -------------------------

Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Kline, Thomas R. <Tom.Kline@KlineSpecter.com>
To: Seeger, Chris <cseeger@seegerweiss.com>
CC: Specter, Shanin <Shanin.Specter@KlineSpecter.com>; 'Cvtisi@aol.com' <Cvtisi@aol.com>; Buchanan,
David <dbuchanan@seegerweiss.com>
Sent: Sat Dec 17 07:37:09 2005
Subject: Re: Irvin Update

This is in response to emails you and SS exchanged and in response to an
email or DRB asking what roles he and CT should play in the upcoming trial.
Here's my view, which will come as no surprise--


The PSC needs to decide whether to make the same mistake and allow the BA
firm to try this  case or whether to substitute an experienced, knowledgable
top tier trial lawyer and trial team who can compete with Phil Beck, and
stand up to Fallon.  That's is central.

Chris, with all due respect, someone must stand up and say that Jere Beasley
does not have the competence, skill, or knowledge  to participate in the
trial of  the retrial of this case. I know that is not what you want to do
and is not a pleasant task . I will be the movant if I am given support.
Someone must also be willing to say  that Andy and Paul are nice fellas and
good lawyers, but not front line trial lawyers for this assignment. We must
learn from the past mistake of giving their firm control of the trial.


Ranier may a reasonable choice  to lead the trial team, if you have no
interest in doing the case. He is local and I believe a real trial lawyer.

You  need to get the case out of BA  hands (other than in a backup role)
unless a  determination is made that the case can't be won, and the PSC is
just looking for cover that the case was a loser and BA's case. (Not much of
an excuse) (They did lose the first time 8-1).

I don't expect any of this to happen, but say it all in the context of my
fidelity to you and fiduciary obligation to the PSC.


-------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Specter, Shanin <Shanin.Specter@KlineSpecter.com>
To: 'cseeger@seegerweiss.com' <cseeger@seegerweiss.com>
CC: Kline, Thomas R. <Tom.Kline@KlineSpecter.com>
Sent: Fri Dec 16 19:27:07 2005
Subject: Re: Irvin Update

It doesn't matter whether we call this an MDL trial or not -- either way, it
will be perceived as a test case.  We've gotta put our best foor forward.
And we know what has to be done: retool the pathologist and cardiologist and
edit the trial team.


**KS-001286**

-----Original Message-----
From: Seeger, Chris <cseeger@seegerweiss.com>

To: Shanin.Specter@KlineSpecter.com <Shanin.Specter@KlineSpecter.com>
CC: Tom.Kline@KlineSpecter.com <Tom.Kline@KlineSpecter.com>
Sent: Fri Dec 16 19:30:25 2005
Subject: Re: Irvin Update

Yup
--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Specter, Shanin <Shanin.Specter@KlineSpecter.com>
To: Seeger, Chris <cseeger@seegerweiss.com>
CC: Kline, Thomas R. <Tom.Kline@KlineSpecter.com>
Sent: Fri Dec 16 19:22:35 2005
Subject: Fw: Irvin Update

As predicted...

What an ass ache.


-----Original Message-----
From: Buchanan, David <dbuchanan@seegerweiss.com>
To: Tom.Kline@KlineSpecter.com <Tom.Kline@KlineSpecter.com>;
Shanin.Specter@KlineSpecter.com <Shanin.Specter@KlineSpecter.com>;
trafferty@levinlaw.com <trafferty@levinlaw.com>; cvtisi@aol.com
<cvtisi@aol.com>; Seeger, Chris <cseeger@seegerweiss.com>
Sent: Fri Dec 16 19:03:25 2005
Subject: Irvin Update

FYI, spoke to Andy a few minutes ago.  Irvin was selected for re-trial on
Feb. 7 in New Orleans.  As I understand it, no decision was made as to the
next trial.  Tisi and I were discussing our role in connection with the
re-trial and thought we should get some broader guidance from you all.

KS-001287

**Subject:** RE: Science committee meeting

**Date:** Sunday, January 1, 2006 10:31:15 PM ET

**From:** Buchanan, David

**To:** Specter, Shanin, Hoffman, Mark A., Dagostino, Lisa S., Vioxx Small Group, Seeger, Chris

Shanin, we fully agree.  It's a matter of significant concern that we
are trying to address.

