# Exhibit "79"

| | |
|---|---|
| **Subject:** | RE: Curfman |
| **Date:** | Thursday, January 11, 2007 2:54:04 PM ET |
| **From:** | Buchanan, David |
| **To:** | Kline, Thomas R. |

Tom, if you're able and willing to move those mountains, it would be my very strong preference for you to do it.  It's a dicey dep … one that got mangled last time.  Beck came in and sliced and diced Curfman and the re-direct did not cure it.   It can be done right (and we have the NEJM folks willing to work with us to make it work right).  Also, you've done a great job w/ Beck's nonsense in the past (you'd be able to tie him in knots with the limitations on exam presented by Mass Ct).  Arbitblit took the lead for the MDL last time and I'm not sure he fully appreciated the weight of what was happening at the time.  Weinberg has some good points for the exam, but this needs to be very jury friendly.  As for me, I'm in Court all day Wed arguing 48 Daubert and MILs!!!  I will do whatever I can to help whoever is taking this get ready.  I could be in Philly Mon or Tues to help.

Thankfully, Higbee threw out the last Curfman dep bc of insufficient notice to NJ.  This dep will be the first and last word on Expression of Concern issues w/ NEJM.  Paul Shaw, counsel to NEJM, is very friendly.  We will be able to preview our entire exam and get "his" insights on the exam.  I view this dep as a likely "must play" in our trial package.  Again, if you're able to do it, that'd be great.

---

**From:** Kline, Thomas R. [mailto:Tom.Kline@KlineSpecter.com]
**Sent:** Thursday, January 11, 2007 2:22 PM
**To:** Buchanan, David
**Subject:** Curfman


Lanier called me today and asked if I can do it. I see your email a couple mins ago about a lot of people offering assistance..

I need to move mountains in my schedule to try to cover it (since I start trial next Fri), and don't want to do so if this is covered anyway..

What's the real story here?

KS-001311