Exhibit "80"

**Subject:** RE: Mixon
**Date:** Monday, January 23, 2006 3:21:13 PM ET
**From:** Troy Rafferty
**To:** Dagostino, Lisa S., Kline, Thomas R., Cvtisi@aol.com, Dbuchanan@seegerweiss.com, LDavis@hhkc.com
**CC:** cseeger@seegerweiss.com, andy.birchfield@beasleyallen.com, Specter, Shanin

I don't think it's necessary other than what we have already said/filed. We will handle objecting to the substance of the depo at the pretrial or before they play it.

-----Original Message-----
From: Dagostino, Lisa S. [mailto:Lisa.Dagostino@KlineSpecter.com]
Sent: Monday, January 23, 2006 11:48 AM
To: Troy Rafferty; Kline, Thomas R.; Cvtisi@aol.com;
Dbuchanan@seegerweiss.com; LDavis@hhkc.com
Cc: cseeger@seegerweiss.com; andy.birchfield@beasleyallen.com; Specter,
Shanin; Dagostino, Lisa S.
Subject: RE: Mixon


Troy and Andy--do you want us to put something on the record at the start of
the dep that we object with respect to the Irvin trial, blah, blah, or do
you want to handle the objection some other way?

-----Original Message-----
From: Troy Rafferty [mailto:TRafferty@levinlaw.com]
Sent: Monday, January 23, 2006 12:44 PM
To: Kline, Thomas R.; Cvtisi@aol.com; Dbuchanan@seegerweiss.com;
LDavis@hhkc.com
Cc: cseeger@seegerweiss.com; andy.birchfield@beasleyallen.com; Specter,
Shanin; Dagostino, Lisa S.
Subject: RE: Mixon

Rejected. They said if we don't play it, they will

-----Original Message-----
From: Kline, Thomas R. [mailto:Tom.Kline@KlineSpecter.com]
Sent: Monday, January 23, 2006 11:44 AM
To: 'Cvtisi@aol.com'; Troy Rafferty; 'Dbuchanan@seegerweiss.com';
'LDavis@hhkc.com'
Cc: 'cseeger@seegerweiss.com'; 'andy.birchfield@beasleyallen.com';
Specter, Shanin; Dagostino, Lisa S.
Subject: Re: Mixon


What happened to our prposed agreement just nmot to play it in Irvin?
Rejected by Merck?

-------------------------
Sent from my BlackBerry Wireless Handheld

**KS-001312**

Page 1 of 6

-----Original Message-----
From: Chris Tisi <cvtisi@aol.com>
To: Troy Rafferty <trafferty@levinlaw.com>; 'dbuchanan@seegerweiss.com' <dbuchanan@seegerweiss.com>; Tom.Kline@KlineSpecter.com <Tom.Kline@KlineSpecter.com>; LDavis@hhkc.com <LDavis@hhkc.com>
CC: cseeger@seegerweiss.com <cseeger@seegerweiss.com>; andy.birchfield@beasleyallen.com <andy.birchfield@beasleyallen.com>; shanin.specter@klinespecter.com <shanin.specter@klinespecter.com>; lisa.dagostino@klinespecter.com <lisa.dagostino@klinespecter.com>
Sent: Mon Jan 23 12:21:18 2006
Subject: Re: Mixon

Agrred
Sent wirelessly via BlackBerry from T-Mobile.

-----Original Message-----
From: "Troy Rafferty" <TRafferty@levinlaw.com>
Date: Mon, 23 Jan 2006 11:09:05
To:"Buchanan, David" <dbuchanan@seegerweiss.com>,     "Kline, Thomas R." <Tom.Kline@KlineSpecter.com>, <LDavis@hhkc.com>
Cc:<Cvtisi@aol.com>, "Seeger, Chris" <cseeger@seegerweiss.com>, <andy.birchfield@beasleyallen.com>,     "Specter, Shanin" <Shanin.Specter@KlineSpecter.com>,     "Dagostino, Lisa S." <Lisa.Dagostino@KlineSpecter.com>
Subject: RE: Mixon

We need to get Vicki Vance on the phone and see what she can produce to us asap.

