Exhibit "81"

| | |
|---|---|
| **Subject:** | Re: Reicin |
| **Date:** | Saturday, January 20, 2007 8:48:07 PM ET |
| **From:** | Kline, Thomas R. |
| **To:** | 'cseeger@seegerweiss.com' |

I absolutely have time for whatever you need...Curfman accusing her of scientific fraud, her own non-Merck authors of Vigor claiming they didn't know the Feb 10,00 cut off for MI's, and Curfman saying they were guilty of "hide and seek" with the data adds some new ammo..We should have a working session(s) with LSD..I'll glady spend whatever times is needed brainstorming and preparing with you..

Also, I have a "TRK box" with my modules from her depo. LSD tells me they are "out of date," but you may want to thumb thru nevertheless..

I'm available next week.. Tues is best for me..but I'll do what's best for you.

(If you want to drive up here Tues nt, I have 76ers/ New Orlean tix. My new seats are right next to the visitor's coach..You are welcome to use them or go w/me).

Also, I'm debating whether to go to N O on Wed/Thurs for Status Conf. Is anyhting impt going to happen? Is Fallon going to propose getting Merck to the table? Any reason for me to go, or should I send Lee, and come to AC with you ?

Let me know your thoughts..


-----Original Message-----
From: Seeger, Chris <cseeger@seegerweiss.com>
To: Kline, Thomas R.
Sent: Sat Jan 20 19:14:10 2007
Subject: Reicin

Tom, I'm going to cross her in this trial.  There's no way I can do that without talking to you.  Do you have time to either talk by phone or have dinner in AC with me this week?
-------------------------
Sent from my BlackBerry Wireless Handheld

**KS-001321**

Page 1 of 1

| | |
|---|---|
| **Subject:** | Re: Reicin |
| **Date:** | Monday, January 29, 2007 8:13:11 AM ET |
| **From:** | Kline, Thomas R. |
| **To:** | 'cseeger@seegerweiss.com' |
| **CC:** | Dagostino, Lisa S. |

This is good news..I also made the suggestion to Lanier, so I'm glad he's listening and its happening.. Its clearly the right way to handle Reicin, by calling her on cross-- something that's not been done..

My gut--
I'd confront her in a barrage of q's even if she'll answer no to many , and then go after her on each one.. like Mark did with Avorn..where you have the goods on her..

Something like:

You were the clinical monitorfor vioxx and a cenral central figure in the vixoxx story both when it was happening and now?

You are an advocate whose main job today is to stick to the story of trying to prove the safety of vioxx?

You were an inexperienced clinical investigator when you were you given the huge responsibility to test vioxx?

You are not a cardiologist or a rumatologist or a GI dr, or an epidemiologist or any of the key specialities that we have been hearing from for weeks? You are just an internal medicine dr who thought she knew better then and knows better now than Graham, Topol, Avorn, Nissen Juni, and other enormously credentiled physiciand and scientists?

You are vested in vioxx and in constructing the best argument possible to prove its safety?

For the 6 yurs vioxx was on the mkt, you would take on and disagree with anyone who disagreed with you?

You did anything you could to protect the vioxx franchise over public safety?

You were involved in a conscious effort to silence your and vioxx's critics?

You are the principal architect of the naproxin hypothesis, wich you founded on the weeked of March...00, and which you till advocate today..?

You are the one who was the number three author on the vioxx paper, right behind Laine, who admits the data was bogus and cagy?

You are the person who fixed the cut off date for vigor at Feb 10,00, w/o even telling you ourside co-investigators?

You muscled and threated those who disagreed with you?

You are the one who paid a visit to Eric Topol to tell him he'd be embarassed if he published his study?

You are the one who wanted to flip Topol's data to make vioxx look better?

You even went so far as to conscript and cospire woth your own brother to trash Eric Topol?   **KS-001322**

Page 1 of 3

You did it with other scientists, too?

Your knew about the Fitzgerald hypothesis the whole time, but chose to ignore it?

You slectively told the FDA about certain data and not other info?

You and Shapiro together consciously decided not to turn over the appendix of the meta anlaysis?

You took at least one meaningless study and made "a lot out of a little" with it?

You were as much a marketer and promoter as a scientist, as evidenced by your being on the worldwide marketing committee?

In fact, you very own personnel file labels you the defender of the viox franchise?  (Go thru this chaper and verse, including her signing off on it!!)

And, there's no doubt about it,  you are a partisan of the first order when it comes to vioxx, and there will be no budging you off the Merck party line (much oif which you have hand crafted) then, now, tomorrow, or ever...

Etc. Etc

My point is to confront her and define her and then go back and prove to the jury that you have the goods on her, and she is a piece of garbage out of the box...

If we'd kick this around, we'd come up with the right questions, which have bullet proof documents that woud define her, before she could spout her lies...The above is obviously just off the top of my head...I'm sure there are many more "defining" questions where she can then be knocked down..


-----Original Message-----
From: Seeger, Chris <cseeger@seegerweiss.com>
To: Kline, Thomas R.
CC: Dagostino, Lisa S.
Sent: Mon Jan 29 07:25:00 2007
Subject: Fw: Reicin

I resent this.....forgot to include Lisa.  Lisa, what are your thoughts on this too?
-------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Seeger, Chris
To: 'thomas.kline@klinespecter.com' <thomas.kline@klinespecter.com>
Sent: Mon Jan 29 07:24:05 2007
Subject: Reicin

I think I've convinced the team to call Reicin in our case.  So when I examine her, the jury will not yet have heard her story.  How would you "start" her exam?  Defender of the franchise out of the box may be too aggressive......have to wait til she fights.  What 2 or three points would you lead off with her?

KS-001323

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-
Sent from my BlackBerry Wireless Handheld

**KS-001324**

**Page 3 of 3**