Exhibit "82"

**Dagostino, Lisa S.**

| | |
|---|---|
| **From:** | Seeger, Chris [cseeger@seegerweiss.com] |
| **Sent:** | Wednesday, July 05, 2006 10:02 AM |
| **To:** | Kline, Thomas R. |
| **Cc:** | Dagostino, Lisa S.; Buchanan, David |
| **Subject:** | RE: Schondelmeyer Meeting |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

yea....we really need you guys there.

-----Original Message-----
**From:** Kline, Thomas R. [mailto:Tom.Kline@KlineSpecter.com]
**Sent:** Wednesday, July 05, 2006 9:44 AM
**To:** Seeger, Chris
**Cc:** Dagostino, Lisa S.; Buchanan, David
**Subject:** Re: Schondelmeyer Meeting

I agree. After thinking on it, I reached the same conclusion.

-----Original Message-----
From: Seeger, Chris <cseeger@seegerweiss.com>
To: Kline, Thomas R.; Buchanan, David <dbuchanan@seegerweiss.com>
Sent: Wed Jul 05 09:49:15 2006
Subject: RE: Schondelmeyer Meeting

i think having you there is a major plus and some insurance against robinson completely fucking this up.

-----Original Message-----
From: Kline, Thomas R. [mailto:Tom.Kline@KlineSpecter.com]
Sent: Wednesday, July 05, 2006 12:03 AM
To: Seeger, Chris; Buchanan, David
Subject: Fw: Schondelmeyer Meeting

Do you  think it makes sense for me to send LSD to assist RH on Graham/Topol (she knows the stuff cold!) and me to go to this mtg?  I'm not actually arguing the Graham/Topol motions anyway....Thoughts?

-----Original Message-----
From: Jonathan Shub <jshub@sheller.com>
To: Haviland, Donald E.; Kline, Thomas R.
CC: 'Buchanan, David' <dbuchanan@seegerweiss.com>; 'Seeger, Chris' <cseeger@seegerweiss.com>
Sent: Tue Jul 04 23:10:50 2006
Subject: Schondelmeyer Meeting

On Thursday afternoon and all day Friday this week, Steve Schondelmeyer, a pharma economist
from the Univ. of Minn., will be at Seeger Weiss to discuss the Local 68 case. This
is a critical meeting as we expect that Professor Schondelmeyer will  play an integral role
in both the liability and damages aspects of the trial. As you know, K&S worked closely
with him in the Lupron case. If you are available, please make an effort to attend some or all of this meeting.

*********************************
Jonathan Shub, Esq.
Sheller, Ludwig & Badey, P.C.
Philadelphia, PA
215.790.7327

**KS-001325**

www.sheller.com <http://www.sheller.com/>

This e-mail is sent by a law firm
and contains information that may
be privileged and confidential. If
you are not the intended recipient,
please delete this e-mail and any
attachments to it. Thank you.

http://www.sheller.com <http://www.sheller.com/>
-------------------------------------------------------------------------------

PLEASE NOTE: This Message, including any attachments, may include privileged or confidential information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.

New IRS rules restrict written federal tax advice from lawyers and accountants. We include this statement in all outbound emails because even inadvertent violations may be penalized. Nothing in this message is intended to be used, or may be used, to avoid any penalty under federal tax laws. This message was not written to support the promotion or marketing of any transaction, contact the sender if you wish to engage us to provide formal written advice as to tax issues.

-------------------------------------------------------------------------------

http://www.sheller.com <http://www.sheller.com/>

**KS-001326**

**Dagostino, Lisa S.**

---

| | |
|---|---|
| **From:** | Andy Birchfield [andy.birchfield@beasleyallen.com] |
| **Sent:** | Wednesday, July 05, 2006 5:34 PM |
| **To:** | Kline, Thomas R. |
| **Cc:** | Dagostino, Lisa S.; RHerman@hhkc.com; LDavis@hhkc.com |
| **Subject:** | RE: Graham |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Great - thanks

-----Original Message-----
**From:** Kline, Thomas R. [mailto:Tom.Kline@KlineSpecter.com]
**Sent:** Wednesday, July 05, 2006 4:32 PM
**To:** Andy Birchfield
**Cc:** Dagostino, Lisa S.; RHerman@hhkc.com; LDavis@hhkc.com
**Subject:** Re: Graham

Not to my knowledge. I came down in supportive role..russ said he'd set aside time tomorrow toprep for Graham.

-----Original Message-----
From: Andy Birchfield <andy.birchfield@beasleyallen.com>
To: Kline, Thomas R.
CC: LDavis@hhkc.com <LDavis@hhkc.com>; RHerman@hhkc.com <RHerman@hhkc.com>;
beachlawyer51@hotmail.com <beachlawyer51@hotmail.com>; Dagostino, Lisa S.; cseeger@seegerweiss.com
<cseeger@seegerweiss.com>
Sent: Wed Jul 05 17:32:21 2006
Subject: RE: Graham

Just want to make sure nothing has changed since last week

-----Original Message-----
From: Kline, Thomas R. [mailto:Tom.Kline@KlineSpecter.com]
Sent: Wednesday, July 05, 2006 4:30 PM
To: Andy Birchfield
Cc: LDavis@hhkc.com; RHerman@hhkc.com; beachlawyer51@hotmail.com; Dagostino, Lisa S.; cseeger@seegerweiss.com
Subject: Re: Graham

That's my understanding, and the purpose why I am coming tonight, to get Russ ready and be with him at the argument.

-----Original Message-----
From: Andy Birchfield <andy.birchfield@beasleyallen.com>
To: Kline, Thomas R.
Sent: Wed Jul 05 17:26:52 2006
Subject: Graham

Based on Lenny's email, I'm not sure what is going on…

**KS-001327**

I thought, from the extensive email traffic last week, that Russ understood the importance of this and was setting aside the time (with your help) to be prepared???

KS-001328