# Exhibit "83"

**Dagostino, Lisa S.**

| | |
|---|---|
| **From:** | Kline, Thomas R. |
| **Sent:** | Wednesday, October 18, 2006 10:24 AM |
| **To:** | Dagostino, Lisa S. |
| **Subject:** | Fw: Vioxx PSC Conf. Call |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

See below...Pls give me an email outlining the basics of the dedrick case. Txs..

-----Original Message-----
From: Kline, Thomas R.
To: 'andy.birchfield@beasleyallen.com' <andy.birchfield@beasleyallen.com>
Sent: Wed Oct 18 09:21:21 2006
Subject: Re: Vioxx PSC Conf. Call

I'm coming in late tonight on a private plane, and won't be in till near midnight......  I'm headed right out after our PSC mtg to get back in time for a late afternoon mtg in PHL.. We could grab some breakfast together tomorrow morning...

-----Original Message-----
From: Andy Birchfield <andy.birchfield@beasleyallen.com>
To: Kline, Thomas R.
Sent: Wed Oct 18 09:01:56 2006
Subject: RE: Vioxx PSC Conf. Call

What's your schedule? Would you have a little time to meet, privately, re some trial stratgy issues in Dedrick either before or after the meeting?

_____

From: Kline, Thomas R. [mailto:Tom.Kline@KlineSpecter.com]
Sent: Wednesday, October 18, 2006 7:55 AM
To: Andy Birchfield; LDavis@hhkc.com; trafferty@levinlaw.com; lflemming@hhkc.com; Levin, A; morellana@seegerweiss.com; SKibria@seegerweiss.com; cseeger@seegerweiss.com; cvtisi@aol.com; Dbuchanan@seegerweiss.com; dranier@rgelaw.com; ecabraser@lchb.com; FLonger@lfsblaw.com; Frank Woodson; dmartin@gainsben.com; Balefsky, Lee; beachlawyer51@hotmail.com; mrobinson@rcrlaw.net; mwagner@seegerweiss.com; nparfitt@dc.ashcraftlaw.com; mparf@aol.com; MWeinkowitz@lfsblaw.com; Leigh O'Dell; pdoamaral@lchb.com; rarsenault@nbalawfirm.com; RHerman@hhkc.com; shellysanford@goforthlewis.com; sherman@hhkc.com; Jimenez, Margarita; zvioxxarchive@hhkc.com
Cc: regina@hhkc.com; pennylh14@yahoo.com; admin@bcr.nocoxmail.com; Msastra@aol.com
Subject: Re: Vioxx PSC Conf. Call


I'm coming.

-----Original Message-----
From: Andy Birchfield <andy.birchfield@beasleyallen.com>
To: Lenny Davis <LDAVIS@hhkc.com>; Troy Rafferty <TRafferty@levinlaw.com>; Lillian Flemming <LFLEMMING@hhkc.com>; Levin, A; Christopher Seeger (PSC) (E-mail 2) <morellana@seegerweiss.com>; Christopher Seeger (PSC) (E-mail 3) <SKibria@seegerweiss.com>; Christopher Seeger (PSC) (E-mail) <cseeger@seegerweiss.com>; Christopher Vincent Tisi (PSC)

