Exhibit "84"

**Subject:** Vioxx MDL 1657 re PSC Conference Call

**Date:** Wednesday, December 20, 2006 11:54:54 AM ET

**From:** Lillian Flemming

**To:** Andy D. Birchfield Jr. (PSC) (E-mail), Arnold Levin (PSC) (E-mail), bp@brettpowers.com, Christopher Seeger (PSC) (E-mail 2), Christopher Seeger (PSC) (E-mail 3), Christopher Seeger (PSC) (E-mail), Christopher Vincent Tisi (PSC) (E-mail), David R. Buchanan (E-mail), Drew Ranier (PSC) (E-mail), Elizabeth Cabraser (PSC) (E-mail), flonger@lfsblaw.com, Frank Woodson (E-mail), Gerald E. Meunier (PSC) (E-mail 2), lee.balefsky@klinespecter.com, Mark Robinson (PSC) (E-mail 2), Mark Robinson (PSC) (E-mail), Michael Wagner @ Seeger Weiss, Michelle A. Parfitt (E-mail 2), Michelle A. Parfitt (E-mail), mweinkowitz@lfsblaw.com, P. Leigh O'Dell (E-mail), Paulina do Amaral (E-mail), Richard J. Arsenault (PSC) (E-mail), Russ Herman, shellysanford@goforthlewis.com, Steve Herman, Thomas Kline (PSC) (E-mail 2), Thomas Kline (PSC) (E-mail), Troy Rafferty (PSC) (E-mail), ZVioxx Archive

There will be no PSC conference call today.

Happy Holidays!

Lillian M. Flemming
Legal Assistant to Leonard A. Davis and Stephen J. Herman
*Herman, Herman, Katz & Cotlar, LLP*
*Herman, Mathis, Casey, Kitchens & Gerel, LLP*
201 St. Charles Avenue, Suite 4310
New Orleans, Louisiana  70170
504-581-4892
504-561-6024 (Fax)

‹http://www.hhkc.com/›

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

**KS-001333**

**Subject:** Vioxx MDL 1657 re PSC Conference Call

**Date:** Wednesday, December 27, 2006 2:34:37 PM ET

**From:** Lillian Flemming

**To:** Andy D. Birchfield Jr. (PSC) (E-mail), Arnold Levin (PSC) (E-mail), bp@brettpowers.com, Christopher Seeger (PSC) (E-mail 2), Christopher Seeger (PSC) (E-mail 3), Christopher Seeger (PSC) (E-mail), Christopher Vincent Tisi (PSC) (E-mail), David R. Buchanan (E-mail), Drew Ranier (PSC) (E-mail), Elizabeth Cabraser (PSC) (E-mail), flonger@lfsblaw.com, Frank Woodson (E-mail), Gerald E. Meunier (PSC) (E-mail 2), lee.balefsky@klinespecter.com, Mark Robinson (PSC) (E-mail 2), Mark Robinson (PSC) (E-mail), Michael Wagner @ Seeger Weiss, Michelle A. Parfitt (E-mail 2), Michelle A. Parfitt (E-mail), mweinkowitz@lfsblaw.com, P. Leigh O'Dell (E-mail), Paulina do Amaral (E-mail), Richard J. Arsenault (PSC) (E-mail), Russ Herman, shellysanford@goforthlewis.com, Steve Herman, Thomas Kline (PSC) (E-mail 2), Thomas Kline (PSC) (E-mail), Troy Rafferty (PSC) (E-mail), ZVioxx Archive

**CC:** Lenny Davis, Regina Westenfeld, Penny Herman, admin@bcr.nocoxmail.com

The conference call today at 4:00 p.m. CT is canceled.

Lillian M. Flemming
Legal Assistant to Leonard A. Davis and Stephen J. Herman
**Herman, Herman, Katz & Cotlar, LLP**
**Herman, Mathis, Casey, Kitchens & Gerel, LLP**
201 St. Charles Avenue, Suite 4310
New Orleans, Louisiana  70170
504-581-4892
504-561-6024 (Fax)

<http://www.hhkc.com/>

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

**KS-001334**

**Subject:** Vioxx MDL 1657 re PSC Conf. Call

**Date:** Wednesday, January 17, 2007 3:32:16 PM ET

**From:** Lillian Flemming

**To:** Andy D. Birchfield Jr. (PSC) (E-mail), Arnold Levin (PSC) (E-mail), bp@brettpowers.com, Christopher Seeger (PSC) (E-mail 2), Christopher Seeger (PSC) (E-mail 3), Christopher Seeger (PSC) (E-mail), Christopher Vincent Tisi (PSC) (E-mail), David R. Buchanan (E-mail), Drew Ranier (PSC) (E-mail), Elizabeth Cabraser (PSC) (E-mail), flonger@lfsblaw.com, Frank Woodson (E-mail), Gerald E. Meunier (PSC) (E-mail 2), lee.balefsky@klinespecter.com, Mark Robinson (PSC) (E-mail 2), Mark Robinson (PSC) (E-mail), Michael Wagner @ Seeger Weiss, Michelle A. Parfitt (E-mail 2), Michelle A. Parfitt (E-mail), mweinkowitz@lfsblaw.com, P. Leigh O'Dell (E-mail), Paulina do Amaral (E-mail), Richard J. Arsenault (PSC) (E-mail), Russ Herman, shellysanford@goforthlewis.com, Steve Herman, Thomas Kline (PSC) (E-mail 2), Thomas Kline (PSC) (E-mail), Troy Rafferty (PSC) (E-mail), ZVioxx Archive

The call scheduled for today at 4:00 p.m. CT is canceled.

Lillian M. Flemming
Legal Assistant to Leonard A. Davis and Stephen J. Herman
**Herman, Herman, Katz & Cotlar, LLP**
**Herman, Mathis, Casey, Kitchens & Gerel, LLP**
201 St. Charles Avenue, Suite 4310
New Orleans, Louisiana  70170
504-581-4892
504-561-6024 (Fax)

<http://www.hhkc.com/>

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

**KS-001335**

**Subject:** Vioxx MDL 1657 re PSC Conference Call

**Date:** Wednesday, February 7, 2007 3:04:12 PM ET

**From:** Lillian Flemming

**To:** Andy D. Birchfield Jr. (PSC) (E-mail), Arnold Levin (PSC) (E-mail), bp@brettpowers.com, Christopher Seeger (PSC) (E-mail 2), Christopher Seeger (PSC) (E-mail 3), Christopher Seeger (PSC) (E-mail), Christopher Vincent Tisi (PSC) (E-mail), David R. Buchanan (E-mail), Drew Ranier (PSC) (E-mail), Elizabeth Cabraser (PSC) (E-mail), flonger@lfsblaw.com, Frank Woodson (E-mail), Gerald E. Meunier (PSC) (E-mail 2), lee.balefsky@klinespecter.com, Mark Robinson (PSC) (E-mail 2), Mark Robinson (PSC) (E-mail), Michael Wagner @ Seeger Weiss, Michelle A. Parfitt (E-mail 2), Michelle A. Parfitt (E-mail), mweinkowitz@lfsblaw.com, P. Leigh O'Dell (E-mail), Paulina do Amaral (E-mail), Richard J. Arsenault (PSC) (E-mail), Russ Herman, shellysanford@goforthlewis.com, Steve Herman, Thomas Kline (PSC) (E-mail 2), Thomas Kline (PSC) (E-mail), Troy Rafferty (PSC) (E-mail), ZVioxx Archive

**CC:** Lenny Davis, Regina Valenti, Penny Herman, Msastra@aol.com, admin@bcr.nocoxmail.com

The PSC conference call today at 4:00 p.m. CT is canceled.

