# Exhibit "85"

| | |
|---|---|
| **From:** | Kline, Thomas R. |
| **Sent:** | Thursday, July 06, 2006 1:51 PM |
| **To:** | 'cseeger@seegerweiss.com'; 'Dbuchanan@seegerweiss.com'; 'RHerman@hhkc.com' |
| **Cc:** | Dagostino, Lisa S.; Specter, Shanin |
| **Subject:** | Fw: Please call me. |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

The meeting with the Asst U S Atty is set for AUGUST 1,2006 AT 10AM in Boston. Please mark your calendars .
We need to discuss the materials to get together for him in advance of this meeting.

See below.

-----Original Message-----
From: Kline, Thomas R.
To: 'Jeremy.Sternberg@usdoj.gov' <Jeremy.Sternberg@usdoj.gov>
Sent: Thu Jul 06 13:47:33 2006
Subject: Re: Please call me.

The meeting will include me, Russ Herman from New Orleans (PSC MDL Liason counsel); Chris Seeger from New York (co-lead PSC MDL Counsel) and his law partner David Buchanan. (I may also bring my partner, Shanin Specter or Lisa Dagostino, JD, MD).

I have confirmed that everyone is available for August 1, 06 at 10 am.

Please let me know who will be joining you.

I lookforward to seeing you then.


-----Original Message-----
From: Sternberg, Jeremy (USAMA) <Jeremy.Sternberg@usdoj.gov>
To: Kline, Thomas R.
CC: Furman, Jill <Jill.Furman@usdoj.gov>
Sent: Thu Jul 06 10:04:32 2006
Subject: RE: Please call me.

Please let us know what time you want to start and who will be joining you.

_____

From: Kline, Thomas R. [mailto:Tom.Kline@KlineSpecter.com]
Sent: Tuesday, July 04, 2006 10:54 PM
To: Sternberg, Jeremy (USAMA)
Subject: Re: Please call me.


Does August 1 work? i

-----Original Message-----

KS-001367

```
From: Sternberg, Jeremy (USAMA) <Jeremy.Sternberg@usdoj.gov>
To: Kline, Thomas R.
CC: Furman, Jill <Jill.Furman@usdoj.gov>
Sent: Thu Jun 29 13:33:17 2006
Subject: RE: Please call me.
```

Early in the week, yes.  Later in the week, I'll be preparing for a trial starting on August 7.

_____

```
From: Kline, Thomas R. [mailto:Tom.Kline@KlineSpecter.com]
Sent: Thursday, June 29, 2006 11:54 AM
To: Sternberg, Jeremy (USAMA)
Subject: Re: Please call me.
```


Also, does the following week work for your calendar? One of our key people isn't available the week of July 24.

-----Original Message-----
```
From: Kline, Thomas R.
To: 'Jeremy.Sternberg@usdoj.gov' <Jeremy.Sternberg@usdoj.gov>
Sent: Thu Jun 29 10:26:59 2006
Subject: Re: Please call me.
```

I'm actually in Boston today for a deposition  in the vioxx litigation.

Regarding your proposed meeting: July 24 or 25  will work for me, preferably in the late morning or early afternoon.  I'll need to check calendars of a few others if either date works for you.



-----Original Message-----
```
From: Sternberg, Jeremy (USAMA) <Jeremy.Sternberg@usdoj.gov>
To: Kline, Thomas R.
CC: Furman, Jill <Jill.Furman@usdoj.gov>
Sent: Mon Jun 26 10:58:23 2006
Subject: RE: Please call me.
```

How about the week of 7/24 for a meeting in Boston?

_____

```
From: Kline, Thomas R. [mailto:Tom.Kline@KlineSpecter.com]
Sent: Tuesday, May 02, 2006 2:09 PM
To: Sternberg, Jeremy (USAMA)
Subject: Re: Please call me.
```


I try for this afternoon. If not, is tomorrow ok?
---------------------------
Sent from my BlackBerry Wireless Device

KS-001368