Exhibit "86"

| Firm | Key Leader-ship Roles (125) | Trials (150) | Settle-ment (100) | Law & Briefing (100) | Settlement Implementation / Post Settlement Matters (100) | Discovery / Science (50) | Committee Leadership and Participation (50) | Funding (75) | Case Manage-ment (25) | Net Points | Factor for Johnson and PTO 6D criteria (.01-1.25) | Total Points | Allocation based on Points Calculation | Final Allocation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | 125 | 150 | 100 | 25 | 100 | 35 | 40 | 75 | 25 | 675 | 1.25 | 843.75 | $41,093,649 | $40,900,000 |
| Seeger Weiss LLP | 125 | 120 | 95 | 60 | 90 | 45 | 40 | 75 | 25 | 675 | 1.25 | 843.75 | $41,093,649 | $40,900,000 |
| Herman, Herman, Katz & Cotler, LLP | 125 | 10 | 100 | 90 | 85 | 40 | 45 | 25 | 25 | 545 | 1.23 | 670.35 | $32,648,447 | $32,500,000 |
| Lanier Law Firm, PC | 50 | 150 | 0 | 75 | 0 | 42 | 40 | 75 | 25 | 457 | 1.22 | 557.54 | $27,154,196 | $27,000,000 |
| Levin Fishbein Sedran & Berman | 50 | 0 | 90 | 100 | 80 | 10 | 15 | 25 | 25 | 395 | 1.12 | 442.40 | $21,546,466 | $21,400,000 |
| Girardi & Keese | 75 | 40 | 85 | 35 | 20 | 25 | 20 | 35 | 25 | 360 | 1.15 | 414.00 | $20,163,284 | $20,100,000 |
| Texas Consortium (Ranier, Gayle & Elliot, L.L.C.; Williams Kherkher; Provost Umphrey; Watts Law Firm; Grant Kaiser) | 25 | 80 | 0 | 55 | 0 | 45 | 40 | 75 | 25 | 345 | 1.20 | 414.00 | $20,163,284 | $20,095,000 |
| Weitz & Luxenberg, P.C. | 50 | 80 | 0 | 70 | 0 | 40 | 35 | 75 | 25 | 375 | 1.10 | 412.50 | $20,090,228 | $20,000,000 |
| Levin, Papantonio, Thomas, Mitchell, Eshner & Proctor P.A. | 25 | 100 | 0 | 10 | 0 | 50 | 45 | 25 | 25 | 280 | 1.15 | 322.00 | $15,682,554 | $15,600,000 |
| Blizzard, McCarthy & Nabers, LLP | 10 | 40 | 100 | 0 | 80 | 0 | 0 | 0 | 10 | 240 | 1.00 | 240.00 | $11,688,860 | $11,600,000 |
| Ashcraft & Gerel LLP | 25 | 0 | 0 | 20 | 0 | 50 | 40 | 25 | 25 | 185 | 1.00 | 185.00 | $9,010,163 | $9,000,000 |
| Sanford, Shelly A., PLLC | 25 | 5 | 0 | 0 | 0 | 40 | 30 | 25 | 15 | 140 | 1.00 | 140.00 | $6,818,502 | $6,800,000 |
| Lieff, Cabraser, Heimann & Bernstein, LLP | 25 | 10 | 0 | 25 | 0 | 30 | 25 | 25 | 15 | 155 | 0.80 | 124.00 | $6,039,244 | $6,000,000 |
| Robinson, Calcagnie & Robinson | 25 | 60 | 0 | 5 | 0 | 10 | 20 | 25 | 15 | 160 | 0.75 | 120.00 | $5,844,430 | $6,000,000 |
| Kline & Specter, PC | 25 | 0 | 0 | 20 | 0 | 40 | 20 | 35 | 15 | 155 | 0.50 | 77.50 | $3,774,528 | $4,000,000 |
| Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, P.C. | 25 | 0 | 0 | 20 | 0 | 10 | 10 | 25 | 25 | 115 | 0.60 | 69.00 | $3,360,547 | |

