Exhibit "87"

**From:** Kline, Thomas R.
**Sent:** Wednesday, March 16, 2011 6:29 AM
**To:** Flemming, Lillian; Herman, Russ
**Subject:** Re: Vioxx MDL 1657 re Assessment

Russ- A check will go out to you tomorrow in the amount of $15K requested from PSC members. This contribution is paid on the basis of the representations of you made in your March 2 email to me and is not authorized in any way to further the goals or the business of the FAC, which is separate from the work of the PSC, of which I am a member and to which I and my firm, as part of the PSC, are entitled to a portion of the fee for the work you describe in your March 2 email. I'll expect an accounting of this money and other PSC expenditures at the appropriate time. Tom

**From**: Lillian Flemming [mailto:LFLEMMING@hhkc.com]
**Sent**: Tuesday, March 15, 2011 05:45 PM
**To**: Kline, Thomas R.
**Cc**: Herman, Russ; Davis, Lenny; Regina Valenti <regina@hhkc.com>
**Subject**: FW: Vioxx MDL 1657 re Assessment

From:  Russ M. Herman

Just a reminder that we have not received the March 1, 2011 assessment payment of $15,000 from your firm.  Please advise of the status.

**From:** Lillian Flemming
**Sent:** Thursday, February 24, 2011 3:35 PM
**To:** 'rarsenault@nbalawfirm.com'; 'andy.birchfield@beasleyallen.com'; 'Cabraser, Elizabeth J.'; 'tom.kline@klinespecter.com'; 'Arnold Levin'; 'Gerald E. Meunier (PSC) (gmeunier@gainsben.com)'; 'trafferty@levinlaw.com'; 'dranier@rgelaw.com'; 'mrobinson@rcrlaw.net'; 'cseeger@seegerweiss.com'; 'cvtisi@aol.com'; Shelly A. Sanford (sanford@sanfordpllc.com)
**Cc:** Lenny Davis; Regina Valenti; Andy D. Birchfield Jr. (PSC) (E-mail); Christopher Seeger (PSC) (E-mail 2); Christopher Seeger (PSC) (E-mail 3); Christopher Seeger (PSC) (E-mail); Russ Herman; ZVioxx Archive
**Subject:** Vioxx MDL 1657 re Assessment

From:  RUSS M. HERMAN

The Executive Committee has met and recommended a PSC assessment of $25,000 per firm, to be broken down into two payments, $15,000 due March 1, 2011, and $10,000 due September 1, 2011.  If there is any opposition, please advise prior to Friday, February 25, 2011, at 5:00 p.m. (central), or we will trust that it is acceptable.

Lillian M. Flemming
Legal Assistant to Leonard A. Davis
***Herman, Herman, Katz & Cotlar, LLP***
***Herman, Gerel, LLP***
820 O'Keefe Avenue
New Orleans, Louisiana  70113
PH:  (504) 581-4892
FAX:  (504) 561-6024
<http://www.hhkc.com/>

This e-mail message contains confidential, privileged information intended solely for the addressee.  Please do not read, copy, or disseminate it unless you are the addressee.  If you have received it in error, please call us

KS-001374

(collect) immediately at (504) 581-4892 and ask to speak with the message sender.  Also, we would appreciate your forwarding the message back to us and deleting it from your system.  Thank you.

CONFIDENTIAL ATTORNEY WORK PRODUCT

```
CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.
```

**KS-001375**