Exhibit "89"

**Subject:** Re: Vx

**Date:**    Sunday, November 25, 2007 12:37:15 AM ET

**From:**    Kline, Thomas R.

**To:**      'cseeger@seegerweiss.com'

I'm free next Sat..I'll be  in NYC at my new apt, which is where I've been spending weekends.. Let me know what time and place works for you..If for some reason Sat. doesn't work out for you, I'm available at your convienence..Txs, Chris..

-----Original Message-----
From: Seeger, Chris <cseeger@seegerweiss.com>
To: Kline, Thomas R.
Sent: Sat Nov 24 21:52:51 2007
Subject: Re: Vx

Tom, I'm on the road the entire week answering questions about the settlement.  I will and always have defended you and protected your firm and I'll continue.  We need to meet soon to talk. What does next Sat look like for you?

-----Original Message-----
From: Kline, Thomas R. <Tom.Kline@KlineSpecter.com>
To: Seeger, Chris <cseeger@seegerweiss.com>
Sent: Wed Nov 21 15:44:59 2007
Subject: Re: Vx

Chris-

I feel terrible about this entire situation, more than you can ever imagine, and, most importantly,  about any possible breach of  our friendship, which I still believe is deep and strong.

I have not "badmouthed" you.. I have indeed expressed my  bitter disappointment, first to Arnie and most recently to Dave, who reached out for me for a  dinner which I greatly appreciated..I have tried to express it to you, but haven't heard back from you since our New Orleans  email exchange promising to get together and despite our being in the same room for three hours last week.

I have been truly sickened  how I and our firm has been  mistreated and disrespected  on many levels ... It remains to be seen how we are ultimately treated. I do have a bad feeling about it...I have many views to share with you, some relating to our firm, but many other things which could affect you and  the general good, as well.. I  remember the days when I thought I gave you  able and wise  counsel, as you have to me, and hope those days  are not gone..

As for my and our firm's contribution versus others, I will always know the truth, as will you..I know what Shanin and I have done  for this litigation and what else I was wiling and able to do starting a  long time ago when when you and I were heads of a later to be decapitated  "trial committee." I know your true  views about  others in this litigation, as well....As for my disqualifying myself by not attending a few status conferences when nothing was happening ( at least publically) or my pulling the  Abrams case two yrs ago, a move endorsed  by you and Russ- avoiding  yet one more  MDL loss- that is, honestly, Chris, excuse making, and I know that you, in your heart,  know better than to accept that bullshit.

I accept that you did much, fought hard, and accept that you will continue to do so for me and our firm, which is, above all else, based upon the merits..That, of course, has not carried the day to date..

**KS-001417**

**Page 1 of 2**

I suggest that  we  meet and talk, and do it sooner rather than later.. Let me know when and where, and I'll be there..

I am sorry to hear of the loss of your father, and wish you comfort at what I  know is a difficult time for you..

Your true friend,

Tom


-----Original Message-----
From: Seeger, Chris <cseeger@seegerweiss.com>
To: Kline, Thomas R.
Sent: Wed Nov 21 13:09:55 2007
Subject: Vx

Tom, I consider you a very close friend, so I'll admit that email is not the best way for me to respond to what I've been hearing but I'm very tied up with family stuff and I don't want my feelings and thoughts unheard by you.  First, I didn't create the situation that exists re Russ and Fallon. You did.  Despite that I've worked incredibly hard and have fought many battles on your behalf both to be on the negotiating comm and the fee comm.  I truly did all I could.  I did tell you I would keep you at the table, but you really removed yourself, and it didn't help that you haven't attended a status conf in many, many months. Despite all that, I fought for you.  Everyone involved will bear that out.  I admit you stepped up when Vioxx broke in 04, but I also handed to you and your firm everything we had and I ensured your spot on the PSC.  You really should give me credit for what I did deliver.  You're still in a fantastic position to be rewarded for all your common benefit work and I will once again be in there protecting your interests.  Why you're badmouthing me now like I'm a bad guy or did something wrong to you is pissing me off beyond belief.  That is the last thing I deserve.  You were in fact the very first PSC member beyond the NPC to know a settlement was contemplated.....at risk to myself I told you all the numbers on the table at the time in direct contravention of Fallon and Higbee's orders.  I tried to get you by email 2 weeks before anyone else knew and I got no response.  Dave says you tried to PIN me, but I never got it.  You could have called me at any time.  Your bad feelings toward me are just so totally out of relationship to reality that I have to believe you're just looking for someone to blame for something you created and for some reason you've chosen me.  I'm not accepting the blame, but I will continue to fight and protect your interests as best I can because that's my commitment to you.

**KS-001418**