UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDLNO.1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | |
| | * | |

*************************************************************************

## ORDER

Upon consideration of Objectors Kline & Specter's Motion for Leave to file a Reply Memorandum in Response to the Fee Allocation Committee's Response To The Objections of The Recommended Common Benefit Fee Allocations, the Court has determined that the motion should be GRANTED.

IT IS HEREBY ORDERED that Objectors Kline & Specter are granted leave of court to file their reply memorandum.

New Orleans, Louisiana, this _____ day of _____, 2011

_____
THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

{N0462946 -}