IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx<br>    Products Liability Litigation<br><br>This document relates to:<br>ALL ACTIONS<br><br>FILER:  Henry A. King/Rebecca Dietz | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

# EXHIBITS IN SUPPORT OF
# KLINE & SPECTER'S REPLY TO
# THE FEE ALLOCATION COMMITTEE'S RESPONSE TO
# THE OBJECTIONS OF THE RECOMMENDED
# COMMON BENEFIT FEE ALLOCATIONS

Henry A. King, Esquire (#7393)
Rebecca H. Dietz, Esquire (#28842)
**KING, KREBS & JURGENS, P.L.L.C.**
201 St. Charles Avenue, 45th Floor
New Orleans, LA 70170
504-582-3800 telephone
504-582-1233 facsimile

**KLINE & SPECTER**
**A PROFESSIONAL CORPORATION**
1525 Locust Street
The Nineteenth Floor
Philadelphia, PA 19102
215-772-1000 telephone
Dated: May 6, 2011             215-735-0957 facsimile

INDEX OF EXHIBITS IN SUPPORT OF
KLINE & SPECTER'S REPLY TO
THE FEE ALLOCATION COMMITTEE'S RESPONSE TO
THE OBJECTIONS OF THE RECOMMENDED
COMMON BENEFIT FEE ALLOCATIONS

| EXHIBIT # | BATES NUMBER(S) | DESCRIPTION |
|---|---|---|
| 1 | KS-000001-2 | Email from Russ Herman to Thomas Kline, dated November 8, 2007 |
| 2 | KS-000003-23 | Transcript of Kline & Specter's presentation to the FAC, dated December 1, 2008 |
| 3 | KS-000024-59 | Email and attachments from Phillip Garrett to Robert Arceneaux, Esq., dated April 11, 2011 |
| 4 | KS-000060-62 | Email from Kathleen Spurka to Jason Fontenot, dated February 5, 2009 |
| 5 | KS-000063-64 | Affidavit of Kathleen Spurka, dated May 5, 2011; accompanied by Exhibit A (KS-000024-59); and Exhibit B (KS-000060-62) |
| 6 | KS-000065-67 | Table extracted from data produced by Wegmann Dazet |
| 7 | KS-000068-83 | Kline & Specter Attorney biographies |
| 8 | KS-000084 | PowerPoint slide summarizing Kline & Specter's Committee Membership |
| 9 | KS-000085-87 | Email from Chris Seeger to Thomas Kline, dated February 14, 2006 |
| 10 | KS-000088-91 | Email from Chris Seeger to Thomas Kline, dated February 11, 2006 |
| 11 | KS-000092-94 | Email from Lenny Davis to Lisa Dagostino, dated February 10, 2006 |
| 12 | KS-000095 | Email from Seeger Weiss partner David Buchanan to Tom Kline, dated July 19, 2006 |
| 13 | KS-000096-97 | Email between David Buchanan, Jeff Grand and Lisa Dagostino, dated August 15, 2005 |
| 14 | KS-000098 | Email from Mark Lanier to Thomas Kline, dated January 19, 2007 |

| EXHIBIT # | BATES NUMBER(S) | DESCRIPTION |
|---|---|---|
| 15 | KS-000099-100 | Email from David Buchanan to Lisa Dagostino, dated September 30, 2007 |
| 16 | KS-000101-102 | Email from Troy Rafferty to Lisa Dagostino, dated January 17, 2006 |
| 17 | KS-000103 | Email chain between Mark Lanier, Jeff Grand, and Lisa Dagostino, dated March 15, 2007 |
| 18 | KS-000104-108 | Email exchange between David Buchanan, Jeff Grand and Lisa Dagostino, dated October 16, 2006 |
| 19 | KS-000109 | Email from Chris Tisi to Thomas Kline, Lisa Dagostino and Mark Hoffman, dated October 10, 2005 |
| 20 | KS-000110 | Email exchange between Lisa Dagostino and Penny Herman, dated November 10, 2005 |
| 21 | KS-000111-112 | Email exchange between David Buchanan and Tom Kline, dated March 15, 2007 |
| 22 | KS-000113 | Email from David Buchanan to Thomas Kline, dated March 16, 2007 |
| 23 | KS-000114 | Email from Pete Kaufman to Lisa Dagostino, dated March 16, 2007 |
| 24 | KS-000115-116 | Email from David Buchanan to Shanin Specter, dated December 17, 2004 13:54 |
| 25 | KS-000117-118 | Email chain including David Buchanan, Troy Rafferty, Tom Kline, Chris Tisi, and Chris Seeger, dated December 29, 2005 |
| 26 | KS-000119-120 | Email exchanges between Tom Kline, Chris Tisi, Dave Buchanan, and Shanin Specter, dated September 23, 2006 |
| 27 | KS-000121-124 | Email exchanges regarding de bene esse depositions, dated August 2007 |
| 28 | KS-000125* | PowerPoint slide summarizing Kline & Specter's deposition work of Key Merck Scientists and Executives |
| 29 | KS-000130* | PowerPoint slide summarizing Kline & Specter's deposition work of Key Third Parties |
| 30 | KS-000133-295 | Deposition of Eric Topal, M.D., dated November 22, 2005 |

