UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | ) | MDL NO. 1657 |
| | ) | |
| PRODUCTS LIABILITY | ) | SECTION L |
| LITIGATION | ) | |
| | ) | JUDGE FALLON |
| This document relates to The Fee | ) | MAG. JUDGE KNOWLES |
| Allocation Committee's Common Benefit | ) | SPECIAL MASTER |
| fee for Kathryn Snapka | ) | PATRICK A. JUNEAU |
| | ) | |
| FILER: JACK E. URQUHART | ) | May 8, 2011 |

**EXHIBITS IN SUPPORT OF
KATHRYN SNAPKA'S REPLY TO
THE FEE ALLOCATION COMMITTEE'S RESPONSE TO
THE OBJECTIONS OF THE RECOMMENDED
COMMON BENEFIT FEE ALLOCATIONS**

Jack E. Urquhart
State Bar No. 20415600
**BEIRNE, MAYNARD & PARSONS, L.L.P.**
1300 Post Oak Blvd., Suite 2500
Houston, Texas 77056
Telephone: (713) 871-6760
Facsimile: (713) 960-1527

INDEX OF EXHIBITS IN SUPPORT OF
KATHRYN SNAPKA'S REPLY TO
THE FEE ALLOCATION COMMITTEE'S RESPONSE TO
THE OBJECTIONS OF THE RECOMMENDED
COMMON BENEFIT FEE ALLOCATIONS

| Exhibit No. | Description |
|---|---|
| 1. | November 9, 2007 Beasley Allen posting |
| 2. | Mealey's Conference Brochure December 10-11, 2007 |
| 3. | September 16, 2005 transcript of Texas Consolidated hearing on disk |
| 4. | Excerpts from FAC presentations of Anapol Schwartz |
| 5. | Excerpts from FAC presentations of Ashcraft & Gerel |
| 6. | Excerpts from FAC presentations of Anastopoulo & Clore |
| 7. | Excerpts from FAC presentations of Barrios Kingsdorf & Casteix |
| 8. | Excerpts from FAC presentations of Escabedo, Tippett & Cardenas |
| 9. | November 11, 2006 Preemption hearing transcript |
| 10. | Kathryn Snapka's February 4, 2011 Objection and attached exhibits |
| 11. | Russ Herman Affidavit in support of 8% common benefit fund |
| 12. | FAC Response to Objections of March 2, 2011. RD 62656.32 |
| 13. | Transcript of VLC presentation to FAC |
| 14. | Transcript Kathryn Snapka presentation to FAC |
| 15. | Uncashed check in amount of $336,482 from Stratton Faxon to Snapka Law Firm |
| 16. | Letter dated September 2, 2002, sent by Michael Stratton to Kathryn Snapka accompanying uncashed check |
| 17. | Uncashed check in the amount of $33,648.22 from Stratton Faxon to Snapka Law Firm |
| 18. | Transcript of meeting between Michael Stratton, Andy Birchfield, Chris Seeger and Russ Herman |

| | |
|---|---|
| 19. | Order of October 19, 2010 setting size of common benefit fund |
| 20. | May 1, 2006 Beasley Allen Website posting |
| 21. | November 5, 2004 New York Times article |
| 22. | November 16, 2007 article by Ed Silverman on ethical concerns |
| 23. | April 21, 2006 article by Alex Berenson on Garza |
| 24. | August 10, 2010, Russ Herman email exchange with Kathryn Snapka |
| 25. | May 29, 2003 Zajicek petition |
| 26. | Kathryn Snapka cell phone log |
| 27. | November 2, 2005 letter confirming agreement to FPO |
| 28. | November 3, 2005 letter confirming agreement to FPO |
| 29. | April 21, 2006 Bloomberg posting about analysts views following Garza verdict |
| 30. | June 3, 2008 Kathryn Snapka letter to FAC transmitting time |
| 31. | Exhibit 17.1.23 to MSA |
| 32. | March 11, 2011 Fee Committee Recommendation Modification chart. RD 62676-1 |
| 33. | Garza trial excerpt-Arturo Gonzalez |
| 34. | Garza trial excerpt-S.A. Edwards |
| 35. | Garza trial excerpt-Gloria Charon |
| 36. | Garza trial excerpt-Luis Jaime Garza |
| 37. | Garza trial excerpts-Dr. Topol |
| 38. | Garza trial excerpts-Leonel Garza |
| 39. | Garza trial excerpts-Dr. Curfman |
| 40. | Garza trial excerpts-Lauro Garza |
| 41. | Garza trial excerpts-Felicia Garza |

42.     Garza trial excerpts-Dr. Wheeler

43.     Snapka time submissions

44.     Cover page of November 22, 2005 Eric Topol deposition

45.     Excerpt from Garza transcript opening day of trial January 24, 2006

46.     February 16, 2006 excerpt of Kathryn Snapka examination in Garza of Dr. Americo Simonini, cardiologist

47.     Email communications between Michael Stratton and Jack Urquhart March 2011

Kathryn Snapka further adopts as its exhibits all exhibits listed by all other objectors for use at this hearing, and all documents filed of record in this MDL proceeding.

Kathryn Snapka reserves the right to supplement this list as legally appropriate with newly produced material, materials that may become relevant as the hearing proceeds, materials that may become relevant when the FAC files its exhibit list and rebuttal materials.

Respectfully submitted,

BEIRNE, MAYNARD & PARSONS, L.L.P.


   /s/ Jack E. Urquhart
Jack E. Urquhart
State Bar No. 20415600
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone:  (713) 871-6760
Facsimile:   (713) 960-1527

**ATTORNEYS FOR PLAINTIFF
KATHRYN SNAPKA**

## CERTIFICATE OF SERVICE

      I hereby certify that the above and forgoing Exhibit List has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing, and that the forgoing was sent via email to:

    Russ Herman, rherman@bhke.com

    Andy Birchfield, andy.birchfield@beasleyallen.com

    Special Master Patrick Juneau, PAJ@juneaudavid.com

    This 8th day of May, 2011.

                                                       /s/ Jack E. Urquhart
                                                       Jack E. Urquhart