UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | SPECIAL MASTER |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | PATRICK A. JUNEAU |
| | * | May 8, 2011 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *


**OBJECTORS' COMMON EXHIBIT LIST OF MATERIALS *NOT*
PRODUCED BY FAC IN DISCOVERY**


**Common Exhibit 1**
    Master Settlement Agreement with Exhibits and Amendments (In Globo)

**Common Exhibit 2**
    FAC 's Petition for Common Benefit Fees with Exhibits, Rec. Doc.17642  (In Globo)

**Common Exhibit 3**
    Oct 19, 2010 Order and Reasons, Rec. Doc. 54040

**Common Exhibit 4**
    Monthly Status Conference Report, July 27, 2010, Rec. Doc. 48217

**Common Exhibit 5**
    Stratton Letter 7-28-10, Rec. Doc. 47918

**Common Exhibit 6**
    Transcript of Private Settlement Conference July 27, 2010

**Common Exhibit 7**
>Order Granting Motion for Access to Documents and Things, Rec. Doc. 56731

**Common Exhibit 8**
>Order of Jan. 20, 2011 and FAC Recommended Allocation, Rec. Doc. 60391

**Common Exhibit 9**
>Transcript of Official Proceedings, Feb. 17, 2010

**Common Exhibit 10**
>Objectors Motion for Partial Summary Judgment, Rec. Doc. 62638, with Exhibits (In Globo)

**Common Exhibit 11**
>FAC's Response to Objections to Recommendation, Rec. Doc. 62656, with Exhibits Including Amended Exhibit D, Rec. Doc.62888 (In Globo)

**Common Exhibit 12**
>Juneau Report and Scheduling Order, 3-31-11

**Common Exhibit 13**
>Order of March 31, 2011 Clarifying Objector's Leadership Roles, Rec. Doc. 62738

**Common Exhibit 14**
>Hearing Protocol. Rec. Doc. 62914

**Common Exhibit 15**
>Juneau E-mail 5-3-11

**Common Exhibit 16**
>MEW to Juneau 5-5-11 with Attachments

**Common Exhibit 17**
>Juneau E-mail 5-5-11 re Objector Cross Examination

**Common Exhibit 18**
>Allocation Chart Showing Effective Hourly Rate and Multiplier

**Common Exhibit 19**
>Allocation Chart Showing Post-Final Adjustments

**Common Exhibit 20**
>Garrett Affidavit 1-19-09, Rec. Doc. 17642-24

**Common Exhibit 21**
   Supplemental Garrett Affidavit, 8-4-10, Rec. Doc. 48575

**Common Exhibit 22**
   REA to Garrett, March 19, 2011

**Common Exhibit 23** (in globo)
   Garrett to REA, March 24, 2011
   Enclosure to Garrett to REA, March 24, 2011 Letter -- Hourly Rates Reported by Firm
   Enclosure to Garrett to REA March 24, 2011 Letter - Rejected Time

**Common Exhibit 24** (in globo)
   Garrett E-mail to REA - 4 11- 11 -  Lodestar Report in 7-2010
   Enclosure to Garrett E-mail to REA 4-11-11  -  E-mail from Christin to pg,ld,sd,al
   Enclosure to Garrett E-mail to REA 4-11-11  -  Vioxxmdlbillingratesasofjuly302010 Sent on 7-31-2010 (Microsoft Excel File).

**Common Exhibit 25**
   Comparison of Garrett's July 31, 2010 Lodestar Chart with FAC Recommendation

**Common Exhibit 26**
   Joey Markowitz, Cv

**Common Exhibit 27**
   Markowitz - Vioxx All Data Final Report V3 (Microsoft Excel File)

**Common Exhibit 28**
   Markowitz Chart with adjustments

**Common Exhibit 29**
   Deposition of Andy Birchfield, May 6, 2011

.

/s/ Robert E. Arceneaux                           /s/ Margaret E. Woodward
_____       _____
Robert E. Arceneaux, La Bar No. 01199      MARGARET E. WOODWARD, La. Bar
ROBERT E. ARCENEAUX LLC                No.13677
47 Beverly Garden Drive                             3701 Canal Street, Suite C
Metairie, LA 70001                                       New Orleans, Louisiana  70119
(504) 833-7533 office                                  (504) 301-4333 office
(504) 833-7612 fax                                      (504) 301-4365 fax
rea7001@cox.net                                         mewno@aol.com

**CO-LEAD COUNSEL FOR OBJECTORS IDENTIFIED IN FEB. 8 ORDER**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, and by upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8, on this date, May 8, 2011

/s/ Robert Arceneaux
_____