UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
|  LITIGATION | * | SECTION  L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | SPECIAL MASTER |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | PATRICK A. JUNEAU |
| | * | May 8, 2011 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**OBJECTORS' COMMON EXHIBIT LIST OF MATERIALS**
**PRODUCED BY FAC IN DISCOVERY**


**ON DVD**

**COMMON EXHIBIT 100 (IN GLOBO)**

**"ORIGINAL PRODUCTION FROM FAC IN RESPONSE TO COURT'S GRANT OF
MOTION FOR ACCESS"** FOLDER

**CD 1** FOLDER

1.      "Affidavit" Folder

                Affidavit - Russ Herman (pdf)
                Affidavit - Russ HermanA (pdf)
                Affidavit - Russ HermanB (pdf)
                Affidavit - Russ HermanC (pdf)
                Affidavit - Russ HermanD (pdf)

2.      "Fee Committee Presentations" folder

"Binder 1" folder

Presentations 001.0
Presentations 001.1
Presentations 001.2
Presentations 001.3
Presentations 001.4
Presentations 001.5
Presentations 001.6
Presentations 001.7
Presentations 001.8
Presentations 001.9
Presentations 001.10
Presentations 001.11
Presentations 001.12
Presentations 001.13
Presentations 001.14
Presentations 001.15
Presentations 001.16
Presentations 001.17
Presentations 001.18
Presentations 001.19
Presentations 001.20
Presentations 001.21
Presentations 001.22
(23 separate pdf docs identified as shown)

"Binder 2 " folder

Presentations 002.0
Presentations 002.23
Presentations 002.24
Presentations 002.25
Presentations 002.26
Presentations 002.27
Presentations 002.28
Presentations 002.29
Presentations 002.30
Presentations 002.31
Presentations 002.32
Presentations 002.33
Presentations 002.34
Presentations 002.35
Presentations 002.36
Presentations 002.37

     Presentations 002.38
     Presentations 002.39
     Presentations 002.40
     Presentations 002.41
     Presentations 002.42
     (21 separate pdf docs identified as shown)

3.  "FeeAllocationMtg" folder

     FeeAllocationMtg-000
     FeeAllocationMtg-001
     FeeAllocationMtg-002
     FeeAllocationMtg-003
     FeeAllocationMtg-004
     FeeAllocationMtg-005
     FeeAllocationMtg-006
     FeeAllocationMtg-007
     FeeAllocationMtg-008
     FeeAllocationMtg-009
     FeeAllocationMtg-010
     FeeAllocationMtg-011
     FeeAllocationMtg-012
     FeeAllocationMtg-013
     FeeAllocationMtg-014
     FeeAllocationMtg-015
     (16 separate pdf docs identified as shown)

4.  "Time Records" folder

     Volume_1 Time Records (pdf)
     Volume_2 Time Records (pdf)

5.  "Volume 1 - Fee Affidavits" folder

     Volume001.0
     Volume001.1
     Volume001.2
     Volume001.3
     Volume001.4
     Volume001.5
     Volume001.6
     Volume001.7
     Volume001.8
     Volume001.9
     Volume001.10

Volume001.11
Volume001.12
Volume001.13
(14 separate pdf documents identified as shown)

6.      "Volume 2 - Fee Affidavits" folder

Volume002.0
Volume002.17
Volume002.19
Volume002.21
Volume002.22
Volume002.23
Volume002.26
Volume002.27
Volume002.28
Volume002.29
Volume002.30
Volume002.31
(12 separate pdf documents identified as shown)

7.      "Volume 3 - Fee Affidavits" folder

Volume003.0
Volume003.32
Volume003.33
Volume003.34
Volume003.35
Volume003.36
Volume003.37
Volume003.38
Volume003.39
Volume003.40
Volume003.43
Volume003.45
Volume003.46
Volume003.49
Volume003.51
Volume003.52
Volume003.53
Volume003.54
Volume003.55
(19 separate pdf documents identified as shown)

Items not in a folder but on CD 1

-4-

PointSystemGuide (separate pdf)
PTO 51-Disbursement ofCosts (separate pdf)
TimeTotals (separate pdf)
TrialPackage (separate pdf)

**CD 2 - Reports as of Nov. 30 2010** FOLDER

Vioxx MDL Reports as of November 30 2010

**DVD 1** FOLDER

Alex Alvarez

Alvarez Alex 2005-07-31.pdf

Alley Clark

Alley Clark 11-30-2007.pdf

Anapol Schwartz

Anapol Schwarts Pre-MDL Letter.pdf
Anapol Schwartz 2002-02-28.pdf
Anapol Schwartz 2002-05-31.pdf
Anapol Schwartz 2002-06-30.pdf
Anapol Schwartz 2002-07-31.pdf
Anapol Schwartz 2002-08-31.pdf
Anapol Schwartz 2002-09-30.pdf
Anapol Schwartz 2002-10-31.pdf
anapol Schwartz 2002-11-30.pdf
Anapol Schwartz 2002-12-31.pdf
Anapol Schwartz 2003-01-31.pdf
Anapol Schwartz 2003-02-28.pdf
Anapol Schwartz 2003-03-31.pdf
Anapol Schwartz 2003-04-30.pdf
Anapol Schwartz 2003-05-31.pdf
Anapol Schwartz 2003-06-30.pdf
Anapol Schwartz 2003-07-31.pdf
Anapol Schwartz 2003-08-31.pdf
Anapol Schwartz 2003-09-30.pdf
Anapol Schwartz 2003-10-31.pdf
Anapol Schwartz 2003-11-31.pdf
Anapol Schwartz 2004-02-29.pdf
Anapol Schwartz 2004-03-31.pdf
Anapol Schwartz 2004-04-30.pdf

Anapol Schwartz 2004-05-31.pdf
Anapol Schwartz 2004-06-30.pdf
Anapol Schwartz 2004-07-31.pdf
Anapol Schwartz 2004-08-31.pdf
Anapol Schwartz 2004-09-30.pdf
Anapol Schwartz 2004-10-31.pdf
Anapol Schwartz 2004-11-30.pdf
Anapol Schwartz 2004-12-31.pdf
Anapol Schwartz 2005-01-31 (Hatch Trial).pdf
Anapol Schwartz 2005-01-31.pdf
Anapol Schwartz 2005-02-28 (Hatch Trial).pdf
Anapol Schwartz 2005-02-28.pdf
Anapol Schwartz 2005-03-31.pdf
Anapol Schwartz 2005-04-07.pdf
Anapol Schwartz 2005-04-30.pdf
Anapol Schwartz 2005-05-31 (Hatch Trial).pdf
Anapol Schwartz 2005-05-31.pdf
Anapol Schwartz 2005-06-30 (Hatch Trial).pdf
Anapol Schwartz 2005-06-30.pdf
Anapol Schwartz 2005-07-31.pdf
Anapol Schwartz 2005-08-31.pdf
Anapol Schwartz 2005-09-30.pdf
Anapol Schwartz 2005-10-31.pdf
Anapol Schwartz 2005-11-30 (Hatch Trial).pdf
Anapol Schwartz 2005-11-30.pdf
Anapol Schwartz 2005-12-31 (Hatch Trial).pdf
Anapol Schwartz 2005-12-31.pdf
Anapol Schwartz 2006-01-31 (Hatch Trial).pdf
Anapol Schwartz 2006-01-31.pdf
Anapol Schwartz 2006-02-28 (Hatch Trial).pdf
Anapol Schwartz 2006-02-28.pdf
Anapol Schwartz 2006-03-31 (Hatch Trial).pdf
Anapol Schwartz 2006-03-31.pdf
Anapol Schwartz 2006-04-30 (Hatch Trial).pdf
Anapol Schwartz 2006-04-30.pdf
Anapol Schwartz 2006-05-31 (Hatch Trial).pdf
Anapol Schwartz 2006-05-31.pdf
Anapol Schwartz 2006-06-30 (Hatch Trial).pdf
Anapol Schwartz 2006-06-30.pdf
Anapol Schwartz 2006-07-31 (Hatch Trial).pdf
Anapol Schwartz 2006-07-31.pdf
Anapol Schwartz 2006-08-31 (Hatch Trial).pdf
Anapol Schwartz 2006-08-31.pdf
Anapol Schwartz 2006-09-30.pdf
Anapol Schwartz 2006-10-31.pdf

Anapol Schwartz 2006-11-30 (Hatch Trial).pdf
Anapol Schwartz 2006-11-30.pdf
Anapol Schwartz 2006-12-31 (Hatch Trial).pdf
Anapol Schwartz 2006-12-31.pdf
Anapol Schwartz 2007-01-31.pdf
Anapol Schwartz 2007-02-28.pdf
Anapol Schwartz 2007-03-31.pdf
Anapol Schwartz 2007-04-30.pdf
Anapol Schwartz 2007-05-31.pdf
Anapol Schwartz 2007-06-30.pdf
Anapol Schwartz 2007-07-31.pdf
Anapol Schwartz 2007-08-31.pdf
Anapol Schwartz 2007-09-30.pdf
Anapol Schwartz 2007-10-31.pdf
Anapol Schwartz 2007-11-30.pdf
Anapol Schwartz 2007-12-31.pdf
Anapol Schwartz 2008-01-31.pdf
Anapol Schwartz 2008-02-28.pdf
Anapol Schwartz 2008-03-31.pdf
Anapol Schwartz 2008-04-30.pdf
Anapol Schwartz 2008-05-31 (OLD).pdf
Anapol Schwartz 2008-05-31.pdf
Anapol Schwartz 2008-06-30.pdf
Anapol Schwartz 2008-07-31.pdf
Anapol Schwartz 2008-08-31.pdf
anapol schwartz memo to file.doc
Anapol Schwartz Rejections List.pdf
Anapol_Schwartz_2002-05-31_cost_submission.swf
anapolschwartzreject.xls

Anastopoulo & Clore

Anastopoulo Clore - 2004-10-31.pdf
Anastopoulo Clore - 2004-11-30.pdf
Anastopoulo Clore - 2004-12-31.pdf
Anastopoulo Clore - 2005-04-30.pdf
Anastopoulo Clore - 2005-06-30.pdf
Anastopoulo Clore - 2005-07-31.pdf
Anastopoulo Clore - 2005-08-31.pdf
Anastopoulo Clore - 2005-09-30.pdf
Anastopoulo Clore - 2005-10-31.pdf
Anastopoulo Clore - 2005-11-30.pdf
Anastopoulo Clore - 2005-12-31.pdf
Anastopoulo Clore - 2006-07-31.pdf
Anastopoulo Clore - 2006-08-31.pdf

Anastopoulo Clore - 2006-09-30.pdf
Anastopoulo Clore - 2006-10-31.pdf
Anastopoulo Clore - 2006-11-30.pdf
Anastopoulo Clore - 2006-12-31.pdf
Anastopoulo Clore - 2007-01-31.pdf
Anastopoulo Clore - 2007-02-28.pdf

Andrews Thornton

Andrews & Thornton 2005-05-31.pdf
Andrews & Thornton 2005-06-30.pdf
Andrews & Thornton 2005-07-31.pdf
Andrews & Thornton 2005-08-31.pdf
Andrews & Thornton 2005-09 (Hummeston).pdf
Andrews & Thornton 2005-10-31 (Hummeston).pdf
Andrews & Thornton 2005-10-31.pdf
Andrews & Thornton 2005-11-30.pdf
Andrews & Thornton 2005-12-31.pdf
Andrews & Thornton 2006-01-31.pdf
Andrews & Thornton 2006-02-30.pdf
Andrews & Thornton 2006-03-31.pdf
Andrews & Thornton 2006-04-30.pdf
Andrews & Thornton 2006-05-31.pdf
Andrews & Thornton 2006-06-30.pdf
Andrews & Thornton 2006-07-31 (Barnett).pdf
Andrews & Thornton 2006-07-31.pdf
Andrews & Thornton 2006-08-31.pdf
Andrews & Thornton 2006-09-30.pdf
Andrews & Thornton 2006-10-31.pdf
Andrews & Thornton 2006-11-30.pdf
Andrews & Thornton 2006-12-31.pdf
Andrews & Thornton 2007-01-31.pdf
Andrews & Thornton 2007-03-31.pdf
Andrews & Thornton 2007-04-30.pdf
Andrews & Thornton 2007-05-31.pdf
Andrews & Thornton 2007-06-30.pdf
Andrews & Thornton 2007-08-31.pdf
Andrews & Thornton 2007-11.pdf
Andrews & Thornton 2007-12-31.pdf

Andrews & Thornton Pre-MDL

Andrews & Thornton 02-05.pdf
Andrews & Thornton 03-05.pdf
Andrews & Thornton 2-2005 to 12-2007.pdf

Andrews & Thornton 4-05.pdf
Andrews & Thornton Pre-MDL letter.pdf

Andrews Thornton Add to existing files

Andrews Thornton (Barnett) 2006-03.pdf
Andrews Thornton (Barnett) 2006-04.pdf
Andrews Thornton (Barnett) 2006-05.pdf
Andrews Thornton (Barnett) 2006-07.pdf
Andrews Thornton (Barnett) 2006-08.pdf
Andrews Thornton 2005-03.pdf
Andrews Thornton 2005-04.pdf
Andrews Thornton 2005-05.pdf
Andrews Thornton 2005-06.pdf
Andrews Thornton 2005-07.pdf
Andrews Thornton 2005-08.pdf
Andrews Thornton 2005-09.pdf
Andrews Thornton 2005-11.pdf
Andrews Thornton 2005-12.pdf
Andrews Thornton 2006-01.pdf
Andrews Thornton 2006-02.pdf
Andrews Thornton 2006-03.pdf
Andrews Thornton 2006-04.pdf
Andrews Thornton 2006-05.pdf
Andrews Thornton 2006-06.pdf
Andrews Thornton 2006-08.pdf
Andrews Thornton 2006-09.pdf
Andrews Thornton 2006-10.pdf
Andrews Thornton 2006-11.pdf
Andrews Thornton 2006-12.pdf
Andrews Thornton 2007-03.pdf
Andrews Thornton 2007-04.pdf
Andrews Thornton 2007-05.pdf
Andrews Thornton 2007-06.pdf
Andrews Thornton 2007-08.pdf
Andrews Thornton 2007-11.pdf

Ashcraft Gerel

Ashcraft & Gerel 2003-12-31 (Carver).pdf
Ashcraft & Gerel 2004-07-31.pdf
Ashcraft & Gerel 2004-08-31.pdf
Ashcraft & Gerel 2004-09-30.pdf
Ashcraft & Gerel 2004-10-31.pdf
Ashcraft & Gerel 2004-11-30.pdf

Ashcraft & Gerel 2004-12-31 (Carver).pdf
Ashcraft & Gerel 2004-12-31.pdf
Ashcraft & Gerel 2005-01-31.pdf
Ashcraft & Gerel 2005-03-31.pdf
Ashcraft & Gerel 2005-04-30.pdf
Ashcraft & Gerel 2005-05-31.pdf
Ashcraft & Gerel 2005-06-30.pdf
Ashcraft & Gerel 2005-07-31.pdf
Ashcraft & Gerel 2005-08-31.pdf
Ashcraft & Gerel 2005-09-30.pdf
Ashcraft & Gerel 2005-10-31.pdf
Ashcraft & Gerel 2005-11-30.pdf
Ashcraft & Gerel 2005-12-31 (Carver).pdf
Ashcraft & Gerel 2005-12-31.pdf
Ashcraft & Gerel 2006-01-31.pdf
Ashcraft & Gerel 2006-02-28.pdf
Ashcraft & Gerel 2006-03-31.pdf
Ashcraft & Gerel 2006-04-30.pdf
Ashcraft & Gerel 2006-05-31.PDF
Ashcraft & Gerel 2006-06-30.PDF
Ashcraft & Gerel 2006-07-31 (Carver).pdf
Ashcraft & Gerel 2006-07-31.PDF
Ashcraft & Gerel 2006-08-31 (Carver).pdf
Ashcraft & Gerel 2006-08-31 (Local 68).pdf
Ashcraft & Gerel 2006-08-31.PDF
Ashcraft & Gerel 2006-09-30 (Carver).pdf
Ashcraft & Gerel 2006-09-30.PDF
Ashcraft & Gerel 2006-10-31 (Carver).pdf
Ashcraft & Gerel 2006-10-31.PDF
Ashcraft & Gerel 2006-11-30 (Carver).pdf
Ashcraft & Gerel 2006-11-30.PDF
Ashcraft & Gerel 2006-12-31 (Carver).pdf
Ashcraft & Gerel 2006-12-31.PDF
Ashcraft & Gerel 2007-01-31 (Carver).pdf
Ashcraft & Gerel 2007-01-31.PDF
Ashcraft & Gerel 2007-02-28 (Carver).pdf
Ashcraft & Gerel 2007-02-28.PDF
Ashcraft & Gerel 2007-03-31.PDF
Ashcraft & Gerel 2007-04-30.PDF
Ashcraft & Gerel 2007-05-31.PDF
Ashcraft & Gerel 2007-06-30.PDF
Ashcraft & Gerel 2007-07-31.PDF
Ashcraft & Gerel 2007-08-31.PDF
Ashcraft & Gerel 2007-09-30.pdf
Ashcraft & Gerel 2007-10-31.pdf

Ashcraft & Gerel 2007-11-30.pdf
Ashcraft & Gerel 2007-12-31 (Carver).pdf
Ashcraft & Gerel 2007-12-31.pdf
Ashcraft & Gerel 2008-01-31.pdf
Ashcraft & Gerel 2008-02-29.pdf
Ashcraft & Gerel 2008-03-31.pdf
Ashcraft & Gerel 2008-04-30.pdf
Ashcraft & Gerel 2008-05-31.PDF
Ashcraft & Gerel 2008-08-31.pdf
Ashcraft & Gerel 2008-12-31 (Carver).pdf
ASHCRAFT AND GEREL.xls
Ashcraft Gererl (Carver) Reconciliation.xls

Audet & Partners

Audet & Partners 2005-04-07 (California Time).pdf
Audet & Partners 2005-04-07 (New Jersey Time).pdf
Audet & Partners 2005-04-07.pdf
Audet & Partners 2005-12-31 (California Time).pdf
Audet & Partners 2005-12-31 (New Jersey Time).pdf
Audet & Partners 2005-12-31.pdf
Audet & Partners 2006-12-31 (California Time).pdf
Audet & Partners 2006-12-31 (New Jersey Time).pdf
Audet & Partners 2006-12-31.pdf
Audet & Partners 2007-11-30 (California Time).pdf
Audet & Partners 2007-11-30 (New Jersey Time).pdf
Audet & Partners 2007-12-31.pdf

Aylstock Witkin

Aylstock Witkin 2005-06-30.pdf
Aylstock Witkin 2005-07-31.pdf
Aylstock Witkin 2005-08-31.pdf
Aylstock Witkin 2005-09-30.pdf
Aylstock Witkin 2007-10-31.pdf
Aylstock Wtikin 2005-05-31.pdf

Balkin Eisbrouch

Balkin & Eisbrouch 2007-01-31.pdf
Balkin & Eisbrouch 2007-02-28.pdf
Balkin & Eisbrouch 2007-04-30.pdf
Balkin & Eisbrouch 2007-06-30.pdf
Balkin & Eisbrouch 2007-08-31.pdf
Balkin & Eisbrouch 2007-09-30.pdf

-11-

Balkin & Eisbrouch 2007-10-31.pdf
Balkin & Eisbrouch 2007-11-30.pdf
Balkin & Eisbrouch 2008-03-31.pdf

Barnow

Barnow 2005-05-31 (BENOIT vs. MERCK ).pdf
Barnow 2005-06-30 (BENOIT vs. MERCK ).pdf
Barnow 2005-06-30.pdf
Barnow 2005-07-31 (BENOIT vs. MERCK ).pdf
Barnow 2005-07-31.pdf
Barnow 2005-08-31 (BENOIT vs. MERCK ).pdf
Barnow 2006-04-30 (BENOIT vs. MERCK ).pdf
Barnow 2006-05-31 (BENOIT vs. MERCK ).pdf
Barnow 2007-09-30 (BENOIT vs. MERCK ).pdf
Barnow 2007-10-31 (BENOIT vs. MERCK ).pdf
Barnow 2007-11-30 (BENOIT vs. MERCK ).pdf
Barnow Final Request.pdf

Barnow\Add to exsiting files - 04232009

Barnow 2005-05-31 (Benoit).pdf
Barnow 2005-06-30 (Benoit).pdf
Barnow 2005-08-31 (Benoit).pdf
Barnow 2006-04-30 (Benoit).pdf
Barnow 2006-05-31 (Benoit).pdf
Barnow 2007-07-31 (Benoit).pdf
Barnow 2007-10-31 (Benoit).pdf
Barnow 2007-11-30 (Benoit).pdf

Barnow\As of 04232009

Barnow (Benoit) 2005-02.pdf
Barnow (Benoit) 2005-03.pdf
Barnow (Benoit) 2005-04.pdf
Barnow (Benoit) 2005-07.pdf
Barnow (Benoit) 2008-02.pdf
Barnow (Benoit) 2008-04.pdf
Barnow (Benoit) 2008-06.pdf
Barnow letter.pdf
Barnow rejection letter.pdf

Barrios

Barrios 2005-04-30.pdf

Barrios 2005-05-31.pdf
Barrios 2005-06-30.pdf
Barrios 2005-07-31.pdf
Barrios 2005-10-31.pdf
Barrios 2005-12-31.pdf
Barrios 2006-01-31.pdf
Barrios 2006-02-28.pdf
Barrios 2006-03-31.pdf
Barrios 2006-04-30.pdf
Barrios 2006-05-31.pdf
Barrios 2006-06-30.pdf
Barrios 2006-09-30.pdf
Barrios 2006-10-31.pdf
Barrios 2006-11-30.pdf
Barrios 2006-12-31.pdf
Barrios 2007-01-31.pdf
Barrios 2007-02-28.pdf
Barrios 2007-03-31.pdf
Barrios 2007-04-30.pdf
Barrios 2007-05-31.pdf
Barrios 2007-06-30.pdf
Barrios 2007-07-31.pdf
Barrios 2007-08-31.pdf
Barrios 2007-09-30.pdf
Barrios 2007-10-31.pdf
Barrios 2007-11-30.pdf
Barrios 2007-12-31.pdf
Barrios 2008-01-31.pdf
Barrios 2008-02-29.pdf
Barrios 2008-03-31.pdf
Barrios 2008-04-30.pdf
Barrios 2008-05-31.pdf
Barrios 2008-06-30.pdf
Barrios 2008-07-31.pdf
Barrios 2008-08-31.pdf
Barrios 2008-09-30.pdf
Barrios 2008-10-31.pdf
Barrios 2009-01-31.pdf
Barrios 2009-02-28.pdf
Barrios 2009-03-31.pdf
Barrios 2009-04-30.pdf
Barrios 2009-05-31.pdf
Barrios 2009-06-30.pdf
Barrios 2009-07-31.pdf
Barrios 2009-08-31.pdf

Barrios 2009-09-30.pdf
Barrios 2009-10-31.pdf
Barrios 2009-11-30.pdf
Barrios 2009-12-31.pdf
Barrios 2010-01-31.pdf
Barrios 2010-02-28.pdf
Barrios 2010-03-31.pdf
Barrios 2010-04-30.pdf
Barrios 2010-05-31.pdf
Barrios 2010-06-30.pdf
Barrios 2010-07-31.pdf
Barrios 2010-08-31.pdf
Review of Barrios 2009-05-31.xls
Review of Barrios 2009-06-30.xls
Review of Barrios 2009-08-31.xls
Review of Barrios 2009-09-30.xls
Review of Barrios 2009-10-31.xls
Review of Barrios 2009-11-30.xls
Review of Barrios 2009-12-31.xls
Review of Barrios 2009-7-31.xls
Review of Barrios 2010-01-31.xls
Review of Barrios 2010-02-28.xls
Review of Barrios 2010-03-31.xls
Review of Barrios 2010-04-30.xls
Review of Barrios 2010-05-31.xls
Review of Barrios 2010-06-30.xls
Review of Barrios 2010-07-31.xls
Review of Barrios 2010-08-31.xls

Barrios\Barrios Review Notes

Barrios 2009-08-31 reconciliation.xls
Barrios Review Notes- Held Cost.pdf

Barrios\updates as of 4_27_09

Barrios - rejection.pdf
Barrios 2008-08.pdf
Barrios 2008-09.pdf
Barrios 2008-11.pdf
Barrios 2008-12.pdf

Barrios\updates as of 4_27_09\replace with these scans

Barrios 2008-07.pdf

-14-

Barrios 2008-10.pdf

Bartimus Frickleton

Bartimus Frickleton 2005-12-31.pdf
Bartimus Frickleton_resubmission.pdf

Beasley Allen

Beasley Allen 2002-12-31 (William Cook).pdf
Beasley Allen 2003-12-31 (Carolyn Younge).pdf
Beasley Allen 2003-12-31 (David Cortez).pdf
Beasley Allen 2003-12-31 (Georgina Ruck).pdf
Beasley Allen 2003-12-31 (James Wells).PDF
Beasley Allen 2003-12-31 (Jerry Gaspard).pdf
Beasley Allen 2003-12-31 (Marcus Smith).PDF
Beasley Allen 2003-12-31 (Sandra Pope-Moses).pdf
Beasley Allen 2003-12-31 (William Cook).pdf
Beasley Allen 2004-12-31 (Carolyn Younge).pdf
Beasley Allen 2004-12-31 (Cheryl Pennington).pdf
Beasley Allen 2004-12-31 (David Cortez).pdf
Beasley Allen 2004-12-31 (Donald Graves).pdf
Beasley Allen 2004-12-31 (Georgina Ruck).pdf
Beasley Allen 2004-12-31 (James Wells).PDF
Beasley Allen 2004-12-31 (Jerry Gaspard).pdf
Beasley Allen 2004-12-31 (Jim Rogers).pdf
Beasley Allen 2004-12-31 (Marcus Smith).PDF
Beasley Allen 2004-12-31 (Milton Saba).pdf
Beasley Allen 2004-12-31 (Sandra Pope-Moses).pdf
Beasley Allen 2004-12-31 (William Cook).pdf
Beasley Allen 2005-12-31 (Carolyn Younge).pdf
Beasley Allen 2005-12-31 (Cheryl Pennington).pdf
Beasley Allen 2005-12-31 (David Cortez).pdf
Beasley Allen 2005-12-31 (Donald Graves).pdf
Beasley Allen 2005-12-31 (Georgina Ruck).pdf
Beasley Allen 2005-12-31 (James Wells).pdf
Beasley Allen 2005-12-31 (Jerry Gaspard).pdf
Beasley Allen 2005-12-31 (Jim Rogers).pdf
Beasley Allen 2005-12-31 (Jimmy Taylor).PDF
Beasley Allen 2005-12-31 (Marcus Smith).pdf
Beasley Allen 2005-12-31 (Milton Saba).pdf
Beasley Allen 2005-12-31 (Sandra Pope-Moses).pdf
Beasley Allen 2005-12-31 (William Cook).pdf
Beasley Allen 2006-12-31 (Carolyn Younge).pdf
Beasley Allen 2006-12-31 (David Cortez).pdf

-15-

Beasley Allen 2006-12-31 (Donald Graves).pdf
Beasley Allen 2006-12-31 (Georgina Ruck).pdf
Beasley Allen 2006-12-31 (James Wells).pdf
Beasley Allen 2006-12-31 (Jim Rogers).pdf
Beasley Allen 2006-12-31 (Jimmy Taylor).pdf
Beasley Allen 2006-12-31 (Milton Saba).pdf
Beasley Allen 2006-12-31 (Sandra Pope-Moses).pdf
Beasley Allen 2006-12-31 (William Cook).pdf
Beasley Allen 2007 (Graves) cost submission.PDF
Beasley Allen 2007-11-30 (Cheryl Pennington).pdf
Beasley Allen 2007-11-30 (David Cortez).pdf
Beasley Allen 2007-11-30 (Donald Graves).pdf
Beasley Allen 2007-11-30 (Georgina Ruck).pdf
Beasley Allen 2007-11-30 (James Wells).pdf
Beasley Allen 2007-11-30 (Jerry Gaspard).pdf
Beasley Allen 2007-11-30 (Marcus Smith).PDF
Beasley Allen 2007-11-30 (Milton Saba).pdf
Beasley Allen 2007-11-30 (Sandra Pope-Moses).pdf
Beasley Allen Barnett Case - 4-30-2006.pdf
Beasley Allen Barnett Case - 5-31-2006.pdf
Beasley Allen Barnett Case - 6-30-2006.pdf
Beasley Allen Barnett Case - 7-31-2006.pdf
Beasley Allen Barnett Case - 8-31-2006.pdf
Beasley Allen Dedrick Case - 10-31-2006.pdf
Beasley Allen Dedrick Case - 10-31-2007.pdf
Beasley Allen Dedrick Case - 11-30-2006.pdf
Beasley Allen Dedrick Case - 11-30-2007.pdf
Beasley Allen Dedrick Case - 12-31-2005.pdf
Beasley Allen Dedrick Case - 12-31-2006.pdf
Beasley Allen Dedrick Case - 12-31-2007.pdf
Beasley Allen Dedrick Case - 1-31-2006.pdf
Beasley Allen Dedrick Case - 1-31-2007.pdf
Beasley Allen Dedrick Case - 2-28-2007.pdf
Beasley Allen Dedrick Case - 2-28-2008.pdf
Beasley Allen Dedrick Case - 3-31-2005.pdf
Beasley Allen Dedrick Case - 3-31-2006.pdf
Beasley Allen Dedrick Case - 3-31-2007.pdf
Beasley Allen Dedrick Case - 4-30-2006.pdf
Beasley Allen Dedrick Case - 4-30-2007.pdf
Beasley Allen Dedrick Case - 5-31-2006.pdf
Beasley Allen Dedrick Case - 5-31-2007.pdf
Beasley Allen Dedrick Case - 6-30-2005.pdf
Beasley Allen Dedrick Case - 6-30-2006.pdf
Beasley Allen Dedrick Case - 6-30-2007.pdf
Beasley Allen Dedrick Case - 7-31-2005.pdf

