UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX : | Civil Action: DC-03-84 |
| : | |
| PRODUCTS LIABILITY LITIGATION : | |
| : | |
| : | SECTION L, MAG. 3 |
| : | JUDGE FALLON |
| This document relates to The Fee : | MAG. JUDGE KNOWLES |
| Allocation Committee's Common : | SPECIAL MASTER |
| Benefit fee for *Escobedo, Tippit &* : | PATRICK A. JUNEAU |
| *Cardenas, L.L.C.* : | |
| : | MDL Docket No. 1657 |
| : | |

### ESCOBEDO, TIPPIT & CARDENAS L.L.C'S EXHIBIT LIST

Pursuant to Special Master, Patrick Juneau's Report and Scheduling Order please find the following list of Exhibits by Objectors Escobedo, Tippit and Cardenas, L.L.C.

1. Affidavit of Russ Herman in Support of the Plaintiffs' Liaison Counsel's Memorandum in Support of Motion for Award of Plaintiffs' Common Benefit Counsel Fees and Reimbursement of Expenses

2. Transcript of Joe Escobedo testimony before F.A.C.

3. Order of remand of *Garza* case by Judge Fallon.

4. Monthly status reports on *Garza* in MDL

5. Exhibit 17.1.23 List of Excluded Persons of MSA

6. List of H&L's Brown Greer Vioxx Claimants

7. Plaintiffs' Original Petition in *Garza* filed on March 10, 2003

8. Beasley Allen: Legal Headlines, <u>Vioxx: Showdown in the Rio Grande</u>

9. Escobedo, Tippit & Cardenas, LLC's ("ETC") Objection to Recommended Common Benefit Award and exhibits

10. Verdict in *Garza v. Merck*

11. Beasley Allen: Legal Headlines, Plaintiffs Win First Short Term Use Vioxx Lawsuit

12. Motion for Award of Plaintiffs' Common Benefit Counsel Fees and Reimbursement of Expenses [Doc. 17642]

13. Plaintiffs' Liaison Counsel's Supplemental Memorandum in Support of Reimbursement of Common Benefit Expenses [Doc. 21543]

14. Deposition of Andy Birchfield on Behalf of FAC

15. *Merck v. Garza*, 277 S.W.3d 430 (Tex. App. – San Antonio 2008)

16. FAC's Response to Objections to Recommended Common Benefit Fee Allocation

17. Minutes of FAC committee

18. ETC's submissions of expenses and hours (common benefit)

19. Lodestar calculations and spreadsheets

20. Hockema, Tippit & Escobedo firm brochure

21. Opinion of San Antonio Court in Arcoxia fight *150 S.W.3rd 747, 9/15/2004*

22. Email from Brown Greer regarding Common Benefit Withholding Refund Payments

23. Exhibit A to Order Regarding Common Benefit Fee, Letter from Russ Herman, Dated: January 19, 2011

24. Beasley Allen: Legal Headlines, Vioxx Case Set For January 24, 2005