UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION  L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | SPECIAL MASTER |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | PATRICK A. JUNEAU |
| | * | May 9, 2011 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**EXHIBIT LIST ON BEHALF OF
ERIC H. WEINBERG, CHRIS PLACITELLA,
AND COHEN, PLACITELLA AND ROTH**


**IN BINDERS**

**BINDER 1-1  –  LETTERS AND EMAILS 2002, 2004 and 2005**

See Attachment A – Detailed List


**BINDER 1-2  – LETTERS AND EMAILS 2006**

See Attachment A – Detailed List


**BINDER 1-3  – LETTERS AND EMAILS 2007, 2008, 2009, 2010, 2011**

See Attachment A – Detailed List

**BINDER 2 – CHARTS**

1.    Placitella & Weinberg Depositions

2.    Placitella & Weinberg Vioxx Trial Assistance

3.    Time Line of Placitella & Weinberg Leadership in Vioxx Litigation

4.    Placitella & Weinberg Detail Report of MDL Contribution

5.    Lodestar Calculation

6.    Placitella & Weinberg Trial Contributions

**BINDER 3 – POWER POINT PRESENTATIONS**

1.    Merck Knowledge

2.    Weinberg contributions

3.    The *True* Risk Benefit Profile of Vioxx

4.    Merck-Nitromed Research Collaboration to develop a safer VIOXX

**BINDER 4-1 – JOURNAL AND PROFESSIONAL ARTICLES, REPORTS**

1.    Pooled Analysis of Rofecoxib Placebo-Controlled Clinical Trial Data: Lessons for
      Post-Market Pharmaceutical Safety Surveillance

2.    Persistence of Cardiovascular Risk after Rofecoxib Discontinuation (+ Correction)

3.    Bayesian Approaches to Aspects of the Vioxx Trials: Non-ignorable Dropout and
      Sequential Meta-Analysis

4.    Industry Insider: Attorney tired of waiting game with FDA (from The Star Ledger)

5.      Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma
        Chemoprevention Trial (from The New England Journal of Medicine)


**BINDER 4-2 – JOURNAL AND PROFESSIONAL ARTICLES, REPORTS**

6.      FDA Report (from Merck) "NDA 21-042/S-007: VIOXX™ (Rofecoxib Tablets)
        Response to FDA Request for Information / Request for FDA Comment, May 25, 2001

7.      VIGOR (VIOXX GASTROINTESTINAL OUTCOMES RESEARCH STUDY)
        ASSESSMENT OF THROMBOEMBOLIC CARDIOVASCULAR SERIOUS
        ADVERSE EXPERIENCES

8.      Vioxx and Cardiovascular Risk, David Madigan, PhD; October 8, 2007; and David
        Madigan CV

9.      A Case Study: Merck's Vioxx Alzheimer's Studies, by Eric H. Weinberg, JD

10.     Memo – To: Vioxx File; From: Eric H. Weinberg (EHW); Date: November 12, 2006; Re:
        Vioxx Public Relations

11.     Kostis Report Documents

        a.      Vioxx Figures – Power Point Presentation

        b.      Analysis of 504 cases from the Vioxx litigation.

        c.      Vioxx Form (revised by Kostis 6-7-05)

        d.      Client Case Summary

        e.      Excel spreadsheet medical incidents – Crisp and Meddra

        f.      John B. Kostis, M.D., F.A.C.P., F.A.C.C. – Curriculum Vitae

**BINDER 5 – PLACITELLA AND WEINBERG VALUE ADDED**

See Attachment B – Detailed List

**DVD #6**
**MULTI MEDIA FOR CHRIS PLACITELLA POWER POINT**

a.  Be the power MI cuts.mp4

b.  Blake-2000-03 Blake told about increase in mi before first PR.mp4

c.  Blake-mission was to convince world vioxx does not cuase MI.mp4

d.  DorothyHamillMorning15seconds.mp4

e.  laine- dont mention hypertension- we were cagy.mp4

f.  Laine first lies.Numbers.Are.Wrong.mp4

g.  Laine.Lie finals.VNR.mp4

h.  Laine.Lies.totally bogusHospitalizations.mp4

i.  Lanier. exerpt.mp3

j.  Lanier full recording.mp3

k.  LD.Merck.agrees.with.risk.mp4

l.  Mckines-2000-04-28 CV card message was mortalitiy was low.mp4

m.  Mckines-Wrong to give Vioxx to Hamill.mp4

n.  purpose of cv card.mp4

o.  Vioxx - Lanier transcript.PDF

p.  Weiner 2billion truncated.m4v

q.  Weiner-05-12-2000 Merck complaint about fda violation.mp4

r.  Weiner-Advisors said naprxen not cardio protective.mp4

s.      Weiner-message.reached.2.billion.mp4

t.      Weiner-MI.risk.never.in.Press.Releases.mp4

u.      Weiner-PR Seen by Everyone.mp4

v.      Powerpoint consolidated for fee trial.ppt

Respectfully submitted:


/s/ Robert E. Arceneaux
Robert E. Arceneaux, LA. Bar. No. 01199
ROBERT E. ARCENEAUX, LLC
47 Beverly Garden Drive
Metairie, LA. 70001
(504) 833-7533 office
(504) 833-7612 fax
rea7001@cox.net

MARGARET E. WOODWARD,
La. Bar No. 13677
3701 Canal Street, Suite C
New Orleans, Louisiana  70119
(504) 301-4333 office
(504) 301-4365 fax
mewno@aol.com

Pascal F. Calogero, Jr., La. Bar No. 03802
AJUBITA, LEFTWICH & SALZER, L.L.C.
1100 Poydras Street
New Orleans LA 70163-1950
(504) 582-2300 office
(504) 582-2310 fax
pcalogero@alsfirm.com

Attorneys for Chris Placitella, Eric Weinberg
and Cohen, Placitella and Roth


**CERTIFICATE OF SERVICE**

-5-

I hereby certify that the above and foregoing pleading has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, and by upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8, on this date, May 9, 2011

