UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1657 |
| | SECTION L |
| | JUDGE FALLON |
| FILER: MURRAY LAW FIRM | MAGISTRATE JUDGE KNOWLES |

**MURRAY LAW FIRM'S SUPPLEMENTAL EXHIBIT LIST
FOR HEARING ON OBJECTIONS TO COMMON BENEFIT FEE ALLOCATION**

Pursuant to Special Master Patrick Juneau's Scheduling Order (Doc 62735), the Murray Law Firm hereby submits the following list of exhibits:

1. Objector Murray Law Firm may introduce correspondence from Justin Bloom regarding work done at the Document Depository.

2. Any exhibit listed or used by any other party.

The Murray Law Firm reserves the right to amend and/or supplement the Exhibit List prior to the hearing.

Respectfully Submitted this 9th day of May, 2011:

BY:   MURRAY LAW FIRM

*s/ Stephen B. Murray, Jr.*
Stephen B. Murray, Jr. (23877)
smurrayjr@murray-lawfirm.com
Stephen B. Murray  (9858)
smurray@murray-lawfirm.com
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
T:   504.525.8100

CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing Exhibit List of the Murray Law Firm For Hearing on Objections to Common Benefit Fee Allocation has been served upon all parties by electronically uploading the same to LexisNexis File & Service in accordance with Pretrial No, 8, and via email to the following on this, the 9th day of May, 2011:

    Mr. Russ Herman, rherman@hhkc.com

    Mr. Andy Birchfield, andy.birchfield@beasleyallen.com

    Special Master Patrick Juneau, PAJ@juneaudavid.com

                                     *s/ Stephen B. Murray, Jr.*
                                      Stephen B. Murray, Jr.  (23877)