UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS<br>LIABILITY LITIGATION | MDL DOCKET NO. 1657 |
| | SECTION L |
| | JUDGE FALLON |
| FILER: MURRAY LAW FIRM | |
| | MAGISTRATE JUDGE KNOWLES |

**MURRAY LAW FIRM'S WITNESS LIST
FOR HEARING ON OBJECTIONS TO COMMON BENEFIT FEE ALLOCATION**

Pursuant to Special Master Patrick Juneau's Scheduling Order (Doc 62735), the Murray Law Firm hereby submits the following list of witnesses:

1. Stephen B. Murray[1]

2. Stephen B. Murray, Jr.[2]

3. Justin Bloom (Only if required for rebuttal).

4. Any witness listed or used by any other party.

The Murray Law Firm reserves the right to amend and/or supplement the Witness List prior to the hearing.

**SIGNATURE BLOCK ON NEXT PAGE**

---

[1] Affidavit available in lieu of live testimony.

[2] See Footnote 1

Respectfully Submitted this 9th day of May, 2011:

                                BY:    MURRAY LAW FIRM

                                *s/ Stephen B. Murray, Jr.*
                                Stephen B. Murray, Jr. (23877)
                                smurrayjr@murray-lawfirm.com
                                Stephen B. Murray  (9858)
                                smurray@murray-lawfirm.com
                                650 Poydras Street, Suite 2150
                                New Orleans, Louisiana 70130
                                T:    504.525.8100


<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Witness List of the Murray Law Firm For Hearing on Objections to Common Benefit Fee Allocation has been served upon all parties by electronically uploading the same to LexisNexis File & Service in accordance with Pretrial No, 8, and via email to the following on this, the 9th day of May, 2011:

Mr. Russ Herman, rherman@hhkc.com

Mr. Andy Birchfield, andy.birchfield@beasleyallen.com

Special Master Patrick Juneau, PAJ@juneaudavid.com


                                       *s/ Stephen B. Murray, Jr.*
                                       Stephen B. Murray, Jr.  (23877)