UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL COMMON<br>BENEFIT FEE APPLICANTS | MDL Docket No. 1657<br><br>SECTION L<br><br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

## FEE ALLOCATION COMMITTEE'S
## EXHIBIT LIST

Pursuant to the Special Master's Scheduling Order of October 31, 2011, the Fee Allocation Committee submits the following list of exhibits:

1. Preliminary Recommendation
2. Final Recommendation
3. Modifications to Final Recommendation
4. Points System Guide
5. Grid
6. Phil Garrett's July 2010 Report
7. Phil Garrett's Affidavits
8. Phil Garrett Emails to Counsel for Objectors
9. Documents Produced by Phil Garrett
10. Anapol Schwartz Affidavit
11. Anapol Schwartz Presentation
12. Anapol Schwartz Time Submissions
13. Becnel Affidavit
14. Becnel Presentation
15. Becnel Time Submissions
16. Wegmann Dazet Notice to Danny Becnel
17. Statements by Danny Becnel in any Transcript Regarding Vioxx
18. Written Histories of Danny Becnel Prior Fee Controversies
19. Court Opinions Reflecting Danny Becnel's Conduct and/or Hourly Rates
20. Branch Affidavit

21. Branch Presentation
22. Branch Time Submissions
23. Bruno Affidavit
24. Bruno Time Submissions
25. Cohen Placitella Affidavit
26. Cohen Placitella Presentation
27. Cohen Placitella Time Submissions
28. Cunard Affidavit
29. Cunard Time Submissions
30. Escobedo Affidavit
31. Escobedo Presentation
32. Escobedo Time Submissions
33. Jones Swanson Affidavit
34. Jones Swanson Time Submissions
35. Kline & Specter Affidavit
36. Kline & Specter Presentation
37. Kline & Specter Time Submissions
38. Lockridge Grindal Affidavit
39. Lockridge Grinal Presentation
40. Lockridge Grindal Time Submissions
41. Locks Law Firm Affidavit
42. Locks Law Firm Presentation
43. Locks Law Firm Time Submissions
44. Morelli Ratner Affidavit
45. Morelli Ratner Presentation
46. Morelli Ratner Time Submissions
47. Motley Rice Affidavit
48. Motley Rice Presentation
49. Motley Rice Time Submissions
50. Murray Law Firm Affidavit
51. Murray Law Firm Presentation
52. Murray Law Firm Time Submissions
53. Roda Nast Affidavit
54. Roda Nast Time Submissions
55. Sheller Law Firm Affidavit
56. Sheller Law Firm Presentation
57. Sheller Law Firm Time Submissions
58. Snapka Affidavit
59. Snapka Presentation
60. Snapka Time Submissions

61. Weinberg Affidavit
62. Weinberg Presentation
63. Weinberg Time Submissions
64. Transcripts of all MDL Monthly Status Conferences
65. Joint Reports for all MDL Monthly Status Conferences
66. Orders of the MDL Court
67. Orders of the State Consolidated Proceedings
68. Letters from the MDL Court and State Courts
69. Any exhibits necessary for rebuttal
70. Any exhibits necessary for cross-examination

Respectfully submitted,

Date: May 9, 2011         By:    /s/ Russ M. Herman
**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, L.L.P.*
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892

**PLAINTIFFS' LIAISON COUNSEL, CHAIR OF THE FEE ALLOCATION COMMITTEE, AND LIAISON COUNSEL FOR COMMON BENEFIT COUNSEL**

By:    /s/ Andy D. Birchfield, Jr.,
**Andy D. Birchfield, Jr**.
*Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.*
P. O. Box 4160
Montgomery, AL  36103-4160
Telephone: (334) 369-2343

**PLAINTIFFS' CO-LEAD COUNSEL, SECRETARY OF THE FEE ALLOCATION COMMITTEE, AND CO-LEAD COUNSEL FOR COMMON BENEFIT COUNSEL**

By:    /s/ Christopher A. Seeger
      **Christopher A. Seeger**
      *Seeger Weiss*
      One William Street
      New York, NY 10004
      Telephone: (212) 584-0700

      **PLAINTIFFS' CO-LEAD COUNSEL AND CO-LEAD COUNSEL FOR COMMON BENEFIT COUNSEL**

Russ M. Herman, Esq.
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
(504) 581-4892 (telephone)
(504) 561-6024 (telecopier)

Andy D. Birchfield, Jr., Esquire
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
(800) 898-2034 (telephone)
(334) 954-7555 (telecopier)

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Thomas V. Girardi, Esq.
GIRARDI & KEESE
1126 Wilshire Blvd.
Los Angeles, CA 90017-1904
(213) 977-0211 (telephone)

Mark Lanier, Esq.
LANIER LAW FIRM, PC
6810 FM 1960 West
Houston, TX 77069
(713) 659-5200 (telephone)
(713) 659-2204 (telecopier)

Edward F. Blizzard, Esq.
BLIZZARD, MCCARTHY & NABERS, LLP
Lyric Centre, 440 Louisiana
Suite 1710
Houston, TX 77002-1689
(713) 844-3750 (telephone)
(713) 844-3755 (telecopier)

Perry Weitz, Esq.
WEITZ & LUXENBERG
180 Maiden Lane
New York, NY 10038
(212) 558-5500 (telephone)
(212) 344-5461 (telecopier)

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

**FEE ALLOCATION COMMITTEE**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and email, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 9th day of May, 2011.

      /s/ Andy D. Birchfield, Jr.,
**Andy D. Birchfield, Jr**.
*Beasley, Allen, Crow, Methvin,*
*Portis & Miles, P.C.*
P. O. Box 4160
Montgomery, AL  36103-4160
Telephone: (334) 369-2343
Facsimile: (334) 954-7555