UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION: L |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL CASES | * | MAG. JUDGE KNOWLES |
| FILER: Daniel E. Becnel, Jr., | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## EXHIBIT LIST OF DANIEL E. BECNEL, JR.

NOW INTO COURT comes Daniel E. Becnel, Jr. who submits the following list of exhibits in reference to the above-captioned matter:

1. Complaint filed by Daniel E. Becnel, Jr. entitled *Christina v. Merck.*

2. Moving Papers for the Vioxx MDL filed by Daniel E. Becnel, Jr.

3. Letter from Carlene Lewis (deceased) to Daniel E. Becnel, Jr.

4. A copy of the time and expense sheets of the Becnel Law Firm, LLC.

5. A random selection of CV's of the people who did work on document review from the Becnel Law Firm.

6. CV's of experts hired by Daniel E. Becnel, Jr., including Dr. Cyril Wecht, Dr. Daniel Acosta, Dr. Augustine Aruna, Dr. Suzanne Parisian and Dr. Nachman Brautbar;

7. A copy of an article from The New York Times dated November 5, 2004 and a

copy of an article from the Associated Press dated February 16, 2005.

8. A copy of Pretrial Order No. 19 filed August 4, 2005 in MDL 1657.

9. A copy of the Full Participation Option Agreement executed by Daniel E. Becnel, Jr. on August 5, 2005.

10. A copy of Pre-Trial Order No. 6(D) (Fee Allocation Guidelines) filed September 15, 2008.

11. A copy of a letter to Carlis Griffin from Penny Herman Grisamore dated June 23, 2009.

12. A copy of the letter and check received from Michael Stratton dated September 2, 2010.

13. A copy of my letter to Michael Stratton dated September 7, 2010.

14. Emails between Daniel E. Becnel, Jr. and Michael Stratton dated September 13, 2010 and September 16, 2010.

15. Original Objection of Daniel E. Becnel, Jr. to Plaintiffs's Common Benefit Fee Award dated December 6, 2010.

16. Order of Judge Eldon Fallon dated January 20, 2011 in reference to allocating Common Benefit Attorney Fees.

17. Supplemental Objection of Daniel E. Becnel, Jr. to Plaintiffs' Common Benefit Fee Award filed January 26, 2011.

18. Second Supplemental Objection of Daniel E. Becnel, Jr. to Plaintiffs' Common Benefit Fee filed February 4, 2011.

19. Letter to Michael Stratton dated March 3, 2011.

20. Testimony of Daniel E. Becnel, Jr. before the Fee Allocation Committee.

21. Notice to the Court filed by Daniel E. Becnel, Jr. On March 9, 2011.

22. A copy of the Order signed by Judge Eldon Fallon on April 6, 2011 in reference to disputed funds.

23. A copy of my letter and check to the Clerk of Court dated April 9, 2011.

24. Reply to FAC Opposition to Becnel Law Firm Objection, which include the exhibits attached thereto.

25. CV of Philip A. Garrett, CPA.

26. Breakdown of hours submitted by Becnel Law Firm, LLC.

Respectfully submitted,

BECNEL LAW FIRM, LLC
106 West Seventh Street
P. O. Drawer H
Reserve, Louisiana 70084
Telephone No. (985) 536-1186
Fax No. (985) 536-6445


s/Daniel E. Becnel, Jr.
DANIEL E. BECNEL, JR. (#2926)
TRIAL ATTORNEY
