UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS<br>LIABILITY LITIGATION | MDL DOCKET NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## SUPPLEMENTAL AND AMENDING REPLY TO FAC OPPOSITION TO MURRAY LAW FIRM'S OBJECTION

MAY IT PLEASE THE COURT:

On April 28, 2011, the Murray Law Firm submitted its Reply to FAC Opposition to Murray Law Firm's Objection (Reply). The Murray Law Firm now submits this Supplemental and Amending Reply to FAC Opposition to Murray Law Firm' Objection for the sole purpose of correcting a recently discovered error in the first Reply. In the first Reply, the Murray Law Firm brought to the Court's attention billing records for Murray Law Firm attorney Justin Bloom from the period June 2006 to December 2006 and October 2007, totaling 722 hours, which were not considered by Philip Garrett in his lodestar analysis (See Reply, pp. 10-11). It was recently discovered that Justin Bloom's time for the months of November 2006 and October 2007 (totaling 199.5 hours) should NOT have been included in the Murray Law Firm's common benefit lodestar analysis.

In the course of discussions with representatives of the FAC on Friday, May 6, 2011, it was suggested, for the first time since initiation of the fee allocation process, that the 722 billable hours

1

for Justin Bloom from the period June 2006 to December 2006 and October 2007 were for work in either the Louisiana Attorney General (LAG) or Third Party Payer (TPP) aspects of the litigation, and not for common benefit that is the basis of the Court's fee award made subject to the FAC's recommendation. Immediately upon hearing this suggestion, undersigned counsel launched an investigation to ascertain whether any of the 722 hours in question may have included work on the TPP or LAG aspects of the case.

After an investigation into the matter, undersigned counsel were able to confirm that 522.5 of the 722 hours in question were unquestionably undertaken in connection with the common benefit effort. (See Affidavit of Stephen B. Murray, Jr., attached hereto). However, with respect to those hours 199.5 hours billed in the month of November 1996 and October 2007, it could not be definitively determined whether those hours were for common benefit, as opposed to TPP or LAG, work. Correspondence from Justin Bloom dated October 14, 2008 indicates that at some point in November of 1996, Justin Bloom switched from common benefit work to work on the TPP effort at the request of lead counsel Chris Seeger. (See Exhibit A to Affidavit). Prior to that time, Justin Bloom's billable hours in Vioxx were entirely for common benefit work at the Vioxx document depository.

Since the Murray Law Firm cannot definitively state that the 199.5 hours of Justin Bloom's time in November of 2006 and October of 2007 were for work undertaken in connection with the Vioxx common benefit effort, and since the Murray Law Firm has no intention of seeking payment for work undertaken in the LAG or TPP efforts from the common benefit fee currently under consideration, the Murray Law Firm hereby withdraws any claim for consideration of those 199.5 hours from its common benefit lodestar. In all other respects, the Murray Law Firm's common

benefit fee submission remains the same. Adjusted to remove 199.5 hours of Justin Bloom's attorney time for the months of November 1996 and October 2007, the Murray Law Firm's common benefit lodestar comes to a total of $1,167,346.66. The Murray Law Firm submits that it is entitled to payment of this lodestar, plus a reasonable multiplier to reflect the fact that this work was undertaken on contingency.

Respectfully Submitted this 9th day of May, 2011:

> BY:   MURRAY LAW FIRM
>
> *s/ Stephen B. Murray, Jr.*
> Stephen B. Murray, Jr. (23877)
> smurrayjr@murray-lawfirm.com
> Stephen B. Murray  (9858)
> smurray@murray-lawfirm.com
> 650 Poydras Street, Suite 2150
> New Orleans, Louisiana 70130
> T:     504.525.8100

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Supplemental and Amending Reply to FAC Opposition to Murray Law Firm's Objection has been served upon all parties by electronically uploading the same to LexisNexis File & Service in accordance with Pretrial No, 8, and via email to the following on this, the 9th day of May, 2011:

Mr. Russ Herman, rherman@hhkc.com

Mr. Andy Birchfield, andy.birchfield@beasleyallen.com

Special Master Patrick Juneau, PAJ@juneaudavid.com

> *s/ Stephen B. Murray, Jr.*
> Stephen B. Murray, Jr.  (23877)