UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | ) | MDL NO. 1657 |
| | ) | |
| PRODUCTS LIABILITY | ) | SECTION L |
| LITIGATION | ) | |
| | ) | JUDGE FALLON |
| This document relates to The Fee | ) | MAG. JUDGE KNOWLES |
| Allocation Committee's Common Benefit | ) | SPECIAL MASTER |
| fee for Kathryn Snapka | ) | PATRICK A. JUNEAU |
| | ) | |
| FILER: JACK E. URQUHART | ) | May 9, 2011 |

**SUPPLEMENTAL EXHIBITS IN SUPPORT OF
KATHRYN SNAPKA'S REPLY TO
THE FEE ALLOCATION COMMITTEE'S RESPONSE TO
THE OBJECTIONS OF THE RECOMMENDED
COMMON BENEFIT FEE ALLOCATIONS**

Jack E. Urquhart
State Bar No. 20415600
**BEIRNE, MAYNARD & PARSONS, L.L.P.**
1300 Post Oak Blvd., Suite 2500
Houston, Texas 77056
Telephone: (713) 871-6760
Facsimile: (713) 960-1527

**INDEX OF EXHIBITS IN SUPPORT OF
KATHRYN SNAPKA'S REPLY TO
THE FEE ALLOCATION COMMITTEE'S RESPONSE TO
THE OBJECTIONS OF THE RECOMMENDED
COMMON BENEFIT FEE ALLOCATIONS**

**Exhibit No.**          **Description**

   48.              CD of Russ Herman's speech in Puerto Rico

Kathryn Snapka further adopts as its exhibits all exhibits listed by all other objectors for use at this hearing, and all documents filed of record in this MDL proceeding.

Kathryn Snapka reserves the right to supplement this list as legally appropriate with newly produced material, materials that may become relevant as the hearing proceeds, materials that may become relevant when the FAC files its exhibit list and rebuttal materials.

                                               Respectfully submitted,

                                               BEIRNE, MAYNARD & PARSONS, L.L.P.

                                                 /s/ Jack E. Urquhart
                                               Jack E. Urquhart
                                               State Bar No. 20415600
                                               1300 Post Oak Blvd., Suite 2400
                                               Houston, Texas 77056
                                               Telephone: (713) 871-6760
                                               Facsimile: (713) 960-1527

                                               **ATTORNEYS FOR PLAINTIFF
                                               KATHRYN SNAPKA**

## CERTIFICATE OF SERVICE

      I hereby certify that the above and forgoing Exhibit List has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing, and that the forgoing was sent via email to:

Russ Herman, rherman@hhkc.com

Andy Birchfield, andy.birchfield@beasleyallen.com

Special Master Patrick Juneau, PAJ@juneaudavid.com

This 9th day of May, 2011.

                                                                 /s/ Jack E. Urquhart
                                                                 Jack E. Urquhart