UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDLNO.1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**SUPPLEMENT TO EXHIBITS IN SUPPORT OF
KLINE & SPECTER'S REPLY TO THE FEE ALLOCATION
COMMITTEE'S RESPONSE TO THE OBJECTIONS OF THE
RECOMMENDED COMMON BENEFIT FEE ALLOCATIONS**

Objectors, Kline & Specter, by and through their attorneys, King, Krebs & Jurgens,

P.L.L.C., hereby respectfully supplement their Exhibit List with the following:

90.    Hours Ranking Table

Exhibit Number 90 has been served on Russ Herman for the Fee Allocation Committee and

Special Master Juneau by email, and hard copy will be delivered to Mr. Herman and Special

Master Juneau in Court on May 10, 2011.

New Orleans, Louisiana, this 9th day of May 2011

Respectfully submitted,

s/ Rebecca H. Dietz
KING, KREBS & JURGENS, P.L.L.C
HENRY A. KING (#7393) (T.A.)
REBECCA H. DIETZ (#28842)
201 St. Charles Ave, 45th Floor
New Orleans, LA 70170
Telephone:  (504) 582-3800
Facsimile:  (504) 582-1233

{Supplemental Exhibit List to Reply (N0463789) -}

Attorneys for Kline & Specter

Shanin Specter by Rebecca Dietz
w/ permission

KLINE & SPECTER
A PROFESSIONAL LAW CORPORATION
THOMAS R. KLINE (#28895)
SHANIN SPECTER (#40928)
LEE B. BALEFSKY (#25321)
LISA S. DAGOSTINO (#89282)
CHARLES L. BECKER (#81910)
1525 Locust Street
The Nineteenth Floor
Philadelphia, PA  19102
215-772-1000 telephone
215-735-0957 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Supplement to Exhibits have been served on Liaison Counsel, Russ Herman and Phillip Wittman, either by U.S. Mail and e-mail, or hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8 (B), and that the foregoing was electronically filed with the Clerk of Court of the United State District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing.

This 9th Day of May, 2011,


/s/ Rebecca H. Dietz

{Supplemental Exhibit List to Reply (N0463789) -}