UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                    :    MDL NO. 1657
PRODUCTS LIABILITY              :    SECTION: L
LITIGATION
                                :    JUDGE FALLON

                                :    MAG. JUDGE KNOWLES

## RULING OF SPECIAL MASTER

At the deposition on May 2, 2011 of Andy Birchfield of the Fee Allocation Committee (FAC), counsel for some of objections, Margaret Woodward, requested that the FAC produce the minutes of the FAC meetings. Pursuant to that request, I ordered that the FAC produce the minutes by May 10, 2011. Subsequent to the completion of the deposition, I received a letter memorandum dated May 8, 2011 from Russ Herman, Chairman of the Fee Allocation Committee, objecting to the production for the reasons stated in the letter. I also received a letter memorandum from Margaret Woodward dated April 21, 2011 (error in date) objecting to the position of the FAC for the reasons stated. Copies of both letters are attached as Exhibits 1 and 2.

After considering the positions of the parties, it is the ruling of the Special Master that the Report and Scheduling Order of the Special Master dated March 31, 2011 is controlling and the request for production of the FAC minutes is denied. Additionally, the recommendations of the FAC have been produced and those recommendations reflect the decisions of the FAC. The deliberations should not be subject to discovery.

The other issue that was presented at the hearing on May 9, 2011 was a request by the objectors to the FAC committee to produce the recommended allocations for those objectors who

had filed an objection, and who had agreed to withdraw their objection. The initial impression of the Special Master was that this request should be denied unless the requesting party obtain the consent of those objectors who had withdrawn their objection. On reflection and reconsideration, the Special Master is of the opinion that since the allocations are recommendations that will have to be made to the court, the objectors are entitled to this information. Accordingly, it is the ruling of the Special Master that the FAC is to provide the recommended allocations on those objectors who have withdrawn their objections to the present objectors by 9:00 a.m. on May 10, 2011.

New Orleans, Louisiana, this the 9th May, 2011

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU, Bar # 07594
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com

## CERTIFICATE OF SERVICE

I hereby certify that, on May 9, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record who are participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Russ M. Herman
Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orleans, LA 70113

Margaret E. Woodward
Attorney at Law
3701 Canal Street, Suite C
New Orleans, LA 70119

David Hockema
Hockema & Longoria, LLP
600 E. Nolana Ave.
McAllen, TX 78504

Jack Urquhart
Beirne, Maynard & Parson, L.L.P.
1300 Post Oak Blvd., Suite 2500
Houston, TX 77056

Henry King
King, Krebs & Jurgens, PLLC
45th Floor, 201 St. Charles Ave.
New Orleans, LA 70170

Lafayette, Louisiana, this 9th day of May, 2011.

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com