UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657<br>SECTION L |
| This document relates to: | CIVIL ACTION NO. 2:08-cv-03658 |
| *David Stogner, Individually and as Executor of the Estate of William Stogner, Sr..* | JUDGE FALLON |
| v. | MAGISTRATE JUDGE KNOWLES |
| *Merck & Co., Inc.* | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED that all claims of plaintiff David Stogner, Individually and as Executor of the Estate of William Stogner, Sr. in the above-captioned case be and they hereby are dismissed without prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 3rd day of May, 2011.

_____
DISTRICT JUDGE

1049070v.1