UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|     Product Liability Litigation | : | |
| | : | SECTION: L |
| | : | |
| ADELINE THOMAS MOSBY | : | Judge Fallon |
| | : | |
|     Plaintiff, | : | |
| Case No.: 2:08-cv-00170-EEF-DEK | : | Mag. Judge Knowles |
| | : | |
| v. | : | |
| | : | |
|     Merck & Co., Inc., | : | |
| | : | |
|     Defendant. | : | |
| | : | |

............................................................................

## MOTION FOR SUBSTITUTION OF PARTIES AND MEMORANDUM OF LAW IN SUPPORT THEREOF

COMES NOW the Plaintiff, Adeline Thomas Mosby, by and through the undersigned counsel files this Motion for Substitution of Parties and Memorandum of Law in Support There of pursuant to Rule 25 of the Federal Rules of Civil Procedure and would state as follows:

1. Adeline Thomas Mosby was a Plaintiff in the above referenced litigation. However, Mrs. Mosby has died. Mrs. Mosby has died and is survived by six daughters as her heirs- Betty D. Mosby, Phyllis M. Mosby, Mary Mosby Chambers, Christine Mosby Davis, Pauline Mosby Williams and Ruby Mosby Higginbotham.

2. Betty D. Mosby as Personal Representative for the Estate of Adeline Thomas Mosby, deceased seeks to be named as a party plaintiff and personal representative in the above – referenced litigation in the place of her deceased mother.

## MEMORANDUM OF LAW

Pursuant to Rule 25 (a) (1), Federal Rules of Civil Procedure, "If a party dies....the Court may order substitution of the proper party."

Betty D. Mosby is one of the six surviving daughters and heirs of Adeline Thomas Mosby's Estate and all six daughters and heirs of Mrs. Mosby are in support of Betty D. Mosby being named the personal representative of their deceased mother's Estate. (See attached affidavit)

Betty D. Mosby is Adeline Thomas Mosby's surviving daughter as well as the Personal Representative of her Estate. Accordingly, pursuant to Rule 25, she is the proper party to bring this motion because the "representative of the deceased party" may move for substitution in the deceased party's stead.

Wherefore, the reasons stated herein, this Plaintiff respectfully requests that this Court enter an Order substituting Betty D. Mosby in the place of Adeline Thomas Mosby in the above captioned litigation.

Respectfully submitted,

By:/s/*Phyllis M. Mosby*
Phyllis M. Mosby,30383
Danville Law Firm of
Phyllis M. Mosby, Attorney at Law
119 South Union Street
Danville, VA  24541
Phone : (434) 797-2500
Fax:     (434) 797-2525

Plaintiff's counsel

## AFFIDAVIT IN SUPPORT OF BETTY D. MOSBY BEING THE PERSONAL REPRESENTATIVE

## OF THE ESTATE OF ADELINE THOMAS MOSBY

We, the six daughters of Adeline Thomas Mosby who is deceased, are in support of our sister, Betty D. Mosby being named the personal representative of our deceased mother's estate and being substituted as the party plaintiff in the case of Adeline Thomas Mosby v. Merck & Co., Inc., Case No.: 2:08-cv-00170-EEF-DEK, now in litigation in the United States District Court-Eastern District of New Orleans-MDL NO. 1657, Section L, Judge Fallon.

_Betty D. Mosby_ 5/10/11
Betty D. Mosby         Date

_Ruby Mosby Higginbotham_ 5-10-11
Ruby Mosby Higginbotham    Date

_Phyllis M. Mosby_ 5/10/11
Phyllis M. Mosby       Date

_Pauline Mosby Williams_ 5/10/11
Pauline Mosby Williams     Date

_Mary Mosby Chambers_ 5-10-11
Mary Mosby Chambers    Date

_Christine Mosby Davis_ 5/10/11
Christine Mosby Davis      Date

STATE OF VIRGINIA, AT LARGE,
COUNTY OF AMHERST TO WIT:

I, C. Annette White, a Notary Public for the State of Virginia, at Large, do hereby certify that the foregoing affidavit in support of Betty D. Mosby one of the six daughters of Adeline Thomas Mosby Estate, deceased, being the Personal Representative of the Estate of Adeline Thomas Mosby, was signed in my presence by the six surviving daughters of Adeline Thomas Mosby: Betty D. Mosby, Phyllis M. Mosby, Mary Mosby Chambers, Ruby Mosby Higginbotham, Pauline Mosby Williams and Christine Mosby Davis.

Given under my hand this 10TH day of May 2011

My Commission expires 04/30/2011

_C. Annette White_
Notary Public

[Notary Seal: C. ANNETTE WHITE, NOTARY PUBLIC, REG. #328079, MY COMMISSION EXPIRES 4/30/2015, COMMONWEALTH OF VIRGINIA]

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion For Substitution of Parties and Memorandum of Law in Support Thereof, has been served on Defendant's Liaison Counsel Dorothy H. Wimberly, 18509 and , Phillip A. Whittman, 13625, Stone Pigman Walter, Wittman LLC, 546 Carondelet Street, New Orleans, Louisiana  70130 and Douglass R. Marvin, Eva Petko Esber, M. Elaine Horn, Williams & Connolly LLP, 725 Twelfth Street, M.W., Washington, D.C. 20005; And has been served on Plaintiff's Liaison Counsel, Russ Herman, Phillip Wittman, and Ann Oldfather by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File& Serve Advanced  in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 11th  day of May, 2011.

/s/*Phyllis M. Mosby*
Phyllis M. Mosby,30383
Danville Law Firm of
Phyllis M. Mosby, Attorney at Law
119 South Union Street
Danville, VA  24541
Phone :  (434) 797-2500
Fax:       (434) 797-2525

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|     Product Liability Litigation | : | |
| | : | SECTION:  L |
| | : | |
| | : | Judge Fallon |
| This document relates to: | : | |
| | | Mag. Judge Knowles |
| **Adeline Thomas Mosby v. Merck & Co., Inc.** | : | |
| **Civil Action No. 2:08cv00170-EEF-DEK** | : | |

..............................................................................

## ORDER FOR SUBSTITUTION OF PARTIES

**THIS CAUSE,** having come before the Court upon the motion for substitution of parties and memorandum of law in support thereof and the Court having considered the Motion for substitution of Parties and the memorandum of law in support thereof.

**IT IS HEREBY ORDERED** that Betty D. Mosby is substituted as the proper party and plaintiff for her deceased mother and plaintiff, Adeline Thomas Mosby pursuant to Rule 25 (a)(1).

**NEW ORLEANS, LOUISIANA,** this _____day of May, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE