UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION: L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES | * | MAG. JUDGE KNOWLES |
| TO ALL CASES | * | |
| | * | |
| FILER: Daniel E. Becnel, Jr., | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## SUPPLEMENTAL EXHIBIT LIST OF DANIEL E. BECNEL, JR.

NOW INTO COURT comes Daniel E. Becnel, Jr. who wishes to supplement his Exhibit List to add the following list of exhibits in reference to the above-captioned matter:

27. Letter to Joe Cotchett dated October 6, 2004.

28. Fax to Troy A. Rafferty dated October 8, 2004 and a letter from Cyril Wecht dated October 7, 2004.

29. Fax to several plaintiff lawyers dated October 14, 2004, along with a copy of an article entitled *"Merck repeats: We didn't know of Vioxx threat."*

30. A string of emails to and from Seeger Weiss dated May 9, 2005 to May 16, 2005 in reference to document reviewers in New York and Montgomery.

31. Email from John Restaino dated August 25, 2005, along with a copy of the Vioxx MDL Generic Expert Witness chart.

>Respectfully submitted,
>
>BECNEL LAW FIRM, LLC
>106 West Seventh Street
>P. O. Drawer H
>Reserve, Louisiana 70084
>Telephone No. (985) 536-1186
>Fax No. (985) 536-6445
>
>s/Daniel E. Becnel, Jr.
>DANIEL E. BECNEL, JR. (#2926)
>TRIAL ATTORNEY