UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br>VIOXX PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Attorney fee lien claim of<br>Teresa Toriseva, Esq.<br><br>Document records 27172 and 34649 | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

**Motion for Entry of an Order Denying Teresa Toriseva's Attorney Fee Lien Claim
for the Additional Reason that Entry of the Order Should be Deemed Unopposed**

The undersigned move the court enter the proposed order and judgment tendered with this motion for the reasons set out in the memorandum in support of this motion.

Sol H. Weiss
ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY PC
sweiss@anapolschwartz.com
1710 Spruce Street
Philadelphia PA 19103
215 735-1130 phone
215 735-2024 fax

James C. Peterson,
HILL, PETERSON, CARPER, BEE & DEITZLER PLLC
jcpeterson@hpcbd.com
NorthGate Business Park
500 Tracy Way
Charleston WV 25311
(304) 345-5667 phone
(304) 345-1519 fax

D. Andrew List
CLARK, PERDUE AND LIST LPA
*alist@clarkperdue.com*
471 East Broad Street, Suite 1550
Columbus OH 43215
614-460-1604 phone
614-469-1117 fax

Barry Hill
*bhill@anapolschawartz.com*
89 12th Street
Wheeling WV 26003
304.233.4966 phone
304.233.4969 fax

by _____
Barry Hill

**Certificate of service**

I hereby certify that:

(1) the above Motion for Entry of an Order Denying Teresa Toriseva's Attorney Fee Lien Claim for the Additional Reason that Entry of the Order Should be Deemed Unopposed,
(2) the proposed order,
(3) the proposed judgment,
(4) memorandum in support of the above motion,
(5) notice of hearing of the above motion, and
(6) request for oral argument of the above motion

were served on May 11, 2011 on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, upon the Claims Administrator by email to Orran Brown, OBrown@browngreer.com, upon Special Master Patrick A. Juneau by email to him, on Avrum Levicoff by U.S. Mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657.

_____
Barry Hill