UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In re:
VIOXX PRODUCTS LIABILITY
LITIGATION

This document relates to:

Attorney fee lien claim of
Teresa Toriseva, Esq.

Document records 27172 and 34649

MDL Docket No. 1657

SECTION L

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

**Memorandum in Support of
Motion for Entry of an Order Denying Teresa Toriseva's Attorney Fee Lien Claim
for the Additional Reason that Entry of the Order Should be Deemed Unopposed**

### History

By order dated March 18, 2010, the court authorized and directed Special Master Patrick A. Juneau to evaluate all disputed attorney fee lien claims, including the Toriseva claim that is the subject of this motion, and issue a report and recommendation to the Court.

Special Master Juneau conducted a hearing on the Toriseva claim on October 27, 2010, in Judge Fallon's courtroom. On November 12, 2010, Special Master Juneau filed his "Report and Recommendation of Special Master Regarding Attorney Fees and Expenses Dispute of Toriseva – Hill – Hill, Peterson, Carper, Bee & Deitzler – Clark, Perdue & List." (Exhibit A).

Shortly thereafter, the movants (a) filed with the court and (b) served by means of LexisNexis File and Serve the following documents.

  A. On November 22, 2010:

1. a proposed "Order denying Attorney Teresa Toriseva's fee lien claim and directing the Claims Administrator to disburse all money being withheld on account of this claim," (Exhibit 1), and

2. "Notice of filing of a proposed order Implementing Special Master Juneau's report and recommendations by denying Attorney Teresa Toriseva's fee lien claim and directing the Claims Administrator to disburse all money being withheld on account of this claim." (Exhibit 2)

B. On November 30, 2010:

3. "Motion for entry of a previously-filed proposed order implementing Special Master Juneau's report and recommendations by denying Attorney Teresa Toriseva's fee lien claim and directing the Claims Administrator to disburse all money being withheld on account of this claim," (Exhibit 3)

4. "Memorandum in support of motion for entry of a previously-filed proposed order implementing Special Master Juneau's report and recommendations by denying Attorney Teresa Toriseva's fee lien claim and directing the Claims Administrator to disburse all money being withheld on account of this claim," (Exhibit 4) and

5. "Notice of Hearing" setting item 3 above for hearing on December 15, 2010, at 9:00 am before Judge Fallon. (Exhibit 5)

C. On December 2, 2010:

6. "Notice of filing of transcript of October 27, 2010, hearing before Special Master Juneau," (Exhibit 6) and

7. "Transcript of October 27, 2010, hearing before Special Master Juneau," (first three pages showing appearances attached as Exhibit 7)

No opposition to the motion (item 3 above) or the proposed order (item 1 above) was filed or served:

- prior to the December 15, 2010, hearing date,
- on the December 15, 2010 hearing date, or
- at any time since the December 15, 2010 hearing date.

The previously-filed motion (Exhibit 3) and this motion address the findings and recommendations of Special Master Juneau relating to the merits of Attorney Toriseva's fee claim. There is a second issue: Special Master Juneau's recommendation that Toriseva's attorney, Avrum Levicoff, be required to pay $500 to the court for failing to meet and confer to discuss settlement, as required by Special Master Juneau's pre-hearing scheduling order. The movants will address the $500 penalty issue by a separate motion and separate proposed order.

## Discussion

Under this court's Local Rule 7.5:

> "Each party opposing a motion must file and serve a memorandum in opposition to the motion with citations of authorities no later than eight days before the noticed submission date…"

The court may deem a motion as to which no opposition has been filed in accordance with LR 7.5 as being unopposed.

> "Defendants KMJ Services, Inc. ("KMJ") and Brad Blanchard have not filed a memorandum in opposition to the motion as required by the Local Rules of this Court. Accordingly, the motion is deemed unopposed." *Spectrum Communication Specialists LLC v. KMJ Services, Inc.,* U.S.D.C. EDLA Order (May 4, 2010) (Exhibit B)

> "No opposition has been filed addressing BHP's motion as it relates to the unavailability of quantum meruit. That portion of the motion is deemed unopposed." *Bois D'Acrc Energy, Inc. v. BHP Billiton Petroleum,* U.S.D.C. EDLA Order (May 16, 2008) (Exhibit C).

The hearing date on the motion (Exhibit 3) came and went on December 15, 2010, with no opposition filed or served, and nearly six months have elapsed since with no opposition filed or served. Accordingly, the motion for entry of the order can and should be deemed unopposed under LR 7.5.

## Conclusion

The proposed order filed with this motion is substantively identical to the one previously filed (Exhibit 1), except that the proposed order filed with this motion adds the following language.

> On November 30, 2010, Attorneys Weiss, Peterson, List, and Hill filed a motion for entry of an order containing the substance set forth hereinbefore. A hearing on this motion was set for December 15, 2010. No opposition to the motion for entry of the order was filed prior to the hearing, nor has any been filed since. This court's Local Rule 7.5 requires a party opposing a motion to file and serve a memorandum in opposition to the motion no later than eight days before the date set for submitting the issue to the court for decision, which in this instance was the December 15, 2010, hearing date. Accordingly, the court deems the motion for entry of the proposed order as being unopposed.

Sol H. Weiss
ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY PC
sweiss@anapolschwartz.com
1710 Spruce Street
Philadelphia PA 19103
215 735-1130 phone
215 735-2024 fax

James C. Peterson,
HILL, PETERSON, CARPER, BEE & DEITZLER PLLC
jcpeterson@hpcbd.com
NorthGate Business Park
500 Tracy Way
Charleston WV 25311
(304) 345-5667 phone
(304) 345-1519 fax

D. Andrew List
CLARK, PERDUE AND LIST LPA
*alist@clarkperdue.com*
471 East Broad Street, Suite 1550
Columbus OH 43215
614-460-1604 phone
614-469-1117 fax

Barry Hill
*bhill@anapolschawartz.com*
89 12th Street
Wheeling WV 26003
304.233.4966 phone
304.233.4969 fax

by _/s/ Barry Hill_____
Barry Hill