

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

Nov 30 2010
12:16PM

| | |
|---|---|
| In re:<br>VIOXX PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Attorney fee lien claim of<br>Teresa Toriseva, Esq.<br><br>Document records 27172 and 34649 | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

**Memorandum in support of motion for entry of a previously-filed proposed order implementing Special Master Juneau's report and recommendations by denying Attorney Teresa Toriseva's fee lien claim and directing the Claims Administrator to disburse all money being withheld on account of this claim**

The proposed order is appropriate for entry, because it fairly evaluates and incorporates the operative facts, as found by Special Master Juneau and as shown by the balance of the record herein, and it reflects proper disposition of the lien claim under such facts and applicable law. The order also appropriately addresses due process and finality on the merits for the purpose of protecting the court's jurisdiction in the event of a collateral attack in a state court.

Sol H. Weiss
ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY PC
sweiss@anapolschwartz.com
1710 Spruce Street
Philadelphia PA 19103
215 735-1130 phone
215 735-2024 fax

James C. Peterson,
HILL, PETERSON, CARPER, BEE & DEITZLER PLLC
jcpeterson@hpcbd.com



EXHIBIT 4

NorthGate Business Park
500 Tracy Way
Charleston WV 25311
(304) 345-5667 phone
(304) 345-1519 fax

D. Andrew List
CLARK, PERDUE AND LIST LPA
*alist@clarkperdue.com*
471 East Broad Street, Suite 1550
Columbus OH 43215
614-460-1604 phone
614-469-1117 fax

Barry Hill
*bhill@anapolschawartz.com*
89 12th Street
Wheeling WV 26003
304.233.4966 phone
304.233.4969 fax

by _____
Barry Hill

### Certificate of service

I hereby certify that the above Memorandum in support of motion for entry of a previously-filed proposed order implementing Special Master Juneau's report and recommendations by denying Attorney Teresa Toriseva's fee lien claim and directing the Claims Administrator to disburse all money being withheld on account of this claim has been served on November 30, 2010, on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, upon the Claims Administrator by email to Orran Brown, OBrown@browngreer.com, upon Special Master Patrick A. Juneau by email to him, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657.

_____
Barry Hill