

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

Nov 30 2010
12:16PM

| | |
|---|---|
| In re:<br>VIOXX PRODUCTS LIABILITY<br>LITIGATION<br><br>This document relates to:<br><br>Attorney fee lien claim of<br>Teresa Toriseva, Esq.<br><br>Document records 27172 and 34649 | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## Notice of Hearing

**Matter to be heard:** Motion for entry of a previously-filed proposed order implementing Special Master Juneau's report and recommendations by denying Attorney Teresa Toriseva's fee lien claim and directing the Claims Administrator to disburse all money being withheld on account of this claim.

**Date and time of hearing:** December 15, 2010, at 9:00 am.

**Place of hearing:** United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans LA 70130, Fourth Floor, Courtroom C468.

**Judge:** Eldon E. Fallon

Sol H. Weiss
ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY PC
sweiss@anapolschwartz.com
1710 Spruce Street
Philadelphia PA 19103
215 735-1130 phone
215 735-2024 fax



James C. Peterson,
HILL, PETERSON, CARPER, BEE & DEITZLER PLLC
*jcpeterson@hpcbd.com*
NorthGate Business Park
500 Tracy Way
Charleston WV 25311
(304) 345-5667 phone
(304) 345-1519 fax

D. Andrew List
CLARK, PERDUE AND LIST LPA
*alist@clarkperdue.com*
471 East Broad Street, Suite 1550
Columbus OH 43215
614-460-1604 phone
614-469-1117 fax

Barry Hill
*bhill@anapolschawartz.com*
89 12th Street
Wheeling WV 26003
304.233.4966 phone
304.233.4969 fax

by _____
Barry Hill

**Certificate of service**

I hereby certify that the above Notice of Hearing has been served on November 30, 2010, on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, upon the Claims Administrator by email to Orran Brown, OBrown@browngreer.com, upon Special Master Patrick A. Juneau by email to him, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657..

_____
Barry Hill