

34630674

Dec 2 2010
9:06AM

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

In re:
**VIOXX PRODUCTS LIABILITY
LITIGATION**

**This document relates to:**

**Attorney fee lien claim of
Teresa Toriseva, Esq.**

Document records 27172 and 34649

**MDL Docket No. 1657**

**SECTION L**

**JUDGE FALLON**

**MAGISTRATE JUDGE KNOWLES**

### Notice of filing of transcript of
### October 27, 2010, hearing before Special Master Juneau

The transcript of the October 27, 2010, hearing before Special Master Patrick A. Juneau in

this attorney fee lien dispute is being filed with this notice.

Sol H. Weiss
ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY PC
*sweiss@anapolschwartz.com*
1710 Spruce Street
Philadelphia PA 19103
215 735-1130 phone
215 735-2024 fax

James C. Peterson,
HILL, PETERSON, CARPER, BEE & DEITZLER PLLC
*jcpeterson@hpcbd.com*
NorthGate Business Park
500 Tracy Way
Charleston WV 25311
(304) 345-5667 phone
(304) 345-1519 fax

D. Andrew List
CLARK, PERDUE AND LIST LPA
*alist@clarkperdue.com*

- 1 -



**EXHIBIT**

**6**

471 East Broad Street, Suite 1550
Columbus OH 43215
614-460-1604 phone
614-469-1117 fax

Barry Hill
*bhill@anapolschawartz.com*
89 12th Street
Wheeling WV 26003
304.233.4966 phone
304.233.4969 fax

Barry Hill

## Certificate of service

I hereby certify that the above Notice of filing of transcript was served on December 2, 2010, on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, upon the Claims Administrator by email to Orran Brown, OBrown@browngreer.com, upon Special Master Patrick A. Juneau by email to him, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657.

Barry Hill