UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br>VIOXX PRODUCTS LIABILITY<br>LITIGATION | MDL Docket No. 1657 |
| This document relates to: | SECTION L |
| Attorney fee lien claim of<br>Teresa Toriseva, Esq. | JUDGE FALLON |
| | MAGISTRATE JUDGE KNOWLES |
| Document records 27172 and 34649 | |

**Judgment**

Judgment is hereby entered against Attorney Teresa Toriseva and in favor of Attorney Barry Hill and Hill Williams PLLC on all claims set forth in Attorney Toriseva's Notice of Attorney's Charging Lien filed herein on September 18, 2009, and in Attorney Toriseva's Supplement to Notice of Attorney's Charging Lien filed herein on October 17, 2009.

New Orleans, Louisiana, this ___ day of _____, 2010

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE