UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br>VIOXX PRODUCTS LIABILITY<br>LITIGATION<br><br>This document relates to:<br><br>Attorney fee lien claim of<br>Teresa Toriseva, Esq.<br><br>Document records 27172 and 34649 | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

### Request for Oral Argument

In accordance with LR 78.1 the movants request oral argument of the motion, and at the hearing, identified below.

**Matter to be heard:** Motion for Entry of an Order Denying Teresa Toriseva's Attorney Fee Lien Claim for the Additional Reason that Entry of the Order Should be Deemed Unopposed.

**Date and time of hearing:** June 16, 2011, at 9:00 am.

**Place of hearing:** United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans LA 70130, Fourth Floor, Courtroom C468.

**Judge:** Eldon E. Fallon

Sol H. Weiss
ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY PC
sweiss@anapolschwartz.com
1710 Spruce Street
Philadelphia PA 19103
215 735-1130 phone
215 735-2024 fax

James C. Peterson,
HILL, PETERSON, CARPER, BEE & DEITZLER PLLC
*jcpeterson@hpcbd.com*
NorthGate Business Park
500 Tracy Way
Charleston WV 25311
(304) 345-5667 phone
(304) 345-1519 fax

D. Andrew List
CLARK, PERDUE AND LIST LPA
*alist@clarkperdue.com*
471 East Broad Street, Suite 1550
Columbus OH 43215
614-460-1604 phone
614-469-1117 fax

Barry Hill
*bhill@anapolschawartz.com*
89 12th Street
Wheeling WV 26003
304.233.4966 phone
304.233.4969 fax

by _____
Barry Hill