UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to ALL ACTIONS | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

## MOTION OF THE FAC TO EXCLUDE JOEY MARKOWITZ FROM TESTIFYING AND TO EXCLUDE THE PIVOT REPORT

The Fee Allocation Committee ("FAC") hereby moves this Court for an Order:

1.  Excluding Joey Markowitz from testifying at the hearing scheduled for May 12, 2011, on the grounds that (a) the Objectors did not properly identify Mr. Markowitz as an expert witness or submit an expert report under Fed. R. Civ. P. 26; (b) Mr. Markowitz has not been qualified as an expert to testify on the matters to be addressed at the hearing and (c) sanctions under Fed. R. Civ. P. 37(1) are appropriate; and

2.  Excluding the expert report prepared by Mr. Markowitz using Pivot software and analyzing the reports of the Court-appointed auditor, Phil Garrett, under *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579, 589, 596 (1993).

This Motion is supported by the accompanying Memorandum of Law.

WHEREFORE, the FAC respectfully asks that the Court grant this Motion.

Respectfully submitted,

Date:  May 11, 2011          By:      /s/ Russ M. Herman
**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, L.L.P.*
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892

**PLAINTIFFS' LIAISON COUNSEL, CHAIR OF THE FEE ALLOCATION COMMITTEE, AND LIAISON COUNSEL FOR COMMON BENEFIT COUNSEL**

By:      /s/ Andy D. Birchfield, Jr.,
**Andy D. Birchfield, Jr**.
*Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.*
P. O. Box 4160
Montgomery, AL  36103-4160
Telephone: (334) 369-2343

**PLAINTIFFS' CO-LEAD COUNSEL, SECRETARY OF THE FEE ALLOCATION COMMITTEE, AND CO-LEAD COUNSEL FOR COMMON BENEFIT COUNSEL**

By:      /s/ Christopher A. Seeger
**Christopher A. Seeger**
*Seeger Weiss*
One William Street
New York, NY 10004
Telephone: (212) 584-0700

**PLAINTIFFS' CO-LEAD COUNSEL AND CO-LEAD COUNSEL FOR COMMON BENEFIT COUNSEL**

| | |
|---|---|
| Russ M. Herman, Esq.<br>HERMAN, HERMAN, KATZ & COTLAR, LLP<br>820 O'Keefe Avenue<br>New Orleans, LA 70113<br>(504) 581-4892 (telephone)<br>(504) 561-6024 (telecopier) | Thomas V. Girardi, Esq.<br>GIRARDI & KEESE<br>1126 Wilshire Blvd.<br>Los Angeles, CA 90017-1904<br>(213) 977-0211 (telephone) |
| Andy D. Birchfield, Jr., Esquire<br>BEASLEY, ALLEN, CROW, METHVIN,<br>PORTIS & MILES, P.C.<br>P.O. Box 4160<br>234 Commerce Street<br>Montgomery, AL 36103-4160<br>(800) 898-2034 (telephone)<br>(334) 954-7555 (telecopier) | Mark Lanier, Esq.<br>LANIER LAW FIRM, PC<br>6810 FM 1960 West<br>Houston, TX 77069<br>(713) 659-5200 (telephone)<br>(713) 659-2204 (telecopier) |
| Christopher A. Seeger, Esquire<br>SEEGER WEISS<br>One William Street<br>New York, NY 10004<br>(212) 584-0700 (telephone)<br>(212) 584-0799 (telecopier) | Edward F. Blizzard, Esq.<br>BLIZZARD, MCCARTHY & NABERS, LLP<br>Lyric Centre, 440 Louisiana<br>Suite 1710<br>Houston, TX 77002-1689<br>(713) 844-3750 (telephone)<br>(713) 844-3755 (telecopier) |
| Troy Rafferty, Esquire<br>LEVIN, PAPANTONIO, THOMAS, MITCHELL,<br>ECHSNER & PROCTOR, PA<br>316 S. Baylen Street, Suite 400<br>Pensacola, FL 32502<br>(850) 435-7000 (telephone)<br>(850) 497-7059 (telecopier) | Perry Weitz, Esq.<br>WEITZ & LUXENBERG<br>180 Maiden Lane<br>New York, NY 10038<br>(212) 558-5500 (telephone)<br>(212) 344-5461 (telecopier) |

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

**FEE ALLOCATION COMMITTEE**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and email, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 11th day of May, 2011.

 /s/ Andy D. Birchfield, Jr.,
**Andy D. Birchfield, Jr**.
*Beasley, Allen, Crow, Methvin,*
*Portis & Miles, P.C.*
P. O. Box 4160
Montgomery, AL  36103-4160
Telephone: (334) 369-2343
Facsimile: (334) 954-7555