**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

---

In Re:  VIOXX

**PRODUCTS LIABILITY LITIGATION**


This document relates to:

 **ALL COMMON**
**BENEFIT FEE APPLICANTS**

---

**MDL Docket No. 1657**

**SECTION L**



**JUDGE FALLON**
**MAG. JUDGE KNOWLES**

### AMENDED MOTION OF THE FAC TO EXCLUDE JOEY MARKOWITZ FROM TESTIFYING AND TO EXCLUDE THE PIVOT REPORT

The Fee Allocation Committee ("FAC") hereby moves this Court for an Order:

1.      Excluding Joey Markowitz from testifying at the hearing scheduled for May 12, 2011, on the grounds that (a) the Objectors did not properly identify Mr. Markowitz as an expert witness or submit an expert report under Fed. R. Civ. P. 26; (b) Mr. Markowitz has not been qualified as an expert to testify on the matters to be addressed at the hearing and (c) sanctions under Fed. R. Civ. P. 37(1) are appropriate; and

2.      Excluding the expert report prepared by Mr. Markowitz using Pivot software and analyzing the reports of the Court-appointed auditor, Phil Garrett, under *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579, 589, 596 (1993).

This Motion is supported by the accompanying Memorandum of Law.

WHEREFORE, the FAC respectfully asks that the Court grant this Motion.

Respectfully submitted,


Date: May 11, 2011                              By: /s/ Russ M. Herman
                                                **Russ M. Herman (Bar No. 6819)**
                                                Leonard A. Davis (Bar No. 14190)
                                                Stephen J. Herman (Bar No. 23129)
                                                ***Herman, Herman, Katz & Cotlar, L.L.P.***
                                                820 O'Keefe Avenue
                                                New Orleans, Louisiana  70113
                                                Telephone: (504) 581-4892
                                                Facsimile: (504) 561-6024

                                                **CHAIRMAN OF THE FEE
                                                ALLOCATION COMMITTEE**

Andy D. Birchfield, Jr., Esquire
Leigh O'Dell, Esquire
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
(800) 898-2034 (telephone)
(334) 954-7555 (telecopier)
**Secretary of FAC**

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)

Edward F. Blizzard, Esquire
BLIZZARD, MCCARTHY & NABERS, L.L.P
Lyric Centre, 400 Louisiana
Suite 1710
Houston, TX 77002-1689
(713) 581-8451 (telephone)
(713) 844-3755 (telecopier)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL  32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Thomas V. Girardi, Esquire
GIRARDI & KEESE
1126 Wilshire Blvd.
Los Angeles, CA 90017
(213) 977-0211 (telephone)
(213) 481-1554 (telecopier)

W. Mark Lanier, Esquire
THE LANIER LAW FIRM
6810 FM 1960 West
Houston, TX 77069
(713) 659-2500 (telephone)
(713) 659-2204 (telecopier)

Arnold Levin, Esquire **(on brief)**
Fred S. Longer, Esquire **(on brief)**
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA  19106
(215) 592-1500 (telephone)
(215) 592-4663  (telecopier)

Perry Weitz, Esquire
WEITZ & LUXENBERG
180 Maiden Lane
New York, NY 10038
(212) 558-5500 (telephone)
(212) 344-5461 (telecopier)

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 11th day of May, 2011.

/s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
***Herman, Herman, Katz & Cotlar, LLP***
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
FAX: (504) 561-6024
ldavis@hhkc.com