UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Wodowski v. Merck & Co., Inc., et al.*, | * | KNOWLES |
| 2:08-cv-04559-EEF-DEK | * | |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER TO SHOW CAUSE WHY CASE
### SHOULD NOT BE DISMISSED WITH PREJUDICE

**IT IS ORDERED** that plaintiff Michael Wodowski in the above-numbered case show cause on the 1st day of June, 2011, at 9 o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiff's case dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure Rule 25(a)(1).

**IT IS FURTHER ORDERED** that plaintiff in the above-numbered case file and serve any opposition to the Rule on or before the 23rd day of May, 2011.

**IT IS FURTHER ORDERED** that defendant Merck & Co., Inc., file and serve any reply to the opposition on or before the 27th day of May, 2011.

**NEW ORLEANS, LOUISIANA,** this __10th__ day of May, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1055347v.1