**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Vioxx | * | **MDL Docket No. 1657** |
| | * | |
| PRODUCTS LIABILITY | * | **SECTION L** |
| LITIGATION | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| | * | **MAGISTRATE JUDGE** |
| *Pedro Gonzales, Jr. v. Merck and Co., Inc.* | * | **KNOWLES** |
| *et al.* | * | |
| | * | |
| ***2:06-cv-09815*** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## <u>ORDER</u>

On or about February 3, 2011, defendant Merck & Co., Inc.'s filed a Motion to Dismiss with Prejudice under Rule 25(a)(1) (R. Doc. 61280), which was originally noticed for hearing on the 24th day of February, 2011. Pursuant to the agreement of counsel, the motion was deferred to the April 1, 2011 monthly status conference (R.Doc. 62709). On April 1, 2011, the Court again deferred the motion to enable plaintiff's counsel to file a Motion to Withdraw as Counsel of Record Pursuant to PTO 36 (R.Doc. 62804). By Order entered April 28, 2011, the Court granted the motion, allowing counsel to withdraw from representation (R.Doc. 62912). The Motion to Dismiss with Prejudice under Rule 25(a)(1) (R. Doc. 61280) is now ripe for consideration. Accordingly,

**IT IS ORDERED** that Defendant Merck & Co., Inc.'s Motion to Dismiss with Prejudice Under rule 25(a)(1) is rescheduled and will now be heard on June 1, 2011, immediately following the monthly status conference scheduled for 9:00 a.m.

**IT IS FURTHER ORDERED** that any opposition to the motion be filed with the Court and served on Merck's counsel on or before the 23rd day of May, 2011.

**IT IS FURTHER ORDERED** that Merck shall promptly serve a copy of this Order and its Motion to Dismiss on plaintiff at the address identified in the aforementioned motion to withdraw (R.Doc. 62804).

**NEW ORLEANS, LOUISIANA,** this 10th day of _____May_____, 2011.

_____
DISTRICT JUDGE