IN THE DISTRICT Court OF JOHNSON COUNTY, KANSAS
PROBATE DEPARTMENT

In the Matter of the Estate of:        )     Case No. __11PR198__
                                       )     Court M1 No.
Smita Sanjanwala, deceased.            )     Chapter 59

## LETTERS OF ADMINISTRATION

**KNOW ALL PERSONS BY THESE PRESENTS:**

Ulhas Sanjanwala, of Overland Park, KS, having been appointed and qualified as the Administrator of the Estate of Smita Sanjanwala, deceased, is hereby granted Letters Of Administration with full powers and authority to complete the administration of the estate, as provided by law.

**IN WITNESS WHEREOF,** I, Michael Farley, District Magistrate Judge, have subscribed my name and affixed the seal of the Court at Olathe, in JOHNSON, County, Kansas, this 10th day of March, 2011.

MICHAEL H. FARLEY

_____

Hon. Michael Farley, District Magistrate Judge

CLERK OF DISTRICT COURT
JOHNSON COUNTY, KS.

2011 MAR 10 PM 3: 11