UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | SPECIAL MASTER |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | PATRICK A. JUNEAU |
| | * | May 18, 2011 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR
PAYMENT OF ACCOUNTANT'S INVOICES**

MAY IT PLEASE THE COURT:

This supplemental memorandum is respectfully submitted by co-lead counsel for Objectors in further support to their Motion for Payment of Accountant's Invoices. Since the filing of their original motion, Objectors have received another invoice from the accountants, a copy of which is attached hereto as Exhibit 1. The original invoice is marked as "past due" and a notation is made on the invoice asking for prompt payment.

The circumstances at the hearing before Master Juneau underscore that these invoices should be paid from the common benefit fund. Despite this Court's order for the FAC to produce information regarding rates and hours, Common Exhibit 101 was introduced at trial, which was a DVD of ALL the discovery produced by the FAC. Nothing from Mr. Garrett that contained rates and hours, much less a firm-by-firm lodestar, was produced or is contained in that exhibit. Andy Birchfield testified in this deposition that EVERYTHING that the FAC relied upon in its allocation

-1-

was produced in discovery. *See* Exhibit 2 hereto. Accordingly, without the work Objectors did with Mr. Garrett to review his records, no firm-by-firm lodestar chart would have surfaced in this litigation. This chart was produced to the undersigned in an e-mail after the undersigned asked Mr. Garrett to search to see if one in fact existed. *See* Exhibit 3. The chart was introduced by Objectors as Common Exhibit 24 (*in globo*).  Even though the FAC had never produced it in discovery and did not list it as an exhibit by the filing deadline of May 9, 2011, after Objectors introduced the chart into evidence at trial, the FAC supplemented its exhibit list and included Mr. Garrett's chart as FAC Exhibit 10. Given the significance of firm-by-firm lodestar calculations (whether as a starting point as contended by Objectors, or merely as a "cross check" as contended by the FAC), this chart is central evidence.  The invoices at issue represent the cost of unearthing it and presenting it to the Court for inclusion in this record. That expense is for the benefit of this Court, as well as for the benefit of all applicants for common benefit fees.

/s/ Robert E. Arceneaux                               /s/ Margaret E. Woodward
_____                       _____
Robert E. Arceneaux, La Bar No. 01199                 MARGARET E. WOODWARD, La. Bar
ROBERT E. ARCENEAUX LLC                               No.13677
47 Beverly Garden Drive                               3701 Canal Street, Suite C
Metairie, LA 70001                                    New Orleans, Louisiana 70119
(504) 833-7533 office                                 (504) 301-4333 office
(504) 833-7612 fax                                    (504) 301-4365 fax
rea7001@cox.net                                       mewno@aol.com

CO-LEAD COUNSEL FOR OBJECTORS IDENTIFIED IN FEB. 8 ORDER

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing pleading has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, and by upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8, on this date, May 18, 2011.

                                                /s/ Robert Arceneaux

# Wegmann Dazet & Company

111 Veterans Boulevard
Suite 800
Metairie, LA 70005
(504)837-8844

ROBERT E. ARCENEAUX, ESQ.
47 BEVERLY GARDEN DRIVE
METAIRIE, LA 70001

Statement Date   5/6/2011
Client No.       9585.0

| Invoice | Date | Description | Charge | Credit | Balance |
|---|---|---|---|---|---|
| | | **Opening Balance As Of 3/31/2011** | | | |
| 54160 | 2/28/2011 | Prior Invoice | 14,795.60 | | 14,795.60 |
| | | **Current Activity Through 5/6/2011** | | | |
| 54930 | 4/30/2011 | Invoice | 2,098.00 | | 16,893.60 |
| | | **Current Balance** | | $ | 16,893.60 |

*Please send payment.*

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 2,098.00 | 0.00 | 14,795.60 | 0.00 | 0.00 | $ 16,893.60 |

PAY BY PHONE
VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER

THE ABOVE STATEMENT INCLUDES INVOICES THROUGH APRIL 30, 2011
PAYMENTS RECEIVED AFTER MAY 6, 2011 ARE NOT REFLECTED ON THIS STATEMENT.
IF YOU HAVE ANY QUESTIONS, PLEASE CALL ACCOUNTS RECEIVABLE AT (504) 837-8844 IN OUR METAIRIE OFFICE.

WE ARE COMMITTED TO BE OUR CLIENTS' MOST TRUSTED ADVISOR:
PROVIDING HIGH QUALITY SERVICES AND SOLUTIONS USING PROACTIVE APPROACHES
TO MEET THEIR ACCOUNTING, TAX AND UNIQUE CONSULTING NEEDS.

