UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | SPECIAL MASTER |
| | * | PATRICK A. JUNEAU |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# **ORDER**

Upon the above and foregoing Motion,

**IT IS ORDERED** that Objectors be and they are hereby given leave to file a supplemental memorandum in support of their Motion for Leave to Pay Accountant's Invoices..

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE