U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  MAY 1 3 2011

LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 10-31097

MD 05-1657-L

United States Court of Appeals
Fifth Circuit

**FILED**
May 12, 2011

In Re: VIOXX PRODUCTS LIABILITY LITIGATION

Lyle W. Cayce
Clerk

---

JAMES D. SCHNELLER, Individually and on behalf of the Estate of George H. Schneller

    Plaintiff - Appellant

v.

MERCK AND COMPANY, INCORPORATED,

    Defendant - Appellee

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

CLERK'S OFFICE:

Under 5th Cir. R.42.3, the appeal is dismissed as of May 12, 2011, for want of prosecution. The appellant failed to timely file the appellant's brief and record excerpts.

                              LYLE W. CAYCE
                              Clerk of the United States Court
                              of Appeals for the Fifth Circuit

                              By: _____
                              Dantrell L. Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

DIS2

    ___ Fee _____
    ___ Process _____
    X  Dktd _____
    ___ CtRmDep _____
    ___ Doc. No. _____

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

May 12, 2011

Ms. Loretta Whyte
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 10-31097, In Re: Vioxx Prod Liability
        USDC No. 2:05-MD-1657
        USDC No. 2:05-CV-5382

Enclosed is a copy of the judgment issued as the mandate.

                       Sincerely,

                       LYLE W. CAYCE, Clerk

                       By: _____
                       Dantrell L. Johnson, Deputy Clerk
                       504-310-7689

cc w/encl:
    Mr. Joshua G. Schiller
    Mr. James D. Schneller

MDT-1