## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

May 13, 2011

U.S. DISTRICT COURT  
EASTERN DISTRICT OF LOUISIANA

FILED MAY 17 2011

LORETTA G. WHYTE  
CLERK

Ms. Loretta Whyte  
U.S. District Court, Eastern District of Louisiana  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

    No. 10-30209, In Re: Vioxx Prod Liability  
        USDC No. 2:05-MD-1657  
        USDC No. 2:06-CV-9803

Enclosed, for the Eastern District of Louisiana, New Orleans only, is a copy of the judgment issued as the mandate.

Enclosed, for the Eastern District of Louisiana, New Orleans only, is a copy of the court's opinion.

The electronic copy of the record has been recycled.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: *Dawn D. Victoriano*  
                Dawn D. Victoriano, Deputy Clerk  
                504-310-7717

cc: (letter only)  
    Mr. John H. Beisner  
    Mr. Homer Jones  
    Mr. John A. Kenney  
    Ms. Dorothy Hudson Wimberly  
    Mr. Phillip A. Wittmann

P.S. to Judge Fallon: A copy of the opinion was sent to your office via email the day it was filed.

*Mandate Issued - MDT-1*

\_\_ Fee _____  
\_\_ Process _____  
X Dktd _____  
\_\_ CtRmDep _____  
\_\_ Doc. No. _____