# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | **Case Number: 2:05cv01011** |
| **Smita Sanjanwala** | PLAINTIFF |
| v. | |
| **Merck & Co., Inc.** | DEFENDANTS |

## ORDER

\* \* \* \* \* \* \*

Considering the Suggestion of Death and Motion For Substitution of Parties (R. Doc.58754) and the consent of Merck Sharp Dohme Corp. to the motion,

IT IS ORDERED that Ulhas Sanjanwala's Suggestion of Death and Motion For Substitution of Parties (R. Doc.58754) is granted. Ulhas Sanjanwala, as the personal representative of the deceased, shall be substituted for Smita Sanjanwala for all purposes in this action.

NEW ORLEANS, LOUISIANA, this 19th day of May, 2011.

_____
DISTRICT JUDGE