UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|     Product Liability Litigation | : | |
| | : | SECTION: L |
| | : | |
| | : | Judge Fallon |
| This document relates to: | : | |
| | : | Mag. Judge Knowles |
| **Adeline Thomas Mosby v. Merck & Co., Inc.** | : | |
| **Civil Action No. 2:08cv00170-EEF-DEK** | : | |

..................................................................................

### ORDER FOR SUBSTITUTION OF PARTIES

    **THIS CAUSE,** having come before the Court upon the motion for substitution of parties and memorandum of law in support thereof and the Court having considered the Motion for substitution of Parties and the memorandum of law in support thereof.

    **IT IS HEREBY ORDERED** that Betty D. Mosby is substituted as the proper party and plaintiff for her deceased mother and plaintiff, Adeline Thomas Mosby pursuant to Rule 25 (a)(1).

    **NEW ORLEANS, LOUISIANA,** this 19th day of May, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE