# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| *This document relates to* | |
| *State of Oklahoma, ex rel, Oklahoma Health Care Authority v. Merck & Co., Inc.,* | Judge Fallon |
| 2:09-cv-07218 | Magistrate Judge Knowles |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for the State of Oklahoma. I am appearing for the State of Oklahoma pursuant to 74 Ok. Stat. § 18b, 56 Ok. Stat. § 1003.

I am admitted to practice and am in good standing with the United States Court of Appeals for the Tenth Circuit, the United States Court of Appeals for the Eighth Circuit, the United States District Courts for the Northern and Western Districts of Oklahoma, and the United States District Courts for the Eastern and Western Districts of Arkansas. By virtue of Pretrial Order No. 1, ¶ 11, I am permitted to participate in this case absent association of local counsel. I further certify that I am registered in this Court's Electronic Case Filing System.

    Respectfully submitted,

    *s/ Niki Suzanne Batt*
    Niki Suzanne Batt, OBA # 20157
    Assistant Attorney General
    Patient Abuse and Medicaid Fraud Control Unit
    Office of Oklahoma Attorney General
    313 NE 21st Street
    Oklahoma City, OK 73105

Tele: (405) 521-3921 Fax: (405) 522-4875
[Niki.Batt@oag.ok.gov](mailto:Niki.Batt@oag.ok.gov)
Attorney for the State of Oklahoma

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Entry of Appearance has been served on Liaison Counsel,

    Russ M. Herman
    Herman, Herman, Katz & Cotlar, LLP
    820 O'Keefe Ave., Suite 100
    New Orleans, LA 70113
    phone: 504-581-4892
    fax: 504-561-6024
    email: rherman@hhkc.com

    -and-

    Phillip A. Wittmann
    Stone Pigman Walther Wittmann, LLC
    546 Carondelet St.
    New Orleans, LA 70130
    phone: 504-581-3200
    fax: 504-581-3361
    email: pwittmann@stonepigman.com

<u>by U.S. Mail and e-mail</u> or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657, on this 23rd day of May, 2011.

                                                          *s/ Niki Suzanne Batt*
                                                          Niki Suzanne Batt