IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| *This document relates to* | |
| *State of Oklahoma, ex rel, Oklahoma Health Care Authority v. Merck & Co., Inc.,* | Judge Fallon |
| 2:09-cv-07218 | Magistrate Judge Knowles |

## MOTION TO WITHDRAW AS COUNSEL FOR THE STATE OF OKLAHOMA

Assistant Attorney General Gregory Thomas Metcalfe respectfully moves the Court to permit him to withdraw as the attorney of record for the State of Oklahoma. In support hereof the undersigned respectfully shows as follows:

1. On May 11, 2011, the undersigned provided written notice of his resignation from the Office of the Attorney General. His last day of employment will be on May 31, 2011.

2. The undersigned will be entering the private practice of law.

3. Accordingly, he will be unable to continue representing the State of Oklahoma in this case.

4. The State will continue to be represented by Assistant Attorney General Niki Batt who has already entered an appearance in this case.

Wherefore, Gregory Thomas Metcalfe respectfully requests an order allowing him to withdraw as attorney of record for the State of Oklahoma in this matter.

1

Respectfully submitted,

/s Gregory Thomas Metcalfe
Gregory Thomas Metcalfe, OBA # 19526
Assistant Attorney General
Director of Patient Abuse and Medicaid Fraud Control Unit
Office of Oklahoma Attorney General
313 NE 21st Street
Oklahoma City, OK 73105
Tele: (405) 521-3921 Fax: (405) 522-4875
Greg.Metcalfe@oag.ok.gov
Attorney for the State of Oklahoma

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Entry of Appearance has been served on Liaison Counsel,

| Russ M. Herman                      | Phillip A. Wittmann                  |
|-------------------------------------|--------------------------------------|
| Herman, Herman, Katz & Cotlar, LLP  | Stone Pigman Walther Wittmann, LLC   |
| 820 O'Keefe Ave., Suite 100         | 546 Carondelet St.                   |
| New Orleans, LA 70113               | New Orleans, LA 70130                |
| phone: 504-581-4892                 | phone: 504-581-3200                  |
| fax: 504-561-6024                   | fax: 504-581-3361                    |
| email: rherman@hhkc.com             | email: pwittmann@stonepigman.com     |

by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657, on this 23th day of May, 2011.

/s Gregory Thomas Metcalfe
Gregory Thomas Metcalfe