IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| *This document relates to* | |
| *State of Oklahoma, ex rel, Oklahoma Health Care Authority v. Merck & Co., Inc.,* | Judge Fallon |
| 2:09-cv-07218 | Magistrate Judge Knowles |

### ORDER

Assistant Attorney General Gregory Thomas Metcalfe's Motion to Withdraw as Counsel for the State of Oklahoma, *ex rel*, Oklahoma Health Care Authority (Doc. No. 62978) is now before the Court for consideration. Finding that the motion is supported by good cause, Assistant Attorney General Gregory Thomas Metcalfe is hereby withdrawn as counsel and the State of Oklahoma, *ex rel*, Oklahoma Health Care Authority will continue to be represented by Assistant Attorney General Niki S. Batt.

IT IS SO ORDERED this _____ day of _____, 2011.

_____
United States District Judge

1