Exhibit "1"

**Dagostino, Lisa S.**

| | |
|---|---|
| **From:** | Kline, Thomas R. |
| **Sent:** | Thursday, November 08, 2007 10:32 AM |
| **To:** | Balefsky, Lee; Specter, Shanin; Dagostino, Lisa S. |
| **Subject:** | Fw: VERY IMPORTANT/VIOXX INVITATION |

```
FYI..
Lisa -You are welcome to fly to NO, if there is a flt that will get you there.
And, pls everyone- do not discuss with anyone.
Tom

-----Original Message-----
From: Kline, Thomas R.
To: 'RHerman@hhkc.com' <RHerman@hhkc.com>
Sent: Thu Nov 08 10:29:06 2007
Subject: Re: VERY IMPORTANT/VIOXX INVITATION

Lee will be here and I'll see that he is at the dinner, so pls have Lillian add him to the
list. Txs, Russ.

-----Original Message-----
From: Russ Herman <rherman@hhkc.com>
To: Kline, Thomas R.
Sent: Thu Nov 08 10:23:36 2007
Subject: Re: VERY IMPORTANT/VIOXX INVITATION

Great you know Llee and Lisa invited Please try to get them here Your firm's team is and has
been integral to ALL efforts No discussion outside of you three please !!!!!!!

[Message delivered by NotifyLink]

----------Original Message----------

From: "Kline, Thomas R." <Tom.Kline@KlineSpecter.com>
Sent: Thu, November 08, 2007 8:54 AM
To: <lflemming@hhkc.com>
Cc: <cseeger@seegerweiss.com>, <RHerman@hhkc.com>, <andy.birchfield@beasleyallen.com>,
<LDavis@hhkc.com>
Subject: Re: VERY IMPORTANT/VIOXX INVITATION

I will be there.

-----Original Message-----
From: Lillian Flemming <LFLEMMING@hhkc.com>
To: Lenny Davis <LDAVIS@hhkc.com>
Sent: Thu Nov 08 09:47:13 2007
Subject: VERY IMPORTANT/VIOXX INVITATION

From:  Russ M. Herman, Christopher Seeger, Andy D. Birchfield, Jr., Thomas V. Girardi, Ed
Blizzard and Arnold Levin
```

**KS-000001**

You are individually invited to a Vioxx plaintiff's counsel dinner hosted by Russ M. Herman, Christopher A. Seeger, Andy D. Birchfield, Jr., Thomas V. Girardi, Ed Blizzard and Arnold Levin tonight at 7:00 p.m., November 8, 2007, at Restaurant August, 301 Tchoupitoulas Street, New Orleans.

You may not substitute for yourself or bring a colleague, because the dinner is exclusively for a select group of invitees.  Please do not discuss this with others.  Please RSVP by replying to this e-mail if you will be attending.

You are reminded that the status conference in MDL 1657 is Friday, November 9, 2007, at 9:00 a.m.

Lillian M. Flemming

Legal Assistant to Leonard A. Davis

and Stephen J. Herman

Herman, Herman, Katz & Cotlar, LLP

Herman, Mathis, Casey, Kitchens & Gerel, LLP

820 O'Keefe Avenue

New Orleans, Louisiana  70113

504-581-4892

504-561-6024 (Fax)

<http://www.hhkc.com/ <http://www.hhkc.com/> >

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.

CONFIDENTIAL ATTORNEY WORK PRODUCT

**KS-000002**

HIGHLY CONFIDENTIAL - FEE COMMITTEE ATTORNEYS' EYES ONLY

Page 1

- - -
VIOXX FEE COMMITTEE PRESENTATION
- - -
DECEMBER 1, 2008
- - -
HIGHLY CONFIDENTIAL
FEE COMMITTEE ATTORNEYS' EYES ONLY
- - -
ATLANTIC CITY, NEW JERSEY
- - -

FIRM:   KLINE & SPECTER, P.C.
        Thomas R. Kline, Esquire
        Shanin Specter, Esquire
        Lisa Dagostino, M.D., J.D.
        Kathy Spurka

BEFORE COMMITTEE MEMBERS:

ANDY D. BIRCHFIELD, ESQUIRE
Beasley Allen Crow Methvin Portis & Miles, PC

THOMAS V. GIRARDI, ESQUIRE
Girardi & Keese

RUSS M. HERMAN, ESQUIRE
Herman, Herman, Katz & Cotlar, LLP

W. MARK LANIER, ESQUIRE
The Lanier Law Firm

ARNOLD LEVIN, ESQUIRE
Levin, Fishbein, Sedran & Berman

TROY RAFFERTY, ESQUIRE
Levin, Papantonio, Thomas, Mitchell,
Echsner & Proctor, P.A.

CHRISTOPHER A. SEEGER, Esquire
Seeger Weiss, LLP

PERRY WEITZ, ESQUIRE
Weitz & Luxenberg, P.C.

COURT REPORTER:  Linda L. Golkow, RDR

GOLKOW TECHNOLOGIES, INC.
877.370.3377 - DEPS@GOLKOW.COM

**KS-000003**

HIGHLY CONFIDENTIAL - FEE COMMITTEE ATTORNEYS' EYES ONLY

**Page 2**

1            - - -
2            MR. KLINE: For the record,
3    I'm Tom Kline from the law firm of
4    Kline & Specter. I'm here with my
5    partner, Shanin Specter, Lee
6    Balefsky, my partner, recent
7    partner, Lisa Dagostino, and legal
8    assistant, Kathy Spurka.
9            I want to start out with a
10   story, which those of us who
11   labored in the trenches I think
12   will appreciate, and some of you
13   will indulge me because you may
14   have heard it before.
15           It was the night before
16   Jerry Avorn's deposition, and I
17   was coming back from a good steak
18   with Buchanan and Tisi. Actually,
19   I think Buchanan had two steaks
20   and a couple of drinks. We were
21   staying at not the Four Seasons,
22   but the Sheraton in Boston where
23   the deposition was going to take
24   place. There was a Lions

**Page 3**

1    Convention in town at the time.
2    We got in the elevator with a
3    fellow who, to use a word or a
4    description that I've heard Mark
5    Lanier use during the course of
6    this litigation, he looked like he
7    was a pork chop away. He was a
8    man who looked like he had every
9    one of the comorbidities that any
10   of our Vioxx clients had. He was
11   short, he was obese, he looked
12   like, if I were to make a
13   diagnosis on the spot, he had
14   hypertension.
15           MR. LEVIN: Objection.
16           MR. KLINE: He looked like
17   he had diabetes based on my
18   analysis of the man. As we were
19   going up the elevator on the 7th
20   floor, I said, admittedly after a
21   couple drinks, let me ask you a
22   question, and pushing 60 at the
23   time, I could say this, "I said,
24   pop, have you ever been on the

**Page 4**

1    drug Vioxx?" And he looked at me
2    nonplused, like he had never heard
3    of it before, and his wife looked
4    at me and said, no, but if you
5    have some, mistaking it for some
6    other drug with the letter V, if
7    you have some, I think we'd like
8    to get it.
9            There are two points that I
10   take from the story. The first
11   is, that was the teamwork and
12   camaraderie of the Vioxx
13   litigation. Any of us who stayed
14   up until the wee hours of the
15   morning, like I think everyone in
16   this room, everyone who labored in
17   the trenches of this litigation,
18   knows what it feels like to pull
19   together like we all did in a
20   remarkable effort.
21           And the second point that I
22   would make is, the story tells me,
23   as I reflected on it, just how
24   difficult we all knew the task was

**Page 5**

1    and how we understood the
2    causation problems, the patient
3    population and the convincing that
4    it was going to take to win these
5    cases.
6            If I can start with the
7    first slide, I would start my
8    presentation with a quotation from
9    C.S. Lewis, and I think it is
10   apropos to my endeavors here
11   today. "We all wish to be judged
12   by our peers, by the men 'after
13   our own heart'. Only they really
14   know our mind and only they judge
15   it by the standard we fully
16   acknowledge. Theirs is the praise
17   we really covet and the blame we
18   really dread."
19           You will see where I'm
20   going. My presentation today I
21   see as more creating a necessary
22   record than to convince this panel
23   of colleagues who appreciate our
24   firm's, among many other firm's,

**KS-000004**

GOLKOW TECHNOLOGIES, INC. - 877.370.3377

HIGHLY CONFIDENTIAL - FEE COMMITTEE ATTORNEYS' EYES ONLY

**Page 6**

1   including those at this table,
2   contribution to the Vioxx
3   litigation.
4        Our firm has many
5   experienced trial lawyers, lawyers
6   experienced in mass tort and
7   catastrophic injury.  We brought a
8   team, and I calculated this
9   yesterday, to this litigation with
10  over 100 years of lawyering
11  experience and 40 years of medical
12  experience.  We were there at the
13  beginning, as those at the table
14  know.  We made a major
15  contribution, I believe, and that
16  contribution, as I said, was made
17  not only by our firm, but by many
18  other firms.
19       The litigation settled on
20  the strength of the collective
21  work that essentially is now
22  memorialized in something known as
23  the trial package.  It is heavy
24  with science and medicine and as

**Page 7**

1   technical and complex as I've seen
2   in 30 years of litigating complex
3   drug product cases, back to the
4   first one which I tried, which was
5   a Dalkon Shield case.
6        On the day that this case
7   settled, and I take us back to the
8   words of praise by C.S. Lewis, and
9   we were headed to New Orleans, I
10  received the kindest note, kindest
11  note from Russ Herman, inviting
12  our firm to a dinner in New
13  Orleans with the highest praise,
14  which was appreciated then and
15  appreciated now.  I return that
16  praise, Russ, I return that praise
17  by saying we appreciate your
18  leadership.
19       His e-mail in the invitation
20  said, "Your firm's team is and has
21  been integral to all efforts."  My
22  presentation today will describe
23  all of those efforts and how they
24  were, I believe, integral to a

**Page 8**

1   collective effort that was made in
2   this room and throughout the
3   United States.
4        An overview.  If you guys
5   can just wait for me on the
6   slides.  We're among friends.
7        Here's how I see the
8   overview for what we've done in
9   showing how our role was integral.
10  We were involved since back in
11  2003.  No one at this table knows
12  better than Chris Seeger.  We, of
13  course, provided litigation
14  funding and took the risk with all
15  of those here.  We developed a
16  substantial portion of the
17  liability case principally through
18  depositions of Merck executives,
19  scientists, key third parties,
20  developed experts and did
21  extensive, I mean extensive
22  document review.
23       Next we developed a
24  substantial portion of the

**Page 9**

1   causation case, including
2   depositions, expert development,
3   medical literature review, work on
4   mechanism of action and
5   pharmacology.  This was the
6   scientific puzzle that we all
7   struggled with in the beginning.
8        If I might complement her,
9   Lisa Dagostino did the work in the
10  trenches, along with many others
11  whose names are familiar, Dave
12  Buchanan, very notably, as well as
13  others.
14       We did expert development,
15  and I'm going to discuss that with
16  you, and extensive document
17  review.  Trial package development
18  included significant portions of
19  the trial package, which I'll
20  discuss.  We were involved in the
21  preemption briefing in which Arnie
22  took the lead.  We worked very
23  closely, as everyone knows.  Lisa
24  argued the factual portion, while

**KS-000005**

3 (Pages 6 to 9)

HIGHLY CONFIDENTIAL - FEE COMMITTEE ATTORNEYS' EYES ONLY

Page 10

1  others argued the other portion.
2  We were intimately involved
3  in the trial, not only trial
4  selection, but trial strategy, in
5  many aspects of it, both formally
6  and informally, as this litigation
7  progressed.
8  I know it's important, so my
9  next slide deals with leadership
10 positions and committee
11 memberships.
12 The next slide on committee
13 memberships and leadership
14 positions, again, I believe most
15 people, if not everyone at the
16 table, knows our various roles.
17 Lee Balefsky and I were not only
18 at the status conferences, but we
19 were asked to be part of the
20 premeets with Judge Fallon and
21 were there, and I know viewed by
22 those in leadership in this
23 litigation as an important and
24 integral part of the think tank,

Page 11

1  if I could call it that.
2  Lee Balefsky was a member of
3  the discovery committee, liaison
4  counsel, and we were tasked with
5  developing significant parts, as
6  you know, of the stroke package.
7  Lisa Dagostino, her
8  membership on the science
9  committee is well known to
10 everyone at this table and the
11 countless hours -- I guess they
12 are not countless, because they
13 are counted -- but the hours which
14 amount to literally two years of
15 full-time work.
16 Lisa, as everyone knows, is
17 a physician and an attorney and
18 among the most knowledgeable, by
19 anyone's account, in the
20 litigation of the science and
21 medicine of Vioxx. It's probably
22 only a shame for the victims of
23 Vioxx that Lisa Dagostino wasn't
24 Alise Reicin, because there may

Page 12

1  not have been that tragedy.
2  As part of the science
3  committee, Lisa undertook an
4  extensive review of the underlying
5  medical files for adverse events
6  in the Merck trials. Those at
7  this table who were in the
8  litigation part of this know that
9  that was the, quote, adjudication
10 project. That was some of the
11 most tedious work in dragging down
12 and undercutting the underbelly of
13 the various Merck studies,
14 especially the VIGOR trial, and
15 Lisa was involved.
16 Moving to depositions.
17 Depositions of key Merck
18 scientists and executives, I think
19 probably our firm made one of its
20 most significant contributions
21 here. I can tick them off.
22 Shanin Specter was one of the
23 three who deposed Ray Gilmartin, I
24 remember those days well, as will

Page 13

1  Chris Seeger and Mark Lanier.
2  Ed Scolnick, I, in
3  particular, did what was then
4  called the label module. It took
5  us all collectively, until my
6  redirect-examination, to figure
7  out that Ed Scolnick never
8  finished his residency and was
9  never board certified, and that's
10 why he didn't practice medicine.
11 That is a little historical fact
12 for those in the room who would
13 appreciate it.
14 Shanin, on four different
15 days, relentlessly and doggedly
16 day after day went after Peter
17 Kim, one of the best witnesses
18 that Merck had.
19 I've always to this day
20 thought that Alise Reicin loathed
21 Lanier more than me, but I had
22 three different cracks at her and
23 probably the best day of the
24 litigation, and I mean this,

4 (Pages 10 to 13)

KS-000006

HIGHLY CONFIDENTIAL - FEE COMMITTEE ATTORNEYS' EYES ONLY

Page 14

1  because we all know Mark Lanier's
2  contribution to this litigation.
3  I was only lucky enough to be
4  there when Chris Seeger ran into
5  the room on the record, Mrs.
6  Golkow will testify to this under
7  oath, and said, we got a verdict,
8  $250 million, and we were on the
9  record.  True, Linda?
10        THE COURT REPORTER:  Yes.
11        MR. KLINE:  I said to Alise
12 Reicin, so, what do you think
13 about that, Dr. Reicin?  I was
14 only there to ask her what she
15 thought about it, Lanier got the
16 verdict, and it was a turning
17 point.
18        I was talking to Rick Meadow
19 today out in the hall, because
20 this is a time, I guess, to
21 reminisce, too, about how the
22 State cases and the Federal cases
23 and the effort, as I'm going to
24 talk about in a moment at the

Page 15

1  Topol deposition, became a
2  collective one.  Everybody from
3  California to New Jersey, coast to
4  coast, banded together in this
5  litigation.  That's something I'm
6  proud of.
7        If I can have like one
8  little gem that I take credit for,
9  I want one little thing, defender
10 of the franchise.  Actually, Lisa
11 found it.  I only got, as Shanin
12 Specter would say, quoting Winston
13 Churchill, the roar.
14        Deborah Shapiro was taken by
15 Shanin Specter.  As you know, it
16 is the only evidence that Judge
17 Higbee found sufficient to present
18 to the jury on punitive damages in
19 Cona/McDarby, the Cona/McDarby
20 trial.  I have, and I know Mark
21 will indulge me with the e-mail
22 later in showing it, but I have
23 the nicest e-mail between Shanin
24 and Mark, which I would like to

Page 16

1  share with this group, because I
2  think it shows, again, our
3  integral part.
4        Continuing along, these were
5  the key Merck scientists and
6  executives.  For two days, Shanin
7  went at Alan Nies on the early
8  development of the drug, the
9  pharmacology, backed up by Lisa.
10        We do not take credit for
11 the developing of the marketing
12 part of this case, it was ably
13 developed by other lawyers, but I
14 might add, we just wanted our toes
15 in the Anstice water, and so Lee
16 Balefsky got a small crack at him
17 that day.
18        Continuing along, Barry
19 Gertz, as you all know, he's a
20 pharmacologist, he was a key guy,
21 and it was a very technical
22 deposition taken by Mark Hoffman
23 with something near 30 years of
24 experience as a former transplant

Page 17

1  surgeon, and one of the early
2  developers and persons who figured
3  out the science of this
4  litigation.
5        Tom Simon, the GI doc who
6  designed the VIGOR trial, was
7  taken on two separate days by Mark
8  Hoffman.
9        Continuing along, Kathy
10 Metters, who was the head of basic
11 research of Merck, you will all
12 remember the so-called claw back
13 document, the patent document.
14 That's what this deposition was
15 all about.
16        On this page, I've lumped
17 her with Joe Lynch, who was taken
18 by Shanin, and Lisa questioned
19 him, and that was the infamous
20 green monkey study.  Here's a
21 point that may get lost in the sea
22 of work that was done by so many
23 lawyers.
24        The green monkey study was a

KS-000007

5 (Pages 14 to 17)

GOLKOW TECHNOLOGIES, INC. - 877.370.3377

HIGHLY CONFIDENTIAL - FEE COMMITTEE ATTORNEYS' EYES ONLY

Page 18

1  major defense, as was the defenses
2  presented by Metters. It was
3  neutralizing those defenses, not
4  only presenting the evidence that
5  we developed, but neutralizing the
6  defenses, neutralizing the Peter
7  Kims, neutralizing the Metters,
8  neutralizing the Lynches of the
9  Merck stable that contributed
10 significantly.
11      There were many trials in
12 this litigation, as we all know,
13 and we provided direct support and
14 assistance, deposition cuts, all
15 kinds of assistance. I know that
16 in your small group, Andy can
17 speak to that. He knows that we
18 were there, as does Chris and
19 others at these trials, during
20 these trials, for these trials.
21      Speaking of trials, I want
22 to, in passing, mention one case
23 which never did try. That was the
24 Abrams case. It was listed as the

Page 19

1  second MDL trial. It was listed
2  in early 2006. It was a
3  disappointment to pull that case.
4  After consulting with all of the
5  PEC, including Andy and Chris and
6  Russ and Arnie, I might add, as
7  well, we unanimously agreed that a
8  late discovered document made the
9  case undesirable as a bellwether
10 case. I know that was a
11 disappointment to all of us, and I
12 know it was a disappointment to
13 Judge Fallon, but for those of us
14 who were involved in the decision,
15 I still think that it was the
16 right decision.
17      Depositions in this
18 litigation of third parties were,
19 as everyone here knows, very
20 important. I was given the
21 responsibility to be involved in
22 taking two of what we at the time
23 in the trenches called the
24 third-party trinity, Topol, Graham

Page 20

1  and Nissen.
2      The deposition of Eric
3  Topol, which, of course, was
4  extremely critical of Merck's
5  conduct, was played at, I believe,
6  every trial, certainly every trial
7  which ended in a plaintiff's
8  verdict, but I believe every
9  trial. He debunked many of the
10 theories. It was our most solid
11 evidence on debunking Merck's
12 interpretation of the APPROVe data
13 that the increased risk of Vioxx
14 only happened at 18 months.
15      I could not have done that
16 deposition without Mark Lanier.
17 He and I know it. He and I were
18 collaborators in a backstory that
19 probably will never be told on a
20 record.
21      MR. LANIER: But it was a
22 darn good story.
23      MR. KLINE: It was a hell of
24 a story, and it was one of the

Page 21

1  most fun things that I ever did as
2  a lawyer.
3      David Graham, his deposition
4  was taken by me, and we know the
5  story there. He was the chief
6  critic.
7      Nissen was Topol's co-author
8  and FDA Advisory Committee member,
9  and Lisa worked extensively with
10 Chris Tisi on this litigation. I
11 would be remiss, because I labored
12 so many hours, as did Lisa in
13 particular with Chris Tisi, and I
14 know it is my time to make a
15 pitch, but I can tell you that
16 Chris Tisi was the dogged pursuer
17 of the MDL third-party strategy.
18 He kept saying, let's take these
19 deps, let's take these deps, and
20 Topol was worth it, and we offer
21 congratulations to him.
22      I was responsible to go off
23 and take Curfman. We all know how
24 the New England Journal was in the

**KS-000008**

HIGHLY CONFIDENTIAL - FEE COMMITTEE ATTORNEYS' EYES ONLY

**Page 22**

1   middle of the fray. I went up and
2   took Curfman's deposition after
3   the Expression of Concern was
4   written. It became a very
5   important corollary to what was
6   going on at that time.
7       Jerry Avorn, Chris Tisi ably
8   took it. Mark Lanier at trial did
9   it live, and Lisa did much of a
10  background and prep work on that.
11  I went up there for the
12  deposition, because somehow my
13  being there was supposed to
14  neutralize Phil Beck or something
15  like that. I don't take any
16  credit for it, other than Lisa did
17  all the background work on Avorn.
18      And then, finally, I was up
19  there when they sent the dogs out
20  after Eric Topol and they decided
21  that Mal Mixon, the chairman of
22  the board of trustees of the
23  Cleveland Clinic, was going to
24  trash the guy. I was sent to do

**Page 23**

1   the cross-examination. I don't
2   remember seeing that deposition
3   played during the course of the
4   Vioxx litigation, as I recall it.
5       Expert development. A word
6   about it, if I may. We were
7   involved in much of the major
8   expert development in this
9   litigation. Jerry Avorn -- I'm
10  going to pass over a lot of this
11  quickly for the sake of time --
12  but they are names that are
13  familiar to everyone here. Avorn
14  was clearly, in my view, was the
15  most distinguished expert. Tisi,
16  Buchanan, Grand from Seeger Weiss,
17  the latter two did phenomenal
18  work, along with Lisa, in a key
19  deposition, as I believe we all
20  agree.
21      Ray, another highly
22  credentialed expert. Lisa
23  Dagostino, Tisi and Buchanan
24  prepping him for a de bene esse

**Page 24**

1   deposition. And then there were
2   other experts, as well, that we
3   spent much time working with in
4   expert development, and that
5   includes Pace-Asciak, Parisian,
6   Levine, who is the stroke
7   expert -- I'll speak to that in
8   just a moment, I'll speak to
9   Feldman in a moment, who, in the
10  stroke part of the trial package,
11  was a project among many people,
12  including Mike Wenkowitz of Arnold
13  Levin's office and Lisa Dagostino.
14      That takes us to the trial
15  package. It's kind of like a tour
16  of the Vioxx litigation, by the
17  way.
18      The trial package, I would
19  make just a few points. The trial
20  package has been described, I've
21  heard it described as probably the
22  best trial package ever put
23  together in mass tort litigation.
24  It was a comprehensive effort of

**Page 25**

1   many people who put in countless
2   hours in the project.
3       I would say a couple of
4   things about our contribution.
5   The documents which are sitting
6   with Lisa to her right, if I can
7   just have them in my hand for a
8   moment, are really three. They
9   became really the guide, if you
10  will, the way that someone would,
11  along with the updated --
12      MR. SEEGER: Your time --
13      MR. KLINE: I am going to
14  make it, and I appreciate the
15  indulgence.
16      -- along with the road map,
17  and what do you call the initial
18  --
19      MS. DAGOSTINO: The theme
20  grid.
21      MR. KLINE: The theme grid.
22  Along with the theme grid, which
23  the trial committee updated, which
24  was the original work of Buchanan,

KS-000009

GOLKOW TECHNOLOGIES, INC. - 877.370.3377

HIGHLY CONFIDENTIAL - FEE COMMITTEE ATTORNEYS' EYES ONLY

Page 26

1  et al., Seeger, et al. She
2  compiled the dictionary of terms,
3  the list of 3,200 articles in
4  Vioxx, which Lisa Dagostino
5  labored through and actually knows
6  and actually read.
7      This is essentially our data
8  bank, as is the cast of
9  characters, which essentially is a
10  road map of the who's who. I know
11  this committee is familiar with
12  all of them.
13      In addition, we were
14  involved in doing all the things
15  that went into the package, which
16  is the deposition cuts, the
17  modules, et cetera.
18  I want to lead into my last
19  four minutes with "In the words of
20  our peers," this litigation was a
21  team effort. I just want to show
22  a few things, and I know that
23  those who wrote them will be okay
24  with it, I guess is what I want to

Page 27

1  say.
2      First of all, Lanier. This
3  is on the Topol deposition, and I
4  like it and I saved it.
5      "Put down your
6  computer/Blackberry." He was in
7  England. "Go Outside...Listen.
8  ..can you hear that??? Can you
9  hear the applause?" This is
10  classic Lanier, I might add. "It
11  is coming from England...The
12  applause is so loud, it is
13  traveling the Atlantic. I just
14  read the Topol depo. If that is
15  not your best work, I would love
16  to see what is! Fantastic!!!
17  Absolutely fantastic!!! My
18  compliments and praise...Happy
19  Thanksgiving."
20      That was followed by a whole
21  bunch of e-mails about Bob Dylan,
22  which are not part of this
23  presentation.
24      From Mark, again, a very

Page 28

1  nice note saying, "Lisa/Shanin/
2  Tom's incredible depositions of
3  Shapiro/Topol."
4      I would like to share with
5  this group a really nice e-mail
6  between Shanin and Mark.
7      If we can skip this one and
8  go to the next one, which is, "We
9  got to punies because of you,"
10  said Lanier. "Judge denied motion
11  to dismiss!!!
12      Specter quoting Churchill.
13  "I 'had the luck to give the
14  roar.' Lisa Dagostino deserves
15  the credit."
16      And Lanier. "You were
17  played in closing puni argument...
18  Great find and delivery from you
19  and Lisa both!!!".
20      Next, speaking to the
21  trials, our involvement in the
22  various trials, Steve Knowlton of
23  the Locks firm saying, "Please
24  tell Tom thanks for me. Your

Page 29

1  work, as a firm, has been an
2  essential part of the case."
3      Pete Kaufman writing from
4  the Levin Papantonio firm. "Lisa,
5  your contributions to the trial
6  package have been astonishing. If
7  I knew a word better than
8  'astonishing,' I would use it."
9      And Chris Tisi saying, "Wow!
10  Lisa and Kathy...this is great to
11  have. You are fantastic." This
12  is a kudos to the many hours of
13  work that was done by Kathy
14  Spurka. No Arnie, you cannot have
15  her back. "You guys are the best.
16  I particularly want to thank
17  Kathy."
18      And finally from Russ, very
19  kindly sending to Lisa and telling
20  here, "Excellent work as usual."
21      And finally another e-mail
22  again from Russ in his true
23  gentlemanly style. We in the
24  north still have much to learn

**KS-000010**

8 (Pages 26 to 29)

HIGHLY CONFIDENTIAL - FEE COMMITTEE ATTORNEYS' EYES ONLY

Page 30

1    from you, Russ. It says here, "I
2    personally appreciate your
3    continuous work at a level of
4    excellence. Trial package and
5    everything you have touched has
6    been top notch. Take care and
7    thanks."
8        My very few concluding
9    thoughts.
10       MR. SEEGER: Wait a second.
11   You don't have one nice e-mail
12   from me?
13       MR. KLINE: You didn't send
14   me an e-mail or I would.
15       MS. DAGOSTINO: We had to
16   redact certain words.
17       MR. HERMAN: Mark recants,
18   but I don't.
19       MR. SEEGER: I should have
20   written at least one nice e-mail.
21       MR. KLINE: You didn't write
22   one to me, but you told me so.
23       MR. SEEGER: Yes, I did.
24       MR. KLINE: Here's the laugh

Page 31

1    line. Here is my laugh line.
2        "I can live on a great
3    compliment for two months." Mark
4    Twain.
5        Here's my last point. This
6    was my official presentation, and
7    thank you for indulging me. Thank
8    you again. This was a successful
9    group effort. Different people in
10   different firms did different
11   valuable things. The
12   significantly contributing firms
13   of the PSC, of which ours is
14   clearly one, should be recognized
15   and recognized at the same
16   multiplier without
17   differentiation. That's our view
18   of it. Our work was undoubtedly
19   integral in the establishment of
20   the settlement and the success of
21   the litigation.
22       Thank you.
23       MR. HERMAN: Let me say a
24   couple of things at this juncture.

Page 32

1        First of all, you made a
2    good move by making Lisa a
3    partner, because there are other
4    members of the PSC that if you
5    didn't, we would. She would be
6    welcome at any time in any one of
7    the firms.
8        MR. LEVIN: I have a
9    question, if I may interrupt you.
10       MR. HERMAN: Wait a second,
11   it's my turn.
12       I want to thank Lisa
13   particularly. The trial package
14   to me is one of the most important
15   single things that we can do,
16   because it justifies a common
17   benefit fee. Individual trials,
18   those that won, some that didn't,
19   depositions, document review, we
20   all know what that is as lawyers.
21   But the ability to resolve the
22   case and at the same time produce
23   a trial package that no one can
24   deny cures a lot of issues in any

Page 33

1    view, and it's why I pushed so
2    hard for it. I think we had our
3    best people on that committee in
4    terms of knowing the case. Or I
5    should say representatives of the
6    best firms who know the case on
7    that committee. Others were
8    trying cases at the time.
9        The reason for that is
10   everybody has got the opportunity
11   in this case to opt out. You
12   don't have to opt in. And in
13   order to justify the ethical
14   concerns, you have to have some
15   balance on the other side. You
16   have to be able to say, hey, you
17   don't want in, you don't like the
18   deal, go try your case, here's a
19   package. I think it's a
20   fundamental issue that's been lost
21   in all of this. So, the work to
22   me on the trial package is a
23   fundamental situation absolutely
24   necessary in this case. It is the

KS-000011

9 (Pages 30 to 33)

HIGHLY CONFIDENTIAL - FEE COMMITTEE ATTORNEYS' EYES ONLY

Page 34

1   only trial package I have ever
2   seen come out of an MDL that's
3   worth a damn.  Nobody else had a
4   trial package where you could go
5   try a case.  This one you could.
6         These trials were costing a
7   million-and-a-half, $1 million
8   apiece.  You can try a case maybe
9   for a couple hundred thousand with
10  this trial package.  I want to say
11  that because we're being recorded
12  on a record, and it's got to be
13  said at some point.
14        Secondly, you made the issue
15  about the Abrams trial.  I did not
16  know until y'all called that that
17  case was going to be pulled.  It
18  caused some difficulty.  However,
19  Tom's work on Topol, which was
20  used in numerous trials to a great
21  advantage, was before Judge Fallon
22  on several occasions, and I'm sure
23  demonstrated his extraordinary
24  ability as a trial lawyer.  We all

Page 35

1   get surprised sooner or later in
2   this practice, it just happens, no
3   matter how hard you work.
4         Again, I want to say that
5   when you take 17 key depositions
6   in the case, and they are taken by
7   partners, and you've got two
8   physician lawyers doing the
9   background work, it's significant.
10  That's my view of this.
11        What comes out of this, I
12  don't know, because the best
13  advice, and I'm directed to say
14  this, you've got to read the Fifth
15  Circuit cases, you've got to read
16  Murphy Oil, you've got to read
17  Mobil, and, of course, the
18  original case setting the Johnson
19  factors, because if this matter is
20  not resolved among counsel in
21  terms of fee, then it is all going
22  to the Fifth Circuit sooner or
23  later.  So, whatever happens.
24        In addition to that, Judge

Page 36

1   Fallon has said that if the matter
2   is not resolved, he's got some
3   former assistant U.S. Attorneys on
4   hand, he's got the three judges or
5   special masters on hand, he's
6   going to put all of us under oath,
7   and we're all going to be required
8   to testify about what we did and
9   what we didn't do.
10        I say that to you not
11  because I see any fluff in what
12  you've done in your presentation,
13  but you've got to be aware of
14  that, and if there's some changes
15  you want to make to the affidavit,
16  and I'm not suggesting there are,
17  you really have to look at it
18  closely.
19        So, that's what I've got to
20  say.
21        MR. LEVIN:  Off the record.
22                - - -
23        (Whereupon, an
24  off-the-record discussion was

Page 37

1   held.)
2                - - -
3         MR. KLINE:  Lisa was, in a
4   way I've never seen, driven
5   compulsively to the point that I
6   didn't think it was healthy.  I'll
7   say that on the record.
8         MR. LANIER:  Her picture is
9   in the dictionary next to the word
10  indefatigable.
11        MR. LEVIN:  I went off the
12  record only because of the comment
13  on the hours, but I think
14  everything else is worthy of
15  putting on the record.
16        MR. SEEGER:  From my
17  perspective, your presentation
18  really speaks for itself, and it
19  is a real reminder about how many
20  pieces of the litigation you were
21  involved with.  Clearly, from the
22  day we got involved together in
23  Vioxx, we were in it a little
24  earlier, probably the earliest, **KS-000012**

10 (Pages 34 to 37)

HIGHLY CONFIDENTIAL - FEE COMMITTEE ATTORNEYS' EYES ONLY

Page 38

1  you have been one of the go-to
2  people. I think as Russ said,
3  which is key, it wasn't like you
4  sent -- I mean, you and Shanin
5  were taking the depositions and
6  Lisa, so --
7       MR. KLINE: I appreciate
8  your saying it, and I appreciate
9  what Russ said. We've all been
10 through a lot together, and I know
11 these proceedings are formal, and
12 I knew I had an obligation to the
13 law firm, the partners, to lay it
14 out. It is a walk down memory
15 lane for a lot of us, and it is a
16 good walk. There are a lot of
17 nice pieces to it. It has been
18 very rewarding to work with the
19 folks in this room. You know how
20 I feel personally about it.
21      I understand that there are
22 economic issues, and that's why
23 we're all going through the
24 process. And to answer Russ'

Page 39

1  question, we're well familiar,
2  very familiar with the cases in
3  the Fifth Circuit.
4       MR. LANIER: Off the record
5  for a second.
6          - - -
7       (Whereupon, an
8  off-the-record discussion was
9  held.)
10         - - -
11      MR. BIRCHFIELD: I got the
12 benefit of using the Topol
13 deposition first, and it was
14 remarkable work. And you are
15 right, we were concerned about
16 Lisa's health, too, the hours that
17 she was putting in both on the
18 trial package, on the stroke
19 committee and helping us at
20 trials. So, your work is really
21 phenomenal, and I appreciate that.
22 I told you before, but I want to
23 say it again.
24      But one thing, and maybe it

Page 40

1  is not something that you can
2  address --
3       MR. HERMAN: Andy, would you
4  raise your voice.
5       MR. BIRCHFIELD: One of the
6  things I wanted to help me a
7  little bit on, the Abrams case, I
8  was in trial when that decision
9  was made. Can you share with us
10 what happened there?
11      MR. KLINE: I sure can.
12 Lisa, do you have the slide?
13      MS. DAGOSTINO: Yes.
14      MR. KLINE: I'll show you
15 exactly what happened, and
16 everyone here will understand.
17      We were putting these cases
18 up, as everyone in this room
19 knows. We were just trying to
20 find cases, our best cases. We
21 didn't have all of the records.
22 None of us had all of the records.
23 What happened here was you had a
24 self-prescribing doctor, a

Page 41

1  dentist, he was a dentist, whose
2  blood pressure was increasing on
3  Vioxx. His doctor told him to get
4  off the drug, he didn't, he died.
5       When we saw this document
6  that I brought with me, Andy,
7  which I reported, and I distinctly
8  remember it, and I know the others
9  here do, I reported it to Chris, I
10 talked to Arnie about it, I talked
11 to Russ about it, I talked to you
12 about it, I believe at the time,
13 but in any event, here were the
14 facts, and here was the reasoning.
15      We had a document here that
16 said "Vioxx increasing blood
17 pressure, edema." The doctor knew
18 that he had the symptoms that, by
19 the way, while we criticized the
20 warning, the label does say
21 certain things about risks, and he
22 told Mr. Abrams or Dr. Abrams, the
23 dentist, who was self-prescribing,
24 in number 4, discontinue Vioxx."

**KS-000013**

GOLKOW TECHNOLOGIES, INC. - 877.370.3377

HIGHLY CONFIDENTIAL - FEE COMMITTEE ATTORNEYS' EYES ONLY

Page 42

1   I mean, it's in the "come on"
2   category.  He was told to get off
3   the Vioxx.  He wasn't prescribed
4   Vioxx by a doctor.  He was told by
5   a doctor get off of it.
6       I think that I can work with
7   some pretty bad facts, and I know,
8   Andy, you worked with some pretty
9   bad facts, I know that, but we
10  couldn't win this case.  And at
11  the time, we were all struggling,
12  all of us, with not losing cases,
13  with getting cases that we could
14  win.  We were jockeying with
15  Merck.  We all were involved in
16  this, the folks in the MDL, with
17  what cases to try, what cases not
18  to try.
19      Believe me, I know and I
20  regret that we pulled that case,
21  and I know through Russ and others
22  how Judge Fallon felt about it.
23  But if I can use a word, but damn
24  it, come on.

Page 43

1       MR. HERMAN:  Well, let me
2   just cut this short, because I
3   don't think you really have to
4   apologize.  I think we were all
5   rubbed raw at the time.
6       But my view has always been,
7   and if you look at the table and
8   I'll look at you guys, the one
9   thing about this litigation is we
10  had real lawyers involved that
11  tried real cases.  I've never been
12  in a position ever of
13  second-guessing a real trial
14  lawyer when he says, hey, I've got
15  to pull the case, I have to do
16  that.  I just think that when you
17  let your arrogance get involved in
18  your best judgment, you are headed
19  for trouble.  I think with really
20  fine trial lawyers, we all
21  sometimes go off base.  I don't
22  think you were off base.  I think
23  that your work was excellent in
24  the case.  It wasn't easy, I'll

Page 44

1   tell you -- well, it's not
2   important.  But at any rate, I
3   think we need to get past that.  I
4   don't think that ought to be a key
5   factor or a sine qua non in the
6   judgment of your work.  We all
7   have difficulties during trials,
8   we have difficulties, et cetera,
9   but the fact is, your firm made a
10  significant contribution and that
11  you are real lawyers.
12      MR. SEEGER:  From day one.
13      MR. HERMAN:  I want to get
14  past this.  The reason I do is I
15  got over it, and I think we all
16  ought to get over it.
17      MR. KLINE:  I appreciate
18  that, Russ.  We got over it, and
19  Lisa reminded me, what did we go
20  do the next week?  We took the
21  Topol deposition, I believe.
22      MS. DAGOSTINO:  It was the
23  day after.
24      MR. KLINE:  I think it was

Page 45

1   the day after.  So, we were on to
2   doing the next thing.
3       Russ, I appreciate it.  I
4   felt obliged -- if I might have
5   just literally two seconds more.
6   I felt obliged to address it
7   because of Andy's question.
8       MR. HERMAN:  No, I'm glad
9   you did, and I think it needs to
10  be addressed, because in my own
11  mind --
12      MR. SEEGER:  It was good
13  that Andy asked the question.  It
14  needed to be addressed.
15      MR. KLINE:  It needed to be
16  addressed.  That's how I felt
17  about it.
18      MR. HERMAN:  I guess what I
19  want to say on the record is, in
20  our consideration, we really have
21  to get past it.  It provided a
22  very difficult time in the MDL.  I
23  think what really helps is the
24  fact that your performance and

12 (Pages 42 to 45)

KS-000014

HIGHLY CONFIDENTIAL - FEE COMMITTEE ATTORNEYS' EYES ONLY

Page 46

1  your partners' performance in all
2  the depositions, but particularly
3  in Topol, were very dramatic, and
4  they were going to have to eat
5  Topol in every single trial.  Very
6  important to this litigation.
7      MR. BIRCHFIELD:  In raising
8  that issue, I was not diminishing
9  your work in any way.
10     MR. KLINE:  No, I understand
11 that.  But you couldn't, sitting
12 in our shoes or in my shoes, not
13 go back and look at it
14 reflectively, and this is an
15 opportunity to do that in a
16 self-critical analysis and say
17 what happened, and I know what
18 happened.  I was prepared to say
19 so.
20     MR. SEEGER:  You did.
21     MR. HERMAN:  How many cases
22 have you submitted in the
23 settlement total, do you know?
24 What's the range?

Page 47

1      MR. BALEFSKY:  600, a little
2  over 600.
3      MR. KLINE:  A little over
4  600 cases, Russ.
5      MR. SEEGER:  All right.
6  Thank you.
7      MR. HERMAN: Thank you.
8      MR. KLINE:  Thank you.
9      MR. BIRCHFIELD: Thank you.
10         - - -
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 48

1          C E R T I F I C A T E
2
3      I, LINDA L. GOLKOW, a Notary
4  Public and Certified Court Reporter of
5  the State of New Jersey, Registered
6  Diplomate Reporter, Federally-Approved by
7  the United States District Court of
8  Pennsylvania, do hereby certify that the
9  foregoing is a correct transcript of the
10 testimony as taken stenographically by
11 and before me at the time, place and on
12 the date hereinbefore set forth.
13     I DO FURTHER CERTIFY that I
14 am neither a relative nor employee nor
15 attorney nor counsel of any of the
16 parties to this action, and that I am
17 neither a relative nor employee of such
18 attorney or counsel, and that I am not
19 financially interested in the action.
20
21
22     Linda L. Golkow, RDR, CRR, CCR
       Notary Number: 1060147
23     Notary Expiration: 1.2.10
       CCR Number: 30X100176200
24

**KS-000015**

13 (Pages 46 to 48)

**KS-000016**

HIGHLY CONFIDENTIAL - FEE COMMITTEE ATTORNEYS' EYES ONLY

**A**

ability 32:21 34:24
able 33:16
ably 16:12 22:7
Abrams 18:24
   34:15 40:7 41:22
   41:22
absolutely 27:17
   33:23
account 11:19
acknowledge 5:16
action 9:4 48:16,19
add 16:14 19:6
   27:10
addition 26:13
   35:24
address 40:2 45:6
addressed 45:10,14
   45:16
adjudication 12:9
admittedly 3:20
advantage 34:21
adverse 12:5
advice 35:13
Advisory 21:8
affidavit 36:15
agree 23:20
agreed 19:7
al 26:1,1
Alan 16:7
Alise 11:24 13:20
   14:11
Allen 1:10
amount 11:14
analysis 3:18 46:16
Andy 1:10 18:16
   19:5 40:3 41:6
   42:8 45:13
Andy's 45:7
Anstice 16:15
answer 38:24
anyone's 11:19
apiece 34:8
apologize 43:4
applause 27:9,12
appreciate 2:12

5:23 7:17 13:13
   25:14 30:2 38:7,8
   39:21 44:17 45:3
appreciated 7:14
   7:15
APPROVe 20:12
apropos 5:10
argued 9:24 10:1
argument 28:17
Arnie 9:21 19:6
   29:14 41:10
Arnold 1:16 24:12
arrogance 43:17
articles 26:3
asked 10:19 45:13
aspects 10:5
assistance 18:14,15
assistant 2:8 36:3
astonishing 29:6,8
Atlantic 1:5 27:13
attorney 11:17
   48:15,18
Attorneys 1:4 36:3
Avorn 22:7,17 23:9
   23:13
Avorn's 2:16
aware 36:13

**B**

back 2:17 7:3,7
   8:10 17:12 29:15
   46:13
backed 16:9
background 22:10
   22:17 35:9
backstory 20:18
bad 42:7,9
balance 33:15
Balefsky 2:6 10:17
   11:2 16:16 47:1
banded 15:4
bank 26:8
Barry 16:18
base 43:21,22
based 3:17
basic 17:10

Beasley 1:10
Beck 22:14
beginning 6:13 9:7
believe 6:15 7:24
   10:14 20:5,8
   23:19 41:12 42:19
   44:21
bellwether 19:9
bene 23:24
benefit 32:17 39:12
Berman 1:16
best 13:17,23 24:22
   27:15 29:15 33:3
   33:6 35:12 40:20
   43:18
better 8:12 29:7
**BIRCHFIELD**
   1:10 39:11 40:5
   46:7 47:9
bit 40:7
blame 5:17
blood 41:2,16
board 13:9 22:22
Bob 27:21
Boston 2:22
briefing 9:21
brought 6:7 41:6
Buchanan 2:18,19
   9:12 23:16,23
   25:24
bunch 27:21

**C**

C 48:1,1
calculated 6:8
California 15:3
call 11:1 25:17
called 13:4 19:23
   34:16
camaraderie 4:12
care 30:6
case 7:5,6 8:17 9:1
   16:12 18:22,24
   19:3,9,10 29:2
   32:22 33:4,6,11
   33:18,24 34:5,8

34:17 35:6,18
   40:7 42:10,20
   43:15,24
cases 5:5 7:3 14:22
   14:22 33:8 35:15
   39:2 40:17,20,20
   42:12,13,17,17
   43:11 46:21 47:4
cast 26:8
catastrophic 6:7
category 42:2
causation 5:2 9:1
caused 34:18
CCR 48:22,23
certain 30:16 41:21
certainly 20:6
certified 13:9 48:4
certify 48:8,13
cetera 26:17 44:8
chairman 22:21
changes 36:14
characters 26:9
chief 21:5
chop 3:7
Chris 8:12 13:1
   14:4 18:18 19:5
   21:10,13,16 22:7
   29:9 41:9
**CHRISTOPHER**
   1:19
Churchill 15:13
   28:12
Circuit 35:15,22
   39:3
CITY 1:5
classic 27:10
claw 17:12
clearly 23:14 31:14
   37:21
Cleveland 22:23
clients 3:10
Clinic 22:23
closely 9:23 36:18
closing 28:17
coast 15:3,4
collaborators

20:18
colleagues 5:23
collective 6:20 8:1
   15:2
collectively 13:5
come 34:2 42:1,24
comes 35:11
coming 2:17 27:11
comment 37:12
committee 1:1,4,9
   10:10,12 11:3,9
   12:3 21:8 25:23
   26:11 33:3,7
   39:19
common 32:16
comorbidities 3:9
compiled 26:2
complement 9:8
complex 7:1,2
compliment 31:3
compliments 27:18
comprehensive
   24:24
compulsively 37:5
computer/Black...
   27:6
Cona/McDarby
   15:19,19
Concern 22:3
concerned 39:15
concerns 33:14
concluding 30:8
conduct 20:5
conferences 10:18
**CONFIDENTIAL**
   1:3
congratulations
   21:21
consideration
   45:20
consulting 19:4
Continuing 16:4,18
   17:9
continuous 30:3
contributed 18:9
contributing 31:12
**KS-000017**

HIGHLY CONFIDENTIAL - FEE COMMITTEE ATTORNEYS' EYES ONLY

Page 50

contribution 6:2,15 6:16 14:2 25:4 44:10
contributions 12:20 29:5
Convention 3:1
convince 5:22
convincing 5:3
corollary 22:5
correct 48:9
costing 34:6
Cotlar 1:13
counsel 11:4 35:20 48:15,18
counted 11:13
countless 11:11,12 25:1
couple 2:20 3:21 25:3 31:24 34:9
course 3:5 8:13 20:3 23:3 35:17
Court 1:22 14:10 48:4,7
covet 5:17
co-author 21:7
crack 16:16
cracks 13:22
creating 5:21
credentialed 23:22
credit 15:8 16:10 22:16 28:15
critic 21:6
critical 20:4
criticized 41:19
cross-examination 23:1
Crow 1:10
CRR 48:22
cures 32:24
Curfman 21:23
Curfman's 22:2
cut 43:2
cuts 18:14 26:16
C.S 5:9 7:8

**D**

D 1:10
Dagostino 1:7 2:7 9:9 11:7,23 23:23 24:13 25:19 26:4 28:14 30:15 40:13 44:22
Dalkon 7:5
damages 15:18
damn 34:3 42:23
darn 20:22
data 20:12 26:7
date 48:12
Dave 9:11
David 21:3
day 7:6 13:16,16,19 13:23 16:17 37:22 44:12,23 45:1
days 12:24 13:15 16:6 17:7
de 23:24
deal 33:18
deals 10:9
Deborah 15:14
debunked 20:9
debunking 20:11
DECEMBER 1:2
decided 22:20
decision 19:14,16 40:8
defender 15:9
defense 18:1
defenses 18:1,3,6
delivery 28:18
demonstrated 34:23
denied 28:10
dentist 41:1,1,23
deny 32:24
depo 27:14
deposed 12:23
deposition 2:16,23 15:1 16:22 17:14 18:14 20:2,16 21:3 22:2,12 23:2 23:19 24:1 26:16 27:3 39:13 44:21

depositions 8:18 9:2 12:16,17 19:17 28:2 32:19 35:5 38:5 46:2
deps 21:19,19
DEPS@GOLKO... 1:24
describe 7:22
described 24:20,21
description 3:4
deserves 28:14
designed 17:6
developed 8:15,20 8:23 16:13 18:5
developers 17:2
developing 11:5 16:11
development 9:2 9:14,17 16:8 23:5 23:8 24:4
diabetes 3:17
diagnosis 3:13
dictionary 26:2 37:9
died 41:4
different 13:14,22 31:9,10,10
differentiation 31:17
difficult 4:24 45:22
difficulties 44:7,8
difficulty 34:18
diminishing 46:8
dinner 7:12
Diplomate 48:6
direct 18:13
directed 35:13
disappointment 19:3,11,12
discontinue 41:24
discovered 19:8
discovery 11:3
discuss 9:15,20
discussion 36:24 39:8
dismiss 28:11

distinctly 41:7
distinguished 23:15
District 48:7
doc 17:5
doctor 40:24 41:3 41:17 42:4,5
document 8:22 9:16 17:13,13 19:8 32:19 41:5 41:15
documents 25:5
dogged 21:16
doggedly 13:15
dogs 22:19
doing 26:14 35:8 45:2
Dr 14:13 41:22
dragging 12:11
dramatic 46:3
dread 5:18
drinks 2:20 3:21
driven 37:4
drug 4:1,6 7:3 16:8 41:4
Dylan 27:21

**E**

E 48:1,1
earlier 37:24
earliest 37:24
early 16:7 17:1 19:2
easy 43:24
eat 46:4
Echsner 1:18
economic 38:22
Ed 13:2,7
edema 41:17
effort 4:20 8:1 14:23 24:24 26:21 31:9
efforts 7:21,23
elevator 3:2,19
employee 48:14,17
endeavors 5:10

ended 20:7
England 21:24 27:7,11
Eric 20:2 22:20
especially 12:14
Esquire 1:6,7,10,11 1:13,14,16,17,19 1:21
esse 23:24
essential 29:2
essentially 6:21 26:7,9
establishment 31:19
et 26:1,1,17 44:8
ethical 33:13
event 41:13
events 12:5
everybody 15:2 33:10
evidence 15:16 18:4 20:11
exactly 40:15
excellence 30:4
excellent 29:20 43:23
executives 8:18 12:18 16:6
experience 6:11,12 16:24
experienced 6:5,6
expert 9:2,14 23:5 23:8,15,22 24:4,7
experts 8:20 24:2
Expiration 48:23
Expression 22:3
extensive 8:21,21 9:16 12:4
extensively 21:9
extraordinary 34:23
extremely 20:4
EYES 1:4
e-mail 7:19 15:21 15:23 28:5 29:21 30:1,14,20

KS-000018

GOLKOW TECHNOLOGIES, INC. - 877.370.3377

HIGHLY CONFIDENTIAL - FEE COMMITTEE ATTORNEYS' EYES ONLY

:-mails 27:21

**F**

F 48:1
fact 13:11 44:9
 45:24
factor 44:5
factors 35:19
facts 41:14 42:7,9
factual 9:24
Fallon 10:20 19:13
 34:21 36:1 42:22
familiar 9:11 23:13
 26:11 39:1,2
fantastic 27:16,17
 29:11
FDA 21:8
Federal 14:22
Federally-Appro...
 48:6
fee 1:1,4 32:17
 35:21
feel 38:20
feels 4:18
Feldman 24:9
fellow 3:3
felt 42:22 45:4,6,16
Fifth 35:14,22 39:3
figure 13:6
figured 17:2
files 12:5
finally 22:18 29:18
 29:21
financially 48:19
find 28:18 40:20
fine 43:20
finished 13:8
firm 1:6,15 2:3 6:4
 6:17 7:12 12:19
 28:23 29:1,4
 38:13 44:9
firms 6:18 31:10,12
 32:7 33:6
firm's 5:24,24 7:20
first 4:10 5:7 7:4
 27:2 32:1 39:13

Fishbein 1:16
floor 3:20
fluff 36:11
folks 38:19 42:16
followed 27:20
foregoing 48:9
formal 38:11
formally 10:5
former 16:24 36:3
forth 48:12
found 15:11,17
four 2:21 13:14
 26:19
franchise 15:10
fray 22:1
friends 8:6
fully 5:15
full-time 11:15
fun 21:1
fundamental 33:20
 33:23
funding 8:14
FURTHER 48:13

**G**

gem 15:8
gentlemanly 29:23
Gertz 16:19
getting 42:13
GI 17:5
Gilmartin 12:23
Girardi 1:11,12
give 28:13
given 19:20
glad 45:8
go 21:22 27:7 28:8
 33:18 34:4 43:21
 44:19 46:13
going 2:23 3:19 5:4
 5:20 9:15 14:23
 22:6,23 23:10
 25:13 34:17 35:21
 36:6,7 38:23 46:4
Golkow 1:22,23
 14:6 48:3,22
good 2:17 20:22

32:2 38:16 45:12
go-to 38:1
Graham 19:24 21:3
Grand 23:16
great 28:18 29:10
 31:2 34:20
green 17:20,24
grid 25:20,21,22
group 16:1 18:16
 28:5 31:9
guess 11:11 14:20
 26:24 45:18
guide 25:9
guy 16:20 22:24
guys 8:4 29:15 43:8

**H**

hall 14:19
hand 25:7 36:4,5
happened 20:14
 40:10,15,23 46:17
 46:18
happens 35:2,23
Happy 27:18
hard 33:2 35:3
head 17:10
headed 7:9 43:18
health 39:16
healthy 37:6
hear 27:8,9
heard 2:14 3:4 4:2
 24:21
heart 5:13
heavy 6:23
held 37:1 39:9
hell 20:23
help 40:6
helping 39:19
helps 45:23
hereinbefore 48:12
Herman 1:13,13,15
 7:11 30:17 31:23
 32:10 40:3 43:1
 44:13 45:8,18
 46:21 47:7
hey 33:16 43:14

Higbee 15:17
highest 7:13
highly 1:3 23:21
historical 13:11
Hoffman 16:22
 17:8
hours 4:14 11:11
 11:13 21:12 25:2
 29:12 37:13 39:16
hundred 34:9
hypertension 3:14

**I**

important 10:8,23
 19:20 22:5 32:14
 44:2 46:6
included 9:18
includes 24:5
including 6:1 9:1
 19:5 24:12
increased 20:13
increasing 41:2,16
incredible 28:2
indefatigable 37:10
Individual 32:17
indulge 2:13 15:21
indulgence 25:15
indulging 31:7
infamous 17:19
informally 10:6
initial 25:17
injury 6:7
integral 7:21,24 8:9
 10:24 16:3 31:19
interested 48:19
interpretation
 20:12
interrupt 32:9
intimately 10:2
invitation 7:19
inviting 7:11
involved 8:10 9:20
 10:2 12:15 19:14
 19:21 23:7 26:14
 37:21,22 42:15
 43:10,17

involvement 28:21
issue 33:20 34:14
 46:8
issues 32:24 38:22

**J**

Jerry 2:16 22:7
 23:9
Jersey 1:5 15:3
 48:5
jockeying 42:14
Joe 17:17
Johnson 35:18
Journal 21:24
judge 5:14 10:20
 15:16 19:13 28:10
 34:21 35:24 42:22
judged 5:11
judges 36:4
judgment 43:18
 44:6
juncture 31:24
jury 15:18
justifies 32:16
justify 33:13
J.D 1:7

**K**

Kathy 1:8 2:8 17:9
 29:10,13,17
Katz 1:13
Kaufman 29:3
Keese 1:12
kept 21:18
key 8:19 12:17 16:5
 16:20 23:18 35:5
 38:3 44:4
Kim 13:17
Kims 18:7
kind 24:15
kindest 7:10,10
kindly 29:19
kinds 18:15
Kline 1:6,6 2:2,3,4
 3:16 14:11 20:23
 25:13,21 30:13,21

**KS-000019**

GOLKOW TECHNOLOGIES, INC. - 877.370.3377

HIGHLY CONFIDENTIAL - FEE COMMITTEE ATTORNEYS' EYES ONLY

30:24 37:3 38:7
40:11,14 44:17,24
45:15 46:10 47:3
47:8
**knew** 4:24 29:7
38:12 41:17
**know** 5:14 6:14
10:8,21 11:6 12:8
14:1 15:15,20
16:19 18:12,15
19:10,12 20:17
21:4,14,23 26:10
26:22 32:20 33:6
34:16 35:12 38:10
38:19 41:8 42:7,9
42:19,21 46:17,23
**knowing** 33:4
**knowledgeable**
11:18
**Knowlton** 28:22
**known** 6:22 11:9
9:23 10:16 11:16
18:17 19:19 26:5
40:19
**kudos** 29:12

**L**

**L** 1:22 48:3,22
**label** 13:4 41:20
**labored** 2:11 4:16
21:11 26:5
**lane** 38:15
**Lanier** 1:14,15 3:5
13:1,21 14:15
20:16,21 22:8
27:2,10 28:10,16
37:8 39:4
**Lanier's** 14:1
**late** 19:8
**laugh** 30:24 31:1
**law** 1:15 2:3 38:13
**lawyer** 21:2 34:24
43:14
**lawyering** 6:10
**lawyers** 6:5,5 16:13

17:23 32:20 35:8
43:10,20 44:11
**lay** 38:13
**lead** 9:22 26:18
**leadership** 7:18
10:9,13,22
**learn** 29:24
**Lee** 2:5 10:17 11:2
16:15
**legal** 2:7
**letter** 4:6
**let's** 21:18,19
**level** 30:3
**Levin** 1:16,16,18
3:15 29:4 32:8
36:21 37:11
**Levine** 24:6
**Levin's** 24:13
**Lewis** 5:9 7:8
**liability** 8:17
**liaison** 11:3
**Linda** 1:22 14:9
48:3,22
**line** 31:1,1
**Lions** 2:24
**Lisa** 1:7 2:7 9:9,23
11:7,16,23 12:3
12:15 15:10 16:9
17:18 21:9,12
22:9,16 23:18,22
24:13 25:6 26:4
28:14,19 29:4,10
29:19 32:2,12
37:3 38:6 40:12
44:19
**Lisa's** 39:16
**Lisa/Shanin** 28:1
**list** 26:3
**listed** 18:24 19:1
**Listen** 27:7
**literally** 11:14 45:5
**literature** 9:3
**litigating** 7:2
**litigation** 3:6 4:13
4:17 6:3,9,19 8:13
10:6,23 11:20

12:8 13:24 14:2
15:5 17:4 18:12
19:18 21:10 23:4
23:9 24:16,23
26:20 31:21 37:20
43:9 46:6
**little** 13:11 15:8,9
37:23 40:7 47:1,3
**live** 22:9 31:2
**LLP** 1:13,20
**loathed** 13:20
**Locks** 28:23
**look** 36:17 43:7,8
46:13
**looked** 3:6,8,11,16
4:1,3
**losing** 42:12
**lost** 17:21 33:20
**lot** 23:10 32:24
38:10,15,16
**loud** 27:12
**love** 27:15
**luck** 28:13
**lucky** 14:3
**lumped** 17:16
**Luxenberg** 1:21
**Lynch** 17:17
**Lynches** 18:8

**M**

**M** 1:13
**major** 6:14 18:1
23:7
**making** 32:2
**Mal** 22:21
**man** 3:8,18
**map** 25:16 26:10
**Mark** 1:14 3:4 13:1
14:1 15:20,24
16:22 17:7 20:16
22:8 27:24 28:6
30:17 31:3
**marketing** 16:11
**mass** 6:6 24:23
**masters** 36:5
**matter** 35:3,19 36:1

**MDL** 19:1 21:17
34:2 42:16 45:22
**Meadow** 14:18
**mean** 8:21 13:24
38:4 42:1
**mechanism** 9:4
**medical** 6:11 9:3
12:5
**medicine** 6:24
11:21 13:10
**member** 11:2 21:8
**members** 1:9 32:4
**membership** 11:8
**memberships**
10:11,13
**memorialized** 6:22
**memory** 38:14
**men** 5:12
**mention** 18:22
**Merck** 8:18 12:6,13
12:17 13:18 16:5
17:11 18:9 42:15
**Merck's** 20:4,11
**Methvin** 1:10
**Metters** 17:10 18:2
18:7
**middle** 22:1
**Mike** 24:12
**Miles** 1:10
**million** 14:8 34:7
**million-and-a-half**
34:7
**mind** 5:14 45:11
**minutes** 26:19
**mistaking** 4:5
**Mitchell** 1:18
**Mixon** 22:21
**Mobil** 35:17
**module** 13:4
**modules** 26:17
**moment** 14:24 24:8
24:9 25:8
**monkey** 17:20,24
**months** 20:14 31:3
**morning** 4:15
**motion** 28:10

**move** 32:2
**Moving** 12:16
**multiplier** 31:16
**Murphy** 35:16
**M.D** 1:7

**N**

**names** 9:11 23:12
**near** 16:23
**necessary** 5:21
33:24
**need** 44:3
**needed** 45:14,15
**needs** 45:9
**neither** 48:14,17
**neutralize** 22:14
**neutralizing** 18:3,5
18:6,7,8
**never** 4:2 13:7,9
18:23 20:19 37:4
43:11
**New** 1:5 7:9,12
15:3 21:24 48:5
**nice** 28:1,5 30:11
30:20 38:17
**nicest** 15:23
**Nies** 16:7
**night** 2:15
**Nissen** 20:1 21:7
**non** 44:5
**nonplussed** 4:2
**north** 29:24
**notably** 9:12
**Notary** 48:3,22,23
**notch** 30:6
**note** 7:10,11 28:1
**number** 41:24
48:22,23
**numerous** 34:20

**O**

**oath** 14:7 36:6
**obese** 3:11
**Objection** 3:15
**obligation** 38:12
**obliged** 45:4,6
**KS-000020**

GOLKOW TECHNOLOGIES, INC. - 877.370.3377

HIGHLY CONFIDENTIAL - FEE COMMITTEE ATTORNEYS' EYES ONLY

Page 53

occasions 34:22
offer 21:20
office 24:13
official 31:6
off-the-record 36:24 39:8
Oil 35:16
okay 26:23
opportunity 33:10 46:15
opt 33:11,12
order 33:13
original 25:24 35:18
Orleans 7:9,13
ought 44:4,16
Outside 27:7
overview 8:4,8

**P**

Pace-Asciak 24:5
package 6:23 9:17 9:19 11:6 24:10 24:15,18,20,22 26:15 29:6 30:4 32:13,23 33:19,22 34:1,4,10 39:18
page 17:16
panel 5:22
Papantonio 1:18 29:4
Parisian 24:5
part 10:19,24 12:2 12:8 16:3,12 24:10 27:22 29:2
particular 13:3 21:13
particularly 29:16 32:13 46:2
parties 8:19 19:18 48:16
partner 2:5,6,7 32:3
partners 35:7 38:13 46:1
parts 11:5

pass 23:10
passing 18:22
patent 17:13
patient 5:2
PC 1:10
PEC 19:5
peers 5:12 26:20
Pennsylvania 48:8
people 10:15 24:11 25:1 31:9 33:3 38:2
performance 45:24 46:1
PERRY 1:21
personally 30:2 38:20
persons 17:2
perspective 37:17
Pete 29:3
Peter 13:16 18:6
pharmacologist 16:20
pharmacology 9:5 16:9
phenomenal 23:17 39:21
Phil 22:14
physician 11:17 35:8
picture 37:8
pieces 37:20 38:17
pitch 21:15
place 2:24 48:11
plaintiff's 20:7
played 20:5 23:3 28:17
Please 28:23
point 4:21 14:17 17:21 31:5 34:13 37:5
points 4:9 24:19
pop 3:24
population 5:3
pork 3:7
portion 8:16,24 9:24 10:1

portions 9:18
Portis 1:10
position 43:12
positions 10:10,14
practice 13:10 35:2
praise 5:16 7:8,13 7:16,16 27:18
preemption 9:21
premeets 10:20
prep 22:10
prepared 46:18
prepping 23:24
prescribed 42:3
present 15:17
presentation 1:1 5:8,20 7:22 27:23 31:6 36:12 37:17
presented 18:2
presenting 18:4
pressure 41:2,17
pretty 42:7,8
principally 8:17
probably 11:21 12:19 13:23 20:19 24:21 37:24
problems 5:2
proceedings 38:11
process 38:24
Proctor 1:18
produce 32:22
product 7:3
progressed 10:7
project 12:10 24:11 25:2
proud 15:6
provided 8:13 18:13 45:21
PSC 31:13 32:4
Public 48:4
pull 4:18 19:3 43:15
pulled 34:17 42:20
puni 28:17
punies 28:9
punitive 15:18
pursuer 21:16

pushed 33:1
pushing 3:22
put 24:22 25:1 27:5 36:6
putting 37:15 39:17 40:17
puzzle 9:6
P.A 1:18
P.C 1:6,21

**Q**

qua 44:5
question 3:22 32:9 39:1 45:7,13
questioned 17:18
quickly 23:11
quotation 5:8
quote 12:9
quoting 15:12 28:12

**R**

R 1:6 48:1
RAFFERTY 1:17
raise 40:4
raising 46:7
ran 14:4
range 46:24
rate 44:2
raw 43:5
Ray 12:23 23:21
RDR 1:22 48:22
read 26:6 27:14 35:14,15,16
real 37:19 43:10,11 43:13 44:11
really 5:13,17,18 25:8,9 28:5 36:17 37:18 39:20 43:3 43:19 45:20,23
reason 33:9 44:14
reasoning 41:14
recall 23:4
recants 30:17
received 7:10
recognized 31:14

31:15
record 2:2 5:22 14:5,9 20:20 34:12 36:21 37:7 37:12,15 39:4 45:19
recorded 34:11
records 40:21,22
redact 30:16
redirect-examina... 13:6
reflected 4:23
reflectively 46:14
Registered 48:5
regret 42:20
Reicin 11:24 13:20 14:12,13
relative 48:14,17
relentlessly 13:15
remarkable 4:20 39:14
remember 12:24 17:12 23:2 41:8
reminded 44:19
reminder 37:19
reminisce 14:21
remiss 21:11
reported 41:7,9
Reporter 1:22 14:10 48:4,6
representatives 33:5
required 36:7
research 17:11
residency 13:8
resolve 32:21
resolved 35:20 36:2
responsibility 19:21
responsible 21:22
return 7:15,16
review 8:22 9:3,17 12:4 32:19
rewarding 38:18
Rick 14:18
right 19:16 25:6

**KS-000021**

HIGHLY CONFIDENTIAL - FEE COMMITTEE ATTORNEYS' EYES ONLY

Page 54

39:15 47:5
risk 8:14 20:13
risks 41:21
road 25:16 26:10
roar 15:13 28:14
role 8:9
roles 10:16
room 4:16 8:2
    13:12 14:5 38:19
    40:18
rubbed 43:5
Russ 1:13 7:11,16
    19:6 29:18,22
    30:1 38:2,9,24
    41:11 42:21 44:18
    45:3 47:4

S
sake 23:11
saved 27:4
saw 41:5
saying 9:17 21:18
    28:1,23 29:9 38:8
says 30:1 43:14
science 6:24 11:8
    11:20 12:2 17:3
scientific 9:6
scientists 8:19
    12:18 16:5
Scolnick 13:2,7
sea 17:21
Seasons 2:21
second 4:21 19:1
    30:10 32:10 39:5
Secondly 34:14
seconds 45:5
second-guessing
    43:13
Sedran 1:16
see 5:19,21 8:7
    27:16 36:11
Seeger 1:19,20 8:12
    13:1 14:4 23:16
    25:12 26:1 30:10
    30:19,23 37:16
    44:12 45:12 46:20

47:5
seeing 23:2
seen 7:1 34:2 37:4
selection 10:4
self-critical 46:16
self-prescribing
    40:24 41:23
send 30:13
sending 29:19
sent 22:19,24 38:4
separate 17:7
set 48:12
setting 35:18
settled 6:19 7:7
settlement 31:20
    46:23
shame 11:22
Shanin 1:7 2:5
    12:22 13:14 15:11
    15:15,23 16:6
    17:18 28:6 38:4
Shapiro 15:14
Shapiro/Topol
    28:3
share 16:1 28:4
    40:9
Sheraton 2:22
Shield 7:5
shoes 46:12,12
short 3:11 43:2
show 26:21 40:14
showing 8:9 15:22
shows 16:2
side 33:15
significant 9:18
    11:5 12:20 35:9
    44:10
significantly 18:10
    31:12
Simon 17:5
sine 44:5
single 32:15 46:5
sitting 25:5 46:11
situation 33:23
skip 28:7
slide 5:7 10:9,12

40:12
slides 8:6
small 16:16 18:16
solid 20:10
sooner 35:1,22
so-called 17:12
speak 18:17 24:7,8
speaking 18:21
    28:20
speaks 37:18
special 36:5
Specter 1:6,7 2:4,5
    12:22 15:12,15
    28:12
spent 24:3
spot 3:13
Spurka 1:8 2:8
    29:14
stable 18:9
standard 5:15
start 2:9 5:6,7
State 14:22 48:5
States 8:3 48:7
status 10:18
stayed 4:13
staying 2:21
steak 2:17
steaks 2:19
stenographically
    48:10
Steve 28:22
story 2:10 4:10,22
    20:22,24 21:5
strategy 10:4 21:17
strength 6:20
stroke 11:6 24:6,10
    39:18
struggled 9:7
struggling 42:11
studies 12:13
study 17:20,24
style 29:23
submitted 46:22
substantial 8:16,24
success 31:20
successful 31:8

sufficient 15:17
suggesting 36:16
support 18:13
supposed 22:13
sure 34:22 40:11
surgeon 17:1
surprised 35:1
symptoms 41:18

T
T 48:1,1
table 6:1,13 8:11
    10:16 11:10 12:7
    43:7
take 2:23 4:10 5:4
    7:7 15:8 16:10
    21:18,19,23 22:15
    30:6 35:5
taken 15:14 16:22
    17:7,17 21:4 35:6
    48:10
takes 24:14
talk 14:24
talked 41:10,10,11
talking 14:18
tank 10:24
task 4:24
tasked 11:4
team 6:8 7:20 26:21
teamwork 4:11
technical 7:1 16:21
TECHNOLOGI...
    1:23
tedious 12:11
tell 21:15 28:24
    44:1
telling 29:19
tells 4:22
terms 26:2 33:4
    35:21
testify 14:6 36:8
testimony 48:10
thank 29:16 31:7,7
    31:22 32:12 47:6
    47:7,8,9
thanks 28:24 30:7

Thanksgiving
    27:19
Theirs 5:16
theme 25:19,21,22
theories 20:10
thing 15:9 39:24
    43:9 45:2
things 21:1 25:4
    26:14,22 31:11,24
    32:15 40:6 41:21
think 2:11,19 4:7
    4:15 5:9 10:24
    12:18 14:12 16:2
    19:15 33:2,19
    37:6,13 38:2 42:6
    43:3,4,16,19,22
    43:22 44:3,4,15
    44:24 45:9,23
third 8:19 19:18
third-party 19:24
    21:17
Thomas 1:6,11,18
thought 13:20
    14:15
thoughts 30:9
thousand 34:9
three 12:23 13:22
    25:8 36:4
tick 12:21
time 3:1,23 14:20
    19:22 21:14 22:6
    23:11 24:3 25:12
    32:6,22 33:8
    41:12 42:11 43:5
    45:22 48:11
Tisi 2:18 21:10,13
    21:16 22:7 23:15
    23:23 29:9
today 5:11,20 7:22
    14:19
toes 16:14
told 20:19 30:22
    39:22 41:3,22
    42:2,4
Tom 2:3 17:5 28:24
Tom's 28:2 34:19

KS-000022

GOLKOW TECHNOLOGIES, INC. - 877.370.3377

HIGHLY CONFIDENTIAL - FEE COMMITTEE ATTORNEYS' EYES ONLY

op 30:6
Topol 15:1 19:24
   20:3 21:20 22:20
   27:3,14 34:19
   39:12 44:21 46:3
   46:5
Topol's 21:7
tort 6:6 24:23
total 46:23
touched 30:5
tour 24:15
town 3:1
tragedy 12:1
transcript 48:9
transplant 16:24
trash 22:24
traveling 27:13
trenches 2:11 4:17
   9:10 19:23
trial 6:5,23 9:17,19
   10:3,4 12:14
   15:20 17:6 19:1
   20:6,6,9 22:8
   24:10,14,18,19,22
   25:23 29:5 30:4
   32:13,23 33:22
   34:1,4,10,15,24
   39:18 40:8 43:13
   43:20 46:5
trials 12:6 18:11,19
   18:20,20,21 28:21
   28:22 32:17 34:6
   34:20 39:20 44:7
tried 7:4 43:11
trinity 19:24
trouble 43:19
TROY 1:17
true 14:9 29:22
trustees 22:22
try 18:23 33:18
   34:5,8 42:17,18
trying 33:8 40:19
turn 32:11
turning 14:16
Twain 31:4
two 2:19 4:9 11:14

16:6 17:7 19:22
   23:17 31:3 35:7
   45:5

U
unanimously 19:7
underbelly 12:12
undercutting 12:12
underlying 12:4
understand 38:21
   40:16 46:10
understood 5:1
undertook 12:3
undesirable 19:9
undoubtedly 31:18
United 8:3 48:7
updated 25:11,23
use 3:3,5 29:8
   42:23
usual 29:20
U.S 36:3

V
V 1:11 4:6
valuable 31:11
various 10:16
   12:13 28:22
verdict 14:7,16
   20:8
victims 11:22
view 23:14 31:17
   33:1 35:10 43:6
viewed 10:21
VIGOR 12:14 17:6
Vioxx 1:1 3:10 4:1
   4:12 6:2 11:21,23
   20:13 23:4 24:16
   26:4 37:23 41:3
   41:16,24 42:3,4
voice 40:4

W
W 1:14
wait 8:5 30:10
   32:10
walk 38:14,16
want 2:9 15:9

18:21 26:18,21,24
   29:16 32:12 33:17
   34:10 35:4 36:15
   39:22 44:13 45:19
wanted 16:14 40:6
warning 41:20
wasn't 11:23 38:3
   42:3 43:24
water 16:15
way 24:17 25:10
   37:4 41:19 46:9
wee 4:14
week 44:20
Weiss 1:20 23:16
Weitz 1:21,21
welcome 32:6
Wenkowitz 24:12
went 13:16 16:7
   22:1,11 26:15
   37:11
we're 8:6 34:11
   36:7 38:23 39:1
we've 8:8 38:9
wife 4:3
win 5:4 42:10,14
Winston 15:12
wish 5:11
witnesses 13:17
won 32:18
word 3:3 23:5 29:7
   37:9 42:23
words 7:8 26:19
   30:16
work 6:21 9:3,9
   11:15 12:11 17:22
   22:10,17 23:18
   25:24 27:15 29:1
   29:13,20 30:3
   31:18 33:21 34:19
   35:3,9 38:18
   39:14,20 42:6
   43:23 44:6 46:9
worked 9:22 21:9
   42:8
working 24:3
worth 21:20 34:3

worthy 37:14
Wow 29:9
write 30:21
writing 29:3
written 22:4 30:20
wrote 26:23

Y
years 6:10,11 7:2
   11:14 16:23
yesterday 6:9
y'all 34:16

$
$1 34:7
$250 14:8

1
1 1:2
1.2.10 48:23
100 6:10
1060147 48:22
17 35:5
18 20:14

2
2003 8:11
2006 19:2
2008 1:2

3
3,200 26:3
30 7:2 16:23
30X100176200
   48:23

4
4 41:24
40 6:11

6
60 3:22
600 47:1,2,4

7
7th 3:19

8

877.370.3377 1:24

**KS-000023**

GOLKOW TECHNOLOGIES, INC. - 877.370.3377

Exhibit "3"

**Subject:** Lodestar report in 7-2010
**From:** Philip Garrett <pgarrett@garrettco.com>
**Date:** Mon, 11 Apr 2011 17:04:30 -0700 (PDT)
**To:** Robert Arcenaux <rea7001@cox.net>
**CC:** Russ Herman <RHERMAN@hhkc.com>, "Thomas R. Juneau, Sr." <TRJ@juneaudavid.com>, "Patrick A. Juneau"
<PAJ@juneaudavid.com>

Robert, per our discussion I was sure I would have printed and distributed the lodestar report
with values in 7-2010. I found in my email where Christin McGhee under my direction actually
sent it out. Attached is the email and the spreadsheet that was attached.
As you can see from the email the report went to; Lenny Davis, Arnold Levin, and Sandra Dugan
who is with Mr. Levin's firm. They were the people working with me and fee alloc comm.

If you wish I will look for the 2009 report as well but again I am sure it was sent out to the
parties I was working with at the time.

Thanks


Philip A. Garrett, CPA
117 Fairgrounds Blvd

Bush, La 70431

office - 985-746-9165
Cell - 985-635-1500
pgarrett@garrettco.com

| | |
|---|---|
| **7-30-2010 email from Christin to PG,LD,SD,AL.pdf** | **Content-Type:**      application/pdf<br>**Content-Encoding:** base64 |

VioxxMDLBillingRatesasofJuly302010 sent on 7-31-2010.xlsx

| | |
|---|---|
| **VioxxMDLBillingRatesasofJuly302010 sent on 7-31-2010.xlsx** | **Content-Type:**      application/vnd.openxmlformats-<br>officedocument.spreadsheetml.sheet<br>**Content-Encoding:** base64 |

**KS-000024**

RE: Loadstar report

From:

Christin McGhee <cmcghee@wdco.biz>

To:

Philip Garrett <pgarrett4491@me.com>, Lenny Davis <LDavis@hhkc.com>, Arnold Levin
<alevin@lfsblaw.com>, Sandra Duggan <Sandra.Duggan@Verizon.net>, Sandra Duggan
<SDuggan@lfsblaw.com>

Cc:

Eddie LeBlanc <eleblanc@wdco.biz>

Bcc:

Date:            7/30/2010 14:00

image001.jpg (27.1 KB),

image003.jpg (1.9 KB),

Vioxx MDL Billing Rates as....xlsx (172 KB)

All-

   Per Phil's request, attached is the Vioxx Billing Rate report through July 2010.  Phil is out of
town this week, but wanted me to communicate to you that he would be available next week
to do an affidavit if necessary.

If you have any questions, please feel to respond to this email or call me at the number below.

**Christin McGhee, CPA, CFE, CFF ¦ Manager ¦ Wegmann Dazet & Company ¦ CPAs ¦ Consultants**

109 New Camellia Blvd, Suite 106, Covington, LA 70443
Direct 985-792-4240 Office 504-837-8844 Fax 504-837-0856
cmcghee@wdco.biz  www.wdco.biz

**Wegmann Dazet Disclaimer:**
   **If the above communication includes tax advice, please read the following disclaimer. If it does not include tax
advice, you may disregard the following paragraph.To ensure compliance with Treasury Department regulations, we
wish to inform you that any tax advice that may be contained in this communication (including any attachments) is
not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the
Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to**

**KS-000025**

## Vioxx MDL 1657

## Employee Billing Rates by Firm from January 2000 to July 2010
## (as of 2010-07-30)

| Firm | Employee | Class | Total Hours Accepted | Hourly Rate | Total Cost |
|---|---|---|---|---|---|
| Alex Alvarez | ALVAREZ, ALEX | Attorney | 30 | $ 550.00 | $ 16,500.00 |
| **Alex Alvarez Total** | | | **30.00** | | **$ 16,500.00** |
| Alley Clark | ALLEY, TODD | Attorney | 4.75 | $ 500.00 | $ 2,375.00 |
| Alley Clark | BEAVER, JENNY | Paralegal | 104.75 | $ 75.00 | $ 7,856.25 |
| Alley Clark | BIBICOFF, NICHOLE | Law Clerk | 19.00 | $ 50.00 | $ 950.00 |
| Alley Clark | CASTRO, CLAUDIA | Paralegal | 0.50 | $ 75.00 | $ 37.50 |
| Alley Clark | CLARK, JAMES | Attorney | 570.00 | $ 500.00 | $ 285,000.00 |
| Alley Clark | FULMER, BRENDA | Attorney | 188.75 | $ 500.00 | $ 94,375.00 |
| Alley Clark | GREIWE, DON | Attorney | 441.25 | $ 500.00 | $ 220,625.00 |
| Alley Clark | HAYTREAD, SYDNEY | Paralegal | 157.75 | $ 75.00 | $ 11,831.25 |
| Alley Clark | MILLER, KATHY | Other | 26.00 | $ 75.00 | $ 1,950.00 |
| Alley Clark | PREVATT, AMY | Attorney | 70.00 | $ 200.00 | $ 14,000.00 |
| Alley Clark | SHAW, RUTH | Paralegal | 28.50 | $ 75.00 | $ 2,137.50 |
| **Alley Clark Total** | | | **1,611.25** | | **$ 641,137.50** |
| Anapol Schwartz | ADEBONOJO, LANRE | Paralegal | 78.25 | $ 125.00 | $ 9,781.25 |
| Anapol Schwartz | CAMPELLONE, JANET | Paralegal | 831.00 | $ 125.00 | $ 103,875.00 |
| Anapol Schwartz | COLE, MEREDITH | Paralegal | 256.00 | $ 125.00 | $ 32,000.00 |
| Anapol Schwartz | FINKEN, TRACY | Attorney | 93.50 | $ 250.00 | $ 23,375.00 |
| Anapol Schwartz | JACOBY, DAVID | Attorney | 4,034.25 | $ 500.00 | $ 2,017,125.00 |
| Anapol Schwartz | LOVITZ, DARA | Attorney | 6.50 | $ 225.00 | $ 1,462.50 |
| Anapol Schwartz | MORRISSEY, KIM | Paralegal | 171.50 | $ 125.00 | $ 21,437.50 |
| Anapol Schwartz | MYERS, PAMELA | Paralegal | 631.75 | $ 125.00 | $ 78,968.75 |
| Anapol Schwartz | RACINE, AMBER | Paralegal | 41.00 | $ 125.00 | $ 5,125.00 |
| Anapol Schwartz | SPIZER, GREGORY | Attorney | 509.00 | $ 250.00 | $ 127,250.00 |
| Anapol Schwartz | WEISS, SOL | Attorney | 1,777.25 | $ 500.00 | $ 888,625.00 |
| **Anapol Schwartz Total** | | | **8,430.00** | | **$ 3,309,025.00** |
| Anastopoulo & Clore | ALLEN, SAMUEL | Attorney | 189.25 | $ 419.85 | $ 79,456.61 |
| Anastopoulo & Clore | BARBER, JENNIFER | Attorney | 14.75 | $ 30.00 | $ 442.50 |

KS-000026

| Anastopoulo & Clore | BULLINGER, JOY | Other | 34.75 | $ | 12.00 | $ | 417.00 |
|---|---|---|---|---|---|---|---|
| Anastopoulo & Clore | CLORE, MARK | Attorney | 255.75 | $ | 559.70 | $ | 143,143.28 |
| Anastopoulo & Clore | KORLEKSI, JOANN | Paralegal | 85.75 | $ | 23.00 | $ | 1,972.25 |
| Anastopoulo & Clore | WADE, CRYSTAL | Other | 27.50 | $ | 12.00 | $ | 330.00 |
| **Anastopoulo & Clore  Total** | | | **607.75** | | | **$** | **225,761.64** |
| Andrews & Thornton | ANDREWS, ANNE | Attorney | 400.50 | $ | 550.00 | $ | 220,275.00 |
| Andrews & Thornton | BRUMMEL, MICHAEL | Attorney | 1.00 | $ | 250.00 | $ | 250.00 |
| Andrews & Thornton | FRIAS, RUBEN | Law Clerk | 1.75 | $ | 125.00 | $ | 218.75 |
| Andrews & Thornton | GALINDEZ, MARCO | Law Clerk | 84.00 | $ | 125.00 | $ | 10,500.00 |
| Andrews & Thornton | GROSSMAN, MARC | Law Clerk | 10.00 | $ | 600.00 | $ | 6,000.00 |
| Andrews & Thornton | THORNTON, JOHN | Attorney | 1,507.75 | $ | 550.00 | $ | 829,262.50 |
| **Andrews & Thornton  Total** | | | **2,005.00** | | | **$** | **1,066,506.25** |
| Ashcraft & Gerel | AKUM, THADDEUS | Paralegal | 47.00 | $ | 125.00 | $ | 5,875.00 |
| Ashcraft & Gerel | GREEN, JAMES | Attorney | 148.50 | $ | 595.00 | $ | 88,357.50 |
| Ashcraft & Gerel | HEAVISIDE, MICHAEL W. | Attorney | 16.00 | $ | 332.07 | $ | 5,313.12 |
| Ashcraft & Gerel | ISHIZAWAR, AMY | Attorney | 552.00 | $ | 275.00 | $ | 151,800.00 |
| Ashcraft & Gerel | LAYTON, DAVID | Attorney | 2.00 | $ | 450.00 | $ | 900.00 |
| Ashcraft & Gerel | ORENDI, JENNIFER | Attorney | 684.25 | $ | 395.00 | $ | 270,278.75 |
| Ashcraft & Gerel | OWENS, DAVID | Paralegal | 43.00 | $ | 125.00 | $ | 5,375.00 |
| Ashcraft & Gerel | PARFITT, MICHELLE A. | Attorney | 690.25 | $ | 595.00 | $ | 410,698.75 |
| Ashcraft & Gerel | PARFITT, NAN | Paralegal | 3.50 | $ | 175.00 | $ | 612.50 |
| Ashcraft & Gerel | TISI, CHRISTOPHER | Attorney | 4,605.00 | $ | 595.00 | $ | 2,739,975.00 |
| **Ashcraft & Gerel  Total** | | | **6,791.50** | | | **$** | **3,679,185.62** |
| Audet & Partners | AUDET, WILLIAM | Attorney | 1,736.50 | $ | 550.00 | $ | 955,075.00 |
| Audet & Partners | BARRETT, BYRON | Attorney | 38.00 | $ | 95.00 | $ | 3,610.00 |
| Audet & Partners | EZRIN, JOSH | Attorney | 658.00 | $ | 375.00 | $ | 246,750.00 |
| Audet & Partners | GARRATT, STEVE | Attorney | 265.75 | $ | 110.00 | $ | 29,232.50 |
| Audet & Partners | NADJI, ADEL | Attorney | 537.75 | $ | 290.00 | $ | 155,947.50 |
| Audet & Partners | SCOVERN, SUSANNE | Attorney | 4,354.75 | $ | 450.00 | $ | 1,959,637.50 |
| Audet & Partners | THOMASON, KEVIN | Attorney | 75.25 | $ | 295.00 | $ | 22,198.75 |
| **Audet & Partners  Total** | | | **7,666.00** | | | **$** | **3,372,451.25** |
| Aylstock | ANDERSON, BEN | Attorney | 117.50 | $ | 500.00 | $ | 58,750.00 |
| Aylstock | AYLSTOCK, BRYAN | Attorney | 120.75 | $ | 550.00 | $ | 66,412.50 |
| Aylstock | BAGGETT, RENEE | Paralegal | 49.50 | $ | 275.00 | $ | 13,612.50 |
| Aylstock | BRUNER, PAULA | Attorney | 93.00 | $ | 250.00 | $ | 23,250.00 |

KS-000027

| Firm | Name | Role | Hours | Rate | Total |
|---|---|---|---|---|---|
| Aylstock | LINDSEY, JESSICA | Paralegal | 15.50 | $ 100.00 | $ 1,550.00 |
| Aylstock | OVERHOLTZ, NEIL | Attorney | 93.50 | $ 550.00 | $ 51,425.00 |
| Aylstock | SMITH, KEN | Attorney | 210.75 | $ 450.00 | $ 94,837.50 |
| Aylstock | WITKIN, JUSTIN | Attorney | 141.00 | $ 550.00 | $ 77,550.00 |
| **Aylstock Total** | | | **841.50** | | **$ 387,387.50** |
| Balkin and Eisbrouch | EISBROUCH, DAVID | Attorney | 25.75 | $ 550.00 | $ 14,162.50 |
| **Balkin and Eisbrouch Total** | | | **25.75** | | **$ 14,162.50** |
| Barnow | BARNOW, BEN | Attorney | 22.75 | $ 650.00 | $ 14,787.50 |
| Barnow | HALL, A. | Law Clerk | 5.00 | $ 65.00 | $ 325.00 |
| Barnow | HALL, ALICIA | Paralegal | 15.50 | $ 332.07 | $ 5,147.09 |
| Barnow | HARRIS, SHARON | Attorney | 18.75 | $ 390.00 | $ 7,312.50 |
| Barnow | SCHORK, ERICH | Attorney | 4.25 | $ 285.00 | $ 1,211.25 |
| Barnow | STRAUTINS, BLAKE | Law Clerk | 1.00 | $ 250.00 | $ 250.00 |
| **Barnow Total** | | | **67.25** | | **$ 29,033.34** |
| Barrios Kingsdorf | BARRIOS, DAWN | Attorney | 2,174.50 | $ 500.00 | $ 1,087,250.00 |
| Barrios Kingsdorf | CHERAMIE, JOY | Paralegal | 31.50 | $ 100.00 | $ 3,150.00 |
| Barrios Kingsdorf | COONS, DAVID | Law Clerk | 91.00 | $ 100.00 | $ 9,100.00 |
| Barrios Kingsdorf | FOLTS, DENA | Paralegal | 630.25 | $ 175.00 | $ 110,293.75 |
| Barrios Kingsdorf | KINGSDORF, BRUCE | Attorney | 273.75 | $ 500.00 | $ 136,875.00 |
| Barrios Kingsdorf | LILLIMAN, ANGELA | Paralegal | 15.50 | $ 100.00 | $ 1,550.00 |
| Barrios Kingsdorf | MULLIGAN, NICOLE | Other | 8.25 | $ 75.00 | $ 618.75 |
| Barrios Kingsdorf | ROMANO, MARIA | Paralegal | 31.50 | $ 100.00 | $ 3,150.00 |
| Barrios Kingsdorf | STEELE, DAPHNE | Paralegal | 10.50 | $ 100.00 | $ 1,050.00 |
| Barrios Kingsdorf | VINSON, LISA | Paralegal | 159.25 | $ 175.00 | $ 27,868.75 |
| Barrios Kingsdorf | WOOL, ZACHARY L. | Paralegal | 13.25 | $ 300.00 | $ 3,975.00 |
| **Barrios Kingsdorf Total** | | | **3,439.25** | | **$ 1,384,881.25** |
| Bartimus Frickleton | BARTIMUS, JAMES | Attorney | 30.00 | $ 450.00 | $ 13,500.00 |
| **Bartimus Frickleton Total** | | | **30.00** | | **$ 13,500.00** |
| Beasley Allen | ALLEN, KELLY | Other | 31.50 | $ 150.00 | $ 4,725.00 |
| Beasley Allen | BEASLEY, JERE | Attorney | 39.50 | $ 800.00 | $ 31,600.00 |
| Beasley Allen | BIRCHFIELD, JR. | Attorney | 8,832.00 | $ 700.00 | $ 6,182,400.00 |
| Beasley Allen | BROWN, AMY | Attorney | 11.25 | $ 150.00 | $ 1,687.50 |
| Beasley Allen | BRUNER, MELISA | Paralegal | 3,394.75 | $ 150.00 | $ 509,212.50 |
| Beasley Allen | COOK, W. CHAD | Attorney | 130.25 | $ 500.00 | $ 65,125.00 |
| Beasley Allen | DAVIES, NIALL | Paralegal | 466.50 | $ 332.07 | $ 154,910.66 |

KS-000028

| Beasley Allen | DAVIES, PENNY | Paralegal | 35.50 | $ | 332.07 | $ | 11,788.49 |
|---|---|---|---|---|---|---|---|
| Beasley Allen | EARLE, CHERYL | Attorney | 2,703.75 | $ | 200.00 | $ | 540,750.00 |
| Beasley Allen | ELLIS, LESLIE | Other | 52.00 | $ | 150.00 | $ | 7,800.00 |
| Beasley Allen | ETHEREDGE, KATHERINE | Paralegal | 628.50 | $ | 332.07 | $ | 208,706.00 |
| Beasley Allen | FOWLER, MEGAN | Other | 1,447.25 | $ | 50.00 | $ | 72,362.50 |
| Beasley Allen | GRIFFIN, KELLI | Attorney | 4,159.00 | $ | 250.00 | $ | 1,039,750.00 |
| Beasley Allen | GRIFFIN, MIRIAM | Paralegal | 478.00 | $ | 150.00 | $ | 71,700.00 |
| Beasley Allen | LAYSON, JARRET | Other | 11.00 | $ | 332.07 | $ | 3,652.77 |
| Beasley Allen | LOCKLAR, BENJAMIN | Attorney | 457.25 | $ | 500.00 | $ | 228,625.00 |
| Beasley Allen | MEADOWS, TED | Attorney | 104.75 | $ | 500.00 | $ | 52,375.00 |
| Beasley Allen | MUNSON, MATT | Paralegal | 15.25 | $ | 100.00 | $ | 1,525.00 |
| Beasley Allen | O'DELL, P. LEIGH | Attorney | 7,597.25 | $ | 500.00 | $ | 3,798,625.00 |
| Beasley Allen | PRICKETT, MELISSA | Attorney | 121.50 | $ | 500.00 | $ | 60,750.00 |
| Beasley Allen | PRUETT, GENIE H. | Paralegal | 513.75 | $ | 75.00 | $ | 38,531.25 |
| Beasley Allen | RAMIREZ, CARLOS | Paralegal | 565.25 | $ | 50.00 | $ | 28,262.50 |
| Beasley Allen | REYNOLDS, LINDA | Paralegal | 1,575.00 | $ | 150.00 | $ | 236,250.00 |
| Beasley Allen | SANFORD, JESSICA | Paralegal | 225.75 | $ | 75.00 | $ | 16,931.25 |
| Beasley Allen | SIZEMORE, J. PAUL | Attorney | 846.50 | $ | 500.00 | $ | 423,250.00 |
| Beasley Allen | SMITH, III | Attorney | 758.00 | $ | 500.00 | $ | 379,000.00 |
| Beasley Allen | WALKER, J. CLARKE | Law Clerk | 16.00 | $ | 100.00 | $ | 1,600.00 |
| Beasley Allen | WELLS, CHERYL | Attorney | 246.75 | $ | 332.07 | $ | 81,938.27 |
| Beasley Allen | WHATLEY, JOY | Law Clerk | 45.00 | $ | 100.00 | $ | 4,500.00 |
| Beasley Allen | WOODSON, E. FRANK | Attorney | 1,239.00 | $ | 500.00 | $ | 619,500.00 |
| **Beasley Allen  Total** | | | **36,747.75** | | | **$** | **14,877,833.68** |
| Bencomo | BABIN, HELEN R. | Attorney | 750.75 | $ | 332.07 | $ | 249,301.55 |
| Bencomo | BENCOMO, RAUL R. | Attorney | 303.00 | $ | 332.07 | $ | 100,617.21 |
| Bencomo | HYNES, DANNY R. | Attorney | 459.75 | $ | 332.07 | $ | 152,669.18 |
| **Bencomo  Total** | | | **1,513.50** | | | **$** | **502,587.95** |
| Blizzard McCarthy | BLIZZARD, ED | Attorney | 3,536.75 | $ | 750.00 | $ | 2,652,562.50 |
| Blizzard McCarthy | GARZA, GINA | Other | 132.25 | $ | 50.00 | $ | 6,612.50 |
| Blizzard McCarthy | GIBSON, HOLLY | Attorney | 235.50 | $ | 332.07 | $ | 78,202.49 |
| Blizzard McCarthy | GRAINGER, GLENDA | Other | 136.00 | $ | 187.00 | $ | 25,432.00 |
| Blizzard McCarthy | HALE, CONNIE | Paralegal | 465.25 | $ | 100.00 | $ | 46,525.00 |
| Blizzard McCarthy | KING, REBECCA | Attorney | 1,357.50 | $ | 450.00 | $ | 610,875.00 |
| Blizzard McCarthy | MCCARTHY, STEVE | Attorney | 610.00 | $ | 700.00 | $ | 427,000.00 |

KS-000029

| Firm | Name | Role | Hours | Rate | | Amount | |
|------|------|------|------:|---:|---|------:|---|
| Blizzard McCarthy | NABERS, SCOTT | Attorney | 1,193.25 | $ | 700.00 | $ | 835,275.00 |
| Blizzard McCarthy | NANCARROW, CHRISTINA | Paralegal | 568.50 | $ | 100.00 | $ | 56,850.00 |
| Blizzard McCarthy | WHEELER, HOLLY | Attorney | 934.25 | $ | 450.00 | $ | 420,412.50 |
| **Blizzard McCarthy Total** | | | **9,169.25** | | | **$** | **5,159,746.99** |
| Bossier and Associates | BOSSIER, SHEILA M. | Attorney | 102.50 | $ | 250.00 | $ | 25,625.00 |
| **Bossier and Associates Total** | | | **102.50** | | | **$** | **25,625.00** |
| Branch | BALDERRAMA, FRANK | Attorney | 309.50 | $ | 332.07 | $ | 102,775.67 |
| Branch | BRANCH, MARGARET | Attorney | 535.25 | $ | 332.07 | $ | 177,740.47 |
| Branch | BRANCH, TURNER | Attorney | 805.75 | $ | 332.07 | $ | 267,565.40 |
| Branch | CONDON, LISA | Attorney | 134.25 | $ | 332.07 | $ | 44,580.40 |
| Branch | DOMINGUEZ, PAUL | Law Clerk | 41.00 | $ | 332.07 | $ | 13,614.87 |
| Branch | DUFFY, MEGAN | Law Clerk | 157.00 | $ | 332.07 | $ | 52,134.99 |
| Branch | FERREYRA, JUANA | Paralegal | 197.50 | $ | 332.07 | $ | 65,583.83 |
| Branch | FOWLER, BOB | Paralegal | 185.50 | $ | 332.07 | $ | 61,598.99 |
| Branch | GRIEGO, DOROTHY | Paralegal | 378.25 | $ | 332.07 | $ | 125,605.48 |
| Branch | JARAMILLO, MICHELE | Paralegal | 515.00 | $ | 332.07 | $ | 171,016.05 |
| Branch | MCFARLAND, LAURIE | Attorney | 96.75 | $ | 332.07 | $ | 32,127.77 |
| Branch | PATTERSON, SHELLY S. | Paralegal | 396.50 | $ | 332.07 | $ | 131,665.76 |
| Branch | PRICE, SHANNON | Paralegal | 143.50 | $ | 332.07 | $ | 47,652.05 |
| Branch | SANDERS, RYAN | Law Clerk | 123.00 | $ | 332.07 | $ | 40,844.61 |
| Branch | SANDOVAL, RICHARD | Attorney | 1,294.50 | $ | 332.07 | $ | 429,864.62 |
| Branch | SHREVE, MARY | Paralegal | 153.00 | $ | 332.07 | $ | 50,806.71 |
| Branch | STOWERS, HARRY E. | Attorney | 9.50 | $ | 332.07 | $ | 3,154.67 |
| Branch | WILLIAMS, GLORIA | Paralegal | 183.00 | $ | 332.07 | $ | 60,768.81 |
| Branch | ZEDALIS, CYNTHIA L. | Attorney | 1,428.75 | $ | 332.07 | $ | 474,445.01 |
| **Branch Total** | | | **7,087.50** | | | **$** | **2,353,546.13** |
| Brandi Law Firm | BRANDI, THOMAS J | Attorney | 2,069.70 | $ | 600.00 | $ | 1,241,820.00 |
| Brandi Law Firm | CARDOZA, AIMEE | Paralegal | 5.00 | $ | 100.00 | $ | 500.00 |
| Brandi Law Firm | EDWARDS, TERENCE | Attorney | 226.25 | $ | 332.07 | $ | 75,130.84 |
| Brandi Law Firm | FRIEDMAN, JASON | Paralegal | 376.00 | $ | 100.00 | $ | 37,600.00 |
| Brandi Law Firm | HORNBECK, JOHN | Attorney | 530.50 | $ | 450.00 | $ | 238,725.00 |
| Brandi Law Firm | KAUFMAN, CASEY | Attorney | 65.50 | $ | 332.07 | $ | 21,750.59 |
| Brandi Law Firm | MALLOY, BRIAN | Attorney | 633.00 | $ | 250.00 | $ | 158,250.00 |
| Brandi Law Firm | PALERMO, MICHELLE | Paralegal | 162.00 | $ | 332.07 | $ | 53,795.34 |
| Brandi Law Firm | REUVEKAMP, MYLENE | Attorney | 331.50 | $ | 200.00 | $ | 66,300.00 |

KS-000030

| Brandi Law Firm | SQUIRES, CAROL | Paralegal | 186.00 | $ | 100.00 | $ | 18,600.00 |
|---|---|---|---|---|---|---|---|
| Brandi Law Firm | STRAIN, TERENCE | Paralegal | 629.50 | $ | 332.07 | $ | 209,038.07 |
| **Brandi Law Firm  Total** | | | **5,214.95** | | | **$** | **2,121,509.83** |
| Brian K. Balser | BALSER, BRIAN | Attorney | 592.25 | $ | 500.00 | $ | 296,125.00 |
| **Brian K. Balser  Total** | | | **592.25** | | | **$** | **296,125.00** |
| Brown & Crouppen | DRISCOLL, JOHN | Attorney | 507.25 | $ | 250.00 | $ | 126,812.50 |
| Brown & Crouppen | LAPE, BRANDI | Paralegal | 3.75 | $ | 100.00 | $ | 375.00 |
| Brown & Crouppen | SMITH, ANN | Paralegal | 85.25 | $ | 100.00 | $ | 8,525.00 |
| Brown & Crouppen | WALL, ANDREW | Attorney | 2.00 | $ | 145.23 | $ | 290.46 |
| Brown & Crouppen | WEBB, SETH | Attorney | 185.50 | $ | 250.00 | $ | 46,375.00 |
| **Brown & Crouppen  Total** | | | **783.75** | | | **$** | **182,377.96** |
| Bruce C. Dean | DEAN, BRUCE | Attorney | 10.50 | $ | 300.00 | $ | 3,150.00 |
| **Bruce C. Dean  Total** | | | **10.50** | | | **$** | **3,150.00** |
| Burg Simpson | BURG, MICHAEL S. | Attorney | 132.50 | $ | 650.00 | $ | 86,125.00 |
| Burg Simpson | BURG, PETER W | Attorney | 70.25 | $ | 267.94 | $ | 18,822.79 |
| Burg Simpson | ELDREDGE, SCOTT J. | Attorney | 599.75 | $ | 550.00 | $ | 329,862.50 |
| Burg Simpson | KATZ, SETH | Attorney | 125.75 | $ | 600.00 | $ | 75,450.00 |
| Burg Simpson | RESTAINO, JOHN | Attorney | 586.50 | $ | 450.00 | $ | 263,925.00 |
| Burg Simpson | YEFIMENKO, MAX | Attorney | 1,085.00 | $ | 450.00 | $ | 488,250.00 |
| **Burg Simpson  Total** | | | **2,599.75** | | | **$** | **1,262,435.29** |
| Cafferty Faucher | FRAZER, TIMOTHY | Attorney | 1.25 | $ | 350.00 | $ | 437.50 |
| Cafferty Faucher | KANE, WILLIAM R. | Attorney | 191.00 | $ | 332.07 | $ | 63,425.37 |
| Cafferty Faucher | TARRINGER, MICHAEL | Attorney | 15.25 | $ | 495.00 | $ | 7,548.75 |
| **Cafferty Faucher  Total** | | | **207.50** | | | **$** | **71,411.62** |
| Capshaw Goss | BANNO, TAMARA L. | Attorney | 43.25 | $ | 250.00 | $ | 10,812.50 |
| Capshaw Goss | GOSS, TIM K. | Attorney | 109.25 | $ | 450.00 | $ | 49,162.50 |
| **Capshaw Goss  Total** | | | **152.50** | | | **$** | **59,975.00** |
| Carey & Danis | BAUMAN, SARAH | Attorney | 404.00 | $ | 300.00 | $ | 121,200.00 |
| Carey & Danis | BUXNER, EVAN | Attorney | 213.25 | $ | 375.00 | $ | 79,968.75 |
| Carey & Danis | CAREY, JOHN J | Attorney | 244.00 | $ | 450.00 | $ | 109,800.00 |
| Carey & Danis | DANIS, JOSEPH P | Attorney | 87.75 | $ | 450.00 | $ | 39,487.50 |
| Carey & Danis | FLYNN, CASEY | Attorney | 2,011.75 | $ | 300.00 | $ | 603,525.00 |
| Carey & Danis | LOWE, JEFFREY J | Attorney | 1,417.75 | $ | 450.00 | $ | 637,987.50 |
| Carey & Danis | SHAEFFER, EVAN | Attorney | 1,139.75 | $ | 375.00 | $ | 427,406.25 |
| **Carey & Danis  Total** | | | **5,518.25** | | | **$** | **2,019,375.00** |

KS-000031

| Firm | Name | Role | Hours | Rate | Total |
|------|------|------|------:|-----:|------:|
| Charfoos & Christensen | BODNER, BETH | Paralegal | 77.50 | $ 50.00 | $ 3,875.00 |
| Charfoos & Christensen | BOURGOINE, IAN | Attorney | 16.50 | $ 150.00 | $ 2,475.00 |
| Charfoos & Christensen | HAYNES, AIESHA | Paralegal | 9.25 | $ 35.00 | $ 323.75 |
| Charfoos & Christensen | MANDT, ANN | Attorney | 18.00 | $ 350.00 | $ 6,300.00 |
| Charfoos & Christensen | PARKER, DAVID R. | Attorney | 63.25 | $ 350.00 | $ 22,137.50 |
| Charfoos & Christensen | THOMPSON, JASON J. | Attorney | 194.25 | $ 350.00 | $ 67,987.50 |
| Charfoos & Christensen | TYTRAN, MARY JANE | Paralegal | 14.00 | $ 150.00 | $ 2,100.00 |
| Charfoos & Christensen | WRIGHT, SELECIA D. | Paralegal | 4.00 | $ 125.00 | $ 500.00 |
| **Charfoos & Christensen  Total** | | | **396.75** | | **$ 105,698.75** |
| Cohen Milstein | GORTON, TIM | Paralegal | 58.50 | $ 200.00 | $ 11,700.00 |
| Cohen Milstein | LAU, WENDY | Paralegal | 2.50 | $ 175.00 | $ 437.50 |
| Cohen Milstein | MCNAMARA, DOUG | Attorney | 184.75 | $ 435.00 | $ 80,366.25 |
| Cohen Milstein | SIGELMAN, DANIEL | Attorney | 1,753.50 | $ 575.00 | $ 1,008,262.50 |
| Cohen Milstein | SKOLNIK, ANDREW | Law Clerk | 4.50 | $ 200.00 | $ 900.00 |
| **Cohen Milstein  Total** | | | **2,003.75** | | **$ 1,101,666.25** |
| Cohen Placitella | COHEN, STEWART | Attorney | 205.75 | $ 500.00 | $ 102,875.00 |
| Cohen Placitella | KLEIN, JUSTIN | Paralegal | 182.00 | $ 150.00 | $ 27,300.00 |
| Cohen Placitella | LENROW, DAVID | Attorney | 530.75 | $ 500.00 | $ 265,375.00 |
| Cohen Placitella | NOONAN, MICHAEL | Paralegal | 1,017.75 | $ 150.00 | $ 152,662.50 |
| Cohen Placitella | PLACITELLA, CHRIS | Attorney | 2,923.00 | $ 500.00 | $ 1,461,500.00 |
| Cohen Placitella | ROTH, HARRY | Attorney | 104.75 | $ 500.00 | $ 52,375.00 |
| **Cohen Placitella  Total** | | | **4,964.00** | | **$ 2,062,087.50** |
| Cuneo Gilbert | ANDERSON, WILLIAM H | Law Clerk | 15.75 | $ 325.00 | $ 5,118.75 |
| Cuneo Gilbert | BAKER, IAN | Law Clerk | 1.00 | $ 332.07 | $ 332.07 |
| Cuneo Gilbert | COHEN, DANIEL | Attorney | 78.00 | $ 500.00 | $ 39,000.00 |
| Cuneo Gilbert | CUNEO, JONATHAN | Attorney | 508.00 | $ 595.00 | $ 302,260.00 |
| Cuneo Gilbert | FISHER, CHRIS | Paralegal | 311.00 | $ 332.07 | $ 103,273.77 |
| Cuneo Gilbert | GILBERT, PAMELA | Attorney | 187.50 | $ 575.00 | $ 107,812.50 |
| Cuneo Gilbert | LADUCA, CHARLES J | Attorney | 128.00 | $ 400.00 | $ 51,200.00 |
| Cuneo Gilbert | LENETT, MICHAEL G | Attorney | 2.50 | $ 575.00 | $ 1,437.50 |
| Cuneo Gilbert | LORAH, TANA | Paralegal | 2.00 | $ 332.07 | $ 664.14 |
| Cuneo Gilbert | SNODDY, NADIA | Law Clerk | 25.75 | $ 332.07 | $ 8,550.80 |
| Cuneo Gilbert | THOMPSON, BRENDAN | Paralegal | 42.00 | $ 332.07 | $ 13,946.94 |
| Cuneo Gilbert | WALDMAN, MICHAEL | Attorney | 19.50 | $ 332.07 | $ 6,475.37 |
| **Cuneo Gilbert  Total** | | | **1,321.00** | | **$ 640,071.84** |

KS-000032

| Daniel E. Becnel, Jr. | BECNEL, CHRISTOPHER | Attorney | 321.00 | $ | 332.07 | $ | 106,594.47 |
|---|---|---|---|---|---|---|---|
| Daniel E. Becnel, Jr. | BECNEL, JR. | Attorney | 406.00 | $ | 332.07 | $ | 134,820.42 |
| Daniel E. Becnel, Jr. | BECNEL, MEGHAN | Attorney | 156.75 | $ | 332.07 | $ | 52,051.97 |
| Daniel E. Becnel, Jr. | BECNEL, TONI | Attorney | 265.00 | $ | 332.07 | $ | 87,998.55 |
| Daniel E. Becnel, Jr. | BREININ, MICHAEL | Attorney | 2,163.25 | $ | 235.20 | $ | 508,796.40 |
| Daniel E. Becnel, Jr. | CHRISTINA, SALVADORE | Attorney | 118.00 | $ | 332.07 | $ | 39,184.26 |
| Daniel E. Becnel, Jr. | DONLON, CAROLINE | Attorney | 29.50 | $ | 595.76 | $ | 17,574.92 |
| Daniel E. Becnel, Jr. | GANT, MONICA | Attorney | 109.25 | $ | 19.00 | $ | 2,075.75 |
| Daniel E. Becnel, Jr. | HARRIS, BARBARA | Other | 14.50 | $ | 332.07 | $ | 4,815.02 |
| Daniel E. Becnel, Jr. | KLIBERT, KEVIN | Attorney | 7.75 | $ | 332.07 | $ | 2,573.54 |
| Daniel E. Becnel, Jr. | LAMARCHE, HOLLY | Attorney | 442.00 | $ | 235.20 | $ | 103,958.40 |
| Daniel E. Becnel, Jr. | LORENZ, MARY | Attorney | 1,189.00 | $ | 235.20 | $ | 279,652.80 |
| Daniel E. Becnel, Jr. | MARINO, JUANITA | Attorney | 668.50 | $ | 332.07 | $ | 221,988.80 |
| Daniel E. Becnel, Jr. | MARINO, RUCHE | Attorney | 778.00 | $ | 332.07 | $ | 258,350.46 |
| Daniel E. Becnel, Jr. | MORELAND, MATTHEW | Attorney | 118.50 | $ | 342.97 | $ | 40,641.95 |
| Daniel E. Becnel, Jr. | MORTON, KELLY M. | Attorney | 236.25 | $ | 332.07 | $ | 78,451.54 |
| Daniel E. Becnel, Jr. | PERCY, WILLIAM | Attorney | 2,467.75 | $ | 235.20 | $ | 580,414.80 |
| Daniel E. Becnel, Jr. | SANDERSON, DARLA | Attorney | 782.75 | $ | 235.20 | $ | 184,102.80 |
| Daniel E. Becnel, Jr. | SIRMON, DEANNE | Attorney | 24.00 | $ | 342.97 | $ | 8,231.28 |
| Daniel E. Becnel, Jr. | TODD, REBECCA | Attorney | 2,740.50 | $ | 332.07 | $ | 910,037.84 |
| **Daniel E. Becnel, Jr.  Total** | | | **13,038.25** | | | **$** | **3,622,315.95** |
| Dugan & Browne | BROWNE, DAVID | Attorney | 0.25 | $ | 332.07 | $ | 83.02 |
| Dugan & Browne | DUGAN, JAMES | Attorney | 74.75 | $ | 332.07 | $ | 24,822.23 |
| Dugan & Browne | PLYMALE, DOUGLAS | Attorney | 39.25 | $ | 332.07 | $ | 13,033.75 |
| **Dugan & Browne  Total** | | | **114.25** | | | **$** | **37,939.00** |
| Engstrom Lipscomb | BEILKE, JARED | Attorney | 1.50 | $ | 350.00 | $ | 525.00 |
| Engstrom Lipscomb | BRASCHI, CORWYN | Paralegal | 11.25 | $ | 150.00 | $ | 1,687.50 |
| Engstrom Lipscomb | CARPENTER, LEAH | Paralegal | 8.00 | $ | 156.44 | $ | 1,251.52 |
| Engstrom Lipscomb | DEPEW, BRIAN | Attorney | 156.50 | $ | 700.00 | $ | 109,550.00 |
| Engstrom Lipscomb | DOHERTY, CLAUDIA | Paralegal | 262.40 | $ | 100.00 | $ | 26,240.00 |
| Engstrom Lipscomb | FRY, ERICA | Paralegal | 358.95 | $ | 100.00 | $ | 35,895.00 |
| Engstrom Lipscomb | GONZALEZ, MARISELA | Paralegal | 38.05 | $ | 125.00 | $ | 4,756.25 |
| Engstrom Lipscomb | GREENBERG, SUSAN | Paralegal | 388.50 | $ | 125.00 | $ | 48,562.50 |
| Engstrom Lipscomb | GRESHLER, ERIC | Paralegal | 643.45 | $ | 150.00 | $ | 96,517.50 |
| Engstrom Lipscomb | GUTIERREZ, ALEXANDER | Paralegal | 2.50 | $ | 125.00 | $ | 312.50 |

KS-000033

| | | | | | | |
|---|---|---|---|---|---|---|
| Engstrom Lipscomb | HERNANDEZ, ELIZABETH | Attorney | 7.30 | $ | 267.94 | $ | 1,955.96 |
| Engstrom Lipscomb | HOFFMAN, JANINE | Paralegal | 57.50 | $ | 156.44 | $ | 8,995.30 |
| Engstrom Lipscomb | HOWITT, ANN | Attorney | 10.00 | $ | 350.00 | $ | 3,500.00 |
| Engstrom Lipscomb | ISFAN, SAMUEL | Paralegal | 52.10 | $ | 156.44 | $ | 8,150.52 |
| Engstrom Lipscomb | KANTER, LAURA | Paralegal | 217.00 | $ | 156.44 | $ | 33,947.48 |
| Engstrom Lipscomb | KARTER, MARK | Paralegal | 2.00 | $ | 125.00 | $ | 250.00 |
| Engstrom Lipscomb | LACK, WALTER | Attorney | 555.50 | $ | 900.00 | $ | 499,950.00 |
| Engstrom Lipscomb | LERNER, LAURA | Paralegal | 100.70 | $ | 156.44 | $ | 15,753.51 |
| Engstrom Lipscomb | LEVIN, MICHAEL | Paralegal | 1,780.20 | $ | 156.44 | $ | 278,494.49 |
| Engstrom Lipscomb | MITCHELL, WILLIAM | Paralegal | 116.00 | $ | 125.00 | $ | 14,500.00 |
| Engstrom Lipscomb | PAYNE, BRYAN | Attorney | 46.50 | $ | 325.00 | $ | 15,112.50 |
| Engstrom Lipscomb | RAMSEY, JERRY | Attorney | 353.00 | $ | 700.00 | $ | 247,100.00 |
| Engstrom Lipscomb | RHUDY, CHRISTINA | Law Clerk | 67.00 | $ | 145.23 | $ | 9,730.41 |
| Engstrom Lipscomb | ROBERTSON, JOY | Attorney | 360.50 | $ | 500.00 | $ | 180,250.00 |
| Engstrom Lipscomb | TERRELL, STEPHEN | Attorney | 1,270.55 | $ | 400.00 | $ | 508,220.00 |
| **Engstrom Lipscomb  Total** | | | **6,866.95** | | | $ | **2,151,207.94** |
| Eric H. Weinberg | LONGO, TERESA | Paralegal | 300.00 | $ | 332.07 | $ | 99,621.00 |
| Eric H. Weinberg | MAYNARD, ADAM | Law Clerk | 1,350.00 | $ | 332.07 | $ | 448,294.50 |
| Eric H. Weinberg | TAYTS, TANYA | Paralegal | 2,223.50 | $ | 332.07 | $ | 738,357.65 |
| Eric H. Weinberg | WEINBERG, DIANE | Other | 200.00 | $ | 332.07 | $ | 66,414.00 |
| Eric H. Weinberg | WEINBERG, ERIC | Attorney | 6,288.25 | $ | 332.07 | $ | 2,088,139.18 |
| **Eric H. Weinberg  Total** | | | **10,361.75** | | | $ | **3,440,826.32** |
| Escobedo Tippit | BELEZ, TAMMY | Paralegal | 1,229.50 | $ | 156.44 | $ | 192,342.98 |
| Escobedo Tippit | CARDENAS, LUIS | Attorney | 2,394.75 | $ | 492.32 | $ | 1,178,983.32 |
| Escobedo Tippit | ESCOBEDO, JOE | Attorney | 3,757.00 | $ | 559.70 | $ | 2,102,792.90 |
| Escobedo Tippit | HOCKEMA, DAVID | Attorney | 1,296.50 | $ | 559.70 | $ | 725,651.05 |
| Escobedo Tippit | MENDOZA, IGNACIO | Other | 92.50 | $ | 213.59 | $ | 19,757.08 |
| Escobedo Tippit | ROCHA, ESTHER | Paralegal | 2,746.00 | $ | 156.44 | $ | 429,584.24 |
| Escobedo Tippit | RUIZ, MAURO | Attorney | 3,283.75 | $ | 419.85 | $ | 1,378,682.44 |
| Escobedo Tippit | TIPPIT, JOHN | Attorney | 86.75 | $ | 559.70 | $ | 48,553.98 |
| **Escobedo Tippit  Total** | | | **14,886.75** | | | $ | **6,076,347.98** |
| Fayard & Honeycutt | CORKERN, TONI | Other | 50.25 | $ | 30.00 | $ | 1,507.50 |
| Fayard & Honeycutt | DANIELS, FLORENCE | Other | 5.00 | $ | 30.00 | $ | 150.00 |
| Fayard & Honeycutt | EDWARDS, WANDA | Attorney | 176.50 | $ | 250.00 | $ | 44,125.00 |
| Fayard & Honeycutt | FAYARD, CALVIN | Attorney | 107.25 | $ | 350.00 | $ | 37,537.50 |

KS-000034

| Firm | Name | Role | Hours | Rate | | Amount | |
|------|------|------|-------|------|---|--------|---|
| Fayard & Honeycutt | FREEMAN, DONNA | Paralegal | 54.50 | $ | 75.00 | $ | 4,087.50 |
| Fayard & Honeycutt | MISTOLER, CAROLYN | Other | 0.75 | $ | 65.00 | $ | 48.75 |
| Fayard & Honeycutt | MOUNGER, PRICE | Attorney | 11.75 | $ | 200.00 | $ | 2,350.00 |
| Fayard & Honeycutt | WILLIAMS, HEATHER | Other | 10.00 | $ | 30.00 | $ | 300.00 |
| **Fayard & Honeycutt  Total** | | | **416.00** | | | $ | **90,106.25** |
| Fibich Hampton | BRYAN, LESLIE | Paralegal | 80.75 | $ | 90.00 | $ | 7,267.50 |
| Fibich Hampton | CORLEY, ERIN | Attorney | 18.00 | $ | 350.00 | $ | 6,300.00 |
| Fibich Hampton | FENDIA, SARA J | Attorney | 1,014.25 | $ | 400.00 | $ | 405,700.00 |
| Fibich Hampton | FIBICH, KENNETH T | Attorney | 403.75 | $ | 600.00 | $ | 242,250.00 |
| Fibich Hampton | PAEZ, ELIZABETH B | Paralegal | 142.75 | $ | 90.00 | $ | 12,847.50 |
| Fibich Hampton | SOLIS, RACHEL | Paralegal | 97.00 | $ | 90.00 | $ | 8,730.00 |
| Fibich Hampton | TUBERGEN, LISA VAN | Paralegal | 264.75 | $ | 90.00 | $ | 23,827.50 |
| **Fibich Hampton  Total** | | | **2,021.25** | | | $ | **706,922.50** |
| Freese & Goss | FREESE, RICHARD | Attorney | 391.50 | $ | 450.00 | $ | 176,175.00 |
| Freese & Goss | GOSS, TIM K. | Attorney | 21.00 | $ | 450.00 | $ | 9,450.00 |
| Freese & Goss | O'STEEN, CINDY | Paralegal | 119.75 | $ | 150.00 | $ | 17,962.50 |
| Freese & Goss | REESE, REGINA | Paralegal | 157.50 | $ | 150.00 | $ | 23,625.00 |
| Freese & Goss | VEDRAL, SARA | Attorney | 104.25 | $ | 250.00 | $ | 26,062.50 |
| **Freese & Goss  Total** | | | **794.00** | | | $ | **253,275.00** |
| Friedman Law Offices | FREIDMAN, DANIEL | Attorney | 5.00 | $ | 419.85 | $ | 2,099.25 |
| Friedman Law Offices | FREIDMAN, HERBERT | Attorney | 10.50 | $ | 559.70 | $ | 5,876.85 |
| Friedman Law Offices | MORRIS, DAWN | Paralegal | 5.00 | $ | 156.44 | $ | 782.20 |
| **Friedman Law Offices  Total** | | | **20.50** | | | $ | **8,758.30** |
| Gainsburgh Benjamin | HADICAN, KARA | Attorney | 44.00 | $ | 250.00 | $ | 11,000.00 |
| Gainsburgh Benjamin | MARTIN, DENISE | Paralegal | 20.50 | $ | 125.00 | $ | 2,562.50 |
| Gainsburgh Benjamin | MEUNIER, GERALD | Attorney | 1,151.50 | $ | 500.00 | $ | 575,750.00 |
| **Gainsburgh Benjamin  Total** | | | **1,216.00** | | | $ | **589,312.50** |
| Gallagher Law Firm | FUGATE, SHAWNA | Paralegal | 48.75 | $ | 95.00 | $ | 4,631.25 |
| Gallagher Law Firm | GALLAGHER, MICHAEL T | Attorney | 1,033.00 | $ | 420.00 | $ | 433,860.00 |
| Gallagher Law Firm | MCLEMORE, PAMELA | Paralegal | 137.75 | $ | 95.00 | $ | 13,086.25 |
| **Gallagher Law Firm  Total** | | | **1,219.50** | | | $ | **451,577.50** |
| Gancedo & Nieves | BOOMHOUWER, AMY | Attorney | 236.75 | $ | 325.00 | $ | 76,943.75 |
| Gancedo & Nieves | CASTELLANOS, ROSARIO | Other | 46.00 | $ | 170.00 | $ | 7,820.00 |
| Gancedo & Nieves | GANCEDO, HECTOR | Attorney | 211.00 | $ | 495.00 | $ | 104,445.00 |
| Gancedo & Nieves | KENNA, JIM | Attorney | 782.50 | $ | 350.00 | $ | 273,875.00 |

KS-000035

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Gancedo & Nieves | LOPEZ, JOKI | Paralegal | 6.50 | $ | 170.00 | $ | 1,105.00 |
| Gancedo & Nieves | NIEVES, TINA | Attorney | 1,304.50 | $ | 495.00 | $ | 645,727.50 |
| Gancedo & Nieves | SAVARESE, MELANIE | Attorney | 30.00 | $ | 325.00 | $ | 9,750.00 |
| Gancedo & Nieves | TAYLOR, CHRIS | Attorney | 1,032.00 | $ | 295.00 | $ | 304,440.00 |
| **Gancedo & Nieves Total** | | | **3,649.25** | | | $ | **1,424,106.25** |
| Gianni Petoyan | CARTER, VINCE | Attorney | 40.00 | $ | 350.00 | $ | 14,000.00 |
| Gianni Petoyan | GIANNI, LAURA | Attorney | 153.75 | $ | 559.70 | $ | 86,053.88 |
| Gianni Petoyan | PETOYAN, MARCUS | Attorney | 121.00 | $ | 559.70 | $ | 67,723.70 |
| **Gianni Petoyan Total** | | | **314.75** | | | $ | **167,777.58** |
| Girardi Keese | BIGELOW, DAVID | Attorney | 1,178.00 | $ | 500.00 | $ | 589,000.00 |
| Girardi Keese | BUSTILLOS, CHRISTINA | Paralegal | 1,881.25 | $ | 200.00 | $ | 376,250.00 |
| Girardi Keese | CARTER, VINCE | Attorney | 4,108.00 | $ | 350.00 | $ | 1,437,800.00 |
| Girardi Keese | COURTNEY, JOHN | Attorney | 1.50 | $ | 332.07 | $ | 498.11 |
| Girardi Keese | GIRARDI, THOMAS | Attorney | 4,437.50 | $ | 1,000.00 | $ | 4,437,500.00 |
| Girardi Keese | LENZE, JENNIFER | Attorney | 40.75 | $ | 332.07 | $ | 13,531.85 |
| Girardi Keese | MORY, CLAUS | Attorney | 14.00 | $ | 332.07 | $ | 4,648.98 |
| Girardi Keese | O'CALLAHAN, JAMES | Attorney | 8,768.25 | $ | 700.00 | $ | 6,137,775.00 |
| Girardi Keese | SIZEMORE, J. PAUL | Attorney | 40.25 | $ | 500.00 | $ | 20,125.00 |
| **Girardi Keese Total** | | | **20,469.50** | | | $ | **13,017,128.94** |
| Hagens Berman | BEISHEIM, GARY | Other | 2.50 | $ | 200.00 | $ | 500.00 |
| Hagens Berman | BYSZEWSKI, ELAINE | Attorney | 4.25 | $ | 375.00 | $ | 1,593.75 |
| Hagens Berman | FEGAN, ELIZABETH | Attorney | 126.00 | $ | 475.00 | $ | 59,850.00 |
| Hagens Berman | GARCIA, WANDA | Attorney | 2.25 | $ | 250.00 | $ | 562.50 |
| Hagens Berman | GAUDET, ROBERT | Attorney | 19.25 | $ | 275.00 | $ | 5,293.75 |
| Hagens Berman | RODRIGUEZ, DIEGO | Attorney | 2.00 | $ | 325.00 | $ | 650.00 |
| Hagens Berman | SALA, TIFFANY | Paralegal | 20.00 | $ | 150.00 | $ | 3,000.00 |
| Hagens Berman | SOBOL, THOMAS | Attorney | 59.75 | $ | 600.00 | $ | 35,850.00 |
| **Hagens Berman Total** | | | **236.00** | | | $ | **107,300.00** |
| Heins Mills | HEDLUND, DANIEL | Attorney | 3.50 | $ | 505.00 | $ | 1,767.50 |
| Heins Mills | KOVARIK, IRENE | Paralegal | 4.50 | $ | 200.00 | $ | 900.00 |
| Heins Mills | MARSHALL, KATIE | Other | 1.00 | $ | 150.00 | $ | 150.00 |
| Heins Mills | MILLS, STACEY L. | Attorney | 0.25 | $ | 675.00 | $ | 168.75 |
| Heins Mills | SERVAIS, JESSICA | Attorney | 3.00 | $ | 390.00 | $ | 1,170.00 |
| Heins Mills | WOODWARD, DAVID | Attorney | 0.25 | $ | 665.00 | $ | 166.25 |
| **Heins Mills Total** | | | **12.50** | | | $ | **4,322.50** |

KS-000036

| | | | | | | |
|---|---|---|---|---|---|---|
| Heninger Garrison | BROSS, WILLIAM | Attorney | 1,177.50 | $ | 400.00 | $ | 471,000.00 |
| Heninger Garrison | CLARK, CAMILLE | Paralegal | 104.25 | $ | 140.00 | $ | 14,595.00 |
| Heninger Garrison | DAVIS, TIM | Attorney | 364.50 | $ | 500.00 | $ | 182,250.00 |
| Heninger Garrison | GARRISON, W. LEWIS | Attorney | 2,190.25 | $ | 500.00 | $ | 1,095,125.00 |
| Heninger Garrison | HANCOCK, BRIAN | Attorney | 22.00 | $ | 275.00 | $ | 6,050.00 |
| Heninger Garrison | HAYNES, DEBORAH | Paralegal | 58.75 | $ | 140.00 | $ | 8,225.00 |
| Heninger Garrison | HENINGER, ERIK | Attorney | 30.00 | $ | 400.00 | $ | 12,000.00 |
| Heninger Garrison | HENINGER, STEVE | Attorney | 447.75 | $ | 500.00 | $ | 223,875.00 |
| Heninger Garrison | HOOD, CHRIS | Paralegal | 313.50 | $ | 140.00 | $ | 43,890.00 |
| Heninger Garrison | MAYS, MARY ELIZABETH | Attorney | 53.50 | $ | 225.00 | $ | 12,037.50 |
| Heninger Garrison | PARRINO, WARREN | Attorney | 23.00 | $ | 225.00 | $ | 5,175.00 |
| Heninger Garrison | PRCHAL, HONZA | Attorney | 259.00 | $ | 275.00 | $ | 71,225.00 |
| **Heninger Garrison Total** | | | **5,044.00** | | | $ | **2,145,447.50** |
| Herman Herman | ALTMONT, MICHAEL | Law Clerk | 12.25 | $ | 200.00 | $ | 2,450.00 |
| Herman Herman | CAIN, JOSEPH | Attorney | 3.00 | $ | 350.00 | $ | 1,050.00 |
| Herman Herman | Carpenter, Colby | Paralegal | 8.75 | $ | 175.00 | $ | 1,531.25 |
| Herman Herman | CASANOVA, BONNIE | Other | 141.75 | $ | 175.00 | $ | 24,806.25 |
| Herman Herman | CASANOVA, DOMINIQUE | Other | 267.75 | $ | 175.00 | $ | 46,856.25 |
| Herman Herman | CATALANOTTO, AMY | Paralegal | 1.75 | $ | 175.00 | $ | 306.25 |
| Herman Herman | CONGER, ANN | Law Clerk | 3.75 | $ | 200.00 | $ | 750.00 |
| Herman Herman | CREEVY, JOHN | Attorney | 1.00 | $ | 350.00 | $ | 350.00 |
| Herman Herman | DAVIS, LEONARD | Attorney | 11,185.00 | $ | 700.00 | $ | 7,829,500.00 |
| Herman Herman | EPSTEIN, JEREMY | Attorney | 207.00 | $ | 350.00 | $ | 72,450.00 |
| Herman Herman | GISLESON, SOREN | Attorney | 33.75 | $ | 400.00 | $ | 13,500.00 |
| Herman Herman | GREENE, JENNIFER | Attorney | 31.25 | $ | 400.00 | $ | 12,500.00 |
| Herman Herman | HEFFERNAN, JOSEPH | Law Clerk | 1.00 | $ | 200.00 | $ | 200.00 |
| Herman Herman | HERMAN, RUSS | Attorney | 9,692.75 | $ | 850.00 | $ | 8,238,837.50 |
| Herman Herman | HERMAN, STEPHEN | Attorney | 1,434.50 | $ | 650.00 | $ | 932,425.00 |
| Herman Herman | INGRAM, OM | Paralegal | 65.25 | $ | 175.00 | $ | 11,418.75 |
| Herman Herman | KATZ, BRIAN | Attorney | 1.25 | $ | 500.00 | $ | 625.00 |
| Herman Herman | KATZ, MORTON | Attorney | 2.50 | $ | 700.00 | $ | 1,750.00 |
| Herman Herman | KNOLL, EDMOND | Attorney | 0.75 | $ | 350.00 | $ | 262.50 |
| Herman Herman | LABORDE, HEATHER | Paralegal | 394.75 | $ | 200.00 | $ | 78,950.00 |
| Herman Herman | LINSCHIED, MARILYN | Paralegal | 1.00 | $ | 175.00 | $ | 175.00 |
| Herman Herman | LORY, VICKIE | Paralegal | 10.75 | $ | 200.00 | $ | 2,150.00 |

KS-000037

| Herman Herman | MARTIN, ERICA | Paralegal | 46.75 | $ | 175.00 | $ | 8,181.25 |
|---|---|---|---|---|---|---|---|
| Herman Herman | RICHERSON, JASON | Law Clerk | 3.00 | $ | 200.00 | $ | 600.00 |
| Herman Herman | RODRIGUEZ, FERNANDO | Paralegal | 270.25 | $ | 200.00 | $ | 54,050.00 |
| Herman Herman | SIMPSON, BEN | Law Clerk | 1.50 | $ | 200.00 | $ | 300.00 |
| Herman Herman | SOSO, JEREMY | Law Clerk | 5.50 | $ | 200.00 | $ | 1,100.00 |
| Herman Herman | TANNER, KELLY | Law Clerk | 2.50 | $ | 200.00 | $ | 500.00 |
| Herman Herman | VALENTI, REGINA | Paralegal | 5,648.50 | $ | 200.00 | $ | 1,129,700.00 |
| Herman Herman | WOODS, CARL | Law Clerk | 4.00 | $ | 200.00 | $ | 800.00 |
| **Herman Herman  Total** | | | **29,483.50** | | | **$** | **18,468,075.00** |
| Holman Law Firm | HOLMAN, DAVID | Attorney | 212.50 | $ | 400.00 | $ | 85,000.00 |
| **Holman Law Firm  Total** | | | **212.50** | | | **$** | **85,000.00** |
| Hovde Dassow | COFFMAN, MISSY | Paralegal | 555.00 | $ | 180.00 | $ | 99,900.00 |
| Hovde Dassow | CONN, ANGELA | Paralegal | 670.00 | $ | 180.00 | $ | 120,600.00 |
| Hovde Dassow | DASSOW, ROBERT T | Attorney | 5,009.50 | $ | 450.00 | $ | 2,254,275.00 |
| Hovde Dassow | DEETS, NICOLAS C | Attorney | 167.00 | $ | 450.00 | $ | 75,150.00 |
| Hovde Dassow | EISELE, APRIL N | Paralegal | 1,691.00 | $ | 125.00 | $ | 211,375.00 |
| Hovde Dassow | HOVDE, F. BOYDE | Attorney | 228.00 | $ | 550.00 | $ | 125,400.00 |
| Hovde Dassow | HOVDE, FREDERICK R | Attorney | 226.00 | $ | 500.00 | $ | 113,000.00 |
| **Hovde Dassow  Total** | | | **8,546.50** | | | **$** | **2,999,700.00** |
| Irpino | DUNN, AMY | Attorney | 56.75 | $ | 419.85 | $ | 23,826.49 |
| Irpino | IRPINO, ANTHONY | Attorney | 2,863.25 | $ | 559.70 | $ | 1,602,561.03 |
| **Irpino  Total** | | | **2,920.00** | | | **$** | **1,626,387.51** |
| John Hornbeck | HORNBECK, JOHN | Attorney | 1,390.00 | $ | 450.00 | $ | 625,500.00 |
| **John Hornbeck  Total** | | | **1,390.00** | | | **$** | **625,500.00** |
| Johnson & Perkinson | CONWAY, III | Attorney | 478.75 | $ | 400.00 | $ | 191,500.00 |
| Johnson & Perkinson | FREEMAN, ROBIN A. | Attorney | 49.50 | $ | 335.00 | $ | 16,582.50 |
| Johnson & Perkinson | JOHNSON, DENNIS J. | Attorney | 301.50 | $ | 550.00 | $ | 165,825.00 |
| Johnson & Perkinson | MCDOUGALL, PETER J. | Attorney | 14.50 | $ | 350.00 | $ | 5,075.00 |
| Johnson & Perkinson | PERKINSON, JACOB B. | Attorney | 2.50 | $ | 500.00 | $ | 1,250.00 |
| Johnson & Perkinson | PORTER, STACEY K. | Attorney | 0.25 | $ | 325.00 | $ | 81.25 |
| **Johnson & Perkinson  Total** | | | **847.00** | | | **$** | **380,313.75** |
| Jones Verras | GARRISON, EBERHARD | Attorney | 343.25 | $ | 342.97 | $ | 117,724.45 |
| Jones Verras | HUDDELL, KEVIN | Attorney | 49.25 | $ | 342.97 | $ | 16,891.27 |
| Jones Verras | SWANSON, LYNN | Attorney | 334.00 | $ | 342.97 | $ | 114,551.98 |
| Jones Verras | VILLALOBOS, PAUL | Attorney | 115.00 | $ | 342.97 | $ | 39,441.55 |

KS-000038

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Jones Verras  Total | | | 841.50 | | | $ | 288,609.26 |
| Kaiser Firm | KAISER, GRANT | Attorney | 2,589.00 | $ | 559.70 | $ | 1,449,063.30 |
| Kaiser Firm  Total | | | 2,589.00 | | | $ | 1,449,063.30 |
| Kasowitz Benson | ATKIN, JACK | Attorney | 2.00 | $ | 675.00 | $ | 1,350.00 |
| Kasowitz Benson | AU, BEVERLY | Attorney | 289.80 | $ | 390.00 | $ | 113,022.00 |
| Kasowitz Benson | BENOR, MIRIAM A | Attorney | 711.50 | $ | 395.00 | $ | 281,042.50 |
| Kasowitz Benson | BENSON, DANIEL R | Attorney | 19.50 | $ | 950.00 | $ | 18,525.00 |
| Kasowitz Benson | DAVIS, LIBBY SKYE | Attorney | 138.75 | $ | 525.00 | $ | 72,843.75 |
| Kasowitz Benson | DECRISTOFARO, COURTNEY OZER | Attorney | 359.25 | $ | 435.00 | $ | 156,273.75 |
| Kasowitz Benson | FETTERMAN, DANIEL J | Attorney | 707.50 | $ | 800.00 | $ | 566,000.00 |
| Kasowitz Benson | GLEITSMANN, CHRISTINE F | Paralegal | 83.75 | $ | 225.00 | $ | 18,843.75 |
| Kasowitz Benson | GROLLMAN, LAURIN B | Attorney | 39.50 | $ | 550.00 | $ | 21,725.00 |
| Kasowitz Benson | HODGES, ADAM K | Attorney | 280.50 | $ | 195.00 | $ | 54,697.50 |
| Kasowitz Benson | JIMENEZ, CARLOS | Paralegal | 3.25 | $ | 150.00 | $ | 487.50 |
| Kasowitz Benson | JOHNSON, CHRISTOPHER P | Attorney | 196.30 | $ | 785.00 | $ | 154,095.50 |
| Kasowitz Benson | KAPETANOVIC, KATHLEEN S | Attorney | 5.50 | $ | 375.00 | $ | 2,062.50 |
| Kasowitz Benson | KASOWITZ, MARC E | Attorney | 40.50 | $ | 1,000.00 | $ | 40,500.00 |
| Kasowitz Benson | KATZ, IAN | Attorney | 3.75 | $ | 450.00 | $ | 1,687.50 |
| Kasowitz Benson | KING, J. ANTHONY | Attorney | 10.00 | $ | 435.00 | $ | 4,350.00 |
| Kasowitz Benson | LEIVICK, SARA A | Attorney | 2.00 | $ | 320.00 | $ | 640.00 |
| Kasowitz Benson | MAISEL, REBECCA L. | Attorney | 73.75 | $ | 275.00 | $ | 20,281.25 |
| Kasowitz Benson | MCPARLAND, CHRISTOPHER R | Attorney | 96.75 | $ | 395.00 | $ | 38,216.25 |
| Kasowitz Benson | MILLER, MATHEW R | Attorney | 218.50 | $ | 375.00 | $ | 81,937.50 |
| Kasowitz Benson | MILLER, MATTHEW R | Attorney | 118.50 | $ | 342.97 | $ | 40,641.95 |
| Kasowitz Benson | O'SHEA, SEAN | Paralegal | 120.75 | $ | 190.00 | $ | 22,942.50 |
| Kasowitz Benson | ROBERTSON, LYNN M | Paralegal | 30.25 | $ | 195.00 | $ | 5,898.75 |
| Kasowitz Benson | ROSENBLOOM, MICHAEL | Attorney | 25.50 | $ | 675.00 | $ | 17,212.50 |
| Kasowitz Benson | ROSNER, DAVID | Attorney | 9.25 | $ | 875.00 | $ | 8,093.75 |
| Kasowitz Benson | SCHERMAN, SUSAN | Paralegal | 3.00 | $ | 195.00 | $ | 585.00 |
| Kasowitz Benson | SCHRAGE, MITCHELL R | Attorney | 2.50 | $ | 700.00 | $ | 1,750.00 |
| Kasowitz Benson | SCHWARZ, JENNIFER B | Attorney | 2.00 | $ | 450.00 | $ | 900.00 |
| Kasowitz Benson | SILVERMAN, SARI A | Attorney | 61.25 | $ | 365.00 | $ | 22,356.25 |
| Kasowitz Benson | VILLAZOR, RODNEY C | Attorney | 740.05 | $ | 415.00 | $ | 307,120.75 |
| Kasowitz Benson  Total | | | 4,395.40 | | | $ | 2,076,082.70 |
| Keller Rohrback | FARROW, RAYMOND | Attorney | 3.50 | $ | 332.07 | $ | 1,162.25 |

KS-000039

| | | | | | |
|---|---|---|---|---|---|
| Keller Rohrback | GRANT, KATIE | Paralegal | 86.00 | $ 332.07 | $ 28,558.02 |
| Keller Rohrback | GRAY, MEREDITH | Other | 1.50 | $ 332.07 | $ 498.11 |
| Keller Rohrback | GRIFFIN, MARK | Attorney | 84.50 | $ 332.07 | $ 28,059.92 |
| Keller Rohrback | HANSON, AMY | Attorney | 48.75 | $ 332.07 | $ 16,188.41 |
| Keller Rohrback | HILL, JENNIFER | Other | 3.50 | $ 332.07 | $ 1,162.25 |
| Keller Rohrback | KREIGER, DAVID | Paralegal | 1.50 | $ 332.07 | $ 498.11 |
| Keller Rohrback | MONTGOMERY, MARY | Paralegal | 66.25 | $ 332.07 | $ 21,999.64 |
| Keller Rohrback | PINSONEAULT, CHERYL | Paralegal | 5.50 | $ 332.07 | $ 1,826.39 |
| Keller Rohrback | SARKO, LYNN | Attorney | 0.50 | $ 332.07 | $ 166.04 |
| Keller Rohrback | SHANKS, RODNEY | Paralegal | 0.50 | $ 332.07 | $ 166.04 |
| Keller Rohrback | SWAN, LINDA | Other | 19.25 | $ 332.07 | $ 6,392.35 |
| Keller Rohrback | WETHERALD, MARGARET | Attorney | 1.75 | $ 332.07 | $ 581.12 |
| **Keller Rohrback Total** | | | **323.00** | | **$ 107,258.61** |
| Kerpsack | BORROR, KELLY D. | Paralegal | 9.75 | $ 150.00 | $ 1,462.50 |
| Kerpsack | KERPSACK, ROBERT W. | Attorney | 44.75 | $ 390.00 | $ 17,452.50 |
| **Kerpsack Total** | | | **54.50** | | **$ 18,915.00** |
| Kline & Specter | BALEFSKY, LEE B. | Attorney | 2,824.25 | $ 575.00 | $ 1,623,943.75 |
| Kline & Specter | BENNETT, DEBORAH | Other | 106.50 | $ 190.00 | $ 20,235.00 |
| Kline & Specter | BLAS, SHELLY J | Other | 42.00 | $ 190.00 | $ 7,980.00 |
| Kline & Specter | BYRNE, DIANE | Paralegal | 1,335.00 | $ 190.00 | $ 253,650.00 |
| Kline & Specter | CAPUTO, DAVID J. | Attorney | 114.00 | $ 525.00 | $ 59,850.00 |
| Kline & Specter | DAGOSTINO, MD | Attorney | 8,119.25 | $ 540.00 | $ 4,384,395.00 |
| Kline & Specter | ENGLERT, ROBERT | Law Clerk | 1,034.50 | $ 275.00 | $ 284,487.50 |
| Kline & Specter | EVANS, RUBYE | Other | 31.00 | $ 190.00 | $ 5,890.00 |
| Kline & Specter | FALTER, JEAN | Other | 12.00 | $ 190.00 | $ 2,280.00 |
| Kline & Specter | FORTUCCI, LISA K. | Other | 342.50 | $ 190.00 | $ 65,075.00 |
| Kline & Specter | GRASSO, LISA A. | Other | 142.50 | $ 190.00 | $ 27,075.00 |
| Kline & Specter | GRIMMIE, DIANE G. | Paralegal | 3.75 | $ 190.00 | $ 712.50 |
| Kline & Specter | GUERRINI, DOMINIC C. | Attorney | 12.25 | $ 350.00 | $ 4,287.50 |
| Kline & Specter | HAVILAND, JR. | Attorney | 83.25 | $ 550.00 | $ 45,787.50 |
| Kline & Specter | HEINS, KAREN S. | Other | 617.75 | $ 190.00 | $ 117,372.50 |
| Kline & Specter | HOFFMAN, MD | Attorney | 531.00 | $ 600.00 | $ 318,600.00 |
| Kline & Specter | HOVIND, LISA | Other | 32.25 | $ 190.00 | $ 6,127.50 |
| Kline & Specter | HOYNOSKI, III | Attorney | 226.00 | $ 275.00 | $ 62,150.00 |
| Kline & Specter | JACOBS, CHERYL P. | Attorney | 60.50 | $ 500.00 | $ 30,250.00 |

KS-000040

| Kline & Specter | JIMENEZ, MARGARITA | Other | 597.00 | $ | 190.00 | $ | 113,430.00 |
|---|---|---|---|---|---|---|---|
| Kline & Specter | KLINE, THOMAS R. | Attorney | 3,211.75 | $ | 775.00 | $ | 2,489,106.25 |
| Kline & Specter | MATTEO, NICOLE | Other | 11.00 | $ | 190.00 | $ | 2,090.00 |
| Kline & Specter | MATUSOW, DONALD | Attorney | 6.00 | $ | 600.00 | $ | 3,600.00 |
| Kline & Specter | MATUSOW, DONALD E. | Attorney | 35.00 | $ | 332.07 | $ | 11,622.45 |
| Kline & Specter | MCKEOWN, NATALIE | Other | 10.50 | $ | 190.00 | $ | 1,995.00 |
| Kline & Specter | MOLINARI, WILLIAM J. | Attorney | 388.25 | $ | 385.00 | $ | 149,476.25 |
| Kline & Specter | NISIVOCCIA, JUDY A. | Paralegal | 147.75 | $ | 190.00 | $ | 28,072.50 |
| Kline & Specter | OWENS, KATHLEEN | Paralegal | 22.00 | $ | 190.00 | $ | 4,180.00 |
| Kline & Specter | PEARLMAN, JASON | Attorney | 66.50 | $ | 360.00 | $ | 23,940.00 |
| Kline & Specter | PLONA, MATHEW R | Attorney | 209.25 | $ | 332.07 | $ | 69,485.65 |
| Kline & Specter | PLONA, R. MATTHEW | Attorney | 557.25 | $ | 400.00 | $ | 222,900.00 |
| Kline & Specter | ROSENBAUM, MARCIA F | Attorney | 35.00 | $ | 460.00 | $ | 16,100.00 |
| Kline & Specter | RUSSELL, JENNIFER | Attorney | 21.00 | $ | 525.00 | $ | 11,025.00 |
| Kline & Specter | SANBORN, JENNIFER A. | Other | 128.50 | $ | 190.00 | $ | 24,415.00 |
| Kline & Specter | SMITH, ROYCE W. | Attorney | 6.50 | $ | 275.00 | $ | 1,787.50 |
| Kline & Specter | SPECTER, SHANIN | Attorney | 721.00 | $ | 775.00 | $ | 558,775.00 |
| Kline & Specter | SPURKA, KATHLEEN | Paralegal | 1,335.00 | $ | 190.00 | $ | 253,650.00 |
| Kline & Specter | TEMOYAN, LAURA M. | Paralegal | 305.75 | $ | 190.00 | $ | 58,092.50 |
| Kline & Specter | TIGER, MICHELLE L. | Attorney | 577.00 | $ | 550.00 | $ | 317,350.00 |
| Kline & Specter | VELEZ, MAYRA | Other | 1,329.00 | $ | 190.00 | $ | 252,510.00 |
| **Kline & Specter  Total** | | | **25,391.25** | | | **$** | **11,933,751.85** |
| Labaton Sucharow | BENITEZ, N. | Paralegal | 0.50 | $ | 250.00 | $ | 125.00 |
| Labaton Sucharow | BRISKIN, C. | Attorney | 10.50 | $ | 400.00 | $ | 4,200.00 |
| Labaton Sucharow | CABRI, E. | Paralegal | 7.00 | $ | 90.00 | $ | 630.00 |
| Labaton Sucharow | FALK, M. | Attorney | 1.25 | $ | 325.00 | $ | 406.25 |
| Labaton Sucharow | HART, B. | Attorney | 83.25 | $ | 750.00 | $ | 62,437.50 |
| Labaton Sucharow | KRATENSTEIN, A. HALL | Paralegal | 4.00 | $ | 200.00 | $ | 800.00 |
| Labaton Sucharow | MCCLELLAN, K. | Paralegal | 12.25 | $ | 225.00 | $ | 2,756.25 |
| Labaton Sucharow | MCDONALD, C. | Attorney | 59.50 | $ | 600.00 | $ | 35,700.00 |
| Labaton Sucharow | NELSON, K. | Attorney | 50.75 | $ | 325.00 | $ | 16,493.75 |
| Labaton Sucharow | PELINKU, N. | Paralegal | 5.50 | $ | 175.00 | $ | 962.50 |
| Labaton Sucharow | SAFAR, K. | Attorney | 119.75 | $ | 450.00 | $ | 53,887.50 |
| Labaton Sucharow | SALZMAN, H. | Attorney | 1.25 | $ | 650.00 | $ | 812.50 |
| Labaton Sucharow | WEISMAN, M. | Attorney | 4.50 | $ | 250.00 | $ | 1,125.00 |

KS-000041

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Labaton Sucharow | ZELIG, J. | Law Clerk | 29.00 | $ | 195.00 | $ | 5,655.00 |
| **Labaton Sucharow  Total** | | | **389.00** | | | **$** | **185,991.25** |
| Langston | BALDUCCI, TIMOTHY R. | Attorney | 49.25 | $ | 450.00 | $ | 22,162.50 |
| Langston | LANGSTON, JOSEPH C. | Attorney | 102.25 | $ | 550.00 | $ | 56,237.50 |
| Langston | LOTT, CASEY L. | Law Clerk | 200.00 | $ | 125.00 | $ | 25,000.00 |
| Langston | MOSS, TYLER L. | Attorney | 46.00 | $ | 250.00 | $ | 11,500.00 |
| Langston | WISE, JOSH S. | Law Clerk | 200.00 | $ | 125.00 | $ | 25,000.00 |
| **Langston Total** | | | **597.50** | | | **$** | **139,900.00** |
| Lanier | BULLOCK, R CRAIG | Attorney | 15.00 | $ | 325.00 | $ | 4,875.00 |
| Lanier | CAMPBELL, C TAYLOR | Attorney | 222.50 | $ | 325.00 | $ | 72,312.50 |
| Lanier | EGDORF, EUGENE R | Attorney | 78.50 | $ | 300.00 | $ | 23,550.00 |
| Lanier | GREENBERG, ANGELA B | Attorney | 34.50 | $ | 325.00 | $ | 11,212.50 |
| Lanier | GURSKY, MEREDITH P | Attorney | 2,660.00 | $ | 325.00 | $ | 864,500.00 |
| Lanier | HAINES, PATRICK N | Attorney | 106.00 | $ | 450.00 | $ | 47,700.00 |
| Lanier | HARRIS, W CASEY | Attorney | 15.00 | $ | 325.00 | $ | 4,875.00 |
| Lanier | HEGAR, DARA G | Attorney | 4,457.00 | $ | 325.00 | $ | 1,448,525.00 |
| Lanier | HOLLEY, MICHAEL R | Attorney | 69.00 | $ | 300.00 | $ | 20,700.00 |
| Lanier | JANUSH, EVAN M | Attorney | 1,038.00 | $ | 325.00 | $ | 337,350.00 |
| Lanier | KOLB, MAURA C | Attorney | 3,829.00 | $ | 325.00 | $ | 1,244,425.00 |
| Lanier | KUTTLES, DAVID | Attorney | 32.50 | $ | 300.00 | $ | 9,750.00 |
| Lanier | LANIER, W MARK | Attorney | 6,250.00 | $ | 600.00 | $ | 3,750,000.00 |
| Lanier | LEONE, ROBERT E | Attorney | 4,834.00 | $ | 325.00 | $ | 1,571,050.00 |
| Lanier | MEADOW, RICHARD D | Attorney | 4,579.25 | $ | 450.00 | $ | 2,060,662.50 |
| Lanier | PARKER, KEVIN P | Attorney | 149.50 | $ | 300.00 | $ | 44,850.00 |
| Lanier | SANOV, PHILLIP N | Attorney | 1,274.00 | $ | 325.00 | $ | 414,050.00 |
| Lanier | SOH, KEN S | Attorney | 3,930.75 | $ | 325.00 | $ | 1,277,493.75 |
| **Lanier  Total** | | | **33,574.50** | | | **$** | **13,207,881.25** |
| Levin Fishbein | BERMAN, LAURNCE S. | Attorney | 14.25 | $ | 700.00 | $ | 9,975.00 |
| Levin Fishbein | D'ANDREA, PATRICIA | Paralegal | 337.00 | $ | 200.00 | $ | 67,400.00 |
| Levin Fishbein | DUGGAN, SANDRA | Attorney | 1,316.25 | $ | 700.00 | $ | 921,375.00 |
| Levin Fishbein | GAUGHAN, MATTHEW | Attorney | 3,880.50 | $ | 350.00 | $ | 1,358,175.00 |
| Levin Fishbein | HESSON, CHERYL | Paralegal | 336.75 | $ | 200.00 | $ | 67,350.00 |
| Levin Fishbein | LEVIN, ARNOLD | Attorney | 5,345.00 | $ | 850.00 | $ | 4,543,250.00 |
| Levin Fishbein | LEVIN, DANIEL C. | Attorney | 325.50 | $ | 450.00 | $ | 146,475.00 |
| Levin Fishbein | LONGER, FRED S. | Attorney | 4,619.00 | $ | 700.00 | $ | 3,233,300.00 |

KS-000042

| | | | | | | |
|---|---|---|---|---|---|---|
| Levin Fishbein | LORD, MONICA | Paralegal | 30.00 | $ | 200.00 | $ 6,000.00 |
| Levin Fishbein | MOORE-DRIGGERS, ZANETTA | Attorney | 310.00 | $ | 365.00 | $ 113,150.00 |
| Levin Fishbein | MURPHY, DEBBIE | Paralegal | 9.00 | $ | 200.00 | $ 1,800.00 |
| Levin Fishbein | PLANT, SHANNON | Paralegal | 13.50 | $ | 200.00 | $ 2,700.00 |
| Levin Fishbein | REGINELLI, TERRI | Paralegal | 2.50 | $ | 150.00 | $ 375.00 |
| Levin Fishbein | SCHAFFER, CHARLES | Attorney | 56.25 | $ | 550.00 | $ 30,937.50 |
| Levin Fishbein | SHRACK, THOMAS | Other | 285.25 | $ | 275.00 | $ 78,443.75 |
| Levin Fishbein | SMITH, TOM | Other | 5,231.00 | $ | 250.00 | $ 1,307,750.00 |
| Levin Fishbein | SWEENEY, ANNE MARIE | Paralegal | 118.50 | $ | 200.00 | $ 23,700.00 |
| Levin Fishbein | WEINKOWITZ, MICHAEL M. | Attorney | 4,845.00 | $ | 475.00 | $ 2,301,375.00 |
| **Levin Fishbein  Total** | | | **27,075.25** | | | **$ 14,213,531.25** |
| Levin Papantonio | BLANCHARD, ROBERT | Attorney | 31.75 | $ | 650.00 | $ 20,637.50 |
| Levin Papantonio | BLISSARD, BRANDY | Paralegal | 3.50 | $ | 100.00 | $ 350.00 |
| Levin Papantonio | BROUSSARD, KIM | Paralegal | 0.75 | $ | 332.07 | $ 249.05 |
| Levin Papantonio | BUCHANAN, VIRGINIA | Attorney | 85.75 | $ | 650.00 | $ 55,737.50 |
| Levin Papantonio | GILMER, RACHAEL | Attorney | 1,110.50 | $ | 350.00 | $ 388,675.00 |
| Levin Papantonio | KAUFMAN, PETER | Attorney | 3,093.75 | $ | 550.00 | $ 1,701,562.50 |
| Levin Papantonio | LEVIN, FRED | Attorney | 446.75 | $ | 850.00 | $ 379,737.50 |
| Levin Papantonio | MIMS, JEMISON | Attorney | 20.00 | $ | 350.00 | $ 7,000.00 |
| Levin Papantonio | MORAS, JANICE | Other | 13.00 | $ | 150.00 | $ 1,950.00 |
| Levin Papantonio | PAPANTONIO, MICHAEL | Attorney | 195.50 | $ | 850.00 | $ 166,175.00 |
| Levin Papantonio | RAFFERTY, TROY | Attorney | 1,858.50 | $ | 650.00 | $ 1,208,025.00 |
| Levin Papantonio | RASMUSSEN, KRISTIAN | Attorney | 183.50 | $ | 350.00 | $ 64,225.00 |
| Levin Papantonio | SCHULTZ, MATT | Attorney | 62.25 | $ | 400.00 | $ 24,900.00 |
| Levin Papantonio | SIERRA LAMBERT, TAXIE | Paralegal | 6.00 | $ | 100.00 | $ 600.00 |
| Levin Papantonio | SLEVNSKI, AMANDA | Attorney | 14.25 | $ | 332.07 | $ 4,732.00 |
| Levin Papantonio | TANS, MEGHAN | Attorney | 20.50 | $ | 350.00 | $ 7,175.00 |
| Levin Papantonio | TURTLE, LEA | Attorney | 34.50 | $ | 350.00 | $ 12,075.00 |
| Levin Papantonio | VIGODSKY (LUNSFORD), DANA | Paralegal | 1,011.00 | $ | 100.00 | $ 101,100.00 |
| **Levin Papantonio  Total** | | | **8,191.75** | | | **$ 4,144,906.05** |
| Levin Simes | STEIN, STEVEN B | Attorney | 90.00 | $ | 550.00 | $ 49,500.00 |
| **Levin Simes  Total** | | | **90.00** | | | **$ 49,500.00** |
| Lewis & Roberts | BLAKEMORE, WILLIAM J. | Attorney | 290.50 | $ | 200.00 | $ 58,100.00 |
| Lewis & Roberts | DICKINSON, PAUL R. | Attorney | 153.00 | $ | 395.00 | $ 60,435.00 |
| Lewis & Roberts | JOHNSON, BUFFY | Paralegal | 1,035.00 | $ | 100.00 | $ 103,500.00 |

KS-000043

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Lewis & Roberts | KING, BONNIE | Paralegal | 713.00 | $ | 100.00 | $ | 71,300.00 |
| Lewis & Roberts | LAKE, BRIAN D. | Attorney | 102.00 | $ | 395.00 | $ | 40,290.00 |
| Lewis & Roberts | PERRY, MARY ELLEN | Paralegal | 61.50 | $ | 100.00 | $ | 6,150.00 |
| Lewis & Roberts | ROBERTS, JAMES A | Attorney | 12.00 | $ | 395.00 | $ | 4,740.00 |
| Lewis & Roberts | WILSON, KIMBERLY R. | Attorney | 841.00 | $ | 395.00 | $ | 332,195.00 |
| **Lewis & Roberts  Total** | | | **3,208.00** | | | **$** | **676,710.00** |
| Lieff Cabraser | ALAMEDA, SCOTT | Other | 9.75 | $ | 332.07 | $ | 3,237.68 |
| Lieff Cabraser | ANDRUS, LORI | Attorney | 93.75 | $ | 450.00 | $ | 42,187.50 |
| Lieff Cabraser | ANTHONY, RICHARD | Paralegal | 23.50 | $ | 215.00 | $ | 5,052.50 |
| Lieff Cabraser | ARBITBLIT, DONALD | Attorney | 7,116.25 | $ | 700.00 | $ | 4,981,375.00 |
| Lieff Cabraser | BARENBAUM, DANIEL | Attorney | 62.75 | $ | 425.00 | $ | 26,668.75 |
| Lieff Cabraser | BARNETT, KATHRYN | Attorney | 155.75 | $ | 600.00 | $ | 93,450.00 |
| Lieff Cabraser | BEHRMANN, DAWN | Paralegal | 422.50 | $ | 225.00 | $ | 95,062.50 |
| Lieff Cabraser | BERNSTEIN, DAVID | Paralegal | 69.50 | $ | 215.00 | $ | 14,942.50 |
| Lieff Cabraser | BERNSTEIN, MIKAELA | Paralegal | 3.75 | $ | 180.00 | $ | 675.00 |
| Lieff Cabraser | BERNSTEIN, WILLIAM | Attorney | 7.00 | $ | 800.00 | $ | 5,600.00 |
| Lieff Cabraser | CABRASER, ELIZABETH | Attorney | 2,089.75 | $ | 800.00 | $ | 1,671,800.00 |
| Lieff Cabraser | CASTILLO, JESSICA | Paralegal | 1.50 | $ | 155.00 | $ | 232.50 |
| Lieff Cabraser | CHALOS, MARK | Attorney | 237.75 | $ | 390.00 | $ | 92,722.50 |
| Lieff Cabraser | CHAN, LIN | Law Clerk | 9.50 | $ | 230.00 | $ | 2,185.00 |
| Lieff Cabraser | CHIPLOCK, DANIEL | Attorney | 26.50 | $ | 450.00 | $ | 11,925.00 |
| Lieff Cabraser | CODRINGTON, WILL | Law Clerk | 45.00 | $ | 250.00 | $ | 11,250.00 |
| Lieff Cabraser | CRONISE, ELIZABETH | Attorney | 473.50 | $ | 400.00 | $ | 189,400.00 |
| Lieff Cabraser | CROWLEY-DELMAN, CATHERINE | Paralegal | 0.50 | $ | 155.00 | $ | 77.50 |
| Lieff Cabraser | DA VEGA, MATTHEW | Attorney | 1.50 | $ | 360.00 | $ | 540.00 |
| Lieff Cabraser | DAWSON, LINDSEY | Paralegal | 31.25 | $ | 190.00 | $ | 5,937.50 |
| Lieff Cabraser | DE MARIA, ROBERT | Other | 21.75 | $ | 275.00 | $ | 5,981.25 |
| Lieff Cabraser | DEMPSEY, RACHEL | Paralegal | 4.00 | $ | 190.00 | $ | 760.00 |
| Lieff Cabraser | Deputy, Samuel | Paralegal | 5.25 | $ | 225.00 | $ | 1,181.25 |
| Lieff Cabraser | DESAI, NIMISH | Attorney | 12.75 | $ | 305.00 | $ | 3,888.75 |
| Lieff Cabraser | DIAMAND, NICHOLAS | Attorney | 505.75 | $ | 440.00 | $ | 222,530.00 |
| Lieff Cabraser | DISTERHOFT, LNC | Other | 33.25 | $ | 205.00 | $ | 6,816.25 |
| Lieff Cabraser | DO AMARAL, PAULINA | Attorney | 1,295.00 | $ | 500.00 | $ | 647,500.00 |
| Lieff Cabraser | DOLL, WENDY | Other | 133.50 | $ | 180.00 | $ | 24,030.00 |
| Lieff Cabraser | DOWNING, ERIN | Paralegal | 61.00 | $ | 190.00 | $ | 11,590.00 |

KS-000044

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Lieff Cabraser | DUGAR, KIRTI | Paralegal | 125.25 | $ | 325.00 | $ | 40,706.25 |
| Lieff Cabraser | EDEN, LNC | Other | 6.00 | $ | 240.00 | $ | 1,440.00 |
| Lieff Cabraser | EISLER, ROBERT | Attorney | 487.00 | $ | 650.00 | $ | 316,550.00 |
| Lieff Cabraser | ELSHOLZ, ADAM | Other | 114.75 | $ | 180.00 | $ | 20,655.00 |
| Lieff Cabraser | FANGMAN, ESTELA | Paralegal | 12.25 | $ | 225.00 | $ | 2,756.25 |
| Lieff Cabraser | FINEMAN, STEVEN | Attorney | 26.50 | $ | 675.00 | $ | 17,887.50 |
| Lieff Cabraser | FIOL, DAVID | Attorney | 2.00 | $ | 332.07 | $ | 664.14 |
| Lieff Cabraser | FLEISHMAN, WENDY | Attorney | 985.25 | $ | 610.00 | $ | 601,002.50 |
| Lieff Cabraser | FOSTER, HEATHER | Attorney | 94.50 | $ | 475.00 | $ | 44,887.50 |
| Lieff Cabraser | GARRETT, NATHANIEL | Law Clerk | 12.00 | $ | 230.00 | $ | 2,760.00 |
| Lieff Cabraser | GERISBON, HECTOR | Attorney | 112.75 | $ | 450.00 | $ | 50,737.50 |
| Lieff Cabraser | GLENN, CONSTANCE | Paralegal | 10.00 | $ | 205.00 | $ | 2,050.00 |
| Lieff Cabraser | GLICK, JASON | Paralegal | 7.25 | $ | 215.00 | $ | 1,558.75 |
| Lieff Cabraser | GOLD, DAVID | Attorney | 2.00 | $ | 395.00 | $ | 790.00 |
| Lieff Cabraser | Grant, Anthony | Other | 11.00 | $ | 260.00 | $ | 2,860.00 |
| Lieff Cabraser | GROSS, JENNIFER | Attorney | 3,965.50 | $ | 425.00 | $ | 1,685,337.50 |
| Lieff Cabraser | HAMILTON, SUZANNE | Paralegal | 7.75 | $ | 215.00 | $ | 1,666.25 |
| Lieff Cabraser | HART, FELECIA | Other | 6.50 | $ | 240.00 | $ | 1,560.00 |
| Lieff Cabraser | HARTNETT, MEREDITH | Paralegal | 20.75 | $ | 155.00 | $ | 3,216.25 |
| Lieff Cabraser | HEIMANN, RICHARD | Attorney | 49.25 | $ | 800.00 | $ | 39,400.00 |
| Lieff Cabraser | HIMMELSTEIN, BARRY | Attorney | 2.75 | $ | 625.00 | $ | 1,718.75 |
| Lieff Cabraser | HUGHES, PH.D. | Other | 84.50 | $ | 205.00 | $ | 17,322.50 |
| Lieff Cabraser | HUGO, RALPH | Other | 10.50 | $ | 240.00 | $ | 2,520.00 |
| Lieff Cabraser | INJIJIAN, SUSIE | Attorney | 7.25 | $ | 600.00 | $ | 4,350.00 |
| Lieff Cabraser | JACKSON, TIFFANY | Paralegal | 26.50 | $ | 215.00 | $ | 5,697.50 |
| Lieff Cabraser | JENKIN, LNC | Other | 1.00 | $ | 240.00 | $ | 240.00 |
| Lieff Cabraser | KEITNER, CHIMENE | Attorney | 116.50 | $ | 340.00 | $ | 39,610.00 |
| Lieff Cabraser | KETCHAM, BRIAN | Law Clerk | 25.75 | $ | 250.00 | $ | 6,437.50 |
| Lieff Cabraser | KLAUDT, KENT | Attorney | 99.75 | $ | 475.00 | $ | 47,381.25 |
| Lieff Cabraser | KRAMER, KARIN | Attorney | 137.00 | $ | 600.00 | $ | 82,200.00 |
| Lieff Cabraser | KRIYA KHALSA, SAT | Other | 125.75 | $ | 240.00 | $ | 30,180.00 |
| Lieff Cabraser | KRUSE, JOY | Attorney | 13.25 | $ | 625.00 | $ | 8,281.25 |
| Lieff Cabraser | KRUSE, JULIETTE | Other | 76.25 | $ | 240.00 | $ | 18,300.00 |
| Lieff Cabraser | LAIS, JEFFREY | Paralegal | 22.50 | $ | 190.00 | $ | 4,275.00 |
| Lieff Cabraser | LEUNG, CHRISTOPHER | Attorney | 5.00 | $ | 360.00 | $ | 1,800.00 |

**KS-000045**

| Lieff Cabraser | LEVEY, ERICA | Paralegal | 2.50 | $ | 180.00 | $ | 450.00 |
|---|---|---|---|---|---|---|---|
| Lieff Cabraser | LEWIS, GREGORY | Paralegal | 1.50 | $ | 210.00 | $ | 315.00 |
| Lieff Cabraser | LIEFF, ROBERT | Attorney | 15.00 | $ | 750.00 | $ | 11,250.00 |
| Lieff Cabraser | LIGHT, ANTHONY | Paralegal | 44.50 | $ | 205.00 | $ | 9,122.50 |
| Lieff Cabraser | London, Sarah | Attorney | 714.75 | $ | 300.00 | $ | 214,425.00 |
| Lieff Cabraser | LUO, TAMMY | Paralegal | 22.50 | $ | 115.00 | $ | 2,587.50 |
| Lieff Cabraser | MARIVELES, PAUL | Other | 299.00 | $ | 240.00 | $ | 71,760.00 |
| Lieff Cabraser | MARKOVICH, MAYA | Attorney | 15.50 | $ | 350.00 | $ | 5,425.00 |
| Lieff Cabraser | MARTIN, ANNIKA | Attorney | 328.50 | $ | 360.00 | $ | 118,260.00 |
| Lieff Cabraser | MATHENY, MELISSA | Paralegal | 1.25 | $ | 215.00 | $ | 268.75 |
| Lieff Cabraser | MENARD, NICOLAS | Paralegal | 0.25 | $ | 205.00 | $ | 51.25 |
| Lieff Cabraser | METETTE-POLANCO, MILADY | Paralegal | 1.00 | $ | 180.00 | $ | 180.00 |
| Lieff Cabraser | MITCHELL, JEROME | Attorney | 665.25 | $ | 350.00 | $ | 232,837.50 |
| Lieff Cabraser | MOTTERSHEAD, HAZEL | Paralegal | 19.00 | $ | 225.00 | $ | 4,275.00 |
| Lieff Cabraser | MUGRAGE, MAJOR | Other | 36.50 | $ | 240.00 | $ | 8,760.00 |
| Lieff Cabraser | MUKHERJI, RENEE | Other | 58.75 | $ | 190.00 | $ | 11,162.50 |
| Lieff Cabraser | NELSON, ROBERT | Attorney | 1.50 | $ | 675.00 | $ | 1,012.50 |
| Lieff Cabraser | OSTREM, KOA | Paralegal | 7.25 | $ | 180.00 | $ | 1,305.00 |
| Lieff Cabraser | PARISO, CHRIS | Other | 84.50 | $ | 205.00 | $ | 17,322.50 |
| Lieff Cabraser | PARKER, BRENDA | Paralegal | 5.25 | $ | 225.00 | $ | 1,181.25 |
| Lieff Cabraser | POATE, REBECCA | Attorney | 173.25 | $ | 360.00 | $ | 62,370.00 |
| Lieff Cabraser | PORTER, JESSICA | Paralegal | 30.00 | $ | 190.00 | $ | 5,700.00 |
| Lieff Cabraser | PUSHINSKY, MATTHEW | Paralegal | 41.50 | $ | 115.00 | $ | 4,772.50 |
| Lieff Cabraser | RAINVILLE, NICOLE | Paralegal | 3.00 | $ | 180.00 | $ | 540.00 |
| Lieff Cabraser | RANAHAN, DARIN | Paralegal | 2.50 | $ | 155.00 | $ | 387.50 |
| Lieff Cabraser | RATNER, MORRIS | Attorney | 1.00 | $ | 575.00 | $ | 575.00 |
| Lieff Cabraser | REID, DANIEL | Paralegal | 2.50 | $ | 190.00 | $ | 475.00 |
| Lieff Cabraser | RIMLAND, MARISSA | Paralegal | 50.00 | $ | 190.00 | $ | 9,500.00 |
| Lieff Cabraser | Rodas, Evelyn | Paralegal | 40.50 | $ | 225.00 | $ | 9,112.50 |
| Lieff Cabraser | ROSE, DANIEL | Attorney | 1.50 | $ | 400.00 | $ | 600.00 |
| Lieff Cabraser | RUDDY, LAURA | Other | 4.00 | $ | 240.00 | $ | 960.00 |
| Lieff Cabraser | RUDNICK, JENNIFER | Paralegal | 8.25 | $ | 205.00 | $ | 1,691.25 |
| Lieff Cabraser | SACKETT, PATRICIA | Paralegal | 6.50 | $ | 240.00 | $ | 1,560.00 |
| Lieff Cabraser | SCHENKER, ANNA | Paralegal | 4.00 | $ | 155.00 | $ | 620.00 |
| Lieff Cabraser | SCHUMAN, DAN | Paralegal | 812.25 | $ | 215.00 | $ | 174,633.75 |

KS-000046

| Firm | Name | Role | Hours | Rate | Total |
|------|------|------|------:|------:|------:|
| Lieff Cabraser | SEN, LNC | Other | 6.25 | $ 205.00 | $ 1,281.25 |
| Lieff Cabraser | SHAVER, ANN | Attorney | 6.00 | $ 385.00 | $ 2,310.00 |
| Lieff Cabraser | SHAWN, ERIK | Attorney | 5.25 | $ 400.00 | $ 2,100.00 |
| Lieff Cabraser | SHERMAN, MONIQUE | Paralegal | 0.75 | $ 155.00 | $ 116.25 |
| Lieff Cabraser | SIEGEL, BENJAMIN | Law Clerk | 81.50 | $ 230.00 | $ 18,745.00 |
| Lieff Cabraser | Silverfeild, Morry | Paralegal | 0.50 | $ 235.00 | $ 117.50 |
| Lieff Cabraser | STICH, THELMA | Paralegal | 2.25 | $ 205.00 | $ 461.25 |
| Lieff Cabraser | STRAHNOY, DAVID | Attorney | 276.00 | $ 350.00 | $ 96,600.00 |
| Lieff Cabraser | Sullivan, Meagan | Paralegal | 279.50 | $ 235.00 | $ 65,682.50 |
| Lieff Cabraser | SULLIVAN-PASKETT, LNC | Other | 0.25 | $ 240.00 | $ 60.00 |
| Lieff Cabraser | SWERDLOW, STEVE | Attorney | 1.00 | $ 332.07 | $ 332.07 |
| Lieff Cabraser | TEXIER, RICHARD | Paralegal | 170.00 | $ 225.00 | $ 38,250.00 |
| Lieff Cabraser | THOMPSON, SUZANNE | Paralegal | 100.00 | $ 156.44 | $ 15,644.00 |
| Lieff Cabraser | TORRES, NATHANIEL | Law Clerk | 29.75 | $ 230.00 | $ 6,842.50 |
| Lieff Cabraser | VITA, EMANUEL | Paralegal | 2.50 | $ 145.00 | $ 362.50 |
| Lieff Cabraser | WALBURG, TODD | Attorney | 8.75 | $ 435.00 | $ 3,806.25 |
| Lieff Cabraser | WILSON, CYNTHIA | Other | 29.50 | $ 205.00 | $ 6,047.50 |
| **Lieff Cabraser Total** | | | **24,270.75** | | **$ 12,531,605.39** |
| Lockridge Grindal | ARTMANN, TINZING S. | Paralegal | 272.00 | $ 130.00 | $ 35,360.00 |
| Lockridge Grindal | BLACK, BERT | Attorney | 3,690.25 | $ 600.00 | $ 2,214,150.00 |
| Lockridge Grindal | FLAHERTY, YVONNE M. | Attorney | 15.75 | $ 425.00 | $ 6,693.75 |
| Lockridge Grindal | GALLAHER, HARRY E. | Attorney | 0.25 | $ 475.00 | $ 118.75 |
| Lockridge Grindal | HANSON, KRISTEN L. | Paralegal | 74.00 | $ 130.00 | $ 9,620.00 |
| Lockridge Grindal | KELLY, KATHY | Other | 1.25 | $ 85.00 | $ 106.25 |
| Lockridge Grindal | LEROY, KELLY J. | Paralegal | 72.25 | $ 175.00 | $ 12,643.75 |
| Lockridge Grindal | LOCKRIDGE, RICHARD A. | Attorney | 19.50 | $ 600.00 | $ 11,700.00 |
| Lockridge Grindal | MEYER, GREG | Attorney | 2.00 | $ 400.00 | $ 800.00 |
| Lockridge Grindal | MINETTE, HENRY | Attorney | 27.75 | $ 475.00 | $ 13,181.25 |
| Lockridge Grindal | ODETTE, ELIZABETH | Attorney | 502.00 | $ 325.00 | $ 163,150.00 |
| Lockridge Grindal | SCHAFER, MATT | Law Clerk | 1.00 | $ 150.00 | $ 150.00 |
| Lockridge Grindal | SHELQUIST, ROBERT K. | Attorney | 17.75 | $ 500.00 | $ 8,875.00 |
| Lockridge Grindal | WHITENER, ROBERT | Law Clerk | 16.25 | $ 160.00 | $ 2,600.00 |
| Lockridge Grindal | WILLIAMS, BRIAN | Law Clerk | 0.50 | $ 175.00 | $ 87.50 |
| **Lockridge Grindal Total** | | | **4,712.50** | | **$ 2,479,236.25** |
| Locks Law Firm | EDWARDS, JILL E | Paralegal | 511.00 | $ 175.00 | $ 89,425.00 |

KS-000047

| Firm | Name | Role | Hours | Rate | Total |
|------|------|------|-------|------|-------|
| Locks Law Firm | FRIEDRICHS, KARL | Attorney | 7.00 | $ 375.00 | $ 2,625.00 |
| Locks Law Firm | GALPERN, MICHAEL A. | Attorney | 1,820.00 | $ 475.00 | $ 864,500.00 |
| Locks Law Firm | KLIMCZUK, CHRISTINE | Attorney | 88.00 | $ 200.00 | $ 17,600.00 |
| Locks Law Firm | KNOWLTON, STEVEN P | Attorney | 2,870.25 | $ 550.00 | $ 1,578,637.50 |
| Locks Law Firm | LOCKS, GENE | Attorney | 407.75 | $ 850.00 | $ 346,587.50 |
| Locks Law Firm | MANGINI, ROSE | Paralegal | 77.50 | $ 156.44 | $ 12,124.10 |
| Locks Law Firm | MARCUS, LISA | Paralegal | 137.50 | $ 156.44 | $ 21,510.50 |
| Locks Law Firm | PETTIT, JAMES J. | Attorney | 2,617.50 | $ 550.00 | $ 1,439,625.00 |
| Locks Law Firm | SAYLOR, MAUREEN | Paralegal | 25.00 | $ 156.44 | $ 3,911.00 |
| Locks Law Firm | SCOLL, BARBARA | Paralegal | 71.75 | $ 156.44 | $ 11,224.57 |
| Locks Law Firm | SICONOLFI, MICHELE A. | Paralegal | 232.25 | $ 156.44 | $ 36,333.19 |
| Locks Law Firm | TROAST, JENNIFER E | Attorney | 16.00 | $ 300.00 | $ 4,800.00 |
| **Locks Law Firm Total** | | | **8,881.50** | | **$ 4,428,903.36** |
| Lopez Hodes | CRAWFORD, MARK | Attorney | 549.25 | $ 450.00 | $ 247,162.50 |
| Lopez Hodes | GARBER, CYNTHIA | Attorney | 746.00 | $ 400.00 | $ 298,400.00 |
| Lopez Hodes | RESTAINO, JOHN | Attorney | 2,963.50 | $ 450.00 | $ 1,333,575.00 |
| Lopez Hodes | SKIKOS, STEVEN | Attorney | 845.50 | $ 450.00 | $ 380,475.00 |
| **Lopez Hodes Total** | | | **5,104.25** | | **$ 2,259,612.50** |
| Lundy & Davis | LUNDY, MATTHEW | Attorney | 153.50 | $ 400.00 | $ 61,400.00 |
| Lundy & Davis | PECKHAM, CHARLES | Attorney | 60.00 | $ 325.00 | $ 19,500.00 |
| Lundy & Davis | QUINN, WILLIAM | Attorney | 26.00 | $ 325.00 | $ 8,450.00 |
| Lundy & Davis | STANFIELD, KAREN | Paralegal | 0.50 | $ 150.00 | $ 75.00 |
| Lundy & Davis | STEWART, LISA | Attorney | 310.00 | $ 250.00 | $ 77,500.00 |
| **Lundy & Davis Total** | | | **550.00** | | **$ 166,925.00** |
| Martin & Jones | BALESTRIERI, PATRICK F | Attorney | 170.50 | $ 295.00 | $ 50,297.50 |
| Martin & Jones | BRUNSON, LOUISE W | Paralegal | 309.75 | $ 195.00 | $ 60,401.25 |
| Martin & Jones | HORNE, FOREST H | Attorney | 458.75 | $ 495.00 | $ 227,081.25 |
| Martin & Jones | HUDSON, NICOLE R | Paralegal | 46.50 | $ 150.00 | $ 6,975.00 |
| Martin & Jones | LEAKE, LESLIE A | Paralegal | 95.25 | $ 195.00 | $ 18,573.75 |
| Martin & Jones | MARTIN, GREGORY M | Attorney | 38.75 | $ 495.00 | $ 19,181.25 |
| Martin & Jones | RAMEY, MARTIN A | Attorney | 265.00 | $ 295.00 | $ 78,175.00 |
| Martin & Jones | SPEER, NANCY B | Paralegal | 139.25 | $ 195.00 | $ 27,153.75 |
| Martin & Jones | TALBERT, SUSAN J | Paralegal | 16.25 | $ 150.00 | $ 2,437.50 |
| Martin & Jones | TRASK, ALLEN | Law Clerk | 403.00 | $ 95.00 | $ 38,285.00 |
| **Martin & Jones Total** | | | **1,943.00** | | **$ 528,561.25** |

KS-000048

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Matthews & Associates | CAPILONGO, CANDACE | Paralegal | 55.50 | $ | 90.00 | $ | 4,995.00 |
| Matthews & Associates | GOFF, ANITA | Paralegal | 332.00 | $ | 90.00 | $ | 29,880.00 |
| Matthews & Associates | LINDSEY, CINDY | Other | 1,398.25 | $ | 80.00 | $ | 111,860.00 |
| Matthews & Associates | MATTHEWS, DAVID | Attorney | 1,368.00 | $ | 375.00 | $ | 513,000.00 |
| Matthews & Associates | NAPIER, JO ANN | Other | 2,917.00 | $ | 100.00 | $ | 291,700.00 |
| Matthews & Associates | NIELSEN, LINDA | Paralegal | 71.00 | $ | 90.00 | $ | 6,390.00 |
| Matthews & Associates | RHOADES, JULIE | Attorney | 423.50 | $ | 350.00 | $ | 148,225.00 |
| Matthews & Associates | ROESCH, ALAN | Other | 1,477.50 | $ | 100.00 | $ | 147,750.00 |
| Matthews & Associates | WAIT, JEB | Attorney | 512.25 | $ | 332.07 | $ | 170,102.86 |
| Matthews & Associates | WEBSTER, JASON | Attorney | 2,113.50 | $ | 300.00 | $ | 634,050.00 |
| **Matthews & Associates  Total** | | | **10,668.50** | | | **$** | **2,057,952.86** |
| Mithoff Law Firm | ALEXANDER, JOSEPH R | Attorney | 16.00 | $ | 332.07 | $ | 5,313.12 |
| **Mithoff Law Firm  Total** | | | **16.00** | | | **$** | **5,313.12** |
| Morelli Ratner | DIPRETA, LAURIE | Attorney | 56.50 | $ | 450.00 | $ | 25,425.00 |
| Morelli Ratner | MANIATIS, VICTORIA | Attorney | 4.25 | $ | 450.00 | $ | 1,912.50 |
| Morelli Ratner | MORELLI, BENEDICT | Attorney | 1,238.00 | $ | 750.00 | $ | 928,500.00 |
| Morelli Ratner | RATNER, DAVID | Attorney | 154.75 | $ | 750.00 | $ | 116,062.50 |
| Morelli Ratner | SADAKA, MARK | Attorney | 60.75 | $ | 375.00 | $ | 22,781.25 |
| Morelli Ratner | SALMON, ARTHUR | Attorney | 319.25 | $ | 650.00 | $ | 207,512.50 |
| **Morelli Ratner  Total** | | | **1,833.50** | | | **$** | **1,302,193.75** |
| Motley Rice | FINKELSTEIN, CONNIE | Paralegal | 184.00 | $ | 200.00 | $ | 36,800.00 |
| Motley Rice | HAWKINS, JUNE | Paralegal | 504.00 | $ | 200.00 | $ | 100,800.00 |
| Motley Rice | LEVENTIS, HENRY | Attorney | 156.00 | $ | 400.00 | $ | 62,400.00 |
| Motley Rice | LITTLEJOHN, JOSH | Paralegal | 1,294.00 | $ | 200.00 | $ | 258,800.00 |
| Motley Rice | MATUSZ, MEAGAN | Paralegal | 8.00 | $ | 200.00 | $ | 1,600.00 |
| Motley Rice | MIGLIORI, DON | Attorney | 96.00 | $ | 750.00 | $ | 72,000.00 |
| Motley Rice | RITTER, ANN | Attorney | 76.75 | $ | 750.00 | $ | 57,562.50 |
| Motley Rice | SCOTT, CARMEN | Attorney | 463.00 | $ | 500.00 | $ | 231,500.00 |
| Motley Rice | TAYLOR, LISA | Paralegal | 18.75 | $ | 200.00 | $ | 3,750.00 |
| Motley Rice | THOMPSON, FRED | Attorney | 489.00 | $ | 750.00 | $ | 366,750.00 |
| **Motley Rice  Total** | | | **3,289.50** | | | **$** | **1,191,962.50** |
| Murray | BLOOM, JUSTIN | Attorney | 1,381.25 | $ | 266.54 | $ | 368,158.38 |
| Murray | DILIBERTO, ROBERT | Attorney | 119.25 | $ | 419.85 | $ | 50,067.11 |
| Murray | HAYES, JESSICA | Attorney | 56.75 | $ | 332.07 | $ | 18,844.97 |
| Murray | IMPATATO, DOMINICK | Attorney | 25.75 | $ | 267.94 | $ | 6,899.46 |

**KS-000049**

| | | | | | | |
|---|---|---|---|---|---|---|
| Murray | JACOBS, JULIE | Attorney | 169.25 | $ | 419.85 | $ 71,059.61 |
| Murray | KIRIN, DAMON | Attorney | 51.50 | $ | 332.07 | $ 17,101.61 |
| Murray | LEMOINE, GANO | Attorney | 1.75 | $ | 419.85 | $ 734.74 |
| Murray | MURRAY, JAMES A. | Attorney | 214.00 | $ | 267.94 | $ 57,339.16 |
| Murray | MURRAY, JR. | Attorney | 57.50 | $ | 419.85 | $ 24,141.38 |
| Murray | MURRAY, STEPHEN B. | Attorney | 126.50 | $ | 559.70 | $ 70,802.05 |
| **Murray  Total** | | | **2,203.50** | | | **$ 685,148.46** |
| Neblett Beard & Arsenault | ARSENAULT, RICHARD J. | Attorney | 2,657.00 | $ | 500.00 | $ 1,328,500.00 |
| Neblett Beard & Arsenault | BOLLINGER, C. MICHAEL | Attorney | 91.50 | $ | 450.00 | $ 41,175.00 |
| Neblett Beard & Arsenault | BREININ, MICHAEL | Attorney | 784.50 | $ | 235.20 | $ 184,514.40 |
| Neblett Beard & Arsenault | DOYLE, JANET | Paralegal | 1.25 | $ | 75.00 | $ 93.75 |
| Neblett Beard & Arsenault | LAMARCHE, HOLLY | Attorney | 702.00 | $ | 235.20 | $ 165,110.40 |
| Neblett Beard & Arsenault | LORENZ, MARY | Attorney | 694.00 | $ | 235.20 | $ 163,228.80 |
| Neblett Beard & Arsenault | MITCHELL, BARBARA | Paralegal | 1.00 | $ | 65.00 | $ 65.00 |
| Neblett Beard & Arsenault | MONK, REBECCA L. | Paralegal | 56.00 | $ | 75.00 | $ 4,200.00 |
| Neblett Beard & Arsenault | OVERTON, JEAN PAUL | Attorney | 699.50 | $ | 400.00 | $ 279,800.00 |
| Neblett Beard & Arsenault | OXENHANDLER, JANE | Paralegal | 141.50 | $ | 75.00 | $ 10,612.50 |
| Neblett Beard & Arsenault | PARKER, MARGARET | Attorney | 322.75 | $ | 235.20 | $ 75,910.80 |
| Neblett Beard & Arsenault | PERCY, WILLIAM | Attorney | 425.75 | $ | 235.20 | $ 100,136.40 |
| Neblett Beard & Arsenault | RACHAL, STEVEN M. | Attorney | 616.75 | $ | 400.00 | $ 246,700.00 |
| Neblett Beard & Arsenault | SANDERSON, DARLA | Attorney | 66.00 | $ | 235.20 | $ 15,523.20 |
| Neblett Beard & Arsenault | USSERY, NATHANIEL | Other | 13.00 | $ | 125.00 | $ 1,625.00 |
| Neblett Beard & Arsenault | WHALEY, J.R. | Attorney | 57.25 | $ | 400.00 | $ 22,900.00 |
| Neblett Beard & Arsenault | WRIGHT, SUZANNE J. | Attorney | 59.75 | $ | 400.00 | $ 23,900.00 |
| **Neblett Beard & Arsenault  Total** | | | **7,389.50** | | | **$ 2,663,995.25** |
| Panish Shea | BOYLE, KEVIN | Attorney | 256.00 | $ | 400.00 | $ 102,400.00 |
| Panish Shea | CHANG, DEBORAH | Attorney | 563.50 | $ | 500.00 | $ 281,750.00 |
| Panish Shea | DESIMONE, CAMILLA | Other | 39.00 | $ | 200.00 | $ 7,800.00 |
| Panish Shea | FISHELMAN, BRUCE C. | Attorney | 1,403.25 | $ | 500.00 | $ 701,625.00 |
| Panish Shea | HATTER, HELAINE | Attorney | 19.50 | $ | 200.00 | $ 3,900.00 |
| Panish Shea | MORRISON, LISA | Paralegal | 354.25 | $ | 100.00 | $ 35,425.00 |
| Panish Shea | PANISH, BRIAN J. | Attorney | 1,116.50 | $ | 750.00 | $ 837,375.00 |
| Panish Shea | ROWL, VERONICA | Paralegal | 223.75 | $ | 80.00 | $ 17,900.00 |
| **Panish Shea  Total** | | | **3,975.75** | | | **$ 1,988,175.00** |
| Price Waicukauski | AMOS, ERIN | Paralegal | 13.25 | $ | 120.00 | $ 1,590.00 |

KS-000050

| | | | | | | |
|---|---|---|---|---|---|---|
| Price Waicukauski | BODNAR, CHRISTIE | Law Clerk | 10.50 | $ 110.00 | $ | 1,155.00 |
| Price Waicukauski | CAVOSIE, KAREN | Paralegal | 54.50 | $ 135.00 | $ | 7,357.50 |
| Price Waicukauski | DEBROTA, AMY | Attorney | 6.25 | $ 275.00 | $ | 1,718.75 |
| Price Waicukauski | HAWKINS, GABE | Attorney | 4.00 | $ 200.00 | $ | 800.00 |
| Price Waicukauski | KENDALL, JAMIE SWEENEY | Attorney | 157.75 | $ 200.00 | $ | 31,550.00 |
| Price Waicukauski | MOELLER, CHRISTOPHER | Law Clerk | 145.50 | $ 200.00 | $ | 29,100.00 |
| Price Waicukauski | NEMETH, CAROL | Attorney | 19.50 | $ 300.00 | $ | 5,850.00 |
| Price Waicukauski | PRICE, HENRY | Attorney | 106.25 | $ 490.00 | $ | 52,062.50 |
| Price Waicukauski | RILEY, WILLIAM | Attorney | 232.00 | $ 400.00 | $ | 92,800.00 |
| Price Waicukauski | STRAIN, JANA | Attorney | 5.75 | $ 300.00 | $ | 1,725.00 |
| Price Waicukauski | WILLIAMS, JOE | Attorney | 0.75 | $ 200.00 | $ | 150.00 |
| **Price Waicukauski Total** | | | **756.00** | | **$** | **225,858.75** |
| Provost Umphrey | BROWN, DARREN | Attorney | 262.25 | $ 492.32 | $ | 129,110.92 |
| Provost Umphrey | UMPHREY, WALTER | Attorney | 12.00 | $ 332.07 | $ | 3,984.84 |
| **Provost Umphrey Total** | | | **274.25** | | **$** | **133,095.76** |
| Ranier Gayle | DYESS, LARRY | Attorney | 214.00 | $ 508.33 | $ | 108,782.62 |
| Ranier Gayle | ELLIOT, FRANK | Attorney | 127.00 | $ 595.76 | $ | 75,661.52 |
| Ranier Gayle | ELLISON, JOHN | Attorney | 39.50 | $ 595.76 | $ | 23,532.52 |
| Ranier Gayle | GAYLE, TOM | Attorney | 0.25 | $ 595.76 | $ | 148.94 |
| Ranier Gayle | HARTLEY, LESLI | Paralegal | 3.50 | $ 156.44 | $ | 547.54 |
| Ranier Gayle | HILL, ANDY | Attorney | 99.00 | $ 419.85 | $ | 41,565.15 |
| Ranier Gayle | ICKLONE, MICHELLE | Paralegal | 217.50 | $ 156.44 | $ | 34,025.70 |
| Ranier Gayle | KEARNEY, SARAH | Attorney | 266.75 | $ 419.85 | $ | 111,994.99 |
| Ranier Gayle | MCCHRISTIAN, KAYREN | Paralegal | 34.25 | $ 156.44 | $ | 5,358.07 |
| Ranier Gayle | POWERS, BRETT | Attorney | 1,367.75 | $ 419.85 | $ | 574,249.84 |
| Ranier Gayle | RANIER, DREW | Attorney | 3,203.00 | $ 559.70 | $ | 1,792,719.10 |
| **Ranier Gayle Total** | | | **5,572.50** | | **$** | **2,768,585.99** |
| Rebecca A. Cunard | CUNARD, REBECCA A. | Attorney | 658.00 | $ 332.07 | $ | 218,502.06 |
| Rebecca A. Cunard | HEARN, ETTA KAY | Attorney | 212.50 | $ 332.07 | $ | 70,564.88 |
| Rebecca A. Cunard | REITANO, CHRISTINE | Attorney | 468.00 | $ 332.07 | $ | 155,408.76 |
| Rebecca A. Cunard | RYLAND, SONYA | Attorney | 1,452.25 | $ 332.07 | $ | 482,248.66 |
| **Rebecca A. Cunard Total** | | | **2,790.75** | | **$** | **926,724.35** |
| Richardson Patrick | BURKE, BETH | Attorney | 111.50 | $ 332.07 | $ | 37,025.81 |
| **Richardson Patrick Total** | | | **111.50** | | **$** | **37,025.81** |
| Robert J. DeBry | MISMASH, NANCY | Attorney | 31.00 | $ 250.00 | $ | 7,750.00 |

KS-000051

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Robert J. DeBry  Total** | | | **31.00** | | | **$** | **7,750.00** |
| Robert M. Becnel | BECNEL, ROBERT M. | Attorney | 20.75 | $ | 250.00 | $ | 5,187.50 |
| Robert M. Becnel | GANT, MONICA | Attorney | 881.00 | $ | 19.00 | $ | 16,739.00 |
| Robert M. Becnel | ZINK, DIANE K. | Attorney | 22.50 | $ | 250.00 | $ | 5,625.00 |
| **Robert M. Becnel  Total** | | | **924.25** | | | **$** | **27,551.50** |
| Robins Kaplan | JAYCOX, KATE | Attorney | 282.00 | $ | 270.00 | $ | 76,140.00 |
| Robins Kaplan | LESLIE, TANYA | Paralegal | 1.50 | $ | 140.00 | $ | 210.00 |
| Robins Kaplan | MOCCIO, VINCENT | Attorney | 41.00 | $ | 400.00 | $ | 16,400.00 |
| Robins Kaplan | NAROTZSKY, NICOLE | Attorney | 92.50 | $ | 235.00 | $ | 21,737.50 |
| Robins Kaplan | PETERS, DOUG | Attorney | 68.50 | $ | 225.00 | $ | 15,412.50 |
| Robins Kaplan | SUTTON, TARA | Attorney | 554.50 | $ | 425.00 | $ | 235,662.50 |
| Robins Kaplan | TOEPFER, DAVID | Attorney | 851.75 | $ | 315.00 | $ | 268,301.25 |
| Robins Kaplan | WALBURN, ROBERTA | Attorney | 9.25 | $ | 500.00 | $ | 4,625.00 |
| Robins Kaplan | WILSON, GARY | Attorney | 439.25 | $ | 400.00 | $ | 175,700.00 |
| Robins Kaplan | ZIMMERMAN, GENEVIEVE | Attorney | 60.50 | $ | 285.00 | $ | 17,242.50 |
| **Robins Kaplan  Total** | | | **2,400.75** | | | **$** | **831,431.25** |
| Robinson Calcagnie | BAKER, LINDA | Paralegal | 53.50 | $ | 75.00 | $ | 4,012.50 |
| Robinson Calcagnie | CALCAGNIE, KEVIN F. | Attorney | 2,113.75 | $ | 700.00 | $ | 1,479,625.00 |
| Robinson Calcagnie | CARVALHO, SOMNI | Paralegal | 51.75 | $ | 75.00 | $ | 3,881.25 |
| Robinson Calcagnie | GARBER, CYNTHIA | Attorney | 572.50 | $ | 400.00 | $ | 229,000.00 |
| Robinson Calcagnie | GEORGE, TIMOTHY | Paralegal | 26.50 | $ | 150.00 | $ | 3,975.00 |
| Robinson Calcagnie | HOSEA, DONNA | Paralegal | 736.50 | $ | 125.00 | $ | 92,062.50 |
| Robinson Calcagnie | KARAVATOS, KAREN | Attorney | 151.00 | $ | 400.00 | $ | 60,400.00 |
| Robinson Calcagnie | LUKEI, SHANNON | Attorney | 574.25 | $ | 400.00 | $ | 229,700.00 |
| Robinson Calcagnie | MOEN, LIN | Paralegal | 215.00 | $ | 125.00 | $ | 26,875.00 |
| Robinson Calcagnie | MYER, ALEXIS | Attorney | 3,334.25 | $ | 400.00 | $ | 1,333,700.00 |
| Robinson Calcagnie | O'BRIEN, MOLLY | Attorney | 1,054.25 | $ | 225.00 | $ | 237,206.25 |
| Robinson Calcagnie | PERKINS, DARLEEN | Paralegal | 274.25 | $ | 75.00 | $ | 20,568.75 |
| Robinson Calcagnie | PRIETTO, CARLOS | Attorney | 1,164.50 | $ | 500.00 | $ | 582,250.00 |
| Robinson Calcagnie | ROBINSON, JR. | Attorney | 2,963.25 | $ | 800.00 | $ | 2,370,600.00 |
| Robinson Calcagnie | SHERBANEE, ANITA | Attorney | 413.25 | $ | 400.00 | $ | 165,300.00 |
| Robinson Calcagnie | SPIRO, CHRISTOPHER | Law Clerk | 3,047.50 | $ | 225.00 | $ | 685,687.50 |
| Robinson Calcagnie | TEER, FRANCINE | Paralegal | 48.50 | $ | 75.00 | $ | 3,637.50 |
| Robinson Calcagnie | THORNTON, CAPAZIN | Paralegal | 599.25 | $ | 75.00 | $ | 44,943.75 |
| Robinson Calcagnie | WACKER, TED | Attorney | 3,355.75 | $ | 500.00 | $ | 1,677,875.00 |

KS-000052

| | | | | | | |
|---|---|---|---|---|---|---|
| Robinson Calcagnie | WESTAD, CHRISTY | Attorney | 1,090.75 | $ | 250.00 | $ 272,687.50 |
| **Robinson Calcagnie Total** | | | **21,840.25** | | | **$ 9,523,987.50** |
| RodaNast | BERRIER, MEREDITH E. | Paralegal | 8.25 | $ | 155.00 | $ 1,278.75 |
| RodaNast | BURNS, ERIN C. | Attorney | 270.75 | $ | 385.00 | $ 104,238.75 |
| RodaNast | DEIBLER, PATRICK A. | Paralegal | 140.75 | $ | 115.00 | $ 16,186.25 |
| RodaNast | GALLUCCI, DANIEL N. | Attorney | 126.00 | $ | 420.00 | $ 52,920.00 |
| RodaNast | MATUSKO, JOANNE E. | Attorney | 39.00 | $ | 385.00 | $ 15,015.00 |
| RodaNast | MCVEY, KRISTINA J. | Paralegal | 18.25 | $ | 155.00 | $ 2,828.75 |
| RodaNast | NAFZIGER, RACHEL | Paralegal | 5.50 | $ | 90.00 | $ 495.00 |
| RodaNast | NAST, DIANNE M. | Attorney | 290.75 | $ | 625.00 | $ 181,718.75 |
| RodaNast | NAST, MICHAEL G | Attorney | 12.75 | $ | 332.07 | $ 4,233.89 |
| RodaNast | O'DONNELL, STEVEN L. | Attorney | 66.75 | $ | 390.00 | $ 26,032.50 |
| RodaNast | RODA, JOSEPH F. | Attorney | 9.00 | $ | 625.00 | $ 5,625.00 |
| RodaNast | RYAN, MICHAEL | Paralegal | 0.25 | $ | 100.00 | $ 25.00 |
| RodaNast | SABOL, BENJAMIN J. | Paralegal | 14.75 | $ | 115.00 | $ 1,696.25 |
| RodaNast | SCHMIDT, HOLLIE | Paralegal | 3.50 | $ | 155.00 | $ 542.50 |
| RodaNast | SNYDER, JENNIFER S. | Attorney | 164.00 | $ | 400.00 | $ 65,600.00 |
| RodaNast | STAWINSKI, MICHELLE | Attorney | 12.75 | $ | 332.07 | $ 4,233.89 |
| RodaNast | STEPHENSON, SHEILA M. | Paralegal | 0.25 | $ | 155.00 | $ 38.75 |
| RodaNast | YOUNG (KELLEY), SHANNON O. | Attorney | 84.50 | $ | 300.00 | $ 25,350.00 |
| **RodaNast Total** | | | **1,267.75** | | | **$ 508,059.04** |
| Sanders Viener | BADASH, LARRY | Attorney | 20.50 | $ | 500.00 | $ 10,250.00 |
| Sanders Viener | GROSSMAN, MARC | Paralegal | 26.50 | $ | 600.00 | $ 15,900.00 |
| Sanders Viener | KASSAN, RANDI | Attorney | 5.00 | $ | 350.00 | $ 1,750.00 |
| Sanders Viener | KUSZEL, PHILIP | Attorney | 16.50 | $ | 400.00 | $ 6,600.00 |
| Sanders Viener | WALLER, MATTHEW | Attorney | 44.00 | $ | 275.00 | $ 12,100.00 |
| **Sanders Viener Total** | | | **112.50** | | | **$ 46,600.00** |
| Sanford Pinedo | BELL, CASEY A. | Attorney | 29.50 | $ | 325.00 | $ 9,587.50 |
| Sanford Pinedo | BROTHERS, TONYA | Paralegal | 98.25 | $ | 60.00 | $ 5,895.00 |
| Sanford Pinedo | GUERRERO, ROSA MARIA | Paralegal | 317.75 | $ | 60.00 | $ 19,065.00 |
| Sanford Pinedo | HARRISON, KATE | Attorney | 15.00 | $ | 175.00 | $ 2,625.00 |
| Sanford Pinedo | LARSON, JEFF L. | Attorney | 73.50 | $ | 325.00 | $ 23,887.50 |
| Sanford Pinedo | RHODES LEWIS, CARLENE | Attorney | 4,030.00 | $ | 500.00 | $ 2,015,000.00 |
| Sanford Pinedo | SANFORD, SHELLY A. | Attorney | 7,600.25 | $ | 500.00 | $ 3,800,125.00 |
| Sanford Pinedo | SOWELL, ELIVIA R. | Paralegal | 797.50 | $ | 60.00 | $ 47,850.00 |

KS-000053

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Sanford Pinedo | STEVENSON, MARCUS L. | Attorney | 918.75 | $ | 325.00 | $ | 298,593.75 |
| Sanford Pinedo | THWEATT, LEE | Attorney | 65.50 | $ | 245.00 | $ | 16,047.50 |
| **Sanford Pinedo  Total** | | | **13,946.00** | | | **$** | **6,238,676.25** |
| Seeger Weiss | ALSELEHDAR, GHADA | Law Clerk | 2.75 | $ | 332.07 | $ | 913.19 |
| Seeger Weiss | APARICCIO, LEIDEN | Law Clerk | 31.00 | $ | 332.07 | $ | 10,294.17 |
| Seeger Weiss | BARECCA, RICK | Attorney | 1.00 | $ | 332.07 | $ | 332.07 |
| Seeger Weiss | BENEDETTO, TERRIANNE | Attorney | 0.50 | $ | 450.00 | $ | 225.00 |
| Seeger Weiss | BOISVERT, KEVIN | Attorney | 361.25 | $ | 275.00 | $ | 99,343.75 |
| Seeger Weiss | BRADFORD, DONALD | Attorney | 1,988.00 | $ | 375.00 | $ | 745,500.00 |
| Seeger Weiss | BRADLEY, SARA | Law Clerk | 1.75 | $ | 332.07 | $ | 581.12 |
| Seeger Weiss | BUCHANAN, DAVID R. | Attorney | 7,325.00 | $ | 665.00 | $ | 4,871,125.00 |
| Seeger Weiss | CARRAWAY, RASHEEDAH | Attorney | 150.75 | $ | 235.00 | $ | 35,426.25 |
| Seeger Weiss | CHAFFIN, ERIC | Attorney | 3.00 | $ | 575.00 | $ | 1,725.00 |
| Seeger Weiss | CHAMBERS, STEPHANIE | Paralegal | 0.50 | $ | 332.07 | $ | 166.04 |
| Seeger Weiss | CHAPMAN, EILEEN | Paralegal | 17.00 | $ | 135.00 | $ | 2,295.00 |
| Seeger Weiss | DANIEL, SINDHU | Attorney | 521.50 | $ | 355.00 | $ | 185,132.50 |
| Seeger Weiss | DAWSON, SARA | Law Clerk | 364.00 | $ | 332.07 | $ | 120,873.48 |
| Seeger Weiss | DEBASS, HAILE | Attorney | 163.50 | $ | 300.00 | $ | 49,050.00 |
| Seeger Weiss | DRAYTON, TODD | Attorney | 3.50 | $ | 332.07 | $ | 1,162.25 |
| Seeger Weiss | DRILLAS, LEAH | Paralegal | 15.00 | $ | 332.07 | $ | 4,981.05 |
| Seeger Weiss | ECKLUND, DONALD | Attorney | 286.00 | $ | 395.00 | $ | 112,970.00 |
| Seeger Weiss | EVANGELISTA, LUIS | Paralegal | 70.00 | $ | 165.00 | $ | 11,550.00 |
| Seeger Weiss | FAJARDO, CATHELYA M. | Paralegal | 2,190.50 | $ | 185.00 | $ | 405,242.50 |
| Seeger Weiss | FARKAS, MICHAEL | Attorney | 185.50 | $ | 355.00 | $ | 65,852.50 |
| Seeger Weiss | FISHMAN, SHOLOM | Paralegal | 13.00 | $ | 332.07 | $ | 4,316.91 |
| Seeger Weiss | FRIEDMAN, RANDI | Paralegal | 18.00 | $ | 332.07 | $ | 5,977.26 |
| Seeger Weiss | GARBER, SUZANNE | Paralegal | 423.25 | $ | 200.00 | $ | 84,650.00 |
| Seeger Weiss | GEIER, DENNIS | Attorney | 458.50 | $ | 255.00 | $ | 116,917.50 |
| Seeger Weiss | GERVAIS, RACHEL | Law Clerk | 41.75 | $ | 332.07 | $ | 13,863.92 |
| Seeger Weiss | GRAND, JEFFREY S. | Attorney | 8,999.00 | $ | 500.00 | $ | 4,499,500.00 |
| Seeger Weiss | HOLLAND, KEITH | Other | 385.50 | $ | 332.07 | $ | 128,012.99 |
| Seeger Weiss | HORN, MOSHE | Attorney | 3,545.75 | $ | 585.00 | $ | 2,074,263.75 |
| Seeger Weiss | JOHNS, ANDREWS | Law Clerk | 635.00 | $ | 332.07 | $ | 210,864.45 |
| Seeger Weiss | JONES, BRINA | Paralegal | 222.50 | $ | 185.00 | $ | 41,162.50 |
| Seeger Weiss | KATZ, SETH | Attorney | 23.50 | $ | 600.00 | $ | 14,100.00 |

KS-000054

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Seeger Weiss | KEKATOS, DIOGENES | Attorney | 2,816.00 | $ | 645.00 | $ | 1,816,320.00 |
| Seeger Weiss | KIBRIA, SOMAIYA | Paralegal | 4,208.00 | $ | 185.00 | $ | 778,480.00 |
| Seeger Weiss | LUI, PO | Other | 1,756.00 | $ | 200.00 | $ | 351,200.00 |
| Seeger Weiss | MAIORANA, MATTHEW | Attorney | 823.25 | $ | 332.07 | $ | 273,376.63 |
| Seeger Weiss | MALLIS, MARIA | Paralegal | 3.00 | $ | 332.07 | $ | 996.21 |
| Seeger Weiss | MANGALONZA, ALLYSON | Attorney | 181.00 | $ | 235.00 | $ | 42,535.00 |
| Seeger Weiss | MEYERS, YOVANDA | Paralegal | 14.00 | $ | 332.07 | $ | 4,648.98 |
| Seeger Weiss | MGBADA, PERPETUA | Attorney | 472.50 | $ | 250.00 | $ | 118,125.00 |
| Seeger Weiss | MOORE, KENNETH | Paralegal | 102.50 | $ | 332.07 | $ | 34,037.18 |
| Seeger Weiss | MORA, JOSA DANNY | Paralegal | 652.75 | $ | 205.00 | $ | 133,813.75 |
| Seeger Weiss | MORALES, RAUL | Other | 235.00 | $ | 332.07 | $ | 78,036.45 |
| Seeger Weiss | MORALES, ROGER | Paralegal | 24.00 | $ | 190.00 | $ | 4,560.00 |
| Seeger Weiss | NASSIF, VALERE | Attorney | 2,010.00 | $ | 525.00 | $ | 1,055,250.00 |
| Seeger Weiss | NWACHUKU, AKUNNA | Paralegal | 2.50 | $ | 332.07 | $ | 830.18 |
| Seeger Weiss | O'BRIEN, JIM | Attorney | 1,943.50 | $ | 465.00 | $ | 903,727.50 |
| Seeger Weiss | PAULETTA, JACQUELYNE | Paralegal | 390.75 | $ | 332.07 | $ | 129,756.35 |
| Seeger Weiss | SCULLY, LISA | Paralegal | 288.50 | $ | 332.07 | $ | 95,802.20 |
| Seeger Weiss | SEEGER, CHRISTOPHER A. | Attorney | 5,020.50 | $ | 685.00 | $ | 3,439,042.50 |
| Seeger Weiss | SHUB, JONATHAN | Attorney | 1.00 | $ | 430.00 | $ | 430.00 |
| Seeger Weiss | SIKKA, PUNAM | Paralegal | 314.50 | $ | 140.00 | $ | 44,030.00 |
| Seeger Weiss | STEWART, MELISSA | Attorney | 1.50 | $ | 395.00 | $ | 592.50 |
| Seeger Weiss | SULLIVAN, MEGAN | Paralegal | 185.50 | $ | 195.00 | $ | 36,172.50 |
| Seeger Weiss | THOMAS, PATRICK | Paralegal | 498.00 | $ | 235.00 | $ | 117,030.00 |
| Seeger Weiss | TROMBINO, LARRY | Attorney | 11.50 | $ | 332.07 | $ | 3,818.81 |
| Seeger Weiss | TURNER, JAMES | Paralegal | 2.50 | $ | 125.00 | $ | 312.50 |
| Seeger Weiss | WAGNER, MICHAEL E. | Paralegal | 6,602.25 | $ | 205.00 | $ | 1,353,461.25 |
| Seeger Weiss | WALL, ELIZABETH | Attorney | 7.50 | $ | 332.07 | $ | 2,490.53 |
| Seeger Weiss | WALTER, ALEX | Paralegal | 6.25 | $ | 332.07 | $ | 2,075.44 |
| Seeger Weiss | WEISS, STEPHEN A. | Attorney | 24.25 | $ | 675.00 | $ | 16,368.75 |
| Seeger Weiss | WILLIAMS, RICHARD | Attorney | 647.25 | $ | 275.00 | $ | 177,993.75 |
| **Seeger Weiss Total** | | | **57,693.50** | | | $ | **24,933,684.08** |
| Sheller Ludwig | DEBASS, HAILE | Attorney | 1,388.50 | $ | 300.00 | $ | 416,550.00 |
| Sheller Ludwig | GEORGE, SCOTT | Attorney | 20.25 | $ | 325.00 | $ | 6,581.25 |
| Sheller Ludwig | JOHNSON, SCOTT | Attorney | 12.25 | $ | 315.00 | $ | 3,858.75 |
| Sheller Ludwig | SHUB, JONATHAN | Attorney | 162.00 | $ | 430.00 | $ | 69,660.00 |

KS-000055

| Firm | Name | Role | Hours | Rate | | Total | |
|---|---|---|---|---|---|---|---|
| Sheller Ludwig | WAKS, GREG | Attorney | 239.00 | $ | 290.00 | $ | 69,310.00 |
| Sheller Ludwig | YANICK, JOE | Paralegal | 2.25 | $ | 130.00 | $ | 292.50 |
| **Sheller Ludwig  Total** | | | **1,824.25** | | | **$** | **566,252.50** |
| Silverman Fodera | FODERA, LEONARD | Attorney | 203.00 | $ | 775.00 | $ | 157,325.00 |
| Silverman Fodera | HOLT, RITA | Paralegal | 72.00 | $ | 200.00 | $ | 14,400.00 |
| Silverman Fodera | LALLI, MICHAEL | Attorney | 26.00 | $ | 350.00 | $ | 9,100.00 |
| Silverman Fodera | TROTMAN, JOHN | Attorney | 26.00 | $ | 550.00 | $ | 14,300.00 |
| **Silverman Fodera  Total** | | | **327.00** | | | **$** | **195,125.00** |
| Singleton | BELL, CHRISTINIA | Law Clerk | 35.50 | $ | 25.00 | $ | 887.50 |
| Singleton | BERNOUDY, MICHAEL | Other | 13.00 | $ | 250.00 | $ | 3,250.00 |
| Singleton | BLACK, TYSHA | Other | 80.00 | $ | 100.00 | $ | 8,000.00 |
| Singleton | BRADFORD, RESHONDA | Attorney | 403.50 | $ | 350.00 | $ | 141,225.00 |
| Singleton | HARRIS, COURTNEY | Paralegal | 88.50 | $ | 332.07 | $ | 29,388.20 |
| Singleton | HENDRICKS, DEBRA | Law Clerk | 942.50 | $ | 75.00 | $ | 70,687.50 |
| Singleton | PENNYWELL, PHILLIP | Other | 24.75 | $ | 75.00 | $ | 1,856.25 |
| Singleton | SINGLETON, W. JAMES | Attorney | 768.00 | $ | 550.00 | $ | 422,400.00 |
| Singleton | WEBSTER, BARBARA | Other | 23.50 | $ | 75.00 | $ | 1,762.50 |
| Singleton | WILLIAMS, REATA | Law Clerk | 9.50 | $ | 332.07 | $ | 3,154.67 |
| **Singleton  Total** | | | **2,388.75** | | | **$** | **682,611.61** |
| Snapka | SHAHANI, ANITA | Attorney | 1,096.00 | $ | 342.97 | $ | 375,895.12 |
| Snapka | SNAPKA, KATHRYN | Attorney | 1,830.50 | $ | 559.70 | $ | 1,024,530.85 |
| **Snapka  Total** | | | **2,926.50** | | | **$** | **1,400,425.97** |
| Ted Kanner | KANNER, TED | Attorney | 2.75 | $ | 250.00 | $ | 687.50 |
| Ted Kanner | SPRUCE, IV | Paralegal | 4.00 | $ | 125.00 | $ | 500.00 |
| **Ted Kanner  Total** | | | **6.75** | | | **$** | **1,187.50** |
| Ury & Moskow | PARR, JR. | Paralegal | 3.00 | $ | 450.00 | $ | 1,350.00 |
| **Ury & Moskow  Total** | | | **3.00** | | | **$** | **1,350.00** |
| Watts Law Firm | ABNEY, RUSS | Attorney | 1,297.50 | $ | 332.07 | $ | 430,860.83 |
| Watts Law Firm | GOODPASTOR, CHRISTOPHER | Attorney | 180.50 | $ | 332.07 | $ | 59,938.64 |
| Watts Law Firm | LONGORIA, DANIEL | Attorney | 30.00 | $ | 332.07 | $ | 9,962.10 |
| Watts Law Firm | WATTS, MIKAL | Attorney | 903.00 | $ | 332.07 | $ | 299,859.21 |
| Watts Law Firm | WRIGHT, JAMES L. | Attorney | 1,119.50 | $ | 332.07 | $ | 371,752.37 |
| **Watts Law Firm  Total** | | | **3,530.50** | | | **$** | **1,172,373.14** |
| Weitz & Luxenberg | BRANIFF, EDWARD | Attorney | 2,893.00 | $ | 600.00 | $ | 1,735,800.00 |
| Weitz & Luxenberg | BROADDUS, JOHN | Attorney | 846.25 | $ | 419.85 | $ | 355,298.06 |

KS-000056

| Weitz & Luxenberg | BURKE, DAN | Attorney | 218.50 | $ | 600.00 | $ | 131,100.00 |
|---|---|---|---|---|---|---|---|
| Weitz & Luxenberg | CABOCHAN, GILMORE | Paralegal | 144.75 | $ | 200.00 | $ | 28,950.00 |
| Weitz & Luxenberg | CHOI, MICHAEL | Paralegal | 1.00 | $ | 200.00 | $ | 200.00 |
| Weitz & Luxenberg | CONNOR, ALLISON | Paralegal | 102.00 | $ | 200.00 | $ | 20,400.00 |
| Weitz & Luxenberg | CURTIN, TERESA | Attorney | 380.75 | $ | 600.00 | $ | 228,450.00 |
| Weitz & Luxenberg | DEMPSKY, TIM | Paralegal | 578.00 | $ | 200.00 | $ | 115,600.00 |
| Weitz & Luxenberg | DUPONT, SAMANTHA | Paralegal | 53.00 | $ | 200.00 | $ | 10,600.00 |
| Weitz & Luxenberg | FARREY, GABRIEL | Paralegal | 832.50 | $ | 200.00 | $ | 166,500.00 |
| Weitz & Luxenberg | FORREY, GABE | Paralegal | 8.00 | $ | 200.00 | $ | 1,600.00 |
| Weitz & Luxenberg | FOSTER, ADRIENNE | Paralegal | 102.00 | $ | 200.00 | $ | 20,400.00 |
| Weitz & Luxenberg | FURLONG, ERIKN | Paralegal | 67.00 | $ | 200.00 | $ | 13,400.00 |
| Weitz & Luxenberg | GABE, ANTOINETTE | Paralegal | 137.75 | $ | 200.00 | $ | 27,550.00 |
| Weitz & Luxenberg | GOLDHIRSCH, LARRY | Attorney | 138.00 | $ | 600.00 | $ | 82,800.00 |
| Weitz & Luxenberg | GORDON, ROB | Attorney | 61.00 | $ | 850.00 | $ | 51,850.00 |
| Weitz & Luxenberg | GORDON, ROBERT | Attorney | 537.50 | $ | 850.00 | $ | 456,875.00 |
| Weitz & Luxenberg | HEACOX, CATHERINE | Attorney | 33.00 | $ | 600.00 | $ | 19,800.00 |
| Weitz & Luxenberg | HENDERSON, RENEE | Attorney | 220.50 | $ | 600.00 | $ | 132,300.00 |
| Weitz & Luxenberg | JACOBY, BRYAN | Paralegal | 53.00 | $ | 200.00 | $ | 10,600.00 |
| Weitz & Luxenberg | KRAMER, GLENN | Attorney | 289.00 | $ | 350.00 | $ | 101,150.00 |
| Weitz & Luxenberg | KRISTAL, JERRY | Attorney | 1,895.50 | $ | 750.00 | $ | 1,421,625.00 |
| Weitz & Luxenberg | MANIATIS, VICTORIA | Attorney | 5.75 | $ | 450.00 | $ | 2,587.50 |
| Weitz & Luxenberg | MARTIN, TIM | Paralegal | 205.00 | $ | 200.00 | $ | 41,000.00 |
| Weitz & Luxenberg | PEDERSON, MICHAEL | Attorney | 23.00 | $ | 600.00 | $ | 13,800.00 |
| Weitz & Luxenberg | PENNOCK, PAUL | Attorney | 736.00 | $ | 750.00 | $ | 552,000.00 |
| Weitz & Luxenberg | RELKIN, ELLEN | Attorney | 2,220.00 | $ | 750.00 | $ | 1,665,000.00 |
| Weitz & Luxenberg | ROSENBAND, DAVID | Attorney | 107.25 | $ | 600.00 | $ | 64,350.00 |
| Weitz & Luxenberg | ROSENFIELD, AMANDA | Paralegal | 988.00 | $ | 200.00 | $ | 197,600.00 |
| Weitz & Luxenberg | ROSENTHAL, ALEX | Paralegal | 301.00 | $ | 200.00 | $ | 60,200.00 |
| Weitz & Luxenberg | SAVOURS, DEBORAH | Paralegal | 511.00 | $ | 200.00 | $ | 102,200.00 |
| Weitz & Luxenberg | SKLAR, RYAN | Paralegal | 12.00 | $ | 200.00 | $ | 2,400.00 |
| Weitz & Luxenberg | SOLOMON, FRANKLIN | Attorney | 63.00 | $ | 600.00 | $ | 37,800.00 |
| Weitz & Luxenberg | TARR, SHERRI | Attorney | 1,165.25 | $ | 600.00 | $ | 699,150.00 |
| Weitz & Luxenberg | UONG, AMY | Paralegal | 174.50 | $ | 200.00 | $ | 34,900.00 |
| Weitz & Luxenberg | WEITZ, PERRY | Attorney | 257.00 | $ | 850.00 | $ | 218,450.00 |
| Weitz & Luxenberg | WILKINS, CARRIE | Paralegal | 744.25 | $ | 200.00 | $ | 148,850.00 |

**KS-000057**

| | | | | | | |
|---|---|---|---|---|---|---|
| Weitz & Luxenberg | ZUCKERMAN, GLENN | Attorney | 297.75 | $ | 600.00 | $ 178,650.00 |
| **Weitz & Luxenberg  Total** | | | **17,402.75** | | | **$ 9,151,785.56** |
| White & Wetherall | LONDON, LOURDES | Paralegal | 162.25 | $ | 156.44 | $ 25,382.39 |
| White & Wetherall | MEANY, DAVID | Attorney | 171.75 | $ | 300.00 | $ 51,525.00 |
| White & Wetherall | SCHWADE, DIANNE | Paralegal | 300.75 | $ | 85.00 | $ 25,563.75 |
| White & Wetherall | WHITE, GEOFF | Attorney | 219.50 | $ | 300.00 | $ 65,850.00 |
| White & Wetherall | WHITE, J. STEWART | Attorney | 558.50 | $ | 332.07 | $ 185,461.10 |
| **White & Wetherall  Total** | | | **1,412.75** | | | **$ 353,782.24** |
| Whitehead Law Firm | MCPAYNE, CYLINDA | Paralegal | 3.25 | $ | 75.00 | $ 243.75 |
| Whitehead Law Firm | WHITEHEAD, III | Attorney | 501.50 | $ | 400.00 | $ 200,600.00 |
| **Whitehead Law Firm  Total** | | | **504.75** | | | **$ 200,843.75** |
| Williams Kherkher | BOOMHOUWER, AMY | Attorney | 137.50 | $ | 325.00 | $ 44,687.50 |
| Williams Kherkher | BOUNDAS, JOHN | Attorney | 797.00 | $ | 156.44 | $ 124,682.68 |
| Williams Kherkher | BOUNDAS, JOHN T | Attorney | 94.00 | $ | 595.76 | $ 56,001.44 |
| Williams Kherkher | BRAHMBHATT, SEJAL K | Attorney | 540.00 | $ | 342.97 | $ 185,203.80 |
| Williams Kherkher | CARTER, AMY M | Attorney | 1,315.50 | $ | 419.85 | $ 552,312.68 |
| Williams Kherkher | DOYLE, JIM | Attorney | 522.25 | $ | 267.94 | $ 139,931.67 |
| Williams Kherkher | EASTERBY, EDWIN ARMISTEAD | Attorney | 168.00 | $ | 419.85 | $ 70,534.80 |
| Williams Kherkher | FRANKUM, LYNN | Paralegal | 371.50 | $ | 332.07 | $ 123,364.01 |
| Williams Kherkher | GARZA, LEO | Other | 113.75 | $ | 332.07 | $ 37,772.96 |
| Williams Kherkher | HART, LYNDA | Paralegal | 175.25 | $ | 267.94 | $ 46,956.49 |
| Williams Kherkher | KHERKHER, STEVEN J | Attorney | 813.75 | $ | 595.76 | $ 484,799.70 |
| Williams Kherkher | LAGARDE, LYNN | Paralegal | 351.00 | $ | 332.07 | $ 116,556.57 |
| Williams Kherkher | LECOCKE, MARGRET E | Attorney | 212.50 | $ | 342.97 | $ 72,881.13 |
| Williams Kherkher | PEDDIE, COLLYN A | Attorney | 1,780.25 | $ | 419.85 | $ 747,437.96 |
| Williams Kherkher | POTTER, III | Attorney | 226.00 | $ | 419.85 | $ 94,886.10 |
| Williams Kherkher | PRICE, MARY | Paralegal | 151.75 | $ | 332.07 | $ 50,391.62 |
| Williams Kherkher | ROSEMOND, G. ERICK | Attorney | 37.00 | $ | 342.97 | $ 12,689.89 |
| Williams Kherkher | STEFFEY, BRANDON | Attorney | 461.50 | $ | 342.97 | $ 158,280.66 |
| Williams Kherkher | TRAHAN, DONNA | Paralegal | 763.50 | $ | 156.44 | $ 119,441.94 |
| **Williams Kherkher  Total** | | | **9,032.00** | | | **$ 3,238,813.58** |
| Williamson & Williams | COOPER, CAROLYN | Paralegal | 0.25 | $ | 175.00 | $ 43.75 |
| Williamson & Williams | HANLON, LISA | Paralegal | 6.50 | $ | 175.00 | $ 1,137.50 |
| Williamson & Williams | WILLIAMS, KIM (KATHRYN) | Attorney | 42.00 | $ | 575.00 | $ 24,150.00 |
| Williamson & Williams | WILLIAMSON, ROB | Attorney | 35.50 | $ | 575.00 | $ 20,412.50 |

KS-000058

| | | | | | | |
|---|---|---|---|---|---|---|
| **Williamson & Williams  Total** | | | 84.25 | | | **$ 45,743.75** |
| Wold | MCCAULEY, CHANTEL | Paralegal | 2.00 | $ | 65.00 | $ 130.00 |
| Wold | WOLD, DOUG | Attorney | 2.25 | $ | 200.00 | $ 450.00 |
| **Wold  Total** | | | **4.25** | | | **$ 580.00** |
| Zimmerman Reed | ANDERSON, CAROLYN | Attorney | 0.75 | $ | 475.00 | $ 356.25 |
| Zimmerman Reed | BATHER, MARTHA A. | Paralegal | 13.50 | $ | 150.00 | $ 2,025.00 |
| Zimmerman Reed | BELL, JUSTIN | Other | 0.50 | $ | 332.07 | $ 166.04 |
| Zimmerman Reed | BIES, LANETTE | Other | 3.50 | $ | 100.00 | $ 350.00 |
| Zimmerman Reed | CIALKOWSKI, DAVID M. | Attorney | 1.25 | $ | 400.00 | $ 500.00 |
| Zimmerman Reed | GOLDSER, RONALD S. | Attorney | 113.75 | $ | 550.00 | $ 62,562.50 |
| Zimmerman Reed | HANSON, ANNE R. | Paralegal | 3.75 | $ | 150.00 | $ 562.50 |
| Zimmerman Reed | HOPPER, ROBERT R. | Attorney | 3.00 | $ | 495.00 | $ 1,485.00 |
| Zimmerman Reed | HUNT, KAYLA | Other | 21.00 | $ | 150.00 | $ 3,150.00 |
| Zimmerman Reed | OLSON, TINA M. | Paralegal | 33.25 | $ | 160.00 | $ 5,320.00 |
| Zimmerman Reed | REED, BARRY | Attorney | 6.00 | $ | 600.00 | $ 3,600.00 |
| Zimmerman Reed | ROTHRUM, LINDSEY | Other | 0.50 | $ | 160.00 | $ 80.00 |
| Zimmerman Reed | ST. FRANCIS, KAREN | Paralegal | 2.00 | $ | 150.00 | $ 300.00 |
| Zimmerman Reed | WATSON, JENIFER | Paralegal | 2.00 | $ | 150.00 | $ 300.00 |
| **Zimmerman Reed  Total** | | | **204.75** | | | **$ 80,757.29** |
| **Grand Total** | | | **562,943.55** | | | **$ 249,546,751.20** |

**KS-000059**

Exhibit "4"

**From:** Spurka, Kathleen
**To:** Jason Fontenot
**Subject:** RE: Vioxx Time Submission
**Date:** Friday, February 06, 2009 11:10:00 AM
**Attachments:** REVISED 09-2007 signed time submission.pdf

Jason,
As you requested, attached please find the signed Kline & Specter time submission for September 2007.
Please accept my apologizes for any inconvenience this may have caused you.
Thank you.
Kathy

Kathleen Spurka
Kline & Specter, P.C.

**From:** Jason Fontenot [mailto:jfontenot@wdco.biz]
**Sent:** Thursday, February 05, 2009 12:44 PM
**To:** Spurka, Kathleen
**Subject:** Vioxx Time Submission
**Importance:** High

Hey Kathy,

Please have the attached summary form signed, and email it back to me for acceptance.

Thanks.


**Jason W. Fontenot, MBA ¦In-Charge Tax Accountant ¦ Wegmann Dazet & Company ¦ CPAs ¦Consultants**

111 Veterans Boulevard, Suite 800, Metairie, LA 70005
**Direct** 504-293-2166 **Office** 504-837-8844 **Fax** 504-837-0856
jfontenot@wdco.biz     www.wdco.biz

If the above communication includes tax advice, please read the following disclaimer. If it does not include tax advice, you may disregard the following paragraph.
Disclaimer: To ensure compliance with Treasury Department regulations, we wish to inform you that any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.


**KS-000060**

Attachment "A" - Page 1 of 2

MDL 1657
Vioxx Products Liability Litigation Report of Member Firm Time

Reporting Period: September 1, 2007 - September 30, 2007 - REVISED

Kline & Specter, P.C.

| Name of Individual | | Case Assessment, Development and Administration | Discovery | Pre-Trial/Trial | Total Hours | Summary Total Hours for all Firm Personnel |
|---|---|---|---|---|---|---|
| Babiak, Jeanmarie | O | | | | | 0.00 |
| Balefsky, Lee B. | A | 16.50 | | | | 16.50 |
| Bennett, Deborah | O | | | | | 0.00 |
| Blas, Shelley J. | O | | | | | 0.00 |
| Byrne, Diane A. | P | | | | | 0.00 |
| Caputo, David J. | A | | | | | 0.00 |
| Dagostino, M.D., Lisa S. | A | 46.50 | 141.00 | | | 187.50 |
| Englert, Robert F. | L | | | | | 0.00 |
| Evans, Rubye | O | | | | | 0.00 |
| Falter, Jean F. | O | | | | | 0.00 |
| Fortucci, Lisa K. | O | | | | | 0.00 |
| Foti, Christopher | P | | | | | 0.00 |
| Freeman, Beth | A | | | | | 0.00 |
| Grasso, Lisa A. | O | | | | | 0.00 |
| Grimmie, Diane G. | P | | | | | 0.00 |
| Guerrini, Dominic C. | A | | | | | 0.00 |
| Haviland, Donald E. Jr. | A | | | | | 0.00 |
| Heins, Karen S. | O | | | | | 0.00 |
| Hoffman, M.D., Mark A. | A | | | | | 0.00 |
| Horn, Kristy | O | | | | | 0.00 |
| Hovind, Lisa | O | | | | | 0.00 |
| Hoynoski, Joseph L. III | A | | | | | 0.00 |
| Jacobs, Cheryl P. | A | | | | | 0.00 |
| Jimenez, Margarita | O | | | | | 0.00 |
| Kline, Thomas R. | A | 21.75 | 2.00 | 1.25 | | 25.00 |
| Matteo, Nicole | O | | | | | 0.00 |
| Matusow, Donald E. | A | | | | | 0.00 |
| McKeown, Natalie | O | | | | | 0.00 |
| Molinari, William J. | A | | | | | 0.00 |
| Nisivoccia, Judy A. | P | | | | | 0.00 |
| Owens, Kathleen | P | | | | | 0.00 |
| Pearlman, Jason L. | A | | | | | 0.00 |
| Plona, R. Matthew | A | | | | | 0.00 |
| Rosenbaum, Marcia F. | A | | | | | 0.00 |
| Russell, Jennifer | A | | | | | 0.00 |
| Sanborn, Jennifer A. | O | 21.00 | 24.00 | | | 45.00 |

Confidential Attorney Work Product

KS-000061

MDL 1657

Vioxx Products Liability Litigation Report of Member Firm Time

Attachment "A" - Page 2 of 2

Reporting Period: September 1, 2007 - September 30, 2007 - REVISED

Kline & Specter, P.C.

| Name | Key* | | | | | | | | |
|------|------|--|--|--|--|--|--|--|--|
| Smith, Royce W. | A | | | | | | | | 0.00 |
| Specter, Shanin | A | | | | | | | | 0.00 |
| Spurka, Kathleen | P | 11.75 | | | 56.75 | | | | 68.50 |
| Ternovan, Laura M. | P | | | | | | | | 0.00 |
| Tiger, Michele L. | A | | | | | | | | 0.00 |
| Velez, Mayra | O | | | | | | | | 0.00 |
| **Total Firm Time:** | | 96.50 | 0.00 | 23.00 | 223.00 | 0.00 | | | 342.50 | 342.50 |

*Key: A - Attorney; P - Paralegal; L - Law Clerk; O - Other

Signature: _____  Date: 2/6/09

Confidential Attorney Work Product

KS-000062

Exhibit "5"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>    PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br>SECTION L |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

### AFFIDAVIT OF KATHLEEN SPURKA

I, Kathleen Spurka, aver as follows:

1.     I am a legal assistant with Kline & Specter, P.C. ("Kline & Specter").

2.     I am familiar with and have reviewed the historical hourly billing rates by all attorneys, paralegals, assistants and law clerks at Kline & Specter submitted for common benefit in the *In re: Vioxx Products Liability Litigation.*

3.     Kline & Specter's lodestar is $12,080,690. This is based upon Kline & Specter's submission of 25,743.25 hours of professional time to Wegmann Dazet between February 2005 to June 2009.

4.     Kline & Specter has 25,391 "accepted" common benefit hours invested in this litigation for a substantial lodestar of $11,933,751.85. *See*, April 11, 2011 email and attachments from Phillip Garrett to Robert Arceneaux, Esq. attached as Exhibit "A."

5.     The discrepancy of some 352 hours between Kline & Specter's submissions and Wegmann Dazet's "accepted" hours appears to be largely due to a clerical error. Kline & Specter's September 2007 submission was initially inadvertently submitted without a signature. In February 2009, Kline & Specter was informed of the error, and asked that the form be signed so that it could be accepted. Accordingly, Tom Kline signed the submission of 300+ hours, and I transmitted it Wegmann Dazet. *See*, email from Kathleen Spurka to Jason Fontenot, dated February 5, 2009, attached as Exhibit "B."

**KS-000063**

6.    I am familiar with and have reviewed the data recently produced by Wegmann Dazet to the Common Benefit Fee Objectors.  The 342 hours that were submitted for September 2007 do not appear to have been entered in the Wegmann Dazet database, and were not credited to Kline & Specter's total.

Dated: May 5, 2011

_Kathleen M. Spurka_
**KATHLEEN SPURKA**

Sworn to and subscribed before me this _5th_ day of _May_, 2011.

_Maria G. Mora_
Notary Public

My commission expires on:

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Maria G. Mora, Notary Public
City of Philadelphia, Philadelphia County
My Commission Expires Aug. 8, 2012
Member, Pennsylvania Association of Notaries

2

**KS-000064**

# EXHIBIT "A"

Lodestar report in 7-2010

**Subject:** Lodestar report in 7-2010
**From:** Philip Garrett <pgarrett@garrettco.com>
**Date:** Mon, 11 Apr 2011 17:04:30 -0700 (PDT)
**To:** Robert Arcenaux <rea7001@cox.net>
**CC:** Russ Herman <RHERMAN@hhkc.com>, "Thomas R. Juneau, Sr." <TRJ@juneaudavid.com>, "Patrick A. Juneau" <PAJ@juneaudavid.com>

Robert, per our discussion I was sure I would have printed and distributed the lodestar report with values in 7-2010. I found in my email where Christin McGhee under my direction actually sent it out. Attached is the email and the spreadsheet that was attached.
As you can see from the email the report went to; Lenny Davis, Arnold Levin, and Sandra Dugan who is with Mr. Levin's firm. They were the people working with me and fee alloc comm.

If you wish I will look for the 2009 report as well but again I am sure it was sent out to the parties I was working with at the time.

Thanks


Philip A. Garrett, CPA
117 Fairgrounds Blvd

Bush, La 70431

office - 985-746-9165
Cell - 985-635-1500
pgarrett@garrettco.com

| | |
|---|---|
| 7-30-2010 email from Christin to PG,LD,SD,AL.pdf | **Content-Type:** application/pdf<br>**Content-Encoding:** base64 |

~~VioxxMDLBillingRatesasofJuly302010 sent on 7-31-2010.xlsx~~

| | |
|---|---|
| VioxxMDLBillingRatesasofJuly302010 sent on 7-31-2010.xlsx | **Content-Type:** application/vnd.openxmlformats-officedocument.spreadsheetml.sheet<br>**Content-Encoding:** base64 |

**KS-000024**

1 of 1

4/28/2011 12:00 PM

**RE: Loadstar report**

From:

Christin McGhee <cmcghee@wdco.biz>

To:

Philip Garrett <pgarrett4491@me.com>, Lenny Davis <LDavis@hhkc.com>, Arnold Levin <alevin@lfsblaw.com>, Sandra Duggan <Sandra.Duggan@Verizon.net>, Sandra Duggan <SDuggan@lfsblaw.com>

Cc:

Eddie LeBlanc <eleblanc@wdco.biz>

Bcc:

Date:                7/30/2010 14:00

image001.jpg (27.1 KB),

image003.jpg (1.9 KB),

Vioxx MDL Billing Rates as....xlsx (172 KB)

All–

Per Phil's request, attached is the Vioxx Billing Rate report through July 2010. Phil is out of town this week, but wanted me to communicate to you that he would be available next week to do an affidavit if necessary.

If you have any questions, please feel to respond to this email or call me at the number below.

**Christin McGhee, CPA, CFE, CFF ¦ Manager ¦ Wegmann Dazet & Company ¦ CPAs ¦ Consultants**

109 New Camellia Blvd, Suite 106, Covington, LA 70443
Direct 985-792-4240 Office 504-837-8844 Fax 504-837-0856
cmcghee@wdco.biz  www.wdco.biz

**Wegmann Dazet Disclaimer:**

If the above communication includes tax advice, please read the following disclaimer. If it does not include tax advice, you may disregard the following paragraph. To ensure compliance with Treasury Department regulations, we wish to inform you that any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to

**KS-000025**

**Vioxx MDL 1657**

**Employee Billing Rates by Firm from January 2000 to July 2010**

**(as of 2010-07-30)**

| Firm | Employee | Class | Total Hours Accepted | Hourly Rate | Total Cost |
|------|----------|-------|---------------------:|------------:|-----------:|
| Alex Alvarez | ALVAREZ, ALEX | Attorney | 30 | $ 550.00 | $ 16,500.00 |
| Alex Alvarez Total | | | 30.00 | | $ 16,500.00 |
| Alley Clark | ALLEY, TODD | Attorney | 4.75 | $ 500.00 | $ 2,375.00 |
| Alley Clark | BEAVER, JENNY | Paralegal | 104.75 | $ 75.00 | $ 7,856.25 |
| Alley Clark | BIBICOFF, NICHOLE | Law Clerk | 19.00 | $ 50.00 | $ 950.00 |
| Alley Clark | CASTRO, CLAUDIA | Paralegal | 0.50 | $ 75.00 | $ 37.50 |
| Alley Clark | CLARK, JAMES | Attorney | 570.00 | $ 500.00 | $ 285,000.00 |
| Alley Clark | FULMER, BRENDA | Attorney | 188.75 | $ 500.00 | $ 94,375.00 |
| Alley Clark | GREIWE, DON | Attorney | 441.25 | $ 500.00 | $ 220,625.00 |
| Alley Clark | HAYTREAD, SYDNEY | Paralegal | 157.75 | $ 75.00 | $ 11,831.25 |
| Alley Clark | MILLER, KATHY | Other | 26.00 | $ 75.00 | $ 1,950.00 |
| Alley Clark | PREVATT, AMY | Attorney | 70.00 | $ 200.00 | $ 14,000.00 |
| Alley Clark | SHAW, RUTH | Paralegal | 28.50 | $ 75.00 | $ 2,137.50 |
| Alley Clark Total | | | 1,611.25 | | $ 641,137.50 |
| Anapol Schwartz | ADEBONOJO, LANRE | Paralegal | 78.25 | $ 125.00 | $ 9,781.25 |
| Anapol Schwartz | CAMPELLONE, JANET | Paralegal | 831.00 | $ 125.00 | $ 103,875.00 |
| Anapol Schwartz | COLE, MEREDITH | Paralegal | 256.00 | $ 125.00 | $ 32,000.00 |
| Anapol Schwartz | FINKEN, TRACY | Attorney | 93.50 | $ 250.00 | $ 23,375.00 |
| Anapol Schwartz | JACOBY, DAVID | Attorney | 4,034.25 | $ 500.00 | $ 2,017,125.00 |
| Anapol Schwartz | LOVITZ, DARA | Attorney | 6.50 | $ 225.00 | $ 1,462.50 |
| Anapol Schwartz | MORRISSEY, KIM | Paralegal | 171.50 | $ 125.00 | $ 21,437.50 |
| Anapol Schwartz | MYERS, PAMELA | Paralegal | 631.75 | $ 125.00 | $ 78,968.75 |
| Anapol Schwartz | RACINE, AMBER | Paralegal | 41.00 | $ 125.00 | $ 5,125.00 |
| Anapol Schwartz | SPIZER, GREGORY | Attorney | 509.00 | $ 250.00 | $ 127,250.00 |
| Anapol Schwartz | WEISS, SOL | Attorney | 1,777.25 | $ 500.00 | $ 888,625.00 |
| Anapol Schwartz Total | | | 8,430.00 | | $ 3,309,025.00 |
| Anastopoulo & Clore | ALLEN, SAMUEL | Attorney | 189.25 | $ 419.85 | $ 79,456.61 |
| Anastopoulo & Clore | BARBER, JENNIFER | Attorney | 14.75 | $ 30.00 | $ |

KS-000028

| | | | | | | |
|---|---|---|---|---|---|---|
| Anastopoulo & Clore | BULLINGER, JOY | Other | 34.75 | $ | 12.00 | $ 417.00 |
| Anastopoulo & Clore | CLORE, MARK | Attorney | 255.75 | $ | 559.70 | $ 143,143.28 |
| Anastopoulo & Clore | KORLEKSI, JOANN | Paralegal | 85.75 | $ | 23.00 | $ 1,972.25 |
| Anastopoulo & Clore | WADE, CRYSTAL | Other | 27.50 | $ | 12.00 | $ 330.00 |
| Anastopoulo & Clore Total | | | 607.75 | | | $ 225,761.64 |
| Andrews & Thornton | ANDREWS, ANNE | Attorney | 400.50 | $ | 550.00 | $ 220,275.00 |
| Andrews & Thornton | BRUMMEL, MICHAEL | Attorney | 1.00 | $ | 250.00 | $ 250.00 |
| Andrews & Thornton | FRIAS, RUBEN | Law Clerk | 1.75 | $ | 125.00 | $ 218.75 |
| Andrews & Thornton | GALINDEZ, MARCO | Law Clerk | 84.00 | $ | 125.00 | $ 10,500.00 |
| Andrews & Thornton | GROSSMAN, MARC | Law Clerk | 10.00 | $ | 600.00 | $ 6,000.00 |
| Andrews & Thornton | THORNTON, JOHN | Attorney | 1,507.75 | $ | 550.00 | $ 829,262.50 |
| Andrews & Thornton Total | | | 2,005.00 | | | $ 1,066,506.25 |
| Ashcraft & Gerel | AKUM, THADDEUS | Paralegal | 47.00 | $ | 125.00 | $ 5,875.00 |
| Ashcraft & Gerel | GREEN, JAMES | Attorney | 148.50 | $ | 595.00 | $ 88,357.50 |
| Ashcraft & Gerel | HEAVISIDE, MICHAEL W. | Attorney | 16.00 | $ | 332.07 | $ 5,319.12 |
| Ashcraft & Gerel | ISHIZAWAR, AMY | Attorney | 552.00 | $ | 275.00 | $ 151,800.00 |
| Ashcraft & Gerel | LAYTON, DAVID | Attorney | 2.00 | $ | 450.00 | $ 900.00 |
| Ashcraft & Gerel | ORENDI, JENNIFER | Attorney | 684.25 | $ | 395.00 | $ 270,278.75 |
| Ashcraft & Gerel | OWENS, DAVID | Paralegal | 43.00 | $ | 125.00 | $ 5,375.00 |
| Ashcraft & Gerel | PARFITT, MICHELLE A. | Attorney | 690.25 | $ | 595.00 | $ 410,698.75 |
| Ashcraft & Gerel | PARFITT, NAN | Paralegal | 3.50 | $ | 175.00 | $ 612.50 |
| Ashcraft & Gerel | TISI, CHRISTOPHER | Attorney | 4,605.00 | $ | 595.00 | $ 2,739,975.00 |
| Ashcraft & Gerel Total | | | 6,791.50 | | | $ 3,679,185.62 |
| Audet & Partners | AUDET, WILLIAM | Attorney | 1,736.50 | $ | 550.00 | $ 955,075.00 |
| Audet & Partners | BARRETT, BYRON | Attorney | 38.00 | $ | 95.00 | $ 3,610.00 |
| Audet & Partners | EZRIN, JOSH | Attorney | 658.00 | $ | 375.00 | $ 246,750.00 |
| Audet & Partners | GARRATT, STEVE | Attorney | 265.75 | $ | 110.00 | $ 29,232.50 |
| Audet & Partners | NADJI, ADEL | Attorney | 537.75 | $ | 290.00 | $ 155,947.50 |
| Audet & Partners | SCOVERN, SUSANNE | Attorney | 4,354.75 | $ | 450.00 | $ 1,959,637.50 |
| Audet & Partners | THOMASON, KEVIN | Attorney | 75.25 | $ | 295.00 | $ 22,198.75 |
| Audet & Partners  Total | | | 7,666.00 | | | $ 3,372,451.25 |
| Aylstock | ANDERSON, BEN | Attorney | 117.50 | $ | 500.00 | $ 58,750.00 |
| Aylstock | AYLSTOCK, BRYAN | Attorney | 120.75 | $ | 550.00 | $ 66,412.50 |
| Aylstock | BAGGETT, RENEE | Paralegal | 49.50 | $ | 275.00 | $ 13,612.50 |
| Aylstock | BRUNER, PAULA | Attorney | 93.00 | $ | 250.00 | $ 23,250.00 |

KS-000027

| | | | | | | |
|---|---|---|---|---|---|---|
| Aylstock | LINDSEY, JESSICA | Paralegal | 15.50 | $ | 100.00 | $ 1,550.00 |
| Aylstock | OVERHOLTZ, NEIL | Attorney | 93.50 | $ | 550.00 | $ 51,425.00 |
| Aylstock | SMITH, KEN | Attorney | 210.75 | $ | 450.00 | $ 94,837.50 |
| Aylstock | WITKIN, JUSTIN | Attorney | 141.00 | $ | 550.00 | $ 77,550.00 |
| **Aylstock Total** | | | **841.50** | | | **$ 387,387.50** |
| Balkin and Eisbrouch | EISBROUCH, DAVID | Attorney | 25.75 | $ | 550.00 | $ 14,162.50 |
| **Balkin and Eisbrouch Total** | | | **25.75** | | | **$ 14,162.50** |
| Barnow | BARNOW, BEN | Attorney | 22.75 | $ | 650.00 | $ 14,787.50 |
| Barnow | HALL, A. | Law Clerk | 5.00 | $ | 65.00 | $ 325.00 |
| Barnow | HALL, ALICIA | Paralegal | 15.50 | $ | 332.07 | $ 5,147.09 |
| Barnow | HARRIS, SHARON | Attorney | 18.75 | $ | 390.00 | $ 7,312.50 |
| Barnow | SCHORK, ERICH | Attorney | 4.25 | $ | 285.00 | $ 1,211.25 |
| Barnow | STRAUTINS, BLAKE | Law Clerk | 1.00 | $ | 250.00 | $ 250.00 |
| **Barnow Total** | | | **67.25** | | | **$ 29,033.34** |
| Barrios Kingsdorf | BARRIOS, DAWN | Attorney | 2,174.50 | $ | 500.00 | $ 1,087,250.00 |
| Barrios Kingsdorf | CHERAMIE, JOY | Paralegal | 31.50 | $ | 100.00 | $ 3,150.00 |
| Barrios Kingsdorf | COONS, DAVID | Law Clerk | 91.00 | $ | 100.00 | $ 9,100.00 |
| Barrios Kingsdorf | FOLTS, DENA | Paralegal | 630.25 | $ | 175.00 | $ 110,293.75 |
| Barrios Kingsdorf | KINGSDORF, BRUCE | Attorney | 273.75 | $ | 500.00 | $ 136,875.00 |
| Barrios Kingsdorf | LILLIMAN, ANGELA | Paralegal | 15.50 | $ | 100.00 | $ 1,550.00 |
| Barrios Kingsdorf | MULLIGAN, NICOLE | Other | 8.25 | $ | 75.00 | $ 618.75 |
| Barrios Kingsdorf | ROMANO, MARIA | Paralegal | 31.50 | $ | 100.00 | $ 3,150.00 |
| Barrios Kingsdorf | STEELE, DAPHNE | Paralegal | 10.50 | $ | 100.00 | $ 1,050.00 |
| Barrios Kingsdorf | VINSON, LISA | Paralegal | 159.25 | $ | 175.00 | $ 27,868.75 |
| Barrios Kingsdorf | WOOL, ZACHARY L. | Paralegal | 13.25 | $ | 300.00 | $ 3,975.00 |
| **Barrios Kingsdorf Total** | | | **3,439.25** | | | **$ 1,384,881.25** |
| Bartimus Frickleton | BARTIMUS, JAMES | Attorney | 30.00 | $ | 450.00 | $ 13,500.00 |
| **Bartimus Frickleton Total** | | | **30.00** | | | **$ 13,500.00** |
| Beasley Allen | ALLEN, KELLY | Other | 31.50 | $ | 150.00 | $ 4,725.00 |
| Beasley Allen | BEASLEY, JERE | Attorney | 39.50 | $ | 800.00 | $ 31,600.00 |
| Beasley Allen | BIRCHFIELD, JR. | Attorney | 8,832.00 | $ | 700.00 | $ 6,182,400.00 |
| Beasley Allen | BROWN, AMY | Attorney | 11.25 | $ | 150.00 | $ 1,687.50 |
| Beasley Allen | BRUNER, MELISA | Paralegal | 3,394.75 | $ | 150.00 | $ 509,212.50 |
| Beasley Allen | COOK, W. CHAD | Attorney | 130.25 | $ | 500.00 | $ 65,125.00 |
| Beasley Allen | DAVIES, NIALL | Paralegal | 466.50 | $ | 332.07 | $ 154,910.66 |

KS-000028

3 of 34

| | | | | | | |
|---|---|---|---|---|---|---|
| Beasley Allen | DAVIES, PENNY | Paralegal | 35.50 | $ | 332.07 | $ 11,788.49 |
| Beasley Allen | EARLE, CHERYL | Attorney | 2,703.75 | $ | 200.00 | $ 540,750.00 |
| Beasley Allen | ELLIS, LESLIE | Other | 52.00 | $ | 150.00 | $ 7,800.00 |
| Beasley Allen | ETHEREDGE, KATHERINE | Paralegal | 628.50 | $ | 332.07 | $ 208,706.00 |
| Beasley Allen | FOWLER, MEGAN | Other | 1,447.25 | $ | 50.00 | $ 72,362.50 |
| Beasley Allen | GRIFFIN, KELLI | Attorney | 4,159.00 | $ | 250.00 | $ 1,039,750.00 |
| Beasley Allen | GRIFFIN, MIRIAM | Paralegal | 478.00 | $ | 150.00 | $ 71,700.00 |
| Beasley Allen | LAYSON, JARRET | Other | 11.00 | $ | 332.07 | $ 3,652.77 |
| Beasley Allen | LOCKLAR, BENJAMIN | Attorney | 457.25 | $ | 500.00 | $ 228,625.00 |
| Beasley Allen | MEADOWS, TED | Attorney | 104.75 | $ | 500.00 | $ 52,375.00 |
| Beasley Allen | MUNSON, MATT | Paralegal | 15.25 | $ | 100.00 | $ 1,525.00 |
| Beasley Allen | O'DELL, P. LEIGH | Attorney | 7,597.25 | $ | 500.00 | $ 3,798,625.00 |
| Beasley Allen | PRICKETT, MELISSA | Attorney | 121.50 | $ | 500.00 | $ 60,750.00 |
| Beasley Allen | PRUETT, GENIE H. | Paralegal | 513.75 | $ | 75.00 | $ 38,531.25 |
| Beasley Allen | RAMIREZ, CARLOS | Paralegal | 565.25 | $ | 50.00 | $ 28,262.50 |
| Beasley Allen | REYNOLDS, LINDA | Paralegal | 1,575.00 | $ | 150.00 | $ 236,250.00 |
| Beasley Allen | SANFORD, JESSICA | Paralegal | 225.75 | $ | 75.00 | $ 16,931.25 |
| Beasley Allen | SIZEMORE, J. PAUL | Attorney | 846.50 | $ | 500.00 | $ 423,250.00 |
| Beasley Allen | SMITH, III | Attorney | 758.00 | $ | 500.00 | $ 379,000.00 |
| Beasley Allen | WALKER, J. CLARKE | Law Clerk | 16.00 | $ | 100.00 | $ 1,600.00 |
| Beasley Allen | WELLS, CHERYL | Attorney | 246.75 | $ | 332.07 | $ 81,938.27 |
| Beasley Allen | WHATLEY, JOY | Law Clerk | 45.00 | $ | 100.00 | $ 4,500.00 |
| Beasley Allen | WOODSON, E. FRANK | Attorney | 1,239.00 | $ | 500.00 | $ 619,500.00 |
| **Beasley Allen Total** | | | 36,747.75 | | | $ 14,877,833.68 |
| Bencomo | BABIN, HELEN R. | Attorney | 750.75 | $ | 332.07 | $ 249,301.55 |
| Bencomo | BENCOMO, RAUL R. | Attorney | 303.00 | $ | 332.07 | $ 100,617.21 |
| Bencomo | HYNES, DANNY R. | Attorney | 459.75 | $ | 332.07 | $ 152,669.18 |
| **Bencomo Total** | | | 1,513.50 | | | $ 502,587.95 |
| Blizzard McCarthy | BLIZZARD, ED | Attorney | 3,536.75 | $ | 750.00 | $ 2,652,562.50 |
| Blizzard McCarthy | GARZA, GINA | Other | 132.25 | $ | 50.00 | $ 6,612.50 |
| Blizzard McCarthy | GIBSON, HOLLY | Attorney | 235.50 | $ | 332.07 | $ 78,202.49 |
| Blizzard McCarthy | GRAINGER, GLENDA | Other | 136.00 | $ | 187.00 | $ 25,432.00 |
| Blizzard McCarthy | HALE, CONNIE | Paralegal | 465.25 | $ | 100.00 | $ 46,525.00 |
| Blizzard McCarthy | KING, REBECCA | Attorney | 1,357.50 | $ | 450.00 | $ 610,875.00 |
| Blizzard McCarthy | MCCARTHY, STEVE | Attorney | 610.00 | $ | 700.00 | $ 427,000.00 |

KS-000029

| | | | | | | |
|---|---|---|---|---|---|---|
| Blizzard McCarthy | NABERS, SCOTT | Attorney | 1,193.25 | $ | 700.00 | $ 835,275.00 |
| Blizzard McCarthy | NANCARROW, CHRISTINA | Paralegal | 568.50 | $ | 100.00 | $ 56,850.00 |
| Blizzard McCarthy | WHEELER, HOLLY | Attorney | 934.25 | $ | 450.00 | $ 420,412.50 |
| **Blizzard McCarthy Total** | | | **9,169.25** | | | **$ 5,159,746.99** |
| Bossier and Associates | BOSSIER, SHEILA M. | Attorney | 102.50 | $ | 250.00 | $ 25,625.00 |
| **Bossier and Associates Total** | | | **102.50** | | | **$ 25,625.00** |
| Branch | BALDERRAMA, FRANK | Attorney | 309.50 | $ | 332.07 | $ 102,775.67 |
| Branch | BRANCH, MARGARET | Attorney | 535.25 | $ | 332.07 | $ 177,740.47 |
| Branch | BRANCH, TURNER | Attorney | 805.75 | $ | 332.07 | $ 267,565.40 |
| Branch | CONDON, LISA | Attorney | 134.25 | $ | 332.07 | $ 44,580.40 |
| Branch | DOMINGUEZ, PAUL | Law Clerk | 41.00 | $ | 332.07 | $ 13,614.87 |
| Branch | DUFFY, MEGAN | Law Clerk | 157.00 | $ | 332.07 | $ 52,134.99 |
| Branch | FERREYRA, JUANA | Paralegal | 197.50 | $ | 332.07 | $ 65,583.83 |
| Branch | FOWLER, BOB | Paralegal | 185.50 | $ | 332.07 | $ 61,598.99 |
| Branch | GRIEGO, DOROTHY | Paralegal | 378.25 | $ | 332.07 | $ 125,605.48 |
| Branch | JARAMILLO, MICHELE | Paralegal | 515.00 | $ | 332.07 | $ 171,016.05 |
| Branch | MCFARLAND, LAURIE | Attorney | 96.75 | $ | 332.07 | $ 32,127.77 |
| Branch | PATTERSON, SHELLY S. | Paralegal | 396.50 | $ | 332.07 | $ 131,665.76 |
| Branch | PRICE, SHANNON | Paralegal | 143.50 | $ | 332.07 | $ 47,652.05 |
| Branch | SANDERS, RYAN | Law Clerk | 123.00 | $ | 332.07 | $ 40,844.61 |
| Branch | SANDOVAL, RICHARD | Attorney | 1,294.50 | $ | 332.07 | $ 429,864.62 |
| Branch | SHREVE, MARY | Paralegal | 153.00 | $ | 332.07 | $ 50,806.71 |
| Branch | STOWERS, HARRY E. | Attorney | 9.50 | $ | 332.07 | $ 3,154.67 |
| Branch | WILLIAMS, GLORIA | Paralegal | 183.00 | $ | 332.07 | $ 60,768.81 |
| Branch | ZEDALIS, CYNTHIA L. | Attorney | 1,428.75 | $ | 332.07 | $ 474,445.01 |
| **Branch Total** | | | **7,087.50** | | | **$ 2,353,546.13** |
| Brandi Law Firm | BRANDI, THOMAS J | Attorney | 2,069.70 | $ | 600.00 | $ 1,241,820.00 |
| Brandi Law Firm | CARDOZA, AIMEE | Paralegal | 5.00 | $ | 100.00 | $ 500.00 |
| Brandi Law Firm | EDWARDS, TERENCE | Attorney | 226.25 | $ | 332.07 | $ 75,130.84 |
| Brandi Law Firm | FRIEDMAN, JASON | Paralegal | 376.00 | $ | 100.00 | $ 37,600.00 |
| Brandi Law Firm | HORNBECK, JOHN | Attorney | 530.50 | $ | 450.00 | $ 238,725.00 |
| Brandi Law Firm | KAUFMAN, CASEY | Attorney | 65.50 | $ | 332.07 | $ 21,750.59 |
| Brandi Law Firm | MALLOY, BRIAN | Attorney | 633.00 | $ | 250.00 | $ 158,250.00 |
| Brandi Law Firm | PALERMO, MICHELLE | Paralegal | 162.00 | $ | 332.07 | $ 53,795.34 |
| Brandi Law Firm | REUVEKAMP, MYLENE | Attorney | 331.50 | $ | 200.00 | $ 66,300.00 |

KS-000030

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Brandi Law Firm | SQUIRES, CAROL | Paralegal | 186.00 | $ | 100.00 | $ | 18,600.00 |
| Brandi Law Firm | STRAIN, TERENCE | Paralegal | 629.50 | $ | 332.07 | $ | 209,038.07 |
| Brandi Law Firm Total | | | 5,214.95 | | | $ | 2,121,509.83 |
| Brian K. Balser | BALSER, BRIAN | Attorney | 592.25 | $ | 500.00 | $ | 296,125.00 |
| Brian K. Balser Total | | | 592.25 | | | $ | 296,125.00 |
| Brown & Crouppen | DRISCOLL, JOHN | Attorney | 507.25 | $ | 250.00 | $ | 126,812.50 |
| Brown & Crouppen | LAPE, BRANDI | Paralegal | 3.75 | $ | 100.00 | $ | 375.00 |
| Brown & Crouppen | SMITH, ANN | Paralegal | 85.25 | $ | 100.00 | $ | 8,525.00 |
| Brown & Crouppen | WALL, ANDREW | Attorney | 2.00 | $ | 145.23 | $ | 290.46 |
| Brown & Crouppen | WEBB, SETH | Attorney | 185.50 | $ | 250.00 | $ | 46,375.00 |
| Brown & Crouppen Total | | | 783.75 | | | $ | 182,377.96 |
| Bruce C. Dean | DEAN, BRUCE | Attorney | 10.50 | $ | 300.00 | $ | 3,150.00 |
| Bruce C. Dean Total | | | 10.50 | | | $ | 3,150.00 |
| Burg Simpson | BURG, MICHAEL S. | Attorney | 132.50 | $ | 650.00 | $ | 86,125.00 |
| Burg Simpson | BURG, PETER W | Attorney | 70.25 | $ | 267.94 | $ | 18,822.79 |
| Burg Simpson | ELDREDGE, SCOTT J. | Attorney | 599.75 | $ | 550.00 | $ | 329,862.50 |
| Burg Simpson | KATZ, SETH | Attorney | 125.75 | $ | 600.00 | $ | 75,450.00 |
| Burg Simpson | RESTAINO, JOHN | Attorney | 586.50 | $ | 450.00 | $ | 263,925.00 |
| Burg Simpson | YEFIMENKO, MAX | Attorney | 1,085.00 | $ | 450.00 | $ | 488,250.00 |
| Burg Simpson Total | | | 2,599.75 | | | $ | 1,262,435.29 |
| Cafferty Faucher | FRAZER, TIMOTHY | Attorney | 1.25 | $ | 350.00 | $ | 437.50 |
| Cafferty Faucher | KANE, WILLIAM R. | Attorney | 191.00 | $ | 332.07 | $ | 63,425.97 |
| Cafferty Faucher | TARRINGER, MICHAEL | Attorney | 15.25 | $ | 495.00 | $ | 7,548.75 |
| Cafferty Faucher Total | | | 207.50 | | | $ | 71,411.62 |
| Capshaw Goss | BANNO, TAMARA L. | Attorney | 43.25 | $ | 250.00 | $ | 10,812.50 |
| Capshaw Goss | GOSS, TIM K. | Attorney | 109.25 | $ | 450.00 | $ | 49,162.50 |
| Capshaw Goss Total | | | 152.50 | | | $ | 59,975.00 |
| Carey & Danis | BAUMAN, SARAH | Attorney | 404.00 | $ | 300.00 | $ | 121,200.00 |
| Carey & Danis | BUXNER, EVAN | Attorney | 213.25 | $ | 375.00 | $ | 79,968.75 |
| Carey & Danis | CAREY, JOHN J | Attorney | 244.00 | $ | 450.00 | $ | 109,800.00 |
| Carey & Danis | DANIS, JOSEPH P | Attorney | 87.75 | $ | 450.00 | $ | 39,487.50 |
| Carey & Danis | FLYNN, CASEY | Attorney | 2,011.75 | $ | 300.00 | $ | 603,525.00 |
| Carey & Danis | LOWE, JEFFREY J | Attorney | 1,417.75 | $ | 450.00 | $ | 637,987.50 |
| Carey & Danis | SHAEFFER, EVAN | Attorney | 1,139.75 | $ | 375.00 | $ | 427,406.25 |
| Carey & Danis Total | | | 5,518.25 | | | $ | 2,019,375.00 |

KS-000031

6 of 34

| | | | | | | |
|---|---|---|---|---|---|---|
| Charfoos & Christensen | BODNER, BETH | Paralegal | 77.50 | $ | 50.00 | $ | 3,875.00 |
| Charfoos & Christensen | BOURGOINE, IAN | Attorney | 16.50 | $ | 150.00 | $ | 2,475.00 |
| Charfoos & Christensen | HAYNES, AIESHA | Paralegal | 9.25 | $ | 35.00 | $ | 323.75 |
| Charfoos & Christensen | MANDT, ANN | Attorney | 18.00 | $ | 350.00 | $ | 6,300.00 |
| Charfoos & Christensen | PARKER, DAVID R. | Attorney | 63.25 | $ | 350.00 | $ | 22,137.50 |
| Charfoos & Christensen | THOMPSON, JASON J. | Attorney | 194.25 | $ | 350.00 | $ | 67,987.50 |
| Charfoos & Christensen | TYTRAN, MARY JANE | Paralegal | 14.00 | $ | 150.00 | $ | 2,100.00 |
| Charfoos & Christensen | WRIGHT, SELECIA D. | Paralegal | 4.00 | $ | 125.00 | $ | 500.00 |
| **Charfoos & Christensen Total** | | | **396.75** | | | $ | 105,698.75 |
| Cohen Milstein | GORTON, TIM | Paralegal | 58.50 | $ | 200.00 | $ | 11,700.00 |
| Cohen Milstein | LAU, WENDY | Paralegal | 2.50 | $ | 175.00 | $ | 437.50 |
| Cohen Milstein | MCNAMARA, DOUG | Attorney | 184.75 | $ | 435.00 | $ | 80,366.25 |
| Cohen Milstein | SIGELMAN, DANIEL | Attorney | 1,753.50 | $ | 575.00 | $ | 1,008,262.50 |
| Cohen Milstein | SKOLNIK, ANDREW | Law Clerk | 4.50 | $ | 200.00 | $ | 900.00 |
| **Cohen Milstein Total** | | | **2,003.75** | | | $ | 1,101,666.25 |
| Cohen Placitella | COHEN, STEWART | Attorney | 205.75 | $ | 500.00 | $ | 102,875.00 |
| Cohen Placitella | KLEIN, JUSTIN | Paralegal | 182.00 | $ | 150.00 | $ | 27,300.00 |
| Cohen Placitella | LENROW, DAVID | Attorney | 530.75 | $ | 500.00 | $ | 265,375.00 |
| Cohen Placitella | NOONAN, MICHAEL | Paralegal | 1,017.75 | $ | 150.00 | $ | 152,662.50 |
| Cohen Placitella | PLACITELLA, CHRIS | Attorney | 2,923.00 | $ | 500.00 | $ | 1,461,500.00 |
| Cohen Placitella | ROTH, HARRY | Attorney | 104.75 | $ | 500.00 | $ | 52,375.00 |
| **Cohen Placitella Total** | | | **4,964.00** | | | $ | 2,062,087.50 |
| Cuneo Gilbert | ANDERSON, WILLIAM H | Law Clerk | 15.75 | $ | 325.00 | $ | 5,118.75 |
| Cuneo Gilbert | BAKER, IAN | Law Clerk | 1.00 | $ | 332.07 | $ | 332.07 |
| Cuneo Gilbert | COHEN, DANIEL | Attorney | 78.00 | $ | 500.00 | $ | 39,000.00 |
| Cuneo Gilbert | CUNEO, JONATHAN | Attorney | 508.00 | $ | 595.00 | $ | 302,260.00 |
| Cuneo Gilbert | FISHER, CHRIS | Paralegal | 311.00 | $ | 332.07 | $ | 103,273.77 |
| Cuneo Gilbert | GILBERT, PAMELA | Attorney | 187.50 | $ | 575.00 | $ | 107,812.50 |
| Cuneo Gilbert | LADUCA, CHARLES J | Attorney | 128.00 | $ | 400.00 | $ | 51,200.00 |
| Cuneo Gilbert | LENETT, MICHAEL G | Attorney | 2.50 | $ | 575.00 | $ | 1,437.50 |
| Cuneo Gilbert | LORAH, TANA | Paralegal | 2.00 | $ | 332.07 | $ | 664.14 |
| Cuneo Gilbert | SNODDY, NADIA | Law Clerk | 25.75 | $ | 332.07 | $ | 8,550.80 |
| Cuneo Gilbert | THOMPSON, BRENDAN | Paralegal | 42.00 | $ | 332.07 | $ | 13,946.94 |
| Cuneo Gilbert | WALDMAN, MICHAEL | Attorney | 19.50 | $ | 332.07 | $ | 6,475.37 |
| **Cuneo Gilbert Total** | | | **1,321.00** | | | $ | 680,071.84 |

KS-000032

| | | | | | | |
|---|---|---|---|---|---|---|
| Daniel E. Becnel, Jr. | BECNEL, CHRISTOPHER | Attorney | 321.00 | $ | 332.07 | $ 106,594.47 |
| Daniel E. Becnel, Jr. | BECNEL, JR. | Attorney | 406.00 | $ | 332.07 | $ 134,820.42 |
| Daniel E. Becnel, Jr. | BECNEL, MEGHAN | Attorney | 156.75 | $ | 332.07 | $ 52,051.97 |
| Daniel E. Becnel, Jr. | BECNEL, TONI | Attorney | 265.00 | $ | 332.07 | $ 87,998.55 |
| Daniel E. Becnel, Jr. | BREININ, MICHAEL | Attorney | 2,163.25 | $ | 235.20 | $ 508,796.40 |
| Daniel E. Becnel, Jr. | CHRISTINA, SALVADORE | Attorney | 118.00 | $ | 332.07 | $ 39,184.26 |
| Daniel E. Becnel, Jr. | DONLON, CAROLINE | Attorney | 29.50 | $ | 595.76 | $ 17,574.92 |
| Daniel E. Becnel, Jr. | GANT, MONICA | Attorney | 109.25 | $ | 19.00 | $ 2,075.75 |
| Daniel E. Becnel, Jr. | HARRIS, BARBARA | Other | 14.50 | $ | 332.07 | $ 4,815.02 |
| Daniel E. Becnel, Jr. | KLIBERT, KEVIN | Attorney | 7.75 | $ | 332.07 | $ 2,573.54 |
| Daniel E. Becnel, Jr. | LAMARCHE, HOLLY | Attorney | 442.00 | $ | 235.20 | $ 103,958.40 |
| Daniel E. Becnel, Jr. | LORENZ, MARY | Attorney | 1,189.00 | $ | 235.20 | $ 279,652.80 |
| Daniel E. Becnel, Jr. | MARINO, JUANITA | Attorney | 668.50 | $ | 332.07 | $ 221,988.80 |
| Daniel E. Becnel, Jr. | MARINO, RUCHE | Attorney | 778.00 | $ | 332.07 | $ 258,350.46 |
| Daniel E. Becnel, Jr. | MORELAND, MATTHEW | Attorney | 118.50 | $ | 342.97 | $ 40,641.95 |
| Daniel E. Becnel, Jr. | MORTON, KELLY M. | Attorney | 236.25 | $ | 332.07 | $ 78,451.54 |
| Daniel E. Becnel, Jr. | PERCY, WILLIAM | Attorney | 2,467.75 | $ | 235.20 | $ 580,414.80 |
| Daniel E. Becnel, Jr. | SANDERSON, DARLA | Attorney | 782.75 | $ | 235.20 | $ 184,102.80 |
| Daniel E. Becnel, Jr. | SIRMON, DEANNE | Attorney | 24.00 | $ | 342.97 | $ 8,231.28 |
| Daniel E. Becnel, Jr. | TODD, REBECCA | Attorney | 2,740.50 | $ | 332.07 | $ 910,037.84 |
| **Daniel E. Becnel, Jr. Total** | | | **13,038.25** | | | **$ 3,622,315.95** |
| Dugan & Browne | BROWNE, DAVID | Attorney | 0.25 | $ | 332.07 | $ 83.02 |
| Dugan & Browne | DUGAN, JAMES | Attorney | 74.75 | $ | 332.07 | $ 24,822.23 |
| Dugan & Browne | PLYMALE, DOUGLAS | Attorney | 39.25 | $ | 332.07 | $ 13,033.75 |
| **Dugan & Browne Total** | | | **114.25** | | | **$ 37,939.00** |
| Engstrom Lipscomb | BEILKE, JARED | Attorney | 1.50 | $ | 350.00 | $ 525.00 |
| Engstrom Lipscomb | BRASCHI, CORWYN | Paralegal | 11.25 | $ | 150.00 | $ 1,687.50 |
| Engstrom Lipscomb | CARPENTER, LEAH | Paralegal | 8.00 | $ | 156.44 | $ 1,251.52 |
| Engstrom Lipscomb | DEPEW, BRIAN | Attorney | 156.50 | $ | 700.00 | $ 109,550.00 |
| Engstrom Lipscomb | DOHERTY, CLAUDIA | Paralegal | 262.40 | $ | 100.00 | $ 26,240.00 |
| Engstrom Lipscomb | FRY, ERICA | Paralegal | 358.95 | $ | 100.00 | $ 35,895.00 |
| Engstrom Lipscomb | GONZALEZ, MARISELA | Paralegal | 38.05 | $ | 125.00 | $ 4,756.25 |
| Engstrom Lipscomb | GREENBERG, SUSAN | Paralegal | 388.50 | $ | 125.00 | $ 48,562.50 |
| Engstrom Lipscomb | GRESHLER, ERIC | Paralegal | 643.45 | $ | 150.00 | $ 96,517.50 |
| Engstrom Lipscomb | GUTIERREZ, ALEXANDER | Paralegal | 2.50 | $ | 125.00 | $ 312.50 |

KS-000033

| Firm | Name | Role | Hours | Rate | Total |
|---|---|---|---|---|---|
| Engstrom Lipscomb | HERNANDEZ, ELIZABETH | Attorney | 7.30 | $ 267.94 | $ 1,955.96 |
| Engstrom Lipscomb | HOFFMAN, JANINE | Paralegal | 57.50 | $ 156.44 | $ 8,995.30 |
| Engstrom Lipscomb | HOWITT, ANN | Attorney | 10.00 | $ 350.00 | $ 3,500.00 |
| Engstrom Lipscomb | ISFAN, SAMUEL | Paralegal | 52.10 | $ 156.44 | $ 8,150.52 |
| Engstrom Lipscomb | KANTER, LAURA | Paralegal | 217.00 | $ 156.44 | $ 33,947.48 |
| Engstrom Lipscomb | KARTER, MARK | Paralegal | 2.00 | $ 125.00 | $ 250.00 |
| Engstrom Lipscomb | LACK, WALTER | Attorney | 555.50 | $ 900.00 | $ 499,950.00 |
| Engstrom Lipscomb | LERNER, LAURA | Paralegal | 100.70 | $ 156.44 | $ 15,753.51 |
| Engstrom Lipscomb | LEVIN, MICHAEL | Paralegal | 1,780.20 | $ 156.44 | $ 278,494.49 |
| Engstrom Lipscomb | MITCHELL, WILLIAM | Paralegal | 116.00 | $ 125.00 | $ 14,500.00 |
| Engstrom Lipscomb | PAYNE, BRYAN | Attorney | 46.50 | $ 325.00 | $ 15,112.50 |
| Engstrom Lipscomb | RAMSEY, JERRY | Attorney | 353.00 | $ 700.00 | $ 247,100.00 |
| Engstrom Lipscomb | RHUDY, CHRISTINA | Law Clerk | 67.00 | $ 145.23 | $ 9,730.41 |
| Engstrom Lipscomb | ROBERTSON, JOY | Attorney | 360.50 | $ 500.00 | $ 180,250.00 |
| Engstrom Lipscomb | TERRELL, STEPHEN | Attorney | 1,270.55 | $ 400.00 | $ 508,220.00 |
| Engstrom Lipscomb Total | | | 6,866.95 | | $ 2,151,207.94 |
| Eric H. Weinberg | LONGO, TERESA | Paralegal | 300.00 | $ 332.07 | $ 99,621.00 |
| Eric H. Weinberg | MAYNARD, ADAM | Law Clerk | 1,350.00 | $ 332.07 | $ 448,294.50 |
| Eric H. Weinberg | TAYTS, TANYA | Paralegal | 2,223.50 | $ 332.07 | $ 738,357.65 |
| Eric H. Weinberg | WEINBERG, DIANE | Other | 200.00 | $ 332.07 | $ 66,414.00 |
| Eric H. Weinberg | WEINBERG, ERIC | Attorney | 6,288.25 | $ 332.07 | $ 2,088,139.18 |
| Eric H. Weinberg Total | | | 10,361.75 | | $ 3,440,826.32 |
| Escobedo Tippit | BELEZ, TAMMY | Paralegal | 1,229.50 | $ 156.44 | $ 192,342.98 |
| Escobedo Tippit | CARDENAS, LUIS | Attorney | 2,394.75 | $ 492.32 | $ 1,178,983.32 |
| Escobedo Tippit | ESCOBEDO, JOE | Attorney | 3,757.00 | $ 559.70 | $ 2,102,792.90 |
| Escobedo Tippit | HOCKEMA, DAVID | Attorney | 1,296.50 | $ 559.70 | $ 725,651.05 |
| Escobedo Tippit | MENDOZA, IGNACIO | Other | 92.50 | $ 213.59 | $ 19,757.08 |
| Escobedo Tippit | ROCHA, ESTHER | Paralegal | 2,746.00 | $ 156.44 | $ 429,584.24 |
| Escobedo Tippit | RUIZ, MAURO | Attorney | 3,283.75 | $ 419.85 | $ 1,378,682.44 |
| Escobedo Tippit | TIPPIT, JOHN | Attorney | 86.75 | $ 559.70 | $ 48,553.98 |
| Escobedo Tippit Total | | | 14,886.75 | | $ 6,076,347.98 |
| Fayard & Honeycutt | CORKERN, TONI | Other | 50.25 | $ 30.00 | $ 1,507.50 |
| Fayard & Honeycutt | DANIELS, FLORENCE | Other | 5.00 | $ 30.00 | $ 150.00 |
| Fayard & Honeycutt | EDWARDS, WANDA | Attorney | 176.50 | $ 250.00 | $ 44,125.00 |
| Fayard & Honeycutt | FAYARD, CALVIN | Attorney | 107.25 | $ 350.00 | $ 37,537.50 |

KS-000634

| | | | | | | |
|---|---|---|---|---|---|---|
| Fayard & Honeycutt | FREEMAN, DONNA | Paralegal | 54.50 | $ | 75.00 | $ 4,087.50 |
| Fayard & Honeycutt | MISTOLER, CAROLYN | Other | 0.75 | $ | 65.00 | $ 48.75 |
| Fayard & Honeycutt | MOUNGER, PRICE | Attorney | 11.75 | $ | 200.00 | $ 2,350.00 |
| Fayard & Honeycutt | WILLIAMS, HEATHER | Other | 10.00 | $ | 30.00 | $ 300.00 |
| Fayard & Honeycutt Total | | | 416.00 | | | $ 90,106.25 |
| Fibich Hampton | BRYAN, LESLIE | Paralegal | 80.75 | $ | 90.00 | $ 7,267.50 |
| Fibich Hampton | CORLEY, ERIN | Attorney | 18.00 | $ | 350.00 | $ 6,300.00 |
| Fibich Hampton | FENDIA, SARA J | Attorney | 1,014.25 | $ | 400.00 | $ 405,700.00 |
| Fibich Hampton | FIBICH, KENNETH T | Attorney | 403.75 | $ | 600.00 | $ 242,250.00 |
| Fibich Hampton | PAEZ, ELIZABETH B | Paralegal | 142.75 | $ | 90.00 | $ 12,847.50 |
| Fibich Hampton | SOLIS, RACHEL | Paralegal | 97.00 | $ | 90.00 | $ 8,730.00 |
| Fibich Hampton | TUBERGEN, LISA VAN | Paralegal | 264.75 | $ | 90.00 | $ 23,827.50 |
| Fibich Hampton Total | | | 2,021.25 | | | $ 706,922.50 |
| Freese & Goss | FREESE, RICHARD | Attorney | 391.50 | $ | 450.00 | $ 176,175.00 |
| Freese & Goss | GOSS, TIM K. | Attorney | 21.00 | $ | 450.00 | $ 9,450.00 |
| Freese & Goss | O'STEEN, CINDY | Paralegal | 119.75 | $ | 150.00 | $ 17,962.50 |
| Freese & Goss | REESE, REGINA | Paralegal | 157.50 | $ | 150.00 | $ 23,625.00 |
| Freese & Goss | VEDRAL, SARA | Attorney | 104.25 | $ | 250.00 | $ 26,062.50 |
| Freese & Goss Total | | | 794.00 | | | $ 253,275.00 |
| Friedman Law Offices | FREIDMAN, DANIEL | Attorney | 5.00 | $ | 419.85 | $ 2,099.25 |
| Friedman Law Offices | FREIDMAN, HERBERT | Attorney | 10.50 | $ | 559.70 | $ 5,876.85 |
| Friedman Law Offices | MORRIS, DAWN | Paralegal | 5.00 | $ | 156.44 | $ 782.20 |
| Friedman Law Offices  Total | | | 20.50 | | | $ 8,758.30 |
| Gainsburgh Benjamin | HADICAN, KARA | Attorney | 44.00 | $ | 250.00 | $ 11,000.00 |
| Gainsburgh Benjamin | MARTIN, DENISE | Paralegal | 20.50 | $ | 125.00 | $ 2,562.50 |
| Gainsburgh Benjamin | MEUNIER, GERALD | Attorney | 1,151.50 | $ | 500.00 | $ 575,750.00 |
| Gainsburgh Benjamin Total | | | 1,216.00 | | | $ 589,312.50 |
| Gallagher Law Firm | FUGATE, SHAWNA | Paralegal | 48.75 | $ | 95.00 | $ 4,631.25 |
| Gallagher Law Firm | GALLAGHER, MICHAEL T | Attorney | 1,033.00 | $ | 420.00 | $ 433,860.00 |
| Gallagher Law Firm | MCLEMORE, PAMELA | Paralegal | 137.75 | $ | 95.00 | $ 13,086.25 |
| Gallagher Law Firm  Total | | | 1,219.50 | | | $ 451,577.50 |
| Gancedo & Nieves | BOOMHOUWER, AMY | Attorney | 236.75 | $ | 325.00 | $ 76,943.75 |
| Gancedo & Nieves | CASTELLANOS, ROSARIO | Other | 46.00 | $ | 170.00 | $ 7,820.00 |
| Gancedo & Nieves | GANCEDO, HECTOR | Attorney | 211.00 | $ | 495.00 | $ 104,445.00 |
| Gancedo & Nieves | KENNA, JIM | Attorney | 782.50 | $ | 350.00 | $ 273,875.00 |

KS-000035

| Firm | Name | Role | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Gancedo & Nieves | LOPEZ, JOKI | Paralegal | 6.50 | $ 170.00 | $ 1,105.00 |
| Gancedo & Nieves | NIEVES, TINA | Attorney | 1,304.50 | $ 495.00 | $ 645,727.50 |
| Gancedo & Nieves | SAVARESE, MELANIE | Attorney | 30.00 | $ 325.00 | $ 9,780.00 |
| Gancedo & Nieves | TAYLOR, CHRIS | Attorney | 1,032.00 | $ 295.00 | $ 304,440.00 |
| **Gancedo & Nieves Total** | | | **3,649.25** | | **$ 1,424,106.25** |
| Gianni Petoyan | CARTER, VINCE | Attorney | 40.00 | $ 350.00 | $ 14,000.00 |
| Gianni Petoyan | GIANNI, LAURA | Attorney | 153.75 | $ 559.70 | $ 86,053.88 |
| Gianni Petoyan | PETOYAN, MARCUS | Attorney | 121.00 | $ 559.70 | $ 67,723.70 |
| **Gianni Petoyan Total** | | | **314.75** | | **$ 167,777.58** |
| Girardi Keese | BIGELOW, DAVID | Attorney | 1,178.00 | $ 500.00 | $ 589,000.00 |
| Girardi Keese | BUSTILLOS, CHRISTINA | Paralegal | 1,881.25 | $ 200.00 | $ 376,250.00 |
| Girardi Keese | CARTER, VINCE | Attorney | 4,108.00 | $ 350.00 | $ 1,437,800.00 |
| Girardi Keese | COURTNEY, JOHN | Attorney | 1.50 | $ 332.07 | $ 498.11 |
| Girardi Keese | GIRARDI, THOMAS | Attorney | 4,437.50 | $ 1,000.00 | $ 4,437,500.00 |
| Girardi Keese | LENZE, JENNIFER | Attorney | 40.75 | $ 332.07 | $ 13,531.85 |
| Girardi Keese | MORY, CLAUS | Attorney | 14.00 | $ 332.07 | $ 4,648.98 |
| Girardi Keese | O'CALLAHAN, JAMES | Attorney | 8,768.25 | $ 700.00 | $ 6,137,775.00 |
| Girardi Keese | SIZEMORE, J. PAUL | Attorney | 40.25 | $ 500.00 | $ 20,125.00 |
| **Girardi Keese Total** | | | **20,469.50** | | **$ 13,017,128.94** |
| Hagens Berman | BEISHEIM, GARY | Other | 2.50 | $ 200.00 | $ 500.00 |
| Hagens Berman | BYSZEWSKI, ELAINE | Attorney | 4.25 | $ 375.00 | $ 1,593.75 |
| Hagens Berman | FEGAN, ELIZABETH | Attorney | 126.00 | $ 475.00 | $ 59,850.00 |
| Hagens Berman | GARCIA, WANDA | Attorney | 2.25 | $ 250.00 | $ 562.50 |
| Hagens Berman | GAUDET, ROBERT | Attorney | 19.25 | $ 275.00 | $ 5,293.75 |
| Hagens Berman | RODRIGUEZ, DIEGO | Attorney | 2.00 | $ 325.00 | $ 650.00 |
| Hagens Berman | SALA, TIFFANY | Paralegal | 20.00 | $ 150.00 | $ 3,000.00 |
| Hagens Berman | SOBOL, THOMAS | Attorney | 59.75 | $ 600.00 | $ 35,850.00 |
| **Hagens Berman Total** | | | **236.00** | | **$ 107,300.00** |
| Heins Mills | HEDLUND, DANIEL | Attorney | 3.50 | $ 505.00 | $ 1,767.50 |
| Heins Mills | KOVARIK, IRENE | Paralegal | 4.50 | $ 200.00 | $ 900.00 |
| Heins Mills | MARSHALL, KATIE | Other | 1.00 | $ 150.00 | $ 150.00 |
| Heins Mills | MILLS, STACEY L. | Attorney | 0.25 | $ 675.00 | $ 168.75 |
| Heins Mills | SERVAIS, JESSICA | Attorney | 3.00 | $ 390.00 | $ 1,170.00 |
| Heins Mills | WOODWARD, DAVID | Attorney | 0.25 | $ 665.00 | $ 166.25 |
| **Heins Mills Total** | | | **12.50** | | **$ 4,322.50** |

KS-000036

11 of 34

| | | | | | |
|---|---|---|---|---|---|
| Heninger Garrison | BROSS, WILLIAM | Attorney | 1,177.50 | $ 400.00 | $ 471,000.00 |
| Heninger Garrison | CLARK, CAMILLE | Paralegal | 104.25 | $ 140.00 | $ 14,595.00 |
| Heninger Garrison | DAVIS, TIM | Attorney | 364.50 | $ 500.00 | $ 182,250.00 |
| Heninger Garrison | GARRISON, W. LEWIS | Attorney | 2,190.25 | $ 500.00 | $ 1,095,125.00 |
| Heninger Garrison | HANCOCK, BRIAN | Attorney | 22.00 | $ 275.00 | $ 6,050.00 |
| Heninger Garrison | HAYNES, DEBORAH | Paralegal | 58.75 | $ 140.00 | $ 8,225.00 |
| Heninger Garrison | HENINGER, ERIK | Attorney | 30.00 | $ 400.00 | $ 12,000.00 |
| Heninger Garrison | HENINGER, STEVE | Attorney | 447.75 | $ 500.00 | $ 223,875.00 |
| Heninger Garrison | HOOD, CHRIS | Paralegal | 313.50 | $ 140.00 | $ 43,890.00 |
| Heninger Garrison | MAYS, MARY ELIZABETH | Attorney | 53.50 | $ 225.00 | $ 12,037.50 |
| Heninger Garrison | PARRINO, WARREN | Attorney | 23.00 | $ 225.00 | $ 5,175.00 |
| Heninger Garrison | PRCHAL, HONZA | Attorney | 259.00 | $ 275.00 | $ 71,225.00 |
| **Heninger Garrison Total** | | | **5,044.00** | | **$ 2,145,447.50** |
| Herman Herman | ALTMONT, MICHAEL | Law Clerk | 12.25 | $ 200.00 | $ 2,450.00 |
| Herman Herman | CAIN, JOSEPH | Attorney | 3.00 | $ 350.00 | $ 1,050.00 |
| Herman Herman | Carpenter, Colby | Paralegal | 8.75 | $ 175.00 | $ 1,531.25 |
| Herman Herman | CASANOVA, BONNIE | Other | 141.75 | $ 175.00 | $ 24,806.25 |
| Herman Herman | CASANOVA, DOMINIQUE | Other | 267.75 | $ 175.00 | $ 46,856.25 |
| Herman Herman | CATALANOTTO, AMY | Paralegal | 1.75 | $ 175.00 | $ 306.25 |
| Herman Herman | CONGER, ANN | Law Clerk | 3.75 | $ 200.00 | $ 750.00 |
| Herman Herman | CREEVY, JOHN | Attorney | 1.00 | $ 350.00 | $ 350.00 |
| Herman Herman | DAVIS, LEONARD | Attorney | 11,185.00 | $ 700.00 | $ 7,829,500.00 |
| Herman Herman | EPSTEIN, JEREMY | Attorney | 207.00 | $ 350.00 | $ 72,450.00 |
| Herman Herman | GISLESON, SOREN | Attorney | 33.75 | $ 400.00 | $ 13,500.00 |
| Herman Herman | GREENE, JENNIFER | Attorney | 31.25 | $ 400.00 | $ 12,500.00 |
| Herman Herman | HEFFERNAN, JOSEPH | Law Clerk | 1.00 | $ 200.00 | $ 200.00 |
| Herman Herman | HERMAN, RUSS | Attorney | 9,692.75 | $ 850.00 | $ 8,238,837.50 |
| Herman Herman | HERMAN, STEPHEN | Attorney | 1,434.50 | $ 650.00 | $ 932,425.00 |
| Herman Herman | INGRAM, DOM | Paralegal | 65.25 | $ 175.00 | $ 11,418.75 |
| Herman Herman | KATZ, BRIAN | Attorney | 1.25 | $ 500.00 | $ 625.00 |
| Herman Herman | KATZ, MORTON | Attorney | 2.50 | $ 700.00 | $ 1,750.00 |
| Herman Herman | KNOLL, EDMOND | Attorney | 0.75 | $ 350.00 | $ 262.50 |
| Herman Herman | LABORDE, HEATHER | Paralegal | 394.75 | $ 200.00 | $ 78,950.00 |
| Herman Herman | LINSCHIED, MARILYN | Paralegal | 1.00 | $ 175.00 | $ 175.00 |
| Herman Herman | LORY, VICKIE | Paralegal | 10.75 | $ 200.00 | $ 2,150.00 |

KS-000697

| Herman Herman | MARTIN, ERICA | Paralegal | 46.75 | $ | 175.00 | $ | 8,181.25 |
| Herman Herman | RICHERSON, JASON | Law Clerk | 3.00 | $ | 200.00 | $ | 600.00 |
| Herman Herman | RODRIGUEZ, FERNANDO | Paralegal | 270.25 | $ | 200.00 | $ | 54,050.00 |
| Herman Herman | SIMPSON, BEN | Law Clerk | 1.50 | $ | 200.00 | $ | 300.00 |
| Herman Herman | SOSO, JEREMY | Law Clerk | 5.50 | $ | 200.00 | $ | 1,100.00 |
| Herman Herman | TANNER, KELLY | Law Clerk | 2.50 | $ | 200.00 | $ | 500.00 |
| Herman Herman | VALENTI, REGINA | Paralegal | 5,648.50 | $ | 200.00 | $ | 1,129,700.00 |
| Herman Herman | WOODS, CARL | Law Clerk | 4.00 | $ | 200.00 | $ | 800.00 |
| Herman Herman Total | | | 29,483.50 | | | $ | 18,468,075.00 |
| Holman Law Firm | HOLMAN, DAVID | Attorney | 212.50 | $ | 400.00 | $ | 85,000.00 |
| Holman Law Firm Total | | | 212.50 | | | $ | 85,000.00 |
| Hovde Dassow | COFFMAN, MISSY | Paralegal | 555.00 | $ | 180.00 | $ | 99,900.00 |
| Hovde Dassow | CONN, ANGELA | Paralegal | 670.00 | $ | 180.00 | $ | 120,600.00 |
| Hovde Dassow | DASSOW, ROBERT T | Attorney | 5,009.50 | $ | 450.00 | $ | 2,254,275.00 |
| Hovde Dassow | DEETS, NICOLAS C | Attorney | 167.00 | $ | 450.00 | $ | 75,150.00 |
| Hovde Dassow | EISELE, APRIL N | Paralegal | 1,691.00 | $ | 125.00 | $ | 211,375.00 |
| Hovde Dassow | HOVDE, F. BOYDE | Attorney | 228.00 | $ | 550.00 | $ | 125,400.00 |
| Hovde Dassow | HOVDE, FREDERICK R | Attorney | 226.00 | $ | 500.00 | $ | 113,000.00 |
| Hovde Dassow Total | | | 8,546.50 | | | $ | 2,999,700.00 |
| Irpino | DUNN, AMY | Attorney | 56.75 | $ | 419.85 | $ | 23,826.49 |
| Irpino | IRPINO, ANTHONY | Attorney | 2,863.25 | $ | 559.70 | $ | 1,602,561.03 |
| Irpino Total | | | 2,920.00 | | | $ | 1,626,387.51 |
| John Hornbeck | HORNBECK, JOHN | Attorney | 1,390.00 | $ | 450.00 | $ | 625,500.00 |
| John Hornbeck Total | | | 1,390.00 | | | $ | 625,500.00 |
| Johnson & Perkinson | CONWAY, III | Attorney | 478.75 | $ | 400.00 | $ | 191,500.00 |
| Johnson & Perkinson | FREEMAN, ROBIN A. | Attorney | 49.50 | $ | 335.00 | $ | 16,582.50 |
| Johnson & Perkinson | JOHNSON, DENNIS J. | Attorney | 301.50 | $ | 550.00 | $ | 165,825.00 |
| Johnson & Perkinson | MCDOUGALL, PETER J. | Attorney | 14.50 | $ | 350.00 | $ | 5,075.00 |
| Johnson & Perkinson | PERKINSON, JACOB B. | Attorney | 2.50 | $ | 500.00 | $ | 1,250.00 |
| Johnson & Perkinson | PORTER, STACEY K. | Attorney | 0.25 | $ | 325.00 | $ | 81.25 |
| Johnson & Perkinson Total | | | 847.00 | | | $ | 380,313.75 |
| Jones Verras | GARRISON, EBERHARD | Attorney | 343.25 | $ | 342.97 | $ | 117,724.45 |
| Jones Verras | HUDDELL, KEVIN | Attorney | 49.25 | $ | 342.97 | $ | 16,891.27 |
| Jones Verras | SWANSON, LYNN | Attorney | 334.00 | $ | 342.97 | $ | 114,551.98 |
| Jones Verras | VILLALOBOS, PAUL | Attorney | 115.00 | $ | 342.97 | $ | 39,441.55 |

KS-000038

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Jones Verras Total | | | 841.50 | | | $ | 288,609.76 |
| Kaiser Firm | KAISER, GRANT | Attorney | 2,589.00 | $ | 559.70 | $ | 1,449,063.30 |
| Kaiser Firm Total | | | 2,589.00 | | | $ | 1,449,063.30 |
| Kasowitz Benson | ATKIN, JACK | Attorney | 2.00 | $ | 675.00 | $ | 1,350.00 |
| Kasowitz Benson | AU, BEVERLY | Attorney | 289.80 | $ | 390.00 | $ | 113,022.00 |
| Kasowitz Benson | BENOR, MIRIAM A | Attorney | 711.50 | $ | 395.00 | $ | 281,042.50 |
| Kasowitz Benson | BENSON, DANIEL R | Attorney | 19.50 | $ | 950.00 | $ | 18,525.00 |
| Kasowitz Benson | DAVIS, LIBBY SKYE | Attorney | 138.75 | $ | 525.00 | $ | 72,843.75 |
| Kasowitz Benson | DECRISTOFARO, COURTNEY OZER | Attorney | 359.25 | $ | 435.00 | $ | 156,273.75 |
| Kasowitz Benson | FETTERMAN, DANIEL J | Attorney | 707.50 | $ | 800.00 | $ | 566,000.00 |
| Kasowitz Benson | GLEITSMANN, CHRISTINE F | Paralegal | 83.75 | $ | 225.00 | $ | 18,843.75 |
| Kasowitz Benson | GROLLMAN, LAURIN B | Attorney | 39.50 | $ | 550.00 | $ | 21,725.00 |
| Kasowitz Benson | HODGES, ADAM K | Attorney | 280.50 | $ | 195.00 | $ | 54,697.50 |
| Kasowitz Benson | JIMENEZ, CARLOS | Paralegal | 3.25 | $ | 150.00 | $ | 487.50 |
| Kasowitz Benson | JOHNSON, CHRISTOPHER P | Attorney | 196.30 | $ | 785.00 | $ | 154,095.50 |
| Kasowitz Benson | KAPETANOVIC, KATHLEEN S | Attorney | 5.50 | $ | 375.00 | $ | 2,062.50 |
| Kasowitz Benson | KASOWITZ, MARC E | Attorney | 40.50 | $ | 1,000.00 | $ | 40,500.00 |
| Kasowitz Benson | KATZ, IAN | Attorney | 3.75 | $ | 450.00 | $ | 1,687.50 |
| Kasowitz Benson | KING, J. ANTHONY | Attorney | 10.00 | $ | 435.00 | $ | 4,350.00 |
| Kasowitz Benson | LEIVICK, SARA G | Attorney | 2.00 | $ | 320.00 | $ | 640.00 |
| Kasowitz Benson | MAISEL, REBECCA L. | Attorney | 73.75 | $ | 275.00 | $ | 20,281.25 |
| Kasowitz Benson | MCPARLAND, CHRISTOPHER R | Attorney | 96.75 | $ | 395.00 | $ | 38,216.25 |
| Kasowitz Benson | MILLER, MATHEW R | Attorney | 218.50 | $ | 375.00 | $ | 81,937.50 |
| Kasowitz Benson | MILLER, MATTHEW R | Attorney | 118.50 | $ | 342.97 | $ | 40,641.95 |
| Kasowitz Benson | O'SHEA, SEAN | Paralegal | 120.75 | $ | 190.00 | $ | 22,942.50 |
| Kasowitz Benson | ROBERTSON, LYNN M | Paralegal | 30.25 | $ | 195.00 | $ | 5,898.75 |
| Kasowitz Benson | ROSENBLOOM, MICHAEL | Attorney | 25.50 | $ | 675.00 | $ | 17,212.50 |
| Kasowitz Benson | ROSNER, DAVID | Attorney | 9.25 | $ | 875.00 | $ | 8,093.75 |
| Kasowitz Benson | SCHERMAN, SUSAN | Paralegal | 3.00 | $ | 195.00 | $ | 585.00 |
| Kasowitz Benson | SCHRAGE, MITCHELL R | Attorney | 2.50 | $ | 700.00 | $ | 1,750.00 |
| Kasowitz Benson | SCHWARZ, JENNIFER B | Attorney | 2.00 | $ | 450.00 | $ | 900.00 |
| Kasowitz Benson | SILVERMAN, SARI A | Attorney | 61.25 | $ | 365.00 | $ | 22,356.25 |
| Kasowitz Benson | VILLAZOR, RODNEY C | Attorney | 740.05 | $ | 415.00 | $ | 307,120.75 |
| Kasowitz Benson Total | | | 4,395.40 | | | $ | 2,076,082.70 |
| Keller Rohrback | FARROW, RAYMOND | Attorney | 3.50 | $ | 332.07 | $ | 1,162.25 |

KS-000039

| | | | | | | |
|---|---|---|---|---|---|---|
| Keller Rohrback | GRANT, KATIE | Paralegal | 86.00 | $ | 332.07 | $ 28,558.02 |
| Keller Rohrback | GRAY, MEREDITH | Other | 1.50 | $ | 332.07 | $ 498.11 |
| Keller Rohrback | GRIFFIN, MARK | Attorney | 84.50 | $ | 332.07 | $ 28,059.92 |
| Keller Rohrback | HANSON, AMY | Attorney | 48.75 | $ | 332.07 | $ 16,188.41 |
| Keller Rohrback | HILL, JENNIFER | Other | 3.50 | $ | 332.07 | $ 1,162.25 |
| Keller Rohrback | KREIGER, DAVID | Paralegal | 1.50 | $ | 332.07 | $ 498.11 |
| Keller Rohrback | MONTGOMERY, MARY | Paralegal | 66.25 | $ | 332.07 | $ 21,999.64 |
| Keller Rohrback | PINSONEAULT, CHERYL | Paralegal | 5.50 | $ | 332.07 | $ 1,826.39 |
| Keller Rohrback | SARKO, LYNN | Attorney | 0.50 | $ | 332.07 | $ 166.04 |
| Keller Rohrback | SHANKS, RODNEY | Paralegal | 0.50 | $ | 332.07 | $ 166.04 |
| Keller Rohrback | SWAN, LINDA | Other | 19.25 | $ | 332.07 | $ 6,392.35 |
| Keller Rohrback | WETHERALD, MARGARET | Attorney | 1.75 | $ | 332.07 | $ 581.12 |
| **Keller Rohrback Total** | | | **323.00** | | | **$ 107,258.61** |
| Kerpsack | BORROR, KELLY D. | Paralegal | 9.75 | $ | 150.00 | $ 1,462.50 |
| Kerpsack | KERPSACK, ROBERT W. | Attorney | 44.75 | $ | 390.00 | $ 17,452.50 |
| **Kerpsack Total** | | | **54.50** | | | **$ 18,915.00** |
| Kline & Specter | BALEFSKY, LEE B. | Attorney | 2,824.25 | $ | 575.00 | $ 1,623,943.75 |
| Kline & Specter | BENNETT, DEBORAH | Other | 106.50 | $ | 190.00 | $ 20,235.00 |
| Kline & Specter | BLAS, SHELLY J | Other | 42.00 | $ | 190.00 | $ 7,980.00 |
| Kline & Specter | BYRNE, DIANE | Paralegal | 1,335.00 | $ | 190.00 | $ 253,650.00 |
| Kline & Specter | CAPUTO, DAVID J. | Attorney | 114.00 | $ | 525.00 | $ 59,850.00 |
| Kline & Specter | DAGOSTINO, MD | Attorney | 8,119.25 | $ | 540.00 | $ 4,384,395.00 |
| Kline & Specter | ENGLERT, ROBERT | Law Clerk | 1,034.50 | $ | 275.00 | $ 284,487.50 |
| Kline & Specter | EVANS, RUBYE | Other | 31.00 | $ | 190.00 | $ 5,890.00 |
| Kline & Specter | FALTER, JEAN | Other | 12.00 | $ | 190.00 | $ 2,280.00 |
| Kline & Specter | FORTUCCI, LISA K. | Other | 342.50 | $ | 190.00 | $ 65,075.00 |
| Kline & Specter | GRASSO, LISA A. | Other | 142.50 | $ | 190.00 | $ 27,075.00 |
| Kline & Specter | GRIMMIE, DIANE G. | Paralegal | 3.75 | $ | 190.00 | $ 712.50 |
| Kline & Specter | GUERRINI, DOMINIC C. | Attorney | 12.25 | $ | 350.00 | $ 4,287.50 |
| Kline & Specter | HAVILAND, JR. | Attorney | 83.25 | $ | 550.00 | $ 45,787.50 |
| Kline & Specter | HEINS, KAREN S. | Other | 617.75 | $ | 190.00 | $ 117,372.50 |
| Kline & Specter | HOFFMAN, MD | Attorney | 531.00 | $ | 600.00 | $ 318,600.00 |
| Kline & Specter | HOVIND, LISA | Other | 32.25 | $ | 190.00 | $ 6,127.50 |
| Kline & Specter | HOYNOSKI, III | Attorney | 226.00 | $ | 275.00 | $ 62,150.00 |
| Kline & Specter | JACOBS, CHERYL P. | Attorney | 60.50 | $ | 500.00 | $ 30,250.00 |

KS-000840

| | | | | | | |
|---|---|---|---|---|---|---|
| Kline & Specter | JIMENEZ, MARGARITA | Other | 597.00 | $ | 190.00 | $ 113,430.00 |
| Kline & Specter | KLINE, THOMAS R. | Attorney | 3,211.75 | $ | 775.00 | $ 2,489,106.25 |
| Kline & Specter | MATTEO, NICOLE | Other | 11.00 | $ | 190.00 | $ 2,090.00 |
| Kline & Specter | MATUSOW, DONALD | Attorney | 6.00 | $ | 600.00 | $ 3,600.00 |
| Kline & Specter | MATUSOW, DONALD E. | Attorney | 35.00 | $ | 332.07 | $ 11,622.45 |
| Kline & Specter | MCKEOWN, NATALIE | Other | 10.50 | $ | 190.00 | $ 1,995.00 |
| Kline & Specter | MOLINARI, WILLIAM J. | Attorney | 388.25 | $ | 385.00 | $ 149,476.25 |
| Kline & Specter | NISIVOCCIA, JUDY A. | Paralegal | 147.75 | $ | 190.00 | $ 28,072.50 |
| Kline & Specter | OWENS, KATHLEEN | Paralegal | 22.00 | $ | 190.00 | $ 4,180.00 |
| Kline & Specter | PEARLMAN, JASON | Attorney | 66.50 | $ | 360.00 | $ 23,940.00 |
| Kline & Specter | PLONA, MATHEW R | Attorney | 209.25 | $ | 332.07 | $ 69,485.65 |
| Kline & Specter | PLONA, R. MATTHEW | Attorney | 557.25 | $ | 400.00 | $ 222,900.00 |
| Kline & Specter | ROSENBAUM, MARCIA F | Attorney | 35.00 | $ | 460.00 | $ 16,100.00 |
| Kline & Specter | RUSSELL, JENNIFER | Attorney | 21.00 | $ | 525.00 | $ 11,025.00 |
| Kline & Specter | SANBORN, JENNIFER A. | Other | 128.50 | $ | 190.00 | $ 24,415.00 |
| Kline & Specter | SMITH, ROYCE W. | Attorney | 6.50 | $ | 275.00 | $ 1,787.50 |
| Kline & Specter | SPECTER, SHANIN | Attorney | 721.00 | $ | 775.00 | $ 558,775.00 |
| Kline & Specter | SPURIA, KATHLEEN | Paralegal | 1,335.00 | $ | 190.00 | $ 253,650.00 |
| Kline & Specter | TEMOYAN, LAURA M. | Paralegal | 305.75 | $ | 190.00 | $ 58,092.50 |
| Kline & Specter | TIGER, MICHELLE L. | Attorney | 577.00 | $ | 550.00 | $ 317,350.00 |
| Kline & Specter | VELEZ, MAYRA | Other | 1,329.00 | $ | 190.00 | $ 252,510.00 |
| Kline & Specter Total | | | 25,391.25 | | | $ 11,933,751.85 |
| Labaton Sucharow | BENITEZ, N. | Paralegal | 0.50 | $ | 250.00 | $ 125.00 |
| Labaton Sucharow | BRISKIN, C. | Attorney | 10.50 | $ | 400.00 | $ 4,200.00 |
| Labaton Sucharow | CABRI, E. | Paralegal | 7.00 | $ | 90.00 | $ 630.00 |
| Labaton Sucharow | FALK, M. | Attorney | 1.25 | $ | 325.00 | $ 406.25 |
| Labaton Sucharow | HART, B. | Attorney | 83.25 | $ | 750.00 | $ 62,437.50 |
| Labaton Sucharow | KRATENSTEIN, A. HALL | Paralegal | 4.00 | $ | 200.00 | $ 800.00 |
| Labaton Sucharow | MCCLELLAN, K. | Paralegal | 12.25 | $ | 225.00 | $ 2,756.25 |
| Labaton Sucharow | MCDONALD, C. | Attorney | 59.50 | $ | 600.00 | $ 35,700.00 |
| Labaton Sucharow | NELSON, K. | Attorney | 50.75 | $ | 325.00 | $ 16,493.75 |
| Labaton Sucharow | PELINKU, N. | Paralegal | 5.50 | $ | 175.00 | $ 962.50 |
| Labaton Sucharow | SAFAR, K. | Attorney | 119.75 | $ | 450.00 | $ 53,887.50 |
| Labaton Sucharow | SALZMAN, H. | Attorney | 1.25 | $ | 650.00 | $ 812.50 |
| Labaton Sucharow | WEISMAN, M. | Attorney | 4.50 | $ | 250.00 | $ 1,125.00 |

KS-000041

| | | | | | | |
|---|---|---|---|---|---|---|
| Labaton Sucharow | ZELIG, J. | Law Clerk | 29.00 | $ | 195.00 | $ 5,655.00 |
| **Labaton Sucharow Total** | | | **389.00** | | | $ 185,991.25 |
| Langston | BALDUCCI, TIMOTHY R. | Attorney | 49.25 | $ | 450.00 | $ 22,162.50 |
| Langston | LANGSTON, JOSEPH C. | Attorney | 102.25 | $ | 550.00 | $ 56,237.50 |
| Langston | LOTT, CASEY L. | Law Clerk | 200.00 | $ | 125.00 | $ 25,000.00 |
| Langston | MOSS, TYLER L. | Attorney | 46.00 | $ | 250.00 | $ 11,500.00 |
| Langston | WISE, JOSH S. | Law Clerk | 200.00 | $ | 125.00 | $ 25,000.00 |
| **Langston Total** | | | **597.50** | | | $ 139,900.00 |
| Lanier | BULLOCK, R CRAIG | Attorney | 15.00 | $ | 325.00 | $ 4,875.00 |
| Lanier | CAMPBELL, C TAYLOR | Attorney | 222.50 | $ | 325.00 | $ 72,312.50 |
| Lanier | EGDORF, EUGENE R | Attorney | 78.50 | $ | 300.00 | $ 23,550.00 |
| Lanier | GREENBERG, ANGELA B | Attorney | 34.50 | $ | 325.00 | $ 11,212.50 |
| Lanier | GURSKY, MEREDITH P | Attorney | 2,660.00 | $ | 325.00 | $ 864,500.00 |
| Lanier | HAINES, PATRICK N | Attorney | 106.00 | $ | 450.00 | $ 47,700.00 |
| Lanier | HARRIS, W CASEY | Attorney | 15.00 | $ | 325.00 | $ 4,875.00 |
| Lanier | HEGAR, DARA G | Attorney | 4,457.00 | $ | 325.00 | $ 1,448,525.00 |
| Lanier | HOLLEY, MICHAEL R | Attorney | 69.00 | $ | 300.00 | $ 20,700.00 |
| Lanier | JANUSH, EVAN M | Attorney | 1,038.00 | $ | 325.00 | $ 337,350.00 |
| Lanier | KOLB, MAURA C | Attorney | 3,829.00 | $ | 325.00 | $ 1,244,425.00 |
| Lanier | KUTTLES, DAVID | Attorney | 32.50 | $ | 300.00 | $ 9,750.00 |
| Lanier | LANIER, W MARK | Attorney | 6,250.00 | $ | 600.00 | $ 3,750,000.00 |
| Lanier | LEONE, ROBERT E | Attorney | 4,834.00 | $ | 325.00 | $ 1,571,050.00 |
| Lanier | MEADOW, RICHARD D | Attorney | 4,579.25 | $ | 450.00 | $ 2,060,662.50 |
| Lanier | PARKER, KEVIN P | Attorney | 149.50 | $ | 300.00 | $ 44,850.00 |
| Lanier | SANOV, PHILLIP N | Attorney | 1,274.00 | $ | 325.00 | $ 414,050.00 |
| Lanier | SOH, KEN S | Attorney | 3,930.75 | $ | 325.00 | $ 1,277,493.75 |
| **Lanier Total** | | | **33,574.50** | | | $ 13,207,881.25 |
| Levin Fishbein | BERMAN, LAURNCE S. | Attorney | 14.25 | $ | 700.00 | $ 9,975.00 |
| Levin Fishbein | D'ANDREA, PATRICIA | Paralegal | 337.00 | $ | 200.00 | $ 67,400.00 |
| Levin Fishbein | DUGGAN, SANDRA | Attorney | 1,316.25 | $ | 700.00 | $ 921,375.00 |
| Levin Fishbein | GAUGHAN, MATTHEW | Attorney | 3,880.50 | $ | 350.00 | $ 1,358,175.00 |
| Levin Fishbein | HESSON, CHERYL | Paralegal | 336.75 | $ | 200.00 | $ 67,350.00 |
| Levin Fishbein | LEVIN, ARNOLD | Attorney | 5,345.00 | $ | 850.00 | $ 4,543,250.00 |
| Levin Fishbein | LEVIN, DANIEL C. | Attorney | 325.50 | $ | 450.00 | $ 146,475.00 |
| Levin Fishbein | LONGER, FRED S. | Attorney | 4,619.00 | $ | 700.00 | $ 3,233,300.00 |

KS-000042

| | | | | | | |
|---|---|---|---|---|---|---|
| Levin Fishbein | LORD, MONICA | Paralegal | 30.00 | $ | 200.00 | $ 6,000.00 |
| Levin Fishbein | MOORE-DRIGGERS, ZANETTA | Attorney | 310.00 | $ | 365.00 | $ 113,150.00 |
| Levin Fishbein | MURPHY, DEBBIE | Paralegal | 9.00 | $ | 200.00 | $ 1,800.00 |
| Levin Fishbein | PLANT, SHANNON | Paralegal | 13.50 | $ | 200.00 | $ 2,700.00 |
| Levin Fishbein | REGINELLI, TERRI | Paralegal | 2.50 | $ | 150.00 | $ 375.00 |
| Levin Fishbein | SCHAFFER, CHARLES | Attorney | 56.25 | $ | 550.00 | $ 30,937.50 |
| Levin Fishbein | SHRACK, THOMAS | Other | 285.25 | $ | 275.00 | $ 78,443.75 |
| Levin Fishbein | SMITH, TOM | Other | 5,231.00 | $ | 250.00 | $ 1,307,750.00 |
| Levin Fishbein | SWEENEY, ANNE MARIE | Paralegal | 118.50 | $ | 200.00 | $ 23,700.00 |
| Levin Fishbein | WEINKOWITZ, MICHAEL M. | Attorney | 4,845.00 | $ | 475.00 | $ 2,301,375.00 |
| **Levin Fishbein Total** | | | **27,075.25** | | | $ 14,213,531.25 |
| Levin Papantonio | BLANCHARD, ROBERT | Attorney | 31.75 | $ | 650.00 | $ 20,637.50 |
| Levin Papantonio | BLISSARD, BRANDY | Paralegal | 3.50 | $ | 100.00 | $ 350.00 |
| Levin Papantonio | BROUSSARD, KIM | Paralegal | 0.75 | $ | 332.07 | $ 249.05 |
| Levin Papantonio | BUCHANAN, VIRGINIA | Attorney | 85.75 | $ | 650.00 | $ 55,737.50 |
| Levin Papantonio | GILMER, RACHAEL | Attorney | 1,110.50 | $ | 350.00 | $ 388,675.00 |
| Levin Papantonio | KAUFMAN, PETER | Attorney | 3,093.75 | $ | 550.00 | $ 1,701,562.50 |
| Levin Papantonio | LEVIN, FRED | Attorney | 446.75 | $ | 850.00 | $ 379,737.50 |
| Levin Papantonio | MIMS, JEMISON | Attorney | 20.00 | $ | 350.00 | $ 7,000.00 |
| Levin Papantonio | MORAS, JANICE | Other | 13.00 | $ | 150.00 | $ 1,950.00 |
| Levin Papantonio | PAPANTONIO, MICHAEL | Attorney | 195.50 | $ | 850.00 | $ 166,175.00 |
| Levin Papantonio | RAFFERTY, TROY | Attorney | 1,858.50 | $ | 650.00 | $ 1,208,025.00 |
| Levin Papantonio | RASMUSSEN, KRISTIAN | Attorney | 183.50 | $ | 350.00 | $ 64,225.00 |
| Levin Papantonio | SCHULTZ, MATT | Attorney | 62.25 | $ | 400.00 | $ 24,900.00 |
| Levin Papantonio | SIERRA LAMBERT, TAXIE | Paralegal | 6.00 | $ | 100.00 | $ 600.00 |
| Levin Papantonio | SLEVNSKI, AMANDA | Attorney | 14.25 | $ | 332.07 | $ 4,732.00 |
| Levin Papantonio | TANS, MEGHAN | Attorney | 20.50 | $ | 350.00 | $ 7,175.00 |
| Levin Papantonio | TURTLE, LEA | Attorney | 34.50 | $ | 350.00 | $ 12,075.00 |
| Levin Papantonio | VIGODSKY (LUNSFORD), DANA | Paralegal | 1,011.00 | $ | 100.00 | $ 101,100.00 |
| **Levin Papantonio Total** | | | **8,191.75** | | | $ 4,144,906.05 |
| Levin Simes | STEIN, STEVEN B | Attorney | 90.00 | $ | 550.00 | $ 49,500.00 |
| **Levin Simes Total** | | | **90.00** | | | $ 49,500.00 |
| Lewis & Roberts | BLAKEMORE, WILLIAM J. | Attorney | 290.50 | $ | 200.00 | $ 58,100.00 |
| Lewis & Roberts | DICKINSON, PAUL R. | Attorney | 153.00 | $ | 395.00 | $ 60,435.00 |
| Lewis & Roberts | JOHNSON, BUFFY | Paralegal | 1,035.00 | $ | 100.00 | $ 103,500.00 |

KS-000043

18 of 34

| | | | | | | |
|---|---|---|---|---|---|---|
| Lewis & Roberts | KING, BONNIE | Paralegal | 713.00 | $ | 100.00 | $ 71,300.00 |
| Lewis & Roberts | LAKE, BRIAN D. | Attorney | 102.00 | $ | 395.00 | $ 40,290.00 |
| Lewis & Roberts | PERRY, MARY ELLEN | Paralegal | 61.50 | $ | 100.00 | $ 6,150.00 |
| Lewis & Roberts | ROBERTS, JAMES A | Attorney | 12.00 | $ | 395.00 | $ 4,740.00 |
| Lewis & Roberts | WILSON, KIMBERLY R. | Attorney | 841.00 | $ | 395.00 | $ 332,195.00 |
| Lewis & Roberts Total | | | 3,208.00 | | | $ 676,710.00 |
| Lieff Cabraser | ALAMEDA, SCOTT | Other | 9.75 | $ | 332.07 | $ 3,237.68 |
| Lieff Cabraser | ANDRUS, LORI | Attorney | 93.75 | $ | 450.00 | $ 42,187.50 |
| Lieff Cabraser | ANTHONY, RICHARD | Paralegal | 23.50 | $ | 215.00 | $ 5,052.50 |
| Lieff Cabraser | ARBITBLIT, DONALD | Attorney | 7,116.25 | $ | 700.00 | $ 4,981,375.00 |
| Lieff Cabraser | BARENBAUM, DANIEL | Attorney | 62.75 | $ | 425.00 | $ 26,668.75 |
| Lieff Cabraser | BARNETT, KATHRYN | Attorney | 155.75 | $ | 600.00 | $ 93,450.00 |
| Lieff Cabraser | BEHRMANN, DAWN | Paralegal | 422.50 | $ | 225.00 | $ 95,062.50 |
| Lieff Cabraser | BERNSTEIN, DAVID | Paralegal | 69.50 | $ | 215.00 | $ 14,942.50 |
| Lieff Cabraser | BERNSTEIN, MIKAELA | Paralegal | 3.75 | $ | 180.00 | $ 675.00 |
| Lieff Cabraser | BERNSTEIN, WILLIAM | Attorney | 7.00 | $ | 800.00 | $ 5,600.00 |
| Lieff Cabraser | CABRASER, ELIZABETH | Attorney | 2,089.75 | $ | 800.00 | $ 1,671,800.00 |
| Lieff Cabraser | CASTILLO, JESSICA | Paralegal | 1.50 | $ | 155.00 | $ 232.50 |
| Lieff Cabraser | CHALOS, MARK | Attorney | 237.75 | $ | 390.00 | $ 92,722.50 |
| Lieff Cabraser | CHAN, LIN | Law Clerk | 9.50 | $ | 230.00 | $ 2,185.00 |
| Lieff Cabraser | CHIPLOCK, DANIEL | Attorney | 26.50 | $ | 450.00 | $ 11,925.00 |
| Lieff Cabraser | CODRINGTON, WILL | Law Clerk | 45.00 | $ | 250.00 | $ 11,250.00 |
| Lieff Cabraser | CRONISE, ELIZABETH | Attorney | 473.50 | $ | 400.00 | $ 189,400.00 |
| Lieff Cabraser | CROWLEY-DELMAN, CATHERINE | Paralegal | 0.50 | $ | 155.00 | $ 77.50 |
| Lieff Cabraser | DA VEGA, MATTHEW | Attorney | 1.50 | $ | 360.00 | $ 540.00 |
| Lieff Cabraser | DAWSON, LINDSEY | Paralegal | 31.25 | $ | 190.00 | $ 5,937.50 |
| Lieff Cabraser | DE MARIA, ROBERT | Other | 21.75 | $ | 275.00 | $ 5,981.25 |
| Lieff Cabraser | DEMPSEY, RACHEL | Paralegal | 4.00 | $ | 190.00 | $ 760.00 |
| Lieff Cabraser | Deputy, Samuel | Paralegal | 5.25 | $ | 225.00 | $ 1,181.25 |
| Lieff Cabraser | DESAI, NIMISH | Attorney | 12.75 | $ | 305.00 | $ 3,888.75 |
| Lieff Cabraser | DIAMAND, NICHOLAS | Attorney | 505.75 | $ | 440.00 | $ 222,530.00 |
| Lieff Cabraser | DISTERHOFT, LNC | Other | 33.25 | $ | 205.00 | $ 6,816.25 |
| Lieff Cabraser | DO AMARAL, PAULINA | Attorney | 1,295.00 | $ | 500.00 | $ 647,500.00 |
| Lieff Cabraser | DOLL, WENDY | Other | 133.50 | $ | 180.00 | $ 24,030.00 |
| Lieff Cabraser | DOWNING, ERIN | Paralegal | 61.00 | $ | 190.00 | $ 11,590.00 |

KS-000044

| | | | | | | |
|---|---|---|---|---|---|---|
| Lieff Cabraser | DUGAR, KIRTI | Paralegal | 125.25 | $ | 325.00 | $ 40,706.25 |
| Lieff Cabraser | EDEN, LNC | Other | 6.00 | $ | 240.00 | $ 1,440.00 |
| Lieff Cabraser | EISLER, ROBERT | Attorney | 487.00 | $ | 650.00 | $ 316,550.00 |
| Lieff Cabraser | ELSHOLZ, ADAM | Other | 114.75 | $ | 180.00 | $ 20,655.00 |
| Lieff Cabraser | FANGMAN, ESTELA | Paralegal | 12.25 | $ | 225.00 | $ 2,756.25 |
| Lieff Cabraser | FINEMAN, STEVEN | Attorney | 26.50 | $ | 675.00 | $ 17,887.50 |
| Lieff Cabraser | FIOL, DAVID | Attorney | 2.00 | $ | 332.07 | $ 664.14 |
| Lieff Cabraser | FLEISHMAN, WENDY | Attorney | 985.25 | $ | 610.00 | $ 601,002.50 |
| Lieff Cabraser | FOSTER, HEATHER | Attorney | 94.50 | $ | 475.00 | $ 44,887.50 |
| Lieff Cabraser | GARRETT, NATHANIEL | Law Clerk | 12.00 | $ | 230.00 | $ 2,760.00 |
| Lieff Cabraser | GERISBON, HECTOR | Attorney | 112.75 | $ | 450.00 | $ 50,737.50 |
| Lieff Cabraser | GLENN, CONSTANCE | Paralegal | 10.00 | $ | 205.00 | $ 2,050.00 |
| Lieff Cabraser | GLICK, JASON | Paralegal | 7.25 | $ | 215.00 | $ 1,558.75 |
| Lieff Cabraser | GOLD, DAVID | Attorney | 2.00 | $ | 395.00 | $ 790.00 |
| Lieff Cabraser | Grant, Anthony | Other | 11.00 | $ | 260.00 | $ 2,860.00 |
| Lieff Cabraser | GROSS, JENNIFER | Attorney | 3,965.50 | $ | 425.00 | $ 1,685,337.50 |
| Lieff Cabraser | HAMILTON, SUZANNE | Paralegal | 7.75 | $ | 215.00 | $ 1,666.25 |
| Lieff Cabraser | HART, FELECIA | Other | 6.50 | $ | 240.00 | $ 1,560.00 |
| Lieff Cabraser | HARTNETT, MEREDITH | Paralegal | 20.75 | $ | 155.00 | $ 3,216.25 |
| Lieff Cabraser | HEIMANN, RICHARD | Attorney | 49.25 | $ | 800.00 | $ 99,400.00 |
| Lieff Cabraser | HIMMELSTEIN, BARRY | Attorney | 2.75 | $ | 625.00 | $ 1,718.75 |
| Lieff Cabraser | HUGHES, PH.D. | Other | 84.50 | $ | 205.00 | $ 17,322.50 |
| Lieff Cabraser | HUGO, RALPH | Other | 10.50 | $ | 240.00 | $ 2,520.00 |
| Lieff Cabraser | INIJIIAN, SUSIE | Attorney | 7.25 | $ | 600.00 | $ 4,350.00 |
| Lieff Cabraser | JACKSON, TIFFANY | Paralegal | 26.50 | $ | 215.00 | $ 5,697.50 |
| Lieff Cabraser | JENKIN, LNC | Other | 1.00 | $ | 240.00 | $ 240.00 |
| Lieff Cabraser | KEITNER, CHIMENE | Attorney | 116.50 | $ | 340.00 | $ 39,610.00 |
| Lieff Cabraser | KETCHAM, BRIAN | Law Clerk | 25.75 | $ | 250.00 | $ 6,437.50 |
| Lieff Cabraser | KLAUDT, KENT | Attorney | 99.75 | $ | 475.00 | $ 47,381.25 |
| Lieff Cabraser | KRAMER, KARIN | Attorney | 137.00 | $ | 600.00 | $ 82,200.00 |
| Lieff Cabraser | KRIYA KHALSA, SAT | Other | 125.75 | $ | 240.00 | $ 30,180.00 |
| Lieff Cabraser | KRUSE, JOY | Attorney | 13.25 | $ | 625.00 | $ 8,281.25 |
| Lieff Cabraser | KRUSE, JULIETTE | Other | 76.25 | $ | 240.00 | $ 18,300.00 |
| Lieff Cabraser | LAIS, JEFFREY | Paralegal | 22.50 | $ | 190.00 | $ 4,275.00 |
| Lieff Cabraser | LEUNG, CHRISTOPHER | Attorney | 5.00 | $ | 360.00 | $ 1,800.00 |

KS-000045

| Lieff Cabraser | LEVEY, ERICA | Paralegal | 2.50 | $ | 180.00 | $ | 450.00 |
| Lieff Cabraser | LEWIS, GREGORY | Paralegal | 1.50 | $ | 210.00 | $ | 315.00 |
| Lieff Cabraser | LIEFF, ROBERT | Attorney | 15.00 | $ | 750.00 | $ | 11,250.00 |
| Lieff Cabraser | LIGHT, ANTHONY | Paralegal | 44.50 | $ | 205.00 | $ | 9,122.50 |
| Lieff Cabraser | London, Sarah | Attorney | 714.75 | $ | 300.00 | $ | 214,425.00 |
| Lieff Cabraser | LUO, TAMMY | Paralegal | 22.50 | $ | 115.00 | $ | 2,587.50 |
| Lieff Cabraser | MARIVELES, PAUL | Other | 299.00 | $ | 240.00 | $ | 71,760.00 |
| Lieff Cabraser | MARKOVICH, MAYA | Attorney | 15.50 | $ | 350.00 | $ | 5,425.00 |
| Lieff Cabraser | MARTIN, ANNIKA | Attorney | 328.50 | $ | 360.00 | $ | 118,260.00 |
| Lieff Cabraser | MATHENY, MELISSA | Paralegal | 1.25 | $ | 215.00 | $ | 268.75 |
| Lieff Cabraser | MENARD, NICOLAS | Paralegal | 0.25 | $ | 205.00 | $ | 51.25 |
| Lieff Cabraser | METETTE-POLANCO, MILADY | Paralegal | 1.00 | $ | 180.00 | $ | 180.00 |
| Lieff Cabraser | MITCHELL, JEROME | Attorney | 665.25 | $ | 350.00 | $ | 232,837.50 |
| Lieff Cabraser | MOTTERSHEAD, HAZEL | Paralegal | 19.00 | $ | 225.00 | $ | 4,275.00 |
| Lieff Cabraser | MUGRAGE, MAJOR | Other | 36.50 | $ | 240.00 | $ | 8,760.00 |
| Lieff Cabraser | MUKHERJI, RENEE | Other | 58.75 | $ | 190.00 | $ | 11,162.50 |
| Lieff Cabraser | NELSON, ROBERT | Attorney | 1.50 | $ | 675.00 | $ | 1,012.50 |
| Lieff Cabraser | OSTREM, KOA | Paralegal | 7.25 | $ | 180.00 | $ | 1,305.00 |
| Lieff Cabraser | PARISO, CHRIS | Other | 84.50 | $ | 205.00 | $ | 17,322.50 |
| Lieff Cabraser | PARKER, BRENDA | Paralegal | 5.25 | $ | 225.00 | $ | 1,181.25 |
| Lieff Cabraser | POATE, REBECCA | Attorney | 173.25 | $ | 360.00 | $ | 62,370.00 |
| Lieff Cabraser | PORTER, JESSICA | Paralegal | 30.00 | $ | 190.00 | $ | 5,700.00 |
| Lieff Cabraser | PUSHINSKY, MATTHEW | Paralegal | 41.50 | $ | 115.00 | $ | 4,772.50 |
| Lieff Cabraser | RAINVILLE, NICOLE | Paralegal | 3.00 | $ | 180.00 | $ | 540.00 |
| Lieff Cabraser | RANAHAN, DARIN | Paralegal | 2.50 | $ | 155.00 | $ | 387.50 |
| Lieff Cabraser | RATNER, MORRIS | Attorney | 1.00 | $ | 575.00 | $ | 575.00 |
| Lieff Cabraser | REID, DANIEL | Paralegal | 2.50 | $ | 190.00 | $ | 475.00 |
| Lieff Cabraser | RIMLAND, MARISSA | Paralegal | 50.00 | $ | 190.00 | $ | 9,500.00 |
| Lieff Cabraser | Rodas, Evelyn | Paralegal | 40.50 | $ | 225.00 | $ | 9,112.50 |
| Lieff Cabraser | ROSE, DANIEL | Attorney | 1.50 | $ | 400.00 | $ | 600.00 |
| Lieff Cabraser | RUDDY, LAURA | Other | 4.00 | $ | 240.00 | $ | 960.00 |
| Lieff Cabraser | RUDNICK, JENNIFER | Paralegal | 8.25 | $ | 205.00 | $ | 1,691.25 |
| Lieff Cabraser | SACKETT, PATRICIA | Paralegal | 6.50 | $ | 240.00 | $ | 1,560.00 |
| Lieff Cabraser | SCHENKER, ANNA | Paralegal | 4.00 | $ | 155.00 | $ | 620.00 |
| Lieff Cabraser | SCHUMAN, DAN | Paralegal | 812.25 | $ | 215.00 | $ | 174,633.75 |

KS-000046

| Lieff Cabraser | SEN, LNC | Other | 6.25 | $ | 205.00 | $ | 1,281.25 |
| Lieff Cabraser | SHAVER, ANN | Attorney | 6.00 | $ | 385.00 | $ | 2,310.00 |
| Lieff Cabraser | SHAWN, ERIK | Attorney | 5.25 | $ | 400.00 | $ | 2,100.00 |
| Lieff Cabraser | SHERMAN, MONIQUE | Paralegal | 0.75 | $ | 155.00 | $ | 116.25 |
| Lieff Cabraser | SIEGEL, BENJAMIN | Law Clerk | 81.50 | $ | 230.00 | $ | 18,745.00 |
| Lieff Cabraser | Silverfeild, Morry | Paralegal | 0.50 | $ | 235.00 | $ | 117.50 |
| Lieff Cabraser | STICH, THELMA | Paralegal | 2.25 | $ | 205.00 | $ | 461.25 |
| Lieff Cabraser | STRAHNOY, DAVID | Attorney | 276.00 | $ | 350.00 | $ | 96,600.00 |
| Lieff Cabraser | Sullivan, Meagan | Paralegal | 279.50 | $ | 235.00 | $ | 65,682.50 |
| Lieff Cabraser | SULLIVAN-PASKETT, LNC | Other | 0.25 | $ | 240.00 | $ | 60.00 |
| Lieff Cabraser | SWERDLOW, STEVE | Attorney | 1.00 | $ | 332.07 | $ | 332.07 |
| Lieff Cabraser | TEXIER, RICHARD | Paralegal | 170.00 | $ | 225.00 | $ | 38,250.00 |
| Lieff Cabraser | THOMPSON, SUZANNE | Paralegal | 100.00 | $ | 156.44 | $ | 15,644.00 |
| Lieff Cabraser | TORRES, NATHANIEL | Law Clerk | 29.75 | $ | 230.00 | $ | 6,842.50 |
| Lieff Cabraser | VITA, EMANUEL | Paralegal | 2.50 | $ | 145.00 | $ | 362.50 |
| Lieff Cabraser | WALBURG, TODD | Attorney | 8.75 | $ | 435.00 | $ | 3,806.25 |
| Lieff Cabraser | WILSON, CYNTHIA | Other | 29.50 | $ | 205.00 | $ | 6,047.50 |
| Lieff Cabraser Total | | | 24,270.75 | | | $ | 12,531,605.39 |
| Lockridge Grindal | ARTMANN, TINZING S. | Paralegal | 272.00 | $ | 130.00 | $ | 35,360.00 |
| Lockridge Grindal | BLACK, BERT | Attorney | 3,690.25 | $ | 600.00 | $ | 2,214,150.00 |
| Lockridge Grindal | FLAHERTY, YVONNE M. | Attorney | 15.75 | $ | 425.00 | $ | 6,693.75 |
| Lockridge Grindal | GALLAHER, HARRY E. | Attorney | 0.25 | $ | 475.00 | $ | 118.75 |
| Lockridge Grindal | HANSON, KRISTEN L. | Paralegal | 74.00 | $ | 130.00 | $ | 9,620.00 |
| Lockridge Grindal | KELLY, KATHY | Other | 1.25 | $ | 85.00 | $ | 106.25 |
| Lockridge Grindal | LEROY, KELLY J. | Paralegal | 72.25 | $ | 175.00 | $ | 12,643.75 |
| Lockridge Grindal | LOCKRIDGE, RICHARD A. | Attorney | 19.50 | $ | 600.00 | $ | 11,700.00 |
| Lockridge Grindal | MEYER, GREG | Attorney | 2.00 | $ | 400.00 | $ | 800.00 |
| Lockridge Grindal | MINETTE, HENRY | Attorney | 27.75 | $ | 475.00 | $ | 13,181.25 |
| Lockridge Grindal | ODETTE, ELIZABETH | Attorney | 502.00 | $ | 325.00 | $ | 163,150.00 |
| Lockridge Grindal | SCHAFER, MATT | Law Clerk | 1.00 | $ | 150.00 | $ | 150.00 |
| Lockridge Grindal | SHELQUIST, ROBERT K. | Attorney | 17.75 | $ | 500.00 | $ | 8,875.00 |
| Lockridge Grindal | WHITENER, ROBERT | Law Clerk | 16.25 | $ | 160.00 | $ | 2,600.00 |
| Lockridge Grindal | WILLIAMS, BRIAN | Law Clerk | 0.50 | $ | 175.00 | $ | 87.50 |
| Lockridge Grindal Total | | | 4,712.50 | | | $ | 2,479,236.25 |
| Locks Law Firm | EDWARDS, JILL E | Paralegal | 511.00 | $ | 175.00 | $ | 89,425.00 |

KS-000047

| Locks Law Firm | FRIEDRICHS, KARL | Attorney | 7.00 | $ | 375.00 | $ | 2,625.00 |
| Locks Law Firm | GALPERN, MICHAEL A. | Attorney | 1,820.00 | $ | 475.00 | $ | 864,500.00 |
| Locks Law Firm | KLIMCZUK, CHRISTINE | Attorney | 88.00 | $ | 200.00 | $ | 17,600.00 |
| Locks Law Firm | KNOWLTON, STEVEN P | Attorney | 2,870.25 | $ | 550.00 | $ | 1,578,637.50 |
| Locks Law Firm | LOCKS, GENE | Attorney | 407.75 | $ | 850.00 | $ | 346,587.50 |
| Locks Law Firm | MANGINI, ROSE | Paralegal | 77.50 | $ | 156.44 | $ | 12,124.10 |
| Locks Law Firm | MARCUS, LISA | Paralegal | 137.50 | $ | 156.44 | $ | 21,510.50 |
| Locks Law Firm | PETTIT, JAMES J. | Attorney | 2,617.50 | $ | 550.00 | $ | 1,439,625.00 |
| Locks Law Firm | SAYLOR, MAUREEN | Paralegal | 25.00 | $ | 156.44 | $ | 3,911.00 |
| Locks Law Firm | SCOLL, BARBARA | Paralegal | 71.75 | $ | 156.44 | $ | 11,224.57 |
| Locks Law Firm | SICONOLFI, MICHELE A. | Paralegal | 232.25 | $ | 156.44 | $ | 36,333.19 |
| Locks Law Firm | TROAST, JENNIFER E | Attorney | 16.00 | $ | 300.00 | $ | 4,800.00 |
| **Locks Law Firm Total** | | | **8,881.50** | | | **$** | **4,328,903.36** |
| Lopez Hodes | CRAWFORD, MARK | Attorney | 549.25 | $ | 450.00 | $ | 247,162.50 |
| Lopez Hodes | GARBER, CYNTHIA | Attorney | 746.00 | $ | 400.00 | $ | 298,400.00 |
| Lopez Hodes | RESTAINO, JOHN | Attorney | 2,963.50 | $ | 450.00 | $ | 1,333,575.00 |
| Lopez Hodes | SKIKOS, STEVEN | Attorney | 845.50 | $ | 450.00 | $ | 380,475.00 |
| **Lopez Hodes  Total** | | | **5,104.25** | | | **$** | **2,259,612.50** |
| Lundy & Davis | LUNDY, MATTHEW | Attorney | 153.50 | $ | 400.00 | $ | 61,400.00 |
| Lundy & Davis | PECKHAM, CHARLES | Attorney | 60.00 | $ | 325.00 | $ | 19,500.00 |
| Lundy & Davis | QUINN, WILLIAM | Attorney | 26.00 | $ | 325.00 | $ | 8,450.00 |
| Lundy & Davis | STANFIELD, KAREN | Paralegal | 0.50 | $ | 150.00 | $ | 75.00 |
| Lundy & Davis | STEWART, LISA | Attorney | 310.00 | $ | 250.00 | $ | 77,500.00 |
| **Lundy & Davis  Total** | | | **550.00** | | | **$** | **166,925.00** |
| Martin & Jones | BALESTRIERI, PATRICK F | Attorney | 170.50 | $ | 295.00 | $ | 50,297.50 |
| Martin & Jones | BRUNSON, LOUISE W | Paralegal | 309.75 | $ | 195.00 | $ | 60,401.25 |
| Martin & Jones | HORNE, FOREST H | Attorney | 458.75 | $ | 495.00 | $ | 227,081.25 |
| Martin & Jones | HUDSON, NICOLE R | Paralegal | 46.50 | $ | 150.00 | $ | 6,975.00 |
| Martin & Jones | LEAKE, LESLIE A | Paralegal | 95.25 | $ | 195.00 | $ | 18,573.75 |
| Martin & Jones | MARTIN, GREGORY M | Attorney | 38.75 | $ | 495.00 | $ | 19,181.25 |
| Martin & Jones | RAMEY, MARTIN A | Attorney | 265.00 | $ | 295.00 | $ | 78,175.00 |
| Martin & Jones | SPEER, NANCY B | Paralegal | 139.25 | $ | 195.00 | $ | 27,153.75 |
| Martin & Jones | TALBERT, SUSAN J | Paralegal | 16.25 | $ | 150.00 | $ | 2,437.50 |
| Martin & Jones | TRASK, ALLEN | Law Clerk | 403.00 | $ | 95.00 | $ | 38,285.00 |
| **Martin & Jones  Total** | | | **1,943.00** | | | **$** | **528,561.25** |

KS-0000048

| | | | | | |
|---|---|---|---|---|---|
| Matthews & Associates | CAPILONGO, CANDACE | Paralegal | 55.50 | $ 90.00 | $ 4,995.00 |
| Matthews & Associates | GOFF, ANITA | Paralegal | 332.00 | $ 90.00 | $ 29,880.00 |
| Matthews & Associates | LINDSEY, CINDY | Other | 1,398.25 | $ 80.00 | $ 111,860.00 |
| Matthews & Associates | MATTHEWS, DAVID | Attorney | 1,368.00 | $ 375.00 | $ 513,000.00 |
| Matthews & Associates | NAPIER, JO ANN | Other | 2,917.00 | $ 100.00 | $ 291,700.00 |
| Matthews & Associates | NIELSEN, LINDA | Paralegal | 71.00 | $ 90.00 | $ 6,390.00 |
| Matthews & Associates | RHOADES, JULIE | Attorney | 423.50 | $ 350.00 | $ 148,225.00 |
| Matthews & Associates | ROESCH, ALAN | Other | 1,477.50 | $ 100.00 | $ 147,750.00 |
| Matthews & Associates | WAIT, JEB | Attorney | 512.25 | $ 332.07 | $ 170,102.86 |
| Matthews & Associates | WEBSTER, JASON | Attorney | 2,113.50 | $ 300.00 | $ 634,050.00 |
| **Matthews & Associates Total** | | | **10,668.50** | | **$ 2,057,952.86** |
| Mithoff Law Firm | ALEXANDER, JOSEPH R | Attorney | 16.00 | $ 332.07 | $ 5,313.12 |
| **Mithoff Law Firm Total** | | | **16.00** | | **$ 5,313.12** |
| Morelli Ratner | DIPRETA, LAURIE | Attorney | 56.50 | $ 450.00 | $ 25,425.00 |
| Morelli Ratner | MANIATIS, VICTORIA | Attorney | 4.25 | $ 450.00 | $ 1,912.50 |
| Morelli Ratner | MORELLI, BENEDICT | Attorney | 1,238.00 | $ 750.00 | $ 928,500.00 |
| Morelli Ratner | RATNER, DAVID | Attorney | 154.75 | $ 750.00 | $ 116,062.50 |
| Morelli Ratner | SADAKA, MARK | Attorney | 60.75 | $ 375.00 | $ 22,781.25 |
| Morelli Ratner | SALMON, ARTHUR | Attorney | 319.25 | $ 650.00 | $ 207,512.50 |
| **Morelli Ratner Total** | | | **1,833.50** | | **$ 1,302,193.75** |
| Motley Rice | FINKELSTEIN, CONNIE | Paralegal | 184.00 | $ 200.00 | $ 36,800.00 |
| Motley Rice | HAWKINS, JUNE | Paralegal | 504.00 | $ 200.00 | $ 100,800.00 |
| Motley Rice | LEVENTIS, HENRY | Attorney | 156.00 | $ 400.00 | $ 62,400.00 |
| Motley Rice | LITTLEJOHN, JOSH | Paralegal | 1,294.00 | $ 200.00 | $ 258,800.00 |
| Motley Rice | MATUSZ, MEAGAN | Paralegal | 8.00 | $ 200.00 | $ 1,600.00 |
| Motley Rice | MIGLIORI, DON | Attorney | 96.00 | $ 750.00 | $ 72,000.00 |
| Motley Rice | RITTER, ANN | Attorney | 76.75 | $ 750.00 | $ 57,562.50 |
| Motley Rice | SCOTT, CARMEN | Attorney | 463.00 | $ 500.00 | $ 231,500.00 |
| Motley Rice | TAYLOR, LISA | Paralegal | 18.75 | $ 200.00 | $ 3,750.00 |
| Motley Rice | THOMPSON, FRED | Attorney | 489.00 | $ 750.00 | $ 366,750.00 |
| **Motley Rice Total** | | | **3,289.50** | | **$ 1,191,962.50** |
| Murray | BLOOM, JUSTIN | Attorney | 1,381.25 | $ 266.54 | $ 368,158.38 |
| Murray | DILIBERTO, ROBERT | Attorney | 119.25 | $ 419.85 | $ 50,067.11 |
| Murray | HAYES, JESSICA | Attorney | 56.75 | $ 332.07 | $ 18,844.97 |
| Murray | IMPATATO, DOMINICK | Attorney | 25.75 | $ 267.94 | $ 6,899.46 |

KS-000049

| | | | | | | |
|---|---|---|---|---|---|---|
| Murray | JACOBS, JULIE | Attorney | 169.25 | $ | 419.85 | $ 71,059.61 |
| Murray | KIRIN, DAMON | Attorney | 51.50 | $ | 332.07 | $ 17,101.61 |
| Murray | LEMOINE, GANO | Attorney | 1.75 | $ | 419.85 | $ 734.74 |
| Murray | MURRAY, JAMES A. | Attorney | 214.00 | $ | 267.94 | $ 57,339.16 |
| Murray | MURRAY, JR. | Attorney | 57.50 | $ | 419.85 | $ 24,141.38 |
| Murray | MURRAY, STEPHEN B. | Attorney | 126.50 | $ | 559.70 | $ 70,802.05 |
| **Murray Total** | | | **2,203.50** | | | **$ 685,148.46** |
| Neblett Beard & Arsenault | ARSENAULT, RICHARD J. | Attorney | 2,657.00 | $ | 500.00 | $ 1,328,500.00 |
| Neblett Beard & Arsenault | BOLLINGER, C. MICHAEL | Attorney | 91.50 | $ | 450.00 | $ 41,175.00 |
| Neblett Beard & Arsenault | BREININ, MICHAEL | Attorney | 784.50 | $ | 235.20 | $ 184,514.40 |
| Neblett Beard & Arsenault | DOYLE, JANET | Paralegal | 1.25 | $ | 75.00 | $ 93.75 |
| Neblett Beard & Arsenault | LAMARCHE, HOLLY | Attorney | 702.00 | $ | 235.20 | $ 165,110.40 |
| Neblett Beard & Arsenault | LORENZ, MARY | Attorney | 694.00 | $ | 235.20 | $ 163,228.80 |
| Neblett Beard & Arsenault | MITCHELL, BARBARA | Paralegal | 1.00 | $ | 65.00 | $ 65.00 |
| Neblett Beard & Arsenault | MONK, REBECCA L. | Paralegal | 56.00 | $ | 75.00 | $ 4,200.00 |
| Neblett Beard & Arsenault | OVERTON, JEAN PAUL | Attorney | 699.50 | $ | 400.00 | $ 279,800.00 |
| Neblett Beard & Arsenault | OXENHANDLER, JANE | Paralegal | 141.50 | $ | 75.00 | $ 10,612.50 |
| Neblett Beard & Arsenault | PARKER, MARGARET | Attorney | 322.75 | $ | 235.20 | $ 75,910.80 |
| Neblett Beard & Arsenault | PERCY, WILLIAM | Attorney | 425.75 | $ | 235.20 | $ 100,136.40 |
| Neblett Beard & Arsenault | RACHAL, STEVEN M. | Attorney | 616.75 | $ | 400.00 | $ 246,700.00 |
| Neblett Beard & Arsenault | SANDERSON, DARLA | Attorney | 66.00 | $ | 235.20 | $ 15,523.20 |
| Neblett Beard & Arsenault | USSERY, NATHANIEL | Other | 13.00 | $ | 125.00 | $ 1,625.00 |
| Neblett Beard & Arsenault | WHALEY, J.R. | Attorney | 57.25 | $ | 400.00 | $ 22,900.00 |
| Neblett Beard & Arsenault | WRIGHT, SUZANNE J. | Attorney | 59.75 | $ | 400.00 | $ 23,900.00 |
| **Neblett Beard & Arsenault Total** | | | **7,389.50** | | | **$ 2,663,995.25** |
| Panish Shea | BOYLE, KEVIN | Attorney | 256.00 | $ | 400.00 | $ 102,400.00 |
| Panish Shea | CHANG, DEBORAH | Attorney | 563.50 | $ | 500.00 | $ 281,750.00 |
| Panish Shea | DESIMONE, CAMILLA | Other | 39.00 | $ | 200.00 | $ 7,800.00 |
| Panish Shea | FISHELMAN, BRUCE C. | Attorney | 1,403.25 | $ | 500.00 | $ 701,625.00 |
| Panish Shea | HATTER, HELAINE | Attorney | 19.50 | $ | 200.00 | $ 3,900.00 |
| Panish Shea | MORRISON, LISA | Paralegal | 354.25 | $ | 100.00 | $ 35,425.00 |
| Panish Shea | PANISH, BRIAN J. | Attorney | 1,116.50 | $ | 750.00 | $ 837,375.00 |
| Panish Shea | ROWL, VERONICA | Paralegal | 223.75 | $ | 80.00 | $ 17,900.00 |
| **Panish Shea Total** | | | **3,975.75** | | | **$ 1,988,175.00** |
| Price Waicukauski | AMOS, ERIN | Paralegal | 13.25 | $ | 120.00 | $ 1,590.00 |

KS-000050

| Price Waicukauski | BODNAR, CHRISTIE | Law Clerk | 10.50 | $ | 110.00 | $ | 1,155.00 |
|---|---|---|---|---|---|---|---|
| Price Waicukauski | CAVOSIE, KAREN | Paralegal | 54.50 | $ | 135.00 | $ | 7,357.50 |
| Price Waicukauski | DEBROTA, AMY | Attorney | 6.25 | $ | 275.00 | $ | 1,718.75 |
| Price Waicukauski | HAWKINS, GABE | Attorney | 4.00 | $ | 200.00 | $ | 800.00 |
| Price Waicukauski | KENDALL, JAMIE SWEENEY | Attorney | 157.75 | $ | 200.00 | $ | 31,550.00 |
| Price Waicukauski | MOELLER, CHRISTOPHER | Law Clerk | 145.50 | $ | 200.00 | $ | 29,100.00 |
| Price Waicukauski | NEMETH, CAROL | Attorney | 19.50 | $ | 300.00 | $ | 5,850.00 |
| Price Waicukauski | PRICE, HENRY | Attorney | 106.25 | $ | 490.00 | $ | 52,062.50 |
| Price Waicukauski | RILEY, WILLIAM | Attorney | 232.00 | $ | 400.00 | $ | 92,800.00 |
| Price Waicukauski | STRAIN, JANA | Attorney | 5.75 | $ | 300.00 | $ | 1,725.00 |
| Price Waicukauski | WILLIAMS, JOE | Attorney | 0.75 | $ | 200.00 | $ | 150.00 |
| Price Waicukauski Total | | | 756.00 | | | $ | 225,858.75 |
| Provost Umphrey | BROWN, DARREN | Attorney | 262.25 | $ | 492.32 | $ | 129,110.92 |
| Provost Umphrey | UMPHREY, WALTER | Attorney | 12.00 | $ | 332.07 | $ | 3,984.84 |
| Provost Umphrey Total | | | 274.25 | | | $ | 133,095.76 |
| Ranier Gayle | DYESS, LARRY | Attorney | 214.00 | $ | 508.33 | $ | 108,782.62 |
| Ranier Gayle | ELLIOT, FRANK | Attorney | 127.00 | $ | 595.76 | $ | 75,661.52 |
| Ranier Gayle | ELLISON, JOHN | Attorney | 39.50 | $ | 595.76 | $ | 23,532.52 |
| Ranier Gayle | GAYLE, TOM | Attorney | 0.25 | $ | 595.76 | $ | 148.94 |
| Ranier Gayle | HARTLEY, LESLI | Paralegal | 3.50 | $ | 156.44 | $ | 547.54 |
| Ranier Gayle | HILL, ANDY | Attorney | 99.00 | $ | 419.85 | $ | 41,565.15 |
| Ranier Gayle | ICKLONE, MICHELLE | Paralegal | 217.50 | $ | 156.44 | $ | 34,025.70 |
| Ranier Gayle | KEARNEY, SARAH | Attorney | 266.75 | $ | 419.85 | $ | 111,994.99 |
| Ranier Gayle | MCCHRISTIAN, KAYREN | Paralegal | 34.25 | $ | 156.44 | $ | 5,358.07 |
| Ranier Gayle | POWERS, BRETT | Attorney | 1,367.75 | $ | 419.85 | $ | 574,249.84 |
| Ranier Gayle | RANIER, DREW | Attorney | 3,203.00 | $ | 559.70 | $ | 1,792,719.10 |
| Ranier Gayle Total | | | 5,572.50 | | | $ | 2,768,585.99 |
| Rebecca A. Cunard | CUNARD, REBECCA A. | Attorney | 658.00 | $ | 332.07 | $ | 218,502.06 |
| Rebecca A. Cunard | HEARN, ETTA KAY | Attorney | 212.50 | $ | 332.07 | $ | 70,564.88 |
| Rebecca A. Cunard | REITANO, CHRISTINE | Attorney | 468.00 | $ | 332.07 | $ | 155,408.76 |
| Rebecca A. Cunard | RYLAND, SONYA | Attorney | 1,452.25 | $ | 332.07 | $ | 482,248.66 |
| Rebecca A. Cunard Total | | | 2,790.75 | | | $ | 926,724.35 |
| Richardson Patrick | BURKE, BETH | Attorney | 111.50 | $ | 332.07 | $ | 37,025.81 |
| Richardson Patrick Total | | | 111.50 | | | $ | 37,025.81 |
| Robert J. DeBry | MISMASH, NANCY | Attorney | 31.00 | $ | 250.00 | $ | 7,750.00 |

KS-000031

26 of 34

| | | | | | |
|---|---|---|---|---|---|
| Robert J. DeBry  Total | | | 31.00 | | $ 7,750.00 |
| Robert M. Becnel | BECNEL, ROBERT M. | Attorney | 20.75 | $ 250.00 | $ 5,187.50 |
| Robert M. Becnel | GANT, MONICA | Attorney | 881.00 | $ 19.00 | $ 16,739.00 |
| Robert M. Becnel | ZINK, DIANE K. | Attorney | 22.50 | $ 250.00 | $ 5,625.00 |
| Robert M. Becnel  Total | | | 924.25 | | $ 27,551.50 |
| Robins Kaplan | JAYCOX, KATE | Attorney | 282.00 | $ 270.00 | $ 76,140.00 |
| Robins Kaplan | LESLIE, TANYA | Paralegal | 1.50 | $ 140.00 | $ 210.00 |
| Robins Kaplan | MOCCIO, VINCENT | Attorney | 41.00 | $ 400.00 | $ 16,400.00 |
| Robins Kaplan | NAROTZSKY, NICOLE | Attorney | 92.50 | $ 235.00 | $ 21,737.50 |
| Robins Kaplan | PETERS, DOUG | Attorney | 68.50 | $ 225.00 | $ 15,412.50 |
| Robins Kaplan | SUTTON, TARA | Attorney | 554.50 | $ 425.00 | $ 235,662.50 |
| Robins Kaplan | TOEPFER, DAVID | Attorney | 851.75 | $ 315.00 | $ 268,301.25 |
| Robins Kaplan | WALBURN, ROBERTA | Attorney | 9.25 | $ 500.00 | $ 4,625.00 |
| Robins Kaplan | WILSON, GARY | Attorney | 439.25 | $ 400.00 | $ 175,700.00 |
| Robins Kaplan | ZIMMERMAN, GENEVIEVE | Attorney | 60.50 | $ 285.00 | $ 17,242.50 |
| Robins Kaplan  Total | | | 2,400.75 | | $ 831,431.25 |
| Robinson Calcagnie | BAKER, LINDA | Paralegal | 53.50 | $ 75.00 | $ 4,012.50 |
| Robinson Calcagnie | CALCAGNIE, KEVIN F. | Attorney | 2,113.75 | $ 700.00 | $ 1,479,625.00 |
| Robinson Calcagnie | CARVALHO, SOMNI | Paralegal | 51.75 | $ 75.00 | $ 3,881.25 |
| Robinson Calcagnie | GARBER, CYNTHIA | Attorney | 572.50 | $ 400.00 | $ 229,000.00 |
| Robinson Calcagnie | GEORGE, TIMOTHY | Paralegal | 26.50 | $ 150.00 | $ 3,975.00 |
| Robinson Calcagnie | HOSEA, DONNA | Paralegal | 736.50 | $ 125.00 | $ 92,062.50 |
| Robinson Calcagnie | KARAVATOS, KAREN | Attorney | 151.00 | $ 400.00 | $ 60,400.00 |
| Robinson Calcagnie | LUKEI, SHANNON | Attorney | 574.25 | $ 400.00 | $ 229,700.00 |
| Robinson Calcagnie | MOEN, LIN | Paralegal | 215.00 | $ 125.00 | $ 26,875.00 |
| Robinson Calcagnie | MYER, ALEXIS | Attorney | 3,334.25 | $ 400.00 | $ 1,333,700.00 |
| Robinson Calcagnie | O'BRIEN, MOLLY | Attorney | 1,054.25 | $ 225.00 | $ 237,206.25 |
| Robinson Calcagnie | PERKINS, DARLEEN | Paralegal | 274.25 | $ 75.00 | $ 20,568.75 |
| Robinson Calcagnie | PRIETTO, CARLOS | Attorney | 1,164.50 | $ 500.00 | $ 582,250.00 |
| Robinson Calcagnie | ROBINSON, JR. | Attorney | 2,963.25 | $ 800.00 | $ 2,370,600.00 |
| Robinson Calcagnie | SHERBANEE, ANITA | Attorney | 413.25 | $ 400.00 | $ 165,300.00 |
| Robinson Calcagnie | SPIRO, CHRISTOPHER | Law Clerk | 3,047.50 | $ 225.00 | $ 685,687.50 |
| Robinson Calcagnie | TEER, FRANCINE | Paralegal | 48.50 | $ 75.00 | $ 3,637.50 |
| Robinson Calcagnie | THORNTON, CAPAZIN | Paralegal | 599.25 | $ 75.00 | $ 44,943.75 |
| Robinson Calcagnie | WACKER, TED | Attorney | 3,355.75 | $ 500.00 | $ 1,677,875.00 |

K3-000052

| Firm | Name | Role | Hours | Rate | Total |
|------|------|------|-------|------|-------|
| Robinson Calcagnie | WESTAD, CHRISTY | Attorney | 1,090.75 | $ 250.00 | $ 272,687.50 |
| Robinson Calcagnie Total | | | 21,840.25 | | $ 9,523,987.50 |
| RodaNast | BERRIER, MEREDITH E. | Paralegal | 8.25 | $ 155.00 | $ 1,278.75 |
| RodaNast | BURNS, ERIN C. | Attorney | 270.75 | $ 385.00 | $ 104,238.75 |
| RodaNast | DEIBLER, PATRICK A. | Paralegal | 140.75 | $ 115.00 | $ 16,186.25 |
| RodaNast | GALLUCCI, DANIEL N. | Attorney | 126.00 | $ 420.00 | $ 52,920.00 |
| RodaNast | MATUSKO, JOANNE E. | Attorney | 39.00 | $ 385.00 | $ 15,015.00 |
| RodaNast | MCVEY, KRISTINA J. | Paralegal | 18.25 | $ 155.00 | $ 2,828.75 |
| RodaNast | NAFZIGER, RACHEL | Paralegal | 5.50 | $ 90.00 | $ 495.00 |
| RodaNast | NAST, DIANNE M. | Attorney | 290.75 | $ 625.00 | $ 181,718.75 |
| RodaNast | NAST, MICHAEL G | Attorney | 12.75 | $ 332.07 | $ 4,233.89 |
| RodaNast | O'DONNELL, STEVEN L. | Attorney | 66.75 | $ 390.00 | $ 26,032.50 |
| RodaNast | RODA, JOSEPH F. | Attorney | 9.00 | $ 625.00 | $ 5,625.00 |
| RodaNast | RYAN, MICHAEL | Attorney | 0.25 | $ 100.00 | $ 25.00 |
| RodaNast | SABOL, BENJAMIN J. | Paralegal | 14.75 | $ 115.00 | $ 1,696.25 |
| RodaNast | SCHMIDT, HOLLIE | Paralegal | 3.50 | $ 155.00 | $ 542.50 |
| RodaNast | SNYDER, JENNIFER S. | Attorney | 164.00 | $ 400.00 | $ 65,600.00 |
| RodaNast | STAWINSKI, MICHELLE | Attorney | 12.75 | $ 332.07 | $ 4,233.89 |
| RodaNast | STEPHENSON, SHEILA M. | Paralegal | 0.25 | $ 155.00 | $ 38.75 |
| RodaNast | YOUNG (KELLEY), SHANNON O. | Attorney | 84.50 | $ 300.00 | $ 25,350.00 |
| RodaNast Total | | | 1,267.75 | | $ 508,059.04 |
| Sanders Viener | BADASH, LARRY | Attorney | 20.50 | $ 500.00 | $ 10,250.00 |
| Sanders Viener | GROSSMAN, MARC | Paralegal | 26.50 | $ 600.00 | $ 15,900.00 |
| Sanders Viener | KASSAN, RANDI | Attorney | 5.00 | $ 350.00 | $ 1,750.00 |
| Sanders Viener | KUSZEL, PHILIP | Attorney | 16.50 | $ 400.00 | $ 6,600.00 |
| Sanders Viener | WALLER, MATTHEW | Attorney | 44.00 | $ 275.00 | $ 12,100.00 |
| Sanders Viener Total | | | 112.50 | | $ 46,600.00 |
| Sanford Pinedo | BELL, CASEY A. | Attorney | 29.50 | $ 325.00 | $ 9,587.50 |
| Sanford Pinedo | BROTHERS, TONYA | Paralegal | 98.25 | $ 60.00 | $ 5,895.00 |
| Sanford Pinedo | GUERRERO, ROSA MARIA | Paralegal | 317.75 | $ 60.00 | $ 19,065.00 |
| Sanford Pinedo | HARRISON, KATE | Attorney | 15.00 | $ 175.00 | $ 2,625.00 |
| Sanford Pinedo | LARSON, JEFF L. | Attorney | 73.50 | $ 325.00 | $ 23,887.50 |
| Sanford Pinedo | RHODES LEWIS, CARLENE | Attorney | 4,030.00 | $ 500.00 | $ 2,015,000.00 |
| Sanford Pinedo | SANFORD, SHELLY A. | Attorney | 7,600.25 | $ 500.00 | $ 3,800,125.00 |
| Sanford Pinedo | SOWELL, ELIVIA R. | Paralegal | 797.50 | $ 60.00 | $ 47,850.00 |

KS-000653

| | | | | | | |
|---|---|---|---|---|---|---|
| Sanford Pinedo | STEVENSON, MARCUS L. | Attorney | 918.75 | $ | 325.00 | $ 298,593.75 |
| Sanford Pinedo | THWEATT, LEE | Attorney | 65.50 | $ | 245.00 | $ 16,047.50 |
| Sanford Pinedo  Total | | | 13,946.00 | | | $ 6,238,676.25 |
| Seeger Weiss | ALSELEHDAR, GHADA | Law Clerk | 2.75 | $ | 332.07 | $ 913.19 |
| Seeger Weiss | APARICCIO, LEIDEN | Law Clerk | 31.00 | $ | 332.07 | $ 10,294.17 |
| Seeger Weiss | BARECCA, RICK | Attorney | 1.00 | $ | 332.07 | $ 332.07 |
| Seeger Weiss | BENEDETTO, TERRIANNE | Attorney | 0.50 | $ | 450.00 | $ 225.00 |
| Seeger Weiss | BOISVERT, KEVIN | Attorney | 361.25 | $ | 275.00 | $ 99,343.75 |
| Seeger Weiss | BRADFORD, DONALD | Attorney | 1,988.00 | $ | 375.00 | $ 745,500.00 |
| Seeger Weiss | BRADLEY, SARA | Law Clerk | 1.75 | $ | 332.07 | $ 581.12 |
| Seeger Weiss | BUCHANAN, DAVID R. | Attorney | 7,325.00 | $ | 665.00 | $ 4,871,125.00 |
| Seeger Weiss | CARRAWAY, RASHEEDAH | Attorney | 150.75 | $ | 235.00 | $ 35,426.25 |
| Seeger Weiss | CHAFFIN, ERIC | Attorney | 3.00 | $ | 575.00 | $ 1,725.00 |
| Seeger Weiss | CHAMBERS, STEPHANIE | Paralegal | 0.50 | $ | 332.07 | $ 166.04 |
| Seeger Weiss | CHAPMAN, EILEEN | Paralegal | 17.00 | $ | 135.00 | $ 2,295.00 |
| Seeger Weiss | DANIEL, SINDHU | Attorney | 521.50 | $ | 355.00 | $ 185,132.50 |
| Seeger Weiss | DAWSON, SARA | Law Clerk | 364.00 | $ | 332.07 | $ 120,873.48 |
| Seeger Weiss | DEBASS, HAILE | Attorney | 163.50 | $ | 300.00 | $ 49,050.00 |
| Seeger Weiss | DRAYTON, TODD | Attorney | 3.50 | $ | 332.07 | $ 1,162.25 |
| Seeger Weiss | DRILLAS, LEAH | Paralegal | 15.00 | $ | 332.07 | $ 4,981.05 |
| Seeger Weiss | ECKLUND, DONALD | Attorney | 286.00 | $ | 395.00 | $ 112,970.00 |
| Seeger Weiss | EVANGELISTA, LUIS | Paralegal | 70.00 | $ | 165.00 | $ 11,550.00 |
| Seeger Weiss | FAJARDO, CATHELYA M. | Paralegal | 2,190.50 | $ | 185.00 | $ 405,242.50 |
| Seeger Weiss | FARKAS, MICHAEL | Attorney | 185.50 | $ | 355.00 | $ 65,852.50 |
| Seeger Weiss | FISHMAN, SHOLOM | Paralegal | 13.00 | $ | 332.07 | $ 4,316.91 |
| Seeger Weiss | FRIEDMAN, RANDI | Paralegal | 18.00 | $ | 332.07 | $ 5,977.26 |
| Seeger Weiss | GARBER, SUZANNE | Paralegal | 423.25 | $ | 200.00 | $ 84,650.00 |
| Seeger Weiss | GEIER, DENNIS | Attorney | 458.50 | $ | 255.00 | $ 116,917.50 |
| Seeger Weiss | GERVAIS, RACHEL | Law Clerk | 41.75 | $ | 332.07 | $ 13,863.92 |
| Seeger Weiss | GRAND, JEFFREY S. | Attorney | 8,999.00 | $ | 500.00 | $ 4,499,500.00 |
| Seeger Weiss | HOLLAND, KEITH | Other | 385.50 | $ | 332.07 | $ 128,012.99 |
| Seeger Weiss | HORN, MOSHE | Attorney | 3,545.75 | $ | 585.00 | $ 2,074,263.75 |
| Seeger Weiss | JOHNS, ANDREWS | Law Clerk | 635.00 | $ | 332.07 | $ 210,864.45 |
| Seeger Weiss | JONES, BRINA | Paralegal | 222.50 | $ | 185.00 | $ 41,162.50 |
| Seeger Weiss | KATZ, SETH | Attorney | 23.50 | $ | 600.00 | $ 14,100.00 |

KS-000054

| | | | | | | |
|---|---|---|---|---|---|---|
| Seeger Weiss | KEKATOS, DIOGENES | Attorney | 2,816.00 | $ | 645.00 | $ 1,816,320.00 |
| Seeger Weiss | KIBRIA, SOMAIYA | Paralegal | 4,208.00 | $ | 185.00 | $ 778,480.00 |
| Seeger Weiss | LUI, PO | Other | 1,756.00 | $ | 200.00 | $ 351,200.00 |
| Seeger Weiss | MAIORANA, MATTHEW | Attorney | 823.25 | $ | 332.07 | $ 273,376.63 |
| Seeger Weiss | MALLIS, MARIA | Paralegal | 3.00 | $ | 332.07 | $ 996.21 |
| Seeger Weiss | MANGALONZA, ALLYSON | Attorney | 181.00 | $ | 235.00 | $ 42,535.00 |
| Seeger Weiss | MEYERS, YOVANDA | Paralegal | 14.00 | $ | 332.07 | $ 4,648.98 |
| Seeger Weiss | MGBADA, PERPETUA | Attorney | 472.50 | $ | 250.00 | $ 118,125.00 |
| Seeger Weiss | MOORE, KENNETH | Paralegal | 102.50 | $ | 332.07 | $ 34,037.18 |
| Seeger Weiss | MORA, JOSA DANNY | Paralegal | 652.75 | $ | 205.00 | $ 133,813.75 |
| Seeger Weiss | MORALES, RAUL | Other | 235.00 | $ | 332.07 | $ 78,036.45 |
| Seeger Weiss | MORALES, ROGER | Paralegal | 24.00 | $ | 190.00 | $ 4,560.00 |
| Seeger Weiss | NASSIF, VALERE | Attorney | 2,010.00 | $ | 525.00 | $ 1,055,250.00 |
| Seeger Weiss | NWACHUKU, AKUNNA | Paralegal | 2.50 | $ | 332.07 | $ 830.18 |
| Seeger Weiss | O'BRIEN, JIM | Attorney | 1,943.50 | $ | 465.00 | $ 903,727.50 |
| Seeger Weiss | PAULETTA, JACQUELYNE | Paralegal | 390.75 | $ | 332.07 | $ 129,756.35 |
| Seeger Weiss | SCULLY, LISA | Paralegal | 288.50 | $ | 332.07 | $ 95,802.20 |
| Seeger Weiss | SEEGER, CHRISTOPHER A. | Attorney | 5,020.50 | $ | 685.00 | $ 3,439,042.50 |
| Seeger Weiss | SHUB, JONATHAN | Attorney | 1.00 | $ | 430.00 | $ 430.00 |
| Seeger Weiss | SIKKA, PUNAM | Paralegal | 314.50 | $ | 140.00 | $ 44,030.00 |
| Seeger Weiss | STEWART, MELISSA | Attorney | 1.50 | $ | 395.00 | $ 592.50 |
| Seeger Weiss | SULLIVAN, MEGAN | Paralegal | 185.50 | $ | 195.00 | $ 36,172.50 |
| Seeger Weiss | THOMAS, PATRICK | Paralegal | 498.00 | $ | 235.00 | $ 117,030.00 |
| Seeger Weiss | TROMBINO, LARRY | Attorney | 11.50 | $ | 332.07 | $ 3,818.81 |
| Seeger Weiss | TURNER, JAMES | Paralegal | 2.50 | $ | 125.00 | $ 312.50 |
| Seeger Weiss | WAGNER, MICHAEL E. | Paralegal | 6,602.25 | $ | 205.00 | $ 1,353,461.25 |
| Seeger Weiss | WALL, ELIZABETH | Attorney | 7.50 | $ | 332.07 | $ 2,490.53 |
| Seeger Weiss | WALTER, ALEX | Paralegal | 6.25 | $ | 332.07 | $ 2,075.44 |
| Seeger Weiss | WEISS, STEPHEN A. | Attorney | 24.25 | $ | 675.00 | $ 16,368.75 |
| Seeger Weiss | WILLIAMS, RICHARD | Attorney | 647.25 | $ | 275.00 | $ 177,993.75 |
| Seeger Weiss Total | | | 57,693.50 | | | $ 24,933,684.08 |
| Sheller Ludwig | DEBASS, HAILE | Attorney | 1,388.50 | $ | 300.00 | $ 416,550.00 |
| Sheller Ludwig | GEORGE, SCOTT | Attorney | 20.25 | $ | 325.00 | $ 6,981.25 |
| Sheller Ludwig | JOHNSON, SCOTT | Attorney | 12.25 | $ | 315.00 | $ 3,858.75 |
| Sheller Ludwig | SHUB, JONATHAN | Attorney | 162.00 | $ | 430.00 | $ 69,660.00 |

KS-000055

| | | | | | | |
|---|---|---|---|---|---|---|
| Sheller Ludwig | WAKS, GREG | Attorney | 239.00 | $ | 290.00 | $ 69,310.00 |
| Sheller Ludwig | YANICK, JOE | Paralegal | 2.25 | $ | 130.00 | $ 292.50 |
| Sheller Ludwig Total | | | 1,824.25 | | | $ 566,252.50 |
| Silverman Fodera | FODERA, LEONARD | Attorney | 203.00 | $ | 775.00 | $ 157,325.00 |
| Silverman Fodera | HOLT, RITA | Paralegal | 72.00 | $ | 200.00 | $ 14,400.00 |
| Silverman Fodera | LALLI, MICHAEL | Attorney | 26.00 | $ | 350.00 | $ 9,100.00 |
| Silverman Fodera | TROTMAN, JOHN | Attorney | 26.00 | $ | 550.00 | $ 14,300.00 |
| Silverman Fodera Total | | | 327.00 | | | $ 195,125.00 |
| Singleton | BELL, CHRISTINIA | Law Clerk | 35.50 | $ | 25.00 | $ 887.50 |
| Singleton | BERNOUDY, MICHAEL | Other | 13.00 | $ | 250.00 | $ 3,250.00 |
| Singleton | BLACK, TYSHA | Other | 80.00 | $ | 100.00 | $ 8,000.00 |
| Singleton | BRADFORD, RESHONDA | Attorney | 403.50 | $ | 350.00 | $ 141,225.00 |
| Singleton | HARRIS, COURTNEY | Paralegal | 88.50 | $ | 332.07 | $ 29,388.20 |
| Singleton | HENDRICKS, DEBRA | Law Clerk | 942.50 | $ | 75.00 | $ 70,687.50 |
| Singleton | PENNYWELL, PHILLIP | Other | 24.75 | $ | 75.00 | $ 1,856.25 |
| Singleton | SINGLETON, W. JAMES | Attorney | 768.00 | $ | 550.00 | $ 422,400.00 |
| Singleton | WEBSTER, BARBARA | Other | 23.50 | $ | 75.00 | $ 1,762.50 |
| Singleton | WILLIAMS, REATA | Law Clerk | 9.50 | $ | 332.07 | $ 3,154.67 |
| Singleton Total | | | 2,388.75 | | | $ 682,611.61 |
| Snapka | SHAHANI, ANITA | Attorney | 1,096.00 | $ | 342.97 | $ 375,895.12 |
| Snapka | SNAPKA, KATHRYN | Attorney | 1,830.50 | $ | 559.70 | $ 1,024,530.85 |
| Snapka Total | | | 2,926.50 | | | $ 1,400,425.97 |
| Ted Kanner | KANNER, TED | Attorney | 2.75 | $ | 250.00 | $ 687.50 |
| Ted Kanner | SPRUCE, IV | Paralegal | 4.00 | $ | 125.00 | $ 500.00 |
| Ted Kanner Total | | | 6.75 | | | $ 1,187.50 |
| Ury & Moskow | PARR, JR. | Paralegal | 3.00 | $ | 450.00 | $ 1,350.00 |
| Ury & Moskow Total | | | 3.00 | | | $ 1,350.00 |
| Watts Law Firm | ABNEY, RUSS | Attorney | 1,297.50 | $ | 332.07 | $ 430,860.83 |
| Watts Law Firm | GOODPASTOR, CHRISTOPHER | Attorney | 180.50 | $ | 332.07 | $ 59,938.64 |
| Watts Law Firm | LONGORIA, DANIEL | Attorney | 30.00 | $ | 332.07 | $ 9,962.10 |
| Watts Law Firm | WATTS, MIKAL | Attorney | 903.00 | $ | 332.07 | $ 299,859.21 |
| Watts Law Firm | WRIGHT, JAMES L. | Attorney | 1,119.50 | $ | 332.07 | $ 371,752.37 |
| Watts Law Firm Total | | | 3,530.50 | | | $ 1,172,373.14 |
| Weitz & Luxenberg | BRANIFF, EDWARD | Attorney | 2,893.00 | $ | 600.00 | $ 1,735,800.00 |
| Weitz & Luxenberg | BROADDUS, JOHN | Attorney | 846.25 | $ | 419.85 | $ 355,298.06 |

KS-000050

| | | | | | |
|---|---|---|---|---|---|
| Weitz & Luxenberg | BURKE, DAN | Attorney | 218.50 | $ 600.00 | $ 131,100.00 |
| Weitz & Luxenberg | CABOCHAN, GILMORE | Paralegal | 144.75 | $ 200.00 | $ 28,950.00 |
| Weitz & Luxenberg | CHOI, MICHAEL | Paralegal | 1.00 | $ 200.00 | $ 200.00 |
| Weitz & Luxenberg | CONNOR, ALLISON | Paralegal | 102.00 | $ 200.00 | $ 20,400.00 |
| Weitz & Luxenberg | CURTIN, TERESA | Attorney | 380.75 | $ 600.00 | $ 228,450.00 |
| Weitz & Luxenberg | DEMPSKY, TIM | Paralegal | 578.00 | $ 200.00 | $ 115,600.00 |
| Weitz & Luxenberg | DUPONT, SAMANTHA | Paralegal | 53.00 | $ 200.00 | $ 10,600.00 |
| Weitz & Luxenberg | FARREY, GABRIEL | Paralegal | 832.50 | $ 200.00 | $ 166,500.00 |
| Weitz & Luxenberg | FORREY, GABE | Paralegal | 8.00 | $ 200.00 | $ 1,600.00 |
| Weitz & Luxenberg | FOSTER, ADRIENNE | Paralegal | 102.00 | $ 200.00 | $ 20,400.00 |
| Weitz & Luxenberg | FURLONG, ERIKN | Paralegal | 67.00 | $ 200.00 | $ 13,400.00 |
| Weitz & Luxenberg | GABE, ANTOINETTE | Paralegal | 137.75 | $ 200.00 | $ 27,550.00 |
| Weitz & Luxenberg | GOLDHIRSCH, LARRY | Attorney | 138.00 | $ 600.00 | $ 82,800.00 |
| Weitz & Luxenberg | GORDON, ROB | Attorney | 61.00 | $ 850.00 | $ 51,850.00 |
| Weitz & Luxenberg | GORDON, ROBERT | Attorney | 537.50 | $ 850.00 | $ 456,875.00 |
| Weitz & Luxenberg | HEACOX, CATHERINE | Attorney | 33.00 | $ 600.00 | $ 19,800.00 |
| Weitz & Luxenberg | HENDERSON, RENEE | Attorney | 220.50 | $ 600.00 | $ 132,300.00 |
| Weitz & Luxenberg | JACOBY, BRYAN | Paralegal | 53.00 | $ 200.00 | $ 10,600.00 |
| Weitz & Luxenberg | KRAMER, GLENN | Attorney | 289.00 | $ 350.00 | $ 101,150.00 |
| Weitz & Luxenberg | KRISTAL, JERRY | Attorney | 1,895.50 | $ 750.00 | $ 1,421,625.00 |
| Weitz & Luxenberg | MANIATIS, VICTORIA | Attorney | 5.75 | $ 450.00 | $ 2,587.50 |
| Weitz & Luxenberg | MARTIN, TIM | Paralegal | 205.00 | $ 200.00 | $ 41,000.00 |
| Weitz & Luxenberg | PEDERSON, MICHAEL | Attorney | 23.00 | $ 600.00 | $ 13,800.00 |
| Weitz & Luxenberg | PENNOCK, PAUL | Attorney | 736.00 | $ 750.00 | $ 552,000.00 |
| Weitz & Luxenberg | RELKIN, ELLEN | Attorney | 2,220.00 | $ 750.00 | $ 1,665,000.00 |
| Weitz & Luxenberg | ROSENBAND, DAVID | Attorney | 107.25 | $ 600.00 | $ 64,350.00 |
| Weitz & Luxenberg | ROSENFIELD, AMANDA | Paralegal | 988.00 | $ 200.00 | $ 197,600.00 |
| Weitz & Luxenberg | ROSENTHAL, ALEX | Paralegal | 301.00 | $ 200.00 | $ 60,200.00 |
| Weitz & Luxenberg | SAVOURS, DEBORAH | Paralegal | 511.00 | $ 200.00 | $ 102,200.00 |
| Weitz & Luxenberg | SKLAR, RYAN | Paralegal | 12.00 | $ 200.00 | $ 2,400.00 |
| Weitz & Luxenberg | SOLOMON, FRANKLIN | Attorney | 63.00 | $ 600.00 | $ 37,800.00 |
| Weitz & Luxenberg | TARR, SHERRI | Attorney | 1,165.25 | $ 600.00 | $ 699,150.00 |
| Weitz & Luxenberg | UONG, AMY | Paralegal | 174.50 | $ 200.00 | $ 34,900.00 |
| Weitz & Luxenberg | WEITZ, PERRY | Attorney | 257.00 | $ 850.00 | $ 218,450.00 |
| Weitz & Luxenberg | WILKINS, CARRIE | Paralegal | 744.25 | $ 200.00 | $ 148,850.00 |

KS-000657

| Firm | Name | Role | Hours | Rate | Total |
|---|---|---|---|---|---|
| Weitz & Luxenberg | ZUCKERMAN, GLENN | Attorney | 297.75 | $ 600.00 | $ 178,650.00 |
| **Weitz & Luxenberg Total** | | | **17,402.75** | | **$ 9,151,785.56** |
| White & Wetherall | LONDON, LOURDES | Paralegal | 162.25 | $ 156.44 | $ 25,382.39 |
| White & Wetherall | MEANY, DAVID | Attorney | 171.75 | $ 300.00 | $ 51,525.00 |
| White & Wetherall | SCHWADE, DIANNE | Paralegal | 300.75 | $ 85.00 | $ 25,563.75 |
| White & Wetherall | WHITE, GEOFF | Attorney | 219.50 | $ 300.00 | $ 65,850.00 |
| White & Wetherall | WHITE, J. STEWART | Attorney | 558.50 | $ 332.07 | $ 185,461.10 |
| **White & Wetherall Total** | | | **1,412.75** | | **$ 353,782.24** |
| Whitehead Law Firm | MCPAYNE, CYLINDA | Paralegal | 3.25 | $ 75.00 | $ 243.75 |
| Whitehead Law Firm | WHITEHEAD, III | Attorney | 501.50 | $ 400.00 | $ 200,600.00 |
| **Whitehead Law Firm Total** | | | **504.75** | | **$ 200,843.75** |
| Williams Kherkher | BOOMHOUWER, AMY | Attorney | 137.50 | $ 325.00 | $ 44,687.50 |
| Williams Kherkher | BOUNDAS, JOHN | Attorney | 797.00 | $ 156.44 | $ 124,682.68 |
| Williams Kherkher | BOUNDAS, JOHN T | Attorney | 94.00 | $ 595.76 | $ 56,001.44 |
| Williams Kherkher | BRAHMBHATT, SEJAL K | Attorney | 540.00 | $ 342.97 | $ 185,203.80 |
| Williams Kherkher | CARTER, AMY M | Attorney | 1,315.50 | $ 419.85 | $ 552,312.68 |
| Williams Kherkher | DOYLE, JIM | Attorney | 522.25 | $ 267.94 | $ 139,931.67 |
| Williams Kherkher | EASTERBY, EDWIN ARMISTEAD | Attorney | 168.00 | $ 419.85 | $ 70,534.80 |
| Williams Kherkher | FRANKUM, LYNN | Paralegal | 371.50 | $ 332.07 | $ 123,364.01 |
| Williams Kherkher | GARZA, LEO | Other | 113.75 | $ 332.07 | $ 37,772.96 |
| Williams Kherkher | HART, LYNDA | Paralegal | 175.25 | $ 267.94 | $ 46,956.49 |
| Williams Kherkher | KHERKHER, STEVEN J | Attorney | 813.75 | $ 595.76 | $ 484,799.70 |
| Williams Kherkher | LAGARDE, LYNN | Paralegal | 351.00 | $ 332.07 | $ 116,556.57 |
| Williams Kherkher | LECOCKE, MARGRET E | Attorney | 212.50 | $ 342.97 | $ 72,881.13 |
| Williams Kherkher | PEDDIE, COLLYN A | Attorney | 1,780.25 | $ 419.85 | $ 747,437.96 |
| Williams Kherkher | POTTER, III | Attorney | 226.00 | $ 419.85 | $ 94,886.10 |
| Williams Kherkher | PRICE, MARY | Paralegal | 151.75 | $ 332.07 | $ 50,391.62 |
| Williams Kherkher | ROSEMOND, G. ERICK | Attorney | 37.00 | $ 342.97 | $ 12,689.89 |
| Williams Kherkher | STEFFEY, BRANDON | Attorney | 461.50 | $ 342.97 | $ 158,280.66 |
| Williams Kherkher | TRAHAN, DONNA | Paralegal | 763.50 | $ 156.44 | $ 119,441.94 |
| **Williams Kherkher Total** | | | **9,032.00** | | **$ 3,238,813.58** |
| Williamson & Williams | COOPER, CAROLYN | Paralegal | 0.25 | $ 175.00 | $ 43.75 |
| Williamson & Williams | HANLON, LISA | Paralegal | 6.50 | $ 175.00 | $ 1,137.50 |
| Williamson & Williams | WILLIAMS, KIM (KATHRYN) | Attorney | 42.00 | $ 575.00 | $ 24,150.00 |
| Williamson & Williams | WILLIAMSON, ROB | Attorney | 35.50 | $ 575.00 | $ 20,412.50 |

KS-000058

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Williamson & Williams Total | | | | 84.25 | | | $ 45,743.75 |
| Wold | MCCAULEY, CHANTEL | Paralegal | | 2.00 | $ | 65.00 | $ 130.00 |
| Wold | WOLD, DOUG | Attorney | | 2.25 | $ | 200.00 | $ 450.00 |
| Wold Total | | | | 4.25 | | | $ 580.00 |
| Zimmerman Reed | ANDERSON, CAROLYN | Attorney | | 0.75 | $ | 475.00 | $ 356.25 |
| Zimmerman Reed | BATHER, MARTHA A. | Paralegal | | 13.50 | $ | 150.00 | $ 2,025.00 |
| Zimmerman Reed | BELL, JUSTIN | Other | | 0.50 | $ | 332.07 | $ 166.04 |
| Zimmerman Reed | BIES, LANETTE | Other | | 3.50 | $ | 100.00 | $ 350.00 |
| Zimmerman Reed | CIALKOWSKI, DAVID M. | Attorney | | 1.25 | $ | 400.00 | $ 500.00 |
| Zimmerman Reed | GOLDSER, RONALD S. | Attorney | | 113.75 | $ | 550.00 | $ 62,562.50 |
| Zimmerman Reed | HANSON, ANNE R. | Paralegal | | 3.75 | $ | 150.00 | $ 562.50 |
| Zimmerman Reed | HOPPER, ROBERT R. | Attorney | | 3.00 | $ | 495.00 | $ 1,485.00 |
| Zimmerman Reed | HUNT, KAYLA | Other | | 21.00 | $ | 150.00 | $ 3,150.00 |
| Zimmerman Reed | OLSON, TINA M. | Paralegal | | 33.25 | $ | 160.00 | $ 5,320.00 |
| Zimmerman Reed | REED, BARRY | Attorney | | 6.00 | $ | 600.00 | $ 3,600.00 |
| Zimmerman Reed | ROTHRUM, LINDSEY | Other | | 0.50 | $ | 160.00 | $ 80.00 |
| Zimmerman Reed | ST. FRANCIS, KAREN | Paralegal | | 2.00 | $ | 150.00 | $ 300.00 |
| Zimmerman Reed | WATSON, JENIFER | Paralegal | | 2.00 | $ | 150.00 | $ 300.00 |
| Zimmerman Reed  Total | | | | 204.75 | | | $ 80,757.29 |
| Grand Total | | | | 562,943.55 | | | $ 249,546,751.20 |

KS-000059

# EXHIBIT "B"

| | |
|---|---|
| **From:** | Spurka, Kathleen |
| **To:** | Jason Fontenot |
| **Subject:** | RE: Vioxx Time Submission |
| **Date:** | Friday, February 06, 2009 11:10:00 AM |
| **Attachments:** | REVISED 09-2007 signed time submission.pdf |

Jason,

As you requested, attached please find the signed Kline & Specter·time submission for September 2007.

Please accept my apologizes for any inconvenience this may have caused you.

Thank you.

Kathy

Kathleen Spurka

Kline & Specter, P.C.

**From:** Jason Fontenot [mailto:jfontenot@wdco.biz]
**Sent:** Thursday, February 05, 2009 12:44 PM
**To:** Spurka, Kathleen
**Subject:** Vioxx Time Submission
**Importance:** High

Hey Kathy,

Please have the attached summary form signed, and email it back to me for acceptance.

Thanks.

**Jason W. Fontenot, MBA ¦In-Charge Tax Accountant ¦ Wegmann Dazet & Company ¦ CPAs ¦Consultants**

111 Veterans Boulevard, Suite 800, Metairie, LA 70005

**Direct 504-293-2166 Office 504-837-8844 Fax 504-837-0856**

jfontenot@wdco.biz     www.wdco.biz

If the above communication includes tax advice, please read the following disclaimer. If it does not include tax advice, you may disregard the following paragraph.

Disclaimer: To ensure compliance with Treasury Department regulations, we wish to inform you that any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

**KS-000060**

MDL 1657
Vioxx Products Liability Litigation Report of Member Firm Time

Reporting Period:  September 1, 2007 - September 30, 2007 - REVISED

Kline & Specter, P.C.

| Name/Title of Timekeeper | Status | Common Benefit Fund Administration | Discovery | Science | Trial Preparation | Other (Identify) | Total Hours | Common Firm Expenses |
|---|---|---|---|---|---|---|---|---|
| Bablak, Jeanmarie | O | | | | | | 0.00 | |
| Balefsky, Lee B. | A | 16.50 | | | | | 16.50 | |
| Bennett, Deborah | O | | | | | | 0.00 | |
| Blas, Shelley J. | O | | | | | | 0.00 | |
| Byrne, Diane A. | P | | | | | | 0.00 | |
| Caputo, David J. | A | | | | | | 0.00 | |
| Dagostino, M.D., Lisa S. | A | 46.50 | | | 141.00 | | 187.50 | |
| Engiert, Robert F. | L | | | | | | 0.00 | |
| Evans, Rubye | O | | | | | | 0.00 | |
| Falter, Jean F. | O | | | | | | 0.00 | |
| Fortucci, Lisa K. | O | | | | | | 0.00 | |
| Fell, Christopher | P | | | | | | 0.00 | |
| Freeman, Beth | A | | | | | | 0.00 | |
| Grasso, Lisa A. | O | | | | | | 0.00 | |
| Grimmie, Diane G. | P | | | | | | 0.00 | |
| Guerrini, Dominic C. | A | | | | | | 0.00 | |
| Haviland, Donald E. Jr. | A | | | | | | 0.00 | |
| Helns, Karen S. | O | | | | | | 0.00 | |
| Hoffman, M.D., Mark A. | A | | | | | | 0.00 | |
| Horn, Kristy | O | | | | | | 0.00 | |
| Hovind, Lisa | O | | | | | | 0.00 | |
| Hoynoski, Joseph L, III | A | | | | | | 0.00 | |
| Jacobs, Cheryl P. | A | | | | | | 0.00 | |
| Jimenez, Margarite | O | | | | | | 0.00 | |
| Kline, Thomas R. | A | 21.75 | | 2.00 | 1.25 | | 25.00 | |
| Matteo, Nicole | O | | | | | | 0.00 | |
| Matusow, Donald E. | A | | | | | | 0.00 | |
| McKeown, Natalie | O | | | | | | 0.00 | |
| Molinari, William J. | A | | | | | | 0.00 | |
| Nisivoccia, Judy A. | P | | | | | | 0.00 | |
| Owens, Kathleen | P | | | | | | 0.00 | |
| Pearlman, Jason L. | A | | | | | | 0.00 | |
| Picha, R. Matthew | A | | | | | | 0.00 | |
| Rosenbaum, Marcia F. | A | | | | | | 0.00 | |
| Russell, Jennifer | A | | | | | | 45.00 | |
| Sanborn, Jennifer A. | O | | | 21.00 | 24.00 | | 0.00 | |

Confidential Attorney Work Product

KS-000061

Attachment "A" - Page 2 of 2

MDL 1657

Vioxx Products Liability Litigation Report of Member Firm Time

Reporting Period: September 1, 2007 - September 30, 2007 - REVISED

Kline & Specter, P.C.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Smith, Royce W. | A | | | | | | 0.00 |
| Specter, Shanin | A | 11.75 | | | | | 0.00 |
| Spurka, Kathleen | P | | | | 58.75 | | -68.50 |
| Temoyan, Laura M. | A | | | | | | 0.00 |
| Tiger, Michele L. | A | | | | | | 0.00 |
| Velez, Mayra | O | | | | | | 342.50 |
| Total Firm Time: | | 96.50 | 0.00 | 23.00 | 223.00 | 0.00 | 342.50 | 342.50 |

*Key: A = Attorney; P = Paralegal; L = Law Clerk; O = Other

Signature: _____     Date: 2/6/09

Confidential Attorney Work Product

KS-000062

Exhibit "6"

## Vioxx MDL 1657

## Employee Billing Rates by Firm from January 2000 to July 2010
## (as of 2010-07-30)

| Firm | Total Hours Accepted | Total Cost |
|---|---|---|
| Seeger Weiss  Total | 57,693.50 | $24,933,684.08 |
| Beasley Allen  Total | 36,747.75 | $14,877,833.68 |
| Lanier  Total | 33,574.50 | $13,207,881.25 |
| Herman Herman  Total | 29,483.50 | $18,468,075.00 |
| Levin Fishbein  Total | 27,075.25 | $14,213,531.25 |
| Kline & Specter  Total | 25,391.25 | $11,933,751.85 |
| Lieff Cabraser  Total | 24,270.75 | $12,531,605.39 |
| Robinson Calcagnie  Total | 21,840.25 | $9,523,987.50 |
| Girardi Keese  Total | 20,469.50 | $13,017,128.94 |
| Weitz & Luxenberg  Total | 17,402.75 | $9,151,785.56 |
| Escobedo Tippit  Total | 14,886.75 | $6,076,347.98 |
| Sanford Pinedo  Total | 13,946.00 | $6,238,676.25 |
| Daniel E. Becnel, Jr.  Total | 13,038.25 | $3,622,315.95 |
| Matthews & Associates  Total | 10,668.50 | $2,057,952.86 |
| Eric H. Weinberg  Total | 10,361.75 | $3,440,826.32 |
| Blizzard McCarthy  Total | 9,169.25 | $5,159,746.99 |
| Williams Kherkher  Total | 9,032.00 | $3,238,813.58 |
| Locks Law Firm  Total | 8,881.50 | $4,428,903.36 |
| Hovde Dassow  Total | 8,546.50 | $2,999,700.00 |
| Anapol Schwartz  Total | 8,430.00 | $3,309,025.00 |
| Levin Papantonio  Total | 8,191.75 | $4,144,906.05 |
| Audet & Partners  Total | 7,666.00 | $3,372,451.25 |
| Neblett Beard & Arsenault Total | 7,389.50 | $2,663,995.25 |
| Branch  Total | 7,087.50 | $2,353,546.13 |
| Engstrom Lipscomb  Total | 6,866.95 | $2,151,207.94 |
| Ashcraft & Gerel  Total | 6,791.50 | $3,679,185.62 |
| Ranier Gayle  Total | 5,572.50 | $2,768,585.99 |
| Carey & Danis  Total | 5,518.25 | $2,019,375.00 |
| Brandi Law Firm  Total | 5,214.95 | $2,121,509.83 |
| Lopez Hodes  Total | 5,104.25 | $2,259,612.50 |
| Heninger Garrison  Total | 5,044.00 | $2,145,447.50 |
| Cohen Placitella  Total | 4,964.00 | $2,062,087.50 |
| Lockridge Grindal  Total | 4,712.50 | $2,479,236.25 |
| Kasowitz Benson  Total | 4,395.40 | $2,076,082.70 |
| Panish Shea  Total | 3,975.75 | $1,988,175.00 |
| Gancedo & Nieves  Total | 3,649.25 | $1,424,106.25 |

**KS-000065**

| | | |
|---|---|---|
| Watts Law Firm  Total | 3,530.50 | $1,172,373.14 |
| Barrios Kingsdorf  Total | 3,439.25 | $1,384,881.25 |
| Motley Rice  Total | 3,289.50 | $1,191,962.50 |
| Lewis & Roberts  Total | 3,208.00 | $676,710.00 |
| Snapka  Total | 2,926.50 | $1,400,425.97 |
| Irpino  Total | 2,920.00 | $1,626,387.51 |
| Rebecca A. Cunard  Total | 2,790.75 | $926,724.35 |
| Burg Simpson  Total | 2,599.75 | $1,262,435.29 |
| Kaiser Firm  Total | 2,589.00 | $1,449,063.30 |
| Robins Kaplan  Total | 2,400.75 | $831,431.25 |
| Singleton  Total | 2,388.75 | $682,611.61 |
| Murray  Total | 2,203.50 | $685,148.46 |
| Fibich Hampton  Total | 2,021.25 | $706,922.50 |
| Andrews & Thornton  Total | 2,005.00 | $1,066,506.25 |
| Cohen Milstein  Total | 2,003.75 | $1,101,666.25 |
| Martin & Jones  Total | 1,943.00 | $528,561.25 |
| Morelli Ratner  Total | 1,833.50 | $1,302,193.75 |
| Sheller Ludwig  Total | 1,824.25 | $566,252.50 |
| Alley Clark  Total | 1,611.25 | $641,137.50 |
| Bencomo  Total | 1,513.50 | $502,587.95 |
| White & Wetherall  Total | 1,412.75 | $353,782.24 |
| John Hornbeck  Total | 1,390.00 | $625,500.00 |
| Cuneo Gilbert  Total | 1,321.00 | $640,071.84 |
| RodaNast  Total | 1,267.75 | $508,059.04 |
| Gallagher Law Firm  Total | 1,219.50 | $451,577.50 |
| Gainsburgh Benjamin  Total | 1,216.00 | $589,312.50 |
| Robert M. Becnel  Total | 924.25 | $27,551.50 |
| Johnson & Perkinson  Total | 847.00 | $380,313.75 |
| Aylstock  Total | 841.50 | $387,387.50 |
| Jones Verras  Total | 841.50 | $288,609.26 |
| Freese & Goss  Total | 794.00 | $253,275.00 |
| Brown & Crouppen  Total | 783.75 | $182,377.96 |
| Price Waicukauski  Total | 756.00 | $225,858.75 |
| Anastopoulo & Clore  Total | 607.75 | $225,761.64 |
| Langston  Total | 597.50 | $139,900.00 |
| Brian K. Balser  Total | 592.25 | $296,125.00 |
| Lundy & Davis  Total | 550.00 | $166,925.00 |
| Whitehead Law Firm  Total | 504.75 | $200,843.75 |
| Fayard & Honeycutt  Total | 416.00 | $90,106.25 |
| Charfoos & Christensen  Total | 396.75 | $105,698.75 |
| Labaton Sucharow  Total | 389.00 | $185,991.25 |
| Silverman Fodera  Total | 327.00 | $195,125.00 |
| Keller Rohrback  Total | 323.00 | $107,258.61 |
| Gianni Petoyan  Total | 314.75 | $167,777.58 |

KS-000066

| | | |
|---|---|---|
| **Provost Umphrey  Total** | **274.25** | **$133,095.76** |
| **Hagens Berman  Total** | **236.00** | **$107,300.00** |
| **Holman Law Firm  Total** | **212.50** | **$85,000.00** |
| **Cafferty Faucher  Total** | **207.50** | **$71,411.62** |
| **Zimmerman Reed  Total** | **204.75** | **$80,757.29** |
| **Capshaw Goss  Total** | **152.50** | **$59,975.00** |
| **Dugan & Browne  Total** | **114.25** | **$37,939.00** |
| **Sanders Viener  Total** | **112.50** | **$46,600.00** |
| **Richardson Patrick  Total** | **111.50** | **$37,025.81** |
| **Bossier and Associates  Total** | **102.50** | **$25,625.00** |
| **Levin Simes  Total** | **90.00** | **$49,500.00** |
| **Williamson & Williams  Total** | **84.25** | **$45,743.75** |
| **Barnow  Total** | **67.25** | **$29,033.34** |
| **Kerpsack  Total** | **54.50** | **$18,915.00** |
| **Robert J. DeBry  Total** | **31.00** | **$7,750.00** |
| **Alex Alvarez  Total** | **30.00** | **$16,500.00** |
| **Bartimus Frickleton  Total** | **30.00** | **$13,500.00** |
| **Balkin and Eisbrouch  Total** | **25.75** | **$14,162.50** |
| **Friedman Law Offices  Total** | **20.50** | **$8,758.30** |
| **Mithoff Law Firm  Total** | **16.00** | **$5,313.12** |
| **Heins Mills  Total** | **12.50** | **$4,322.50** |
| **Bruce C. Dean  Total** | **10.50** | **$3,150.00** |
| **Ted Kanner  Total** | **6.75** | **$1,187.50** |
| **Wold  Total** | **4.25** | **$580.00** |
| **Ury & Moskow  Total** | **3.00** | **$1,350.00** |
| **Grand Total** | **562,943.55** | **$249,546,751.20** |

**KS-000067**