-----Original Message-----
From: Specter, Shanin [mailto:Shanin.Specter@KlineSpecter.com]
Sent: Friday, December 30, 2005 2:57 PM
To: Hoffman, Mark A.; Dagostino, Lisa S.; Vioxx Small Group; Seeger,
Chris; Buchanan, David
Subject: Re: Science committee meeting

It is just infuriating to me that there is a helluva lot of talent on a
conference call on the last afternoon of the business year and no one
with
any trial responsibility for Irvin, no matter how slight, is on the
call.
The report below is very intersting as was Richard Arsenault's memo of
yesterday.  Why can't we get BA to listen?  Why should the MDL have
anything
to do with this case when BA won't even have a junior associate get on a
call?


-----Original Message-----
From: Hoffman, Mark A. <Mark.Hoffman@KlineSpecter.com>
To: Specter, Shanin <Shanin.Specter@KlineSpecter.com>; Dagostino, Lisa
S.
<Lisa.Dagostino@KlineSpecter.com>; Vioxx Small Group
<VioxxSmallGroup@KlineSpecter.com>
Sent: Fri Dec 30 14:49:55 2005
Subject: RE: Science committee meeting

Paul Sizemore--he was not on the call.

-----Original Message-----
From: Specter, Shanin
Sent: Friday, December 30, 2005 2:46 PM
To: Dagostino, Lisa S.; Vioxx Small Group
Subject: Re: Science committee meeting

Who from BA is on the Sience Committee, if anyone?


-----Original Message-----
From: Dagostino, Lisa S. <Lisa.Dagostino@KlineSpecter.com>
To: Vioxx Small Group <VioxxSmallGroup@KlineSpecter.com>

**KS-001288**

Sent: Fri Dec 30 14:33:11 2005
Subject: Science committee meeting

MAH and I listened in to the Science committee call today.  Overall theme
was that with respect to Irvin-you "can't try the same case."


A new pathologist is in the works (Fishbein?).  There was some detailed
discussion as to how to retool the argument more effectively-combine how the
plaque rupture and thrombosis work together (LSD note :-)).  Restaino is on
this job.


A marketing expert is in the works as well-someone who worked for Oglivy
(the outside advertising firm that helped craft the campaign) during the
years at issue.  Apparently the Ogilvy docs have been produced in NJ, and
there was some discussion as to how to be able to get this information in
given Judge Fallon's rulings.  This degenerated into a long, headache
inducing discussion about marketing that I will spare everyone from
(ow).


Don Arbitlit brought up the deps of the remainder of the NEJM editors that
Merck just noticed.  He says the NEJM will fight them because the NEJM has
already provided a representative, and this harassment (and that we will
oppose too), and that if they are taken, it will backfire-the NEJM editors
are all annoyed with Merck, Drazen in particular, and its not going to be
what they want...


Don is making cuts of the Curfman dep to play in the case in chief-there's
some good testimony where he calls the naproxen theory complete junk.


Discussion about how Beck jumped out in front during voir dire and never
looked back.   Discussion about how you can't try these cases by
committee-someone asked who is trying the case (unclear if the question was
meant for plaintiffs or defense team), and the answer was "that's an
issue."


Lucchesi will probably not be used again.  In addition to his testimony

**KS-001289**

that
Vioxx should have remained on the market, when asked if there were other
world-class scientists who disagreed with him he said "Yes.  That's what
science is all about."   Ouch.   No discussion as to a replacement.


Bloor will probably not be used again.


Farquar will not be involved if Baldwin is, and if the argument is that
Irvin had a 'low risk' of an event-because Farquar is on record as
saying
that Irvin has serious CAD, and that THE PEOPLE AT HIGHER RISK ARE AT
HIGHER
RISK WITH VIOXX.  Don argued, as we have, that they should be arguing
that
Irvin was at higher risk because he had CAD....and that we are making
the
WRONG argument to the jury (MAH jumped in at this point and supported
this,
as well as Bert Black).  One of Baldwin's problems was that HE was the
one
who said that Irvin didn't have any significant disease (in contrast to
Bloor, Wheeler, etc).   BA will be using Baldwin again, and will now say
that he has reviewed literature and is now an expert (when he wasn't
last
month)-the general feeling was this was a BAD strategy-because he's
going to
get killed on cross.  The thought was to try and convince Andy to use
Farquar and not Baldwin.   Don thinks even if they don't use Baldwin,
his
testimony may be still be admissible.  (Note-Farquar has not written a
case-
specific report, and Don does not think he'll do the case as it is
currently
tooled).