-----Original Message-----
From: Buchanan, David [mailto:dbuchanan@seegerweiss.com]
Sent: Monday, January 23, 2006 11:17 AM
To: Troy Rafferty; Kline, Thomas R.; LDavis@hhkc.com
Cc: Cvtisi@aol.com; Seeger, Chris; andy.birchfield@beasleyallen.com; Specter, Shanin; Dagostino, Lisa S.
Subject: RE: Mixon


Are we getting the docs at least?

-----Original Message-----
From: NJRT - trafferty@levinlaw.com
Sent: Monday, January 23, 2006 12:07 PM
To: Kline, Thomas R.; LDavis@hhkc.com; Buchanan, David
Cc: Cvtisi@aol.com; Seeger, Chris; andy.birchfield@beasleyallen.com; Specter, Shanin; Dagostino, Lisa S.
Subject: RE: Mixon

Mixon is going forward.  Judge just said so.  Defendants claim it is a 15 minute depo/direct on the issue of the conversation.

-----Original Message-----
From: Kline, Thomas R. [mailto:Tom.Kline@KlineSpecter.com]
Sent: Monday, January 23, 2006 10:33 AM

KS-001313

To: Troy Rafferty; 'LDavis@hhkc.com'; 'Dbuchanan@seegerweiss.com'
Cc: 'Cvtisi@aol.com'; 'cseeger@seegerweiss.com';
'andy.birchfield@beasleyallen.com'; Specter, Shanin; Dagostino, Lisa S.
Subject: Re: Mixon


My concurring/dissenting view--We should only agree not to play it an
Irvin, nut not abandon it for all time. Please let's keep our options
open
on developing it further. I think Lanier may push to keep it in pay in
NJ
and may actually get somewhere with Mixon when he is examined.  Let's
keep
the agreement case specific and in writing.
Troy/Dave/ Andy--agree?


-------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Troy Rafferty <TRafferty@levinlaw.com>
To: Lenny Davis <LDAVIS@hhkc.com>; Buchanan, David
<dbuchanan@seegerweiss.com>; Tom.Kline@KlineSpecter.com
<Tom.Kline@KlineSpecter.com>
CC: cvtisi@aol.com <cvtisi@aol.com>; Seeger, Chris
<cseeger@seegerweiss.com>; andy.birchfield@beasleyallen.com
<andy.birchfield@beasleyallen.com>; Shanin.Specter@KlineSpecter.com
<Shanin.Specter@KlineSpecter.com>; Lisa.Dagostino@KlineSpecter.com
<Lisa.Dagostino@KlineSpecter.com>
Sent: Mon Jan 23 10:16:52 2006
Subject: RE: Mixon

Why don't we check with Witman and see if they will take it down.  We
will
agree not to play that portion of the deposition.

-----Original Message-----
From: Lenny Davis [mailto:LDAVIS@hhkc.com]
Sent: Monday, January 23, 2006 9:09 AM
To: Buchanan, David; Tom.Kline@KlineSpecter.com
Cc: cvtisi@aol.com; Troy Rafferty; Seeger, Chris;
andy.birchfield@beasleyallen.com; Shanin.Specter@KlineSpecter.com;
Lisa.Dagostino@KlineSpecter.com
Subject: RE: Mixon


Wittman just advised that there was a call in number for todays
conference.
The call in number for today is 888/443-7423.  No other code is required

Leonard A. Davis
Attorney at Law
Herman, Herman, Katz & Cotlar LLP

KS-001314

Page 3 of 6

Herman, Mathis, Casey, Kitchens & Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

Temporary Office
Place Saint Charles
201 Saint Charles Avenue
Suite 4310
New Orleans, Louisiana  70170
<http://www.hhkc.com/>

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.


CONFIDENTIAL ATTORNEY WORK PRODUCT


-----Original Message-----
From: Buchanan, David [mailto:dbuchanan@seegerweiss.com]
Sent: Monday, January 23, 2006 9:13 AM
To: Lenny Davis; Tom.Kline@KlineSpecter.com
Cc: cvtisi@aol.com; trafferty@levinlaw.com; Seeger, Chris; andy.birchfield@beasleyallen.com; Shanin.Specter@KlineSpecter.com; Lisa.Dagostino@KlineSpecter.com
Subject: Re: Mixon

Just spoke to Tisi, who spoke to the Clinic lawyer yesterday. Apparently, per her conversation with Merck, all they're looking for is Mixon's testimony that in Oct 2004, it wasn't Gilmartin that called him, it was Mixon who called Gilmartin.  Designed to rebut Topol's triple hearsay testimony on that call.  Personally, I would just not play that cut and avoid dealing with this issue, but that's a call for the trial team.  We'd never affirmatively play Mixon...all we're hoping for is a push.