KS-001329

869

(E-mail) <cvtisi@aol.com>; David R. Buchanan (E-mail) <dbuchanan@seegerweiss.com>; Drew
Ranier (PSC) (E-mail) <dranier@rgelaw.com>; Elizabeth Cabraser (PSC) (E-mail)
<ecabraser@lchb.com>; flonger@lfsblaw.com <flonger@lfsblaw.com>; Frank Woodson
<frank.woodson@beasleyallen.com>; Gerald E. Meunier (PSC) (E-mail 2) <dmartin@gainsben.com>;
Balefsky, Lee; Mark Robinson (PSC) (E-mail 2) <beachlawyer51@hotmail.com>; Mark Robinson
(PSC) (E-mail) <mrobinson@rcrlaw.net>; Michael Wagner @ Seeger Weiss
<mwagner@seegerweiss.com>; Michelle A. Parfitt (E-mail 2) <nparfitt@dc.ashcraftlaw.com>;
Michelle A. Parfitt (E-mail) <mparf@aol.com>; mweinkowitz@lfsblaw.com
<mweinkowitz@lfsblaw.com>; Leigh O'Dell <leigh.odell@beasleyallen.com>; Paulina do Amaral (E-
mail) <pdoamaral@lchb.com>; Richard J. Arsenault (PSC) (E-mail) <rarsenault@nbalawfirm.com>;
Russ Herman <RHERMAN@hhkc.com>; shellysanford@goforthlewis.com
<shellysanford@goforthlewis.com>; Steve Herman <SHERMAN@hhkc.com>; Jimenez, Margarita; Kline,
Thomas R.; ZVioxx  Archive <zvioxxarchive@hhkc.com>
CC: Regina Westenfeld <regina@hhkc.com>; Penny Herman <pennylh14@yahoo.com>;
admin@bcr.nocoxmail.com <admin@bcr.nocoxmail.com>; Msastra@aol.com <Msastra@aol.com>
Sent: Wed Oct 18 08:48:30 2006
Subject: RE: Vioxx PSC Conf. Call

Who plans to be in New Orleans for the meeting tomorrow?

_____

From: Lenny Davis [mailto:LDAVIS@hhkc.com]
Sent: Tuesday, October 17, 2006 10:38 AM
To: Troy Rafferty; Lillian Flemming; Andy Birchfield; Arnold Levin (PSC) (E-mail);
Christopher Seeger (PSC) (E-mail 2); Christopher Seeger (PSC) (E-mail 3); Christopher Seeger
(PSC) (E-mail); Christopher Vincent Tisi (PSC) (E-mail); David R. Buchanan (PSC) (E-mail); Drew
Ranier (PSC) (E-mail); Elizabeth Cabraser (PSC) (E-mail); flonger@lfsblaw.com; Frank Woodson;
Gerald E. Meunier (PSC) (E-mail 2); lee.balefsky@klinespecter.com; Mark Robinson (PSC) (E-
mail 2); Mark Robinson (PSC) (E-mail); Michael Wagner @ Seeger Weiss; Michelle A. Parfitt (E-
mail 2); Michelle A. Parfitt (E-mail); mweinkowitz@lfsblaw.com; Leigh O'Dell; Paulina do
Amaral (E-mail); Richard J. Arsenault (PSC) (E-mail); Russ Herman;
shellysanford@goforthlewis.com; Steve Herman; Thomas Kline (PSC) (E-mail 2); Thomas Kline
(PSC) (E-mail); ZVioxx Archive
Cc: Regina Westenfeld; Penny Herman; admin@bcr.nocoxmail.com; Msastra@aol.com
Subject: RE: Vioxx PSC Conf. Call

Hopefully finished by 1 0r 2. depends on what happens but I think we should finish

Leonard A. Davis
Attorney at Law
Herman, Herman, Katz & Cotlar LLP
Herman, Mathis, Casey, Kitchens & Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

Temporary Office
Place Saint Charles
201 Saint Charles Avenue
Suite 4310
New Orleans, Louisiana  70170

**KS-001330**

<http://www.hhkc.com/ > >

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.