Lillian M. Flemming
Legal Assistant to Leonard A. Davis and Stephen J. Herman
**Herman, Herman, Katz & Cotlar, LLP**
**Herman, Mathis, Casey, Kitchens & Gerel, LLP**
201 St. Charles Avenue, Suite 4310
New Orleans, Louisiana  70170
504-581-4892
504-561-6024 (Fax)

<http://www.hhkc.com/>

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

**KS-001336**

**Subject:** Vioxx MDL 1657 re PSC Conf. Call

**Date:** Wednesday, March 21, 2007 2:22:16 PM ET

**From:** Lillian Flemming

**To:** Andy D. Birchfield Jr. (PSC) (E-mail), Arnold Levin (PSC) (E-mail), bp@brettpowers.com, Christopher Seeger (PSC) (E-mail 2), Christopher Seeger (PSC) (E-mail 3), Christopher Seeger (PSC) (E-mail), Christopher Vincent Tisi (PSC) (E-mail), David R. Buchanan (E-mail), Drew Ranier (PSC) (E-mail), Elizabeth Cabraser (PSC) (E-mail), flonger@lfsblaw.com, Frank Woodson (E-mail), Gerald E. Meunier (PSC) (E-mail 2), lee.balefsky@klinespecter.com, Mark Robinson (PSC) (E-mail 2), Mark Robinson (PSC) (E-mail), Michael Wagner @ Seeger Weiss, Michelle A. Parfitt (E-mail 2), Michelle A. Parfitt (E-mail), mweinkowitz@lfsblaw.com, P. Leigh O'Dell (E-mail), Paulina do Amaral (E-mail), Richard J. Arsenault (PSC) (E-mail), Russ Herman, shellysanford@goforthlewis.com, Steve Herman, Thomas Kline (PSC) (E-mail 2), Thomas Kline (PSC) (E-mail), Troy Rafferty (PSC) (E-mail), ZVioxx Archive

**CC:** Lenny Davis, Regina Valenti, Msastra@aol.com, admin@bcr.nocoxmail.com, Penny Herman

The PSC Conference Call scheduled for today at 4:00 p.m. CT is CANCELED.

Lillian M. Flemming
Legal Assistant to Leonard A. Davis
and Stephen J. Herman
***Herman, Herman, Katz & Cotlar, LLP***
***Herman, Mathis, Casey, Kitchens & Gerel, LLP***
820 O'Keefe Avenue
New Orleans, Louisiana  70113
504-581-4892
504-561-6024 (Fax)

<http://www.hhkc.com/>

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

**KS-001337**

**Subject:** Vioxx MDL 1657 re PSC Conference Call

**Date:** Wednesday, April 11, 2007 2:10:19 PM ET

**From:** Lillian Flemming

**To:** Andy D. Birchfield Jr. (PSC) (E-mail), Arnold Levin (PSC) (E-mail), bp@brettpowers.com, Christopher Seeger (PSC) (E-mail 2), Christopher Seeger (PSC) (E-mail 3), Christopher Seeger (PSC) (E-mail), Christopher Vincent Tisi (PSC) (E-mail), David R. Buchanan (E-mail), Drew Ranier (PSC) (E-mail), Elizabeth Cabraser (PSC) (E-mail), flonger@lfsblaw.com, Frank Woodson (E-mail), Gerald E. Meunier (PSC) (E-mail 2), lee.balefsky@klinespecter.com, Mark Robinson (PSC) (E-mail 2), Mark Robinson (PSC) (E-mail), Michael Wagner @ Seeger Weiss, Michelle A. Parfitt (E-mail 2), Michelle A. Parfitt (E-mail), mweinkowitz@lfsblaw.com, P. Leigh O'Dell (E-mail), Paulina do Amaral (E-mail), Richard J. Arsenault (PSC) (E-mail), Russ Herman, shellysanford@goforthlewis.com, Steve Herman, Thomas Kline (PSC) (E-mail 2), Thomas Kline (PSC) (E-mail), Troy Rafferty (PSC) (E-mail), ZVioxx Archive

The conference call scheduled today at 4:00 p.m. CT is canceled.

Lillian M. Flemming
Legal Assistant to Leonard A. Davis
and Stephen J. Herman
**Herman, Herman, Katz & Cotlar, LLP**
**Herman, Mathis, Casey, Kitchens & Gerel, LLP**
820 O'Keefe Avenue
New Orleans, Louisiana  70113
504-581-4892
504-561-6024 (Fax)

‹http://www.hhkc.com/›

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

**KS-001338**

**Subject:** Vioxx MDL 1657 re PSC Conf. Call

**Date:** Wednesday, April 18, 2007 2:21:10 PM ET

**From:** Lillian Flemming

**To:** Andy D. Birchfield Jr. (PSC) (E-mail), Arnold Levin (PSC) (E-mail), bp@brettpowers.com, Christopher Seeger (PSC) (E-mail 2), Christopher Seeger (PSC) (E-mail 3), Christopher Seeger (PSC) (E-mail), Christopher Vincent Tisi (PSC) (E-mail), David R. Buchanan (E-mail), Drew Ranier (PSC) (E-mail), Elizabeth Cabraser (PSC) (E-mail), flonger@lfsblaw.com, Frank Woodson (E-mail), Gerald E. Meunier (PSC) (E-mail 2), lee.balefsky@klinespecter.com, Mark Robinson (PSC) (E-mail 2), Mark Robinson (PSC) (E-mail), Michael Wagner @ Seeger Weiss, Michelle A. Parfitt (E-mail 2), Michelle A. Parfitt (E-mail), mweinkowitz@lfsblaw.com, P. Leigh O'Dell (E-mail), Paulina do Amaral (E-mail), Richard J. Arsenault (PSC) (E-mail), Russ Herman, shellysanford@goforthlewis.com, Steve Herman, Thomas Kline (PSC) (E-mail 2), Thomas Kline (PSC) (E-mail), Troy Rafferty (PSC) (E-mail), ZVioxx Archive

The PSC conference call scheduled for today at 4:00 p.m. CT is canceled.

Lillian M. Flemming
Legal Assistant to Leonard A. Davis
and Stephen J. Herman
**_Herman, Herman, Katz & Cotlar, LLP_**
**_Herman, Mathis, Casey, Kitchens & Gerel, LLP_**
820 O'Keefe Avenue
New Orleans, Louisiana  70113
504-581-4892
504-561-6024 (Fax)

‹http://www.hhkc.com/›

_This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you._

CONFIDENTIAL ATTORNEY WORK PRODUCT

**KS-001339**

**Subject:** Vioxx MDL 1657 re PSC Conference Call

**Date:** Wednesday, May 9, 2007 2:12:13 PM ET

**From:** Lillian Flemming

**To:** Andy D. Birchfield Jr. (PSC) (E-mail), Arnold Levin (PSC) (E-mail), bp@brettpowers.com, Christopher Seeger (PSC) (E-mail 2), Christopher Seeger (PSC) (E-mail 3), Christopher Seeger (PSC) (E-mail), Christopher Vincent Tisi (PSC) (E-mail), David R. Buchanan (E-mail), Drew Ranier (PSC) (E-mail), Elizabeth Cabraser (PSC) (E-mail), flonger@lfsblaw.com, Frank Woodson (E-mail), Gerald E. Meunier (PSC) (E-mail 2), lee.balefsky@klinespecter.com, Mark Robinson (PSC) (E-mail 2), Mark Robinson (PSC) (E-mail), Michael Wagner @ Seeger Weiss, Michelle A. Parfitt (E-mail 2), Michelle A. Parfitt (E-mail), mweinkowitz@lfsblaw.com, P. Leigh O'Dell (E-mail), Paulina do Amaral (E-mail), Richard J. Arsenault (PSC) (E-mail), Russ Herman, shellysanford@goforthlewis.com, Steve Herman, Thomas Kline (PSC) (E-mail 2), Thomas Kline (PSC) (E-mail), Troy Rafferty (PSC) (E-mail), ZVioxx Archive

The PSC Conference Call scheduled for today at 4:00 p.m. CT is CANCELED.

Lillian M. Flemming
Legal Assistant to Leonard A. Davis
and Stephen J. Herman
***Herman, Herman, Katz & Cotlar, LLP***
***Herman, Mathis, Casey, Kitchens & Gerel, LLP***
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024 (Fax)

‹http://www.hhkc.com/›

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

**KS-001340**

**Subject:** Vioxx MDL 1657 re PSC Conference Call

**Date:** Wednesday, May 23, 2007 11:27:45 AM ET

**From:** Lillian Flemming

**To:** Andy D. Birchfield Jr. (PSC) (E-mail), Arnold Levin (PSC) (E-mail), bp@brettpowers.com, Christopher Seeger (PSC) (E-mail 2), Christopher Seeger (PSC) (E-mail 3), Christopher Seeger (PSC) (E-mail), Christopher Vincent Tisi (PSC) (E-mail), David R. Buchanan (E-mail), Drew Ranier (PSC) (E-mail), Elizabeth Cabraser (PSC) (E-mail), flonger@lfsblaw.com, Frank Woodson (E-mail), Gerald E. Meunier (PSC) (E-mail 2), lee.balefsky@klinespecter.com, Mark Robinson (PSC) (E-mail 2), Mark Robinson (PSC) (E-mail), Michael Wagner @ Seeger Weiss, Michelle A. Parfitt (E-mail 2), Michelle A. Parfitt (E-mail), mweinkowitz@lfsblaw.com, P. Leigh O'Dell (E-mail), Paulina do Amaral (E-mail), Richard J. Arsenault (PSC) (E-mail), Russ Herman, shellysanford@goforthlewis.com, Steve Herman, Thomas Kline (PSC) (E-mail 2), Thomas Kline (PSC) (E-mail), Troy Rafferty (PSC) (E-mail), ZVioxx Archive

The PSC Conference Call scheduled for today at 4:00 p.m. CT is CANCELED.