| Firm | Key Leader-ship Roles (125) | Trials (150) | Settle-ment (100) | Law & Briefing (100) | Settlement Implementation / Post Settlement Matters (100) | Discovery / Science (50) | Committee Leadership and Participation (50) | Funding (75) | Case Manage-ment (25) | Net Points | Factor for Johnson and PTO 6D criteria (.01-1.25) | Total Points | Allocation based on Points Calculation | Final Allocation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gainsburgh, Benjamin, Davis, Meunier & Warshauer, LLC | 25 | 10 | 0 | 10 | 0 | 0 | 10 | 25 | 10 | 90 | 0.60 | 54.00 | $2,629,994 | $2,690,000 |
| Barrios, Kingsdorf & Casteix, LLP | 0 | 5 | 0 | 0 | 0 | 0 | 20 | 0 | 10 | 35 | 1.00 | 35.00 | $1,704,625 | $1,700,000 |
| Panish & Shea | 0 | 40 | 0 | 0 | 0 | 0 | 5 | 0 | 0 | 45 | 0.75 | 33.75 | $1,643,746 | $1,640,000 |
| Lopez, Hodes, Restaino, Milman & Skikos | 0 | 0 | 0 | 0 | 0 | 30 | 30 | 0 | 0 | 60 | 0.50 | 30.00 | $1,461,108 | $1,500,000 |
| Neblett, Beard & Arsenault | 25 | 0 | 0 | 0 | 0 | 5 | 10 | 35 | 10 | 85 | 0.35 | 29.75 | $1,448,932 | $1,450,000 |
| Matthews & Associates | 15 | 10 | 0 | 0 | 0 | 5 | 0 | 25 | 5 | 60 | 0.50 | 30.00 | $1,461,108 | $1,400,000 |
| Audet & Partners, LLP | 0 | 0 | 0 | 5 | 0 | 25 | 0 | 0 | 10 | 40 | 0.60 | 24.00 | $1,168,886 | $1,165,000 |
| Hovde Dassow & Deets, LLC | 0 | 0 | 0 | 5 | 0 | 25 | 0 | 0 | 10 | 40 | 0.60 | 24.00 | $1,168,886 | $1,165,000 |
| Kasowitz, Benson, Torres & Friedman LLP | 0 | 0 | 0 | 0 | 0 | 25 | 10 | 0 | 0 | 35 | 0.60 | 21.00 | $1,022,775 | $1,100,000 |
| Heninger Garrison Davis, LLC | 0 | 40 | 0 | 0 | 0 | 5 | 0 | 0 | 0 | 45 | 0.50 | 22.50 | $1,095,831 | $1,000,000 |
| Brandi Law Firm | 0 | 30 | 0 | 0 | 0 | 5 | 0 | 0 | 5 | 40 | 0.50 | 20.00 | $974,072 | $970,000 |
| Irpino | 0 | 0 | 0 | 0 | 0 | 20 | 10 | 0 | 5 | 35 | 0.50 | 17.50 | $852,313 | $877,000 |
| Robins, Kaplan, Miller & Ciresi L.L.P. | 0 | 0 | 0 | 10 | 0 | 20 | 5 | 0 | 0 | 35 | 0.50 | 17.50 | $852,313 | $850,000 |
| Morelli Ratner PC | 0 | 25 | 0 | 0 | 0 | 10 | 0 | 0 | 0 | 35 | 0.40 | 14.00 | $681,850 | $750,000 |
| Cohen Milstein | 0 | 0 | 0 | 0 | 0 | 25 | 0 | 0 | 0 | 25 | 0.60 | 15.00 | $730,554 | $750,000 |
| Fibich, Hampton & Leebron, LLP | 15 | 0 | 0 | 5 | 0 | 5 | 0 | 0 | 0 | 25 | 0.50 | 12.50 | $608,795 | $610,000 |
| Gancedo & Nieves LLP | 0 | 0 | 0 | 0 | 0 | 10 | 10 | 0 | 0 | 20 | 0.60 | 12.00 | $584,443 | $600,000 |
| Andrews & Thornton | 0 | 0 | 0 | 0 | 0 | 20 | 0 | 0 | 0 | 20 | 0.60 | 12.00 | $584,443 | $600,000 |
| Locks Law Firm, LLC | 0 | 40 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 40 | 0.25 | 10.00 | $487,036 | $585,000 |
| Cohen, Placitella & Roth, PC | 0 | 0 | 0 | 0 | 0 | 20 | 0 | 0 | 2 | 22 | 0.50 | 11.00 | $535,739 | $500,000 |