2

| Exhibit # | Bates Number(s) | Description |
|---|---|---|
| 31 | KS-000296 | Email from Mark Lanier to Tom Kline, dated November 24, 2005 |
| 32 | KS-000297-299 | Email from Troy Rafferty to Tom Kline, dated November 23, 2005 |
| 33 | KS-000300-442 | Deposition of David J. Graham, M.D., M.P.H., dated May 9, 2006 |
| 34 | KS-000443-444 | Email from David Buchanan to Thomas Kline, David Buchanan, Chris Tisi and Lisa Dagostino, dated May 10, 2006 09:42:20 |
| 35 | KS-000445-482 | Excerpts from Deposition of Deborah Shapiro, Ph.D., dated June 30, 2005 |
| 36 | KS-000483-549 | Deposition of Peter S. Kim, Ph.D., dated April 8, 2005 |
| 37 | KS-000550-551 | Email from Mark Robinson to the PSC, dated July 1, 2006 |
| 38 | KS-000552 | Email from Mark Lanier to Shanin Specter, dated April 12, 2006 |
| 39 | KS-000553 | Email from Mark Lanier to Shanin Specter, dated April 14, 2006 |
| 40 | KS-000554 | Email from Richard Meadow to Lisa Dagostino, dated April 11, 2006 |
| 41 | KS-000555 | Email from Michael Ferrara, dated April 8, 2005 |
| 42 | KS-000556-560 | Email from Steve Knowlton to Lisa Dagostino, dated June 27, 2006 |
| 43 | KS-000561-562 | Email from Rick Meadow to Tom Kline, dated February 2, 2007 |
| 44 | KS-000563-566 | Email from Lisa Dagostino to Shelly Sanford, dated August 4, 2005 |
| 45 | KS-000567-568 | Email from Tom Kline, dated November 30, 2005 |
| 46 | KS-000569 | Email from Beasley Allen's Paul Sizemore to Lisa Dagostino, dated December 3, 2005 |
| 47 | KS-000570-572 | Email from Andy Birchfield to Shanin Specter, dated December 4, 2005 |

3

| EXHIBIT # | BATES NUMBER(S) | DESCRIPTION |
|---|---|---|
| 48 | KS-000573-576 | Email exchange between Mark Lanier, Jeff Grand and Lisa Dagostino, dated February 6, 2007 |
| 49 | KS-000577 | Email from Richard Meadow to Shanin Specter, dated April 7, 2006 |
| 50 | KS-000578 | PowerPoint slide summarizing trials in which Kline & Specter provided assistance |
| 51 | KS-000579 | Email from Chris Seeger to Tom Kline and Chris Tisi, dated December 21, 2005 |
| 52 | KS-000580 | Email from Shanin Specter to Jim Ronca, Esq., dated December 17, 2004 |
| 53 | KS-000581 | Email exchange between Russ Herman and Tom Kline, dated April 20, 2005 |
| 54 | KS-000582-584 | Email exchange between Troy Rafferty, and Tom Kline, dated June 6, 2005 |
| 55 | KS-000585-590 | Email from David Buchanan to Tom Kline, dated January 8, 2006 |
| 56 | KS-000591-625 | Selected emails demonstrating Dr. Dagostino's extensive efforts in preparing experts |
| 57 | KS-000626* | PowerPoint slide summarizing Kline & Specter's role in expert development |
| 58 | KS-000628-645 | Vioxx MDL Trial Package index |
| 59 | KS-000646-695 | Transcript of Monthly Status Conference Proceedings, dated January 6, 2011 |
| 60 | KS-000696-1010 | List of Articles |
| 61 | KS-001011-1179 | Cast of Characters |
| 62 | KS-001180-1229 | Dictionary of Terms |
| 63 | KS-001230 | PowerPoint slide summarizing Kline & Specter contributions to the Trial Package |
| 64 | KS-001231-1232 | Email from Pete Kaufman, dated August 15, 2007 |
| 65 | KS-001233-1235 | Email from Chris Tisi, dated August 15, 2007 |