Beasley Allen Dedrick Case - 7-31-2006.pdf
Beasley Allen Dedrick Case - 7-31-2007.pdf
Beasley Allen Dedrick Case - 7-31-2008.pdf
Beasley Allen Dedrick Case - 8-31-2006.pdf
Beasley Allen Dedrick Case - 8-31-2007.pdf
Beasley Allen Dedrick Case - 9-30-2006.pdf
Beasley Allen Dedrick Case - 9-30-2007.pdf
Beasley Allen Grossberg Case - 6-30-2006.pdf
Beasley Allen Grossberg Case - 7-31-2006.pdf
Beasley Allen Grossberg Case - 8-31-2006.pdf
Beasley Allen Grossberg Case - 9-30-2006.pdf
Beasley Allen Irvin Case - 10-31-2003.pdf
Beasley Allen Irvin Case - 10-31-2004.pdf
Beasley Allen Irvin Case - 10-31-2005.pdf
Beasley Allen Irvin Case - 10-31-2006.pdf
Beasley Allen Irvin Case - 11-30-2003.pdf
Beasley Allen Irvin Case - 11-30-2004.pdf
Beasley Allen Irvin Case - 11-30-2005.pdf
Beasley Allen Irvin Case - 11-30-2006.pdf
Beasley Allen Irvin Case - 11-30-2007.pdf
Beasley Allen Irvin Case - 12-31-2003.pdf
Beasley Allen Irvin Case - 12-31-2004.pdf
Beasley Allen Irvin Case - 12-31-2005.pdf
Beasley Allen Irvin Case - 1-31-2003.pdf
Beasley Allen Irvin Case - 1-31-2005.pdf
Beasley Allen Irvin Case - 1-31-2006.pdf
Beasley Allen Irvin Case - 1-31-2008.pdf
Beasley Allen Irvin Case - 2-28-2003.pdf
Beasley Allen Irvin Case - 2-28-2004.pdf
Beasley Allen Irvin Case - 2-28-2005.pdf
Beasley Allen Irvin Case - 2-28-2006.pdf
Beasley Allen Irvin Case - 2-28-2008.pdf
Beasley Allen Irvin Case - 3-31-2004.pdf
Beasley Allen Irvin Case - 3-31-2005.pdf
Beasley Allen Irvin Case - 3-31-2006.pdf
Beasley Allen Irvin Case - 3-31-2008.pdf
Beasley Allen Irvin Case - 4-30-2003.pdf
Beasley Allen Irvin Case - 4-30-2004.pdf
Beasley Allen Irvin Case - 4-30-2005.pdf
Beasley Allen Irvin Case - 4-30-2006.pdf
Beasley Allen Irvin Case - 4-30-2007.pdf
Beasley Allen Irvin Case - 4-30-2008.pdf
Beasley Allen Irvin Case - 5-31-2003.pdf
Beasley Allen Irvin Case - 5-31-2004.pdf
Beasley Allen Irvin Case - 5-31-2005.pdf

Beasley Allen Irvin Case - 5-31-2006.pdf
Beasley Allen Irvin Case - 5-31-2007.pdf
Beasley Allen Irvin Case - 6-30-2003.pdf
Beasley Allen Irvin Case - 6-30-2004.pdf
Beasley Allen Irvin Case - 6-30-2005.pdf
Beasley Allen Irvin Case - 6-30-2006.pdf
Beasley Allen Irvin Case - 6-30-2007.pdf
Beasley Allen Irvin Case - 7-31-2003.pdf
Beasley Allen Irvin Case - 7-31-2004.pdf
Beasley Allen Irvin Case - 7-31-2005.pdf
Beasley Allen Irvin Case - 7-31-2006.pdf
Beasley Allen Irvin Case - 8-31-2003.pdf
Beasley Allen Irvin Case - 8-31-2004.pdf
Beasley Allen Irvin Case - 8-31-2005.pdf
Beasley Allen Irvin Case - 8-31-2006.pdf
Beasley Allen Irvin Case - 8-31-2007.pdf
Beasley Allen Irvin Case - 9-30-2003.pdf
Beasley Allen Irvin Case - 9-30-2004.pdf
Beasley Allen Irvin Case - 9-30-2005.pdf
Beasley Allen Irvin Case - 9-30-2006.pdf
Beasley Allen MDL - 10-31-2004.pdf
Beasley Allen MDL - 10-31-2005.pdf
Beasley Allen MDL - 10-31-2006.pdf
Beasley Allen MDL - 10-31-2007.pdf
Beasley Allen MDL - 10-31-2008.pdf
Beasley Allen MDL - 11-30-2004.pdf
Beasley Allen MDL - 11-30-2005.pdf
Beasley Allen MDL - 11-30-2007.pdf
Beasley Allen MDL - 11-30-2008.pdf
Beasley Allen MDL - 12-31-2004.pdf
Beasley Allen MDL - 12-31-2006.pdf
Beasley Allen MDL - 12-31-2007.pdf
Beasley Allen MDL - 12-31-2008.pdf
Beasley Allen MDL - 1-31-2004.pdf
Beasley Allen MDL - 1-31-2005.pdf
Beasley Allen MDL - 1-31-2006.pdf
Beasley Allen MDL - 1-31-2008.pdf
Beasley Allen MDL - 2-28-2005.pdf
Beasley Allen MDL - 2-28-2006.pdf
Beasley Allen MDL - 2-28-2007.pdf
Beasley Allen MDL - 2-28-2008.pdf
Beasley Allen MDL - 3-31-2004.pdf
Beasley Allen MDL - 3-31-2005.pdf
Beasley Allen MDL - 3-31-2006.pdf
Beasley Allen MDL - 3-31-2007.pdf

Beasley Allen MDL - 3-31-2008.pdf
Beasley Allen MDL - 4-30-2004.pdf
Beasley Allen MDL - 4-30-2005.pdf
Beasley Allen MDL - 4-30-2006.pdf
Beasley Allen MDL - 4-30-2007.pdf
Beasley Allen MDL - 4-30-2008.pdf
Beasley Allen MDL - 5-31-2004.pdf
Beasley Allen MDL - 5-31-2005.pdf
Beasley Allen MDL - 5-31-2006.pdf
Beasley Allen MDL - 5-31-2007.pdf
Beasley Allen MDL - 5-31-2008.pdf
Beasley Allen MDL - 6-30-2004.pdf
Beasley Allen MDL - 6-30-2005.pdf
Beasley Allen MDL - 6-30-2006.pdf
Beasley Allen MDL - 6-30-2007.pdf
Beasley Allen MDL - 6-30-2008.pdf
Beasley Allen MDL - 7-31-2004.pdf
Beasley Allen MDL - 7-31-2005.pdf
Beasley Allen MDL - 7-31-2006.pdf
Beasley Allen MDL - 7-31-2007.pdf
Beasley Allen MDL - 7-31-2008.pdf
Beasley Allen MDL - 8-31-2004.pdf
Beasley Allen MDL - 8-31-2005.pdf
Beasley Allen MDL - 8-31-2006.pdf
Beasley Allen MDL - 8-31-2007.pdf
Beasley Allen MDL - 8-31-2008.pdf
Beasley Allen MDL - 9-30-2004.pdf
Beasley Allen MDL - 9-30-2005.pdf
Beasley Allen MDL - 9-30-2006.pdf
Beasley Allen MDL - 9-30-2007.pdf
Beasley Allen MDL - 9-30-2008.pdf
Beasley Allen MDL 11-30-2006.pdf
Beasley Allen MDL- 12-31-2005.pdf
Beasley Allen MDL 1-31-2007.pdf
Beasley Allen PreMDL - 4-7-2005.pdf
Beasley Allen Schwaller - 1-31-2007.pdf
Beasley Allen Schwaller - 2-28-2007.pdf
Beasley Allen Schwaller - 3-31-2007.pdf

Beasley Allen\Beasley Allen Held Costs\Beasley Allen Case Specific

Beasley Allen Case Specific- Brooke.xls
Beasley Allen Case Specific- Heather.xls
Beasley Allen Case Specific-Marcy.xls
Beasley Allen- Held Costs Sheets and Rejections.pdf

Copy of BA Response to WD Review of DiscoveryTrial Case Specific Costs_7-24-09.xls

Beasley Allen\Time Seperated by Cases

Beasley Allen 2005-04-30 (MDL Shared Time).pdf
Beasley Allen 2005-05-31 (MDL Shared Time).pdf
Beasley Allen 2005-06-30 (MDL Shared Time).pdf
Beasley Allen 2005-07-31 (MDL Shared Time).pdf
Beasley Allen 2005-08 (Irvin Trial).pdf
Beasley Allen 2005-08-31 (MDL Shared Time).pdf
Beasley Allen 2005-09 (Irvin Trial).pdf
Beasley Allen 2005-09-30 (MDL Shared Time).pdf
Beasley Allen 2005-10 (Irvin Trial).pdf
Beasley Allen 2005-10 (MDL Shared Time).pdf
Beasley Allen 2005-11 (Irvin Trial).pdf
Beasley Allen 2005-11 (MDL Shared Time).pdf
Beasley Allen 2005-12 (Irvin Trial).pdf
Beasley Allen 2005-12 (MDL Shared Time).pdf
Beasley Allen 2006-01 (Irvin Trial).pdf
Beasley Allen 2006-01 (MDL Shared Time).pdf
Beasley Allen 2006-02 (Irvin Trial).pdf
Beasley Allen 2006-02 (MDL Shared Time).pdf
Beasley Allen 2006-03 (Dedrick Trial).pdf
Beasley Allen 2006-03 (Irvin Trial).pdf
Beasley Allen 2006-03 (MDL Shared Time).pdf
Beasley Allen 2006-04 (Barnett Trial).pdf
Beasley Allen 2006-04 (Dedrick Trial).pdf
Beasley Allen 2006-04 (Irvin Trial).pdf
Beasley Allen 2006-04 (MDL Shared Time).pdf
Beasley Allen 2006-05 (Barnett Trial).pdf
Beasley Allen 2006-05 (Dedrick Trial).pdf
Beasley Allen 2006-05 (Irvin Trial).pdf
Beasley Allen 2006-05 (MDL Shared Time).pdf
Beasley Allen 2006-06 (Barnett Trial).pdf
Beasley Allen 2006-06 (Dedrick Trial).pdf
Beasley Allen 2006-06 (Grossberg CA Trial).pdf
Beasley Allen 2006-06 (MDL Shared Time).pdf
Beasley Allen 2006-07 (Barnett Trial).pdf
Beasley Allen 2006-07 (Grossberg CA Trial).pdf
Beasley Allen 2006-07 (MDL Shared Time).pdf
Beasley Allen 2006-08 (Dedrick Trial).pdf
Beasley Allen 2006-08 (MDL Shared Time).pdf
Beasley Allen 2006-09 (Dedrick Trial).pdf
Beasley Allen 2006-09 (MDL Shared Time).pdf

Beasley Allen 2006-10 (Dedrick Trial).pdf
Beasley Allen 2006-10 (MDL Shared Time).pdf
Beasley Allen 2006-11 (Dedrick Trial).pdf
Beasley Allen 2006-11 (MDL Shared Time).pdf
Beasley Allen 2006-12 (Dedrick Trial).pdf
Beasley Allen 2006-12 (MDL Shared Time).pdf
Beasley Allen 2007-01 (Dedrick Trial).pdf
Beasley Allen 2007-01 (MDL Shared Time).pdf
Beasley Allen 2007-01 (Schwaller IL Trial).pdf
Beasley Allen 2007-02 (Barnett Trial).pdf
Beasley Allen 2007-02 (MDL Shared Time).pdf
Beasley Allen 2007-02 (Schwaller IL Trial).pdf
Beasley Allen 2007-03 (MDL Shared Time).pdf
Beasley Allen 2007-03 (Schwaller IL Trial).pdf
Beasley Allen 2007-04 (Irvin Trial).pdf
Beasley Allen 2007-04 (MDL Shared Time).pdf
Beasley Allen 2007-05 (Irvin Trial).pdf
Beasley Allen 2007-05 (MDL Shared Time).pdf
Beasley Allen 2007-06-30 (MDL Shared Time).pdf
Beasley Allen 2007-07-31 (MDL Shared Time).pdf
Beasley Allen 2007-08-31 (MDL Shared Time).pdf
Beasley Allen 2007-09-30 (MDL Shared Time).pdf
Beasley Allen 2007-10-31 (MDL Shared Time).pdf
Beasley Allen 2007-11-30 (MDL Shared Time).pdf
Beasley Allen 2007-12-31 (MDL Shared Time).pdf
Beasley Allen 2008-01-31 (MDL Shared Time).pdf
Beasley Allen 2008-02-28 (MDL Shared Time).pdf
Beasley Allen 2008-03-31 (MDL Shared Time).pdf
Beasley Allen 2008-04-30 (MDL Shared Time).pdf
Beasley Allen 2008-05 (MDL Shared Time).pdf
Beasley Allen 2008-06 (MDL Shared Time).pdf
Beasley Allen 2008-07 (MDL Shared Time).pdf
Beasley Allen 2008-08-31 (MDL Shared Time).pdf
Beasley Allen 2008-09 (MDL Shared Time).pdf
Beasley Allen 2008-10-31 (MDL Shared Time).pdf
Beasley Allen 2008-11-30 (MDL Shared Time).pdf
Beasley Allen 2008-12-31 (MDL Shared Time).pdf

Bencomo

Bencomo 2005-04-07.pdf
Bencomo 2005-05-31.pdf
Bencomo 2005-06-30.pdf
Bencomo 2005-07-31 Time Corrections.pdf
Bencomo 2005-07-31.pdf

Bencomo 2005-08-31.pdf
Bencomo 2005-09-30.pdf
Bencomo 2005-10-31.pdf
Bencomo 2005-11-30.pdf
Bencomo 2005-12-31.pdf
Bencomo 2006-01-31.pdf
Bencomo 2006-02-28.pdf
Bencomo 2006-03-31 Corrections.pdf
Bencomo 2006-03-31.pdf
Bencomo 2006-04-30.pdf
Bencomo 2006-05-31.pdf
Bencomo 2006-06-30.pdf
Bencomo 2006-07-31.pdf
Bencomo 2006-08-30.pdf
Bencomo 2006-08-31.pdf
Bencomo 2006-09-30.pdf
Bencomo 2006-10-31.pdf
Correspondence 10-31-08.pdf

Bencomo Review Notes

Bencomo Review Notes- Held Costs.pdf

Blizzard McCarthy

Blizzard McCarthy 2008-04-30 Time Submissions.pdf
Blizzard McCarthy 2008-05-30 Time Submissions (Charles Mason).pdf
Blizzard McCarthy 2008-05-31 Time Submissions.pdf
Blizzard McCarthy 2008-06-30 Time Submissions.pdf
Blizzard McCarthy 2008-07-31 Time Submissions.pdf
Blizzard McCarthy 2008-08-31 Time Submissions.pdf
Blizzard McCarthy 2008-09-30 Time Submissions.pdf
Blizzard McCarthy 2008-10-31.pdf
Blizzard McCarthy 2008-11-30.pdf
Blizzard McCarthy 2008-12-31.pdf
Blizzard McCarthy 2009-01-31.pdf
Blizzard McCarthy 2009-02-28.pdf
Blizzard McCarthy 2009-03-31.pdf
Blizzard McCarthy 2009-04-30.pdf
Blizzard McCarthy 2009-05-31.pdf
Blizzard McCarthy 2009-06-30.pdf
Blizzard McCarthy 2009-07-31.pdf
Blizzard McCarthy 2009-09-30.pdf
Blizzard McCarthy 2009-10-31.pdf
Blizzard McCarthy 2009-11-30 Resubmission.pdf

-22-

Blizzard McCarthy 2009-11-30.pdf
Blizzard McCarthy 2010-02-28.pdf
Blizzard McCarthy 2010-03-31.pdf
Blizzard McCarthy 2010-04-30.pdf
Blizzard McCarthy 2010-05-31.pdf
Blizzard McCarthy 2010-06-30.pdf
Blizzard McCarthy 2010-07-31.pdf
Blizzard McCarthy 2010-09-30.pdf
Blizzard McCarthy 2010-10-31.pdf
Review of Blizard McCarthy 2009-06-30.xls
Review of Blizard McCarthy 2009-07-31.xls
Review of Blizard McCarthy 2009-09-30.xls
Review of Blizard McCarthy 2009-10-31.xls
Review of Blizard McCarthy 2010-02-28.xls
Review of Blizard McCarthy 2010-04-30.xls
Review of Blizard McCarthy 2010-05-31.xls
Review of Blizard McCarthy 2010-06-30.xls
Review of Blizard McCarthy 2010-07-31.xlsx

Blizzard McCarthy\Blizzard McCarthy Review Notes

Blizzard McCarthy Review Notes- Held Costs.pdf
Time rec for gates committee.xls
Updated Time Sheets including Gates pending approval.xls

Bossier

Bossier & Associates 2005-05-31.pdf
Bossier & Associates 2005-06-30.pdf
Bossier & Associates 2005-08-31.pdf
Bossier & Associates 2005-09-30.pdf
Bossier & Associates 2005-10-31.pdf
Bossier & Associates 2005-11-30.pdf
Bossier & Associates 2006-02-28.pdf
Bossier & Associates 2006-03-31.pdf
Bossier & Associates 2006-05-31.pdf

Branch

Branch 2005-04-30.pdf
Branch 2005-05-31.pdf
Branch 2005-06-30.pdf
Branch 2005-07-31.pdf
Branch 2005-08-31.pdf
Branch 2005-09-30.pdf

Branch 2005-10-31.pdf
Branch 2005-11-30.pdf
Branch 2005-12-31.pdf
Branch 2006-01-31.pdf
Branch 2006-02-28.pdf
Branch 2006-03-31.pdf
Branch 2006-04-30.pdf
Branch 2006-05-31.pdf
Branch 2006-06-30.pdf
Branch 2006-07-31.pdf
Branch 2006-08-31.pdf
Branch 2006-09-30.pdf
Branch 2006-10-31.pdf
Branch 2006-11-30.pdf
Branch 2006-12-31.pdf
Branch 2007-01-31.pdf
Branch 2007-02-28.pdf
Branch 2007-03-31.pdf
Branch 2007-04-30.pdf
Branch 2007-05-31.pdf
Branch 2007-06-30.pdf
Branch 2007-07-31.pdf
Branch 2007-08-31.pdf
Branch 2007-09-30.pdf
Branch 2007-10-31.pdf
Branch 2007-11-30 Expenses.pdf
Branch 2007-11-30.pdf
Branch 2007-12-31.pdf
Branch 2008-01-31.pdf
fax4@wdco.biz_20081209_100842.pdf

Branch\Expenses

Branch 2005-05.pdf
Branch 2005-06.pdf
Branch 2005-07.pdf
Branch 2005-08.pdf
Branch 2005-09.pdf
Branch 2005-10.pdf
Branch 2005-11.pdf
Branch 2005-12.pdf
Branch 2006-01.pdf
Branch 2006-02.pdf
Branch 2006-03.pdf
Branch 2006-04.pdf

Branch 2006-05.pdf
Branch 2006-06.pdf
Branch 2006-07.pdf
Branch 2006-08.pdf
Branch 2006-09.pdf
Branch 2006-10.pdf
Branch 2006-11.pdf
Branch 2006-12.pdf
Branch 2007-01.pdf
Branch 2007-02.pdf
Branch 2007-03.pdf
Branch 2007-04.pdf
Branch 2007-05.pdf
Branch 2007-06.pdf
Branch 2007-07.pdf
Branch 2007-08.pdf
Branch 2007-09.pdf
Branch 2007-10.pdf
Branch 2007-11.pdf
Branch 2007-12.pdf
Branch 2008-01.pdf
Branch 2008-02.pdf
Branch corrections.pdf

Branch\Expenses\ Branch Review Notes

Branch Review Notes Held Cost.pdf

Brandi

Barndi Law Firm Expense Submissions Rearranged.pdf
Brandi Law Firm 2005-04-30.pdf
Brandi Law Firm 2005-05-31.pdf
Brandi Law Firm 2005-09-30.pdf
Brandi Law Firm 2005-10-31.pdf
Brandi Law Firm 2006-02-28.pdf
Brandi Law Firm 2006-03-31.pdf
Brandi Law Firm 2006-04-30.pdf
Brandi Law Firm 2006-05-31.pdf
Brandi Law Firm 2006-06-30.pdf
Brandi Law Firm 2006-07-31.pdf
Brandi Law Firm 2006-08-31.pdf
Brandi Law Firm 2006-09-30.pdf
Brandi Law Firm 2006-10-31.pdf
Brandi Law Firm 2006-11-30.pdf

Brandi Law Firm 2006-12-31.pdf
Brandi Law Firm 2007-01-31.pdf
Brandi Law Firm 2007-02-28.pdf
Brandi Law Firm 2007-03-31.pdf
Brandi Law Firm 2007-04-30.pdf
Brandi Law Firm 2007-05-31.pdf
Brandi Law Firm 2007-06-30.pdf
Brandi Law Firm 2007-07-31.pdf
Brandi Law Firm 2007-08-31.pdf
Brandi Law Firm 2007-10-31.pdf
Brandi Law Firm Expense Submissions.pdf
Brandi Monthly Totals.xls
Rejection Letter 60 days.pdf

Brandi Law Firm

Brandi Law Firm 2004-12-31 Arrigale.pdf
Brandi Law Firm 2005-01-31 Arrigale.pdf
Brandi Law Firm 2005-02-28 Arrigale.pdf
Brandi Law Firm 2005-03-31 Arrigale.pdf
Brandi Law Firm 2005-04-30 Arrigale.pdf
Brandi Law Firm 2005-05-31 Arrigale.pdf
Brandi Law Firm 2005-06-30 Arrigale.pdf
Brandi Law Firm 2005-07-31 Arrigale.pdf
Brandi Law Firm 2005-08-31 Arrigale.pdf
Brandi Law Firm 2005-10-31 Arrigale.pdf
Brandi Law Firm 2005-11-30 Arrigale.pdf
Brandi Law Firm 2006-02-28 Arrigale.pdf
Brandi Law Firm 2006-03-31 Arrigale.pdf
Brandi Law Firm 2006-04-30 Arrigale.pdf
Brandi Law Firm 2006-06-30 Arrigale.pdf
Brandi Law Firm 2006-07-31 Arrigale.pdf
Brandi Law Firm 2006-08-31 Arrigale.pdf
Brandi Law Firm 2006-09-30 Arrigale.pdf
Brandi Law Firm 2006-10-31 Arrigale.pdf
Brandi Law Firm 2006-11-30 Arrigale.pdf
Brandi Law Firm 2006-12-31 Arrigale.pdf
Brandi Law Firm 2007-01-31 Arrigale.pdf
Brandi Law Firm 2007-07-31 Arrigale.pdf
Brandi Law Firm 2007-08-31 Arrigale.pdf
Brandi Law Firm 2007-10-31 Arrigale.pdf

Brandi Law Firm Review Notes

Brandi Law Firm Review Notes- Held Cost.pdf

Brian Balser

    Brian Balser 2005-05-31.pdf
    Brian Balser 2005-06-30.pdf
    Brian Balser 2005-08-31.pdf
    Brian Balser 2005-09-30.pdf
    Brian Balser 2005-10-31.pdf
    Brian Balser 2005-11-30.pdf
    Brian Balser 2005-12-31.pdf
    Brian Balser 2006-01-31.pdf

Brown & Crouppen

    Brown & Crouppen 2008-05-31.pdf
    Brown & Crouppen 2008-06-30.pdf
    Brown & Crouppen Pre-MDL Letter.pdf

Bruce Dean

    Dean Bruce C 2005-05-31.pdf

Bruno Bruno

    Bruno Bruno Rejection Letter.pdf

Burg Simpson

    Burg Simpson 2005 Submissions.pdf
    Burg Simpson 2005-07-31 Revised.pdf
    Burg Simpson 2005-08-31.pdf
    Burg Simpson 2005-09-30 Revised.pdf
    Burg Simpson 2005-10-31 Revised.pdf
    Burg Simpson 2005-11-30 Revised.pdf
    Burg Simpson 2005-12-31 Revised.pdf
    Burg Simpson 2006 Submissions.pdf
    Burg Simpson 2006-01-31 Revised.pdf
    Burg Simpson 2006-02-28 Revised.pdf
    Burg Simpson 2006-03-31 Revised.pdf
    Burg Simpson 2007 Submissions.pdf
    Burg Simpson 2008 Submissions.pdf
    Burg Simpson 2008-09-30 Submissions.pdf

Cafferty Faucher

    Cafferty Faucher 2005-04-07.pdf

Cafferty Faucher 2005-05-31.pdf
Cafferty Faucher 2005-06-30.pdf
Cafferty Faucher 2005-07-31.pdf
Cafferty Faucher 2005-08-31.pdf
Cafferty Faucher 2005-09-30.pdf
Cafferty Faucher 2005-10-31.pdf
Cafferty Faucher 2005-11-30.pdf
Cafferty Faucher 2006-01-31.pdf
Cafferty Faucher 2007-09-30.pdf

Capshaw Goss

Capshaw Final Request.pdf
Capshaw Goss 2005-05-31.pdf
Capshaw Goss 2005-06-30.pdf
Capshaw Goss 2005-09-30.pdf
Capshaw Goss 2005-10-31.pdf
Capshaw Goss 2006-04-30.pdf
Capshaw Goss 2006-05-31.pdf
fax4@wdco.biz_20090122_151658.pdf

Carey Danis

Carey Danis 2004-12-31 (Brame).pdf
Carey Danis 2005-12-31 (Allen).pdf
Carey Danis 2005-12-31 (Auslander).pdf
Carey Danis 2005-12-31 (Brame).pdf
Carey Danis 2005-12-31 (Davis).pdf
Carey Danis 2005-12-31 (Donohoo).pdf
Carey Danis 2005-12-31 (Flessner).pdf
Carey Danis 2005-12-31 (Guerra).pdf
Carey Danis 2005-12-31 (Hessling).pdf
Carey Danis 2005-12-31 (Hoggins).pdf
Carey Danis 2005-12-31 (Holiday).pdf
Carey Danis 2005-12-31 (Hughs).pdf
Carey Danis 2005-12-31 (Inlow).pdf
Carey Danis 2005-12-31 (Ireland).pdf
Carey Danis 2005-12-31 (Jackson, Rosalyn).pdf
Carey Danis 2005-12-31 (Klug).pdf
Carey Danis 2005-12-31 (Mannings).pdf
Carey Danis 2005-12-31 (MDL).pdf
Carey Danis 2005-12-31 (Morgan).pdf
Carey Danis 2005-12-31 (Nance).pdf
Carey Danis 2005-12-31 (Patterson).pdf
Carey Danis 2005-12-31 (Rabe).pdf

Carey Danis 2005-12-31 (Reid).pdf
Carey Danis 2005-12-31 (Ricker).pdf
Carey Danis 2005-12-31 (Roberts).pdf
Carey Danis 2005-12-31 (Rutherford).pdf
Carey Danis 2005-12-31 (Taylor).pdf
Carey Danis 2005-12-31 (Thomas).pdf
Carey Danis 2005-12-31 (Tipton).pdf
Carey Danis 2005-12-31 (Woods).pdf
Carey Danis 2005-12-31 (Zillion).pdf
Carey Danis 2005-12-31 (Zola).pdf
Carey Danis 2006-12-31 ( Nicol).pdf
Carey Danis 2006-12-31 (ackson, Rosalyn).pdf
Carey Danis 2006-12-31 (Agans).pdf
Carey Danis 2006-12-31 (Allen).pdf
Carey Danis 2006-12-31 (Auslander).pdf
Carey Danis 2006-12-31 (Benhoff).pdf
Carey Danis 2006-12-31 (Black).pdf
Carey Danis 2006-12-31 (Bobo).pdf
Carey Danis 2006-12-31 (Bolen).pdf
Carey Danis 2006-12-31 (Brame).pdf
Carey Danis 2006-12-31 (Brodhacker).pdf
Carey Danis 2006-12-31 (Carr).pdf
Carey Danis 2006-12-31 (Cherry).pdf
Carey Danis 2006-12-31 (Cornelius).pdf
Carey Danis 2006-12-31 (Danzie).pdf
Carey Danis 2006-12-31 (Davis).pdf
Carey Danis 2006-12-31 (Devore).pdf
Carey Danis 2006-12-31 (Dononhoo).pdf
Carey Danis 2006-12-31 (Eschenbrenner).pdf
Carey Danis 2006-12-31 (Fencl).pdf
Carey Danis 2006-12-31 (Flessner).pdf
Carey Danis 2006-12-31 (Garza).pdf
Carey Danis 2006-12-31 (Griffin).pdf
Carey Danis 2006-12-31 (Guevarra).pdf
Carey Danis 2006-12-31 (Hardaway).pdf
Carey Danis 2006-12-31 (Hemken).pdf
Carey Danis 2006-12-31 (Hessling).pdf
Carey Danis 2006-12-31 (Hoggins).pdf
Carey Danis 2006-12-31 (Huffman).pdf
Carey Danis 2006-12-31 (Hughes).pdf
Carey Danis 2006-12-31 (Hunt).pdf
Carey Danis 2006-12-31 (Inlow).pdf
Carey Danis 2006-12-31 (Jackson, Robert).pdf
Carey Danis 2006-12-31 (Klug).pdf
Carey Danis 2006-12-31 (Ladd).pdf