_____

/s/ Robert Arceneaux

# ATTACHMENT A

# LIST OF BINDER 1-1, 1-2 and 1-3 EXHIBITS

Emails and Letters

| | From | To | Date | Subject |
|---|---|---|---|---|
| 1 | Gertz, Barry | Scolnick, Edward M. | | 5/6/2002 re: NO-ASA and NO-coxibs |
| 2 | Peter S. Kim | Bd. Of Dir. (Merck) | | 11/21/2002 NitroMed, Inc. - Collaboration on Nitric Oxide Exnahced Cox-2s |
| 3 | Eric H. Weinberg | Food and Drug Administration | | 10/4/2004 Vioxx Litigation |
| 4 | Selwyn, Murray R | Bain, Raymond P. et al | | 1/13/2005 18 months unrealistic |
| 5 | Konstam, Marvin | Lines, Christopher et al | | 1/31/2005 Konstam on a limb |
| 6 | Lines, Christopher | Oxenius, Bettina et al | | 1/31/2005 Bresalier I agree with Marv |
| 7 | Placitella, Chris | Eric H. Weinberg et al | | 1/31/2005 RE: SAS data |
| 8 | John Gueriguian | Eric H. Weinberg | | 2/20/2005 Gueriguian |
| 9 | Eric H. Weinberg | Eric H. Weinberg | | 2/21/2005 Gueriguian |
| 10 | Eric H. Weinberg | David Egilman | | 2/22/2005 Vioxx Litigation |
| 11 | Eric H. Weinberg | Chris Placitella et al | | 2/25/2005 delayed effect label Vioxx_corres_P4 |
| 12 | Eric H. Weinberg | Placitella, Chris et al | | 2/25/2005 RE: ifyou put these 3 together with deaths from GI bleeding in contr |
| 13 | Placitella, Chris | Eric H. Weinberg et al | | 3/6/2005 RE: PowerPoint Presentations |
| 14 | Eric H. Weinberg | David Egilman | | 3/8/2005 Vioxx Litigation |
| 15 | John B. Kostis | cplacitella@wilentz.com et al | | 3/8/2005 Notes on 2001 profit plan and 1998 sci advisor panel |
| 16 | Buchanan, David | Eric H. Weinberg | | 3/10/2005 Ray Report |
| 17 | Placitella, Chris | John B. Kostis, et al | | 3/15/2005 RE: Vioxx -- Anstice |
| 18 | Eric H. Weinberg | Buchanan, David | | 3/15/2005 RE: Meeting tomorrow at 1pm |
| 19 | Stewart Cohen | Eric H. Weinberg et al | | 3/15/2005 re: Robert McFarland v. Merck |
| 20 | Grand, Jeff | Eric H. Weinberg | 3/16 to 3/20/2006 | 21-042S007 Vioxx corres P1.pdf |
| 21 | Eric H. Weinberg | Sol H. Weiss et al | | 3/17/2005 scolnick |
| 22 | Eric H. Weinberg | rdm@lanierlawfirm.com | | 3/21/2005 FW: Report Draft |
| 23 | Buchanan, David | Chris Tisi et al | | 3/22/2005 Naproxen Fraud |
| 24 | Placitella, Chris | Buchanan, David et al | | 3/23/2005 Kronmal/Kostice |
| 25 | Buchanan, David | Eric H. Weinberg | | 3/25/2005 Re: Kronman/Kostice |
| 26 | Eric H. Weinberg | Buchanan, David | | 3/25/2005 I need the FDA are bastards |
| 27 | Eric H. Weinberg | David Egilman et al | | 3/25/2005 RE: resend me the bmj letters from 2002 |
| 28 | David Egilman | Eric H. Weinberg et al | | 3/26/2005 re: VIOXX Alzheimer Study 091 Deaths |
| 29 | Buchanan, David | Eric H. Weinberg et al | | 3/26/2005 RE: VIOXX Alzheimer Study 091 Deaths |
| 30 | Lea Anne Hegg | Eric H. Weinberg | | 3/26/2005 liability report |
| 31 | Eric H. Weinberg | Lea Anne Hegg | | 3/26/2005 Re: liability report |
| 32 | Eric H. Weinberg | Placitella, Chris et al | | 3/26/2005 re: VIOXX Alzheimer Study 091 Deaths |
| 33 | Eric H. Weinberg | Buchanan, David et al | | 3/26/2005 RE: VIOXX Alzheimer Study 091 Deaths |

| 34 | Eric H. Weinberg | John Kostis, M.D. | 3/28/2005 | questions for your cardiologist |
| 35 | Eric H. Weinberg | Buchanan, David | 3/28/2005 | RE: Kronmal CV |
| 36 | Eric H. Weinberg | Buchanan, David | 3/29/2005 | Re: Report Draft |
| 37 | Eric H. Weinberg | Buchanan, David | 3/29/2005 | RE: Report Draft |
| 38 | Eric H. Weinberg | Buchanan, David | 3/31/2005 | Buchanan asks Eric for a regulatory expert |
| 39 | Eric H. Weinberg | Buchanan, David et al | 4/2/2005 | RE: I need the discussion form the fda feb 2005 panel that discusses |
| 40 | Eric H. Weinberg | Buchanan, David et al | 4/2/2005 | RE: Nies 1011 I NEED THIS |
| 41 | Eric H. Weinberg | degilman@egilman.com | 4/6/2005 | Re: well merck said 126 was finished in this summary…. |
| 42 | Eric H. Weinberg | Hartmut Glossman | 4/8/2005 | FW: Final report in 3 sections Have anice weekend |
| 43 | Eric H. Weinberg | Buchanan, David | 4/11/2005 | Re: Athero |
| 44 | Eric H. Weinberg | John Kostis, M.D. | 4/11/2005 | Athero |
| 45 | Eric H. Weinberg | Buchanan, David | 4/11/2005 | Athero |
| 46 | Buchanan, David | Eric H. Weinberg | 4/17/2005 | Athero |
| 47 | Buchanan, David | Eric H. Weinberg et al | 4/17/2005 | Re: premature termination of 078. I didn't know this must have had |
| 48 | Shannon Lukei | Eric H. Weinberg | 4/19/2005 | RE: Singh & Marketing issues |
| 49 | Placitella, Chris | David Buchanan et al | 4/29/2005 | naproxen and placebo fraud |
| 50 | Richard D. Meadow | Eric H. Weinberg | 6/6/2005 | re: Egilman |
| 51 | Richard D. Meadow | Eric H. Weinberg | 6/6/2005 | Egilman |
| 52 | David Egilman | Eric H. Weinberg | 6/23/2005 | Re: anyone got this? |
| 53 | Eric H. Weinberg | David Egilman | 6/24/2005 | Vioxx Litigation |
| 54 | Eric H. Weinberg | Chris Placitella et al | 6/24/2005 | RE: this is a very imprtatin set of documents it is key to defeating the |
| 55 | Chris Placitella | Erik Acosta et al | 6/28/2005 | RE: VIOXX - Causation & Settlement Model |
| 56 | Eric H. Weinberg | David Egilman | 7/11/2005 | Vioxx Litigation |
| 57 | Chris Placitella | Eric H. Weinberg et al | 7/13/2005 | Fw: timeline |
| 58 | Chris Placitella | Amos Presler et al | 7/13/2005 | RE: timeline |
| 59 | Eric H. Weinberg | Richard D. Meadow | 7/15/2005 | RE: Emailing board |
| 60 | Chris Placitella | Siegel, Daniel J, et al | 7/18/2005 | FW: Please review "naprxen fraud all report' |
| 61 | Chris Placitella | Ann Ritter et al | 7/18/2005 | FW: Please review 'vioxx dangers allreport' |
| 62 | Chris Placitella | Buchanan, David | 7/18/2005 | RE: October 18, 2000 Consultants meeting |
| 63 | Grant, Kaiser | Vioxx (Cox-2 Inhibitor Arthritis in | 7/18/2005 | RE: [cox_2 RE: Document |
| 64 | Chris Placitella | Eric H. Weinberg et al | 7/19/2005 | liability testimony summary-- |
| 65 | Chris Placitella | RedBank Intern; Rplacitella etal | 7/20/2005 | Emailing: 20vioxx.htm |
| 66 | Chris Placitella | Eric H. Weinberg | 7/21/2005 | Fw: For Pauls Approval |