EXHIBIT A

# Wegmann Dazet & Company

*111 Veterans Boulevard*
*Suite 800*
*Metairie, LA 70005*
*(504)837-8844*

ROBERT E. ARCENEAUX, ESQ.
47 BEVERLY GARDEN DRIVE
METAIRIE, LA 70001

Invoice No.   54930
Date          04/30/2011
Client No.    9585

---

**LITIGATION**

| Date | Description | Staff | Hours |
|---|---|---|---|
| 04/07/2011 | LITIGATION-CONSULTING<br>PREP FOR PHONE CALL. GO THRU QUESTIONS OF PROGRAMMER AND ROBERT ARCENEAUX | GARRETT P | 1.50 |
| 04/11/2011 | LITIGATION-CONSULTING<br>EMAIL TO ARCENEAUX AND HERMAN OF LODESTAR REPORT THAT HAD BEEN EMAILED IN JULY 2010. | GARRETT P | 1.00 |
| 04/18/2011 | LITIGATION-CONSULTING<br>WORK ON SPREADSHEETS FOR HOURS RECONCILIATION - SENT TO ROBERT | GARRETT P | 2.00 |
| 04/19/2011 | LITIGATION-CONSULTING<br>REVIEW OF REPORTS PULLED TOGETHER BY PHIL TO PROVIDE TO OBJECTORS | MCGHEE | 1.00 |
| 04/20/2011 | LITIGATION-CONSULTING<br>LOCATED LOADSTAR REPORTS AND PROVIDED TO STAFF/PARTNER | MCGHEE | 0.50 |
| 04/28/2011 | LITIGATION-CONSULTING<br>CALL WITH ROBERT AND GO OVER SPREADSHEETS BY PHONE | GARRETT P | 1.00 |

**TOTAL FOR SERVICE**   $ 2,098.00

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 2,098.00 | 0.00 | 14,795.60 | 0.00 | 0.00 | 16,893.60 |

**PAY BY PHONE**
*VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER*

*WE ARE COMMITTED TO BE OUR CLIENTS' MOST TRUSTED ADVISOR:*
*PROVIDING HIGH QUALITY SERVICES AND SOLUTIONS USING PROACTIVE APPROACHES*
*TO MEET THEIR ACCOUNTING, TAX AND UNIQUE CONSULTING NEEDS.*

```
            UNITED STATES DISTRICT COURT

            EASTERN DISTRICT OF LOUISIANA


IN RE:  VIOXX

 PRODUCTS LIABILITY              MDL NO. 1657
 LITIGATION
                                 SECTION L
 THIS DOCUMENT RELATES TO
 ALL CASES                       JUDGE FALLON
                                 MAG. JUDGE KNOWLES
 FILER:  ROBERT E.               SPECIAL MASTER
 ARCENEAUX/MARGARET              PATRICK A. JUNEAU
 WOODWARD
```

Deposition of ANDY D. BIRCHFIELD, JR., 218 Commerce Street, Montgomery, Alabama 36104, taken in the offices of Herman, Herman, Katz & Cotlar, Suite 100, 820 O'Keefe Avenue, New Orleans, Louisiana 70113, on Friday, the 6th day of May, 2011, beginning at 9:11 a.m.

BEFORE:

    SPECIAL MASTER PATRICK A. JUNEAU

APPEARANCES:

    ROBERT E. ARCENEAUX
    47 Beverly Garden Drive
    Metairie, Louisiana 70001

            and

    MARGARET E. WOODWARD
    Suite C
    3701 Canal Street
    New Orleans, Louisiana 70119