Strange discussion about how in the first Irwin trial they went for
causation from the get go because the focus groups told them they
should,
and that they should de-emphasize causation and should focus more on
liability-like Lanier did.   Suggestions included SHORT presentation of
Anstice (Lanier's portion-Beck has already indicate he would try to keep
this part out this time), short presentation of Scolnick, put Topol up
front, beat them up on liability, and then put up the causation
argument.
Discussion about how Beck and company were totally relaxed, in control
(the
comment was "obviously they focused grouped"), not shuffling papers, and
when you looked at the plaintiffs table, it was the complete opposite.
More discussion about how someone needs to "fight" with Beck and get
under
his skin to throw him off his game.  No one from BA was on the call, as

**KS-001290**

far
as I could tell.


Again, people were urged to give Andy via email any thoughts.



Lisa S. Dagostino, MD, JD, MBE

Kline and Specter, PC

The Nineteenth Floor

1525 Locust Street

Philadelphia, PA  19102

215.772.2488 (direct dial)

215.772.1005 (facsimile)

lisa.dagostino@klinespecter.com


This message is intended only for the use of the individual or entity to
which it is addressed and contains information that is privileged
(protected
by the attorney-client privilege and the work-product privilege),
confidential and exempt from disclosure under applicable law.  If the
reader
of this message is not the intended recipient or the employee or agent
responsible for delivering the message to the intended recipient you are
hereby notified that any dissemination, distribution, or copying of
this
communication is strictly prohibited.  If you receive this message in
error,
please notify us immediately via return e-mail and delete the original
message from your files.

**KS-001291**

**Subject:** Re: Irvin case

**Date:**    Sunday, January 1, 2006 11:26:35 PM ET

**From:**    Specter, Shanin

**To:**      'dbuchanan@seegerweiss.com'

**CC:**      Kline, Thomas R., 'cseeger@seegerweiss.com'

I saw it and thought it was excellent...


-----Original Message-----
From: Buchanan, David <dbuchanan@seegerweiss.com>
To: Shanin.Specter@KlineSpecter.com <Shanin.Specter@KlineSpecter.com>
CC: Tom.Kline@KlineSpecter.com <Tom.Kline@KlineSpecter.com>; Seeger, Chris <cseeger@seegerweiss.com>
Sent: Sun Jan 01 22:55:00 2006
Subject: FW: Irvin case

Noted that you weren't copied on this and thought you'd find it worthy of discussion.


_____

From: Denise Martin [mailto:dmartin@gainsben.com]
Sent: Thursday, December 29, 2005 4:41 PM
To: Andy Birchfield
Cc: BBlack@lochlaw.com; Andy Birchfield; Arnold Levin; carlenelewis@goforthlewis.com; Chris Tisi; Buchanan,
David; Drew Ranier; Elizabeth Cabraser; Lenny Davis; NJRT - mrobinson@rcrlaw.net; Richard J. Arsenault; Seeger,
Chris; shellysanford@goforthlewis.com; Tom Kline; NJRT - trafferty@levinlaw.com
Subject: Irvin case


Andy:

   Since I observed the entire Irvin trial in Houston (except for the first Saturday session) and kept extensive
notes, please let me share my thoughts concerning the retrial of the case.

   Dr. Lucchesi admitted under cross–examination that Vioxx had a place on the market and should not have
been removed. He likewise acknowledged that the "jury was still out" on whether the VIGOR results were
explainable by the Fitzgerald "imbalance" hypothesis, the "Naproxen cardioprotective" theory, or simply chance.
He agreed that reasonable minds could differ on whether a plaque rupture occurred in the case of Mr. Irvin. For
these, and perhaps other, reasons, I applaud the decision not to re–use Dr. Lucchesi. However, I also think a
Motion in Limine should be filed to preclude reference to the prior trial (or deposition) testimony of this former
expert witness.