-----Original Message-----
From: Lenny Davis <LDAVIS@hhkc.com>
To: Buchanan, David <dbuchanan@seegerweiss.com>;
Tom.Kline@KlineSpecter.com <Tom.Kline@KlineSpecter.com>
CC: cvtisi@aol.com <cvtisi@aol.com>
Sent: Mon Jan 23 09:44:32 2006
Subject: RE: Mixon

I will be sure fallon knows this

Leonard A. Davis
Attorney at Law

KS-001315

Page 4 of 6

Herman, Herman, Katz & Cotlar LLP
Herman, Mathis, Casey, Kitchens & Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

Temporary Office
Place Saint Charles
201 Saint Charles Avenue
Suite 4310
New Orleans, Louisiana  70170
<http://www.hhkc.com/>

This e-mail message contains confidential, privileged information
intended solely for the addressee. Please do not read, copy, or
disseminate it unless you are the addressee. If you have received it in
error, please call us (collect) immediately at (504) 581-4892 and ask to
speak with the message sender. Also, we would appreciate your forwarding
the message back to us and deleting it from your system. Thank you.


CONFIDENTIAL ATTORNEY WORK PRODUCT

-----Original Message-----
From: Buchanan, David [mailto:dbuchanan@seegerweiss.com]
Sent: Monday, January 23, 2006 8:41 AM
To: Tom.Kline@KlineSpecter.com; Lenny Davis
Cc: cvtisi@aol.com
Subject: Re: Mixon

Just argued it with Higbee.  She struck the cross notice and stated that
if it went forward tomorrow, he'll have to be re-deposed or come live
for NJ.

-----Original Message-----
From: Kline, Thomas R. <Tom.Kline@KlineSpecter.com>
To: Buchanan, David <dbuchanan@seegerweiss.com>; 'LDavis@hhkc.com'
<LDavis@hhkc.com>
CC: 'Cvtisi@aol.com' <Cvtisi@aol.com>
Sent: Mon Jan 23 08:29:37 2006
Subject: Mixon

I assume someone is going to take the motion to quash up wuith Fallon
today.
It is impt that we get our subpoenaed documents before that depo and it
can't fairly and realistically go ahead tomorrow. Thurs would be ok IF
we
get document production.


-------------------------
Sent from my BlackBerry Wireless Handheld

**KS-001316**

Page 5 of 6

KS-001317

**Subject:** Re: Mixon
**Date:** Wednesday, January 25, 2006 7:15:06 PM ET
**From:** Cvtisi@aol.com
**To:** Tom.Kline@KlineSpecter.com, trafferty@levinlaw.com
**CC:** Lisa.Dagostino@KlineSpecter.com, Dbuchanan@seegerweiss.com, cseeger@seegerweiss.com, Shanin.Specter@KlineSpecter.com, Lee.Balefsky@KlineSpecter.com

Thanks and Great Job

In a message dated 1/25/2006 5:14:12 P.M. Mountain Standard Time, Tom.Kline@KlineSpecter.com writes:

> Thanks. I appreciate everyone's support, and erspecially thank Tisi who
> worked this tirelessly. We need to do everything necessary to protect Topol,
> with whom I met today.
>
> -------------------------
> Sent from my BlackBerry Wireless Handheld
>
>
> -----Original Message-----
> From: Troy Rafferty <TRafferty@levinlaw.com>
> To: Kline, Thomas R. <Tom.Kline@KlineSpecter.com>; Cvtisi@aol.com
> <Cvtisi@aol.com>; Dbuchanan@seegerweiss.com <Dbuchanan@seegerweiss.com>
> CC: Dagostino, Lisa S. <Lisa.Dagostino@KlineSpecter.com>
> Sent: Wed Jan 25 18:59:33 2006
> Subject: RE:
>
> Good job Tom.  It's unusable.  I still think we take the cut out of Topol
> though.  Just collateral.  Now they won't want to play it.
>
> -----Original Message-----
> From: Kline, Thomas R. [mailto:Tom.Kline@KlineSpecter.com]
> Sent: Wednesday, January 25, 2006 6:01 PM
> To: 'Cvtisi@aol.com'; 'Dbuchanan@seegerweiss.com'
> Cc: Dagostino, Lisa S.; Troy Rafferty
> Subject: Re:
>
> It is a side show. Just completing my assignment to protect Topol.
>
> -------------------------
> Sent from my BlackBerry Wireless Handheld
>
>
> -----Original Message-----
> From: Cvtisi@aol.com <Cvtisi@aol.com>
> To: Tom.Kline@KlineSpecter.com <Tom.Kline@KlineSpecter.com>;
> Dbuchanan@seegerweiss.com <Dbuchanan@seegerweiss.com>
> CC: Lisa.Dagostino@KlineSpecter.com <Lisa.Dagostino@KlineSpecter.com>;
> trafferty@levinlaw.com <trafferty@levinlaw.com>
> Sent: Wed Jan 25 18:59:06 2006
> Subject: Re:
>
> I will say what I have been saying all along.  This is truly collateral and
> a side show.
>
>
> In a message dated 1/25/2006 4:53:24 P.M. Mountain Standard Time,
> Tom.Kline@KlineSpecter.com writes:
>
> Ask some "neutrals "listening to this on the phone.
>
>
> -------------------------
> Sent from my BlackBerry Wireless Handheld
>
>
> -----Original Message-----
> From: Buchanan, David <dbuchanan@seegerweiss.com>
> To: Tom.Kline@KlineSpecter.com <Tom.Kline@KlineSpecter.com>; Mark Lanier
> <WML@lanierlawfirm.com>

KS-001318

Page 1 of 2

Sent: Wed Jan 25 18:53:50 2006
Subject:

How'd it go, guys?  Was it a 15 min quickie

KS-001319

| | |
|---|---|
| **Subject:** | RE: Mixons on |
| **Date:** | Monday, January 23, 2006 12:43:17 PM ET |
| **From:** | Dagostino, Lisa S. |
| **To:** | Troy Rafferty, cvtisi@aol.com, Kline, Thomas R. |
| **CC:** | dbuchanan@seegerweiss.com, cseeger@seegerweiss.com, Dagostino, Lisa S., LDavis@hhkc.com |

Got it.  I have stuff re:  conflict of interest scandal with Cleveland Clinic (that Topol slammed him on in the press)--we'll use that too.

-----Original Message-----
From: Troy Rafferty [mailto:TRafferty@levinlaw.com]
Sent: Monday, January 23, 2006 12:39 PM
To: cvtisi@aol.com; Tom.Kline@KlineSpecter.com
Cc: dbuchanan@seegerweiss.com; cseeger@seegerweiss.com; lisa.dagostino@klinespecter.com; LDavis@hhkc.com
Subject: RE: Mixons on

Show Mixon the actual testimony of Topol...

Topol says Rudick told him about this conversation

Mixon never talked to Topol about it

Do you know why the defense is asking you about this if it was Mr. Rudick that gave tehe information to topol

You went to Harvard Business School with Mr. Gilmartin?

Mr. Rudick didn't, did he.

You can't say one way or another whether this is actually what was told to topol by Rudick, can you?

-----Original Message-----
From: Chris Tisi [mailto:cvtisi@aol.com]
Sent: Monday, January 23, 2006 11:13 AM
To: Tom.Kline@KlineSpecter.com
Cc: dbuchanan@seegerweiss.com.; cseeger@seegerweiss.com; Troy Rafferty; lisa.dagostino@klinespecter.com; LDavis@hhkc.com
Subject: Mixons on


Judge jus ordered mixon to go forward.  They say it is a 15 minute deposition.  You need to call me so I can bring you up to date with vance's proffer.

We addressed the lack of docsd.  Judge ageed to hold depsoition open
Sent wirelessly via BlackBerry from T-Mobile.

**KS-001320**

Page 1 of 1