CONFIDENTIAL ATTORNEY WORK PRODUCT

_____

From: Troy Rafferty [ <http://www.hhkc.com/ <http://www.hhkc.com/>
mailto:TRafferty@levinlaw.com]
Sent: Tuesday, October 17, 2006 10:32 AM
To: Lillian Flemming; Andy D. Birchfield Jr. (PSC) (E-mail); Arnold Levin (PSC) (E-mail); Christopher Seeger (PSC) (E-mail 2); Christopher Seeger (PSC) (E-mail 3); Christopher Seeger (PSC) (E-mail); Christopher Vincent Tisi (PSC) (E-mail); David R. Buchanan (E-mail); Drew Ranier (PSC) (E-mail); Elizabeth Cabraser (PSC) (E-mail); flonger@lfsblaw.com; Frank Woodson (E-mail); Gerald E. Meunier (PSC) (E-mail 2); lee.balefsky@klinespecter.com; Mark Robinson (PSC) (E-mail 2); Mark Robinson (PSC) (E-mail); Michael Wagner @ Seeger Weiss; Michelle A. Parfitt (E-mail 2); Michelle A. Parfitt (E-mail); mweinkowitz@lfsblaw.com; P. Leigh O'Dell (E-mail); Paulina do Amaral (E-mail); Richard J. Arsenault (PSC) (E-mail); Russ Herman; shellysanford@goforthlewis.com; Steve Herman; Thomas Kline (PSC) (E-mail 2); Thomas Kline (PSC) (E-mail); ZVioxx Archive
Cc: Lenny Davis; Regina Westenfeld; Penny Herman; admin@bcr.nocoxmail.com; Msastra@aol.com
Subject: RE: Vioxx PSC Conf. Call


Are we expecting the meeting to last into the afternoon or just a 1/2 day meeting?

        -----Original Message-----
        From: Lillian Flemming [mailto:LFLEMMING@hhkc.com]
        Sent: Tuesday, October 17, 2006 10:30 AM
        To: Andy D. Birchfield Jr. (PSC) (E-mail); Arnold Levin (PSC) (E-mail); Christopher Seeger (PSC) (E-mail 2); Christopher Seeger (PSC) (E-mail 3); Christopher Seeger (PSC) (E-mail); Christopher Vincent Tisi (PSC) (E-mail); David R. Buchanan (E-mail); Drew Ranier (PSC) (E-mail); Elizabeth Cabraser (PSC) (E-mail); flonger@lfsblaw.com; Frank Woodson (E-mail); Gerald E. Meunier (PSC) (E-mail 2); lee.balefsky@klinespecter.com; Mark Robinson (PSC) (E-mail 2); Mark Robinson (PSC) (E-mail); Michael Wagner @ Seeger Weiss; Michelle A. Parfitt (E-mail 2); Michelle A. Parfitt (E-mail); mweinkowitz@lfsblaw.com; P. Leigh O'Dell (E-mail); Paulina do Amaral (E-mail); Richard J. Arsenault (PSC) (E-mail); Russ Herman; shellysanford@goforthlewis.com; Steve Herman; Thomas Kline (PSC) (E-mail 2); Thomas Kline (PSC) (E-mail); Troy Rafferty; ZVioxx Archive
        Cc: Lenny Davis; Regina Westenfeld; Penny Herman; admin@bcr.nocoxmail.com; Msastra@aol.com
        Subject: Vioxx PSC Conf. Call

        The PSC Conference Call on Wednesday, October 18, 2006, at 4:00 p.m. CT is CANCELED. There will be a PSC meeting in New Orleans on Thursday, October 19, 2006 at 9:00 a.m. at the offices of Herman, Herman, Katz & Cotlar, LLP, 201 St. Charles Ave., 35th floor, New Orleans, Louisiana.


        Lillian M. Flemming                                    **KS-001331**

Legal Assistant to Leonard A. Davis and Stephen J. Herman

Herman, Herman, Katz & Cotlar, LLP

Herman, Mathis, Casey, Kitchens & Gerel, LLP

201 St. Charles Avenue, Suite 4310

New Orleans, Louisiana  70170

504-581-4892

504-561-6024 (Fax)

<http://www.hhkc.com/ > >

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.

CONFIDENTIAL ATTORNEY WORK PRODUCT

<http://www.hhkc.com/ <http://www.hhkc.com/>

**KS-001332**