Lillian M. Flemming
Legal Assistant to Leonard A. Davis
and Stephen J. Herman
**_Herman, Herman, Katz & Cotlar, LLP_**
**_Herman, Mathis, Casey, Kitchens & Gerel, LLP_**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024 (Fax)

‹http://www.hhkc.com/›

_This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you._

CONFIDENTIAL ATTORNEY WORK PRODUCT

**KS-001341**

**Subject:** Vioxx MDL 1657 re PSC Conf. Call

**Date:** Wednesday, June 6, 2007 10:00:51 AM ET

**From:** Lillian Flemming

**To:** Andy D. Birchfield Jr. (PSC) (E-mail), Arnold Levin (PSC) (E-mail), bp@brettpowers.com, Christopher Seeger (PSC) (E-mail 2), Christopher Seeger (PSC) (E-mail 3), Christopher Seeger (PSC) (E-mail), Christopher Vincent Tisi (PSC) (E-mail), David R. Buchanan (E-mail), Drew Ranier (PSC) (E-mail), Elizabeth Cabraser (PSC) (E-mail), flonger@lfsblaw.com, Frank Woodson (E-mail), Gerald E. Meunier (PSC) (E-mail 2), lee.balefsky@klinespecter.com, Mark Robinson (PSC) (E-mail 2), Mark Robinson (PSC) (E-mail), Michael Wagner @ Seeger Weiss, Michelle A. Parfitt (E-mail 2), Michelle A. Parfitt (E-mail), mweinkowitz@lfsblaw.com, P. Leigh O'Dell (E-mail), Paulina do Amaral (E-mail), Richard J. Arsenault (PSC) (E-mail), Russ Herman, shellysanford@goforthlewis.com, Steve Herman, Thomas Kline (PSC) (E-mail 2), Thomas Kline (PSC) (E-mail), Troy Rafferty (PSC) (E-mail), ZVioxx Archive

The call scheduled for today at 4:00 p.m. CT is CANCELED.

Lillian M. Flemming
Legal Assistant to Leonard A. Davis
and Stephen J. Herman
***Herman, Herman, Katz & Cotlar, LLP***
***Herman, Mathis, Casey, Kitchens & Gerel, LLP***
820 O'Keefe Avenue
New Orleans, Louisiana  70113
504-581-4892
504-561-6024 (Fax)

‹http://www.hhkc.com/›

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

**KS-001342**

**Subject:** Vioxx MDL 1657 re PSC Conference Call

**Date:** Wednesday, July 25, 2007 12:57:23 PM ET

**From:** Lillian Flemming

**To:** Andy D. Birchfield Jr. (PSC) (E-mail), Arnold Levin (PSC) (E-mail), bp@brettpowers.com, Christopher Seeger (PSC) (E-mail 2), Christopher Seeger (PSC) (E-mail 3), Christopher Seeger (PSC) (E-mail), Christopher Vincent Tisi (PSC) (E-mail), David R. Buchanan (E-mail), Drew Ranier (PSC) (E-mail), Elizabeth Cabraser (PSC) (E-mail), flonger@lfsblaw.com, Frank Woodson (E-mail), Gerald E. Meunier (PSC) (E-mail 2), lee.balefsky@klinespecter.com, Mark Robinson (PSC) (E-mail 2), Mark Robinson (PSC) (E-mail), Michael Wagner @ Seeger Weiss, Michelle A. Parfitt (E-mail 2), Michelle A. Parfitt (E-mail), mweinkowitz@lfsblaw.com, P. Leigh O'Dell (E-mail), Paulina do Amaral (E-mail), Richard J. Arsenault (PSC) (E-mail), Russ Herman, shellysanford@goforthlewis.com, Steve Herman, Thomas Kline (PSC) (E-mail 2), Thomas Kline (PSC) (E-mail), Troy Rafferty (PSC) (E-mail), ZVioxx Archive

The PSC Conference Call scheduled for today at 4:00 p.m. CT is CANCELED.

Lillian M. Flemming
Legal Assistant to Leonard A. Davis
and Stephen J. Herman
***Herman, Herman, Katz & Cotlar, LLP***
***Herman, Mathis, Casey, Kitchens & Gerel, LLP***
820 O'Keefe Avenue
New Orleans, Louisiana  70113
504-581-4892
504-561-6024 (Fax)

‹http://www.hhkc.com/›

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

**KS-001343**

**Subject:** Vioxx MDL 1657 re PSC Conference Call

**Date:** Wednesday, August 15, 2007 2:22:16 PM ET

**From:** Lillian Flemming

**To:** Andy D. Birchfield Jr. (PSC) (E-mail), Arnold Levin (PSC) (E-mail), bp@brettpowers.com, Christopher Seeger (PSC) (E-mail 2), Christopher Seeger (PSC) (E-mail 3), Christopher Seeger (PSC) (E-mail), Christopher Vincent Tisi (PSC) (E-mail), David R. Buchanan (E-mail), Drew Ranier (PSC) (E-mail), Elizabeth Cabraser (PSC) (E-mail), flonger@lfsblaw.com, Frank Woodson (E-mail), Gerald E. Meunier (PSC) (E-mail 2), lee.balefsky@klinespecter.com, Mark Robinson (PSC) (E-mail 2), Mark Robinson (PSC) (E-mail), Michael Wagner @ Seeger Weiss, Michelle A. Parfitt (E-mail 2), Michelle A. Parfitt (E-mail), mweinkowitz@lfsblaw.com, P. Leigh O'Dell (E-mail), Paulina do Amaral (E-mail), Richard J. Arsenault (PSC) (E-mail), Russ Herman, ssanford@ssrlawyers.com, Steve Herman, Thomas Kline (PSC) (E-mail 2), Thomas Kline (PSC) (E-mail), Troy Rafferty (PSC) (E-mail), ZVioxx Archive

The PSC conference call scheduled for today at 4:00 p.m. CT is CANCELED.

Lillian M. Flemming
Legal Assistant to Leonard A. Davis
and Stephen J. Herman
**Herman, Herman, Katz & Cotlar, LLP**
**Herman, Mathis, Casey, Kitchens & Gerel, LLP**
820 O'Keefe Avenue
New Orleans, Louisiana  70113
504-581-4892
504-561-6024 (Fax)

‹http://www.hhkc.com/›

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

**KS-001344**

**Subject:** Vioxx MDL 1657 re PSC Conference Call

**Date:** Wednesday, September 5, 2007 2:21:00 PM ET

**From:** Lillian Flemming

**To:** Andy D. Birchfield Jr. (PSC) (E-mail), Arnold Levin (PSC) (E-mail), bp@brettpowers.com, Christopher Seeger (PSC) (E-mail 2), Christopher Seeger (PSC) (E-mail 3), Christopher Seeger (PSC) (E-mail), Christopher Vincent Tisi (PSC) (E-mail), David R. Buchanan (E-mail), Drew Ranier (PSC) (E-mail), Elizabeth Cabraser (PSC) (E-mail), flonger@lfsblaw.com, Frank Woodson (E-mail), Gerald E. Meunier (PSC) (E-mail 2), lee.balefsky@klinespecter.com, Mark Robinson (PSC) (E-mail 2), Mark Robinson (PSC) (E-mail), Michael Wagner @ Seeger Weiss, Michelle A. Parfitt (E-mail 2), Michelle A. Parfitt (E-mail), mweinkowitz@lfsblaw.com, P. Leigh O'Dell (E-mail), Paulina do Amaral (E-mail), Richard J. Arsenault (PSC) (E-mail), Russ Herman, ssanford@ssrlawyers.com, Steve Herman, Thomas Kline (PSC) (E-mail 2), Thomas Kline (PSC) (E-mail), Troy Rafferty (PSC) (E-mail), ZVioxx Archive

**CC:** Lenny Davis, Regina Valenti, Penny Herman, Msastra@aol.com, admin@bcr.nocoxmail.com,

The conference call scheduled for today at 4:00 p.m. CT is CANCELED.