KS-001370

| Firm | Key Leader-ship Roles (125) | Trials (150) | Settle-ment (100) | Law & Briefing (100) | Settlement Implementation / Post Settlement Matters (100) | Discovery / Science (50) | Committee Leadership and Participation (50) | Funding (75) | Case Manage-ment (25) | Net Points | Factor for Johnson and PTO 6D criteria (.01-1.25) | Total Points | Allocation based on Points Calculation | Final Allocation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Burg, Simpson, Eldredge, Hersh & Jardine, PC | 0 | 0 | 0 | 0 | 0 | 10 | 10 | 0 | 0 | 20 | 0.50 | 10.00 | $487,036 | $500,000 |
| Becnel Law Firm, LLC | 0 | 0 | 0 | 0 | 0 | 20 | 0 | 0 | 5 | 25 | 0.35 | 8.75 | $426,156 | $455,000 |
| Engstrom, Lipscomb & Lack | 0 | 0 | 0 | 0 | 0 | 20 | 0 | 0 | 0 | 20 | 0.40 | 8.00 | $389,629 | $390,000 |
| Alley, Clark, Greiwe & Fulmer | 0 | 10 | 0 | 0 | 0 | 5 | 0 | 0 | 0 | 15 | 0.50 | 7.50 | $365,277 | $365,000 |
| Lockridge, Grindal, Nauen PLLP | 0 | 0 | 0 | 0 | 0 | 15 | 0 | 0 | 0 | 15 | 0.50 | 7.50 | $365,277 | $350,000 |
| Bencomo | 0 | 0 | 0 | 0 | 0 | 10 | 0 | 0 | 1 | 11 | 0.60 | 6.60 | $321,444 | $327,500 |
| John Hornbeck | 0 | 0 | 0 | 0 | 0 | 10 | 0 | 0 | 0 | 10 | 0.60 | 6.00 | $292,222 | $300,000 |
| Aylstock, Witkin, Kreis & Overholtz, LLC | 0 | 0 | 0 | 0 | 0 | 5 | 0 | 0 | 2 | 7 | 0.60 | 4.20 | $204,555 | $225,000 |
| Weinberg, Eric H., Law Firm of | 0 | 0 | 0 | 0 | 0 | 7 | 0 | 0 | 0 | 7 | 0.65 | 4.55 | $221,601 | $220,000 |
| Motley, Rice LLC | 0 | 0 | 0 | 0 | 0 | 10 | 0 | 0 | 0 | 10 | 0.40 | 4.00 | $194,814 | $195,000 |
| Singleton Law Firm | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 | 7 | 0.50 | 3.50 | $170,463 | $180,000 |
| Murray Law Firm 1 | 0 | 0 | 0 | 1 | 0 | 3 | 0 | 0 | 1 | 5 | 0.60 | 3.00 | $146,111 | $162,000 |
| Balser, Brian K., Co., LPA | 0 | 0 | 0 | 0 | 0 | 5 | 0 | 0 | 0 | 5 | 0.50 | 2.50 | $121,759 | $130,000 |
| Lundy & Davis | 0 | 0 | 0 | 0 | 0 | 3 | 2 | 0 | 0 | 5 | 0.40 | 2.00 | $97,407 | $100,000 |
| Cunard Law Firm | 0 | 0 | 0 | 0 | 0 | 5 | 0 | 0 | 0 | 5 | 0.30 | 1.50 | $73,055 | $100,000 |
| Snapka, Turman & Waterhouse, L.L.P | 0 | 0 | 0 | 0 | 0 | 5 | 0 | 0 | 1 | 6 | 0.25 | 1.50 | $73,055 | $75,000 |
| Silverman & Fodera | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 5 | 0.30 | 1.50 | $73,055 | $73,000 |
| Brown & Crouppen, PC | 0 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 | 0.15 | 1.50 | $73,055 | $73,000 |
| Sheller, P.C. | 0 | 0 | 0 | 0 | 0 | 5 | 0 | 0 | 0 | 5 | 0.30 | 1.50 | $73,055 | $65,000 |
| Roda Nast, P.C. | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 3 | 0.30 | 0.90 | $43,833 | $45,000 |
| Whitehead Law Firm | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 3 | 0.30 | 0.90 | $43,833 | $45,000 |
| Gallagher Law Firm (TX) | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 2 | 0.40 | 0.80 | $39,963 | $40,000 |
| Gianni-Petoyan, Attorneys at Law | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 2 | 0.30 | 0.60 | $29,222 | $30,000 |