4

| EXHIBIT # | BATES NUMBER(S) | DESCRIPTION |
|---|---|---|
| 66 | KS-001236-1237 | Emails from Russ Herman, dated July 28, 2007 and August 2, 2007 |
| 67 | KS-001238 | Email chain between Shanin Specter, Chris Seeger, and Tom Kline, dated July 6, 2006 |
| 68 | KS-001239-1242 | Email from Dave Buchanan, dated July 5, 2007 12:01 |
| 69 | KS-001243-1245 | Email from Chris Tisi, dated July 5, 2007 10:43:26 |
| 70 | KS-001246-1250 | Point System Guide |
| 71 | KS-001251 | Email from Mark Lanier to Thomas Kline, dated February 11, 2007 |
| 72 | KS-001252-1254 | Affidavit of Thomas R. Kline, Esquire, dated May 5, 2011; accompanied by Exhibit A (KS-001419-1431); Exhibit B (KS-001255); and Exhibit C (KS-001432) |
| 73 | KS-001255 | Medical record of Leonard Abrams |
| 74 | KS-001256 | Email from Lee Balefsky to Thomas Kline and Shanin Specter, dated November 21, 2005 |
| 75 | KS-001257-1268 | Newspaper articles regarding the Rogers case, dated April 2005 |
| 76 | KS-001269 | Email from Chris Seeger, dated January 12, 2006 |
| 77 | KS-001270-1302 | Various emails regarding the Irvin trial |
| 78 | KS-001303-1310 | Letter from Thomas R. Kline to the Hon. Paul Panepinto, dated February 28, 2007 |
| 79 | KS-001311 | Email from David Buchanan to Thomas Kline, dated January 11, 2007 |
| 80 | KS-001312-1320 | Various emails regarding strategy for the last minute Mixon deposition, dated January 2006 |
| 81 | KS-001321-1324 | Emails between Kline and Seeger regarding the upcoming appearance of Alise Reicin, M.D. in NJ state court, dated January 2007 |
| 82 | KS-001325-1328 | Various emails between Kline and Seeger, and Kline and Birchfield, dated July 2006 |

5

| Exhibit # | Bates Number(s) | Description |
|---|---|---|
| 83 | KS-001329-1332 | Email exchange between Andy Birchfield and Tom Kline, dated October 18, 2006 |
| 84 | KS-001333-1366 | Various emails regarding cancellation of PSC conference calls |
| 85 | KS-001367-1368 | Email from Tom Kline to Chris Seeger, David Buchanan, and Russ Herman, dated July 6, 2006 |
| 86 | KS-001369-1373 | Point Grid |
| 87 | KS-001374-1375 | Email from Thomas Kline to Russ Herman, dated March 16, 2011 |
| 88 | KS-001376-1416 | Hours by firm from Wegmann Dazet |
| 89 | KS-001417-1418 | Email exchange between Thomas Kline and Chris Seeger, dated November 2007 |

* KS-000126-129, KS-000131-132 and KS-000627 were intentionally left blank.

Respectfully submitted,

Dated: May 6, 2011

Henry A. King, Esquire (#7393)
Rebecca H. Dietz, Esquire (#28842)
**KING, KREBS & JURGENS, P.L.L.C.**
201 St. Charles Avenue, 45th Floor
New Orleans, LA 70170
504-582-3800 telephone\504-582-1233 facsimile

*Attorneys for Kline & Specter, P.C.*

Dated: May 6, 2011

Thomas R. Kline, Esquire (#28895)
Shanin Specter, Esquire (#40928)
Lee B. Balefsky, Esquire (#25321)
Lisa S. Dagostino, Esquire (#89282)
Charles L. Becker, Esquire (# 81910)
**KLINE & SPECTER,
A PROFESSIONAL CORPORATION**
1525 Locust Street, The Nineteenth Floor
Philadelphia, PA 19102
215-772-1000 telephone\215-735-0957 facsimile

6

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Exhibit List have been served on Liaison Counsel, Russ Herman and Phillip Wittman, either by U.S. Mail and e-mail, or hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8 (B), and that the foregoing was electronically filed with the Clerk of Court of the United State District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing.

This 6th Day of May, 2011,

/s/ Rebecca H. Dietz