Carey Danis 2006-12-31 (Mannings).pdf
Carey Danis 2006-12-31 (Marshall).pdf
Carey Danis 2006-12-31 (MDL).pdf
Carey Danis 2006-12-31 (Miechle).pdf
Carey Danis 2006-12-31 (Morgan).pdf
Carey Danis 2006-12-31 (Murray).pdf
Carey Danis 2006-12-31 (Nance).pdf
Carey Danis 2006-12-31 (Oliver).pdf
Carey Danis 2006-12-31 (Patterson).pdf
Carey Danis 2006-12-31 (Rabe).pdf
Carey Danis 2006-12-31 (Reid).pdf
Carey Danis 2006-12-31 (Rich).pdf
Carey Danis 2006-12-31 (Ricker).pdf
Carey Danis 2006-12-31 (Riddle).pdf
Carey Danis 2006-12-31 (Roberts).pdf
Carey Danis 2006-12-31 (Rutherford).pdf
Carey Danis 2006-12-31 (Sanders).pdf
Carey Danis 2006-12-31 (Shain).pdf
Carey Danis 2006-12-31 (Smith).pdf
Carey Danis 2006-12-31 (Taylor).pdf
Carey Danis 2006-12-31 (Testa).pdf
Carey Danis 2006-12-31 (Thomas).pdf
Carey Danis 2006-12-31 (Tipton).pdf
Carey Danis 2006-12-31 (Vega).pdf
Carey Danis 2006-12-31 (Vogel).pdf
Carey Danis 2006-12-31 (Watson).pdf
Carey Danis 2006-12-31 (Weir).pdf
Carey Danis 2006-12-31 (Woods).pdf
Carey Danis 2006-12-31 (Zillon).pdf
Carey Danis 2006-12-31 (Zola).pdf
Carey Danis 2007-12-31 (Agnas).pdf
Carey Danis 2007-12-31 (Allen).pdf
Carey Danis 2007-12-31 (Auslander).pdf
Carey Danis 2007-12-31 (Benhoff).pdf
Carey Danis 2007-12-31 (Black).pdf
Carey Danis 2007-12-31 (Bobo).pdf
Carey Danis 2007-12-31 (Bolen).pdf
Carey Danis 2007-12-31 (Braume).pdf
Carey Danis 2007-12-31 (Brodhacker).pdf
Carey Danis 2007-12-31 (Carr ).pdf
Carey Danis 2007-12-31 (Cherry).pdf
Carey Danis 2007-12-31 (Cornelius).pdf
Carey Danis 2007-12-31 (Danzie).pdf
Carey Danis 2007-12-31 (Davis).pdf
Carey Danis 2007-12-31 (Devore).pdf

Carey Danis 2007-12-31 (Dononhoo).pdf
Carey Danis 2007-12-31 (Eschenbrenner).pdf
Carey Danis 2007-12-31 (Fencl).pdf
Carey Danis 2007-12-31 (Flessner).pdf
Carey Danis 2007-12-31 (Griffin).pdf
Carey Danis 2007-12-31 (Guevarra).pdf
Carey Danis 2007-12-31 (Hardaway).pdf
Carey Danis 2007-12-31 (Hessling).pdf
Carey Danis 2007-12-31 (Holliday).pdf
Carey Danis 2007-12-31 (Huffman).pdf
Carey Danis 2007-12-31 (Hughs).pdf
Carey Danis 2007-12-31 (Hunt).pdf
Carey Danis 2007-12-31 (Ireland).pdf
Carey Danis 2007-12-31 (Jackson, Rosalyn).pdf
Carey Danis 2007-12-31 (Ladd).pdf
Carey Danis 2007-12-31 (Mannings).pdf
Carey Danis 2007-12-31 (Marshall).pdf
Carey Danis 2007-12-31 (MDL).pdf
Carey Danis 2007-12-31 (Morgan).pdf
Carey Danis 2007-12-31 (Murray).pdf
Carey Danis 2007-12-31 (Nance).pdf
Carey Danis 2007-12-31 (Nicol).pdf
Carey Danis 2007-12-31 (Oliver).pdf
Carey Danis 2007-12-31 (Patterson).pdf
Carey Danis 2007-12-31 (Rabe).pdf
Carey Danis 2007-12-31 (Reid).pdf
Carey Danis 2007-12-31 (Rich).pdf
Carey Danis 2007-12-31 (Ricker).pdf
Carey Danis 2007-12-31 (Riddle).pdf
Carey Danis 2007-12-31 (Roberts).pdf
Carey Danis 2007-12-31 (Rutherford).pdf
Carey Danis 2007-12-31 (Sanders).pdf
Carey Danis 2007-12-31 (Smith).pdf
Carey Danis 2007-12-31 (Swain).pdf
Carey Danis 2007-12-31 (Taylor).pdf
Carey Danis 2007-12-31 (Testa).pdf
Carey Danis 2007-12-31 (Tipton).pdf
Carey Danis 2007-12-31 (Vega).pdf
Carey Danis 2007-12-31 (Vogel).pdf
Carey Danis 2007-12-31 (Watson).pdf
Carey Danis 2007-12-31 (Weir).pdf
Carey Danis 2007-12-31 (Woods).pdf
Carey Danis 2008-12-31 ( Benhoff).pdf
Carey Danis 2008-12-31 (Donohoo).pdf
Carey Danis 2008-12-31 (Hardaway).pdf

Carey Danis 2008-12-31 (Inlow).pdf
Carey Danis 2008-12-31 (MDL).pdf

Charfoos Christensen

Charfoos 2005-07-31.pdf
Charfoos 2005-08-31.pdf
Charfoos 2005-09-30.pdf
Charfoos 2005-10-31.pdf
Charfoos 2005-11-30.pdf
Charfoos 2005-12-31.pdf
Charfoos 2006-01-31.pdf
Charfoos 2006-04-30.pdf
Charfoos 2006-05-31.pdf
Charfoos 2006-06-30.PDF
Charfoos 2006-07-31.pdf
Charfoos 2006-08-31.PDF
Charfoos 2006-09-30.PDF
Charfoos 2006-10-31.pdf
Charfoos 2006-11-30.pdf

Childers Buck

Childers Buck 2005-08.pdf
Childers Buck 2005-09.pdf
Childers Buck 2005-10.pdf
Childers Buck Final Request.pdf

Cohen Milstein

Cohen Milstein 2005-08-31.pdf
Cohen Milstein 2005-09-30.PDF
Cohen Milstein 2005-10-31.pdf
Cohen Milstein 2005-11-30.pdf
Cohen Milstein 2006-02-28.PDF
Cohen Milstein 2006-04-30.PDF
Cohen Milstein 2006-05-31.PDF
Cohen Milstein 2006-06-30.pdf
Cohen Milstein 2006-07-31.PDF
Cohen Milstein 2006-09-30.PDF

CohenPlacitella

Cohen Placitella2003-11-30.pdf
Cohen Placitella2004-09-30.pdf

Cohen Placitella2004-10-31.pdf
Cohen Placitella2004-11-30.pdf
Cohen Placitella2004-12-31.pdf
Cohen Placitella2005-01-31.pdf
Cohen Placitella2005-02-28.pdf
Cohen Placitella2005-03-31.pdf
Cohen Placitella2005-04-30.pdf
Cohen Placitella2005-05-31.pdf
Cohen Placitella2005-06-30.pdf
Cohen Placitella2005-07-31.pdf
Cohen Placitella2005-08-31.pdf
Cohen Placitella2005-09-30.pdf
Cohen Placitella2005-10-31.pdf
Cohen Placitella2005-11-30.pdf
Cohen Placitella2005-12-31.pdf
Cohen Placitella2006-01-31.pdf
Cohen Placitella2006-02-28.pdf
Cohen Placitella2006-03-31.pdf
Cohen Placitella2006-04-30.pdf
Cohen Placitella2006-05-31.pdf
Cohen Placitella2006-06-30.pdf
Cohen Placitella2006-07-31.pdf
Cohen Placitella2006-08-31.pdf
Cohen Placitella2006-09-30.pdf
Cohen Placitella2006-10-31.pdf
Cohen Placitella2006-11-30.pdf
Cohen Placitella2006-12-31.pdf
Cohen Placitella2007-01-31.pdf
Cohen Placitella2007-02-28.pdf
Cohen Placitella2007-03-31.pdf
Cohen Placitella2007-04-30.pdf
Cohen Placitella2007-05-31.pdf
Cohen Placitella2007-06-30.pdf
Cohen Placitella2007-07-31.pdf
Cohen Placitella2007-08-31.pdf
Cohen Placitella2007-09-30.pdf
Cohen Placitella2007-10-31.pdf
Cohen Placitella2007-11-30.pdf
Cohen Placitella2007-12-31.pdf
Cohen Placitella2008-01-31.pdf
Cohen Placitella2008-02-28.pdf
Cohen Placitella2008-03-31.pdf
Cohen Placitella2008-04-30.pdf
Cohen Placitella2008-05-31.pdf
Cohen Placitella - rejection.pdf

Cuneo Gilbert

    Cuneo GIlibert 10-04 through 11-07 rejection.pdf
    Cuneo GIlibert 2004-10-31.pdf
    Cuneo GIlibert 2004-11-30.pdf
    Cuneo GIlibert 2004-12-31.pdf
    Cuneo GIlibert 2005-01-31.pdf
    Cuneo GIlibert 2005-02-28.pdf
    Cuneo GIlibert 2005-03-31.pdf
    Cuneo GIlibert 2005-04-07.pdf
    Cuneo GIlibert 2005-04-30.pdf
    Cuneo GIlibert 2005-06-30.pdf
    Cuneo GIlibert 2005-08-31.pdf
    Cuneo GIlibert 2005-09-30.pdf
    Cuneo GIlibert 2005-10-31.pdf
    Cuneo GIlibert 2005-11-30.pdf
    Cuneo GIlibert 2005-12-31.pdf
    Cuneo GIlibert 2006-01-31.pdf
    Cuneo GIlibert 2006-02-28.pdf
    Cuneo GIlibert 2006-04-30.pdf
    Cuneo GIlibert 2006-05-31.pdf
    Cuneo GIlibert 2006-08-31.pdf
    Cuneo GIlibert 2006-12-31.pdf
    Cuneo GIlibert 2007-01-31.pdf
    Cuneo GIlibert 2007-02-28.pdf
    Cuneo GIlibert 2007-11-30.pdf

Daniel Becnel

    Daniel Becnel - Montgomery - 5-31-2005.pdf
    Daniel Becnel 2005-04-30.pdf
    Daniel Becnel 2005-05-31.pdf
    Daniel Becnel 2005-06-30.pdf
    Daniel Becnel 2005-07-31.pdf
    Daniel Becnel 2005-08-31.pdf
    Daniel Becnel 2005-09-30.pdf
    Daniel Becnel 2005-10-31.pdf
    Daniel Becnel 2005-11-30.pdf
    Daniel Becnel 2005-12-31.pdf
    Daniel Becnel 2006-01-31.pdf
    Daniel Becnel 2006-02-28.pdf
    Daniel Becnel 2006-03-31.pdf
    Daniel Becnel 2006-04-30.pdf
    Daniel Becnel 2006-05-31.pdf
    Daniel Becnel 2006-06-30.pdf

Daniel Becnel 2006-07-31.pdf
Daniel Becnel 2006-08-31.pdf
Daniel Becnel 2006-09-30.pdf
Daniel Becnel 2006-10-31.pdf
Daniel Becnel 2006-11-30.pdf
Daniel Becnel 2006-12-31.pdf
Daniel Becnel 2007-01-31.pdf
Daniel Becnel 2007-02-28.pdf
Daniel Becnel 2007-03-31.pdf
Daniel Becnel 2007-04-30.pdf
Daniel Becnel 2007-05-31.pdf
Daniel Becnel 2007-07-31.pdf
Daniel Becnel 2007-08-31.pdf
Daniel Becnel 2007-09-30.pdf
Daniel Becnel 2007-11-30.pdf
Daniel Becnel 2007-12-31.pdf
Daniel Becnel 2008-01-31.pdf
Daniel Becnel 2008-02-28.pdf
Daniel Becnel 2008-04-30.pdf
Daniel Becnel 2008-08-31.pdf
Daniel Becnel.xls
Legal Documents.pdf

Davis Champ

Davis Champ 2006-09.pdf
Davis Champ Final Request.pdf
Davis Champ Letter of Withdrawal.pdf

Decision Quest

DecisionQuest 2007-04-30.pdf

Dugan & Browne

Dugan & Browne 2005-04-30.pdf
Dugan & Browne 2005-05-31.pdf
Dugan & Browne 2005-06-30.pdf
Dugan & Browne 2005-07-31.pdf
Dugan & Browne Final Request.pdf

Engstrom Lipscomb

Engstrom Lipscomb - 2005-05-31.pdf
Engstrom Lipscomb - 2005-06-30.pdf

-35-

Engstrom Lipscomb - 2005-07-31.pdf
Engstrom Lipscomb - 2005-08-31.pdf
Engstrom Lipscomb - 2005-09-30.pdf
Engstrom Lipscomb - 2005-10-31.pdf
Engstrom Lipscomb - 2005-11-30.pdf
Engstrom Lipscomb - 2005-12-31.pdf
Engstrom Lipscomb - 2006-01-31.pdf
Engstrom Lipscomb - 2006-02-28.pdf
Engstrom Lipscomb - 2006-03-31.pdf
Engstrom Lipscomb - 2006-04-30.pdf
Engstrom Lipscomb - 2006-05-31.pdf
Engstrom Lipscomb - 2006-06-30.pdf
Engstrom Lipscomb - 2006-07-31.pdf
Engstrom Lipscomb - 2006-08-31.pdf
Engstrom Lipscomb - 2006-09-30.pdf
Engstrom Lipscomb - 2006-10-31.pdf
Engstrom Lipscomb - 2006-11-30.pdf
Engstrom Lipscomb - 2006-12-31.pdf
Engstrom Lipscomb - 2007-01-31.pdf
Engstrom Lipscomb - 2007-02-28.pdf
Engstrom Lipscomb - 2007-03-31.pdf
Engstrom Lipscomb - 2007-04-30.pdf
Engstrom Lipscomb - 2007-05-31.pdf
Engstrom Lipscomb - 2007-06-30.pdf
Engstrom Lipscomb - 2007-07-31.pdf
Engstrom Lipscomb - 2007-08-31.pdf
Engstrom Lipscomb - 2007-09-30.pdf
Engstrom Lipscomb - 2007-10-31.pdf
Engstrom Lipscomb - 2007-11-30.pdf
Engstrom Lipscomb Time 4-8-05 through 12-31-07.pdf

Eric H. Weinberg

Eric Weinberg - Held - 2004-10-31.pdf
Eric Weinberg - Held - 2004-11-30.pdf
Eric Weinberg - Held - 2004-12-31.pdf
Eric Weinberg - Held - 2005-01-31.pdf
Eric Weinberg - Held - 2005-03-31.pdf
Eric Weinberg - Held - 2005-04-30.pdf
Eric Weinberg - Held - 2005-05-31.pdf
Eric Weinberg - Held - 2005-06-30.pdf
Eric Weinberg - Held - 2005-07-31.pdf
Eric Weinberg - Held - 2005-08-31.pdf
Eric Weinberg - Held - 2005-09-30.pdf
Eric Weinberg - Held - 2005-10-31.pdf

Eric Weinberg - Held - 2005-11-30.pdf
Eric Weinberg - Held - 2005-12-31.pdf
Eric Weinberg - Held - 2006-01-31.pdf
Eric Weinberg - Held - 2006-02-28.pdf
Eric Weinberg - Held - 2006-03-31.pdf
Eric Weinberg - Held - 2006-04-30.pdf
Eric Weinberg - Held - 2006-05-31.pdf
Eric Weinberg - Held - 2006-06-30.pdf
Eric Weinberg - Held - 2006-07-31.pdf
Eric Weinberg - Held - 2006-08-31.pdf
Eric Weinberg - Held - 2006-09-30.pdf
Eric Weinberg - Held - 2006-10-31.pdf
Eric Weinberg - Held - 2006-11-30.pdf
Eric Weinberg - Held - 2006-12-31.pdf
Eric Weinberg - Held - 2007-01-31.pdf
Eric Weinberg - Held - 2007-02-28.pdf
Eric Weinberg - Held - 2007-03-31.pdf
Eric Weinberg - Held - 2007-04-30.pdf
Eric Weinberg - Held - 2007-05-31.pdf
Eric Weinberg - Held - 2007-06-30.pdf
Eric Weinberg - Held - 2007-07-31.pdf
Eric Weinberg - Held - 2007-08-31.pdf
Eric Weinberg - Time - 2004-10-31.pdf
Eric Weinberg - Time - 2004-11-30.pdf
Eric Weinberg - Time - 2004-12-31.pdf
Eric Weinberg - Time - 2005-01-31.pdf
Eric Weinberg - Time - 2005-02-28.pdf
Eric Weinberg - Time - 2005-03-31.pdf
Eric Weinberg - Time - 2005-04-30.pdf
Eric Weinberg - Time - 2005-05-31.pdf
Eric Weinberg - Time - 2005-06-30.pdf
Eric Weinberg - Time - 2005-07-31.pdf
Eric Weinberg - Time - 2005-08-31.pdf
Eric Weinberg - Time - 2005-09-30.pdf
Eric Weinberg - Time - 2005-10-31.pdf
Eric Weinberg - Time - 2005-11-30.pdf
Eric Weinberg - Time - 2005-12-31.pdf
Eric Weinberg - Time - 2006-01-31.pdf
Eric Weinberg - Time - 2006-02-28.pdf
Eric Weinberg - Time - 2006-03-31.pdf
Eric Weinberg - Time - 2006-04-30.pdf
Eric Weinberg - Time - 2006-05-31.pdf
Eric Weinberg - Time - 2006-06-30.pdf
Eric Weinberg - Time - 2006-07-31.pdf
Eric Weinberg - Time - 2006-08-31.pdf

Eric Weinberg - Time - 2006-09-30.pdf
Eric Weinberg - Time - 2006-10-31.pdf
Eric Weinberg - Time - 2006-11-30.pdf
Eric Weinberg - Time - 2006-12-31.pdf
Eric Weinberg - Time - 2007-01-31.pdf
Eric Weinberg - Time - 2007-02-28.pdf
Eric Weinberg - Time - 2007-03-31.pdf
Eric Weinberg - Time - 2007-04-30.pdf
Eric Weinberg - Time - 2007-05-31.pdf
Eric Weinberg - Time - 2007-06-30.pdf
Eric Weinberg - Time - 2007-07-31.pdf
Eric Weinberg - Time - 2007-08-31.pdf
Eric Weinberg - Time - 2007-09-30.pdf
Eric Weinberg - Time - 2007-10-31.pdf
Eric Weinberg - Time - 2007-11-30.pdf

Escobedo Tippit

Escobedo Tippit 2002-12-31 Garza Felicia.pdf
Escobedo Tippit 2003-12-31 Garza Felicia.pdf
Escobedo Tippit 2004-12-31 Garza Felicia.pdf
Escobedo Tippit 2005-12-31 Garza Felicia.pdf
Escobedo Tippit 2006-12-31 Garza Felicia.pdf
Escobedo Tippit 2007-12-31 Garza Felicia.pdf
Escobedo Tippit 2008-12-31 Garza Felicia.pdf
Escobedo Tippit Felicia Garza 5-30-08.pdf

Fayard & Honeycutt

Fayard & Honeycutt 2005-05-31.pdf
Fayard & Honeycutt 2005-06-30.pdf
Fayard & Honeycutt 2005-07-31.pdf
Fayard & Honeycutt 2005-08-31.pdf
Fayard & Honeycutt 2005-09-30.pdf
Fayard & Honeycutt 2005-10-31.pdf
Fayard & Honeycutt 2005-11-30.pdf
Fayard & Honeycutt 2005-12-31.pdf
Fayard & Honeycutt 2006-01-31.pdf
Fayard & Honeycutt 2006-02-28.pdf
Fayard & Honeycutt 2006-03-31 Revised.pdf
Fayard & Honeycutt 2006-05-31.pdf
Fayard & Honeycutt 2006-06-30.pdf
Fayard & Honeycutt 2006-07-31.pdf
Fayard & Honeycutt 2006-08-31.pdf
Fayard & Honeycutt 2006-09-30.pdf

-38-

Fayard & Honeycutt 2006-10-31.pdf
Fayard & Honeycutt 2006-11-30.pdf
Fayard & Honeycutt 2006-12-31.pdf
Fayard & Honeycutt 2007-01-31.pdf
Fayard & Honeycutt 2007-02-28.pdf
Fayard & Honeycutt 2007-03-31.pdf
Fayard & Honeycutt 2007-04-30.pdf
Fayard & Honeycutt 2007-05-31.pdf
Fayard & Honeycutt 2007-06-30.pdf
Fayard & Honeycutt 2007-07-31.pdf
Fayard & Honeycutt 2007-09-30.pdf
Fayard & Honeycutt 2007-10-31.pdf
Fayard & Honeycutt 2007-11-30.pdf
Fayard & Honeycutt 2007-12-31.pdf
Fayard & Honeycutt 2008-04-30.pdf
Fayard & Honeycutt 2008-05-31.pdf
Fayard & Honeycutt 2008-06-30.pdf
Fayard & Honeycutt 2008-07-31.pdf
Fayard & Honeycutt 2008-08-31.pdf
Fayard & Honeycutt 2008-09-30.pdf
Fayard & Honeycutt 2008-10-31.pdf
Fayard & Honeycutt 2008-11-30.pdf
Fayard & Honeycutt 2009-02-28.pdf

Fayard & Honeycutt\Fayard & Honeycutt Review Notes

Fayard & Honeycutt Review Notes- Held Costs.pdf

Fibich Hampton

Fibich Hampton 2005-04-07.pdf
Fibich Hampton 2005-09-30.pdf
Fibich Hampton 2005-11-30..pdf
Fibich Hampton 2005-11-30.pdf
Fibich Hampton 2005-12-31.pdf
Fibich Hampton 2006-01-31.pdf
Fibich Hampton 2006-02-28.pdf
Fibich Hampton 2006-04-30.pdf
Fibich Hampton 2006-08-31.pdf
Fibich Hampton 2006-09-30.pdf
Fibich Hampton 2006-12-31..pdf
Fibich Hampton 2006-12-31.pdf
Fibich Hampton 2007-02-28.pdf
Fibich Hampton 2007-04-30.pdf
Fibich Hampton 2007-12-31..pdf

Fibich Hampton 2007-12-31.pdf
Fibich Hampton 2008-02-29.pdf
Fibich Hampton 2008-04-30.pdf
Fibich Hampton 2008-05-30_Original submission.pdf
Fibich Hampton 2008-05-31.pdf

Freese & Goss

Freese & Goss 2005-05-31.pdf
Freese & Goss 2005-06-30.pdf
Freese & Goss 2005-07-31.pdf
Freese & Goss 2005-08-31.pdf
Freese & Goss 2005-09-30.pdf
Freese & Goss 2005-10-31.pdf
Freese & Goss 2006-02-28.pdf
Freese & Goss 2006-05-31.pdf
Freese & Goss 2006-08-31.pdf
Freese & Goss 2006-09-30.pdf
Freese & Goss 2006-10-31.pdf
Freese & Goss 2006-11-30.pdf
Freese & Goss 2007-12-31.pdf
Freese & Goss 2008-01-31.pdf

Friedman

Friedman.pdf
RE Vioxx Time Submission.htm

Friedman\RE Vioxx Time Submission_files

colorschememapping.xml
filelist.xml
themedata.thmx

Gainsburgh Benjamin

Gainsburgh Benjamin 2005-05-31.pdf
Gainsburgh Benjamin 2005-06-30.pdf
Gainsburgh Benjamin 2005-07-31.pdf
Gainsburgh Benjamin 2005-08-26.pdf
Gainsburgh Benjamin 2005-09-30.pdf
Gainsburgh Benjamin 2005-10-31.pdf
Gainsburgh Benjamin 2005-11-30.pdf
Gainsburgh Benjamin 2005-12-31.pdf
Gainsburgh Benjamin 2006-01-31.pdf

Gainsburgh Benjamin 2006-02-28.pdf
Gainsburgh Benjamin 2006-03-31.pdf
Gainsburgh Benjamin 2006-04-30.pdf
Gainsburgh Benjamin 2006-05-31.pdf
Gainsburgh Benjamin 2006-06-30.pdf
Gainsburgh Benjamin 2006-07-31.pdf
Gainsburgh Benjamin 2006-08-31.pdf
Gainsburgh Benjamin 2006-09-30.pdf
Gainsburgh Benjamin 2006-10-31.pdf
Gainsburgh Benjamin 2006-11-30.pdf
Gainsburgh Benjamin 2006-12-31.pdf
Gainsburgh Benjamin 2007-01-31.pdf
Gainsburgh Benjamin 2007-02-28.pdf
Gainsburgh Benjamin 2007-03-31.pdf
Gainsburgh Benjamin 2007-04-30.pdf
Gainsburgh Benjamin 2007-05-31.pdf
Gainsburgh Benjamin 2007-06-30.pdf
Gainsburgh Benjamin 2007-07-31.pdf
Gainsburgh Benjamin 2007-08-31.pdf
Gainsburgh Benjamin 2007-09-30.pdf
Gainsburgh Benjamin 2007-10-31.pdf
Gainsburgh Benjamin 2007-11-30.pdf
Gainsburgh Benjamin 2007-12-31.pdf
Gainsburgh Benjamin 2008-01.pdf
Gainsburgh Benjamin 2008-02.pdf
Gainsburgh Benjamin 2008-03-31.pdf
Gainsburgh Benjamin 2008-04-30.pdf
Gainsburgh Benjamin 2008-05-31.pdf
Gainsburgh Benjamin 2008-06-30.pdf
Gainsburgh Benjamin 2008-07.pdf
Gainsburgh Benjamin 2008-08.pdf
Gainsburgh Benjamin 2008-09-30.pdf
Gainsburgh Benjamin 2008-10-31.pdf
Gainsburgh Benjamin 2008-11-30.pdf
Gainsburgh Benjamin 2008-12-31.pdf
Gainsburgh Benjamin 2009-01-31.pdf
Gainsburgh Benjamin 2009-02-28.pdf
Gainsburgh Benjamin 2009-03-31.pdf
Gainsburgh Benjamin 2009-04-30.pdf
Gainsburgh Benjamin 2009-06-30.pdf
Gainsburgh Benjamin 2009-08-31.pdf
Gainsburgh Benjamin 2009-09-30.pdf
Gainsburgh Benjamin 2009-10-31.pdf
Gainsburgh Benjamin 2009-11-30.pdf
Gainsburgh Benjamin 2009-12-31.pdf

Gainsburgh Benjamin 2010-01-31.pdf
Gainsburgh Benjamin 2010-02-28.pdf
Gainsburgh Benjamin 2010-03-31.pdf
Gainsburgh Benjamin 2010-04-30.pdf
Gainsburgh Benjamin 2010-05-31.pdf
Gainsburgh Benjamin 2010-06-31.pdf
Gainsburgh Benjamin 2010-07-31.pdf
Gainsburgh Benjamin 2010-08-31.pdf
Gainsburgh Benjamin 2010-10-31.pdf

Gallagher

The Gallagher Law Firm 2005-12-31.pdf
The Gallagher Law Firm 2006-12-31.pdf
The Gallagher Law Firm 2007-12-31.pdf
The Gallagher Law Firm 2008-01-31.pdf

Gancedo Nieves

Gancedo Nieves 2004-12 (California).pdf
Gancedo Nieves 2005-05.pdf
Gancedo Nieves 2005-06.pdf
Gancedo Nieves 2005-07.pdf
Gancedo Nieves 2005-08.pdf
Gancedo Nieves 2005-10.pdf
Gancedo Nieves 2005-11.pdf
Gancedo Nieves 2005-12 (California).pdf
Gancedo Nieves 2005-12.pdf
Gancedo Nieves 2006-01.pdf
Gancedo Nieves 2006-02.pdf
Gancedo Nieves 2006-03.pdf
Gancedo Nieves 2006-04.pdf
Gancedo Nieves 2006-05.pdf
Gancedo Nieves 2006-06.pdf
Gancedo Nieves 2006-07.pdf
Gancedo Nieves 2006-08.pdf
Gancedo Nieves 2006-09.pdf
Gancedo Nieves 2006-10.pdf
Gancedo Nieves 2006-11.pdf
Gancedo Nieves 2006-12 (California).pdf
Gancedo Nieves 2006-12.pdf
Gancedo Nieves 2007-01.pdf
Gancedo Nieves 2007-02.pdf
Gancedo Nieves 2007-12 (California).pdf
Gancedo Nieves 2008-11 (California).pdf

Gancedo Nieves Corrections 7-05 9-05 12-05 1-06.pdf

Gancedo Nieves\Add to exsiting files - 04232009

    Gancedo & Nieves 2005-05.pdf
    Gancedo & Nieves 2005-06.pdf
    Gancedo & Nieves 2005-07.pdf
    Gancedo & Nieves 2005-08.pdf
    Gancedo & Nieves 2005-10.pdf
    Gancedo & Nieves 2005-11.pdf
    Gancedo & Nieves 2005-12.pdf
    Gancedo & Nieves 2006-01.pdf
    Gancedo & Nieves 2006-02.pdf
    Gancedo & Nieves 2006-03.pdf
    Gancedo & Nieves 2006-04.pdf
    Gancedo & Nieves 2006-05.pdf
    Gancedo & Nieves 2006-07.pdf
    Gancedo & Nieves 2006-09.pdf

Gancedo Nieves\As of 04232009

    Gancedo & Nieves (California) 2002-12.pdf
    Gancedo & Nieves (California) 2003-12.pdf
    Gancedo & Nieves (California) 2004-12.pdf
    Gancedo & Nieves (California) 2005-12.pdf
    Gancedo & Nieves (California) 2006-12.pdf
    Gancedo & Nieves (California) 2007-12.pdf
    Gancedo & Nieves (California) 2008-12.pdf
    Gancedo & Nieves 2005-01.pdf
    Gancedo & Nieves 2005-02.pdf
    Gancedo & Nieves 2005-03.pdf
    Gancedo & Nieves 2005-04.pdf
    Gancedo & Nieves 2005-09.pdf