| # | From | To | Date | Subject |
|---|------|-----|------|---------|
| 67 | Richard D. Meadow | Eric H. Weinberg | 7/23/2005 | re: Emailing: board |
| 68 | Tom Nesi | Buchanan, David et al | 7/24/2005 | Fw: Trial Decision |
| 69 | Eric H. Weinberg | Richard D. Meadow | 7/25/2005 | RE: Emailing: board |
| 70 | Eric H. Weinberg | Richard D. Meadow et al | 7/26/2005 | RE: Emailing: board |
| 71 | david egilman | Eric H. Weinberg | 7/30/2005 | RE: the FDA sprung a leak - plumber needed |
| 72 | Eric H. Weinberg | degilman@egilman.com | 7/30/2005 | RE: EUROPEAN MEETING ON VIOXX CV SIGNAL IN 2000 |
| 73 | Eric H. Weinberg | Cvrtis@aol.com | 8/6/2005 | RE: Please see attached documen from Hoenig |
| 74 | Chris Placitella | sknowlton@lockslawny.com etal | 8/7/2005 | FW: Fw: Wendy Dixon 8-5-05 Rough Draft ASCII |
| 75 | Eric H. Weinberg | John Kostis, M.D. | 8/9/2005 | FW: Gaziano |
| 76 | Eric H. Weinberg | degilman@egilman.com | 8/10/2005 | RE: Prevalence of total coronary occlusion during the early hours of |
| 77 | Eric H. Weinberg | Cvrtis@aol.com et al | 8/11/2005 | RE: Honig |
| 78 | Chris Placitella | Eric H. Weinberg | 8/13/2005 | FW: [44SW88]-[cox_two] Recall: Vioxx ethics tests -Emial found in su |
| 79 | Eric H. Weinberg | Chris Placitella et al | 8/15/2005 | Re: Merck Admissions and Bad Faith |
| 80 | Kristal, Jerry | Eric H. Weinberg | 8/19/2005 | RE: VALOR |
| 81 | Seeger, Chris | Chris Placitella | 8/20/2005 | RE: Nesi |
| 82 | Eric H. Weinberg | jkristal@weitzlux.com | 8/25/2005 | FW: RPC 4.2 and 4.3 |
| 83 | Chris Placitella | Buchanan, David et al | 8/25/2005 | RE: westrick |
| 84 | Eric H. Weinberg | degilman@pennswoods.net et al | 8/27/2005 | RE: I need the web address for this fda document |
| 85 | Chris Placitella | Sweiss@anapolschwartz.com | 9/6/2005 | Meeting and Discovery Plan |
| 86 | Seeger, Chris | Chris Placitella et al | 9/8/2005 | RE: NJ Trial Update |
| 87 | Chris Placitella | Carboy, Andrew et al | 9/12/2005 | RE: NJ Discovery meeting |
| 88 | Chris Placitella | Eric H. Weinberg et al | 9/12/2005 | RE: Sales/Marketing Discovery Requests |
| 89 | Eric H. Weinberg | Chris Placitella et al | 9/13/2005 | RE: Motion to Exclude Testimony of Thomas Nesi |
| 90 | Eric H. Weinberg | Kristal, Jerry et al | 9/16/2005 | RE: Warning Flag powerpoint |
| 91 | Eric H. Weinberg | degilman@egilman.com | 9/18/2005 | FW: trial |
| 92 | egilman | Buchanon, David | 9/18/2005 | RE: Alz Deaths |
| 93 | Eric H. Weinberg | Tanya Tayts | 9/19/2005 | FW: |
| 94 | Eric H. Weinberg | Joseph Laico | 9/20/2005 | RE: Hi Eric |
| 95 | Eric H. Weinberg | Kristal, Jerry et al | 9/21/2005 | RE: Egilman Direct |
| 96 | Chris Placitella | Eric H. Weinberg | 9/22/2005 | Re: Egilman Direct (request for help) |
| 97 | Eric H. Weinberg | David Egilman | 9/23/2005 | Time lines. Doc |
| 98 | Eric H. Weinberg | degilman@egilman.com et al | 9/24/2005 | RE: Should Alzheimer's Drive? |
| 99 | Eric H. Weinberg | degilman@egilman.com et al | 9/24/2005 | RE: this is fine but it needs a timeline showing how thye delayed givi |

| # | From | To | Date | Subject |
|---|------|----|------|---------|
| 100 | Eric H. Weinberg | Seeger, Chris et al | 9/28/2005 | RE: anstice |
| 101 | Buchanan, David | Chris Placitella et al | 9/29/2005 | Re: Important testimony from Mckines |
| 102 | Buchanan, David | Chris Placitella | 9/29/2005 | FW: Important testimony from Mckines |
| 103 | Eric H. Weinberg | Chris Placitella et al | 9/29/2005 | Feldman case (jury charge collaboration) |
| 104 | Chris Placitella | Eric H. Weinberg | 9/29/2005 | Jury Charge |
| 105 | Eric H. Weinberg | Shannon Luker | 9/29/2005 | Re: Sales & Marketing NJ Meeting |
| 106 | Eric H. Weinberg | Chris Placitella et al | 9/29/2005 | anstice |
| 107 | Eric H. Weinberg | Chris Placitella | 9/29/2005 | FW: Humeston v. Merck -- Proposed Charges |
| 108 | Eric H. Weinberg | Tanya Tayts et al | 9/29/2005 | FW: Important testimony from Mckines |
| 109 | Eric H. Weinberg | jhgeller@aol.com | 9/29/2005 | RE: Vioxx |
| 110 | Seeger, Chris | Eric H. Weinberg et al | 9/29/2005 | Re: FDA cross |
| 111 | Eric H. Weinberg | Chris Placitella et al | 9/29/2005 | RE: 10.1371_journal.pmed.0020138-L.pdf |
| 112 | Chris Placitella | Eric H. Weinberg | 9/30/2005 | FW: Egilman Direct and Anstice sensitivity analysis |
| 113 | Eric H. Weinberg | JHGELLER@aol.com | 9/30/2005 | Fw: Vioxx (trial cuts) |
| 114 | Kristal, Jerry | Chris Placitella et al | 9/30/2005 | Re: Vioxx techno stuff |
| 115 | John Gueriguian | Eric H. Weinberg | 9/30/2005 | Vioxx/Weinberg/Gueriguian/Feldman |
| 116 | Buchanan, David | Chris Seeger et al | 9/29/2005 | Fw: Vioxx/Weinberg/Gueriguian: Latest Report |
| 117 | Eric H. Weinberg | Chris Placitella et al | 10/1/2005 | put these 3 together -- what is a "bad" label? |
| 118 | Eric H. Weinberg | Ecklund, Donald | 10/4/2005 | Humeston v Merck - Proposed charges |
| 119 | Eric H. Weinberg | Chris Placitella | 10/5/2005 | Re: Vioxx Trial - Your Direct |
| 120 | Buchanan, David | Buchanan, David et al | 10/5/2005 | Re: Weiner and mckines |
| 121 | Buchanan, David | Eric H. Weinberg et al | 10/7/2005 | Re: Rarick's book: idea to promote theprocess |
| 122 | Thomas Nesi | Buchanan, David et al | 10/7/2005 | Re: Weiner Testimony |
| 123 | Eric H. Weinberg | Seeger, Chris | 10/8/2005 | Re: Rarick |
| 124 | Seeger, Chris | Buchanan, David et al | 10/8/2005 | Re: FDA Regs |
| 125 | Thomas Nesi | Eric H. Weinberg | 10/9/2005 | Emailing: 1804fn1 |
| 126 | Eric H. Weinberg | Seeger, Chris et al | 10/9/2005 | Re: FDA Regs |
| 127 | Eric H. Weinberg | Seeger, Chris et al | 10/9/2005 | RE: Lunches |
| 128 | Pennock, Paul | Eric H. Weinberg | 10/10/2005 | FW: Meeting |
| 129 | Chris Placitella | Pennock, Paul et al | 10/10/2005 | RE: Meeting |
| 130 | Eric H. Weinberg | Pennock, Paul | 10/11/2005 | RE: Meeting |
| 131 | Eric H. Weinberg | Chris Placitella et al | 10/11/2005 | FW: Vioxxxxxxx |
| 132 | Eric H. Weinberg | Chris Placitella | 10/12/2005 | RE: 2001 Vioxx Communications Strategy for CV Safety.pdf |