        CO-LEAD COUNSEL FOR OBJECTORS
        IDENTIFIED IN FEB. 8 ORDER

**EXHIBIT B**

```
 1    APPEARANCES CONTINUED:

 2          AJUBITA, LEFTWICH & SALZER
            (Of Counsel)
 3          (BY:  PASCAL F. CALOGERO, JR.)
            Suite 1500
 4          1100 Poydras Street
            New Orleans, Louisiana   70163-1500
 5
                  LIAISON COUNSEL FOR OBJECTORS
 6

 7          HOCKEMA & LONGORIA
            (BY:  DAVID HOCKEMA)
 8          Post Office Box 720540
            McAllen, Texas   78504
 9
                  ATTORNEYS FOR ESCOBEDO, TIPPIT
10                & CARDENAS

11
            BEIRNE, MAYNARD & PARSONS
12          (BY:  JACK E. URQUHART)
            25th Floor
13          1300 Post Oak Boulevard
            Houston, Texas   77056
14
                  ATTORNEYS FOR KATHRYN SNAPKA
15

16          BECNEL LAW FIRM
            (BY:  DANIEL E. BECNEL, JR.)
17          106 West Seventh Street
            Post Office Drawer H
18          Reserve, Louisiana   70084

19               FOR BECNEL LAW FIRM, LLC

20
            HERMAN, HERMAN, KATZ & COTLAR
21          (BY:  RUSS M. HERMAN)
            Suite 100
22          820 O'Keefe Avenue
            New Orleans, Louisiana   70113
23
                  ATTORNEYS FOR THE FEE
24                ALLOCATION COMMITTEE

25
```

```
 1    APPEARANCES CONTINUED:

 2    ALSO PRESENT:

 3         JOE ESCOBEDO, JR.
           ESCOBEDO, TIPPIT & CARDENAS
 4         Suite 950
           3900 North 10th Street
 5         McAllen, Texas   78501

 6         KATHRYN SNAPKA
           (VIA TELEPHONE)
 7
           LISA DAGESTINO
 8         (VIA TELEPHONE)
           KLINE & SPECTER
 9         1525 Locust Street
           Philadelphia, Pennsylvania   19102
10
           ERIC WEINBERG
11         (VIA TELEPHONE)
           LAW OFFICE OF ERIC WEINBERG
12         149 Livingston Avenue
           New Brunswick, New Jersey   08901
13
           CYNTHIA ZEDALIS
14         (VIA TELEPHONE)
           THE BRANCH LAW FIRM
15         2025 Rio Grande Boulevard, Northwest
           Albuquerque, New Mexico   87104
16
           CHRISTOPHER M. PLACITELLA
17         (VIA TELEPHONE)
           COHEN, PLACITELLA & ROTH
18         115 Maple Avenue
           Red Bank, New Jersey   07701
19
           LESLIE B. DOYLE, CCR, RMR, RDR
20         GOLKOW TECHNOLOGIES, INCORPORATED

21

22

23    REPORTED BY:

24         CAROL VALLETTE SLATER
           Certified Court Reporter
25         Registered Professional Reporter
```

```
 1              Thank you.  Mr. Juneau --
 2         SPECIAL MASTER JUNEAU:
 3              You can put on the record
 4         your objection.
 5         MS. WOODWARD:
 6              I would like to reiterate
 7         our request for the production by
 8         the Fee Allocation Committee of
 9         its minutes, of its transcripts,
10         of its meetings.  There has been a
11         good deal of testimony that Mr.
12         Birchfield doesn't remember
13         particular facts about their
14         activities, but that there are
15         minutes that are in his possession
16         that are available, and we would
17         like to call for discovery of
18         those minutes.
19         SPECIAL MASTER JUNEAU:
20              Now, let's explore that just
21         a minute.  Y'all have possession
22         of those minutes, Mr. --
23         THE WITNESS:
24              We have -- we do have Fee
25         Allocation Committee minutes.
```

1      The -- the questions that they
2      asked me, they're testing my
3      memory, are not -- are not
4      questions pertaining to -- not any
5      substantive question -- anything
6      substantive dealing with the
7      committee minutes. The Fee
8      Allocation, you know, Committee
9      process, that includes a
10     deliberative process and it should
11     not be subject to this discovery.
12          The things that they were
13     asking me about, do you remember,
14     do you remember this, pertain to
15     details that would be included
16     either in presentations or in
17     the -- in the records that were
18     submitted by -- time records that
19     were submitted, not information
20     that are in the -- in the Fee
21     Allocation Committee minutes.
22          I mean, we -- we're on the
23     eve of, you know, proceeding to
24     the -- you know, to the hearing on
25     this matter. The last thing that

1      we need is -- I mean, we've given
2      them -- we've given them the stuff
3      that we've relied on and they
4      shouldn't be -- they shouldn't be
5      getting additional discovery.  I
6      mean, they've asked and you have
7      ruled on it.  Judge Fallon has
8      ruled on it.
9      SPECIAL MASTER JUNEAU:
10              Has ruled on what?
11     THE WITNESS:
12              On your -- on your position
13     and affirmed your position.
14     SPECIAL MASTER JUNEAU:
15              You were asking for the
16     minutes and what else?
17     MS. WOODWARD:
18              The minutes and the
19     transcripts of the Fee Allocation
20     Committee meetings --
21     MR. HERMAN:
22              What transcripts?
23     MS. WOODWARD:
24              -- and conference.
25     THE WITNESS:

1           All the transcripts have
2      been provided.
3      SPECIAL MASTER JUNEAU:
4           I thought the transcripts
5      have been provided.
6      MS. WOODWARD:
7           We don't have any
8      transcripts of any Fee Allocation
9      Committee meetings.
10     THE WITNESS:
11          The only transcripts to the
12     Fee Allocation Committee meetings
13     are the meetings that we conducted
14     with the applicants, and all of
15     those -- the applicants, including
16     the Fee Allocation Committee
17     members themselves, and we have
18     provided -- all of those
19     transcripts have been provided.
20     MS. WOODWARD:
21          That's what our people said
22     to you. We know what our people
23     said to you. We want to know what
24     was going on within the Fee
25     Allocation Committee, and you've