   Plaintiff's pathologist, Dr. Lohr (spelling?) under cross–examination agreed that if plaque rupture caused Mr.
Irvin's death, then Vioxx was not the cause of death. His notes also reflected that the death was "consistent with
plaque rupture." The decision to replace him is obviously sound, but, again, the critical question is whether
reference to his trial testimony can be precluded through a Motion in Limine.

   I see that Leigh has asked the Law Committee to research the basis for such motions. Meanwhile, no new
plaintiff's expert should be asked to refer to, review, or rely upon the prior opinions or testimony of Lucchesi
and/or Lohr. More problematic is that defendant's experts no doubt will do so in order to corroborate their own

KS-001292

support their own position. In that event, I think the best argument will be that the prejudicial impact of the evidence would outweigh the probative value. I also think the argument should be made that, if each MDL verdict is to prove "instructive," it is important that the verdict not be influenced by reference to evidence only addressed in a prior trial. Rather, the evidence in each case should be as uniquely–related to that case as possible, so that the verdicts have separately instructive value.

Defendant's rheumatologist Dr. Silver opined in the area of cardiology, under the logic that as a prescribing physician he conducts a "risk–benefit" analysis in prescribing a drug like Vioxx. I believe a Motion in Limine should be filed to limit Dr. Silver to testimony within his field of rheumatology. Any prescribing physician, after all, could venture beyond his field through a Vioxx "risk–benefit" rationalization. But, if Dr. Baldwin was limited to cardiology because he was not qualified based on a review of the literature to discuss the role that Vioxx played in Mr. Irvin's death, shouldn't Dr. Silver be precluded from assessing (minimizing) the cardiovascular risks of Vioxx, an assessment which can only be based upon his review of literature and not upon his actual clinical experience as a rheumatologist?

The defendant's pathologist ( not a cardiovascular pathologist) Dr. Wheeler was allowed to testify about the role of the plaque formation, and indirectly the role of Vioxx, in Mr. Irvin's death. While it is true that pathologists discuss causes of death, I think a Motion in Limine would be proper to prevent Dr. Wheeler from elaborating on or rationalizing his opinions on cardiovascular issues which he is not qualified to address.

Aside from these ideas about motion practice in advance of trial, Andy, I offer the following observations:

I consider the size of the deliberating jury a critical issue in this case, one that will directly bear on the likelihood of another deadlock. Is there any way to revisit with Judge Fallon whether the deliberating panel should be less than nine jurors? Under F.R.C.P. 48 we need a minimum of six, and we should allow for the possibility of a juror becoming sick or unavailable during trial. But, if the trial will be completed in two weeks, could we get by with eight, or even seven? This of course begs the questions whether we want the likelihood of a deadlock to be diminished.

The key problems at trial obviously centered on causation, both factual and medical. Factually (and the jury questions during deliberation reflected this), there was a problem with concluding that a label warning of cardiovascular risk would have mattered in this case. I am hoping the prescribing physician can step up to the plate on this; the issue is huge. A less critical "factual causation" issue, reflected in the press interviews with jurors, had to do with the other prescription medication found in decedent's desk drawer at work. Merck's counsel in closing called this a "hazy" matter, and planted the seed of doubt whether the other missing prescription played a role. Do you think Mrs. Irvin could emphasize that her husband would never take any prescriptions drugs without her knowing about it at the time he was taking them? This might diminish the impact of the two missing bottles of pills.

As to medical causation, Dr. Baldwin needs to strongly emphasize his opinion that, in the vast majority of cases, plaque ruptures do not cause clotting or death. Just as Phil Beck told the jury that during your opening statement thousands died of heart attacks unrelated to Vioxx, we should argue that, in the same span of time, thousands of plaque ruptures occurred without causing a heart attack. This relates to the need, in my view, to strongly emphasize the rule of law that a tortfeasor is not entitled to a healthy victim. A civilized society protects the weak and that is what we uphold this principle of law. I would blow it up on the screen during closing. I also believe we need a much stronger statement of this "pre–existing condition" rule in the jury charges. The good news is that the jury charge at the first trial repeated three times (as part of causation, at pages, 10, 12 and 15) the principle that a defendant will be liable if its fault combines with a concealed physical condition (such as a latent disease) to produce harm. The bad news is that there was more language in the case that was taken from that should have been included, to make the principle more clear to a jury. Some recent Florida and Federal cases on the principle need to be submitted and quoted from in the next jury charge.