Lillian M. Flemming
Legal Assistant to Leonard A. Davis
and Stephen J. Herman
**_Herman, Herman, Katz & Cotlar, LLP_**
**_Herman, Mathis, Casey, Kitchens & Gerel, LLP_**
820 O'Keefe Avenue
New Orleans, Louisiana  70113
504-581-4892
504-561-6024 (Fax)

‹http://www.hhkc.com/›

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

**KS-001345**

**Subject:** Vioxx MDL 1657 re PSC Conference Call

**Date:** Wednesday, September 12, 2007 9:19:42 AM ET

**From:** Lillian Flemming

**To:** Andy D. Birchfield Jr. (PSC) (E-mail), Arnold Levin (PSC) (E-mail), bp@brettpowers.com, Christopher Seeger (PSC) (E-mail 2), Christopher Seeger (PSC) (E-mail 3), Christopher Seeger (PSC) (E-mail), Christopher Vincent Tisi (PSC) (E-mail), David R. Buchanan (E-mail), Drew Ranier (PSC) (E-mail), Elizabeth Cabraser (PSC) (E-mail), flonger@lfsblaw.com, Frank Woodson (E-mail), Gerald E. Meunier (PSC) (E-mail 2), lee.balefsky@klinespecter.com, Mark Robinson (PSC) (E-mail 2), Mark Robinson (PSC) (E-mail), Michael Wagner @ Seeger Weiss, Michelle A. Parfitt (E-mail 2), Michelle A. Parfitt (E-mail), mweinkowitz@lfsblaw.com, P. Leigh O'Dell (E-mail), Paulina do Amaral (E-mail), Richard J. Arsenault (PSC) (E-mail), Russ Herman, ssanford@ssrlawyers.com, Steve Herman, Thomas Kline (PSC) (E-mail 2), Thomas Kline (PSC) (E-mail), Troy Rafferty (PSC) (E-mail), ZVioxx Archive

The PSC Conference Call scheduled for today at 4:00 p.m. CT is CANCELED.

Lillian M. Flemming
Legal Assistant to Leonard A. Davis
and Stephen J. Herman
***Herman, Herman, Katz & Cotlar, LLP***
***Herman, Mathis, Casey, Kitchens & Gerel, LLP***
820 O'Keefe Avenue
New Orleans, Louisiana  70113
504-581-4892
504-561-6024 (Fax)

‹http://www.hhkc.com/›

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

**KS-001346**

**Subject:** Vioxx MDL 1657 re PSC Conference Call

**Date:** Wednesday, October 3, 2007 11:54:52 AM ET

**From:** Lillian Flemming

**To:** Andy D. Birchfield Jr. (PSC) (E-mail), Arnold Levin (PSC) (E-mail), bp@brettpowers.com, Christopher Seeger (PSC) (E-mail 2), Christopher Seeger (PSC) (E-mail 3), Christopher Seeger (PSC) (E-mail), Christopher Vincent Tisi (PSC) (E-mail), David R. Buchanan (E-mail), Drew Ranier (PSC) (E-mail), Elizabeth Cabraser (PSC) (E-mail), flonger@lfsblaw.com, Frank Woodson (E-mail), Gerald E. Meunier (PSC) (E-mail 2), lee.balefsky@klinespecter.com, Mark Robinson (PSC) (E-mail 2), Mark Robinson (PSC) (E-mail), Michael Wagner @ Seeger Weiss, Michelle A. Parfitt (E-mail 2), Michelle A. Parfitt (E-mail), mweinkowitz@lfsblaw.com, P. Leigh O'Dell (E-mail), Paulina do Amaral (E-mail), Richard J. Arsenault (PSC) (E-mail), Russ Herman, ssanford@ssrlawyers.com, Steve Herman, Thomas Kline (PSC) (E-mail 2), Thomas Kline (PSC) (E-mail), Troy Rafferty (PSC) (E-mail), ZVioxx Archive

The PSC Conference Call scheduled for today at 4:00 p.m. CT is CANCELED.

Lillian M. Flemming
Legal Assistant to Leonard A. Davis
and Stephen J. Herman
**_Herman, Herman, Katz & Cotlar, LLP_**
**_Herman, Mathis, Casey, Kitchens & Gerel, LLP_**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024 (Fax)

‹http://www.hhkc.com/›

_This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you._

CONFIDENTIAL ATTORNEY WORK PRODUCT

**KS-001347**

**Subject:** Vioxx MDL 1657 re PSC Conference Call

**Date:** Wednesday, October 10, 2007 12:47:47 PM ET

**From:** Lillian Flemming

**To:** Andy D. Birchfield Jr. (PSC) (E-mail), Arnold Levin (PSC) (E-mail), bp@brettpowers.com, Christopher Seeger (PSC) (E-mail 2), Christopher Seeger (PSC) (E-mail 3), Christopher Seeger (PSC) (E-mail), Christopher Vincent Tisi (PSC) (E-mail), David R. Buchanan (E-mail), Drew Ranier (PSC) (E-mail), Elizabeth Cabraser (PSC) (E-mail), flonger@lfsblaw.com, Frank Woodson (E-mail), Gerald E. Meunier (PSC) (E-mail 2), lee.balefsky@klinespecter.com, Mark Robinson (PSC) (E-mail 2), Mark Robinson (PSC) (E-mail), Michael Wagner @ Seeger Weiss, Michelle A. Parfitt (E-mail 2), Michelle A. Parfitt (E-mail), mweinkowitz@lfsblaw.com, P. Leigh O'Dell (E-mail), Paulina do Amaral (E-mail), Richard J. Arsenault (PSC) (E-mail), Russ Herman, ssanford@ssrlawyers.com, Steve Herman, Thomas Kline (PSC) (E-mail 2), Thomas Kline (PSC) (E-mail), Troy Rafferty (PSC) (E-mail), ZVioxx Archive

The PSC Conference Call scheduled for today at 4:00 p.m. CT is CANCELED.

Lillian M. Flemming
Legal Assistant to Leonard A. Davis
and Stephen J. Herman
**_Herman, Herman, Katz & Cotlar, LLP_**
**_Herman, Mathis, Casey, Kitchens & Gerel, LLP_**
820 O'Keefe Avenue
New Orleans, Louisiana  70113
504-581-4892
504-561-6024 (Fax)

‹http://www.hhkc.com/›

_This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you._

CONFIDENTIAL ATTORNEY WORK PRODUCT

**KS-001348**

**Subject:** Vioxx MDL 1657 re PSC Conference Call

**Date:** Wednesday, October 17, 2007 10:46:55 AM ET

**From:** Lillian Flemming

**To:** Andy D. Birchfield Jr. (PSC) (E-mail), Arnold Levin (PSC) (E-mail), bp@brettpowers.com, Christopher Seeger (PSC) (E-mail 2), Christopher Seeger (PSC) (E-mail 3), Christopher Seeger (PSC) (E-mail), Christopher Vincent Tisi (PSC) (E-mail), David R. Buchanan (E-mail), Drew Ranier (PSC) (E-mail), Elizabeth Cabraser (PSC) (E-mail), flonger@lfsblaw.com, Frank Woodson (E-mail), Gerald E. Meunier (PSC) (E-mail 2), lee.balefsky@klinespecter.com, Mark Robinson (PSC) (E-mail 2), Mark Robinson (PSC) (E-mail), Michael Wagner @ Seeger Weiss, Michelle A. Parfitt (E-mail 2), Michelle A. Parfitt (E-mail), mweinkowitz@lfsblaw.com, P. Leigh O'Dell (E-mail), Paulina do Amaral (E-mail), Richard J. Arsenault (PSC) (E-mail), Russ Herman, ssanford@ssrlawyers.com, Steve Herman, Thomas Kline (PSC) (E-mail 2), Thomas Kline (PSC) (E-mail), Troy Rafferty (PSC) (E-mail), ZVioxx Archive

The conference call scheduled for today at 4:00 p.m. CT is CANCELED.