KS-001371

| Firm | Key Leader-ship Roles (125) | Trials (150) | Settle-ment (100) | Law & Briefing (100) | Settlement Implementation / Post Settlement Matters (100) | Discovery / Science (50) | Committee Leadership and Participation (50) | Funding (75) | Case Manage-ment (25) | Net Points | Factor for Johnson and PTO 6D criteria (.01-1.25) | Total Points | Allocation based on Points Calculation | Final Allocation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jones Verras | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 2 | 0.30 | 0.60 | $29,222 | $30,000 |
| Robert M. Becnel | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 2 | 0.30 | 0.60 | $29,222 | $30,000 |
| Cafferty Faucher | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 2 | 0.30 | 0.60 | $29,222 | $30,000 |
| Bossier & Associates, PLLC | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0.30 | 0.30 | $14,611 | $20,000 |
| Anastopoulo & Clore, LLC | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0.30 | 0.30 | $14,611 | $15,000 |
| Johnson & Perkinson | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0.30 | 0.30 | $14,611 | $15,000 |
| Fayard & Honeycutt | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0.30 | 0.30 | $14,611 | $15,000 |
| Price Waicukauski & Riley, LLC | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 0.30 | 0.30 | $14,611 | $15,000 |
| Levin Simes Kaiser & Gornick, LLP | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0.30 | 0.30 | $14,611 | $15,000 |
| Richardson, Patrick, Westbrook & Brickman | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0.30 | 0.30 | $14,611 | $15,000 |
| Sanders Viener Grossman, LLP | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0.30 | 0.30 | $14,611 | $15,000 |
| Alvarez Law Firm | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0.30 | 0.30 | $14,611 | $15,000 |
| Balkin & Eisbrouch | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0.30 | 0.30 | $14,611 | $15,000 |
| Barnow | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0.30 | 0.30 | $14,611 | $15,000 |
| Bartimus, Frickleton, Robertson & Gorny |  |  | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0.30 | 0.30 | $14,611 | $15,000 |
| Mithoff Law Firm | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0.30 | 0.30 | $14,611 | $15,000 |
| Robert J. DeBry | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0.30 | 0.30 | $14,611 | $15,000 |
| Williamson & Williams | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0.30 | 0.30 | $14,611 | $15,000 |
| Kerpsack | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | $0 | $10,000 |
| Friedman Law Offices | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0.20 | 0.20 | $9,741 | $6,500 |
| Heins Mills | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0.20 | 0.20 | $9,741 | $4,000 |
| Ted Kanner | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | $0 | $1,350 |
| Wold | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | $0 | $580 |
| Escobedo Tippet | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | $0 | $0 |

KS-001372

| Firm | Key Leader-ship Roles (125) | Trials (150) | Settle-ment (100) | Law & Briefing (100) | Settlement Implementation / Post Settlement Matters (100) | Discovery / Science (50) | Committee Leadership and Participation (50) | Funding (75) | Case Manage-ment (25) | Net Points | Factor for Johnson and PTO 6D criteria (.01-1.25) | Total Points | Allocation based on Points Calculation | Final Allocation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Branch Law Firm | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | $0 | $0 |
| Lewis & Roberts, PLLC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | $0 | $0 |
| White Meany & Wetherall | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | $0 | $0 |
| Martin & Jones | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | $0 | $0 |
| Carey & Danis, LLC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | $0 | $0 |
| Freese & Goss, PLLC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | $0 | $0 |
| Capshaw Goss | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | $0 | $0 |
| Childers, Buck & Schlueter | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | $0 | $0 |
| Cuneo, Gilbert & LaDuca LLP | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | $0 | $0 |
| Zimmerman, Reed PLLP | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | $0 | $0 |
| Ury & Moskow LLC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | $0 | $0 |
| Bruce C. Dean | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | $0 | $0 |
| Charfoos | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | $0 | $0 |
| Dugan & Browne | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | $0 | $0 |
| Goldenberg Heller | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | $0 | $0 |
| Hagens Berman | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | $0 | $0 |
| Jacobs Burns | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | $0 | $0 |
| Labaton Sucharow | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | $0 | $0 |
| The Holman Law Firm | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | $0 | $0 |
| Zink, Diane K. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.30 | 0.00 | $0 | $0 |
| Keller Rohrback | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0.20 | 0.20 | $9,741 | $0 |
| Langston Law Firm | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | $0 | $0 |

KS-001373