Gianni-Petoyan

    Gianni Petoyan 2006-03-31 (Arrigale).pdf
    Gianni Petoyan 2006-04-30 (Arrigale).pdf
    Gianni Petoyan 2006-05-31 (Arrigale).pdf
    Gianni Petoyan 2006-06-30 (Arrigale).pdf
    Gianni Petoyan 2006-07-31 (Arrigale).pdf
    Gianni Petoyan 2006-08-31 (Arrigale).pdf
    Gianni Petoyan 2006-09-30 (Arrigale).pdf
    Gianni Petoyan 2006-10-31 (Arrigale).pdf
    Gianni Petoyan 2006-11-30 (Arrigale).pdf

Gianni Petoyan 2006-12-31 (Arrigale).pdf
Gianni Petoyan 2007-10-31 (Arrigale).pdf
Gianni Petoyan 2007-11-30 (Arrigale).pdf

Girardi-Keese

2003-12 billing.pdf
Additional Support.pdf
billing 2003-11.pdf
Copy of Girard Keese Discrepancies after adjustments 3 (2).xls
daily timesheets 2001(00242895).pdf
daily timesheets 2002 (00242896).pdf
daily timesheets 2003 (00242897).pdf
Expert descof work performed.pdf
Expert Support.pdf
Experts.xls
Giardi Keese 2006-12-31..pdf
Giardi Keese 2007-12-31..pdf
Girardi Keese 2005-12-31.pdf
Girardi Keese 2008-01-31 cost submission.pdf
Girardi Keese 2008-12-31.pdf
Girardi keese adjustment 2.pdf
Girardi Keese airfare adjustments.pdf
Girardi Keese California 3-31-09 cost.pdf
Girardi Keese Discrepancies (consolidated).xls
Girardi keese expert fees (4).pdf
Girardi keese expert fees.pdf
Girardi Keese Time 2009-03-31 California.pdf
Girardi Keese Time 2009-03-31 Vioxx Committee.pdf
Girardi Keese Vioxx Submissions Rejected.pdf
Girardi-Keese Submissions 2001.pdf
Girardi-Keese Submissions 2002.pdf
Girardi-Keese Submissions 2003.pdf
Girardi-Keese Submissions 2004.pdf
Girardi-Keese Submissions 2005.pdf
Girardi-Keese Submissions 2006.pdf
Girardi-Keese Submissions 2007.pdf
Girardi-Keese Submissions 2008.pdf
Memogirrardi.doc
Memogirrardi.pdf
Monthly timesheets 2003-10 (00242893).pdf
Rejection breakdown.xls

Girardi-Keese\Girardi Keese Review Notes

Girardi keese adjustment 2.pdf
Girardi Keese Review Notes- Held Costs.pdf

Girardi-Keese\Reorganized Submissions

2002 Reorganized.pdf
2003 Reorganized.pdf
2004 Reorganized.pdf
2005 Reorganized.pdf
2006 Reorganized.pdf
2007 Reorganized.pdf

Goldenberg Heller

Goldenberg Heller 2004-06-30.pdf

Hagen Berman

Hagens Berman 2006-09-30.pdf
Hagens Berman 2006-10-31.pdf
Hagens Berman 2006-11-30.pdf
Hagens Berman 2006-12-31.pdf

Heins Mills

Heins Mills 2005-04-30.pdf
Heins Mills 2008-07-31.pdf

Heninger Garrison

Correspondence 10-20-08.pdf
Heninger Garrison 2005-06-30 Albright.pdf
Heninger Garrison 2005-07-31 Albright.pdf
Heninger Garrison 2005-08-31 Albright.pdf
Heninger Garrison 2005-08-31 resubmitted.pdf
Heninger Garrison 2005-09-30 Alrbright.pdf
Heninger Garrison 2005-09-30.pdf
Heninger Garrison 2005-10-31 Albright.pdf
Heninger Garrison 2005-10-31 Resubmitted.pdf
Heninger Garrison 2005-10-31.pdf
Heninger Garrison 2005-11-30 Albright.pdf
Heninger Garrison 2005-11-30 Resubmitted.pdf
Heninger Garrison 2005-11-30.pdf
Heninger Garrison 2005-12-31 Albright.pdf
Heninger Garrison 2005-12-31.pdf

Heninger Garrison 2006-01-31 Albright.pdf
Heninger Garrison 2006-02-28 Albright.pdf
Heninger Garrison 2006-03-31 Albright.pdf
Heninger Garrison 2006-04-30 Albright.pdf
Heninger Garrison 2006-05-31 Albright.pdf
Heninger Garrison 2006-06-30 Albright.pdf
Heninger Garrison 2006-07-31 Albright.pdf
Heninger Garrison 2006-08-31 Albright.pdf
Heninger Garrison 2006-09-30 Albright.pdf
Heninger Garrison 2006-10-31 Albright.pdf
Heninger Garrison 2006-11-30 Albright.pdf
Heninger Garrison 2006-12-31 Albright.pdf
Heninger Garrison 2007-01-31 Albright.pdf
Heninger Garrison 2007-02-28 Albright.pdf
Heninger Garrison 2007-03-31 Albright.pdf
Heninger Garrison 2007-04-30 Albright.pdf
Heninger Garrison 2007-06-30 Albright.pdf
Heninger Garrison 2007-07-31 Albright.pdf
Heninger Garrison 2007-09-30 Albright.pdf
Heninger Garrison 2007-12-31.pdf
Heninger Garrison 2008-06-30.pdf

Herman Herman

Attachment to HHKC 2005-06.pdf
Attachment to HHKC 2005-07.pdf
Attachment to HHKC 2005-08.pdf
Attachment to HHKC 2005-11.pdf
Attachment to HHKC 2005-12.pdf
Attachment to HHKC 2005-12-31.pdf
Attachment to HHKC 2006-01.pdf
Attachment to HHKC 2006-01-31 (2).pdf
Attachment to HHKC 2006-03-31.pdf
Attachment to HHKC 2006-04.pdf
Attachment to HHKC 2006-04-30 (2).pdf
Attachment to HHKC 2006-05-31.pdf
Attachment to HHKC 2006-08-31.pdf
Attachment to HHKC 2007-01.pdf
Attachment to HHKC 2007-02.pdf
Attachment to HHKC 2007-03.pdf
Attachment to HHKC 2007-05.pdf
Attachment to HHKC 2007-06.pdf
Attachment to HHKC 2007-11.pdf
Attachment to HHKC 2007-12.pdf
Attachment to HHKC 2008-01.pdf

Gates Committee Time- Revised.pdf
Gates Committee Time.pdf
Held and Shared Cost Accepted Between Jan 08 and Mar 09.pdf
Held-Shared Costs Seperated Worksheet.xls
Herman Herman 2006-09 Review.xls
Herman Herman 2006-11 Review.xls
Herman Herman 2007-01 Review.xls
Herman Herman 2007-03 Review.xls
Herman Herman 2007-04 Review.xls
Herman Herman 2007-05 Review.xls
Herman Herman 2007-06 Review.xls
Herman Herman 2007-07 Review.xls
Herman Herman 2007-08 Review.xls
Herman Herman 2007-09 Review.xls
Herman Herman 2007-10 Review.xls
Herman Herman 2007-11 Review.xls
Herman Herman 2007-12 Review.xls
Herman Herman 2008-04 Review.xls
Herman Herman 2008-06 Review.xls
Herman Herman 2008-07 Review.xls
Herman Herman 2008-08 Review.xls
Herman Herman 2008-10 Review.xls
Herman Herman 2008-11 Review.xls
Herman Herman 2008-12 Review.xls
Herman Herman 2009-01 Review.xls
Herman Herman 2009-04 Review.xls
Herman Herman 2009-05 Review.xls
Herman Herman 2009-06 Review.xls
Herman Herman 2009-07 Review.xls
Herman Herman 2009-08 Review.xls
Herman Herman 2009-09 Review.xls
Herman Herman 2009-10 Review.xls
Herman Herman 2009-11 Review.xls
Herman Herman 2009-12 Review.xls
Herman Herman 2010-01 Review.xls
Herman Herman Vioxx Unapproved Costs.pdf
HHKC (Pro Se) 2007-12.pdf
HHKC (Pro Se) 2008-01.pdf
HHKC (Pro Se) 2008-02.pdf
HHKC 2004-12.pdf
HHKC 2005-04-07.pdf
HHKC 2005-04-30.pdf
HHKC 2005-05.pdf
HHKC 2005-06.pdf
HHKC 2005-07.pdf

HHKC 2005-08.pdf
HHKC 2005-09.pdf
HHKC 2005-10.pdf
HHKC 2005-11.pdf
HHKC 2005-12.pdf
HHKC 2006-01.pdf
HHKC 2006-02.pdf
HHKC 2006-03.pdf
HHKC 2006-04.pdf
HHKC 2006-05.pdf
HHKC 2006-06- Revised.pdf
HHKC 2006-06.pdf
HHKC 2006-07- Revised.pdf
HHKC 2006-07.pdf
HHKC 2006-08- Revised.pdf
HHKC 2006-08.pdf
HHKC 2006-09- Revised.pdf
HHKC 2006-09.pdf
HHKC 2006-10.pdf
HHKC 2006-11- Revised.pdf
HHKC 2006-11.pdf
HHKC 2006-12- Revised.pdf
HHKC 2006-12.pdf
HHKC 2007-01- Revised.pdf
HHKC 2007-01.pdf
HHKC 2007-02- Revised.pdf
HHKC 2007-02.pdf
HHKC 2007-03- Revised.pdf
HHKC 2007-03.pdf
HHKC 2007-04- Revised.pdf
HHKC 2007-04.pdf
HHKC 2007-05- Revised.pdf
HHKC 2007-05.pdf
HHKC 2007-06- Revised.pdf
HHKC 2007-06.pdf
HHKC 2007-07- Revised.pdf
HHKC 2007-07.pdf
HHKC 2007-08- Revised.pdf
HHKC 2007-08.pdf
HHKC 2007-09- Revised.pdf
HHKC 2007-09.pdf
HHKC 2007-10- Revised.pdf
HHKC 2007-10.pdf
HHKC 2007-11- Revised.pdf
HHKC 2007-11.pdf

HHKC 2007-12- Revised.pdf
HHKC 2007-12.pdf
HHKC 2008-01- Revised.pdf
HHKC 2008-01.pdf
HHKC 2008-02- Revised.pdf
HHKC 2008-02.pdf
HHKC 2008-03- Revised.pdf
HHKC 2008-03.pdf
HHKC 2008-04- Revised.pdf
HHKC 2008-04.pdf
HHKC 2008-05- Revised.pdf
HHKC 2008-05.pdf
HHKC 2008-06- Revised.pdf
HHKC 2008-06.pdf
HHKC 2008-07- Revised.pdf
HHKC 2008-07.pdf
HHKC 2008-08- Revised.pdf
HHKC 2008-08.pdf
HHKC 2008-09- Revised.pdf
HHKC 2008-09.pdf
HHKC 2008-10- Revised.pdf
HHKC 2008-10.pdf
HHKC 2008-11- Revised.pdf
HHKC 2008-11.pdf
HHKC 2008-12- Revised.pdf
HHKC 2008-12.pdf
HHKC 2009-01- Revised.pdf
HHKC 2009-01.pdf
HHKC 2009-02- Revised.pdf
HHKC 2009-02.pdf
HHKC 2009-03- Revised.pdf
HHKC 2009-03.pdf
HHKC 2009-04- Revised.pdf
HHKC 2009-04.pdf
HHKC 2009-05- Revised.pdf
HHKC 2009-05.pdf
HHKC 2009-06.pdf
HHKC 2009-07.pdf
HHKC 2009-08.pdf
HHKC 2009-09.pdf
HHKC 2009-10.pdf
HHKC 2009-11.pdf
HHKC 2009-12.pdf
HHKC 2010-01.pdf
HHKC 2010-02.pdf

HHKC 2010-03.pdf
HHKC Correspondence.pdf
Post- Settlement Time- Revised.pdf
Post- Settlement Time.pdf
Russ Herman Time Daily Report.pdf
Settlement & Gates Reconciliation.xls
Settlement Time Reconciliation.xls

Herman Herman\Herman Herman Review Notes

Herman Herman Review Notes- Held Costs.pdf
Herman Herman Time Rec Jan 08 - Mar 09.xlsx

Herman Herman\Shared Costs

HHKC 2008-01 Shared Costs.pdf
HHKC 2008-02 Shared Costs.pdf
HHKC 2008-03 Shared Costs.pdf
HHKC 2008-04 Shared Costs.pdf
HHKC 2008-05 Shared Costs.pdf
HHKC 2008-06 Shared Costs.pdf
HHKC 2008-07 Shared Costs.pdf
HHKC 2008-08 Shared Costs.pdf
HHKC 2008-09 Shared Costs.pdf
HHKC 2008-10 Shared Costs.pdf
HHKC 2008-11 Shared Costs.pdf
HHKC 2008-12 Shared Costs.pdf
HHKC 2009-01 Shared Costs.pdf
HHKC 2009-02 Shared Costs.pdf
HHKC 2009-03 Shared Costs.pdf

Holman

Holman 2006-06-30.pdf
Holman 2006-07-31.pdf
Holman 2006-08-31.pdf
Holman 2007-02-28.pdf
Holman 2007-04-30.pdf
Holman 2007-05-31.pdf
Holman 2007-06-30.pdf
Holman 2007-08-31.pdf
Holman 2007-09-30.pdf
Holman 2007-12-31.pdf
Holman 2008-01-31.pdf
Holman 2008-03-31.pdf

Holman 2008-04-30.pdf
Holman 2008-05-31.pdf

Hovde Dassow

Hovde Dassow 2007-12-31.pdf

Irpino

Irpino 2005-05-31.pdf
Irpino 2005-06-30.pdf
Irpino 2005-07-31.pdf
Irpino 2005-08-31.pdf
Irpino 2005-09-30.pdf
Irpino 2005-10-31.pdf
Irpino 2005-11-30.pdf
Irpino 2005-12-31.pdf
Irpino 2006-01-31.pdf
Irpino 2006-02-28.pdf
Irpino 2006-03-31.pdf
Irpino 2006-04-30.pdf
Irpino 2006-06-30.pdf
Irpino 2006-07-31.pdf
Irpino 2006-08-31.pdf
Irpino 2006-09-30.pdf
Irpino 2006-10-31.pdf
Irpino 2006-11-30.pdf
Irpino 2006-12-31.pdf
Irpino 2007-01-31.pdf
Irpino 2007-02-28.pdf
Irpino 2007-05-31.pdf
Irpino 2007-06-30.pdf
Irpino 2007-07-31.pdf
Irpino 2007-08-31.pdf
Irpino 2007-09-30.pdf
Irpino 2007-10-31.pdf
Irpino 2007-11.pdf

Jacobs Burns

Jacobs Burns 2005-11-30.pdf
Jacobs Burns 2006-05-31.pdf
Jacobs Burns 2006-06-30.pdf

John Hornbeck

John Hornbeck 2005-01-31.pdf
John Hornbeck 2005-02-28.pdf
John Hornbeck 2005-03-31.pdf
John Hornbeck 2005-05-31.pdf
John Hornbeck 2005-06-30.pdf
John Hornbeck 2005-07-31.pdf
John Hornbeck 2005-08-31.pdf
John Hornbeck 2005-09-30.pdf
John Hornbeck 2005-10-31.pdf
John Hornbeck 2005-11-30.pdf
John Hornbeck 2005-12-31.pdf
John Hornbeck 2006-01-31.pdf
John Hornbeck 2006-02-28.pdf
John Hornbeck 2006-03-31.pdf

Johnson & Perkinson

J&P Time & Expenses 2006-09-30.pdf
Johnson & Perkins TimeExpenses 2005-11-30.pdf
Johnson & Perkinson 2005-08-31.pdf
Johnson & Perkinson 2005-09-30.pdf
Johnson & Perkinson 2005-10-31.pdf
Johnson & Perkinson 2006-02-28.pdf
Johnson & Perkinson 2006-03-31.pdf
Johnson & Perkinson 2006-04-30.pdf
Johnson & Perkinson 2006-05-31.pdf
Johnson & Perkinson 2006-06-30.pdf
Johnson & Perkinson 2006-11-30.pdf
Johnson & Perkinson 2006-12-31.pdf
Johnson & Perkinson 2007-01-31.pdf
Johnson & Perkinson 2007-02-28.pdf
Johnson & Perkinson 2007-03-31.pdf
Johnson & Perkinson 2007-04-30.pdf
Johnson & Perkinson 2007-07-31.pdf
Johnson & Perkinson 2007-09-30.pdf
Johnson & Perkinson 2007-10-31.pdf
Johnson & Perkinson 2007-12-31.pdf
Johnson & Perkinson 2008-01-31.pdf
Johnson & Perkinson 2008-02-29.pdf
Johnson & Perkinson 2008-03-31.pdf
Johnson & Perkinson 2008-04-30.pdf
Johnson & Perkinson 2008-05-31.pdf
Johnson & Perkinson Time & Expenses 2005-12-31(resub).pdf
Johnson & Perkinson Time & Expenses 2006-01-31.pdf
Johnson & Perkinson Time & Expenses 2006-07-31.pdf

Johnson & Perkinson Time & Expenses 2006-08-31.pdf
Johnson & Perkinson Time & Expenses 2007-05-31.pdf
Johnson & Perkinson Time & Expenses 2007-06-30.pdf
Johnson & Perkinson Time & Expenses 2007-08-31.pdf
Johnson & Perkinson Time & Expenses 2007-11-30.pdf

Jones Verras

Jones Verras 2005-06-30.pdf
Jones Verras 2005-07-31.pdf
Jones Verras 2005-08-31.pdf
Jones Verras 2005-09-30.pdf
Jones Verras 2005-10-31.pdf
Jones Verras 2005-11-30.pdf
Jones Verras 2005-12-31.pdf
Jones Verras 2006-01-31.pdf
Jones Verras 2006-02-28.pdf
Jones Verras 2006-03-31.pdf
Jones Verras 2006-04-30.pdf
Jones Verras 2006-05-31.pdf
Jones Verras 2006-06-30.pdf
Jones Verras 2006-07-31.pdf
Jones Verras 2006-08-31.pdf
Jones Verras 2006-09-30.pdf
Jones Verras 2006-10-31.pdf
Jones Verras 2006-11-30.pdf
Jones Verras 2006-12-31.pdf
Jones Verras 2007-01-31.pdf
Jones Verras 2007-02-28.pdf
Jones Verras 2007-03-31.pdf
Jones Verras 2007-04-30.pdf

Kasowitz & Benson

90 day letter.pdf
90 day letter_updated.pdf
Kasowitz Benson 2005 Submissions.pdf
Kasowitz Benson 2005-04-30.pdf
Kasowitz Benson 2005-05-31.pdf
Kasowitz Benson 2005-06-30.pdf
Kasowitz Benson 2005-07-31.pdf
Kasowitz Benson 2005-08-31.pdf
Kasowitz Benson 2005-09-30.pdf
Kasowitz Benson 2005-10-31.pdf
Kasowitz Benson 2005-11-30.pdf

Kasowitz Benson 2005-12-31.pdf
Kasowitz Benson 2006 Submissions.pdf
Kasowitz Benson 2006-01-31 (New Jersey).pdf
Kasowitz Benson 2006-02-28 (NEW JERSEY).pdf
Kasowitz Benson 2006-03-31 (NEW JERSEY).pdf
Kasowitz Benson 2006-04-30 (NEW JERSEY).pdf
Kasowitz Benson 2006-05-31 (NEW JERSEY).pdf
Kasowitz Benson 2006-06-30 (NEW JERSEY).pdf
Kasowitz Benson 2006-07-31 (NEW JERSEY).pdf
Kasowitz Benson 2006-08-31 (NEW JERSEY).pdf
Kasowitz Benson 2006-09-30 (NEW JERSEY).pdf
Kasowitz Benson 2006-10-31 (NEW JERSEY).pdf
Kasowitz Benson 2006-11-30 (NEW JERSEY).pdf
Kasowitz Benson 2006-12-31 (NEW JERSEY).pdf
Kasowitz Benson 2007 Submissions.pdf
Kasowitz Benson 2007-01-31 (NEW JERSEY).pdf
Kasowitz Benson 2007-02-28 (NEW JERSEY).pdf
Kasowitz Benson 2007-04-30 (NEW JERSEY).pdf
Kasowitz Benson 2007-06-30 (NEW JERSEY).pdf
Kasowitz Benson 2007-09-30 (NEW JERSEY).pdf
Kasowitz Benson 2007-10-31 (NEW JERSEY).pdf
Kasowitz Benson 2007-11-30 (New Jersey).pdf
Kasowitz Benson- Settlement time 2008-04-30 (NEW JERSEY).pdf

Kasowitz & Benson\Kasowitz-Benson Review Notes

Kasowitz-Benson Review Notes- Held Costs.pdf

Keller Rohrback

Keller Rohrback 2008-07-31.pdf

Kerpsack

Kerpsack 2007-11.pdf

Kleinpeter Schwarz

Kleinpeter & Schwartzberg 2006-09-30.pdf

Kline & Specter

Attachment to Kline & Specter 2005-05.pdf
Attachment to Kline & Specter 2005-09.pdf
Attachment to Kline & Specter 2007-09.pdf

Kline & Specter 2005-05.pdf
Kline & Specter 2005-06.pdf
Kline & Specter 2005-07.pdf
Kline & Specter 2005-08.pdf
Kline & Specter 2005-09.pdf
Kline & Specter 2005-10.pdf
Kline & Specter 2005-11.pdf
Kline & Specter 2005-12.pdf
Kline & Specter 2006-01.pdf
Kline & Specter 2006-02.pdf
Kline & Specter 2006-03.pdf
Kline & Specter 2006-04.pdf
Kline & Specter 2006-05.pdf
Kline & Specter 2006-06.pdf
Kline & Specter 2006-07.pdf
Kline & Specter 2006-08.pdf
Kline & Specter 2006-09.pdf
Kline & Specter 2006-10.pdf
Kline & Specter 2006-11.pdf
Kline & Specter 2006-12.pdf
Kline & Specter 2007-01.pdf
Kline & Specter 2007-02.pdf
Kline & Specter 2007-03.pdf
Kline & Specter 2007-04.pdf
Kline & Specter 2007-05.pdf
Kline & Specter 2007-06.pdf
Kline & Specter 2007-07.pdf
Kline & Specter 2007-08.pdf
Kline & Specter 2007-09.pdf
Kline & Specter 2007-10.pdf
Kline & Specter 2007-11.pdf
Kline & Specter 2007-12.pdf
Kline & Specter 2008-01.pdf
Kline & Specter 2008-02.pdf
Kline & Specter 2008-03.pdf
Kline & Specter 2008-04.pdf
Kline & Specter 2008-05.pdf
Kline & Specter 2008-06.pdf
Kline & Specter 2008-07.pdf
Kline & Specter 2008-08.pdf
Kline & Specter 2008-09.pdf
Kline & Specter 2008-10.pdf
Kline & Specter 2008-11.pdf
Kline & Specter 2008-12.pdf
Kline & Specter 2009-01.pdf

Kline & Specter 2009-02.pdf
Kline & Specter 2009-03.pdf
Kline & Specter 2009-04-30.pdf
Kline & Specter 2009-05-31.pdf
Kline & Specter 2009-06-30.pdf

Kline & Specter\Kline Specter Review Notes

Kline Specter Review Notes- Held Costs.pdf

Labaton Sucharow

Labaton Sucharow 2005-06-30.pdf
Labaton Sucharow 2005-07-31.pdf
Labaton Sucharow 2005-08-31.pdf
Labaton Sucharow 2005-09-30.pdf
Labaton Sucharow 2005-10-31.pdf
Labaton Sucharow 2005-11-30.pdf
Labaton Sucharow 2005-12-31.pdf
Labaton Sucharow 2006-01-31.pdf
Labaton Sucharow 2006-02-28.pdf
Labaton Sucharow 2006-03-31.pdf
Labaton Sucharow 2006-04-30.pdf
Labaton Sucharow 2006-05-31.pdf
Labaton Sucharow 2006-06-30.pdf
Labaton Sucharow 2006-07-31.pdf
Labaton Sucharow 2006-08-31.pdf
Labaton Sucharow 2006-09-30.pdf
Labaton Sucharow 2006-11-30.pdf
Labaton Sucharow 2006-12-31.pdf
Labaton Sucharow 2007-01-31.pdf
Labaton Sucharow 2007-02-28.pdf
Labaton Sucharow 2007-03-31.pdf
Labaton Sucharow 2007-04-30.pdf
Labaton Sucharow 2007-05-31.pdf
Labaton Sucharow 2007-06-30.pdf
Labaton Sucharow 2007-07-31.pdf
Labaton Sucharow 2007-08-31.pdf
Labaton Sucharow 2007-09-30.pdf
Labaton Sucharow 2007-10-31.pdf
Labaton Sucharow 2007-11-30.pdf
Labaton Sucharow 2007-12-31.pdf
Labaton Sucharow 2008-01-31.pdf
Labaton Sucharow 2008-02-28.pdf
Labaton Sucharow 2008-03-31.pdf

Labaton Sucharow 2008-04-30.pdf
Labaton Sucharow 2008-05-31.pdf
Labaton Sucharow 2008-06-30.pdf

Langston

Langston 2005-05-31.pdf

Lanier

001_Reports of Member Firm Time.PDF
002_Certifications of Shared and Held Costs.PDF
003_Common Shared & Held Costs - Excluding Interest.PDF
004_Carol A. Ernst v. Merck & Co. - Interest Only.PDF
005_Common Shared & Held Costs - Excluding Hote & Interest Vol 1 of 2.PDF
006_Common Shared & Held Costs - Excluding Hotel & Interest Vol 2 of 2.PDF
007_Thomas Cona v. Merck & Co. - Interest Only.PDF
008_Shared & Held Costs - Cona Appeal.PDF
009_Brian Hermans v. Merck & Co. - Common Shared & Held Costs - Excluding Hote & Interest Vol 1 o.PDF
010_Brian Hermans v. Merck & Co. - Common Shared & Held Costs - Excluding Hote & Interest Vol 2 o.PDF
011_Brian Hermans v. Merck & Co. - Interest Vol. 1 of 2.PDF
012_Brian Hermans v. Merck & Co. - Interest Vol. 2 of 2.PDF
013_Hotel - Thomas Cona, etal (Trial 2-2A) & Brian Hermans, etal (Trial 3-3A).PDF
014_Airfare Adjustment Spreadsheet.PDF
015_Employee Expense Reimbursements Vol. 1 of 4.PDF
016_Employee Expense Reimbursements Vol. 2 of 4.PDF
017_Employee Expense Reimbursements Vol. 3 of 4.PDF
018_Employee Expense Reimbursements Vol. 4 of 4.PDF
019_Shared & Held Costs 2001 - 2003.PDF
020_Shared & Held Costs 2004.PDF
021_Shared & Held Costs 2005-04-07.PDF
022_Shared & Held Costs 2005-12-31 Vol. 1 of 2.PDF
023_Shared & Held Costs 2005-12-31 Vol. 2 of 2.PDF
024_Shared & Held Costs 2006 Vol. 1 of 2.PDF
025_Shared & Held Costs 2006 Vol. 2 of 2.PDF
026_Shared & Held Costs 2007.PDF
027_Shared & Held Costs 2008.PDF
028_Carol Ernst, etal Direct Shared & Held Costs.PDF
029_Thomas Cona, etal Direct Shared & Held Costs.PDF
030_Brian Hermans, etal Direct Shared & Held Costs.PDF
031_Bank & Financial Institution Charges 2001 - 2008 Vol. 1 of 2.PDF
032_Bank & Financial Institution Charges 2001 - 2008 Vol. 2 of 2.PDF

2003 Pre-MDL Corrections.pdf
2004 Pre-MDL Corrections.pdf
2005 MDL Corrections.pdf
2006 MDL Corrections.pdf
2007 MDL Corrections.pdf
2008 MDL Corrections.pdf
Ashcraft & Gerel 2006-08-31 cost submission.PDF
Cona Trial Corrections.pdf
Ernst Trial Corrections.pdf
Hermans Trial Corrections.pdf
Lanier 2001-12-31 (Member Firm Time Reports).PDF
Lanier 2004-12-31 cost submission.pdf
Lanier 2006-06-30 (Robert Sons) cost submission.pdf
Lanier 2006-10-31 (Jeffery Smith).pdf
Lanier 2006-12-31 (Harrie Black).pdf
Lanier 2007-06-30 (Ernst v. Merck) Held Cost Submission.pdf
Lanier 2007-06-30 (Margie DeBoise).pdf
Lanier 2007-06-30 (Richardson).pdf
Lanier 2007-07-31 (John Slater).pdf
Lanier 2007-07-31 (Regal).pdf
Lanier 2008-03-31 (James D. Prochaska).pdf
Lanier 2008-04-30 (Dennis Dorsch).pdf
Lanier 2008-04-30 (Paula Harding).pdf
Lanier 2008-04-30 (Porter).pdf
Lanier 2008-05-31 (Linda A. Battles).pdf
Lanier 2008-05-31 (Loyce Bishop).pdf
Lanier 2008-06-30 (Daniel Sutlief).pdf
Lanier 2008-06-30 (Keith Stubblefeild).pdf
Lanier 2008-06-30 (Marion J. Difuro).pdf
Lanier 2008-06-30 (Mary A. Foster).pdf
Lanier 2008-06-30 (Stringer).pdf
Lanier 2008-06-31 (Carolee R. Murray).pdf
Lanier 2008-07-31 (Anita C. Case).pdf
Lanier 2008-07-31 (Helen Wooten).pdf
Lanier 2008-07-31 (Jack D. Gannon).pdf
Lanier 2008-07-31 (Palmer).pdf
Lanier 2008-08-31 (Ana Guerra).pdf
Lanier 2008-08-31 (Dale H. Lindeburg).pdf
Lanier 2008-09-30 (Arthur T. Holloway).pdf
Lanier 2008-09-30 (Darron L. Kautz).pdf
Lanier 2008-09-30 (Elliot Harris).pdf
Lanier 2008-09-30 (Glenda Cater-Tatum).pdf
Lanier 2008-09-30 (Kay Faubion-Hopson).pdf
Lanier 2008-10-15 (Certifications of Shared and Held Costs).PDF
Lanier 2008-10-15 (Common Shared & Held Costs - Excluding Interest).PDF