| | | | | |
|---|---|---|---|---|
| 133 | Grand, Jeff | Eric H. Weinberg | 10/18/2005 | FDA regs on promotional materials and ads |
| 134 | Chris Placitella | Eric H. Weinberg et al | 10/19/2005 | RE: FEDA regs on promotional materials and advertisements |
| 135 | Eric H. Weinberg | Grand, Jeff | 10/19/2005 | RE: Important Note |
| 136 | Mark Lanier | Eric H. Weinberg et al | 10/20/2005 | DWJ Associates |
| 137 | Seeger, Chris | cplacitella@cprlaw.com et al | 10/20/2005 | Re: Subpeonas |
| 138 | Mark Lanier | Chris Placitella et al | 10/21/2005 | Re: Dep Notices |
| 139 | Seeger, Chris | Chris Placitella et al | 10/22/2005 | RE: Topol--Privileged |
| 140 | Buchanan, David | Eric H. Weinberg | 10/24/2007 | Madigan's Report |
| 141 | Eric H. Weinberg | Kristal, Jerry | 10/25/2005 | Evaluating cases |
| 142 | Weiss, Sol | Relkin, Ellen et al | 11/4/2005 | Marketing Overview |
| 143 | Chris Placitella | Sol Weiss et al | 11/6/2005 | <none> discovery of Merck's marketing of VIOXX |
| 144 | Chris Placitella | Ann Ritter et al | 11/8/2005 | Trial & Discovery Organization Plan |
| 145 | Chris Placitella | Abramson, Eric et al | 11/9/2005 | news story - Lawyers: Merck Touted Vioxx Despite Risk |
| 146 | Eric H. Weinberg | Mark Lanier et al (many) | 11/16/2005 | RE: Here are the basics of our case that Judge Higbee selected |
| 147 | Thomas Nesi | Buchanan, David | 11/18/2005 | Merck Vioxx Invoice 11 |
| 148 | Richard D. Meadow | Eric H. Weinberg | 11/19/2005 | RE:  FDA Expert |
| 149 | Chris Placitella | Kristal, Jerry et al | 11/22/2005 | ?RE: vioxx labeling |
| 150 | Mark Lanier | cplacitella@cprlaw.com et al | 11/22/2005 | re: vioxx labeling |
| 151 | Kristal, Jerry | Chris Placitella | 11/30/2005 | Update and Planning |
| 152 | Pennock, Paul | Rob Gordon et al. | 12/2/2005 | Federal MDL assessment proposals |
| 153 | Richard D. Meadow | Eric H. Weinberg | 12/7/2005 | Re: FDA Expert |
| 154 | Chris Placitella | Richard D. Meadow | 12/7/2005 | Re: DO NO HARM????????????????? |
| 155 | Eric H. Weinberg | Chris Placitella et al | 12/9/2005 | Re: DO NO HARM????????????????? |
| 156 | Eric H. Weinberg | Meredith P. Gursky | 12/9/2005 | Vioxx 1205 (Boy did I get this one right) |
| 157 | Kristal, Jerry | Kristal, Jerry et al | 12/13/2005 | APPROVe and VIGOR results break down for Mark |
| 158 | Eric H. Weinberg | starr@weitzlux.com | 12/13/2005 | Re: detail docs |
| 159 | Chris Placitella | Richard D. Meadow | 12/14/2005 | FW: APPROVe and VIGOR data |
| 160 | Chris Placitella | Seeger, Chris | 12/17/2005 | Re: Bruce Jenner |
| 161 | Chris Placitella | Mark Robinson et al | 12/19/2005 | Re: DO NO HARM?????????????????? |
| 162 | Chris Placitella | rherman@hhkc.com | 12/20/2005 | Fw: Mary Elizabeth Blake - NJ VIOXX |
| 163 | Chris Placitella | Thomas Nesi | 12/20/2005 | On the third day of Christmas the italian sent to me |
| 164 | Mark Lanier | Kristal, Jerry | 1/2/2006 | Balance due on Final Seeger Revised Merck Invoice |
| 165 | Rob Gordon | Chris Placitella et al | 1/2/2006 | Re: sit down for this then stand up and cheer for the truth |
| | | | 1/2/2006 | Re: Vioxx $2 per pill the deomopoulis out takes - priceless |

| 166 | Rob Gordon | Mark Lanier et al | 1/2/2006 | Re: sit down for this then stand up and cheer for the truth |
| 167 | Relkin, Ellen | Eric H. Weinberg | 1/5/2006 | Re: Jay Geller |
| 168 | Eric H. Weinberg | Relkin, Ellen | 1/6/2006 | Re: McDArby BP's (+ Merck slides) |
| 169 | Chris Placitella | Kristal, Jerry | 1/10/2006 | Re: Be the Power video |
| 170 | Relkin, Ellen | Eric H. Weinberg | 1/10/2006 | Re: McDArby BP's/Kostos and FDA expert |
| 171 | Eric H. Weinberg | erelkin@weitzlux.com | 1/10/2006 | FW: McDArby BP's/Kostos and FDA expert |
| 172 | Chris Placitella | Suzanne Scovern | 1/11/2006 | Re: Be the Power video |
| 173 | Richard D. Meadow | Meredith P. Gursky | 1/11/2006 | Cona Meds |
| 174 | Eric H. Weinberg | Relkin, Ellen | 1/11/2006 | RE: FDA expert and HTN issue McDarby |
| 175 | Eric H. Weinberg | Richard D. Meadow et al | 1/11/2006 | RE: Cona Meds |
| 176 | Eric H. Weinberg | erelkin@weitzlux.com | 1/15/2006 | FW: |
| 177 | Chris Placitella | Kristal, Jerry | 1/16/2006 | Re: NESI MERCK REPORT.PDF |
| 178 | Chris Placitella | Ken S. Soh | 1/16/2006 | Re: NESI MERCK REPORT.PDF |
| 179 | Eric H. Weinberg | David Egilman et al | 1/16/2006 | RE: we found cannuscio |
| 180 | Seeger, Chris | Eric H. Weinberg et al | 1/16/2006 | Re: curfman |
| 181 | Eric H. Weinberg | Richard D. Meadow | 1/17/2006 | RE: |
| 182 | Eric H. Weinberg | John Kostis | 1/18/2006 | FW: John McDarby |
| 183 | Chris Placitella | Seeger, Chris | 1/20/2006 | Fw: STI document production review |
| 184 | Chris Placitella | Eric H. Weinberg et al | 1/20/2006 | RE: STI document production review |
| 185 | Chris Placitella | Mark Calzaretta | 1/20/2006 | Re: Vioxx Clips |
| 186 | Chris Placitella | Seward Lawlor | 1/24/2006 | Fw: Vioxx MDL Litigation (Ltd Modification of PTO 19) |
| 187 | Chris Placitella | Relkin, Ellen | 1/24/2006 | Re: Demopolous and DDMAC EXPERT ON BOARD!!! |
| 188 | Chris Placitella | Richard D. Meadow | 1/24/2006 | Re: Demopolous and DDMAC EXPERT ON BOARD!!! |
| 189 | Relkin, Ellen | Sylvia Pressler | 1/30/2006 | Re: call tomorrow <FDA presumption, NJ punitive damage act> |
| 190 | Relkin, Ellen | Eric H. Weinberg | 1/31/2006 | Re: are you around for the call? |
| 191 | Eric H. Weinberg | Relkin, Ellen | 1/31/2006 | RE: call tomorrow |
| 192 | Relkin, Ellen | Chris Placitella | 2/3/2006 | <none> "get Eric's points for the judge" |
| 193 | Eric H. Weinberg | Relkin, Ellen et al | 2/3/2006 | Re: how to count the months (+ McDarby opinion) |
| 194 | Eric H. Weinberg | Chris Placitella | 2/3/2006 | Re: How to count the months -McDarby help on diabetes |
| 195 | Kristal, Jerry | Eric H. Weinberg | 2/3/2006 | RE: How to count the months |
| 196 | Kristal, Jerry | Chris Placitella | 2/3/2006 | |
| 197 | Eric H. Weinberg | Relkin, Ellen et al | 2/3/2006 | RE: How to count the months |
| 198 | Eric H. Weinberg | Eric H. Weinberg et al | 2/7/2006 | RE: Merck's knowledge of diabetics |