1 indicated that there are minutes
2 for those meetings. We would like
3 to have the minutes.
4 SPECIAL MASTER JUNEAU:
5 No. I'm talking about
6 separate from the minutes. Is
7 there a separate set of
8 transcripts of meetings of the Fee
9 Allocation Committee that ain't --
10 that have not been produced?
11 THE WITNESS:
12 No.
13 SPECIAL MASTER JUNEAU:
14 That's Number 1. All right.
15 So, we know about that. Okay.
16 The second issue is then is the
17 minutes that you want. The only
18 thing I'm not sure about, I just
19 got to get a clear understanding,
20 you said that involves -- those
21 minutes would reflect a
22 deliberative process. I'm not
23 sure that I --
24 THE WITNESS:
25 To some degree. The

1      internal workings of the Fee

2      Allocation Committee as we were

3      proceeding here, it doesn't have

4      anything to do with the allocation

5      that was the -- the end result

6      here. There has been full

7      disclosure of the -- of the

8      allocation process. We should be

9      done with discovery and proceed to

10     the hearing in this matter.

11     MR. BECNEL:

12            Let me enter an objection to

13     that on the basis -- hold on -- on

14     the basis of Mr. Birchfield said,

15     well, we have an affidavit from

16     Mr. Arsenault after all of the

17     allocations were made, and that's

18     why we gave you $79,000.

19     THE WITNESS:

20            Not true.

21     MR. BECNEL:

22            And that's improper and it's

23     not true and we have witnesses

24     that will so testify.

25     SPECIAL MASTER JUNEAU:

```
 1              Let me ask this question,
 2         and this is a question of
 3         location.  Those -- those
 4         records -- I don't know -- I can't
 5         imagine them being very many.  I
 6         know we have a limited number of
 7         meetings here.  Where -- what
 8         would be the depository or where
 9         would those be maintained?
10         THE WITNESS:
11              I would have -- I would have
12         those on my -- on my system.  I
13         would have to go through my system
14         and -- and pull those, but, you
15         know, they're not relevant.
16         They're not relevant, you know, to
17         these proceedings.  You have --
18         you have given them a tremendous
19         amount of discovery, far more than
20         they're entitled to.  You have
21         given them a deposition that's not
22         necessarily required.  You have
23         given them a week of hearings, and
24         I think we ought to move on to the
25         hearings and say enough's enough.
```

Page 369

1     SPECIAL MASTER JUNEAU:
2            Okay. Let me make these two
3     observations. I think those
4     minutes that you're seeking, in
5     my -- based on everything I've
6     heard, is going to really lead to
7     nothing. I just can't see that as
8     being productive, but I'm --
9     I'm -- I'm going to request -- I'm
10    going to order that those minutes
11    be produced and, Mr. Birchfield, I
12    know y'all are heavily, heavily
13    engaged, this is a burden, we're
14    talking about Friday afternoon,
15    the hearings start Monday, I
16    totally understand that. But I
17    want that produced. You won't be
18    on the stand until the latter part
19    of next week, as I understand it.
20    So, at least give y'all time
21    within your staff to do that, I
22    would say, by late Tuesday, that
23    those documents be produced.
24    THE WITNESS:
25            Let me ask you to consider

**Subject:** Lodestar report in 7-2010
**From:** Philip Garrett <pgarrett@garrettco.com>
**Date:** Mon, 11 Apr 2011 17:04:30 -0700 (PDT)
**To:** Robert Arcenaux <rea7001@cox.net>
**CC:** Russ Herman <RHERMAN@hhkc.com>, "Thomas R. Juneau, Sr." <TRJ@juneaudavid.com>, "Patrick A. Juneau" <PAJ@juneaudavid.com>

Robert, per our discussion I was sure I would have printed and distributed the lodestar report with values in 7-2010. I found in my email where Christin McGhee under my direction actually sent it out. Attached is the email and the spreadsheet that was attached.
As you can see from the email the report went to; Lenny Davis, Arnold Levin, and Sandra Dugan who is with Mr. Levin's firm. They were the people working with me and fee alloc comm.

If you wish I will look for the 2009 report as well but again I am sure it was sent out to the parties I was working with at the time.

Thanks


Philip A. Garrett, CPA
117 Fairgrounds Blvd

Bush, La 70431

office - 985-746-9165
Cell - 985-635-1500
pgarrett@garrettco.com

| 7-30-2010 email from Christin to PG,LD,SD,AL.pdf | **Content-Type:** application/pdf |
| --- | --- |
| | **Content-Encoding:** base64 |

VioxxMDLBillingRatesasofJuly302010 sent on 7-31-2010.xlsx

| VioxxMDLBillingRatesasofJuly302010 sent on 7-31-2010.xlsx | **Content-Type:** application/vnd.openxmlformats-officedocument.spreadsheetml.sheet |
| --- | --- |
| | **Content-Encoding:** base64 |

`EXHIBIT C`