I believe the case for medical causation will be much more strongly presented if the actual autopsy slides are referred to during our expert's testimony, as opposed to allowing these slides to be seen for the first time during

KS-001293

the testimony of the defendant's pathologist. These slides were dramatic and impressive. We should steal that thunder, and turn it in our favor before the defendant expert testifies.

You indicated that you have put the Court and defendant on notice that you intend to ask Dr. Baldwin specific causation questions in the retrial. I am a bit concerned that Judge Fallon's prior ruling may require a formal motion, whether styled a motion for reconsideration or a motion to raise new information on qualifications not previously considered. In the PSC's Motion to Reconsider, we emphasized the disjunctive "or" in and FRE 702. It is not required that an expert be qualified based on actual clinical experience. Skill and education alone can suffice. I think you should carefully review Judge Fallon's written decision on Dr. Baldwin, to see where openings for reconsideration may exist.

I see that Leigh has asked the Law Committee to help with the jury charge on the "Government Rules Defense" (at p. 12 ff of the charge), and this clearly is an important issue. The jury charge killed us on this, and Beck took advantage of it in his closing. The language at page 13 of the charge is particularly hurtful. We should look for Florida or other cases saying that the rebuttable presumption arising from FDA drug approval is overcome if it is shown that the FDA was not given all of the necessary data on safety when it approved the drug. At the very least, this needs to be strongly argued, in reference to the charge. Again, I would not let Beck be the first one to point out this portion of the charge, but rather I would try to turn it in your favor by taking it up in closing yourself.

I would re–urge the Court to allow the question of punitive fault to be asked in phase one, as opposed to being deferred to phase two. It makes no sense in phase two to have to revisit evidence already presented for compensatory damage fault in phase one. I am told that the Florida statute on punitives contemplates asking the question of punitive fault in phase one. I regard that as substantive in that it is related to the substantive evidence on liability. Both under Erie and for case management purposes, therefore, I think an argument can be made for our position. To make punitive fault a verdict question in phase one obviously opens the evidence door to profit motive, marketing deception, etc.

Beck repeatedly emphasized the blessings of Vioxx in avoiding tragic and often–fatal stomach problems in people with crippling and chronic pain. But given the risk of a sudden heart attack (a violent and tragic way to die, a death which rips a family apart because there is no warning or preparation for the event), it is nothing short of heartless for a drug company to praise a drug which creates this risk, on the ground it purports to eliminate stomach problems. I think it is possible to "shame" Merck for touting the stomach benefits of Vioxx, by graphic (medical) references to what it is like to die of a heart attack, and by arguing what it does to a family like the Irvins when death suddenly takes a loved one. The cardiac risk is so tragic and significant, it simply cannot possibly be justified by reference to the drug's intended benefits.

Beck argued that "aside from aspirin, Vioxx may be the most studied drug in medical history." I would say that, in addition, Vioxx also may be one of the most profitable, one of the most controversial, and one of the most damaging drugs in medical and marketing history.

Beck argued that the "Naproxen cardioprotective" theory was not, as you suggested, an "alibi," but a legitimately–debated scientific hypothesis. In other words, some accept the theory and some don't. I agree it was effective for you to point out that the Alleve/Naproxen manufacturer does not proclaim this on the label, which would clearly be the case if there was valid science to support the theory. But I also think Merck's justification of something that is "debatable" again can be attacked because of the heart attack risk at issue. We shouldn't put people at risk for a sudden cardiac death, based upon something about which scientists remain uncertain, and while the scientific "discussion" unfolds. If maximum scientific certainty were ever called for, surely this is the case.

**KS-001294**

**Subject:** Re: VIOXX

**Date:**   Monday, January 2, 2006 9:33:35 PM ET

**From:**   Kline, Thomas R.

**To:**   'Dbuchanan@seegerweiss.com'

Sorry I'll miss you.
My central point is that the time for "negotiations" with the Beasley firm should be over. In my view,  the PSC must take control over the case. It is impt to your firm's leadership of the PSC. As Shanin often reminds me when difficult things need to be done, "it is not a popularity contest."