Lillian M. Flemming
Legal Assistant to Leonard A. Davis
and Stephen J. Herman
**_Herman, Herman, Katz & Cotlar, LLP_**
**_Herman, Mathis, Casey, Kitchens & Gerel, LLP_**
820 O'Keefe Avenue
New Orleans, Louisiana  70113
504-581-4892
504-561-6024 (Fax)

‹http://www.hhkc.com/›

_This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you._

CONFIDENTIAL ATTORNEY WORK PRODUCT

**KS-001349**

**Subject:** Vioxx MDL 1657 re PSC Conference Call

**Date:** Wednesday, October 31, 2007 2:24:22 PM ET

**From:** Lillian Flemming

**To:** Andy D. Birchfield Jr. (PSC) (E-mail), Arnold Levin (PSC) (E-mail), bp@brettpowers.com, Christopher Seeger (PSC) (E-mail 2), Christopher Seeger (PSC) (E-mail 3), Christopher Seeger (PSC) (E-mail), Christopher Vincent Tisi (PSC) (E-mail), David R. Buchanan (E-mail), Drew Ranier (PSC) (E-mail), Elizabeth Cabraser (PSC) (E-mail), flonger@lfsblaw.com, Frank Woodson (E-mail), Gerald E. Meunier (PSC) (E-mail 2), lee.balefsky@klinespecter.com, Mark Robinson (PSC) (E-mail 2), Mark Robinson (PSC) (E-mail), Michael Wagner @ Seeger Weiss, Michelle A. Parfitt (E-mail 2), Michelle A. Parfitt (E-mail), mweinkowitz@lfsblaw.com, P. Leigh O'Dell (E-mail), Paulina do Amaral (E-mail), Richard J. Arsenault (PSC) (E-mail), Russ Herman, ssanford@ssrlawyers.com, Steve Herman, Thomas Kline (PSC) (E-mail), lynne.mccloskey@klinespecter.com, Troy Rafferty (PSC) (E-mail), ZVioxx Archive

The PSC Conference Call scheduled for today at 4:00 p.m. CST is CANCELED.

Lillian M. Flemming
Legal Assistant to Leonard A. Davis
and Stephen J. Herman
**_Herman, Herman, Katz & Cotlar, LLP_**
**_Herman, Mathis, Casey, Kitchens & Gerel, LLP_**
820 O'Keefe Avenue
New Orleans, Louisiana  70113
504-581-4892
504-561-6024 (Fax)

<http://www.hhkc.com/>

_This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you._

CONFIDENTIAL ATTORNEY WORK PRODUCT

**KS-001350**

**Subject:** Vioxx MDL 1657 re PSC Conference Call

**Date:** Wednesday, November 7, 2007 3:03:34 PM ET

**From:** Lillian Flemming

**To:** Andy D. Birchfield Jr. (PSC) (E-mail), Arnold Levin (PSC) (E-mail), bp@brettpowers.com, Christopher Seeger (PSC) (E-mail 2), Christopher Seeger (PSC) (E-mail 3), Christopher Seeger (PSC) (E-mail), Christopher Vincent Tisi (PSC) (E-mail), David R. Buchanan (E-mail), Drew Ranier (PSC) (E-mail), Elizabeth Cabraser (PSC) (E-mail), flonger@lfsblaw.com, Frank Woodson (E-mail), Gerald E. Meunier (PSC) (E-mail 2), lee.balefsky@klinespecter.com, Mark Robinson (PSC) (E-mail 2), Mark Robinson (PSC) (E-mail), Michael Wagner @ Seeger Weiss, Michelle A. Parfitt (E-mail 2), Michelle A. Parfitt (E-mail), mweinkowitz@lfsblaw.com, P. Leigh O'Dell (E-mail), Paulina do Amaral (E-mail), Richard J. Arsenault (PSC) (E-mail), Russ Herman, ssanford@ssrlawyers.com, Steve Herman, Thomas Kline (PSC) (E-mail), lynne.mccloskey@klinespecter.com, Troy Rafferty (PSC) (E-mail), ZVioxx Archive

The PSC Conference Call scheduled for today at 4:00 p.m. CT is CANCELED.  There are too many people not available due to the CLE/Mass Tort Conference.

Lillian M. Flemming
Legal Assistant to Leonard A. Davis
and Stephen J. Herman
**Herman, Herman, Katz & Cotlar, LLP**
**Herman, Mathis, Casey, Kitchens & Gerel, LLP**
820 O'Keefe Avenue
New Orleans, Louisiana  70113
504-581-4892
504-561-6024 (Fax)

‹http://www.hhkc.com/›

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

KS-001351

**Subject:** Vioxx MDL 1657 re PSC Conference Call

**Date:** Wednesday, November 21, 2007 1:20:32 PM ET

**From:** Lillian Flemming

**To:** Andy D. Birchfield Jr. (PSC) (E-mail), Arnold Levin (PSC) (E-mail), bp@brettpowers.com, Christopher Seeger (PSC) (E-mail 2), Christopher Seeger (PSC) (E-mail 3), Christopher Seeger (PSC) (E-mail), Christopher Vincent Tisi (PSC) (E-mail), David R. Buchanan (E-mail), Drew Ranier (PSC) (E-mail), Elizabeth Cabraser (PSC) (E-mail), flonger@lfsblaw.com, Frank Woodson (E-mail), Gerald E. Meunier (PSC) (E-mail 2), lee.balefsky@klinespecter.com, Mark Robinson (PSC) (E-mail 2), Mark Robinson (PSC) (E-mail), Michael Wagner @ Seeger Weiss, Michelle A. Parfitt (E-mail 2), Michelle A. Parfitt (E-mail), mweinkowitz@lfsblaw.com, P. Leigh O'Dell (E-mail), Paulina do Amaral (E-mail), Richard J. Arsenault (PSC) (E-mail), Russ Herman, ssanford@ssrlawyers.com, Steve Herman, Thomas Kline (PSC) (E-mail), lynne.mccloskey@klinespecter.com, Troy Rafferty (PSC) (E-mail), ZVioxx Archive

The PSC Conference Call scheduled for today at 4:00 p.m. CT is CANCELED.

HAVE A HAPPY THANKSGIVING!


Lillian M. Flemming
Legal Assistant to Leonard A. Davis
and Stephen J. Herman
**_Herman, Herman, Katz & Cotlar, LLP_**
**_Herman, Mathis, Casey, Kitchens & Gerel, LLP_**
820 O'Keefe Avenue
New Orleans, Louisiana  70113
504-581-4892
504-561-6024 (Fax)

‹http://www.hhkc.com/›

_This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you._

CONFIDENTIAL ATTORNEY WORK PRODUCT

**KS-001352**

**Subject:** Vioxx MDL 1657 re PSC Conference Call

**Date:** Wednesday, November 28, 2007 3:48:28 PM ET

**From:** Lillian Flemming

**To:** Andy D. Birchfield Jr. (PSC) (E-mail), Arnold Levin (PSC) (E-mail), bp@brettpowers.com, Christopher Seeger (PSC) (E-mail 2), Christopher Seeger (PSC) (E-mail 3), Christopher Seeger (PSC) (E-mail), Christopher Vincent Tisi (PSC) (E-mail), David R. Buchanan (E-mail), Drew Ranier (PSC) (E-mail), Elizabeth Cabraser (PSC) (E-mail), flonger@lfsblaw.com, Frank Woodson (E-mail), Gerald E. Meunier (PSC) (E-mail 2), lee.balefsky@klinespecter.com, Mark Robinson (PSC) (E-mail 2), Mark Robinson (PSC) (E-mail), Michael Wagner @ Seeger Weiss, Michelle A. Parfitt (E-mail 2), Michelle A. Parfitt (E-mail), mweinkowitz@lfsblaw.com, P. Leigh O'Dell (E-mail), Paulina do Amaral (E-mail), Richard J. Arsenault (PSC) (E-mail), Russ Herman, ssanford@ssrlawyers.com, Steve Herman, Thomas Kline (PSC) (E-mail), lynne.mccloskey@klinespecter.com, Troy Rafferty (PSC) (E-mail), ZVioxx Archive

The PSC Conference Call scheduled for today at 4:00 p.m. CT is CANCELED.