Lanier 2008-10-31 (Brian Hermans v. Merck & Co. - Common Shared & Held Costs - Excluding Hote & In.PDF
Lanier 2008-10-31 (Carol A. Ernst v. Merck & Co. - Interest Only).PDF
Lanier 2008-10-31 (Carolyn A Cardoza).pdf
Lanier 2008-10-31 (Charles King).pdf
Lanier 2008-10-31 (Common Shared & Held Costs - Excluding Hotel & Interest Vol 1 of 2).PDF
Lanier 2008-10-31 (Common Shared & Held Costs - Excluding Hotel & Interest Vol 2 of 2).PDF
Lanier 2008-10-31 (Robert Daley).pdf
Lanier 2008-10-31 (Shared & Held Costs - Cona Appeal).PDF
Lanier 2008-10-31 (Shared and Held Costs).pdf
Lanier 2008-10-31 (Thomas Cona v. Merck & Co. - Interest Only).PDF
Lanier 2008-11-30 (Barry Ponder).pdf
Lanier 2008-11-30 (Charlie L. Flynn).pdf
Lanier 2008-11-30 cost submission.pdf
Lanier 2008-12-31 (Helen Dodd).pdf
Lanier 2008-12-31 (Shared and Held Costs).pdf
Lanier 2009-01-31 (Shared and Held Costs).pdf
Lanier 2009-02-28 (Shared and Held Costs).pdf
Lanier 2009-03-31 (Shared and Held Costs).pdf
Lanier 2009-04-30 (Shared and Held Costs).pdf
Lanier Brian Hermans v. Merck & Co. - Common Shared & Held Costs - Excluding Hote & Interest Vol 2.PDF
Rejection letter.pdf

Lanier\New Submissions

Ana Guerra Rejection.pdf
Diner's Club.pdf
Lanier- Murray Submission.pdf
Lanier New Submission Rejections 7-1-09.pdf
Lanier New Submission Rejections.xls
Lanier New Submissions.xls
Lanier Submission Status as of 7-1-09.pdf
Lanier Submission Status as of 7-21-09.pdf
Lanier Submission Status as of 7-22-09.pdf
Lanier Submission Status as of 7-27-09.pdf
Replacement summary forms.pdf
SCAN.zip
SCAN0215_000.pdf
SCAN1669_000.pdf
SCAN1862_000.pdf
SCAN1957_000.pdf
SCAN1958_000.pdf

SCAN1959_000.pdf
SCAN1960_000.pdf
SCAN1961_000.pdf
SCAN1962_000.pdf
SCAN1963_000.pdf
SCAN1964_000.pdf
SCAN1965_000.pdf
SCAN1966_000.pdf
SCAN1967_000.pdf
SCAN1968_000.pdf
SCAN1969_000.pdf
SCAN1970_000.pdf
SCAN1996_000.pdf
SCAN2180_000.pdf
SCAN2211_000.pdf
SCAN2212_000.pdf
SCAN2225_000.pdf
SCAN2226_000.pdf
SCAN2229_000.pdf
SCAN2319_000.pdf
SCAN2322_000.pdf
SCAN2325_000.pdf
SCAN2326_000.pdf
SCAN2391_000.pdf
SCAN2393_000.pdf
Smith hotel.pdf
Status as of 5-12-09.pdf
Status as of 5-19-09.pdf
Status as of 5-28-09 v 1.pdf
Status as of 5-29-09.pdf
Status as of 6-17-09.pdf
Status as of 6-19-08.pdf

Lanier\New Submissions\Rejection Corrections

Ana Guerra addition support.pdf
Barry Ponder additional support.pdf
Holloway additional support.pdf
Lanier Rejections Status.xls
Palmer additional support.pdf
Porter additional support.pdf
Robert Daley Additional Support.pdf
Sons additional support.pdf
Stubblefeild additional support.pdf

Lanier\Review of Submissions

      Feb to Apr 09 Reconciliation.xls
      Lanier Airfare Adjustments 8.26.09.xls
      LANIER FIRM - CONA TRIAL.xls
      LANIER FIRM - ERNST TRIAL.xls
      LANIER FIRM - HERMANS TRIAL.xls
      Lanier MDL Rejected 2005-2008 and Pre-MDl.xls
      Lanier New Submission Rejections.xls
      Lanier Rejections.2.5.09.xls
      Lanier Rejections1.29.09.xls
      Recap as of 12-9-08.xls
      Reconciliation of Expenses.xls
      Reconciliation of Specific Case Submissions.xls

**DVD 2** FOLDER

Levin Fishbein

      Levin Fishbein 2005-04.pdf
      Levin Fishbein 2005-05-31.pdf
      Levin Fishbein 2005-06.pdf
      Levin Fishbein 2005-07-31.pdf
      Levin Fishbein 2005-08 -31.pdf
      Levin Fishbein 2005-09.pdf
      Levin Fishbein 2005-10-31.pdf
      Levin Fishbein 2005-11.pdf
      Levin Fishbein 2005-12-31.pdf
      Levin Fishbein 2006-01-31.pdf
      Levin Fishbein 2006-02.pdf
      Levin Fishbein 2006-03-31 (Local 68).pdf
      Levin Fishbein 2006-03-31.pdf
      Levin Fishbein 2006-04 (Local 68).pdf
      Levin Fishbein 2006-04.pdf
      Levin Fishbein 2006-05-31 (Local 68).pdf
      Levin Fishbein 2006-05-31.pdf
      Levin Fishbein 2006-06 (Local 68).pdf
      Levin Fishbein 2006-06.pdf
      Levin Fishbein 2006-07-31 (Local 68).pdf
      Levin Fishbein 2006-07-31.pdf
      Levin Fishbein 2006-08-31 (Local 68).pdf
      Levin Fishbein 2006-08-31.pdf
      Levin Fishbein 2006-09 (Local 68).pdf
      Levin Fishbein 2006-09.pdf
      Levin Fishbein 2006-10-31 (Local 68).pdf

Levin Fishbein 2006-10-31.pdf
Levin Fishbein 2006-11 (Local 68).pdf
Levin Fishbein 2006-11-30.pdf
Levin Fishbein 2006-12-31 (Local 68).pdf
Levin Fishbein 2006-12-31.pdf
Levin Fishbein 2007-01-31 (Local 68).pdf
Levin Fishbein 2007-01-31.pdf
Levin Fishbein 2007-02 (Local 68).pdf
Levin Fishbein 2007-02.pdf
Levin Fishbein 2007-03-31 (Local 68).pdf
Levin Fishbein 2007-03-31.pdf
Levin Fishbein 2007-04 (Local 68).pdf
Levin Fishbein 2007-04.pdf
Levin Fishbein 2007-05 (Local 68).pdf
Levin Fishbein 2007-05-31.pdf
Levin Fishbein 2007-06 (Local 68).pdf
Levin Fishbein 2007-06.pdf
Levin Fishbein 2007-07 (Local 68).pdf
Levin Fishbein 2007-07.pdf
Levin Fishbein 2007-08 (Local 68).pdf
Levin Fishbein 2007-08.pdf
Levin Fishbein 2007-09 (Local 68).pdf
Levin Fishbein 2007-09 (New Jersey).pdf
Levin Fishbein 2007-09.pdf
Levin Fishbein 2007-10.pdf
Levin Fishbein 2007-11.pdf
Levin Fishbein 2007-12.pdf
Levin Fishbein 2008-01.pdf
Levin Fishbein 2008-02 (Local 68).pdf
Levin Fishbein 2008-02.pdf
Levin Fishbein 2008-03.pdf
Levin Fishbein 2008-04.pdf
Levin Fishbein 2008-05.pdf
Levin Fishbein 2008-06.pdf
Levin Fishbein 2008-07.pdf
Levin Fishbein 2008-08.pdf
Levin Fishbein 2008-09.pdf
Levin Fishbein 2008-10.pdf
Levin Fishbein 2008-11.pdf
Levin Fishbein 2008-12.pdf
Levin Fishbein 2009-01.pdf
Levin Fishbein 2009-02.pdf
Levin Fishbein 2009-03.pdf
Levin Fishbein 2009-04.pdf
Levin Fishbein 2009-05.pdf

Levin Fishbein 2009-06.pdf
Levin Fishbein 2009-07.pdf
Levin Fishbein 2009-08.pdf
Levin Fishbein 2009-09.pdf
Levin Fishbein 2009-10.pdf
Levin Fishbein 2009-11.pdf
Levin Fishbein 2009-12.pdf
Levin Fishbein 2010-01.pdf
Levin Fishbein 2010-02.pdf
Levin Fishbein 2010-03.pdf
Levin Fishbein 2010-04- REVISED.pdf
Levin Fishbein 2010-04.pdf
Levin Fishbein 2010-05.pdf
Levin Fishbein 2010-06.pdf
Levin Fishbein 2010-07.pdf
Levin Fishbein 2010-08.pdf
Levin Fishbein 2010-09.pdf
Levin Fishbein 2010-10.pdf
Review of Levin Fishbein 2009-07-31.xlsx
Review of Levin Fishbein 2009-08-31.xls
Review of Levin Fishbein 2009-09-30.xls
Review of Levin Fishbein 2009-10-31.xls
Review of Levin Fishbein 2009-11-30.xls
Review of Levin Fishbein 2009-12-31.xls
Review of Levin Fishbein 2010-01-31.xls
Review of Levin Fishbein 2010-02-28.xls
Review of Levin Fishbein 2010-03-31.xls
Review of Levin Fishbein 2010-04-30.xls
Review of Levin Fishbein 2010-05-31.xls
Review of Levin Fishbein 2010-06-30.xls
Review of Levin Fishbein 2010-07-30.xls
Review of Levin Fishbein 2010-08-31.xls
Review of Levin Fishbein 2010-09-30.xls
Review of Levin Fishbein 2010-10-31.xls
Levin Fishbein Review Notes- Held Costs.pdf

Levin Papantonio

Attachment to Levin Papantonio (KOZIC) 2007-12.pdf
Attachment to Levin Papantonio 2005-06.pdf
Attachment to Levin Papantonio 2006-03.pdf
Attachment to Levin Papantonio 2006-11.pdf
Attachment to Levin Papantonio 2006-12.pdf
Levin Papantonio 2005-04.pdf
Levin Papantonio 2005-05.pdf

Levin Papantonio 2005-06.pdf
Levin Papantonio 2005-07.pdf
Levin Papantonio 2005-08.pdf
Levin Papantonio 2005-09.pdf
Levin Papantonio 2005-11.pdf
Levin Papantonio 2005-12 (Irvin Trial Shared Expenses).pdf
Levin Papantonio 2005-12.pdf
Levin Papantonio 2006-01 (Irvin Trial Shared Expenses).pdf
Levin Papantonio 2006-01.pdf
Levin Papantonio 2006-02 (Irvin Trial Shared Expenses).pdf
Levin Papantonio 2006-02 (Irvin Trial).pdf
Levin Papantonio 2006-02.pdf
Levin Papantonio 2006-03 (Irvin Trial Held Costs).pdf
Levin Papantonio 2006-03 (Irvin Trial).pdf
Levin Papantonio 2006-03.pdf
Levin Papantonio 2006-03H (Irvin Trial Shared Expenses).pdf
Levin Papantonio 2006-04 (Irvin Held Costs).pdf
Levin Papantonio 2006-04 (Irvin Trial Held Costs).pdf
Levin Papantonio 2006-04 (Irvin Trial Shared Expenses).pdf
Levin Papantonio 2006-04.pdf
Levin Papantonio 2006-05 (Irvin Trial Shared Expenses).pdf
Levin Papantonio 2006-05 (Irvin Trial).pdf
Levin Papantonio 2006-05.pdf
Levin Papantonio 2006-06.pdf
Levin Papantonio 2006-07.pdf
Levin Papantonio 2006-08 (Appell Trial).pdf
Levin Papantonio 2006-08.pdf
Levin Papantonio 2006-09 (Appell Trial).pdf
Levin Papantonio 2006-09.pdf
Levin Papantonio 2006-10 (Appell Trial).pdf
Levin Papantonio 2006-10.pdf
Levin Papantonio 2006-11 (Appell Trial).pdf
Levin Papantonio 2006-11.pdf
Levin Papantonio 2006-12 (Appell Trial).pdf
Levin Papantonio 2006-12.pdf
Levin Papantonio 2007-01 (Appell Trial).pdf
Levin Papantonio 2007-01 (Irvin Trial Shared Expenses).pdf
Levin Papantonio 2007-01.pdf
Levin Papantonio 2007-02.pdf
Levin Papantonio 2007-03 (KOZIC).pdf
Levin Papantonio 2007-03.pdf
Levin Papantonio 2007-04 (KOZIC).pdf
Levin Papantonio 2007-04.pdf
Levin Papantonio 2007-05 (KOZIC).pdf
Levin Papantonio 2007-05.pdf

Levin Papantonio 2007-06 (KOZIC).pdf
Levin Papantonio 2007-06.pdf
Levin Papantonio 2007-07 (KOZIC).pdf
Levin Papantonio 2007-07.pdf
Levin Papantonio 2007-08 (KOZIC).pdf
Levin Papantonio 2007-08.pdf
Levin Papantonio 2007-09 (Appell Trial).pdf
Levin Papantonio 2007-09 (KOZIC).pdf
Levin Papantonio 2007-09.pdf
Levin Papantonio 2007-10 (Appell Trial).pdf
Levin Papantonio 2007-10 (KOZIC).pdf
Levin Papantonio 2007-10.pdf
Levin Papantonio 2007-11 (Kozic Case).pdf
Levin Papantonio 2007-11.pdf
Levin Papantonio 2007-12 (KOZIC).pdf
Levin Papantonio 2007-12.pdf
Levin Papantonio 2008-01 (KOZIC).pdf
Levin Papantonio 2008-01.pdf
Levin Papantonio 2008-02 (KOZIC).pdf
Levin Papantonio 2008-02.pdf
Levin Papantonio 2008-03.pdf
Levin Papantonio 2008-04.pdf
Levin Papantonio 2008-07.pdf
Levin Papantonio 2008-08.pdf
Levin Papantonio 2008-09.pdf
Levin Papantonio 2008-10.pdf
Levin Papantonio (Appell) 2006-12.pdf
Levin Papantonio (Irvin) 2006-02.pdf
Levin Papantonio (Irvin) 2006-03.pdf
Levin Papantonio (Irvin) 2006-04.pdf
Levin Papantonio 2005-06.pdf
Levin Papantonio 2005-10.pdf
Levin Papantonio 2007-02.pdf
Levin Papantonio (Humeston) 2005-10.pdf
Levin Papantonio (Irvin) 2005-09pdf.pdf
Levin Papantonio (Irvin) 2005-10.pdf
Levin Papantonio 2007-11.pdf
Levin Papantonio 2007-12.pdf
Levin Papantonio 2008-01.pdf
Levin Papantonio 2008-02.pdf
 Levin Papantonio 2008-11.pdf
Levin Papantonio 2008-12.pdf
Levin Papantonio - Time - 2005-10.pdf
Levin Papantonio - Time - 2006-02 (Irvin) .pdf
Levin Papantonio - Time - 2007-02.pdf

Levin Papantonio 2005-06.pdf
Levin Papantonio 2005-09.pdf
Levin Papantonio 2005-10.pdf
Levin Papantonio Reveiw Notes- Held Costs.pdf  February 2007 Shared Costs.pdf
July 2006 Shared Costs.pdf
October 2006 Shared Costs.pdf

Levin Simes

Levin Simes 2005-11-30 (Eric Topel).pdf
Levin Simes 2006-04-30 (New Jersey).pdf
Levin Simes 2006-05-31 (David Graham).pdf

Lewis & Roberts

Lewis Roberts 2006-07-31.pdf
Lewis Roberts 2006-12-31 (Elliott Harris).pdf
Lewis Roberts 2006-12-31 (Harrie Black).pdf
Lewis Roberts 2006-12-31 (Jeff Smith).pdf
Lewis Roberts 2006-12-31 (John Scurti).pdf
Lewis Roberts 2006-12-31 (John Slater).pdf
Lewis Roberts 2006-12-31 (Margie Deboise).pdf
Lewis Roberts 2006-12-31 (Perry Jordan).pdf
Lewis Roberts 2006-12-31 (Perry Regal).pdf
Lewis Roberts 2006-12-31 (Time).pdf
Lewis Roberts 2006-12-31 (Vernon Richardson).pdf
Lewis Roberts 2006-12-31 (Willie Mitchum).pdf
Lewis Roberts 2006-12-31.pdf
Lewis Roberts 2007-01-31.pdf
Lewis Roberts 2007-02-28.pdf
Lewis Roberts 2007-04-30.pdf
Lewis Roberts 2007-05-31.pdf
Lewis Roberts 2007-07-31.pdf
Lewis Roberts 2007-08-31.pdf
Lewis Roberts 2007-09-30.pdf
Lewis Roberts 2007-10-31.pdf
Lewis Roberts 2007-11-30 (Clifford Jones).pdf
Lewis Roberts 2007-11-30 (Dawn Zermani).pdf
Lewis Roberts 2007-11-30 (Elliott Harris).pdf
Lewis Roberts 2007-11-30 (Harrie Black).pdf
Lewis Roberts 2007-11-30 (James Hill).pdf
Lewis Roberts 2007-11-30 (Jane Calhoun).pdf
Lewis Roberts 2007-11-30 (Jeff Smith).pdf
Lewis Roberts 2007-11-30 (John Scurti).pdf
Lewis Roberts 2007-11-30 (John Slater).pdf

Lewis Roberts 2007-11-30 (Joyce Whitehead).pdf
Lewis Roberts 2007-11-30 (Kaye Gray).pdf
Lewis Roberts 2007-11-30 (Margie Deboise).pdf
Lewis Roberts 2007-11-30 (Mary McMillan).pdf
Lewis Roberts 2007-11-30 (Mildred McAllister).pdf
Lewis Roberts 2007-11-30 (Perry Jordan).pdf
Lewis Roberts 2007-11-30 (Perry Regal).pdf
Lewis Roberts 2007-11-30 (Sonja Sawyer).pdf
Lewis Roberts 2007-11-30 (Vernon Richardson).pdf
Lewis Roberts 2007-11-30 (William Bowman).pdf
Lewis Roberts 2007-11-30 (Willie Mitchum).pdf
Lewis Roberts 2007-11-30.pdf

Lieff Cabraser

Lieff Cabraser 2004-10-31 (Held Costs).pdf
Lieff Cabraser 2004-11-30 (Held Costs).pdf
Lieff Cabraser 2004-12-31 (Held Costs).pdf
Lieff Cabraser 2005-01-31 (Held Costs).pdf
Lieff Cabraser 2005-02-28 (Held Costs).pdf
Lieff Cabraser 2005-03-31 (Held Costs).pdf
Lieff Cabraser 2005-04-07.pdf
Lieff Cabraser 2005-04-30 (Held Costs).pdf
Lieff Cabraser 2005-04-30.pdf
Lieff Cabraser 2005-05-31 (Time Submission).pdf
Lieff Cabraser 2005-05-31.pdf
Lieff Cabraser 2005-06-30.pdf
Lieff Cabraser 2005-07-31 (Held Costs).pdf
Lieff Cabraser 2005-07-31.pdf
Lieff Cabraser 2005-08-31 (Held Costs).pdf
Lieff Cabraser 2005-08-31.pdf
Lieff Cabraser 2005-09-30 (Held Costs).pdf
Lieff Cabraser 2005-09-30.pdf
Lieff Cabraser 2005-10-31 (Held Costs).pdf
Lieff Cabraser 2005-10-31.pdf
Lieff Cabraser 2005-11-30 (Held Costs).pdf
Lieff Cabraser 2005-11-30.pdf
Lieff Cabraser 2005-12-31 (Held Costs).pdf
Lieff Cabraser 2005-12-31.pdf
Lieff Cabraser 2006-01-31 (Held Costs).pdf
Lieff Cabraser 2006-01-31.pdf
Lieff Cabraser 2006-02-28 (Held Costs).pdf
Lieff Cabraser 2006-02-28.pdf
Lieff Cabraser 2006-03-31 (Held Costs).pdf
Lieff Cabraser 2006-03-31.pdf

Lieff Cabraser 2006-04-30 (Held Costs).pdf
Lieff Cabraser 2006-04-30.pdf
Lieff Cabraser 2006-05-31 (Held Costs).pdf
Lieff Cabraser 2006-05-31.pdf
Lieff Cabraser 2006-06-30 (Held Costs).pdf
Lieff Cabraser 2006-06-30.pdf
Lieff Cabraser 2006-07-31 (Held Costs).pdf
Lieff Cabraser 2006-07-31.pdf
Lieff Cabraser 2006-08-31 (Held Costs).pdf
Lieff Cabraser 2006-08-31.pdf
Lieff Cabraser 2006-09-30 (Held Costs).pdf
Lieff Cabraser 2006-09-30.pdf
Lieff Cabraser 2006-10-31 (Held Costs).pdf
Lieff Cabraser 2006-10-31.pdf
Lieff Cabraser 2006-11-30 (Held Costs).pdf
Lieff Cabraser 2006-11-30.pdf
Lieff Cabraser 2006-12-31 (Held Costs).pdf
Lieff Cabraser 2006-12-31.pdf
Lieff Cabraser 2007-01-31 (Held Costs).pdf
Lieff Cabraser 2007-01-31.pdf
Lieff Cabraser 2007-02-28 (Held Costs).pdf
Lieff Cabraser 2007-02-28.pdf
Lieff Cabraser 2007-03-31 (Held Costs).pdf
Lieff Cabraser 2007-03-31.pdf
Lieff Cabraser 2007-04-30 (Held Costs).pdf
Lieff Cabraser 2007-04-30.pdf
Lieff Cabraser 2007-05-31 (Held Costs).pdf
Lieff Cabraser 2007-05-31.pdf
Lieff Cabraser 2007-06-30 (Held Costs).pdf
Lieff Cabraser 2007-06-30.pdf
Lieff Cabraser 2007-07-31 (Held Costs).pdf
Lieff Cabraser 2007-07-31.pdf
Lieff Cabraser 2007-08-31 (Held Costs).pdf
Lieff Cabraser 2007-08-31.pdf
Lieff Cabraser 2007-09-30 (Held Costs).pdf
Lieff Cabraser 2007-09-30.pdf
Lieff Cabraser 2007-10-31 (Held Costs).pdf
Lieff Cabraser 2007-10-31.pdf
Lieff Cabraser 2007-11-30 (Held Costs).pdf
Lieff Cabraser 2007-11-30.pdf
Lieff Cabraser 2007-12-31 (Held Costs).pdf
Lieff Cabraser 2007-12-31.pdf
Lieff Cabraser 2008-01-31.pdf
Lieff Cabraser 2008-02-28.pdf
Lieff Cabraser 2008-03-31.pdf

Lieff Cabraser 2008-04-30.pdf
Lieff Cabraser 2008-05-31.pdf
Lieff Cabraser 2008-06-30.pdf
Lieff Cabraser 2008-07-31.pdf
Lieff Cabraser 2008-08-31.pdf
Lieff Cabraser 2008-09-30.pdf
Lieff Cabraser 2008-10-31.pdf
Lieff Cabraser 2008-11-30.pdf
Lieff Cabraser 2008-12-31.pdf
Lieff Cabraser 2009-01-31.pdf
Lieff Cabraser 2009-02-28.pdf
Lieff Cabraser 2009-03-31.pdf
Lieff Cabraser 2009-04-30.pdf
Lieff Cabraser 2009-05-31.pdf
Lieff Cabraser 2009-06-30.pdf
Lieff Cabraser 2009-07-31.pdf
Lieff Cabraser 2009-08-31.pdf
Lieff Cabraser 2009-09-30.pdf
Lieff Cabraser 2009-10-31.pdf
Lieff Cabraser 2009-11-30.pdf
Lieff Cabraser 2009-12-31.pdf
Lieff Cabraser 2010-01-31.pdf
Lieff Cabraser 2010-02-28.pdf
Lieff Cabraser 2010-03-31.pdf
Lieff Cabraser 2010-04 Time Review Notes- REVISED.xls
Lieff Cabraser 2010-04 Time Review Notes.xls
Lieff Cabraser 2010-04-30- REVISED.pdf
Lieff Cabraser 2010-04-30.pdf
Lieff Cabraser 2010-05 Time Review Notes.xls
Lieff Cabraser 2010-05-31.pdf
Lieff Cabraser 2010-06 Time Review Notes.xls
Lieff Cabraser 2010-06-30.pdf
Pages from fax4@wdco biz_20090427_152915-2.pdf

Lockridge Grindal

Lockridge Grindal 2004-05-31.pdf
Lockridge Grindal 2005-05.pdf
Lockridge Grindal 2005-06.pdf
Lockridge Grindal 2005-07.pdf
Lockridge Grindal 2005-08.pdf
Lockridge Grindal 2005-09.pdf
Lockridge Grindal 2005-10.pdf
Lockridge Grindal 2005-11.pdf
Lockridge Grindal 2005-12.pdf

Lockridge Grindal 2006-01.pdf
Lockridge Grindal 2006-02.pdf
Lockridge Grindal 2006-03.pdf
Lockridge Grindal 2006-04.pdf
Lockridge Grindal 2006-05.pdf
Lockridge Grindal 2006-06.pdf
Lockridge Grindal 2006-07.pdf
Lockridge Grindal 2006-08.pdf
Lockridge Grindal 2006-09.pdf
Lockridge Grindal 2006-10.pdf
Lockridge Grindal 2006-11.pdf
Lockridge Grindal 2006-12.pdf
Lockridge Grindal 2007-01.pdf
Lockridge Grindal 2007-02.pdf
Lockridge Grindal 2007-03.pdf
Lockridge Grindal 2007-04.pdf
Lockridge Grindal 2007-05.pdf
Lockridge Grindal 2007-06.pdf

Locks

Lock 2005 Submissions.pdf
Lock 2006 Submissions.pdf
Lock 2007 Submissions.pdf
Locks Law Firm 2005-04-30.pdf
Locks Law Firm 2005-05-31.pdf
Locks Law Firm 2005-06-30.pdf
Locks Law Firm 2005-07-31.pdf
Locks Law Firm 2005-08-31.pdf
Locks Law Firm 2005-09-30.pdf
Locks Law Firm 2005-10-31.pdf
Locks Law Firm 2005-11-30.pdf
Locks Law Firm 2005-12-31.pdf
Locks Law Firm 2006-01-31.pdf
Locks Law Firm 2006-02-28.pdf
Locks Law Firm 2006-03-31.pdf
Locks Law Firm 2006-04-30.pdf
Locks Law Firm 2006-05-31.pdf
Locks Law Firm 2006-06-30.pdf
Locks Law Firm 2006-07-31.pdf
Locks Law Firm 2006-08-31.pdf
Locks Law Firm 2007-01-31.pdf
Locks Law Firm 2007-03-31.pdf
Locks Law Firm 2007-04-30.pdf
Locks Law Firm 2007-12-31.pdf

Submission Review 2005-2007.xls
Locks Review Notes- Held Costs.pdf

Lopez Hodes

Lopez Hodes 2005-05-31.pdf
Lopez Hodes 2005-06-30.pdf
Lopez Hodes 2005-07-31.pdf
Lopez Hodes 2005-08-31.pdf
Lopez Hodes 2005-09-30.pdf
Lopez Hodes 2005-10-31.pdf
Lopez Hodes 2005-11-30.pdf
Lopez Hodes 2005-12-31.pdf
Lopez Hodes 2006-01-31.pdf
Lopez Hodes 2006-02-28.pdf
Lopez Hodes 2006-03-31.pdf
Lopez Hodes 2006-04-30.pdf
Lopez Hodes 2006-05-31.pdf
Lopez Hodes 2006-06-30.pdf
Lopez Hodes 2006-07-31.pdf
Lopez Hodes 2006-08-31.pdf
Lopez Hodes 2006-09-30.pdf
Lopez Hodes 2006-10-31.pdf
Lopez Hodes 2006-11-30.pdf
Lopez Hodes 2006-12-31.pdf
Lopez Hodes 2007-01-31.pdf
Lopez Hodes 2007-02-28.pdf
Lopez Hodes 2007-03-31.pdf
Lopez Hodes 2007-04-30.pdf
Lopez Hodes 2007-05-31.pdf
Lopez Hodes 2007-06-30.pdf
Lopez Hodes 2007-07-31.pdf
Lopez Hodes 2007-08-31.pdf
Lopez Hodes 2007-09-30.pdf
Lopez Hodes 2007-10-31.pdf
Lopez Hodes 2007-11-30.pdf
Lopez Hodes 2007-12-31.pdf
Lopez Hodes 2008-03-31.pdf

Lundy & Davis

Lundy & Davis 2004-12-31.pdf
Lundy & Davis 2005-01-31.pdf
Lundy & Davis 2005-02-28.pdf
Lundy & Davis 2005-03-31.pdf

Lundy & Davis 2005-04-30.pdf
Lundy & Davis 2005-05-31.pdf
Lundy & Davis 2005-06-30.pdf
Lundy & Davis 2005-07-31.pdf
Lundy & Davis 2005-08-31.pdf
Lundy & Davis 2005-09-30.pdf
Lundy & Davis 2005-10-31.pdf
Lundy & Davis 2005-11-30.pdf
Lundy & Davis 2006-01-31.pdf
Lundy & Davis 2006-02-28.pdf
Lundy & Davis 2006-03-31.pdf
Lundy & Davis 2006-04-30.pdf
Lundy & Davis 2007-06-30.pdf
Lundy & Davis 2007-07-31.pdf
Lundy & Davis 2007-09-30.pdf