| # | From | To | Date | Subject |
|---|------|-----|------|---------|
| 199 | Rob Gordon | Eric H. Weinberg et al | 2/7/2006 | RE: Merck's knowledge of diabetics |
| 200 | Kristal, Jerry | Eric H. Weinber et al | 2/8/2006 | RE: Merck's knowledge of diabetics |
| 201 | Eric H. Weinberg | Eric H. Weinberg et al | 2/9/2006 | Re: except for advantage |
| 202 | Eric H. Weinberg | Kristal, Jerry et al | 2/12/2006 | RE: Nesi |
| 203 | Eric H. Weinberg | Relkin, Ellen | 2/14/2006 | RE: Huan |
| 204 | Tanya Tayts | Eric H. Weinberg et al | 2/15/2006 | RE: VIP/VICTOR |
| 205 | Eric H. Weinberg | cplacitella@cprlaw.com | 2/15/2006 | RE: AIY0057438 |
| 206 | Eric H. Weinberg | Sheri Tarr | 2/20/2006 | RE: INFO on VIOXX INCREASING DIABETES RISK TO GET TO KRUMHO |
| 207 | Eric H. Weinberg | Relkin Ellen | 2/21/2006 | RE: INFO on VIOXX INCREASING DIABETES RISK TO GET TO KRUMHO |
| 208 | Eric H. Weinberg | David Egilman | 2/21/2006 | FW: A surprising discovery |
| 209 | Eric H. Weinberg | Rob Gordon et al. | 2/21/2006 | RE: INFO on VIOXX INCREASING DIABETES RISK TO GET TO KRUMHO |
| 210 | JKristal | Eric H. Weinberg et al | 2/22/2006 | Re: Ludmer |
| 211 | Eric H. Weinberg | Rob Gordon et al. | 2/22/2006 | Re: Huan |
| 212 | Eric H. Weinberg | Mayer, Ted et al | 2/23/2006 | RE: Demopoulos |
| 213 | Eric H. Weinberg | Richard D. Meadow | 2/23/2006 | RE: Demopoulos |
| 214 | Eric H. Weinberg | Relkin, Ellen et al | 2/24/2006 | Re: Huan |
| 215 | Chris Placitella | Relkin, Ellen et al | 2/24/2006 | RE: Huan |
| 216 | Eric H. Weinberg | Chris Placitella | 2/24/2006 | RE: Huan |
| 217 | Eric H. Weinberg | Relkin, Ellen et al | 2/24/2006 | RE: Huan |
| 218 | Eric H. Weinberg | kronmal; Buchanan et al | 2/27/2006 | Re: Vioxx |
| 219 | Eric H. Weinberg | Chris Placitella | 2/27/2006 | FW: NEJM followup |
| 220 | Chris Placitella | Beach Lawyer et al | 2/28/2006 | Fw: Press release re Reduced GI Side Effects |
| 221 | Chris Placitella | Ann Ritter et al | 2/28/2006 | Re: Press release re Reduced GI Side Effects |
| 222 | Eric H. Weinberg | David Egilman | 2/28/2006 | RE: Sc never approved the date |
| 223 | Eric H. Weinberg | David Egilman et al | 2/28/2006 | RE: failure to warn 1.0 |
| 224 | Eric H. Weinberg | Relkin, Ellen et al | 3/1/2006 | RE: Important Warning document - McDarby fraud |
| 225 | Eric H. Weinberg | Weiss; Sol; et al | 3/3/2006 | RE: Hatch - Pathologist- Dr. Landron's deposition |
| 226 | Eric H. Weinberg | Richard D. Meadow et al | 3/3/2006 | RE: April 05 FDA Memo |
| 227 | Eric H. Weinberg | Forrey, Gabriel | 3/8/2006 | RE: Slide from last night |
| 228 | Anthony Altobelli III | degilman@egilman.com | 3/9/2006 | Risk for MI |
| 229 | Eric H. Weinberg | Altobelli et al | 3/9/2006 | Risk Ratios for MIs in the general population |
| 230 | Eric H. Weinberg | Anthony Altobelli III et al | 3/10/2006 | RE: Risk for MI |
| 231 | Tanya Tayts | Eric H. Weinberg et al | 3/13/2006 | re: Slide from last night |

| 232 | Eric H. Weinberg | Marion Billings | 3/13/2006 | Re: vigon discontinuations |
| 233 | Eric H. Weinberg | David Buchanan | 3/13/2006 | FW: Robert McFarland v. Merck |
| 234 | Chris Placitella | Wagner, Michael | 3/16/2006 | Re: Vioxx (depo designations) |
| 235 | Rob Gordon | Mark Lanier et al | 4/4/2006 | re: Trial Update |
| 236 | Rob Gordon | Mark Lanier et al | 4/4/2006 | Trial Update - trial team on NJ case |
| 237 | Eric H. Weinberg | Weiss; Sol; Eric H. Weinberg | 4/5/2006 | re: Hatch - Infarction/Ischemia/Arrhythmia |
| 238 | Chris Placitella | Michael Weinlowitz | 4/5/2006 | Re: NJ VIOXX: Privileged & Confidential |
| 239 | Chris Placitella | Michael Weinlowitz | 4/5/2006 | ?RE: NJ VIOXX: Privileged & Confidential |
| 240 | Chris Placitella | ??? | 4/6/2006 | Excellent Account of Trial Results |
| 241 | Anthony Altobelli III | Spizer, Gregory S | 4/15/2006 | Re: Stephen Hatch - Expert Report |
| 242 | Shelly Sanford | Sigelman, Daniel et al. | 4/18/2006 | Re: JOHN: I NEED YOUR GUIDANCE ASAP |
| 243 | Anthony Altobelli III | Eric H. Weinberg | 4/18/2006 | McFarland |
| 244 | Meredith P. Gursky | Eric H. Weinberg | 5/1/2006 | re: Cases in need of your opinion/advice |
| 245 | Eric H. Weinberg | Meredith P. Gursky | 5/1/2006 | RE: Cases in need of your opinion/advice |
| 246 | Chris Placitella | Michael A. Galpern et al | 5/8/2006 | Re: Charlotte McKinnes |
| 247 | Eric H. Weinberg | Eric H. Weinberg et al | 5/22/2006 | Re: Merck report, talbles and figures of APPROVe follow up data |
| 248 | Steve Stein | James Pettit et al | 6/26/2006 | Fw: Vioxx Trial - Mary Blake Depo |
| 249 | Anthony Altobelli III | Eric H. Weinberg | 8/17/2006 | re: Dr. Altabello |
| 250 | Seeger, Chris | Eric H. Weinberg et al | 9/7/2006 | Re: Vioxx |
| 251 | Seeger, Chris | Chris Placitella et al | 9/8/2006 | RE: NJ Trial Update |
| 252 | Beach Lawyer | Chris Placitella | 9/11/2006 | |
| 253 | Gordon, Robert | Eric H. Weinberg et al | 9/19/2006 | Re: Alzheimer's Endpoint |
| 254 | Frank Woodson | Eric H. Weinberg | 10/4/2006 | Re: E, are you around today? Ffingers |
| 255 | Frank Woodson | Eric H. Weinberg | 10/7/2006 | Re: VIOXX meeting |
| 256 | Terry Longo | Eric H. Weinberg et al | 10/17/2006 | Re: Vioxx chart |
| 257 | Frank Woodson | Eric H. Weinberg | 10/20/2006 | Vioxx meeting |
| 258 | Roger Smith | Eric H. Weinberg et al | 11/8/2006 | Re: VIOXX meeting |
| 259 | Ken S. Soh | Eric H. Weinberg | 11/10/2006 | Krumholz and Madigan |
| 260 | Eric H. Weinberg | frank.woodson#beasleyallen.con | 11/21/2006 | Vioxx |
| 261 | Eric H. Weinberg | Anika Hardmon et al | 12/4/2006 | Kostis Project |
| 262 | Harlan Krumholz | David Madigan | 12/14/2006 | re: all-cause death rates in vioxx studies |
| 263 | David Madigan | Eric H. Weinberg | 12/29/2006 | deaths and CVT in AD |
| 264 | Mark Lanier | Eric H. Weinberg | 12/29/2006 | Re: deaths and CVT in AD |