London was just teriffic. We saw a lot of theatre. I thought of you when Zac and I had a good meal at Cipriiainis. He and I are now busy planning the summer Kline concert!

I hope to see you Jan 10/11 if I am not on trial.

--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Buchanan, David <dbuchanan@seegerweiss.com>
To: Kline, Thomas R. <Tom.Kline@KlineSpecter.com>
Sent: Mon Jan 02 18:54:19 2006
Subject: RE: VIOXX

I was looking forward to discussing some of this over dinner or a drink...good luck with the trial.

How was England?

-----Original Message-----
From: Kline, Thomas R. [mailto:Tom.Kline@KlineSpecter.com]
Sent: Monday, January 02, 2006 6:45 PM
To: Buchanan, David
Subject: Re: VIOXX

I won't be there. I sent Lee. I am starting  another  med mal trial.

--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Buchanan, David <dbuchanan@seegerweiss.com>
To: Tom.Kline@KlineSpecter.com <Tom.Kline@KlineSpecter.com>; Seeger, Chris
<cseeger@seegerweiss.com>
CC: Shanin.Specter@KlineSpecter.com <Shanin.Specter@KlineSpecter.com>
Sent: Mon Jan 02 18:39:19 2006
Subject: Re: VIOXX


I hear you re Irvin.  I know that Chris and Russ are trying to address

**KS-001295**

these
concerns.  Though you may feel it, you're not alone.  When do you get
in?

-----Original Message-----
From: Kline, Thomas R. <Tom.Kline@KlineSpecter.com>
To: Buchanan, David <dbuchanan@seegerweiss.com>; Seeger, Chris
<cseeger@seegerweiss.com>
CC: Specter, Shanin <Shanin.Specter@KlineSpecter.com>
Sent: Mon Jan 02 08:00:01 2006
Subject: Re: VIOXX

Welcome back, Dave  I am back, too.

Pls send us EVERYTHING you have on Borowitz. All med records and your
work
product memos.
Also, our office should vet Pikul and Stubblefield . If we're going to
do
our job, we're need to see the records and previous work product memos
on
these cases, which have never been supplied to us. You will likely have
more
suceess than I if you ask for the full files on those two cases to be
furnished to me.

As for your email exchange with SS last night and this morning-- I've
become
"radio silent" recently  because I fell as though I've worn out my
welcome
as a Beasley Allen critic.   But-- Meunier's email followed by a number
of
email exchanges  does again raise the issue of what exactly is to be
done to
force the trial strategy decisions for the second Irvin trial out into
the
open and into a broader group of more knowledgable and skillful
hands--both
before and during trial.  One thing you and CAS may want to consider as
a
starting point is a  session at the Jan10/11 meeting where the BA
lawyers
are made  to discuss the upcoming strategy and other considerations (i.e
who
will handle what witnesses and who will be the "lead counsel"
etc)regarding
the retrial of Irvin.  I personally believe that one of the Louisiana
lawyers should be given the lead. The lack of BA's  formal
accountability to
the PSC is something that should somehow be addressed and corrected. I
know
this is a difficult political issue for Chris  and Russ, but must be
addressed for the sake of the litigation and the integrity of the PSC.
Meunier's email  just scratches the surface of errors that were made in

**KS-001296**

the
first trial. Jere Beasley et al  don't have the skill, ability, or
knowledge
to correct the errors on their own (or frankly to do a much better job
the
second time around), and they haven't earned the "right" to control this
case. They did an objectively lousy job the first time around, unlike
you
guys, who had an objectively tough case in front an a lousy jury and did
an
excellent job.  They were a doormat for Beck and Fallon. Our office saw
it
first hand  in the process editing down  of the Topol deposition.
Meunier
points out many avoidable errors.  Let me just say the it is my view
that it
is It is the PSC's job to force the issue with BA, and to do it soon,
while
a difference can be made.

Happy New Year to you and Chris. We all have a lot of challenges ahead
this
year.