Lillian M. Flemming
Legal Assistant to Leonard A. Davis
and Stephen J. Herman
***Herman, Herman, Katz & Cotlar, LLP***
***Herman, Mathis, Casey, Kitchens & Gerel, LLP***
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024 (Fax)

‹http://www.hhkc.com/›

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

**KS-001353**

**Subject:** Vioxx MDL 1657 re PSC Conference Call

**Date:** Wednesday, December 19, 2007 10:31:47 AM ET

**From:** Lillian Flemming

**To:** Andy D. Birchfield Jr. (PSC) (E-mail), Arnold Levin (PSC) (E-mail), bp@brettpowers.com, Christopher Seeger (PSC) (E-mail 2), Christopher Seeger (PSC) (E-mail 3), Christopher Seeger (PSC) (E-mail), Christopher Vincent Tisi (PSC) (E-mail), David R. Buchanan (E-mail), Drew Ranier (PSC) (E-mail), Elizabeth Cabraser (PSC) (E-mail), flonger@lfsblaw.com, Frank Woodson (E-mail), Gerald E. Meunier (PSC) (E-mail 2), lee.balefsky@klinespecter.com, Mark Robinson (PSC) (E-mail 2), Mark Robinson (PSC) (E-mail), Michael Wagner @ Seeger Weiss, Michelle A. Parfitt (E-mail 2), Michelle A. Parfitt (E-mail), mweinkowitz@lfsblaw.com, P. Leigh O'Dell (E-mail), Paulina do Amaral (E-mail), Richard J. Arsenault (PSC) (E-mail), Russ Herman, ssanford@ssrlawyers.com, Steve Herman, Thomas Kline (PSC) (E-mail), lynne.mccloskey@klinespecter.com, Troy Rafferty (PSC) (E-mail), ZVioxx Archive

There will be no weekly Wednesday (4:00 p.m. CT) PSC Conference Call until Wednesday, January 2, 2008. HAPPY HOLIDAYS!

Lillian M. Flemming
Legal Assistant to Leonard A. Davis
and Stephen J. Herman
**Herman, Herman, Katz & Cotlar, LLP**
**Herman, Mathis, Casey, Kitchens & Gerel, LLP**
820 O'Keefe Avenue
New Orleans, Louisiana  70113
504-581-4892
504-561-6024 (Fax)

‹http://www.hhkc.com/›

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

**KS-001354**

**Subject:** Vioxx MDL 1657 re PSC Conference Call

**Date:** Wednesday, January 2, 2008 4:18:09 PM ET

**From:** Lillian Flemming

**To:** Andy D. Birchfield Jr. (PSC) (E-mail), Arnold Levin (PSC) (E-mail), bp@brettpowers.com, Christopher Seeger (PSC) (E-mail 2), Christopher Seeger (PSC) (E-mail 3), Christopher Seeger (PSC) (E-mail), Christopher Vincent Tisi (PSC) (E-mail), David R. Buchanan (E-mail), Drew Ranier (PSC) (E-mail), Elizabeth Cabraser (PSC) (E-mail), flonger@lfsblaw.com, Frank Woodson (E-mail), Gerald E. Meunier (PSC) (E-mail 2), lee.balefsky@klinespecter.com, Mark Robinson (PSC) (E-mail 2), Mark Robinson (PSC) (E-mail), Michael Wagner @ Seeger Weiss, Michelle A. Parfitt (E-mail 2), Michelle A. Parfitt (E-mail), mweinkowitz@lfsblaw.com, P. Leigh O'Dell (E-mail), Paulina do Amaral (E-mail), Richard J. Arsenault (PSC) (E-mail), Russ Herman, ssanford@ssrlawyers.com, Steve Herman, Thomas Kline (PSC) (E-mail), lynne.mccloskey@klinespecter.com, Troy Rafferty (PSC) (E-mail), ZVioxx Archive

The PSC Conference Call scheduled for today at 4:00 p.m. CT is CANCELED.

Lillian M. Flemming
Legal Assistant to Leonard A. Davis
and Stephen J. Herman
***Herman, Herman, Katz & Cotlar, LLP***
***Herman Gerel, LLP***
820 O'Keefe Avenue
New Orleans, Louisiana  70113
504-581-4892
504-561-6024 (Fax)

‹http://www.hhkc.com/›

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

**KS-001355**

**Subject:** Vioxx MDL 1657 re PSC Conference Call

**Date:** Wednesday, January 30, 2008 3:16:35 PM ET

**From:** Lillian Flemming

**To:** Andy D. Birchfield Jr. (PSC) (E-mail), Arnold Levin (PSC) (E-mail), bp@brettpowers.com, Christopher Seeger (PSC) (E-mail 2), Christopher Seeger (PSC) (E-mail 3), Christopher Seeger (PSC) (E-mail), Christopher Vincent Tisi (PSC) (E-mail), David R. Buchanan (E-mail), Drew Ranier (PSC) (E-mail), Elizabeth Cabraser (PSC) (E-mail), flonger@lfsblaw.com, Frank Woodson (E-mail), Gerald E. Meunier (PSC) (E-mail 2), lee.balefsky@klinespecter.com, Mark Robinson (PSC) (E-mail 2), Mark Robinson (PSC) (E-mail), Michael Wagner @ Seeger Weiss, Michelle A. Parfitt (E-mail 2), Michelle A. Parfitt (E-mail), mweinkowitz@lfsblaw.com, P. Leigh O'Dell (E-mail), Paulina do Amaral (E-mail), Richard J. Arsenault (PSC) (E-mail), Russ Herman, ssanford@ssrlawyers.com, Steve Herman, Thomas Kline (PSC) (E-mail), lynne.mccloskey@klinespecter.com, Troy Rafferty (PSC) (E-mail), ZVioxx Archive

The PSC Conference Call scheduled for today at 4:00 p.m. CT is CANCELED.

Lillian M. Flemming
Legal Assistant to Leonard A. Davis
and Stephen J. Herman
**_Herman, Herman, Katz & Cotlar, LLP_**
**_Herman Gerel, LLP_**
820 O'Keefe Avenue
New Orleans, Louisiana  70113
504-581-4892
504-561-6024 (Fax)

‹http://www.hhkc.com/›

_This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you._

CONFIDENTIAL ATTORNEY WORK PRODUCT

**KS-001356**

**Subject:** Vioxx MDL 1657 re PSC Conference Call

**Date:** Wednesday, February 6, 2008 12:37:34 PM ET

**From:** Lillian Flemming

**To:** Andy D. Birchfield Jr. (PSC) (E-mail), Arnold Levin (PSC) (E-mail), bp@brettpowers.com, Christopher Seeger (PSC) (E-mail 2), Christopher Seeger (PSC) (E-mail 3), Christopher Seeger (PSC) (E-mail), Christopher Vincent Tisi (PSC) (E-mail), David R. Buchanan (E-mail), Drew Ranier (PSC) (E-mail), Elizabeth Cabraser (PSC) (E-mail), flonger@lfsblaw.com, Frank Woodson (E-mail), Gerald E. Meunier (PSC) (E-mail 2), lee.balefsky@klinespecter.com, Mark Robinson (PSC) (E-mail 2), Mark Robinson (PSC) (E-mail), Michael Wagner @ Seeger Weiss, Michelle A. Parfitt (E-mail 2), Michelle A. Parfitt (E-mail), mweinkowitz@lfsblaw.com, P. Leigh O'Dell (E-mail), Paulina do Amaral (E-mail), Richard J. Arsenault (PSC) (E-mail), Russ Herman, ssanford@ssrlawyers.com, Steve Herman, Thomas Kline (PSC) (E-mail), lynne.mccloskey@klinespecter.com, Troy Rafferty (PSC) (E-mail), ZVioxx Archive

The PSC Conference Call scheduled today at 4:00 p.m. CT is CANCELED.