Martin & Jones

Martin & Jones 2005-07-31 (NJ Case).pdf
Martin & Jones 2006-09-30 (NJ Case).pdf
Martin & Jones 2007-08-31 (Jerry Saine Case).pdf
Martin & Jones 2007-09-30 (Shelby Polk Case).pdf
Martin & Jones 2007-10-31 (Billy Carter Case).pdf
Martin & Jones 2007-10-31 (Carroll Bud Paulk Case).pdf
Martin & Jones 2007-10-31 (Ceceilia Ingram Case).pdf
Martin & Jones 2007-10-31 (George Haddock Case).pdf
Martin & Jones 2007-10-31 (William Baird Case).pdf
Martin & Jones 2007-11-30 (Ammie Ray Sanderson).pdf
Martin & Jones 2007-11-30 (Bill Romans Case).pdf
Martin & Jones 2007-11-30 (Grace Beshears Case).pdf
Martin & Jones 2007-11-30 (John Byrd Case).pdf
Martin & Jones 2007-11-30 (Marlin McMahan Case).pdf
Martin & Jones 2007-11-30.pdf

Matthews Time

Matthews 2004-12.pdf
Matthews 2005-12 (Anderson).pdf
Matthews 2005-12 (Barragan).pdf
Matthews 2005-12 (Casteel).pdf
Matthews 2005-12 (Czebotar).pdf
Matthews 2005-12 (Garza).pdf
Matthews 2005-12 (Hernandez).pdf
Matthews 2005-12 (Melendez).pdf
Matthews 2005-12 (Miller).pdf

-72-

Matthews 2005-12 (Perez).pdf
Matthews 2005-12 (Rigby).pdf
Matthews 2005-12 (Sokol).pdf
Matthews 2005-12 (Stephenson).pdf
Matthews 2005-12 (Stone).pdf
Matthews 2005-12.pdf
Matthews 2006-12 (Anderson).pdf
Matthews 2006-12 (Casteel).pdf
Matthews 2006-12 (Czebotar).pdf
Matthews 2006-12 (Fowler).pdf
Matthews 2006-12 (Garza).pdf
Matthews 2006-12 (Kelly).pdf
Matthews 2006-12 (Ledbetter).pdf
Matthews 2006-12 (Melendez).pdf
Matthews 2006-12 (Miller).pdf
Matthews 2006-12 (Perez).pdf
Matthews 2006-12 (Rigby).pdf
Matthews 2006-12 (Sokol).pdf
Matthews 2006-12 (Springfield).pdf
Matthews 2006-12 (Stephenson).pdf
Matthews 2006-12 (Stone).pdf
Matthews 2006-12.pdf
Matthews 2007-12 (Anderson).pdf
Matthews 2007-12 (Casteel).pdf
Matthews 2007-12 (Czebotar).pdf
Matthews 2007-12 (Fowler).pdf
Matthews 2007-12 (Garza).pdf
Matthews 2007-12 (Kelly).pdf
Matthews 2007-12 (Ledbetter).pdf
Matthews 2007-12 (Melendez).pdf
Matthews 2007-12 (Sokol).pdf
Matthews 2007-12 (Springfield).pdf
Matthews 2007-12 (Stephenson).pdf
Matthews 2007-12.pdf
Matthews 2008-12 (Anderson).pdf
Matthews 2008-12 (Miller).pdf
Matthews 2008-12 (Springfield).pdf
Matthews 2008-12.pdf

Matthews Expenses

Matthews 2004-12-31 (Kelly).pdf
Matthews 2004-12-31.pdf
Matthews 2005-12-31 (Anderson).pdf
Matthews 2005-12-31 (Casteel).pdf

Matthews 2005-12-31 (Czebotar).pdf
Matthews 2005-12-31 (Kelly).pdf
Matthews 2005-12-31 (Melendez).pdf
Matthews 2005-12-31 (Miller).pdf
Matthews 2005-12-31 (Rigby).pdf
Matthews 2005-12-31 (Sokol).pdf
Matthews 2005-12-31 (Springfield).pdf
Matthews 2005-12-31 (Stephenson).pdf
Matthews 2005-12-31.pdf
Matthews 2006-12-31 (Anderson).pdf
Matthews 2006-12-31 (Casteel).pdf
Matthews 2006-12-31 (Czebotar).pdf
Matthews 2006-12-31 (Kelly).pdf
Matthews 2006-12-31 (Melendez).pdf
Matthews 2006-12-31 (Miller).pdf
Matthews 2006-12-31 (Rigby).pdf
Matthews 2006-12-31 (Sokol).pdf
Matthews 2006-12-31 (Stephenson).pdf
Matthews 2006-12-31.pdf
Matthews 2007-12.pdf
Matthews 2007-12-31 (Casteel).pdf
Matthews 2007-12-31 (Czebotar).pdf
Matthews 2007-12-31 (Kelly).pdf
Matthews 2007-12-31 (Ledbetter).pdf
Matthews 2007-12-31 (Melendez).pdf
Matthews 2007-12-31 (Rigby).pdf
Matthews 2007-12-31 (Springfield).pdf
Matthews 2007-12-31 (Stephenson).pdf
Matthews 2008-12-31 (Casteel).pdf
Matthews 2008-12-31.pdf
Matthews Review Notes- Held Costs.pdf

Mithoff

Mithoff 2004-12-31.pdf
Mithoff 2005-08-31.pdf
Mithoff 2005-11-30.pdf Miscellaneous Correspondence.pdf

Morelli Ratner

Morelli Ratner 2005-03-31 Schiff.pdf
Morelli Ratner 2005-03-31 Weiss.pdf
Morelli Ratner 2005-04-30 (Rice).pdf
Morelli Ratner 2005-06-30 Schiff.pdf
Morelli Ratner 2005-06-30.pdf

Morelli Ratner 2005-07-31 (Ernst).pdf
Morelli Ratner 2005-07-31 (Rice).pdf
Morelli Ratner 2005-07-31.pdf
Morelli Ratner 2005-08-31 (Ernst).pdf
Morelli Ratner 2005-08-31 (Ortiz).pdf
Morelli Ratner 2005-09-30.pdf
Morelli Ratner 2005-10-31 Shanoski.pdf
Morelli Ratner 2005-12-31 (Schiff).pdf
Morelli Ratner 2005-5-31.pdf
Morelli Ratner 2006-01-31.pdf
Morelli Ratner 2006-02-28 (McDarby)..pdf
Morelli Ratner 2006-03-31 (McDarby).pdf
Morelli Ratner 2006-03-31 Ortiz.pdf
Morelli Ratner 2006-04-30 (McDarby).pdf
Morelli Ratner 2006-04-30 (Shanoski).pdf
Morelli Ratner 2006-06-30 Ortiz .pdf
Morelli Ratner 2006-06-30 Weiss.pdf
Morelli Ratner 2006-07-31 (Ortiz).pdf
Morelli Ratner 2006-07-31 (Schiff).pdf
Morelli Ratner 2006-07-31 (Shanoski).pdf
Morelli Ratner 2006-07-31 Weiss.pdf
Morelli Ratner 2006-08-31 (Ortiz).pdf
Morelli Ratner 2006-08-31 (Rice)..pdf
Morelli Ratner 2006-08-31 (Schiff)..pdf
Morelli Ratner 2006-08-31 (Shanoski)..pdf
Morelli Ratner 2006-08-31 (Time Weiss).pdf
Morelli Ratner 2006-08-31 (Weiss_exp).pdf
Morelli Ratner 2006-09-30 (Ortiz).pdf
Morelli Ratner 2006-09-30 (Rice).pdf
Morelli Ratner 2006-09-30 (Schiff).pdf
Morelli Ratner 2006-09-30 (Shanoski).pdf
Morelli Ratner 2006-09-30 (Weiss_exp).pdf
Morelli Ratner 2006-10-31 (Rice).pdf
Morelli Ratner 2006-10-31 (Schiff).pdf
Morelli Ratner 2006-10-31 (Shanoski).pdf
Morelli Ratner 2006-10-31 (Weiss).pdf
Morelli Ratner 2006-11-30 (Ortiz).pdf
Morelli Ratner 2006-11-30 (Rice).pdf
Morelli Ratner 2006-11-30 (Schiff).pdf
Morelli Ratner 2006-11-30 (Shanoski).pdf
Morelli Ratner 2006-11-30 (Weiss).pdf
Morelli Ratner 2006-12-31 (Henry Shanoski).pdf
Morelli Ratner 2006-12-31 (William Rice).pdf
Morelli Ratner 2006-12-31.pdf
Morelli Ratner 2006-2-28 (Ortiz).pdf

Morelli Ratner 2007-01-31 (Rice).pdf
Morelli Ratner 2007-01-31 (Shanoski).pdf
Morelli Ratner 2007-01-31 (Weiss).pdf
Morelli Ratner 2007-01-31.pdf
Morelli Ratner 2007-03-31 (Rice).pdf
Morelli Ratner 2007-03-31 Schiff.pdf
Morelli Ratner 2007-05-31 Schiff.pdf
Morelli Ratner 2007-06-30 (Weiss).pdf
Morelli Ratner 2007-08-31 (Schiff).pdf
Morelli Ratner 2007-09-30 (Schiff).pdf
Morelli Ratner 2007-10-31 (Weiss).pdf
Morelli Ratner 2007-11-30 (Schiff).pdf
Morelli Ratner 2007-2-28.pdf
Morelli Ratner 2008-05-31 (Original Submission).pdf
Morelli Ratner Airfare Expenses.pdf
Morelli Ratner New Held Cost Sheets.pdf

Motley Rice

Motley Rice 2004-11-31 (New Jersey).pdf
Motley Rice 2004-12-31 (New Jersey).pdf
Motley Rice 2005-01-31 (New Jersey).pdf
Motley Rice 2005-02-31 (New Jersey).pdf
Motley Rice 2005-03-31 (New Jersey).pdf
Motley Rice 2005-04-07 (New Jersey).pdf
Motley Rice 2005-04-30 (New Jersey).pdf
Motley Rice 2005-05 (New Jersey).pdf
Motley Rice 2005-06 (New Jersey).pdf
Motley Rice 2005-07 (New Jersey).pdf
Motley Rice 2005-08 (New Jersey).pdf
Motley Rice 2005-09 (New Jersey).pdf
Motley Rice 2005-10 (New Jersey).pdf
Motley Rice 2005-11 (New Jersey).pdf
Motley Rice 2005-12 (New Jersey).pdf
Motley Rice 2006-01 (New Jersey).pdf
Motley Rice 2006-01.pdf
Motley Rice 2006-02 (New Jersey).pdf
Motley Rice 2006-02.pdf
Motley Rice 2006-03 (New Jersey).pdf
Motley Rice 2006-04 (New Jersey).pdf
Motley Rice 2006-05 (New Jersey).pdf
Motley Rice 2006-06 (New Jersey).pdf
Motley Rice 2006-07 (New Jersey).pdf
Motley Rice 2006-08 (New Jersey).pdf
Motley Rice 2006-08.pdf

Motley Rice 2006-09 (New Jersey).pdf
Motley Rice 2006-09.pdf
Motley Rice 2006-10 (New Jersey).pdf
Motley Rice 2006-10.pdf
Motley Rice 2006-11 (New Jersey).pdf
Motley Rice 2006-11.pdf
Motley Rice 2006-12 (New Jersey).pdf
Motley Rice 2006-12.pdf
Motley Rice 2007-01 (New Jersey).pdf
Motley Rice 2007-01.pdf
Motley Rice 2007-02 (New Jersey).pdf
Motley Rice 2007-02.pdf
Motley Rice 2007-03 (New Jersey).pdf
Motley Rice 2007-03.pdf
Motley Rice 2007-04 (New Jersey).pdf
Motley Rice 2007-04.pdf
Motley Rice 2007-05 (New Jersey).pdf
Motley Rice 2007-05.pdf
Motley Rice 2007-06 (New Jersey).pdf
Motley Rice 2007-06.pdf
Motley Rice 2007-07 (New Jersey).pdf
Motley Rice 2007-07.pdf
Motley Rice 2007-08 (New Jersey).pdf
Motley Rice 2007-08.pdf
Motley Rice 2007-09.pdf
Motley Rice 2007-10 (New Jersey).pdf
Motley Rice 2007-10.pdf
Motley Rice 2007-11 (New Jersey).pdf
Motley Rice 2007-11.pdf
Motley Rice 2007-12 (New Jersey).pdf
Motley Rice 2007-12.pdf
Motley Rice 2008-01 (New Jersey).pdf
Motley Rice 2008-01.pdf
Motley Rice 2008-03 (New Jersey).pdf
Motley Rice 2008-07.pdf

Murray

Murray Law Firm 2005-01.pdf
Murray Law Firm 2005-02.pdf
Murray Law Firm 2005-03.pdf
Murray Law Firm 2005-04.pdf
Murray Law Firm 2005-05.pdf
Murray Law Firm 2005-06.pdf
Murray Law Firm 2005-07.pdf

Murray Law Firm 2005-08.pdf
Murray Law Firm 2005-09.pdf
Murray Law Firm 2005-10.pdf
Murray Law Firm 2005-11.pdf
Murray Law Firm 2005-12.pdf
Murray Law Firm 2006-01.pdf
Murray Law Firm 2006-02.pdf
Murray Law Firm 2006-03.pdf
Murray Law Firm 2006-04.pdf
Murray Law Firm 2006-05.pdf

Neblett Beard

Neblett Beard 2005-04-07.pdf
Neblett Beard 2005-05.pdf
Neblett Beard 2005-06.pdf
Neblett Beard 2005-07.pdf
Neblett Beard 2005-08.pdf
Neblett Beard 2005-09.pdf
Neblett Beard 2005-10.pdf
Neblett Beard 2005-11.pdf
Neblett Beard 2005-12.pdf
Neblett Beard 2006-01.pdf
Neblett Beard 2006-02.pdf
Neblett Beard 2006-03.pdf
Neblett Beard 2006-04.pdf
Neblett Beard 2006-05.PDF
Neblett Beard 2006-06.pdf
Neblett Beard 2006-08.pdf
Neblett Beard 2006-09.pdf
Neblett Beard 2006-10.pdf
Neblett Beard 2006-11.pdf
Neblett Beard 2006-12.PDF
Neblett Beard 2007-01.pdf
Neblett Beard 2007-02.pdf
Neblett Beard 2007-03.pdf
Neblett Beard 2007-04.pdf
Neblett Beard 2007-05.pdf
Neblett Beard 2007-06.pdf
Neblett Beard 2007-07.pdf
Neblett Beard 2007-08.pdf
Neblett Beard 2007-09.pdf
Neblett Beard 2007-10.pdf
Neblett Beard 2007-11.pdf
Neblett Beard 2007-12.pdf

Neblett Beard 2008-01.pdf
Neblett Beard 2008-02.pdf
Neblett Beard 2008-03.pdf
Neblett Beard 2008-04.pdf
Neblett Beard 2008-05.pdf
Neblett Beard 2008-06.pdf
Neblett Beard 2008-07.pdf
Neblett Beard 2008-08.pdf
Neblett Beard 2008-09.pdf
Neblett Beard 2008-10.pdf
Neblett Beard 2008-11.pdf
Neblett Beard 2008-12.pdf
Neblett Beard 2009-01.pdf
Neblett Beard 2009-02.pdf
Neblett Beard 2009-03.pdf
Neblett Beard 2009-04.pdf
Neblett Beard 2009-05.pdf
Neblett Beard 2009-06.pdf
Neblett Beard 2009-07.pdf
Neblett Beard 2009-08.pdf
Neblett Beard 2009-09.pdf
Neblett Beard 2009-10.pdf
Neblett Beard 2009-11.pdf
Neblett Beard 2009-12.pdf
Neblett Beard 2010-01.pdf
Neblett Beard 2010-02.pdf
Neblett Beard 2010-03.pdf
Neblett Beard 2010-04.pdf
Neblett Beard 2010-05.pdf
Neblett Beard 2010-06.pdf
Neblett Beard 2010-07.pdf
Review of Neblett Beard 2009-06-30.xls
Review of Neblett Beard 2009-10-31.xls

Neblett & Beard Pre-MDL

1-1-05 to 4-7-05Neblett Beard time.xls
fax4_wdco_biz_20081115_092944.pdf
Neblett Beard 2005-05-31.pdf
Vioxx Held Costs-January 2005 to April 2005.tif
Vioxx Resubmission Letter & Time Sheets.tif
Vioxx Shared Cost Requests-January 2005 to April 2005.pdf

Neblett Beard Review Notes

Neblett Beard Review Notes- Held Cost.pdf

Panish Shea

    Daily Time Records.pdf
Panish Shea 2005-05-31 (Appell Lawrence).pdf
Panish Shea 2005-06-30 (Appell Lawrence).pdf
Panish Shea 2005-07-31 (Appell Lawrence).pdf
Panish Shea 2005-08-31 (Appell Lawrence).pdf
Panish Shea 2005-10-31 (Appell Lawrence).pdf
Panish Shea 2005-11-30 (Appell Lawrence).pdf
Panish Shea 2005-12-31 (Appell Lawrence).pdf
Panish Shea 2006-01-31 (Appell Lawrence).pdf
Panish Shea 2006-02-28 (Appell Lawrence).pdf
Panish Shea 2006-03-31 (Appell Lawrence).pdf
Panish Shea 2006-04-30 (Appell Lawrence).pdf
Panish Shea 2006-05-31 (Appell Lawrence).pdf
Panish Shea 2006-06-30 (Appell Lawrence).pdf
Panish Shea 2006-07-31 (Appell Lawrence).pdf
Panish Shea 2006-08-31 (Appell Lawrence).pdf
Panish Shea 2006-09-30 (Appell Lawrence).pdf
Panish Shea 2006-10-31 (Appell Lawrence).pdf
Panish Shea 2006-11-30 (Appell Lawrence).pdf
Panish Shea 2006-12-31 (Appell Lawrence).pdf
Panish Shea 2007-01-31 (Appell Lawrence).pdf
Panish Shea 2007-02-28 (Appell Lawrence).pdf
Panish Shea 2007-03-31 (Appell Lawrence).pdf
Panish Shea 2007-04-30 (Appell Lawrence).pdf
Panish Shea 2007-05-31 (Appell Lawrence).pdf
Panish Shea 2007-06-30 (Appell Lawrence).pdf
Panish Shea 2007-07-31 (Appell Lawrence).pdf
Panish Shea 2007-08-31 (Appell Lawrence).pdf
Panish Shea 2007-09-30 (Appell Lawrence).pdf
Panish Shea 2007-10-31.pdf
Panish Shea 2007-11-30 (Appell Lawrence).pdf
Panish Shea 2007-12-31 (Appell Lawrence).pdf
Panish Shea 2008-01-31 (Appell Lawrence).pdf
Panish Shea 2008-02-28.pdf
Panish Shea 2008-03-31 (Appell Lawrence).pdf
Panish Shea 2008-04-30 (Appell Lawrence).pdf
Panish Shea 2008-06-30 (Appell Lawrence).pdf
Panish_list.txt
Panish Shea 2005-09-30 (Appell Lawrence).pdf

Price Waicukauski

Price Waicukauski 2005-05-31.pdf
Price Waicukauski 2005-06.pdf
Price Waicukauski 2005-07-31.pdf
Price Waicukauski 2005-08-31.pdf
Price Waicukauski 2005-09-30.pdf
Price Waicukauski 2005-10-31.pdf
Price Waicukauski 2005-11-30.pdf
Price Waicukauski 2005-12-31.pdf
Price Waicukauski 2006-01-31.pdf
Price Waicukauski 2006-02-28.pdf
Price Waicukauski 2006-03-31.pdf
Price Waicukauski 2006-04-30 (Time Submission).pdf
Price Waicukauski 2006-05-31.pdf
Price Waicukauski 2006-06-30.pdf
Price Waicukauski 2006-08-31 (Time Submission).pdf
Price Waicukauski 2006-09-30.pdf
Price Waicukauski 2008-02-28.pdf
Price Waicukauski 2008-03-31.pdf
Price Waicukauski 2009-05-31.pdf
Price Waicukauski 2009-06-30_Time.pdf
Price_Waicukauski_list.txt

Provost Umphrey

Provost Umphrey 2006-07-31 (Smith).pdf
Provost Umphrey 2006-08-31 (Smith).pdf
Provost Umphrey 2006-09-30 (Smith).pdf
Provost Umphrey 2006-10-31 (Schwaller).pdf
Provost Umphrey 2006-11-30 (Frazier).pdf
Provost Umphrey 2006-12-31 (Frazier).pdf
Provost Umphrey 2007-01-31 (Frazier).pdf
Provost Umphrey 2007-02-28 (Feldman).pdf
Provost Umphrey 2007-02-28 (Frazier).pdf
Provost Umphrey 2007-02-28 (Schwaller).pdf
Provost Umphrey 2007-03-31 (Feldman).pdf
Provost Umphrey 2007-03-31 (Schwaller).pdf
Provost Umphrey 2007-04-30 (Feldman).pdf
Provost Umphrey 2007-04-30 (Frazier).pdf
Provost Umphrey 2007-04-30.pdf
Provost Umphrey 2007-05-31 (Feldman).pdf
Provost Umphrey 2007-05-31.pdf
Provost Umphrey 2007-06-30 (Feldman).pdf
Provost Umphrey 2007-06-30.pdf
Provost Umphrey 2007-07-31 (Feldman).pdf
Provost Umphrey 2007-07-31.pdf

Provost Umphrey 2007-08-31 (Feldman).pdf
Provost Umphrey 2007-08-31 (Frazier).pdf
Provost Umphrey 2007-08-31 (Winker).pdf
Provost Umphrey 2007-08-31.pdf
Provost Umphrey 2007-09-30 (Feldman).pdf
Provost Umphrey 2007-09-30 (Winker).pdf
Provost Umphrey 2007-09-30.pdf
Provost Umphrey 2007-10-31.pdf
Provost Umphrey 2007-11-30.pdf
Provost Umphrey 2007-12-31.pdf
Provost Umphrey 2008-01-31.pdf
Provost_Umphrey_list.txt

Ranier Gayle

Rainer Gayle 2007-02-28 (Ins Committee).pdf
Ranier Gayle 2005-06-30.pdf
Ranier Gayle 2005-07-31.pdf
Ranier Gayle 2005-08-31.pdf
Ranier Gayle 2005-09-30.pdf
Ranier Gayle 2005-10-31.pdf
Ranier Gayle 2005-11-30.pdf
Ranier Gayle 2005-12-31 (Irvin).pdf
Ranier Gayle 2005-12-31.pdf
Ranier Gayle 2006-01-31.pdf
Ranier Gayle 2006-02-28.pdf
Ranier Gayle 2006-03-31 (Irvin).pdf
Ranier Gayle 2006-03-31.pdf
Ranier Gayle 2006-04-30.pdf
Ranier Gayle 2006-05-31.pdf
Ranier Gayle 2006-06-30.pdf
Ranier Gayle 2006-07-31.pdf
Ranier Gayle 2006-08-31.pdf
Ranier Gayle 2006-09-30.pdf
Ranier Gayle 2006-10-31.pdf
Ranier Gayle 2006-11-30 (Mason).pdf
Ranier Gayle 2006-11-30 (Smith).pdf
Ranier Gayle 2006-11-30.pdf
Ranier Gayle 2006-12-31.pdf
Ranier Gayle 2007-01-31.pdf
Ranier Gayle 2007-02-28.pdf
Ranier Gayle 2007-03-31.pdf
Ranier Gayle 2007-04-30.pdf
Ranier Gayle 2007-05-31.pdf
Ranier Gayle 2007-06-30.pdf

Ranier Gayle 2007-07-31.pdf
Ranier Gayle 2007-08-31.pdf
Ranier Gayle 2007-09-30.pdf
Ranier Gayle 2007-10-31.pdf
Ranier Gayle 2007-11-30.pdf
Ranier Gayle 2007-12-31.pdf
Ranier Gayle 2008-01-31.pdf
Ranier Gayle 2008-02-28.pdf
Ranier Gayle 2008-03-31.pdf
Ranier Gayle 2008-05-31.pdf
Ranier Gayle 2008-06-30.pdf
Ranier Gayle 2008-08.pdf
Ranier Gayle 2008-09-30.pdf
Ranier Gayle 2008-11-30.pdf
Ranier Gayle 2008-12-31.pdf
Ranier Gayle 2009-01-31.pdf
Ranier Gayle 2009-04-30.pdf
Ranier Gayle 2009-05-31.pdf
Ranier Gayle 2009-05-31-Revised.pdf
Ranier Gayle 2009-06-30.pdf
Ranier Gayle 2009-06-30-Revised.pdf
Ranier Gayle 2009-07-31.pdf
Ranier Gayle 2009-08-31.pdf
Ranier Gayle 2009-09-30.pdf
Ranier Gayle 2009-10-31.pdf
Ranier Gayle 2009-11-30.pdf
Ranier Gayle 2009-12-31.pdf
Ranier Gayle 2009-2-28.pdf
Ranier Gayle 2009-3-31.pdf
Ranier Gayle 2010-01-31.pdf
Ranier Gayle 2010-02-28.pdf
Ranier Gayle 2010-03-31.pdf
Ranier Gayle 2010-04-30.pdf
Ranier Gayle 2010-05-31.pdf
Ranier_Gayle_list.txt
Review of Ranier Gayle 2009-05-31.xls
Review of Ranier Gayle 2009-05-31-Revised.xls
Review of Ranier Gayle 2009-06-30-Revised.xls
Review of Ranier Gayle 2009-07-31.xls
Review of Ranier Gayle 2009-08-31.xls
Review of Ranier Gayle 2009-09-30.xls
Review of Ranier Gayle 2009-10-31.xls
Review of Ranier Gayle 2009-11-30.xls
Review of Ranier Gayle 2009-12-31.xls
Review of Ranier Gayle 2010-01-31.xls

  Review of Ranier Gayle 2010-02-28.xls
  Review of Ranier Gayle 2010-03-31.xls
  Review of Ranier Gayle 2010-04-30.xls
  Review of Ranier Gayle 2010-05-31.xls

Rebecca Cunard

  Cunard 2005-06-30.pdf
  Cunard 2005-07-31.pdf
  Cunard 2005-08-31.pdf
  Cunard 2005-09-30.pdf
  Cunard 2005-10-31.pdf
  Cunard 2005-11-30.pdf
  Cunard 2005-12-31.pdf
  Cunard 2006-01-31.pdf
  Cunard 2006-02-28.pdf
  Cunard 2006-03-31.pdf
  Cunard 2006-04-30.pdf
  Cunard 2006-05-31.pdf
  Cunard 2006-06-30.pdf
  Cunard 2006-07-31.pdf
  Cunard 2006-08-31.pdf
  Cunard 2006-09-30.pdf
  Cunard 2006-10-31.pdf
  Cunard 2006-11-30.pdf
  Cunard 2006-12-31.pdf
  Cunard 2007-01-31.pdf
  Cunard 2007-02-28.pdf
  Cunard 2007-03-31.pdf
  Cunard 2007-04-30.pdf
  Cunard 2007-05-31 add.pdf
  Cunard 2007-05-31.pdf
  Cunard 2007-06-30.pdf
  Cunard 2007-07-31.pdf
  Cunard 2007-08-31.pdf
  Cunard 2007-09-30.pdf
  Cunard 2007-10-31.pdf
  Cunard 2007-11-30.pdf
  Cunard 2007-12-31.pdf
  Rebecca_Cunard_list.txtCunard Rebecca Reviw Notes.pdf

Richardson Patrick

  Richardson Patrick 2005-05-31.pdf
  Richardson Patrick 2005-06-30.pdf

Richardson Patrick 2005-07-31.pdf
Richardson Patrick 2005-08-31.PDF
Richardson Patrick 2005-09-30.pdf
Richardson Patrick 2005-10-31.PDF
Richardson Patrick 2005-11-30.pdf
Richardson Patrick 2005-12-31.pdf
Richardson Patrick 2006-01-31.pdf
Richardson Patrick 2006-02-28.pdf
Richardson Patrick 2006-03-31.pdf
Richardson Patrick 2006-04-30.pdf
Richardson Patrick 2006-05-31.pdf
Richardson Patrick 2006-06-30.pdf
Richardson Patrick 2006-07-31.pdf
Richardson Patrick 2006-08-31.pdf
Richardson Patrick 2006-09-30.pdf
Richardson Patrick 2006-10-31.pdf
Richardson Patrick 2006-11-30.pdf
Richardson Patrick 2006-12-31.pdf
Richardson Patrick 2007-01-31.pdf
Richardson Patrick 2007-02-28.pdf
Richardson Patrick 2007-03-31.pdf
Richardson Patrick 2007-04-30.pdf
Richardson Patrick 2007-05-31.pdf
Richardson Patrick 2007-06-30.pdf
Richardson Patrick 2007-07-31.pdf
Richardson Patrick 2007-08-31.pdf
Richardson Patrick 2007-09-30.pdf
Richardson Patrick 2007-10-31.pdf
Richardson Patrick 2007-11-30.pdf
Richardson Patrick 2007-12-31.pdf
Richardson Patrick 2008-01-31.pdf
Richardson Patrick 2008-02-28.pdf
Richardson Patrick 2008-03-31.pdf
Richardson Patrick 2008-04-30.pdf
Richardson Patrick 2008-05-31.pdf
Richardson Patrick 2008-06.pdf
Richardson Patrick 2008-06-30.pdf
Richardson_Patrick.txt

Robert Becnel

Becnel Robert - PRE MDL.pdf
Becnel Robert 2005-05-31.pdf
Becnel Robert 2005-06-30.pdf
Becnel Robert 2005-07-31.pdf