| 265 | Eric H. Weinberg | Sigelman, Daniel et al. | 12/31/2006 | re: a curious thing about approve |
|---|---|---|---|---|
| 266 | Harlan Krumholz | Sigelman, Daniel et al. | 1/1/2007 | re: a curious thing about approve |
| 267 | Buchanan, David | WML@lanierlawfirm.com et al | 1/3/2007 | re: Urgent: Curfman and EOC |
| 268 | Kline, Thomas R. | Eric H. Weinberg et al | 1/16/2007 | re: Curfman |
| 269 | Seeger, Chris | Eric H. Weinberg et al | 1/16/2007 | Re: curfman |
| 270 | Seeger, Chris | Tom Kline et al | 1/16/2007 | re: Curfman |
| 271 | Buchanan, David | Eric H. Weinberg | 1/17/2007 | |
| 272 | Harlan Krumholz | David Madigan | 1/31/2007 | re: one more thing |
| 273 | David Madigan | Ross, Joseph et al | 2/1/2007 | Re: the rest |
| 274 | Harlan Krumholz | Eric H. Weinberg | 2/3/2007 | RE: ACR0014268.pdf |
| 275 | Buchanan, David | Horn, Moshe et al | 2/6/2007 | Re: Weinberg |
| 276 | Eric H. Weinberg | Buchanon, David et al | 2/6/2007 | RE: Weinberg |
| 277 | Eric H. Weinberg | Anthony Altobelli ("aaltobelli3@ | 2/6/2007 | FW: |
| 278 | Eric H. Weinberg | John Kostis et al | 2/6/2007 | FW: |
| 279 | David Madigan | Eric H. Weinberg | 2/7/2007 | Re: deaths |
| 280 | Eric H. Weinberg | Anthony Altobelli III | 2/8/2007 | RE: advice |
| 281 | Richard D. Meadow | Eric H. Weinberg | 2/10/2007 | Re: |
| 282 | Eric H. Weinberg | Harlan Krumholz et al | 2/11/2007 | loscala co-author of crt funded platelet study ctr credited |
| 283 | Eric H. Weinberg | John Kostis, M.D. | 2/12/2007 | Hermans Autopsy |
| 284 | Grand, Jeff | Chris Placitella | 2/12/2007 | |
| 285 | Harlan Krumholz | David Madigan | 2/15/2007 | Heterogeneity here is not for OA vs RA |
| 286 | David Egilman | Amos Presler et al | 2/20/2007 | maura print vip!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!! |
| 287 | Eric H. Weinberg | Richard D. Meadow | 2/21/2007 | Re: DDMAC hold off (help during Hermans Humeston) |
| 288 | Eric H. Weinberg | Buchanan, David | 2/23/2007 | Re: Short Term Use Stack |
| 289 | Eric H. Weinberg | Chris Placitella et al | 3/22/2007 | Next steps |
| 290 | Weiss, Sol | Eric H. Weinberg et al | 3/22/2007 | Re: Next steps |
| 291 | Eric H. Weinberg | Buchanan, David | 5/7/2007 | SAS |
| 292 | Eric H. Weinberg | Grand, Jeff et al | 5/15/2007 | Re: SAS |
| 293 | Eric H. Weinberg | Beach Lawyer et al | 6/8/2007 | Meeting June 15th |
| 294 | Steve Kherkher | Eric H. Weinberg et al | 6/12/2007 | Re: Meeting June 15th |
| 295 | Russ Herman | ??? | 6/15/2007 | Re: Kostis |
| 296 | Steve Knowlton | Eric H. Weinberg | 6/18/2007 | Vioxx - Divulging PSC Information |
| 297 | Kristal, Jerry | Eric H. Weinberg et al | 6/18/2007 | Madigan |

| # | | | Date | Subject | |
|---|---|---|---|---|---|
| 298 | David Egilman | Mark Lanier et al | 6/24/2007 | Re: Evidence in the UK | |
| 299 | David Egilman | Mark Lanier | 6/24/2007 | RE : Evidence in the UK | |
| 300 | Chris Placitella | Eric H. Weinberg et al | 6/29/2007 | FW: Vioxx - Divulging PSC Information | |
| 301 | Cvrisi@aol.com | Eric H. Weinberg | 7/5/2007 | Gil Block | |
| 302 | Pennock, Paul | Relkin, Ellen et al | 7/6/2007 | RE: New Jersey trial e-mail list | |
| 303 | Eric H. Weinberg | Buchanan, David | 7/11/2007 | Re: VICTOR deposition | |
| 304 | Buchanan, David | Eric H. Weinberg et al | 7/11/2007 | VICTOR deposition | |
| 305 | Chris Placitella | Eric H. Weinberg | 7/16/2007 | FW: Your depos | |
| 306 | David Egilman | Eric H. Weinberg et al | 7/19/2007 | RE : this is one of the stoukidis fraud pts lisa can you ... | |
| 307 | David Madigan | Eric H. Weinberg | 8/1/2007 | Fwd: Data mining short course at Sanofi-Aventis | |
| 308 | Dagostino, Lisa S. | Eric H. Weinberg | 8/7/2007 | Awesome job! | |
| 309 | Cvrisi@aol.com | Eric H. Weinberg | 8/7/2007 | Doing a good job. | |
| 310 | David Egilman | Eric H. Weinberg et al | 8/8/2007 | Re: Dr. Madigan confirmed CVT deaths 78 + 91 .... | |
| 311 | Cvrisi@aol.com | Eric H. Weinberg et al | 8/9/2007 | Re: Letter from Oxford | |
| 312 | Eric H. Weinberg | Buchanan, David | 9/4/2007 | NJ litigation | |
| 313 | Richard D. Meadow | Eric H. Weinberg | 9/18/2007 | Fw: Notes for Ernst Brief | |
| 314 | Eric H. Weinberg | Richard D. Meadow | 9/18/2007 | Re: Notes for Ernst Brief | |
| 315 | Eric H. Weinberg | Richard D. Meadow | 9/18/2007 | Re: Notes for Ernst Brief | |
| 316 | Eric H. Weinberg | John Kostis, M.D. cc Anapol Schw | 9/24/2007 | Re: Vioxx Litigation | |
| 317 | Harlan Krumholz | Eric H. Weinberg et al | 10/9/2007 | re: super job | |
| 318 | Buchanan, David | cplacitella@cprlaw.com et al | 10/9/2007 | Kostis | |
| 319 | Eric H. Weinberg | Buchanan, David | 10/9/2007 | Re: Kostis | |
| 320 | Arbitblit, Donald C. | Michael Ferrara et al | 10/12/2007 | re: Eric Weinberg - Successful on FDA Issue | |
| 321 | Michael Ferrara | Scully, Lisa et al | 10/12/2007 | Eric Weinberg - Successful on FDA Issue | |
| 322 | Grand, Jeff | Eric H. Weinberg | 10/12/2007 | Honig | |
| 323 | Catherine T. Heacox | Michael Ferrara et al | 10/12/2007 | re: Eric Weinberg - Successful on FDA Issue | |
| 324 | Cvrisi@aol.com | Eric H. Weinberg | 10/12/2007 | Fw: Eric Weinberg - Successful on FDA Issue | |
| 325 | David Egilman | Amos Presler et al | 10/12/2007 | some one is working (+ court order re: FOIA) | |
| 326 | Tiger, Michelle | Eric H. Weinberg | 10/13/2007 | Fw: Eric Weinberg - Successful on FDA Issue | |
| 327 | Eric H. Weinberg | Benjamin L. Locklar et al (many) | 10/19/2007 | RE : Saturday 10-20-07 ATLA-NJ roundtable mass torts - Sheraton M | |
| 328 | Avorn, Jerome | Sigelman, Daniel | 12/19/2007 | re: VIOXX Report | |
| 329 | Eric H. Weinberg | rherman@hhkc.com | 12/9/2008 | Vioxx bone fracture | 11.56 a.m. |
| 330 | Eric H. Weinberg | Chris Placitella | 12/11/2008 | Fw: Vioxx MDL 1657 | 12:16 p.m. |

| | | | |
|---|---|---|---|
| 331 | Eric H. Weinberg | Russ Herman | 1/8/2009 | Osteoporosis |
| 332 | David Egilman | Maura Kolb | 7/15/2009 | Re: Lanier wants to try a PE/DVT case |
| 333 | Eric H. Weinberg | Chris Placitella et al | 12/9/2010 | Kostis, Lanier, Weitz, blood pressure analyses, Kostis |
| 334 | Eric H. Weinberg | Chris Placitella et al | 12/10/2010 | NJ separate track per Higbee |
| 335 | Eric H. Weinberg | Buchanon, David et al | 12/12/2010 | Call to Arms and we were on the short list |
| 336 | Eric H. Weinberg | Chris Placitella et al | 1/7/2011 | great document put on exhibit list |
| 337 | Eric H. Weinberg | Chris Placitella et al | 1/7/2011 | McDarby u da man |
| 338 | Eric H. Weinberg | Chris Placitella | 1/8/2011 | Fw: Nesi |
| 339 | Eric H. Weinberg | Chris Placitella et al | 1/23/2011 | Fw: Nesi |