--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Buchanan, David <dbuchanan@seegerweiss.com>
To: Seeger, Chris <cseeger@seegerweiss.com>; Tom.Kline@KlineSpecter.com
<Tom.Kline@KlineSpecter.com>
CC: Shanin.Specter@KlineSpecter.com <Shanin.Specter@KlineSpecter.com>
Sent: Sun Jan 01 22:48:54 2006
Subject: RE: VIOXX

Back from extended radio silence... Tom, let us know what you need re
your review of Borowicz...we'll expedite.

-----Original Message-----
From: Seeger, Chris
Sent: Thursday, December 29, 2005 10:03 PM
To: 'Tom.Kline@KlineSpecter.com'
Cc: 'Shanin.Specter@KlineSpecter.com'; Buchanan, David
Subject: Re: VIOXX

Agreed on all points.  Tom, my good friend, and former host of Cipriani
NY, now works at Cipriani's in London.  His name is Asan (like hasan
without the "h") if you go back.
--------------------------
Sent from my BlackBerry Wireless Handheld

**KS-001297**

-----Original Message-----
From: Kline, Thomas R. <Tom.Kline@KlineSpecter.com>
To: Seeger, Chris <cseeger@seegerweiss.com>
CC: Specter, Shanin <Shanin.Specter@KlineSpecter.com>; Buchanan, David
<dbuchanan@seegerweiss.com>
Sent: Thu Dec 29 20:24:46 2005
Subject: Re: VIOXX

Chris--  here's my thinking:

I'd need  to vet the Borowitz case before committing to it.  I can have
Lisa
Dagostino and Mark Hoffman  look at the records- if you'd like.. No
matter
who tries it, it would be beneficial to have the Dagostino/Hoffman
proctology. . . I suggest you get the records in their hands... I don't
recall any specifics of  the case, other than you thought it was a
winnable
case if left in Illinois fed ct....  And, if we (PSC)are getting to pick
the
third case and you want me to try a case, I rather try a case like
Pikul-assuming that's as good as billed. Once again--we've never seen a
medical record on that case, although everyone just assumes its the
"best"
case. Can we get those records for review , too?  (Also, I have a bunch
of
non-Vioxx trial listings thru the Spring that could interfere with my
taking
any vioxx listing.)

I assume the BA lawyers  have  remained in tight control of Irvin, and
that
noone has been able to get thru to them and give them  what  they need--
real lawyering help to substantially improve the  chances of winning--at
least that's my read of things on the Irvin front.  At a minimum, you
need
to keep Jere Beasley out of the courtroom this time, even if it means
making
waves. The Arsenault email today makes a number  of good suggestions. I
know
you've worked them and Russ  hard, and maybe I'm just not up to date on
where things stand.

I just finished  dinner at Cipriani's in London. Its just as good a
place as
in NYC --in all respects....

Hope you are well and rested from your vacation....

My best.  Tom.

--------------------------

**KS-001298**

Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Seeger, Chris <cseeger@seegerweiss.com>
To: Kline, Thomas R. <Tom.Kline@KlineSpecter.com>
CC: Specter, Shanin <Shanin.Specter@KlineSpecter.com>; Buchanan, David
<dbuchanan@seegerweiss.com>
Sent: Thu Dec 29 11:15:17 2005
Subject: RE: VIOXX

excellent analysis of why not to try diaz, but we do need to offer
something.  Tom, i'm more than willing to put up Borowitz and have you
try
it.  i've got mcfarland going april 27th so i'm out for the next mdl
round,
but if fallon will take borowitz, you're the lead.  want to propose it?
the
case ain't perfect, but nothing is.

-----Original Message-----
From: Kline, Thomas R. [mailto:Tom.Kline@KlineSpecter.com]
Sent: Wednesday, December 28, 2005 8:13 PM
To: Seeger, Chris
Cc: Specter, Shanin; Buchanan, David
Subject: Fw: VIOXX


FYI. My exchange with Meunier who is drafting a motion to block the Diaz
trial.

--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Kline, Thomas R. <Tom.Kline@KlineSpecter.com>
To: 'jmeunier@gainsben.com' <jmeunier@gainsben.com>
Sent: Wed Dec 28 20:07:49 2005
Subject: Re: VIOXX

Join my world of having no cases to present as alternatives- a problem
I've
lived with since last summer and which hasn't improved much.