Lillian M. Flemming
Legal Assistant to Leonard A. Davis
and Stephen J. Herman
***Herman, Herman, Katz & Cotlar, LLP***
***Herman Gerel, LLP***
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024 (Fax)

‹http://www.hhkc.com/›

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

**KS-001357**

**Subject:** RE: Vioxx MDL 1657 re PSC Conference Call

**Date:** Wednesday, February 13, 2008 3:45:05 PM ET

**From:** Lenny Davis

**To:** Lillian Flemming, Andy D. Birchfield Jr. (PSC) (E-mail), Arnold Levin (PSC) (E-mail), bp@brettpowers.com, Christopher Seeger (PSC) (E-mail 2), Christopher Seeger (PSC) (E-mail 3), Christopher Seeger (PSC) (E-mail), Christopher Vincent Tisi (PSC) (E-mail), David R. Buchanan (E-mail), Drew Ranier (PSC) (E-mail), Elizabeth Cabraser (PSC) (E-mail), flonger@lfsblaw.com, Frank Woodson (E-mail), Gerald E. Meunier (PSC) (E-mail 2), lee.balefsky@klinespecter.com, Mark Robinson (PSC) (E-mail 2), Mark Robinson (PSC) (E-mail), Michael Wagner @ Seeger Weiss, Michelle A. Parfitt (E-mail 2), Michelle A. Parfitt (E-mail), mweinkowitz@lfsblaw.com, P. Leigh O'Dell (E-mail), Paulina do Amaral (E-mail), Richard J. Arsenault (PSC) (E-mail), Russ Herman, ssanford@ssrlawyers.com, Steve Herman, Thomas Kline (PSC) (E-mail), lynne.mccloskey@klinespecter.com, Troy Rafferty (PSC) (E-mail), ZVioxx Archive

**CC:** Regina Valenti, Penny Herman, Msastra@aol.com, admin@bcr.nocoxmail.com

The PSC Conference Call scheduled today at 4:00 p.m. CT is CANCELED.


Leonard A. Davis
Attorney at Law
Herman, Herman, Katz & Cotlar LLP
Herman  Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

**KS-001358**

**Subject:** Vioxx MDL 1657 re PSC Conference Call

**Date:** Wednesday, February 27, 2008 10:22:30 AM ET

**From:** Lillian Flemming

**To:** Andy D. Birchfield Jr. (PSC) (E-mail), Arnold Levin (PSC) (E-mail), bp@brettpowers.com, Christopher Seeger (PSC) (E-mail 2), Christopher Seeger (PSC) (E-mail 3), Christopher Seeger (PSC) (E-mail), Christopher Vincent Tisi (PSC) (E-mail), David R. Buchanan (E-mail), Drew Ranier (PSC) (E-mail), Elizabeth Cabraser (PSC) (E-mail), flonger@lfsblaw.com, Frank Woodson (E-mail), Gerald E. Meunier (PSC) (E-mail 2), lee.balefsky@klinespecter.com, Mark Robinson (PSC) (E-mail 2), Mark Robinson (PSC) (E-mail), Michael Wagner @ Seeger Weiss, Michelle A. Parfitt (E-mail 2), Michelle A. Parfitt (E-mail), mweinkowitz@lfsblaw.com, P. Leigh O'Dell (E-mail), Paulina do Amaral (E-mail), Richard J. Arsenault (PSC) (E-mail), Russ Herman, Shelly Sanford, Steve Herman, Thomas Kline (PSC) (E-mail), lynne.mccloskey@klinespecter.com, Troy Rafferty (PSC) (E-mail), ZVioxx Archive

The conference call scheduled for today at 4:00 pm CT is CANCELED.

Lillian M. Flemming
Legal Assistant to Leonard A. Davis
and Stephen J. Herman
*__Herman, Herman, Katz & Cotlar, LLP__*
*__Herman Gerel, LLP__*
820 O'Keefe Avenue
New Orleans, Louisiana  70113
504-581-4892
504-561-6024 (Fax)

‹http://www.hhkc.com/›

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

**KS-001359**

**Subject:** Vioxx MDL 1657 re PSC Conference Call
**Date:** Wednesday, March 5, 2008 10:50:01 AM ET
**From:** Lillian Flemming
**To:** Andy D. Birchfield Jr. (PSC) (E-mail), Arnold Levin (PSC) (E-mail), bp@brettpowers.com, Christopher Seeger (PSC) (E-mail 2), Christopher Seeger (PSC) (E-mail 3), Christopher Seeger (PSC) (E-mail), Christopher Vincent Tisi (PSC) (E-mail), David R. Buchanan (E-mail), Drew Ranier (PSC) (E-mail), Elizabeth Cabraser (PSC) (E-mail), flonger@lfsblaw.com, Frank Woodson (E-mail), Gerald E. Meunier (PSC) (E-mail 2), lee.balefsky@klinespecter.com, Mark Robinson (PSC) (E-mail 2), Mark Robinson (PSC) (E-mail), Michael Wagner @ Seeger Weiss, Michelle A. Parfitt (E-mail 2), Michelle A. Parfitt (E-mail), mweinkowitz@lfsblaw.com, P. Leigh O'Dell (E-mail), Paulina do Amaral (E-mail), Richard J. Arsenault (PSC) (E-mail), Russ Herman, Shelly Sanford, Steve Herman, Thomas Kline (PSC) (E-mail), lynne.mccloskey@klinespecter.com, Troy Rafferty (PSC) (E-mail), ZVioxx Archive

The PSC Conference Call scheduled today at 4:00 p.m. CT is CANCELED.

Lillian M. Flemming
Legal Assistant to Leonard A. Davis
and Stephen J. Herman
***Herman, Herman, Katz & Cotlar, LLP***
***Herman Gerel, LLP***
820 O'Keefe Avenue
New Orleans, Louisiana  70113
504-581-4892
504-561-6024 (Fax)

‹http://www.hhkc.com/›

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

KS-001360

**Subject:** RE: Vioxx MDL 1657 re PSC Conference Call

**Date:** Wednesday, March 19, 2008 1:14:04 PM ET

**From:** Lenny Davis

**To:** Lillian Flemming, Andy D. Birchfield Jr. (PSC) (E-mail), Arnold Levin (PSC) (E-mail), bp@brettpowers.com, Christopher Seeger (PSC) (E-mail 2), Christopher Seeger (PSC) (E-mail 3), Christopher Seeger (PSC) (E-mail), Christopher Vincent Tisi (PSC) (E-mail), David R. Buchanan (E-mail), Drew Ranier (PSC) (E-mail), Elizabeth Cabraser (PSC) (E-mail), flonger@lfsblaw.com, Frank Woodson (E-mail), Gerald E. Meunier (PSC) (E-mail 2), lee.balefsky@klinespecter.com, Mark Robinson (PSC) (E-mail 2), Mark Robinson (PSC) (E-mail), Michael Wagner @ Seeger Weiss, Michelle A. Parfitt (E-mail 2), Michelle A. Parfitt (E-mail), mweinkowitz@lfsblaw.com, P. Leigh O'Dell (E-mail), Paulina do Amaral (E-mail), Richard J. Arsenault (PSC) (E-mail), Russ Herman, Shelly Sanford, Steve Herman, Thomas Kline (PSC) (E-mail), lynne.mccloskey@klinespecter.com, Troy Rafferty (PSC) (E-mail), ZVioxx Archive

**CC:** Regina Valenti, Penny Herman, Msastra@aol.com, admin@bcr.nocoxmail.com

The PSC conference call scheduled for today at 4:00 p.m. CT is CANCELED.


Leonard A. Davis
Attorney at Law
Herman, Herman, Katz & Cotlar LLP
Herman  Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

**KS-001361**

**Subject:** Vioxx MDL 1657 re PSC Conference Call

**Date:** Wednesday, April 2, 2008 12:33:16 PM ET

**From:** Lillian Flemming

**To:** Andy D. Birchfield Jr. (PSC) (E-mail), Arnold Levin (PSC) (E-mail), bp@brettpowers.com, Christopher Seeger (PSC) (E-mail 2), Christopher Seeger (PSC) (E-mail 3), Christopher Seeger (PSC) (E-mail), Christopher Vincent Tisi (PSC) (E-mail), David R. Buchanan (E-mail), Drew Ranier (PSC) (E-mail), Elizabeth Cabraser (PSC) (E-mail), flonger@lfsblaw.com, Frank Woodson (E-mail), Gerald E. Meunier (PSC) (E-mail 2), lee.balefsky@klinespecter.com, Mark Robinson (PSC) (E-mail 2), Mark Robinson (PSC) (E-mail), Michael Wagner @ Seeger Weiss, Michelle A. Parfitt (E-mail 2), Michelle A. Parfitt (E-mail), mweinkowitz@lfsblaw.com, P. Leigh O'Dell (E-mail), Paulina do Amaral (E-mail), Richard J. Arsenault (PSC) (E-mail), Russ Herman, Shelly Sanford, Steve Herman, Thomas Kline (PSC) (E-mail), lynne.mccloskey@klinespecter.com, Troy Rafferty (PSC) (E-mail), ZVioxx Archive

The PSC Conference Call scheduled for today at 4:00 p.m. CT is CANCELED.