Becnel Robert 2005-08-31.pdf
Becnel Robert 2005-09-30.pdf
Becnel Robert 2005-11-30.pdf
Becnel Robert 2005-12-31.pdf
Becnel Robert 2006-01-31.pdf
Becnel Robert 2006-02-28.pdf
Becnel Robert 2006-03-31.pdf
Becnel Robert 2006-04-30.pdf
Becnel Robert 2006-05-31.pdf
Becnel Robert 2006-06-30.pdf
Becnel Robert 2006-07-31.pdf
Becnel Robert 2006-08-31.pdf
Becnel Robert 2006-09-30.pdf

Robert DeBry

Robert DeBry 2005-08.pdf

Robins Kaplan

Robins Kaplan 2005-06-30.pdf
Robins Kaplan 2005-07-31.pdf
Robins Kaplan 2005-08-31.pdf
Robins Kaplan 2005-09-30.pdf
Robins Kaplan 2005-10-31.pdf
Robins Kaplan 2005-11-30.pdf
Robins Kaplan 2005-12-31.pdf
Robins Kaplan 2006-01-31.pdf
Robins Kaplan 2006-02-28.pdf
Robins Kaplan 2006-03-31.pdf
Robins Kaplan 2006-04-31.pdf
Robins Kaplan 2006-05-31.pdf
Robins Kaplan 2006-06-30.pdf

Robinson Calcagnie

Robinson Calcagnie - PRE- MDL.pdf
Robinson Calcagnie 2005-05-31.pdf
Robinson Calcagnie 2005-06-30.pdf
Robinson Calcagnie 2005-07-31.pdf
Robinson Calcagnie 2005-08-31.pdf
Robinson Calcagnie 2005-09.pdf
Robinson Calcagnie 2005-10-31.pdf
Robinson Calcagnie 2005-11.pdf
Robinson Calcagnie 2005-12-31 (Barnett Case).pdf

Robinson Calcagnie 2005-12-31.pdf
Robinson Calcagnie 2006-02-28.pdf
Robinson Calcagnie 2006-03-31 b.pdf
Robinson Calcagnie 2006-04-30.pdf
Robinson Calcagnie 2006-05-31.pdf
Robinson Calcagnie 2006-06-30.pdf
Robinson Calcagnie 2006-07-31.pdf
Robinson Calcagnie 2006-09-30.pdf
Robinson Calcagnie 2006-10-31.pdf
Robinson Calcagnie 2006-11-30.pdf
Robinson Calcagnie 2006-12-31 (Barnett Case).pdf
Robinson Calcagnie 2006-12-31.pdf
Robinson Calcagnie 2006-1-31.pdf
Robinson Calcagnie 2006-8-31.pdf
Robinson Calcagnie 2007-01-31.pdf
Robinson Calcagnie 2007-02-28.pdf
Robinson Calcagnie 2007-03-31.pdf
Robinson Calcagnie 2007-04-30.pdf
Robinson Calcagnie 2007-05-31.pdf
Robinson Calcagnie 2007-06-30.pdf
Robinson Calcagnie 2007-07-31.pdf
Robinson Calcagnie 2007-08-31.pdf
Robinson Calcagnie 2007-09-30.pdf
Robinson Calcagnie 2007-10-31.pdf
Robinson Calcagnie 2007-11-30.pdf
Robinson Calcagnie 2007-12-31 (Barnett).pdf
Robinson Calcagnie 2007-12-31 (Berwick).pdf
Robinson Calcagnie 2007-12-31 (Crandall).pdf
Robinson Calcagnie 2007-12-31.pdf

RodaNast

Roda Nast 2005-04-07.pdf
Roda Nast 2005-05-31.pdf
Roda Nast 2005-06-30.pdf
Roda Nast 2005-07-31.pdf
Roda Nast 2005-09-30.pdf
Roda Nast 2005-11-30.pdf
Roda Nast 2005-12-31.pdf
Roda Nast 2006-01-31.pdf
Roda Nast 2006-02-28.pdf
Roda Nast 2006-03-31.pdf
Roda Nast 2006-04-30.pdf
Roda Nast 2006-05-31.pdf
Roda Nast 2006-06-30.pdf

Roda Nast 2006-07-31.pdf
Roda Nast 2006-09-30.pdf
Roda Nast 2006-10-31.pdf
Roda Nast 2006-11-30.pdf
Roda Nast 2006-12-31.pdf
Roda Nast 2007-01-31.pdf
Roda Nast 2007-03-31.pdf
Roda Nast 2007-04-30.pdf
Roda Nast 2007-05-31.pdf
Roda Nast 2007-06-30.pdf
Roda Nast 2007-07-31.pdf
Roda Nast 2007-08-31.pdf
Roda Nast 2007-09-30.pdf
Roda Nast 2007-10-31.pdf
Roda Nast 2007-11-30.pdf
Roda Nast 2007-12-31.pdf
Roda Nast 2007-2-28.pdf
Roda Nast 2008-01-31.pdf
Roda Nast 2008-02-29.pdf
Roda Nast 2008-03-31.pdf
Roda Nast 2008-04-30.pdf
Roda Nast 2008-05-31.pdf
Roda Nast 2008-06-30.pdf

Sanders Viener

Sanders Viener 2005-08-31.pdf
Sanders Viener 2005-12-31.pdf
Sanders Viener 2006-01-31.pdf
Sanders Viener 2006-02-28.pdf
Sanders Viener 2006-05-31.pdf
Sanders Viener 2006-12-31.pdf
Sanders Viener 2007-01-31.pdf
Sanders Viener 2007-03-31.pdf
Sanders Viener 2007-04-30.pdf
Sanders Viener 2007-06-30.pdf
Sanders Viener 2007-07-31.pdf
Sanders Viener 2007-08-31.pdf
Sanders Viener 2007-09-30.pdf
Sanders Viener 2007-10-31.pdf
Sanders Viener 2007-11-30.pdf

Sanford Pinedo

Sanford Pinedo 2005-04-07.pdf

Sanford Pinedo 2005-06-30.pdf
Sanford Pinedo 2005-07-31.pdf
Sanford Pinedo 2005-08-31.pdf
Sanford Pinedo 2005-11-30.pdf
Sanford Pinedo 2005-12-31.pdf
Sanford Pinedo 2006-01-31.pdf
Sanford Pinedo 2006-02-28.pdf
Sanford Pinedo 2006-03-31.pdf
Sanford Pinedo 2006-04-30.pdf
Sanford Pinedo 2006-05-31.pdf
Sanford Pinedo 2006-06-30.pdf
Sanford Pinedo 2006-07-31.pdf
Sanford Pinedo 2006-08-31.pdf
Sanford Pinedo 2006-09-30.pdf
Sanford Pinedo 2006-10-31.pdf
Sanford Pinedo 2006-11-30.pdf
Sanford Pinedo 2006-12-31.pdf
Sanford Pinedo 2007-01-31.pdf
Sanford Pinedo 2007-02-28.pdf
Sanford Pinedo 2007-03-31.pdf
Sanford Pinedo 2007-04-30.pdf
Sanford Pinedo 2007-05-31.pdf
Sanford Pinedo 2007-06-30.pdf
Sanford Pinedo 2007-07-31.pdf
Sanford Pinedo 2007-08-31.pdf
Sanford Pinedo 2007-09-30.pdf
Sanford Pinedo 2007-10-31 (Kozic Case).pdf
Sanford Pinedo 2007-10-31.pdf
Sanford Pinedo 2007-11-30.pdf
Sanford Pinedo 2007-12-31.pdf
Sanford Pinedo 2008-01-31.pdf
Sanford Pinedo 2008-02-28.pdf
Sanford Pinedo 2008-03-31.pdf
Sanford Pinedo 2008-04-30.pdf
Sanford Pinedo 2008-05-31.pdf
Sanford Pinedo.xls

Seeger Weiss

Review of Seeger Weiss 2008-12-31(3rd Party Payor)-Time.xls
Review of Seeger Weiss 2008-12-31(Hummeston)-Time.xls
Review of Seeger Weiss 2008-12-31(MDL)-Time.xls
Review of Seeger Weiss 2008-12-31(New Jersey)-Time.xls
Review of Seeger Weiss 2008-12-31(Settlement)-Time.xls
Review of Seeger Weiss 2008-12-31-Consolidated Time.xls

Review of Seeger Weiss 2009-12-31(3rd Party Payor)-Time.xls
Review of Seeger Weiss 2009-12-31(Hummeston)-Time.xls
Review of Seeger Weiss 2009-12-31(MDL)-Time.xls
Review of Seeger Weiss 2009-12-31(Settlement)-Time.xls
Review of Seeger Weiss 2010-10-31(3rd Party Payor)-Cost.xls
Review of Seeger Weiss 2010-10-31(3rd Party Payor)-Time.xls
Review of Seeger Weiss 2010-10-31(Depository)-Cost.xls
Review of Seeger Weiss 2010-10-31(Hummeston)-Cost.xls
Review of Seeger Weiss 2010-10-31(MDL)-Costs.xls
Review of Seeger Weiss 2010-10-31(MDL)-Time.xls
Review of Seeger Weiss 2010-10-31(New Jersey)-Cost.xls
Review of Seeger Weiss 2010-10-31(Settlement)-Costs.xls
Review of Seeger Weiss 2010-10-31(Settlement)-Time.xls
Review of Seeger Weiss Time Templete.xls
Seeger Weiss 2005-04-07 (3rd Party Payor).pdf
Seeger Weiss 2005-04-07 (depository costs).pdf
Seeger Weiss 2005-04-07 (MDL Costs).pdf
Seeger Weiss 2005-04-07 (NJ Cost).pdf
Seeger Weiss 2005-04-07 (NJ).pdf
Seeger Weiss 2005-04-07.pdf
Seeger Weiss 2005-12-31 (3rd Party Payor).pdf
Seeger Weiss 2005-12-31 (depository costs).pdf
Seeger Weiss 2005-12-31 (Hummeston).pdf
Seeger Weiss 2005-12-31 (NJ Cost).pdf
Seeger Weiss 2005-12-31 (NJ Time).pdf
Seeger Weiss 2005-12-31 (Payor LIt Time).pdf
Seeger Weiss 2005-12-31.pdf
Seeger Weiss 2006-12-31 (3rd Party Payor).pdf
Seeger Weiss 2006-12-31 (depository costs).pdf
Seeger Weiss 2006-12-31 (Hummeston).pdf
Seeger Weiss 2006-12-31 (NJ Cost).pdf
Seeger Weiss 2006-12-31 (NJ Time).pdf
Seeger Weiss 2006-12-31 (Payor LIt Time).pdf
Seeger Weiss 2006-12-31 (Settlement Time).pdf
Seeger Weiss 2006-12-31.pdf
Seeger Weiss 2007-07-31 (3rd Party Payor).pdf
Seeger Weiss 2007-07-31 (depository costs).pdf
Seeger Weiss 2007-07-31 (Hummeston).pdf
Seeger Weiss 2007-07-31 (NJ Cost).pdf
Seeger Weiss 2007-07-31 (NJ Time).pdf
Seeger Weiss 2007-07-31 (Payor LIt Time).pdf
Seeger Weiss 2007-07-31 (Settlement Costs).pdf
Seeger Weiss 2007-07-31 (Settlement Time).pdf
Seeger Weiss 2007-07-31.pdf
Seeger Weiss 2007-12-31 (3rd Party Payor).pdf

Seeger Weiss 2007-12-31 (depository costs).pdf
Seeger Weiss 2007-12-31 (Hummeston  Time).pdf
Seeger Weiss 2007-12-31 (Hummeston).pdf
Seeger Weiss 2007-12-31 (MDL Costs).pdf
Seeger Weiss 2007-12-31 (MDL Time).pdf
Seeger Weiss 2007-12-31 (NJ Cost).pdf
Seeger Weiss 2007-12-31 (NJ Time).pdf
Seeger Weiss 2007-12-31 (Payor LIt Time).pdf
Seeger Weiss 2007-12-31 (Settlement Held Costs).pdf
Seeger Weiss 2007-12-31 (Settlement Time).pdf
Seeger Weiss 2008-09-30  (MDL Costs).pdf
Seeger Weiss 2008-09-30 (depository costs).pdf
Seeger Weiss 2008-09-30 (NJ Cost).pdf
Seeger Weiss 2008-09-30 (Settlement Held Costs).pdf
Seeger Weiss 2008-10-31 (3rd Party Payor).pdf
Seeger Weiss 2008-12-31 (3rd Party Payor Time).pdf
Seeger Weiss 2008-12-31 (Consolidated Time).pdf
Seeger Weiss 2008-12-31 (Hummeston  Time).pdf
Seeger Weiss 2008-12-31 (MDL Time).pdf
Seeger Weiss 2008-12-31 (NJ Time).pdf
Seeger Weiss 2008-12-31 (Settlement Time).pdf
Seeger Weiss 2009-12-31 (3rd Party Payor Time).pdf
Seeger Weiss 2009-12-31 (Consolidated Time).pdf
Seeger Weiss 2009-12-31 (Hummeston  Time).pdf
Seeger Weiss 2009-12-31 (MDL Time).pdf
Seeger Weiss 2009-12-31 (NJ Time).pdf
Seeger Weiss 2009-12-31 (Settlement Time).pdf
Seeger Weiss 2010-10-31 (3rd Party Payor Costs).pdf
Seeger Weiss 2010-10-31 (3rd Party Payor Time).pdf
Seeger Weiss 2010-10-31 (Consolidated Time).pdf
Seeger Weiss 2010-10-31 (Depository Costs).pdf
Seeger Weiss 2010-10-31 (Hummeston Costs).pdf
Seeger Weiss 2010-10-31 (Hummeston Time).pdf
Seeger Weiss 2010-10-31 (MDL Costs).pdf
Seeger Weiss 2010-10-31 (MDL Time).pdf
Seeger Weiss 2010-10-31 (New Jersey Costs).pdf
Seeger Weiss 2010-10-31 (NJ Time).pdf
Seeger Weiss 2010-10-31 (Settlement Costs).pdf
Seeger Weiss 2010-10-31 (Settlement Time).pdf

Sheller Ludwig

Sheller Ludwig 2005-04-30.pdf
Sheller Ludwig 2005-05-31.pdf
Sheller Ludwig 2005-06-30.pdf

Sheller Ludwig 2005-07-31.pdf
Sheller Ludwig 2005-08-31.pdf
Sheller Ludwig 2005-09-30.pdf
Sheller Ludwig 2005-10-31.pdf

Silverman and Fodera

Silverman & Fodera 2005-08-31.pdf
Silverman & Fodera 2005-11-30.pdf
Silverman & Fodera 2006-04-30.pdf
Silverman & Fodera 2006-05-31.pdf
Silverman & Fodera 2006-06-30.pdf
Silverman & Fodera 2006-07-31.pdf
Silverman & Fodera 2006-09-30.pdf
Silverman & Fodera 2007-04-30.pdf
Silverman & Fodera 2007-09-30.pdf
Silverman & Fodera 2008-02-28.pdf
Silverman & Fodera 2008-04-30.pdf
Silverman & Fodera 2008-05-31.pdf
Silverman & Fodera 2008-09-30.pdf
Silverman & Fodera 2009-01-31.pdf
Silverman & Fodera 2009-05-31.pdf
Silverman & Fodera 90 day letter.pdf

Singleton

Review of Singleton 2009-06-30.xls
Review of Singleton 2009-07-31.xls
Review of Singleton 2009-08-31.xls
Review of Singleton 2009-09-30.xls
Review of Singleton 2010-01-31.xls
Review of Singleton 2010-02-28.xls
Review of Singleton 2010-03-31.xls
Review of Singleton 2010-04-30.xls
Review of Singleton 2010-06-30.xls
Review of Singleton 2010-07-31.xls
Review of Singleton 2010-08-31.xls
Singleton 2003-06-30.pdf
Singleton 2003-07-31.pdf
Singleton 2003-10-31.pdf
Singleton 2003-11-30.pdf
Singleton 2004-02-28.pdf
Singleton 2004-03-31.pdf
Singleton 2004-04-30.pdf
Singleton 2004-05-31.pdf

Singleton 2004-06-30.pdf
Singleton 2004-07-31.pdf
Singleton 2004-08-31.pdf
Singleton 2004-09-30.pdf
Singleton 2004-10-31.pdf
Singleton 2004-11-30.pdf
Singleton 2004-12-31.pdf
Singleton 2005-01-31.pdf
Singleton 2005-03-31.pdf
Singleton 2005-05-31.pdf
Singleton 2005-06-30.pdf
Singleton 2005-07-31.pdf
Singleton 2005-08-31.pdf
Singleton 2005-09-30.pdf
Singleton 2005-10-31.pdf
Singleton 2005-11-30.pdf
Singleton 2005-12-31.pdf
Singleton 2006-01-31.pdf
Singleton 2006-02-28.pdf
Singleton 2006-03-31.pdf
Singleton 2006-04-30.pdf
Singleton 2006-05-31.pdf
Singleton 2006-06-30.pdf
Singleton 2006-07-31.pdf
Singleton 2006-08-31.pdf
Singleton 2006-09-30.pdf
Singleton 2006-10-31.pdf
Singleton 2006-11.pdf
Singleton 2006-12.pdf
Singleton 2007-01.pdf
Singleton 2007-02-28.pdf
Singleton 2007-03-31.pdf
Singleton 2007-04.pdf
Singleton 2007-05-31.pdf
Singleton 2007-06-30.pdf
Singleton 2007-07-31.pdf
Singleton 2007-08-31.pdf
Singleton 2007-09-30.pdf
Singleton 2007-10-31.pdf
Singleton 2007-11-30.pdf
Singleton 2007-12-31.pdf
Singleton 2008-01-31.pdf
Singleton 2008-02-28.pdf
Singleton 2008-02-29.pdf
Singleton 2008-03-31.pdf

Singleton 2008-04-30.pdf
Singleton 2008-05-31.pdf
Singleton 2008-06.pdf
Singleton 2008-06-30.pdf
Singleton 2008-08.pdf
Singleton 2008-09-30.pdf
Singleton 2008-10-31.pdf
Singleton 2008-11-30.pdf
Singleton 2008-12-31.pdf
Singleton 2009-01-31.pdf
Singleton 2009-02-28.pdf
Singleton 2009-03-31.pdf
Singleton 2009-04-30.pdf
Singleton 2009-05-31.pdf
Singleton 2009-06-30.pdf
Singleton 2009-07-31.pdf
Singleton 2009-08-31.pdf
Singleton 2009-09-30.pdf
Singleton 2010-01-31.pdf
Singleton 2010-02-28.pdf
Singleton 2010-03-31.pdf
Singleton 2010-04-31.pdf
Singleton 2010-06-30.pdf
Singleton 2010-07-31.pdf
Singleton 2010-08-31.pdf

Snapka

Snapka 2003 (Zajicek).pdf
Snapka 2003-12-31 (Eller).pdf
Snapka 2004 (Texas).pdf
Snapka 2004 (Zajicek).pdf
Snapka 2004-12-31 (Benavides).pdf
Snapka 2004-12-31 (Eller).pdf
Snapka 2004-12-31 (Garza).pdf
Snapka 2004-12-31 (Nettles).pdf
Snapka 2004-12-31.pdf
Snapka 2005 (Nettles).pdf
Snapka 2005 (Texas).pdf
Snapka 2005 (Zajicek).pdf
Snapka 2005-12-31 (Eller).pdf
Snapka 2005-12-31 (Garza).pdf
Snapka 2005-12-31 (Gomez).pdf
Snapka 2005-12-31.pdf
Snapka 2006 (Nettles).pdf

Snapka 2006 (Texas).pdf
Snapka 2006 (Zajicek).pdf
Snapka 2006-12-31 (Eller).pdf
Snapka 2006-12-31 (Garza).pdf
Snapka 2006-12-31 (Gomez).pdf
Snapka 2006-12-31.pdf
Snapka 2007 (Nettles).pdf
Snapka 2007 (Texas).pdf
Snapka 2007 (Zajicek).pdf
Snapka 2007-12-31 (Eller).pdf
Snapka 2007-12-31 (Gomez).pdf
Snapka 2007-12-31.pdf

Ted Kanner

Ted Kanner 2005-07-31.pdf
Ted Kanner 2005-08-31.pdf
Ted Kanner 2005-09-30.pdf

Terrell Hogan

Terrell Hogan 2005-07-31.pdf
Terrell Hogan 2005-08-31.pdf
Terrell Hogan 2005-09-30.pdf
Terrell Hogan 2005-10-31 (Irvin vs. Merck).pdf
Terrell Hogan 2005-11-30 (Irvin vs. Merck).pdf
Terrell Hogan 2005-12-31 (Irvin vs. Merck).pdf
Terrell Hogan 2006-01-31 (Irvin vs. Merck).pdf

The Kaiser Firm

Kaiser Firm 2005-04-30.pdf
Kaiser Firm 2005-05-31.pdf
Kaiser Firm 2005-06-30.pdf
Kaiser Firm 2005-07-31.pdf
Kaiser Firm 2005-08-31.pdf
Kaiser Firm 2005-09-30 (Texas).pdf
Kaiser Firm 2005-09-30.pdf
Kaiser Firm 2005-10-31 (Texas).pdf
Kaiser Firm 2005-11-30 (Irvin1).pdf
Kaiser Firm 2005-11-30 (Texas).pdf
Kaiser Firm 2005-11-30.pdf

Kaiser Firm 2005-12-31 (Irvin1).pdf
Kaiser Firm 2005-12-31 (Texas).pdf
Kaiser Firm 2005-12-31.pdf
Kaiser Firm 2006-01-31 (Texas).pdf
Kaiser Firm 2006-01-31.pdf
Kaiser Firm 2006-02-28 (Texas).pdf
Kaiser Firm 2006-02-28.pdf
Kaiser Firm 2006-03-31 (Barnett).pdf
Kaiser Firm 2006-03-31 (Texas).pdf
Kaiser Firm 2006-03-31.pdf
Kaiser Firm 2006-04-30 (Barnett).pdf
Kaiser Firm 2006-04-30 (Smith).pdf
Kaiser Firm 2006-04-30 (Texas).pdf
Kaiser Firm 2006-04-30.pdf
Kaiser Firm 2006-05-31 (Barnett).pdf
Kaiser Firm 2006-05-31 (Smith).pdf
Kaiser Firm 2006-05-31 (Texas).pdf
Kaiser Firm 2006-05-31.pdf
Kaiser Firm 2006-06-30 (Barnett).pdf
Kaiser Firm 2006-06-30 (Smith).pdf
Kaiser Firm 2006-06-30 (Texas).pdf
Kaiser Firm 2006-06-30.pdf
Kaiser Firm 2006-07-31 (Barnett).pdf
Kaiser Firm 2006-07-31 (Smith).pdf
Kaiser Firm 2006-07-31 (Texas).pdf
Kaiser Firm 2006-07-31.pdf
Kaiser Firm 2006-08-31 (Barnett).pdf
Kaiser Firm 2006-08-31 (Smith).pdf
Kaiser Firm 2006-08-31 (Texas).pdf
Kaiser Firm 2006-08-31.pdf
Kaiser Firm 2006-09-30 (Smith).pdf
Kaiser Firm 2006-09-30.pdf
Kaiser Firm 2006-10-31 (Smith).pdf
Kaiser Firm 2006-10-31 (Texas).pdf
Kaiser Firm 2006-10-31.pdf
Kaiser Firm 2006-11-30 (Smith).pdf
Kaiser Firm 2006-11-30 (Texas).pdf
Kaiser Firm 2006-11-30.pdf
Kaiser Firm 2006-12-31 (Smith).pdf
Kaiser Firm 2006-12-31.pdf
Kaiser Firm 2007-01-31 (Texas).pdf
Kaiser Firm 2007-01-31.pdf
Kaiser Firm 2007-02-28.pdf
Kaiser Firm 2007-03-31.pdf
Kaiser Firm 2007-04-30 (Texas).pdf

Kaiser Firm 2007-04-30.pdf
Kaiser Firm 2007-05-31 (Texas).pdf
Kaiser Firm 2007-05-31.pdf
Kaiser Firm 2007-06-30 (Texas).pdf
Kaiser Firm 2007-06-30.pdf
Kaiser Firm 2007-07-31.pdf
Kaiser Firm 2007-08-31.pdf
Kaiser Firm 2007-09-30.pdf
Kaiser Firm 2007-10-31.pdf
Kaiser Firm 2007-11-30.pdf
Kaiser Firm 2007-12-31.pdf
Kaiser Firm 2008-01-31.pdf
Kaiser Firm 2008-02-28.pdf
Kaiser Firm 2008-03-31.pdf

Ury & Moskow

Ury & Moskow 2005-07-31.pdf

Watts Law Firm

Watts Law Firm 2006-03-31 (Smith).pdf
Watts Law Firm 2006-04-30 (Smith).pdf
Watts Law Firm 2006-05-31 (Schwaller).pdf
Watts Law Firm 2006-05-31 (Smith).pdf
Watts Law Firm 2006-06-30 (Smith).pdf
Watts Law Firm 2006-07-31 (Schwaller).pdf
Watts Law Firm 2006-07-31 (Smith).pdf
Watts Law Firm 2006-08-31 (Schwaller).pdf
Watts Law Firm 2006-08-31 (Smith).pdf
Watts Law Firm 2006-09-30 (Schwaller).pdf
Watts Law Firm 2006-09-30 (Smith).pdf
Watts Law Firm 2006-10-31 (Schwaller).pdf
Watts Law Firm 2006-11-30 (Schwaller).pdf
Watts Law Firm 2006-12-31 (Schwaller).pdf
Watts Law Firm 2006-12-31 (Smith).pdf
Watts Law Firm 2007-01-31 (Schwaller).pdf
Watts Law Firm 2007-02-28 (Schwaller).pdf
Watts Law Firm 2007-03-31 (Schwaller).pdf
Watts Law Firm 2007-12-31 (Schwaller).pdf
Watts Law Firm 2007-12-31.pdf
Watts Law Firm 2008-01-31.pdf
Watts Law Firm 2008-02-28.pdf

Weitz-Luxenberg

Weitz Luxenberg 2007-08-31 (MDL).pdf
Weitz Luxenberg 2007-8-31 (Pruitt).pdf
Weitz Luxenberg 2008-03-31 (Rossi).pdf
Weitz-Luxenberg  2007-05-31 (Bundra).pdf
Weitz-Luxenberg 2004-10-31 (Pre-MDL).pdf
Weitz-Luxenberg 2004-12-31 (Campbell).pdf
Weitz-Luxenberg 2004-12-31 (Pre-MDL).pdf
Weitz-Luxenberg 2005-02-28 (Pre-MDL).pdf
Weitz-Luxenberg 2005-03-31 (Pre-MDL).pdf
Weitz-Luxenberg 2005-04-30 (MDL).pdf
Weitz-Luxenberg 2005-05-31 (MDL).pdf
Weitz-Luxenberg 2005-06-30 (MDL).pdf
Weitz-Luxenberg 2005-07-31 (MDL).pdf
Weitz-Luxenberg 2005-08-31 (MDL).pdf
Weitz-Luxenberg 2005-09-30 (MDL).pdf
Weitz-Luxenberg 2005-10-31 (MDL).pdf
Weitz-Luxenberg 2005-11-30 (McDarby).pdf
Weitz-Luxenberg 2005-11-30 (MDL).pdf
Weitz-Luxenberg 2005-12-31 (McDarby).pdf
Weitz-Luxenberg 2005-12-31 (MDL).pdf
Weitz-Luxenberg 2006-01-31 (McDarby).pdf
Weitz-Luxenberg 2006-01-31 (MDL).pdf
Weitz-Luxenberg 2006-02-28 (McDarby).pdf
Weitz-Luxenberg 2006-02-28 (MDL).pdf
Weitz-Luxenberg 2006-03-31 (McDarby).pdf
Weitz-Luxenberg 2006-03-31 (MDL).pdf
Weitz-Luxenberg 2006-04-30 (McDarby).pdf
Weitz-Luxenberg 2006-04-30 (MDL).pdf
Weitz-Luxenberg 2006-05-31 (Kieley).pdf
Weitz-Luxenberg 2006-05-31 (McDarby).pdf
Weitz-Luxenberg 2006-05-31 (MDL).pdf
Weitz-Luxenberg 2006-06-30 (Kieley).pdf
Weitz-Luxenberg 2006-06-30 (McDarby).pdf
Weitz-Luxenberg 2006-06-30 (MDL).pdf
Weitz-Luxenberg 2006-07-31 (Kieley).pdf
Weitz-Luxenberg 2006-07-31 (McDarby).pdf
Weitz-Luxenberg 2006-07-31 (MDL).pdf
Weitz-Luxenberg 2006-08-31 (Kieley).pdf
Weitz-Luxenberg 2006-08-31 (McDarby).pdf
Weitz-Luxenberg 2006-08-31 (MDL).pdf
Weitz-Luxenberg 2006-09-30 (Kieley).pdf
Weitz-Luxenberg 2006-09-30 (McDarby).pdf
Weitz-Luxenberg 2006-09-30 (MDL).pdf
Weitz-Luxenberg 2006-10-31 (Kieley).pdf
Weitz-Luxenberg 2006-10-31 (McDarby).pdf