# ATTACHMENT B

# LIST OF BINDER 5 EXHIBITS

# Fact Chronology

Filter: Linked Issues = "Admissions of Value added" (43 of 438)

| Date & Time | To | Fact Text |
| --- | --- | --- |
| ??/??/2005 | | Lieff Cabraser 2005-09-30 Presentations002 27 acknowledges that Eric Weinberg responsible for David Madigan |
| Sat 01/22/2005 | Weitz & Luxemburg, Dave Buchanan, Eric Weinberg, Lanier Law Firm, Sol Weiss | Chris Placitella supplies Weitz & Luxemburg with labeling regs "The significance of the below is HUGE and must not be overlooked: 21CFR (k) (1)(2) below which begins, "Brochures, booklets, mailing pieces, detailing pieces....[and includes the kitchen sink]" makes ALL of those items "labeling" on the same footing as the package insert (which is the concluding reference to Fed Food, Drug and cosmetic Act sec 201 (m)) Not only does this give us many, many additional lines of attack on the "failure to warn" case (due to inadequate "labeling") and in overcoming any "rebuttable presumption" on the "labeling", it MANDATES that all of the marketing evidence including the CV card, all VNRs, all press releases, (printed matter...descriptive of a drug "), all DTC ("audio or visual matter descriptive of a drug") comes in on the failure to warn claim. perhaps. .... Great find Chris -----Original Message----- -----Original Message----- |
| Wed 07/20/2005 | Vioxx Group | Lanier Law Firm use of commercials supplied by CMP used in trial per NYT |
| Sat 08/13/2005 | Eric Weinberg | Seeger acknowledges CMP work as "excellent" -----Original Message----- From: Seeger, Chris Sent: Sat 8/13/2005 11:05 AM To: Chris Placitella Cc: Subject: RE: [44SW88] - [cox_two] Recall: Vioxx ethics tests - |

1

# Fact Chronology

Filter: Linked Issues = "Admissions of Value added" (43 of 438)

| Date & Time ** | To ** | Fact Text |
|---|---|---|
| | | Email found in subject |
| | | excellent! excellent! |
| | | -----Original Message----- |
| | | From: Chris Placitella [mailto:cplacitella@cprlaw.com] |
| | | Sent: Saturday, August 13, 2005 10:54 AM |
| | | To: Seeger, Chris |
| | | Subject: RE: [44SV88J] - [cox_two] Recall: Vioxx ethics |
| | | tests - Email found in subject |
| | | she testified she was aware of cv risk from cox 2's |
| | | before vigor and clearly aware of the two explanations for vigor resluts |
| | | within the very first week of unblinding (naproxen cardio protecitve v. |
| | | vioxx causing heart attacks) but only put the merck spin in the press |
| | | materials. Alise reicein was clearly identified as the bad actor at |
| | | every turn including the fries incident. this makes her depo this week |
| | | very important and i hope whoever is taking the depo is ready. according |
| | | to egilman , weiner testimony indicates that reicein purjured herself in |
| | | texas. Lanier Law Firm is reviewing weiner transcript as we speak |
| Mon 08/22/2005 | | Robinson Calcagnie 2005-05-31 fee application lists time for summarizing |
| | | depositions of Weiner, Mckinnes, Blake taken by Chris Placitella |
| Thu 09/08/2005 | Chris Placitella | Seeger relies upon Chris Placitella for working with experts |
| Mon 09/26/2005 | Shannon Lukei | Seeger to Chris Placitella |
| | | "this is great ...case has to keep moving. thanks also for keeping Nesi and |
| | | Egilman relaxed." |
| | | Robinson of MDL asks Eric Weinberg for work product of Chris Placitella on |
| | | marketing |
| | | "Hi Eric |
| | | Mark asked me to email you re: the Power Point you presented at the S&M |
| | | meeting in NJ a couple weeks ago. Is it possible for us to get a copy? Mark |
| | | would be happy to share with you any of his S&M materials you are |
| | | interested in. |
| | | Thanks, |
| | | Shannon" |
| Thu 09/29/2005 | Eric Weinberg, Chris Placitella, Dave Buchanan | Weinberg outlines FDA expert cross-Response from Seeger is "Eric i love you" |

Fact Chronology

Filter: Linked Issues = "Admissions of Value added" (43 of 438)

| Date & Time | To | Fact Text |
| --- | --- | --- |
| ** | ** | |
| Wed 10/05/2005 | Chris Placitella, Chris Seeger, Dave Buchanan | Chris Seeger characterizes Chris Placitella document discovery as "huge"<br><br>[I will be sending notes and thoughts which you will need to organize for me by topic. Once we've got a reasonable amount of stuff we'll fine tune it and get it out to Chris and David so they can decide what if anything they want to use.]<br><br>"From: Buchanan, David<br>To: 'Chris Placitella' ; Seeger, Chris<br>CC: Eric Weinberg<br>Sent: Sat Oct 08 23:14:26 2005<br>Subject: RE: Lunches<br>I can't believe that. For 2005??? That's huge.<br>-----Original Message-----<br>From: Chris Placitella [mailto:cplacitella@cprlaw.com]<br>Sent: Saturday, October 08, 2005 6:28 PM<br>To: Buchanan, David; Seeger, Chris<br>Page 1<br>1_21_2011<br>Cc: Eric Weinberg<br>Subject: Lunches<br>In beginning my preparation for the lucine Beauchard depo I discovered something that might be helpful on cross. Did you know that Merck wanted to put Dr Luchesi on the cardio renal advisory board to discuss "Role of Cox-2 in Cardiovascular Disease"<br>See mrk-af10166217." |
| Wed 10/05/2005 | Chris Placitella | Liz Dudley observation of Chris Placitella exam in the vioxx trial<br><br>From: "Liz Dudley"<br>Subj: Vioxx Trial-Your Direct<br>Date: Wed Oct 5, 2005 2:14 pm<br>Size: 1K<br>To:<br>Your examination of Merck's marketing personnel exposed Merck's blatant misrep & fraud on the public, FDA & HCP concerning the CV risks of Vioxx. Your questions were perfectly posed - I'd love to get the |

22

# Fact Chronology

Filter: Linked Issues = "Admissions of Value added" (43 of 438)

| Date & Time | To | Fact Text |
|---|---|---|
| ** | ** | |
| | | transcript. |
| | | I've been monitoring the trial - I think Merck is gonna get hit again - what are you hearing & what is your take on it? Elizabeth "Liz" Dudley, Esq HUTTON & HUTTON Office: [316] 688-1166; Liz's Cell: [316] 640-5296 |
| Wed 10/05/2005 | | |
| Wed 10/12/2005 | Chris Placitella | Chris Placitella sends document to David David Egilman and Chris Seeger and Dave Buchanan which expert says is one of the best documents in the litigation. |
| | | "This one of the best documents in the litigation" |
| Sat 10/22/2005 | Eric Weinberg, Chris Placitella, Dave Buchanan, Weitz & Luxemburg, Sol Weiss | Seeger acknowledges Chris Placitella contribution "if my tone came across as critical, i didn't mean it that way. i know you're busy and you've been doing and getting great stuff in this case. you're an asset... that's why there's a short list of people on this email." |
| Mon 11/07/2005 | | AP reports on NJ consortium strategy of tracking cases for trial [Placitella and his team - which includes Lanier, Sol Weiss and David Jacoby of Anapol, Schwartz in Philadelphia, Benedict Morelli of Manhattan's Morelli Ratner, Joseph Rice of Motley Rice in South Carolina and Perry Weitz of Manhattan's Weitz & Luxenberg - have asked Higbee to divide into two tracks the 1,469 cases that they have before her. "We respectfully submit that given the large number of cases filed over the last year and with the conclusion of the Humeston case, this may be an appropriate time to consider a revised discovery and trial plan that also includes 'post-withdrawal' filed cases," Placitella wrote in a letter last week. A status conference is scheduled for today.] |
| Tue 11/22/2005 | Chris Placitella, Dave Buchanan, Weitz & Luxemburg, Eric Weinberg | Chris Placitella helps Weitz & Luxemburg trial team with FDA regulations. The help was characterized as huge and a great find. |