Fallon's post- Abrams Order said clearly that Merck makes  the next
trial
choice (as punishment to all plantiffs, which is wrong, in and of
itself),
so long as the case is"representative" ("instructive") and "ready.".
Diaz is
neither. I will forward the email chains between Lisa Dagostino, MD, JD
and
Mark Hoffman MD, JD of my office as fodder  for your motion.  In my view

**KS-001299**

we
should take the position re: Diaz that  the case involves a client we do not
know, do not represent and never even met and the trial of whose  case by
the MDL will likely  significantly damage the substantive rights of
thousands of clients we do represent. Diaz has  a displaced lawyer and
himself has a mental diability dx  (paranoid psychophrenia)and who has no
objective injury (60 percent ejection fraction is normal!) and who we don't
even have the pharmacy records to prove he took vioxx at the time he had the
heart attack. This is pure and utter bullshit to have us try this case,
Jerry, regardless of the alternatives which we have to propose.

Keep in mind that Merck chose the first case. We wanted Pikul and they got
to chose Irvin from our list of five originally proposed cases and they
chose  the weakest, and then Fallon over our objection makes us retry it
immediately.   We need to tell Fallon that he will esentially be allowing
Merck to pick 3 if the 4 cases under his current formulation  (Irvin is
Merck's choice/  the 2nd trial is Merck's choice/ and then Merck gets to
pick one of the two remaining test cases. We should go on the record as this
being unfair and will render the trial process in the MDL as meaningless and
irrelevant. We should also say that Diaz is not representative of a long
term use case, and shouldn't count as such....

We only have  the cases in the latest Russ Herman letter to offer
--Pikul
(long term use), Stubblefield (short term use), Borowitz (seeger case) and a
few others. Lisa Daagostino/Lee Balefsky  know the current few MDL plantiff
proposed cases  and the categories in which they fit. I don't have the info
at my fingertips.

Even if denied, in my view, we must take a stab at telling Fallon in the
motion that Diaz is not  instructive or ready and not even close to being
representative, and remind him that we have had Pikul, a long term use case,
which (and this is key!)was originally on Merck's list of cases, ready for
over six months.

I am glad to see a motion being filed. I, for one, believe that we need to
"push back, " instead of just getting  pushed around.

**KS-001300**

--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Jerry E. Meunier <jmeunier@gainsben.com>
To: Kline, Thomas R. <Tom.Kline@KlineSpecter.com>
Sent: Wed Dec 28 19:16:25 2005
Subject: RE: VIOXX

Tom,
Russ has asked me to file a motion that Diaz is neither "instructive" nor trial-ready for the March'06 setting. As I appreciate it, this is a "long-term use " case; but I'm not sure we have another to offer from this category, particularly among the EDLA filings. I've heard Stubblefield proposed in our discussions, but isn't that another "short-term use" case, like Irvin? So at this juncture how important is it to select by category? If I simply make the case that Diaz ain't right, I'm afraid the Judge will be disappointed in our not presenting the solution, beyond stating the problem. Any ideas?   Jerry

-----Original Message-----
From: Kline, Thomas R. [mailto:Tom.Kline@KlineSpecter.com]
Sent: Wednesday, December 28, 2005 5:15 PM
To: Jerry E. Meunier; kmeun@aol.com; Jerry E. Meunier
Subject: Fw: VIOXX

The email bounced back so I am sending it to the addresses I have in your address book.

--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Kline, Thomas R. <Tom.Kline@KlineSpecter.com>
To: 'jmeunier@gainsben.com' <jmeunier@gainsben.com>
Sent: Wed Dec 28 18:09:53 2005
Subject: Re: VIOXX

I'm in London. Its 11pm here., and am at dinner. Can we talk a little later?
Or, can I be of help by email response to any q's?

--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Jerry E. Meunier <jmeunier@gainsben.com>
To: tkline@klinespecter.com <tkline@klinespecter.com>
Sent: Wed Dec 28 17:22:38 2005

**KS-001301**

**Page 7 of 8**

Subject: VIOXX

Tom,
Please call me asap (1-800-489-2304), so that I have needed input in
drafting a PSC motion to strike Diaz as the case for trial in 3/06.
Jerry Meunier

**KS-001302**