Lillian M. Flemming
Legal Assistant to Leonard A. Davis
and Stephen J. Herman
***Herman, Herman, Katz & Cotlar, LLP***
***Herman Gerel, LLP***
820 O'Keefe Avenue
New Orleans, Louisiana  70113
504-581-4892
504-561-6024 (Fax)

<http://www.hhkc.com/>

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

**KS-001362**

**Subject:** Vioxx MDL 1657 re PSC Conference Call

**Date:** Wednesday, April 23, 2008 2:26:29 PM ET

**From:** Lillian Flemming

**To:** Andy D. Birchfield Jr. (PSC) (E-mail), Arnold Levin (PSC) (E-mail), bp@brettpowers.com, Christopher Seeger (PSC) (E-mail 2), Christopher Seeger (PSC) (E-mail 3), Christopher Seeger (PSC) (E-mail), Christopher Vincent Tisi (PSC) (E-mail), David R. Buchanan (E-mail), Drew Ranier (PSC) (E-mail), Elizabeth Cabraser (PSC) (E-mail), flonger@lfsblaw.com, Frank Woodson (E-mail), Gerald E. Meunier (PSC) (E-mail 2), lee.balefsky@klinespecter.com, Mark Robinson (PSC) (E-mail 2), Mark Robinson (PSC) (E-mail), Michael Wagner @ Seeger Weiss, Michelle A. Parfitt (E-mail 2), Michelle A. Parfitt (E-mail), mweinkowitz@lfsblaw.com, P. Leigh O'Dell (E-mail), Paulina do Amaral (E-mail), Richard J. Arsenault (PSC) (E-mail), Russ Herman, Shelly Sanford, Steve Herman, Thomas Kline (PSC) (E-mail), lynne.mccloskey@klinespecter.com, Troy Rafferty (PSC) (E-mail), ZVioxx Archive

The PSC Conference Call scheduled for today at 4:00 p.m. CT is CANCELED.

Lillian M. Flemming
Legal Assistant to Leonard A. Davis
and Stephen J. Herman
***Herman, Herman, Katz & Cotlar, LLP***
***Herman Gerel, LLP***
820 O'Keefe Avenue
New Orleans, Louisiana  70113
504-581-4892
504-561-6024 (Fax)

‹http://www.hhkc.com/›

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

**KS-001363**

**Subject:** Vioxx MDL 1657 re PSC Conference Call

**Date:** Wednesday, May 7, 2008 10:00:07 AM ET

**From:** Lillian Flemming

**To:** Andy D. Birchfield Jr. (PSC) (E-mail), Arnold Levin (PSC) (E-mail), bp@brettpowers.com, Christopher Seeger (PSC) (E-mail 2), Christopher Seeger (PSC) (E-mail 3), Christopher Seeger (PSC) (E-mail), Christopher Vincent Tisi (PSC) (E-mail), David R. Buchanan (E-mail), Drew Ranier (PSC) (E-mail), Elizabeth Cabraser (PSC) (E-mail), flonger@lfsblaw.com, Frank Woodson (E-mail), Gerald E. Meunier (PSC) (E-mail 2), lee.balefsky@klinespecter.com, Mark Robinson (PSC) (E-mail 2), Mark Robinson (PSC) (E-mail), Michael Wagner @ Seeger Weiss, Michelle A. Parfitt (E-mail 2), Michelle A. Parfitt (E-mail), mweinkowitz@lfsblaw.com, P. Leigh O'Dell (E-mail), Paulina do Amaral (E-mail), Richard J. Arsenault (PSC) (E-mail), Russ Herman, Shelly Sanford, Steve Herman, Thomas Kline (PSC) (E-mail), lynne.mccloskey@klinespecter.com, Troy Rafferty (PSC) (E-mail), ZVioxx Archive

The PSC Conference Call scheduled today at 4:00 p.m. CT is CANCELED.

Lillian M. Flemming
Legal Assistant to Leonard A. Davis
and Stephen J. Herman
***Herman, Herman, Katz & Cotlar, LLP***
***Herman Gerel, LLP***
820 O'Keefe Avenue
New Orleans, Louisiana  70113
504-581-4892
504-561-6024 (Fax)

‹http://www.hhkc.com/›

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

**KS-001364**

**Subject:** Vioxx MDL 1657 re PSC Conference Call

**Date:**  Wednesday, June 4, 2008 9:32:03 AM ET

**From:**  Lillian Flemming

**To:**  Andy D. Birchfield Jr. (PSC) (E-mail), Arnold Levin (PSC) (E-mail), bp@brettpowers.com, Christopher Seeger (PSC) (E-mail 2), Christopher Seeger (PSC) (E-mail 3), Christopher Seeger (PSC) (E-mail), Christopher Vincent Tisi (PSC) (E-mail), David R. Buchanan (E-mail), Drew Ranier (PSC) (E-mail), Elizabeth Cabraser (PSC) (E-mail), flonger@lfsblaw.com, Frank Woodson (E-mail), Gerald E. Meunier (PSC) (E-mail 2), lee.balefsky@klinespecter.com, Mark Robinson (PSC) (E-mail 2), Mark Robinson (PSC) (E-mail), Michael Wagner @ Seeger Weiss, Michelle A. Parfitt (E-mail 2), Michelle A. Parfitt (E-mail), mweinkowitz@lfsblaw.com, P. Leigh O'Dell (E-mail), Paulina do Amaral (E-mail), Richard J. Arsenault (PSC) (E-mail), Russ Herman, Shelly Sanford, Steve Herman, Thomas Kline (PSC) (E-mail), lynne.mccloskey@klinespecter.com, Troy Rafferty (PSC) (E-mail), ZVioxx Archive

The PSC Conference Call scheduled for today at 4:00 p.m. CT is CANCELED.

Lillian M. Flemming
Legal Assistant to Leonard A. Davis
and Stephen J. Herman
***Herman, Herman, Katz & Cotlar, LLP***
***Herman Gerel, LLP***
820 O'Keefe Avenue
New Orleans, Louisiana  70113
504-581-4892
504-561-6024 (Fax)

‹http://www.hhkc.com/›

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

**KS-001365**

**Subject:** Vioxx MDL 1657 re PSC Conference Call

**Date:** Wednesday, July 2, 2008 10:48:42 AM ET

**From:** Lillian Flemming

**To:** Andy D. Birchfield Jr. (PSC) (E-mail), Arnold Levin (PSC) (E-mail), bp@brettpowers.com, Christopher Seeger (PSC) (E-mail 2), Christopher Seeger (PSC) (E-mail 3), Christopher Seeger (PSC) (E-mail), Christopher Vincent Tisi (PSC) (E-mail), David R. Buchanan (E-mail), Drew Ranier (PSC) (E-mail), Elizabeth Cabraser (PSC) (E-mail), flonger@lfsblaw.com, Frank Woodson (E-mail), Gerald E. Meunier (PSC) (E-mail 2), lee.balefsky@klinespecter.com, Mark Robinson (PSC) (E-mail 2), Mark Robinson (PSC) (E-mail), Michael Wagner @ Seeger Weiss, Michelle A. Parfitt (E-mail 2), Michelle A. Parfitt (E-mail), mweinkowitz@lfsblaw.com, P. Leigh O'Dell (E-mail), Paulina do Amaral (E-mail), Richard J. Arsenault (PSC) (E-mail), Russ Herman, Shelly Sanford, Steve Herman, Thomas Kline (PSC) (E-mail), lynne.mccloskey@klinespecter.com, Troy Rafferty (PSC) (E-mail), ZVioxx Archive, Eblizzard (E-mail), tgirardi@girardikeese.com

**CC:** Lenny Davis, Regina Valenti, Penny Grisamore, Msastra@aol.com, Borrello Reporters

The conference call scheduled for today at 4:00 p.m. CT is CANCELED.

Lillian M. Flemming
Legal Assistant to Leonard A. Davis
and Stephen J. Herman
**Herman, Herman, Katz & Cotlar, LLP**
**Herman Gerel, LLP**
820 O'Keefe Avenue
New Orleans, Louisiana  70113
504-581-4892
504-561-6024 (Fax)

‹http://www.hhkc.com/›

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

**KS-001366**