Weitz-Luxenberg 2006-10-31 (MDL).pdf
Weitz-Luxenberg 2006-11-30 (Kieley).pdf
Weitz-Luxenberg 2006-11-30 (McDarby).pdf
Weitz-Luxenberg 2006-11-30 (MDL).pdf
Weitz-Luxenberg 2006-12-31 (Kieley).pdf
Weitz-Luxenberg 2006-12-31 (McDarby).pdf
Weitz-Luxenberg 2006-12-31 (MDL).pdf
Weitz-Luxenberg 2007-01-31 (Kieley).pdf
Weitz-Luxenberg 2007-01-31 (MDL).pdf
Weitz-Luxenberg 2007-01-31 (Slade).pdf
Weitz-Luxenberg 2007-02-28 (Kieley).pdf
Weitz-Luxenberg 2007-02-28 (MDL).pdf
Weitz-Luxenberg 2007-02-28 (Rossi).pdf
Weitz-Luxenberg 2007-03-31  (Kieley).pdf
Weitz-Luxenberg 2007-03-31 (Adkisson).pdf
Weitz-Luxenberg 2007-03-31 (Barker).pdf
Weitz-Luxenberg 2007-03-31 (Beasley).pdf
Weitz-Luxenberg 2007-03-31 (Beckwith).pdf
Weitz-Luxenberg 2007-03-31 (Bergstein).pdf
Weitz-Luxenberg 2007-03-31 (Bundra).pdf
Weitz-Luxenberg 2007-03-31 (Campbell).pdf
Weitz-Luxenberg 2007-03-31 (Cejaj).pdf
Weitz-Luxenberg 2007-03-31 (Colucci).pdf
Weitz-Luxenberg 2007-03-31 (Ingolia).pdf
Weitz-Luxenberg 2007-03-31 (Lombardi).pdf
Weitz-Luxenberg 2007-03-31 (Louitt).pdf
Weitz-Luxenberg 2007-03-31 (MDL).pdf
Weitz-Luxenberg 2007-03-31 (Rossi).pdf
Weitz-Luxenberg 2007-04-30 (Bergstein).pdf
Weitz-Luxenberg 2007-04-30 (Bundra).pdf
Weitz-Luxenberg 2007-04-30 (Cejaj).pdf
Weitz-Luxenberg 2007-04-30 (Colucci).pdf
Weitz-Luxenberg 2007-04-30 (Cooley).pdf
Weitz-Luxenberg 2007-04-30 (Johnson).pdf
Weitz-Luxenberg 2007-04-30 (Kieley).pdf
Weitz-Luxenberg 2007-04-30 (Laughrey).pdf
Weitz-Luxenberg 2007-04-30 (Lombardi).pdf
Weitz-Luxenberg 2007-04-30 (MDL).pdf
Weitz-Luxenberg 2007-04-30 (Pruitt).pdf
Weitz-Luxenberg 2007-04-30 (Rossi).pdf
Weitz-Luxenberg 2007-04-30 (Stock).pdf
Weitz-Luxenberg 2007-05-31 (Adkisson).pdf
Weitz-Luxenberg 2007-05-31 (Bergstein).pdf
Weitz-Luxenberg 2007-05-31 (Brown).pdf
Weitz-Luxenberg 2007-05-31 (Campbell).pdf

Weitz-Luxenberg 2007-05-31 (Cheatum).pdf
Weitz-Luxenberg 2007-05-31 (Chernik).pdf
Weitz-Luxenberg 2007-05-31 (Colucci).pdf
Weitz-Luxenberg 2007-05-31 (Conradt).pdf
Weitz-Luxenberg 2007-05-31 (Cooley).pdf
Weitz-Luxenberg 2007-05-31 (Dennis).pdf
Weitz-Luxenberg 2007-05-31 (Ingolia).pdf
Weitz-Luxenberg 2007-05-31 (Johnson).pdf
Weitz-Luxenberg 2007-05-31 (Kieley).pdf
Weitz-Luxenberg 2007-05-31 (Laughrey).pdf
Weitz-Luxenberg 2007-05-31 (Lombardi).pdf
Weitz-Luxenberg 2007-05-31 (Louitt).pdf
Weitz-Luxenberg 2007-05-31 (Market).pdf
Weitz-Luxenberg 2007-05-31 (McDarby).pdf
Weitz-Luxenberg 2007-05-31 (MDL).pdf
Weitz-Luxenberg 2007-05-31 (Peterman).pdf
Weitz-Luxenberg 2007-05-31 (Pruitt).pdf
Weitz-Luxenberg 2007-05-31 (Rossi).pdf
Weitz-Luxenberg 2007-05-31 (Stufano).pdf
Weitz-Luxenberg 2007-05-31 (W Brown).pdf
Weitz-Luxenberg 2007-06-30 (Adkisson).pdf
Weitz-Luxenberg 2007-06-30 (Barker).pdf
Weitz-Luxenberg 2007-06-30 (Beckwith).pdf
Weitz-Luxenberg 2007-06-30 (Bergstein).pdf
Weitz-Luxenberg 2007-06-30 (Blackburn).pdf
Weitz-Luxenberg 2007-06-30 (Cejaj).pdf
Weitz-Luxenberg 2007-06-30 (Chernik).pdf
Weitz-Luxenberg 2007-06-30 (Conradt).pdf
Weitz-Luxenberg 2007-06-30 (Cooley).pdf
Weitz-Luxenberg 2007-06-30 (Gemmell).pdf
Weitz-Luxenberg 2007-06-30 (Ingolia).pdf
Weitz-Luxenberg 2007-06-30 (Kieley).pdf
Weitz-Luxenberg 2007-06-30 (Louitt).pdf
Weitz-Luxenberg 2007-06-30 (Market).pdf
Weitz-Luxenberg 2007-06-30 (McDarby).pdf
Weitz-Luxenberg 2007-06-30 (MDL).pdf
Weitz-Luxenberg 2007-06-30 (Moiseyev).pdf
Weitz-Luxenberg 2007-06-30 (Pruitt).pdf
Weitz-Luxenberg 2007-06-30 (Rossi).pdf
Weitz-Luxenberg 2007-06-30 (Sherman).pdf
Weitz-Luxenberg 2007-06-30 (Stock).pdf
Weitz-Luxenberg 2007-07-31 (Bundra).pdf
Weitz-Luxenberg 2007-07-31 (Cheatum).pdf
Weitz-Luxenberg 2007-07-31 (Chernik).pdf
Weitz-Luxenberg 2007-07-31 (Ingolia).pdf

Weitz-Luxenberg 2007-07-31 (Kieley).pdf
Weitz-Luxenberg 2007-07-31 (Louitt).pdf
Weitz-Luxenberg 2007-07-31 (Market).pdf
Weitz-Luxenberg 2007-07-31 (MDL).pdf
Weitz-Luxenberg 2007-07-31 (Nicolich).pdf
Weitz-Luxenberg 2007-07-31 (Rossi).pdf
Weitz-Luxenberg 2007-07-31 (Stock).pdf
Weitz-Luxenberg 2007-08-31 (Barker).pdf
Weitz-Luxenberg 2007-08-31 (Beckwith).pdf
Weitz-Luxenberg 2007-08-31 (Brown).pdf
Weitz-Luxenberg 2007-08-31 (Cooley).pdf
Weitz-Luxenberg 2007-08-31 (Gemmell).pdf
Weitz-Luxenberg 2007-08-31 (Kieley).pdf
Weitz-Luxenberg 2007-08-31 (Laughrey).pdf
Weitz-Luxenberg 2007-08-31 (Louitt).pdf
Weitz-Luxenberg 2007-08-31 (Market).pdf
Weitz-Luxenberg 2007-08-31 (McDarby).pdf
Weitz-Luxenberg 2007-08-31 (Rossi).pdf
Weitz-Luxenberg 2007-08-31 (W Brown).pdf
Weitz-Luxenberg 2007-09-30  (MDL).pdf
Weitz-Luxenberg 2007-09-30 (Kieley).pdf
Weitz-Luxenberg 2007-09-30 (Louitt).pdf
Weitz-Luxenberg 2007-09-30 (McDarby).pdf
Weitz-Luxenberg 2007-09-30 (Rossi).pdf
Weitz-Luxenberg 2007-10-31 (Blackburn).pdf
Weitz-Luxenberg 2007-10-31 (Campbell).pdf
Weitz-Luxenberg 2007-10-31 (Kieley).pdf
Weitz-Luxenberg 2007-10-31 (McDarby).pdf
Weitz-Luxenberg 2007-10-31 (MDL).pdf
Weitz-Luxenberg 2007-10-31 (Rossi).pdf
Weitz-Luxenberg 2007-10-31 (Sherman).pdf
Weitz-Luxenberg 2007-11-30 (Blackburn).pdf
Weitz-Luxenberg 2007-11-30 (Gemmell).pdf
Weitz-Luxenberg 2007-11-30 (Kieley).pdf
Weitz-Luxenberg 2007-11-30 (McDarby).pdf
Weitz-Luxenberg 2007-11-30 (MDL).pdf
Weitz-Luxenberg 2007-12-31 (Cejaj).pdf
Weitz-Luxenberg 2007-12-31 (Colucci).pdf
Weitz-Luxenberg 2007-12-31 (Lombardi).pdf
Weitz-Luxenberg 2007-12-31 (McDarby).pdf
Weitz-Luxenberg 2007-12-31 (MDL).pdf
Weitz-Luxenberg 2008-01-31 (McDarby).pdf
Weitz-Luxenberg 2008-01-31 (MDL).pdf
Weitz-Luxenberg 2008-02-28 (Kieley).pdf
Weitz-Luxenberg 2008-02-28 (MDL).pdf

Weitz-Luxenberg 2008-03-31 (McDarby).pdf
Weitz-Luxenberg 2008-03-31 (MDL).pdf
Weitz-Luxenberg 2008-04-30 (McDarby).pdf
Weitz-Luxenberg 2008-05-31 (McDarby).pdf
Weitz-Luxenberg FedEx Info.pdf

Weitz-Luxenberg\MDL Held Costs by Month

Weitz Luxenberg 2004-11-30 (New Jersey).pdf
Weitz Luxenberg 2004-12-31 (New Jersey).pdf
Weitz Luxenberg 2005-01-31 (New Jersey).pdf
Weitz Luxenberg 2005-02-28 (New Jersey).pdf
Weitz Luxenberg 2005-03-31 (New Jersey).pdf
Weitz Luxenberg 2005-04-30 (New Jersey).pdf
Weitz Luxenberg 2005-05-31 (New Jersey).pdf
Weitz Luxenberg 2005-06-30 (New Jersey).pdf
Weitz Luxenberg 2005-07-31 (New Jersey).pdf
Weitz Luxenberg 2005-08-31 (New Jersey).pdf
Weitz Luxenberg 2005-10-31 (New Jersey).pdf
Weitz Luxenberg 2005-11-30 (New Jersey).pdf
Weitz Luxenberg 2005-12-31 (New Jersey).pdf
Weitz Luxenberg 2006-01-31 (New Jersey).pdf
Weitz Luxenberg 2006-02-28 (New Jersey).pdf
Weitz Luxenberg 2006-03-31 (New Jersey).pdf
Weitz Luxenberg 2006-04-30 (New Jersey).pdf
Weitz Luxenberg 2006-05-31 (New Jersey).pdf
Weitz Luxenberg 2006-06-30 (New Jersey).pdf
Weitz Luxenberg 2006-07-31 (New Jersey).pdf
Weitz Luxenberg 2006-08-31 (New Jersey).pdf
Weitz Luxenberg 2006-09-30 (New Jersey).pdf
Weitz Luxenberg 2006-10-31 (New Jersey).pdf
Weitz Luxenberg 2006-11-30 (New Jersey).pdf
Weitz Luxenberg 2007-01-31 (New Jersey).pdf
Weitz Luxenberg 2007-02-28 (New Jersey).pdf
Weitz Luxenberg 2007-03-31 (New Jersey).pdf
Weitz Luxenberg 2007-04-30 (New Jersey).pdf
Weitz Luxenberg 2007-05-31 (New Jersey).pdf
Weitz Luxenberg 2007-06-30 (New Jersey).pdf
Weitz Luxenberg 2007-07-31 (New Jersey).pdf
Weitz Luxenberg 2007-08-31 (New Jersey).pdf
Weitz Luxenberg 2007-09-30 (New Jersey).pdf
Weitz Luxenberg 2007-10-31 (New Jersey).pdf
Weitz Luxenberg 2007-11-30 (New Jersey).pdf
Weitz Luxenberg 2007-12-31 (New Jersey).pdf
Weitz Luxenberg 2008-01-31 (New Jersey).pdf

Weitz Luxenberg 2008-02-28 (New Jersey).pdf
Weitz Luxenberg 2008-03-31 (New Jersey).pdf

White & Wetherall

White Wetherall Crandall 2005-12-31.pdf
White Wetherall Crandall 2006-12-31.pdf
White Wetherall Crandall 2007-12-31.pdf
White Wetherall Crandall 2008-12-31.pdf

Whitehead

Email 10-16-08.pdf
Email 1-20-09.pdf
Whitehead Law Firm 2005-12-31.pdf
Whitehead Law Firm 2007-12-31.pdf
Whitehead Law Firm 2008-12-31.pdf
Whithead Law Firm 2006-12-31.pdf

Williams Kherkher

Williams Kherkner 2006-01-31 (Texas).pdf
Williams Kherkner 2006-01-31.pdf
Williams Kherkner 2006-02-28 (Texas).pdf
Williams Kherkner 2006-02-28.pdf
Williams Kherkner 2006-03-31 (Texas).pdf
Williams Kherkner 2006-07-31 (Smith).pdf
Williams Kherkner 2006-08-31 (Ledbetter).pdf
Williams Kherkner 2006-08-31 (Smith).pdf
Williams Kherkner 2006-09-30 (Ledbetter).pdf
Williams Kherkner 2006-09-30 (Smith).pdf
Williams Kherkner 2006-10-31 (Ledbetter).pdf
Williams Kherkner 2006-10-31 (Mason).pdf
Williams Kherkner 2006-11-30 (Ledbetter).pdf
Williams Kherkner 2006-11-30 (Mason).pdf
Williams Kherkner 2006-11-30 (Schwaller).pdf
Williams Kherkner 2006-11-30 (Smith).pdf
Williams Kherkner 2006-11-30.pdf
Williams Kherkner 2006-12-31 (Ledbetter).pdf
Williams Kherkner 2006-12-31 (Schwaller).pdf
Williams Kherkner 2006-12-31.pdf
Williams Kherkner 2007-01-31 (Ledbetter).pdf
Williams Kherkner 2007-01-31 (Schwaller).pdf

Williams Kherkner 2007-01-31.pdf
Williams Kherkner 2007-02-28 (Ledbetter).pdf
Williams Kherkner 2007-02-28 (Schwaller).pdf
Williams Kherkner 2007-02-28.pdf
Williams Kherkner 2007-03-31 (Hill, A.).pdf
Williams Kherkner 2007-03-31 (Hill, Sam.).pdf
Williams Kherkner 2007-03-31 (Ledbetter).pdf
Williams Kherkner 2007-03-31 (Schwaller).pdf
Williams Kherkner 2007-03-31.pdf
Williams Kherkner 2007-04-30 (Hill, Sam.).pdf
Williams Kherkner 2007-04-30 (Johnston).pdf
Williams Kherkner 2007-04-30 (Lear).pdf
Williams Kherkner 2007-04-30 (Ledbetter).pdf
Williams Kherkner 2007-04-30 (Mitchell).pdf
Williams Kherkner 2007-04-30 (Rutan).pdf
Williams Kherkner 2007-04-30.pdf
Williams Kherkner 2007-05-31 (Hill, A.).pdf
Williams Kherkner 2007-05-31 (Hill, Sam.).pdf
Williams Kherkner 2007-05-31 (Johnston).pdf
Williams Kherkner 2007-05-31 (Lear).pdf
Williams Kherkner 2007-05-31 (Ledbetter).pdf
Williams Kherkner 2007-05-31 (Mitchell).pdf
Williams Kherkner 2007-05-31 (Romans).pdf
Williams Kherkner 2007-05-31 (Rutan).pdf
Williams Kherkner 2007-05-31 (Sanderson).pdf
Williams Kherkner 2007-05-31.pdf
Williams Kherkner 2007-06-30 (Baker).pdf
Williams Kherkner 2007-06-30 (Hill, Sam.).pdf
Williams Kherkner 2007-06-30 (Johnston).pdf
Williams Kherkner 2007-06-30 (Lear).pdf
Williams Kherkner 2007-06-30 (Ledbetter).pdf
Williams Kherkner 2007-06-30 (Romans).pdf
Williams Kherkner 2007-06-30 (Rutan).pdf
Williams Kherkner 2007-06-30 (Sanderson).pdf
Williams Kherkner 2007-06-30.pdf
Williams Kherkner 2007-07-31 (Baker).pdf
Williams Kherkner 2007-07-31 (Bimatre).pdf
Williams Kherkner 2007-07-31 (Hill, A.).pdf
Williams Kherkner 2007-07-31 (Johnston).pdf
Williams Kherkner 2007-07-31 (Lear).pdf
Williams Kherkner 2007-07-31 (Ledbetter).pdf
Williams Kherkner 2007-07-31 (Romans).pdf
Williams Kherkner 2007-07-31 (Rutan).pdf
Williams Kherkner 2007-07-31 (Sanderson).pdf
Williams Kherkner 2007-07-31.pdf

Williams Kherkner 2007-08-31 (Lear).pdf
Williams Kherkner 2007-08-31 (Ledbetter).pdf
Williams Kherkner 2007-08-31 (Romans).pdf
Williams Kherkner 2007-08-31 (Rutan).pdf
Williams Kherkner 2007-08-31 (Sanderson).pdf
Williams Kherkner 2007-08-31.pdf
Williams Kherkner 2007-09-30 (Hill, A.).pdf
Williams Kherkner 2007-09-30 (Johnston).pdf
Williams Kherkner 2007-09-30 (Ledbetter).pdf
Williams Kherkner 2007-09-30 (Romans).pdf
Williams Kherkner 2007-09-30 (Rutan).pdf
Williams Kherkner 2007-09-30 (Sanderson).pdf
Williams Kherkner 2007-09-30.pdf
Williams Kherkner 2007-10-31 (Baker).pdf
Williams Kherkner 2007-10-31 (Bimatre).pdf
Williams Kherkner 2007-10-31 (Hill, A.).pdf
Williams Kherkner 2007-10-31 (Johnston).pdf
Williams Kherkner 2007-10-31 (Ledbetter).pdf
Williams Kherkner 2007-10-31 (Mitchell).pdf
Williams Kherkner 2007-10-31 (Romans).pdf
Williams Kherkner 2007-10-31 (Sanderson).pdf
Williams Kherkner 2007-10-31 (Smith).pdf
Williams Kherkner 2007-10-31.pdf
Williams Kherkner 2007-11-30 (Kurtenbach).pdf
Williams Kherkner 2007-11-30 (Lear).pdf
Williams Kherkner 2007-11-30 (Ledbetter).pdf
Williams Kherkner 2007-11-30 (Romans).pdf
Williams Kherkner 2007-11-30 (Sanderson).pdf
Williams Kherkner 2007-11-30.pdf
Williams Kherkner 2007-12-31 (Ledbetter).pdf
Williams Kherkner 2007-12-31.pdf
Williams Kherkner 2008-01-31 (Ledbetter).pdf
Williams Kherkner 2008-01-31.pdf
Williams Kherkner 2008-02-28 (Ledbetter).pdf
Williams Kherkner 2008-03-31 (Ledbetter).pdf
Williams Kherkner 2008-04-30 (Hill, A.).pdf
Williams Kherkner 2008-04-30 (Ledbetter).pdf
Williams Kherkner 2008-06-30 (Texas and Ledbetter).pdf
Williams Kherkner 2008-10-31 (Expert Fees).pdf
Williams Kherkner 2008-10-31 (Smith).pdf

Williamson & Williams

Williamson & Williams 2004-10-31.pdf
Williamson & Williams 2004-11-30.pdf

Williamson & Williams 2004-12-31.pdf
Williamson & Williams 2008-04-30.pdf
Williamson & Williams 2008-07-31.pdf

Wold Law Firm

Wold Law Firm 2005-09-31.pdf

Zimmerman Reed

Zimmerman Reed 2005-05-31.pdf
Zimmerman Reed 2005-06-30.pdf
Zimmerman Reed 2005-07-31.pdf
Zimmerman Reed 2005-08-31.pdf
Zimmerman Reed 2005-09-30.pdf
Zimmerman Reed 2005-10-31.pdf
Zimmerman Reed 2005-11-30.pdf
Zimmerman Reed 2005-12-31.pdf
Zimmerman Reed 2006-01-31.pdf
Zimmerman Reed 2006-02-28.pdf
Zimmerman Reed 2006-03-31.pdf
Zimmerman Reed 2006-04-30.pdf
Zimmerman Reed 2006-05-31.pdf
Zimmerman Reed 2006-06-30.pdf
Zimmerman Reed 2006-07-31.pdf
Zimmerman Reed 2006-08-31.pdf
Zimmerman Reed 2006-09-30.pdf
Zimmerman Reed 2006-10-31.pdf
Zimmerman Reed 2006-11-30.pdf
Zimmerman Reed 2006-12-31.pdf
Zimmerman Reed 2007-02-28.pdf
Zimmerman Reed 2007-03-31.pdf
Zimmerman Reed 2007-04-30.pdf
Zimmerman Reed 2007-05-31.pdf
Zimmerman Reed 2007-06-30.pdf
Zimmerman Reed 2007-07-31.pdf
Zimmerman Reed 2007-08-31.pdf
Zimmerman Reed 2007-09-30.pdf
Zimmerman Reed 2007-10-31.pdf
Zimmerman Reed 2007-11-30.pdf
Zimmerman Reed 2007-12-31.pdf
Zimmerman Reed 2008-01-31.pdf
Zimmerman Reed 2008-02-28.pdf
Zimmerman Reed 2008-03-31.pdf
Zimmerman Reed 2008-04-31.pdf

Zimmerman Reed 2008-06-30.pdf
Zimmerman Reed 2008-07-31.pdf
Zimmerman Reed 2008-08-31.pdf
Zimmerman Reed 2008-09-30.pdf
Zimmerman Reed 2008-10-31.pdf


**DOCUMENTS PRODUCED IN OPEN COURT ON 2-17-11 on 1 CD (IN GLOBO) (4 SUBFOLDERS AND 1 LOOSE PDF DOCUMENT)**

1.    "Fee Allocation Grids - Feb 17, 2011 (hearing Ex 3)" folder

Allocation 1-13-11 (pdf doc)
Allocation 12-1-10 (pdf doc)

2.    "Fee Materials" folder (7 subfolders and 4 loose pdf documents)

"Affidavit" subfolder

Affidavit - Russ Herman (pdf)
Affidavit - Russ HermanA (pdf)
Affidavit - Russ HermanB (pdf)
Affidavit - Russ HermanC (pdf)
Affidavit - Russ HermanD (pdf)

"Fee Committee Presentations" subfolder

"Binder 1"

Presentations 001.0
Presentations 001.1
Presentations 001.2
Presentations 001.3
Presentations 001.4
Presentations 001.5
Presentations 001.6
Presentations 001.7
Presentations 001.8
Presentations 001.9
Presentations 001.10
Presentations 001.11
Presentations 001.12
Presentations 001.13
Presentations 001.14
Presentations 001.15

Presentations 001.16
Presentations 001.17
Presentations 001.18
Presentations 001.19
Presentations 001.20
Presentations 001.21
Presentations 001.22
(23 separate pdf docs identified as shown)


"Binder 2"
Presentations 002.0
Presentations 002.23
Presentations 002.24
Presentations 002.25
Presentations 002.26
Presentations 002.27
Presentations 002.28
Presentations 002.29
Presentations 002.30
Presentations 002.31
Presentations 002.32
Presentations 002.33
Presentations 002.34
Presentations 002.35
Presentations 002.36
Presentations 002.37
Presentations 002.38
Presentations 002.39
Presentations 002.40
Presentations 002.41
Presentations 002.42
(21 separate pdf docs identified as shown)

"FeeAllocationMtg" subfolder

FeeAllocationMtg-000
FeeAllocationMtg-001
FeeAllocationMtg-002
FeeAllocationMtg-003
FeeAllocationMtg-004
FeeAllocationMtg-005
FeeAllocationMtg-006
FeeAllocationMtg-007
FeeAllocationMtg-008

FeeAllocationMtg-009
FeeAllocationMtg-010
FeeAllocationMtg-011
FeeAllocationMtg-012
FeeAllocationMtg-013
FeeAllocationMtg-014
FeeAllocationMtg-015
(15 separate pdf docs named as shown)

"Time Records" subfolder

Volume_1 Time Records (pdf)

Volume_2 TimeRecords (pdf)

"Volume I - Fee Affidavit" subfolder

Volume001.0
Volume001.1
Volume001.2
Volume001.3
Volume001.4
Volume001.5
Volume001.6
Volume001.7
Volume001.8
Volume001.9
Volume001.10
Volume001.11
Volume001.12
Volume001.13
(14 separate pdf documents identified as shown)

"Volume II - Fee Affidavits"

Volume002.0
Volume002.17
Volume002.19
Volume002.21
Volume002.22
Volume002.23
Volume002.26
Volume002.27
Volume002.28
Volume002.29

-109-

Volume002.30
Volume002.31
(12 separate pdf documents identified as shown)

"Volume III - Fee Affidavits" subfolder

Volume003.0
Volume003.32
Volume003.33
Volume003.34
Volume003.35
Volume003.36
Volume003.37
Volume003.38
Volume003.39
Volume003.40
Volume003.43
Volume003.45
Volume003.46
Volume003.49
Volume003.51
Volume003.52
Volume003.53
Volume003.54
Volume003.55
(19 separate pdf documents identified as shown)

Loose items in folder on CD:

PointSystemGuide (separate pdf)
PTO 51-Disbursement ofCosts (separate pdf)
TimeTotals
TrialPackage

3.      "Fee Petition Presentations - Beasley Allen" folder

Anapol Schwartz Weiss & Cohan - Nj.pdf
Anastopoulo & Clore Llc - Tx.pdf
Andrews & Thornton - Ca.pdf
Ashcraft & Gerel Llp - La.pdf
Audet & Partners, Llp and Hovde Dassow & Deets Llc - Nj.pdf
Audet & Partners, Llp - Ca.pdf
Aylstock Witkin Kreis & Overholtz Pllc.pdf
Barrios Kingsdorf & Casteix Llp - La.pdf
Beasley Allen.pdf

Blizzard.pdf
Brown & Crouppen the Driscoll Firm Pc - Ca.pdf
Burg Simpson Eldredge Hersh & Jardine Pc - Ca.pdf
Cohen Milstein - Nj.pdf
Cohen Placitella & Roth - Nj.pdf
Cuneo Gilbert & Laduca - Nj.pdf
Engstrom Lipscomb & Lack - Ca.pdf
Escobedo, Tippit & Cardenas Llp - Tx.pdf
Fibich, Hampton & Leebron Llp - Tx.pdf
Gainsburgh Benjamin David Meunier & Warshauer Llc- La.pdf
Gancedo & Nieves - Ca.pdf
Girardi Keese.pdf
Herman Herman Katzcotlar.pdf
Irpino Law Firm - La.pdf
Kasowitz Benson Torres & Friedman - Nj.pdf
Kline & Specter Pc - Nj.pdf
Law Offices of Brian K Balser - Tx.pdf
Law Offices of Daniel E Becnel Jr - La .Pdf
Law Offices of Eric H Weinberg - Nj.pdf
Levin Fishbein.pdf
Levin Papantonio.pdf
Lewis & Roberts Martin & Jones - ca (1).Pdf
Lewis & Roberts Martin & Jones - Ca.pdf
Lieff Cabraser Heimann _ Bernstein Llp - La.pdf
Lockridge Grindal Nauen Pllp - La .Pdf
Locks Law Firm - Nj.pdf
Lowe Law Firm and Carey & Danis - La.pdf
Lundy and Davis - La.pdf
Matthews & Associates- Tx.pdf
Morelli Ratner - Nj.pdf
Motley Rice - Nj .Pdf
Panish Shea & Boyle - Ca.pdf
Ranier Provost Williams Watts Kaiser - Tx.pdf
Robins Kaplan Miller & Ciresi Llp - La.pdf
Sanfordpinedo.pdf
Seeger Weiss.pdf
Sheller Pc - Nj.pdf
The Branch Law Firm - Tx.pdf
The Lanier Law Firm.pdf
The Snapka Law Firm - Tx.pdf
Weitz Luxenberg.pdf
White & Wetherall, Llp - Ca.pdf

4.      "Fee Recommendation Objections -Deb 14,2011 (Ex H-1)" folder

Anapol Schwartz 2011-02-04.pdf
Becnel Daniel 2011-01-26.pdf
Becnel  Daniel 2nd Supplemental 2011-02-04.pdf
Branch Law Firm 2011-02-04.pdf
Bruno & Bruno 2011-02-04.pdf
Cunard Law Firm 2011-02-04.pdf
Escobedo Tippit 2011-02-04.pdf
Jones Swanson 2011-02-06.pdf
Kline & Specter Objection[1].pdf
Lockridge Grindal 2011-02-03.pdf
Locks Law Firm 2011-02-04.pdf
Morelli Ratner 2011-02-03.pdf
Motley Rice 2011-02-07.pdf
Murray Law Firm 2011-02-04.pdf
Roda Nast 2011-02-04.pdf
Snapka Kathryn 2011-02-04.pdf
Weinberg Placitella 2011-02-02.pdf
Weinberg Placitella Supplemental 2011-02-04.pdf

Items on CD not in a folder:

production list 2-17-11 (loose pdf doc)


**ON HARD DRIVE**


**COMMON EXHIBIT 102 (IN GLOBO)**

**COMPLETE MDL 1657 TRIAL PACKAGE**

-112-

.

/s/ Robert E. Arceneaux

_____

Robert E. Arceneaux, La Bar No. 01199
ROBERT E. ARCENEAUX LLC
47 Beverly Garden Drive
Metairie, LA 70001
(504) 833-7533 office
(504) 833-7612 fax
rea7001@cox.net

/s/ Margaret E. Woodward

_____

MARGARET  E.  WOODWARD,  La.  Bar
No.13677
3701 Canal Street, Suite C
New Orleans, Louisiana  70119
(504) 301-4333 office
(504) 301-4365 fax
mewno@aol.com

**CO-LEAD COUNSEL FOR OBJECTORS IDENTIFIED IN FEB. 8 ORDER**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, and by upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8, on this date, May 8, 2011

/s/ Robert Arceneaux

_____