# Fact Chronology

Filter: Linked Issues = "Admissions of Value added" (43 of 438)

| Date & Time | To | Fact Text |
|---|---|---|
| ** | ** | ** |
| Tue 12/13/2005 | Sol Weiss, Eric Weinberg, Chris Placitella, Weitz & Luxemburg | Chris Placitella meets with trial teams to teach and provide update on marketing evidence |
| Mon 01/02/2006 | Sol Weiss | Tomorrow at noon there is a meeting at W&L, 180 Maiden, 17th floor, main conference room. The main event is a presentation by Chris Placitella on the updated NJ marketing discovery that he has been spearheading. " |
| Mon 01/02/2006 | Lanier Law Firm, Weitz & Luxemburg, Chris Placitella, Eric Weinberg, Sol Weiss | Trial team concerning Chris Placitella discovery on Laine |
| Mon 01/02/2006 | Chris Placitella, Sol Weiss, Eric Weinberg, Lanier Law Firm | "Subject: RE: sit down for this, then stand up and cheer for the truth. Merry flippin' Christmas...that is priceless. great find Send to Egilman ASAP to incorporate into opinions??" |
| Tue 01/10/2006 |  | Rob Gordon lead trial lawyer on McDarby states with respect to the discovery of Demopoulos evidence "Chris: this is sounding like the best stuff out there." |
| Wed 01/11/2006 | Suzanne Scovern | Part of Weitz-Luxemberg 2005-10-31 (MDL) fee submission "E-mail exchange with Eric Weinberg re: phone call with Dr. Kostis re: McDarby diabetes" |
| Mon 01/16/2006 |  | Very good Chris--you are the sales and marketing guru--let me know if you need me to do anything. |
| Sun 01/22/2006 |  | Richard Arsenault lists review of Placitella e mail concerning Blake deposition in his MDL fee submission. |
| Tue 01/24/2006 | Weitz & Luxemburg | Chris Seeger lists coordination with Eric Weinberg of NEJM in fee application. There are many such entries on this subject. |
| Sat 02/04/2006 | Lanier Law Firm, Chris Placitella, Weitz & Luxemburg, Eric Weinberg, Sol Weiss, Dave Buchanan, Chris Seeger | Weitz & Luxemburg trial team to Chris Placitella "awesome...let me know when we can confer on Morrison. Great work on Demop" McDarby trial team thanking Eric Weinberg and Chris Placitella and acknowledges win a result of a team effort. "I share that gratitude. This was the largest multi-firm effort I have ever seen in presenting a case. Never before has a lawyer examining a witness been |

## Fact Chronology

Filter: Linked Issues = "Admissions of Value added" (43 of 438)

| Date & Time ** | To ** | Fact Text |
|---|---|---|
| | | able to get real-time advice from around the country from lawyers watching on tv who were blackberrying in. Each witness had the mark of another attorney outside the courtroom: Tom on the Topol video, Chris on the Lane video, Eric on all things scientific" |
| Fri 02/24/2006 | Weitz & Luxemburg | "Subject: RE: Huan Great document!! Carrie - is this on our exhibit list? If not, we should add it" |
| Thu 04/06/2006 | | Using Chris Placitella evidence |
| | | "Separately, jurors found that Merck had committed consumer fraud against Mr. McDarby, 77, and Thomas Cona, a second plaintiff in the case, who suffered a heart attack in 2003" |
| Thu 06/22/2006 | | BeasleyAllen2006-06Barnett trial submission indicates Weiner & Demopolis used in trial |
| | | "Review email exchange re: rulings on Dixon, Cannuscio, Demopolous & Weiner" |
| Mon 06/26/2006 | James Petit, Steve Knowlton, Chris Placitella | CA Vioxx group to Chris Placitella |
| | | The CA Vioxx trial attorney's accepted your Mary Blake "gift" a few minutes after it was offered. |
| Fri 08/04/2006 | | Robinson Calcagnie 2005-05-31 fee petition shows the Robinson meets with trial consultants to discuss Blake and Weiner. Other entries indicate video played at trial. |
| Thu 11/30/2006 | | Herman lists review of weiner deposition in his fee application [Jan Weiner#] |
| | Eric Weinberg, Lanier Law Firm, Chris Placitella, Sol Weiss, Dave Buchanan | Lanier Law Firm admits value of EW and CMP work |
| Tue 01/16/2007 | | "You are an encouragement! I will try not to be insensitive to all you guys who are a major reason we win!" |

# Fact Chronology

Filter: Linked Issues = "Admissions of Value added" (43 of 438)

| Date & Time | To | Fact Text |
|---|---|---|
| Tue 01/16/2007 | Eric Weinberg, Lanier Law Firm, Chris Placitella, Sol Weiss, Dave Buchanan | "Subject: Re: curfman<br>I second Mark's sentiments. Eric, your work in this case has been outstanding. Thanks." |
| Wed 01/17/2007 | Eric Weinberg | Eric Weinberg contribution to trial case |
| | | "Everyone has acknowledged your value to this case, which goes without saying." |
| Mon 07/16/2007 | Eric Weinberg | Marc Robinson of MDL PSC shows off CMP deposition work as his own<br>This was shortly after meeting with PSC and Russ Admonished we better not use the MDL work |
| | | From: Relkin, Ellen [mailto:ERelkin@weitzlux.com]<br>Sent: Monday, July 16, 2007 9:32 AM<br>To: Chris Placitella<br>Cc: Kristal, Jerry<br>Subject: Your depos<br>Mark Robinson just played clips of your Weiner and Blake depos at the ATLA STEP program on over-promotion. Great stuff there! Were they used by him at his trial? We will be I bet. |
| Wed 08/08/2007 | Eric Weinberg, Jeff Grand, Dave Buchanan | Tisi of MDL acknowledges Eric Weinberg did great job at Block deposition<br>[You did a great job. First couple of hours went particularly well.] |
| Fri 10/12/2007 | Chris Placitella, Lanier Law Firm, Dave Buchanan, Eric Weinberg, Weitz & Luxemburg, Chris Seeger | Lanier Law Firm expert reviews FOIA orer obtained by Eric Weinberg and circulates as important |
| Wed 01/16/2008 | Weitz & Luxemburg | Evidence procured by Eric Weinberg and Chris Placitella quoted by Appellate division in upholding the verdict |
| | | Five significant contributions of ours discussed by the Court (when I have more time I will annotate this):<br>1. The Anstice Forecast document, measuring difference in sales with a CV Warning v. a CV Precaution;<br>2. Be the Power video (and possibly other marketing fraud, eg deposition testimony played for the jury); |

Fact Chronology

Filter: Linked Issues = "Admissions of Value added" (43 of 438)

| Date & Time | To | Fact Text |
|---|---|---|
| ** | ** | |
| | | 3. Specific causation related to diabetes; |
| | | 4. Specific causation related to duration of use. |
| | | 5. The jury charge, which we helped to frame specifically to overcome the presumption of adequacy of warning in the New Jersey Products Liability Act. |
| Mon 03/10/2008 | | Lopez, as part of common benefit application lists conversation with placitella about loren laine |
| Mon 06/30/2008 | Eric Weinberg | "your contribution was extremely helpful" |
| Mon 12/01/2008 | | In fee hearing Trial Counsel Petite tells fee committee that Blake deposition the most important evidence in getting consumer fraud verdict against Merck in Doherty case |
| Mon 12/01/2008 | | According to Sol Weiss in fee application hearing  Eric Weinberg was the person assigned to work up the experts for NJ |
| Mon 12/01/2008 | | According to Doherty Trial counsel the Blake, Laine and Demopolous testimony all taken by placitella was the reason they beat Merck in consumer Fraud trial |
| ??/??/2009 | | Robinson lists Placitella weiner deposition in his fee application and actually quotes from the deposition |
| Thu 05/11/2006 | Weinberg | "that is incredibly helpful thanks!"' |
| Fri 09/08/2006 | Chris Placitella and Eric Weinberg | Lanier Law Firm: "thanks to all your hard work" |
| Fri 12/29/2006 | Eric Weinberg | Lanier Law Firm: "Thanks!!!! A nice addition to our armory!"' |
| Mon 01/01/2007 | Sigelman, Eric Weinberg | "Extraordinary data and work" |
| Fri 02/02/2007 | Eric Weinberg | Krumholz: "I have been meaning to tell you how impressed I am with your knowledge of this case" |
| Mon 02/12/2007 | Chris Placitella | "Thanks Chris!" |
| Mon 04/23/2007 | Star Ledger | reports on Weinberg's suit against FDA |
| Tue 08/07/2007 | Weinberg | Tisi commends Weinberg's Block depo |
| Tue 08/07/2007 | Weinberg | "Awesome job!" |

# Fact Chronology

Filter: Linked Issues = "Admissions of Value added" (43 of 438)

| Date & Time | To | Fact Text |
|---|---|---|
| Tue 10/09/2007 | Weinberg | Krumholz on Madigan report: "Great job. Best report yet. By far." |
| Wed 12/19/2007 | Sigelman | Avorn describes Madigan report as a "VERY impressive piece of work." |