Exhibit "56"

**Dagostino, Lisa S.**

---

| | |
|---|---|
| **From:** | John Restaino [JRestaino@nextel.blackberry.net] |
| **Sent:** | Sunday, September 11, 2005 12:48 PM |
| **To:** | Michelle Parfitt; Mark A. Hoffman; Lisa Dagostino; VioxxSmallGroup@KlineSpecter.com; John Restaino |
| **Cc:** | Nanette Parfitt |
| **Subject:** | Re: Literature Transfer |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Thanks Michelle.

Lisa.....great package!!!!!!

I'm cautiously optimistic that Rice/Pace-Asciak will make a dynamic duo.

-----Original Message-----
From: MParf@aol.com
Date: Sun, 11 Sep 2005 12:44:38
To:Mark.Hoffman@KlineSpecter.com, Lisa.Dagostino@KlineSpecter.com,
VioxxSmallGroup@KlineSpecter.com, jrestaino@lopez-hodes.com
Cc:Nparfitt@dc.ashcraftlaw.com
Subject: Re: Literature Transfer

I spoke with Scott Rice this morning. He is in his office and was working on his outline. He had not checked to see if he was able to retrieve the  e-mails of articles but is checking now. There is a Category 1  storm headed toward his house (yes his house is in the path) They are not too worried right now but he is keeping a vigilant eye on the storm. He has told me he will call me if there is any problem with retrieving the information. Thank you again for seeing that Scott has what he needs.

I am going to  have  a transcriptionist available for the call on Wednesday.  michelle

n a message dated 9/10/2005 6:49:40 PM Eastern Daylight Time, Mark.Hoffman@KlineSpecter.com writes: Thanks,   Lisa.  Michelle-can you give Scott a call tomorrow to be sure that he   received the documents and was able to open them?  Please let Lisa and   me know as we will have to print the articles out and overnight them to   him, or down-load them to disc, if there are technical issues.     Mark
-------------------------
Sent from my BlackBerry Wireless    Handheld


John M. Restaino
Lopez, Hodes, Restaino, Milman & Skikos
450 Newport Center Drive, Second Floor
Newport Beach, Ca., 92660
949-640-8222


Sent using my BlackBerry

**KS-000591**

## Dagostino, Lisa S.

| | |
|---|---|
| **From:** | John Restaino [jrestaino@lopez-hodes.com] |
| **Sent:** | Saturday, September 10, 2005 3:19 PM |
| **To:** | Dagostino, Lisa S.; Hoffman, Mark A.; MParf@aol.com |
| **Cc:** | paul.sizemore@beasleyallen.com; cvtisi@aol.com; myefimenko@burgsimpson.com; Vioxx Small Group |
| **Subject:** | RE: Scott References |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Good.  And Mark...good idea re secretary/paralegal.

Lisa...Are you preparing the 'folder' electronically or with hard copies?  if the former, would you circulate the folder to everyone on this email string?

Thank you.

---

**From:** Dagostino, Lisa S. [mailto:Lisa.Dagostino@KlineSpecter.com]
**Sent:** Sat 9/10/2005 11:40 AM
**To:** Hoffman, Mark A.; 'MParf@aol.com'
**Cc:** John Restaino; 'paul.sizemore@beasleyallen.com'; 'cvtisi@aol.com'; 'myefimenko@burgsimpson.com'; Vioxx Small Group
**Subject:** Re: Scott References

can participate...the draft labels re: cv warning and the merck emails (and scolnick's) testimony appear on point then.   Let's start with that...

--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Hoffman, Mark A. <Mark.Hoffman@KlineSpecter.com>
To: Dagostino, Lisa S. <Lisa.Dagostino@KlineSpecter.com>; 'MParf@aol.com'
<MParf@aol.com>
CC: 'jrestaino@lopez-hodes.com' <jrestaino@lopez-hodes.com>;
'paul.sizemore@beasleyallen.com' <paul.sizemore@beasleyallen.com>;
'Cvtisi@aol.com' <Cvtisi@aol.com>; 'myefimenko@burgsimpson.com'
<myefimenko@burgsimpson.com>; Vioxx Small Group
<VioxxSmallGroup@KlineSpecter.com>
Sent: Sat Sep 10 14:36:08 2005
Subject: Re: Scott References

Thanks to Lisa.  We can only send him so much, however--the rest we will need to "spoon feed" him during our conference call the Wednesday at 11 am--the time constraints are just too great.  Lisa-can you participate?  We can simplify the labeling issues down to the need for a CV warning--what Merck knew substantively and when and their affirmative conduct in fighting against a CV warning, which they believed would "kill" their "blockbuster" drug.  Perhaps we could have a secretary or paralegal on this call to actually transcribe the affidavit in "draft" for him to then finalize. Thoughts?
--------------------------
Sent from my BlackBerry Wireless Handheld

**KS-000592**

-----Original Message-----
From: Dagostino, Lisa S. <Lisa.Dagostino@KlineSpecter.com>
To: mparf@aol.com <mparf@aol.com>; mark.hoffman@klinespecter.com
<mark.hoffman@klinespecter.com>; Dagostino, Lisa S.
<Lisa.Dagostino@KlineSpecter.com>
CC: jrestaino@msn.com restaino <jrestaino@lopez-hodes.com>;
paul.sizemore@beasleyallen.com <paul.sizemore@beasleyallen.com>;
Cvtisi@aol.com <Cvtisi@aol.com>; myefimenko@burgsimpson.com
<myefimenko@burgsimpson.com>; Vioxx Small Group
<VioxxSmallGroup@KlineSpecter.com>
Sent: Sat Sep 10 14:28:26 2005
Subject: RE: Scott References

Michelle, John, Chris, Paul--I'm preparing the medical literature folder
now...Mark mentioned sending him some labeling materials.  I have pdf of
most of the drafts and the relevant emails from the period of label
discussions (including some of Scolnick's "greatest hits") and was planning
to send that off to him as well.   TRK did a lengthy deposition section with
Scolnick on the label, so I'll send that under separate cover.

What other deps are critical for him to receive with this first batch (or
has he received a cut of those already)?  Suggestions (sorry, I know you all
may have discussed this yesterday, but I wasn't on the call and don't want
to duplicate...I gather you all have already send him some materials)?

-----Original Message-----
From: Michelle Parfitt [mailto:mparf@aol.com]
Sent: Saturday, September 10, 2005 2:14 PM
To: mark.hoffman@klinespecter.com; Dagostino, Lisa S.
Cc: MParf@aol.com; jrestaino@msn.com restaino;
paul.sizemore@beasleyallen.com; Cvtisi@aol.com; myefimenko@burgsimpson.com;
Vioxx Small Group
Subject: Re: Scott References

Mark. And Lisa, thank you for getting these materials out so quickly to Dr.
Rice. Michelle
-----Original Message-----
From: "Hoffman, Mark A." <Mark.Hoffman@KlineSpecter.com>
Date: Sat, 10 Sep 2005 11:29:48
To:"Dagostino, Lisa S." <Lisa.Dagostino@KlineSpecter.com>
Cc:"'MParf@aol.com'" <MParf@aol.com>,      "'jrestaino@lopez-hodes.com'"
<jrestaino@lopez-hodes.com>,      "'paul.sizemore@beasleyallen.com'"
<paul.sizemore@beasleyallen.com>,      "'Cvtisi@aol.com'" <Cvtisi@aol.com>,
"'myefimenko@burgsimpson.com'" <myefimenko@burgsimpson.com>,      Vioxx
Small Group <VioxxSmallGroup@KlineSpecter.com>
Subject: Fw: Scott References

Lisa-enclosed is a "manageable" cut to forward to Dr. Scott as PDF files.
Let me know if you need my assistance to perform this task-it appears to be
a matter of simply attaching files to emails to Dr. Scott, but I can help do
this and am ready, willing, and able (well, two out of three isn't bad).
Thanks.  Mark
--------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Mark Hoffman <beano.mark@worldnet.att.net>
To: Hoffman, Mark A. <Mark.Hoffman@KlineSpecter.com>
Sent: Sat Sep 10 11:22:41 2005

**KS-000593**

Subject: Scott References

American Journal of Cardiology

Am J Cardiol 1997; 80(5A):17E-20E - C Patrono, G Renda - Platelet activation and inhibition in unstable coronary syndromes

Am J Cardiol 2002; 89 (suppl):10D-17D - RC Harris, Jr. - Cyclooxygenase-2 inhibition and renal physiology

Am J Cardiol 2002; 89 (suppl):18D-25D - WH Frishman - Effects of Nonsteroidal anti-inflammatory

Am J Cardiol 2002; 89 (suppl):1D-2D - GA FitzGerald -Introduction

Am J Cardiol 2002; 89:204-209 - AS Reicin, D Shapiro, RS Sperling, E Barr, Q Yu - Comparison of Cardiovascular thrombotic events in patients with osteoarthritis treated with Rofecoxib versus nonselective nonsteroidal anti-inflammatory drugs (ibuprofen, diclofenac and nabumetone)

Am J Cardiol 2002; 89 (suppl):26D-32D - GA FitzGerald - Cardiovascular pharmacology of nonselective nonsteroidal anti-inflammatory drugs and coxibs: clinical considerations

Am J Cardiol 2002; 89:286-290 - U Campia, WK Choucair, MB Bryant, AA Quyyumi, C Cardiollo, JA Panza - Role of cyclooxygenase products in the regulation of vascular tone and in the endothelial vasodilator function of normal, hypertensive, and hypercholesterolemic humans

Am J Cardiol 2002; 89 (suppl):33D-38D - AN DeMaria - Relative risk of cardiovascular events in patients with rheumatoid arthritis

Am J Cardiol 2002; 89 (suppl):3D-9D - C Bombardier - An evidence-based evaluation of the gastrointestinal safety of coxibs

Am J Cardiol 2002; 89:425-430 - WB White, G Faich, A Whelton, C Maurath, NJ Ridge, KM Verburg, GS Geis, JB Lefkowith - Comparison of thromboembolic events in patients treated with celecoxib, a cyclooxygenase-2 specific inhibitor, versus ibuprofen or diclofenac

Am J Cardiol 2002; 89:971-972 - RM Califf - The coxib story: some lessons and more questions

Am J Cardiol 2002; 90:959-963 - A Whelton, WB White, AE Bello, JA Puma, JG Fort - Effect of Celecoxib and Rofecoxib on blood pressure and edema in patients $65 years of age with systemic hypertension and osteoarthritis

Am J Cardiol 2003; 91:1291-1292 - A Weaver, M Alderman, R Sperling - Blood pressure control and rates of edema following the administration of the cyclooxygenase-2 specific inhibitors celecoxib versus rofecoxib in patients with systemic hypertension and osteoarthritis

Am J Cardiol 2003; 92:411-418 - WB White, G Faich, JS Borer, RW Makuch - Cardiovascular thrombotic events in arthritis trials of the cyclooxygenase-2 inhibitor celecoxib

**KS-000594**

Am J Cardiol March 21, 2002 issue - GA FitzGerald - Nonsteroidal anti-inflammatory drugs, coxibs, and cardio-renal physiology: a mechanism-based approach

American Journal of Pathology

Am J Pathol 1999; 155: 1281-1291 - U Schonbeck, GK Sukhova, P Graber, S Coulter, P Libby - Augmented expression of cyclooxygenase-2 in human atherosclerotic lesions

American Journal of Physiology

Am J Physiol 1993; 265 (5 part 1): G993-8 - JL Wallace, W McKnight, M Miyasaka, T Tamatani, J Paulson, C Anderson, DN Granger, P Kubes - Role of endothelial adhesion molecules in NSAID-induced gastric mucosal injury

American Journal of Therapeutics

Am J Therap 2001; 8:81-83 - M Epstein - Cardiovascular and renal effects of COX-2 specific inhibitors: recent insights and evolving clinical implications

Am J Therap 2001; 8:85-95 - A Whelton, JG Fort, JA Puma, D Normandin, AE Bello, KM Verburg - Cyclooxygenase-2-specific inhibitors and cardiorenal function: a randomized, controlled trial of celecoxib and rofecoxib in older hypertensive osteoarthritis patients

Am J Therap 2004; 11:244-250 - WB White, B Strand, R Roberts, A Whelton - Effects of the cyclooxygenase-2 specific inhibitor valdecoxib versus nonsteroidal anti-inflammatory agents and placebo on cardiovascular thrombotic events in patients with arthritis

American Heart Journal

Am Heart J 2002; 143:475-481 - D Ko, Y Wang, AK Berger, MJ Radford, HM Krumholz - Nonsteroidal anti-inflammatory drugs after acute myocardial infarction

Am Heart J 2003; 146:199-202 - K Meir, E Leitersdorf, CH Hennekens - Inflammation in atherosclerosis: causal or casual? The need for randomized trials

Am Heart J 2003; 146:561-2 - MA Konstam - Matters of the heart: assessing the cardiovascular safety of new drugs

Am Heart J 2003; 146:563-4 - D Mukherjee, EJ Topol - Pharmaceutical advertising versus research spending: Are profits more important than patients?

Am Heart J 2003; 146:591 - MR Weir, RS Sperling, A Reicin, BJ Gertz - Selective COX-2 inhibition and cardiovascular effects: A review of the

KS-000595

rofecoxib development program

ischemic, anesthetic, and pharmacologic preconditioning in vivo

Annals of Internal Medicine

Ann Intern Med 1963; 58(1):102 - WB Lebowitz - The Heart in Rheumatoid Arthritis (Rheumatoid Disease)

Ann Intern Med 1994; 120(1):26-34 - TPincus, RH Brooks, LF Callahan - Prediction of long-term mortality in patients with rheumatoid arthritis according to simple questionnaire and joint count measures

Ann Intern Med 1994; 121:289-300 - AG Johnson, TV Nguyen, RO Day - Do nonsteroidal anti-inflammatory drugs affect blood pressure?

Ann Intern Med 2000; 133:1-9 - SK Swan, DW Rudy, KC Lasseter, CF Ryan, KL Buechel, LJ Lambrecht, MG Pinto, SC Dilzer, O Obrda, KJ Sundblad, CP Gumbs, DL Ebel, H Quan, PJ Larson, JI Schwartz, TA Musliner, BJ Gertz, C Brater, SL Yao - Effect of cyclooxygenase-2 inhibition on renal function in elderly persons receiving a law-salt diet

Ann Intern Med 2001; 134:1077 - AK Pfister, RJ Crisalli, WH Carter - Cyclooxygenase-2 inhibition and renal function

Ann Intern Med 2002; 136:157-160 - U.S. Preventative Services Task Force - Aspirin for the primary prevention of cardiovascular events: recommendation and rationale

Ann Intern Med 2005; 142:481-489 - LE Levesque, JM Brophy, B Zhang - The risk of myocardial infarction with cyclooxygenase-2 inhibitors: a population study of elderly adults

Ann Intern Med 2005; 142(3):1 - A Finckh, MD Aronson - Cardiovascular risks of cyclooxygenase-2 inhibitors: where we stand now

Ann Intern Med 2005; 142 - SE Kimmel, JA Berlin, M Reilly, J Jaskowiak, L Kishel, J Chittams, BL Strom - Patients exposed to rofecoxib and celecoxib have different odds of nonfatal myocardial

Annals of Pharmacotherapy

Ann Pharmacother 2005; 39:1073-9 - SL Corman, BA Fedutes, NT Ansani - Impact of antiinflmmatory drugs on the cardioprotective effects of aspirin

Ann Pharmacother 2005; 39:597-602 - N SB Rawson, P Nourjah, SC Grosser, DJ Graham - Factors associated with celecoxib and rofecoxib utilizlation

Ann Pharmacother 2005; 39: - SC Jones - Relative thromboembolic risks associated with Cox-2 inhibitors

**KS-000596**

Archives of Internal Medicine

Arch Intern Med 2000; 160:913-920 - PE Lipsky, P Brooks, LJ Crofford, R DuBois, D Graham, LS Simon, LBA van de putte, SB Abramson - Unresolved issues in the role of cyclooxygenase-2 in normal physiologic processes and disease

Arch Intern Med 2002; 162:1091 - JE Dalen - Selective COX-2 inhibitors, NSAIDs, aspirin and myocardial infarction

Arch Intern Med 2002; 162:1099-1104 - DH Solomon, RJ Glynn, R Levin, J Avorn - Nonsteroidal anti-inflammatory drug use and acute myocardial infarction

Arch Intern Med 2002; 162:1105-1110 - DJ Watson, T Rhodes, B Cai, HA Guess - Lower risk of thromboembolic cardiovascular events with naproxen among patients with rheumatoid arthritis

Arch Intern Med 2002; 162:111-115 - E Rahme, L Pilote, J LeLorier - Association between naproxen use and protection against acute myocardial infarction

Arch Intern Med 2002;162:2637 - D Mukherjee, SE Nissen- Lack of cardioprotective effect of naproxen

Arch Intern Med 2002; 162:2637-2639 - A Simon Pickard - Aspirin use may change cost-effectiveness of COX-2 inhibitors (In Reply by JE Dalen)

Arch Intern Med 2002; 162:2639 - MR Goldstein - Cyclooxygenase-2 inhibitors and myocardial infarction

Arch Intern Med 2002; 162:2639-2642 - P Juni, P Dieppe, M Egger - Risk of myocardial infarction associated with selective COX-2 inhibitors: questions remain (In Reply by D Solomon, E Rahme, J LeLorier, DJ Watson, T Rhodes, B Cai, HA Guess)

Arch Intern Med 2003; 163:481-586 - M Mamdani, P Rochon, DN Juurlink, GM Anderson, A Kopp, G Naglie, PC Austin, A Laupacis - Effect of selective cyclooxygenase 2 inhibitors and naproxen on short-term risk of acute myocardial infarction in the elderly

Arch Intern Med 2004; 165:1-7 - TJ Aw, SJ Haas, D Liew, H Krum - Meta-analysis of cyclooxygenase-2 inhibitors and their effects on blood pressure

Arch Intern Med 2005; 165:158-160 - DH Solomon, Javorn - Coxibs, science, and the public trust

Arch Intern Med 2005; 165:161-168 - JR Sowers, WB White, B Pitt, A Whelton, LS Simon, N Winer, A Kivitz, H van Ingen, T Brabant, JG Fort - The effects of cyclooxygenase-2 inhibitors and nonsteroidal anti-inflammatory therapy on 24-hour blood pressure in patients with hypertension, osteoarthritis, and type 2 diabetes mellitus

**KS-000597**

Arch Intern Med 2005; 165:171-177 - C Cai, RS Stafford, GC Alexander - National trends in cyclooxygenase-2 inhibitor use since market release

Arch Intern Med 2005; 165:181-186 - FT Shaya, SW Blume, CM Blanchette, MR Weir, CD Mullins - Selective cyclooxygenase-2 inhibition and cardiovascular effects

Arch Intern Med 2005; 165: 490-496 - TJ Aw, SJ Haas, D Liew, H Krum - Meta-analysis of cyclooxygenase-2 inhibitors and their effects on blood pressure

Arch Intern Med 2005; 165:500-508 - Leukocyte count as a predictor of cardiovascular events and mortality in postmenopausal women

Arch Intern Med 2005; 165:978-984 - SP Johnsen, H Larsson, RE Tarone, JK McLaughlin, B Norgard, S Friis, HT Sorenson - Risk of hospitalization for myocardial infarction among users of rofecoxib, celecoxib, and other NSAIDs

Arterioscler Thrombolic Vascular Biology

Arterioscler Thromb Vasc Biol 2002; 22:1516-1518 - F Cipollone, C Patrono - Cyclooxygenase-2 polymorphism - Putting a brake on the inflammatory response to vascular injury:

Arterioscler Thromb Vasc Biol 2002; 22:983-988 - LH Smith, O Boutaud, M Breyer, JD Morrow, JA Oates, DE Vaughan - Cyclooxygenase-2 dependent prostacyclin formation is regulated by low density lipoprotein cholesterol in vitro

Arterioscler Thromb Vasc Biol 2004; 24:246-255 - F Cippolone, B Rocca, C Patrono - Cyclooxygenase-2 expression and inhibition in atherothrombosis

Arterioscler Thromb Vasc Biol 2003; 23:1111-1115 - E Tuleja, F Mejza, A Cmiel, A Szczeklik - Effects of cyclooxygenases inhibitors on vasoactive prostanoids and thrombin generation at the site of microvascular injury in healthy men

Atherosclerosis

Atherosclerosis 2001; 157:393-402 - E Wong, JQ Huang, P Tagari, D Riendeau - Effects of Cox-2 inhibitors on aortic prostacyclin production in cholesterol-fed rabbits

Biochemical Pharmacology

Biochemical Pharmacology 2002; 63:817-821 - D Mukherjee - Selective cyclooxygenase-2 (COX-2) inhibitors and potential risk of cardiovascular events

**KS-000598**

Blood

Blood, 2000; 96: 3823-3826 - D Pratico, T Cyrus, H Li, GA FitzGerald - Endogenous biosynthesis of thromboxane and prostacyclin in 2 distinct murine modes of atherosclerosis

BMJ

BMJ 1994; 308:159-168 - Antiplatelet Trialists' Collaboration - Collaborative overview of randomized trials of antiplatelet therapy - II: maintenance of vascular graft or arterial patency by antiplatelet therapy

BMJ 1994; 308:235-236 - APT Statistical Secretariat - Collaborative overview of randomized trials of antiplatelet therapy - III: reduction in venous thrombosis and pulmonary embolism by antiplatelet prophylaxis among surgical and medical patients

BMJ 1994; 308:71-72 - MJ Underwood, RS More - The aspirin papers

BMJ 1994; 308:81-106 - Antiplatelet Trialists' Collaboration - Collaborative overview of randomized trials of antiplatelet therapy - I: prevention of death, myocardial infarction, and stroke by prolonged antiplatelet therapy in various categories of patients

BMJ 2002; 324:59-60 - GA FitzGerald - Gathering intelligence on antiplatelet drugs: the view from 30,000 feet

BMJ 2004; 329:867-868 - PA Dieppe, S Ebrahim, RM Martin, P Juni - Lessons from the withdrawal of rofecoxib

BMJ 2005; 330:1342-3 - P Juni, S Reichenbach, M Egger - Cox 2 inhibitors, traditional NSAIDs, and the heart

BMJ 2005; 330:1370 - M Hudson, H Richard, L Pilote - Differences in outcomes of patients with congestive heart failure prescribed celecoxib, rofecoxib, or non-steroidal anti-inflammatory drugs: population based study

BMJ 2005; 330:1366 - IJ Hippisley-Cox, C Coupland - Risk of myocardial infarction in patients taking cyclo-oxygenase-2 inhibitors or conventional non-steroidal anti-inflammatory drugs: population based nested case-control analysis

British Journal of Pharmacology

Br J Pharmacol 1995; 115:401-408 - P Akarasereenont, YS Bakhle, C Thiemermann, JR Vane - Cytokine-mediated induction of cyclo-oxygenase-2 by activation of tyrosine kinase in bovine endothelial cells stimulated by bacterial lipopolysaccharide

Brit J Pharmacol 1999; 128:1121-1132 - JA Mitchell, TD Warner - Cyclo-oxygenase-2: pharmacology, physiology, biochemistry and relevance to NSAID therapy

**KS-000599**

Brit J Pharmacol 2000; 129:1423-1430 - MN Muscara, N Vergnolle, F Lovren, CR Triggle, SN Elliott, S Asfaha, JL Wallace - Selective cyclo-oxygenase-2 inhibition with celecoxib elevates blood pressure and promotes leukocyte adherence

Chest

Chest 1995; 108:247S-257S - J Hirsh, JE Dalen, V Fuster, LB Harker, C Patrono, G Roth - Aspirin and other platelet-active drugs. The relationship among dose, effectiveness, and side effects

Chest 1998; 114:470S-488S - C Patrono, B Coller, JE Dalen, V Fuster, M Gent, LA Harker, J Hirsh, G Roth - Platelet-active drugs. The relationships among dose, effectiveness, and side effects

Chest 2001; 119:39S-63S - C Patrono, B Coller, JE Dalen, GA FitzGerald, V Fuster, M Gent, J Hirsh, G Roth - Platelet-active drugs. The relationships among dose, effectiveness, and side effects

Chest 2002; 121:1812-1817 - C Martin-Garcia, M Hinojosa, P Berges, E Camacho, R Garcia-Rodriguez, T Alfaya, A Iscar - Safety of a cyclooxygenase-2 inhibitor in patients with aspirin-sensitive asthma

Chest 2004; 125: 1610-1615 - D Monakier, M Mates, MW Klutstein, JA Balkin, B Rudensky, D Meerkin, D Tzivoni - Rofecoxib, a COX-2 inhibitor, lowers c-reactive protein and interleukin-6 levels in patients with acute coronary syndromes

Chest 2004; 126: 234S-164S - C Patrono, B Coller, GA FitzGerald, J Hirsh, G Roth - Platelet-active drugs: the relationships among dose, effectiveness, and side effects. The seventh ACCP conference on antithrombotic and thrombolytic therapy

Circulation

Circulation 1993; 87:162-167 - G Fornaro, P Rossi, PG Mantica, ME Caccia, D Aralda, M Lavezzari, F Pamparana, G Milanesi - Idobufen in the prevention of thromboembolic complications in patients with heart disease. A randomized, placebo-controlled, double-blind study

Circulation 1997; 96:69-75 - G Davi, P Gresele, F Violi, S Basili, M Catalano, C Giammarresi, R Volpato, GG Nenci, C Ciabattoni, C Patrono - Diabetes mellitus, hypercholesterolemia, and hypertension but not vascular disease per se are associated with persistent platelet activation in vivo

Circulation 1998; 97:716-720 - S Husain, NP Andrews, D Mulcahy, JA Panza, AA Quyyumi - Aspirin improves endothelial dysfunction in atherosclerosis

Circulation 1998; 97:1876-1887 - SM Grundy, GJ Balady, MH Criqui, G Fletcher, P Greenland, LF Hiratka, N Houston-Miller, P Kris-Etherton, HM Krumholz, J LaRosa, IS Ockene, TA Pearson, J Reed, R Washington, SC Smith - Primary prevention of coronary heart disease: Guidance from Framingham

Circulation 1998; 98: 100-103 - SCY Wong, M Fukuchi, P Melnyk, I Rodger, A Giaid - Induction of cyclooxygenase-2 and activation of nuclear factor-kB in myocardium of patients with congestive heart failure

KS-000600

Circulation 1998; 98:1481-1486 - JE Freedman, B Ting, B Hankin, J Loscalzo, JF Keaney, JA Vita - Impaired platelet production of nitric oxide predicts presence of acute coronary syndromes

Circulation 2000; 101: 2833-2840 - LP Audoly, B Rocca, JE Fabre, BH Koller, D Thomas, AL Loeb, TM Coffman, GA FitzGerald - Cardiovascular responses to the isoprostanes iPF2a-III and iPE2-III are mediated via the thromboxane A2 receptor in vivo

Circulation 2000; 101:r23-r35 - CP Cannon, CH McCabe, RG Wilcox, A Langer, A Caspi, P Berink, J Lopez-Sendon, J Toman, A Charlesworth, RJ Anders, JC Alexander, A Skene, E Braunwald - Oral glycoproteinIIb/IIIa with orbofiban in patients with unstable coronary syndromes (OPUS-TIMI 16) trial

Circulation 2000; 102:1007-1013 - F Cipollone, G Ciabattoni, P Patrignani, M Pasquale, D DiGregorio, T Bucciarelli, G Davi, F Cuccurullo, C Patrono - Oxidant stress and aspirin-insensitive thromboxane biosynthesis in severe unstable angina

Circulation 2000; 102:840-845 - O Belton, D Byrne, D Kearney, A Leahy, DJ Fitzgerald - Cyclooxygenase-1 and -2-dependent prostacyclin formation in patients with atherosclerosis

Circulation 2001; 103:1718-1720 - P Libby, DI Simon - Inflammation and thrombosis. The Clot thickens

Circulation 2001; 104:1940-1945 - T Cyrus, LX Tang, J Rokach, GA FitzGerald, D Patrico - Lipid peroxidation and platelet activation in murine atherosclerosis

Circulation 2001; 104:2210-2215 - C-Y Xiao, A Hara, K Yukki, T Fujino, H Ma, Y Okada, O Takahata, T Yamada, T Murata, S Narumiya, F Ushikubi - Roles of prostaglandin I2 and thromboxane A2 in cardiac ischemia-reperfusion injury. A study using mice lacking their respective receptors

Circulation 2001; 104:2280-2288 - MA Konstam, MR Weir, A Reicin, D Shapiro, RS Sperling, E Barr, BJ Gertz - Cardiovascular thrombotic events in controlled, clinical trials of rofecoxib

Circulation 2001; 104:2453-2458 - MGW Camitta, SA Gabel, P Culada, A Bradbury, R Langenbach, DC Zeldin, E Murphy - Cyclooxygenase-1 and -2 knockout mice demonstrate increased cardiac ischemia/reperfusion injury but are protected by acute preconditioning

Circulation 2001; 104: 2879-2882 - S Verma, SR Raj, L Shewchuk, KJ Mather, TJ Anderson - Cyclooxygenase-2 blockade does not impair endothelial vasodilator function in healthy volunteers. Randomized evaluation of rofecoxib versus naproxen on endothelium-dependent vasodilatation

Circulation 2001; 104: 2981-2989 - RA Kloner, RB Jennings - Consequences of brief ischemia: stunning, preconditioning, and their clinical implications

Circulation 2001; 104: 820-825 - JK Hennan, J Huang, TD Barrett, EM Driscoll, DE Willens, AM Park, LJ Crofford, BR Luccehsi - Effects of selective cyclooxygenase-2 inhibition on vascular responses and thrombosis in canine coronary arteries

Circulation 2001; 104: 921-927 - F Cipollone, C Prontera, B Pini, M

KS-000601

Marini, M Fazia, D DeCesare, A Iezzi, S Ucchino, G Boccoli, V Saba, F Chiarelli, F Cuccurullo, A Mezzetti - Overexpression of functionally coupled cyclooxygense-2 and prostaglandin E synthase in symptomatic atherosclerotic plaques as a bsis of prostaglandin E2 dependent plaque instability

Circulation 2002; 105:1650-1655 - JW Eikelboom, J Hirsh, JI Weitz, M Johnston, Q Yi, S Yusuf - Aspirin-resistant thromboxane biosynthesis and the risk of myocardial infarction, stroke, or cardiovascular death in patients at hig risk for cardiovascular events

Circulation 2002; 105:1816-1823 - ME Burleigh, VR Babaev, JA Oates, RC Harris, S Gautam, D Riendeau, LJ Marnett, JD Morrow, S Fazio, MF Linton - Cyclooxygenase-2 promotes early atherosclerotic lesion formation in LDL receptor-deficient mice

Circulation 2002; 105:1962-1969 - H Lin, T-N Lin, W-M Cheung, G-M Nian, P-H Tseng, S-F Chen, J-J Chen, S-K Shyue, J-y Liou, C-W Wu, KK Wu - Cyclooxygenase-1 and bicistronic cyclooxygenase-1/prostacyclin synthase gene transfer protect against ischemic cerebral infarction

Circulation 2002; 106:1282-1287 - T Cyrus, S Sung, L Zhao, CD Funk, S Tang, D Pratico - Effect of low-dose aspirin on vascular inflammation, plaque stability, and atherosgensis in low-density lipoprotein receptor-deficient mice

Circulation 2002; 106:167-169 - B Pitt, C Pepine, JT Willerson - Cyclooxygenase-2 inhibition and cardiovascular events

Circulation 2002; 106:191-195 - R Altman, HL Luciardi, J Muntaner, F Del Rio, SG Berman, R Lopez, C Gonzalez - Efficacy assessment of meloxicam, a preferential cyclooxygenase-2 inhibitor, in acute coronary syndromes without ST-segment elevation. The nonsteroidal anti-inflammatory drugs in unstabl angina treatment-2 (NUT-2) pilot study

Circulation 2002; 106:2800-2805 - P Minuz, P Patrignani, S Gaino, M Degan, L Menapace, R Tommasoli, F Seta, ML Capone, S Tacconelli, S Palatresi, C Bencini, C Del Vecchio, G Mansueto, E Arosio, CL Santonastaso, A Lechi, A Morganti, C Patrono - Increased oxidative stress and platelet activation in patients with hypertension and renovascular disease

Circulation 2003; 107:1303-1307 - DH Solomon, EQ Karlson, EB Rimm, CC Cannuscio, LA Mandl, JE Manson, MJ Stampfer, GC Curhan - Cardiovascular morbidity and mortality in women diagnosed with theumatoid arthritis

Circulation 2003; 107:405-409 - R Chenevard, D Hurlimann, M Bechir, F Enseleit, L Spieker, M Hermann, W Riesen, S Gay, RE Gay, M Neidhart, B Michel, TF Luscher, G Noll, F Ruschitzka - Selective COX-2 inhibition improves endothelial function in coronary artery disease

Circulation 2003; 108:1912-1916 - KK Griendling, GA FitzGerald - Oxidative stress and cardiovascular injury Part I: Basic mechanisms and in vivo monitoring of ROS

Circulation 2003; 108:2034-2040 KK Griendling, GA FitzGerald - Oxidative stress and cardiovascular injury Part II: Animal and human studies

Circulation 2003; 108:2308-2311 - M Hermann, G Camici, A Fratton, D Hurlimann, FC Tanner, JP Hellermann, M Fiedler, J Thiery, M Neidhart, RE Gay, S Gay, TF Luscher, F Ruschitzka - Differential effects of selective cyclooxygenase-2 inhibitors on endothelial function in salt-induced hypertension

**KS-000602**

Circulation 2004; 109:1468-1471 - ML Capone, S Tacconelli, MG Schiulli, M Grana, E Ricciotti, P Minuz, P Di Gregorio, G Merciaro, C Patrono, P Patrignani - Clinical pharmacology of platelet, monocyte, and vascular cyclooxygenase inhibition by naproxen and low-dose aspirin in healthy subjects

Circulation 2004; 109:2068-2073 - DH Solomon, S Schneeweiss, RJ Glynn, Y Kiyota, R Levin, H Mogun, J Avorn - Relationship between selective cyclooxygenase-2 inhibitors and acute myocardial infarction in older adults

Circulation 2004; 110:1774-1779 - E Krishnan, VB Lingala, G Singh - Declines in mortality from acute myocardial infarction in successive incidence and birth cohorts of patients with rheumatoid arthritis

Circulation 2004; 110:934-939 - P Bogarty, JM Brophy, M Noel, L Boyer, S Simard, F Bertrand, GR Dagenais - Impact of prolonged cyclooxygenase-2 inhibition on inflammatory markers and endothelial function in patients with ischemic heart disease and raised c-reactive protein

Circulation 2005; 111:249 - CD Furberg, BM Psaty, GA FitzGerald - Parecoxib, valdecoxib, and cardiovascular risk

Circulation 2005; 111:334-342 - KM Egan, M Wang, MB Lucitt, AM Zukas, E Pure, JA

Lawson, GA FitzGerald - Cyclooxygenases, thromboxane, and atherosclerosis Plaque destabilization by cyclooxygenase-2 inhibition combined with thromboxane receptor antagonism

Circulation 1998; 97:1837-1847 - PWF Wilson, RB D'Agostino, D Levy, AM Belanger, H Silbershatz, WB Kannel - Prediction of coronary heart disease using risk factor categories

Circulation 2003; 108:1191-1195 - T Kurth, RJ Glynn, AM Walker, KA Chan, JE Buring, CH Hennekens, JM Gaziano - Inhibition of clinical benefits of aspirin on first myocardial infarction by nonsteroidal anti-inflammatory drugs

Circulation 2004; 109:2462-2468 - C-Y Xiao, K-i Yuhki, A Hara, T Fujino, S Kuriyama, T Yamada, K Takayama, O Takahata, H Karibe, T Taniguchi, S Narumiya, F Ushikubi - Prostaglandin E2 protects the heart from ischemia-reperfusion injury via its receptor subtype EP4

Circulation 2000; 101:1206-1218 - EH Awtry, J Loscalzo - Aspirin

Circulation 2002; 106:e18 - Cardiovascular thrombotic events in controlled, clinical trials of rofecoxib

Circulation Research

Circ Res 1998; 83:353-365 - M Camaco, J Lopez-Belmonte, L Vila - Rate of vasoconstrictor prostanoids released by endothelial cells depends on cyclooxygense-2 expression and prostaglandin I synthase activity

Cir Res 2005; 96:0-0 - RD Rudic, D Brinster, Y Cheng, S Fries, WL Song, S Austin, TM Coffman, GA FitzGerald - COX-2 derived prostacyclin modulates vascular remodeling

**KS-000603**

Drug Safety

Drug Safety 2001; 24:239-247 - S Knowles, L Shapiro, NH Shear - Should celecoxib be contraindicated in patients who are allergic to sulfonamides?

Drug Safety 2005; 28: 435-442 - M Harrison-Woolrych, P Herbison, R McLean, J Ashton, J Slattery - Incidence of thrombotic cardiovascular events in patients taking celecoxib compared with those taking rofecoxib

Drugs

Drugs 1999; 58(3):499-505 - LJ Scott, HM Lamb - Rofecoxib

Drugs Aging

Drugs Aging 2001; 18(5) 369-388 - N Bhana, KJ McClellan - Indobufen - An updated review of its use in the management of atherothrombosis

Drugs Aging 2004; - A Brinker, L Goldkind, R Bonel, J Beitz - Spontaneous reports of hypertension leading to hospitalisation in assocoiation with rofecoxib, celecoxib, nabumetone and oxaprozin

Epidemiology

Epidemiology 2000; 11:382-387 - G Rodriguez, C Varas, C Patrono -Differential effects of aspirin and non-aspirin nonsteroidal anti-inflammatory drugs in the primary prevent of myocardial infarction in postmenopausal women

European Heart Journal

Eur Heart J 1993; 14:951-957 - ML Brochier - Evaluation of flurbiprofen for prevention of infarction and reocclusion after successful thrombolysis or angioplasty in acute myocardial infarction

Eur Heart J 2001; 22 Suppl Sept: 240 (abstract 1302) - D Dudek, G Heba, J Legutko, JS Dubiel - More prounded decrease of inflammatory markers with combination of statins and COX-2 inhibitors following acute coronary syndromes

Eur Heart J 2001; 22 Suppl Sept: 241 (abstract 1303) - MW Klutstein, M Matas, J Tzivoni, D Monakier - Rofecoxib, a Cox 2 inhibitor NSAID lowers C-reactive protein and IL-6 level in patients with unstable angina pectoris

Eur Heart J 2004; 25: 166-181 - C Patrono, F Bachmann, C Baigent, C Bode, R De Caterina, B Charbonnier, D Fitzgerald, J Hirsh, S Husted, J Kvasnicka, G Montalescot, LAG Rodriguez, F Verheugt, J Vermylen, L Wallentin - Expert consensus document on the use of antiplatelet agents. The task force on the use of antiplatelet agents in patients with atherosclerotic cardiovascular disease of the European Society of Cardiology

European Journal of Clinical Pharmacology

**KS-000604**

Eur J Clin Pharmacol 1997; 52(Suppl):A113 - JT Backman, I Siegle, T. Klein, M Eichelbaum, P Fritz - Elevated expression of cyclooxygenase-2, but not cycloosgenase-1, in synovial tissue of patients with inflammatory joint disease

Heart

Heart 2001; 85:265-271 - PS Sanmuganathan, P Ghahramani, PR Jackson, EJ Wallis, LE Ramsay - Aspirin for primary prevention of coronary heart disease: safety and absolute benefit related to coronary risk derived from meta-analysis of randomized trials

Heart 2002; 87: 320-321 - D Tousoulis, GJ Davies, T Crake, PC Toutouzas - Vasomotion and nitric oxide bioactivity in diseased coronary arteries

Journal of American College of Cardiology

J Am Coll Cardiol 1999; 34:1348-59 - SM Grundy, R Pasternak, P Greenland, S Smith, V Fuster - Assessment of cardiovascular risk by use of multiple-risk-factor assessment equations

J Am Coll Cardiol 2004; 43:985-90 - SE Kimmel, JA Berlin, M Reilly, J Jaskowiak, L Kishel, J Chittams, BL Strom - The effects of nonselective non-aspirin non-steroidal anti-inflammatory medications on the risk of nonfatal myocardial infarction and their interaction with aspirin

J Am Coll Cardiol 2003; 42:1747-53 - LM Title, K Giddens, MM McInerney, MJ McQueen, BA Nassar - Effect of cyclooxygenase-2 inhibition with rofecoxib on endothelial dysfunction and inflammatory markers in patients with coronary artery disease

J Am Coll Cardiol 2002; 39:521-2 - RJ Bing, M Lomnicka - Why do cyclo-oxygenase-2 inhibitors cause cardiovascular events?

J Am Coll Cardiol 2003; 41:1812-9 - D Rott, J Zhu, MS Burnett, YF Zhou, A Zalles-Ganley, J Ogunmakinwa, SE Epstein - Effects of MF-tricyclic, selective cyclooxygenase-2 inhibitor, on atherosclerosis progression and susceptibility to cytomegalovirus replication in apolipoprotein-E knockout mice

Journal of American Medical Association

JAMA 2001; 285:954-959 - D Mukherjee, SE Nissen, EJ Topol - Risk of cardiovascular events associated with selective COX-2 inhibitors

JAMA 2002; 288:2008-2014 0 G Davi, MT Guagnano, G Ciabattoni, S Basili, A Falco, M Marinopiccoli, M Nutini, S Sensi, C Patrono - Platelet activation in obese women

KS-000605

JAMA 2004; 292:2643-2646 - BL Strom - Potential for conflict of interest in the evaluation of suspected adverse drug reactions

JAMA 2004; 292:2647-2650 - PB Fontanarosa, D Rennie, CD DeAngelis - Postmarketing surveillance - lack of vigilance, lack of trust

JAMA 2005; 293:366-368 - EJ Topol - Arthritis medicines and cardiovascular events - "House of Coxibs"

JAMA 1977; 237:976-981 - DH Loebl, RM Craig, DD Culic, AS Ridolfo, J Falk, FR Schmid - Gatrointestinal blood loss - Effect of aspirin, fenoprofen, and acetaminophen in rheumatoid arthritis as determined by sequential gastroscopy and radioactive fecal markers

JAMA 2004; 292:2622-2631 - BM Psaty, CD Furberg, WA Ray, NS Weiss - Potential for conflict of interest in the evaluation of suspected adverse drug reactions - Use of cervastatin and risk of rhabdomyolysis

JAMA 2005; 293:1868-1874 - EW Gregg, YJ Cheng, BL Cadwell, G Imperatore, DE Williams, KM Flegal, KM Venkat Narayan, DF Williamson - Secular trends in cardiovascular disease risk factors according to body mass index in US adults

JAMA 2005; 293:1861-1867 - KM Flegal, BI Graubard, DF Williamson, MH Gail - Excess deaths associated with underweight, overweight, and obesity

JAMA 2005; 293:1918-1919 - DM Mark Deaths attributable to obesity

Journal of Clinical Investigation

J Clin Invest 2001; 107:1335-1337 - GA FitzGerald, P Loll - COX in a crystal ball: current status and future promise of prostaglandin research

J Clin Invest 2000; 105:1473-1482 - BF McAdam, IA Mardini, A Habib, A Burke, JA Lawson, S Kapoor, GA FitzGerald - Effect of regulated expression of human cyclooxygenase isoforms on eicosanoid and isoecosanoid production in inflammation

J Clin Invest 2001; 108:7-13 - C Patrono, P Patrignani, LA Garcia Rodriguez - Cyclooxygenase-selective inhibition of prostanoid formation: transducing biochemical selectivity into clinical read-outs

Journal of Clinical Pharmacy

J Clin Pharmacol 2000; 40:124-132 - PT Leese, RC Hubbard, A Karim, PC Isakson, SS Yu, GS Geis - Effects of celecoxib, a novel cyclooxygenase-2 inhibitor, on platelet function in healthy adults: a randomized, controlled trial

J Clin Pharmacol 2002; 42:215-221 - JI Schwartz, PH Wong, AG Porras, DL Ebel, TR Hunt, BJ Gertz - Effect of rofecoxib on the pharmacokinetics of chronically administered oral contraceptives in healthy female volunteers

Journal of Pharmacology and Experimental Therapeutics

**KS-000606**

J Pharmacol Exp Ther 1999; 290:551-560 - C-C Chen, S Boyce, C Brideau, S Charleson, W Cromlish, D Ehtier, J Evans, AW Ford-Hutchinson, MJ Forrest, Jy Gautheir, R Gordon, M. Gresser, J Guay, S Kargman, B Kennedy, Y Leblanc, S Leger, J Mancini, GP O'Neill, M Ouellet, D Patrick, MD Percival, H Perrier, P Prasit, I Rodger, P Tagari, M Therien, P Vickers, D Visco, Z Wang, J Webb, E Wong, L-J Xu, RN Young, R Zamboni, D Riendeau - Rofecoxib [Vioxx, MK-0966; 4-(4'-methlsufonylphenyl)-3-phenyl-2-(5H)-furanone]: A potent and orally active cyclooxygenase-2 inhibitor. Pharmacological and biochemical profiles

J Pharamacol Exp 1999; 289(2):735-741 - F Catella-Lawson, B McAdam, BW Morrison, S Kapoor, D Kujubu, L Antes, KC Laseter, H Quan, BJ Gertz, GA Fitzgerald - Effects of specific inhibition of cyclooxygenase-2 on sodium balance, hemodynamics, and vasoactive eicosanoids

J Pharamacol Exp 2000; 300:367-375 - B Kinz, K Brune - Cyclooxygenase-2-10 years later

Journal of Physiology and Pharmacology

J Phys Pharma 1999; 50:661-662 - P Patrignani, MG Sciulli, S Manarini, G Santini, C Cerletti, V Evangelista - COX-2 is not involved in thromboxane biosynthesis by activated human platelets

Journal of Thrombosis and Haemostasis

J Throm Haem 2003; 1:250-256 - R De Cristofaro, B Rocca, E Vitacolonna, A Falco, P Marchesani, G Ciabattoni, R Landolfi, C Patrono, G Davi - Lipid and protein oxidation contribute to a prothrombotic state in patients with type 2 diabetes mellitus

Lancet

Lancet 1999; 353:307-14 - CJ Hawkey - COX-2 inhibitors

Lancet 1999; 353:900 - A-A Weber, JC Zimmermann, J Meyer-Kirchrath, K Schror - Cyclooxygenase-2 in human platelets as a possible factor in aspirin resistance

Lancet 2002; 359:118-23 - WA Ray, CM Stein, K Hall, JR Daugherty, MR Griffin - Non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease: an observational cohort study

Lancet 2002; 359:1410 - H Frankish - Why do COX-2 inhibitors increase risk of cardiovascular events?

Lancet 2002; 360:1071-73 - WA Ray, CM Stein, JR Daugherty, K Hall, PG Arbogast, MR Griffin - COX-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease

Lancet 2003; 361: 573-74 - TM MacDonald, L Wei - Effect of ibuprofen on cardioprotective effect of aspirin

Lancet 2004; 363:1751-56 - M Mandani, DJ Juurlink, DS Lee, PA Rochon, A Kopp, G Neglie, PC Austin, A Laupacis, TA Stukel -

KS-000607

Cyclooxygenase-2 inhibitors versus non-selective non-steroidal
anti-inflammatory drugs and congestive heart failure outcomes in elderly
patients: a population-based cohort study

Lancet 2004; 364:1288-1289 - Editorial - Vioxx: an unequal
partnership between safety and efficacy

Lancet 2004; 364:1995-1996 - Comment - Vioxx, the implosion of
Merck, and aftershocks at the FDA

Lancet 2004; 364:2021-2029 - P Juni, L Nartey, S Reichenbach, R
Sterchi, PA Dieppe, M Egger - Risk of cardiovascular events and rofecoxib:
cumulative meta-analysis

Lancet 2004; 364:639-640 - Comment - A coxib a day won't keep the
doctor away

Lancet, 2005; 365:23-28 - PS Kim, AS Reicin - Discontinuation of
Vioxx

Lancet, 2005; 365:449-451 - Comment - COX-2 selective
inhibitors-important lessons learned

Lancet 2005; 365:475-481 - DJ Graham, D Campen, R Hui, M Spence, C
Cheethan, G Levy, S Shoor, WA Ray - Risk of acute myocardial infarction and
sudden cardiac death in patients treated with cyclo-oxygenase 2 selective
and non-selective non-steroidal anti-inflammatory drugs: nested case-control
study

Lancet 2002; 360: 100-101 - M Boers - Seminal pharmaceutical trials:
maintaining masking in analysis


Medical Research Reviews

Med Res Rev 2004; 24:399-424 - L Vila - Cyclooxygenase and
5-lipoxygenase pathways in the vessel wall: role in atherosclerosis


Mini-Reviews in Medicinal Chemistry

Mini-Reviews in Med Chem 2004; 4:597-601 - X de Leval, F Julemont, V
Bonoit, M Frederich, B Pirotte, J-M Dogne - First and second generations of
COX-2 selective inhibitors

Mini-Reviews in Med Chem 2004; 4:603-615 - C Michaux, C Charlier -
Structural approach for COX-2 inhibition

Mini-Reviews in Med Chem 2004; 4:617-624 - DO Stichtenoth - The
second generation of COX-2 inhibitors: clinical pharmacological points of
view

Mini-Reviews in Med Chem 2004; 4:633-638 - F Julemont, J-M Dogne, B
Pirotte, X de Leval - Recent development in the field of dual COX/5-LOX
inhibitors

Nature

**KS-000608**

Nature 1997; 388:678-682 - T Murata, F Ushikubl, T Matsuoka, M Hirata, A Yamasaki, Y Sugimoto, A Ichikawa, Y Aze, T Tanaka, N Yoshida, A Uenol, S Oh-ishll, S Narumiya - Altered pain perception and inflammatory response in mice lacking prostacyclin receptor

Nature Reviews

Nature Reviews 2003; 2:879-891 - GA FitzGerald - COX-2 and beyond: approaches to prostaglandin inhibition in human disease


New England Journal of Medicine

NEJM 1981; 305:1171-1175 - PL Friedman, EJ Brown, S Gunther, RW Alexander, WH Barry, GH Mudge, W Grossman - Coronary vasoconstrictor effect of indomethacin in patients with coronary-artery disease

NEJM 1991; 325:1137-41 - BJ Clarke, G Mayo, P Price, GA FitzGerald - Suppression of thromboxane A2 but not of systemic prostacyclin by controlled-release aspirin

NEJM 1995; 332:1198-203 - JD Morrow, B Frei, AW Longmire, JM Gaziano, SM Lynch, Y Shyr, WE Strauss, JA Oates, LJ Roberts - Increase in circulating products of lipid peroxidation (F2-Isoprastanes) in smokers

NJEM 1996; 334:1435-9 - AS Taha, N Hudson, CJ Hawkey, AJ Swannell, PN Trye, J Cottrell, SG Mann, TJ Simon, RD Sturrock, RI Russell - Famotidine for the prevention of gastric and duodenal ulcers caused by nonsteroidal anti-inflammatory drugs

NJEM 1999; 340:115-126 - FH Epstein - Atherosclerosis - an inflammatory disease

NJEM 2000; 343:1520-8 - C Bombardier, L Laine, A Reicin, D Shapiro, R Burgos-Vargas, B Davis, R Day, MB Ferraz, CJ Hawkey, MC Hochberg, TK Kvien, TJ Schnitzer - Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis

NJEM 2001; 345:1809-17 - F Catella-Lawson, MP Reilly, SC Kapoor, AJ Cucchiara, S DeMarco, B Tournier, SN Vyas, GA FitzGerald - Cyclooxygenase inhibitors and the antiplatelet effects of aspirin

NJEM 2001; 345:433-442 - GA FitzGerald, C Patrono - The coxibs, selective inhibitors of cyclooxygenase-2

NJEM 2001; 345:825-827 - Editorial - Sponsorship, authorship, and accountability

NJEM 2002; 346:1085-1088 - DE Meier, RS Morrison - Cyclooxygenase inhibition in cancer - a blind alley or a new therapeutic reality?

NJEM 2002; 347:1025-1027 - COX inhibitors and thromboregulation

NJEM 2004; 351:1250-1251 - Editorial - Clinical trial registration: a statement from the international committee of medical journal editors

NJEM 2004; 351:1707-1709 - EJ Topol - Failing the public health - rofecoxib, Merck, and the FDA

**KS-000609**

NJEM 2004; 351:1709-1711 - GA FitzGerald - Coxibs and cardiovascular disease

NJEM 2004; 351:2767 - WA Ray, MR Griffin, CM Stein - Cardiovascular toxicity of valdecoxib

NJEM 2004; 351:2875-2878 - PS Kim, AS Reicin - Rofecoxib, Merck, and the FDA

NJEM 2005; 352:1063 -What ails the FDA?

NJEM 2005; 352:1071-80 - SD Solomon, JJV McMurray, MA Pfeffer, J Wittes, R Fowler, P Finn, WF Anderson, A Zauber, E Hawk, M Bertagnolli - Cardiovascular risk associated with celecoxib in a clinical trial for colorectal adenoma prevention

NJEM 2005; 352:1081-91 - NA Nussmeier, AA Whelton, MT Brown, RM Langford, A Hoeft, JL Parlow, SW Boyce, KM Verburg - Complications of the COX-2 inhibitors parecoxib and valdecoxib after cardiac surgery

NJEM 2005; 352:1092-102 - RS Bresalier, RS Sandler, H Quan, JA Bolognese, B Oxenius, K Horgan, C Lines, R Riddell, D Morton, A Lanas, MA Konstam, JA Baron - Cardiovascular events associated with rofecoxib in a colorectal adenoma chemoprevention trial

NJEM 2005; 352:1131 - JM Drazen - COX-2 inhibitors - a less in unexpected problems

NJEM 2005; 352:1133 - BM Psaty, CD Furberg - COX-2 inhibitors - lessons in drug safety

NJEM 2005; 352:1283 - S Okie - Raising the safety bar - the FDA's coxib meeting

NJEM 2005; 352:1285 - RS Eisenberg - Learning the value of drugs - is rofecoxib a regulatory success story?

NJEM 2005; 352: 1293-304 - PM Ridker, NR Cook, I-M Lee, D Gordon, JM Gaziano, JE Manson, CH Hennekens, JE Buring - A Randomized trial of low-dose aspirin in the primary prevention of cardiovascular disease in women

NJEM 1999; 340:1888 - MM Wolfe, DR Lichtenstein, G Singh - Gastrointestinal toxicity of nonsteroidal anti-inflammatory drugs

NJEM 2005; 352:2202-2210 - MM Mello, BR Clarridge, DM Studdert - Academic Medical Centers' Standards for Clinical-Trial Agreements with Industry

NJEM 2005; 352:2160-2162 - R Steinbrook - Gag Cluases in Clinical-Trial Agreements

NJEM 2005; 352:2436-2438 - Editorial - Is this clinical trial fully registered? A statement from the international committee of medical journal editors

NJEM 2005; 352:1685-1695 - GK Hansson - Inflammation, atherosclerosis, and coronary artery disease

NEJM 2005; 352(25):2576-2578 - HA Waxman - The lessons of Vioxx - Drug safety and sales

**KS-000610**

NEJM 2005; 352(25):2570-2580 - NJ Olsen - Tailoring arthritis therapy in the wake of the NSAID crisis

NEJM 2005; 352(25):2648-2658 - JM Brophy - Cardiovascular risk associated with celecoxib

Pharmacological Reviews

Pharmacol Rev 2004; 56:387-437 - DL Simmons, RM Botting, T Hla - Cyclooxgenase isozymes: The biology of prostaglandin synthesis and inhibition

PNAS

PNAS 1994; 90:11693-11697 - JA Mitchell, P Akarasereenont, C Thiemermann, RJ Flower, JR Vane - Selectivity of nonsteroidal anti-inflammatory drugs as inhibitors of constitutive and inducible cyclooxygenase

PNAS 1994; 91:12013-12017 - K Seibert, Y Zhang, K Leahy, S Hauser, J Masferrer, W Perkins, L Lee, P Isakson - Pharmacological and biochemical demonstration of the role of cyclooxygenase 2 in inflammation and pain

PNAS 1996; 93:10417-10422 - JN Topper, J Cai, D Falb, MA Gimbrone - Identification of vascular endothelial genes differentially responsive to fluid mechanical stimuli: Cyclooxygenase-2, manganese superoxide idsmutase, and endothelial cell nitric oxide synthase are selectively up-regulated by steady laminar shear stress

PNAS 1999; 96:272-277 - BF McAdam, F Catella-Lawson, IA Mardini, S Kapoor, JA Lawson, GA Fitzgerald - Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: The human pharmacology of a selective inhibitor of COX-2

PNAS 1999; 96:5890 - Corrections

PNAS 1999; 96:7563-7568 - TD Warner, F Giuliano, I Vojnovic, A Bukasa, JA Mitchell, JR Vane - Nonsteroid drug selectivities for cyclo-oxygenase-1 rather than cyclo-oxygenase-2 are associated with human gastrointestinal toxicity: A full in vitro analysis

PNAS 2000; 97:10197-10202 - K Shinmura, X-L Tang, Y Wang, Y-T Xuan, S-Q Liu, H Takano, A Bhatnager, R Bolli - Cyclooxygenase-2 mediates the cardioprotective effects of the late phase of ischemic preconditioning in conscious rabbits

PNAS 2000; 97:12764-12769 - ED Reis, M Roque, H Dansky, JT Fallon, JJ Badimon, C Cordon-Cardo, SJ Shiff, EA Fisher - Sulindac inhibits meointimal formation after arterial injury in wild-type and apolipoprotein E-deficient mice

PNAS 2001; 98:3358-3363 - D Pratico, C Tillmann, Z-B Zhang, H Li, GA FitzGerald - Acceleration of atherogensis by COX-1-dependent prostanoid formation in low density lipoprotein receptor knockout mice

PNAS 2001; 98:14583-14588 - M Ouellet, D Riendeau, MD Percival - A high level of cyclooxygenase-2 inhibitor selectivity is associated with a

KS-000611

reduced interference of platelet cyclooxygenase-1 inactivation by aspirin

   PNAS 2002; 99:7634-7639 - B Rocca, P Secchiero, G Ciabattoni, FO Ranelletti, L Catani, L guidoti, E Melloni, N Maggiano, G Zauli, C Patrono - Cyclooxygenase-2 expression is induced during human megakaryopoiesis and characterizes newly formed platelets

   PNAS 2002; 99:8418-8423 - T Grosser, S Yusuff, E Cheskis, MA Pack, GA FitzGerald - Developmental expression of functional cyclooxygenases in zebrafish


Science

   Science 2001; 294:1871 - CD Funk - Prostaglandins and Leukotrienese: Advances in Eicoxanoid biology

   Science 2002; 296:474 - JR Vane - Back to an aspirin a day?

   Science 2002; 296:539 - Y Cheng, SC Austin, B Rocca, BH Koller, TM Coffman, T Grosser, JA Lawson, GA FitzGerald - Role of prostacyclin in the cardiovascular response to thromboxane A2

   Science 2004; 306:1954 - KM Egan, JA Lawson, S Fries, B Koller, DJ Rader, EM Smyth, GA Fitzgerald - COX-2-Derived prostacyclin confers atheroprotection on female mice

   Science 2004; 306:384 - Withdrawal of Vioxx casts a shadow over COX-2 inhibitors


Stroke

   Stroke 2003; 34:379-386 - S Bak, M Andersen, I Tsiropoulos, LAG Rodriguez, J Hallas, K Chrisensen, D Gaist - Risk of stroke associated with nonsteroidal anti-inflammatory drugs - A nexted case-control study

   Stroke 2005; 36:182-185 - C Iadecola, PB Gorelick - The janus face of cyclooxygenase-2 ischemic stroke - Shifting toward downstream targets


Thrombosis Research

   Thromb Research 1987; 47:647-656 - F Catella, GA FitzGerald - Paired analysis of urinary thromboxane B2 metabolites in humans

   Thromb Research 1988; 50:377-386 - HR Knapp, C Healy, J Lawson, GA FitzGerald - Effects of low-dose aspirin on endogenous eicosanoid formation in normal and atherosclerotic men

   Thromb Research 1998; 92:S7-S12 - C Patrono - Prevention of myocardial infarction and stroke by aspirin: Different mechanisms? Different dosage?

   Thromb Research 2000; 99:155-164 - M Camaco, L Vila - Transcellular formation of thromboxane A2 in mixed incubations of endothelial cells and aspirin-treated platelets strongly depends on the prostaglandin I-synthase activity

KS-000612

Thromb Research 2003; 110:311-315 - T Ide, K Egan, LC Bell-Parikh, GA FitzGerald - Activiation of nuclear receptors by prostaglandins

Trends in Cardiovascular Medicine

TCM 2001; 11:91 - GA FitzGerald - Introduction

Trends in Endocrinology & Metabolism

Endo & Meta 2001; 12: 243 - G de Gaetano, MB Donati, C Cerletti - Prevention of thrombosis and vascular inflammation: benefits and limitations of selective or combined COX-1, COX-2 and 5-LOS inhibitors

Trends in Pharmacological Sciences

Pharma Sciences 2003; 24:245-252 -G de Gaetano, MB Donati, C Cerletti - Prevention of thrombosis and vascular inflammation: benefits and limitations                 of elective or combined COX-1, COX-2 and 5-LOX inhibitors

Sent wirelessly via BlackBerry from T-Mobile.

**KS-000613**

**Dagostino, Lisa S.**

| | |
|---|---|
| **From:** | mparf@aol.com |
| **Sent:** | Wednesday, September 21, 2005 8:45 AM |
| **To:** | Lisa.Dagostino@KlineSpecter.com; Mark.Hoffman@KlineSpecter.com |
| **Cc:** | myefimenko@burgsimpson.com; jrestaino@lopez-hodes.com |
| **Subject:** | Re: Dr. Pace-Asiak |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

 Lisa, you were missed up here. Thank you for all your help  as we work through this process.  Dr. Pace ASciak is  very good and we are all pleased with his work . He is also a very presentable witness. As for the depositions, i am sending your e-mail to CHris to see if he can get us this info . I know that he has some transcripts but i am not sure precisely which ones.Best, Michelle

-----Original Message-----
From: Dagostino, Lisa S. <Lisa.Dagostino@KlineSpecter.com>
To: Hoffman, Mark A. <Mark.Hoffman@KlineSpecter.com>
Cc: 'myefimenko@burgsimpson.com' <myefimenko@burgsimpson.com>; 'jrestaino@lopez-hodes.com' <jrestaino@lopez-hodes.com>; 'MParf@aol.com' <MParf@aol.com>
Sent: Wed, 21 Sep 2005 08:14:54 -0400
Subject: Re: Dr. Pace-Asiak

```
Sounds like he is a terrific find!   Awesome work, everyone.  I'll cobble
together a disc and fed ex it out if someone will send me the mailing
address.

I've been watching Raber's cross of Lucchesi and the defense opening on
court tv.  Will attempt to get the transcripts but I think those will be
useful to you to help your "mock cross".  What I don't have, and am
appealing to John, Michelle and Max for (if they have or can help me track
down) is all the depo transcripts of the experts that have been done thus
far in the state action--particularly Luchessi and anyone else that has been
deposed already who is pharma or biochem.   Those would also be very helpful
in assisting Mark to put together a "mock cross" from a substanitive angle
(having sat with Mark during numerous deps, I already know what "character
building" means--he will be well prepped).  So...if anyone has those deps of
experts from the state actions, can you get them to me?  Much appreciated.

-------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Hoffman, Mark A. <Mark.Hoffman@KlineSpecter.com>
To: Dagostino, Lisa S. <Lisa.Dagostino@KlineSpecter.com>
CC: 'myefimenko@burgsimpson.com' <myefimenko@burgsimpson.com>;
'jrestaino@lopez-hodes.com' <jrestaino@lopez-hodes.com>; 'MParf@aol.com'
<MParf@aol.com>
Sent: Wed Sep 21 07:55:18 2005
Subject: Re: Dr. Pace-Asiak

Lisa,

He was great to work with but will take hours of prepping for his
deposition.  Max deserves full credit for finding him and for getting him up
to speed with the relevant pharmacology.
```

**KS-000614**

We should put a disk together with depositions of Merck scientists (Kim, Scolnick, Gertz, Morrison, Neis, Musliner, Reicin--pharmacology types rather marketing, etc) and get them to him so he can include them in his listing. He will need the accompanying exhibits to these depositions.

Michelle, Max, and/or John-can you give Lisa Cecil's address for overnight delivery and give Cecil a heads up?

We should also send him the same literature pack we send Rice so he can add the references to his already extensive bibliography.  If you send him the bibliography list as well on disk, he can "cut and paste."

He will be a great witness.  I am working on a "mock cross" which will be a "character building" exercise.  His deposition will be in early to mid October.

Dr. Scott Rice has been "back burnered" til the next trial, and Michelle is planning to bring him to D.C. where we can hammer through a report with him like we did yesterday.  You, of course, will be joining us!  Very effective way to prepare a report with the right (reasonable, receptive, and open to suggestions) person.  Dr. Pace-Asiak had all of those qualities!

MAH
--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Dagostino, Lisa S. <Lisa.Dagostino@KlineSpecter.com>
To: Hoffman, Mark A. <Mark.Hoffman@KlineSpecter.com>
Sent: Wed Sep 21 07:23:03 2005
Subject: RE: Dr. Pace-Asiak


:)

-----Original Message-----
From: Hoffman, Mark A.
Sent: Tuesday, September 20, 2005 10:23 PM
To: Vioxx Small Group
Subject: Dr. Pace-Asiak


Just finished with preparing his report.  Lisa has first draft.  Final report on Thursday.  Great expert.  Stay tuned...
--------------------------
Sent from my BlackBerry Wireless Handheld

**KS-000615**

**Dagostino, Lisa S.**

| | |
|---|---|
| **From:** | Cvtisi@aol.com |
| **Sent:** | Friday, June 30, 2006 9:00 PM |
| **To:** | dbuchanan@seegerweiss.com; Dagostino, Lisa S.; Kline, Thomas R.; JGrand@seegerweiss.com |
| **Subject:** | Re: Redirect |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

This was a real team effort.

Jeff and Dave, your help with prepping him over the past year and at the deposition was invaluable.   And I could not have pulled this together this past week without Lisa and Tom.

I is a must play. I agree.

Chris


In a message dated 6/30/2006 8:21:30 P.M. Eastern Standard Time, dbuchanan@seegerweiss.com writes:

Great job, Chris.  I think this will be a must play dep at trial.  And of course, great job Lisa and Jeff with all of your assistance to Chris and Jerry.
-------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Dagostino, Lisa S. <Lisa.Dagostino@KlineSpecter.com>
To: cvtisi@aol.com <cvtisi@aol.com>; Kline, Thomas R. <Tom.Kline@KlineSpecter.com>
CC: Buchanan, David <dbuchanan@seegerweiss.com>
Sent: Fri Jun 30 19:39:16 2006
Subject: Re: Redirect


Ditto


-------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Cvtisi@aol.com <Cvtisi@aol.com>
To: Dagostino, Lisa S.; Kline, Thomas R.
CC: Dbuchanan@seegerweiss.com <Dbuchanan@seegerweiss.com>
Sent: Fri Jun 30 19:38:22 2006
Subject: Re: Redirect

I am happy with this deposition, not disappointed at all.

In a message dated 6/30/2006 5:14:23 P.M. Eastern Standard Time, Lisa.Dagostino@KlineSpecter.com writes:

    think he means disappointed with Beck.

    We're going radio silent to start here....more soon.

    -----Original Message-----
    From: Kline, Thomas R.

**KS-000616**

Sent: Friday, June 30, 2006 4:59 PM
To: 'cvtisi@aol.com'
Cc: 'Dbuchanan@seegerweiss.com'; Dagostino, Lisa S.
Subject: Re: Redirect

You are disappointed with Avorn?  If so, walk hoim thru each issue.
Say
Did you remember talking with Mr back about .......? Tell the jury the
full import and full story there?

Chris, this can be very effective and disarming and is self executing on
each issue, and gives him a podium. LSD has each area.  Just mention the
area and say to Avoirn.."Tell the whole story here.!

-----Original Message-----
From: Cvtisi@aol.com <Cvtisi@aol.com>
To: Kline, Thomas R.
CC: Dbuchanan@seegerweiss.com <Dbuchanan@seegerweiss.com>; Dagostino,
Lisa S.
Sent: Fri Jun 30 16:52:37 2006
Subject: Re: Redirect

Although he go t some "hits"  I do not believe that he went to the core
issues.

I am disappointed.

I thought that he would do more.

KS-000617

**Dagostino, Lisa S.**

---

| | |
|---|---|
| **From:** | Grand, Jeff [JGrand@seegerweiss.com] |
| **Sent:** | Thursday, June 29, 2006 7:27 PM |
| **To:** | Dagostino, Lisa S. |
| **Subject:** | Re: Avorn |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Finished yet?

-----Original Message-----
From: Dagostino, Lisa S. <Lisa.Dagostino@KlineSpecter.com>
To: Grand, Jeff <JGrand@seegerweiss.com>
CC: Buchanan, David <dbuchanan@seegerweiss.com>
Sent: Thu Jun 29 19:15:58 2006
Subject: RE: Avorn

You guys did an amazing job getting him ready before--I'm just a relief pitcher.

But Tisi did such an outstanding job today--this is just an amazing direct

-----Original Message-----
From: Grand, Jeff [mailto:JGrand@seegerweiss.com]
Sent: Thursday, June 29, 2006 7:19 PM
To: Dagostino, Lisa S.
Cc: Buchanan, David
Subject: Re: Avorn

Had to catch my plane.  Please tell Tisi that I thought he did a great direct and to try to
go over my notes (some of them are suggestions for some homework for Avorn).  I will be
available to talk to you all at any time tonight--except between 8:30-9:30 (I'll be in the
air).  You guys did a great job getting him ready.

-----Original Message-----
From: Dagostino, Lisa S. <Lisa.Dagostino@KlineSpecter.com>
To: Grand, Jeff <JGrand@seegerweiss.com>
Sent: Thu Jun 29 18:38:22 2006
Subject: RE: Avorn

Scary, Jeff.  Really scary.

-----Original Message-----
From: Grand, Jeff [mailto:JGrand@seegerweiss.com]
Sent: Thursday, June 29, 2006 6:46 PM
To: Dagostino, Lisa S.
Subject: Re: Avorn

Yes.

-----Original Message-----
From: Dagostino, Lisa S. <Lisa.Dagostino@KlineSpecter.com>

**KS-000618**

To: Grand, Jeff <JGrand@seegerweiss.com>
Sent: Thu Jun 29 18:37:05 2006
Subject: RE: Avorn

You did that off the top of your head?

-----Original Message-----
From: Grand, Jeff [mailto:JGrand@seegerweiss.com]
Sent: Thursday, June 29, 2006 6:44 PM
To: Dagostino, Lisa S.
Subject: Re: Avorn

I think you can find those CV death numbers he's referring to in the Villalba memo at
Reliance Materials, Tab 146.


-----Original Message-----
From: Dagostino, Lisa S. <Lisa.Dagostino@KlineSpecter.com>
To: Seeger, Chris <cseeger@seegerweiss.com>; Kline, Thomas R.
<Tom.Kline@KlineSpecter.com>; Grand, Jeff <JGrand@seegerweiss.com>; Buchanan, David
<dbuchanan@seegerweiss.com>
CC: Vioxx Small Group <VioxxSmallGroup@KlineSpecter.com>
Sent: Thu Jun 29 15:57:51 2006
Subject: RE: Avorn

Agree--he did well during Beck's cross of him on qualification--didn't
let Beck push him around at all.

-----Original Message-----
From: Seeger, Chris [mailto:cseeger@seegerweiss.com]
Sent: Thursday, June 29, 2006 4:00 PM
To: Kline, Thomas R.; Grand, Jeff; Buchanan, David
Cc: Vioxx Small Group
Subject: Re: Avorn

Excellent.  Let's hope he holds up against Beck.....he'll hit him big time on bias.
-------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Kline, Thomas R. <Tom.Kline@KlineSpecter.com>
To: Grand, Jeff <JGrand@seegerweiss.com>; Buchanan, David <dbuchanan@seegerweiss.com>;
Seeger, Chris <cseeger@seegerweiss.com>
CC: Vioxx Small Group <VioxxSmallGroup@KlineSpecter.com>
Sent: Thu Jun 29 15:49:41 2006
Subject: Re: Avorn

Also, Avorn injected a concept --the idea of "framing." He says he has written and taught on
it in epi, but also exists . The concept is basic --the answer is predicated often on how the
question is framed.  In Merck's case they framed the question as to "naproxin's
cardioprottective effect," thereby suggesting the anwer in an improper fashion. "Almost
unheard of..." (Or words to that effect)...

Great testimony on Merck footdragging for a year on funding for a year on the Solomon/Avorn
study...

**KS-000619**

489

```
-----Original Message-----
From: Grand, Jeff <JGrand@seegerweiss.com>
To: Kline, Thomas R.; Buchanan, David <dbuchanan@seegerweiss.com>; Seeger, Chris
<cseeger@seegerweiss.com>
CC: Vioxx Small Group
Sent: Thu Jun 29 15:44:34 2006
Subject: Re: Avorn
```

Agreed.  He's a good witness.  Everytime Beck objects, Avorn recrafts his answer to address
the objection.  He's so quick on his feet, he does so before Chris has time to rephrase the
question.

```
-----Original Message-----
From: Kline, Thomas R. <Tom.Kline@KlineSpecter.com>
To: Buchanan, David <dbuchanan@seegerweiss.com>; Seeger, Chris <cseeger@seegerweiss.com>
CC: Grand, Jeff <JGrand@seegerweiss.com>; Vioxx Small Group
<VioxxSmallGroup@KlineSpecter.com>
Sent: Thu Jun 29 15:32:43 2006
Subject: Avorn
```

So far--doing well on direct. Just testified that Merck's using his study to justify the
naproxin theory was a "distortion." " They were essentially distorting our scientific
findings." He says he's "indignant" about what Merk did. Pretty good, so far..
A long road ahead, however...

**KS-000620**

**Dagostino, Lisa S.**

| | |
|---|---|
| **From:** | Levine, Steven [steven.levine@mssm.edu] |
| **Sent:** | Tuesday, January 30, 2007 11:45 PM |
| **To:** | Balefsky, Lee |
| **Cc:** | Dagostino, Lisa S.; Hoffman, Mark A. |
| **Subject:** | RE: Wednesday |

the current draft is 119MB - hugh file. I tried unsuccessfully to send it via email several times-my mailbox closed because it was so big. I have to get administrative approval from the institution to get more space in my email directory. I will bring it on a flash drive tomorrow morning and you can print it out from there (it is about 200 pages now). Sorry, Steve

-----Original Message-----
**From:** Balefsky, Lee [mailto:Lee.Balefsky@KlineSpecter.com]
**Sent:** Sun 1/28/2007 2:03 PM
**To:** Levine, Steven
**Cc:** Dagostino, Lisa S.; Hoffman, Mark A.
**Subject:** Wednesday

Steve , let us know what time you will be in , the earlier the better
--------------------------
Sent from my BlackBerry Wireless Device

**KS-000621**

**Dagostino, Lisa S.**

| | |
|---|---|
| **From:** | Cvtisi@aol.com |
| **Sent:** | Monday, March 19, 2007 11:40 PM |
| **To:** | Dagostino, Lisa S. |
| **Subject:** | Ray articles |

If I am not mistaken, you e-mailed me all of Rays NSAID/COXIB artilcles from his CV.  (I know that you gave me a copy, which I have)

If you still have these electronically--or the e-mail you sent me--can you resend the?  I want to start making exhibit notebooks for the depoistion.

If you did send these to me electronically, you sent them the day I was in your office last.

AOL now offers free email to everyone. Find out more about what's free from AOL at **AOL.com**.

KS-000622

**Dagostino, Lisa S.**

| | |
|---|---|
| **From:** | Wagner, Michael [MWagner@seegerweiss.com] |
| **Sent:** | Wednesday, February 21, 2007 6:24 PM |
| **To:** | Cvtisi@aol.com |
| **Cc:** | Dagostino, Lisa S. |
| **Subject:** | Re: Ray Docs |

One is being sent out tonight. The other is going out in the morning.

-----Original Message-----
From: Cvtisi@aol.com <Cvtisi@aol.com>
To: Wagner, Michael
CC: lisa.dagostino@klinespecter.com <lisa.dagostino@klinespecter.com>
Sent: Wed Feb 21 18:14:40 2007
Subject: Ray Docs

Have they gone out to Lisa and me?


_____


AOL now offers free email to everyone. Find out more about what's free from AOL at AOL.com
<http://pr.atwola.com/promoclk/1615326657x4311227241x4298082137/aol?redir=http%3A%2F%2Fwww%2E aol%2Ecom> .

**KS-000623**

**Dagostino, Lisa S.**

| | |
|---|---|
| **From:** | Dagostino, Lisa S. |
| **Sent:** | Tuesday, February 13, 2007 4:30 PM |
| **To:** | Balefsky, Lee |
| **Subject:** | RE: |

Just packed him up and sent him on his way.   Information overload.

-----Original Message-----
From: Balefsky, Lee
Sent: Tuesday, February 13, 2007 4:23 PM
To: Dagostino, Lisa S.
Subject:

How's Levine?
-------------------------
Sent from my BlackBerry Wireless Device

**KS-000624**

**Dagostino, Lisa S.**

| | |
|---|---|
| **From:** | Levine, Steven [steven.levine@mssm.edu] |
| **Sent:** | Tuesday, January 30, 2007 11:45 PM |
| **To:** | Balefsky, Lee |
| **Cc:** | Dagostino, Lisa S.; Hoffman, Mark A. |
| **Subject:** | RE: Wednesday |

the current draft is 119MB - hugh file. I tried unsuccessfully to send it via email several times-my mailbox closed because it was so big. I have to get administrative approval from the institution to get more space in my email directory. I will bring it on a flash drive tomorrow morning and you can print it out from there (it is about 200 pages now). Sorry, Steve

-----Original Message-----
**From:** Balefsky, Lee [mailto:Lee.Balefsky@KlineSpecter.com]
**Sent:** Sun 1/28/2007 2:03 PM
**To:** Levine, Steven
**Cc:** Dagostino, Lisa S.; Hoffman, Mark A.
**Subject:** Wednesday

Steve , let us know what time you will be in , the earlier the better
-------------------------
Sent from my BlackBerry Wireless Device

**KS-000625**

Exhibit "57"

# EXPERT DEVELOPMENT

| Expert | Photo | KS attorney |
|---|---|---|
| Jerry Avorn, M.D.<br>(Chief of the Division of Pharmacoepi. at Brigham and Women's Hospital) |  | Lisa Dagostino, M.D., J.D |
| Wayne Ray,  M.D.<br>(Director of Pharmacoepidemiology, Vanderbilt) |  | Lisa Dagostino, M.D., J.D. |
| Cecil Pace-Asciak, Ph.D.<br>(Pharmacology, University of Toronto) | | Mark Hoffman, M.D., J.D.<br>Lisa Dagostino, M.D., J.D |
| Suzanne Parisian , M.D.<br>(Former FDA Medical Officer) | | Lisa Dagostino, M.D., J.D. |
| Steve Levine, M.D.<br>(Stroke Neurologist, Mt. Sinai) | | Mark Hoffman, M.D., J.D.<br>Lisa Dagostino, M.D., J.D.<br>Lee Balefsky |
| Ed Feldman, M.D.<br>(Stroke Neurologist, Brown) | | Lisa Dagostino, M.D., J.D. |

KS-000626

Exhibit "58"

# Vioxx MDL Trial Package

## I.   Trial Package Introduction

The Vioxx litigation in MDL proceedings before the Honorable Eldon E. Fallon (E.D. La) has been characterized by tireless advocacy on plaintiffs' behalf. Numerous counsel around the country, supported by their firms and staff, have joined with scores of scientific experts to tell a story of pharmaceutical misconduct with far-reaching societal consequences. This legal team has brought to the proceedings deeply shared convictions (1) that the extreme harm caused by a vigorously-promoted "blockbuster" drug calls for full accountability, and (2) that our system of civil justice is the public's best hope to achieve that end.

The Trial Package which follows is shared in that spirit. It is a product shaped by many hands over many months, and one of which we confess to being proud; but its value as a blueprint for action obviously depends upon its usefulness for the practitioner. It was designed with the belief that it can and will prove as user-friendly as it is informative.

The Vioxx story continues to unfold as new evidence is sought, and developed, in pending cases. Trial depositions and additional trial presentations are scheduled as this is written. Further scientific studies concerning Vioxx are inevitable. The counsel who use this trial package are well-advised to stay current as to these developments, which we believe may serve to sharpen and refine, not undercut, the utility of the Trial Package.

Finally, a word about the format and organization of what follows:

The trial package is arranged on the drive by folders, which correspond to this outline. The outline provides a thumbnail sketch of the material available in each folder. There are areas of overlap, as the Trial Package committee sought to be as inclusive as possible. A broad range of reference documents is available, such as the liability playbook, the science compendium, and the responses to Merck's typical defenses. These are attorney work-product documents, representing many hours of attorney time. Please refer to Judge Fallon's Pretrial Order Number 37 for specifics about maintaining the confidentiality of the materials contained on the trial drive.

## II.   Liability Case – Factual Background

This section provides an overview of the liability case, explaining the development of COX-2 inhibitors, the rush to the market and battle with Celebrex, Merck's marketing blitz, VIGOR and its aftermath, APPROVe and withdrawal.

1

**KS-000628**

A.    **Liability Playbook**

Provides a narrative introduction to the Vioxx liability, with citations to MDL exhibits, deposition testimony and relevant medical literature.

B.    **Cast of Characters**

The Cast of Characters includes titles and descriptions—with information about production from Merck—for nearly one thousand key players in the case, including: Merck employees; authors of scientific and medical literature; plaintiff and defense experts.

C.    **Vioxx Dictionary**

The Vioxx Dictionary provides definitions and context for hundreds of terms the user will encounter in the package, such as FDA and Merck acronyms, medical jargon and Merck specific terms.

D.    **Vioxx Timeline**

Timeline of critical events with citation to MDL exhibits.

III.   **Science Case**

A.    **MDL Science Backgrounder**

The Science Backgrounder provides an introduction to the science issues in the case, including explanations of cyclooxygenase, selective inhibition of COX-2, the prostacyclin/thromboxane imbalance issue, FitzGerald hypothesis, Merck's clinical trials, VIGOR and its aftermath, the 2002 label change, APPROVe and withdrawal, and post-withdrawal issues like the 18-month hypothesis.

B.    **Science Compendium**

The Science Compendium is an introduction to the core medical literature.

C.    **Medical Literature Database**

A broader collection of medical literature, organized by topic and fully searchable.  Enables the user to quickly access a large body of literature to address specific points.

IV.   **Case Presentation and Themes**

**KS-000629**

A.      **Master Order of Proof**

The Master Order of Proof provides thumbnail introductions for all liability and
expert witness, detailing elements of the Plaintiff's case-in-chief which can be
established through the witness, as well as documents which can be offered with
the designation. The Order of Proof will also indicate the PSC's
recommendations about which video depositions to play in trial.

B.      **Exhibit Database**

The exhibit database organizes a core of approximately 1500 liability documents,
identified by the MDL Discovery Committee as "hot," "trial," and "reference,"
which are critical to the preparation of the Plaintiff's case. The database permits
the user to search these documents by theme, subtheme, date, Bates number,
description, or text.

C.      **Exhibit Theme Grid**

All documents are also categorized by the following themes and subthemes:

1.      **Merck desperate for a blockbuster**
        a.      Vioxx has to succeed against tough Celebrex competition
        b.      Products going off patent
        c.      Pipeline is thin
        d.      Analysts are gloomy about Merck future

2.      **Merck spends hundreds of millions to create a new market**
        a.      Direct to consumer advertising
        b.      Seeding trials
        c.      Generate GI safety concern
        d.      Every doctor monitored and manipulated
        e.      Advocacy program to manipulate thought leaders
        f.      Scope and cost of whole effort.

3.      **CV Risks known from the start**
        a.      Pre approval knowledge of CV risks
        b.      Designed studies to avoid evidence of risk
        c.      Avoided studies that might implicate drug

4.      **New proof emerges that Vioxx is not safe**
        a.      Vigor derails safety claim
        b.      Risk of increased blood pressure
        c.      Causes congestive heart failure and edema
        d.      Aspirin nullifies safety advantage

3

**KS-000630**

e.   Vioxx causes Alzheimer's
f.   Vioxx increases risk of death
g.   Delays ulcer healing

5.   **Damage Control with Doctors**
a.   Safety concerns hurting sales
b.   Millions spent to "neutralize" safety concerns
c.   Reps trained to mislead physicians
d.   Success defined as deceiving doctors
e.   Misleading promotions to physicians
f.   Publications strategy

6.   **Critics are intimidated/neutralized**
a.   Spy on every doctor who speaks
b.   "Neutralize" or "discredit" those who warn of safety risks

7.   **Negative studies hidden, sabotaged, delayed or concealed**
a.   Alzheimers studies
b.   Epidemiologic studies
c.   Aspirin endosocopy

8.   **FDA manipulation**
a.   Avoid CV warning at any cost
b.   Contentious, hard-line tactics
c.   Threats to "go upstairs"
d.   Financial ties to advisory committee members
e.   Stonewalled FDA info requests

9.   **Regulatory violations and misconduct**
a.   Alzheimer's deaths
b.   Did not change label to disclose risks
c.   Cited for illegal promotion

10.  **Search for safer alternative**
a.   Nitric oxide combination
b.   Combination with anti-platelet agent
c.   NSAIDs plus PPI

11.  **Manipulated Data to Conceal Risks**
a.   Patient data reporting
b.   Meta analysis issues
c.   Event/patient population definitions
d.   Adjudication issues

4

**KS-000631**

12. **Vioxx alibis**
    a.    Class effect
    b.    Risk  only after 18 months
    c.    Arcoxia CV risks
    d.    Other NSAID safety
    studies

13. **Withdrawal**
    a.    APPROVe confirms CV
    Dangers
    b.    VICTOR hidden from
    FDA
    c.    Company deliberation
    d.    Size/nature of drug
    catastrophe
    e.    Congressional/other
    investigations of Merck

D. **Exhibits**

Copies of all exhibits are provided on the trial
hard drive, linked to the theme grid database.

V.    **Witnesses**

A.    **Liability Witnesses**
      *(Merck employees appearing by video)*

        1.    David Anstice
        2.    Susan Baumgartner
        3.    Mary Blake
        4.    Ned Braunstein
        5.    Tom Cannell
        6.    Carolyn Cannuscio
        7.    Martin Carroll
        8.    Laura Demopoulos
        9.    James Dunn
        10.   Raymond Gilmartin
        11.   Jo Jerman
        12.   Peter Kim
        13.   Charlotte McKines
        14.   Edward Scolnick
        15.   Deborah Shapiro
        16.   Robert Silverman

---

**Witness folders will contain:**

1.    Deposition Transcripts
2.    Trial Testimony
3.    Deposition Designations*
      a.    Plaintiff Designation
      b.    Merck Counter-
            Designation
      c.    Objections
      d.    Responses
      e.    Rulings
4.    Reports (where applicable)
5.    All Video**

*Together with Merck Designations,
Plaintiff Counters, Objections, etc.

**Video cuts plus all raw video with
CMS, MDB files.  This will permit
attorneys to play ready made cuts or to
re-cut based on specific issues, or to
reflect new rulings.

---

5

KS-000632

          17.     Jan Weiner

**B.**    **Non-Retained Expert Witnesses**

          1.     Gregory Curfman
          2.     James Fries
          3.     David Graham
          4.     Steve Nissen
          5.     Eric Topol

**C.**    **Expert Witnesses**

          1.     Jerry Avorn
          2.     Egil Fosslein
          3.     Richard Kronmal
          4.     Cornelia Pechmann
          5.     Wayne Ray

## VI.   Cross Examinations

**A.**    **Merck Employee Witnesses**

          1.     Alise Reicin
          2.     Briggs Morrison
          3.     Nancy Santanello
          4.     David Anstice

**B.**    **Merck Experts**

          1.     Janet Arrowsmith-Lowe
          2.     Nicholas Flavahan
          3.     John Gaziano
          4.     John Keaney
          5.     Craig Pratt
          6.     Lisa Rarick
          7.     Barry Rayburn
          8.     David Silver
          9.     Theodore Tyberg

**C.**    **Sales Representative**

**D.**    **Defense Cardiologist**

**E.**    **Treating Cardiologist**

---

**Folder will contain:**

1.     Depositions (w/ exhibits)
2.     Trial testimony (w/ exhibits)
3.     Cross outlines*
4.     Reports (where applicable)

*Outlines for Treating and prescribing physicians will include cross and direct, to cover friendly and hostile witnesses

---

KS-000633

F.      **Prescribing Physician**

## VII.  Responses to Merck Defenses

These modules address common Merck defenses.  They provide strategies for responses, with cites to deposition testimony, liability documents, medical literature, etc.

1.      Defense #1:   "We gave everything to the FDA"

2.      Defense #2:   "FDA could have made us change the label"

3.      Defense #3:   "Class Effect"

4.      Defense #4:   "Fitzgerald hypothesis has been disproved"

5.      Defense #5:   "Naproxen Hypothesis"

6.      Defense #6:   "No Placebo-Controlled Data Before APPROVe"

7.      Defense #7:   "CV outcome study"

8.      Defense #8:   "18-month hypothesis"

9.      Defense #9:   "16,500 NSAID-induced deaths"

10.     Defense #10:  "Legitimate scientific debate"

11.     Defense #11:  "Yellow snowflake in a snowstorm"

12.     Defense #12:  "Off-drug risk"

13.     Defense #13:  "Individual causation- risk factors"

14.     Defense #14:   "Precaution is not a warning"

| Motion folders will contain: | |
|---|---|
| 1. | Motion *(w/ exhibits)* |
| 2. | Opposition *(w/ exhibits)* |
| 3. | Reply |
| 4. | Order |

## VIII.  Motions in Limine

A.      **Merck Motions in Limine**

7

**KS-000634**

1. Marketing and Promotional Material
2. Out-of-State Conduct
3. Non-Probative Medical or Scientific Evidence
4. Assets/Profitability/Compensation of Merck
5. Statements Made at Political Proceedings
6. Other Litigation, Claims or Government Enforcement Proceedings
7. Alleged Misconduct Unrelated to Vioxx
8. Voluntary Withdrawal
9. Post-Injury Label Change
10. Evidence of Interim or Blinded Data
11. Evidence that Trials were Considered but not Done/or Inadequate
12. Letters to the Editor or Nonscientific Articles
13. Preemption
14. Evidence re: Sales Representatives Unconnected to Case
15. Memorandum of Invention
16. Number or Attorneys Representing Merck
17. Liability Insurance
18. Evidence that Vioxx Causes Unrelated Medical Conditions
19. FDA Warning Letters
20. Estimates of David Graham
21. Unethical Behavior Relating to Clinical Trials
22. Adverse Events
23. Changes Made to Merck Manual
24. Hearsay Statements Made by FDA Employees
25. Testimony of Eric Topol

**B.    Plaintiff Motions in Limine**

1. 18 month theory
2. April 2005 memo
3. Personal Use of Vioxx
4. Good Acts of the Company
5. Merck Could Not Change Label Without FDA Approval
6. Prior Drug Use by Plaintiff
7. Evidence that Plaintiff Refused Medical Care
8. Reference to LAD as Widowmaker
9. Estimates of NSAID Gastropathy
10. Opinion Evidence by Fact Witnesses
11. Omnibus Motion in Limine
12. Class Effect

| Folder will contain: |
| --- |
| 1.   Outline (w/ exhibits) |
| 2.   Sample testimony, direct and cross |

8

IX.   **Direct Examinations**

    A.    Expert Cardiologist

    B.    Plaintiff

X.   **Prior Trial References**

    A.    Openings
          *(By trial, with relevant exhibits and demonstratives)*

    B.    Closings
          *(By trial, with relevant exhibits and demonstratives)*

    C.    Demonstratives and Animations

        1.    MDL Animations

        2.    Demonstratives

        3.    PowerPoint Presentations

        4.    Vioxx Television Commercials

    D.    Verdict Forms in Prior Trials
          *(By trial, with relevant transcripts and orders)*

    E.    Post Trial Motions in Prior Trials
          *(By topic/title, with orders and relevant transcripts)*

    F.    Briefs filed in Prior Trials

        1.    Trial Briefs

        2.    Punitive Damages Briefs

    G.    Exhibit Lists in Prior Trials
          *(By trial)*

    H.    Transcripts from Prior Trials
          *(By trial)*

    I.    Punitive Damages Proffer

**KS-000636**

1.    **Outline**

2.    **Exhibits**

3.    **Deposition Testimony**
      (*w/ video cuts*)

      a)    Liability

      b)    Expert Testimony

XI.  **Stroke Materials**

A.   **Science Compendium**

B.   **Stroke Medical & Scientific Literature**

C.   **Stroke Specific Liability Documents**

D.   **Hypertension Memo & Supporting Documents**

E.   **Expert Reports on Generic Causation**

XII.  **Background Material**

A.   **Material for expert witnesses**

B.   **Complete CSRs**

C.   **Medical Literature**

D.   **Vioxx Label Memorandum**

XIII. **Additional Information**

A.   **All Witnesses**

B.   **Order of Proof & Witness Lists**

C.   **Jury Instructions**

D.   **Focus Groups**

**KS-000637**

E.    Additional Motions

KS-000638

## VIOXX LOUISISANA ATTORNEY GENERAL TRIAL PACKAGE

- Selection of Index

MDL-1657 State of La v. Merck EDLA No.05-3700

(1)    I. LA AG Vioxx Trial Package Introduction
       I. LA AG Vioxx Trial Package Introduction/Vioxx Index
(02)   II. Case Presentation
       II. Case Presentation/A. Complaint
       II. Case Presentation/B. Exhibit database
       II. Case Presentation/B. Exhibit database/Exhibits
       II. Case Presentation/B. Exhibit database/Exhibits/Merck
       II. Case Presentation/B. Exhibit database/Exhibits/Plaintiff - LA AG
       II. Case Presentation/C. LAAG Trial Transcripts
       II. Case Presentation/C. LAAG Trial Transcripts/Day 1-8
       II. Case Presentation/D. Judge Order & Reasons
(03)   III. Trial Witnesses
       III. Trial Witnesses/1. Plaintiff LAAG Case-in-Chief
       III. Trial Witnesses/1. Plaintiff LAAG Case-in-Chief/A. Fact Witnesses
       III. Trial Witnesses/1. Plaintiff LAAG Case-in-Chief/A. Fact Witnesses/Hood, David
       III. Trial Witnesses/1. Plaintiff LAAG Case-in-Chief/A. Fact Witnesses/Hood, David/Affidavit
       III. Trial Witnesses/1. Plaintiff LAAG Case-in-Chief/A. Fact Witnesses/Hood, David/Deposition Designation
       III. Trial Witnesses/1. Plaintiff LAAG Case-in-Chief/A. Fact Witnesses/Hood, David/Deposition Transcripts
       III. Trial Witnesses/1. Plaintiff LAAG Case-in-Chief/B. Expert Witnesses
       III. Trial Witnesses/1. Plaintiff LAAG Case-in-Chief/B. Expert Witnesses/Abramson, John David (M.D.)
       III. Trial Witnesses/1. Plaintiff LAAG Case-in-Chief/B. Expert Witnesses/Abramson, John David (M.D.)/Deposition Transcripts
       III. Trial Witnesses/1. Plaintiff LAAG Case-in-Chief/B. Expert Witnesses/Abramson, John David (M.D.)/Expert Challenges
       III. Trial Witnesses/1. Plaintiff LAAG Case-in-Chief/B. Expert Witnesses/Abramson, John David (M.D.)/Expert Report
       III. Trial Witnesses/1. Plaintiff LAAG Case-in-Chief/B. Expert Witnesses/Graham, David Y. (M.D.)
       III. Trial Witnesses/1. Plaintiff LAAG Case-in-Chief/B. Expert Witnesses/Kessler, David (M.D.)
       III. Trial Witnesses/1. Plaintiff LAAG Case-in-Chief/B. Expert Witnesses/MacGregor, John S. (M.D.)
       III. Trial Witnesses/2. Defendant Merck Case

**KS-0Q0639**

III. Trial Witnesses/2. Defendant Merck Case/A. Merck Fact Witnesses

III. Trial Witnesses/2. Defendant Merck Case/A. Merck Fact Witnesses/Bearden, Ben

III. Trial Witnesses/2. Defendant Merck Case/A. Merck Fact Witnesses/Bearden, Ben/Deposition Designation

III. Trial Witnesses/2. Defendant Merck Case/A. Merck Fact Witnesses/Bearden, Ben/Deposition Transcripts

III. Trial Witnesses/2. Defendant Merck Case/A. Merck Fact Witnesses/Castille, Charles F.

III. Trial Witnesses/2. Defendant Merck Case/A. Merck Fact Witnesses/Taylor, Valerie

III. Trial Witnesses/2. Defendant Merck Case/A. Merck Fact Witnesses/Terrebonne, Mary Julie

III. Trial Witnesses/2. Defendant Merck Case/B. Merck Expert Witnesses

III. Trial Witnesses/2. Defendant Merck Case/B. Merck Expert Witnesses/Eisworth, Clement C. Jr. (M.D.)

III. Trial Witnesses/2. Defendant Merck Case/B. Merck Expert Witnesses/Eisworth, Clement C. Jr. (M.D.)/Deposition Transcripts

III. Trial Witnesses/2. Defendant Merck Case/B. Merck Expert Witnesses/Eisworth, Clement C. Jr. (M.D.)/Expert Challenges

III. Trial Witnesses/2. Defendant Merck Case/B. Merck Expert Witnesses/Eisworth, Clement C. Jr. (M.D.)/Expert Report

III. Trial Witnesses/2. Defendant Merck Case/B. Merck Expert Witnesses/Parnell, Melvin L. Jr (M.D.)

III. Trial Witnesses/2. Defendant Merck Case/B. Merck Expert Witnesses/Rarick, Lisa D. (M.D.)

III. Trial Witnesses/2. Defendant Merck Case/B. Merck Expert Witnesses/Sales, David J. (M.D.)

III. Trial Witnesses/2. Defendant Merck Case/B. Merck Expert Witnesses/Wells, Jerry F. (R.Ph.)

III. Trial Witnesses/2. Defendant Merck Case/B. Merck Expert Witnesses/Wiggins, Steven N.

(04)   IV. Motions in Limine

IV. Motions in Limine/A. Orders

IV. Motions in Limine/B. Merck Motions in Limine

IV. Motions in Limine/B. Merck Motions in Limine/1. Mrk Mtn Limine No. 1-exclude evidence criticizing FDA

IV. Motions in Limine/B. Merck Motions in Limine/1. Mrk Mtn Limine No. 1-exclude evidence criticizing FDA/Merck

IV. Motions in Limine/B. Merck Motions in Limine/1. Mrk Mtn Limine No. 1-exclude evidence criticizing FDA/Plaintiff

IV. Motions in Limine/B. Merck Motions in Limine/2.Mrk Mtn Limine No. 2-exclude evidence re hypothetical scenarios

IV. Motions in Limine/B. Merck Motions in Limine/3.Mrk Mtn Limine No. 3-exclude unrelated marketing materials

IV. Motions in Limine/B. Merck Motions in Limine/4.Mrk Mtn Limine No. 4-exclude evidence of MRK attempt to persuade LA officials

IV. Motions in Limine/B. Merck Motions in Limine/5. Mrk Mtn Limine No. 5-exclude testimony re change vioxx label prior to 2002

IV. Motions in Limine/B. Merck Motions in Limine/6.Mrk Mtn Limine No. 6-exclude alleged MRK conduct with no nexus

IV. Motions in Limine/B. Merck Motions in Limine/7. Mrk Mtn Limine No. 7-exclude Fries letter

IV. Motions in Limine/B. Merck Motions in Limine/8.Mrk Mtn Limine No. 8-exclude profit motive

IV. Motions in Limine/B. Merck Motions in Limine/9.Mrk Mtn Limine No. 9-exclude reference to post-marketing AE reports

IV. Motions in Limine/B. Merck Motions in Limine/10.Mrk Mtn Limine No. 10-exclude excess events calculation

IV. Motions in Limine/B. Merck Motions in Limine/11.Mrk Mtn Limine No. 11-exclude evidence Alzheimer trials

IV. Motions in Limine/B. Merck Motions in Limine/12.Mrk Mtn Limine No. 12-exclude testimony of Nicholas Jewell

IV. Motions in Limine/B. Merck Motions in Limine/13.Mrk Mtn Limine No. 13-exclude evidence Merck Misled FDA

IV. Motions in Limine/B. Merck Motions in Limine/14.Mrk Mtn Limine No. 14-exclude Waxman memo

IV. Motions in Limine/B. Merck Motions in Limine/15.MRK Omnibus Motion in Limine-exclude testimony raised by prior mtn

IV. Motions in Limine/C. Plaintiffs Motion in Limine

IV. Motions in Limine/C. Plaintiffs Motion in Limine/PL Mtn Limine No. 2, 12, and 17

IV. Motions in Limine/C. Plaintiffs Motion in Limine/PL Mtn Limine No. 2, 12, and 17/Merck

IV. Motions in Limine/C. Plaintiffs Motion in Limine/PL Mtn Limine No. 2, 12, and 17/Plaintiff

IV. Motions in Limine/C. Plaintiffs Motion in Limine/PL Omnibus Motion in Limine

(05)   V. Additional Information

V. Additional Information/A. All Witnesses[1]

V. Additional Information/A. All Witnesses/Anstice, David (MDL witness)

V. Additional Information/A. All Witnesses/Anstice, David (MDL witness)/Deposition Designation

---

[1] Some file folders for the MDL witnesses may vary but will typically include deposition designations, expert challenges, trial testimony, video and reports from Barnett Trial as well as those files generated for the LAAG Trial.

V. Additional Information/A. All Witnesses/Anstice, David (MDL witness)/Deposition Designation/Barnett Trial

V. Additional Information/A. All Witnesses/Anstice, David (MDL witness)/Deposition Designation/Plaintiff

V. Additional Information/A. All Witnesses/Anstice, David (MDL witness)/Deposition Transcripts

V. Additional Information/A. All Witnesses/Anstice, David (MDL witness)/Trial Testimony/Barnett Trial

V. Additional Information/A. All Witnesses/Anstice, David (MDL witness)/Video

V. Additional Information/A. All Witnesses/Avorn, Jerry (M.D.) (MDL witness)

V. Additional Information/A. All Witnesses/Baumgartner, Susan (MDL witness)

V. Additional Information/A. All Witnesses/Biglane, Gina C. (Pharm.D)

V. Additional Information/A. All Witnesses/Blake, Mary Elizabeth (MDL witness)

V. Additional Information/A. All Witnesses/Cannel, Tom (MDL witness)

V. Additional Information/A. All Witnesses/Curtis, David L. (M.D.)

V. Additional Information/A. All Witnesses/Davis, Michael E.

V. Additional Information/A. All Witnesses/Edwards, Kerry I.

V. Additional Information/A. All Witnesses/Epstein, Stephen (M.D.) (MDL witness)

V. Additional Information/A. All Witnesses/Fevurly, John

V. Additional Information/A. All Witnesses/Gilmartin, Raymond (MDL witness)

V. Additional Information/A. All Witnesses/Goldberg, Allan I. (M.D.)

V. Additional Information/A. All Witnesses/Harris, Jeffrey E. (M.D., P.hd)

V. Additional Information/A. All Witnesses/Julie, Neil (M.D.)

V. Additional Information/A. All Witnesses/Kaiser, Fran (M.D.)

V. Additional Information/A. All Witnesses/Kronmal, Richard (Biostatistician) (MDL witness)

V. Additional Information/A. All Witnesses/Laine, Loren (M.D.)

V. Additional Information/A. All Witnesses/Lambert, Warren J.

V. Additional Information/A. All Witnesses/Leach, Terry (Pharm.D)

V. Additional Information/A. All Witnesses/Lee, Terri

V. Additional Information/A. All Witnesses/Lepore, Wendy S.

V. Additional Information/A. All Witnesses/Morrison, Briggs (MDL witness)

V. Additional Information/A. All Witnesses/Nies, Alan S. (M.D.) (MDL witness)

V. Additional Information/A. All Witnesses/Ogle, Mary

V. Additional Information/A. All Witnesses/Pechmann, Cornelia (Ph.D) (MDL witness)

V. Additional Information/A. All Witnesses/Reicin, Alise (MDL witness)

V. Additional Information/A. All Witnesses/Scolnick, Edward (M.D.) (MDL witness)

V. Additional Information/A. All Witnesses/Shearer, Stephen W.

V. Additional Information/A. All Witnesses/Silvers, David R. (M.D.)

V. Additional Information/A. All Witnesses/Turner, Holly Jacques

V. Additional Information/A. All Witnesses/Weiner, Jan (MDL witness)

V. Additional Information/A. All Witnesses/Welch, Douglas

V. Additional Information/A. All Witnesses/Wendt, Melwyn (Pharm.D)

V. Additional Information/B. Additional Transcripts

V. Additional Information/B. Additional Transcripts/Merck TX Transcripts

V. Additional Information/B. Additional Transcripts/Merck TX Transcripts/Charles R. Grezlak TX Depo

V. Additional Information/B. Additional Transcripts/Merck TX Transcripts/Dechert Production 11.18.09

V. Additional Information/B. Additional Transcripts/Merck TX Transcripts/Fran E. Kaiser (M.D) TX Depo

V. Additional Information/B. Additional Transcripts/Merck TX Transcripts/Holly Jacques Turner TX Depo

V. Additional Information/B. Additional Transcripts/Merck TX Transcripts/Jeffrey M. Melin (M.D) TX Depo

V. Additional Information/B. Additional Transcripts/Merck TX Transcripts/John Fevurly TX Depo

V. Additional Information/B. Additional Transcripts/Merck TX Transcripts/Lepore TX Depo

V. Additional Information/B. Additional Transcripts/Merck TX Transcripts/Michael Davis TX

V. Additional Information/B. Additional Transcripts/Merck TX Transcripts/Michael J. Kelly TX Depo

V. Additional Information/B. Additional Transcripts/Merck TX Transcripts/Terri Lee TX Depo

V. Additional Information/B. Additional Transcripts/Merck TX Transcripts/TX Exhibits.xls

V. Additional Information/B. Additional Transcripts/Merck TX Transcripts/TX List of Transcripts.xlsm

V. Additional Information/B. Additional Transcripts/Merck TX Transcripts/TX Transcripts.xls

V. Additional Information/C. Pre Trial Order & Witness List

V. Additional Information/C. Pre Trial Order & Witness List/Merck

V. Additional Information/C. Pre Trial Order & Witness List/Plaintiff

V. Additional Information/C. Pre Trial Order & Witness List/Pre-Trial Order

V. Additional Information/D. Additional Motions

V. Additional Information/D. Additional Motions/Daubert Motions-Exclude Testimony

V. Additional Information/D. Additional Motions/Daubert Motions-Exclude Testimony/1. Orders

V. Additional Information/D. Additional Motions/Daubert Motions-Exclude Testimony/Merck Motions

KS-000643

V. Additional Information/D. Additional Motions/Daubert Motions-Exclude Testimony/Merck Motions/Mtn to exclude testimony of Dr. Cornelia Pechmann

V. Additional Information/D. Additional Motions/Daubert Motions-Exclude Testimony/Merck Motions/Mtn to exclude testimony of Dr. Jerry Avorn

V. Additional Information/D. Additional Motions/Daubert Motions-Exclude Testimony/Merck Motions/Mtn to exclude testimony of Dr. Neil Julie

V. Additional Information/D. Additional Motions/Daubert Motions-Exclude Testimony/Merck Motions/Mtn to exclude testimony of Jeffrey Harris

V. Additional Information/D. Additional Motions/Daubert Motions-Exclude Testimony/Merck Motions/Mtn to exclude testimony of Richard Kronmal

V. Additional Information/D. Additional Motions/Daubert Motions-Exclude Testimony/Merck Motions/Mtn to exclude testimony of Terry Leach

V. Additional Information/D. Additional Motions/Daubert Motions-Exclude Testimony/Plaintiff motions

V. Additional Information/D. Additional Motions/Daubert Motions-Exclude Testimony/Plaintiff motions/Mtn to exclude certain opinion testimony of MRK experts

V. Additional Information/D. Additional Motions/Daubert Motions-Exclude Testimony/Plaintiff motions/Mtn to exclude certain testimony of MRK experts re personal experience

V. Additional Information/D. Additional Motions/Motion for Reconsideration of SMJ Ruling

V. Additional Information/D. Additional Motions/Motion for Reconsideration of SMJ Ruling/Merck

V. Additional Information/D. Additional Motions/Motion for Reconsideration of SMJ Ruling/Order

V. Additional Information/D. Additional Motions/Motion for Reconsideration of SMJ Ruling/Plaintiff

V. Additional Information/D. Additional Motions/Motion to Compel

V. Additional Information/D. Additional Motions/Motion to Compel/Merck Motions

V. Additional Information/D. Additional Motions/Motion to Compel/Plaintiffs Motions

V. Additional Information/D. Additional Motions/Motion to consolidate

V. Additional Information/D. Additional Motions/Motion to Dismiss

V. Additional Information/D. Additional Motions/Motion to Quash

V. Additional Information/D. Additional Motions/Motion to Quash/Merck mtn quash subpoena on Drug Research Services

V. Additional Information/D. Additional Motions/Motion to Remand

V. Additional Information/D. Additional Motions/Motion to Strike

V. Additional Information/D. Additional Motions/Motions for summary judgment

V. Additional Information/D. Additional Motions/Motions for summary judgment/Merck

KS-000644

V. Additional Information/D. Additional Motions/Motions for summary judgment/Plaintiff

V. Additional Information/D. Additional Motions/Parties Deposition Designations

V. Additional Information/D. Additional Motions/Parties Deposition Designations/Merck Designations

V. Additional Information/D. Additional Motions/Parties Deposition Designations/Merck Objections

V. Additional Information/D. Additional Motions/Parties Deposition Designations/Plaintiff Designations

V. Additional Information/D. Additional Motions/Parties Deposition Designations/Plaintiff Objections

V. Additional Information/D. Additional Motions/Parties Deposition Designations/Rulings

V. Additional Information/D. Additional Motions/Post Trial Motions

V. Additional Information/D. Additional Motions/Post Trial Motions/Merck Rule 52c Motion for Judgment on Partial Findings

V. Additional Information/D. Additional Motions/Post Trial Motions/Merck Rule 52c Motion for Judgment on Partial Findings/Merck

V. Additional Information/D. Additional Motions/Post Trial Motions/Merck Rule 52c Motion for Judgment on Partial Findings/Plaintiff

V. Additional Information/D. Additional Motions/Post Trial Motions/Proposed Findings of Fact

V. Additional Information/D. Additional Motions/Post Trial Motions/Proposed Findings of Fact/Merck

V. Additional Information/D. Additional Motions/Post Trial Motions/Proposed Findings of Fact/Plaintiff

KS-090645

Exhibit "59"

1                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA

2

3   **************************************************************

4  IN RE:  VIOXX PRODUCTS             MDL No. 1657
  LIABILITY LITIGATION            Section: "L"

5                              New Orleans, Louisiana
                              Thursday, January 6, 2011

6

7   **************************************************************

8    TRANSCRIPT OF MONTHLY STATUS CONFERENCE PROCEEDINGS AND MOTIONS
       HEARD BEFORE THE HONORABLE ELDON E. FALLON

9              UNITED STATES DISTRICT JUDGE

10

11  APPEARANCES:

12  FOR THE PLAINTIFFS
   LIAISON COMMITTEE:          HERMAN, HERMAN, KATZ & COTLAR

13                      BY:  RUSS HERMAN, ESQ.
                          LEONARD A. DAVIS, ESQ.

14                      820 O'Keefe Avenue
                      New Orleans, LA 70113

15

16                      BEASLEY, ALLEN, CROW,
                      METHVIN, PORTIS & MILES

17                      BY:  ANDY D. BIRCHFIELD, JR., ESQ.
                      218 Commerce St.

18                      Montgomery, AL 36104

19  FOR THE STATE LIAISON
   COMMITTEE:                 BARRIOS, KINGSDORF & CASTEIX

20                      BY:  DAWN M. BARRIOS, ESQ.
                      701 Poydras Street, Suite 3650

21                      One Shell Square
                      New Orleans, LA 70139

22

23  FOR THE DEFENDANTS
   LIAISON COMMITTEE:          WILLIAMS & CONNOLLY

24                      BY:  DOUGLAS R. MARVIN, ESQ.
                      725 12th Street, N.W.

25                      Washington, D.C. 20005

KS-000646

```
 1                                    SKADDEN
                                      BY:  JOHN H. BEISNER, ESQ.
 2                                         GEOFFREY M. WYATT, ESQ.
                                      1440 New York Avenue, N.W.
 3                                    Washington, D.C. 20005

 4
         CURATOR FOR PRO SE
 5       PLAINTIFFS:                  LAW OFFICE OF ROBERT M. JOHNSTON
                                      BY:  ROBERT M. JOHNSTON, ESQ.
 6                                    400 Poydras Street, Suite 2450
                                      New Orleans, LA 70130
 7

 8       SPECIAL MASTER:              PATRICK A. JUNEAU, ESQ.
                                      1018 Harding St., Suite 202
 9                                    Lafayette, LA 70503

10
         FOR VARIOUS PLAINTIFFS:      OLDFATHER LAW FIRM
11                                    BY:  ANN B. OLDFATHER, ESQ.
                                      1330 South Third Street
12                                    Louisville, Kentucky 40208

13

14                                    LEIFF CABRASER HEIMANN & BERNSTEIN
                                      BY:  ELIZABETH CABRASER, ESQ.
15                                    Embarcadero Center West
                                      275 Battery Street, Suite 3000
16                                    San Francisco, CA 94111-3339

17

18

19       Official Court Reporter:    Karen A. Ibos, CCR, RPR, CRR
                                      500 Poydras Street, Room HB-406
20                                    New Orleans, Louisiana 70130
                                      (504) 589-7776
21

22

             Proceedings recorded by mechanical stenography, transcript
23       produced by computer.

24

25
```

KS-000647

```
1                      P R O C E E D I N G S
2                   (THURSDAY, JANUARY 6, 2011)
3              (MONTHLY STATUS CONFERENCE AND MOTIONS)
4
5       (OPEN COURT.)
6             THE COURT:  Good morning, ladies and gentlemen.  Call the
7       case, please.
8             THE DEPUTY CLERK:  MDL-1657, in re:  Vioxx.
9             THE COURT:  Counsel, make your appearance for the record,
10      please.
11            MR. MARVIN:  Your Honor, Douglas Marvin for Merck.
12            MR. HERMAN:  May it please the court, good morning, Judge
13      Fallon, Russ Herman for plaintiffs.  And take the opportunity to
14      wish your staff a happy and a healthy new year.
15            THE COURT:  Okay.  We're here today for our monthly
16      status conference.  As you know, we set these matters in advance
17      and I meet with liaison and lead counsel for the parties and the
18      committees prior to the meeting to discuss the agenda with them.
19      I've received an agenda, I've added some matters to it, I'll take
20      the agenda in the order.
21            First the Settlement Program, anything on that?
22            MR. BIRCHFIELD:  Nothing, your Honor, except for the fact
23      that all of the claimants have been paid out, all of those awards
24      have been determined.  There are just a handful of cases where
25      there are state issues involved before they can receive their final
```

KS-000648

1    payment, and Mr. Marvin and I hope to have all of those finalized

2    within the next 60 days.

3          THE COURT:  I think that's important.  I would like to

4    see all of the claimants paid.  We've gotten 30 or 40,000 people

5    who have been paid, let's get everybody paid, and then we'll focus

6    on some of the matters that have not resolved.

7          The Lien Administrator, anything from the lien

8    administrator?

9          MR. HERMAN:  Nothing new, your Honor.

10         THE COURT:  Special Master, any report from the special

11    master?

12         MR. JUNEAU:  Nothing new, your Honor, other than to tell

13    you there are just a few very small items pending that I am working

14    with Mr. Garretson on that has to do with a few disputes and very,

15    very limited in that regard, but we've already established a

16    process and that will be rapidly handled.

17         Other than that, your Honor, as the court is aware, my

18    activities really shifted into the, involved with the pending

19    attorney general matters, which is on really a separate track from

20    what we're dealing with here today.  Thank you.

21         THE COURT:  Right.  I'll discuss those in another part of

22    the agenda.

23         Any Class Actions?

24         MR. HERMAN:  Your Honor, there's nothing new.

25         THE COURT:  State and Federal Coordination, Dawn.

KS-000649

1          MS. BARRIOS:  Thank you, your Honor.  Good morning, Dawn

2     Barrios for the State Liaison Committee.  We are current now

3     through the December 9th, 2010, transfer order.  We continue to

4     update the database and clean it up.  We're very happy to have

5     Dorothy Wimberly's cooperation, because 244 cases with pending

6     remands -- I'm sorry, 220 cases with pending remands have been

7     dismissed since our last status conference, so it brings us down to

8     only 425 plaintiffs with open remands.  And there is one case on

9     the docket where all of the plaintiffs have been terminated but

10    it's still open on PACER, and as I usually do, I would like to

11    present that to your law clerk so that can be terminated as well.

12    Thank you, your Honor.

13          THE COURT:  All right.  Thank you.

14          Pro se, Bob, anything from that?

15          MR. HERMAN:  Mr. Johnston is here.

16          MR. JOHNSTON:  Yes, I am.

17          MR. HERMAN:  And I should say, gentleman Bob Johnston in

18    *True Grit* fashion is here.

19          MR. JOHNSTON:  Your Honor, Bob Johnston, curator.  I

20    really have nothing to report other than the fact that we are down

21    to fumes, meaning that we have extremely limited calls.  A few of

22    the individuals that continue have very, very little business, and

23    I think it's consistent with where the whole process is and we feel

24    very good about where it is.

25          THE COURT:  Well, fine.  I appreciate your work on this

KS-000650

6

```
 1   matter.
 2           In matters of this sort, as I mentioned several times, we
 3   have individuals who need the services that they need to talk with
 4   somebody to understand the program and they don't have lawyers, and
 5   so in that situation I've appointed a pro se lawyer to be of
 6   assistance to those individuals.  And they have been calling him
 7   over the years and he's been giving assistance to them, and I think
 8   that that's a part of the program that we try to accommodate to
 9   people who do not want lawyers, do not have lawyers, maybe do not
10   need lawyers but they need someone to talk to to understand the
11   full import of the program.
12           And, Bob, you've done a great service and I appreciate
13   your work.
14           MR. JOHNSTON:  Thank you, your Honor, thank you.
15           THE COURT:  Governmental Actions, anything on that?
16           MR. HERMAN:  Please the court, I believe that John
17   Beisner will report for Merck and Dawn Barrios, who is coordinating
18   for the MDL with the AG's.
19           MS. BARRIOS:  Thank you, Mr. Herman.  Your Honor, if you
20   don't mind if we could put this off to ten o'clock because the
21   attorney generals, we're going to have a call in conference at ten
22   o'clock.
23           THE COURT:  I have a special conference, we have a number
24   of people on the phone, but at 10:30 we are going to meet with all
25   of the attorney generals.  We have about 15 or 16 states
```

KS-000651

1   represented by the attorney generals who have claims and we've been

2   dealing with those separately.  We've put those off for a part, for

3   a time until we dealt with some of the other claims, but now we're

4   focussing on these actions and there is some interest and also some

5   activity, so I'll be interested in hearing from them.

6           Pending Personal Injury Cases.

7           MR. HERMAN:  Mr. Marvin is here to address for Merck and

8   I believe Ms. Oldfather is here with regard to her activities.

9           MR. MARVIN:  Your Honor, we have 185 cases that still

10  remain in the MDL that are personal injury cases.  Those are

11  divided between the PTO 28 cases, the cases that were either

12  eligible and chose not to enroll or were ineligible; PTO 29 cases

13  that were filed after the settlement; and third are the cases that

14  went through the program and failed the gates, we refer to those as

15  the PTO 43 or the FES cases.

16          Your Honor, each of these cases, the injuries occurred a

17  number of years ago and we would like to begin moving on those

18  cases so that evidence is not lost and in fairness to the parties

19  as well to have the cases move along.  There are a number of issues

20  that we are going to be talking to both the PSC as well as to

21  Ms. Oldfather so that this can proceed.  Those issues include a

22  schedule for case specific discovery and expert schedule, at least

23  for categories of cases, and lifting the stay on discovery in the

24  FES cases and the PTO 43 cases and the PTO 29 cases.

25          So we are going to be having those discussions, and we

KS-000652

8

1    would like to be able to report back to the court where we are on

2    those in the next 10 to 14 days.

3              THE COURT:  Okay.  Ann, do you have any input?

4              MS. OLDFATHER:  Yes, your Honor, just for the benefit for

5    anyone who is listening on the phone who is interested in this

6    group of cases.  Mr. Marvin is correct, the number of remaining

7    cases is comprised between those three PTO's, 28, 29 and 43.  There

8    is some confusion because those group of cases are divided

9    currently under PTO 56 between myself as liaison and lead for some,

10   and Mr. Birchfield and the PSC as liaison and lead for others.  So

11   we receive a number of calls of people that don't know who they

12   should be talking to, I'm sure Mr. Birchfield does, too, but we

13   will help anyone that calls us.

14             So let me just say that we are going to be working with

15   Merck to try to figure out how to get these cases concluded.  There

16   are a number of attorneys who are anxious to have their cases

17   remanded to their home court.  I would encourage anyone listening

18   who has a concern about remand to contact me so I can gather all of

19   that information.

20             And, your Honor, I don't you really know how Ms. Barrios

21   has 425 current remands and we only have 185 PI cases, but there

22   must be an answer in there some place; and I am going to work with

23   her and ask -- she is very helpful and always giving me data I ask

24   for -- and try to get this altogether in one package for your Honor

25   so that we can present you with the issues about moving these to

KS-000653

9

1   conclusion.

2           THE COURT:   Right.   From the big picture standpoint,

3   we've started out with about 50,000 claims and we got the case on

4   February 16th, 2005, and started trying the cases in 2006.   We've

5   tried six of them in federal courts and about 15 or so in state

6   courts, and thereafter the parties were able to get a view of the

7   big picture and to try to look at the matter and see whether or not

8   it could be globally resolved.

9           A global settlement program was instituted and a

10  settlement reached about three years after the case was MDL'd, and

11  then the settlement program has now resolved all but maybe seven

12  cases.   The people of the 50,000 have gotten their funds with the

13  exception of seven or eight.   As I say, about 200 cases either

14  didn't fall into the settlement program or chose not to partake of

15  the settlement program, and so we now have to focus on those cases,

16  those several hundred cases.

17          My thinking on that is that, and I've asked the parties

18  to look at them, see what common discovery is still necessary while

19  the MDL has it; and if we can do any common discovery, now is the

20  time to move on them.   When we finish with some common discovery,

21  then we ought to figure out how we go about trying the cases.   If

22  we can group them and take one case from each group, that might be

23  helpful; or perhaps because of the age of the case, we might have

24  to go in the first case filed type of priority, if that case falls

25  in a group maybe that case ought to go to the front of the group so

KS-000654

1  we can try that case.

2       With regard to trials, I'd be interested in input from

3  counsel as to where we try the cases, whether we try them in New

4  Orleans or other places.  If we remand them or send them back to

5  their federal courts in other states, I'd be interested in

6  counsel's input as to whether or not this court ought to go to

7  those other states and try the cases.

8       I can do that, I've checked with the Administrative

9  Office and the committees of the federal judiciary that make inter

10  circuit assignments and it's doable, I will need about two or three

11  weeks to get the paperwork taken care of, but I can go back to

12  those states and try the case if necessary.  I sort of hesitate to

13  send them to a judge who has not had any interest in this case or

14  experience in the case up until now, and it may not be fair to that

15  judge.  But I would be interested in input from counsel on that to

16  make that determination.  But those are some of the issues that we

17  need to focus on.

18       MS. OLDFATHER:  It certainly gives us a lot to focus on

19  between now and the next status conference, your Honor, and we will

20  be working on those points.

21       THE COURT:  Okay.  Thank you, ma'am, appreciate your

22  work.

23       MR. HERMAN:  May it please the court, with regard to

24  future trials, the depository stays open, supplemented from time to

25  time, the trial package was recently supplemented by Mr. Arbitblit

KS-000655

1   of Elizabeth Cabraser's firm and Jim Dugan and others with

2   materials from the Louisiana trial.

3            In the event that there are trials here, Mr. Meunier and

4   myself will be available to any out-of-state lawyers who are trying

5   plaintiff cases in the event that they want information about jury

6   venire, et cetera.

7            For the benefit of both, of all potential litigants,

8   Chief Judge Sarah Vance has published in the last two weeks some

9   amendments to the local rules.  Particularly you need to look at

10  the discovery amendments and also those amendments dealing with

11  jury selection and jury contact.

12           Those are the only comments that I have to make regarding

13  the trial issues, your Honor.

14           THE COURT:  Fine.  The trial package in this case has

15  been very helpful.  One of the things that an MDL can do, and we've

16  tried to do in this particular case, is not only to try the case

17  but also to try to prepare a package, so to speak, for lawyers who

18  are interested in trying their cases in another jurisdiction or

19  even in this jurisdiction but not have to pull in all of the

20  witnesses.

21           As I mentioned, we tried six cases here, they were

22  bellwether cases but they were very expensive cases to try.  Each

23  case the plaintiffs spent between a million and $2 million.  The

24  defendants spent between two and $3 million in each case.  Not

25  lawyer fees, just court costs.  Now, obviously if somebody wants to

**KS-000656**

1 try to a case, they don't want to try a case and put it on for $1

2 million; particularly if the case is worth 400,000 or 500,000, it

3 doesn't make sense. And so what we've tried to do is to have a

4 package prepared so that that lawyer would be able to put the

5 package, which is a video presentation of a lot of the general

6 witnesses, instead of calling these high powered witnesses on their

7 own ticket, so to speak.

8      So they have a large portion of the case already

9 prepared, already in the can, and they put that on and then garnish

10 it with some of the witnesses that are germane and significant for

11 their particular case. Hopefully in that way they can try a case

12 for less amount and get the same benefit that was achieved.

13      The next item on the agenda is the Fee Allocation

14 Committee.

15      MR. HERMAN: Your Honor, you may want to address for the

16 court and those on the phone the directives that you gave the

17 committee, and then Mr. Birchfield will speak as secretary of the

18 committee.

19      THE COURT: In this matter I've tried to encourage anyone

20 who was interested in working on the case whether or not they were

21 on the committee that I established. I picked 12 people on the

22 committee, Steering Committee, Plaintiff Steering Committee, and

23 empowered them with the responsibility of organizing this case.

24 They've done a great job on it, but I wanted anybody who was

25 interested in participating, in working on the case outside of the

KS-000657

1  committee, if they were interested they could participate.  If they

2  were interested, they could work on the case.

3         And I instructed the committee to make that available to

4  them, create subcommittees, give everybody who was interested in

5  working an opportunity to work on the case.

6         Now, you need direction.  I can't have 1,000 lawyers --

7  and that's what we had in this case, 1,000 plaintiff lawyers -- I

8  couldn't have 1,000 plaintiff lawyers going off on their own and

9  doing work that was not coordinated.  So I expected anyone who was

10 interested in working on the case to be able to do so, but I

11 expected that person to coordinate their work effort through the

12 committee.

13        I also expected that individual, as well as the committee

14 members, to report to the CPA all of the expenses that they

15 incurred in their work and all of the time and effort that they put

16 in in their work, and I appointed this CPA to be the CPA for the

17 court for this litigation.  One of my first appointments was this

18 CPA.  I received throughout the period of time a monthly report

19 from that individual, which I put in camera because it was the work

20 effort of one side of the case.  I didn't want to expose that work

21 effort to the world at that time.

22        But monthly I received from that individual a report of

23 who was doing the work, what type of work they were doing, how many

24 hours they were working and so forth.  So I have all of that

25 information.

KS-000658

1          And then I asked anyone who was interested in making a

2   fee application to make a fee application.  I received over 100 fee

3   applications from individuals who indicated that they had worked on

4   the case.

5          I focused on the case first from the "big pie" as to how

6   much ought to be established for a fee, and I set the fee at 32

7   percent.  That was the fee regardless of the contracts because I

8   had cases from 50 states and some states had restrictions, other

9   states didn't have restrictions; the fees for contracts ranged from

10  50 percent down to about 25 percent.  It seemed to me that it ought

11  to be uniform.  One purpose of the MDL is to have some uniformity.

12  It's helpful to the litigants, it's helpful to the lawyers, but

13  there ought to be some uniformity I felt in the fee also.  So I

14  established a uniform fee of 32 percent.

15         From that 32 percent, I then tried to determine how much

16  was for common benefit and it would come out of that 32 percent.  I

17  heard from the parties on that, they briefed it, they argued it,

18  there was evidence put forth and I established a common benefit

19  fee.  Once the common benefit fee is established, that's the slice

20  of that pie, so to speak.  The question at present is how it's

21  divided up.

22         I established a Fee Allocation Committee comprised of

23  people who are on the Steering Committee and not on the Steering

24  Committee.  And I asked them to interview on a transcript form all

25  of the applicants who wished to present their explanation of their

KS-000659

1    work.  They met throughout the country with people, I didn't have

2    them come here, I asked the committee to form subcommittees and to

3    go to the various states and talk with these individuals and make a

4    transcript of their conversations.  These individuals had an

5    opportunity on the transcript to say what they did, why they did

6    it, how it helped, what their view of it was and how much they

7    expended and so forth.

8         I met again with the Fee Allocation Committee after they

9    finished that part of the program, and I suggested to them that in

10   looking at a fee allocation that they try to come up with some

11   categories so that it could be more objectively formulated so that

12   the Fee Allocation Committee wouldn't just say A deserves such and

13   such, B deserves such and such.  It has some reason behind their

14   report or suggestion.  I suggested to them that they look at this

15   case and come up with categories of work that advanced this case to

16   completion.

17        All of us in this room have done trial work before and we

18   all know that a key part, the most significant is trials.  If you

19   participated in a trial, that is a big item; settlement is a big

20   item; organization perhaps is an item; depositions is important;

21   motions are important; briefing is important; client contact is

22   important; all of those things are important, but there are

23   priorities.

24        And so once you get four or five or six of these

25   categories, then you try to prioritize them and you assign numbers

KS-000660

 1    for them; for example, trials, in my opinion, are probably the most

 2    significant, trials and settlement, that brings a case to

 3    conclusion.

 4         So let's say 200 points are set for those categories.

 5    Those individuals who participated in two or three trials, maybe

 6    they got the whole 200 points.  Somebody who didn't participate in

 7    a trial didn't get any amount or somebody who participated in one

 8    trial may have got 100 points, those who participated in settlement

 9    and so forth.  Then you simply added the points and it was a

10    category that you always need in these types of matters is how

11    significant it was or whether it was on the minus side or on the

12    plus side.  So there's some weighing factor that comes in.

13         The point is hopefully the Fee Allocation Committee then

14    will give to me a penciled in suggested fee allocation.  Then I

15    want them to go to the individuals, and they have done so or are in

16    the process of doing so, to tell each individual, "this is how much

17    we have assigned to you or we're going to suggest to the court.

18    What's your input?"  And listen to the input.  Maybe they have to

19    tweak it because it's in pencil, they can erase it and put a

20    different figure up or down.  Then they come to see me and say,

21    Judge, this is our final recommendation from the Fee Allocation

22    Committee and give to me their fee allocation recommendation.

23         At that point I am going to publish it, I am going to put

24    it on the web, I am going to let everybody in the world look at it,

25    they will know what everybody gets.  Everyone will have an

KS-000661

1    opportunity to know what everyone else gets.  I will give them an

2    opportunity, everybody an opportunity to object at that point.

3    They will not only have known what they have gotten, but they will

4    now know what everybody has gotten, and they can object.

5            When I get the objectors, if I get objectors, I will then

6    meet with the objectors and I'll organize the objectors so I have a

7    liaison or lead counsel for objectors.

8            I'll expect the allocation committee to give me a lead

9    and a liaison counsel.  I'll meet with those counsel and I'll work

10   out a scheduling order.  Whatever they need, I'll listen to them.

11   And we'll do a scheduling order if they need any additional

12   discovery, interrogatories or depositions or motions, whatever it

13   is, it would have to be in an expedited fashion but we'll deal with

14   it.

15           I'll appoint Pat Juneau, a special master, to preside

16   over these discovery matters.  He will then have all of the

17   depositions, the transcripts that have been prepared, all of the

18   depositions, if there be any taken since that, the objectors, the

19   opportunity for the objectors to express themselves, any briefs

20   that they have submitted, and he will give me a recommendation as

21   to the fee allocation.

22           I will then have the insiders recommendation, meaning the

23   Fee Allocation Committee, the people who know who did what and what

24   the significance is, and their suggestion based on objective

25   criteria, I will then also have a special master who has no dog in

KS-000662

 1   that hunt to give me his recommendation, and I will look at that
 2   material and I'll make my own judgment and I'll express myself.
 3   Everybody will have a paragraph or two paragraphs as to why they
 4   are getting X amount, but that will be my decision.
 5          I will use the material that's given to me, I'll look at
 6   the objector's comments, I'll look at the transcripts, but I'll
 7   make the cut and then I'll put it out and that will be the final
 8   amount.  I'll post that on the internet so that everybody can see
 9   what the court feels on it.  Anybody who wishes to appeal, will
10   appeal.  The Fifth Circuit will have all of the material and the
11   Fifth Circuit then can go up or down.  They can change it and say I
12   gave too much to the person who appeals, or they can say I didn't
13   give enough.
14          And that's the method that I plan to utilize on this
15   particular case.  It gives everybody an opportunity to express
16   themselves, everybody an opportunity to present whatever evidence
17   they have, and input from the various players, both individuals who
18   have an interest and those who do not.
19          And I have been with this case since 2005, and I've been
20   meeting with counsel in open court, anybody who wished to
21   participate or say anything has had a chance to do so.  I've also
22   had hundreds of people at each meeting on the phone, which I've
23   made available, and I'll use all of that experience and information
24   in coming up with a decision in the case.
25          And that's really the best that I can do from the

KS-000663

1  standpoint of transparency of giving everybody an opportunity to

2  express themselves and taking all of that into consideration.

3          Anything from the Fee Allocation Committee?

4          MR. HERMAN:  Yes, your Honor.  Andy Birchfield, who you

5  appointed as secretary, will make a report on our activities.

6          MR. BIRCHFIELD:  Just a brief update, your Honor.  We

7  completed that first step of the process.  The fee committee met,

8  we came up with a penciled in version, and presented that to the

9  court.  Then we did provide that to each of the individual

10 applicants, and they were under Pretrial Order 6D were provided an

11 opportunity of 14 days to indicate whether they accepted the

12 recommended amount; or if they objected, and if they did object, to

13 state the basis of their objection and how much they're entitled

14 to.

15          Following that 14-day period, we had an opportunity for

16 those who either actually in advance of the expiration of that

17 period, we had an opportunity for firms if they objected and they

18 wanted to meet with us and express their objections, they could do

19 that.  If they had questions before they made their decision, they

20 could meet with us, voice those concerns.

21          So we set aside a significant amount of time, we met with

22 over 30 firms through that process, so now we are in the process,

23 the Fee Allocation Committee is in the process of weighing those

24 objections, the information that we have heard.  We're in the

25 process of making adjustments - some up, some down.  And we

KS-000664

1    anticipate that probably within the next two weeks we will be in a

2    position to present our final or inked in recommendation to the

3    court at that time.

4           THE COURT:  And as I say, once I get that I will then

5    post that on the internet and give everybody an opportunity to

6    object, whether or not they've objected before I'll give them an

7    opportunity to object.

8           MR. HERMAN:  Your Honor, your Honor has advised everyone

9    in open court numerous times that your Honor prefers transparency.

10   In that regard, every individual or firm that submitted a fee

11   application was given an opportunity for CDs, DVDs that included

12   the trial package, the grid that we had developed that your Honor

13   described, all of the accountings by the CPA firm, which your Honor

14   appointed, written presentations from each fee applicant that

15   submitted a written application, the oral transcripts where they

16   appeared at various locations in the country, the state

17   depositions, the case law, particularly your Honor's opinion in

18   *Murphy Oil* and the Fifth Circuit and *High Sulphur I* and *High*

19   *Sulphur II*, PTO 6, 6D, and the agenda materials that were

20   distributed to the fee committee on November 20th, 2010, so that in

21   regards to transparency they not only have their own presentations,

22   but presentations that were made by everyone else, as well as

23   materials which the Fee Allocation Committee focused on.

24           THE COURT:  All right.  Thank you.

25           The next item is Merck's motions, but we will get to

KS-000665

1  those later, Dorothy.

2          MR. MARVIN:  Yes, your Honor, it's Items 10 and 11.  We

3  do have four motions and we'll take those up later as customary.

4          THE COURT:  Okay.  Anything on Appeals?  There was one

5  appeal to the --

6          MR. HERMAN:  Fifth Circuit, the *Wheel* case, and you were

7  affirmed on that appeal recently, your Honor, in the month of

8  December.

9          THE COURT:  Okay.  Anything from Consumer Class,

10  Elizabeth?

11          MS. CABRASER:  Your Honor, we are under submission to

12  your Honor on the motion to strike class allegation that Merck

13  filed.  We haven't filed class certification motions, we are happy

14  to await the court's ruling, and we're also happy to discuss with

15  Merck and present some case management ideas when your Honor feels

16  it's appropriate to either go forward on the bellwether state ideas

17  that we have discussed in the past and/or some other way to present

18  at least an exemplar consumer case for trial here or elsewhere with

19  your Honor or on remand.

20          THE COURT:  Yes.  I think with the consumers keep in mind

21  that maybe a way of handling that is to see whether or not there

22  are issues that we can deal with instead of trying a particular

23  case, if we can try issues, grouping issues, that might be helpful.

24          MS. CABRASER:  We'll explore that, your Honor.  And we're

25  also discussing with Kentucky an adjacent claim, which is a

KS-000666

1    consumer statute claim like our class action claims but brought on

2    behalf of the state itself.

3              THE COURT:  Right, Bill, are you still around?

4              MR. GARMER:  Yes, your Honor.

5              THE COURT:  Do you want to talk on that?

6              MR GARMER:  If your Honor, please, Bill Garmer from

7    Lexington, Kentucky.  Kentucky has an attorney generals action

8    which involves our Consumer Protection Act.  It is not actually a

9    claim that goes back to the consumer, but it is in the form of a

10   penalty to the company that is paid to the commonwealth of

11   Kentucky.  So to that extent it is different from the consumer

12   action claims that Ms. Cabraser represents the people on.

13             THE COURT:  Right.

14             MR. GARMER:  And we believe we're kind of sui generis in

15   this whole thing because we do not have a Medicare, Medicaid claim

16   per se but we do have this claim which we would like to proceed

17   with.

18             THE COURT:  Right.  And the difference is primarily in

19   the quantum aspect of it, the liability aspect or some of the

20   issues of liability are the same as Elizabeth's group, so you all

21   are coordinating that?

22             MR. GARMER:  Yes, sir.  The statute deals with

23   misrepresentations and to that extent they are similar and we will

24   coordinate on that.

25             THE COURT:  Okay.  Thank you.

KS-000667

1          MR. GARMER:  Thank you, your Honor.

2          MR. BEISNER:  Your Honor, if I may before you go on just

3    to respond briefly to the points that Ms. Cabraser noted.  I do

4    think that in terms of looking at the class cases getting the

5    court's conclusions on the pending motions, it would be helpful

6    because we do have a motion to dismiss there in terms of the claims

7    that are at issue.

8          And then with respect to the class issues, I think our

9    fundamental argument we've made there is that the prior findings in

10   the court would preclude class treatment under Fifth Circuit

11   precedent, the issues piece works only if all of the issues

12   predominate.  And so I think the conclusions on that will probably

13   guide us as to what, if anything, we need to proceed with there.

14         MR. HERMAN:  Your Honor, I do want to supplement my

15   response with regard to appeals.  The Fifth Circuit upheld your

16   Honor's dismissal of the *Weeks* case on December 17th, 2010.  And as

17   far as we can tell, that was the last remaining appeal to the Fifth

18   Circuit regarding PTO's 28 and 29.

19         THE COURT:  I think there's a writ of cert on that.

20         MR. BEISNER:  Your Honor, I believe there are several pro

21   se cases that are there.  I don't recall exactly the names of those

22   cases, but I know there's an appearance -- there's a Homer Jones

23   case, they're pro se cases that we are still dealing with there.

24         THE COURT:  Okay.

25         MR. MARVIN:  Right.  Ms. Wimberly is reminding me we also

KS-000668

```
 1    have the -- there is a petition to the U.S. Supreme Court for cert
 2    in the Nobile case.
 3                THE COURT:  Right.
 4                MR. HERMAN:  Your Honor, may I approach with Mr. Marvin
 5    one moment?
 6                THE COURT:  Sure.  The next status conference is when,
 7    Joe?
 8                THE LAW CLERK:  February 24th.
 9                THE COURT:  February 24th at nine o'clock, and I'll meet
10    again with the liaison and lead counsel at 8:30.
11         (WHEREUPON, A BENCH CONFERENCE WAS HELD OFF THE RECORD.)
12         (OPEN COURT.)
13                THE COURT:  As I said, the next status conference is
14    February 24th at nine o'clock.
15                I am advised that we have a claimant with us, Ms. Hart.
16    Ms. Hart, would you like to say anything to the court, ma'am?  I'll
17    entertain anything you have to say.
18                First, I appreciate you being here.  We have these
19    matters in open court so that anybody who wishes to participate,
20    either lawyers or claimants, may do so.  You're here, so I want you
21    to feel free to speak.  This is your court, you're a citizen of
22    this country and you can speak.
23                Why don't you come to the microphone, ma'am.  Would you
24    give us your name.
25                MS. HART:  My name is Pamela Vendetta Hart, I am the
```

KS-000669

1   oldest daughter of the deceased Rebecca Hart Sherman.

2           THE COURT:  Yes, ma'am.

3           MS. HART:  As I have pursued the case, I had filed a

4   claim and referenced as representing my family, my other siblings.

5   It was to my understanding that I had gave the names when I had

6   first filed all my, the siblings -- I am kind of nervous.

7           THE COURT:  Take your time.

8           MS. HART:  -- the siblings of the deceased.  It was to my

9   understanding that I did that.  As the case had progresses and went

10  on and on I had spoke with the attorney, I was speaking with the

11  paralegals, checking on the case to see the status of the case.  I

12  was told in form that the case was, came to a conclusion, and the

13  amount that was stated to us, the family members had disagreed and

14  disapproved.  So we had addressed the matters to the attorney who

15  is representing us.  I also had a meeting with the attorney, me and

16  my baby sister at the time.  And we stressed the fact that we

17  disapprove of the amount to be divided against all five children.

18          We also note that our mother, we are not going to see our

19  mother anymore, and we sorry that it had to be such a mishap that

20  my mother is not no longer with us anymore and we didn't feel that

21  the amount was just jest for the fact that my mother is deceased.

22          THE COURT:  Okay.  Ms. Hart, I am somewhat familiar with

23  the matter.  The issue really is how to divide up the funds among

24  and between the five children, and so you couldn't agree on it and

25  there's some dispute as to who gets what.  So what I have

KS-000670

1   instructed the attorneys to do is to deposit it in the registry of

2   the court that amount so that anyone who claims it has an

3   opportunity to express themselves and to say how much they feel

4   they should get from those funds.  I'll give everybody an

5   opportunity to either with an attorney or without an attorney, and

6   then I'll decide how to divide up the funds.

7           But I didn't want the attorneys to have the funds in

8   their registry, I wanted it in the registry of the court so, No. 1,

9   it would be safe; No. 2, it would earn interest; and No. 3, the

10  interest would be for the litigants themselves.

11          And so that's where it is now, it's in the registry of

12  the court.  And we're going to have to have an opportunity to have

13  each of you all tell me how you feel the funds ought to be divided

14  and then I'll hear all of that and then I'll make the decision.

15          MS. HART:  Your Honor, may I address?

16          THE COURT:  Yes, ma'am.

17          MS. HART:  Again, I think that was a mishap with that.

18  We totally disagree with the amount that was awarded to us.  It

19  wasn't the division, divided because it was to my understanding as

20  the oldest that I was going to disburse it.  But the discrepancy

21  came in with the amount that we was awarded to be awarded among,

22  divided among five of us the amount.  That was the discrepancy.

23  And I thought I had made that perfectly clear with my attorney when

24  I spoke with him and about when he told us the amount, what the

25  amount was.  The discrepancy was totally the amount, not the

KS-000671

```
 1   division among the siblings.  It was the amount period.
 2            THE COURT:  All right.  Let me hear from the attorney.
 3            MR. DAVIS:  Your Honor, Leonard Davis from the law firm
 4   of Herman, Herman, Katz and Cotlar.  Your Honor, pursuant to the
 5   directives of the court, we did, in fact, file within the registry
 6   of the court all of the settlement proceeds, that has been done.  I
 7   don't know whether or not the final amount of the eight to seven
 8   and a half percent has been done, but that will be done if it
 9   hasn't been done yet.
10            In any event, with respect to this claimant as set forth
11   in the motion to deposit the funds into the registry of the court,
12   this matter went through the claims process.  They were in the
13   program, and, in fact, went through the appellate process in the
14   program.  So this is a claim that had a full review by the program
15   and went up the ladder quite frankly.  The amount of settlement
16   funds were determined through the program and that determination
17   was conveyed to the client.  The client expressed disapproval, and
18   as a result pursuant to your Honor's directives, we put the money
19   in the registry of the court.
20            We will do whatever is required or is necessary to
21   assistance in any way to resolve the matter.
22            THE COURT:  Okay.  All right.  Anybody else have any
23   input on that from the defendants?
24            MR. HERMAN:  May it please the court.  Russ Herman, I
25   just have one other statement.  In order to avoid any conflict or
```

KS-000672

1    appearance of conflict, I am going to introduce Ms. Hart to

2    Mr. Johnston who may be able to manage this matter on Ms. Hart's

3    behalf.

4            THE COURT:  Okay.  Ms. Hart, you should meet with

5    Mr. Johnston, he is the court designated attorney to assist

6    litigants.  At least talk with him, explain the situation to him,

7    you can ask him any question, he will hold it in confidence, and

8    then I'll be hearing from you, I'll give you an opportunity to

9    express yourself.

10           MS. HART:  And also, your Honor, I might add, I have my

11   siblings here, we are waiting for my brother.  It's five of us, and

12   all of us, they came from out of town to be here and I have them

13   here, too, and I take it that they want to express themselves as

14   well.

15           THE COURT:  Sure, okay.

16           MR. HERMAN:  Thank you, your Honor.

17           THE COURT:  Thank you.  Ma'am, do you want to speak?

18           MS. SHERMAN:  Good morning, your Honor.

19           THE COURT:  Good morning.

20           MS. SHERMAN:  All I have to say is that --

21           COURT REPORTER:  State your name for the record, please.

22           MS. SHERMAN:  Oh, my name is Gaylyn Sherman, I am Rebecca

23   Hart Sherman's third daughter.

24           All I want to say is that it has been six years, almost

25   six years since I've been without my mother, and I do share my

KS-000673

1  sister's feelings that the amount that was awarded to us I don't

2  think that it is just, nor do I think that it's fair.

3        I do appreciate the court's time in this matter, but

4  we're at a point now we want it resolved so that we can get on and

5  just put it behind us, because it's beginning to be a long, drawn

6  out painful process for us.

7        THE COURT:  Right.  Yes, ma'am.  And the difficulty is

8  that there's no question, I mean, it's a painful situation when

9  lose your mom and I understand that.  The issue sometimes is

10  whether or not there is liability.  It has nothing to do with the

11  value of your mom's life or has nothing to do with how much you

12  love her.

13        MS. SHERMAN:  I had an opportunity to review some of the

14  material that was sent to me, and I understood that Merck valued

15  her life with points and I was -- I'm confused because how do you

16  place points on a person's life.

17        THE COURT:  Well, that's what I am saying, in a case of

18  this sort it's not a question of a relationship between the money

19  and the value of a person's life, what has to be factored into it

20  is the liability aspect and the law aspect of the case.  And the

21  parties agreed, meaning all of the claimants agreed to a settlement

22  program and they had an opportunity to either agree or disagree

23  with the settlement program, and once they agree with the

24  settlement program, then the factors play out in trying to

25  determine the amount of the case.

KS-000674

```
 1              But there's no relationship between the amount of the

 2    case and the value of a person's life, you can't do that in money.

 3    I mean, we can't deal with that.

 4              MS. SHERMAN:  I would also like to state, your Honor,

 5    there is no amount of money that can replace my mother's life.

 6              THE COURT:  That's exactly right.

 7              MS. SHERMAN:  It doesn't matter what is awarded to me,

 8    but it won't give me my mother back.

 9              THE COURT:  Oh, I understand.

10              MS. SHERMAN:  It won't give me my mother back.  All we're

11    asking at this point, your Honor, is that we want the matter -- we

12    want to try to resolve the matter.

13              THE COURT:  Right.  That's why I appointed the attorney

14    and your sister is talking with him now.

15              MS. SHERMAN:  I appreciate your time and thank you so

16    much, your Honor.

17              THE COURT:  Not at all.  And thank you from coming from

18    out of town.

19              Anything else?  We'll stop here and I'll return and we'll

20    deal with either the attorney generals or the motions.  The court

21    will stand in recess.

22         (WHEREUPON, A RECESS WAS TAKEN.)

23         (OPEN COURT.)

24              THE COURT:  We have a couple of motions, Dorothy.

25              MS. WIMBERLY:  Yes, your Honor, before we proceed with
```

KS-000675

1   the new motions on the docket there was one carryover matter from

2   the November 18th hearing regarding plaintiff Dariel Stephens in

3   case No. 09-7475.  Mr. Stephens was subject to Merck's ninth PTO 29

4   motion.  Mr. Stephens had contacted our office the day of the

5   hearing indicating that he was sending materials and asking that we

6   hold off.

7        Mr. Stephens failed to follow-up on that.  It's been more

8   than six weeks, we've had no further word from him, and we would

9   ask that the court grant the motion and dismiss his claims with

10  prejudice for failure to comply with Pretrial Order 29.

11       THE COURT:  Okay.  And I understand the plaintiffs take

12  the position that it shouldn't be dismissed; that if it is

13  dismissed, that it should only be dismissed without prejudice.  I

14  understand, I've listened to them, I understand their argument,

15  notwithstanding their enthusiasm and forceful way in which they

16  present it, I will overrule it.

17       MS. WIMBERLY:  Next, your Honor, we have three motions

18  brought by Merck, a motion and Rule to Show Cause why the claim of

19  plaintiff Catherine Holt should not be dismissed with prejudice

20  under Rule 25(1), and a motion for summary judgment as to plaintiff

21  James Nelson, and a motion to dismiss for failure to prosecute and

22  a renewed motion pursuant to Pretrial Order 28 as to plaintiff John

23  Carroll.  Those motions are going to be argued on behalf of Merck

24  by Emily Pistilli from Williams and Connolly.  And Ms. Pistilli

25  will also argue in opposition to the motion of plaintiff Maureen

KS-000676

1   Welch, who has filed a motion to reinstate her claim and/or relief

2   from deadlines of the settlement program due to excusable neglect

3   and no fault of claimant or her current attorney.

4          I am not certain if the attorney who filed that motion

5   and noticed it for hearing today is in the courtroom.  That was I

6   believe Ginger DeForest.

7          THE COURT:  Okay.

8          MS. WIMBERLY:  I'll let Ms. Pistilli address those with

9   you.

10         THE COURT:  All right.

11         THE DEPUTY CLERK:  Will she refer to record document

12  numbers?

13         MS. PISTILLI:  Yes, I do have those.

14         THE DEPUTY CLERK:  Thank you.

15         MS. PISTILLI:  Good morning, your Honor, Emily Pistilli

16  from Williams and Connolly here on behalf of Merck.

17         Do you have a particular order that you would like me to

18  address the motions in?

19         THE COURT:  John Carroll, that's record document 55558.

20         MS. PISTILLI:  Yes, your Honor.  Your Honor, this

21  plaintiff's claims are the subject of pending motion to dismiss for

22  material non-compliance with the discovery requirements of PTO 28,

23  and Merck has renewed that motion as to Mr. Carroll.  That docket

24  number, the renewed motion is the number that you just referred to.

25         As you know, your Honor, PTO 28 requires plaintiffs to

```
 1    produce several basic categories of materials to provide prime
 2    facia evidence of usage and causation in these cases, and although
 3    Mr. Carroll has produced the required Lone Pine expert report, he
 4    produced only a small handful of medical records; and more
 5    importantly, he failed to produce any of the required generic
 6    medical records authorizations, so Merck has no ability to collect
 7    any medical records relating to Mr. Carroll's claims.
 8              Mr. Carroll originally appeared on a PTO 28 motion in
 9    September of 2009, which is more than 15 months ago at this point,
10    and that motion was deferred several times; but during its
11    referral, Merck continued to seek compliance with PTO 28 and
12    continued specifically to request the medical records
13    authorizations.  And as detailed in our motions paper during that
14    time Merck's counsel was also informed that Mr. Carroll's then
15    attorneys were unable to make contact with him.
16              So his former counsel then filed a motion to withdraw in
17    April 2010 and that motion was granted in October 2010.  And so
18    Mr. Carroll was served in his pro se capacity with this renewed
19    motion at his address in Brooklyn, New York, and he hasn't
20    responded to that motion as far as we're aware.  Therefore, we ask
21    that this case be dismissed at this time based on the PTO 28
22    non-compliance issues that were identified originally in our
23    initial motion and additionally because plaintiff has ceased to
24    participate in this litigation.
25              THE COURT:  Okay.  Anything?
```

KS-000678

1          MS. OLDFATHER:  Yes, your Honor.  PTO 28 and also in 29

2     and 43 requirements for medical authorizations and medical records

3     are the court's way of protecting against complete staleness in

4     this case, and they do provide a way for the court -- for Merck to

5     keep up the plaintiff's condition.  Ms. Pistilli's statements as

6     best I know are accurate.  As liaison counsel for this case, I can

7     say that we've been unable to reach Mr. Carroll also.

8          THE COURT:  The best I can do is give a person an

9     opportunity to respond to the court.  I don't, as you know, do this

10    willy-nilly.  I give them, one, two, three, sometimes four

11    opportunities, and Mr. Carroll has been afforded a number of

12    opportunities.  He hasn't responded.  I can only assume that he has

13    abandoned his case, so I will grant the motion and I'll grant it

14    with prejudice.

15         MS. PISTILLI:  Thank you, your Honor.

16         Do you have a preference on the next motion that we

17    address?

18         THE COURT:  The Catherine Holt, record document 54997.

19         MS. PISTILLI:  Yes, your Honor.  In this case we're here

20    on Merck's motion to dismiss Ms. Holt's claims under Rule 25(a) for

21    failure to substitute a proper plaintiff.  Ms. Holt passed away in

22    2006 and a suggestion of her death has now been on the record since

23    January 2010.  And in that time there's been no substitution of a

24    proper plaintiff and no indication that any proper party intends to

25    pursue these claims on her behalf.

KS-000679

1        Rule 25(a) is clear, your Honor, that if a motion for

2   substitution is not made within 90 days after the suggestion of

3   death, the action must be dismissed, and, Merck's, therefore,

4   moving for the dismissal of Ms. Holt's claims under Rule 25(a).

5        I'd also note that plaintiff's counsel has filed an

6   opposition response to this motion, although they do not oppose a

7   dismissal of plaintiff's claims, they ask for the dismissal to be

8   without prejudice.  And our reply memorandum, your Honor, has cited

9   a few cases to demonstrate that courts do routinely dismiss cases

10  with prejudice under Rule 25, and we submit that in this case a

11  dismissal of prejudice is appropriate.  Ms. Holt's been deceased

12  for almost five years and given the advanced stage of this

13  litigation, if any proper party intends to pursue these claims, the

14  time for them to enter this case is now.

15       So we ask, therefore, your Honor, that this plaintiff's

16  claims be dismissed with prejudice pursuant to Rule 25(a).

17       THE COURT:  Any response?

18       MS. OLDFATHER:  Your Honor, as liaison counsel, I have

19  nothing to add to Ms. Holt's counsel request.

20       THE COURT:  Five years is a really long time and I'll

21  dismiss it with prejudice.

22       MS. PISTILLI:  Thank you, your Honor.

23       THE COURT:  James Nelson, record document 56064.

24       MS. PISTILLI:  Yes, your Honor.  In this case Merck seeks

25  summary judgment under Rule 56 as to all of Mr. Nelson's claims.

KS-000680

1    Here, your Honor, this plaintiff's own expert has filed a report

2    and stated that he cannot conclude that Vioxx caused or contributed

3    to any injury to the plaintiff.  And in light of this statement by

4    plaintiff's own expert, no reasonable juror could return a verdict

5    in favor of the plaintiff; and Merck is, therefore, moving for

6    summary judgment on that basis.

7         Just to summarize the relevant events that are set forth

8    in more detail in our motion papers:  This plaintiff was included

9    in Merck's seventh Lone Pine motion, which was filed in April 2009,

10   because he had failed to submit any of the materials required by

11   PTO 28 at that time.  After that motion was filed, Mr. Nelson did

12   submit his expert report and as a result Merck withdrew that Lone

13   Pine motion as to this plaintiff in June of 2009.

14        And the expert report, which was attached to Merck's

15   papers, along with this motion, highlights the fact that

16   plaintiff's last Vioxx use would have been at least nine months

17   prior to his claimed injury, which was the heart attack that took

18   place in August 2005, which was about 11 months as the court is

19   aware after the withdrawal of Vioxx from the marketplace.  And

20   ultimately the expert concludes in that report that he cannot

21   conclude that Mr. Nelson's use of Vioxx caused or contributed to

22   any injury that he sustained.

23        And beyond the expert report, the only other materials

24   that were submitted by this plaintiff were just two pages of

25   prescription records, and there's nothing else that we're aware of

KS-000681

1    that's been submitted by this plaintiff.  And the court had

2    previously determined in a similar case to this one that where an

3    expert report has been submitted but it's one that refutes an

4    inference of causation, a motion for summary judgment is

5    appropriate rather than a motion under PTO 28.

6            So, therefore, given this plaintiff's own expert's

7    ability to conclude that Vioxx caused or contributed to any injury,

8    Merck's asking for summary judgment on all of Mr. Nelson's claims.

9            THE COURT:  Okay.

10           MS. OLDFATHER:  Your Honor, I believe Mr. Nelson is pro

11   se.

12           MS. PISTILLI:  Excuse me, I have that information.  He is

13   pro se at this point in time, your Honor, but he was represented --

14           MS. OLDFATHER:  That's fine, Ms. Pistilli, thank you.

15   This is a case-specific issue that the claimant or had he had

16   counsel, his counsel would be required to defend; so as liaison

17   counsel, I have no position to express, your Honor.

18           THE COURT:  It's not a motion to dismiss because he did

19   comply and presented a report, but the report that he provides says

20   that he can't, the expert says he can't conclude that it was caused

21   by Vioxx.  So this is a motion for summary judgment, I grant the

22   motion for summary judgment.

23           MS. PISTILLI:  Thank you, your Honor.

24           THE COURT:  The last one is a motion to reopen Maureen

25   Welch's case, this is record document 55992.

1          MS. PISTILLI:  Yes, your Honor, Merck is opposing that

2     motion, and I am prepared to argue it if there's no one else here

3     for plaintiff.

4          THE COURT:  Okay.  What's the situation with Ms. Welch?

5          MS. PISTILLI:  Yes, this plaintiff Maureen Welch has

6     brought this motion requesting that her case be reinstated into

7     the, specifically into the Vioxx resolution program.  And her case

8     before this court was dismissed with prejudice in February 2, 2009,

9     for failure to comply with PTO 28.

10          As far as the settlement program, Ms. Welch was initially

11     registered for the program by her original counsel, but the claims

12     administrator for the program never received any enrollment

13     materials or any claims materials for her.  The enrollment deadline

14     passed on October 30th, 2008, and Ms. Welch's claim was ultimately

15     closed by the claims administrator because they had not received

16     any of the materials.

17          Plaintiff's current counsel has been in contact with the

18     claims administrator and was given the opportunity to submit a

19     request for relief from the deadlines in the program, and the

20     claims administrator never received any request for relief for this

21     plaintiff.

22          So now almost two years after her case before this court

23     was dismissed and over two years past the enrollment deadline for

24     the settlement program, she is asking the court to order her to be

25     included into the resolution program.  Your Honor, her motion

KS-000683

1   states no legal basis for the relief she is requesting and there is

2   no legal basis.  The terms of the master settlement agreement are

3   very clear that claimants who do not submit enrollment materials by

4   the deadline will not be eligible to participate except with

5   Merck's consent.

6        And at this point, as the court knows, all of the money

7   in the program, the resolution program has been allocated to

8   specific claimants and the vast majority of it has already been

9   disbursed to claimants.  And so at this point even if there were

10  some conceivable basis for her to be inserted into the program, her

11  request is coming far too late.

12       On those grounds we would ask that the plaintiff's motion

13  be denied.

14       THE COURT:  How do you see this, Ann?

15       MS. OLDFATHER:  Thank you, your Honor.  I see this just

16  as I did the prior one, I think this is a very case-specific

17  request that Ms. DeForest needs to advance on behalf of her client

18  orally in addition to her written motion if she chooses.

19       So as liaison counsel, I don't believe it's within my

20  purview to do anything except to observe to the court that it's not

21  within my duties to address this further.

22       THE COURT:  Okay.  She was represented at the time that

23  this happened, that's the problem, and if she has a problem she

24  really has a problem with the attorney and not with the court and

25  not with Merck.  So I'll grant the relief and instruct her to, if

KS-000684

40

1    she wants to proceed, the proceeding has to be against the

2    attorney, not in this litigation.

3              MS. PISTILLI:  Thank you.  Your Honor, that's all I have.

4              MS. OLDFATHER:  Your Honor, if I may, with leave of

5    court.

6              THE COURT:  Yes.

7              MS. OLDFATHER:  Merck filed a suggestion of death several

8    weeks ago with regard to one of my particular clients, and just

9    within the last week we filed a similar suggestion of death and a

10   motion for substitution.  And I don't know if that's ready to be

11   ruled on or if this is something that I should bring up now.  The

12   anniversary is coming up on March 4th, which gives us some time,

13   but I would feel better if we get this resolved.

14             THE COURT:  What is this about?

15             MS. OLDFATHER:  Just a motion to substitute the

16   administrator.

17             THE COURT:  Dorothy, do you have any problem with that?

18             MS. WIMBERLY:  Your Honor, no, I don't believe we have

19   any problem whatsoever.  She's followed the requirements under Rule

20   25 and has moved to substitute the proper party.

21             THE COURT:  It's just a question of substitution, I'll

22   grant the motion.

23             MS. OLDFATHER:  Thank you, your Honor.

24             THE COURT:  Sure.

25             MS. PISTILLI:  Your Honor, I have just one more thing.

KS-000685

```
 1   On the last motion for Ms. Welch I believe that you stated at the
 2   end that you would grant the relief, and actually wanted to point
 3   out that the motion was brought by the plaintiff to reinstate her
 4   claims, so we would ask that the motion be denied.
 5           THE COURT:  Right, so I'll deny it, right.  Thank you.
 6   Denied.  Thank you.
 7           Anything else, Bob?
 8           MR. JOHNSTON:  May I approach the bench, your Honor?
 9           THE COURT:  Sure.
10   (WHEREUPON, A BENCH CONFERENCE WAS HELD OFF THE RECORD.)
11   (OPEN COURT.)
12           THE COURT:  Okay.  The next matter on the agenda is the
13   attorney generals.  Who is going to represent the attorney
14   generals?
15           Okay.  We have to get a call.  Okay.  Let me take five
16   minutes then.  All right.  Then that ends the matter for open
17   court, we will do the rest in chambers.  The court will stand in
18   recess.  Thank you.
19           THE DEPUTY CLERK:  Everyone rise.
20   (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE CONDUCTED IN
21   CHAMBERS CONCERNING THE ATTORNEY GENERALS MATTER.)
22   (OPEN COURT.)
23           THE COURT:  Hello, this is Judge Fallon, who is on the
24   line?  Hello?  Hello.
25           MR. ROTH:  Harry Roth and Mike Coren for the Commonwealth
```

KS-000686

```
1    of Pennsylvania.

2              MR. COLLINS:  Chris Collins for Santa Clara County, your

3    Honor.

4              MS. BERKMAN:  Marcy (unintelligible), Santa Clara County.

5              THE COURT:  Wait, wait.  Marcy --

6              MS. BERKMAN:  B-E-R-K-M-A-N.

7              MR. LESSER:  And Seth Lesser for Santa Clara County.

8              MR. YOUNG:  Good morning, your Honor, James Young for the

9    state of Florida, and Elizabeth Arthurs for the state of Florida.

10             MR. ROSSBACH:  Bill Rossbach from the state of Montana.

11             MR. SCHULTZ:  Mark Schultz Pennsylvania and South

12   Carolina.

13             MR. FOX:  Good morning, your Honor, Randy Fox for New

14   York.

15             MR. SPIEGEL:  Good morning, your Honor, Craig Spiegel for

16   New York.

17             MR. HORAN:  Good morning, your Honor, Brian Horan for the

18   city of New York.

19             THE COURT:  Anyone else?

20             MR. STALLARD:  David Stallard from Utah.

21             MS. WINKLER:  Susan Winkler from the U.S. Attorney's

22   Office in Boston.

23             THE COURT:  Anyone else?

24             MR. PETTIT:  James Pettit from Santa Clara County.

25             THE COURT:  Anyone else?  Okay.  I have everybody in the
```

KS-000687

1   office here representing Merck and liaison, I have Dawn Barrios who

2   is also here, and Elizabeth Cabraser and our special master and

3   other representatives of the PSC.

4           Elizabeth, do you want to begin, or, Dawn, do you want to

5   begin?

6           MS. BARRIOS:  Yes, your Honor.  Since we last met on the

7   AG matter, I have received word from every AG, with the exception

8   of the County of Santa Clara and the District of Columbia, that

9   they have received notification from NAMFCU on the number to be

10  paid their state for Medicaid reimbursement.

11          I understand that that number is confidential, but I

12  further understand that Mr. Juneau has had conversations on that

13  point with NAMFCU.  And so I would like to ask Mr. Juneau to

14  follow-up with your conversations.

15          MR. JUNEAU:  I talked to Bob Patton about that, and he

16  said that it was his opinion that the state, individual state could

17  release that to me if they so authorized that, but it was in the

18  context of a settlement discussions and was to be treated

19  accordingly.  But I would have to get the permission from each

20  state to do that.

21          THE COURT:  Just for everybody's benefit, as you know

22  I've designated Mr. Pat Juneau to be the special master in this

23  matter and instructed him to get involved with the parties to see

24  whether or not some global resolution could be accomplished in this

25  matter.  So when he talks with individual states, he'll do so on an

KS-000688

1    individual basis and be apprised and conscious of any

2    confidentiality that you're concerned about.  When you talk to him

3    you will be like talking to the court.  You can assume that it's

4    going to be confidential with his remarks and comments to you.

5           But he's instructed to see whether or not he can deal

6    with this matter to see whether it can be resolved to the

7    satisfaction of all parties, or the dissatisfaction of all parties,

8    whichever works.

9           Dawn, anything more?

10          MS. BARRIOS:  Yes, your Honor.  As I understand both from

11   Merck and from Mr. Juneau's conversation with Mr. Patton, that at

12   present time there's negotiations that have either started or

13   shortly will start about the scope of the release that each state

14   would have to sign.  It's my understanding that Merck will take the

15   position, and please correct me if I'm wrong, that they want a very

16   broad release such that if a state accepts the Medicaid money from

17   NAMFCU, the release would operate to release all claims against

18   Merck.

19          It's my understanding that when Mr. Juneau spoke with

20   Mr. Patton about that he said that he felt that the release would

21   be for Medicaid claims only because it was Medicaid money to be

22   paid only.  But that, your Honor, is between Merck and NAMFCU.

23          I suggested to the court, with all due respect, that you

24   include a NAMFCU representative, perhaps Mr. Patton, in on the

25   discussions with the special master.  I think it was very wise to

1   bring in the Department of Justice, and I hear that Susan Winkler

2   is on the line now and she was very helpful to us in explaining the

3   process.

4           So with regard to the release, it is being negotiated, I

5   ask that you bring a NAMFCU representative into the fray with us.

6           I further understand that in most part due to your

7   Honor's encouragement that the releases should be expeditiously

8   negotiated and that we should expect some word on the scope of the

9   release within 30 days.  Is that correct?

10          MR. BEISNER:  Well, this is John Beisner.  We will need

11  to see the draft, which we've not received yet, and then we'll get

12  into negotiations.  But I think our impression is that process

13  should commence soon and we hope will move along pretty quickly.

14          MS. BARRIOS:  Your Honor, another issue that we have on

15  the table is the stay that your Honor imposed.  It expires today.

16  I believe that with the representation that Mr. Patton made to

17  Mr. Juneau, as well as Mr. Beisner's representation that they're

18  going to try to negotiate the release quickly, I would recommend

19  that the stay be in place for another 30 days, subject to the

20  following:  Many states have claims outside the Medicaid arena.

21  Those claims revolve around the number of misrepresentations that

22  Merck has or alleged to have made to doctors, physicians,

23  hospitals, et cetera.

24          In order for those states that have the non-Medicaid

25  claim to understand the worth of that claim, those states need

KS-000690

46

1    information from Merck.  We're not asking for documents, we're

2    asking for numbers of times.  We've put together a top ten list,

3    given it to Mr. Juneau, I understand that he's given it to Merck.

4    And from my early conversations with Mr. Beisner, he's indicated

5    that he will work with me on that list, that he believes some of

6    the materials may have already been disseminated, he will help me

7    locate them.

8            But with the exception of getting the information on that

9    list, we ask that the stay or we agree that the stay should be in

10   place for another 30 days to allow us to negotiate.

11           THE COURT:  Okay.  Any problem with anybody on the phone

12   with that suggestion?

13           Okay.  I'll do that then.  But we've got to move this

14   case.  I don't want it to just languish and that's why I am just

15   doing it 30 days as opposed to just keeping it open.  Within that

16   period -- I do agree that for the states that are involved to

17   really understand what they're giving up, if they are giving up

18   anything, they ought to know what they're giving up and the extent

19   of what they're giving up or potentially giving up.  It may not be

20   an issue, but they ought to at least know whether or not it's an

21   issue, and it may be an issue for some and not an issue for others.

22   So I do think there's some wisdom in doing that.

23           Okay.  Anything else, Dawn?

24           MS. BARRIOS:  No, your Honor.

25           THE COURT:  John?

**KS-000691**

1          MR. BEISNER:  No, your Honor.

2          THE COURT:  Yes, Russ.

3          MR. HERMAN:  May it please the court, your Honor, Russ

4     Herman for the Plaintiff Steering Committee in the MDL.  And I

5     wanted to bring up on the record the issue of common benefit.

6          For over a year members of the PSC and others in the MDL,

7     Ms. Barrios, Mr. Dugan, Mr. Murray, Mr. Arbitblit, Mr. Seeger, et

8     cetera, have been providing assistance in connection with the AG

9     matters.  Not necessary to go into that, except that the trial

10    package has been made available, as well as the depository.

11         I got a third-party indication that if the funds were

12    paid directly to NAMFCU and NAMFCU distributes those funds to the

13    states that perhaps some attorney generals felt they could avoid

14    common benefit for the contributions made in the MDL to those

15    efforts.  I just wanted to alert the court and to all participating

16    counsel and entities on the record that the PSC on behalf of the

17    MDL will be filing some motion and perhaps a brief within the next

18    two weeks dealing with the common benefit issue.

19         THE COURT:  All right.  And we'll deal with it at that

20    time.  Basically it seems to me that if there is any common benefit

21    due that it's due from the fund before it's distributed, because it

22    would seem to me that the states who did not participate in this

23    process got some benefit from the process.  The reason we're here

24    now is because there have been six trials and 18 other trials in

25    other states and a lot of discovery and the package and so forth.

KS-000692

48

```
 1              Whether or not and the extent of that is an issue, but I
 2      do think that not just the states who participated and are on the
 3      line owe or may owe, if any common benefit is due, it's due from
 4      the fund in general as opposed to only those who participated.
 5      It's not fair to those who participate, who have participated in
 6      this matter to have people who have not participated not have to
 7      recognize any common benefit, if any is allowed.
 8              But I'll deal with that, give everybody an opportunity to
 9      express themselves if that comes up at another time.
10              MR. GARMER:  Your Honor, Bill Garmer from Kentucky.  And
11      I want to express what I expressed to your Honor earlier this
12      morning, and that is that there is a good likelihood that if
13      Kentucky is required by the release to participate in the NAMFCU
14      that they will not do that and continue with their CPA claim, and
15      for that reason we have some concern about the stay.  And we
16      understand your Honor's going to grant the stay for the next 30
17      days, but we from Kentucky we would like to get the case moving as
18      quickly as possible on our Consumer Protection Act claim, and I
19      think I've expressed that to the court before and would like to
20      express it again.
21              THE COURT:  Right.  The consumer protection claim in
22      Kentucky is somewhat different in the sense of quantum requested,
23      they are looking for some penalties as opposed to compensation.
24      But other than the type of payment, they're in the same factual
25      scope and arena and environment as the other claims that Elizabeth
```

KS-000693

1    Cabraser's representing or the spokesperson for.  So I would

2    suggest to Kentucky that they coordinate with those cases, too, so

3    that we can deal with them at the same time.

4          MR. GARMER:  I will and we will do that, your Honor, and

5    we've already talked.

6          MS. CABRASER:  We've talked and are moving ahead.

7          THE COURT:  I set a status conference on February 24th,

8    which is about 30 days so that we can -- if it comes up sooner than

9    that we ought to get together.

10          MS. BARRIOS:  It's going to come up sooner than that,

11    today is January 6th, so if we could do something in February for

12    us.

13          THE COURT:  Yes, I'll do that.  Dawn, keep me posted on

14    this so that we can set up a status conference.  I would like even

15    before that maybe in a couple of weeks hear from you and John on

16    what's happening and I'll set up a telephone status conference so

17    that you can tell me what's happening and what needs to be done and

18    so forth.

19          I'll also make a call to Mr. Patton and get him involved

20    in the next open conference, I'll have him in the line or either in

21    court so that he can give us his input, I think he is an important

22    player in this.

23          And one other thing that, as I mentioned Pat Juneau is

24    going to be the special master.  I would like, Dawn, you and John

25    to meet with Pat and work out some kind of method of compensation,

KS-000694

1   method of his billing and so forth.

2          Some of the billing is going to have general to you, I'll

3   ask him to be more specific to me.  But if he talks to separate

4   states in a negotiating posture, it's not going to be helpful for

5   him to put on an open billing who he talked to and to whom and what

6   they said and so forth because that would defeat the opportunities

7   that he will have.

8          All right.  Anything else from anyone?  All right, folks,

9   thank you very much.  I appreciate you participating.

10         (WHEREUPON, THE PROCEEDINGS WERE CONCLUDED.)

11

12                       *  *  *  *  *  *

13

14                   REPORTER'S CERTIFICATE

15

16   I, Karen A. Ibos, CCR, Official Court Reporter, United States

17   District Court, Eastern District of Louisiana, do hereby certify

18   that the foregoing is a true and correct transcript, to the best of

19   my ability and understanding, from the record of the proceedings in

20   the above-entitled and numbered matter.

21

22

23                     _____

24                     Karen A. Ibos, CCR, RPR, CRR

25                     Official Court Reporter

KS-000695

Exhibit "60"

# IN RE: VIOXX® LITIGATION

# LIST OF ARTICLES

## ATTORNEY WORK PRODUCT

## PRIVILEGED AND CONFIDENTIAL

## *** DO NOT PRODUCE ***

Compiled by Kline & Specter, P.C.

KS-000696

# IN RE: VIOXX® LITIGATION

# LIST OF ARTICLES

# (sorted by Journal)

## ATTORNEY WORK PRODUCT

## PRIVILEGED AND CONFIDENTIAL

## *** DO NOT PRODUCE ***

Compiled by Kline & Specter, P.C.

KS-000697

List of Articles

(1)  Seedher N, Bhatia S. Solubility enhancement of Cox-2 inhibitors using various solvent systems. AAPS PharmSciTech 2003; 4(3):E33.

(2)  Baboota S, Dhaliwal M, Kohli K. Physicochemical characterization, in vitro dissolution behavior, and pharmacodynamic studies of rofecoxib-cyclodextrin inclusion compounds. preparation and properties of rofecoxib hydroxypropyl beta-cyclodextrin inclusion complex: a technical note. AAPS PharmSciTech 2005; 6(1):E83-E90.

(3)  Sammour OA, Hammad MA, Megrab NA, Zidan AS. Formulation and optimization of mouth dissolve tablets containing rofecoxib solid dispersion. AAPS PharmSciTech 2006; 7(2):E55.

(4)  Summers RL, Jones SM, Givertz AR. Comparison of the Efficacy of Rofecoxib and Ibuprofen for the Treatment of Acute Musculoskeletal Pain in the Emergency Department. Academic Emergency Medicine 7[5], 528. 2000.
Ref Type: Abstract

(5)  Chang DJ, Christensen KS, Bulloch SE et al. Superior Efficacy of Rofecoxib Compared to Codeine with Acetaminophen for the Treatment of Acute Pain. Academic Emergency Medicine 8[5], 429. 2001.
Ref Type: Abstract

(6)  Meyerhoff J. Rofecoxib, 25 mg/d, was more effective than rofecoxib, 12.5 mg/d, celecoxib, or acetaminophen in osteoarthritis of the knee. ACP J Club 2002; 137(1):26.

(7)  Juurlink DN. Rofecoxib increased thrombotic events in patients with colorectal adenomas. ACP J Club 2005; 143(1):2.

(8)  Bradley CP. Review: risk for cardiovascular events is increased with rofecoxib, diclofenac, and indomethacin but not celecoxib. ACP J Club 2007; 146(1):24.

(9)  Molony DA. Review: rofecoxib increases renal events and arrhythmia, but a COX-2-inhibitor class effect does not exist. ACP J Club 2007; 146(1):25.

(10)  Romsing J, Moiniche S. A systematic review of COX-2 inhibitors compared with traditional NSAIDs, or different COX-2 inhibitors for post-operative pain. Acta Anaesthesiol Scand 2004; 48(5):525-546.

(11)  Cabrera MC, Schmied S, Derderian T et al. Efficacy of oral rofecoxib versus intravenous ketoprofen as an adjuvant to PCA morphine after urologic surgery. Acta Anaesthesiol Scand 2004; 48(9):1190-1193.

(12)  Reuben SS. The safety of the perioperative administration of cyclooxygenase-2 inhibitors for post-surgical pain. Acta Anaesthesiol Scand 2005; 49(3):424.

(13)  Romsing J, Moiniche S, Mathiesen O, Dahl JB. Reduction of opioid-related adverse events using opioid-sparing analgesia with COX-2 inhibitors lacks documentation: a systematic review. Acta Anaesthesiol Scand 2005; 49(2):133-142.

(14)  Straube S, Derry S, McQuay HJ, Moore RA. Effect of preoperative Cox-II-selective NSAIDs (coxibs) on postoperative outcomes: a systematic review of randomized studies. Acta Anaesthesiol Scand 2005; 49(5):601-613.

(15)  Mikkelsen S, Hilsted KL, Andersen PJ et al. The effect of gabapentin on post-operative pain following tonsillectomy in adults. Acta Anaesthesiol Scand 2006; 50(7):809-815.

(16)  Pogliacomi F, Vaienti E. Misdiagnosed iuxta-articular osteoid osteoma of the calcaneus following an injury. Acta Biomed 2003; 74(3):144-150.

(17)  Rioda WT, Nervetti A. [Specific inhibitors of cyclooxygenase-2 (COX-2): current knowledge and perspectives]. Acta Biomed Ateneo Parmense 2001; 72(3-4):55-64.

(18)  Kruse R, Ruzicka T, Grewe M. Intolerance reactions due to the selective cyclooxygenase type II inhibitors rofecoxib and celecoxib. Results of oral provocation tests in patients with NSAID hypersensitivity. Acta Derm Venereol 2003; 83(3):183-185.

(19)  Tikiz C, Utuk O, Bayturan O, Bayindir P, Ekmekci C, Tikiz H. Selective COX-2 inhibition with different doses of rofecoxib does not impair endothelial function in patients with coronary artery disease. Acta Med Okayama 2005; 59(1):11-17.

KS-000698

1

(20)   van der Heide HJ, Rijnberg WJ, Van SA, Van KA, Schreurs BW. Similar effects of rofecoxib and indomethacin on the incidence of heterotopic ossification after hip arthroplasty. Acta Orthop 2007; 78(1):90-94.

(21)   Grohs JG, Schmidt M, Wanivenhaus A. Selective COX-2 inhibitor versus indomethacin for the prevention of heterotopic ossification after hip replacement: a double-blind randomized trial of 100 patients with 1-year follow-up. Acta Orthop 2007; 78(1):95-98.

(22)   Aspenberg P. Avoid cox inhibitors after skeletal surgery! Acta Orthop Scand 2002; 73(5):489-490.

(23)   Barthel T, Baumann B, Noth U, Eulert J. Prophylaxis of heterotopic ossification after total hip arthroplasty: a prospective randomized study comparing indomethacin and meloxicam. Acta Orthop Scand 2002; 73(6):611-614.

(24)   Pihl L, Nylander O. Products of cyclooxygenase-2 depress duodenal function in rats subjected to abdominal surgery. Acta Physiol (Oxf) 2006; 186(4):279-290.

(25)   Dahlgren N, Nilsson B, Sakabe T, Siesjo BK. The effect of indomethacin on cerebral blood flow and oxygen consumption in the rat at normal and increased carbon dioxide tensions. Acta Physiol Scand 1981; 111(4):475-485.

(26)   Johnson AJ, Song X, Hsu A, Chen C. Apoptosis signaling pathways mediated by cyclooxygenase-2 inhibitors in prostate cancer cells. Adv Enzyme Regul 2001; 41:221-235.

(27)   Chan CC, Rodger IW. Selective cyclooxygenase-2 inhibitors as potential therapeutic agents for inflammatory diseases. Adv Exp Med Biol 1997; 407:157-161.

(28)   Moncada S, Vane JR. Mode of action of aspirin-like drugs. Adv Intern Med 1979; 24:1-22.

(29)   Juni P, Dieppe P. Older people should NOT be prescribed 'coxibs' in place of conventional NSAIDs. Age Ageing 2004; 33(2):100-104.

(30)   Ashton D, Kim P, Griffiths N, Beran R. Cognitive decline with chronic meningitis secondary to a COX-2 inhibitor. Age Ageing 2004; 33(4):408-409.

(31)   Dorn GW. Role of thromboxane A2 in mitogenesis of vascular smooth muscle cells. Agents Actions Suppl 1997; 48:42-62.

(32)   Truitt KE, Sperling RS, Ettinger WH, Jr. et al. A multicenter, randomized, controlled trial to evaluate the safety profile, tolerability, and efficacy of rofecoxib in advanced elderly patients with osteoarthritis. Aging (Milano.) 13[2], 112-121. 2001.
       Ref Type: Abstract

(33)   Lowe SH, Prins JM, van der LJ, Lange JM. Does highly active antiretroviral therapy induce sickle cell crises? AIDS 2002; 16(11):1572-1574.

(34)   Johansson CC, Bryn T, Aandahl EM et al. Treatment with type-2 selective and non-selective cyclooxygenase inhibitors improves T-cell proliferation in HIV-infected patients on highly active antiretroviral therapy. AIDS 2004; 18(6):951-952.

(35)   Kvale D, Ormaasen V, Kran AM et al. Immune modulatory effects of cyclooxygenase type 2 inhibitors in HIV patients on combination antiretroviral treatment. AIDS 2006; 20(6):813-820.

(36)   Iida M, Iida H, Fujiwara H, Dohi S. Effects of alcohol infusion on smoking-induced cerebrovascular changes in rat in vivo. Alcohol 2003; 30(3):175-181.

(37)   Novotna B, Lanikova Z, Dolina J. Tolerance na rofecoxib u pacientu s intoleranci na aspirin (ASA) a neb0 nesteroidni antirevmatika (NSA) Tolerance to rofecoxib in Patients with Aspirin - Sensitivity. Alergie 2002; 4(2):149-151.

(38)   Montalvo S, Davila I, Laffond E, Moreno E, Lorente F. TOLERANCIA DE ROFECOXIB EN PACIENTES CON REACCIONES A AINES - [Rofecoxib tolerance in patients with NSAID-induced reactions] **[ABSTRACT]**. Alergol Inmunol Clin 2003; 18(4):214-216.

(39)   Donnelly MT, Hawkey CJ. Review article: COX-II inhibitors--a new generation of safer NSAIDs? Aliment Pharmacol Ther 1997; 11(2):227-236.

KS-000699

(40) Davies NM: Review article: non-steroidal anti-inflammatory drug-induced gastrointestinal permeability. Aliment Pharmacol Ther 1998; 12(4):303-320.

(41) McCartney SA, Mitchell JA, Fairclough PD, Farthing MJ, Warner TD. Selective COX-2 inhibitors and human inflammatory bowel disease. Aliment Pharmacol Ther 1999; 13(8):1115-1117.

(42) Lanza FL, Rack MF, Simon TJ et al. Specific inhibition of cyclooxygenase-2 with MK-0966 is associated with less gastroduodenal damage than either aspirin or ibuprofen. Aliment Pharmacol Ther 1999; 13(6):761-767.

(43) Hawkey CJ, Jackson L, Harper SE, Simon TJ, Mortensen E, Lines CR. Review article: the gastrointestinal safety profile of rofecoxib, a highly selective inhibitor of cyclooxygenase-2, in humans. Aliment Pharmacol Ther 2001; 15(1):1-9.

(44) Hawkey CJ, Laine L, Harper SE, Quan HU, Bolognese JA, Mortensen E. Influence of risk factors on endoscopic and clinical ulcers in patients taking rofecoxib or ibuprofen in two randomized controlled trials. Aliment Pharmacol Ther 2001; 15(10):1593-1601.

(45) Tanaka A, Araki H, Hase S, Komoike Y, Takeuchi K. Up-regulation of COX-2 by inhibition of COX-1 in the rat: a key to NSAID-induced gastric injury. Aliment Pharmacol Ther 2002; 16 Suppl 2:90-101.

(46) Micklewright R, Lane S, Linley W, McQuade C, Thompson F, Maskrey N. Review article: NSAIDs, gastroprotection and cyclo-oxygenase-II-selective inhibitors. Aliment Pharmacol Ther 2003; 17(3):321-332.

(47) Reinisch W, Miehsler W, Dejaco C et al. An open-label trial of the selective cyclo-oxygenase-2 inhibitor, rofecoxib, in inflammatory bowel disease-associated peripheral arthritis and arthralgia. Aliment Pharmacol Ther 2003; 17(11):1371-1380.

(48) Alsalameh S, Burian M, Mahr G, Woodcock BG, Geisslinger G. Review article: The pharmacological properties and clinical use of valdecoxib, a new cyclo-oxygenase-2-selective inhibitor. Aliment Pharmacol Ther 2003; 17(4):489-501.

(49) Scheiman JM, Greenson JK, Lee J, Cryer B. Effect of cyclooxygenase-2 inhibition on human Helicobacter pylori gastritis: mechanisms underlying gastrointestinal safety and implications for cancer chemoprevention. Aliment Pharmacol Ther 2003; 17(12):1535-1543.

(50) Norgard B, Pedersen L, Johnsen SP et al. COX-2-selective inhibitors and the risk of upper gastrointestinal bleeding in high-risk patients with previous gastrointestinal diseases: a population-based case-control study. Aliment Pharmacol Ther 2004; 19(7):817-825.

(51) Biancone L, Tosti C, Geremia A et al. Rofecoxib and early relapse of inflammatory bowel disease: an open-label trial. Aliment Pharmacol Ther 2004; 19(7):755-764.

(52) Kimmey MB, Lanas A. Review article: appropriate use of proton pump inhibitors with traditional nonsteroidal anti-inflammatory drugs and COX-2 selective inhibitors. Aliment Pharmacol Ther 2004; 19 Suppl 1:60-65.

(53) Hawkey CJ, Farkouh M, Gitton X, Ehrsam E, Huels J, Richardson P. Therapeutic arthritis research and gastrointestinal event trial of lumiracoxib - study design and patient demographics. Aliment Pharmacol Ther 2004; 20(1):51-63.

(54) Lazzaroni M, Bianchi PG. Gastrointestinal side-effects of traditional non-steroidal anti-inflammatory drugs and new formulations. Aliment Pharmacol Ther 2004; 20 Suppl 2:48-58.

(55) Kivitz AJ, Nayiager S, Schimansky T, Gimona A, Thurston HJ, Hawkey C. Reduced incidence of gastroduodenal ulcers associated with lumiracoxib compared with ibuprofen in patients with rheumatoid arthritis. Aliment Pharmacol Ther 2004; 19(11):1189-1198.

(56) Sorensen HT, Jacobsen J, Norgaard M, Pedersen L, Johnsen SP, Baron JA. Newer cyclo-oxygenase-2 selective inhibitors, other non-steroidal anti-inflammatory drugs and the risk of acute pancreatitis. Aliment Pharmacol Ther 2006; 24(1):111-116.

(57) Triadafilopoulos G, Kaur B, Sood S, Traxler B, Levine D, Weston A. The effects of esomeprazole combined with aspirin or rofecoxib on prostaglandin E2 production in patients with Barrett's oesophagus. Aliment Pharmacol Ther 2006; 23(7):997-1005.

**KS-000700**

(58) Thomsen RW, Riis A, Christensen S, McLaughlin JK, Sorensen HT. Outcome of peptic ulcer bleeding among users of traditional non-steroidal anti-inflammatory drugs and selective cyclo-oxygenase-2 inhibitors. Aliment Pharmacol Ther 2006; 24(10):1431-1438.

(59) Nielsen OH, Ainsworth M, Csillag C, Rask-Madsen J. Systematic review: coxibs, non-steroidal anti-inflammatory drugs or no cyclooxygenase inhibitors in gastroenterological high-risk patients? Aliment Pharmacol Ther 2006; 23(1):27-33.

(60) Abraham NS, El-Serag HB, Hartman C, Richardson P, Deswal A. Cyclooxygenase-2 selectivity of non-steroidal anti-inflammatory drugs and the risk of myocardial infarction and cerebrovascular accident. Aliment Pharmacol Ther 2007; 25(8):913-924.

(61) Ludwig RJ, Zollner TM, Kaufmann R, Boehncke WH. Tolerancia de rofecoxib en pacientes con reacciones a AINES [Rofecoxib tolerance in patients with NSAID-induced reactions]. Allergo J 2002; 11(6):394-396.

(62) Karakaya G, Kalyoncu AF. Safety of nimesulide, meloxicam and rofecoxib as alternative analgesics. Allergol Immunopathol (Madr ) 2000; 28(6):319-321.

(63) Senna GE, Governa M, Dama AR et al. Toxic Epidermal Necrolysis Due To Nimesulide (Abstract 416). Allergy 1997; 52(37 Suppl):133.

(64) Minore G, Pederzoli M, DeBenedictis E. Follow-up of subjects with negative oral challenge test for nimesulide [ABSTRACT 152]. Allergy 2000; 55(63 Suppl.):50.

(65) Enrique E, Cistero-Bahima A, San Miguel-Moncin MM, Alonso R. Rofecoxib should be tried in NSAID hypersensitivity. Allergy 2000; 55(11):1090.

(66) Asero R. Multiple sensitivity to NSAID. Allergy 2000; 55(9):893-894.

(67) Fonseca J, Rodrigues J, Moreira A, Vaz M. Pseudo-allergic reactions to nimesulide in NSAID-intolerant patients in a population with high consumption of this drug (ABSTRACT 151). Allergy 2000; 55(63 Suppl):50.

(68) Berges-Gimeno MP, Camacno Garrido E, Garcia-Rodriguez RM et al. Rofecoxib, a selective high affinity cox-2 inhibitor has proved to be safe in urticaria1 angioedema associated with NSAIDs intolerance [ABSTRACT 143]. Allergy 2001; 56(68 Suppl.):49.

(69) Asero R. Tolerability of rofecoxib. Allergy 2001; 56(9):916-917.

(70) Valero A, Baltasar MA, Enrique E et al. Rofecoxib a COX-1 sparing in NSAIDs sensitive patients [ABSTRACT 704]. Allergy 2001; 56(68 Suppl.):221.

(71) Matucci A, Rossi O, Cecchi L et al. Rofecoxib a new alternative in patients with intolerance to NSAIDs [ABSTRACT 709]. Allergy 2001; 56(68 Suppl.):222-223.

(72) Boehncke WH, Kaufmann R, Zollner TM. Tolerance to the selective cyclooxygenase-2 inhibitor rofecoxib in patients intolerant to non-steroidal antiphlogistics [ABSTRACT 705]. Allergy 2001; 56(68 Suppl.):222.

(73) Hinrichs R, Ritzkowsky A, Hunzelmann N, Krieg T, Scharffetter-Kochanek K. Rofecoxib as an alternative in aspirin hypersensitivity. Allergy 2001; 56(8):789.

(74) Pacor ML, DiLorenzo G, Biasi D, Corrocher R. Cox 2 Inhibitors in patients with adverse reaction to non steroidal antiinflammatory drugs [ABSTRACT 144]. Allergy 2001; 56(68 Suppl.):49-50.

(75) Berges-Gimeno MP, Camacho-Garrido E, Garcia-Rodriguez RM, Alfaya T, Martin GC, Hinojosa M. Rofecoxib safe in NSAID hypersensitivity. Allergy 2001; 56(10):1017-1018.

(76) Grob M, Pichler WJ, Wuthrich B. Anaphylaxis to celecoxib. Allergy 2002; 57(3):264-265.

(77) Valero A, Baltasar M, Enrique E et al. NSAID-sensitive patients tolerate rofecoxib. Allergy 2002; 57(12):1214-1215.

(78) Garcia-Rodriguez RM, Hinojosa M, Camacho-Garrido E, Berges GP, Martin GC. Celecoxib, safe in NSAID intolerance. Allergy 2002; 57(11):1085-1086.

**KS-000701**

(79) Novotna B, Lanikova Z, Dolina J. Tolerance to rofecoxib in patients with intolerance to acetylsalicylic acid and or nonsteroidal anti-inflammatory drugs [ABSTRACT 849]. Allergy 2002; 57(73 Suppl.):263.

(80) Lopes Pregal A, Spinola Santos A, Lopes de Silva S, Costa C, Pedro E, Palma-Carlos AG. Nonsteroidal anti-inflammatory drugs hypersensitivity comparative study: celecoxib vs. rofecoxib [ABSTRACT 846]. Allergy 2002; 57(73 Suppl.):262.

(81) Bavbek S, Celik G, Ozer F, Mungan D, Mysyrlygil Z. Safety of selective COX-2 inhibitors in aspirin/nonsteroidal anti-inflammatory drugs-intolerant patients: comparison of nimesulide, meloxicam and rofecoxib [ABSTRACT 850]. Allergy 2002; 57(73 Suppl.):263.

(82) Weber-Mani U, Reimers A, Pichler WJ, Muller U. elecoxib-induced anaphylaxis: a case report [ABSTRACT 815]. Allergy 2002; 57(73 Suppl.):253.

(83) Moreira A, Rodrigues J, Fonseca J, Vaz M. Is atopy associated with severe NSAID idiosyncratic reactions? [ABSTRACT 847]. Allergy 2002; 57(73 Suppl.):262.

(84) Posters: Drug allergy. Allergy 2002; 57 Suppl 73:256-270.

(85) Poster Discussion Session 11: Atopic dermatitis and urticaria. Allergy 2002; 57 Suppl 73:300-304.

(86) Ludwig RJ, Zollner TM, Kaufmann R, Boehncke WH. The selective cyclooxygenase-2-inhibitor rofecoxib improves the treatment of chronic idiopathic urticaria in combination with H1 antihistamines [ABSTRACT 994]. Allergy 2002; 57(73 Suppl.):304.

(87) Poster Discussion Session 8: Drug allergy. Allergy 2002; 57 Suppl 73:250-255.

(88) Brost H, Ott H, Pfannenstiel C, Wenzl TG, Heimann G. Aspirin intolerance in boy with primary ciliary dyskinesia. Allergy 2003; 58(2):158-164.

(89) Munoz-Bellido FJ, Terron M, Leon A. Safety of rofecoxib in nonsteroidal anti-inflammatory drugs intolerance. Allergy 2003; 58(10):1072-1075.

(90) Gibbs BF, Boehncke WH. Effects of rofecoxib, celecoxib, and parecoxib on anti-IgE-induced histamine release from human skin mast cells and basophils. Allergy 2003; 58(10):1075-1076.

(91) Nucera E, Schiavino D, Pollastrini E et al. Tolerance induction to rofecoxib in a patient with Bartter's syndrome. Allergy 2004; 59(7):788-789.

(92) Matucci A, Parronchi P, Vultaggio A et al. Partial safety of the new COX-2 inhibitor rofecoxib in NSAIDs high sensitive patients. Allergy 2004; 59(10):1133-1134.

(93) Noble SL, King DS, Olutade JI. Cyclooxygenase-2 enzyme inhibitors: place in therapy. Am Fam Physician 2000; 61(12):3669-3676.

(94) Miksanek T. Diary from a week in practice. Am Fam Physician 2001; 64(9):1547-1548.

(95) Smucny J, Chai G. Are selective COX-2 inhibitors as effective as NSAIDs in patients with rheumatoid arthritis? Am Fam Physician 2004; 69(3):595-596.

(96) Frishman WH, Christodoulou J, Weksler B, Smithen C, Killip T, Scheidt S. Aspirin therapy in angina pectoris: effects on platelet aggregation, exercise tolerance, and electrocardiographic manifestations of ischemia. Am Heart J 1976; 92(1):3-10.

(97) Smith EF, Lefer AM. Stabilization of cardiac lysosomal and cellular membranes in protection of ischemic myocardium due to coronary occlusion:efficacy of the nonsteroidal anti-inflammatory agent, naproxen. Am Heart J 1981; 101(4):394-402.

(98) Furman MI, Kereiakes DJ, Krueger LA et al. Leukocyte-platelet aggregation, platelet surface P-selectin, and platelet surface glycoprotein IIIa after percutaneous coronary intervention: Effects of dalteparin or unfractionated heparin in combination with abciximab. Am Heart J 2001; 142(5):790-798.

KS-000702

(99) Ray WA, Murray KT. Aspirin: redundant in users of nonaspirin, nonsteroidal antiinflammatory agents? Am Heart J 2002; 143(3):381-382.

(100) Ko D, Wang Y, Berger AK, Radford MJ, Krumholz HM. Nonsteroidal antiinflammatory drugs after acute myocardial infarction. Am Heart J 2002; 143(3):475-481.

(101) Meir K, Leitersdorf E, Hennekens CH. Inflammation in atherosclerosis: causal or casual? The need for randomized trials. Am Heart J 2003; 146(2):199-202.

(102) Mukherjee D, Topol EJ. Pharmaceutical advertising versus research spending: are profits more important than patients? Am Heart J 2003; 146(4):563-564.

(103) Konstam MA. Matters of the heart: assessing the cardiovascular safety of new drugs. Am Heart J 2003; 146(4):561-562.

(104) Weir MR, Sperling RS, Reicin A, Gertz BJ. Selective COX-2 inhibition and cardiovascular effects: a review of the rofecoxib development program. Am Heart J 2003; 146(4):591-604.

(105) Dunder K, Lind L, Lagerqvist B, Zethelius B, Vessby B, Lithell H. Cardiovascular risk factors for stable angina pectoris versus unheralded myocardial infarction. Am Heart J 2004; 147(3):502-508.

(106) Cannon CP, Curtis SP, Bolognese JA, Laine L. Clinical trial design and patient demographics of the Multinational Etoricoxib and Diclofenac Arthritis Long-term (MEDAL) study program: cardiovascular outcomes with etoricoxib versus diclofenac in patients with osteoarthritis and rheumatoid arthritis. Am Heart J 2006; 152(2):237-245.

(107) Furberg CD. The COX-2 inhibitors--an update. Am Heart J 2006; 152(2):197-199.

(108) Levin PJ, McGee G. Physician, divest thyself. Am J Bioeth 2006; 6(2):1-2.

(109) Hawk ET, Viner JL, Umar A, Anderson WF, Sigman CC, Guyton KZ. Cancer and the cyclo-oxygenase enzyme: implications for treatment and prevention. Am J Cancer 2003; 2(1):27-55.

(110) Frink RJ, Trowbridge JO, Rooney PA, Jr. Nonobstructive coronary thrombosis in sudden cardiac death. Am J Cardiol 1978; 42(1):48-51.

(111) Bolli R, Goldstein RE, Davenport N, Epstein SE. Influence of sulfinpyrazone and naproxen on infarct size in the dog. Am J Cardiol 1981; 47(4):841-847.

(112) Kirlin PC, Romson JL, Pitt B, Abrams GD, Schork MA, Lucchesi BR. Ibuprofen-mediated infarct size reduction: effects on regional myocardial function in canine myocardial infarction in canine myocardial infarction. Am J Cardiol 1982; 50(4):849-856.

(113) Falk E. Coronary thrombosis: pathogenesis and clinical manifestations. Am J Cardiol 1991; 68(7):28B-35B.

(114) Lieberman EH, Gerhard MD, Uehata A et al. Flow-induced vasodilation of the human brachial artery is impaired in patients <40 years of age with coronary artery disease. Am J Cardiol 1996; 78(11):1210-1214.

(115) Patrono C, Renda G. Platelet activation and inhibition in unstable coronary syndromes. Am J Cardiol 1997; 80(5A):17E-20E.

(116) Palmieri V, de SG, Arnett DK et al. Relation of various degrees of body mass index in patients with systemic hypertension to left ventricular mass, cardiac output, and peripheral resistance (The Hypertension Genetic Epidemiology Network Study). Am J Cardiol 2001; 88(10):1163-1168.

(117) Catella-Lawson F, Kapoor S, Moretti D et al. Oral glycoprotein IIb/IIIa antagonism in patients with coronary artery disease. Am J Cardiol 2001; 88(3):236-242.

(118) Campia U, Choucair WK, Bryant MB, Quyyumi AA, Cardillo C, Panza JA. Role of cyclooxygenase products in the regulation of vascular tone and in the endothelial vasodilator function of normal, hypertensive, and hypercholesterolemic humans. Am J Cardiol 2002; 89(3):286-290.

(119) Bombardier C. An evidence-based evaluation of the gastrointestinal safety of coxibs. Am J Cardiol 2002; 89(6A):3D-9D.

KS-000703

(120) Whelton A, White WB, Bello AE, Puma JA, Fort JG. Effects of celecoxib and rofecoxib on blood pressure and edema in patients > or =65 years of age with systemic hypertension and osteoarthritis. Am J Cardiol 2002; 90(9):959-963.

(121) Frishman WH. Effects of nonsteroidal anti-inflammatory drug therapy on blood pressure and peripheral edema. Am J Cardiol 2002; 89(6A):18D-25D.

(122) White WB, Faich G, Whelton A et al. Comparison of thromboembolic events in patients treated with celecoxib, a cyclooxygenase-2 specific inhibitor, versus ibuprofen or diclofenac. Am J Cardiol 2002; 89(4):425-430.

(123) DeMaria AN. Relative risk of cardiovascular events in patients with rheumatoid arthritis. Am J Cardiol 2002; 89(6A):33D-38D.

(124) FitzGerald GA. Cardiovascular pharmacology of nonselective nonsteroidal anti-inflammatory drugs and coxibs: clinical considerations. Am J Cardiol 2002; 89(6A):26D-32D.

(125) FitzGerald GA. Nonsteroidal anti-inflammatory drugs, coxibs, and cardio-renal physiology: a mechanism-based approach. Am J Cardiol 2002; 89(6A):1D-2D.

(126) Califf RM. The coxib story: some lessons and more questions. Am J Cardiol 2002; 89(8):971-972.

(127) Reicin AS, Shapiro D, Sperling RS, Barr E, Yu Q. Comparison of cardiovascular thrombotic events in patients with osteoarthritis treated with rofecoxib versus nonselective nonsteroidal anti-inflammatory drugs (ibuprofen, diclofenac, and nabumetone). Am J Cardiol 2002; 89(2):204-209.

(128) Harris RC, Jr. Cyclooxygenase-2 inhibition and renal physiology. Am J Cardiol 2002; 89(6A):10D-17D.

(129) Weaver A, Alderman M, Sperling R. Blood pressure control and rates of edema following the administration of the cyclooxygenase-2 specific inhibitors celecoxib versus rofecoxib in patients with systemic hypertension and osteoarthritis. Am J Cardiol 2003; 91(10):1291-1292.

(130) Peterman MA, Roberts WC. Syndrome of protein C deficiency and anterior wall acute myocardial infarction at a young age from a single coronary occlusion with otherwise normal coronary arteries. Am J Cardiol 2003; 92(6):768-770.

(131) White WB, Faich G, Borer JS, Makuch RW. Cardiovascular thrombotic events in arthritis trials of the cyclooxygenase-2 inhibitor celecoxib. Am J Cardiol 2003; 92(4):411-418.

(132) Schieffer B, Drexler H. Role of 3-hydroxy-3-methylglutaryl coenzyme a reductase inhibitors, angiotensin-converting enzyme inhibitors, cyclooxygenase-2 inhibitors, and aspirin in anti-inflammatory and immunomodulatory treatment of cardiovascular diseases. Am J Cardiol 2003; 91(12A):12H-18H.

(133) Lamprecht C, Werner U, Werner D et al. Effect of selective cyclooxygenase-2 inhibitors on heart rate in healthy young men. Am J Cardiol 2005; 95(12):1531-1532.

(134) Bresalier RS, Friedewald VE, Jr., Rakel RE, Roberts WC, Williams GW. The Editor's roundtable: cyclooxygenase-2 inhibitors and cardiovascular risk. Am J Cardiol 2005; 96(11):1589-1604.

(135) Messerli FH, Sichrovsky T. Does the pro-hypertensive effect of cyclooxygenase-2 inhibitors account for the increased risk in cardiovascular disease? Am J Cardiol 2005; 96(6):872-873.

(136) Whelton A. Clinical implications of nonopioid analgesia for relief of mild-to-moderate pain in patients with or at risk for cardiovascular disease. Am J Cardiol 2006; 97(9A):3-9.

(137) Gaziano JM. Nonnarcotic analgesics and hypertension. Am J Cardiol 2006; 97(9A):10-16.

(138) Lamarre-Cliche M. Drug treatment of orthostatic hypotension because of autonomic failure or neurocardiogenic syncope. Am J Cardiovasc Drugs 2002; 2(1):23-35.

(139) Cutaneous drug reaction case reports. From the world literature. Am J Clin Dermatol 2001; 2(6):407-414.

(140) Gaffney DK, Holden J, Zempolich K, Murphy KJ, Dicker AP, Dodson M. Elevated COX-2 expression in cervical carcinoma: reduced cause-specific survival and pelvic control. Am J Clin Oncol 2001; 24(5):443-440.

KS-000704

(141) Dicker AP, Williams TL, Grant DS. Targeting angiogenic processes by combination rofecoxib and ionizing radiation. Am J Clin Oncol 2001; 24(5):438-442.

(142) Futterman LG, Lemberg L. Hibernating myocardium, stunning, ischemic preconditioning: clinical relevance. Am J Crit Care 2000; 9(6):430-436.

(143) Litovitz TL, Klein-Schwartz W, Rodgers GC, Jr. et al. 2001 Annual report of the American Association of Poison Control Centers Toxic Exposure Surveillance System. Am J Emerg Med 2002; 20(5):391-452.

(144) Watson WA, Litovitz TL, Rodgers GC, Jr. et al. 2002 annual report of the American Association of Poison Control Centers Toxic Exposure Surveillance System. Am J Emerg Med 2003; 21(5):353-421.

(145) Shaw FE, Jr., Graham DJ, Guess HA et al. Postmarketing surveillance for neurologic adverse events reported after hepatitis B vaccination. Experience of the first three years. Am J Epidemiol 1988; 127(2):337-352.

(146) Smalley WE, Ray WA, Daugherty JR, Griffin MR. Nonsteroidal anti-inflammatory drugs and the incidence of hospitalizations for peptic ulcer disease in elderly persons. Am J Epidemiol 1995; 141(6):539-545.

(147) Griffin MR, Yared A, Ray WA. Nonsteroidal antiinflammatory drugs and acute renal failure in elderly persons. Am J Epidemiol 2000; 151(5):488-496.

(148) Ray WA. Evaluating medication effects outside of clinical trials: new-user designs. Am J Epidemiol 2003; 158(9):915-920.

(149) Schneider V, Levesque LE, Zhang B, Hutchinson T, Brophy JM. Association of selective and conventional nonsteroidal antiinflammatory drugs with acute renal failure: A population-based, nested case-control analysis. Am J Epidemiol 2006; 164(9):881-889.

(150) Dammann HG, Burkhardt F, Walter TA. Selective COX-2 inhibition: its relevance for NSAID-gastrointestinal toxicity [ABSTRACT 648]. Am J Gastroenterol 1996; 91(9):1910.

(151) Cryer B, Gottesdiener K, Gertz B, Hsieh P, Dallob A, Feldman M. Effects of a novel cyclooxygenase (COX)-2 inhibitor on gastric mucosal prostaglandin (PG) synthesis in healthy humans [ABSTRACT 104]. Am J Gastroenterol 1996; 91(9):1907-Abstr. 104.

(152) Hunt R, Bowen B, James C et al. COX-2 specific inhibition with MK-0966 25 or 50 mg q.d. over 4 weeks does not increase fecal blood loss: a controlled study with placebo and ibuprofen 800 mg t.i.d. [ABSTRACT 247]. Am J Gastroenterol 1998; 93(9):1671-Abstr. 247.

(153) Lanza FL. A guideline for the treatment and prevention of NSAID-induced ulcers. Members of the Ad Hoc Committee on Practice Parameters of the American College of Gastroenterology. Am J Gastroenterol 1998; 93(11):2037-2046.

(154) Bjarnason I, Sigthorsson G, Crane R et al. COX-2 specific inhibition with MK-0966 25 or 50 mg q.d. does not increase intestinal permeability: a controlled study with placebo (PBO) and indomethacin 50 mg t.i.d. (INDO) [ABSTRACT 245]. Am J Gastroenterol 1998; 93(9):1670.

(155) Palmer RH, Tibble J, Sigthorsson G, Bjarnason I. Indomethacin, nabumetone and celecoxib have differing effects on the healing of cryoprobe-induced gastric ulcers in rats [ABSTRACT 151]. Am J Gastroenterol 1999; 94(9):2615.

(156) Shafran I, Piromalli C. Serum sickness-like illness in Crohn's disease patients treated with antibiotics [ABSTRACT 639]. Am J Gastroenterol 1999; 94(9):2737.

(157) Goldstein JL, Agrawal N, Silverstein F et al. Effect of celecoxib (CEL) versus placebo (PBO) or NSAIDs in healing of gastric and duodenal erosions in arthritis patients: analysis of controlled endoscopic studies [ABSTRACT 126]. Am J Gastroenterol 1999; 94(9):2608.

(158) Goldstein JL, Agrawal N, Silverstein F et al. Celecoxib is associated with a low rate of clinically significant upper GI events: a two-year open label trial [ABSTRACT 699]. Am J Gastroenterol 1999; 94(9):2752.

(159) Goldstein JL, Silverstein FE, Agrawal NM et al. Reduced risk of upper gastrointestinal ulcer complications with celecoxib, a novel COX-2 inhibitor. Am J Gastroenterol 2000; 95(7):1681-1690.

**KS-000705**

(160)  Evans JF, Oshima M, Murai N et al. Chemoprevention of intestinal polyposis in the APC-718 mouse by rofecoxib, a specific cyclooxygenase-2 inhibitor [ABSTRACT 418]. Am J Gastroenterol 2000; 95(2533).

(161)  Kapioroglu S, Bafu A, Kayrier K, Aydun F, Ozoran Y. Does a COX-2 inhibitor, rofecoxib have low potential for causing acute gastric lesion: "a double blind, randomized, placebo controlled trial" [ABSTRACT 150]. Am J Gastroenterol 2000; 95(9):2454-2455.

(162)  Laine L, Bombardier C, Reicin A et al. Gastrointestinal (GI) co-therapy, procedures, and hospitalizations in a GI outcomes study of rofecoxib vs. naproxen in rheumatoid arthritis [ABSTRACT 762]. Am J Gastroenterol 2000; 95(9):2633.

(163)  O'Brien J. Nonsteroidal anti-inflammatory drugs in patients with inflammatory bowel disease. Am J Gastroenterol 2000; 95(8):1859-1861.

(164)  Pettitt DV, Singh G, Schwartz JS, Goldstein JL. Effect of cyclooxygenase (COX)-2 specific inhibitor utilization on the incidence of gastrointestinal events in a managed care population [ABSTRACT 779]. Am J Gastroenterol 2000; 95(9):2638.

(165)  Schwartz JI, Larson PJ, Gertz B, Cote J, Lasseter K, Porras AG. Rofecoxib steady-state pharmacokinetics [PK] in moderate hepatic insufficiency patients (HI) [ABSTRACT 369]. Am J Gastroenterol 2000; 95(9):2519.

(166)  DeFrancisco J, Gonlachavit S, Hasler W. Selective vs. nonselective cyclooxygenase and 5-lipoxygenase inhibition effects on gastric slow wave dysrhythmias during hyperglycemia: a model of diabetic gastropathy [ABSTRACT 160]. Am J Gastroenterol 2001; 96(9 Suppl.):S52.

(167)  Weaver J, Bonnel RA, Karwoski CB, Brinker AD, Beitz J. GI events leading to death in association with celecoxib and rofecoxib. Am J Gastroenterol 2001; 96(12):3449-3450.

(168)  Ofran Y, Bursztyn M, Ackerman Z. Rofecoxib-induced renal dysfunction in a patient with compensated cirrhosis and heart failure. Am J Gastroenterol 2001; 96(6):1941.

(169)  Bonner GF. Exacerbation of inflammatory bowel disease associated with use of celecoxib. Am J Gastroenterol 2001; 96(4):1306-1308.

(170)  Caroli A, Monica F. Severe upper gastrointestinal bleeding during treatment with rofecoxib for osteoarthritis. Am J Gastroenterol 2001; 96(5):1663-1665.

(171)  Mahadevan U, Loftus EV, Tremaine WJ, Sandborn WJ. Safety of selective cyclooxygenase-2 inhibitors (COX2-I) in inflammatory bowel disease (IBD) [ABSTRACT 953]. Am J Gastroenterol 2001; 96(9 Suppl.):S300-S301.

(172)  Geba GP, Polis AB, Skalky CS, Petruschke RA, Dobbins TW. Gastrointestinal tolerability among osteoarthritis patients receiving low dose aspirin in combination with rofecoxib or naproxen [ABSTRACT 717]. Am J Gastroenterol 2002; 97(9 Suppl.):S235.

(173)  Goh J, Wight D, Parkes M, Middleton SJ, Hunter JO. Rofecoxib and cytomegalovirus in acute flare-up of ulcerative colitis: coprecipitants or coincidence? Am J Gastroenterol 2002; 97(4):1061-1062.

(174)  Husain SS, Szabo IL, Tamawski AS. NSAID inhibition of GI cancer growth: clinical implications and molecular mechanisms of action. Am J Gastroenterol 2002; 97(3):542-553.

(175)  Chaudhary N, Harty R, Mesiya S. Rofecoxib (VIOXX) induced acute hepatitis [ABSTRACT 678]. Am J Gastroenterol 2002; 97(9 Suppl.):S22.

(176)  Cryer B, Feldman M. Comparison of effects of celecoxib, rofecoxib, naproxen and acetaminophen on gastric COX inhibition [ABSTRACT 172]. Am J Gastroenterol 2002; 97(9 Suppl.):S57.

(177)  Mahadevan U, Loftus EV, Jr., Tremaine WJ, Sandborn WJ. Safety of selective cyclooxygenase-2 inhibitors in inflammatory bowel disease. Am J Gastroenterol 2002; 97(4):910-914.

(178)  Watson DJ, Yu Q, Bolognese JA, Reicin AS, Holmes RH, Simon TJ. An update on the upper-GI safety profile of rofecoxib (VIOXX) compared with NSAIDs [ABSTRACT 735]. Am J Gastroenterol 2002; 97(9 Suppl.):S201.

KS-000706

(179) Gwyn K, Sinicrope FA. Chemoprevention of colorectal cancer. Am J Gastroenterol 2002; 97(1):13-21.

(180) Amaravadi RK, Jacobson BC, Solomon DH, Fischer MA. Acute pancreatitis associated with rofecoxib. Am J Gastroenterol 2002; 97(4):1077-1078.

(181) Gornet JM, Hassani Z, Modiglian R, Lemann M. Exacerbation of Crohn's colitis with severe colonic hemorrhage in a patient on rofecoxib. Am J Gastroenterol 2002; 97(12):3209-3210.

(182) Bonner GF. Using COX-2 inhibitors in IBD: anti-inflammatories inflame a controversy. Am J Gastroenterol 2002; 97(4):783-785.

(183) Kakar S, Pardi DS, Burgart LJ. Colonic ulcers accompanying collagenous colitis: implication of nonsteroidal anti-inflammatory drugs. Am J Gastroenterol 2003; 98(8):1834-1837.

(184) Gatta L, Vakil N. NSAIDS: can we stomach the risk? Am J Gastroenterol 2003; 98(3):694-695.

(185) Linares P, Vivas S, Jorquera F, Olcoz JL, de LB, Oritz de UJ. Severe cholestasis and acute renal failure related to rofecoxib. Am J Gastroenterol 2004; 99(8):1622-1623.

(186) Lanas A, Perez-Aisa MA, Feu F et al. A nationwide study of mortality associated with hospital admission due to severe gastrointestinal events and those associated with nonsteroidal antiinflammatory drug use. Am J Gastroenterol 2005; 100(8):1685-1693.

(187) Sander GE. High blood pressure in the geriatric population: treatment considerations. Am J Geriatr Cardiol 2002; 11(4):223-232.

(188) Hartnell NR, Flanagan PS, MacKinnon NJ, Bakowsky VS. Use of gastrointestinal preventive therapy among elderly persons receiving antiarthritic agents in Nova Scotia, Canada. Am J Geriatr Pharmacother 2004; 2(3):171-180.

(189) Shireman TI, Rigler SK. Predictors of the selection of coxibs over nonselective NSAIDs in an older Medicaid cohort. Am J Geriatr Pharmacother 2006; 4(3):210-218.

(190) Miller JL. Decisions loom on selective COX-2 inhibitors. Am J Health Syst Pharm 1999; 56(2):106-107.

(191) Miller JL. Second selective COX-2 inhibitor receives marketing approval. Am J Health Syst Pharm 1999; 56(13):1294.

(192) Stading JA, Skrabal MZ, Faulkner MA. Seven cases of interaction between warfarin and cyclooxygenase-2 inhibitors. Am J Health Syst Pharm 2001; 58(21):2076-2080.

(193) Kennedy AG, Littenberg B, Vezina LC. Vioxx-Viagra confusion. Am J Health Syst Pharm 2002; 59(21):2112.

(194) Schaefer MG, Plowman BK, Morreale AP, Egan M. Interaction of rofecoxib and celecoxib with warfarin. Am J Health Syst Pharm 2003; 60(13):1319-1323.

(195) Thompson CA. MI risk prompts rofecoxib withdrawal. Am J Health Syst Pharm 2004; 61(21):2234-6, 2238.

(196) Tran F, Boggie DT, Delattre ML, Schaefer MG, Morreale AP, Plowman BK. Therapeutic interchange involving replacement of rofecoxib or celecoxib with valdecoxib. Am J Health Syst Pharm 2004; 61(13):1391-1394.

(197) Sweet BV, Townsend KA, Tsai CY. Risk assessment of NSAID-induced gastrointestinal toxicity in ambulatory care patients. Am J Health Syst Pharm 2004; 61(18):1917-1921.

(198) Thompson CA. COX-2 inhibitors still eyed for cancer prevention. Am J Health Syst Pharm 2005; 62(9):890, 894.

(199) Brinker A, Nourjah P. Patient characteristics associated with outpatient prescriptions for nabumetone and oxaprozin versus celecoxib and rofecoxib. Am J Health Syst Pharm 2005; 62(7):739-743.

(200) Baldwin HJ, Droege M, Daniel KL. A message from the Vioxx case. Am J Health Syst Pharm 2006; 63(6):503.

(201) Varga J. Wolf in sheep's clothing? Am J Hosp Palliat Care 2000; 17(4):280.

KS-000707

(202)  Varga J, Dickman A. Ibuprofen to rofecoxib: what does it all mean and what do I do now? Am J Hosp Palliat Care 2001; 18(4):271-274.

(203)  Turner M, Affonso A, Fudin J, Rivera W. Clinical case study. Am J Hosp Palliat Care 2001; 18(6):429-431.

(204)  Spence JD. Effect of indomethacin on blood pressure in elderly people with essential hypertension well controlled on amlodipine or enalapril. Am J Hypertens 2001; 14(8 Pt 1):835.

(205)  Schwartz JI, Malice MP, Kalyani R et al. Effect of rofecoxib, celecoxib, and naproxen on blood pressure (BP) in elderly volunteers [POSTER 434]. Am J Hypertens 2001; 14(4 Pt. 2):177A.

(206)  Russell MW, Miller JD, Taylor DCA, Huse DM. Projected risks and costs of cardiovascular disease due to increased systolic blood pressure associated with use of rofecoxib [POSTER 490]. Am J Hypertens 2001; 14(4 Pt. 2):A195.

(207)  White WB, Whelton A, Kent J, Verburg K. Effects of the COX-2 specific inhibitor celecoxib on ambulatory blood pressure in hypertensive patients on ACE inhibition [POSTER 452]. Am J Hypertens 2001; 14(4 Pt. 2):183A.

(208)  White WB, Whelton A, Bello AE, Fort JG. Blood pressure control and edema rates in older patients with systolic hypertension and osteoarthritis following treatment with COX-2 specific inhibitors [POSTER 447]. Am J Hypertens 2001; 14(4 Pt. 2):181A.

(209)  Leonard J, Rodriguez JJ, Mellen PB, McGrady C, Puma JA. Cardiovascular events in elderly hypertensive patients with osteoarthritis treated with COX-2 specific inhibitors: insights from the Success VI and VII trials [POSTER 248]. Am J Hypertens 2002; 15(4 Pt. 2):120A.

(210)  Geba GP, Polis AB, Bohidar NR, Rush JE, Dobbins TW, Keane WF. Effect of rofecoxib vs. naproxen on hypertension and edema related events: a multivariate analysis involving 5557 patients from the advantage trial [POSTER 527]. Am J Hypertens 2002; 15(4 Pt. 2):223A.

(211)  Osterhaus J, Burke T, May C, Bristol S, Whelton A. Physician management of edema and destabilized blood pressure in COX-2 users with osteoarthritis and treated hypertension [POSTER 145]. Am J Hypertens 2002; 15(4 Pt. 2):82A.

(212)  White WB, Whelton A, Epstein M, Fort JG. Differential effects of COX-2 inhibitors on systolic blood pressure in hypertensive patients treated with ACE inhibitors and beta-blockers versus calcium antagonists [POSTER 245]. Am J Hypertens 2002; 15(4 Pt. 2):119A.

(213)  Puma JA, Bello AE, Rodriguez JJ, Fort JG. The effects of COX-2 specific inhibitors on edema and systolic blood pressure in elderly patients with osteoarthritis and treated hypertension: a pooled analysis on 1,902 patients [POSTER 244]. Am J Hypertens 2002; 15(4 Pt. 2):118A.

(214)  Whelton A, White WB, Fort JG, Bello AE. The effect of COX-2 specific inhibitors on blood pressure control in patients with osteoarthritis and hypertension [POSTER 247]. Am J Hypertens 2002; 15(4 Pt. 2):119A.

(215)  Nietert PJ, Ornstein SM, Dickerson LM, Rothenberg RJ, Goldfarb SD. Retrospective comparison of cardiac and renal effects between celecoxib and rofecoxib in older hypertensive patients [POSTER 50]. Am J Hypertens 2003; 16(5 Pt. 2):57A.

(216)  Sowers JR, White WB, Pitt B et al. Rofecoxib, but not celecoxib or naproxen, increases mean 24-hour systolic blood pressure: results of a randomized double blind controlled trial in treated hypertensive patients with osteoarthritis (OA) and type 2 diabetes mellitus [ABSTRACT 25]. Am J Hypertens 2003; 16(5 Pt. 2):11A.

(217)  Geba GP, Polis AB, Petruschke RA, Keane WK. Hypertension among osteoarthritis patients treated with rofecoxib, celecoxib, or acetaminophen: an analysis of the data from the pooled VACT studies [ABSTRACT 83]. Am J Hypertens 2003; 16(5 Pt. 2):39A.

(218)  Wolfe F, Michaud K, Zhao SZ. Patient burden of weight gain and blood pressure increase among RA patients using celecoxib, rofecoxib, and non-specific NSAIDs [POSTER 448]. Am J Hypertens 2003; 16(5 Pt. 2):199A-200A.

(219)  Bennett WM, Henrich WL, Stoff JS. The renal effects of nonsteroidal anti-inflammatory drugs: summary and recommendations. Am J Kidney Dis 1996; 28(1 Suppl 1):S56-S62.

(220)  Dunn MJ. Are COX-2 selective inhibitors nephrotoxic? Am J Kidney Dis 2000; 35(5):976-977.

KS-000708

(221)  Perazella MA, Eras J. Are selective COX-2 inhibitors nephrotoxic? Am J Kidney Dis 2000; 35(5):937-940.

(222)  Komers R, Anderson S, Epstein M. Renal and cardiovascular effects of selective cyclooxygenase-2 inhibitors. Am J Kidney Dis 2001; 38(6):1145-1157.

(223)  Alper AB, Jr., Meleg-Smith S, Krane NK. Nephrotic syndrome and interstitial nephritis associated with celecoxib. Am J Kidney Dis 2002; 40(5):1086-1090.

(224)  Alim N, Peterson L, Zimmerman SW, Updike S. Rofecoxib-induced acute interstitial nephritis. Am J Kidney Dis 2003; 41(3):720-721.

(225)  Thomas WJ. The Vioxx story: would it have ended differently in the European Union? Am J Law Med 2006; 32(2-3):365-380.

(226)  Andrews SA, Wallace CK, Davis RL. Celecoxib: a COX-2 inhibitor. Am J Manag Care 1999; 5(4):511-518.

(227)  Ehrich EW, Bolognese JA, Watson DJ, Kong SX. Effect of rofecoxib therapy on measures of health-related quality of life in patients with osteoarthritis. Am J Manag Care 2001; 7(6):609-616.

(228)  Dart RC. The use and effect of analgesics in patients who regularly drink alcohol. Am J Manag Care 2001; 7(19 Suppl):S597-S601.

(229)  Zhao SZ, Burke TA, Whelton A, von AH, Henderson SC. Comparison of the baseline cardiovascular risk profile among hypertensive patients prescribed COX-2-specific inhibitors or nonspecific NSAIDs: data from real-life practice. Am J Manag Care 2002; 8(15 Suppl):S392-S400.

(230)  Hochberg MC. Treatment of rheumatoid arthritis and osteoarthritis with COX-2-selective inhibitors: a managed care perspective. Am J Manag Care 2002; 8(17 Suppl):S502-S517.

(231)  Zhao SZ, Burke TA, Whelton A, von AH, Henderson SC. Blood pressure destabilization and related healthcare utilization among hypertensive patients using nonspecific NSAIDs and COX-2-specific inhibitors. Am J Manag Care 2002; 8(15 Suppl):S401-S413.

(232)  Zhao SZ, Burke TA, Whelton A, von AH, Henderson SC. Cost of heart failure among hypertensive users of nonspecific NSAIDs and COX-2-specific inhibitors. Am J Manag Care 2002; 8(15 Suppl):S414-S427.

(233)  Sonnenblick EH. Cardiorenal differences among NSAIDs and coxibs: real-world experience. Am J Manag Care 2002; 8(15 Suppl):S369-S370.

(234)  Scheiman JM. Gastrointestinal outcomes: evidence for risk reduction in patients using coxibs. Am J Manag Care 2002; 8(17 Suppl):S518-S528.

(235)  Whelton A, Fort JG, Puma JA et al. Cyclooxygenase-2-specific inhibitors and cardiorenal function:  a randomized, controlled trial of celecoxib and rofecoxib in older hypertensive osteoarthritis patients. Am J Manag Care 2002; 8(15 Suppl.):S371-S382.

(236)  Weideman RA, Kelly KC, Kelley CL, Cryer B. COX-2-specific inhibitors: prescribing patterns in a large managed care health system and strategies to minimize costs. Am J Manag Care 2002; 8(10):869-877.

(237)  Sonnenblick EH. Differences between COX-2-specific inhibitors: clinical and economic implications. Am J Manag Care 2002; 8(15 Suppl):S428-S430.

(238)  Fendrick AM. Cost-effective use of NSAIDs: issues pertinent to coxib use in managed care. Am J Manag Care 2002; 8(17 Suppl):S529-S541.

(239)  Cox ER, Motheral B, Frisse M, Behm A, Mager D. Prescribing COX-2s for patients new to cyclo-oxygenase inhibition therapy. Am J Manag Care 2003; 9(11):735-742.

(240)  Fendrick AM. COX-2 inhibitor use after Vioxx: careful balance or end of the rope? Am J Manag Care 2004; 10(11 Pt 1):740-741.

KS-000709

(241)  Coles LS, Fries JF, Kraines RG, Roth SH. From experiment to experience: side effects of nonsteroidal anti-inflammatory drugs. Am J Med 1983; 74(5):820-828.

(242)  Catella F, Nowak J, FitzGerald GA. Measurement of renal and non-renal eicosanoid synthesis. Am J Med 1986; 81(2B):23-29.

(243)  Fries JF, Williams CA, Bloch DA, Michel BA. Nonsteroidal anti-inflammatory drug-associated gastropathy: incidence and risk factor models. Am J Med 1991; 91(3):213-222.

(244)  Houston MC. Nonsteroidal anti-inflammatory drugs and antihypertensives. Am J Med 1991; 90(5A):42S-47S.

(245)  Dewitt DL, Meade EA, Smith WL. PGH synthase isoenzyme selectivity: the potential for safer nonsteroidal antiinflammatory drugs. Am J Med 1993; 95(2A):40S-44S.

(246)  Behar S, Halabi M, Reicher-Reiss H et al. Circadian variation and possible external triggers of onset of myocardial infarction. SPRINT Study Group. Am J Med 1993; 94(4):395-400.

(247)  Singh G. Recent considerations in nonsteroidal anti-inflammatory drug gastropathy. Am J Med 1998; 105(1B):31S-38S.

(248)  McCarthy D. Nonsteroidal anti-inflammatory drug-related gastrointestinal toxicity: definitions and epidemiology. Am J Med 1998; 105(5A):3S-9S.

(249)  Vane JR, Botting RM. Mechanism of action of nonsteroidal anti-inflammatory drugs. Am J Med 1998; 104(3A):2S-8S.

(250)  Bjorkman D. Nonsteroidal anti-inflammatory drug-associated toxicity of the liver, lower gastrointestinal tract, and esophagus. Am J Med 1998; 105(5A):17S-21S.

(251)  Cryer B, Feldman M. Cyclooxygenase-1 and cyclooxygenase-2 selectivity of widely used nonsteroidal anti-inflammatory drugs. Am J Med 1998; 104(5):413-421.

(252)  Rothstein R. Safety profiles of leading nonsteroidal anti-inflammatory drugs. Am J Med 1998; 105(5A):39S-43S.

(253)  Barkin J. The relation between Helicobacter pylori and nonsteroidal anti-inflammatory drugs. Am J Med 1998; 105(5A):22S-27S.

(254)  Fries JF. Quality-of-life considerations with respect to arthritis and nonsteroidal anti-inflammatory drugs. Am J Med 1998; 104(3A):14S-20S.

(255)  Wolfe MM. Future trends in the development of safer nonsteroidal anti-inflammatory drugs. Am J Med 1998; 105(5A):44S-52S.

(256)  Scheiman J, Isenberg J. Agents used in the prevention and treatment of nonsteroidal anti-inflammatory drug-associated symptoms and ulcers. Am J Med 1998; 105(5A):32S-38S.

(257)  Soll A. Pathogenesis of nonsteroidal anti-inflammatory drug-related upper gastrointestinal toxicity. Am J Med 1998; 105(5A):10S-16S.

(258)  Kimmey MB. Role of endoscopy in nonsteroidal anti-inflammatory drug clinical trials. Am J Med 1998; 105(5A):28S-31S.

(259)  Nikas SN, Kittas G, Karamaounas N, Drosos AA. Meloxicam-induced erythema multiforme. Am J Med 1999; 107(5):532-534.

(260)  Lefkowith JB. Cyclooxygenase-2 specificity and its clinical implications. Am J Med 1999; 106(5B):43S-50S.

(261)  Lipsky PE. The clinical potential of cyclooxygenase-2-specific inhibitors. Am J Med 1999; 106(5B):51S-57S.

(262)  Schafer AI. Effects of nonsteroidal anti-inflammatory therapy on platelets. Am J Med 1999; 106(5B):25S-36S.

(263)  Brater DC. Effects of nonsteroidal anti-inflammatory drugs on renal function: focus on cyclooxygenase-2-selective inhibition. Am J Med 1999; 107(6A):65S-70S.

KS-000710

(264)  Whelton A. Nephrotoxicity of nonsteroidal anti-inflammatory drugs: physiologic foundations and clinical implications. Am J Med 1999; 106(5B):13S-24S.

(265)  Hunt RH, Bowen B, Mortensen ER et al. A randomized trial measuring fecal blood loss after treatment with rofecoxib, ibuprofen, or placebo in healthy subjects. Am J Med 2000; 109(3):201-206.

(266)  Whelton A. Renal aspects of treatment with conventional nonsteroidal anti-inflammatory drugs versus cyclooxygenase-2-specific inhibitors. Am J Med 2001; 110 Suppl 3A:33S-42S.

(267)  Catella-Lawson F, Crofford LJ. Cyclooxygenase inhibition and thrombogenicity. Am J Med 2001; 110 Suppl 3A:28S-32S.

(268)  Hernandez-Diaz S, Garcia-Rodriguez LA. Epidemiologic assessment of the safety of conventional nonsteroidal anti-inflammatory drugs. Am J Med 2001; 110 Suppl 3A:20S-27S.

(269)  Perazella MA, Tray K. Selective cyclooxygenase-2 inhibitors: a pattern of nephrotoxicity similar to traditional nonsteroidal anti-inflammatory drugs. Am J Med 2001; 111(1):64-67.

(270)  Buttgereit F, Burmester GR, Simon LS. Gastrointestinal toxic side effects of nonsteroidal anti-inflammatory drugs and cyclooxygenase-2-specific inhibitors. Am J Med 2001; 110 Suppl 3A:13S-19S.

(271)  Shamoon M, Hochberg MC. The role of acetaminophen in the management of patients with osteoarthritis. Am J Med 2001; 110 Suppl 3A:46S-49S.

(272)  Raisz LG. Potential impact of selective cyclooxygenase-2 inhibitors on bone metabolism in health and disease. Am J Med 2001; 110 Suppl 3A:43S-45S.

(273)  Cannon GW, Breedveld FC. Efficacy of cyclooxygenase-2-specific inhibitors. Am J Med 2001; 110 Suppl 3A:6S-12S.

(274)  Lipsky PE. Recommendations for the clinical use of cyclooxygenase-2-specific inhibitors. Am J Med 2001; 110 Suppl 3A:3S-5S.

(275)  Lipsky PE. Introduction. The role of COX-2-specific inhibitors in clinical practice. Am J Med 2001; 110 Suppl 3A:1S-2S.

(276)  Peloso PM, Scheiman JM. The economic implications of cyclooxygenase-2-specific inhibitors. Am J Med 2001; 110 Suppl 3A:50S-54S.

(277)  Sturmer T, Erb A, Keller F, Gunther KP, Brenner H. Determinants of impaired renal function with use of nonsteroidal anti-inflammatory drugs: the importance of half-life and other medications. Am J Med 2001; 111(7):521-527.

(278)  Van Solingen RM, Rosenstein ED, Mihailescu G et al. Comparison of the effects of ketoprofen on platelet function in the presence and absence of aspirin. Am J Med 2001; 111(4):285-289.

(279)  Pitkala KH, Strandberg TE, Tilvis RS. Worsening heart failure associated with COX-2 inhibitors. Am J Med 2002; 112(5):424-426.

(280)  Ladabaum U, Scheiman JM, Fendrick AM. Potential effect of cyclooxygenase-2-specific inhibitors on the prevention of colorectal cancer: a cost-effectiveness analysis. Am J Med 2003; 114(7):546-554.

(281)  Singh G, Lanes S, Triadafilopoulos G. Risk of serious upper gastrointestinal and cardiovascular thromboembolic complications with meloxicam. Am J Med 2004; 117(2):100-106.

(282)  Choi HK, Seeger JD, Kuntz KM. Effects of rofecoxib and naproxen on life expectancy among patients with rheumatoid arthritis: a decision analysis. Am J Med 2004; 116(9):621-629.

(283)  Daikh DI. The Vioxx debacle revisited. Am J Med 2005; 118(9):1057.

(284)  Mohapatra PR, Janmeja AK. The Vioxx debacle revisited. Am J Med 2005; 118(9):1058.

(285)  Manthous CA. The Vioxx debacle revisited. Am J Med 2005; 118(9):1056-1057.

(286)  Alpert JS. The Vioxx debacle. Am J Med 2005; 118(3):203-204.

**KS-000711**

(287) Abeles M, Abeles AM. The Vioxx debacle revisited. Am J Med 2005; 118(9):1057-1058.

(288) Good CB, Kelley CL. The Vioxx debacle revisited. Am J Med 2005; 118(9):1055-1056.

(289) Knudsen JF, Sokol GH. Reply to the Vioxx debacle. Am J Med 2006; 119(1):93-94.

(290) Eras J, Perazella MA. NSAIDs and the kidney revisited: are selective cyclooxygenase-2 inhibitors safe? Am J Med Sci 2001; 321(3):181-190.

(291) McMurray RW, Hardy KJ. Cox-2 inhibitors: today and tomorrow. Am J Med Sci 2002; 323(4):181-189.

(292) Perazella MA. Drug-induced renal failure: update on new medications and unique mechanisms of nephrotoxicity. Am J Med Sci 2003; 325(6):349-362.

(293) Brater DC, Harris C, Redfern JS, Gertz BJ. Renal effects of COX-2-selective inhibitors. Am J Nephrol 2001; 21(1):1-15.

(294) Pasero C, McCaffery M. Selective COX-2 inhibitors. Am J Nurs 2001; 101(4):55-56.

(295) O'Brien WF, Krammer J, O'Leary TD, Mastrogiannis DS. The effect of acetaminophen on prostacyclin production in pregnant women. Am J Obstet Gynecol 1993; 168(4):1164-1169.

(296) Bellini P, Locatelli A, Vergani P, Kirn V, Doria V, Ghidini A. Can a cyclo-oxygenase type-2 selective tocolytic agent avoid the fetal side effects of indomethacin? Am J Obstet Gynecol 2000; 182(1 Pt. 2):S60.

(297) Landen CN, Jr., Zhang P, Young RC. Differing mechanisms of inhibition of calcium increases in human uterine myocytes by indomethacin and nimesulide. Am J Obstet Gynecol 2001; 184(6):1100-1103.

(298) Stika CS, Gross GA, Leguizamon G et al. A prospective randomized safety trial of celecoxib for treatment of preterm labor. Am J Obstet Gynecol 2002; 187(3):653-660.

(299) Howard BC, Kovac CM, Calhoun BC, Hoeldtke NJ, Napolitano PG. The effects of a cyclo-oxygenase II inhibitor on placental artery production of thromboxane and prostacyclin. Am J Obstet Gynecol 2003; 189(3):835-838.

(300) Sawdy RJ, Lye S, Fisk NM, Bennett PR. A double-blind randomized study of fetal side effects during and after the short-term maternal administration of indomethacin, sulindac, and nimesulide for the treatment of preterm labor. Am J Obstet Gynecol 2003; 188(4):1046-1051.

(301) van KB, De BJ, Ten DN, Fijnheer R, Rothova A. The effect of non-steroidal anti-inflammatory drugs on inflammatory cystoid macular edema. Am J Ophthalmol 2005; 140(3):563-564.

(302) Sari E, Olmez H, Gurton AU. Comparison of some effects of acetylsalicylic acid and rofecoxib during orthodontic tooth movement. Am J Orthod Dentofacial Orthop 2004; 125(3):310-315.

(303) de CF, Cobo J, az-Esnal B, Arguelles J, Vijande M, Costales M. Orthodontic tooth movement after inhibition of cyclooxygenase-2. Am J Orthod Dentofacial Orthop 2006; 129(3):402-406.

(304) Reicin A, Brown J, Jove M et al. Efficacy of single-dose and multidose rofecoxib in the treatment of post-orthopedic surgery pain. Am J Orthop 2001; 30(1):40-48.

(305) Skinner HB, Shintani EY. Results of a multimodal analgesic trial involving patients with total hip or total knee arthroplasty. Am J Orthop 2004; 33(2):85-92.

(306) Smith JB. The prostanoids in hemostasis and thrombosis: a review. Am J Pathol 1980; 99(3):743-804.

(307) Schonbeck U, Sukhova GK, Graber P, Coulter S, Libby P. Augmented expression of cyclooxygenase-2 in human atherosclerotic lesions. Am J Pathol 1999; 155(4):1281-1291.

(308) Landau D, Shelef I, Polacheck H, Marks K, Holcberg G. Perinatal vasoconstrictive renal insufficiency associated with maternal nimesulide use. Am J Perinatol 1999; 16(9):441-444.

(309) McCulloch J, Kelly PA, Grome JJ, Pickard JD. Local cerebral circulatory and metabolic effects of indomethacin. Am J Physiol 1982; 243(3):H416-H423.

KS-000712

15

(310)  Smith WL. Prostanoid biosynthesis and mechanisms of action. Am J Physiol 1992; 263(2 Pt 2):F181-F191.

(311)  Wallace JL, McKnight W, Miyasaka M et al. Role of endothelial adhesion molecules in NSAID-induced gastric mucosal injury. Am J Physiol 1993; 265(5 Pt 1):G993-G998.

(312)  Yang T, Singh I, Pham H et al. Regulation of cyclooxygenase expression in the kidney by dietary salt intake. Am J Physiol 1998; 274(3 Pt 2):F481-F489.

(313)  Souza MH, de LO, Jr., Zamuner SR, Fiorucci S, Wallace JL. Gastritis increases resistance to aspirin-induced mucosal injury via COX-2-mediated lipoxin synthesis. Am J Physiol Gastrointest Liver Physiol 2003; 285(1):G54-G61.

(314)  Schmassmann A, Zoidl G, Peskar BM et al. Role of the different isoforms of cyclooxygenase and nitric oxide synthase during gastric ulcer healing in cyclooxygenase-1 and -2 knockout mice. Am J Physiol Gastrointest Liver Physiol 2006; 290(4):G747-G756.

(315)  Parfenova H, Massie V, Leffler CW. Developmental changes in endothelium-derived vasorelaxant factors in cerebral circulation. Am J Physiol Heart Circ Physiol 2000; 278(3):H780-H788.

(316)  Muscara MN, McKnight W, Lovren F, Triggle CR, Cirino G, Wallace JL. Antihypertensive properties of a nitric oxide-releasing naproxen derivative in two-kidney, one-clip rats. Am J Physiol Heart Circ Physiol 2000; 279(2):H528-H535.

(317)  Kodani E, Shinmura K, Xuan YT et al. Cyclooxygenase-2 does not mediate late preconditioning induced by activation of adenosine A1 or A3 receptors. Am J Physiol Heart Circ Physiol 2001; 281(2):H959-H968.

(318)  Brian JE, Jr., Faraci FM, Moore SA. COX-2-dependent delayed dilatation of cerebral arterioles in response to bradykinin. Am J Physiol Heart Circ Physiol 2001; 280(5):H2023-H2029.

(319)  Xi L, Tekin D, Gursoy E, Salloum F, Levasseur JE, Kukreja RC. Evidence that NOS2 acts as a trigger and mediator of late preconditioning induced by acute systemic hypoxia. Am J Physiol Heart Circ Physiol 2002; 283(1):H5-12.

(320)  Chen L, He H, Fernandez ME, Hedenstierna G. Cyclooxygenase inhibitor blocks rebound response after NO inhalation in an endotoxin model. Am J Physiol Heart Circ Physiol 2003; 284(1):H290-H298.

(321)  Hernanz R, Briones AM, Alonso MJ, Vila E, Salaices M. Hypertension alters role of iNOS, COX-2, and oxidative stress in bradykinin relaxation impairment after LPS in rat cerebral arteries. Am J Physiol Heart Circ Physiol 2004; 287(1):H225-H234.

(322)  Tang XL, Xuan YT, Zhu Y, Shirk G, Bolli R. Nicorandil induces late preconditioning against myocardial infarction in conscious rabbits. Am J Physiol Heart Circ Physiol 2004; 286(4):H1273-H1280.

(323)  LaPointe MC, Mendez M, Leung A, Tao Z, Yang XP. Inhibition of cyclooxygenase-2 improves cardiac function after myocardial infarction in the mouse. Am J Physiol Heart Circ Physiol 2004; 286(4):H1416-H1424.

(324)  Merkus D, Houweling B, Zarbanoui A, Duncker DJ. Interaction between prostanoids and nitric oxide in regulation of systemic, pulmonary, and coronary vascular tone in exercising swine. Am J Physiol Heart Circ Physiol 2004; 286(3):H1114-H1123.

(325)  Tartas M, Bouye P, Koitka A et al. Early vasodilator response to anodal current application in human is not impaired by cyclooxygenase-2 blockade. Am J Physiol Heart Circ Physiol 2005; 288(4):H1668-H1673.

(326)  Li M, Stallone JN. Estrogen potentiates vasopressin-induced contraction of female rat aorta by enhancing cyclooxygenase-2 and thromboxane function. Am J Physiol Heart Circ Physiol 2005; 289(4):H1542-H1550.

(327)  Fetalvero KM, Shyu M, Nomikos AP et al. The prostacyclin receptor induces human vascular smooth muscle cell differentiation via the protein kinase A pathway. Am J Physiol Heart Circ Physiol 2006; 290(4):H1337-H1346.

(328)  Llinas MT, Rodriguez F, Moreno C, Salazar FJ. Role of cyclooxygenase-2-derived metabolites and nitric oxide in regulating renal function. Am J Physiol Regul Integr Comp Physiol 2000; 279(5):R1641-R1646.

(329)  Romanovsky AA. Vioxx, Celebrex, Bextra....do we have a new target for anti-inflammatory and antipyretic therapy? Am J Physiol Regul Integr Comp Physiol 2005; 288(5):R1098-R1099.

KS-000713

(330) Bradford CD, Cotter JD, Thorburn MS, Walker RJ, Gerrard DF. Exercise can be pyrogenic in humans. Am J Physiol Regul Integr Comp Physiol 2007; 292(1):R143-R149.

(331) Mann B, Hartner A, Jensen BL et al. Acute upregulation of COX-2 by renal artery stenosis. Am J Physiol Renal Physiol 2001; 280(1):F119-F125.

(332) Hocherl K, Kammerl MC, Schumacher K, Endemann D, Grobecker HF, Kurtz A. Role of prostanoids in regulation of the renin-angiotensin-aldosterone system by salt intake. Am J Physiol Renal Physiol 2002; 283(2):F294-F301.

(333) Hocherl K, Kammerl M, Kees F, Kramer BK, Grobecker HF, Kurtz A. Role of renal nerves in stimulation of renin, COX-2, and nNOS in rat renal cortex during salt deficiency. Am J Physiol Renal Physiol 2002; 282(3):F478-F484.

(334) Hartner A, Cordasic N, Goppelt-Struebe M, Veelken R, Hilgers KF. Role of macula densa cyclooxygenase-2 in renovascular hypertension. Am J Physiol Renal Physiol 2003; 284(3):F498-F502.

(335) Castrop H, Klar J, Wagner C, Hocherl K, Kurtz A. General inhibition of renocortical cyclooxygenase-2 expression by the renin-angiotensin system. Am J Physiol Renal Physiol 2003; 284(3):F518-F524.

(336) Lantz MS, Giambanco V. Acute onset of auditory hallucinations after initiation of celecoxib therapy. Am J Psychiatry 2000; 157(6):1022-1023.

(337) Muller N, Riedel M, Scheppach C et al. Beneficial antipsychotic effects of celecoxib add-on therapy compared to risperidone alone in schizophrenia. Am J Psychiatry 2002; 159(6):1029-1034.

(338) Brown JH, Kazis LE, Spitz PW, Gertman P, Fries JF, Meenan RF. The dimensions of health outcomes: a cross-validated examination of health status measurement. Am J Public Health 1984; 74(2):159-161.

(339) Greenland S. Relation of probability of causation to relative risk and doubling dose: a methodologic error that has become a social problem. Am J Public Health 1999; 89(8):1166-1169.

(340) Rahusen FT, Weinhold PS, Almekinders LC. Nonsteroidal anti-inflammatory drugs and acetaminophen in the treatment of an acute muscle injury. Am J Sports Med 2004; 32(8):1856-1859.

(341) Hanson CA, Weinhold PS, Afshari HM, Dahners LE. The effect of analgesic agents on the healing rat medial collateral ligament. Am J Sports Med 2005; 33(5):674-679.

(342) Horattas MC, Evans S, Sloan-Stakleff KD, Lee C, Snoke JW. Does preoperative rofecoxib (Vioxx) decrease postoperative pain with laparoscopic cholecystectomy? Am J Surg 2004; 188(3):271-276.

(343) Whelton A, Maurath CJ, Verburg KM, Geis GS. Renal safety and tolerability of celecoxib, a novel cyclooxygenase-2 inhibitor. Am J Ther 2000; 7(3):159-175.

(344) Whelton A. Renal and related cardiovascular effects of conventional and COX-2-specific NSAIDs and non-NSAID analgesics. Am J Ther 2000; 7(2):63-74.

(345) Maddrey WC, Maurath CJ, Verburg KM, Geis GS. The hepatic safety and tolerability of the novel cyclooxygenase-2 inhibitor celecoxib. Am J Ther 2000; 7(3):153-158.

(346) Whelton A, Fort JG, Puma JA, Normandin D, Bello AE, Verburg KM. Cyclooxygenase-2--specific inhibitors and cardiorenal function: a randomized, controlled trial of celecoxib and rofecoxib in older hypertensive osteoarthritis patients. Am J Ther 2001; 8(2):85-95.

(347) Verburg KM, Maziasz TJ, Weiner E, Loose L, Geis GS, Isakson PC. Cox-2-specific inhibitors: definition of a new therapeutic concept. Am J Ther 2001; 8(1):49-64.

(348) Epstein M. Cardiovascular and renal effects of COX-2-specific inhibitors: recent insights and evolving clinical implications. Am J Ther 2001; 8(2):81-83.

(349) Fricke J, Varkalis J, Zwillich S et al. Valdecoxib is more efficacious than rofecoxib in relieving pain associated with oral surgery. Am J Ther 2002; 9(2):89-97.

**KS-000714**

(350) Herrera JA, Gonzalez M. Comparative evaluation of the effectiveness and tolerability of nimesulide versus rofecoxib taken once a day in the treatment of patients with knee osteoarthritis. Am J Ther 2003; 10(6):468-472.

(351) Cho J, Cooke CE, Proveaux W. A retrospective review of the effect of COX-2 inhibitors on blood pressure change. Am J Ther 2003; 10(5):311-317.

(352) Gottesdiener K, Agrawal N, Porras A et al. Effects of renal insufficiency and hemodialysis on the pharmacokinetics of rofecoxib. Am J Ther 2003; 10(4):252-258.

(353) White WB, Strand V, Roberts R, Whelton A. Effects of the cyclooxygenase-2 specific inhibitor valdecoxib versus nonsteroidal antiinflammatory agents and placebo on cardiovascular thrombotic events in patients with arthritis. Am J Ther 2004; 11(4):244-250.

(354) Whelton A. The coxib conundrum: lessons from the rise and fall of rofecoxib. Am J Ther 2004; 11(6):417-421.

(355) Spalding WM, Reeves MJ, Whelton A. Thromboembolic cardiovascular risk among arthritis patients using cyclooxygenase-2-selective inhibitor or nonselective cyclooxygenase inhibitor nonsteroidal anti-inflammatory drugs. Am J Ther 2007; 14(1):3-12.

(356) Schuster R, Stewart D, Schuster L, Greaney G, Waxman K. Preoperative oral rofecoxib and postoperative pain in patients after laparoscopic cholecystectomy: a prospective, randomized, double-blinded, placebo-controlled trial. Am Surg 2005; 71(10):827-829.

(357) daLuz PL, Coimbra SR. Alcohol and atherosclerosis. An Acad Bras Cienc 2001; 73(1):51-55.

(358) Meyer R. Rofecoxib reduces perioperative morphine consumption for abdominal hysterectomy and laparoscopic gastric banding. Anaesth Intensive Care 2002; 30(3):389-390.

(359) Papadimos TJ, Marco AP. Cornelia de Lange syndrome, hyperthermia and a difficult airway. Anaesthesia 2003; 58(9):924-925.

(360) Blaicher AM, Landsteiner HT, Zwerina J, Leitgeb U, Volf I, Hoerauf K. Effect of non-selective, non-steroidal anti-inflammatory drugs and cyclo-oxygenase-2 selective inhibitors on the PFA-100 closure time. Anaesthesia 2004; 59(11):1100-1103.

(361) Nemutlu E, Ozaltin N, Altinoz S. Determination of rofecoxib, in the presence of its photodegradation product, in pharmaceutical preparations by micellar electrokinetic capillary chromatography. Anal Bioanal Chem 2004; 378(2):504-509.

(362) Amini M, Hamedani MP, Vosooghi M, Nabavi M, Shafiee A. Pre-column derivatization of rofecoxib for determination in serum by HPLC. Anal Bioanal Chem 2005; 382(5):1265-1268.

(363) Murphey LJ, Williams MK, Sanchez SC et al. Quantification of the major urinary metabolite of PGE2 by a liquid chromatographic/mass spectrometric assay: determination of cyclooxygenase-specific PGE2 synthesis in healthy humans and those with lung cancer. Anal Biochem 2004; 334(2):266-275.

(364) Reuben SS, Connelly NR. Postoperative analgesic effects of celecoxib or rofecoxib after spinal fusion surgery. Anesth Analg 2000; 91(5):1221-1225.

(365) Sheeran PW, Rose J, Ciavachi R, Fazi L, McCormick L. Rofecoxib administration to pediatric patients undergoing adenotonsillectomy [ABSTRACT S257]. Anesth Analg 2002; 94:S257.

(366) Turan A, Emet S, Karamanlioglu B, Memis D, Turan N, Pamukcu Z. Analgesic effects of rofecoxib in ear-nose-throat surgery. Anesth Analg 2002; 95(5):1308-11, table.

(367) Reuben SS, Bhopatkar S, Maciolek H, Joshi W, Sklar J. The preemptive analgesic effect of rofecoxib after ambulatory arthroscopic knee surgery. Anesth Analg 2002; 94(1):55-9, table.

(368) Watcha MF, Issioui T, Klein KW, White PF. Costs and effectiveness of rofecoxib, celecoxib, and acetaminophen for preventing pain after ambulatory otolaryngologic surgery. Anesth Analg 2003; 96(4):987-94, table.

KS-000715

(369)   Pavlin DJ, Horvath KD, Pavlin EG, Sima K. Preincisional treatment to prevent pain after ambulatory hernia surgery. Anesth Analg 2003; 97(6):1627-1632.

(370)   Joshi W, Connelly NR, Reuben SS, Wolckenhaar M, Thakkar N. An evaluation of the safety and efficacy of administering rofecoxib for postoperative pain management. Anesth Analg 2003; 97(1):35-8, table.

(371)   Sinatra RS, Shen QJ, Halaszynski T, Luther MA, Shaheen Y. Preoperative rofecoxib oral suspension as an analgesic adjunct after lower abdominal surgery: the effects on effort-dependent pain and pulmonary function. Anesth Analg 2004; 98(1):135-40, table.

(372)   Blaicher AM, Landsteiner HT, Al-Falaki O et al. Acetylsalicylic acid, diclofenac, and lornoxicam, but not rofecoxib, affect platelet CD 62 expression. Anesth Analg 2004; 98(4):1082-5, table.

(373)   Chang DJ, Desjardins PJ, King TR, Erb T, Geba GP. The analgesic efficacy of etoricoxib compared with oxycodone/acetaminophen in an acute postoperative pain model: a randomized, double-blind clinical trial. Anesth Analg 2004; 99(3):807-15, table.

(374)   Karamanlioglu B, Turan A, Memis D, Ture M. Preoperative oral rofecoxib reduces postoperative pain and tramadol consumption in patients after abdominal hysterectomy. Anesth Analg 2004; 98(4):1039-43, table.

(375)   Ma H, Tang J, White PF et al. Perioperative rofecoxib improves early recovery after outpatient herniorrhaphy. Anesth Analg 2004; 98(4):970-5, table.

(376)   Kranke P, Morin AM, Roewer N, Eberhart LH. Patients' global evaluation of analgesia and safety of injected parecoxib for postoperative pain: a quantitative systematic review. Anesth Analg 2004; 99(3):797-806, table.

(377)   Buvanendran A, Kroin JS, Tuman KJ, Lubenow TR, Elmofty D, Luk P. Cerebrospinal fluid and plasma pharmacokinetics of the cyclooxygenase 2 inhibitor rofecoxib in humans: single and multiple oral drug administration. Anesth Analg 2005; 100(5):1320-4, table.

(378)   Barrington MJ, Olive D, Low K, Scott DA, Brittain J, Choong P. Continuous femoral nerve blockade or epidural analgesia after total knee replacement: a prospective randomized controlled trial. Anesth Analg 2005; 101(6):1824-1829.

(379)   Huang J. Efficacy of the NSAIDs depends on multiple factors. Anesth Analg 2005; 101(3):926.

(380)   Pavlin DJ, Pavlin EG, Horvath KD, Amundsen LB, Flum DR, Roesen K. Perioperative rofecoxib plus local anesthetic field block diminishes pain and recovery time after outpatient inguinal hernia repair. Anesth Analg 2005; 101(1):83-9, table.

(381)   Kroin JS, Buvanendran A, Watts DE, Saha C, Tuman KJ. Upregulation of cerebrospinal fluid and peripheral prostaglandin E2 in a rat postoperative pain model. Anesth Analg 2006; 103(2):334-43, table.

(382)   Turan A, White PF, Karamanlioglu B et al. Gabapentin: an alternative to the cyclooxygenase-2 inhibitors for perioperative pain management. Anesth Analg 2006; 102(1):175-181.

(383)   Nilsson F, Bjorkman S, Rosen I, Messeter K, Nordstrom CH. Cerebral vasoconstriction by indomethacin in intracranial hypertension. An experimental investigation in pigs. Anesthesiology 1995; 83(6):1283-1292.

(384)   Reuben SS, Steinberg R. Gastric perforation associated with the use of celecoxib. Anesthesiology 1999; 91(5):1548-1549.

(385)   Issioui T, Klein KW, White PF et al. Cost-efficacy of rofecoxib versus acetaminophen for preventing pain after ambulatory surgery. Anesthesiology 2002; 97(4):931-937.

(386)   Larijani GE, Goldberg ME. Analgesic evaluation in postoperative patients. Anesthesiology 2004; 100(3):744-745.

(387)   Myles PS. The pain visual analog scale: linear or nonlinear? Anesthesiology 2004; 100(3):744.

(388)   Reuben SS, Connelly NR. The perioperative use of cyclooxygenase-2 selective nonsteroidal antiinflammatory drugs may offer a safer alternative. Anesthesiology 2004; 100(3):748.

**KS-000716**

(389) Alcindor D, Krolikowski JG, Pagel PS, Warltier DC, Kersten JR. Cyclooxygenase-2 mediates ischemic, anesthetic, and pharmacologic preconditioning in vivo. Anesthesiology 2004; 100(3):547-554.

(390) Dembo G, Park SB, Kharasch ED. Central nervous system concentrations of cyclooxygenase-2 inhibitors in humans. Anesthesiology 2005; 102(2):409-415.

(391) Fornai M, Colucci R, Graziani F et al. Cyclooxygenase-2 induction after oral surgery does not entirely account for analgesia after selective blockade of cyclooxygenase 2 in the preoperative period. Anesthesiology 2006; 104(1):152-157.

(392) Buvanendran A, Kroin JS, Berger RA et al. Upregulation of prostaglandin E2 and interleukins in the central nervous system and peripheral tissue during and after surgery in humans. Anesthesiology 2006; 104(3):403-410.

(393) Babul N, Sloan P, Lipman AG. Postsurgical safety of opioid-sparing cyclooxygenase-2 inhibitors. Anesthesiology 2006; 104(2):375.

(394) Chalmers CR, Fenwick SW, Toogood GJ, Hull MA. Immunohistochemical measurement of endothelial cell apoptosis and proliferation in formalin-fixed, paraffin-embedded human cancer tissue. Angiogenesis 2006; 9(4):193-200.

(395) Giuseppe P, Antonino R, Alessandro DB et al. Floctafenine: a valid alternative in patients with adverse reactions to nonsteroidal anti-inflammatory drugs. Ann Allergy Asthma Immunol 1997; 78(1):74-78.

(396) Asero R. Leukotriene receptor antagonists may prevent NSAID-induced exacerbations in patients with chronic urticaria. Ann Allergy Asthma Immunol 2000; 85(2):156-157.

(397) Crouch TE, Stafford CT. Urticaria associated with COX-2 inhibitors [POSTER 38]. Ann Allergy Asthma Immunol 2000; 84(1):140.

(398) Kelkar PS, Butterfield JH, Teaford HG. Urticaria and angioedema from cyclooxygenase-2 inhibitors [POSTER 93]. Ann Allergy Asthma Immunol 2001; 86(1):117.

(399) Sanchez BM, Capriles-Hulett A, Caballero-Fonseca F, Perez CR. Tolerability to new COX-2 inhibitors in NSAID-sensitive patients with cutaneous diseases. Ann Allergy Asthma Immunol 2001; 87(3):201-204.

(400) Jajoo D, Benincasa P. Rofecoxib in a child with nonsteroidal anti-inflammatory drug induced urticaria and angioedema [POSTER 100]. Ann Allergy Asthma Immunol 2002; 88(1):125.

(401) Quiralte J, Saenz de San PB, Florido JJ. Safety of selective cyclooxygenase-2 inhibitor rofecoxib in patients with NSAID-induced cutaneous reactions. Ann Allergy Asthma Immunol 2002; 89(1):63-66.

(402) Asero R, Tedeschi A, Lorini M. Autoreactivity is highly prevalent in patients with multiple intolerances to NSAIDs. Ann Allergy Asthma Immunol 2002; 88(5):468-472.

(403) Nettis E, Di PR, Ferrannini A, Tursi A. Tolerability of rofecoxib in patients with cutaneous adverse reactions to nonsteroidal anti-inflammatory drugs. Ann Allergy Asthma Immunol 2002; 88(3):331-334.

(404) Rodriguez M, Enrique E, Castello JV, de Mateo JA, Roca B, Malek T. Tolerability of cyclooxygenase 2 inhibitors and the advisability of oral challenge. Ann Allergy Asthma Immunol 2003; 91(6):589.

(405) Thethi AK, Weiler C. Erythromelagia as a differential for flushing:  case report and literature review [POSTER 112]. Ann Allergy Asthma Immunol 2003; 90(1):147.

(406) Randolph CC, Dreyfus D. Drug desensitization:  experience in private practice with a community hospital [POSTER 61]. Ann Allergy Asthma Immunol 2004; 92(1):117.

(407) Quiralte J, Delgado J, Saenz de San PB et al. Safety of the new selective cyclooxygenase type 2 inhibitors rofecoxib and celecoxib in patients with anaphylactoid reactions to nonsteroidal anti-inflammatory drugs. Ann Allergy Asthma Immunol 2004; 93(4):360-364.

(408) Woessner KM, Simon RA, Stevenson DD. Safety of high-dose rofecoxib in patients with aspirin-exacerbated respiratory disease. Ann Allergy Asthma Immunol 2004; 93(4):339-344.

KS-000717

(409)   Sanchez-Borges M, Caballero-Fonseca F, Capriles-Hulet A. Tolerance of nonsteroidal anti-inflammatory drug-sensitive patients to the highly specific cyclooxygenase 2 inhibitors rofecoxib and valdecoxib. Ann Allergy Asthma Immunol 2005; 94(1):34-38.

(410)   Nettis E, Colanardi MC, Ferrannini A, Tursi A. Short-term and long-term tolerability of rofecoxib in patients with prior reactions to nonsteroidal anti-inflammatory drugs. Ann Allergy Asthma Immunol 2005; 94(1):29-33.

(411)   Celik G, Erkekol FO, Bavbek S, Dursun B, Misirligil Z. Long-term use and tolerability of cyclooxygenase-2 inhibitors in patients with analgesic intolerance. Ann Allergy Asthma Immunol 2005; 95(1):33-37.

(412)   Asero R. Use of ketoprofen oral challenges to detect cross-reactors among patients with a history of aspirin-induced urticaria. Ann Allergy Asthma Immunol 2006; 97(2):187-189.

(413)   Tewari P, Nath SS, Mazumdar G. Increased prothrombin time and lactic acidosis: rofecoxib drug interaction with acenocoumarin and metformin. Ann Card Anaesth 2007; 10(1):58-60.

(414)   Fosslien E. Review: molecular pathology of cyclooxygenase-2 in cancer-induced angiogenesis. Ann Clin Lab Sci 2001; 31(4):325-348.

(415)   Fosslien E. Cardiovascular complications of non-steroidal anti-inflammatory drugs. Ann Clin Lab Sci 2005; 35(4):347-385.

(416)   Christensen K, Cawkwell G. Valdecoxib, a novel potent COX-2-specific inhibitor, is effective in treating postoperative dental pain and provides a more rapid onset of action compared with rofecoxib [ABSTRACT 18]. Ann Emerg Med 2002; 40(4 Suppl.):S6-S7.

(417)   Chang DJ, Desjardins PJ, Black P et al. Comparison of rofecoxib with multidose oxycodone/acetaminophen in patients with acute pain [ABSTRACT 250]. Ann Emerg Med 2003; 42(4 Suppl.):S68.

(418)   Ives DG, Fitzpatrick AL, Bild DE et al. Surveillance and ascertainment of cardiovascular events. The Cardiovascular Health Study. Ann Epidemiol 1995; 5(4):278-285.

(419)   Liszka HA, Mainous AG, III, King DE, Everett CJ, Egan BM. Prehypertension and cardiovascular morbidity. Ann Fam Med 2005; 3(4):294-299.

(420)   Stange KC. In This Issue: Doctor-Patient and Drug Company-Patient Communication. Ann Fam Med 2007; 5(1):2-4.

(421)   Frosch DL, Krueger PM, Hornik RC, Cronholm PF, Barg FK. Creating demand for prescription drugs: a content analysis of television direct-to-consumer advertising. Ann Fam Med 2007; 5(1):6-13.

(422)   Kessler DA, Levy DA. Direct-to-consumer advertising: is it too late to manage the risks? Ann Fam Med 2007; 5(1):4-5.

(423)   Stange KC. Time to ban direct-to-consumer prescription drug marketing. Ann Fam Med 2007; 5(2):101-104.

(424)   Pertek JP, Vidal S, Mariot J, Galy-Floc'h M, Azoulay E. [Metformin-associated lactic acidosis precipitated by acute renal failure]. Ann Fr Anesth Reanim 2003; 22(5):457-460.

(425)   LEBOWITZ WB. The heart in rheumatoid arthritis (rheumatoid disease). A clinical and pathological study of sixty-two cases. Ann Intern Med 1963; 58:102-123.

(426)   Griffin MR, Ray WA, Schaffner W. Nonsteroidal anti-inflammatory drug use and death from peptic ulcer in elderly persons. Ann Intern Med 1988; 109(5):359-363.

(427)   Pasticci MB, Menichetti F, DiCandilo F. Nimesulide, Thrombocytopenic Purpura, and Human Immunodeficiency Virus (HIV) Infection. Ann Intern Med 1990; 112(3):233-234.

(428)   Griffin MR, Piper JM, Daugherty JR, Snowden M, Ray WA. Nonsteroidal anti-inflammatory drug use and increased risk for peptic ulcer disease in elderly persons. Ann Intern Med 1991; 114(4):257-263.

(429)   Gabriel SE, Jaakkimainen L, Bombardier C. Risk for serious gastrointestinal complications related to use of nonsteroidal anti-inflammatory drugs. A meta-analysis. Ann Intern Med 1991; 115(10):787-796.

**KS-000718**

(430)  Piper JM, Ray WA, Daugherty JR, Griffin MR. Corticosteroid use and peptic ulcer disease: role of nonsteroidal anti-inflammatory drugs. Ann Intern Med 1991; 114(9):735-740.

(431)  Johnson AG, Nguyen TV, Day RO. Do nonsteroidal anti-inflammatory drugs affect blood pressure? A meta-analysis. Ann Intern Med 1994; 121(4):289-300.

(432)  Pincus T, Brooks RH, Callahan LF. Prediction of long-term mortality in patients with rheumatoid arthritis according to simple questionnaire and joint count measures. Ann Intern Med 1994; 120(1):26-34.

(433)  Silverstein FE, Graham DY, Senior JR et al. Misoprostol reduces serious gastrointestinal complications in patients with rheumatoid arthritis receiving nonsteroidal anti-inflammatory drugs. A randomized, double-blind, placebo-controlled trial. Ann Intern Med 1995; 123(4):241-249.

(434)  Uniform requirements for manuscripts submitted to biomedical journals. International Committee of Medical Journal Editors. Ann Intern Med 1997; 126(1):36-47.

(435)  Hart RG, Benavente O, McBride R, Pearce LA. Antithrombotic therapy to prevent stroke in patients with atrial fibrillation: a meta-analysis. Ann Intern Med 1999; 131(7):492-501.

(436)  Wolf G, Porth J, Stahl RA. Acute renal failure associated with rofecoxib. Ann Intern Med 2000; 133(5):394.

(437)  Baciewicz AM, Sokos DR, King TJ. Acute pancreatitis associated with celecoxib. Ann Intern Med 2000; 132(8):680.

(438)  Swan SK, Rudy DW, Lasseter KC et al. Effect of cyclooxygenase-2 inhibition on renal function in elderly persons receiving a low-salt diet. A randomized, controlled trial. Ann Intern Med 2000; 133(1):1-9.

(439)  Feldman M, McMahon AT. Do cyclooxygenase-2 inhibitors provide benefits similar to those of traditional nonsteroidal anti-inflammatory drugs, with less gastrointestinal toxicity? Ann Intern Med 2000; 132(2):134-143.

(440)  Galan MV, Gordon SC, Silverman AL. Celecoxib-induced cholestatic hepatitis. Ann Intern Med 2001; 134(3):254.

(441)  Wenger NS, Shekelle PG. Assessing care of vulnerable elders: ACOVE project overview. Ann Intern Med 2001; 135(8 Pt 2):642-646.

(442)  Chodosh J, Ferrell BA, Shekelle PG, Wenger NS. Quality indicators for pain management in vulnerable elders. Ann Intern Med 2001; 135(8 Pt 2):731-735.

(443)  MacLean CH. Quality indicators for the management of osteoarthritis in vulnerable elders. Ann Intern Med 2001; 135(8 Pt 2):711-721.

(444)  Swan SK, Brater DC. Cyclooxgenase-2 inhibition and renal function: in response. Ann Intern Med 2001; 134(11):1078- In response to 2 letters to the editor (see Docs. #168095 and #168096), the authors of a study reporting renal dysfunction with rofecoxib (see Doc. #163847) emphasize that both celecoxib and rofecoxib can cause sodium retention. They specifically address Dr. Whelton's unpublished study that he presented at the European League against Rheumatism (EULAR) meeting, which showed that celecoxib was better tolerated than rofecoxib. They note that another prospective study presented at the same meeting showed that rofecoxib 25 mg was superior to celecoxib 200 mg in osteoarthritis management and adverse events were similar for both drugs. The authors conclude that the renal effects of COX-2 inhibitors are class-related and these agents should be used cautiously in patients with predisposing disease such as chronic renal failure, severe heart disease, and hepatic failure. 5 refs.

(445)  Whelton A. Cyclooxygenase-2 inhibition and renal function. Ann Intern Med 2001; 134(11):1077-1078.

(446)  Pfister AK, Crisalli RJ, Carter WH. Cyclooxygenase-2 inhibition and renal function. Ann Intern Med 2001; 134(11):1077.

(447)  Aspirin for the primary prevention of cardiovascular events: recommendation and rationale. Ann Intern Med 2002; 136(2):157-160.

(448)  Summaries for patients. The cost-effectiveness of cyclooxygenase-2 inhibitors for treating chronic arthritis. Ann Intern Med 2003; 138(10):I39.

(449)  Summaries for patients. Gastrointestinal side effects of rofecoxib and naproxen. Ann Intern Med 2003; 138(7):I29.

KS-000149

(450) Spiegel BM, Targownik L, Dulai GS, Gralnek IM. The cost-effectiveness of cyclooxygenase-2 selective inhibitors in the management of chronic arthritis. Ann Intern Med 2003; 138(10):795-806.

(451) Lisse JR, Perlman M, Johansson G et al. Gastrointestinal tolerability and effectiveness of rofecoxib versus naproxen in the treatment of osteoarthritis: a randomized, controlled trial. Ann Intern Med 2003; 139(7):539-546.

(452) Buttrey MJ. Coping with SARS. Ann Intern Med 2004; 140(12):1060-1061.

(453) Spiegel BM, Gralnek IM. Cost-effectiveness of cyclooxygenase-2 inhibitors in chronic arthritis. Ann Intern Med 2004; 140(9):761-762.

(454) Hanauer LB. Tolerability of rofecoxib versus naproxen. Ann Intern Med 2004; 140(12):1059.

(455) Brush DE, Bird SB, Boyer EW. Gamma-hydroxybutyrate use in older adults. Ann Intern Med 2004; 140(12):W70-W71.

(456) Rusche JM. Tolerability of rofecoxib versus naproxen. Ann Intern Med 2004; 140(12):1059.

(457) Pellissier JM, Watson DJ, Kong SX, Straus WL. Cost-effectiveness of cyclooxygenase-2 inhibitors in chronic arthritis. Ann Intern Med 2004; 140(9):761-762.

(458) Jenkinson ML. Tolerability of rofecoxib versus naproxen. Ann Intern Med 2004; 140(12):1059-1060.

(459) Elon RD. Improving geriatrics training. Ann Intern Med 2004; 140(12):1061.

(460) Puli SR, Farrell JS, Alpert MA. Isolated gastric varices occurring 5 years after chemotherapy for splenic lymphoma. Ann Intern Med 2004; 140(12):1062-1063.

(461) Joshi AV, Miller LA. Hospital procedure volume and outcomes. Ann Intern Med 2004; 140(12):1061-1062.

(462) Braunstein N, Polis A. Report of specific cardiovascular outcomes of the ADVANTAGE trial. Ann Intern Med 2005; 143(2):158-159.

(463) Summaries for patients. Cyclooxygenase-2 inhibitors and heart attacks: varying effects? Ann Intern Med 2005; 142(3):I21.

(464) Levesque LE, Brophy JM, Zhang B. The risk for myocardial infarction with cyclooxygenase-2 inhibitors: a population study of elderly adults. Ann Intern Med 2005; 142(7):481-489.

(465) Sanderson S, Emery J, Baglin T, Kinmonth AL. Narrative review: aspirin resistance and its clinical implications. Ann Intern Med 2005; 142(5):370-380.

(466) Jain A, Atreja A, Harris CM, Lehmann M, Burns J, Young J. Responding to the rofecoxib withdrawal crisis: a new model for notifying patients at risk and their health care providers. Ann Intern Med 2005; 142(3):182-186.

(467) Finckh A, Aronson MD. Cardiovascular risks of cyclooxygenase-2 inhibitors: where we stand now. Ann Intern Med 2005; 142(3):212-214.

(468) Kimmel SE, Berlin JA, Reilly M et al. Patients exposed to rofecoxib and celecoxib have different odds of nonfatal myocardial infarction. Ann Intern Med 2005; 142(3):157-164.

(469) Badgett R, Mulrow C. Using information technology to transfer knowledge: a medical institution steps up to the plate. Ann Intern Med 2005; 142(3):220-221.

(470) Egilman DS, Presler AH. Report of specific cardiovascular outcomes of the ADVANTAGE trial. Ann Intern Med 2006; 144(10):781.

(471) Ganetsky M, Bird SB, Liang IE. Acute myocardial infarction associated with the serotonin syndrome. Ann Intern Med 2006; 144(10):782-783.

(472) Woloshin S, Schwartz LM, Welch HG. The effectiveness of a primer to help people understand risk: two randomized trials in distinct populations. Ann Intern Med 2007; 146(4):256-265.

KS-000720

(473) FitzGerald GA, Austin S, Egan K, Cheng Y, Pratico D. Cyclo-oxygenase products and atherothrombosis. Ann Med 2000; 32 Suppl 1:21-26.

(474) A randomized trial of anticoagulants versus aspirin after cerebral ischemia of presumed arterial origin. The Stroke Prevention in Reversible Ischemia Trial (SPIRIT) Study Group. Ann Neurol 1997; 42(6):857-865.

(475) Iadecola C. Cyclooxygenase-2 and stroke: the long and short of it. Ann Neurol 2003; 54(2):141-142.

(476) Louizos AA, Pandazi AB, Koraka CP, Davilis DI, Georgiou LG. Preoperative administration of rofecoxib versus ketoprofen for pain relief after tonsillectomy. Ann Otol Rhinol Laryngol 2006; 115(3):201-204.

(477) Kaplan-Machlis B, Klostermeyer BS. The cyclooxygenase-2 inhibitors: safety and effectiveness. Ann Pharmacother 1999; 33(9):979-988.

(478) Mersfelder TL, Stewart LR. Warfarin and celecoxib interaction. Ann Pharmacother 2000; 34(3):325-327.

(479) Haase KK, Rojas-Fernandez CH, Lane L, Frank DA. Potential interaction between celecoxib and warfarin. Ann Pharmacother 2000; 34(5):666-667.

(480) Brown CH. Effect of rofecoxib on the antihypertensive activity of lisinopril. Ann Pharmacother 2000; 34(12):1486.

(481) Fisher AA, Le Couteur DG. Intracerebral hemorrhage following possible interaction between celecoxib and clopidogrel. Ann Pharmacother 2001; 35(12):1567-1569.

(482) Bates DE, Lemaire JB. Possible celecoxib-induced gastroduodenal ulceration. Ann Pharmacother 2001; 35(6):782-783.

(483) Pathak A, Boveda S, Defaye P et al. Celecoxib-associated torsade de pointes. Ann Pharmacother 2002; 36(7-8):1290-1291.

(484) Hogue JH, Mersfelder TL. Pathophysiology and first-line treatment of osteoarthritis. Ann Pharmacother 2002; 36(4):679-686.

(485) Daugherty KK, Gora-Harper ML. Idiopathic paresthesia reaction associated with rofecoxib. Ann Pharmacother 2002; 36(2):264-266.

(486) West PM, Fernandez C. Safety of COX-2 inhibitors in asthma patients with aspirin hypersensitivity. Ann Pharmacother 2003; 37(10):1497-1501.

(487) Johnson DL, Hisel TM, Phillips BB. Effect of cyclooxygenase-2 inhibitors on blood pressure. Ann Pharmacother 2003; 37(3):442-446.

(488) Garcia-Cortes M, Lucena MI, Andrade RJ, Romero-Gomez M, Fernandez MC. Lansoprazole-induced hepatic dysfunction. Ann Pharmacother 2003; 37(11):1731.

(489) Palop-Larrea V, Melchor-Penella MA, Ortega-Monzo C, Martinez-Mir I. Leukocytoclastic vasculitis related to rofecoxib. Ann Pharmacother 2003; 37(11):1731-1732.

(490) Verrico MM, Weber RJ, McKaveney TP, Ansani NT, Towers AL. Adverse Drug Events Involving COX-2 Inhibitors. Ann Pharmacother 2003; 37(9):1203-1213.

(491) Andres E, Noel E, Abdelghani MB. Vitamin B(12) deficiency associated with chronic acid suppression therapy. Ann Pharmacother 2003; 37(11):1730.

(492) Herendeen JM, Lindley C. Use of NSAIDs for the chemoprevention of colorectal cancer. Ann Pharmacother 2003; 37(11):1664-1674.

(493) bu-Shraie NA, Alfadley AA. Lichenoid drug eruption probably associated with rofecoxib. Ann Pharmacother 2004; 38(5):795-798.

(494) Ratz Bravo AE, Egger SS, Crespo S, Probst WL, Krahenbuhl S. Lithium intoxication as a result of an interaction with rofecoxib. Ann Pharmacother 2004; 38(7-8):1189-1193.

KS-000721

(495)   Sandhu GK, Heyneman CA. Nephrotoxic potential of selective cyclooxygenase-2 inhibitors. Ann Pharmacother 2004; 38(4):700-704.

(496)   Fredy J, Diggins DA, Jr., Morrill GB. Blood pressure in Native Americans switched from celecoxib to rofecoxib. Ann Pharmacother 2005; 39(5):797-802.

(497)   Jones SC. Relative thromboembolic risks associated with COX-2 inhibitors. Ann Pharmacother 2005; 39(7-8):1249-1259.

(498)   Marshall LL. Angioedema associated with aspirin and rofecoxib. Ann Pharmacother 2005; 39(5):944-948.

(499)   Corman SL, Fedutes BA, Ansani NT. Impact of nonsteroidal antiinflammatory drugs on the cardioprotective effects of aspirin. Ann Pharmacother 2005; 39(6):1073-1079.

(500)   Rawson NS, Nourjah P, Grosser SC, Graham DJ. Factors associated with celecoxib and rofecoxib utilization. Ann Pharmacother 2005; 39(4):597-602.

(501)   Lindqvist E, Eberhardt K. Mortality in rheumatoid arthritis patients with disease onset in the 1980s. Ann Rheum Dis 1999; 58(1):11-14.

(502)   Laurenzi M, Vandormael K, Daniels B et al. Comparison of the tolerability profile of rofecoxib and arthrotec in patients with osteoarthritis -- study design and baseline characteristics [POSTER 293]. Ann Rheum Dis 2000; 59(1 Suppl.):134.

(503)   Hawkey C, Harper S, Quan H, Bolognese J, Mortensen E, Rofecoxib Osteoarthritis Endoscopy Multinational Study Group. Effect of rofecoxib on endoscopic ulcers in osteoarthritis patients:  analysis of potential risk factors [POSTER 290]. Ann Rheum Dis 2000; 59(1 Suppl.):133.

(504)   Bombardier C, Laine L, Hochberg M, Day R, Shapiro D, Reicin A. Influence of corticosteroids, RA severity and other risk factors on clinical GI events in patients with rheumatoid arthritis in a double-blind outcome study of rofecoxib vs. naproxen [POSTER 151]. Ann Rheum Dis 2000; 59(1 Suppl.):101.

(505)   Daniels B, Seidenberg B. Rofecoxib, a specific inhibitor COX-2, was not associated with allergic reactions in patients with a history of sulfur-allergy [POSTER 285]. Ann Rheum Dis 2000; 59(1 Suppl.):132.

(506)   Makuch R, Maurath CJ, Verburg KM, Geis GS. Cardiovascular safety of the cyclooxygenase-2 (COX-2) specific inhibitor, celecoxib:  clinical trial experience [ABSTRACT 70]. Ann Rheum Dis 2000; 59(1 Suppl.):52.

(507)   Ehrich E, Krupa D, Bolognese J, Morrison B, Daniels B, Seidenberg B. Efficacy of rofecoxib, a COX-2 inhibitor, in hand, thumb and spine OA:  results of a non-signal joint analysis [POSTER 270]. Ann Rheum Dis 2000; 59(1 Suppl.):129.

(508)   Daniels B, Gertz B. Renal safety profile of rofecoxib, a specific inhibitor of COX-2, in controlled clinical trials [POSTER 284]. Ann Rheum Dis 2000; 59(1 Suppl.):132.

(509)   Watson DJ, Harper S, Zhao P, Bolognese J, Simon T, Seidenberg B. Gastrointestinal (GI) co-medications and GI procedures with rofecoxib vs. nonspecific cyclooxygenase inhibitors (NSAIDs) [POSTER 294]. Ann Rheum Dis 2000; 59(1 Suppl.):134.

(510)   Attard C, Belfry L, Pellissier JM, Kong SX, Marentette M, Sauvageau C. Economic implications of comparing rofecoxib to NSAIDs in the treatment of osteoarthritis in Ontario, Canada [POSTER 937]. Ann Rheum Dis 2000; 59(1 Suppl.):278- In phase III clinical trials, patients with osteoarthritis who receive rofecoxib have fewer GI adverse events than do those who receive other NSAIDs.  The authors estimate the economic implications of this difference for patients aged >=65 yr in Ontario, Canada who had previously not responded to acetaminophen therapy.  A model-based cost-effectiveness analysis was conducted which focused on events related to serious (perforations, ulcer or bleeds [PUBs]) and minor (e.g., dyspepsia) GI events.  Resource utilization profiles for the outpatient and inpatient care of GI events were developed using the literature, the expertise of a gastroenterologist and data from the Ontario Case Costing Project. Average drug costs, the efficacy of gastroprotective agents and the rates of their concomitant use were also considered. A 90% reduction in the use of prophylactic gastroprotective agents was assumed for patients who received rofecoxib. The expected cost per patient per day was $1.67 for rofecoxib and $1.60 for other NSAIDs.  The incremental annual cost per patient for rofecoxib was $24.45; however, rofecoxib was associated with a reduction of 0.0109 PUBs per patient per year.  Therefore, the cost per PUB averted was $2,247.  Results were sensitive to the rates of use of GI medications and to drug costs and were robust over a range of model assumptions.  The authors conclude that

KS-000722

rofecoxib may represent an alternative to NSAIDs, with cost savings due to lower rates of GI events and co-medications.  Ed. note:  Some of the authors are employees of Merck & Co., Inc and Merck Frosst Canada & Co., Inc.

(511)  Slappendel R, Dirksen R, Weber EWG, Bugter MLT. Side effects of COX selective NSAIDs after orthopedic surgery [ABSTRACT 104]. Ann Rheum Dis 2000; 59(1 Suppl.):61.

(512)  Kroot EJ, van Leeuwen MA, van Rijswijk MH et al. No increased mortality in patients with rheumatoid arthritis: up to 10 years of follow up from disease onset. Ann Rheum Dis 2000; 59(12):954-958.

(513)  van Kuijk C, Cheng X, Hottya G et al. The effects of rofecoxib and diclofenac on knee osteoarthritis (OA) articular cartilage:  the results from one-year prospective clinical trials [ABSTRACT 82]. Ann Rheum Dis 2000; 59(1 Suppl.):55.

(514)  Laurenzi M, Geba GP, Polis AB et al. Evaluation of onset of action of rofecoxib, naproxen and nabumetone in patients with osteoarthritis (OA) [POSTER 292]. Ann Rheum Dis 2000; 59(1 Suppl.):134.

(515)  Geba GP, Weaver AL, Schnitzer TJ et al. A clinical trial comparing rofecoxib to celecoxib and acetaminophen in the treatment of osteoarthritis (OA): early efficacy results [POSTER 291]. Ann Rheum Dis 2000; 59(1 Suppl.):133-134.

(516)  Schwartz JI, Agrawal N, Wong P et al. No effect of rofecoxib up to 50 mg daily on methotrexate plasma concentrations [POSTER 364]. Ann Rheum Dis 2000; 59(1 Suppl.):150.

(517)  Geba GP, Polis AB, Dixon ME et al. Gastrointestinal tolerability in primary care patients treated with naproxen or rofecoxib for osteoarthritis (OA):  the Advantage trial [POSTER 295]. Ann Rheum Dis 2000; 59(1 Suppl.):134-135.

(518)  Truitt K, Schnitzer T, Fleischmann R, Seidenberg B, Ehrich E. A two-part placebo and active comparator-controlled study of rofecoxib in the treatment of rheumatoid arthritis (RA):  one-year experience [POSTER 424]. Ann Rheum Dis 2000; 59(1 Suppl.):165.

(519)  Shapiro DR, Barr E, Reicin AS. Cardiovascular safety profile of rofecoxib:  a meta-analysis [ABSTRACT OP0133]. Ann Rheum Dis 2001; 60(1 Suppl.):CD ABSTRACT OP0133.

(520)  Capraru MS, Ilie E, Gerota D. The efficacy of rofecoxib in the treatment of inflammatory arthropathies [ABSTRACT SAT0123]. Ann Rheum Dis 2001; 60(1 Suppl.):CD ABSTRACT SAT0123.

(521)  Rinder HM, Gagnier RP, Souhrada M, Wood CC. Bleeding time and platelet function in normal volunteers receiving meloxicam [ABSTRACT SAT0063]. Ann Rheum Dis 2001; 60(1 Suppl.):CD ABSTRACT SAT0063.

(522)  Sanchez-Borges M, Capriles-Hulett A, Caballero F, Perez C. Safety of new COX-2 inhibitors in NSAID-intolerant patients [ABSTRACT FRI0005]. Ann Rheum Dis 2001; 60(1 Suppl.):CD ABSTRACT FRI0005.

(523)  Kong SX, Pellissier JM. Health economic evaluation of rofecoxib versus conventional NSAIDs in the treatment of osteoarthritis in Switzerland [ABSTRACT SAT0241]. Ann Rheum Dis 2001; 60(1 Suppl.):CD ABSTACT SAT0241.

(524)  Jawad AS. EULAR recommendations for the management of knee osteoarthritis. Ann Rheum Dis 2001; 60(5):540.

(525)  Bombardier C, Hochberg M, Laine L, Ramey DR, Reicin A, Watson DJ. Regional variation in baseline patient characteristics and disease management of rheumatoid arthritis patients in the VIGOR (VIOXX GI Outcomes Research) study [ABSTACT SAT0255]. Ann Rheum Dis 2001; 60(1 Suppl.):CD Abstract SAT0255.

(526)  Marentette MA, Attard C, Pellissier JM, Kong SX, Sauvageau C. Economic analysis of rofecoxib versus NSAIDs: comparison across different provinces in Canada [ABSTRACT SAT0230]. Ann Rheum Dis 2001; 60(1 Suppl.):CD ABSTRACT SAT0230.

(527)  Geba GP, Polis AB, Dixon ME, Dobbins TW, Rush JE, Weir MR. Comparative blood pressure effects of rofecoxib, celecoxib, and placebo in patients with osteoarthritis (OA):  randomized controlled trial [ABSTRACT SAT0095]. Ann Rheum Dis 2001; 60(1 Suppl.):CD ABSTRACT SAT0095.

(528)  Geba GP, Lisse JR, Perlman M et al. Gastrointestinal tolerability in primary care patients treated with naproxen or rofecoxib for osteoarthritis (OA):  the Advantage Trial [ABSTRACT SAT0096]. Ann Rheum Dis 2001; 60(1 Suppl.):CD ABSTRACT SAT0096.

**KS-000723**

(529)   Schwartz JI, Malice MP, Lasseter KC, Holmes GB, Gottesdiener KM, Brune K. Effect of rofecoxib, celecoxib, and naproxen on blood pressure and urinary sodium excretion in elderly volunteers [ABSTRACT SAT0055]. Ann Rheum Dis 2001; 60(1 Suppl.):CD ABSTRACT SAT0055.

(530)   Eskiyurt N. The first experience of the efficacy and safety of coxibs in Turkish nation [ABSTRACT 141]. Ann Rheum Dis 2001; 60(1 Suppl.):CD AB0141.

(531)   Truitt KE, Ferrandiz M, Kiss M et al. Steady-state plasma concentrations of rofecoxib in children with juvenile rheumatoid arthritis [ABSTRACT OP0094]. Ann Rheum Dis 2001; 60(1 Suppl.):CD Abstract OP0094.

(532)   Truitt KE, Guesens PP, DeTora LM, Zhao PL, Kress B. Results of a pivotal (phase III) placebo and active comparator controlled efficacy trial of rofecoxib 25 and 50 mg in adult patients with rheumatoid arthritis (RA) [ABSTRACT FRI0037]. Ann Rheum Dis 2001; 60(1 Suppl.):CD Abstract FRI0037.

(533)   Marchetta F, Degli EE, Buda S. Pharmacoepidemiological profile of patients treated for osteoarthritis [ABSTRACT SAT0248]. Ann Rheum Dis 2001; 60(1 Suppl.):CD ABSTRACT SAT0248.

(534)   Pettitt D, Goldstein JL, Singh G, Schwartz JS, Burke TA. Relative gastrointestinal toxicity of COX-2 specific and traditional NSAIDs in a high-risk population from a health maintenance organization [ABSTRACT OP0138]. Ann Rheum Dis 2001; 60(1 Suppl.):CD Abstract OP0138.

(535)   Zacher J, Walther E, Gursche A. Prevention of periarticular ossification (PAO) after total hip replacement (THR) with rofecoxib 25 mg [ABSTRACT OP0127]. Ann Rheum Dis 2001; 60(1 Suppl.):CD ABSTRACT OP0127.

(536)   Laine L, Bombardier C, Ramey D, Watson DJ, Pellissier JM, Reicin A. Less use of gastrointestinal (GI) protective agents and GI-related procedures with rofecoxib vs. naproxen in the VIGOR (VIOXX GI Outcomes Research) study [ABSTRACT SAT0253]. Ann Rheum Dis 2001; 60(1 Suppl.):CD Abstract SAT0253.

(537)   DeTora LM, Krupa D, Bolognese JA, Sperling RS, Ehrich EW. Rofecoxib shows consistent efficacy in OA clinical trials, regardless of specific patient demographic and disease factors [ABSTRACT SAT0071]. Ann Rheum Dis 2001; 60(1 Suppl.):CD ABSTRACT SAT0071.

(538)   Bombardier C, Laine L, Reicin AS, Shapiro DR, Sperling RS. Risk factors for clinically important upper GI events:  the VIGOR study [ABSTRACT FRI0035]. Ann Rheum Dis 2001; 60(1 Suppl.):CD Abstract FRI0035.

(539)   Bombardier C, Hochberg M, Laine L, Ramey DR, Reicin A, Watson DJ. Patient characteristics and disease management of rheumatoid arthritis at baseline in the VIGOR (VIOXX GI Outcomes Research) study:  effects of disease duration [ABSTRACT SAT0254]. Ann Rheum Dis 2001; 60(1 Suppl.):CD ABSTRACT SAT0254.

(540)   Schnitzer TJ, Kivitz AJ, Greenwald M et al. Rofecoxib provides superior relief of symptoms of osteoarthritis (OA) compared to celecoxib [ABSTRACT SAT0089]. Ann Rheum Dis 2001; 60(1 Suppl.):CD ABSTRACT SAT0089.

(541)   Bombardier C, Laine L, Carides GW et al. Less healthcare resource utilization for perforations, ulcers and bleeds with rofecoxib vs. naproxen in the VIGOR (VIOXX GI Outcomes Research) study [ABSTRACT OP0137]. Ann Rheum Dis 2001; 60(1 Suppl.):CD Abstract OP0137.

(542)   White W, Whelton A, Bello A, Puma J. Rofecoxib, but not celecoxib, increases systolic blood pressure in hypertensive patients treated with ACE inhibitors and beta-blockers. Ann Rheum Dis 2002; 61(1 Suppl.):26-27.

(543)   Fricke J, Vassil T, Kotey P, Reicin AS, Korn S. Rofecoxib compared to oxycodone/acetaminophen for postoperative dental pain. Ann Rheum Dis 2002; 61(1 Suppl.):18.

(544)   Michaud K, Wolfe F, Pettitt D, Burke T, Zhao S. Patients remain on COX-2 NSAIDs longer than non-specific NSAIDs: a measure of comparative drug effectiveness. Ann Rheum Dis 2002; 61(1 Suppl.):53-54.

(545)   Zhao SZ, Burke T, Pettitt D, Henderson S, Von Allman H. Comparison of cerebrovascular claims among stable hypertensive patients who used nonsteroidal anti-inflammatory drugs (NSAIDs) and COX-2 specific inhibitors in a U.S. insured population. Ann Rheum Dis 2002; 61(1 Suppl):103-104.

(546)   Whelton A, White W, Bello A, Puma J. Blood pressure control and edema rates in older patients with hypertension and osteoarthritis following treatment with COX-2 specific inhibitors. Ann Rheum Dis 2002; 61(1 Suppl):14.

KS-000724

(547)   Rahme E, Marentette MA, Toubouti Y, Kong SX, LeLorier J. Stay on therapy during three months of follow up of patients on selective COX-2 inhibitors and other nonselective NSAIDs in an elderly population. Ann Rheum Dis 2002; 61(1 Suppl.):68.

(548)   Sulli A, Villaggio B, Craviotto C et al. Rofecoxib inhibits COX-2 expression and PGE-2 production in primary cultures of synovial macrophages from rheumatoid arthritis patients. Ann Rheum Dis 2002; 61(1 Suppl.):47.

(549)   Langman MJS, Mavros PG, Kong SX, Watson DJ. Initiation of antihypertensive therapy within six months after initiation of diclofenac, ibuprofen, naproxen, and rofecoxib. Ann Rheum Dis 2002; 61(1 Suppl.):75.

(550)   Zhao SZ, Burke T, Pettit D, Henderson SC, Von Allman H. Comparison of edema claims associated with rofecoxib, celecoxib, and traditional NSAIDs among stable hypertensive patients in a U.S. insured population. Ann Rheum Dis 2002; 61(1 Suppl.):76-77.

(551)   Rahme E, Marentette MA, Toubouti Y, Kong SX, LeLorier J. Profiles of patients who used coxibs, meloxicam, and other nonselective NSAIDs: analysis of the RAMQ database in Quebec, Canada. Ann Rheum Dis 2002; 61(1 Suppl.):81.

(552)   Rahme E, Marentette MA, Toubouti Y, Kong SX, LeLorier J. Gastrointestinal complications associated with rofecoxib/celecoxib and other nonselective NSAIDs:  analysis of the government claims database in Quebec, Canada. Ann Rheum Dis 2002; 61(1 Suppl.):108.

(553)   Reicin AS, Block GA, Chen J, Lines CR. Cardiovascular safety profile of rofecoxib in elderly patients with Alzheimer's disease or cognitive impairment: a pooled analysis. Ann Rheum Dis 2002; 61(1 Suppl.):34.

(554)   Whelton A, William W, Alfonso B, Puma J, Fort J. Blood pressure control and edema rates in older patients with hypertension and osteoarthritis following treatment with COX-2 specific inhibitors. Ann Rheum Dis 2002; 61(1 Suppl.):92.

(555)   Russo P, Attanasio E, Degli Esposti L et al. May coxibs progressively change the patterns of use of gastrointestinal protective drugs indeed?  An assessment of a claims and general practice databases. Ann Rheum Dis 2002; 61(1 Suppl.):105-106.

(556)   Langman MJ, Mavros P, Kong SX. Determinants of initiation of COX-2 inhibitors versus NSAIDs and concurrent use of gastroprotective agents in the United Kingdom. Ann Rheum Dis 2002; 61(1 Suppl.):72.

(557)   Pincus T, Gibofsky A, Williams G, McKenna.F. Celecoxib 200 mg QD and rofecoxib 25 mg QD show similar efficacy in the treatment of a flare of osteoarthritis (OA) of the knee. Ann Rheum Dis 2002; 61(1 Suppl.):22-23.

(558)   Pincus T, Strand V, Whelton A, Stillman T, Simon L, Fort J. Celecoxib offers better GI tolerability than ibuprofen, diclofenac or rofecoxib in patients receiving aspirin for cardiovascular prophylaxis. Ann Rheum Dis 2002; 61(1 Suppl.):31.

(559)   Burke T, Pettitt D, Henderson SC, Von Allman H, Zhao SZ. Incidence of blood pressure destabilization associated with rofecoxib, celecoxib, ibuprofen, diclofenac, and naproxen utilization among a U.S. insured population. Ann Rheum Dis 2002; 61(1 Suppl.):73-74.

(560)   Geba GP, Lisse JR, Perlman M, Polis AB, Dixon ME, Skalky CS. The efficacy of rofecoxib versus naproxen in osteoarthritis:  subgroup analysis by joint in the ADVANTAGE trial. Ann Rheum Dis 2002; 61(1 Suppl.):28.

(561)   Schwartz JI, Porras AG, Wong PH et al. Comparative effects of celecoxib and rofecoxib on COX-1 and COX-2 activity in whole blood assays. Ann Rheum Dis 2002; 61(1 Suppl.):17.

(562)   Schnitzer TJ, Mavros PG, Kong SX et al. Risk of gastrointestinal adverse events among patients who initiated selective COX-2 inhibitors vs conventional nonsteroidal antiinflammatory drugs (NSAIDs). Ann Rheum Dis 2002; 61(1 Suppl.):107.

(563)   Chang DJ, Desjardins PJ, Chen E et al. Comparison of rofecoxib and diclofenac for the management of acute pain. Ann Rheum Dis 2002; 61(1 Suppl.):97.

(564)   Geba GP, Polis AB, Skalky CS, Petruschke RA, Dobbins TW. Rofecoxib versus naproxen in osteoarthritis patients receiving concomitant low dose aspirin:  a subgroup analysis involving 719 patients from the ADVANTAGE trial. Ann Rheum Dis 2002; 61(1 Suppl.):29.

KS-000725

(565)  Geba GP, Polis AB, Bohidar NR et al. Effect of rofecoxib versus naproxen: hypertension and edema adverse events in a multivariate analysis involving 5557 patients from the ADVANTAGE trial. Ann Rheum Dis 2002; 61(1 Suppl.):15.

(566)  Schnitzer T, Kong SX, Mavros P et al. Persistence of use of selective COX-2 inhibitors versus nonselective NSAIDs: analyses of a large pharmacy database in the United States. Ann Rheum Dis 2002; 61(1 Suppl.):66-67.

(567)  Goodson N, Symmons D. Rheumatoid arthritis in women: still associated with an increased mortality. Ann Rheum Dis 2002; 61(11):955-956.

(568)  Zacher J, Schattenkirchner M. Osteoarthritis: results of ADAM (Advanced Arthritis Management), a survey in Germany. Ann Rheum Dis 2002; 61(1 Suppl.):20.

(569)  Goldstein J, Bello A, Fort J. Differential rates of UGI symptoms in patients receiving celecoxib vs rofecoxib with and without low-dose aspirin for cardiovascular prophylaxis. Ann Rheum Dis 2002; 61(1 Suppl.):24-25.

(570)  Bell AD, Huang S, Chiu JF et al. Safer NSAID therapy: a review of the literature on GI safety from randomized controlled trials. Ann Rheum Dis 2002; 61(1 Suppl.):9.

(571)  Singh G, Fort J. Efficacy of celecoxib and rofecoxib: is there any clinically important difference? Ann Rheum Dis 2002; 61(1 Suppl.):42.

(572)  Bannwarth B, Treves R, Ducrocq M et al. Evaluation of rofecoxib safety profile in patients with osteoarthritis (OA): a 6-month open study in 2957 patients. Ann Rheum Dis 2002; 61(1 Suppl.):14.

(573)  Bell AD, Huang S, Chiu JF et al. Safer NSAID therapy: a review of literature on platelet effect from human studies on celecoxib, rofecoxib and meloxicam. Ann Rheum Dis 2002; 61(1 Suppl.):8.

(574)  Truitt KE, Zhao PL, DeTora LM, Shah RJ. Rofecoxib (ROF) showed consistent efficacy in rheumatoid arthritis (RA) patient subgroups defined by baseline characteristics or concomitant RA therapy use. Ann Rheum Dis 2002; 61(1 Suppl.):45.

(575)  Burke T, Pettitt D, Henderson SC, Von Allman H, Zhao SZ. Risk of heart failure (HF) claims among stable hypertensive patients who used nonsteroidal anti-inflammatory drugs and COX-2 specific inhibitors in a U.S. insured population. Ann Rheum Dis 2002; 61(1 Suppl.):79-80.

(576)  Schnitzer TJ, Kong SX, Pellissier JM et al. Average daily consumption of celecoxib and rofecoxib based on a large pharmacy claims database in the United States of America. Ann Rheum Dis 2002; 61(1 Suppl.):78.

(577)  Makuch R, Wentworth C, Burke T, Zhao S. Comparative costs of COX-2 specific inhibitors in a US managed care organization:  medication, gastrointestinal, cardiovascular, and renal-specific costs. Ann Rheum Dis 2002; 61(1 Suppl.):82-83.

(578)  DeTora LM, Zhao PL, Truitt KE, Anderson MA, Kress BA, Lee M. Improvements in pain scores in the rofecoxib rheumatoid arthritis (RA) clinical development program. Ann Rheum Dis 2002; 61(1 Suppl.):44.

(579)  Laine L, Conners LG, Reicin AS, Hawkey CJ, Yu Q, Bombardier C. Serious lower GI clinical events with non-selective NSAID or coxib use: a double-blind GI outcomes trial of naproxen vs. rofecoxib. Ann Rheum Dis 2002; 61(1 Suppl.):39.

(580)  Makuch R, Wentworth C, Burke T, Zhao S. Switching of prescription anti-inflammatory therapy among enrollees in a U.S. managed care organization:  a comparison of non-selective NSAIDs, celecoxib, and rofecoxib. Ann Rheum Dis 2002; 61(1 Suppl.):109-110.

(581)  Makuch R, Wentworth C, Burke T, Zhao S. Medical costs of cardiovascular, renal, and upper gastrointestinal inpatient and outpatient claims: a comparison between celecoxib and rofecoxib. Ann Rheum Dis 2002; 61(1 Suppl.):84-85.

(582)  Delea TE, Singh G, Hagiwara M, Edelsberg J, Oster G. Rofecoxib may increase the risk of hypertension: results of a population-based study. Ann Rheum Dis 2002; 61(1 Suppl.):64.

(583)  Sebaldt RJ, Petrie A, Goldsmith CH, Marentette M. Characteristics of patients with OA receiving NSAID prescriptions from their primary care physicians--final results from the CANOAR study. Ann Rheum Dis 2002; 61(1 Suppl.):21.

**KS-000726**

(584) Peltomaa R, Palmela L, Kautiainen H, Leirisalo-Repo M. Mortality in patients with rheumatoid arthritis treated actively from the time of diagnosis. Ann Rheum Dis 2002; 61(10):889-894.

(585) Cannon GW, Krupa D, Sperling R, Truitt K. Two-year efficacy of rofecoxib and diclofenac in treatment of knee and hip osteoarthritis (OA). Ann Rheum Dis 2002; 61(1 Suppl.):10.

(586) Wolfe F, Michaud K, Pettitt D, Burke T, Zhao S. Factors predicting NSAIDs discontinuation among patients receiving COX-2 and non-specific NSAID therapy: a longitudinal study of 9161 patients. Ann Rheum Dis 2002; 61(1 Suppl.):65.

(587) Attard CL, Pellissier JM, Kong SX, Marentette M. Economic implications of comparing rofecoxib and NSAIDs in rheumatoid arthritis in Ontario, Canada. Ann Rheum Dis 2002; 61(1 Suppl.):69.

(588) Mehlisch DR, Chang DJ, Krupa D, Polis AB, Petruschke RA, Geba GP. A meta-analysis of analgesic efficacy of rofecoxib 50 mg from 13 clinical studies [ABSTRACT SAT0055]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr SAT0055.

(589) Gimeno V, Castellsague J, Hopkins J, Eaton S, Perez-Gutthann S. Characterization of users of COX-2 inhibitors and non-specific NSAIDs [ABSTRACT SAT0204]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr SAT0204.

(590) Murphy G, DeTora L, Lee M, Gertz B. Effects of rofecoxib and ibuprofen on bone mineral density (BMD) and biochemical indices of bone turnover in patients with osteoarthritis [ABSTRACT FRI0226]. Ann Rheum Dis 2003; 62(1 Suppl.):Abst FRI0226.

(591) Cannon GW, Krupa DA, McCormick CL, Mehta A, Reicin AS. Rofecoxib has a lower incidence of increased liver function tests (LFTs) and LFT-related adverse events in comparison to diclofenac [ABSTRACT AB0439]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr AB0439.

(592) Rigau D, De la Cruz G, Pena J, Carbo M, Ramis I, Izquierdo I. UR-8880, a new potent COX2 inhibitor:  first administration into man to assess its tolerability, pharmacokinetics and pharmacodynamics [ABSTRACT AB0170]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr AB0170.

(593) Cannon GW, Krupa DA, Sperling R, Reicin A, Van Adelsberg J, . Two-year efficacy of rofecoxib and diclofenac in treatment of knee and hip osteoarthritis (OA) [ABSTRACT FRI0228]. Ann Rheum Dis 2003; 62(1 Suppl.):Abst FRI0228.

(594) Sowers J, White W, Pitt B et al. Rofecoxib, but not celecoxib, at doses providing equal OA efficacy, increases mean 24-hr systolic blood pressure in treated hypertensive patients with osteoarthritis and type 2 diabetes mellitus [ABSTRACT FRI0279]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr FRI0279.

(595) Hassan-Alin M, Nilsson-Pieschl C, Naesdal J, Langstrom G, Lundgren M, Nyman L. Lack of drug-drug interaction between esomeprazole and rofecoxib in healthy subjects [ABSTRACT AB0120]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr AB0120.

(596) Brandt KD. Key questions concerning paracetamol and NSAIDs for OA. Ann Rheum Dis 2003; 62(3):287.

(597) Derici U, Goker B, Ayerden-Ebinc F, Haznedaroglu S. Effects of low dose rofecoxib on blood pressure of patients with well-controlled hypertension [ABSTRACT AB0440]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr AB0440.

(598) Boers M. Are coxibs more effective than traditional NSAIDs? [ABSTRACT SP0046]. Ann Rheum Dis 2003; 62(1 Suppl.):Abst SP0046.

(599) Shen H, Sprott H, Aeschlimann A et al. Primary analgesic action of acetaminophen and rofecoxib in osteoarthritis [ABSTRACT FRI0206]. Ann Rheum Dis 2003; 62(1 Suppl.):Abst FRI0206.

(600) Reicin A, DiBattiste P, Mukhopadhyay S et al. Cardiovascular safety profile of rofecoxib in elderly patients with Alzheimer's disease or cognitive impairment:  an updated pooled analysis [ABSTRACT AB0151]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr AB0151.

(601) Desjardins PJ, Chang DJ, Krupa D, Polis AB, Petruschke RA, Geba GP. A meta-analysis of onset of analgesic efficacy of rofecoxib 50 mg from 11 clinical studies [ABSTRACT AB0497]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr AB0497.

(602) Espinosa-Morales R, Hunsche E, Querol J, Mavros P, Kong SX. Evaluation of rofecoxib under real-life conditions in Mexico - Analysis of satisfaction with treatment and patients' quality of life [ABSTRACT AB0651]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr AB0651.

KS-000727

(603) Rudwaleit M, Listing J, Marker-Hermann E et al. Use and efficacy of non-steroidal anti-inflammatory drugs in early ankylosing spondylitis [ABSTRACT FRI0168]. Ann Rheum Dis 2003; 62(1 Suppl.):Abst FRI0168.

(604) Theiler R, Uebelhart D, Bischoff H, Good M. Rofecoxib improves quality of life in hip and knee OA patients [ABSTRACT AB0428]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr AB0428.

(605) Schwartz JI, VanHecken A, De Lepeleire I et al. Inhibition of platelet aggregation by naproxen, rofecoxib, diclofenac, ibuprofen, and meloxicam [ABSTRACT FRI0221]. Ann Rheum Dis 2003; 62(1 Suppl.):Abst FRI0221.

(606) Sprott H, Shen H, Michel BA, Uebelhart D, Gay RE, Gay S. Analgesic action of acetaminophen and rofecoxib on knee pain and function [ABSTRACT AB0435]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr AB0435.

(607) Tepper S, Silberstein S, Brandes J et al. Randomized, double-blind, placebo-controlled trial of rofecoxib for the acute treatment of migraine [ABSTRACT SAT0053]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr SAT0053.

(608) Moskowitz RW, Jones JB. Valdecoxib 10 mg demonstrates a rapid onset of action following a single dose in patients with OA of the knee in a flare state [ABSTRACT FRI0277]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr FRI0277.

(609) Bannwarth BG, Logeart I, Vergult G. Selective prescribing of COX-2 inhibitors: results of a French survey on rofecoxib prescriptions [ABSTRACT AB0431]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr AB0431.

(610) Geba GP, Weaver AL, Polis AB, Petruschke RA, Schnitzer TJ. The response of osteoarthritis patients to therapy with rofecoxib, celecoxib, or acetaminophen: a pooled analysis of the VACT trials [ABSTRACT FRI0248]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr FRI0248.

(611) Geba GP, Weaver AL, Polis AB, Petruschke RA, Schnitzer TJ. Analysis of the onset of efficacy with rofecoxib, celecoxib, and acetaminophen in osteoarthritis: the VACT-2 trial [ABSTRACT AB0423]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr AB0423.

(612) Geba GP, Polis A, Petruschke RA, Keane WF. Hypertension adverse experiences among osteoarthritis patients treated with rofecoxib, celecoxib, or acetaminophen in the 'VACT' trials [ABSTRACT SAT0199]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr SAT0199.

(613) Forero JH, Alfonso R, Arabelaez F, Hunsche E, Kong SX. Evaluation of rofecoxib in patients with osteoarthritis under real-life conditions - the VALOR study in Colombia [ABSTRACT AB0652]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr AB0652.

(614) Santana-Sahagun E. First report of Andersson lesion is psoriatic arthritis. Ann Rheum Dis 2003; 62(1 Suppl.):1.

(615) Krobot KH, Wagner A, Ulrich V, Zeidler H. Health insurance-related access to cyclooxygenase-II-selective treatment in Germany [ABSTRACT SAT0218]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr SAT0218.

(616) Chang DJ, Desjardins PJ, Black P et al. Comparison of rofecoxib and multiple doses of the opioid oxycodone/paracetamol for the management of acute pain [ABSTRACT SAT0056]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr SAT0056.

(617) Weaver AL, Polis AB, Petruschke RA, Najarian DK, Geba GP. Onset of efficacy of rofecoxib compared to nabumetone and placebo in patients with osteoarthritis [ABSTRACT FRI0245]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr FRI0245.

(618) Knijff-Dutmer EA, Postma MJ, Van der Palen J, Brouwers JRBJ, Van de Laar MAFJ. Lesser medical cost of bleeding with COX-2-selective inhibitors compared with NSAIDs in concomitant coumarine users [ABSTRACT SAT0267]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr SAT0267.

(619) Geba GP, Schnitzer TJ, Polis AB, Petruschke RA, Weaver AL. Patient global assessment and WOMAC response among osteoarthritis patients treated with rofecoxib, celecoxib, or acetaminophen in the VACT-2 trial [ABSTRACT AB0425]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr AB0425.

(620) Fiehn C, Rochel E, Ho AD, Max R. Dose escalation of leflunomide (LEF) to 40 mg once daily in patients with rheumatoid arthritis and insufficient response to standard dose LEF. Ann Rheum Dis 2004; 63(6):746-747.

(621) Turesson C, Jarenros A, Jacobsson L. Increased incidence of cardiovascular disease in patients with rheumatoid arthritis: results from a community based study. Ann Rheum Dis 2004; 63(8):952-955.

KS-000728

(622)   Ravaud P, Giraudeau B, Logeart I et al. Management of osteoarthritis (OA) with an unsupervised home based exercise programme and/or patient administered assessment tools. A cluster randomised controlled trial with a 2x2 factorial design. Ann Rheum Dis 2004; 63(6):703-708.

(623)   Scott PA, Kingsley GH, Smith CM, Choy EH, Scott DL. Non-steroidal anti-inflammatory drugs and myocardial infarctions: Comparative systematic review of evidence from observational studies and randomised controlled trials. Ann Rheum Dis 2007.

(624)   Greene AK, Alwayn IP, Nose V et al. Prevention of intra-abdominal adhesions using the antiangiogenic COX-2 inhibitor celecoxib. Ann Surg 2005; 242(1):140-146.

(625)   Tanaka T, Delong PA, Amin K et al. Treatment of lung cancer using clinically relevant oral doses of the cyclooxygenase-2 inhibitor rofecoxib: potential value as adjuvant therapy after surgery. Ann Surg 2005; 241(1):168-178.

(626)   Qadri SS, Wang JH, Redmond KC, O' Donnell AF, Aherne T, Redmond HP. The role of COX-2 inhibitors in lung cancer. Ann Thorac Surg 2002; 74(5):1648-1652.

(627)   Qadri SS, Wang JH, Coffey JC et al. Surgically induced accelerated local and distant tumor growth is significantly attenuated by selective COX-2 inhibition. Ann Thorac Surg 2005; 79(3):990-995.

(628)   Armstrong PJ, Franklin DP, Carey DJ, Elmore JR. Suppression of experimental aortic aneurysms: comparison of inducible nitric oxide synthase and cyclooxygenase inhibitors. Ann Vasc Surg 2005; 19(2):248-257.

(629)   Needleman P, Turk J, Jakschik BA, Morrison AR, Lefkowith JB. Arachidonic acid metabolism. Annu Rev Biochem 1986; 55:69-102.

(630)   Smith WL, Dewitt DL, Garavito RM. Cyclooxygenases: structural, cellular, and molecular biology. Annu Rev Biochem 2000; 69:145-182.

(631)   Vane JR, Bakhle YS, Botting RM. Cyclooxygenases 1 and 2. Annu Rev Pharmacol Toxicol 1998; 38:97-120.

(632)   Davies PF, Barbee KA, Volin MV et al. Spatial relationships in early signaling events of flow-mediated endothelial mechanotransduction. Annu Rev Physiol 1997; 59:527-549.

(633)   Xu XC. COX-2 inhibitors in cancer treatment and prevention, a recent development. Anticancer Drugs 2002; 13(2):127-137.

(634)   Singh RG, Mokbel K. COX-2 inhibitors and breast cancer. ANZ J Surg 2003; 73(8):565-566.

(635)   Pentland AP. Cyclooxygenase inhibitors for skin cancer prevention: are they beneficial enough? Arch Dermatol 2002; 138(6):823-824.

(636)   Orengo IF, Gerguis J, Phillips R, Guevara A, Lewis AT, Black HS. Celecoxib, a cyclooxygenase 2 inhibitor as a potential chemopreventive to UV-induced skin cancer: a study in the hairless mouse model. Arch Dermatol 2002; 138(6):751-755.

(637)   Clark DW, Coulter DM. Psoriasis associated with rofecoxib. Arch Dermatol 2003; 139(9):1223.

(638)   Zembowicz A, Mastalerz L, Setkowicz M, Radziszewski W, Szczeklik A. Safety of cyclooxygenase 2 inhibitors and increased leukotriene synthesis in chronic idiopathic urticaria with sensitivity to nonsteroidal anti-inflammatory drugs. Arch Dermatol 2003; 139(12):1577-1582.

(639)   Coras B, Hafner C, Reichle A et al. Antiangiogenic therapy with pioglitazone, rofecoxib, and trofosfamide in a patient with endemic kaposi sarcoma. Arch Dermatol 2004; 140(12):1504-1507.

(640)   Slack MH, Schapira D, Thwaites RJ et al. Responses to a fourth dose of Haemophilus influenzae type B conjugate vaccine in early life. Arch Dis Child Fetal Neonatal Ed 2004; 89(3):F269-F271.

(641)   Griffin MR, Brandt KD, Liang MH, Pincus T, Ray WA. Practical management of osteoarthritis. Integration of pharmacologic and nonpharmacologic measures. Arch Fam Med 1995; 4(12):1049-1055.

KS-000729

(642) Saag K, van der HD, Fisher C et al. Rofecoxib, a new cyclooxygenase 2 inhibitor, shows sustained efficacy, comparable with other nonsteroidal anti-inflammatory drugs: a 6-week and a 1-year trial in patients with osteoarthritis. Osteoarthritis Studies Group. Arch Fam Med 2000; 9(10):1124-1134.

(643) Celik JB, Tuncer S, Reisli R, Sarkilar G, Celik C, Akyurek C. A comparative study of the effect of rofecoxib (a COX 2 inhibitor) and naproxen sodium on analgesic requirements after abdominal hysterectomy. Arch Gynecol Obstet 2003; 268(4):297-300.

(644) Poomtavorn Y, Phupong V. Prospective randomized, double-blinded, placebo-controlled trial of preoperative rofecoxib for pain relief in uterine curettage. Arch Gynecol Obstet 2005; 273(2):115-118.

(645) Pope JE, Anderson JJ, Felson DT. A meta-analysis of the effects of nonsteroidal anti-inflammatory drugs on blood pressure. Arch Intern Med 1993; 153(4):477-484.

(646) Fries JF, Ramey DR, Singh G, Morfeld D, Bloch DA, Raynauld JP. A reevaluation of aspirin therapy in rheumatoid arthritis. Arch Intern Med 1993; 153(21):2465-2471.

(647) Shorr RI, Ray WA, Daugherty JR, Griffin MR. Concurrent use of nonsteroidal anti-inflammatory drugs and oral anticoagulants places elderly persons at high risk for hemorrhagic peptic ulcer disease. Arch Intern Med 1993; 153(14):1665-1670.

(648) Singh G, Ramey DR, Morfeld D, Shi H, Hatoum HT, Fries JF. Gastrointestinal tract complications of nonsteroidal anti-inflammatory drug treatment in rheumatoid arthritis. A prospective observational cohort study. Arch Intern Med 1996; 156(14):1530-1536.

(649) Garcia Rodriguez LA, Cattaruzzi C, Troncon MG, Agostinis L. Risk of hospitalization for upper gastrointestinal tract bleeding associated with ketorolac, other nonsteroidal anti-inflammatory drugs, calcium antagonists, and other antihypertensive drugs. Arch Intern Med 1998; 158(1):33-39.

(650) Smalley W, Ray WA, Daugherty J, Griffin MR. Use of nonsteroidal anti-inflammatory drugs and incidence of colorectal cancer: a population-based study. Arch Intern Med 1999; 159(2):161-166.

(651) Whelton A, Schulman G, Wallemark C et al. Effects of celecoxib and naproxen on renal function in the elderly. Arch Intern Med 2000; 160(10):1465-1470.

(652) Rothschild BM. Alendronate and nonsteroidal anti-inflammatory drug interaction safety is not established. Arch Intern Med 2000; 160(11):1702.

(653) Page J, Henry D. Consumption of NSAIDs and the development of congestive heart failure in elderly patients: an underrecognized public health problem. Arch Intern Med 2000; 160(6):777-784.

(654) Watson DJ, Harper SE, Zhao PL, Quan H, Bolognese JA, Simon TJ. Gastrointestinal tolerability of the selective cyclooxygenase-2 (COX-2) inhibitor rofecoxib compared with nonselective COX-1 and COX-2 inhibitors in osteoarthritis. Arch Intern Med 2000; 160(19):2998-3003.

(655) Carrillo-Jimenez R, Nurnberger M. Celecoxib-induced acute pancreatitis and hepatitis: a case report. Arch Intern Med 2000; 160(4):553-554.

(656) Lipsky PE, Brooks P, Crofford LJ et al. Unresolved issues in the role of cyclooxygenase-2 in normal physiologic processes and disease. Arch Intern Med 2000; 160(7):913-920.

(657) Day R, Morrison B, Luza A et al. A randomized trial of the efficacy and tolerability of the COX-2 inhibitor rofecoxib vs ibuprofen in patients with osteoarthritis. Rofecoxib/Ibuprofen Comparator Study Group. Arch Intern Med 2000; 160(12):1781-1787.

(658) Simon JA. Combined vitamin E and vitamin C supplement use and risk of cardiovascular disease mortality. Arch Intern Med 2002; 162(22):2630.

(659) Dalen JE. Aspirin use may change cost-effectiveness of COX-2 inhibitors: in reply. Arch Intern Med 2002; 2002(162):22-2638.

**KS-000730**

(660) Dalen JE. Selective COX-2 inhibitors, NSAIDs, aspirin, and myocardial infarction. Arch Intern Med 2002; 162(10):1091-1092.

(661) Brachfeld J. "Defensive Medicine" and malpractice suits. Arch Intern Med 2002; 162(22):2631.

(662) Rahme E, Pilote L, LeLorier J. Association between naproxen use and protection against acute myocardial infarction. Arch Intern Med 2002; 162(10):1111-1115.

(663) Walsh RA. Nicotine lozenge trial: a "Real-World" perspective. Arch Intern Med 2002; 162(22):2632-2633.

(664) Anton C, Cox AR, Ferner RE. Using trade names: sometimes it helps. Arch Intern Med 2002; 162(22):2636-2637.

(665) Wortzel EM. Practicing patient-centered medicine each day won't keep the lawyers away. Arch Intern Med 2002; 162(22):2631.

(666) Bonnel RA, Villalba ML, Karwoski CB, Beitz J. Aseptic meningitis associated with rofecoxib. Arch Intern Med 2002; 162(6):713-715.

(667) Daniell HW. Periodontitis in estrogen-deficient women. Arch Intern Med 2002; 162(22):2634-2635.

(668) Goldstein MR. Cyclooxygenase-2 inhibitors and myocardial infarction. Arch Intern Med 2002; 162(22):2639-2642.

(669) Reinharth D. Reflections on malpractice. Arch Intern Med 2002; 162(22):2630.

(670) Mukherjee D, Nissen SE, Topol EJ. Lack of cardioprotective effect of naproxen. Arch Intern Med 2002; 162(22):2637-2639.

(671) Juni P, Dieppe P, Egger M. Risk of myocardial infarction associated with selective COX-2 inhibitors: questions remain. Arch Intern Med 2002; 162(22):2639-2640.

(672) Cohen MR. Trade name, INNs, and medication errors. Arch Intern Med 2002; 162(22):2636-2637.

(673) Watson DJ, Rhodes T, Cai B, Guess HA. Risk of myocardial infarction associated with selective COX-2 inhibitors: questions remain. In reply. Arch Intern Med 2002; 162(22):-2642.

(674) Pickard AS, Schumock GT. Aspirin use may change cost-effectiveness of COX-2 inhibitors. Arch Intern Med 2002; 162(22):2637-2638.

(675) Speicher G. Medication assistance programs: eligibility and enrollment. Arch Intern Med 2002; 162(22):2629-2630.

(676) Watson DJ, Rhodes T, Cai B, Guess HA. Lower risk of thromboembolic cardiovascular events with naproxen among patients with rheumatoid arthritis. Arch Intern Med 2002; 162(10):1105-1110.

(677) Grant JG. Ten points for a national health plan. Arch Intern Med 2002; 162(22):2631-2632.

(678) Terplan M. The impact of hospitalists on congestive heart failure. Arch Intern Med 2002; 162(22):2633.

(679) Solomon DH, Glynn RJ, Levin R, Avorn J. Nonsteroidal anti-inflammatory drug use and acute myocardial infarction. Arch Intern Med 2002; 162(10):1099-1104.

(680) Spodick DH. Intraventricular block and atrioventricular conduction. Arch Intern Med 2002; 162(22):2635-2636.

(681) Solomon D, Avorn J, Glynn RJ. Risk of myocardial infarction associated with selective COX-2 inhibitors: questions remain. In reply. Arch Intern Med 2002; 162(22):2640-2641.

(682) Rahme E, Pilote L, LeLorier J. Risk of myocardial infarction associated with selective COX-2 inhibitors: questions remain. In reply. Arch Intern Med 2002; 162(22):2641-2642.

(683) Mamdani M, Rochon P, Juurlink DN et al. Effect of selective cyclooxygenase 2 inhibitors and naproxen on short-term risk of acute myocardial infarction in the elderly. Arch Intern Med 2003; 163(4):481-486.

**KS-000731**

(684)   Aisen PS, Schafer K, Grundman M, Thomas R, Thal LJ. NSAIDs and hypertension. Arch Intern Med 2003; 163(9):1115-1116.

(685)   Fischer LM, Schlienger RG, Matter CM, Jick H, Meier CR. Discontinuation of nonsteroidal anti-inflammatory drug therapy and risk of acute myocardial infarction. Arch Intern Med 2004; 164(22):2472-2476.

(686)   Cox ER, Frisse M, Behm A, Fairman KA. Over-the-counter pain reliever and aspirin use within a sample of long-term cyclooxygenase 2 users. Arch Intern Med 2004; 164(11):1243-1246.

(687)   Solomon DH, Avorn J. Coxibs, science, and the public trust. Arch Intern Med 2005; 165(2):158-160.

(688)   Battistella M, Mamdami MM, Juurlink DN, Rabeneck L, Laupacis A. Risk of upper gastrointestinal hemorrhage in warfarin users treated with nonselective NSAIDs or COX-2 inhibitors. Arch Intern Med 2005; 165(2):189-192.

(689)   Holbrook AM, Pereira JA, Labiris R et al. Systematic overview of warfarin and its drug and food interactions. Arch Intern Med 2005; 165(10):1095-1106.

(690)   Johnsen SP, Larsson H, Tarone RE et al. Risk of hospitalization for myocardial infarction among users of rofecoxib, celecoxib, and other NSAIDs: a population-based case-control study. Arch Intern Med 2005; 165(9):978-984.

(691)   Aw TJ, Haas SJ, Liew D, Krum H. Meta-analysis of cyclooxygenase-2 inhibitors and their effects on blood pressure. Arch Intern Med 2005; 165(5):490-496.

(692)   Dai C, Stafford RS, Alexander GC. National trends in cyclooxygenase-2 inhibitor use since market release: nonselective diffusion of a selectively cost-effective innovation. Arch Intern Med 2005; 165(2):171-177.

(693)   Margolis KL, Manson JE, Greenland P et al. Leukocyte count as a predictor of cardiovascular events and mortality in postmenopausal women: the Women's Health Initiative Observational Study. Arch Intern Med 2005; 165(5):500-508.

(694)   Verhamme KM, Dieleman JP, Van Wijk MA et al. Nonsteroidal anti-inflammatory drugs and increased risk of acute urinary retention. Arch Intern Med 2005; 165(13):1547-1551.

(695)   Shaya FT, Blume SW, Blanchette CM, Weir MR, Mullins CD. Selective cyclooxygenase-2 inhibition and cardiovascular effects: an observational study of a Medicaid population. Arch Intern Med 2005; 165(2):181-186.

(696)   Sowers JR, White WB, Pitt B et al. The Effects of cyclooxygenase-2 inhibitors and nonsteroidal anti-inflammatory therapy on 24-hour blood pressure in patients with hypertension, osteoarthritis, and type 2 diabetes mellitus. Arch Intern Med 2005; 165(2):161-168.

(697)   Furberg CD, Levin AA, Gross PA, Shapiro RS, Strom BL. The FDA and drug safety: a proposal for sweeping changes. Arch Intern Med 2006; 166(18):1938-1942.

(698)   Egilman DS, Presler AH, Valentin CS. Avoiding the regulatory capture of the Food and Drug Administration. Arch Intern Med 2007; 167(7):732-733.

(699)   Thuaire C, Mankoubi L, Range G et al. [Potential pro-thrombotic effects of cyclooxygenase-2. inhibitors Two cases pf myocardial infarction]. Arch Mal Coeur Vaiss 2003; 96(6):683-685.

(700)   Monsuez JJ. [Specific cyclo-oxygenase-2 inhibitors in cardiovascular pathology]. Arch Mal Coeur Vaiss 2004; 97(6):632-640.

(701)   Amar J, Bouhanick B, Chamontin B. AINS, coxibs et HTA [NSAIDs, coxibs, and arterial hypertension]. Arch Mal Coeur Vaiss 2004; 97(2 Spec.):13,-C44.

(702)   Carrasco MA, Rapuano CJ, Cohen EJ, Laibson PR. Scleral ulceration after preoperative injection of mitomycin C in the pterygium head. Arch Ophthalmol 2002; 120(11):1585-1586.

(703)   Fraunfelder FW, Solomon J, Mehelas TJ. Ocular adverse effects associated with cyclooxygenase-2 inhibitors. Arch Ophthalmol 2006; 124(2):277-279.

(704)   Legenstein R, Bosch P, Ungersbock A. Indomethacin versus meloxicam for prevention of heterotopic ossification after total hip arthroplasty. Arch Orthop Trauma Surg 2003; 123(2-3):91-94.

KS-000732

(705)   van der Heide HJ, Koorevaar RC, Lemmens JA, Van KA, Schreurs BW. Rofecoxib inhibits heterotopic ossification after total hip arthroplasty. Arch Orthop Trauma Surg 2006.

(706)   Jaeckel EC, Raja S, Tan J et al. Correlation of expression of cyclooxygenase-2, vascular endothelial growth factor, and peroxisome proliferator-activated receptor delta with head and neck squamous cell carcinoma. Arch Otolaryngol Head Neck Surg 2001; 127(10):1253-1259.

(707)   Krymchantowski AV, Barbosa JS. Dexamethasone decreases migraine recurrence observed after treatment with a triptan combined with a nonsteroidal anti-inflammatory drug. Arq Neuropsiquiatr 2001; 59(3-B):708-711.

(708)   Bigal ME, Tepper SJ, Sheftell FD, Rapoport AM. Hemicrania continua: a report of ten new cases. Arq Neuropsiquiatr 2002; 60(3-B):695-698.

(709)   Rimarachin JA, Jacobson JA, Szabo P, Maclouf J, Creminon C, Weksler BB. Regulation of cyclooxygenase-2 expression in aortic smooth muscle cells. Arterioscler Thromb 1994; 14(7):1021-1031.

(710)   Bishop-Bailey D, Pepper JR, Haddad EB, Newton R, Larkin SW, Mitchell JA. Induction of cyclooxygenase-2 in human saphenous vein and internal mammary artery. Arterioscler Thromb Vasc Biol 1997; 17(9):1644-1648.

(711)   Vinals M, Martinez-Gonzalez J, Badimon JJ, Badimon L. HDL-induced prostacyclin release in smooth muscle cells is dependent on cyclooxygenase-2 (Cox-2). Arterioscler Thromb Vasc Biol 1997; 17(12):3481-3488.

(712)   Bishop-Bailey D, Pepper JR, Larkin SW, Mitchell JA. Differential induction of cyclooxygenase-2 in human arterial and venous smooth muscle: role of endogenous prostanoids. Arterioscler Thromb Vasc Biol 1998; 18(10):1655-1661.

(713)   Baker CS, Hall RJ, Evans TJ et al. Cyclooxygenase-2 is widely expressed in atherosclerotic lesions affecting native and transplanted human coronary arteries and colocalizes with inducible nitric oxide synthase and nitrotyrosine particularly in macrophages. Arterioscler Thromb Vasc Biol 1999; 19(3):646-655.

(714)   Cockerill GW, Saklatvala J, Ridley SH et al. High-density lipoproteins differentially modulate cytokine-induced expression of E-selectin and cyclooxygenase-2. Arterioscler Thromb Vasc Biol 1999; 19(4):910-917.

(715)   Stanford SJ, Pepper JR, Mitchell JA. Cyclooxygenase-2 regulates granulocyte-macrophage colony-stimulating factor, but not interleukin-8, production by human vascular cells: role of cAMP. Arterioscler Thromb Vasc Biol 2000; 20(3):677-682.

(716)   Inoue H, Taba Y, Miwa Y, Yokota C, Miyagi M, Sasaguri T. Transcriptional and posttranscriptional regulation of cyclooxygenase-2 expression by fluid shear stress in vascular endothelial cells. Arterioscler Thromb Vasc Biol 2002; 22(9):1415-1420.

(717)   Mukai Y, Shimokawa H, Higashi M et al. Inhibition of renin-angiotensin system ameliorates endothelial dysfunction associated with aging in rats. Arterioscler Thromb Vasc Biol 2002; 22(9):1445-1450.

(718)   Yamada M, Numaguchi Y, Okumura K et al. Prostacyclin synthase gene transfer modulates cyclooxygenase-2-derived prostanoid synthesis and inhibits neointimal formation in rat balloon-injured arteries. Arterioscler Thromb Vasc Biol 2002; 22(2):256-262.

(719)   Cipollone F, Patrono C. Cyclooxygenase-2 polymorphism: putting a brake on the inflammatory response to vascular injury? Arterioscler Thromb Vasc Biol 2002; 22(10):1516-1518.

(720)   Smith LH, Boutaud O, Breyer M, Morrow JD, Oates JA, Vaughan DE. Cyclooxygenase-2-dependent prostacyclin formation is regulated by low density lipoprotein cholesterol in vitro. Arterioscler Thromb Vasc Biol 2002; 22(6):983-988.

(721)   Tuleja E, Mejza F, Cmiel A, Szczeklik A. Effects of cyclooxygenases inhibitors on vasoactive prostanoids and thrombin generation at the site of microvascular injury in healthy men. Arterioscler Thromb Vasc Biol 2003; 23(6):1111-1115.

(722)   Li D, Liu L, Chen H, Sawamura T, Mehta JL. LOX-1, an oxidized LDL endothelial receptor, induces CD40/CD40L signaling in human coronary artery endothelial cells. Arterioscler Thromb Vasc Biol 2003; 23(5):816-821.

(723)   Cipollone F, Rocca B, Patrono C. Cyclooxygenase-2 expression and inhibition in atherothrombosis. Arterioscler Thromb Vasc Biol 2004; 24(2):246-255.

KS-000733

(724)   Cipollone F, Fazia M, Iezzi A et al. Balance between PGD synthase and PGE synthase is a major determinant of atherosclerotic plaque instability in humans. Arterioscler Thromb Vasc Biol 2004; 24(7):1259-1265.

(725)   Davi G, Neri M, Falco A et al. Helicobacter pylori infection causes persistent platelet activation in vivo through enhanced lipid peroxidation. Arterioscler Thromb Vasc Biol 2005; 25(1):246-251.

(726)   Bishop-Bailey D, Mitchell JA, Warner TD. COX-2 in cardiovascular disease. Arterioscler Thromb Vasc Biol 2006; 26(5):956-958.

(727)   Fann JI, Cahill PD, Mitchell RS, Miller DC. Regional variability of prostacyclin biosynthesis. Arteriosclerosis 1989; 9(3):368-373.

(728)   Hawley DJ, Wolfe F. Sensitivity to change of the health assessment questionnaire (HAQ) and other clinical and health status measures in rheumatoid arthritis: results of short-term clinical trials and observational studies versus long-term observational studies. Arthritis Care Res 1992; 5(3):130-136.

(729)   Osiri M, Moreland LW. Specific cyclooxygenase 2 inhibitors: a new choice of nonsteroidal anti-inflammatory drug therapy. Arthritis Care Res 1999; 12(5):351-362.

(730)   Rahme E, Marentette MA, Kong SX, LeLorier J. Use of NSAIDs, COX-2 inhibitors, and acetaminophen and associated coprescriptions of gastroprotective agents in an elderly population. Arthritis Care Res 2002; 47(6):595-602.

(731)   Ward MM, Kuzis S. Medication toxicity among patients with ankylosing spondylitis. Arthritis Care Res 2002; 47(3):234-241.

(732)   Strand V, Hochberg MC. The risk of cardiovascular thrombotic events with selective cyclooxygenase-2 inhibitors. Arthritis Care Res 2002; 47(4):349-355.

(733)   Sturkenboom MCJM, Romano F, Simon G et al. The iatrogenic costs of NSAID therapy: a population study. Arthritis Care Res 2002; 47(2):132-140.

(734)   Maetzel A, Krahn M, Naglie G. The cost effectiveness of rofecoxib and celecoxib in patients with osteoarthritis or rheumatoid arthritis. Arthritis Care Res 2003; 49(3):283-292.

(735)   Patino FG, Allison J, Olivieri J et al. The effects of physician specialty and patient comorbidities on the use and discontinuation of coxibs. Arthritis Care Res 2003; 49(3):293-299.

(736)   Mukherjee D, Topol EJ. Cox-2: where are we in 2003? - Cardiovascular risk and Cox-2 inhibitors. Arthritis Res Ther 2003; 5(1):8-11.

(737)   Einhorn TA. Cox-2: Where are we in 2003? - The role of cyclooxygenase-2 in bone repair. Arthritis Res Ther 2003; 5(1):5-7.

(738)   Crofford LJ. COX-2: Where are we in 2003? - Specific cyclooxygenase-2 inhibitors and aspirin-exacerbated respiratory disease. Arthritis Res Ther 2003; 5(1):25-27.

(739)   Hochberg MC. COX-2: Where are we in 2003? - Be strong and resolute: continue to use COX-2 selective inhibitors at recommended dosages in appropriate patients. Arthritis Res Ther 2003; 5(1):28-31.

(740)   Borer JS, Simon LS. Cardiovascular and gastrointestinal effects of COX-2 inhibitors and NSAIDs: achieving a balance. Arthritis Res Ther 2005; 7 Suppl 4:S14-S22.

(741)   Moride Y, Ducruet T, Boivin JF, Moore N, Perreault S, Zhao S. Prescription channeling of COX-2 inhibitors and traditional nonselective nonsteroidal anti-inflammatory drugs: a population-based case-control study. Arthritis Res Ther 2005; 7(2):R333-R342.

(742)   Moore RA, Derry S, Makinson GT, McQuay HJ. Tolerability and adverse events in clinical trials of celecoxib in osteoarthritis and rheumatoid arthritis: systematic review and meta-analysis of information from company clinical trial reports. Arthritis Res Ther 2005; 7(3):R644-R665.

KS-000734

(743) Chan ES, Zhang H, Fernandez P et al. Effect of cyclooxygenase inhibition on cholesterol efflux proteins and atheromatous foam cell transformation in THP-1 human macrophages: a possible mechanism for increased cardiovascular risk. Arthritis Res Ther 2007; 9(1):R4.

(744) Chernish SM, Rosenak BD, Brunelie RL, Crabtree R. Comparison of gastrointestinal effects of aspirin and fenoprofen. A double blind crossover study. Arthritis Rheum 1979; 22(4):376-383.

(745) Fries JF, Spitz P, Kraines RG, Holman HR. Measurement of patient outcome in arthritis. Arthritis Rheum 1980; 23(2):137-145.

(746) Fries JF, Spitz PW, Mitchell DM, Roth SH, Wolfe F, Bloch DA. Impact of specific therapy upon rheumatoid arthritis. Arthritis Rheum 1986; 29(5):620-627.

(747) Lubeck DP, Spitz PW, Fries JF, Wolfe F, Mitchell DM, Roth SH. A multicenter study of annual health service utilization and costs in rheumatoid arthritis. Arthritis Rheum 1986; 29(4):488-493.

(748) Cassidy JT, Levinson JE, Bass JC et al. A study of classification criteria for a diagnosis of juvenile rheumatoid arthritis. Arthritis Rheum 1986; 29(2):274-281.

(749) Arnett FC, Edworthy SM, Bloch DA et al. The American Rheumatism Association 1987 revised criteria for the classification of rheumatoid arthritis. Arthritis Rheum 1988; 31(3):315-320.

(750) Cush JJ, Jasin HE, Johnson R, Lipsky PE. Relationship between clinical efficacy and laboratory correlates of inflammatory and immunologic activity in rheumatoid arthritis patients treated with nonsteroidal antiinflammatory drugs. Arthritis Rheum 1990; 33(5):623-633.

(751) Fries JF, Williams CA, Bloch DA. The relative toxicity of nonsteroidal antiinflammatory drugs. Arthritis Rheum 1991; 34(11):1353-1360.

(752) Felson DT, Anderson JJ, Boers M et al. The American College of Rheumatology preliminary core set of disease activity measures for rheumatoid arthritis clinical trials. The Committee on Outcome Measures in Rheumatoid Arthritis Clinical Trials. Arthritis Rheum 1993; 36(6):729-740.

(753) Singh G, Athreya BH, Fries JF, Goldsmith DP. Measurement of health status in children with juvenile rheumatoid arthritis. Arthritis Rheum 1994; 37(12):1761-1769.

(754) Wolfe F, Mitchell DM, Sibley JT et al. The mortality of rheumatoid arthritis. Arthritis Rheum 1994; 37(4):481-494.

(755) Fries JF, Hochberg MC, Medsger TA, Jr., Hunder GG, Bombardier C. Criteria for rheumatic disease. Different types and different functions. The American College of Rheumatology Diagnostic and Therapeutic Criteria Committee. Arthritis Rheum 1994; 37(4):454-462.

(756) Felson DT, Anderson JJ, Boers M et al. American College of Rheumatology. Preliminary definition of improvement in rheumatoid arthritis. Arthritis Rheum 1995; 38(6):727-735.

(757) Ehrich E, Mehlisch D, Perkins S et al. Efficacy of MK-966, a highly selective inhibitor of COX-2, in the treatment of postoperative dental pain [ABSTRACT 329]. Arthritis Rheum 1996; 39(9 Suppl.):S81-Abstr. 329.

(758) Guidelines for the management of rheumatoid arthritis. American College of Rheumatology Ad Hoc Committee on Clinical Guidelines. Arthritis Rheum 1996; 39(5):713-722.

(759) Fries JF, Singh G, Morfeld D, O'Driscoll P, Hubert H. Relationship of running to musculoskeletal pain with age. A six-year longitudinal study. Arthritis Rheum 1996; 39(1):64-72.

(760) Ehrich E, Dallob A, Van Hecken A et al. Demonstration of selective COX-2 inhibition by MK-966 in humans [ABSTRACT 328]. Arthritis Rheum 1996; 39(9 Suppl.):S81-Abstr. 328.

(761) Mengle-Gaw L, Hubbard RC, Karim A et al. A Study of the Platelet Effects of SC-58635, A Novel COX-2-Selective Inhibitor. [ABSTRACT 374]. Arthritis Rheum 1997; 40(9 Suppl.):Abstr. 374.

KS-000735

(762)   Ehrich E, Schnitzer T, Kivitz A et al. MK-966, a highly selective COX-2 inhibitor, was effective in the treatment of osteoarthritis (OA) of the knee and hip in a 6-week placebo controlled study [ABSTRACT 330]. Arthritis Rheum 1997; 40(9 Suppl.):S85-Abstr. 330.

(763)   Zeng Q, Ehrich E, Schnitzer T, Bolognese J. A direct comparison of the precision and sensitivity of Likert and visual analog response scales in a placebo controlled study of patients with osteoarthritis of the knee [ABSTRACT 1228]. Arthritis Rheum 1997; 40(9 Suppl.):S236-Abstr. 1228.

(764)   Hubbard RC, Koepp R, Yu SS, Talwalker S, Geis GS. Pilot efficacy of SC-58635, a cox-2-selective inhibitor, in rheumatoid arthritis. Arthritis Rheum 1997; 40(9 Suppl.):S51.

(765)   Blanco FJ, Guitian R, Moreno J et al. NSAIDs effect in COX-1 and COX-2 activity on human articular chondrocytes. Arthritis Rheum 1997; 40(9 Suppl.):S88.

(766)   Lanza FL, Callison DA, Hubbard RC et al. A Pilot Endoscopic Study of the Gastrodl'odenal Effects Of SC-58635. A COX-2 Selective Inhibitor. [ABSTRACT 373]. Arthritis Rheum 1997; 40(9 Suppl.):Abstr. 373.

(767)   Creamer P, Lethbridge-Ceiku M, Hochberg MC, Zeng Q, Bolognese J, Ehrich E. A model of the health effects of osteoarthritis (OA) of the knee. Arthritis Rheum 1998; 41(9 Suppl.):S229.

(768)   Hubbard R, Geis GS, Woods E, Yu S, Zhao W. Efficacy, tolerability, and safety of celecoxib, a specific COX-2 inhibitor in osteoarthritis. Arthritis Rheum 1998; 41(9 Suppl.):S196.

(769)   Simon LS, Lanza FL, Lipsky PE et al. Preliminary study of the safety and efficacy of SC-58635, a novel cyclooxygenase 2 inhibitor: efficacy and safety in two placebo-controlled trials in osteoarthritis and rheumatoid arthritis, and studies of gastrointestinal and platelet effects. Arthritis Rheum 1998; 41(9):1591-1602.

(770)   Saag K, Fisher C, McKay J et al. MK-0966, a specific COX-2 inhibitor, has clinical efficacy comparable to ibuprofen in the treatment of knee and hip osteoarthritis (OA) in a 6-week controlled clinical trial. Arthritis Rheum 1998; 41(9 Suppl.):S196.

(771)   Cannon G, Caldwell J, Holt P et al. MK-0966, a specific COX-2 inhibitor, has clinical efficacy comparable to diclofenac in the treatment of knee and hip osteoarthritis (OA) in a 26-week controlled clinical trial. Arthritis Rheum 1998; 41(9 Suppl.):S196.

(772)   Ehrich E, Bolognese J, Kong S, Watson DJ, Zeng Q, Seidenberg B. Improvements in SF-36 mental health domains with treatment of OA: a result of decreased pain and disability or independent mechanisms? Arthritis Rheum 1998; 41(9 Suppl.):S221.

(773)   Zeng Q, Bolognese J, Ehrich E, Daniels B. Comparison of several composite endpoints in the assessment of MK-0966 efficacy in rheumatoid arthritis [ABSTRACT 1045]. Arthritis Rheum 1998; 41(9 Suppl.):S207-Abstr. 1045.

(774)   Daniels B, Gertz B, Morrison B, Seidenberg B. Renal safety profile of rofecoxib, a specific inhibitor of COX-2, in controlled clinical trials [ABSTRACT 434]. Arthritis Rheum 1999; 42(9 Suppl.):S143-Abstr. 434.

(775)   Singh G, Ramey DR, Triadafilopoulos G. Early experience with selective COX-2 inhibitors: safety profile in over 340,000 patient years of use. Arthritis Rheum 1999; 42(9 Suppl.):S296.

(776)   Daniels B, Seidenberg B. Cardiovascular safety profile of rofecoxib in controlled clinical trials [ABSTRACT 435]. Arthritis Rheum 1999; 42(9 Suppl.):S143-Abstr. 435.

(777)   Geba GP, Polis AB, Dixon ME et al. Rofecoxib results in superior clinical response compared to nabumetone in the treatment of osteoarthritis [ABSTRACT 440]. Arthritis Rheum 1999; 42(9 Suppl.):S144-Abstr. 440.

(778)   Laine L, Harper S, Simon T, Quan H, Bolognese J. Randomized study of rofecoxib, a cyclooxygenase-2 specific inhibitor on the gastroduodenal mucosa of osteoarthritics [ABSTRACT 448]. Arthritis Rheum 1999; 42(9 Suppl.):S145-Abstr. 448.

(779)   Gupta S, McCune WJ, Kaplan MJ, McDonagh KT, Schmaier AH, Crofford LJ. Thrombosis and ischemia in patients with systemic lupus erythematosus treated with celecoxib: a series of two cases. Arthritis Rheum 1999; 42(9 Suppl.):S149.

**KS-000736**

(780)  Malmstrom K, Kotey P, Friedman AF, Seidenberg BC. Rofecoxib and celecoxib - a comparison of two specific COX-2 inhibitors: a randomized, placebo- and active-comparator controlled clinical trial. Arthritis Rheum 1999; 42(9 Suppl.):S324.

(781)  Reicin AS, Brown J, Jove M et al. The COX-2 specific inhibitor, rofecoxib, was effective in the treatment of postorthopedic surgical pain [ABSTRACT 1186]. Arthritis Rheum 1999; 42(9 Suppl.):S268-Abstr. 1186.

(782)  Daniels B, Krupa D, Ehrich E, Bolognese J, Seidenberg B. Clinical response of OA patients who use acetaminophen when randomized to rofecoxib or ibuprofen [ABSTRACT 436]. Arthritis Rheum 1999; 42(9 Suppl.):S143-Abstr. 436.

(783)  Watson DJ, Harper S, Zhao P, Bolognese J, Simon T, Seidenberg B. Treatment with rofecoxib required less gastrointestinal (GI) co-medication and fewer GI procedures than nonspecific cyclooxygenase inhibitors (NSAIDs). Arthritis Rheum 1999; 42(9 Suppl.):S403.

(784)  Schwartz JI, Agrawal N, Wong P et al. Rofecoxib up to 50 mg daily did not affect methotrexate plasma concentrations. Arthritis Rheum 2000; 43(9 Suppl.):S226,-#957.

(785)  Crofford LJ, Lipsky PE, Brooks P, Abramson SB, Simon LS, van De Putte LB. Basic biology and clinical application of specific cyclooxygenase-2 inhibitors. Arthritis Rheum 2000; 43(1):4-13.

(786)  Catella-Lawson F, Kapoor SC, Reilly MP, De Marco S, FitzGerald GA. Ibuprofen, but not rofecoxib or acetaminophen, antagonizes the irreversible anti-platelet effect of aspirin. Arthritis Rheum 2000; 43(9 Suppl.):S298.

(787)  Crofford LJ, Oates JC, McCune WJ et al. Thrombosis in patients with connective tissue diseases treated with specific cyclooxygenase 2 inhibitors. A report of four cases. Arthritis Rheum 2000; 43(8):1891-1896.

(788)  Palmer CS, Sorensen SV, Mathur S, Bjorkman DJ. Modeling the cost of meloxicam, celecoxib, rofecoxib and slow release diclofenac for treatment of osteoarthritis. Arthritis Rheum 2000; 43(9 Suppl.):S145.

(789)  Ran Yun H, Corzillius M, Yoon Kim S, Bae SC. Cost-effectiveness analysis of NSAIDs vs COX-2 specific inhibitors and NSAIDs with co-treatments to prevent GI toxicity in the treatment of RA. Arthritis Rheum 2000; 43(9 Suppl.):S145.

(790)  Bombardier C, Lane L, Reicin A, Watson D, Ramey DR, Regan P. Fewer gastrointestinal protective agents, procedures, and hospitalizations with rofecoxib vs. naproxen in the VIGOR (VIOXX GI Outcomes Research) study. Arthritis Rheum 2000; 43(9 Suppl.):S225.

(791)  Recommendations for the medical management of osteoarthritis of the hip and knee: 2000 update. American College of Rheumatology Subcommittee on Osteoarthritis Guidelines. Arthritis Rheum 2000; 43(9):1905-1915.

(792)  van Kuijk C, Cheng X, Hottya G et al. The effects of rofecoxib and diclofenac on knee osteoarthritis (OA) articular cartilage:  the results from one-year prospective clinical trials. Arthritis Rheum 2000; 43(9 Suppl.):S220.

(793)  Hawkey C, Laine L, Simon T et al. Comparison of the effect of rofecoxib (a cyclooxygenase 2 inhibitor), ibuprofen, and placebo on the gastroduodenal mucosa of patients with osteoarthritis: a randomized, double-blind, placebo-controlled trial. The Rofecoxib Osteoarthritis Endoscopy Multinational Study Group. Arthritis Rheum 2000; 43(2):370-377.

(794)  Wolfe F, Zhao S, Lane N. Preference for nonsteroidal antiinflammatory drugs over acetaminophen by rheumatic disease patients: a survey of 1,799 patients with osteoarthritis, rheumatoid arthritis, and fibromyalgia. Arthritis Rheum 2000; 43(2):378-385.

(795)  Whelton A, CLASS investigators. The celecoxib long-term study trial (CLASS): cardiovascular safety of celecoxib is equivalent to nonsteroidal anti-inflammatory drugs (NSAIDs). Arthritis Rheum 2000; 43(9 Suppl.):S384.

(796)  Geba GP, Weaver AL, Schnitzer TJ et al. A comparison of rofecoxib to celecoxib and acetaminophen in the treatment of osteoarthritis. Arthritis Rheum 2000; 43(9 Suppl.):S384.

(797)  Gross ML, Rozycki MJ, Belmont HM. Prevalence of coronary artery disease risk factors and safety of HMG-CoA reductase and COX-2 inhibitors in an active SLE population. Arthritis Rheum 2000; 43(9 Suppl.):S247.

(798)  Cannon GW, Caldwell JR, Holt P et al. Rofecoxib, a specific inhibitor of cyclooxygenase 2, with clinical efficacy comparable with that of diclofenac sodium: results of a one-year, randomized, clinical trial in patients with osteoarthritis of the knee and hip. Rofecoxib Phase III Protocol 035 Study Group. Arthritis Rheum 2000; 43(5):978-987.

RS000737

(799)   St.Rose E, Ferrandiz M, Kiss M et al. Steady-state plasma concentrations of rofecoxib in children (ages 2-5 years) with juvenile rheumatoid arthritis (JRA). Arthritis Rheum 2001; 44(9 Suppl.):S291.

(800)   Yaron I, Shirazi I, Judovich R, Yaron M. Effects of rofecoxib on metalloproteinases and nitric oxide production by human osteoarthritic synovial tissue and cartilage cultures. Arthritis Rheum 2001; 44(9 Suppl.):S308.

(801)   Crofford LJ, McDonagh KT, Schmaier AH, Oates JC. Cyclooxygenase 2 inhibitors and thrombogenicity production: comment on the article by Crofford et al.: reply. Arthritis Rheum 2001; 44(5):1230.

(802)   Bombardier C, Hockberg M, Laine L, Ramey DR, Reicin A, Watson DJ. Relationship of disease duration to patient characteristics and disease management of rheumatoid arthritis at baseline in the VIGOR (VIOXX GI Outcome Research) study. Arthritis Rheum 2001; 44(9 Suppl.):S184.

(803)   Truitt KE, Lee M, DeTora LM, Anderson M, Zhao PL. Results of a pivotal (Phase III) placebo and active comparator controlled efficacy trial of rofecoxib 12.5 and 25 mg in adult patients with rheumatoid arthritis (RA). Arthritis Rheum 2001; 44(9 Suppl.):S369.

(804)   Ravaud P, Giraudeau B, Logeart I et al. Management of osteoarthritis (OA) with patient-administered assessment tools and/or unsupervised home-based exercise programs. A 2x2 factorial design cluster randomized controlled trial. Arthritis Rheum 2001; 44(9 Suppl.):S355.

(805)   Kamath CC, Maradit-Kremers H, Vanness DJ, O'Fallon WM, Gabriel SE. Cost-effectiveness of alternative drug therapies in knee osteoarthritis. Arthritis Rheum 2001; 44(9 Suppl.):S158.

(806)   Geba GP, Perlman M, Polis AB, Dixon ME, Skalky CS, Lisse JR. Comparative risk of hypertension (HTN) and edema in patients treated with rofecoxib or naproxen:  a subgroup analysis from The Advantage Trial. Arthritis Rheum 2001; 44(9 Suppl.):S136.

(807)   Sebaldt RJ, Petrie A, Goldsmith CH. Measures of appropriateness of use of NSAIDs and COXIBs in patients with OA by primary care physicians - results from the CANOAR study. Arthritis Rheum 2001; 44(9 Suppl.):S134.

(808)   Peloso PM, Riley ML. Comparing the GI safety for COX-2 selective and specific NSAIDs from randomized trials using a number needed-to-treat approach. Arthritis Rheum 2001; 44(9 Suppl.):S188.

(809)   Ward MM. Recent improvements in survival in patients with rheumatoid arthritis: better outcomes or different study designs? Arthritis Rheum 2001; 44(6):1467-1469.

(810)   Bombardier C, Laine L, Carides G et al. Healthcare resource utilization for perforations, ulcers and bleeds in the VIGOR (VIOXX GI Outcomes Research) study. Arthritis Rheum 2001; 44(9 Suppl.):S318.

(811)   Reicin A, Barr E, Shapiro D. Cardiovascular safety profile of rofecoxib: a meta-analysis. Arthritis Rheum 2001; 44(9 Suppl.):S372.

(812)   Rahme E, Marentette M, Kong S, LeLorier J. Does income affect the accessibility of COX-2 inhibitors: a drug utilization review study with the Quebec government database. Arthritis Rheum 2001; 44(9 Suppl.):S316.

(813)   Schwartz JI, Malice MP, Kalyani R et al. Rofecoxib, celecoxib and naproxen had comparable effects on urinary sodium excretion and blood pressure in elderly volunteers. Arthritis Rheum 2001; 44(9 Suppl.):S385.

(814)   Sebaldt RJ, Petrie A, Goldsmith CH. Characteristics of patients with OA receiving NSAID prescriptions from their primary care physicians - results from the CANOAR study. Arthritis Rheum 2001; 44(9 Suppl.):S134.

(815)   Torralba KMD, Bertino JS, Jr., Kashuba ADM, Gaedigk A, Nafziger AN. Lack of effect of two COX-2 inhibitors on warfarin stereoisomer metabolism in CYP2C9 extensive metabolizers. Arthritis Rheum 2001; 44(9 Suppl.):S124.

(816)   Straus WL, Barlas S, Stever GJ, Brater DC. A comparison of the clinical impact of rofecoxib vs celecoxib on new onset hypertension. Arthritis Rheum 2001; 44(9 Suppl.):S317.

(817)   Zhao S, Reynolds M, Lefkowith JB, Whelton A, Arellano FM. Comparison of renal adverse drug reactions (ADRs) between rofecoxib and celecoxib based on the WHO/UMC safety database. Arthritis Rheum 2001; 44(9 Suppl.):S318.

KS-000738

(818)  Rahme E, Marentette M, Kong S, LeLorier J. Pattern of use of COX-2 inhibitors and gastroprotective agents coprescription compared to that of NSAIDs in an elderly population. Arthritis Rheum 2001; 44(9 Suppl.):S316.

(819)  Cho MJ, Cooke CE. The effect of cyclooxygenase-2 inhibitors on blood pressure. Arthritis Rheum 2001; 44(9 Suppl.):S318.

(820)  Wolfe F, Reynolds M, Burke TA, Zhao S, Pettitt D. Anti-inflammatory drug discontinuation in arthritis clinical practice:  a comparison of NSAIDs, celecoxib, and rofecoxib. Arthritis Rheum 2001; 44(9 Suppl.):S317.

(821)  Pittsley R, Dettloff R. An evaluation of systolic blood pressure changes with celecoxib, rofecoxib, and traditional nonsteroidal antiinflammatory drugs in a rheumatology practice setting. Arthritis Rheum 2001; 44(9 Suppl.):S321.

(822)  Zhao S, Reynolds M, Lefkowith JB, Whelton A, Arellano FM. Comparison of cardiovascular (CV) adverse drug reactions (ADRs) between rofecoxib and celecoxib based on the WHO/UMC safety database. Arthritis Rheum 2001; 44(9 Suppl.):S316.

(823)  Wolfe F, Reynolds M, Burke TA, Zhao S. Edema and edema associated adverse events (AEs) among 6,673 celecoxib, rofecoxib, non-specific (NS) NSAID, and non-NSAID users receiving ordinary clinical care. Arthritis Rheum 2001; 44(9 Suppl.):S317.

(824)  Katz N, Krupa D, Ju W et al. Rofecoxib in chronic low back pain: evaluation of onset of action. Arthritis Rheum 2001; 44(9 Suppl.):S354.

(825)  Kawai S, Yamazaki R, Kusunoki N, Okamoto R, Kawasaki TK. Induction of apoptosis by celecoxib, not by other selective cyclooxygenase-2 inhibitors, in rheumatoid synovial cells. Arthritis Rheum 2001; 44(9 Suppl.):S218.

(826)  Maetzel A, Krahn M, Naglie G. The cost-effectiveness of celecoxib and rofecoxib in patients with osteoarthritis or rheumatoid arthritis. Arthritis Rheum 2001; 44(9 Suppl.):S310.

(827)  DeTora LM, Truitt KE, Bolognese JA, Sperling RS, Watson DJ. Incidence of upper GI perforations, ulcers, and bleeding (PUBs) in the phase III rofecoxib rheumatoid arthritis database. Arthritis Rheum 2001; 44(9 Suppl.):S174.

(828)  del R, I, Williams K, Stern MP, Freeman GL, Escalante A. High incidence of cardiovascular events in a rheumatoid arthritis cohort not explained by traditional cardiac risk factors. Arthritis Rheum 2001; 44(12):2737-2745.

(829)  Wolfe F, Reynolds M, Burke TA, Zhao S. Hypertension and hypertension associated adverse events (AEs) among 6,673 celecoxib, rofecoxib, non-specific (NS) NSAID, and non-NSAID users receiving ordinary clinical care. Arthritis Rheum 2001; 44(9 Suppl.):S317.

(830)  Yocum DE, Nordensson KA. Comparison of COX-2 specific nonsteroidal anti-inflammatory drugs (NSAIDs) to other agents in the treatment of arthritis in the clinical setting. Arthritis Rheum 2001; 44(9 Suppl.):S318.

(831)  Sperling R, Braunstein N, Melin J, Reicin A. Cyclooxygenase 2 inhibitors and thrombogenicity production: comment on the article by Crofford et al. Arthritis Rheum 2001; 44(5):1229-1230.

(832)  Fraenkel L, Fried T, Concato J, Wittink D. Are preferences for Cox-2 inhibitors explained by the certainty effect? [ABSTRACT 992]. Arthritis Rheum 2002; 46(9 Suppl.):S384-Abstr. 992.

(833)  Fraenkel L, Fried T, Concato J, Wittink D. Patients prefer anti-inflammatory drugs...  If they are unaware of other choices [ABSTRACT 993]. Arthritis Rheum 2002; 46(9 Suppl.):S384-Abstr. 993.

(834)  Geba GP, Polis AB, Bohidar NR, Petruschke RA, Dobbins TW, Keane WF. Edema adverse experiences in 5557 osteoarthritis patients treated with rofecoxib compared to naproxen in the ADVANTAGE trial: a multivariate analysis [ABSTRACT 1223]. Arthritis Rheum 2002; 46(9 Suppl.):S463-Abstr. 1223.

(835)  Wolfe F, Michaud K, Messer J. The epidemiology of GI drugs use among persons with RA, OA and fibromyalgia [ABSTRACT 872]. Arthritis Rheum 2002; 46(9 Suppl.):S344-Abstr. 872.

(836)  Geba GP, Polis AB, Bohidar NR, Petruschke RA, Dobbins TW, Keane WF. Hypertension among rofecoxib compared to naproxen patients in the ADVANTAGE trial: a multivariate analysis [ABSTRACT 486]. Arthritis Rheum 2002; 46(9 Suppl.):S212-Abstr. 486.

KS-000739

(837)   Watson DJ, Yu Q, Bolognese JA, Reicin AS, Holmes RH, Simon TJ. An updated combined analysis of upper-GI events in clinical trials with rofecoxib (VIOXX) vs. nonselective cyclooxygenase inhibitors (NSAIDs) [ABSTRACT 484]. Arthritis Rheum 2002; 46(9 Suppl.):S211-Abstr. 484.

(838)   Geba GP, Polis AB, Skalky CS, Petruschke RA, Dobbins TW. Gastrointestinal tolerability among osteoarthritis patients receiving low dose aspirin in combination with rofecoxib or naproxen [ABSTRACT 1222]. Arthritis Rheum 2002; 46(9 Suppl.):S462-S463, Abstr. 1222.

(839)   Salido M, Joven B, D'Cruz DP, Khamashta MA, Hughes GR. Increased cutaneous reactions to hydroxychloroquine (Plaquenil) possibly associated with formulation change: comment on the letter by Alarcon. Arthritis Rheum 2002; 46(12):3392-3396.

(840)   Rahme E, Marentette MA, Toubouti Y, Kong SX, LeLorier J. Are rofecoxib and celecoxib associated with fewer gastrointestinal complications compared to conventional NSAIDs in real-life clinical practice? [ABSTRACT 219]. Arthritis Rheum 2002; 46(9 Suppl.):S118-Abstr. 219.

(841)   Goodson NJ, Wiles NJ, Lunt M, Barrett EM, Silman AJ, Symmons DP. Mortality in early inflammatory polyarthritis: cardiovascular mortality is increased in seropositive patients. Arthritis Rheum 2002; 46(8):2010-2019.

(842)   Wolfe F, Michaud K, Zhao SZ, Burke TA, Pettitt D. Toward an epidemiology of NSAID and COX-2 specific inhibitor efficacy equivalence [ABSTRACT 850]. Arthritis Rheum 2002; 46(9 Suppl.):S336-Abstr. 850.

(843)   Wolfe F, Michaud K, Zhao SZ, Burke TA, Pettitt D. Satisfaction and preferences for NSAIDs and COX-2 specific inhibitors among patients with rheumatoid arthritis [ABSTRACT 373]. Arthritis Rheum 2002; 46(9 Suppl.):S172-Abstr. 373.

(844)   Schnitzer T, Kong S, Mitchell J et al. Prescription of rofecoxib and celecoxib by physician specialty for patients with osteoarthritis and rheumatoid arthritis [ABSTRACT 326]. Arthritis Rheum 2002; 46(9 Suppl.):S156-Abstr. 326.

(845)   Levy GD, Cheetham TC, Shoor S. Cohort analysis myocardial infarction risk and COX2 use in the Kaiser Large Observational Thrombosis Study (KLOTS) [ABSTRACT 973]. Arthritis Rheum 2002; 46(9 Suppl.):S377-Abstr. 973.

(846)   van Adelsburg J, Truitt KE, DeTora LM et al. One-year results from an active comparator-controlled trial of rofecoxib in patients with rheumatoid arthritis (RA) [ABSTRACT 852]. Arthritis Rheum 2002; 46(9 Suppl.):S336-S337, Abstr. 852.

(847)   Hochberg MC, Kvien TK, Schnitzer TJ, Krupa D, Reicin A, VIGOR Steering Committee. Risk factors for fracture in patients with rheumatoid arthritis [ABSTRACT 1605]. Arthritis Rheum 2002; 46(9 Suppl.):S596-Abstr. 1605.

(848)   Guidelines for the management of rheumatoid arthritis: 2002 Update. Arthritis Rheum 2002; 46(2):328-346.

(849)   Smalley W, Stein CM, Arbogast PG, Eisen G, Ray WA, Griffin M. Underutilization of gastroprotective measures in patients receiving nonsteroidal antiinflammatory drugs. Arthritis Rheum 2002; 46(8):2195-2200.

(850)   Solomon DH, Schneeweiss S, Glynn RJ, Levin R, Avorn J. Patterns and predictors of selective COX-2 inhibitor use in the elderly:  is prescribing driven by patient factors or physician preferences? [ABSTRACT 994]. Arthritis Rheum 2002; 46(9 Suppl.):S384-S385, Abstr. 994.

(851)   Kusunoki N, Yamazaki R, Kawai S. Induction of apoptosis in rheumatoid synovial fibroblasts by celecoxib, but not by other selective cyclooxygenase 2 inhibitors. Arthritis Rheum 2002; 46(12):3159-3167.

(852)   Langman MJS, Mavros P, Sen SS, Kong SX, Watson DJ. Use of antihypertensive therapy among new chronic persistent users of diclofenac, ibuprofen, naproxen and rofecoxib [ABSTRACT 227]. Arthritis Rheum 2002; 46(9 Suppl.):S121-Abstr. 227.

(853)   Anderson JJ, Bolognese JA, Felson DT. Effects of disease duration and outcome definition on power of rheumatoid arthritis (RA) clinical trials [ABSTRACT 1392]. Arthritis Rheum 2002; 46(9 Suppl.):S520-S521, Abstr. 1392.

(854)   Pablos JL. Aspirin antiplatelet therapy and nonsteroidal antiinflammatory drugs: comment on the 2002 update of the American College of Rheumatology Guidelines for the Management of Rheumatoid Arthritis. Arthritis Rheum 2002; 46(11):3102.

**KS-000740**

(855) Van DS, McColl G, Wicks IP. Accelerated atherosclerosis: an extraarticular feature of rheumatoid arthritis? Arthritis Rheum 2002; 46(4):862-873.

(856) Reicin A, Konstam M, Weir M et al. Incidence of cardiovascular events in the rofecoxib development program [ABSTRACT 218]. Arthritis Rheum 2002; 46(9 Suppl.):S118-Abstr. 218.

(857) Hawkey C, Laine L, Quan H, Simon T, Evans JK. Incidence of ulcers with rofecoxib versus naproxen: a double-blind, placebo-controlled endoscopy study in patients with rheumatoid arthritis [ABSTRACT 1391]. Arthritis Rheum 2002; 46(9 Suppl.):S520-Abstr. 1391.

(858) Mandl LA, Liang MH, Fisman DN. Cost-effectiveness of competing strategies for management of knee osteoarthritis [ABSTRACT 1564]. Arthritis Rheum 2002; 46(9 Suppl.):S582-Abstr. 1564.

(859) Strand V, Hochberg MC. The risk of cardiovascular thrombotic events with selective cyclooxygenase-2 inhibitors. Arthritis Rheum 2002; 47(4):349-355.

(860) Solomon DH, Schneeweiss S, Glynn RJ et al. The relationship between selective COX-2 inhibitors and acute myocardial infarction [ABSTRACT 1823]. Arthritis Rheum 2003; 48(9 Suppl.):S697-Abstr. 1823.

(861) Baigent C, Patrono C. Selective cyclooxygenase 2 inhibitors, aspirin, and cardiovascular disease: a reappraisal. Arthritis Rheum 2003; 48(1):12-20.

(862) Kiss MH, Reiff AA, Reicin AS et al. Rofecoxib demonstrates efficacy and tolerability in children and adolescents (ages 2-17 years) with juvenile rheumatoid arthritis (JRA) in a 12-week randomized study [ABSTRACT 1698]. Arthritis Rheum 2003; 48(9 Suppl.):S650-Abstr. 1698.

(863) Anderson JJ, Bolognese JA, Felson DT. Comparison of rheumatoid arthritis clinical trial outcome measures: a simulation study. Arthritis Rheum 2003; 48(11):3031-3038.

(864) Moskowitz RW, Cawkwell G. A double-blind, placebo-controlled, randomized 2-week study of valdecoxib 10 mg qd and rofecoxib 25 mg qd in relieving the signs and symptoms of osteoarthritis of the knee in flare [ABSTRACT 77]. Arthritis Rheum 2003; 48(9 Suppl.):S76-Abstr. 77.

(865) Weaver AL, Schnitzer TJ, Polis AB, Petruschke RA, Keane WF, Geba GP. Efficacy and safety of rofecoxib compared to celecoxib or acetaminophen among 1960 osteoarthritis patients: the VACT trials [ABSTRACT 75]. Arthritis Rheum 2003; 48(9 Suppl.):S75-Abstr. 75.

(866) Galea C, Lim A, Reisine S, DeChello L, Abeles M. Self-reported medication and perceived efficacy of treatment among a sample of fibromyalgia patients [ABSTRACT 711]. Arthritis Rheum 2003; 48(9 Suppl.):S304-Abstr. 711.

(867) Solomon DH, Schneeweiss S, Levin R, Avorn J. The relationship between COX-2 specific inhibitors and hypertension [ABSTRACT 65]. Arthritis Rheum 2003; 48(9 Suppl.):S71-Abstr. 65.

(868) Chang DJ, Desjardins PJ, Black P et al. Comparison of rofecoxib with multidose oxycodone/acetaminophen in patients with acute pain [ABSTRACT]. Arthritis Rheum 2003; 48(9 Suppl.):S616-Abstr.

(869) Greenberg JD, Bingham CO, Abramson SB, Reed G, Kremer J, CORRONA database. Predictors of aspirin co-prescription among NSAID and COX-2 inhibitor users with cardiovascular risk factors [ABSTRACT 477]. Arthritis Rheum 2003; 48(9 Suppl.):S218-Abstr. 477.

(870) Kojima F, Naraba H, Sasaki Y, Beppu M, Aoki H, Kawai S. Prostaglandin E2 is an enhancer of interleukin-1beta-induced expression of membrane-associated prostaglandin E synthase in rheumatoid synovial fibroblasts. Arthritis Rheum 2003; 48(10):2819-2828.

(871) Mangru J, Kumar S, Peloso PM. Is acetaminophen truly safe and effective in OA of the hip and knee? A best evidence synthesis. Arthritis Rheum 2003; 48(9 Suppl.):S80-S81, Abstr. 90.

(872) Rahme E, Bardou M, Toubouti Y, Barkun AN. Gastrointestinal effects of rofecoxib and celecoxib versus acetaminophen among patients on low dose aspirin [ABSTRACT 1575]. Arthritis Rheum 2003; 48(9 Suppl.):S606-S607, Abstr. 1575.

KS-000741

(873)  Rahme E, Choquette D, Beaulieu M, Bessette L, Toubouti Y, LeLorier J. Effect of patient gastrointestinal risk status on adherence to guidelines for osteoarthritis treatment [ABSTRACT 1652]. Arthritis Rheum 2003; 48(9 Suppl.):S633-Abstr. 1652.

(874)  Maetzel A, Krahn M, Naglie G. The cost effectiveness of rofecoxib and celecoxib in patients with osteoarthritis or rheumatoid arthritis. Arthritis Rheum 2003; 49(3):283-292.

(875)  Gibofsky A, Williams GW, McKenna F, Fort JG. Comparing the efficacy of cyclooxygenase 2-specific inhibitors in treating osteoarthritis: appropriate trial design considerations and results of a randomized, placebo-controlled trial. Arthritis Rheum 2003; 48(11):3102-3111.

(876)  Geba GP, Polis AB, Bohidar NR, Petruschke RA, Dobbins TW, Keane WF. Hypertension- and edema-related adverse events among diabetic patients treated with rofecoxib or naproxen in the population of an osteoarthritis trial: ADVANTAGE [ABSTRACT 1577]. Arthritis Rheum 2003; 48(9 Suppl.):S607-Abstr. 1577.

(877)  Weston AP, Connor M, Mitreva D, Sharma P. NSAID GI mucosal toxicity and SINGH score classification in Veterans Hospital: is it being followed and is the scoring system effective? [ABSTRACT 1576]. Arthritis Rheum 2003; 48(9 Suppl.):S607-Abstr. 1576.

(878)  Rahme E, Dasgupta K, Ghosn J, Pilote L, Hudson M. Selective cyclooxygenase-2 (COX-2) inhibitors protect against breast cancer [ABSTRACT LB13]. Arthritis Rheum 2003; 48(12):3661-Abstr. LB13.

(879)  Kellstein D, Fricke J, Jr., Ott D, Jayawardene S. Analgesic efficacy of lumiracoxib compared with placebo, rofecoxib and celecoxib in patients with postoperative dental pain [ABSTRACT 1282]. Arthritis Rheum 2003; 48(9 Suppl.):S506-Abstr. 1282.

(880)  Schneeweiss S, Tsai EH, Glynn RJ, Avorn J, Solomon DH. Selective COX-2 inhibitor use and myocardial infarction: assessment of potential confounding bias [ABSTRACT 980]. Arthritis Rheum 2003; 48(9 Suppl.):S398-Abstr. 980.

(881)  Reicin AS, Krupa D, Connors LG, Leung AT. Fracture healing in patients treated with rofecoxib and nonselective NSAIDs [ABSTRACT 1243]. Arthritis Rheum 2003; 48(9 Suppl.):S492-Abstr. 1243.

(882)  de Papp AE, Wang L, Petruschke RA, Geba GP. Upper gastrointestinal tolerability of alendronate 70 mg once-weekly with concomitant use of NSAIDs compared to coxibs [ABSTRACT 103]. Arthritis Rheum 2003; 48(9 Suppl.):S85-Abstr. 103.

(883)  Hawkey C, Hoexter G, Richard D, Gitton X, Weinstein W. Lumiracoxib, a novel cyclooxygenase-2 selective inhibitor, has improved gastrointestinal safety and tolerability compared with nonselective nonsteroidal anti-inflammatory drugs: a pooled analysis [ABSTRACT 87]. Arthritis Rheum 2003; 48(9 Suppl.):S79.

(884)  Rahme E, Kong SX, Watson DJ, Toubouti Y, Pilote L, LeLorier J. Association between rofecoxib, diclofenac/ibuprofen and hospitalization for acute myocardial infarction: baseline patient characteristics [ABSTRACT 979]. Arthritis Rheum 2003; 48(9 Suppl.):S398-Abstr. 979.

(885)  Fraenkel L, Wittink DR, Concato J, Fried T. Informed choice and the widespread use of antiinflammatory drugs. Arthritis Rheum 2004; 51(2):210-214.

(886)  Fries JF, Murtagh KN, Bennett M, Zatarain E, Lingala B, Bruce B. The rise and decline of nonsteroidal antiinflammatory drug-associated gastropathy in rheumatoid arthritis. Arthritis Rheum 2004; 50(8):2433-2440.

(887)  Rubin BR, Burton R, Navarra S et al. Efficacy and safety profile of treatment with etoricoxib 120 mg once daily compared with indomethacin 50 mg three times daily in acute gout: a randomized controlled trial. Arthritis Rheum 2004; 50(2):598-606.

(888)  Szalat A, Krasilnikov I, Bloch A, Meir K, Rubinger D, Mevorach D. Acute renal failure and interstitial nephritis in a patient treated with rofecoxib: case report and review of the literature. Arthritis Rheum 2004; 51(4):670-673.

(889)  Lee C, Hunsche E, Balshaw R, Kong SX, Schnitzer TJ. Need for common internal controls when assessing the relative efficacy of pharmacologic agents using a meta-analytic approach: case study of cyclooxygenase 2-selective inhibitors for the treatment of osteoarthritis. Arthritis Rheum 2005; 53(4):510-518.

**KS-000742**

(890) Greenberg JD, Bingham CO, III, Abramson SB, Reed G, Sebaldt RJ, Kremer J. Effect of cardiovascular comorbidities and concomitant aspirin use on selection of cyclooxygenase inhibitor among rheumatologists. Arthritis Rheum 2005; 53(1):12-17.

(891) Spiegel BM, Chiou CF, Ofman JJ. Minimizing complications from nonsteroidal antiinflammatory drugs: cost-effectiveness of competing strategies in varying risk groups. Arthritis Rheum 2005; 53(2):185-197.

(892) Schnitzer TJ, Kivitz AJ, Lipetz RS, Sanders N, Hee A. Comparison of the COX-inhibiting nitric oxide donor AZD3582 and rofecoxib in treating the signs and symptoms of Osteoarthritis of the knee. Arthritis Rheum 2005; 53(6):827-837.

(893) Rahme E, Hunsche E, Toubouti Y, Chabot I. Retrospective analysis of utilization patterns and cost implications of coxibs among seniors in Quebec, Canada: what is the potential impact of the withdrawal of rofecoxib? Arthritis Rheum 2006; 55(1):27-34.

(894) Solomon DH, Avorn J, Sturmer T, Glynn RJ, Mogun H, Schneeweiss S. Cardiovascular outcomes in new users of coxibs and nonsteroidal antiinflammatory drugs: high-risk subgroups and time course of risk. Arthritis Rheum 2006; 54(5):1378-1389.

(895) Schneeweiss S, Solomon DH, Wang PS, Rassen J, Brookhart MA. Simultaneous assessment of short-term gastrointestinal benefits and cardiovascular risks of selective cyclooxygenase 2 inhibitors and nonselective nonsteroidal antiinflammatory drugs: an instrumental variable analysis. Arthritis Rheum 2006; 54(11):3390-3398.

(896) Hinz B, Dormann H, Brune K. More pronounced inhibition of cyclooxygenase 2, increase in blood pressure, and reduction of heart rate by treatment with diclofenac compared with celecoxib and rofecoxib. Arthritis Rheum 2006; 54(1):282-291.

(897) Hudson M, Rahme E, Richard H, Pilote L. Risk of congestive heart failure with nonsteroidal antiinflammatory drugs and selective Cyclooxygenase 2 inhibitors: a class effect? Arthritis Rheum 2007; 57(3):516-523.

(898) Ilan DI, Liporace FA, Rosen J, Cannavo D. Efficacy of rofecoxib for pain control after knee arthroscopy: a prospective, randomized, double-blinded clinical trial. Arthroscopy 2004; 20(8):813-818.

(899) Soto J. Evaluacion economica de diclofenaco/misoprostol frente a rofecoxib en el tratamiento de la artrosis [Economic evaluation of diclofenac/misoprostol versus rofecoxib in the treatment of arthritis]. Atencion Farmaceutica 2001; 3(1):30-37.

(900) Morales Serna JC, Fernandez Gallardo LC. Introduccion de rofecoxib en atencion primaria: influencia sobre la prescripcion del grupo de antiinflamatorios no esteroideos [Rofecoxib's introduction in primary care: influence on the prescription of the non-steroidal anti-inflammatories group]. Atencion Farmaceutica 2001; 3(5):344-349.

(901) Wong E, Huang JQ, Tagari P, Riendeau D. Effects of COX-2 inhibitors on aortic prostacyclin production in cholesterol-fed rabbits. Atherosclerosis 2001; 157(2):393-402.

(902) Walter MF, Jacob RF, Day CA, Dahlborg R, Weng Y, Mason RP. Sulfone COX-2 inhibitors increase susceptibility of human LDL and plasma to oxidative modification: comparison to sulfonamide COX-2 inhibitors and NSAIDs. Atherosclerosis 2004; 177(2):235-243.

(903) Martinez-Gonzalez J, Escudero I, Badimon L. Simvastatin potenciates PGI(2) release induced by HDL in human VSMC: effect on Cox-2 up-regulation and MAPK signalling pathways activated by HDL. Atherosclerosis 2004; 174(2):305-313.

(904) Beata RN, Wojciech F, Stanislaw S, Ryszard M. The influence of anti-inflammatory drugs on the proliferation of fibroblast derived from nasal polyps. Auris Nasus Larynx 2005; 32(3):225-229.

(905) No Author. Celecoxib: early Australian reporting experience. Aust Adverse Drug React Bull 2000; 19(2):6-7.

(906) No Author. Interaction of rofecoxib with warfarin. Aust Adverse Drug React Bull 2002; 21(1):3.

(907) No Author. Rofecoxib, celecoxib and cardiovascular risk. Aust Adverse Drug React Bull 2003; 22(5):18.

(908) No Author. Acute neuropsychiatric events with celecoxib and rofecoxib. Aust Adverse Drug React Bull 2003; 22(1):3.

KS-000743

(909) No Author. ACE inhibitor, diuretic and NSAID: a dangerous combination. Aust Adverse Drug React Bull 2003; 22(4):14-15.

(910) Hernandez-Diaz S, Varas-Lorenzo C, Garcia Rodriguez LA. Non-steroidal antiinflammatory drugs and the risk of acute myocardial infarction. Basic Clin Pharmacol Toxicol 2006; 98(3):266-274.

(911) Guo Y, Bao W, Wu WJ, Shinmura K, Tang XL, Bolli R. Evidence for an essential role of cyclooxygenase-2 as a mediator of the late phase of ischemic preconditioning in mice. Basic Res Cardiol 2000; 95(6):479-484.

(912) Bilinska M, Rudnicki S, Beresewicz A. Delayed attenuation of myocardial ischemia with repeated exercise in subjects with stable angina: a possible model for the second window of protection? Basic Res Cardiol 2000; 95(5):418-423.

(913) Jain NK, Patil CS, Kulkarni SK, Singh A. Modulatory role of cyclooxygenase inhibitors in aging- and scopolamine or lipopolysaccharide-induced cognitive dysfunction in mice. Behav Brain Res 2002; 133(2):369-376.

(914) Hawkey CJ. COX-1 and COX-2 inhibitors. Best Pract Res Clin Gastroenterol 2001; 15(5):801-820.

(915) Yokoyama C, Tanabe T. Cloning of human gene encoding prostaglandin endoperoxide synthase and primary structure of the enzyme. Biochem Biophys Res Commun 1989; 165(2):888-894.

(916) Rosen GD, Birkenmeier TM, Raz A, Holtzman MJ. Identification of a cyclooxygenase-related gene and its potential role in prostaglandin formation. Biochem Biophys Res Commun 1989; 164(3):1358-1365.

(917) Miyata A, Hara S, Yokoyama C, Inoue H, Ullrich V, Tanabe T. Molecular cloning and expression of human prostacyclin synthase. Biochem Biophys Res Commun 1994; 200(3):1728-1734.

(918) Bishop-Bailey D, Burke-Gaffney A, Hellewell PG, Pepper JR, Mitchell JA. Cyclo-oxygenase-2 regulates inducible ICAM-1 and VCAM-1 expression in human vascular smooth muscle cells. Biochem Biophys Res Commun 1998; 249(1):44-47.

(919) Reddy CM, Bhat VB, Kiranmai G, Reddy MN, Reddanna P, Madyastha KM. Selective inhibition of cyclooxygenase-2 by C-phycocyanin, a biliprotein from Spirulina platensis. Biochem Biophys Res Commun 2000; 277(3):599-603.

(920) Saito T, Rodger IW, Hu F, Shennib H, Giaid A. Inhibition of cyclooxygenase-2 improves cardiac function in myocardial infarction. Biochem Biophys Res Commun 2000; 273(2):772-775.

(921) Nakayama T, Soma M, Watanabe Y et al. Splicing mutation of the prostacyclin synthase gene in a family associated with hypertension. Biochem Biophys Res Commun 2002; 297(5):1135-1139.

(922) Pillai AD, Rathod PD, P X F et al. Novel drug designing approach for dual inhibitors as anti-inflammatory agents: implication of pyridine template. Biochem Biophys Res Commun 2003; 301(1):183-186.

(923) Ito H, Duxbury M, Benoit E et al. Fibronectin-induced COX-2 mediates MMP-2 expression and invasiveness of rhabdomyosarcoma. Biochem Biophys Res Commun 2004; 318(2):594-600.

(924) Bolego C, Buccellati C, Radaelli T et al. eNOS, COX-2, and prostacyclin production are impaired in endothelial cells from diabetics. Biochem Biophys Res Commun 2006; 339(1):188-190.

(925) Steffel J, Akhmedov A, Fahndrich C, Ruschitzka F, Luscher TF, Tanner FC. Differential effect of celecoxib on tissue factor expression in human endothelial and vascular smooth muscle cells. Biochem Biophys Res Commun 2006; 349(2):597-603.

(926) Blanco A, Habib A, Levy-Toledano S, Maclouf J. Involvement of tyrosine kinases in the induction of cyclo-oxygenase-2 in human endothelial cells. Biochem J 1995; 312 ( Pt 2):419-423.

(927) Gierse JK, Koboldt CM, Walker MC, Seibert K, Isakson PC. Kinetic basis for selective inhibition of cyclo-oxygenases. Biochem J 1999; 339 ( Pt 3):607-614.

(928) Johnson AJ, Hsu AL, Lin HP, Song X, Chen CS. The cyclo-oxygenase-2 inhibitor celecoxib perturbs intracellular calcium by inhibiting endoplasmic reticulum Ca2+-ATPases: a plausible link with its anti-tumour effect and cardiovascular risks. Biochem J 2002; 366(Pt 3):831-837.

**KS-000744**

(929)   Vigdahl RL, Tukey RH. Mechanism of action of novel anti-inflammatory drugs diflumidone and R-805. Biochem Pharmacol 1977; 26(4):307-311.

(930)   Langenbach R, Loftin C, Lee C, Tiano H. Cyclooxygenase knockout mice: models for elucidating isoform-specific functions. Biochem Pharmacol 1999; 58(8):1237-1246.

(931)   Lichtenberger LM. Where is the evidence that cyclooxygenase inhibition is the primary cause of nonsteroidal anti-inflammatory drug (NSAID)-induced gastrointestinal injury? Topical injury revisited. Biochem Pharmacol 2001; 61(6):631-637.

(932)   Mukherjee D. Selective cyclooxygenase-2 (COX-2) inhibitors and potential risk of cardiovascular events. Biochem Pharmacol 2002; 63(5):817-821.

(933)   Parente L, Perretti M. Advances in the pathophysiology of constitutive and inducible cyclooxygenases: two enzymes in the spotlight. Biochem Pharmacol 2003; 65(2):153-159.

(934)   Niederberger E, Manderscheid C, Grosch S, Schmidt H, Ehnert C, Geisslinger G. Effects of the selective COX-2 inhibitors celecoxib and rofecoxib on human vascular cells. Biochem Pharmacol 2004; 68(2):341-350.

(935)   Tomisato W, Tsutsumi S, Hoshino T et al. Role of direct cytotoxic effects of NSAIDs in the induction of gastric lesions. Biochem Pharmacol 2004; 67(3):575-585.

(936)   Alpert E, Gruzman A, Tennenbaum T, Sasson S. Selective cyclooxygenase-2 inhibitors stimulate glucose transport in L6 myotubes in a protein kinase Cdelta-dependent manner. Biochem Pharmacol 2007; 73(3):368-377.

(937)   Kashfi K, Rigas B. Is COX-2 a 'collateral' target in cancer prevention? Biochem Soc Trans 2005; 33(Pt 4):724-727.

(938)   VAN DORP, BEERTHUIS RK, Nugteren DH, Vonkeman H. THE BIOSYNTHESIS OF PROSTAGLANDINS. Biochim Biophys Acta 1964; 90:204-207.

(939)   BERGSTROEM S, DANIELSSON H, SAMUELSSON B. THE ENZYMATIC FORMATION OF PROSTAGLANDIN E2 FROM ARACHIDONIC ACID PROSTAGLANDINS AND RELATED FACTORS 32. Biochim Biophys Acta 1964; 90:207-210.

(940)   Henriksson P, Hamberg M, Diczfalusy U. Formation of 15-HETE as a major hydroxyeicosatetraenoic acid in the atherosclerotic vessel wall. Biochim Biophys Acta 1985; 834(2):272-274.

(941)   Oviedo JA, Wolfe MM. Clinical potential of cyclo-oxygenase-2 inhibitors. BioDrugs 2001; 15(9):563-572.

(942)   Colville-Nash PR, Gilroy DW. Potential adverse effects of cyclooxygenase-2 inhibition: evidence from animal models of inflammation. BioDrugs 2001; 15(1):1-9.

(943)   Sandberg M, Borg LA. Intracellular degradation of insulin and crinophagy are maintained by nitric oxide and cyclo-oxygenase 2 activity in isolated pancreatic islets. Biol Cell 2006; 98(5):307-315.

(944)   Kajino H, Roman C, Clyman RI. Renal effects of cyclooxygenase-2 inhibition in fetal lambs. Biol Neonate 2002; 82(4):257-262.

(945)   Werner U, Werner D, Pahl A, Mundkowski R, Gillich M, Brune K. Investigation of the pharmacokinetics of celecoxib by liquid chromatography-mass spectrometry. Biomed Chromatogr 2002; 16(1):56-60.

(946)   Rao RN, Meena S, Nagaraju D, Rao AR. Development and validation of a reversed-phase liquid chromatographic method for separation and simultaneous determination of COX-2 inhibitors in pharmaceuticals and its application to biological fluids. Biomed Chromatogr 2005; 19(5):362-368.

(947)   Chen QH, Rao PN, Knaus EE. Design, synthesis, and biological evaluation of linear 1-(4-, 3- or 2-methylsulfonylphenyl)-2-phenylacetylenes: a novel class of cyclooxygenase-2 inhibitors. Bioorg Med Chem 2005; 13(23):6425-6434.

(948)   Chen QH, Rao PN, Knaus EE. Synthesis and biological evaluation of a novel class of rofecoxib analogues as dual inhibitors of cyclooxygenases (COXs) and lipoxygenases (LOXs). Bioorg Med Chem 2006; 14(23):7898-7909.

**KS-000745**

(949)  Zarghi A, Zebardast T, Hakimion F, Shirazi FH, Rao PN, Knaus EE. Synthesis and biological evaluation of 1,3-diphenylprop-2-en-1-ones possessing a methanesulfonamido or an azido pharmacophore as cyclooxygenase-1/-2 inhibitors. Bioorg Med Chem 2006; 14(20):7044-7050.

(950)  Moreau A, Chen QH, Praveen Rao PN, Knaus EE. Design, synthesis, and biological evaluation of (E)-3-(4-methanesulfonylphenyl)-2-(aryl)acrylic acids as dual inhibitors of cyclooxygenases and lipoxygenases. Bioorg Med Chem 2006; 14(23):7716-7727.

(951)  Zarghi A, Arfaee S, Rao PN, Knaus EE. Design, synthesis, and biological evaluation of 1,3-diarylprop-2-en-1-ones : a novel class of cyclooxygenase-2 inhibitors. Bioorg Med Chem 2006; 14(8):2600-2605.

(952)  Zarghi A, Praveen Rao PN, Knaus EE. Synthesis and biological evaluation of methanesulfonamide analogues of rofecoxib: Replacement of methanesulfonyl by methanesulfonamido decreases cyclooxygenase-2 selectivity. Bioorg Med Chem 2007; 15(2):1056-1061.

(953)  Therien M, Brideau C, Chan CC et al. Synthesis And Biological Evaluation Of 5,6-Diarylimidazo[2.1-b]Thiazole As Selective Cox-2 Inhibitors. Bioorg Med Chem Lett 1997; 7(1):7-52.

(954)  Bayly CI, Black WC, Leger S, Ouimet N, Ouellet M, Percival MD. Structure-based design of COX-2 selectivity into flurbiprofen. Bioorg Med Chem Lett 1999; 9(3):307-312.

(955)  Prasit P, Wang Z, Brideau C et al. The discovery of rofecoxib, [MK 966, Vioxx, 4-(4'-methylsulfonylphenyl)-3-phenyl-2(5H)-furanone], an orally active cyclooxygenase-2-inhibitor. Bioorg Med Chem Lett 1999; 9(13):1773-1778.

(956)  Prasit P, Wang Z, Brideau C et al. The discovery of rofecoxib, [MK 966, Vioxx, 4-(4'-methylsulfonylphenyl)-3-phenyl-2(5H)-furanone], an orally active cyclooxygenase-2-inhibitor. Bioorg Med Chem Lett 1999; 9(13):1773-1778.

(957)  Nicoll-Griffith DA, Yergey JA, Trimble LA et al. Synthesis, characterization, and activity of metabolites derived from the cyclooxygenase-2 inhibitor rofecoxib (MK-0966, Vioxx). Bioorg Med Chem Lett 2000; 10(23):2683-2686.

(958)  Leblanc Y, Roy P, Wang Z et al. Discovery of a potent and selective COX-2 inhibitor in the alkoxy lactone series with optimized metabolic profile. Bioorg Med Chem Lett 2002; 12(22):3317-3320.

(959)  Rahim MA, Rao PN, Knaus EE. Isomeric acetoxy analogues of rofecoxib: a novel class of highly potent and selective cyclooxygenase-2 inhibitors. Bioorg Med Chem Lett 2002; 12(19):2753-2756.

(960)  Zarghi A, Praveen Rao PN, Knaus EE. Sulfonamido, azidosulfonyl and N-acetylsulfonamido analogues of rofecoxib: 4-[4-(N-acetylsulfonamido)phenyl]-3-(4-methanesulfonylphenyl)-2(5H)furanon e is a potent and selective cyclooxygenase-2 inhibitor. Bioorg Med Chem Lett 2004; 14(8):1957-1960.

(961)  Majo VJ, Prabhakaran J, Simpson NR, Van Heertum RL, Mann JJ, Kumar JS. A general method for the synthesis of aryl [11C]methylsulfones: potential PET probes for imaging cyclooxygenase-2 expression. Bioorg Med Chem Lett 2005; 15(19):4268-4271.

(962)  Smil DV, Souza FE, Fallis AG. A general carbometalation, three component coupling strategy for the synthesis of alpha,beta-unsaturated gamma-sultines including thio-rofecoxib, a selective COX-2 inhibitor. Bioorg Med Chem Lett 2005; 15(8):2057-2060.

(963)  Navidpour L, Amini M, Shafaroodi H et al. Design and synthesis of new water-soluble tetrazolide derivatives of celecoxib and rofecoxib as selective cyclooxygenase-2 (COX-2) inhibitors. Bioorg Med Chem Lett 2006; 16(17):4483-4487.

(964)  Caturla F, Amat M, Reinoso RF, Cordoba M, Warrellow G. Racemic and chiral sulfoxides as potential prodrugs of the COX-2 inhibitors Vioxx and Arcoxia. Bioorg Med Chem Lett 2006; 16(12):3209-3212.

(965)  Vane JR. Adventures and excursions in bioassay: the stepping stones to prostacylin. Biosci Rep 2004; 24(4-5):254-279.

(966)  Doret M, Mellier G, Benchaib M, Piacenza JM, Gharib C, Pasquier JC. In vitro study of tocolytic effect of rofecoxib, a specific cyclo-oxygenase 2 inhibitor. Comparison and combination with other tocolytic agents. BJOG 2002; 109(9):983-988.

**KS-000746**

(967)   Groom KM, Shennan AH, Jones BA, Seed P, Bennett PR. TOCOX--a randomised, double-blind, placebo-controlled trial of rofecoxib (a COX-2-specific prostaglandin inhibitor) for the prevention of preterm delivery in women at high risk. BJOG 2005; 112(6):725-730.

(968)   Jang J, Park EY, Seo SI, Hwang TK, Kim JC. Effects of intravesical instillation of cyclooxygenase-2 inhibitor on the expression of inducible nitric oxide synthase and nerve growth factor in cyclophosphamide-induced overactive bladder. BJU Int 2006; 98(2):435-439.

(969)   Angelico P, Guarneri L, Velasco C et al. Effect of cyclooxygenase inhibitors on the micturition reflex in rats: correlation with inhibition of cyclooxygenase isozymes. BJU Int 2006; 97(4):837-846.

(970)   Weiss HJ, Turitto VT. Prostacyclin (prostaglandin I2, PGI2) inhibits platelet adhesion and thrombus formation on subendothelium. Blood 1979; 53(2):244-250.

(971)   Reilly IA, FitzGerald GA. Inhibition of thromboxane formation in vivo and ex vivo: implications for therapy with platelet inhibitory drugs. Blood 1987; 69(1):180-186.

(972)   Pratico D, Cyrus T, Li H, FitzGerald GA. Endogenous biosynthesis of thromboxane and prostacyclin in 2 distinct murine models of atherosclerosis. Blood 2000; 96(12):3823-3826.

(973)   Bennett JS, Catella-Lawson F, Rut AR et al. Effect of the PI(A2) alloantigen on the function of beta(3)-integrins in platelets. Blood 2001; 97(10):3093-3099.

(974)   Pratico D, Tangirala RK, Horkko S, Witztum JL, Palinski W, FitzGerald GA. Circulating autoantibodies to oxidized cardiolipin correlate with isoprostane F(2alpha)-VI levels and the extent of atherosclerosis in ApoE-deficient mice: modulation by vitamin E. Blood 2001; 97(2):459-464.

(975)   Patrignani P, Di FC, Tacconelli S et al. Reduced thromboxane biosynthesis in carriers of toll-like receptor 4 polymorphisms in vivo. Blood 2006; 107(9):3572-3574.

(976)   Tsoukas C, Eyster ME, Shingo S et al. Evaluation of the efficacy and safety of etoricoxib in the treatment of hemophilic arthropathy. Blood 2006; 107(5):1785-1790.

(977)   Hedner T, Himmelmann A. Cardiovascular complications of COX2 selective inhibitors cause considerable concern. Blood Press 2004; 13(5):260-261.

(978)   Barden J, Edwards JE, McQuay HJ, Moore RA. Single-dose rofecoxib for acute postoperative pain in adults: a quantitative systematic review. BMC Anesthesiol 2002; 2(1):4.

(979)   Barden J, Edwards JE, McQuay HJ, Moore RA. Single-dose rofecoxib for acute postoperative pain in adults: a quantitative systematic review. BMC Anesthesiol 2002; 2(4):1-6.

(980)   Edwards JE, Moore RA, McQuay HJ. Individual patient meta-analysis of single-dose rofecoxib in postoperative pain. BMC Anesthesiol 2004; 4(1):3.

(981)   Harris RE, Beebe-Donk J, Alshafie GA. Reduction in the risk of human breast cancer by selective cyclooxygenase-2 (COX-2) inhibitors. BMC Cancer 2006; 6:27.

(982)   Gagnier JJ, Chrubasik S, Manheimer E. Harpgophytum procumbens for osteoarthritis and low back pain: a systematic review. BMC Complement Altern Med 2004; 4:13.

(983)   Collantes E, Curtis SP, Lee KW et al. A multinational randomized, controlled, clinical trial of etoricoxib in the treatment of rheumatoid arthritis [ISRCTN25142273]. BMC Fam Pract 2002; 3:10.

(984)   Krymchantowski AV, Bigal ME. Rizatriptan versus rizatriptan plus rofecoxib versus rizatriptan plus tolfenamic acid in the acute treatment of migraine. BMC Neurol 2004; 4:10.

(985)   Edwards JE, Moore RA, McQuay HJ. Rofecoxib for dysmenorrhoea: meta-analysis using individual patient data. BMC Womens Health 2004; 4(1):5.

(986)   Smith GD, Egger M. Who benefits from medical interventions? BMJ 1994; 308(6921):72-74.

KS-000747

(987)   Collaborative overview of randomised trials of antiplatelet therapy--I: Prevention of death, myocardial infarction, and stroke by prolonged antiplatelet therapy in various categories of patients. Antiplatelet Trialists' Collaboration. BMJ 1994; 308(6921):81-106.

(988)   Collaborative overview of randomised trials of antiplatelet therapy--III: Reduction in venous thrombosis and pulmonary embolism by antiplatelet prophylaxis among surgical and medical patients. Antiplatelet Trialists' Collaboration. BMJ 1994; 308(6923):235-246.

(989)   Collaborative overview of randomised trials of antiplatelet therapy--II: Maintenance of vascular graft or arterial patency by antiplatelet therapy. Antiplatelet Trialists' Collaboration. BMJ 1994; 308(6922):159-168.

(990)   Underwood MJ, More RS. The aspirin papers. BMJ 1994; 308(6921):71-72.

(991)   La PJ, Stocking CB, Rhoades WD et al. Financial ties as part of informed consent to postmarketing research. Attitudes of American doctors and patients. BMJ 1995; 310(6995):1660-1663.

(992)   Henry D, Lim LL, Garcia Rodriguez LA et al. Variability in risk of gastrointestinal complications with individual non-steroidal anti-inflammatory drugs: results of a collaborative meta-analysis. BMJ 1996; 312(7046):1563-1566.

(993)   MacDonald TM, Morant SV, Robinson GC et al. Association of upper gastrointestinal toxicity of non-steroidal anti-inflammatory drugs with continued exposure: cohort study. BMJ 1997; 315(7119):1333-1337.

(994)   Vainio H, Morgan G. Cyclo-oxygenase 2 and breast cancer prevention. Non-steroidal anti-inflammatory agents are worth testing in breast cancer. BMJ 1998; 317(7162):828.

(995)   Josefson D. COX 2 inhibitors can affect the stomach lining. BMJ 1999; 319(7224):1518.

(996)   O'Beirne JP, Cairns SR. Drug Points: Cholestatic hepatitis in association with celecoxib. BMJ 2001; 323(7303):23.

(997)   Josefson D. FDA warns Merck over its promotion of rofecoxib. BMJ 2001; 323(7316):767.

(998)   Gottlieb S. FDA refuses companies' request to drop ulcer warning. BMJ 2001; 322(7283):385.

(999)   Stover RR. Both the CLASS and VIGOR trials support the COX 2 hypothesis. BMJ 2002; 325(7356):162-163.

(1000)  Mamdani M, Rochon PA, Juurlink DN et al. Observational study of upper gastrointestinal haemorrhage in elderly patients given selective cyclo-oxygenase-2 inhibitors or conventional non-steroidal anti-inflammatory drugs. BMJ 2002; 325(7365):624.

(1001)  Fam AG. Treating acute gouty arthritis with selective COX 2 inhibitors. BMJ 2002; 325(7371):980-981.

(1002)  Stover RR. Are selective COX 2 inhibitors superior to traditional NSAIDs? Both the CLASS and VIGOR trials support the COX 2 hypothesis. BMJ 2002; 325(7356):161.

(1003)  Collaborative meta-analysis of randomised trials of antiplatelet therapy for prevention of death, myocardial infarction, and stroke in high risk patients. BMJ 2002; 324(7329):71-86.

(1004)  Reilly M, FitzGerald GA. Gathering intelligence on antiplatelet drugs: the view from 30 000 feet. When combined with other information overviews lead to conviction. BMJ 2002; 324(7329):59-60.

(1005)  Juni P, Rutjes AWS, Dieppe P. Both the CLASS and VIGOR trials support the COX 2 hypothesis: authors' reply. BMJ 2002; 325(7356):163-164.

(1006)  Geis GS. Pharmacia's response to editorial. BMJ 2002; 325(7356):161-162.

(1007)  Mamdani M, Juurlink DN, Anderson GM. Are selective COX 2 inhibitors superior to traditional NSAIDs? Little is known about COX 2 inhibitors. BMJ 2002; 325(7356):161.

(1008)  Budenholzer BR. Are selective COX 2 inhibitors superior to traditional NSAIDs? Rofecoxib did not provide unequivocal benefit over traditional NSAIDs. BMJ 2002; 325(7356):161.

**KS-000748**

(1009)  Skelly MM, Hawkey CJ. Potential alternatives to COX 2 inhibitors. BMJ 2002; 324(7349):1289-1290.

(1010)   Jones R. Efficacy and safety of COX 2 inhibitors. BMJ 2002; 325(7365):607-608.

(1011)   Deeks JJ, Smith LA, Bradley MD. Efficacy, tolerability, and upper gastrointestinal safety of celecoxib for treatment of osteoarthritis and rheumatoid arthritis: systematic review of randomised controlled trials. BMJ 2002; 325(7365):619.

(1012)   Mamdani M, Juurlink DN, Anderson GM. Little is known about COX 2 inhibitors. BMJ 2002; 325(7356):161-162.

(1013)   Juni P, Rutjes AW, Dieppe PA. Are selective COX 2 inhibitors superior to traditional non steroidal anti-inflammatory drugs? BMJ 2002; 324(7349):1287-1288.

(1014)   Moynihan R. Who pays for the pizza? Redefining the relationships between doctors and drug companies. 1: entanglement. BMJ 2003; 326(7400):1189-1192.

(1015)   Robertson M. Effect of NSAIDs on risk of Alzheimer's disease: confounding factors were not discussed. BMJ 2003; 327(7417):751-752.

(1016)   Juni P, Sterchi R, Dieppe P. Systematic review of celecoxib for osteoarthritis and rheumatoid arthritis. Problems compromise review's validity. BMJ 2003; 326(7384):334.

(1017)   Higgins JP, Thompson SG, Deeks JJ, Altman DG. Measuring inconsistency in meta-analyses. BMJ 2003; 327(7414):557-560.

(1018)   Smith R. Medical journals and pharmaceutical companies: uneasy bedfellows. BMJ 2003; 326(7400):1202-1205.

(1019)   ten Tusscher MP, Jacobs PJ, Busch MJ, de GL, Diemont WL. Bilateral anterior toxic optic neuropathy and the use of infliximab. BMJ 2003; 326(7389):579.

(1020)   Coulter DM, Clark DW, Savage RL. Celecoxib, rofecoxib, and acute temporary visual impairment. BMJ 2003; 327(7425):1214-1215.

(1021)   Singh D. Merck withdraws arthritis drug worldwide. BMJ 2004; 329(7470):816.

(1022)   Lenzer J. FDA is incapable of protecting US "against another Vioxx". BMJ 2004; 329(7477):1253.

(1023)   Lenzer J. Public interest group accuses FDA of trying to discredit whistleblower. BMJ 2004; 329(7477):1255.

(1024)   Lenzer J. US government agency to investigate FDA over rofecoxib. BMJ 2004; 329(7472):935.

(1025)   Abenhaim L. Lessons from the withdrawal of rofecoxib: France has policy for overall assessment of public health impact of new drugs. BMJ 2004; 329(7478):1342.

(1026)   Dieppe PA, Ebrahim S, Martin RM, Juni P. Lessons from the withdrawal of rofecoxib. BMJ 2004; 329(7471):867-868.

(1027)   Gibson L. Spanish drug editor wins case brought by Merck, Sharp Dohme. BMJ 2004; 328(7435):307.

(1028)   Gibson L. Drug company sues Spanish bulletin over fraud claim. BMJ 2004; 328(7433):188.

(1029)   Dyer C. UK patients seek compensation after taking rofecoxib. BMJ 2004; 329(7478):1308.

(1030)   Oakley G, Jr. Lessons from the withdrawal of rofecoxib: Observational studies should not be forgotten. BMJ 2004; 329(7478):1342.

(1031)   Lenzer J. Crisis deepens at the US Food and Drug Administration. BMJ 2004; 329(7478):1308.

(1032)   Hippisley-Cox J, Coupland C, Logan R. Risk of adverse gastrointestinal outcomes in patients taking cyclo-oxygenase-2 inhibitors or conventional non-steroidal anti-inflammatory drugs: population based nested case-control analysis. BMJ 2005; 331(7528):1310-1316.

(1033)   Callreus T. Sentinel systems are needed for long term adverse drug reactions. BMJ 2005; 330(7485):255-256.

(1034)   Lenzer J. FDA advisers warn: COX 2 inhibitors increase risk of heart attack and stroke. BMJ 2005; 330(7489):440.

KS-000749

(1035)   Hippisley-Cox J, Coupland C. Risk of myocardial infarction in patients taking cyclo-oxygenase-2 inhibitors or conventional non-steroidal anti-inflammatory drugs: population based nested case-control analysis. BMJ 2005; 330(7504):1366.

(1036)   Tanne JH. Merck faces ongoing claims after Texan ruling on rofecoxib. BMJ 2005; 331(7515):471.

(1037)   Waller PC, Evans SJ, Beard K. Drug safety and regulation. BMJ 2005; 331(7507):4-5.

(1038)   Hudson M, Richard H, Pilote L. Differences in outcomes of patients with congestive heart failure prescribed celecoxib, rofecoxib, or non-steroidal anti-inflammatory drugs: population based study. BMJ 2005; 330(7504):1370.

(1039)   Kermode-Scott B. Agencies "failed miserably" over COX-2 inhibitor. BMJ 2005; 330(7483):113.

(1040)   Juni P, Reichenbach S, Egger M. COX 2 inhibitors, traditional NSAIDs, and the heart. BMJ 2005; 330(7504):1342-1343.

(1041)   Garattini S. Europe also needs agency for postmarketing surveillance. BMJ 2005; 330(7490):540.

(1042)   Mayor S. Merck cleared in personal injury case against Vioxx. BMJ 2005; 331(7525):1101.

(1043)   Charatan F. US judge dismisses 50m dollars damages in Vioxx lawsuit. BMJ 2006; 333(7567):516.

(1044)   Kearney PM, Baigent C, Godwin J, Halls H, Emberson JR, Patrono C. Do selective cyclo-oxygenase-2 inhibitors and traditional non-steroidal anti-inflammatory drugs increase the risk of atherothrombosis? Meta-analysis of randomised trials. BMJ 2006; 332(7553):1302-1308.

(1045)   Cole A. UK government likely to miss its target to reduce childhood obesity. BMJ 2006; 332(7540):505.

(1046)   Tanne JH. Court awards claimant 13.5m dollars in rofecoxib lawsuit. BMJ 2006; 332(7547):927.

(1047)   Tanne JH. NEJM editor gives pretrial evidence in Vioxx case. BMJ 2006; 332(7536):255-256.

(1048)   Day M. Don't blame it all on the bogey. BMJ 2007; 334(7606):1250-1251.

(1049)   Tanne JH. Merck appeals rofecoxib verdict. BMJ 2007; 334(7594):607.

(1050)   Krumholz HM, Ross JS, Presler AH, Egilman DS. What have we learnt from Vioxx? BMJ 2007; 334(7585):120-123.

(1051)   Ferreira-Gonzalez I, Busse JW, Heels-Ansdell D et al. Problems with use of composite end points in cardiovascular trials: systematic review of randomised controlled trials. BMJ 2007; 334(7597):786.

(1052)   Codella O. Piastrinopenia da rofecoxib: commento [Platelet disorder to rofecoxib: comment]. Boll Farmacosorveglianza 2001; 8(28):5-6.

(1053)   Pizzolli M, Dusi G. Piastrinopenia da rofecoxib [Platelet disorder to rofecoxib]. Boll Farmacosorveglianza 2001; 8(28):5.

(1054)   Pemberton MN. Rofecoxib and dental prescribing. Br Dent J 2004; 197(9):520.

(1055)   Kovesi T, Royston D. Is there a bleeding problem with platelet-active drugs? Br J Anaesth 2002; 88(2):159-163.

(1056)   Pickering AE, Bridge HS, Nolan J, Stoddart PA. Double-blind, placebo-controlled analgesic study of ibuprofen or rofecoxib in combination with paracetamol for tonsillectomy in children. Br J Anaesth 2002; 88(1):72-77.

(1057)   Price G. Metformin lactic acidosis, acute renal failure and rofecoxib. Br J Anaesth 2003; 91(6):909-910.

(1058)   Moppett IK, Davies JA, Mahajan RP. Non-selective and cyclo-oxygenase-2-specific non-steroidal anti-inflammatory drugs impair the hyperaemic response of skin to brief axillary artery occlusion. Br J Anaesth 2003; 91(3):353-356.

(1059)   Jackson ID, Heidemann BH, Wilson J, Power I, Brown RD. Double-blind, randomized, placebo-controlled trial comparing rofecoxib with dexketoprofen trometamol in surgical dentistry. Br J Anaesth 2004; 92(5):675-680.

(1060)   Hegi TR, Bombeli T, Seifert B et al. Effect of rofecoxib on platelet aggregation and blood loss in gynaecological and breast surgery compared with diclofenac. Br J Anaesth 2004; 92(4):523-531.

KS-000750

(1061)  Gardner SH, Hawcroft G, Hull MA. Effect of nonsteroidal anti-inflammatory drugs on beta-catenin protein levels and catenin-related transcription in human colorectal cancer cells. Br J Cancer 2004; 91(1):153-163.

(1062)  Naldi L, Conforti A, Venegoni M et al. Cutaneous reactions to drugs. An analysis of spontaneous reports in four Italian regions. Br J Clin Pharmacol 1999; 48(6):839-846.

(1063)  Pirmohamed M, Park BK. Adverse drug reactions: back to the future. Br J Clin Pharmacol 2003; 55(5):486-492.

(1064)  Slordal L, Samstad S, Bathen J, Spigset O. A life-threatening interaction between lithium and celecoxib. Br J Clin Pharmacol 2003; 55(4):413-414.

(1065)  Teeling M, Bennett K, Feely J. Have COX-2 inhibitors influenced the co-prescription of anti-ulcer drugs with NSAIDs? Br J Clin Pharmacol 2004; 57(3):337-343.

(1066)  De SM, Schoors DF, De MG et al. Effect of multiple doses of losartan on the pharmacokinetics of single doses of digoxin in healthy volunteers. Br J Clin Pharmacol 1995; 40(6):571-575.

(1067)  Lundmark J, Gunnarsson T, Bengtsson F. A possible interaction between lithium and rofecoxib. Br J Clin Pharmacol 2002; 53(4):403-404.

(1068)  Cutts C, LaCaze A, Tett S. A clinical audit of the prescribing of celecoxib and rofecoxib in Australian rural general practice. Br J Clin Pharmacol 2002; 54(5):522-527.

(1069)  Schlienger RG, Jick H, Meier CR. Use of nonsteroidal anti-inflammatory drugs and the risk of first-time acute myocardial infarction. Br J Clin Pharmacol 2002; 54(3):327-332.

(1070)  James MW, Hawkey CJ. Assessment of non-steroidal anti-inflammatory drug (NSAID) damage in the human gastrointestinal tract. Br J Clin Pharmacol 2003; 56(2):146-155.

(1071)  Teeling M, Bennett K, Feely J. Have COX 2 inhibitors influenced the co-prescription of anti-ulcer drugs with NSAIDs? Br J Clin Pharmacol 2003; 55(4):419.

(1072)  Layton D, Riley J, Wilton LV, Shakir SA. Safety profile of rofecoxib as used in general practice in England: results of a prescription-event monitoring study. Br J Clin Pharmacol 2003; 55(2):166-174.

(1073)  Bennett K, Teeling M, Feely J. Factors influencing switching from non-selective to selective non-steroidal anti-inflammatory drugs (NSAIDs). Br J Clin Pharmacol 2003; 55(4):448.

(1074)  Becker JC, Domschke W, Pohle T. Current approaches to prevent NSAID-induced gastropathy--COX selectivity and beyond. Br J Clin Pharmacol 2004; 58(6):587-600.

(1075)  Titchen T, Cranswick N, Beggs S. Adverse drug reactions to nonsteroidal anti-inflammatory drugs, COX-2 inhibitors and paracetamol in a paediatric hospital. Br J Clin Pharmacol 2005; 59(6):718-723.

(1076)  Backman JT, Karjalainen MJ, Neuvonen M, Laitila J, Neuvonen PJ. Rofecoxib is a potent inhibitor of cytochrome P450 1A2: studies with tizanidine and caffeine in healthy subjects. Br J Clin Pharmacol 2006; 62(3):345-357.

(1077)  Aronson JK. The NSAID roller coaster: more about rofecoxib. Br J Clin Pharmacol 2006; 62(3):257-259.

(1078)  Williams D, Singh M, Hind C. The effect of the withdrawal of rofecoxib on prescribing patterns of COX-2 inhibitors in Scotland. Br J Clin Pharmacol 2006; 62(3):366-368.

(1079)  McGettigan P, Han P, Henry D. Cyclooxygenase-2 inhibitors and coronary occlusion--exploring dose-response relationships. Br J Clin Pharmacol 2006; 62(3):358-365.

(1080)  Downing A, Jacobsen J, Sorensen HT, McLaughlin JK, Johnsen SP. Risk of hospitalization for angio-oedema among users of newer COX-2 selective inhibitors and other nonsteroidal anti-inflammatory drugs. Br J Clin Pharmacol 2006; 62(4):496-501.

(1081)  Usher C, Bennett K, Teeling M, Feely J. Characterizing new users of NSAIDs before and after rofecoxib withdrawal. Br J Clin Pharmacol 2007; 63(4):494-497.

KS-000751

(1082)  Pollard T. Drug fiasco highlights need for more openness. Br J Community Nurs 2005; 10(1):5.

(1083)  Boehncke WH, Ludwig RJ, Zollner TM, Ochsendorf F, Kaufmann R, Gibbs BF. The selective cyclooxygenase-2 inhibitor rofecoxib may improve the treatment of chronic idiopathic urticaria. Br J Dermatol 2003; 148(3):604-606.

(1084)  Reichle A, Vogt T, Kunz-Schughart L et al. Anti-inflammatory and angiostatic therapy in chemorefractory multisystem Langerhans' cell histiocytosis of adults. Br J Haematol 2005; 128(5):730-732.

(1085)  Meechan J. COX-2 inhibitors and pain after oral surgery - pertinent papers 2002-2003. Br J Oral Maxillofac Surg 2006; 44(2):163-165.

(1086)  Ferreira SH, Moncada S, Vane JR. Prostaglandins and the mechanism of analgesia produced by aspirin-like drugs. Br J Pharmacol 1973; 49(1):86-97.

(1087)  Moncada S. Eighth Gaddum Memorial Lecture. University of London Institute of Education, December 1980. Biological importance of prostacyclin. Br J Pharmacol 1982; 76(1):3-31.

(1088)  Shimokawa H, Flavahan NA, Lorenz RR, Vanhoutte PM. Prostacyclin releases endothelium-derived relaxing factor and potentiates its action in coronary arteries of the pig. Br J Pharmacol 1988; 95(4):1197-1203.

(1089)  Akarasereenont P, Mitchell JA, Appleton I, Thiemermann C, Vane JR. Involvement of tyrosine kinase in the induction of cyclo-oxygenase and nitric oxide synthase by endotoxin in cultured cells [ABSTRACT]. Br J Pharmacol 1994; 113(4):1522-1528.

(1090)  Akarasereenont P, Bakhle YS, Thiemermann C, Vane JR. Cytokine-mediated induction of cyclo-oxygenase-2 by activation of tyrosine kinase in bovine endothelial cells stimulated by bacterial lipopolysaccharide [ABSTRACT]. Br J Pharmacol 1995; 115(3):401-408.

(1091)  Patrignani P, Santini G, Panara MR et al. Induction of prostaglandin endoperoxide synthase-2 in human monocytes associated with cyclo-oxygenase-dependent F2-isoprostane formation. Br J Pharmacol 1996; 118(5):1285-1293.

(1092)  Riendeau D, Percival MD, Boyce S et al. Biochemical and pharmacological profile of a tetrasubstituted furanone as a highly selective COX-2 inhibitor. Br J Pharmacol 1997; 121(1):105-117.

(1093)  Mitchell JA, Warner TD. Cyclo-oxygenase-2: pharmacology, physiology, biochemistry and relevance to NSAID therapy. Br J Pharmacol 1999; 128(6):1121-1132.

(1094)  Muscara MN, Vergnolle N, Lovren F et al. Selective cyclo-oxygenase-2 inhibition with celecoxib elevates blood pressure and promotes leukocyte adherence. Br J Pharmacol 2000; 129(7):1423-1430.

(1095)  Muscara MN, Lovren F, McKnight W et al. Vasorelaxant effects of a nitric oxide-releasing aspirin derivative in normotensive and hypertensive rats. Br J Pharmacol 2001; 133(8):1314-1322.

(1096)  Gretzer B, Maricic N, Respondek M, Schuligoi R, Peskar BM. Effects of specific inhibition of cyclo-oxygenase-1 and cyclo-oxygenase-2 in the rat stomach with normal mucosa and after acid challenge. Br J Pharmacol 2001; 132(7):1565-1573.

(1097)  Le FG, Sayah S, Latournerie V, Renaud JF, Finet M, Hanf R. Cyclo-oxygenase and lipoxygenase pathways in mast cell dependent-neurogenic inflammation induced by electrical stimulation of the rat saphenous nerve. Br J Pharmacol 2001; 132(7):1581-1589.

(1098)  Gray PA, Warner TD, Vojnovic I et al. Effects of non-steroidal anti-inflammatory drugs on cyclo-oxygenase and lipoxygenase activity in whole blood from aspirin-sensitive asthmatics vs healthy donors. Br J Pharmacol 2002; 137(7):1031-1038.

(1099)  Letts G. Cyclo-oxygenase-2 inhibition and exacerbation of myocardial dysfunction--protection with nitric oxide? Br J Pharmacol 2002; 135(6):1345-1346.

(1100)  Francischi JN, Chaves CT, Moura AC et al. Selective inhibitors of cyclo-oxygenase-2 (COX-2) induce hypoalgesia in a rat paw model of inflammation. Br J Pharmacol 2002; 137(6):837-844.

**KS-000752**

55

(1101)  Hocherl K, Endemann D, Kammerl MC, Grobecker HF, Kurtz A. Cyclo-oxygenase-2 inhibition increases blood pressure in rats. Br J Pharmacol 2002; 136(8):1117-1126.

(1102)  Rossoni G, Muscara MN, Cirino G, Wallace JL. Inhibition of cyclo-oxygenase-2 exacerbates ischaemia-induced acute myocardial dysfunction in the rabbit. Br J Pharmacol 2002; 135(6):1540-1546.

(1103)  Fiorucci S, Distrutti E, Mencarelli A et al. Evidence that 5-lipoxygenase and acetylated cyclooxygenase 2-derived eicosanoids regulate leukocyte-endothelial adherence in response to aspirin. Br J Pharmacol 2003; 139(7):1351-1359.

(1104)  Schlemper V, Medeiros R, Ferreira J, Campos MM, Calixto JB. Mechanisms underlying the relaxation response induced by bradykinin in the epithelium-intact guinea-pig trachea in vitro. Br J Pharmacol 2005; 145(6):740-750.

(1105)  Patoia L, Santucci L, Furno P et al. A 4-week, double-blind, parallel-group study to compare the gastrointestinal effects of meloxicam 7.5 mg, meloxicam 15 mg, piroxicam 20 mg and placebo by means of faecal blood loss, endoscopy and symptom evaluation in healthy volunteers. Br J Rheumatol 1996; 35 Suppl 1:61-67.

(1106)  Distel M, Mueller C, Bluhmki E, Fries J. Safety of meloxicam: a global analysis of clinical trials. Br J Rheumatol 1996; 35 Suppl 1:68-77.

(1107)  Bevis PJ, Bird HA, Lapham G. An open study to assess the safety and tolerability of meloxicam 15 mg in subjects with rheumatic disease and mild renal impairment. Br J Rheumatol 1996; 35 Suppl 1:56-60.

(1108)  Wojtulewski JA, Schattenkirchner M, Barcelo P et al. A six-month double-blind trial to compare the efficacy and safety of meloxicam 7.5 mg daily and naproxen 750 mg daily in patients with rheumatoid arthritis. Br J Rheumatol 1996; 35 Suppl 1:22-28.

(1109)  Ghozlan PR, Bernhardt M, Velicitat P, Bluhmki E. Tolerability of multiple administration of intramuscular meloxicam: a comparison with intramuscular piroxicam in patients with rheumatoid arthritis or osteoarthritis. Br J Rheumatol 1996; 35 Suppl 1:51-55.

(1110)  Hosie J, Distel M, Bluhmki E. Meloxicam in osteoarthritis: a 6-month, double-blind comparison with diclofenac sodium. Br J Rheumatol 1996; 35 Suppl 1:39-43.

(1111)  Huskisson EC, Ghozlan R, Kurthen R, Degner FL, Bluhmki E. A long-term study to evaluate the safety and efficacy of meloxicam therapy in patients with rheumatoid arthritis. Br J Rheumatol 1996; 35 Suppl 1:29-34.

(1112)  Linden B, Distel M, Bluhmki E. A double-blind study to compare the efficacy and safety of meloxicam 15 mg with piroxicam 20 mg in patients with osteoarthritis of the hip. Br J Rheumatol 1996; 35 Suppl 1:35-38.

(1113)  Hawkey C, Kahan A, Steinbruck K et al. Gastrointestinal tolerability of meloxicam compared to diclofenac in osteoarthritis patients. International MELISSA Study Group. Meloxicam Large-scale International Study Safety Assessment. Br J Rheumatol 1998; 37(9):937-945.

(1114)  Cahill RA, Sheehan KM, Scanlon RW, Murray FE, Kay EW, Redmond HP. Effects of a selective cyclo-oxygenase 2 inhibitor on colonic anastomotic and skin wound integrity. Br J Surg 2004; 91(12):1613-1618.

(1115)  Bunting S, Moncada S, Vane JR. The prostacyclin--thromboxane A2 balance: pathophysiological and therapeutic implications. Br Med Bull 1983; 39(3):271-276.

(1116)  Peto R, Gray R, Collins R et al. Randomised trial of prophylactic daily aspirin in British male doctors. Br Med J (Clin Res Ed) 1988; 296(6618):313-316.

(1117)  del ZG, Ginis I, Hallenbeck JM, Iadecola C, Wang X, Feuerstein GZ. Inflammation and stroke: putative role for cytokines, adhesion molecules and iNOS in brain response to ischemia. Brain Pathol 2000; 10(1):95-112.

(1118)  Breder CD, Saper CB. Expression of inducible cyclooxygenase mRNA in the mouse brain after systemic administration of bacterial lipopolysaccharide. Brain Res 1996; 713(1-2):64-69.

(1119)  Yasojima K, Schwab C, McGeer EG, McGeer PL. Distribution of cyclooxygenase-1 and cyclooxygenase-2 mRNAs and proteins in human brain and peripheral organs. Brain Res 1999; 830(2):226-236.

**KS-000753**

(1120)  Przybyłkowski A, Kurkowska-Jastrzebska I, Joniec I, Ciesielska A, Czlonkowska A, Czlonkowski A. Cyclooxygenases mRNA and protein expression in striata in the experimental mouse model of Parkinson's disease induced by 1-methyl-4-phenyl-1,2,3,6-tetrahydropyridine administration to mouse. Brain Res 2004; 1019(1-2):144-151.

(1121)  Kunz T, Marklund N, Hillered L, Oliw EH. Assessment of the effects of the cyclooxygenase-2 inhibitor rofecoxib on visuospatial learning and hippocampal cell death following kainate-induced seizures in the rat. Brain Res Cogn Brain Res 2005; 25(3):826-832.

(1122)  Hosaka EM, Santos OF, Seguro AC, Vattimo MF. Effect of cyclooxygenase inhibitors on gentamicin-induced nephrotoxicity in rats. Braz J Med Biol Res 2004; 37(7):979-985.

(1123)  Leite AZ, Sipahi AM, Damiao AO et al. Effect of a selective nonsteroidal anti-inflammatory inhibitor of cyclooxygenase-2 on the small bowel of rats. Braz J Med Biol Res 2004; 37(3):333-336.

(1124)  Gupta S, Crofford LJ. An update on specific COX-2 inhibitors: the COXIBs. Bull Rheum Dis 2001; 50(1):1-4.

(1125)  Stienburg KL. Rofecoxib (VIOXX): a year in review. Can ADR Newsletter 2001; 11(2):4-7.

(1126)  Vu D, Murty M, McMorran M. Selective COX-2 inhibitors: suspected cardiovascular/cerebrovascular adverse reactions. Can Adv Reaction Newsletter 2002; 12(2):1-4.

(1127)  Maetzel A, Krahn M, Naglie G. The cost-effectiveness of celecoxib and rofecoxib in patients with osteoarthritis or rheumatoid arthritis. Can Coord Office Health Technol Assessment 2002;(23):i, 1-vii, 39.

(1128)  Bassett K, Wright JM, Puil L, Perry TL, Jr., Heran B, Cole B. Cyclooxygenase-2 inhibitor update. Can Fam Physician 2002; 48:1455-1460.

(1129)  Rofecoxib (Vioxx) withdrawal: do product monographs adequately inform physicians? Can Fam Physician 2005; 51:212-213.

(1130)  Silverman DG, Halaszynski T, Sinatra R, Luther M, Rinder CS. Rofecoxib does not compromise platelet aggregation during anesthesia and surgery. Can J Anaesth 2003; 50(10):1004-1008.

(1131)  Reuben SS, Ablett D, Kaye R. High dose nonsteroidal anti-inflammatory drugs compromise spinal fusion. Can J Anaesth 2005; 52(5):506-512.

(1132)  LeLorier J, Bombardier C, Burgess E et al. Practical considerations for the use of nonsteroidal anti-inflammatory drugs and cyclo-oxygenase-2 inhibitors in hypertension and kidney disease. Can J Cardiol 2002; 18(12):1301-1308.

(1133)  Wallace JL. NSAID gastroenteropathy: past, present and future. Can J Gastroenterol 1996; 10(7):451-459.

(1134)  Arber N. Do NSAIDs prevent colorectal cancer? Can J Gastroenterol 2000; 14(4):299-307.

(1135)  Jolicoeur E, Rostom A. Systematic review of upper gastrointestinal toxicity of COX-2 inhibitors. Can J Gastroenterol 2002; 16(A Suppl.):95A.

(1136)  Hunt RH, Barkun AN, Baron D et al. Recommendations for the appropriate use of anti-inflammatory drugs in the era of the coxibs: defining the role of gastroprotective agents. Can J Gastroenterol 2002; 16(4):231-240.

(1137)  Hunt RH. Motion--Cyclo-oxygenase-2 selective nonsteroidal anti-inflammatory drugs are as safe as placebo for the stomach: arguments for the motion. Can J Gastroenterol 2003; 17(5):339-341.

(1138)  Maetzel A. Motion--Cyclo-oxygenase-2 selective nonsteroidal anti-inflammatory drugs are as safe as placebo for the stomach: arguments against the motion. Can J Gastroenterol 2003; 17(5):335-338.

(1139)  Huang PT, Bhamra J, Huang JT. Wegener's granulomatosis: a diagnostic dilemma. case presentation. Can J Ophthalmol 2003; 38(1):63-66.

(1140)  Gupta YK, Chaudhary G, Sinha K. Enhanced protection by melatonin and meloxicam combination in a middle cerebral artery occlusion model of acute ischemic stroke in rat. Can J Physiol Pharmacol 2002; 80(3):210-217.

**KS-000754**

(1141)   Hariforoosh S, Jamali F. Effect of nonsteroidal anti-inflammatory drugs with varying extent of COX-2-COX-1 selectivity on urinary sodium and potassium excretion in the rat. Can J Physiol Pharmacol 2005; 83(1):85-90.

(1142)   Loram LC, Mitchell D, Fuller A. Rofecoxib and tramadol do not attenuate delayed-onset muscle soreness or ischaemic pain in human volunteers. Can J Physiol Pharmacol 2005; 83(12):1137-1145.

(1143)   Hawk E, Lubet R, Limburg P. Chemoprevention in hereditary colorectal cancer syndromes. Cancer 1999; 86(8 Suppl.):1731-1743.

(1144)   Hawk E, Lubet R, Limburg P. Chemoprevention in hereditary colorectal cancer syndromes. Cancer 1999; 86(11 Suppl):2551-2563.

(1145)   Kokawa A, Kondo H, Gotoda T et al. Increased expression of cyclooxygenase-2 in human pancreatic neoplasms and potential for chemoprevention by cyclooxygenase inhibitors. Cancer 2001; 91(2):333-338.

(1146)   Shaheen NJ, Straus WL, Sandler RS. Chemoprevention of gastrointestinal malignancies with nonsteroidal antiinflammatory drugs. Cancer 2002; 94(4):950-963.

(1147)   Vogt T, Hafner C, Bross K et al. Antiangiogenetic therapy with pioglitazone, rofecoxib, and metronomic trofosfamide in patients with advanced malignant vascular tumors. Cancer 2003; 98(10):2251-2256.

(1148)   Reichle A, Bross K, Vogt T et al. Pioglitazone and rofecoxib combined with angiostatically scheduled trofosfamide in the treatment of far-advanced melanoma and soft tissue sarcoma. Cancer 2004; 101(10):2247-2256.

(1149)   Dannenberg AJ, Subbaramaiah K. Targeting cyclooxygenase-2 in human neoplasia: rationale and promise. Cancer Cell 2003; 4(6):431-436.

(1150)   Spieth K, Kaufmann R, Gille J. Metronomic oral low-dose treosulfan chemotherapy combined with cyclooxygenase-2 inhibitor in pretreated advanced melanoma: a pilot study. Cancer Chemother Pharmacol 2003; 52(5):377-382.

(1151)   Cata JP, Weng HR, Dougherty PM. Cyclooxygenase inhibitors and thalidomide ameliorate vincristine-induced hyperalgesia in rats. Cancer Chemother Pharmacol 2004; 54(5):391-397.

(1152)   Vainio H, Morgan G, Kleihues P. An international evaluation of the cancer-preventive potential of nonsteroidal anti-inflammatory drugs. Cancer Epidemiol Biomarkers Prev 1997; 6(9):749-753.

(1153)   Alberts DS, Potter JD, Martinez ME, Hess LM, Stopeck A, Lance P. What happened to the coxibs on the way to the cardiologist? Cancer Epidemiol Biomarkers Prev 2005; 14(3):555-556.

(1154)   Murphy VJ, Yang Z, Rorison KA, Baldwin GS. Cyclooxygenase-2-selective antagonists do not inhibit growth of colorectal carcinoma cell lines. Cancer Lett 1998; 122(1-2):25-30.

(1155)   Patti R, Gumired K, Reddanna P, Sutton LN, Phillips PC, Reddy CD. Overexpression of cyclooxygenase-2 (COX-2) in human primitive neuroectodermal tumors: effect of celecoxib and rofecoxib. Cancer Lett 2002; 180(1):13-21.

(1156)   Kubatka P, Ahlers I, Ahlersova E et al. Chemoprevention of mammary carcinogenesis in female rats by rofecoxib. Cancer Lett 2003; 202(2):131-136.

(1157)   Kargman SL, O'Neill GP, Vickers PJ, Evans JF, Mancini JA, Jothy S. Expression of prostaglandin G/H synthase-1 and -2 protein in human colon cancer. Cancer Res 1995; 55(12):2556-2559.

(1158)   Sano H, Kawahito Y, Wilder RL et al. Expression of cyclooxygenase-1 and -2 in human colorectal cancer. Cancer Res 1995; 55(17):3785-3789.

(1159)   Kawamori T, Rao CV, Seibert K, Reddy BS. Chemopreventive activity of celecoxib, a specific cyclooxygenase-2 inhibitor, against colon carcinogenesis. Cancer Res 1998; 58(3):409-412.

(1160)   Daniel TO, Liu H, Morrow JD, Crews BC, Marnett LJ. Thromboxane A2 is a mediator of cyclooxygenase-2-dependent endothelial migration and angiogenesis. Cancer Res 1999; 59(18):4574-4577.

(1161)   Oshima M, Murai N, Kargman S et al. Chemoprevention of intestinal polyposis in the Apcdelta716 mouse by rofecoxib, a specific cyclooxygenase-2 inhibitor. Cancer Res 2001; 61(4):1733-1740.

KS-000755

(1162) Hair E, Tang XM, Gwyn K, Sahin A, Wathen K, Sinicrope FA. Cyclooxygenase-2 expression in human breast cancers and adjacent ductal carcinoma in situ. Cancer Res 2002; 62(6):1676-1681.

(1163) Leahy KM, Ornberg RL, Wang Y, Zweifel BS, Koki AT, Masferrer JL. Cyclooxygenase-2 inhibition by celecoxib reduces proliferation and induces apoptosis in angiogenic endothelial cells in vivo. Cancer Res 2002; 62(3):625-631.

(1164) Waskewich C, Blumenthal RD, Li H, Stein R, Goldenberg DM, Burton J. Celecoxib exhibits the greatest potency amongst cyclooxygenase (COX) inhibitors for growth inhibition of COX-2-negative hematopoietic and epithelial cell lines. Cancer Res 2002; 62(7):2029-2033.

(1165) Yao M, Kargman S, Lam EC et al. Inhibition of cyclooxygenase-2 by rofecoxib attenuates the growth and metastatic potential of colorectal carcinoma in mice. Cancer Res 2003; 63(3):586-592.

(1166) DeLong P, Tanaka T, Kruklitis R et al. Use of cyclooxygenase-2 inhibition to enhance the efficacy of immunotherapy. Cancer Res 2003; 63(22):7845-7852.

(1167) Cutler NS, Graves-Deal R, LaFleur BJ et al. Stromal production of prostacyclin confers an antiapoptotic effect to colonic epithelial cells. Cancer Res 2003; 63(8):1748-1751.

(1168) Ito H, Duxbury M, Benoit E et al. Prostaglandin E2 enhances pancreatic cancer invasiveness through an Ets-1-dependent induction of matrix metalloproteinase-2. Cancer Res 2004; 64(20):7439-7446.

(1169) von Rahden BH, Stein HJ, Puhringer F et al. Coexpression of cyclooxygenases (COX-1, COX-2) and vascular endothelial growth factors (VEGF-A, VEGF-C) in esophageal adenocarcinoma. Cancer Res 2005; 65(12):5038-5044.

(1170) Prasad K. C-reactive protein (CRP)-lowering agents. Cardiovasc Drug Rev 2006; 24(1):33-50.

(1171) Andersohn F. Cerebrovascular events after discontinuation of rofecoxib treatment. Cardiovasc Drugs Ther 2007; 21(2):77-79.

(1172) Afilalo J, Coussa-Charley MJ, Eisenberg MJ. Long-term Risk of Ischemic Stroke Associated with Rofecoxib. Cardiovasc Drugs Ther 2007; 21(2):117-120.

(1173) Sanghi S, MacLaughlin EJ, Jewell CW et al. Cyclooxygenase-2 inhibitors: a painful lesson. Cardiovasc Hematol Disord Drug Targets 2006; 6(2):85-100.

(1174) Ghosh S, Standen NB, Galinanes M. Preconditioning the human myocardium by simulated ischemia: studies on the early and delayed protection. Cardiovasc Res 2000; 45(2):339-350.

(1175) Hoshida S, Yamashita N, Otsu K, Hori M. The importance of manganese superoxide dismutase in delayed preconditioning: involvement of reactive oxygen species and cytokines. Cardiovasc Res 2002; 55(3):495-505.

(1176) Zhao ZQ, Vinten-Johansen J. Myocardial apoptosis and ischemic preconditioning. Cardiovasc Res 2002; 55(3):438-455.

(1177) Bea F, Blessing E, Bennett BJ et al. Chronic inhibition of cyclooxygenase-2 does not alter plaque composition in a mouse model of advanced unstable atherosclerosis. Cardiovasc Res 2003; 60(1):198-204.

(1178) Hernanz R, Alonso MJ, Zibrandtsen H, Alvarez Y, Salaices M, Simonsen U. Measurements of nitric oxide concentration and hyporeactivity in rat superior mesenteric artery exposed to endotoxin. Cardiovasc Res 2004; 62(1):202-211.

(1179) Numaguchi Y, Okumura K, Harada M et al. Catheter-based prostacyclin synthase gene transfer prevents in-stent restenosis in rabbit atheromatous arteries. Cardiovasc Res 2004; 61(1):177-185.

(1180) Klein T, Eltze M, Grebe T, Hatzelmann A, Komhoff M. Celecoxib dilates guinea-pig coronaries and rat aortic rings and amplifies NO/cGMP signaling by PDE5 inhibition. Cardiovasc Res 2007; 75(2):390-397.

(1181) Lincoff AM. Anticoagulant and antiplatelet drugs. Catheter Cardiovasc Interv 2001; 54(4):514-520.

(1182) Baenziger NL, Becherer PR, Majerus PW. Characterization of prostacyclin synthesis in cultured human arterial smooth muscle cells, venous endothelial cells and skin fibroblasts. Cell 1979; 16(4):967-974.

KS-000756

(1183)   Langenbach R, Morham SG, Tiano HF et al. Prostaglandin synthase 1 gene disruption in mice reduces arachidonic acid-induced inflammation and indomethacin-induced gastric ulceration. Cell 1995; 83(3):483-492.

(1184)   Tsujii M, DuBois RN. Alterations in cellular adhesion and apoptosis in epithelial cells overexpressing prostaglandin endoperoxide synthase 2. Cell 1995; 83(3):493-501.

(1185)   Oshima M, Dinchuk JE, Kargman SL et al. Suppression of intestinal polyposis in Apc delta716 knockout mice by inhibition of cyclooxygenase 2 (COX-2). Cell 1996; 87(5):803-809.

(1186)   Zhang Z, Carmichael GG. The fate of dsRNA in the nucleus: a p54(nrb)-containing complex mediates the nuclear retention of promiscuously A-to-I edited RNAs. Cell 2001; 106(4):465-475.

(1187)   Kotob F, de Leon-Casasola OA, Lema MJ. NSAIDs and cardiovascular risk. Cell Metab 2005; 2(6):339.

(1188)   Francois H, Athirakul K, Howell D et al. Prostacyclin protects against elevated blood pressure and cardiac fibrosis. Cell Metab 2005; 2(3):201-207.

(1189)   Breyer MD. Getting to the heart of COX-2 inhibition. Cell Metab 2005; 2(3):149-150.

(1190)   Peres MF, Zukerman E. Hemicrania continua responsive to rofecoxib. Cephalalgia 2000; 20(2):130-131.

(1191)   Krymchantowski AV, Barbosa JS. Rizatriptan vs rizatriptan combined with rofecoxib for the acute treatment of migraine. Cephalalgia 2001; 21(4):425-426.

(1192)   Freitag FG, Diamond S, Diamond ML, Urban G. Preventative treatment of migraine headache with rofecoxib and montelukast. Cephalalgia 2001; 21(4):375-376.

(1193)   Pareja JA, Antonaci F, Vincent M. The hemicrania continua diagnosis. Cephalalgia 2001; 21(10):940-946.

(1194)   Dodick D. Hemicrania continua: diagnostic criteria and nosologic status. Cephalalgia 2001; 21(9):869-872.

(1195)   Gobel H, Heinze A, Heinze-Kuhn K, Zumbroich V. Sumatriptan plus rofecoxib: reduction of headache recurrence in acute migraine. Cephalalgia 2001; 21(4):416-417.

(1196)   Krymchantowski AV, Barbosa JS. Dexamethasone decreases migraine recurrence after treatment with a triptan combined with a non-steroidal anti-inflammatory drug. Cephalalgia 2001; 21(4):434-435.

(1197)   10th Congress of the International Headache Society. June 29-July 2, 2001. New York City, New York, USA. Abstracts. Cephalalgia 2001; 21(4):241-548.

(1198)   Centonze V, D'Amico D, Usai S, Causarano V, Bassi A, Bussone G. First Italian case of hypnic headache, with literature review and discussion of nosology. Cephalalgia 2001; 21(1):71-74.

(1199)   Mathew NT, Kailasam J, Fischer A. Early intervention using rofecoxib alone, rizatriptan alone and combination of rizatriptan and rofecoxib in acute migraine. Cephalalgia 2001; 21(4):425.

(1200)   Garner RL, Carmen-Wilson M, Di Carlo V, Flaugher M. Rofecoxib for migraine prophylaxis. Cephalalgia 2001; 21(4):376.

(1201)   Krymchantowski AV, Barbosa JS. Rizatriptan combined with rofecoxib vs. rizatriptan for the acute treatment of migraine: an open label pilot study. Cephalalgia 2002; 22(4):309-312.

(1202)   Misra UK, Kalita J, Jose M. Rofecoxib vs ibuprofen for acute treatment of migraine: a randomized placebo control trial. Cephalalgia 2002; 22(1 Suppl.):7.

(1203)   Pinto CA, Fragoso YD, Souza CD, Gabbai AA. Hypnic headache syndrome: clinical aspects of eight patients in Brazil. Cephalalgia 2002; 22(10):824-827.

(1204)   Rozen TD. Atypical presentations of cluster headache. Cephalalgia 2002; 22(9):725-729.

(1205)   Lisotto C, Maggioni F, Mainardi F, Zanchin G. Chronic paroxysmal hemicrania responsive to rofecoxib. Cephalalgia 2002; 22(1 Suppl.):1.

KS-000757

(1206)   Boes CJ, Matharu MS, Goadsby PJ. The paroxysmal hemicrania-tic syndrome. Cephalalgia 2003; 23(1):24-28.

(1207)   Warner JS. Frequent migraine and migraine status without tension-type headaches: an unusual presentation of rebound headaches. Cephalalgia 2003; 23(4):309-313.

(1208)   Kowacs PA, Piovesan EJ, Christiano Lang M, Werneck LC, Rezende Young M. SUNCT syndrome responsive to gabapentin. Cephalalgia 2003; 23(7):736.

(1209)   Granella F, Allais G, Benedetto C. Cyclo-oxygenase-2 inhibitors as short-term prophylaxis of menstrually related migraine.  A pilot study. Cephalalgia 2003; 23(7):731-A pilot study was performed to evaluate the short-term prophylactic effects of COX-2 inhibitors (rofecoxib and celecoxib) in 20 women with menstrually-related migraine (defined as attacks beginning from -2 to +3 days after the onset of menses). After a 2-mo run-in period, 12 patients received celecoxib 200 mg/day and 8 patients received rofecoxib 25 mg/day during 2-6 mo of menstrual cycles.  COX-2 inhibitor treatment was started 2 days prior to the expected onset of menstrually-related migraine and continued for 7-10 days.  After treatment with COX-2 inhibitors, there were decreases in the number of days with menstrually-related migraine (from 4.0 to 1.8 days), number of menstrually-related migraine attacks (from 2.1 to 1.2 attacks), and number of escape medications (5.3 to 2.0 medications; all P<0.0001).  Adverse events (mostly GI symptoms) occurred in 8 patients, but only 2 of these patients dropped out of the study due to adverse events.  The authors conclude that COX-2 inhibitors are useful as short-term prophylaxis in women with menstrually-related migraines.

(1210)   Donnet A, Lucas C, Massardier E, Boulliat J. Hemicrania with response to indomethacin and prevalent autonomic symptoms: four cases. Cephalalgia 2003; 23(2):157-160.

(1211)   Lisotto C, Maggioni F, Mainardi F, Zanchin G. Rofecoxib for the treatment of chronic paroxysmal hemicrania. Cephalalgia 2003; 23(4):318-320.

(1212)   Siow HC. Seasonal episodic paroxysmal hemicrania responding to cyclooxygenase-2 inhibitors. Cephalalgia 2004; 24(5):414-415.

(1213)   Del GE, Boschi D, Lazzarato L et al. The furoxan system: design of selective nitric oxide (NO) donor inhibitors of COX-2 endowed with anti-aggregatory and vasodilating activities. Chem Biodivers 2005; 2(7):886-900.

(1214)   Davi G, Falco A, Patrono C. Determinants of F2-isoprostane biosynthesis and inhibition in man. Chem Phys Lipids 2004; 128(1-2):149-163.

(1215)   Garg R, Kurup A, Mekapati SB, Hansch C. Cyclooxygenase (COX) inhibitors: a comparative QSAR study. Chem Rev 2003; 103(3):703-732.

(1216)   Hirsh J, Dalen JE, Fuster V, Harker LB, Patrono C, Roth G. Aspirin and other platelet-active drugs. The relationship among dose, effectiveness, and side effects. Chest 1995; 108(4 Suppl):247S-257S.

(1217)   Patrono C, Coller B, Dalen JE et al. Platelet-active drugs: the relationships among dose, effectiveness, and side effects. Chest 1998; 114(5 Suppl):470S-488S.

(1218)   Patrono C, Coller B, Dalen JE et al. Platelet-active drugs: the relationships among dose, effectiveness, and side effects. Chest 2001; 119(1 Suppl):39S-63S.

(1219)   Martin-Garcia C, Hinojosa M, Berges P et al. Safety of a cyclooxygenase-2 inhibitor in patients with aspirin-sensitive asthma. Chest 2002; 121(6):1812-1817.

(1220)   Inoue K, Takano H, Kawahito Y, Sano H, Yoshikawa T. Cyclooxygenase-2 inhibitors in aspirin-induced asthma. Chest 2003; 123(4):1317-1318.

(1221)   Passero M, Chowdhry S. Cyclooxygenase-2 inhibitors in aspirin-sensitive asthma. Chest 2003; 123(6):2155-2156.

(1222)   Hinojosa M, Martin-Garcia C. Cyclooxygenase-2 inhibitors in aspirin-sensitive asthma: reply. Chest 2003; 123(6):2156.

(1223)   Patrono C, Coller B, FitzGerald GA, Hirsh J, Roth G. Platelet-active drugs: the relationships among dose, effectiveness, and side effects: the Seventh ACCP Conference on Antithrombotic and Thrombolytic Therapy. Chest 2004; 126(3 Suppl):234S-264S.

**KS-000758**

(1224)   Monakier D, Mates M, Klutstein MW et al. Rofecoxib, a COX-2 inhibitor, lowers C-reactive protein and interleukin-6 levels in patients with acute coronary syndromes. Chest 2004; 125(5):1610-1615.

(1225)   Hilmi I, Goh KL. Chemoprevention of colorectal cancer with nonsteroidal anti-inflammatory drugs. Chin J Dig Dis 2006; 7(1):1-6.

(1226)   Fei SJ, Xiao SD, Peng YS, Chen XY, Shi Y. Chemopreventive effects of rofecoxib and folic acid on gastric carcinogenesis induced by N-methyl-N'-nitro-N-nitrosoguanidine in rats. Chin J Dig Dis 2006; 7(3):134-140.

(1227)   Takami T, Momma K, Imamura S. Increased constriction of the ductus arteriosus by dexamethasone, indomethacin, and rofecoxib in fetal rats. Circ J 2005; 69(3):354-358.

(1228)   Watanabe H, Katoh T, Eiro M et al. Effects of salt loading on blood pressure in mice lacking the prostanoid receptor gene. Circ J 2005; 69(1):124-126.

(1229)   Camacho M, Lopez-Belmonte J, Vila L. Rate of vasoconstrictor prostanoids released by endothelial cells depends on cyclooxygenase-2 expression and prostaglandin I synthase activity. Circ Res 1998; 83(4):353-365.

(1230)   Speir E, Yu ZX, Ferrans VJ, Huang ES, Epstein SE. Aspirin attenuates cytomegalovirus infectivity and gene expression mediated by cyclooxygenase-2 in coronary artery smooth muscle cells. Circ Res 1998; 83(2):210-216.

(1231)   Bolli R. The late phase of preconditioning. Circ Res 2000; 87(11):972-983.

(1232)   Soler M, Camacho M, Escudero JR, Iniguez MA, Vila L. Human vascular smooth muscle cells but not endothelial cells express prostaglandin E synthase. Circ Res 2000; 87(6):504-507.

(1233)   Niwa K, Haensel C, Ross ME, Iadecola C. Cyclooxygenase-1 participates in selected vasodilator responses of the cerebral circulation. Circ Res 2001; 88(6):600-608.

(1234)   McNamara P, FitzGerald GA. Smoking-induced vascular disease: a new twist on an old theme. Circ Res 2001; 89(7):563-565.

(1235)   Davidge ST. Prostaglandin H synthase and vascular function. Circ Res 2001; 89(8):650-660.

(1236)   Shinmura K, Xuan YT, Tang XL et al. Inducible nitric oxide synthase modulates cyclooxygenase-2 activity in the heart of conscious rabbits during the late phase of ischemic preconditioning. Circ Res 2002; 90(5):602-608.

(1237)   Zhang Z, Vezza R, Plappert T et al. COX-2-dependent cardiac failure in Gh/tTG transgenic mice. Circ Res 2003; 92(10):1153-1161.

(1238)   Li Q, Guo Y, Xuan YT et al. Gene therapy with inducible nitric oxide synthase protects against myocardial infarction via a cyclooxygenase-2-dependent mechanism. Circ Res 2003; 92(7):741-748.

(1239)   Iismaa SE, Graham RM. Dissecting cardiac hypertrophy and signaling pathways: evidence for an interaction between multifunctional g proteins and prostanoids. Circ Res 2003; 92(10):1059-1061.

(1240)   Veillard NR, Kwak B, Pelli G et al. Antagonism of RANTES receptors reduces atherosclerotic plaque formation in mice. Circ Res 2004; 94(2):253-261.

(1241)   Rabausch K, Bretschneider E, Sarbia M et al. Regulation of thrombomodulin expression in human vascular smooth muscle cells by COX-2-derived prostaglandins. Circ Res 2005; 96(1):e1-e6.

(1242)   Rudic RD, Brinster D, Cheng Y et al. COX-2-derived prostacyclin modulates vascular remodeling. Circ Res 2005; 96(12):1240-1247.

(1243)   Jugdutt BI, Hutchins GM, Bulkley BH, Pitt B, Becker LC. Effect of indomethacin on collateral blood flow and infarct size in the conscious dog. Circulation 1979; 59(4):734-743.

(1244)   Roy L, Knapp HR, Robertson RM, FitzGerald GA. Endogenous biosynthesis of prostacyclin during cardiac catheterization and angiography in man. Circulation 1985; 71(3):434-440.

**KS-000759**

(1245) Patrono C, Ciabattoni G, Patrignani P et al. Clinical pharmacology of platelet cyclooxygenase inhibition. Circulation 1985; 72(6):1177-1184.

(1246) Hennekens CH, Buring JE, Sandercock P, Collins R, Peto R. Aspirin and other antiplatelet agents in the secondary and primary prevention of cardiovascular disease. Circulation 1989; 80(4):749-756.

(1247) Fornaro G, Rossi P, Mantica PG et al. Indobufen in the prevention of thromboembolic complications in patients with heart disease. A randomized, placebo-controlled, double-blind study. Circulation 1993; 87(1):162-164.

(1248) Kawachi I, Sparrow D, Vokonas PS, Weiss ST. Symptoms of anxiety and risk of coronary heart disease. The Normative Aging Study. Circulation 1994; 90(5):2225-2229.

(1249) Davi G, Gresele P, Violi F et al. Diabetes mellitus, hypercholesterolemia, and hypertension but not vascular disease per se are associated with persistent platelet activation in vivo. Evidence derived from the study of peripheral arterial disease. Circulation 1997; 96(1):69-75.

(1250) Baughman RA, Kapoor SC, Agarwal RK, Kisicki J, Catella-Lawson F, FitzGerald GA. Oral delivery of anticoagulant doses of heparin. A randomized, double-blind, controlled study in humans. Circulation 1998; 98(16):1610-1615.

(1251) Wong SC, Fukuchi M, Melnyk P, Rodger I, Giaid A. Induction of cyclooxygenase-2 and activation of nuclear factor-kappaB in myocardium of patients with congestive heart failure. Circulation 1998; 98(2):100-103.

(1252) Wilson PW, D'Agostino RB, Levy D, Belanger AM, Silbershatz H, Kannel WB. Prediction of coronary heart disease using risk factor categories. Circulation 1998; 97(18):1837-1847.

(1253) Wu KK. Cyclooxygenase-2 induction in congestive heart failure: friend or foe? Circulation 1998; 98(2):95-96.

(1254) Grundy SM, Balady GJ, Criqui MH et al. Primary prevention of coronary heart disease: guidance from Framingham: a statement for healthcare professionals from the AHA Task Force on Risk Reduction. American Heart Association. Circulation 1998; 97(18):1876-1887.

(1255) Husain S, Andrews NP, Mulcahy D, Panza JA, Quyyumi AA. Aspirin improves endothelial dysfunction in atherosclerosis. Circulation 1998; 97(8):716-720.

(1256) Freedman JE, Ting B, Hankin B, Loscalzo J, Keaney JF, Jr., Vita JA. Impaired platelet production of nitric oxide predicts presence of acute coronary syndromes. Circulation 1998; 98(15):1481-1486.

(1257) Moulton KS, Heller E, Konerding MA, Flynn E, Palinski W, Folkman J. Angiogenesis inhibitors endostatin or TNP-470 reduce intimal neovascularization and plaque growth in apolipoprotein E-deficient mice. Circulation 1999; 99(13):1726-1732.

(1258) 72nd Scientific Sessions of the American Heart Association. Atlanta, Georgia, USA. November 7-10, 1999. [ABSTRACTS]. Circulation 1999; 100(18 Suppl):IA-928.

(1259) Cipollone F, Ciabattoni G, Patrignani P et al. Oxidant stress and aspirin-insensitive thromboxane biosynthesis in severe unstable angina. Circulation 2000; 102(9):1007-1013.

(1260) Audoly LP, Rocca B, Fabre JE et al. Cardiovascular responses to the isoprostanes iPF(2alpha)-III and iPE(2)-III are mediated via the thromboxane A(2) receptor in vivo. Circulation 2000; 101(24):2833-2840.

(1261) Belton O, Byrne D, Kearney D, Leahy A, Fitzgerald DJ. Cyclooxygenase-1 and -2-dependent prostacyclin formation in patients with atherosclerosis. Circulation 2000; 102(8):840-845.

(1262) Awtry EH, Loscalzo J. Aspirin. Circulation 2000; 101(10):1206-1218.

(1263) Cannon CP, McCabe CH, Wilcox RG et al. Oral glycoprotein IIb/IIIa inhibition with orbofiban in patients with unstable coronary syndromes (OPUS-TIMI 16) trial. Circulation 2000; 102(2):149-156.

(1264) Cyrus T, Tang LX, Rokach J, FitzGerald GA, Pratico D. Lipid peroxidation and platelet activation in murine atherosclerosis. Circulation 2001; 104(16):1940-1945.

**KS-000760**

(1265)  Kloner RA, Jennings RB. Consequences of brief ischemia: stunning, preconditioning, and their clinical implications: part 1. Circulation 2001; 104(24):2981-2989.

(1266)  Verma S, Raj SR, Shewchuk L, Anderson TJ. Specific COX-2 blockade does not impair endothelial function in humans: randomized evaluation of rofecoxib (VIOXX) versus naproxen (NAPROSYN) on endothelium dependent vasodilation (The COXE Study). Circulation 2001; 104(17 Suppl.):II240.

(1267)  Verma S, Raj SR, Shewchuk L, Mather KJ, Anderson TJ. Cyclooxygenase-2 blockade does not impair endothelial vasodilator function in healthy volunteers: randomized evaluation of rofecoxib versus naproxen on endothelium-dependent vasodilatation. Circulation 2001; 104(24):2879-2882.

(1268)  Camitta MG, Gabel SA, Chulada P et al. Cyclooxygenase-1 and -2 knockout mice demonstrate increased cardiac ischemia/reperfusion injury but are protected by acute preconditioning. Circulation 2001; 104(20):2453-2458.

(1269)  Tuzcu EM, Kapadia SR, Tutar E et al. High prevalence of coronary atherosclerosis in asymptomatic teenagers and young adults: evidence from intravascular ultrasound. Circulation 2001; 103(22):2705-2710.

(1270)  Michelson AD, Barnard MR, Krueger LA, Valeri CR, Furman MI. Circulating monocyte-platelet aggregates are a more sensitive marker of in vivo platelet activation than platelet surface P-selectin: studies in baboons, human coronary intervention, and human acute myocardial infarction. Circulation 2001; 104(13):1533-1537.

(1271)  Konstam MA, Weir MR, Reicin A et al. Cardiovascular thrombotic events in controlled, clinical trials of rofecoxib. Circulation 2001; 104(19):2280-2288.

(1272)  Cipollone F, Prontera C, Pini B et al. Overexpression of functionally coupled cyclooxygenase-2 and prostaglandin E synthase in symptomatic atherosclerotic plaques as a basis of prostaglandin E(2)-dependent plaque instability. Circulation 2001; 104(8):921-927.

(1273)  Xiao CY, Hara A, Yuhki K et al. Roles of prostaglandin I(2) and thromboxane A(2) in cardiac ischemia-reperfusion injury: a study using mice lacking their respective receptors. Circulation 2001; 104(18):2210-2215.

(1274)  Hennan JK, Huang J, Barrett TD et al. Effects of selective cyclooxygenase-2 inhibition on vascular responses and thrombosis in canine coronary arteries. Circulation 2001; 104(7):820-825.

(1275)  Libby P, Simon DI. Inflammation and thrombosis: the clot thickens. Circulation 2001; 103(13):1718-1720.

(1276)  Eikelboom JW, Hirsh J, Weitz JI, Johnston M, Yi Q, Yusuf S. Aspirin-resistant thromboxane biosynthesis and the risk of myocardial infarction, stroke, or cardiovascular death in patients at high risk for cardiovascular events. Circulation 2002; 105(14):1650-1655.

(1277)  Altman R, Luciardi HL, Muntaner J et al. Efficacy assessment of meloxicam, a preferential cyclooxygenase-2 inhibitor, in acute coronary syndromes without ST-segment elevation: the Nonsteroidal Anti-Inflammatory Drugs in Unstable Angina Treatment-2 (NUT-2) pilot study. Circulation 2002; 106(2):191-195.

(1278)  Lin H, Lin TN, Cheung WM et al. Cyclooxygenase-1 and bicistronic cyclooxygenase-1/prostacyclin synthase gene transfer protect against ischemic cerebral infarction. Circulation 2002; 105(16):1962-1969.

(1279)  Burleigh ME, Babaev VR, Oates JA et al. Cyclooxygenase-2 promotes early atherosclerotic lesion formation in LDL receptor-deficient mice. Circulation 2002; 105(15):1816-1823.

(1280)  Reicin A, DiBattiste P, Chen J, Lines C. A pooled analysis of the cardiovascular safety of rofecoxib in trials of elderly patients with Alzheimer's disease or Cognitive Impairment. Circulation 2002; 106(19 Suppl.):II412-II413.

(1281)  Pitt B, Pepine C, Willerson JT. Cyclooxygenase-2 inhibition and cardiovascular events. Circulation 2002; 106(2):167-169.

(1282)  Cyrus T, Sung S, Zhao L, Funk CD, Tang S, Pratico D. Effect of low-dose aspirin on vascular inflammation, plaque stability, and atherogenesis in low-density lipoprotein receptor-deficient mice. Circulation 2002; 106(10):1282-1287.

(1283)  Jaeschke R, Gajewski P, Brozek J. Cardiovascular thrombotic events in controlled, clinical trials of rofecoxib. Circulation 2002; 106(5):e18.

**KS-000761**

(1284) Yokoyama C, Yabuki T, Shimonishi M et al. Prostacyclin-deficient mice develop ischemic renal disorders, including nephrosclerosis and renal infarction. Circulation 2002; 106(18):2397-2403.

(1285) Minuz P, Patrignani P, Gaino S et al. Increased oxidative stress and platelet activation in patients with hypertension and renovascular disease. Circulation 2002; 106(22):2800-2805.

(1286) Libby P, Ridker PM, Maseri A. Inflammation and atherosclerosis. Circulation 2002; 105(9):1135-1143.

(1287) Kurth T, Glynn RJ, Walker AM et al. Inhibition of clinical benefits of aspirin on first myocardial infarction by nonsteroidal antiinflammatory drugs. Circulation 2003; 108(10):1191-1195.

(1288) Belton OA, Duffy A, Toomey S, Fitzgerald DJ. Cyclooxygenase isoforms and platelet vessel wall interactions in the apolipoprotein E knockout mouse model of atherosclerosis. Circulation 2003; 108(24):3017-3023.

(1289) Naghavi M, Libby P, Falk E et al. From vulnerable plaque to vulnerable patient: a call for new definitions and risk assessment strategies: Part II. Circulation 2003; 108(15):1772-1778.

(1290) Chenevard R, Hurlimann D, Bechir M et al. Selective COX-2 inhibition improves endothelial function in coronary artery disease. Circulation 2003; 107(3):405-409.

(1291) Hermann M, Camici G, Fratton A et al. Differential effects of selective cyclooxygenase-2 inhibitors on endothelial function in salt-induced hypertension. Circulation 2003; 108(19):2308-2311.

(1292) Griendling KK, FitzGerald GA. Oxidative stress and cardiovascular injury: Part II: animal and human studies. Circulation 2003; 108(17):2034-2040.

(1293) Naghavi M, Libby P, Falk E et al. From vulnerable plaque to vulnerable patient: a call for new definitions and risk assessment strategies: Part I. Circulation 2003; 108(14):1664-1672.

(1294) Venugopal SK, Devaraj S, Jialal I. C-reactive protein decreases prostacyclin release from human aortic endothelial cells. Circulation 2003; 108(14):1676-1678.

(1295) Casscells W, Naghavi M, Willerson JT. Vulnerable atherosclerotic plaque: a multifocal disease. Circulation 2003; 107(16):2072-2075.

(1296) Solomon DH, Karlson EW, Rimm EB et al. Cardiovascular morbidity and mortality in women diagnosed with rheumatoid arthritis. Circulation 2003; 107(9):1303-1307.

(1297) Griendling KK, FitzGerald GA. Oxidative stress and cardiovascular injury: Part I: basic mechanisms and in vivo monitoring of ROS. Circulation 2003; 108(16):1912-1916.

(1298) Devaraj S, Xu DY, Jialal I. C-reactive protein increases plasminogen activator inhibitor-1 expression and activity in human aortic endothelial cells: implications for the metabolic syndrome and atherothrombosis. Circulation 2003; 107(3):398-404.

(1299) Kimmel SE, Berlin JA, Reilly M, Jaskowiak J, Kishel L, Strom BL. Risk of myocardial infarction by type of cyclooxygenase-2 inhibitor. Circulation 2003; 108(17 Suppl. IV):IV752.

(1300) Kereiakes DJ. The Emperor's clothes: in search of the vulnerable plaque. Circulation 2003; 107(16):2076-2077.

(1301) SoRelle R. Rofecoxib use increases acute myocardial infarction risk. Circulation 2004; 109(17):e9039-e9040.

(1302) Pidgeon GP, Tamosiuniene R, Chen G et al. Intravascular thrombosis after hypoxia-induced pulmonary hypertension: regulation by cyclooxygenase-2. Circulation 2004; 110(17):2701-2707.

(1303) Capone ML, Tacconelli S, Sciulli MG et al. Clinical pharmacology of platelet, monocyte, and vascular cyclooxygenase inhibition by naproxen and low-dose aspirin in healthy subjects. Circulation 2004; 109(12):1468-1471.

(1304) Solomon DH, Schneeweiss S, Glynn RJ et al. Relationship between selective cyclooxygenase-2 inhibitors and acute myocardial infarction in older adults. Circulation 2004; 109(17):2068-2073.

KS-000762

(1305)   Buerkle MA, Lehrer S, Sohn HY, Conzen P, Pohl U, Krotz F. Selective inhibition of cyclooxygenase-2 enhances platelet adhesion in hamster arterioles in vivo. Circulation 2004; 110(14):2053-2059.

(1306)   Krishnan E, Lingala VB, Singh G. Declines in mortality from acute myocardial infarction in successive incidence and birth cohorts of patients with rheumatoid arthritis. Circulation 2004; 110(13):1774-1779.

(1307)   Bogaty P, Brophy JM, Noel M et al. Impact of prolonged cyclooxygenase-2 inhibition on inflammatory markers and endothelial function in patients with ischemic heart disease and raised C-reactive protein: a randomized placebo-controlled study. Circulation 2004; 110(8):934-939.

(1308)   Xiao CY, Yuhki K, Hara A et al. Prostaglandin E2 protects the heart from ischemia-reperfusion injury via its receptor subtype EP4. Circulation 2004; 109(20):2462-2468.

(1309)   Garcia Rodriguez LA, Varas-Lorenzo C, Maguire A, Gonzalez-Perez A. Nonsteroidal antiinflammatory drugs and the risk of myocardial infarction in the general population. Circulation 2004; 109(24):3000-3006.

(1310)   Furberg CD, Psaty BM, FitzGerald GA. Parecoxib, valdecoxib, and cardiovascular risk. Circulation 2005; 111(3):249.

(1311)   Antman EM, DeMets D, Loscalzo J. Cyclooxygenase inhibition and cardiovascular risk. Circulation 2005; 112(5):759-770.

(1312)   Toyota E, Warltier DC, Brock T et al. Vascular endothelial growth factor is required for coronary collateral growth in the rat. Circulation 2005; 112(14):2108-2113.

(1313)   Egan KM, Wang M, Fries S et al. Cyclooxygenases, thromboxane, and atherosclerosis: plaque destabilization by cyclooxygenase-2 inhibition combined with thromboxane receptor antagonism. Circulation 2005; 111(3):334-342.

(1314)   McAdam BF, Byrne D, Morrow JD, Oates JA. Contribution of cyclooxygenase-2 to elevated biosynthesis of thromboxane A2 and prostacyclin in cigarette smokers. Circulation 2005; 112(7):1024-1029.

(1315)   Pratico D, Dogne JM. Selective cyclooxygenase-2 inhibitors development in cardiovascular medicine. Circulation 2005; 112(7):1073-1079.

(1316)   Bennett JS, Daugherty A, Herrington D, Greenland P, Roberts H, Taubert KA. The use of nonsteroidal anti-inflammatory drugs (NSAIDs): a science advisory from the American Heart Association. Circulation 2005; 111(13):1713-1716.

(1317)   Hermann M, Krum H, Ruschitzka F. To the heart of the matter: coxibs, smoking, and cardiovascular risk. Circulation 2005; 112(7):941-945.

(1318)   Wang TJ, Vasan RS. Epidemiology of uncontrolled hypertension in the United States. Circulation 2005; 112(11):1651-1662.

(1319)   Steffel J, Hermann M, Greutert H et al. Celecoxib decreases endothelial tissue factor expression through inhibition of c-Jun terminal NH2 kinase phosphorylation. Circulation 2005; 111(13):1685-1689.

(1320)   Babaev VR, Ding L, Reese J et al. Cyclooxygenase-1 deficiency in bone marrow cells increases early atherosclerosis in apolipoprotein E- and low-density lipoprotein receptor-null mice. Circulation 2006; 113(1):108-117.

(1321)   Cheng C, Tempel D, van HR et al. Atherosclerotic lesion size and vulnerability are determined by patterns of fluid shear stress. Circulation 2006; 113(23):2744-2753.

(1322)   Chan AT, Manson JE, Albert CM et al. Nonsteroidal antiinflammatory drugs, acetaminophen, and the risk of cardiovascular events. Circulation 2006; 113(12):1578-1587.

(1323)   Roth-Cline MD. Clinical trials in the wake of Vioxx: requiring statistically extreme evidence of benefit to ensure the safety of new drugs. Circulation 2006; 113(18):2253-2259.

(1324)   Avorn J. Evaluating drug effects in the post-Vioxx world: there must be a better way. Circulation 2006; 113(18):2173-2176.

(1325)   Hochman JS, Shah NR. What price pain relief? Circulation 2006; 113(25):2868-2870.

KS-000763

(1326)   Andersohn F, Suissa S, Garbe E. Use of first- and second-generation cyclooxygenase-2-selective nonsteroidal antiinflammatory drugs and risk of acute myocardial infarction. Circulation 2006; 113(16):1950-1957.

(1327)   Thom T, Haase N, Rosamond W et al. Heart disease and stroke statistics--2006 update: a report from the American Heart Association Statistics Committee and Stroke Statistics Subcommittee. Circulation 2006; 113(6):e85-151.

(1328)   Gislason GH, Jacobsen S, Rasmussen JN et al. Risk of death or reinfarction associated with the use of selective cyclooxygenase-2 inhibitors and nonselective nonsteroidal antiinflammatory drugs after acute myocardial infarction. Circulation 2006; 113(25):2906-2913.

(1329)   Barnard K. Viewpoint: an explanation for the cardiovascular effects of bevacizumab and rofecoxib? Circulation 2006; 114(19):f173-f175.

(1330)   Solomon SD, Pfeffer MA, McMurray JJ et al. Effect of celecoxib on cardiovascular events and blood pressure in two trials for the prevention of colorectal adenomas. Circulation 2006; 114(10):1028-1035.

(1331)   Jugdutt BI. Cyclooxygenase inhibition and adverse remodeling during healing after myocardial infarction. Circulation 2007; 115(3):288-291.

(1332)   Antman EM, Bennett JS, Daugherty A, Furberg C, Roberts H, Taubert KA. Use of nonsteroidal antiinflammatory drugs: an update for clinicians: a scientific statement from the American Heart Association. Circulation 2007; 115(12):1634-1642.

(1333)   Rosamond W, Flegal K, Friday G et al. Heart disease and stroke statistics--2007 update: a report from the American Heart Association Statistics Committee and Stroke Statistics Subcommittee. Circulation 2007; 115(5):e69-171.

(1334)   Loewen PS. Review of the selective COX-2 inhibitors celecoxib and rofecoxib: focus on clinical aspects. CJEM 2002; 4(4):268-275.

(1335)   Lipani J. Cox-2 inhibitors and cardiovascular risk: the data are inconclusive, and these drugs are needed. Cleve Clin J Med 2001; 68(11):961-962.

(1336)   Mukherjee D, Nissen SE, Topol EJ. Cox-2 inhibitors and cardiovascular risk: we defend our data and suggest caution. Cleve Clin J Med 2001; 68(11):963-964.

(1337)   Mandell BF. COX-2 inhibitors: balancing the hope, the hype, and the concern. Cleve Clin J Med 2001; 68(11):899.

(1338)   Mandell BF. Cox-2 inhibitors and cardiovascular risk: point and counterpoint. Cleve Clin J Med 2001; 68(11):957-960.

(1339)   Schnitzer TJ, Hochberg MC. COX-2-selective inhibitors in the treatment of arthritis. Cleve Clin J Med 2002; 69 Suppl 1:SI20-SI30.

(1340)   Lema MJ. Emerging options with coxib therapy. Cleve Clin J Med 2002; 69 Suppl 1:SI76-SI84.

(1341)   Katz WA. Cyclooxygenase-2-selective inhibitors in the management of acute and perioperative pain. Cleve Clin J Med 2002; 69 Suppl 1:SI65-SI75.

(1342)   Weir MR. Renal effects of nonselective NSAIDs and coxibs. Cleve Clin J Med 2002; 69 Suppl 1:SI53-SI58.

(1343)   Cronstein BN. Cyclooxygenase-2-selective inhibitors: translating pharmacology into clinical utility. Cleve Clin J Med 2002; 69 Suppl 1:SI13-SI19.

(1344)   Fendrick AM. Developing an economic rationale for the use of selective COX-2 inhibitors for patients at risk for NSAID gastropathy. Cleve Clin J Med 2002; 69 Suppl 1:SI59-SI64.

(1345)   Hochberg MC. Coxibs Supplement - Coxibs: Evolution of a Revolutionary Class. Cleve Clin J Med 2002; 69(1 Suppl.):SI-3-SI-4.

(1346)   Peura DA. Gastrointestinal safety and tolerability of nonselective nonsteroidal anti-inflammatory agents and cyclooxygenase-2-selective inhibitors. Cleve Clin J Med 2002; 69 Suppl 1:SI31-SI39.

KS-000764

(1347)   Scheiman JM. Outcomes studies of the gastrointestinal safety of cyclooxygenase-2 inhibitors. Cleve Clin J Med 2002; 69 Suppl 1:SI40-SI46.

(1348)   Bingham CO, III. Development and clinical application of COX-2-selective inhibitors for the treatment of osteoarthritis and rheumatoid arthritis. Cleve Clin J Med 2002; 69 Suppl 1:SI5-12.

(1349)   Konstam MA, Weir MR. Current perspective on the cardiovascular effects of coxibs. Cleve Clin J Med 2002; 69 Suppl 1:SI47-SI52.

(1350)   Karha J, Topol EJ. The sad story of Vioxx, and what we should learn from it. Cleve Clin J Med 2004; 71(12):933-939.

(1351)   Mandell BF. The Vioxx withdrawal: latest in the COX-2 controversies. Cleve Clin J Med 2004; 71(11):841-842.

(1352)   Simon LS, Strand V. A world without Vioxx: to COX-2 or not to COX-2? Cleve Clin J Med 2004; 71(11):849-50, 852, 854.

(1353)   Pang L, Pitt A, Petkova D, Knox AJ. The COX-1/COX-2 balance in asthma. Clin Exp Allergy 1998; 28(9):1050-1058.

(1354)   Picado C, Valero A. COX-1 sparing drugs in aspirin-sensitive asthma. Clin Exp Allergy 2001; 31(2):179-181.

(1355)   Pelletier JP, Mineau F, Fernandes J, Kiansa K, Ranger P, Martel-Pelletier J. Two NSAIDs, nimesulide and naproxen, can reduce the synthesis of urokinase and IL-6 while increasing PAI-1, in human OA synovial fibroblasts. Clin Exp Rheumatol 1997; 15(4):393-398.

(1356)   Lengeling RW, Mitros FA, Brennan JA, Schulze KS. Ulcerative ileitis encountered at ileo-colonoscopy: likely role of nonsteroidal agents. Clin Gastroenterol Hepatol 2003; 1(3):160-169.

(1357)   Bell GM, Schnitzer TJ. Cox-2 inhibitors and other nonsteroidal anti-inflammatory drugs in the treatment of pain in the elderly. Clin Geriatr Med 2001; 17(3):489-502, vi.

(1358)   Bertino JS, Jr., Owens RC, Jr., Carnes TD, Iannini PB. Gatifloxacin-associated corrected QT interval prolongation, torsades de pointes, and ventricular fibrillation in patients with known risk factors. Clin Infect Dis 2002; 34(6):861-863.

(1359)   99th annual meeting of the American Society for Clinical Pharmacology and Therapeutics. New Orleans, Louisiana, USA. March 30-April 1, 1998. Abstracts. Clin Pharmacol Ther 1998; 63(2):137-280.

(1360)   Brown J, Morrison BW, Christensen S et al. MK-0966 50 mg versus ibuprofen 400 mg in post surgical dental pain [ABSTRACT PI-4]. Clin Pharmacol Ther 1999; 65(2):118-Abstr. PI-4.

(1361)   Daniels S, Morrison BW, Cantu N et al. Dose ranging trial of the effect of MK-966 in primary dysmenorrhea [ABSTRACT PI-6]. Clin Pharmacol Ther 1999; 65(2):118-Abstr. PI-6.

(1362)   Brown J, Morrison BW, Bitner M et al. The COX-2 specific inhibitor, MK-0966, is effective in the treatment of primary dysmenorrhea [ABSTRACT PI-5]. Clin Pharmacol Ther 1999; 65(2):118-Abstr. PI-5.

(1363)   Fricke J, Morrison BW, Fite S et al. MK-966 versus naproxen sodium 550 mg in post-surgical dental pain [ABSTRACT PI-7]. Clin Pharmacol Ther 1999; 65(2):119-Abstr. PI-7.

(1364)   Van Hecken A, Depre M, Ehrich E et al. Demonstration of specific COX-2 inhibition by MK-966 in humans with supratherapeutic doses [ABSTRACT PII-69]. Clin Pharmacol Ther 1999; 65(2):164-Abstr. PII-69.

(1365)   100th Annual meeting of the American Society for Clinical Pharmacology and Therapeutics. San Antonio, Texas, USA. March 18-20, 1999. Abstracts. Clin Pharmacol Ther 1999; 65(2):117-234.

(1366)   Schwartz J, Porras A, Larson P et al. Influence of antacids on the bioavailability (F) of a specific cyclooxygenase (COX)-2 inhibitor, MK-0966 (M) in the elderly [ABSTRACT PII-104]. Clin Pharmacol Ther 1999; 65(2):173-Abstr. PII-104.

(1367)   Greenberg HE, Gillen LP, Dorval EP et al. MK-0966, a cyclooxygenase-2 (COX-2) specific inhibitor, had no effect on the anti-platelet activity of low-dose aspirin (ASA) measured by serum thromboxane B-2 (TXB-2) production and platelet aggregation [ABSTRACT PII-66]. Clin Pharmacol Ther 1999; 65(2):163-Abstr. PII-66.

KS-000765

(1368) 2000 Annual meeting of the American Society for Clinical Pharmacology and Therapeutics, Los Angeles, California, USA. March 14-18, 2000. Clin Pharmacol Ther 2000; 67(2):89-192.

(1369) Schwartz J, Zhao P, Gertz B et al. Pharmacokinetics of rofecoxib in mild to moderate hepatic insufficiency (HI) [ABSTRACT PII-90]. Clin Pharmacol Ther 2000; 67(2):137-Abstr. PII-90.

(1370) Schwartz JI, Larson PJ, Bugianesi KJ et al. Effect of rofecoxib (R) on the pharmacodynamics and pharmacokinetics (PK) of warfarin (W) [ABSTRACT PIII-93]. Clin Pharmacol Ther 2000; 67(2):165-Abstr. PIII-93.

(1371) Porras A, Ko A, Larson P et al. Single and multiple dose pharmacokinetics (PK) of rofecoxib (R) in healthy subjects [ABSTRACT PII-89]. Clin Pharmacol Ther 2000; 67(2):137-Abstr. PII-89.

(1372) Schwartz JI, Larson PJ, Gertz BJ, Cote J, Lasseter K, Porras AG. Steady-state rofecoxib pharmacokinetics (PK) in moderate hepatic insufficiency patients (HI). Clin Pharmacol Ther 2001; 69(2):P60.

(1373) Torralba KD, Bertino JS, Jr., Kashuba ADM, Treadwell FR, Whitaker AM, Nafziger AN. Effect of two COX-2 inhibitors on warfarin metabolism on CYP2C9 extensive metabolizers [ABSTRACT PII-50]. Clin Pharmacol Ther 2001; 69(2):P45-Abstr. PII-50.

(1374) Schwartz JI, Van Hecken A, De Lepeleire I et al. Platelet aggregation inhibition by naproxen, rofecoxib, diclofenac, ibuprofen, and meloxicam. Clin Pharmacol Ther 2003; 73(2):P53.

(1375) Edwards DJ, Prescilla RP, Frattarelli DA, Haritos D, Aranda JV. Pharmacokinetics of rofecoxib in children. Clin Pharmacol Ther 2004; 75(2):P73-#PII-80.

(1376) Picco CC, Lee Y, Chuang BP, Gordon SM, Brahim JS, Dionne RA. Effect of a selective COX-2 inhibitor in the development of central sensitization in the oral surgery model. Clin Pharmacol Ther 2004; 75(2):P4-#PI-4.

(1377) Schwartz JI, Vandormael K, Thach C et al. Effect of rofecoxib, etoricoxib, celecoxib, and naproxen on urinary excretion of prostanoids in elderly volunteers. Clin Pharmacol Ther 2004; 75(2):P34-#PI-117.

(1378) Vaszar LT, Stevenson DD. Aspirin-induced asthma. Clin Rev Allergy Immunol 2001; 21(1):71-87.

(1379) Gottesdiener K, Mehlisch DR, Huntington M et al. Efficacy and tolerability of the specific cyclooxygenase-2 inhibitor DFP compared with naproxen sodium in patients with postoperative dental pain. Clin Ther 1999; 21(8):1301-1312.

(1380) Farkouh ME. COX-2 inhibitors and hypercoagulability. Clin Adv Hematol Oncol 2005; 3(1):35-36.

(1381) Makowski M, Grzela T, Niderla J et al. Inhibition of cyclooxygenase-2 indirectly potentiates antitumor effects of photodynamic therapy in mice. Clin Cancer Res 2003; 9(14):5417-5422.

(1382) Badie B, Schartner JM, Hagar AR et al. Microglia cyclooxygenase-2 activity in experimental gliomas: possible role in cerebral edema formation. Clin Cancer Res 2003; 9(2):872-877.

(1383) Higuchi T, Iwama T, Yoshinaga K, Toyooka M, Taketo MM, Sugihara K. A randomized, double-blind, placebo-controlled trial of the effects of rofecoxib, a selective cyclooxygenase-2 inhibitor, on rectal polyps in familial adenomatous polyposis patients. Clin Cancer Res 2003; 9(13):4756-4760.

(1384) Kazanov D, Dvory-Sobol H, Pick M et al. Celecoxib but not rofecoxib inhibits the growth of transformed cells in vitro. Clin Cancer Res 2004; 10(1 Pt 1):267-271.

(1385) Gehrmann M, Brunner M, Pfister K, Reichle A, Kremmer E, Multhoff G. Differential up-regulation of cytosolic and membrane-bound heat shock protein 70 in tumor cells by anti-inflammatory drugs. Clin Cancer Res 2004; 10(10):3354-3364.

(1386) Yao M, Zhou W, Sangha S et al. Effects of nonselective cyclooxygenase inhibition with low-dose ibuprofen on tumor growth, angiogenesis, metastasis, and survival in a mouse model of colorectal cancer. Clin Cancer Res 2005; 11(4):1618-1628.

(1387) Patel MI, Subbaramaiah K, Du B et al. Celecoxib inhibits prostate cancer growth: evidence of a cyclooxygenase-2-independent mechanism. Clin Cancer Res 2005; 11(5):1999-2007.

KS-000766

(1388) Young SD, Whissell M, Noble JC, Cano PO, Lopez PG, Germond CJ. Phase II clinical trial results involving treatment with low-dose daily oral cyclophosphamide, weekly vinblastine, and rofecoxib in patients with advanced solid tumors. Clin Cancer Res 2006; 12(10):3092-3098.

(1389) Haas AR, Sun J, Vachani A et al. Cycloxygenase-2 inhibition augments the efficacy of a cancer vaccine. Clin Cancer Res 2006; 12(1):214-222.

(1390) Hennekens CH. Aspirin in chronic cardiovascular disease and acute myocardial infarction. Clin Cardiol 1990; Suppl 5:V62-V66.

(1391) Mehta JL. Salutary effects of aspirin in coronary artery disease are not limited to its platelet inhibitory effects. Clin Cardiol 1998; 21(12):879-884.

(1392) Zhao SP, Deng P, Huang HG et al. Expression of COX-2 mRNA in peripheral blood monocytes from patients with acute myocardial infarction and its significance. Clin Chem 2005; 51(11):2170-2173.

(1393) Pendlebury S, Duchesne F, Reed KA, Smith JL, Kerr DJ. A trial of adjuvant therapy in colorectal cancer: the VICTOR trial. Clin Colorectal Cancer 2003; 3(1):58-60.

(1394) Rocha PN, Plumb TJ, Robinson LA et al. Role of thromboxane A2 in the induction of apoptosis of immature thymocytes by lipopolysaccharide. Clin Diagn Lab Immunol 2005; 12(8):896-903.

(1395) Chiroli S, Chinellato A, Didoni G, Mazzi S, Lucioni C. Utilisation Pattern of Nonspecific Nonsteroidal Anti-Inflammatory Drugs and COX-2 Inhibitors in a Local Health Service Unit in Northeast Italy. Clin Drug Investig 2003; 23(11):751-760.

(1396) Schwartz JI, Larson PJ, Porras AG et al. Pharmacokinetic evaluation of rofecoxib: comparison of tablet and suspension formulations. Clin Drug Investig 2003; 23(8):503-509.

(1397) Rose P, Steinhauser C. Comparison of Lornoxicam and Rofecoxib in Patients with Activated Osteoarthritis (COLOR Study). Clin Drug Investig 2004; 24(4):227-236.

(1398) Hassan-Alin M, Naesdal J, Nilsson-Pieschl C, Langstrom G, Andersson T. Lack of Pharmacokinetic Interaction between Esomeprazole and the Nonsteroidal Anti-Inflammatory Drugs Naproxen and Rofecoxib in Healthy Subjects. Clin Drug Investig 2005; 25(11):731-740.

(1399) Quattrini M, Paladin S. A double-blind study comparing nimesulide with naproxen in the treatment of osteoarthritis of the hip. Clin Drug Invest 1995; 1995(10):3-139.

(1400) Szczeklik A, Nizankowska E, Bochenek G, Nagraba K, Mejza F, Swierczynska M. Safety of a specific COX-2 inhibitor in aspirin-induced asthma. Clin Exp Allergy 2001; 31(2):219-225.

(1401) Pacor ML, Di LG, Biasi D, Barbagallo M, Corrocher R. Safety of rofecoxib in subjects with a history of adverse cutaneous reactions to aspirin and/or non-steroidal anti-inflammatory drugs. Clin Exp Allergy 2002; 32(3):397-400.

(1402) Asero R. Oral aspirin challenges in patients with a history of intolerance to single non-steroidal anti-inflammatory drugs. Clin Exp Allergy 2005; 35(6):713-716.

(1403) Harirforoosh S, ghazadeh-Habashi A, Jamali F. Extent of renal effect of cyclo-oxygenase-2-selective inhibitors is pharmacokinetic dependent. Clin Exp Pharmacol Physiol 2006; 33(10):917-924.

(1404) Myllykangas-Luosujarvi R, Aho K, Kautiainen H, Isomaki H. Shortening of life span and causes of excess mortality in a population-based series of subjects with rheumatoid arthritis. Clin Exp Rheumatol 1995; 13(2):149-153.

(1405) Appel GB. COX-2 inhibitors and the kidney. Clin Exp Rheumatol 2001; 19(6 Suppl 25):S37-S40.

(1406) Day RO. Pharmacokinetic and pharmacodynamic aspects of the ideal COX-2 inhibitor: a rheumatologist's perspective. Clin Exp Rheumatol 2001; 19(6 Suppl 25):S59-S62.

(1407) Moskowitz RW. The role of anti-inflammatory drugs in the treatment of osteoarthritis: a United States viewpoint. Clin Exp Rheumatol 2001; 19(6 Suppl 25):S3-S8.

KS-000767

(1408) Garcia Rodriguez LA. The effect of NSAIDs on the risk of coronary heart disease: fusion of clinical pharmacology and pharmacoepidemiologic data. Clin Exp Rheumatol 2001; 19(6 Suppl 25):S41-S44.

(1409) Furst DE, Manning DC. Future directions in pain management. Clin Exp Rheumatol 2001; 19(6 Suppl 25):S71-S76.

(1410) Dougados M. The role of anti-inflammatory drugs in the treatment of osteoarthritis: a European viewpoint. Clin Exp Rheumatol 2001; 19(6 Suppl 25):S9-14.

(1411) Patrono C. Measurement of cyclooxygenase isozyme inhibition in humans: exploring the clinical relevance of biochemical selectivity. Clin Exp Rheumatol 2001; 19(6 Suppl 25):S45-S50.

(1412) FitzGerald GA, Cheng Y, Austin S. COX-2 inhibitors and the cardiovascular system. Clin Exp Rheumatol 2001; 19(6 Suppl 25):S31-S36.

(1413) Abramson SB, Furst DE, Hochberg MC, Patrono C. Controversies in COX-2 inhibitor therapy: closing remarks. Clin Exp Rheumatol 2001; 19(6 Suppl 25):S77-S80.

(1414) Hawkey CJ. NSAIDs and COX-2 inhibitors: what can we learn from large outcomes trials? The gastroenterologist's perspective. Clin Exp Rheumatol 2001; 19(6 Suppl 25):S23-S30.

(1415) Hochberg MC. What have we learned from the large outcomes trials of COX-2 selective inhibitors? The rheumatologist's perspective. Clin Exp Rheumatol 2001; 19(6 Suppl 25):S15-S22.

(1416) Dionne RA, Khan AA, Gordon SM. Analgesia and COX-2 inhibition. Clin Exp Rheumatol 2001; 19(6 Suppl 25):S63-S70.

(1417) Brune K, Neubert A. Pharmacokinetic and pharmacodynamic aspects of the ideal COX-2 inhibitor: a pharmacologist's perspective. Clin Exp Rheumatol 2001; 19(6 Suppl 25):S51-S57.

(1418) Rivero M, Santiago B, Galindo M, Brehmer MT, Pablos JL. Cyclooxygenase-2 inhibition lacks immunomodulatory effects on T cells. Clin Exp Rheumatol 2002; 20(3):379-385.

(1419) Niccoli L, Bellino S, Cantini F. Renal tolerability of three commonly employed non-steroidal anti-inflammatory drugs in elderly patients with osteoarthritis. Clin Exp Rheumatol 2002; 20(2):201-207.

(1420) Homoncik M, Malec M, Marsik C et al. Rofecoxib exerts no effect on platelet plug formation in healthy volunteers. Clin Exp Rheumatol 2003; 21(2):229-231.

(1421) Harris RC, Breyer MD. Update on Cyclooxygenase-2 Inhibitors - Mini Review. Clin J Am Soc Nephrol 2006; 1:236-245.

(1422) Yamamoto DS, Viale PH. Cyclooxygenase-2: from arthritis treatment to new indications for the prevention and treatment of cancer. Clin J Oncol Nurs 2003; 7(1):21-29.

(1423) Ridgway D. Analgesics for acute pain: Meeting the United States Food and Drug Administration's requirements for proof of efficacy. Clin J Pain 2004; 20(3):123-132.

(1424) Desjardins PJ, Mehlisch DR, Chang DJ et al. The time to onset and overall analgesic efficacy of rofecoxib 50 mg: a meta-analysis of 13 randomized clinical trials. Clin J Pain 2005; 21(3):241-250.

(1425) Ong KS, Seymour RA, Yeo JF, Ho KH, Lirk P. The efficacy of preoperative versus postoperative rofecoxib for preventing acute postoperative dental pain: a prospective randomized crossover study using bilateral symmetrical oral surgery. Clin J Pain 2005; 21(6):536-542.

(1426) Ong CK, Lirk P, Tan CH, Seymour RA. An evidence-based update on nonsteroidal anti-inflammatory drugs. Clin Med Res 2007; 5(1):19-34.

(1427) Mayan H, Gurevitz O, Farfel Z. Successful treatment by cyclooxyenase-2 inhibitor of refractory hypokalemia in a patient with Gitelman's syndrome. Clin Nephrol 2002; 58(1):73-76.

(1428) Reinhold SW, Fischereder M, Riegger GA, Kramer BK. Acute renal failure after administration of a single dose of a highly selective COX-2 inhibitor. Clin Nephrol 2003; 60(4):295-296.

KS-000768

(1429)  Tan DS, Evanson J, Plowman PN, Chew SL. Post-radiation inflammatory reaction controlled with thalidomide and rofecoxib. Clin Oncol (R Coll Radiol ) 2004; 16(8):585-586.

(1430)  Krzyzanowska MK, Tsao MS, Oza AM et al. Capecitabine plus rofecoxib show no activity in patients with metastatic neuroendocrine tumours. Clin Oncol (R Coll Radiol ) 2006; 18(1):88-89.

(1431)  Sculean A, Berakdar M, Donos N, Auschill TM, Arweiler NB. The effect of postsurgical administration of a selective cyclo-oxygenase-2 inhibitor on the healing of intrabony defects following treatment with enamel matrix proteins. Clin Oral Investig 2003; 7(2):108-112.

(1432)  Bottner F, Roedl R, Wortler K, Grethen C, Winkelmann W, Lindner N. Cyclooxygenase-2 inhibitor for pain management in osteoid osteoma. Clin Orthop Relat Res 2001;(393):258-263.

(1433)  Davies NM, McLachlan AJ, Day RO, Williams KM. Clinical pharmacokinetics and pharmacodynamics of celecoxib: a selective cyclo-oxygenase-2 inhibitor. Clin Pharmacokinet 2000; 38(3):225-242.

(1434)  Davies NM, Teng XW, Skjodt NM. Pharmacokinetics of rofecoxib: a specific cyclo-oxygenase-2 inhibitor. Clin Pharmacokinet 2003; 42(6):545-556.

(1435)  Mehlisch DR, Hubbard RC, Isakson P, Karim A, Weaver M, Mills S. Analgesic efficacy and plasma levels of a highly selective inhibitor of COX-2 (SC-58635; SC) in patients with post-surgical dental pain. Clin Pharmacol Ther 1997; 61(2):195.

(1436)  Mehlisch DR, Mills S, Sandler M et al. Ex vivo assay of COX-2 inhibition predicts analgesic efficacy in post-surgical dental pain with MK-966  [ABSTRACT PI-8]. Clin Pharmacol Ther 1998; 63(2):139-Abstr. PI-8.

(1437)  Stichtenoth DO, Wagner B, Frolich JC. Effects of meloxicam and indomethacin on renin release in man. Clin Pharmacol Ther 1998; 63(2):235.

(1438)  Schwartz J, Mukhopadhyay S, McCabe CH et al. Antipyretic Activity of a Selective Cyclooxygenase (COX)-2 Inhibitor, MK-0966 [ABSTRACT PI-123]. Clin Pharmacol Ther 1998; 63(2):167-Abstr. PI-123.

(1439)  Schwartz JI, Chan CC, Mukhopadhyay S et al. Cyclooxygenase-2 inhibition by rofecoxib reverses naturally occurring fever in humans. Clin Pharmacol Ther 1999; 65(6):653-660.

(1440)  Rossat J, Maillard M, Nussberger J, Brunner HR, Burnier M. Renal effects of selective cyclooxygenase-2 inhibition in normotensive salt-depleted subjects. Clin Pharmacol Ther 1999; 66(1):76-84.

(1441)  Ehrich EW, Dallob A, De L, I et al. Characterization of rofecoxib as a cyclooxygenase-2 isoform inhibitor and demonstration of analgesia in the dental pain model. Clin Pharmacol Ther 1999; 65(3):336-347.

(1442)  Schwartz JI, Bugianesi KJ, Ebel DL et al. The effect of rofecoxib on the pharmacodynamics and pharmcokinetics of warfarin. Clin Pharmacol Ther 2000; 68(6):626-636.

(1443)  Kammerl MC, Nusing RM, Schweda F et al. Low sodium and furosemide-induced stimulation of the renin system in man is mediated by cyclooxygenase 2. Clin Pharmacol Ther 2001; 70(5):468-474.

(1444)  Santini G, Patrignani P, Sciulli MG et al. The human pharmacology of monocyte cyclooxygenase 2 inhibition by cortisol and synthetic glucocorticoids. Clin Pharmacol Ther 2001; 70(5):475-483.

(1445)  Schwartz JI, Vandormael K, Malice MP et al. Comparison of rofecoxib, celecoxib, and naproxen on renal function in elderly subjects receiving a normal-salt diet. Clin Pharmacol Ther 2002; 72(1):50-61.

(1446)  Schwartz JI, Malice M, Lasseter K et al. Comparison of rofecoxib (R), celecoxib (C), and naproxen (N) on blood pressure in elderly volunteers. Clin Pharmacol Ther 2002; 71(2):P7.

(1447)  White WB, Whelton A, Fort JG. Effects of COX-2 specific inhibition on systolic blood pressure in 1,092 older hypertensive patients according to antihypertensive drug class. Clin Pharmacol Ther 2002; 71(2):P9.

(1448)  Werner U, Werner D, Rau T, Fromm MF, Hinz B, Brune K. Celecoxib inhibits metabolism of cytochrome P450 2D6 substrate metoprolol in humans. Clin Pharmacol Ther 2003; 74(2):130-137.

**KS-000769**

(1449)   Griffin MR, Stein CM, Ray WA. Postmarketing surveillance for drug safety: surely we can do better. Clin Pharmacol Ther 2004; 75(6):491-494.

(1450)   Huledal G, Jonzon B, Malmenas M et al. Renal effects of the cyclooxygenase-inhibiting nitric oxide donator AZD3582 compared with rofecoxib and naproxen during normal and low sodium intake. Clin Pharmacol Ther 2005; 77(5):437-450.

(1451)   Lee YS, Kim H, Wu TX, Wang XM, Dionne RA. Genetically mediated interindividual variation in analgesic responses to cyclooxygenase inhibitory drugs. Clin Pharmacol Ther 2006; 79(5):407-418.

(1452)   Wang XM, Wu TX, Lee YS, Dionne RA. Rofecoxib regulates the expression of genes related to the matrix metalloproteinase pathway in humans: implication for the adverse effects of cyclooxygenase-2 inhibitors. Clin Pharmacol Ther 2006; 79(4):303-315.

(1453)   Sato K, Yamada E, Uehara Y, Takagi H, Mori M. Possible role for human leukocyte antigen haplotype in rofecoxib-associated acute pancreatitis and cholestatic hepatitis. Clin Pharmacol Ther 2006; 80(5):554-555.

(1454)   Picado C. Aspirin-induced asthma: what we know now. Clin Pulm Med 2004; 11(1):1-5.

(1455)   Wolfe F, Fries JF. ARAMIS today: moving toward internationally distributed databank systems for follow-up studies. Clin Rheumatol 1987; 6 Suppl 2:93-102.

(1456)   Lanza FL, Arnold JD. Etodolac, a new nonsteroidal anti-inflammatory drug: gastrointestinal microbleeding and endoscopic studies. Clin Rheumatol 1989; 8 Suppl 1:5-15.

(1457)   Everts B, Wahrborg P, Hedner T. COX-2-Specific inhibitors--the emergence of a new class of analgesic and anti-inflammatory drugs. Clin Rheumatol 2000; 19(5):331-343.

(1458)   Jolly M, Curran JJ. Chlamydial infection preceding the development of rheumatoid arthritis: a brief report. Clin Rheumatol 2004; 23(5):453-455.

(1459)   Schnitzer TJ. Update on guidelines for the treatment of chronic musculoskeletal pain. Clin Rheumatol 2006; 25 Suppl 1:S22-S29.

(1460)   Smedman A, Vessby B, Basu S. Isomer-specific effects of conjugated linoleic acid on lipid peroxidation in humans: regulation by alpha-tocopherol and cyclo-oxygenase-2 inhibitor. Clin Sci (Lond) 2004; 106(1):67-73.

(1461)   Dey A, Maric C, Kaesemeyer WH et al. Rofecoxib decreases renal injury in obese Zucker rats. Clin Sci (Lond) 2004; 107(6):561-570.

(1462)   Simon TJ, Roberts WG, Berlin RG, Hayden LJ, Berman RS, Reagan JE. Acid suppression by famotidine 20 mg twice daily or 40 mg twice daily in preventing relapse of endoscopic recurrence of erosive esophagitis. Clin Ther 1995; 17(6):1147-1156.

(1463)   Morrison BW, Christensen S, Yuan W, Brown J, Amlani S, Seidenberg B. Analgesic efficacy of the cyclooxygenase-2-specific inhibitor rofecoxib in post-dental surgery pain: a randomized, controlled trial. Clin Ther 1999; 21(6):943-953.

(1464)   Schnitzer TJ, Truitt K, Fleischmann R et al. The safety profile, tolerability, and effective dose range of rofecoxib in the treatment of rheumatoid arthritis. Phase II Rofecoxib Rheumatoid Arthritis Study Group. Clin Ther 1999; 21(10):1688-1702.

(1465)   Fung HB, Kirschenbaum HL. Selective cyclooxygenase-2 inhibitors for the treatment of arthritis. Clin Ther 1999; 21(7):1131-1157.

(1466)   Malmstrom K, Daniels S, Kotey P, Seidenberg BC, Desjardins PJ. Comparison of rofecoxib and celecoxib, two cyclooxygenase-2 inhibitors, in postoperative dental pain: a randomized, placebo- and active-comparator-controlled clinical trial. Clin Ther 1999; 21(10):1653-1663.

(1467)   Chang DJ, Fricke JR, Bird SR, Bohidar NR, Dobbins TW, Geba GP. Rofecoxib versus codeine/acetaminophen in postoperative dental pain: a double-blind, randomized, placebo- and active comparator-controlled clinical trial. Clin Ther 2001; 23(9):1446-1455.

KS-000770

(1468)   Zhao SZ, Reynolds MW, Lejkowith J, Whelton A, Arellano FM. A comparison of renal-related adverse drug reactions between rofecoxib and celecoxib, based on the World Health Organization/Uppsala Monitoring Centre safety database. Clin Ther 2001; 23(9):1478-1491.

(1469)   Weaver AL. Rofecoxib: clinical pharmacology and clinical experience. Clin Ther 2001; 23(9):1323-1338.

(1470)   Schnitzer TJ. Osteoarthritis management: the role of cyclooxygenase-2-selective inhibitors. Clin Ther 2001; 23(3):313-326.

(1471)   Pellissier JM, Straus WL, Watson DJ, Kong SX, Harper SE. Economic evaluation of rofecoxib versus nonselective nonsteroidal anti-inflammatory drugs for the treatment of osteoarthritis. Clin Ther 2001; 23(7):1061-1079.

(1472)   Daniels SE, Grossman EH, Kuss ME, Talwalker S, Hubbard RC. A double-blind, randomized comparison of intramuscularly and intravenously administered parecoxib sodium versus ketorolac and placebo in a post-oral surgery pain model. Clin Ther 2001; 23(7):1018-1031.

(1473)   Osterhaus JT, Burke TA, May C, Wentworth C, Whelton A, Bristol S. Physician-reported management of edema and destabilized blood pressure in cyclooxygenase-2-specific inhibitor users with osteoarthritis and treated hypertension. Clin Ther 2002; 24(6):969-989.

(1474)   Schoors D. A comparison of the renal and cardiovascular safety of celecoxib and rofecoxib. Clin Ther 2002; 24(3):468-469.

(1475)   Chang DJ, Desjardins PJ, Chen E et al. Comparison of the analgesic efficacy of rofecoxib and enteric-coated diclofenac sodium in the treatment of postoperative dental pain: a randomized, placebo-controlled clinical trial. Clin Ther 2002; 24(4):490-503.

(1476)   Malmstrom K, Fricke JR, Kotey P, Kress B, Morrison B. A comparison of rofecoxib versus celecoxib in treating pain after dental surgery: a single-center, randomized, double-blind, placebo- and active-comparator-controlled, parallel-group, single-dose study using the dental impaction pain model. Clin Ther 2002; 24(10):1549-1560.

(1477)   Schnitzer TJ, Kong SX, Mitchell JH et al. An observational, retrospective, cohort study of dosing patterns for rofecoxib and celecoxib in the treatment of arthritis. Clin Ther 2003; 25(12):3162-3172.

(1478)   Chavez ML, DeKorte CJ. Valdecoxib: a review. Clin Ther 2003; 25(3):817-851.

(1479)   Becker RV, Burke TA, McCoy MA, Trotter JP. A model analysis of costs of blood pressure destabilization and edema associated with rofecoxib and celecoxib among older patients with osteoarthritis and hypertension in a Medicare Choice population. Clin Ther 2003; 25(2):647-662.

(1480)   Armstrong EP, Malone DC. The impact of nonsteroidal anti-inflammatory drugs on blood pressure, with an emphasis on newer agents. Clin Ther 2003; 25(1):1-18.

(1481)   Harley C, Wagner S. The prevalence of cardiorenal risk factors in patients prescribed nonsteroidal anti-inflammatory drugs: data from managed care. Clin Ther 2003; 25(1):139-149.

(1482)   Sumpradit N, Ascione FJ, Bagozzi RP. A cross-media content analysis of motivational themes in direct-to-consumer prescription drug advertising. Clin Ther 2004; 26(1):135-154.

(1483)   Cheng TT, Lai HM, Chiu CK, Chem YC. A single-blind, randomized, controlled trial to assess the efficacy and tolerability of rofecoxib, diclofenac sodium, and meloxicam in patients with acute gouty arthritis. Clin Ther 2004; 26(3):399-406.

(1484)   Korn S, Vassil TC, Kotey PN, Fricke JR, Jr. Comparison of rofecoxib and oxycodone plus acetaminophen in the treatment of acute pain: a randomized, double-blind, placebo-controlled study in patients with moderate to severe postoperative pain in the third molar extraction model. Clin Ther 2004; 26(5):769-778.

(1485)   Curtis SP, Ng J, Yu Q et al. Renal effects of etoricoxib and comparator nonsteroidal anti-inflammatory drugs in controlled clinical trials. Clin Ther 2004; 26(1):70-83.

(1486)   Knijff-Dutmer EA, Postma MJ, van der PJ, Brouwers JR, van de Laar MA. Incremental cost-effectiveness of cyclooxygenase 2-selective versus nonselective nonsteroidal anti-inflammatory drugs in a coxib-naïve users: a pharmacoeconomic analysis linked to a case-control study. Clin Ther 2004; 26(7):1160-1167.

KS-000771

(1487)   Matchaba P, Gitton X, Krammer G et al. Cardiovascular safety of lumiracoxib: a meta-analysis of all randomized controlled trials > or =1 week and up to 1 year in duration of patients with osteoarthritis and rheumatoid arthritis. Clin Ther 2005; 27(8):1196-1214.

(1488)   Daniels SE, Desjardins PJ, Bird SR, Smugar SS, Tershakovec AM. Rofecoxib 50 mg and valdecoxib 20 or 40 mg in adults and adolescents with postoperative pain after third molar extraction: results of two randomized, double-blind, placebo-controlled, single-dose studies. Clin Ther 2006; 28(7):1022-1034.

(1489)   Sanchez-Matienzo D, Arana A, Castellsague J, Perez-Gutthann S. Hepatic disorders in patients treated with COX-2 selective inhibitors or nonselective NSAIDs: a case/noncase analysis of spontaneous reports. Clin Ther 2006; 28(8):1123-1132.

(1490)   Michael HC, Sindet-Pederson S, Seymour RA et al. Analgesic efficacy of the cyclooxygenase-inhibiting nitric oxide donor AZD3582 in postoperative dental pain: Comparison with naproxen and rofecoxib in two randomized, double-blind, placebo-controlled studies. Clin Ther 2006; 28(9):1279-1295.

(1491)   Dubey K, Balani DK, Tripathi CB, Singh R, Bajaj R, Pillai KK. Adverse interactions of rofecoxib with lisinopril in spontaneously hypertensive rats. Clin Toxicol (Phila) 2005; 43(5):361-373.

(1492)   Tomamichel M, Reiner M. Treatment of Thrombophlebitis and Superficial Phlebitis:  A Comparison of Nimesulide and Oxyphenbutazone. Clin Trials J 1983; 20(3):148-157.

(1493)   Milvio C. Treatment of Influenza Syndrome: A Double-Blind Controlled Trial of Nimesulide v. Aspirin. Clin Trials J 1985; 22(1):111-117.

(1494)   Tiseo BC, Namur GN, de Paula EJ, Junior RM, de Oliveira CR. Experimental study of the action of COX-2 selective nonsteroidal anti-inflammatory drugs and traditional anti-inflammatory drugs in bone regeneration. Clinics 2006; 61(3):223-230.

(1495)   Chen BH. COX-2 inhibitors and renal function in elderly people. CMAJ 2000; 163(5):604.

(1496)   Stienburg KL. Rofecoxib (Vioxx): a year in review. CMAJ 2001; 164(7):1039-5.

(1497)   Peterson JC. COX-2 inhibitors in the treatment of cardiovascular disease. CMAJ 2002; 167(7):738-739.

(1498)   Wright JM. The double-edged sword of COX-2 selective NSAIDs. CMAJ 2002; 167(10):1131-1137.

(1499)   Mamdani M, Rochon P, Laupacis A, Anderson G. Initial patterns of use of COX-2 inhibitors by elderly patients in Ontario: findings and implications. CMAJ 2002; 167(10):1125-1126.

(1500)   McCormack JP, Rangno R. Digging for data from the COX-2 trials. CMAJ 2002; 166(13):1649-1650.

(1501)   Woolterton E. What's all the fuss? Safety concerns about COX-2 inhibitors rofecoxib (Vioxx) and celecoxib (Celebrex). CMAJ 2002; 166(13):1692-1693.

(1502)   Wright JM. Why don't we initiate more large simple randomized controlled trials? CMAJ 2003; 169(11):1170-1171.

(1503)   Sibbald B. Rofecoxib (Vioxx) voluntarily withdrawn from market. CMAJ 2004; 171(9):1027-1028.

(1504)   Bhandari M. Does perioperative oral rofecoxib therapy improve functional recovery after knee replacement surgery? CMAJ 2004; 170(10):1540.

(1505)   Zoutman DE, Ford BD, Bassili AR. The confidentiality of patient and physician information in pharmacy prescription records. CMAJ 2004; 170(5):815-816.

(1506)   Kondro W. Lawsuits mount in wake of rofecoxib (Vioxx) withdrawal. CMAJ 2004; 171(11):1335.

(1507)   Priest A. National consumer drug safety network launched. CMAJ 2005; 172(9):1168.

(1508)   Vioxx: lessons for Health Canada and the FDA. CMAJ 2005; 172(1):5, 7.

(1509)   Gorman DC. Perspectives on drug withdrawals. CMAJ 2005; 173(2):129.

KS-000772

(1510)   Murray S. Health Canada lukewarm on Vioxx panel findings. CMAJ 2005; 173(4):350.

(1511)   Williams R. Perspectives on drug withdrawals. CMAJ 2005; 173(2):129.

(1512)   Eggertson L. Vioxx award good news for Canadian lawsuits. CMAJ 2005; 173(7):744.

(1513)   Kondro W. Dispute over Vioxx study plays out in New England journal. CMAJ 2006; 174(10):1397.

(1514)   Levesque LE, Brophy JM, Zhang B. Time variations in the risk of myocardial infarction among elderly users of COX-2 inhibitors. CMAJ 2006; 174(11):1563-1569.

(1515)   Mamdani M, Warren L, Kopp A et al. Changes in rates of upper gastrointestinal hemorrhage after the introduction of cyclooxygenase-2 inhibitors in British Columbia and Ontario. CMAJ 2006; 175(12):1535-1538.

(1516)   Sibbald B. The vexations of Vioxx. CMAJ 2006; 174(4):444-445.

(1517)   Sibbald B. Vioxx should be allowed back on the market advises expert panel. CMAJ 2006; 175(3):234.

(1518)   Armstrong PW. Balancing the cyclooxygenase portfolio. CMAJ 2006; 174(11):1581-1582.

(1519)   Ashworth AJ. Cardiac risks with COX-2 inhibitors. CMAJ 2007; 176(4):489-492.

(1520)   Sibbald B. Quebec allows Vioxx class-action suit. CMAJ 2007; 176(1):20.

(1521)   Lucca U. Nonsteroidal anti-inflammatory drugs and Alzheimer's disease: update on recent data and their therapeutic implications. CNS Drugs 1999; 11(3):207-224.

(1522)   Tabet N, Feldmand H. Ibuprofen for Alzheimer's disease. Cochrane Database Syst Rev 2003;(2):CD004031.

(1523)   Garner SE, Fidan DD, Frankish R, Maxwell L. Rofecoxib for osteoarthritis. Cochrane Database Syst Rev 2005;(1):CD005115.

(1524)   Garner SE, Fidan DD, Frankish RR et al. Rofecoxib for rheumatoid arthritis. Cochrane Database Syst Rev 2005;(1):CD003685.

(1525)   Barden J, Edwards J, Moore RA, McQuay HJ. Single dose oral rofecoxib for postoperative pain. Cochrane Database Syst Rev 2005;(1):CD004604.

(1526)   Gagnier JJ, van TM, Berman B, Bombardier C. Herbal medicine for low back pain. Cochrane Database Syst Rev 2006;(2):CD004504.

(1527)   Towheed TE, Maxwell L, Judd MG, Catton M, Hochberg MC, Wells G. Acetaminophen for osteoarthritis. Cochrane Database Syst Rev 2006;(1):CD004257.

(1528)   Tassorelli C. Inibitori selettovo della ciclo-ossigenasi-2--un'arma potenziale per la terapia dell'emicrania? [Selective cyclo-oxygenase-2 inhibitors--a potential tool migraine therapy?]. Confin Cephalalgica 2000; 9(1):23.

(1529)   Sica DS, Schoolwerth AC, Gehr TW. Pharmacotherapy in congestive heart failure: COX-2 inhibition: a cautionary note in congestive heart failure. Congest Heart Fail 2000; 6(5):272-276.

(1530)   Sloan RW, Heimbach K. Sulfa allergy: when is cross-sensitivity a concern? Consultant 2001; 41(4):564a-564e.

(1531)   King SA. Chronic pain control: what's adequate and appropriate? 10 questions physicians often ask. Consultant 2003; 43(13):1558-1573.

(1532)   Gomez A, Florido JF, Quiralte J, Martin AE, Saenz de San PB. Allergic contact dermatitis due to indomethacin and diclofenac. Contact Dermatitis 2000; 43(1):59.

(1533)   SINBA Group. Indobufen versus aspirin plus dipyridamole after coronary artery bypass surgery. Coron Artery Dis 1991; 2(8):897-906.

KS-000773

(1534) Cataldo G, Heiman F, Lavezzari M, Marubini E. Indobufen compared with aspirin and dipyridamole on graft patency after coronary artery bypass surgery: results of a combined analysis. Coron Artery Dis 1998; 9(4):217-222.

(1535) Barton GR, Avery AJ, Whynes DK. Accounting for the increase in NSAID expenditure: substitution or leakage? Cost Eff Resour Alloc 2006; 4:9.

(1536) Fosslien E. Biochemistry of cyclooxygenase (COX)-2 inhibitors and molecular pathology of COX-2 in neoplasia. Crit Rev Clin Lab Sci 2000; 37(5):431-502.

(1537) O'Banion MK. Cyclooxygenase-2: molecular biology, pharmacology, and neurobiology. Crit Rev Neurobiol 1999; 13(1):45-82.

(1538) Klegeris A, McGeer PL. Non-steroidal anti-inflammatory drugs (NSAIDs) and other anti-inflammatory agents in the treatment of neurodegenerative disease. Curr Alzheimer Res 2005; 2(3):355-365.

(1539) Bing RJ. Cyclooxygenase-2 inhibitors: is there an association with coronary or renal events? Curr Atheroscler Rep 2003; 5(2):114-117.

(1540) Chan TA. Cyclooxygenase inhibition and mechanisms of colorectal cancer prevention. Curr Cancer Drug Targets 2003; 3(6):455-463.

(1541) Mahaffey KW, Harrington RA, Akkerhuis M et al. Systematic adjudication of myocardial infarction end-points in an international clinical trial. Curr Control Trials Cardiovasc Med 2001; 2(4):180-186.

(1542) Al-Saidan SM, Krishnaiah YS, Satyanarayana V, Rao GS. In vitro and in vivo evaluation of guar gum-based matrix tablets of rofecoxib for colonic drug delivery. Curr Drug Deliv 2005; 2(2):155-163.

(1543) Kalgutkar AS, Zhao Z. Discovery and design of selective cyclooxygenase-2 inhibitors as non-ulcerogenic, anti-inflammatory drugs with potential utility as anti-cancer agents. Curr Drug Targets 2001; 2(1):79-106.

(1544) Paramo JA, Rodriguez JA, Beloqui O, Orbe J. Monocyte cyclooxygenase-2 activity: a new therapeutic target for atherosclerosis? Curr Drug Targets Cardiovasc Haematol Disord 2005; 5(4):303-311.

(1545) Coruzzi G, Menozzi A, Dobrilla G. Novel non-steroidal anti-inflammatory drugs: what we have learned from animal studies. Curr Drug Targets Inflamm Allergy 2004; 3(1):43-61.

(1546) Yamada M, Kawai M, Kawai Y, Mashima Y. The effect of selective cyclooxygenase-2 inhibitor on corneal angiogenesis in the rat. Curr Eye Res 1999; 19(4):300-304.

(1547) Schiller LR. Lower gastrointestinal complications of nonsteroidal anti-inflammatory drugs. Curr Gastroenterol Rep 2003; 5(5):397-398.

(1548) Leahy KM, Koki AT, Masferrer JL. Role of cyclooxygenases in angiogenesis. Curr Med Chem 2000; 7(11):1163-1170.

(1549) Lednicer D. Tracing the origins of COX-2 inhibitors' structures. Curr Med Chem 2002; 9(15):1457-1461.

(1550) Kiefer W, Dannhardt G. Novel insights and therapeutical applications in the field of inhibitors of COX-2. Curr Med Chem 2004; 11(24):3147-3161.

(1551) Hoefer IE, Piek JJ, Pasterkamp G. Pharmaceutical interventions to influence arteriogenesis: new concepts to treat ischemic heart disease. Curr Med Chem 2006; 13(9):979-987.

(1552) Jachak SM. Cyclooxygenase inhibitory natural products: current status. Curr Med Chem 2006; 13(6):659-678.

(1553) Bosch HC, Sigmund R, Hettich M. Efficacy and tolerability of intramuscular and oral meloxicam in patients with acute lumbago: a comparison with intramuscular and oral piroxicam. Curr Med Res Opin 1997; 14(1):29-38.

(1554) Steinfeld S, Poriau S. Patient and physician satisfaction with rofecoxib in osteoarthritis: results of the EVA (experience with VIOXX in arthritis) survey. Curr Med Res Opin 2001; 17(2):81-87.

(1555) Wiholm BE. Identification of sulfonamide-like adverse drug reactions to celecoxib in the World Health Organization database. Curr Med Res Opin 2001; 17(3):210-216.

KS-000774

(1556)   Zacher J, Schattenkirchner M. Patient and physician satisfaction with rofecoxib in osteoarthritis: results of a post-marketing surveillance study in primary care in Germany. Curr Med Res Opin 2002; 18(4):229-236.

(1557)   Singh-Ranger G. Patient and physician satisfaction with rofecoxib in osteoarthritis: results of the EVA (experience with VIOXX in arthritis) survey. Current Medical Research and Opinion, 17(2): 81-8, 2001. Curr Med Res Opin 2002; 18(1):45-46.

(1558)   Gertz BJ, Krupa D, Bolognese JA, Sperling RS, Reicin A. A comparison of adverse renovascular experiences among osteoarthritis patients treated with rofecoxib and comparator non-selective non-steroidal anti-inflammatory agents. Curr Med Res Opin 2002; 18(2):82-91.

(1559)   Tacconelli S, Capone ML, Sciulli MG, Ricciotti E, Patrignani P. The biochemical selectivity of novel COX-2 inhibitors in whole blood assays of COX-isozyme activity. Curr Med Res Opin 2002; 18(8):503-511.

(1560)   Collantes-Estevez E, Fernandez-Perez C. Improved control of osteoarthritis pain and self-reported health status in non-responders to celecoxib switched to rofecoxib: results of PAVIA, an open-label post-marketing survey in Spain. Curr Med Res Opin 2003; 19(5):402-410.

(1561)   Arboleya LR, de la FE, Soledad GM, Aragon B. Experience of rofecoxib in patients with osteoarthritis previously treated with traditional non-steroidal anti-inflammatory drugs in Spain: results of phase 2 of the VICOXX study. Curr Med Res Opin 2003; 19(4):288-297.

(1562)   Lee MC, Lee S, Suh DC, Kim J, Kong SX. A cross-sectional retrospective assessment of anti-arthritic drugs in patients with arthritis in Korea. Curr Med Res Opin 2003; 19(7):597-602.

(1563)   Chang DJ, Desjardins PJ, Bird SR et al. Comparison of rofecoxib and a multidose oxycodone/ acetaminophen regimen for the treatment of acute pain following oral surgery: a randomized controlled trial. Curr Med Res Opin 2004; 20(6):939-949.

(1564)   Bracco P, Debernardi C, Coscia D, Pasqualini D, Pasqualicchio F, Calabrese N. Efficacy of rofecoxib and nimesulide in controlling postextraction pain in oral surgery: a randomised comparative study. Curr Med Res Opin 2004; 20(1):107-112.

(1565)   Desjardins PJ, Black PM, Daniels S et al. A randomized controlled study comparing rofecoxib, diclofenac sodium, and placebo in post-bunionectomy pain. Curr Med Res Opin 2004; 20(10):1523-1537.

(1566)   Watson DJ, Yu Q, Bolognese JA, Reicin AS, Simon TJ. The upper gastrointestinal safety of rofecoxib vs. NSAIDs: an updated combined analysis. Curr Med Res Opin 2004; 20(10):1539-1548.

(1567)   Katz N, Rodgers DB, Krupa D, Reicin A. Onset of pain relief with rofecoxib in chronic low back pain: results of two four-week, randomized, placebo-controlled trials. Curr Med Res Opin 2004; 20(5):651-658.

(1568)   Samad T, Abdi S. Cyclooxygenase-2 and antagonists in pain management. Curr Opin Anaesthesiol 2001; 14(5):527-532.

(1569)   O'Banion MK. The potential of cyclooxygenase inhibitors in treatment and prevention of Alzheimer's disease. Curr Opin Anti-Inflamm Immuno Invest Drugs 2000; 2(3):186-2.

(1570)   James MJ, Cleland LG. Cyclooxygenase-2 inhibitors: what went wrong? Curr Opin Clin Nutr Metab Care 2006; 9(2):89-94.

(1571)   Breyer MD, Hao C, Qi Z. Cyclooxygenase-2 selective inhibitors and the kidney. Curr Opin Crit Care 2001; 7(6):393-400.

(1572)   Hawkey CJ, Fortun PJ. Cyclooxygenase-2 inhibitors. Curr Opin Gastroenterol 2005; 21(6):660-664.

(1573)   Kiefer W, Dannhardt G. COX-2 inhibition and the control of pain. Curr Opin Investig Drugs 2002; 3(9):1348-1358.

(1574)   Linton MF, Fazio S. Cyclooxygenase-2 and atherosclerosis. Curr Opin Lipidol 2002; 13(5):497-504.

(1575)   Harris CJ, Brater DC. Renal effects of cyclooxygenase-2 selective inhibitors. Curr Opin Nephrol Hypertens 2001; 10(5):603-610.

**KS-000775**

(1576)  Iadecola C, Alexander M. Cerebral ischemia and inflammation. Curr Opin Neurol 2001; 14(1):89-94.

(1577)  King JF. Tocolysis and preterm labour. Curr Opin Obstet Gynecol 2004; 16(6):459-463.

(1578)  Linton MF, Fazio S. Cyclooxygenase-2 and inflammation in atherosclerosis. Curr Opin Pharmacol 2004; 4(2):116-123.

(1579)  Wang D, Wang M, Cheng Y, FitzGerald GA. Cardiovascular hazard and non-steroidal anti-inflammatory drugs. Curr Opin Pharmacol 2005; 5(2):204-210.

(1580)  Crofford LJ. Specific cyclooxygenase-2 inhibitors: what have we learned since they came into widespread clinical use? Curr Opin Rheumatol 2002; 14(3):225-230.

(1581)  Ardoin SP, Sundy JS. Update on nonsteriodal anti-inflammatory drugs. Curr Opin Rheumatol 2006; 18(3):221-226.

(1582)  Crofford LJ. Clinical experience with specific COX-2 inhibitors in arthritis. Curr Pharm Des 2000; 6(17):1725-1736.

(1583)  Hawkey CJ, Skelly MM. Gastrointestinal safety of selective COX-2 inhibitors. Curr Pharm Des 2002; 8(12):1077-1089.

(1584)  Graham GG, Graham RI, Day RO. Comparative analgesia, cardiovascular and renal effects of celecoxib, rofecoxib and acetaminophen (paracetamol). Curr Pharm Des 2002; 8(12):1063-1075.

(1585)  Scheiman JM. Gastroduodenal safety of cyclooxygenase-2 inhibitors. Curr Pharm Des 2003; 9(27):2197-2206.

(1586)  Perini RF, Ma L, Wallace JL. Mucosal repair and COX-2 inhibition. Curr Pharm Des 2003; 9(27):2207-2211.

(1587)  Chan FK. COX-2 inhibition, H. pylori infection and the risk of gastrointestinal complications. Curr Pharm Des 2003; 9(27):2213-2219.

(1588)  Meagher EA. Cardiovascular and renovascular implications of COX-2 inhibition. Curr Pharm Des 2004; 10(6):603-611.

(1589)  Tacconelli S, Capone ML, Patrignani P. Clinical pharmacology of novel selective COX-2 inhibitors. Curr Pharm Des 2004; 10(6):589-601.

(1590)  Dogne JM, Hanson J, Supuran C, Pratico D. Coxibs and cardiovascular side-effects: from light to shadow. Curr Pharm Des 2006; 12(8):971-975.

(1591)  Committee on Safety of Medicines. Rofecoxib (VIOXX). Curr Probl Pharmacovigilance 2000; 26:13.

(1592)  No Author. Non-steroidal anti-inflammatory drugs (NSAIDs) and gastrointestinal (GI) safety. Curr Probl Pharmacovigilance 2002; 28:5.

(1593)  Kurth T, Hennekens CH, Buring JE, Gaziano JM. Aspirin, NSAIDs, and COX-2 inhibitors in cardiovascular disease: possible interactions and implications for treatment of rheumatoid arthritis. Curr Rheumatol Rep 2004; 6(5):351-356.

(1594)  Shoor S. Athletes, nonsteroidal anti-inflammatory drugs, coxibs, and the gastrointestinal tract. Curr Sports Med Rep 2002; 1(2):107-115.

(1595)  Miller Q, Losken A, Harre JG, Bird ME. Rofecoxib does not adversely affect skin graft survival in a rat model. Curr Surg 2004; 61(2):227-230.

(1596)  Reiner M, Magni E. Efficacy and Safety of Nimesulide in the Short-Term Treatment of Rheumatoid Arthritis. Curr Ther Res Clin Exp 1982; 31(6, Sec. 1):906-912.

(1597)  Cornaro G. A New Non-Steroidal Anti-Inflammatory Drug in the Treatment of Inflammations Due to Parodontal Surgery. Curr Ther Res Clin Exp 1983; 33(6, Sec. 1):982-989.

(1598)  Cipollini F, Mecozzi V, Altilia F. Endoscopic Assessment of the Effects of Nimesulide on the Gastric Mucosa: Comparison with Indomethacin. Curr Ther Res Clin Exp 1989; 45(6):1042-1048.

(1599)  Rondel RK, Eberhardt RT, Koch J, Schurmann W. Treatment of Primary Essential Dysmenorrhoea with Nimesulide: A Double-Blind Crossover Study. Curr Ther Res Clin Exp 2004; 35(1):123-129.

KS-000776

(1600)  Pham K, Hirschberg R. Global safety of coxibs and NSAIDs. Curr Top Med Chem 2005; 5(5):465-473.

(1601)  Rodriguez-Moranta F, Castells A. Mechanisms of colon cancer prevention with and beyond COX-2 inhibition. Curr Top Med Chem 2005; 5(5):505-516.

(1602)  Takeuchi K, Tanaka A, Hayashi Y, Yokota A. COX inhibition and NSAID-induced gastric damage--roles in various pathogenic events. Curr Top Med Chem 2005; 5(5):475-486.

(1603)  Fiorucci S, Antonelli E. Dual COX-inhibitors: the answer is NO? Curr Top Med Chem 2005; 5(5):487-492.

(1604)  Lehmann FS, Beglinger C. Impact of COX-2 inhibitors in common clinical practice a gastroenterologist's perspective. Curr Top Med Chem 2005; 5(5):449-464.

(1605)  Arber N, Levin B. Chemoprevention of colorectal cancer: ready for routine use? Curr Top Med Chem 2005; 5(5):517-525.

(1606)  Hochberg MC. COX-2 selective inhibitors in the treatment of arthritis: a rheumatologist perspective. Curr Top Med Chem 2005; 5(5):443-448.

(1607)  Benamouzig R, Uzzan B, Little J, Chaussade S. Low dose aspirin, COX-inhibition and chemoprevention of colorectal cancer. Curr Top Med Chem 2005; 5(5):493-503.

(1608)  Lanas A. Benefits, problems and alternatives to COX-2 inhibition. Curr Top Med Chem 2005; 5(5):441-442.

(1609)  Nedorost ST, Florentino FT, Gilliam AC. Fixed drug eruption to rofecoxib. Cutis 2002; 70(2):125-126.

(1610)  George MM, Li SD, Mindikoglu AL et al. Platelet sparing effect of COX II inhibition used with pegylated interferon alfa-2a for the treatment of chronic hepatitis C: a short term pilot study. Cytokine 2004; 27(6):159-165.

(1611)  Khan AA, Dionne RA. The COX-2 inhibitors: new analgesic and anti-inflammatory drugs. Dent Clin North Am 2002; 46(4):679-690.

(1612)  Kaur C, Sarkar R, Kanwar AJ. Fixed drug eruption to rofecoxib with cross-reactivity to sulfonamides. Dermatology 2001; 203(4):351.

(1613)  Sarkar R, Kaur C, Kanwar AJ. Erythema multiforme due to rofecoxib. Dermatology 2002; 204(4):304-305.

(1614)  Gysemans C, Stoffels K, Giulietti A et al. Prevention of primary non-function of islet xenografts in autoimmune diabetic NOD mice by anti-inflammatory agents. Diabetologia 2003; 46(8):1115-1123.

(1615)  Alpert E, Gruzman A, Lardi-Studler B, Cohen G, Reich R, Sasson S. Cyclooxygenase-2 (PTGS2) inhibitors augment the rate of hexose transport in L6 myotubes in an insulin- and AMPKalpha-independent manner. Diabetologia 2006; 49(3):562-570.

(1616)  Collins PW, Pappo R, Dajani EZ. Chemistry and synthetic development of misoprostol. Dig Dis Sci 1985; 30(11 Suppl):114S-117S.

(1617)  Herting RL, Nissen CH. Overview of misoprostol clinical experience. Dig Dis Sci 1986; 31(2 Suppl):47S-54S.

(1618)  Lanza FL, Graham DY, Davis RE, Rack MF. Endoscopic comparison of cimetidine and sucralfate for prevention of naproxen-induced acute gastroduodenal injury. Effect of scoring method. Dig Dis Sci 1990; 35(12):1494-1499.

(1619)  Agrawal NM, Van Kerckhove HE, Erhardt LJ, Geis GS. Misoprostol coadministered with diclofenac for prevention of gastroduodenal ulcers. A one-year study. Dig Dis Sci 1995; 40(5):1125-1131.

(1620)  Laudanno OM, Cesolari JA, Esnarriaga J et al. Gastrointestinal damage induced by celecoxib and rofecoxib in rats. Dig Dis Sci 2001; 46(4):779-784.

(1621)  Takeuchi K, Kagawa S, Mimaki H, Aoi M, Kawauchi S. COX and NOS isoforms involved in acid-induced duodenal bicarbonate secretion in rats. Dig Dis Sci 2002; 47(9):2116-2124.

KS-000777

(1622)  Konturek PC, Konturek SJ, Bielanski W et al. Influence of COX-2 inhibition by rofecoxib on serum and tumor progastrin and gastrin levels and expression of PPARgamma and apoptosis-related proteins in gastric cancer patients. Dig Dis Sci 2003; 48(10):2005-2017.

(1623)  Arber N. COX-2 cancer prevent CRC: from the bench to the bed side. Dig Dis Sci 2003; 48(9):1867.

(1624)  Hallak A, on-Baron L, Shamir R et al. Rofecoxib reduces polyp recurrence in familial polyposis. Dig Dis Sci 2003; 48(10):1998-2002.

(1625)  Takeuchi K, Tanaka A, Hayashi Y, Kubo Y. Functional mechanism underlying COX-2 expression following administration of indomethacin in rat stomachs: importance of gastric hypermotility. Dig Dis Sci 2004; 49(2):180-187.

(1626)  Papachristou GI, Demetris AJ, Rabinovitz M. Acute cholestatic hepatitis associated with long-term use of rofecoxib. Dig Dis Sci 2004; 49(3):459-461.

(1627)  Takeuchi K, Yokota A, Tanaka A, Takahira Y. Factors involved in upregulation of inducible nitric oxide synthase in rat small intestine following administration of nonsteroidal anti-inflammatory drugs. Dig Dis Sci 2006; 51(7):1250-1259.

(1628)  Mor M, Niv G, Niv Y. Patient retention in a clinical trial: a lesson from the rofecoxib (VIOXX) study. Dig Dis Sci 2006; 51(7):1175-1178.

(1629)  Tanaka A, Hatazawa R, Takahira Y, Izumi N, Filaretova L, Takeuchi K. Preconditioning stress prevents cold restraint stress-induced gastric lesions in rats: roles of COX-1, COX-2, and PLA2. Dig Dis Sci 2007; 52(2):478-487.

(1630)  Wallace JL, Muscara MN. Selective cyclo-oxygenase-2 inhibitors: cardiovascular and gastrointestinal toxicity. Dig Liver Dis 2001; 33 Suppl 2:S21-S28.

(1631)  Wallace JL. Selective cyclooxygenase-2 inhibitors: after the smoke has cleared. Dig Liver Dis 2002; 34(2):89-94.

(1632)  Harsch IA, Michaeli P, Hahn EG, Konturek PC, Klein R. A rare case of rofecoxib-induced cholestatic hepatitis. Dig Liver Dis 2003; 35(12):911-912.

(1633)  Wong VW, Leong RW, Chan FK. Upper gastrointestinal complications related to non-steroidal anti-inflammatory drugs-- what have we achieved so far? Dig Liver Dis 2004; 36(1):1-3.

(1634)  Radaelli F, Feltri M, Meucci G, Spinzi G, Terruzzi V, Minoli G. Ischemic colitis associated with rofecoxib. Dig Liver Dis 2005; 37(5):372-376.

(1635)  Geis GS, Hubbard RC, Callison DA, Yu S, Zhao W. Safety and efficacy of celecoxib, a specific COX-2 inhibitor, in patients with rheumatoid arthritis. Digestion 1998; 59(3 Suppl.):216.

(1636)  Araki H, Komoike Y, Matsumoto M, Tanaka A, Takeuchi K. Healing of duodenal ulcers is not impaired by indomethacin or rofecoxib, the selective COX-2 inhibitor, in rats. Digestion 2002; 66(3):145-153.

(1637)  Takeuchi K, Miyazawa T, Matsumoto M, Hayashi Y. Both selective COX-1 and COX-2 inhibitors aggravate gastric damage induced in rats by 2-deoxy-D-glucose. relation to gastric hypermotility and COX-2 expression. Digestion 2003; 68(2-3):71-79.

(1638)  Yamato M, Nagahama K, Kotani T, Kato S, Takeuchi K. Biphasic effect of prostaglandin E2 in a rat model of esophagitis mediated by EP1 receptors: relation to pepsin secretion. Digestion 2005; 72(2-3):109-118.

(1639)  Church J, Simmang C. Practice parameters for the treatment of patients with dominantly inherited colorectal cancer (familial adenomatous polyposis and hereditary nonpolyposis colorectal cancer). Dis Colon Rectum 2003; 46(8):1001-1012.

(1640)  Nair KV, Ganther JM, Valuck RJ, McCollum M, Lewis SJ. Improving formulary compliance with managed care members. Drug Benefit Trends 2002; 14(7):44-46.

(1641)  Shapiro DR, Cook TJ. Aanalysis of Long-Term Adverse Experience Dtabase Using the Weibull Model. Drug Info J 1994; 28:541-552.

**KS-000778**

(1642)  Marini U, Spotti D, Maghi E, Monti T. Double-Blind Endoscopic Study Comparing the Effect of Nimesulide and Placebo on Gastric Mucosa of Dyspeptic Subjects. Drug Invest 1990; 2(3):162-166.

(1643)  Nicoll-Griffith DA, Falgueyret JP, Silva JM et al. Oxidative metabolism of the lactol prodrug of a lactone cyclooxygenase-2 inhibitor. Drug Metab Dispos 1999; 27(3):403-409.

(1644)  Halpin RA, Geer LA, Zhang KE et al. The absorption, distribution, metabolism and excretion of rofecoxib, a potent and selective cyclooxygenase-2 inhibitor, in rats and dogs. Drug Metab Dispos 2000; 28(10):1244-1254.

(1645)  Baillie TA, Halpin RA, Matuszewski BK et al. Mechanistic studies on the reversible metabolism of rofecoxib to 5-hydroxyrofecoxib in the rat: evidence for transient ring opening of a substituted 2-furanone derivative using stable isotope-labeling techniques. Drug Metab Dispos 2001; 29(12):1614-1628.

(1646)  Halpin RA, Porras AG, Geer LA et al. The disposition and metabolism of rofecoxib, a potent and selective cyclooxygenase-2 inhibitor, in human subjects. Drug Metab Dispos 2002; 30(6):684-693.

(1647)  Slaughter D, Takenaga N, Lu P et al. Metabolism of rofecoxib in vitro using human liver subcellular fractions. Drug Metab Dispos 2003; 31(11):1398-1408.

(1648)  Zhang JY, Zhan J, Cook CS, Ings RM, Breau AP. Involvement of human UGT2B7 and 2B15 in rofecoxib metabolism. Drug Metab Dispos 2003; 31(5):652-658.

(1649)  Rodrigues AD. Impact of CYP2C9 genotype on pharmacokinetics: are all cyclooxygenase inhibitors the same? Drug Metab Dispos 2005; 33(11):1567-1575.

(1650)  Oitate M, Hirota T, Koyama K, Inoue S, Kawai K, Ikeda T. Covalent binding of radioactivity from [14C]rofecoxib, but not [14C]celecoxib or [14C]CS-706, to the arterial elastin of rats. Drug Metab Dispos 2006; 34(8):1417-1422.

(1651)  Karjalainen MJ, Neuvonen PJ, Backman JT. Rofecoxib is a potent, metabolism-dependent inhibitor of CYP1A2: implications for in vitro prediction of drug interactions. Drug Metab Dispos 2006; 34(12):2091-2096.

(1652)  Parnham MJ. Selective COX-2 inhibitors. Drug News Perspect 1997; 10(3):182-187.

(1653)  Richardson C, Emery P. The clinical implications of inhibition of the inducible form of cyclo-oxygenase. Drug Saf 1996; 15(4):249-260.

(1654)  Feenstra J, Grobbee DE, Mosterd A, Stricker BH. Adverse cardiovascular effects of NSAIDs in patients with congestive heart failure. Drug Saf 1997; 17(3):166-180.

(1655)  La CR, Caselli M, Castellino G, Bajocchi G, Trotta F. Prophylaxis and treatment of NSAID-induced gastroduodenal disorders. Drug Saf 1999; 20(6):527-543.

(1656)  Knowles S, Shapiro L, Shear NH. Should celecoxib be contraindicated in patients who are allergic to sulfonamides? Revisiting the meaning of 'sulfa' allergy. Drug Saf 2001; 24(4):239-247.

(1657)  Shear NH, Knowles S, Shapiro L. Should celecoxib be contraindicated in patients who are allergic to sulfonamides? The authors reply. Drug Saf 2002; 25(4):299-300.

(1658)  Stone S, Khamashta MA, Nelson-Piercy C. Nonsteroidal anti-inflammatory drugs and reversible female infertility: is there a link? Drug Saf 2002; 25(8):545-551.

(1659)  Wiholm BE. Should celecoxib be contraindicated in patients who are allergic to sulfonamides? Drug Saf 2002; 25(4):297-299.

(1660)  Coulter DM. Signal generation in the New Zealand Intensive Medicines Monitoring Programme: a combined clinical and statistical approach. Drug Saf 2002; 25(6):433-439.

(1661)  Ahmad SR, Kortepeter C, Brinker A, Chen M, Beitz J. Renal failure associated with the use of celecoxib and rofecoxib. Drug Saf 2002; 25(7):537-544.

(1662)  Noroian G, Clive D. Cyclo-oxygenase-2 inhibitors and the kidney: a case for caution. Drug Saf 2002; 25(3):165-172.

KS-000779

(1663)   Howes LG, Krum H. Selective cyclo-oxygenase-2 inhibitors and myocardial infarction: how strong is the link? Drug Saf 2002; 25(12):829-835.

(1664)   Bannwarth B, Treves R, Euller-Ziegler L, Rolland D, Ravaud P, Dougados M. Adverse events associated with rofecoxib therapy: results of a large study in community-derived osteoarthritic patients. Drug Saf 2003; 26(1):49-54.

(1665)   Meagher EA. Balancing gastroprotection and cardioprotection with selective cyclo-oxygenase-2 inhibitors: clinical implications. Drug Saf 2003; 26(13):913-924.

(1666)   Laporte JR, Ibanez L, Vidal X, Vendrell L, Leone R. Upper gastrointestinal bleeding associated with the use of NSAIDs: newer versus older agents. Drug Saf 2004; 27(6):411-420.

(1667)   Chan VS. A mechanistic perspective on the specificity and extent of COX-2 inhibition in pregnancy. Drug Saf 2004; 27(7):421-426.

(1668)   Clark DW, Donnelly E, Coulter DM, Roberts RL, Kennedy MA. Linking pharmacovigilance with pharmacogenetics. Drug Saf 2004; 27(15):1171-1184.

(1669)   Schmidt H, Woodcock BG, Geisslinger G. Benefit-risk assessment of rofecoxib in the treatment of osteoarthritis. Drug Saf 2004; 27(3):185-196.

(1670)   Mittmann N, Knowles SR, Gomez M, Fish JS, Cartotto R, Shear NH. Evaluation of the extent of under-reporting of serious adverse drug reactions: the case of toxic epidermal necrolysis. Drug Saf 2004; 27(7):477-487.

(1671)   Shields KE, Wiholm BE, Hostelley LS, Striano LF, Arena SR, Sharrar RG. Monitoring outcomes of pregnancy following drug exposure: a company-based pregnancy registry program. Drug Saf 2004; 27(6):353-367.

(1672)   Clark DW, Layton D, Shakir SA. Do some inhibitors of COX-2 increase the risk of thromboembolic events?: Linking pharmacology with pharmacoepidemiology. Drug Saf 2004; 27(7):427-456.

(1673)   Kasliwal R, Layton D, Harris S, Wilton L, Shakir SA. A comparison of reported gastrointestinal and thromboembolic events between rofecoxib and celecoxib using observational data. Drug Saf 2005; 28(9):803-816.

(1674)   Edwards IR. What are the real lessons from Vioxx? Drug Saf 2005; 28(8):651-658.

(1675)   Bannwarth B. Do selective cyclo-oxygenase-2 inhibitors have a future? Drug Saf 2005; 28(3):183-189.

(1676)   Harrison-Woolrych M, Herbison P, McLean R, Ashton J, Slattery J. Incidence of thrombotic cardiovascular events in patients taking celecoxib compared with those taking rofecoxib: interim results from the New Zealand Intensive Medicines Monitoring Programme. Drug Saf 2005; 28(5):435-442.

(1677)   Chan FK. NSAID-induced peptic ulcers and Helicobacter pylori infection: implications for patient management. Drug Saf 2005; 28(4):287-300.

(1678)   La GL, Lee L, Weaver J et al. Comparison of reporting of Stevens-Johnson syndrome and toxic epidermal necrolysis in association with selective COX-2 inhibitors. Drug Saf 2005; 28(10):917-924.

(1679)   Layton D, Marshall V, Boshier A, Friedmann P, Shakir SA. Serious skin reactions and selective COX-2 inhibitors: a case series from prescription-event monitoring in England. Drug Saf 2006; 29(8):687-696.

(1680)   Naesdal J, Brown K. NSAID-associated adverse effects and acid control aids to prevent them: a review of current treatment options. Drug Saf 2006; 29(2):119-132.

(1681)   Barnard L, Lavoie D, Lajeunesse N. Increase in nonfatal digestive perforations and haemorrhages following introduction of selective NSAIDs: a public health concern. Drug Saf 2006; 29(7):613-620.

(1682)   Motsko SP, Rascati KL, Busti AJ et al. Temporal relationship between use of NSAIDs, including selective COX-2 inhibitors, and cardiovascular risk. Drug Saf 2006; 29(7):621-632.

(1683)   Huang WF, Hsiao FY, Tsai YW, Wen YW, Shih YT. Cardiovascular events associated with long-term use of celecoxib, rofecoxib and meloxicam in Taiwan: an observational study. Drug Saf 2006; 29(3):261-272.

**KS-000780**

(1684)  Are rofecoxib and celecoxib safer NSAIDs? Drug Ther Bull 2000; 38(11):81-86.

(1685)  Wiseman LR, Fitton A, Buckley MM. Indobufen. A review of its pharmacodynamic and pharmacokinetic properties, and therapeutic efficacy in cerebral, peripheral and coronary vascular disease. Drugs 1992; 44(3):445-464.

(1686)  Cashman JN. The mechanisms of action of NSAIDs in analgesia. Drugs 1996; 52 Suppl 5:13-23.

(1687)  Wollheim FA. Current pharmacological treatment of osteoarthritis. Drugs 1996; 52 Suppl 3:27-38.

(1688)  Jouzeau JY, Terlain B, Abid A, Nedelec E, Netter P. Cyclo-oxygenase isoenzymes. How recent findings affect thinking about nonsteroidal anti-inflammatory drugs. Drugs 1997; 53(4):563-582.

(1689)  Choy EH, Scott DL. Drug treatment of rheumatic diseases in the 1990s. Achievements and future developments. Drugs 1997; 53(3):337-348.

(1690)  Toussirot E, Wendling D. Current guidelines for the drug treatment of ankylosing spondylitis. Drugs 1998; 56(2):225-240.

(1691)  Saag K. Rofecoxib. Drugs 1999; 58(3):506.

(1692)  Scott LJ, Lamb HM. Rofecoxib. Drugs 1999; 58(3):499-505.

(1693)  Hunt RH. Rofecoxib. Drugs 1999; 58(3):506-507.

(1694)  Jackson LM, Hawkey CJ. COX-2 selective nonsteroidal anti-Inflammatory drugs: do they really offer any advantages? Drugs 2000; 59(6):1207-1216.

(1695)  Clemett D, Goa KL. Celecoxib: a review of its use in osteoarthritis, rheumatoid arthritis and acute pain. Drugs 2000; 59(4):957-980.

(1696)  Matheson AJ, Figgitt DP. Rofecoxib: a review of its use in the management of osteoarthritis, acute pain and rheumatoid arthritis. Drugs 2001; 61(6):833-865.

(1697)  Nurmohamed MT, van H, V, Dijkmans BA. Cardiovascular risk profile of antirheumatic agents in patients with osteoarthritis and rheumatoid arthritis. Drugs 2002; 62(11):1599-1609.

(1698)  Cochrane DJ, Jarvis B, Keating GM. Etoricoxib. Drugs 2002; 62(18):2637-2651.

(1699)  Ormrod D, Wellington K, Wagstaff AJ. Valdecoxib. Drugs 2002; 62(14):2059-2071.

(1700)  Bianchi M, Broggini M. A randomized, double-blind, clinical trial comparing the efficacy of nimesulide, celecoxib and rofecoxib in osteoarthritis of the knee. Drugs 2003; 63 Suppl 1:37-46.

(1701)  Fenton C, Keating GM, Wagstaff AJ. Valdecoxib: a review of its use in the management of osteoarthritis, rheumatoid arthritis, dysmenorrhoea and acute pain. Drugs 2004; 64(11):1231-1261.

(1702)  Kozel MM, Sabroe RA. Chronic urticaria: aetiology, management and current and future treatment options. Drugs 2004; 64(22):2515-2536.

(1703)  Scheiman JM. Unmet needs in non-steroidal anti-inflammatory drug-induced upper gastrointestinal diseases. Drugs 2006; 66 Suppl 1:15-21.

(1704)  Davies NM, Wallace JL. Selective inhibitors of cyclooxygenase-2. Potential in elderly patients. Drugs Aging 1996; 9(6):406-417.

(1705)  Aisen PS, Pasinetti GM. Glucocorticoids in Alzheimer's disease. The story so far. Drugs Aging 1998; 12(1):1-6.

(1706)  Bird HA. When are NSAIDs appropriate in osteoarthritis? Drugs Aging 1998; 12(2):87-95.

(1707)  Reddy BS, Rao CV. Colon cancer: a role for cyclo-oxygenase-2-specific nonsteroidal anti-inflammatory drugs. Drugs Aging 2000; 16(5):329-334.

KS-000781

(1708)  McGeer PL. Cyclo-oxygenase-2 inhibitors: rationale and therapeutic potential for Alzheimer's disease. Drugs Aging 2000; 17(1):1-11.

(1709)  Bhana N, McClellan KJ. Indobufen: an updated review of its use in the management of atherothrombosis. Drugs Aging 2001; 18(5):369-388.

(1710)  Davis MP, Srivastava M. Demographics, assessment and management of pain in the elderly. Drugs Aging 2003; 20(1):23-57.

(1711)  Nikolaus T, Zeyfang A. Pharmacological treatments for persistent non-malignant pain in older persons. Drugs Aging 2004; 21(1):19-41.

(1712)  Brinker A, Goldkind L, Bonnel R, Beitz J. Spontaneous reports of hypertension leading to hospitalisation in association with rofecoxib, celecoxib, nabumetone and oxaprozin. Drugs Aging 2004; 21(7):479-484.

(1713)  Savage R. Cyclo-oxygenase-2 inhibitors: when should they be used in the elderly? Drugs Aging 2005; 22(3):185-200.

(1714)  Bansal SS, Joshi A, Bansal AK. New dosage formulations for targeted delivery of cyclo-oxygenase-2 inhibitors : focus on use in the elderly. Drugs Aging 2007; 24(6):441-451.

(1715)  Bernasconi P, Massera E. Evaluation of a new pharmaceutical form of nimesulide for the treatment of influenza. Drugs Exp Clin Res 1985; 11(10):739-743.

(1716)  Pochobradsky MG, Mele G, Beretta A, Montagnani G. Post-marketing survey of nimesulide in the short-term treatment of osteoarthritis. Drugs Exp Clin Res 1991; 17(3):197-204.

(1717)  Sorbera LA, Leeson PA, Castaner J. Rofecoxib: antiinflammatory cyclooxygenase-2 inhibitor. Drugs Future 1998; 23(12):1287-1296.

(1718)  Nitronaproxen: AZD 3582, HCT 3012, Naproxen Nitroxybutylester, NO-Naproxen. Drugs R D 2006; 7(4):262-266.

(1719)  No Author. Rofecoxib: a selective COX-2 inhibitor. Drugs Ther Perspect 2000; 15(2):1-5.

(1720)  No Author. Rofecoxib: a selective and effective COX-2 inhibitor. Drugs Ther Perspect 2002; 18(2):1-3.

(1721)  Cannon GW. Rofecoxib: a specific cyclooxygenase inhibitor. Drugs Today (Barc ) 2000; 36(4):255-262.

(1722)  Cacabelos R, Alvarez A, Lombardi V et al. Pharmacological treatment of Alzheimer disease: from psychotropic drugs and cholinesterase inhibitors to pharmacogenomics. Drugs Today (Barc ) 2000; 36(7):415-499.

(1723)  Foral PA, Nystrom KK, Wilson AF, Christensen CM. Gastrointestinal-related adverse effects of COX-2 inhibitors. Drugs Today (Barc ) 2003; 39(12):939-948.

(1724)  Kammerl MC, Schweda F, Endemann D, Stubanus M, Fischereder M, Kramer BK. Influence of cyclooxygenase-2 on renin secretion in man. Dtsch Med Wochenschr 2000; 125(3 Suppl.):S71.

(1725)  Greener M. Drug safety on trial. Last year's withdrawal of the anti-arthritis drug Vioxx triggered a debate about how to better monitor drug safety even after approval. EMBO Rep 2005; 6(3):202-204.

(1726)  Wilton T. Cyclooxygenase-2 inhibitors: do they have a role in emergency department prescribing? Emerg Med Australas 2004; 16(1):65-73.

(1727)  Garcia Rodriguez LA, Walker AM, Perez GS. Nonsteroidal antiinflammatory drugs and gastrointestinal hospitalizations in Saskatchewan: a cohort study. Epidemiology 1992; 3(4):337-342.

(1728)  Garcia Rodriguez LA, Varas C, Patrono C. Differential effects of aspirin and non-aspirin nonsteroidal antiinflammatory drugs in the primary prevention of myocardial infarction in postmenopausal women. Epidemiology 2000; 11(4):382-387.

(1729)  Schneeweiss S, Glynn RJ, Tsai EH, Avorn J, Solomon DH. Adjusting for unmeasured confounders in pharmacoepidemiologic claims data using external information: the example of COX2 inhibitors and myocardial infarction. Epidemiology 2005; 16(1):17-24.

KS-000782

(1730) Brochier ML. Evaluation of flurbiprofen for prevention of reinfarction and reocclusion after successful thrombolysis or angioplasty in acute myocardial infarction. The Flurbiprofen French Trial. Eur Heart J 1993; 14(7):951-957.

(1731) Verheggen PW, de Maat MP, Cats VM et al. Inflammatory status as a main determinant of outcome in patients with unstable angina, independent of coagulation activation and endothelial cell function. Eur Heart J 1999; 20(8):567-574.

(1732) Heba G, Dudek D, Dubiel JS, Legutko J. More pronounced decrease of inflammatory markers with combination of statins and COX-2 inhibitors following acute coronary syndromes [ABSTRACT 1302]. Eur Heart J 2001; 22(Abstr. Suppl.):240-Abstr. 1302.

(1733) Tzivoni J, Monakier D, Klutstein MW, Matas M, Zedek S. Rofecoxib, a COX-2 inhibitor NSAID lowers C-reactive protein and IL-6 level in patients with unstable angina pectoris [ABSTRACT 1303]. Eur Heart J 2001; 22(Abstr. Suppl.):241-Abstr. 1303.

(1734) Dudek D, Heba G, Chyrchel M et al. Early treatment with statins and selective COX-2 inhibitor decreases CRP in patients with unstable angina undergoing catheterization [ABSTRACT 2037]. Eur Heart J 2002; 23(Abstr. Suppl.):383-Abstr. 2037.

(1735) Jassal D, Howlett J, Cox JL. Are cyclooxygenase-2 inhibitors safe in congestive heart failure? [ABSTRACT 2174]. Eur Heart J 2003; 24(Abstr. Suppl.):410-Abstr. 2174.

(1736) Sowers J, White W, Pitt B et al. Rofecoxib, but not celecoxib, increases mean 24-hour systolic blood pressure in treated hypertensive patients with osteoarthritis and type 2 diabetes mellitus [ABSTRACT 2986]. Eur Heart J 2003; 24(Abstr. Suppl.):581-Abstr. 2986.

(1737) Patrono C, Bachmann F, Baigent C et al. Expert consensus document on the use of antiplatelet agents. The task force on the use of antiplatelet agents in patients with atherosclerotic cardiovascular disease of the European society of cardiology. Eur Heart J 2004; 25(2):166-181.

(1738) Helin-Salmivaara A, Virtanen A, Vesalainen R et al. NSAID use and the risk of hospitalization for first myocardial infarction in the general population: a nationwide case-control study from Finland. Eur Heart J 2006; 27(14):1657-1663.

(1739) Weber EW, Slappendel R, Durieux ME, Dirksen R, van der HH, Spruit M. COX 2 selectivity of non-steroidal anti-inflammatory drugs and perioperative blood loss in hip surgery. A randomized comparison of indomethacin and meloxicam. Eur J Anaesthesiol 2003; 20(12):963-966.

(1740) Karamanlioglu B, Arar C, Alagol A, Colak A, Gemlik I, Sut N. Preoperative oral celecoxib versus preoperative oral rofecoxib for pain relief after thyroid surgery. Eur J Anaesthesiol 2003; 20(6):490-495.

(1741) Naesh O, Niles LA, Gilbert JG et al. A randomized, placebo-controlled study of rofecoxib with paracetamol in early post-tonsillectomy pain in adults. Eur J Anaesthesiol 2005; 22(10):768-773.

(1742) Riest G, Peters J, Weiss M et al. Does perioperative administration of rofecoxib improve analgesia after spine, breast and orthopaedic surgery? Eur J Anaesthesiol 2006; 23(3):219-226.

(1743) Vadas P, Stefanski E, Wloch M, Grouix B, van den BH, Kennedy B. Secretory non-pancreatic phospholipase A2 and cyclooxygenase-2 expression by tracheobronchial smooth muscle cells. Eur J Biochem 1996; 235(3):557-563.

(1744) Stockbrugger RW. Nonsteroidal anti-inflammatory drugs (NSAIDs) in the prevention of colorectal cancer. Eur J Cancer Prev 1999; 9(1 Suppl.):S21-S25.

(1745) Backman JT, Siegle J, Klein T, Eichelbaum M, Fritz P. Elevated expression of cyclooxygenase-2, but not cyclooxygenase-1, in synovial tissue of patients with inflammatory joint disease [ABSTRACT 321]. Eur J Clin Pharmacol 1997; 52(S):A112-Abstr. 321.

(1746) Stichtenoth DO, Deicher HR, Frolich JC. Blood donors on medication. Are deferral periods necessary? Eur J Clin Pharmacol 2001; 57(6-7):433-440.

(1747) Bennett K, Teeling M, Feely J. "Selective" switching from non-selective to selective non-steroidal anti-inflammatory drugs. Eur J Clin Pharmacol 2003; 59(8-9):645-649.

KS-000783

(1748)   Hernandez MR, Tonda R, Pino M, Serradell M, Arderiu G, Escolar G. Evaluation of effects of rofecoxib on platelet function in an in vitro model of thrombosis with circulating human blood. Eur J Clin Invest 2004; 34(4):297-302.

(1749)   Schwartz J, Hsieh P, Ebel D, Hunt T, Gertz B. Influence of a Selective Cyclooxygenased Inhibitor, MK-0966, on Ethinyl Estradiol IEE) and Norethindrone (NET) Serum Concentrations [ABSTRACT 325]. Eur J Clin Pharmacol 1997; 52(Suppl.):A113-Abstr. 325.

(1750)   Depre M, Ehrich E, Van HA et al. Pharmacokinetics, COX-2 specificity, and tolerability of supratherapeutic doses of rofecoxib in humans. Eur J Clin Pharmacol 2000; 56(2):167-174.

(1751)   Vlahovic-Palcevski V, Wettermark B, Bergman U. Quality of non-steroidal anti-inflammatory drug prescribing in Croatia (Rijeka) and Sweden (Stockholm). Eur J Clin Pharmacol 2002; 58(3):209-214.

(1752)   Girardin F, Siegenthaler M, De MP, Desmeules J. Rofecoxib interaction with oral anticoagulant acenocoumarol. Eur J Clin Pharmacol 2003; 59(5-6):489-490.

(1753)   Gomez CJ, Lubomirov HR, Carcas Sansuan AJ, Vazquez Rodriguez JJ. Outcome trials of COX-2 selective inhibitors: global safety evaluation does not promise benefits. Eur J Clin Pharmacol 2003; 59(2):169-175.

(1754)   Layton D, Wilton LV, Shakir SA. Safety profile of celecoxib as used in general practice in England: results of a prescription-event monitoring study. Eur J Clin Pharmacol 2004; 60(7):489-501.

(1755)   Lugardon S, Lapeyre-Mestre M, Montastruc JL. Upper gastrointestinal adverse drug reactions and cyclo-oxygenase-2 inhibitors (celecoxib and rofecoxib): a case/non-case study from the French Pharmacovigilance Database. Eur J Clin Pharmacol 2004; 60(9):673-677.

(1756)   Florentinus SR, Nielsen MW, van DL, Leufkens HG, Hansen EH, Heerdink ER. Patient characteristics associated with prescribing of a newly introduced drug: the case of rofecoxib. Eur J Clin Pharmacol 2005; 61(2):157-159.

(1757)   Gardiner SJ, Begg EJ, Zhang M, Hughes RC. Transfer of rofecoxib into human milk. Eur J Clin Pharmacol 2005; 61(5-6):405-408.

(1758)   Behan K, Cutts C, Tett SE. Uptake of new drugs in rural and urban areas of Queensland, Australia: the example of COX-2 inhibitors. Eur J Clin Pharmacol 2005; 61(1):55-58.

(1759)   Durrieu G, Olivier P, Montastruc JL. COX-2 inhibitors and arterial hypertension: an analysis of spontaneous case reports in the Pharmacovigilance database. Eur J Clin Pharmacol 2005; 61(8):611-614.

(1760)   Knauf H, Bailey MA, Hasenfuss G, Mutschler E. The influence of cardiovascular and antiinflammatory drugs on thiazide-induced hemodynamic and saluretic effects. Eur J Clin Pharmacol 2006; 62(11):885-892.

(1761)   Bircher AJ. Drug-induced urticaria and angioedema caused by non-IgE mediated pathomechanisms. Eur J Dermatol 1999; 9(8):657-663.

(1762)   Carne X, Cruz N. Ten lessons to be learned from the withdrawal of Vioxx (rofecoxib). Eur J Epidemiol 2005; 20(2):127-129.

(1763)   Naesdal J, Wilson I. Gastro-duodenal protection in an era of cyclo-oxygenase-2-selective nonsteroidal anti-inflammatory drugs. Eur J Gastroenterol Hepatol 2001; 13(12):1401-1406.

(1764)   Walker MM. Cyclooxygenase-2 expression in early gastric cancer, intestinal metaplasia and Helicobacter pylori infection. Eur J Gastroenterol Hepatol 2002; 14(4):347-349.

(1765)   Yamagata R, Shimoyama T, Fukuda S, Yoshimura T, Tanaka M, Munakata A. Cyclooxygenase-2 expression is increased in early intestinal-type gastric cancer and gastric mucosa with intestinal metaplasia. Eur J Gastroenterol Hepatol 2002; 14(4):359-363.

(1766)   Michaux C, de L, X, Julemont F, Dogne JM, Pirotte B, Durant F. Structure-based pharmacophore of COX-2 selective inhibitors and identification of original lead compounds from 3D database searching method. Eur J Med Chem 2006; 41(12):1446-1455.

**KS-000784**

(1767)   Azari MF, Profyris C, Le Grande MR et al. Effects of intraperitoneal injection of Rofecoxib in a mouse model of ALS. Eur J Neurol 2005; 12(5):357-364.

(1768)   Kunz T, Oliw EH. The selective cyclooxygenase-2 inhibitor rofecoxib reduces kainate-induced cell death in the rat hippocampus. Eur J Neurosci 2001; 13(3):569-575.

(1769)   Cobellis L, Razzi S, De SS et al. The treatment with a COX-2 specific inhibitor is effective in the management of pain related to endometriosis. Eur J Obstet Gynecol Reprod Biol 2004; 116(1):100-102.

(1770)   Ebert AD, Bartley J, David M. Aromatase inhibitors and cyclooxygenase-2 (COX-2) inhibitors in endometriosis: new questions--old answers? Eur J Obstet Gynecol Reprod Biol 2005; 122(2):144-150.

(1771)   Hefler LA, Grimm C, Speiser P, Sliutz G, Reinthaller A. The cyclooxygenase-2 inhibitor rofecoxib (Vioxx) in the treatment of cervical dysplasia grade II-III A phase II trial. Eur J Obstet Gynecol Reprod Biol 2006; 125(2):251-254.

(1772)   Haglund B, von B, I. Combining paracetamol with a selective cyclooxygenase-2 inhibitor for acute pain relief after third molar surgery: a randomized, double-blind, placebo-controlled study. Eur J Oral Sci 2006; 114(4):293-301.

(1773)   Wilson AW, Medhurst SJ, Dixon CI et al. An animal model of chronic inflammatory pain: pharmacological and temporal differentiation from acute models. Eur J Pain 2006; 10(6):537-549.

(1774)   Staton PC, Wilson AW, Bountra C, Chessell IP, Day NC. Changes in dorsal root ganglion CGRP expression in a chronic inflammatory model of the rat knee joint: differential modulation by rofecoxib and paracetamol. Eur J Pain 2007; 11(3):283-289.

(1775)   Dudhgaonkar SP, Tandan SK, Kumar D, Naik AK, Raviprakash V. Ameliorative effect of combined administration of inducible nitric oxide synthase inhibitor with cyclooxygenase-2 inhibitors in neuropathic pain in rats. Eur J Pain 2007; 11(5):528-534.

(1776)   Ahuja N, Katare OP, Singh B. Studies on dissolution enhancement and mathematical modeling of drug release of a poorly water-soluble drug using water-soluble carriers. Eur J Pharm Biopharm 2007; 65(1):26-38.

(1777)   Berndt G, Grosser N, Hoogstraate J, Schroder H. AZD3582 increases heme oxygenase-1 expression and antioxidant activity in vascular endothelial and gastric mucosal cells. Eur J Pharm Sci 2005; 25(2-3):229-235.

(1778)   Quintana A, Raczka E, Quintana MA. Effects of indomethacin and diclofenac on cerebral blood flow in hypercapnic conscious rats. Eur J Pharmacol 1988; 149(3):385-388.

(1779)   Brzozowski T, Konturek PC, Konturek SJ et al. Role of prostaglandins generated by cyclooxygenase-1 and cyclooxygenase-2 in healing of ischemia-reperfusion-induced gastric lesions. Eur J Pharmacol 1999; 385(1):47-61.

(1780)   Pajdo R, Brzozowski T, Konturek PC et al. Ischemic preconditioning, the most effective gastroprotective intervention: involvement of prostaglandins, nitric oxide, adenosine and sensory nerves. Eur J Pharmacol 2001; 427(3):263-276.

(1781)   White LR, Juul R, Cappelen J, Aasly J. Cyclooxygenase inhibitors attenuate endothelin ET(B) receptor-mediated contraction in human temporal artery. Eur J Pharmacol 2002; 448(1):51-57.

(1782)   Harsch IA, Brzozowski T, Bazela K et al. Impaired gastric ulcer healing in diabetic rats: role of heat shock protein, growth factors, prostaglandins and proinflammatory cytokines. Eur J Pharmacol 2003; 481(2-3):249-260.

(1783)   Cheng ZJ, Finckenberg P, Louhelainen M et al. Cardiovascular and renal effects of cyclooxygenase inhibition in transgenic rats harboring mouse renin-2 gene (TGR[mREN2]27). Eur J Pharmacol 2003; 461(2-3):159-169.

(1784)   Martin AR, Villegas I, La CC, arcon de la LC. The cyclo-oxygenase-2 inhibitor, rofecoxib, attenuates mucosal damage due to colitis induced by trinitrobenzene sulphonic acid in rats. Eur J Pharmacol 2003; 481(2-3):281-291.

(1785)   ciga-Campos M, Lopez UG, Reval MI, Lopez-Munoz FJ. Enhancement of antinociception by co-administration of an opioid drug (morphine) and a preferential cyclooxygenase-2 inhibitor (rofecoxib) in rats. Eur J Pharmacol 2003; 460(2-3):99-107.

(1786)   Brzozowski T, Konturek PC, Konturek SJ et al. Ischemic preconditioning of remote organs attenuates gastric ischemia-reperfusion injury through involvement of prostaglandins and sensory nerves. Eur J Pharmacol 2004; 499(1-2):201-213.

KS-000785

(1787)  Lavagno L, Gunella G, Bardelli C et al. Anti-inflammatory drugs and tumor necrosis factor-alpha production from monocytes: role of transcription factor NF-kappa B and implication for rheumatoid arthritis therapy. Eur J Pharmacol 2004; 501(1-3):199-208.

(1788)  ciga-Campos M, Lopez-Munoz FJ. Participation of the L-arginine-nitric oxide-cyclic GMP-ATP-sensitive K+ channel cascade in the antinociceptive effect of rofecoxib. Eur J Pharmacol 2004; 484(2-3):193-199.

(1789)  Dudhgaonkar SP, Kumar D, Naik A, Devi AR, Bawankule DU, Tandan SK. Interaction of inducible nitric oxide synthase and cyclooxygenase-2 inhibitors in formalin-induced nociception in mice. Eur J Pharmacol 2004; 492(2-3):117-122.

(1790)  Warzecha Z, Dembinski A, Ceranowicz P et al. Inhibition of cyclooxygenase-2 reduces the protective effect of hepatocyte growth factor in experimental pancreatitis. Eur J Pharmacol 2004; 486(1):107-119.

(1791)  Sanchez-Fidalgo S, Martin-Lacave I, Illanes M, Motilva V. Angiogenesis, cell proliferation and apoptosis in gastric ulcer healing. Effect of a selective cox-2 inhibitor. Eur J Pharmacol 2004; 505(1-3):187-194.

(1792)  De VJ, Kuhl E, Franken-Kunkel P, Eckel G. Pharmacological characterization of the chronic constriction injury model of neuropathic pain. Eur J Pharmacol 2004; 491(2-3):137-148.

(1793)  El-Medany A, Mahgoub A, Mustafa A, Arafa M, Morsi M. The effects of selective cyclooxygenase-2 inhibitors, celecoxib and rofecoxib, on experimental colitis induced by acetic acid in rats. Eur J Pharmacol 2005; 507(1-3):291-299.

(1794)  Bhat AS, Tandan SK, Kumar D, Krishna V, Prakash VR. Interaction between inhibitors of inducible nitric oxide synthase and cyclooxygenase in Brewer's yeast induced pyrexia in mice: an isobolographic study. Eur J Pharmacol 2005; 511(2-3):137-142.

(1795)  Dhir A, Padi SS, Naidu PS, Kulkarni SK. Protective effect of naproxen (non-selective COX-inhibitor) or rofecoxib (selective COX-2 inhibitor) on immobilization stress-induced behavioral and biochemical alterations in mice. Eur J Pharmacol 2006; 535(1-3):192-198.

(1796)  Guindon J, LoVerme J, De LA, Piomelli D, Beaulieu P. Synergistic antinociceptive effects of anandamide, an endocannabinoid, and nonsteroidal anti-inflammatory drugs in peripheral tissue: a role for endogenous fatty-acid ethanolamides? Eur J Pharmacol 2006; 550(1-3):68-77.

(1797)  Okumura T, Murata Y, Hizue M et al. Pharmacological separation between peripheral and central functions of cyclooxygenase-2 with CIAA, a novel cyclooxygenase-2 inhibitor. Eur J Pharmacol 2006; 539(1-2):125-130.

(1798)  Rotondo S, Dell'Elba G, Manarini S, Cerletti C, Evangelista V. The lipoxygenase-cyclooxygenase inhibitor licofelone prevents thromboxane A2-mediated cardiovascular derangement triggered by the inflammatory peptide fMLP in the rabbit. Eur J Pharmacol 2006; 546(1-3):95-101.

(1799)  Medeiros R, Otuki MF, Avellar MC, Calixto JB. Mechanisms underlying the inhibitory actions of the pentacyclic triterpene alpha-amyrin in the mouse skin inflammation induced by phorbol ester 12-O-tetradecanoylphorbol-13-acetate. Eur J Pharmacol 2007; 559(2-3):227-235.

(1800)  Funatsu T, Chono K, Hirata T, Keto Y, Kimoto A, Sasamata M. Mucosal acid causes gastric mucosal microcirculatory disturbance in nonsteroidal anti-inflammatory drug-treated rats. Eur J Pharmacol 2007; 554(1):53-59.

(1801)  Bhat AS, Tandan SK, Kumar D, Krishna V, Prakash VR. Interaction between inhibitors of inducible nitric oxide synthase and cyclooxygenase in adjuvant-induced arthritis in female albino rats: an isobolographic study. Eur J Pharmacol 2007; 556(1-3):190-199.

(1802)  Stemme V, Swedenborg J, Claesson H, Hansson GK. Expression of cyclo-oxygenase-2 in human atherosclerotic carotid arteries. Eur J Vasc Endovasc Surg 2000; 20(2):146-152.

(1803)  Di SF, Bosman C, Salvatori M et al. Combination therapy with rofecoxib and finasteride in the treatment of men with lower urinary tract symptoms (LUTS) and benign prostatic hyperplasia (BPH). Eur Urol 2005; 47(1):72-78.

(1804)  Jacoby R. Rofecoxib or naproxen do not slow progression of mild to moderate Alzheimer's disease. Evid Based Ment Health 2003; 6(4):110.

**KS-000786**

(1805) Naito H, Okumura T, Inoue M, Suzuki Y. Ultrasonic vocalization response elicited in adjuvant-induced arthritic rats as a useful method for evaluating analgesic drugs. Exp Anim 2006; 55(2):125-129.

(1806) Bakalova R, Matsuura T, Kanno I. The cyclooxygenase inhibitors indomethacin and Rofecoxib reduce regional cerebral blood flow evoked by somatosensory stimulation in rats. Exp Biol Med (Maywood ) 2002; 227(7):465-473.

(1807) Lyons-Giordano B, Pratta MA, Galbraith W, Davis GL, Arner EC. Interleukin-1 differentially modulates chondrocyte expression of cyclooxygenase-2 and phospholipase A2. Exp Cell Res 1993; 206(1):58-62.

(1808) Berenbaum F, Jacques C, Thomas G, Corvol MT, Bereziat G, Masliah J. Synergistic effect of interleukin-1 beta and tumor necrosis factor alpha on PGE2 production by articular chondrocytes does not involve PLA2 stimulation. Exp Cell Res 1996; 222(2):379-384.

(1809) McGeer PL, McGeer EG, Yasojima K. Expression of COX-1 and COX-2 mRNAs in atherosclerotic plaques. Exp Gerontol 2002; 37(7):925-929.

(1810) Rocca B, Secchiero P, Celeghini C et al. Modulation of the expression and activity of cyclooxygenases in normal and accelerated erythropoiesis. Exp Hematol 2004; 32(10):925-934.

(1811) Woods JM, Mogollon A, Amin MA, Martinez RJ, Koch AE. The role of COX-2 in angiogenesis and rheumatoid arthritis. Exp Mol Pathol 2003; 74(3):282-290.

(1812) Chiolero A, Maillard MP, Burnier M. Cardiovascular hazard of selective COX-2 inhibitors: myth or reality? Expert Opin Drug Saf 2002; 1(1):45-52.

(1813) van RJ, Pairet M. Selective cyclooxygenase-2 inhibitors: pharmacology, clinical effects and therapeutic potential. Expert Opin Investig Drugs 1997; 6(5):609-614.

(1814) Sandson TA, Felician O. The potential application of cyclo-oxygenase type 2 inhibitors to Alzheimer's disease. Expert Opin Investig Drugs 1998; 7(4):519-526.

(1815) Jackson CG. Therapeutic potential of COX-2 inhibitors in arthritis. Expert Opin Investig Drugs 2001; 10(7):1317-1325.

(1816) Sramek JJ, Veroff AE, Cutler NR. The status of ongoing trials for mild cognitive impairment. Expert Opin Investig Drugs 2001; 10(4):741-752.

(1817) Theoharides TC, Sant GR. New agents for the medical treatment of interstitial cystitis. Expert Opin Investig Drugs 2001; 10(3):521-546.

(1818) Imbimbo BP. The potential role of non-steroidal anti-inflammatory drugs in treating Alzheimer's disease. Expert Opin Investig Drugs 2004; 13(11):1469-1481.

(1819) Muller N, Strassnig M, Schwarz MJ, Ulmschneider M, Riedel M. COX-2 inhibitors as adjunctive therapy in schizophrenia. Expert Opin Investig Drugs 2004; 13(8):1033-1044.

(1820) Bennett A, Tavares IA. COX-2 inhibitors compared and contrasted. Expert Opin Pharmacother 2001; 2(11):1859-1876.

(1821) Krum H, Liew D, Aw J, Haas S. Cardiovascular effects of selective cyclooxygenase-2 inhibitors. Expert Rev Cardiovasc Ther 2004; 2(2):265-270.

(1822) Real PM, Vila CN, Garcia RL, Luaces VF, Gonzalez Ponce CM, az Carrasco MS. [Role of allopurinol and rofecoxib in agranulocytosis and acute tubular necrosis]. Farm Hosp 2003; 27(5):317-322.

(1823) Shehata MA, Hassan NY, Fayed AS, El-Zeany BA. Derivative spectrophotometric and fluorimetric methods for determination of rofecoxib in tablets and in human plasma in presence of its photo-degradation product. Farmaco 2004; 59(2):139-145.

(1824) Vane J, Botting R. Inflammation and the mechanism of action of anti-inflammatory drugs. FASEB J 1987; 1(2):89-96.

(1825) Funk CD, Funk LB, Kennedy ME, Pong AS, FitzGerald GA. Human platelet/erythroleukemia cell prostaglandin G/H synthase: cDNA cloning, expression, and gene chromosomal assignment. FASEB J 1991; 5(9):2304-2312.

RS-006787

(1826)  Hajjar DP, Pomerantz KB. Signal transduction in atherosclerosis: integration of cytokines and the eicosanoid network. FASEB J 1992; 6(11):2933-2941.

(1827)  DuBois RN, Abramson SB, Crofford L et al. Cyclooxygenase in biology and disease. FASEB J 1998; 12(12):1063-1073.

(1828)  Tan SA, Tan LG, Berk LS. The effects of rofecoxib on interferon-gamma, TNF-a, interleukin-6, and C-reactive protein in diabetic patients with atherosclerosis. FASEB J 2002; 16(5 Pt. 2):A943-A944.

(1829)  Bachmann KA, White DB, Jauregui L et al. Dose-dependent inhibition of CYP1A2 in vivo by rofecoxib: phenotyping the interaction in humans using theophylline as a CYP1A2 probe. FASEB J 2002; 16(5 Pt. 2):A940.

(1830)  Williams WV, Cass L, Fan H et al. Transcriptome and proteomic analysis of cyclooxygenase (COX) inhibition in human subjects. FASEB J 2003; 81(3):C47.

(1831)  Gilroy DW, Colville-Nash PR, McMaster S, Sawatzky DA, Willoughby DA, Lawrence T. Inducible cyclooxygenase-derived 15-deoxy(Delta)12-14PGJ2 brings about acute inflammatory resolution in rat pleurisy by inducing neutrophil and macrophage apoptosis. FASEB J 2003; 17(15):2269-2271.

(1832)  Lang S, Lauffer L, Clausen C et al. Impaired monocyte function in cancer patients: restoration with a cyclooxygenase-2 inhibitor. FASEB J 2003; 17(2):286-288.

(1833)  Gilroy DW, Newson J, Sawmynaden P, Willoughby DA, Croxtall JD. A novel role for phospholipase A2 isoforms in the checkpoint control of acute inflammation. FASEB J 2004; 18(3):489-498.

(1834)  Warner TD, Mitchell JA. Cyclooxygenases: new forms, new inhibitors, and lessons from the clinic. FASEB J 2004; 18(7):790-804.

(1835)  Lucas R, Warner TD, Vojnovic I, Mitchell JA. Cellular mechanisms of acetaminophen: role of cyclo-oxygenase. FASEB J 2005; 19(6):635-637.

(1836)  Maier TJ, Janssen A, Schmidt R, Geisslinger G, Grosch S. Targeting the beta-catenin/APC pathway: a novel mechanism to explain the cyclooxygenase-2-independent anticarcinogenic effects of celecoxib in human colon carcinoma cells. FASEB J 2005; 19(10):1353-1355.

(1837)  Mitchell JA, Lucas R, Vojnovic I, Hasan K, Pepper JR, Warner TD. Stronger inhibition by nonsteroid anti-inflammatory drugs of cyclooxygenase-1 in endothelial cells than platelets offers an explanation for increased risk of thrombotic events. FASEB J 2006; 20(14):2468-2475.

(1838)  Warner TD, Vojnovic I, Bishop-Bailey D, Mitchell JA. Influence of plasma protein on the potencies of inhibitors of cyclooxygenase-1 and -2. FASEB J 2006; 20(3):542-544.

(1839)  Hinz B, Cheremina O, Bachmakov J et al. Dipyrone elicits substantial inhibition of peripheral cyclooxygenases in humans: new insights into the pharmacology of an old analgesic. FASEB J 2007.

(1840)  New use approved for Vioxx. FDA Consum 2002; 36(4):3.

(1841)  Merck withdraws Vioxx; FDA issues public health advisory. FDA Consum 2004; 38(6):11.

(1842)  FDA announces changes affecting the marketing of non-steroidal anti-inflammatory drugs. FDA Consum 2005; 39(3):7.

(1843)  Yamazaki R, Kusunoki N, Matsuzaki T, Hashimoto S, Kawai S. Selective cyclooxygenase-2 inhibitors show a differential ability to inhibit proliferation and induce apoptosis of colon adenocarcinoma cells. FEBS Lett 2002; 531(2):278-284.

(1844)  Halushka PV, Mais DE, Saussy DL, Jr. Platelet and vascular smooth muscle thromboxane A2/prostaglandin H2 receptors. Fed Proc 1987; 46(1):149-153.

(1845)  Norman RJ, Wu R. The potential danger of COX-2 inhibitors. Fertil Steril 2004; 81(3):493-494.

(1846)  Shippen ER, West WJ, Jr. Successful treatment of severe endometriosis in two premenopausal women with an aromatase inhibitor. Fertil Steril 2004; 81(5):1395-1398.

KS-000788

(1847)   Dogan E, Saygili U, Posaci C et al. Regression of endometrial explants in rats treated with the cyclooxygenase-2 inhibitor rofecoxib. Fertil Steril 2004; 82 Suppl 3:1115-1120.

(1848)   Efstathiou JA, Sampson DA, Levine Z et al. Nonsteroidal antiinflammatory drugs differentially suppress endometriosis in a murine model. Fertil Steril 2005; 83(1):171-181.

(1849)   Jia Q, Pestka JJ. Role of cyclooxygenase-2 in deoxynivalenol-induced immunoglobulin a nephropathy. Food Chem Toxicol 2005; 43(5):721-728.

(1850)   Goldman M, Schutzer S. Valdecoxib: a COX-2 inhibitor for treatment of osteoarthritis, rheumatoid arthritis, and primary dysmenorrhea. Formulary 2002; 37(2):68-77 passim.

(1851)   McLean B. A bitter pill for one Merck critic. Fortune 2004; 150(12):58.

(1852)   Simons J, Stipp D. Will Merck survive Vioxx? Fortune 2004; 150(9):90-97.

(1853)   Parloff R. The preacher who's raising hell with Merck. Fortune 2005; 152(3):20.

(1854)   Pairet M, Engelhardt G. Distinct isoforms (COX-1 and COX-2) of cyclooxygenase: possible physiological and therapeutic implications. Fundam Clin Pharmacol 1996; 10(1):1-17.

(1855)   Rahme E, Dasgupta K, Toubouti Y, Barkun AN, Bardou M. Gastrointestinal effects of rofecoxib and celecoxib vs. NSAIDs among patients on low dose aspirin. Fundam Clin Pharmacol 2004; 18:222-#O-44.

(1856)   Umar A, Boisseau M, Yusup A, Upur H, Begaud B, Moore N. Interactions between aspirin and COX-2 inhibitors or NSAIDs in a rat thrombosis model. Fundam Clin Pharmacol 2004; 18(5):559-563.

(1857)   Bardou M, Barkun AN, Ghosn J, Hudson M, Rahme E. The cyclooxygenase-2 inhibitors rofecoxib and celecoxib protect against esophageal carcinoma. Fundam Clin Pharmacol 2004; 18:246-#P-188.

(1858)   Durrieu G, Torello J, Olivier P, Montastruc JL, Castillo JR. Coxibs and arterial hypertension:  an analysis of the Spanish and French Pharmacovigilance databases. Fundam Clin Pharmacol 2004;218-#O-23.

(1859)   Dhir A, Naidu PS, Kulkarni SK. Effect of rofecoxib, a cyclo-oxygenase-2 inhibitor, on various biochemical parameters of brain associated with pentylenetetrazol-induced chemical kindling in mice. Fundam Clin Pharmacol 2006; 20(3):255-261.

(1860)   Bannwarth B. [COX-2 specific inhibitors: are NSAIDs and the stomach become reconcilied?]. Gastroenterol Clin Biol 2001; 25(4 Suppl):B79-B84.

(1861)   Buecher B, Heymann MF, Blottiere HM. [Rationale and prospects for the use of cyclooxygenase-2 (COX-2) inhibitors in colorectal cancer]. Gastroenterol Clin Biol 2001; 25(11):967-978.

(1862)   Thiefin G. [Gastrointestinal complications of nonsteroidal anti-inflammatory drugs and low-dose aspirin]. Gastroenterol Clin Biol 2003; 27(5):498-510.

(1863)   DuBois RN, Giardiello FM, Smalley WE. Nonsteroidal anti-inflammatory drugs, eicosanoids, and colorectal cancer prevention. Gastroenterol Clin North Am 1996; 25(4):773-791.

(1864)   Thun MJ. NSAID use and decreased risk of gastrointestinal cancers. Gastroenterol Clin North Am 1996; 25(2):333-348.

(1865)   Charachon A, Petit T, Lamarque D, Soule JC. [Acute ulcerative colitis in a patient treated with rofecoxib who took aspirin as self-medication]. Gastroenterol Clin Biol 2003; 27(5):511-513.

(1866)   Masferrer JL, Isakson PC, Seibert K. Cyclooxygenase-2 inhibitors: a new class of anti-inflammatory agents that spare the gastrointestinal tract. Gastroenterol Clin North Am 1996; 25(2):363-372.

(1867)   Schoenfeld P. An evidence-based approach to the gastrointestinal safety profile of COX-2-selective anti-inflammatories. Gastroenterol Clin North Am 2001; 30(4):1027-10ix.

(1868)   Simon LS. COX-2 inhibitors. Are they nonsteroidal anti-inflammatory drugs with a better safety profile? Gastroenterol Clin North Am 2001; 30(4):1011-25, viii.

KS-000789

(1869) Hawkey CJ, Jones JI. Gastrointestinal safety of COX-2 specific inhibitors. Gastroenterol Clin North Am 2001; 30(4):921-936.

(1870) Chaudhury TK, Jacobson ED. Prostaglandin cytoprotection of gastric mucosa. Gastroenterology 1978; 74(1):58-63.

(1871) Fries JF, Miller SR, Spitz PW, Williams CA, Hubert HB, Bloch DA. Toward an epidemiology of gastropathy associated with nonsteroidal antiinflammatory drug use. Gastroenterology 1989; 96(2 Pt 2 Suppl):647-655.

(1872) Eberhart CE, Coffey RJ, Radhika A, Giardiello FM, Ferrenbach S, DuBois RN. Up-regulation of cyclooxygenase 2 gene expression in human colorectal adenomas and adenocarcinomas. Gastroenterology 1994; 107(4):1183-1188.

(1873) Elliott SN, McKnight W, Cirino G, Wallace JL. A nitric oxide-releasing nonsteroidal anti-inflammatory drug accelerates gastric ulcer healing in rats. Gastroenterology 1995; 109(2):524-530.

(1874) Hawkey CJ. Future treatments for arthritis: new NSAIDs, NO NSAIDs, or no NSAIDs? Gastroenterology 1995; 109(2):614-616.

(1875) Williams CS, Luongo C, Radhika A et al. Elevated cyclooxygenase-2 levels in Min mouse adenomas. Gastroenterology 1996; 111(4):1134-1140.

(1876) DuBois RN, Radhika A, Reddy BS, Entingh AJ. Increased cyclooxygenase-2 levels in carcinogen-induced rat colonic tumors. Gastroenterology 1996; 110(4):1259-1262.

(1877) Stenson WF. Cyclooxygenase 2 and wound healing in the stomach. Gastroenterology 1997; 112(2):645-648.

(1878) Lanza F, Simon T, Quan H et al. Selective inhibition of cyclooxygenase-2 (COX-2) with MK-0966 (250 mg q.d.) is associated with less gastroduodenal damage than aspirin (ASA) 650 mg q.i.d. or ibuprofen (IBU) 800 mg t.i.d. [ABSTRACT Lanza]. Gastroenterology 1997; 112( Suppl.):A194-Lanza I.

(1879) Roberts WG, Simon TJ, Berlin RG et al. Leukotrienes in ulcerative colitis: results of a multicenter trial of a leukotriene biosynthesis inhibitor, MK-591. Gastroenterology 1997; 112(3):725-732.

(1880) Wallace JL. Nonsteroidal anti-inflammatory drugs and gastroenteropathy: the second hundred years. Gastroenterology 1997; 112(3):1000-1016.

(1881) Mizuno H, Sakamoto C, Matsuda K et al. Induction of cyclooxygenase 2 in gastric mucosal lesions and its inhibition by the specific antagonist delays healing in mice. Gastroenterology 1997; 112(2):387-397.

(1882) Lanza FL, Rack MF, Callison DA et al. A pilot endoscopic study of the gastroduodenal effects of SC-58635, a novel COX-2-selective inhibitor [ABSTRACT Lanza II]. Gastroenterology 1997; 112(4 Suppl.):A194-Lanza II.

(1883) Wallace JL, Bak A, McKnight W, Asfaha S, Sharkey KA, MacNaughton WK. Cyclooxygenase 1 contributes to inflammatory responses in rats and mice: implications for gastrointestinal toxicity. Gastroenterology 1998; 115(1):101-109.

(1884) van Stolk RU, Beck GJ, Baron JA, Haile R, Summers R. Adenoma characteristics at first colonoscopy as predictors of adenoma recurrence and characteristics at follow-up. The Polyp Prevention Study Group. Gastroenterology 1998; 115(1):13-18.

(1885) McCartney SA, Vojnovic I, Farthing MJG, Warner TD. Nonsteroidal drug (NSAID)-induced fall in HT-29 cell viability correlates with potency to inhibit cyclooxygenase (COX) 1:  use of COX-2 selective inhibitors [ABSTRACT G2642]. Gastroenterology 1998; 114(4 Pt. 2):A641-Abstr. G2642.

(1886) Gretzer B, Knorth H, Chantrain M et al. Effects of diclofenac and L-745,337, a selective cyclooxy-genase-2 inhibitor, on prostaglandin E2 formation in tissue from human colonic mucosa and chronic bursitis [ABSTRACT G0570]. Gastroenterology 1998; 114(4 Pt. 2):A139-Abstr. G0570.

(1887) Laine L, Harper S, Simon T et al. A randomized trial comparing the effect of rofecoxib, a cyclooxygenase 2-specific inhibitor, with that of ibuprofen on the gastroduodenal mucosa of patients with osteoarthritis.Rofecoxib Osteoarthritis Endoscopy Study Group. Gastroenterology 1999; 117(4):776-783.

**KS-000790**

(1888) Laine L, Hawkey C, Harper S et al. Effect of the COX-2 specific inhibitor (C-2Sl) rofecoxib on ulcer formation: a double-blind comparison with ibuprofen and placebo [ABSTRACT G0996]. Gastroenterology 1999; 116(4 Pt. 2):A229-Abstr. G0996.

(1889) Cryer B, Gottesdiener K, Gertz B, Wong P, Dallob A, Feldman M. In vivo effects of rofecoxib, a new cyclooxygenase (COX)-2 inhibitor, on gastric mucosal prostaglandin (PG) and serum thromboxane B-2 (TXB-2) synthesis in healthy humans [ABSTRACT G0611]. Gastroenterology 1999; 116(4 Pt. 2):A141-Abstr. G0611.

(1890) Cryer B, Feldman M. Effects of very low dose daily, long-term aspirin therapy on gastric, duodenal, and rectal prostaglandin levels and on mucosal injury in healthy humans. Gastroenterology 1999; 117(1):17-25.

(1891) Smith ML, Chapple K, Hull M. The effect of non-steroidal anti-inflammatory drugs on human colorectal cancer cells: evidence of different mechanisms of action [ABSTRACT G1860]. Gastroenterology 1999; 116(4 Pt. 2):A425-Abstr. G1860.

(1892) McCartney SA, Mitchell JA, Warner TD, Farthing MJG. GM-CSF is produced in high concentrations by colonic mucosa from patients with ulcerative colitis and is down regulated by co-incubation with dexamethasone [ABSTRACT G3095]. Gastroenterology 1999; 116(4 Pt. 2):A713-Abstr. G3095.

(1893) McCartney SA, Farthing MJG, Warner TD. Inhibition of COX-2 does not correlate with ability to induce apoptosis in HT-29 cells [ABSTRACT G1757]. Gastroenterology 1999; 116(4 Pt. 2):A401-Abstr. G1757.

(1894) Langman M, Jensen D, Harper S et al. Lower incidence of clinically evident upper-GI perforations, ulcers and bleeds in patients treated with rofecoxib vs. nonspecific cyclooxygenase inhibitors [ABSTRACT G1008]. Gastroenterology 1999; 116(4 Pt. 2):A232-Abstr. G1008.

(1895) Beejay U, Wolfe MM. Cyclooxygenase 2 selective inhibitors: panacea or flash in the pan? Gastroenterology 1999; 117(4):1002-1005.

(1896) Laine LL, Bombardier C, Hawkey C, Shapiro D, Reicin A. INFLUENCE OF H. PYLORI AND OTHER POTENTIAL RISK FACTORS ON CLINICAL GI EVENTS IN A DOUBLE-BLIND OUTCOME STUDY OF ROFECOXIB VS. NAPROXEN [ABSTRACT 4798]. Gastroenterology 2000; 118(4, Suppl.2, Pt. 1):A862-Abstr. 4798.

(1897) Goldkind L. Refecoxib versus placebo ulcer rates. Gastroenterology 2000; 118(3):638-639.

(1898) Wight NJ, Garlick N, Calder N et al. EVIDENCE THAT THE COX-2 SPECIFIC INHIBITOR ROFECOXIB AT 50 MG SPARES GASTRIC MUCOSAL PROSTAGLANDIN SYNTHESIS IN HUMAN. [ABSTRACT 1466]. Gastroenterology 2000; 118(4 Suppl.2, Pt. 1):A253-Abstr. 1466.

(1899) Laine L. Approaches to nonsteroidal anti-inflammatory drug use in the high-risk patient. Gastroenterology 2001; 120(3):594-606.

(1900) Palmer RH. Discussion on rofecoxib, a COX-2 inhibitor, does not inhibit human gastric mucosal prostaglandin production. Gastroenterology 2001; 121(5):1262-1263.

(1901) Wight NJ, Gottesdiener K, Garlick NM et al. Rofecoxib, a COX-2 inhibitor, does not inhibit human gastric mucosal prostaglandin production. Gastroenterology 2001; 120(4):867-873.

(1902) Fiorucci S, de LO, Jr., Mencarelli A et al. Cyclooxygenase-2-derived lipoxin A4 increases gastric resistance to aspirin-induced damage. Gastroenterology 2002; 123(5):1598-1606.

(1903) Buttar NS, Wang KK, Leontovich O et al. Chemoprevention of esophageal adenocarcinoma by COX-2 inhibitors in an animal model of Barrett's esophagus. Gastroenterology 2002; 122(4):1101-1112.

(1904) Kaur BS, Khamnehei N, Iravani M, Namburu SS, Lin O, Triadafilopoulos G. Rofecoxib inhibits cyclooxygenase 2 expression and activity and reduces cell proliferation in Barrett's esophagus. Gastroenterology 2002; 123(1):60-67.

(1905) Laine L, Bombardier C, Hawkey CJ et al. Stratifying the risk of NSAID-related upper gastrointestinal clinical events: results of a double-blind outcomes study in patients with rheumatoid arthritis. Gastroenterology 2002; 123(4):1006-1012.

KS-000791

(1906)   Laine L, Connors LG, Reicin A et al. Serious lower gastrointestinal clinical events with nonselective NSAID or coxib use. Gastroenterology 2003; 124(2):288-292.

(1907)   Biancone L, Tosti C, De NF, Fantini M, Pallone F. Selective cyclooxygenase-2 inhibitors and relapse of inflammatory bowel disease. Gastroenterology 2003; 125(2):637-638.

(1908)   Rahme E, Barkun AN, Toubouti Y, Bardou M. The cyclooxygenase-2-selective inhibitors rofecoxib and celecoxib prevent colorectal neoplasia occurrence and recurrence. Gastroenterology 2003; 125(2):404-412.

(1909)   Fenwick SW, Toogood GJ, Lodge JP, Hull MA. The effect of the selective cyclooxygenase-2 inhibitor rofecoxib on human colorectal cancer liver metastases. Gastroenterology 2003; 125(3):716-729.

(1910)   Laine L, Maller ES, Yu C, Quan H, Simon T. Ulcer formation with low-dose enteric-coated aspirin and the effect of COX-2 selective inhibition: a double-blind trial. Gastroenterology 2004; 127(2):395-402.

(1911)   Weideman RA, Kelly KC, Kazi S et al. Risks of clinically significant upper gastrointestinal events with etodolac and naproxen: a historical cohort analysis. Gastroenterology 2004; 127(5):1322-1328.

(1912)   Abraham NS, El-Serag HB, Johnson ML et al. National adherence to evidence-based guidelines for the prescription of nonsteroidal anti-inflammatory drugs. Gastroenterology 2005; 129(4):1171-1178.

(1913)   Baron JA, Sandler RS, Bresalier RS et al. A randomized trial of rofecoxib for the chemoprevention of colorectal adenomas. Gastroenterology 2006; 131(6):1674-1682.

(1914)   Lynch PM. Is the demonstration of adenoma reduction with rofecoxib a pyrrhic victory? Gastroenterology 2006; 131(6):2003-2005.

(1915)   Fries S, Grosser T, Price TS et al. Marked interindividual variability in the response to selective inhibitors of cyclooxygenase-2. Gastroenterology 2006; 130(1):55-64.

(1916)   Lanas A, Baron JA, Sandler RS et al. Peptic ulcer and bleeding events associated with rofecoxib in a 3-year colorectal adenoma chemoprevention trial. Gastroenterology 2007; 132(2):490-497.

(1917)   Futaki N, Yoshikawa K, Hamasaka Y et al. NS-398, a novel non-steroidal anti-inflammatory drug with potent analgesic and antipyretic effects, which causes minimal stomach lesions. Gen Pharmacol 1993; 24(1):105-110.

(1918)   Stillman MJ, Stillman MT. Appropriate use of NSAIDs: considering cardiovascular risk in the elderly. Geriatrics 2007; 62(3):16-21.

(1919)   Sigthorsson G, Crane R, Simon T et al. COX-2 inhibition with rofecoxib does not increase intestinal permeability in healthy subjects: a double blind crossover study comparing rofecoxib with placebo and indomethacin. Gut 2000; 47(4):527-532.

(1920)   Bjarnason I, Rainsford KD. COX-2 inhibitors and the gastrointestinal tract. Gut 2001; 48(4):451.

(1921)   Halter F, Tarnawski AS, Schmassmann A, Peskar BM. Cyclooxygenase 2-implications on maintenance of gastric mucosal integrity and ulcer healing: controversial issues and perspectives. Gut 2001; 49(3):443-453.

(1922)   Hawkey CJ. Cyclooxygenase inhibition: between the devil and the deep blue sea. Gut 2002; 50 Suppl 3:III25-III30.

(1923)   Baeres M, Herkel J, Czaja AJ et al. Establishment of standardised SLA/LP immunoassays: specificity for autoimmune hepatitis, worldwide occurrence, and clinical characteristics. Gut 2002; 51(2):259-264.

(1924)   Hawkey CJ, Langman MJ. Non-steroidal anti-inflammatory drugs: overall risks and management. Complementary roles for COX-2 inhibitors and proton pump inhibitors. Gut 2003; 52(4):600-608.

(1925)   Hawkey CJ, Laine L, Simon T, Quan H, Shingo S, Evans J. Incidence of gastroduodenal ulcers in patients with rheumatoid arthritis after 12 weeks of rofecoxib, naproxen, or placebo: a multicentre, randomised, double blind study. Gut 2003; 52(6):820-826.

(1926)   Zamuner SR, Warrier N, Buret AG, MacNaughton WK, Wallace JL. Cyclooxygenase 2 mediates post-inflammatory colonic secretory and barrier dysfunction. Gut 2003; 52(12):1714-1720.

KS-000792

(1927)  Hurlstone DP, Cross SS, Lobo AJ, Sanders DS. High magnification chromoscopic colonoscopy as a screening tool in acromegaly. Gut 2003; 52(12):1797-1798.

(1928)  MacDonald TM, Morant SV, Goldstein JL, Burke TA, Pettitt D. Channelling bias and the incidence of gastrointestinal haemorrhage in users of meloxicam, coxibs, and older, non-specific non-steroidal anti-inflammatory drugs. Gut 2003; 52(9):1265-1270.

(1929)  Baumgartner HK, Starodub OT, Joehl JS, Tackett L, Montrose MH. Cyclooxygenase 1 is required for pH control at the mouse gastric surface. Gut 2004; 53(12):1751-1757.

(1930)  Chalmers CR, Wilson DJ, Ward J, Robinson PJ, Toogood GJ, Hull MA. Antiangiogenic activity of the selective cyclooxygenase 2 inhibitor rofecoxib in human colorectal cancer liver metastases. Gut 2006; 55(7):1058-1059.

(1931)  Reding T, Bimmler D, Perren A et al. A selective COX-2 inhibitor suppresses chronic pancreatitis in an animal model (WBN/Kob rats): significant reduction of macrophage infiltration and fibrosis. Gut 2006; 55(8):1165-1173.

(1932)  Lanas A, Garcia-Rodriguez LA, Arroyo MT et al. Risk of upper gastrointestinal ulcer bleeding associated with selective cyclo-oxygenase-2 inhibitors, traditional non-aspirin non-steroidal anti-inflammatory drugs, aspirin and combinations. Gut 2006; 55(12):1731-1738.

(1933)  Patrono C. Efficacy and safety of aspirin in the long-term management of atherothrombosis. Haematologica 2002; 87(1):6-8.

(1934)  Bragadottir G, Onundarson PT. Factor-sparing use of the COX-2 inhibitor rofecoxib in haemophilic arthropathy. Haemophilia 2002; 8(6):832-833.

(1935)  Rattray B, Nugent DJ, Young G. Rofecoxib as adjunctive therapy for haemophilic arthropathy. Haemophilia 2005; 11(3):240-244.

(1936)  Rattray B, Nugent DJ, Young G. Celecoxib in the treatment of haemophilic synovitis, target joints, and pain in adults and children with haemophilia. Haemophilia 2006; 12(5):514-517.

(1937)  Bazerman MH, Chugh D. Decisions without blinders. Harv Bus Rev 2006; 84(1):88-97, 133.

(1938)  COX-2 inhibitors. Magic bullets or merely mortal? Harv Health Lett 2000; 25(4):4.

(1939)  Arthritis. Should you be taking a COX-2 inhibitor? Harv Health Lett 2001; 27(1):1-3.

(1940)  A side effect of COX-2 inhibitors. Harv Health Lett 2003; 28(6):7.

(1941)  Top 10 health stories of 2004. Harv Health Lett 2004; 30(2):1-3.

(1942)  Stepping into the Vioxx void. Answers to four questions after the popular pain reliever was yanked off the market. Harv Health Lett 2005; 30(3):6.

(1943)  Lessons to learn from the COX-2 saga. Yes, FDA reforms are needed. And marketing distorts how medications are used. But one moral to the story is that all drugs have risks. Harv Health Lett 2005; 30(5):1-3.

(1944)  COX-2 inhibitors: no pain, no heart gain? Harv Heart Lett 2001; 12(4):2-4.

(1945)  Anti-inflammatory drugs may put on the pressure. Harv Heart Lett 2003; 13(7):7.

(1946)  Lee TH. Ask the doctor. The news that Vioxx was pulled from the market rattled me, since I had been taking it for my arthritis for almost two years. I have heard both that it is okay for people like me with heart disease to take one of the other Vioxx-like drugs and that it isn't okay. What do you recommend? Harv Heart Lett 2004; 15(4):8.

(1947)  Trying times for painkiller choices. Vioxx, Bextra, and Celebrex can increase the risk for heart attack and other cardiovascular problems. So can the old standbys, like ibuprofen and acetaminophen. Harv Heart Lett 2006; 17(2):1-3.

(1948)  Hirschfeld G, Sperfeld AD, Kassubek J, Scharffetter-Kochanek K, Sunderkotter C. [Transient global amnesia (TGA) during an oral provocation test.]. Hautarzt 2007; 58(2):149-152.

KS-000793

(1949)   Hoffman T. Ginko, Vioxx and excessive bleeding--possible drug-herb interactions: case report. Hawaii Med J 2001; 60(11):290.

(1950)   Von Seggern RL, Mannix LK, Adelman JU. AN OPEN-LABEL TRIAL OF ROPECOXIB IN THE PREVENTIVE TREATMENT OF PERI-MENSTRUAL MIGRAINE [ABSTRACT 163299]. Headache 2000; 40(5):436-Abstr. 163299.

(1951)   Wheeler SD. Rofecoxib-Responsive Hemicrania Continua [ABSTRACT 163300]. Headache 2000; 40(5):436-437, Abstr. 163300.

(1952)   Peres MF, Silberstein SD. Hemicrania continua responds to cyclooxygenase-2 inhibitors. Headache 2002; 42(6):530-531.

(1953)   Von Seggern RL, Mannix LK, Adelman JU. Rofecoxib in the prevention of perimenstrual migraine: an open-label pilot trial. Headache 2004; 44(2):160-165.

(1954)   Jacob S, Rajabally YA. Intracranial hypertension induced by rofecoxib. Headache 2005; 45(1):75-76.

(1955)   Drescher MJ, Elstein Y. Prophylactic COX 2 inhibitor: an end to the Yom Kippur headache. Headache 2006; 46(10):1487-1491.

(1956)   Saper J, Dahlof C, So Y et al. Rofecoxib in the acute treatment of migraine: a randomized controlled clinical trial. Headache 2006; 46(2):264-275.

(1957)   Titlow K, Randel L, Clancy CM, Emanuel EJ. Drug coverage decisions: the role of dollars and values. Health Aff (Millwood ) 2000; 19(2):240-247.

(1958)   Bradford WD, Kleit AN, Nietert PJ, Steyer T, McIlwain T, Ornstein S. How direct-to-consumer television advertising for osteoarthritis drugs affects physicians' prescribing behavior. Health Aff (Millwood ) 2006; 25(5):1371-1377.

(1959)   Philipson T, Jena AB, Sun E. The Institute of Medicine report on the FDA: where is the science? Health Econ 2007; 16(3):219-221.

(1960)   Atkinson HG. COX-2 inhibitors: better than traditional NSAIDs? Vioxx and Celebrex may be no less risky than NSAIDs. Health News 2002; 8(8):5.

(1961)   Sanmuganathan PS, Ghahramani P, Jackson PR, Wallis EJ, Ramsay LE. Aspirin for primary prevention of coronary heart disease: safety and absolute benefit related to coronary risk derived from meta-analysis of randomised trials. Heart 2001; 85(3):265-271.

(1962)   Tousoulis D, Davies GJ, Crake T, Toutouzas PC. Vasomotion and nitric oxide bioactivity in diseased coronary arteries. Heart 2002; 87(4):320-321.

(1963)   Lafont A. Basic aspects of plaque vulnerability. Heart 2003; 89(10):1262-1267.

(1964)   Connelly KA, Macisaac AI, Jelinek VM. Stress, myocardial infarction, and the "tako-tsubo" phenomenon. Heart 2004; 90(9):e52.

(1965)   Abbate A, Santini D, Biondi-Zoccai GG et al. Cyclo-oxygenase-2 (COX-2) expression at the site of recent myocardial infarction: friend or foe? Heart 2004; 90(4):440-443.

(1966)   Huerta C, Varas-Lorenzo C, Castellsague J, Garcia Rodriguez LA. Non-steroidal anti-inflammatory drugs and risk of first hospital admission for heart failure in the general population. Heart 2006; 92(11):1610-1615.

(1967)   Brophy JM, Levesque LE, Zhang B. The coronary risk of cyclo-oxygenase-2 inhibitors in patients with a previous myocardial infarction. Heart 2007; 93(2):189-194.

(1968)   Behr ER, Casey A, Sheppard M et al. Sudden arrhythmic death syndrome: a national survey of sudden unexplained cardiac death. Heart 2007; 93(5):601-605.

(1969)   LEBOWITZ WB. The heart in rheumatoid arthritis (rheumatoid disease). A clinical and pathological study of sixty-two cases. Heart in Rheumatoid Arthritis 1963; 58(1):102-123.

KS-000794

(1970)   Fries S, Grosser T. The Cardiovascular Pharmacology of COX-2 Inhibition. Hematology Am Soc Hematol Educ Program 2005;445-451.

(1971)   Callejas NA, Casado M, Bosca L, Martin-Sanz P. Absence of nuclear factor kappaB inhibition by NSAIDs in hepatocytes. Hepatology 2002; 35(2):341-348.

(1972)   Zhang Z, Lai GH, Sirica AE. Celecoxib-induced apoptosis in rat cholangiocarcinoma cells mediated by Akt inactivation and Bax translocation. Hepatology 2004; 39(4):1028-1037.

(1973)   Waltenberger J. [Pathophysiological bases of unstable coronary syndrome]. Herz 2001; 26 Suppl 1:2-8.

(1974)   Teixeira MZ. Evidence of the principle of similitude in modern fatal iatrogenic events. Homeopathy 2006; 95(4):229-236.

(1975)   Teixeira MZ. NSAIDs, Myocardial infarction, rebound effect and similitude. Homeopathy 2007; 96(1):67-68.

(1976)   Lee A. Vioxx withdrawal--an opportunity to review primary care management for osteoarthritis. Hong Kong Med J 2005; 11(2):135.

(1977)   Amano H, Haysahi I, Yoshida S, Yoshimura H, Majima M. Cyclooxygenase-2 and adenylate cyclase/protein kinase A signaling pathway enhances angiogenesis through induction of vascular endothelial growth factor in rat sponge implants. Hum Cell 2002; 15(1):13-24.

(1978)   FitzGerald GA, Catella F, Oates JA. Eicosanoid biosynthesis in human cardiovascular disease. Hum Pathol 1987; 18(3):248-252.

(1979)   Pall M, Friden BE, Brannstrom M. Induction of delayed follicular rupture in the human by the selective COX-2 inhibitor rofecoxib: a randomized double-blind study. Hum Reprod 2001; 16(7):1323-1328.

(1980)   Shakiba K, Falcone T. Tumour necrosis factor-alpha blockers: potential limitations in the management of advanced endometriosis? A case report. Hum Reprod 2006; 21(9):2417-2420.

(1981)   Gambera L, Serafini F, Morgante G, Focarelli R, De L, V, Piomboni P. Sperm quality and pregnancy rate after COX-2 inhibitor therapy of infertile males with abacterial leukocytospermia. Hum Reprod 2007; 22(4):1047-1051.

(1982)   Cowley AW, Jr., Mattson DL, Lu S, Roman RJ. The renal medulla and hypertension. Hypertension 1995; 25(4 Pt 2):663-673.

(1983)   LaPointe MC, Isenovic E. Interleukin-1beta regulation of inducible nitric oxide synthase and cyclooxygenase-2 involves the p42/44 and p38 MAPK signaling pathways in cardiac myocytes. Hypertension 1999; 33(1 Pt 2):276-282.

(1984)   Wang JL, Cheng HF, Harris RC. Cyclooxygenase-2 inhibition decreases renin content and lowers blood pressure in a model of renovascular hypertension. Hypertension 1999; 34(1):96-101.

(1985)   Rodriguez F, Llinas MT, Gonzalez JD, Rivera J, Salazar FJ. Renal changes induced by a cyclooxygenase-2 inhibitor during normal and low sodium intake. Hypertension 2000; 36(2):276-281.

(1986)   Brands MW, Hailman AE, Fitzgerald SM. Long-term glucose infusion increases arterial pressure in dogs with cyclooxygenase-2 inhibition. Hypertension 2001; 37(2 Part 2):733-738.

(1987)   White WB, Kent J, Taylor A, Verburg KM, Lefkowith JB, Whelton A. Effects of celecoxib on ambulatory blood pressure in hypertensive patients on ACE inhibitors. Hypertension 2002; 39(4):929-934.

(1988)   Hocherl K, Dreher F, Kurtz A, Bucher M. Cyclooxygenase-2 inhibition attenuates lipopolysaccharide-induced cardiovascular failure. Hypertension 2002; 40(6):947-953.

(1989)   Quilley J, Chen YJ. Role of COX-2 in the enhanced vasoconstrictor effect of arachidonic acid in the diabetic rat kidney. Hypertension 2003; 42(4):837-843.

(1990)   Widlansky ME, Price DT, Gokce N et al. Short- and long-term COX-2 inhibition reverses endothelial dysfunction in patients with hypertension. Hypertension 2003; 42(3):310-315.

**KS-000795**

(1991)   Solomon DH, Schneeweiss S, Levin R, Avorn J. Relationship between COX-2 specific inhibitors and hypertension. Hypertension 2004; 44(2):140-145.

(1992)   Minuz P, Patrignani P, Gaino S et al. Determinants of platelet activation in human essential hypertension. Hypertension 2004; 43(1):64-70.

(1993)   Zewde T, Mattson DL. Inhibition of cyclooxygenase-2 in the rat renal medulla leads to sodium-sensitive hypertension. Hypertension 2004; 44(4):424-428.

(1994)   White WB. Hypertension associated with therapies to treat arthritis and pain. Hypertension 2004; 44(2):123-124.

(1995)   Wu R, Laplante MA, de CJ. Cyclooxygenase-2 inhibitors attenuate angiotensin II-induced oxidative stress, hypertension, and cardiac hypertrophy in rats. Hypertension 2005; 45(6):1139-1144.

(1996)   Grover SA, Coupal L, Zowall H. Treating osteoarthritis with cyclooxygenase-2-specific inhibitors: what are the benefits of avoiding blood pressure destabilization? Hypertension 2005; 45(1):92-97.

(1997)   Hermann M, Shaw S, Kiss E et al. Selective COX-2 inhibitors and renal injury in salt-sensitive hypertension. Hypertension 2005; 45(2):193-197.

(1998)   Kohlstedt K, Busse R, Fleming I. Signaling via the angiotensin-converting enzyme enhances the expression of cyclooxygenase-2 in endothelial cells. Hypertension 2005; 45(1):126-132.

(1999)   Wang JG, Staessen JA, Franklin SS, Fagard R, Gueyffier F. Systolic and diastolic blood pressure lowering as determinants of cardiovascular outcome. Hypertension 2005; 45(5):907-913.

(2000)   Chang IJ, Harris RC. Are all COX-2 inhibitors created equal? Hypertension 2005; 45(2):178-180.

(2001)   Fielder JH. The Vioxx debacle. IEEE Eng Med Biol Mag 2005; 24(2):106-109.

(2002)   Manoria P, Manoria PC. COX-2 inhibitors and heart. Indian Heart J 2005; 57(6):772-777.

(2003)   Gessell-Lee DL, Popov VL, Boldogh I, Olano JP, Peterson JW. Role of cyclooxygenase enzymes in a murine model of experimental cholera. Infect Immun 2003; 71(11):6234-6242.

(2004)   Vane JR, Botting RM. New insights into the mode of action of anti-inflammatory drugs. Inflamm Res 1995; 44(1):1-10.

(2005)   Brideau C, Kargman S, Liu S et al. A human whole blood assay for clinical evaluation of biochemical efficacy of cyclooxygenase inhibitors. Inflamm Res 1996; 45(2):68-74.

(2006)   Kirtikara K, Swangkul S, Ballou LR. The analysis of nonsteroidal antiinflammatory drug selectivity in prostaglandin G/H synthase (PGHS)-null cells. Inflamm Res 2001; 50(6):327-332.

(2007)   Pinheiro RM, Calixto JB. Effect of the selective COX-2 inhibitors, celecoxib and rofecoxib in rat acute models of inflammation. Inflamm Res 2002; 51(12):603-610.

(2008)   Sandrini M, Vitale G, Pini LA. Effect of rofecoxib on nociception and the serotonin system in the rat brain. Inflamm Res 2002; 51(3):154-159.

(2009)   Martin AR, Villegas I, arcon de la LC. The COX-2 inhibitor, rofecoxib, ameliorates dextran sulphate sodium induced colitis in mice. Inflamm Res 2005; 54(4):145-151.

(2010)   Lunardelli A, Leite CE, Pires MG, de O, Jr. Extract of the bristles of Dirphia sp. increases nitric oxide in a rat pleurisy model. Inflamm Res 2006; 55(4):129-135.

(2011)   Granstrom E. The arachidonic acid cascade. The prostaglandins, thromboxanes and leukotrienes. Inflammation 1984; 8 Suppl:S15-S25.

(2012)   Knudsen JF, Carlsson U, Hammarstrom P, Sokol GH, Cantilena LR. The cyclooxygenase-2 inhibitor celecoxib is a potent inhibitor of human carbonic anhydrase II. Inflammation 2004; 28(5):285-290.

KS-000796

(2013)  de Menezes GB, dos Reis WG, Santos JM, Duarte ID, de Francischi JN. Inhibition of prostaglandin F(2alpha) by selective cyclooxygenase 2 inhibitors accounts for reduced rat leukocyte migration. Inflammation 2005; 29(4-6):163-169.

(2014)  Yuan Y, Hunt RH. Assessment of the safety of selective cyclo-oxygenase-2 inhibitors: where are we in 2003? Inflammopharmacology 2003; 11(4):337-354.

(2015)  Yokota A, Taniguchi M, Tanaka A, Takeuchi K. Development of intestinal, but not gastric damage caused by a low dose of indomethacin in the presence of rofecoxib. Inflammopharmacology 2005; 13(1-3):209-216.

(2016)  Rainsford KD. Introduction - The coxib controversies. Inflammopharmacology 2005; 13(4):331-341.

(2017)  Gambero A, Becker TL, Zago AS, de Oliveira AF, Pedrazzoli J, Jr. Comparative study of anti-inflammatory and ulcerogenic activities of different cyclo-oxygenase inhibitors. Inflammopharmacology 2005; 13(5-6):441-454.

(2018)  Kean WF, Buchanan WW. The use of NSAIDs in rheumatic disorders 2005: a global perspective. Inflammopharmacology 2005; 13(4):343-370.

(2019)  Blake DR, Shenker N, Cohen H, Stevens CR. What if Derek Willoughby were right? Cyclo-oxygenase is an anti-inflammatory enzyme. Inflammopharmacology 2005; 12(5-6):465-471.

(2020)  Halpern GM. COX-2 inhibitors: a story of greed, deception and death. Inflammopharmacology 2005; 13(4):419-425.

(2021)  Khanna D, Khanna PP, Furst DE. COX-2 controversy: where are we and where do we go from here? Inflammopharmacology 2005; 13(4):395-402.

(2022)  Kumar VL, Roy S, Sehgal R, Padhy BM. A comparative study on the efficacy of rofecoxib in monoarticular arthritis induced by latex of Calotropis procera and Freund's complete adjuvant. Inflammopharmacology 2006; 14(1-2):17-21.

(2023)  Mullis BH, Copland ST, Weinhold PS, Miclau T, Lester GE, Bos GD. Effect of COX-2 inhibitors and non-steroidal anti-inflammatory drugs on a mouse fracture model. Injury 2006; 37(9):827-837.

(2024)  Perrone MR, Artesani MC, Viola M et al. Tolerability of rofecoxib in patients with adverse reactions to nonsteroidal anti-inflammatory drugs: a study of 216 patients and literature review. Int Arch Allergy Immunol 2003; 132(1):82-86.

(2025)  Kalyoncu AF, Karakaya G, Bozkurt B, Artvinli M. A new method of oral drug provocation testing for determining safe alternatives for patients with non-steroidal anti-inflammatory drug intolerance: the triple test. Int Arch Allergy Immunol 2005; 138(4):319-323.

(2026)  Rocca B, FitzGerald GA. Cyclooxygenases and prostaglandins: shaping up the immune response. Int Immunopharmacol 2002; 2(5):603-630.

(2027)  Jozefowski S, Bobek M, Marcinkiewicz J. Exogenous but not endogenous prostanoids regulate cytokine secretion from murine bone marrow dendritic cells: EP2, DP, and IP but not EP1, EP3, and FP prostanoid receptors are involved. Int Immunopharmacol 2003; 3(6):865-878.

(2028)  Vajja BN, Juluri S, Kumari M, Kole L, Chakrabarti R, Joshi VD. Lipopolysaccharide-induced paw edema model for detection of cytokine modulating anti-inflammatory agents. Int Immunopharmacol 2004; 4(7):901-909.

(2029)  Feitoza CQ, Camara NO, Pinheiro HS et al. Cyclooxygenase 1 and/or 2 blockade ameliorates the renal tissue damage triggered by ischemia and reperfusion injury. Int Immunopharmacol 2005; 5(1):79-84.

(2030)  Motilva V, arcon de la LC, Bruseghini L, Manuel HJ, Sanchez-Fidalgo S. COX expression and PGE(2) and PGD(2) production in experimental acute and chronic gastric lesions. Int Immunopharmacol 2005; 5(2):369-379.

(2031)  Becerra CR, Frenkel EP, Ashfaq R, Gaynor RB. Increased toxicity and lack of efficacy of Rofecoxib in combination with chemotherapy for treatment of metastatic colorectal cancer: A phase II study. Int J Cancer 2003; 105(6):868-872.

(2032)  Peluffo GD, Stillitani I, Rodriguez VA, Diament MJ, Klein SM. Reduction of tumor progression and paraneoplastic syndrome development in murine lung adenocarcinoma by nonsteroidal antiinflammatory drugs. Int J Cancer 2004; 110(6):825-830.

**KS-000797**

(2033)   Tang C, Liu C, Zhou X, Wang C. Enhanced inhibitive effects of combination of rofecoxib and octreotide on the growth of human gastric cancer. Int J Cancer 2004; 112(3):470-474.

(2034)   Noguera Aguilar JF, Amengual A, I, Pujol Tugores JJ. Dose of rofecoxib in colorectal cancer. Int J Cancer 2004; 110(2):309.

(2035)   Lekakis JP, Vamvakou G, Andreadou I et al. Divergent effects of rofecoxib on endothelial function and inflammation in acute coronary syndromes. Int J Cardiol 2006; 112(3):359-366.

(2036)   Celik T, Iyisoy A, Kursaklioglu H, Yuksel UC. Cyclooxygenase-2 inhibitors dilemma in cardiovascular medicine: are all family members bad players? Int J Cardiol 2007; 116(2):259-260.

(2037)   Kasper B, Ho AD, Egerer G. A new therapeutic approach in patients with advanced sarcoma. Int J Clin Oncol 2005; 10(6):438-440.

(2038)   Langman MJ, Eichler HG, Mavros P, Watson DJ, Kong SX. Initiation of antihypertensive therapy among new users of cyclooxygenase-2-selective and nonselective NSAIDs. Int J Clin Pharmacol Ther 2004; 42(5):260-266.

(2039)   Geusens P, Alten R, Rovensky J et al. Efficacy, safety and tolerability of lumiracoxib in patients with rheumatoid arthritis. Int J Clin Pract 2004; 58(11):1033-1041.

(2040)   Kellstein D, Ott D, Jayawardene S, Fricke J. Analgesic efficacy of a single dose of lumiracoxib compared with rofecoxib, celecoxib and placebo in the treatment of post-operative dental pain. Int J Clin Pract 2004; 58(3):244-250.

(2041)   Bitner M, Kattenhorn J, Hatfield C, Gao J, Kellstein D. Efficacy and tolerability of lumiracoxib in the treatment of primary dysmenorrhoea. Int J Clin Pract 2004; 58(4):340-345.

(2042)   Smith KJ, Skelton H. Acute onset of neutrophilic dermatosis in patients after therapy with a COX-2-specific inhibitor. Int J Dermatol 2003; 42(5):389-393.

(2043)   Petitti D. Commentary: hormone replacement therapy and coronary heart disease: four lessons. Int J Epidemiol 2004; 33(3):461-463.

(2044)   Sahin I, Saracoglu F, Kurban Y, Turkkani B. Dysmenorrhea treatment with a single daily dose of rofecoxib. Int J Gynaecol Obstet 2003; 83(3):285-291.

(2045)   Wood NJ, Quinton NA, Burdall S, Sheridan E, Duffy SR. Exploring the potential chemopreventative effect of aspirin and rofecoxib on hereditary nonpolyposis colorectal cancer-like endometrial cancer cells in vitro through mechanisms involving apoptosis, the cell cycle, and mismatch repair gene expression. Int J Gynecol Cancer 2007; 17(2):447-454.

(2046)   Friedman LS, Richter ED. Excessive and disproportionate advertising in peer-reviewed journals. Int J Occup Environ Health 2006; 12(1):59-64.

(2047)   Halsas M, Hietala J, Veski P, Jurjenson H, Marvola M. Morning versus evening dosing of ibuprofen using conventional and time-controlled release formulations. Int J Pharm 1999; 189(2):179-185.

(2048)   Kiang YH, Xu W, Kaufman MJ. Ab initio structure determination of rofecoxib from powder diffraction data using molecular packing analysis method and direct space method. Int J Pharm 2003; 252(1-2):213-223.

(2049)   Papaioannides D, Bouropoulos C, Sinapides D, Korantzopoulos P, Akritidis N. Acute renal dysfunction associated with selective COX-2 inhibitor therapy. Int Urol Nephrol 2001; 33(4):609-611.

(2050)   Landsberg PG, Pillans PI, Radford JM. Evaluation of cyclooxygenase 2 inhibitor use in patients admitted to a large teaching hospital. Intern Med J 2003; 33(5-6):225-228.

(2051)   Haider M, Gain E, Khadem G et al. Simultaneous presentation of rofecoxib-induced acute hepatitis and acute interstitial nephritis. Intern Med J 2005; 35(6):370-372.

(2052)   Lin MS, Dai YS, Pwu RF, Chen YH, Chang NC. Risk estimates for drugs suspected of being associated with Stevens-Johnson syndrome and toxic epidermal necrolysis: a case-control study. Intern Med J 2005; 35(3):188-190.

KS-000798

(2053)  Wilkinson-Berka JL, Alousis NS, Kelly DJ, Gilbert RE. COX-2 inhibition and retinal angiogenesis in a mouse model of retinopathy of prematurity. Invest Ophthalmol Vis Sci 2003; 44(3):974-979.

(2054)  Aizen E, Kagan G, Assy B, Iobel R, Bershadsky Y, Gilhar A. Effect of non-steroidal anti-inflammatory drugs on natural killer cell activity in patients with dementia. Isr Med Assoc J 2005; 7(2):78-81.

(2055)  Patrono C, FitzGerald GA. Oxidant stress in cardiovascular disease: an emerging modality or a disproved theory? Ital Heart J 2001; 2(12):865-866.

(2056)  Seeram NP, Schutzki R, Chandra A, Nair MG. Characterization, quantification, and bioactivies of anthocyanins in Cornus species. J Agric Food Chem 2002; 50(9):2519-2523.

(2057)  Stevenson DD, Simon RA. Lack of Cross-Reactivity Between Selective COX-2 Inhibitors and Aspirin (ASA) in ASA, Sensitive Asthmatic Subjects [ABSTRACT 806]. J Allergy Clin Immunol 2000; 105(1, Pt. 2):S273-Abstr. 806.

(2058)  Stevenson DD, Simon RA. Lack of cross-reactivity between rofecoxib and aspirin in aspirin-sensitive patients with asthma. J Allergy Clin Immunol 2001; 108(1):47-51.

(2059)  Grimm V, Rakoski J, Ring J. Urticaria and angioedema induced by COX-2 inhibitors. J Allergy Clin Immunol 2002; 109(2):370.

(2060)  Block SH. Chronic sinusitis with rofecoxib. J Allergy Clin Immunol 2002; 109(2):373-374.

(2061)  Fontaine C, Bousquet PJ, Demoly P. Anaphylactic shock caused by a selective allergy to celecoxib, with no allergy to rofecoxib or sulfamethoxazole. J Allergy Clin Immunol 2005; 115(3):633-634.

(2062)  VanderEnde DS, Morrow JD. Release of markedly increased quantities of prostaglandin D2 from the skin in vivo in humans after the application of cinnamic aldehyde. J Am Acad Dermatol 2001; 45(1):62-67.

(2063)  Markus R, Reddick ME, Rubenstein MC. Rofecoxib-induced pseudoporphyria. J Am Acad Dermatol 2004; 50(4):647-648.

(2064)  Drago F, Brusati C, Desirello G, Cacciapuoti M, Rebora A. Cutaneous vasculitis induced by cyclo-oxygenase-2 selective inhibitors. J Am Acad Dermatol 2004; 51(6):1029-1030.

(2065)  Lane JM. Anti-inflammatory medications: selective COX-2 inhibitors. J Am Acad Orthop Surg 2002; 10(2):75-78.

(2066)  Campbell RJ, Sneed KB. Acute congestive heart failure induced by rofecoxib. J Am Board Fam Pract 2004; 17(2):131-135.

(2067)  Abramson J, Starfield B. The effect of conflict of interest on biomedical research and clinical practice guidelines: can we trust the evidence in evidence-based medicine? J Am Board Fam Pract 2005; 18(5):414-418.

(2068)  Celermajer DS, Sorensen KE, Bull C, Robinson J, Deanfield JE. Endothelium-dependent dilation in the systemic arteries of asymptomatic subjects relates to coronary risk factors and their interaction. J Am Coll Cardiol 1994; 24(6):1468-1474.

(2069)  Anderson JL, Carlquist JF, Muhlestein JB, Horne BD, Elmer SP. Evaluation of C-reactive protein, an inflammatory marker, and infectious serology as risk factors for coronary artery disease and myocardial infarction. J Am Coll Cardiol 1998; 32(1):35-41.

(2070)  Furman MI, Benoit SE, Barnard MR et al. Increased platelet reactivity and circulating monocyte-platelet aggregates in patients with stable coronary artery disease. J Am Coll Cardiol 1998; 31(2):352-358.

(2071)  Noda T, Minatoguchi S, Fujii K et al. Evidence for the delayed effect in human ischemic preconditioning: prospective multicenter study for preconditioning in acute myocardial infarction. J Am Coll Cardiol 1999; 34(7):1966-1974.

(2072)  Grundy SM, Pasternak R, Greenland P, Smith S Jr, Fuster V. AHA/ACC scientific statement: Assessment of cardiovascular risk by use of multiple-risk-factor assessment equations: a statement for healthcare professionals from the American Heart Association and the American College of Cardiology. J Am Coll Cardiol 1999; 34(4):1348-1359.

KS-000799

(2073)   Furman MI, Barnard MR, Krueger LA et al. Circulating monocyte-platelet aggregates are an early marker of acute myocardial infarction. J Am Coll Cardiol 2001; 38(4):1002-1006.

(2074)   White WB. Cyclooxygenase-2 inhibitors and cardiovascular thromboembolic events. J Am Coll Cardiol 2002; 40(3):577-578.

(2075)   Bing RJ, Lomnicka M. Why do cyclo-oxygenase-2 inhibitors cause cardiovascular events? J Am Coll Cardiol 2002; 39(3):521-522.

(2076)   Abbate A, Biondi-Zoccai GG, Leone AM, Baldi A, Crea F. Cyclooxygenase-2 in myocardial ischemia: is it really a friend? J Am Coll Cardiol 2003; 42(9):1714-1715.

(2077)   Przyklenk K, Heusch G. Late preconditioning against myocardial stunning. Does aspirin close the "second window" of endogenous cardioprotection? J Am Coll Cardiol 2003; 41(7):1195-1197.

(2078)   Belton O, Fitzgerald D. Cyclooxygenase-2 inhibitors and atherosclerosis. J Am Coll Cardiol 2003; 41(10):1820-1822.

(2079)   Rott D, Zhu J, Burnett MS et al. Effects of MF-tricyclic, a selective cyclooxygenase-2 inhibitor, on atherosclerosis progression and susceptibility to cytomegalovirus replication in apolipoprotein-E knockout mice. J Am Coll Cardiol 2003; 41(10):1812-1819.

(2080)   Title LM, Giddens K, McInerney MM, McQueen MJ, Nassar BA. Effect of cyclooxygenase-2 inhibition with rofecoxib on endothelial dysfunction and inflammatory markers in patients with coronary artery disease. J Am Coll Cardiol 2003; 42(10):1747-1753.

(2081)   Verma S, Szmitko PE. Coxibs and the endothelium. J Am Coll Cardiol 2003; 42(10):1754-1756.

(2082)   Shinmura K, Kodani E, Xuan YT, Dawn B, Tang XL, Bolli R. Effect of aspirin on late preconditioning against myocardial stunning in conscious rabbits. J Am Coll Cardiol 2003; 41(7):1183-1194.

(2083)   Furman MI, Krueger LA, Linden MD, Barnard MR, Frelinger AL, III, Michelson AD. Release of soluble CD40L from platelets is regulated by glycoprotein IIb/IIIa and actin polymerization. J Am Coll Cardiol 2004; 43(12):2319-2325.

(2084)   DeMaria AN. The fallout from Vioxx. J Am Coll Cardiol 2004; 44(10):2080-2081.

(2085)   Frishman WH. Cyclooxygenase inhibition in patients with coronary artery disease. J Am Coll Cardiol 2004; 43(4):532-533.

(2086)   Howard PA, Delafontaine P. Nonsteroidal anti-Inflammatory drugs and cardiovascular risk. J Am Coll Cardiol 2004; 43(4):519-525.

(2087)   Kimmel SE, Berlin JA, Reilly M et al. The effects of nonselective non-aspirin non-steroidal anti-inflammatory medications on the risk of nonfatal myocardial infarction and their interaction with aspirin. J Am Coll Cardiol 2004; 43(6):985-990.

(2088)   Kearney D, Byrne A, Crean P, Cox D, Fitzgerald DJ. Optimal suppression of thromboxane A(2) formation by aspirin during percutaneous transluminal coronary angioplasty: no additional effect of a selective cyclooxygenase-2 inhibitor. J Am Coll Cardiol 2004; 43(4):526-531.

(2089)   Capone ML, Sciulli MG, Tacconelli S et al. Pharmacodynamic interaction of naproxen with low-dose aspirin in healthy subjects. J Am Coll Cardiol 2005; 45(8):1295-1301.

(2090)   Steinhubl SR. The use of anti-inflammatory analgesics in the patient with cardiovascular disease: what a pain. J Am Coll Cardiol 2005; 45(8):1302-1303.

(2091)   Fuster V, Fayad ZA, Moreno PR, Poon M, Corti R, Badimon JJ. Atherothrombosis and high-risk plaque: Part II: approaches by noninvasive computed tomographic/magnetic resonance imaging. J Am Coll Cardiol 2005; 46(7):1209-1218.

(2092)   Fuster V, Moreno PR, Fayad ZA, Corti R, Badimon JJ. Atherothrombosis and high-risk plaque: part I: evolving concepts. J Am Coll Cardiol 2005; 46(6):937-954.

**KS-000800**

(2093)   Borgdorff P, Tangelder GJ, Paulus WJ. Cyclooxygenase-2 inhibitors enhance shear stress-induced platelet aggregation. J Am Coll Cardiol 2006; 48(4):817-823.

(2094)   Zarraga IG, Schwarz ER. Coxibs and heart disease: what we have learned and what else we need to know. J Am Coll Cardiol 2007; 49(1):1-14.

(2095)   Morrison BW, Fricke J, Brown J, Yuan W, Kotey P, Mehlisch D. The optimal analgesic dose of rofecoxib: Overview of six randomized controlled trials. J Am Dent Assoc 2000; 131(12):1729-1737.

(2096)   Tonsi RC. Two views of licensure. J Am Dent Assoc 2001; 132(11):1500, 1502.

(2097)   Nesvold JA, Bacsik CJ. Two views of licensure. J Am Dent Assoc 2001; 132(11):1500.

(2098)   Moore PA, Hersh EV. Celecoxib and rofecoxib. The role of COX-2 inhibitors in dental practice. J Am Dent Assoc 2001; 132(4):451-456.

(2099)   Brinker AD, Bonnel RA, Feight AG, Nourjah P. Celecoxib and rofecoxib. J Am Dent Assoc 2001; 132(11):1502, 1504.

(2100)   Jeske AH. Selecting new drugs for pain control: evidence-based decisions or clinical impressions? J Am Dent Assoc 2002; 133(8):1052-1056.

(2101)   Geba GP, Polis AB, Kong SX et al. Quality of Life in the treatment of osteoarthritis (OA): comparison of rofecoxib to nabumatone and placebo. J Am Geriatr Soc 2001; 49(4):87.

(2102)   The management of persistent pain in older persons. J Am Geriatr Soc 2002; 50(6 Suppl):S205-S224.

(2103)   Kivitz AJ, Greenwald MW, Cohen SB et al. Efficacy and safety of rofecoxib 12.5 mg versus nabumetone 1,000 mg in patients with osteoarthritis of the knee: a randomized controlled trial. J Am Geriatr Soc 2004; 52(5):666-674.

(2104)   Rothschild JM, Fang E, Liu V, Litvak I, Yoon C, Bates DW. Use and perceived benefits of handheld computer-based clinical references. J Am Med Inform Assoc 2006; 13(6):619-626.

(2105)   Davidoff F, Godlee F, Hoey J et al. Uniform requirements for manuscripts submitted to biomedical journals. J Am Osteopath Assoc 2003; 103(3):137-149.

(2106)   Tomasoni S, Noris M, Zappella S et al. Upregulation of renal and systemic cyclooxygenase-2 in patients with active lupus nephritis. J Am Soc Nephrol 1998; 9(7):1202-1212.

(2107)   Swan SK, Lasseter KC, Ryan CF et al. Renal Effects of Multiple-Dose Rofecoxib (R), A Cox-2 Inhibitor, in Elderly Subjects. J.Am.Soc.Nephrol. 10, 641A. 1999.
         Ref Type: Abstract

(2108)   Kitahara M, Eitner F, Ostendorf T et al. Selective cyclooxygenase-2 inhibition impairs glomerular capillary healing in experimental glomerulonephritis. J Am Soc Nephrol 2002; 13(5):1261-1270.

(2109)   Courtois E, Marques M, Barrientos A, Casado S, Lopez-Farre A. Lead-induced downregulation of soluble guanylate cyclase in isolated rat aortic segments mediated by reactive oxygen species and cyclooxygenase-2. J Am Soc Nephrol 2003; 14(6):1464-1470.

(2110)   Therland KL, Stubbe J, Thiesson HC et al. Cyclooxygenase-2 is expressed in vasculature of normal and ischemic adult human kidney and is colocalized with vascular prostaglandin E2 EP4 receptors. J Am Soc Nephrol 2004; 15(5):1189-1198.

(2111)   Cahana A, Mauron A. The story of Vioxx--no pain and a lot of gain: ethical concerns regarding conduct of the pharmaceutical industry. J Anesth 2006; 20(4):348-351.

(2112)   Huang A, Wu Y, Sun D, Koller A, Kaley G. Effect of estrogen on flow-induced dilation in NO deficiency: role of prostaglandins and EDHF. J Appl Physiol 2001; 91(6):2561-2566.

(2113)   Colombo PC, Ashton AW, Celaj S et al. Biopsy coupled to quantitative immunofluorescence: a new method to study the human vascular endothelium. J Appl Physiol 2002; 92(3):1331-1338.

KS-000801

(2114)  Reuben SS, Fingeroth R, Krushell R, Maciolek H. Evaluation of the safety and efficacy of the perioperative administration of rofecoxib for total knee arthroplasty. J Arthroplasty 2002; 17(1):26-31.

(2115)  Mahajan A, Sharma R. COX-2 selective nonsteroidal anti-inflammatory drugs: current status. J Assoc Physicians India 2005; 53:200-204.

(2116)  Bavbek S, Celik G, Ozer F, Mungan D, Misirligil Z. Safety of selective COX-2 inhibitors in aspirin/nonsteroidal anti-inflammatory drug-intolerant patients: comparison of nimesulide, meloxicam, and rofecoxib. J Asthma 2004; 41(1):67-75.

(2117)  BERGSTROM S, SAMUELSSON B. Isolation of prostaglandin E1 from human seminal plasma. Prostaglandins and related factors. 11. J Biol Chem 1962; 237(9):3005-3006.

(2118)  SAMUELSSON B. ISOLATION AND IDENTIFICATION OF PROSTAGLANDINS FROM HUMAN SEMINAL PLASMA. 18. PROSTAGLANDINS AND RELATED FACTORS. J Biol Chem 1963; 238(10):3229-3234.

(2119)  Hamberg M, SAMUELSSON B. On the mechanism of the biosynthesis of prostaglandins E-1 and F-1-alpha. J Biol Chem 1967; 242(22):5336-5343.

(2120)  Merlie JP, Fagan D, Mudd J, Needleman P. Isolation and characterization of the complementary DNA for sheep seminal vesicle prostaglandin endoperoxide synthase (cyclooxygenase). J Biol Chem 1988; 263(8):3550-3553.

(2121)  Fu JY, Masferrer JL, Seibert K, Raz A, Needleman P. The induction and suppression of prostaglandin H2 synthase (cyclooxygenase) in human monocytes. J Biol Chem 1990; 265(28):16737-16740.

(2122)  Kujubu DA, Fletcher BS, Varnum BC, Lim RW, Herschman HR. TIS10, a phorbol ester tumor promoter-inducible mRNA from Swiss 3T3 cells, encodes a novel prostaglandin synthase/cyclooxygenase homologue. J Biol Chem 1991; 266(20):12866-12872.

(2123)  Fletcher BS, Kujubu DA, Perrin DM, Herschman HR. Structure of the mitogen-inducible TIS10 gene and demonstration that the TIS10-encoded protein is a functional prostaglandin G/H synthase. J Biol Chem 1992; 267(7):4338-4344.

(2124)  Sirois J, Simmons DL, Richards JS. Hormonal regulation of messenger ribonucleic acid encoding a novel isoform of prostaglandin endoperoxide H synthase in rat preovulatory follicles. Induction in vivo and in vitro. J Biol Chem 1992; 267(16):11586-11592.

(2125)  Holtzman MJ, Turk J, Shornick LP. Identification of a pharmacologically distinct prostaglandin H synthase in cultured epithelial cells. J Biol Chem 1992; 267(30):21438-21445.

(2126)  Lee SH, Soyoola E, Chanmugam P et al. Selective expression of mitogen-inducible cyclooxygenase in macrophages stimulated with lipopolysaccharide. J Biol Chem 1992; 267(36):25934-25938.

(2127)  Kujubu DA, Reddy ST, Fletcher BS, Herschman HR. Expression of the protein product of the prostaglandin synthase-2/TIS10 gene in mitogen-stimulated Swiss 3T3 cells. J Biol Chem 1993; 268(8):5425-5430.

(2128)  Jones DA, Carlton DP, McIntyre TM, Zimmerman GA, Prescott SM. Molecular cloning of human prostaglandin endoperoxide synthase type II and demonstration of expression in response to cytokines. J Biol Chem 1993; 268(12):9049-9054.

(2129)  Meade EA, Smith WL, Dewitt DL. Differential inhibition of prostaglandin endoperoxide synthase (cyclooxygenase) isozymes by aspirin and other non-steroidal anti-inflammatory drugs. J Biol Chem 1993; 268(9):6610-6614.

(2130)  Ristimaki A, Garfinkel S, Wessendorf J, Maciag T, Hla T. Induction of cyclooxygenase-2 by interleukin-1 alpha. Evidence for post-transcriptional regulation. J Biol Chem 1994; 269(16):11769-11775.

(2131)  Pritchard KA, Jr., O'Banion MK, Miano JM et al. Induction of cyclooxygenase-2 in rat vascular smooth muscle cells in vitro and in vivo. J Biol Chem 1994; 269(11):8504-8509.

(2132)  Smith WL, Garavito RM, Dewitt DL. Prostaglandin endoperoxide H synthases (cyclooxygenases)-1 and -2. J Biol Chem 1996; 271(52):33157-33160.

**KS-000802**

(2133)  Gierse JK, McDonald JJ, Hauser SD, Rangwala SH, Koboldt CM, Seibert K. A single amino acid difference between cyclooxygenase-1 (COX-1) and -2 (COX-2) reverses the selectivity of COX-2 specific inhibitors. J Biol Chem 1996; 271(26):15810-15814.

(2134)  Wong E, Bayly C, Waterman HL, Riendeau D, Mancini JA. Conversion of prostaglandin G/H synthase-1 into an enzyme sensitive to PGHS-2-selective inhibitors by a double His513 --> Arg and Ile523 --> val mutation. J Biol Chem 1997; 272(14):9280-9286.

(2135)  Schmedtje JF, Jr., Ji YS, Liu WL, DuBois RN, Runge MS. Hypoxia induces cyclooxygenase-2 via the NF-kappaB p65 transcription factor in human vascular endothelial cells. J Biol Chem 1997; 272(1):601-608.

(2136)  Hayes JS, Lawler OA, Walsh MT, Kinsella BT. The prostacyclin receptor is isoprenylated. Isoprenylation is required for efficient receptor-effector coupling. J Biol Chem 1999; 274(34):23707-23718.

(2137)  Brock TG, McNish RW, Peters-Golden M. Arachidonic acid is preferentially metabolized by cyclooxygenase-2 to prostacyclin and prostaglandin E2. J Biol Chem 1999; 274(17):11660-11666.

(2138)  Lawson JA, Rokach J, FitzGerald GA. Isoprostanes: formation, analysis and use as indices of lipid peroxidation in vivo. J Biol Chem 1999; 274(35):24441-24444.

(2139)  Barry OP, Kazanietz MG, Pratico D, FitzGerald GA. Arachidonic acid in platelet microparticles up-regulates cyclooxygenase-2-dependent prostaglandin formation via a protein kinase C/mitogen-activated protein kinase-dependent pathway. J Biol Chem 1999; 274(11):7545-7556.

(2140)  Adderley SR, Fitzgerald DJ. Oxidative damage of cardiomyocytes is limited by extracellular regulated kinases 1/2-mediated induction of cyclooxygenase-2. J Biol Chem 1999; 274(8):5038-5046.

(2141)  Sheng H, Shao J, Dixon DA et al. Transforming growth factor-beta1 enhances Ha-ras-induced expression of cyclooxygenase-2 in intestinal epithelial cells via stabilization of mRNA. J Biol Chem 2000; 275(9):6628-6635.

(2142)  Xu Q, Ji YS, Schmedtje JF, Jr. Sp1 increases expression of cyclooxygenase-2 in hypoxic vascular endothelium. Implications for the mechanisms of aortic aneurysm and heart failure. J Biol Chem 2000; 275(32):24583-24589.

(2143)  Dixon DA, Kaplan CD, McIntyre TM, Zimmerman GA, Prescott SM. Post-transcriptional control of cyclooxygenase-2 gene expression. The role of the 3'-untranslated region. J Biol Chem 2000; 275(16):11750-11757.

(2144)  Caughey GE, Cleland LG, Gamble JR, James MJ. Up-regulation of endothelial cyclooxygenase-2 and prostanoid synthesis by platelets. Role of thromboxane A2. J Biol Chem 2001; 276(41):37839-37845.

(2145)  Dormond O, Bezzi M, Mariotti A, Ruegg C. Prostaglandin E2 promotes integrin alpha Vbeta 3-dependent endothelial cell adhesion, rac-activation, and spreading through cAMP/PKA-dependent signaling. J Biol Chem 2002; 277(48):45838-45846.

(2146)  Pichiule P, Chavez JC, LaManna JC. Hypoxic regulation of angiopoietin-2 expression in endothelial cells. J Biol Chem 2004; 279(13):12171-12180.

(2147)  Wilson SJ, Roche AM, Kostetskaia E, Smyth EM. Dimerization of the human receptors for prostacyclin and thromboxane facilitates thromboxane receptor-mediated cAMP generation. J Biol Chem 2004; 279(51):53036-53047.

(2148)  Syeda F, Grosjean J, Houliston RA et al. Cyclooxygenase-2 induction and prostacyclin release by protease-activated receptors in endothelial cells require cooperation between mitogen-activated protein kinase and NF-kappaB pathways. J Biol Chem 2006; 281(17):11792-11804.

(2149)  Goodman SB, Ma T, Mitsunaga L, Miyanishi K, Genovese MC, Smith RL. Temporal effects of a COX-2-selective NSAID on bone ingrowth. J Biomed Mater Res A 2005; 72(3):279-287.

(2150)  Wiens BL, Heyse JF. Testing for interaction in studies of noninferiority. J Biopharm Stat 2003; 13(1):103-115.

(2151)  Murnaghan M, Li G, Marsh DR. Nonsteroidal anti-inflammatory drug-induced fracture nonunion: an inhibition of angiogenesis? J Bone Joint Surg Am 2006; 88 Suppl 3:140-147.

KS-000803

(2152)   Murphy MG, Rivitz AJ, Rofecoxib Bone Study Group et al. The Effects of Rofecoxib, a Cyclooxygenase (COX)-2
         Specific Inhibitor, Vs Ibuprofen on Biochemical Indices of Bone Turnover in Patients with Osteoarthritis [ABSTRACT
         SA133]. J Bone Miner Res 1999; 14(1 Suppl.):S342-Abstr. SA133.

(2153)   Simon AM, Manigrasso MB, O'Connor JP. Cyclo-oxygenase 2 function is essential for bone fracture healing. J.Bone
         Miner.Res. 17[6], 963-976. 2002.
         Ref Type: Abstract

(2154)   Katagiri M, Ogasawara T, Hoshi K et al. Suppression of adjuvant-induced arthritic bone destruction by cyclooxygenase-
         2 selective agents with and without inhibitory potency against carbonic anhydrase II. J.Bone Miner.Res. 21[2], 219-227.
         2006.
         Ref Type: Abstract

(2155)   Klasser GD, Epstein J. Nonsteroidal anti-inflammatory drugs: confusion, controversy and dental implications. J Can
         Dent Assoc 2005; 71(8):575-580.

(2156)   Tuettenberg J, Grobholz R, Korn T, Wenz F, Erber R, Vajkoczy P. Continuous low-dose chemotherapy plus inhibition of
         cyclooxygenase-2 as an antiangiogenic therapy of glioblastoma multiforme. J Cancer Res Clin Oncol 2005; 131(1):31-
         40.

(2157)   Treiber G, Wex T, Rocken C, Fostitsch P, Malfertheiner P. Impact of biomarkers on disease survival and progression in
         patients treated with octreotide for advanced hepatocellular carcinoma. J Cancer Res Clin Oncol 2006; 132(11):699-
         708.

(2158)   Celik JB, Gormus N, Gormus ZI, Okesli S, Solak H. Preoperative analgesia management with rofecoxib in thoracotomy
         patients. J Cardiothorac Vasc Anesth 2005; 19(1):67-70.

(2159)   Berti F, Rossoni G, Magni F et al. Nonsteroidal antiinflammatory drugs aggravate acute myocardial ischemia in the
         perfused rabbit heart: a role for prostacyclin. J Cardiovasc Pharmacol 1988; 12(4):438-444.

(2160)   Black SC, Brideau C, Cirino M et al. Differential effect of a selective cyclooxygenase-2 inhibitor versus indomethacin on
         renal blood flow in conscious volume-depleted dogs. J Cardiovasc Pharmacol 1998; 32(5):686-694.

(2161)   Bouchard JF, Lamontagne D. Mechanisms of protection afforded by cyclooxygenase inhibitors to endothelial function
         against ischemic injury in rat isolated hearts. J Cardiovasc Pharmacol 1999; 34(5):755-763.

(2162)   Wang A, Nishihashi T, Murakami S et al. Noradrenaline-induced contraction mediated by endothelial COX-1 metabolites
         in the rat coronary artery. J Cardiovasc Pharmacol 2003; 42 Suppl 1:S39-S42.

(2163)   Dai W, Kloner RA. Relationship between cyclooxygenase-2 inhibition and thrombogenesis. J Cardiovasc Pharmacol
         Ther 2004; 9(1):51-59.

(2164)   Chen J, Li D, Schaefer RF, Mehta JL. Inhibitory effect of candesartan and rosuvastatin on CD40 and MMPs expression
         in apo-E knockout mice: novel insights into the role of RAS and dyslipidemia in atherogenesis. J Cardiovasc Pharmacol
         2004; 44(4):446-452.

(2165)   Wang K, Tarakji K, Zhou Z et al. Celecoxib, a selective cyclooxygenase-2 inhibitor, decreases monocyte
         chemoattractant protein-1 expression and neointimal hyperplasia in the rabbit atherosclerotic balloon injury model. J
         Cardiovasc Pharmacol 2005; 45(1):61-67.

(2166)   Schror K, Mehta P, Mehta JL. Cardiovascular risk of selective cyclooxygenase-2 inhibitors. J Cardiovasc Pharmacol
         Ther 2005; 10(2):95-101.

(2167)   Krum H, Aw TJ, Liew D, Haas S. Blood pressure effects of COX-2 inhibitors. J Cardiovasc Pharmacol 2006; 47 Suppl
         1:S43-S48.

(2168)   Strand V. Expectations from patients with rheumatoid arthritis regarding COX-2s: cutting to the heart of the matter. J
         Cardiovasc Pharmacol 2006; 47 Suppl 1:S55-S59.

(2169)   Mason RP, Walter MF, McNulty HP et al. Rofecoxib increases susceptibility of human LDL and membrane lipids to
         oxidative damage: a mechanism of cardiotoxicity. J Cardiovasc Pharmacol 2006; 47 Suppl 1:S7-14.

KS-000804

(2170)   Lindemann S, Tolley ND, Dixon DA et al. Activated platelets mediate inflammatory signaling by regulated interleukin 1beta synthesis. J Cell Biol 2001; 154(3):485-490.

(2171)   Griffoni C, Spisni E, Strillacci A, Toni M, Bachschmid MM, Tomasi V. Selective inhibition of prostacyclin synthase activity by rofecoxib. J Cell Mol Med 2007; 11(2):327-338.

(2172)   Teruyama K, Abe M, Nakano T et al. Role of transcription factor Ets-1 in the apoptosis human vascular endothelial cells. J Cell Physiol 2001; 188(2):243-252.

(2173)   Pickard JD. Role of prostaglandins and arachidonic acid derivatives in the coupling of cerebral blood flow to cerebral metabolism. J Cereb Blood Flow Metab 1981; 1(4):361-384.

(2174)   Matthews CZ, Woolf EJ, Matuszewski BK. Improved procedure for the the determination of rofecoxib in human plasma involving 96-well solid-phase extraction and fluorescence detection. J Chromatogr A 2002; 949(1-2):83-89.

(2175)   Vintiloiu A, Mullett WM, Papp R, Lubda D, Kwong E. Combining restricted access material (RAM) and turbulent flow for the rapid on-line extraction of the cyclooxygenase-2 inhibitor rofecoxib in plasma samples. J Chromatogr A 2005; 1082(2):150-157.

(2176)   Chavez-Eng CM, Constanzer ML, Matuszewski BK. High-performance liquid chromatographic-tandem mass spectrometric evaluation and determination of stable isotope labeled analogs of rofecoxib in human plasma samples from oral bioavailability studies. J Chromatogr B Analyt Technol Biomed Life Sci 2002; 767(1):117-129.

(2177)   Vallano PT, Mazenko RS, Woolf EJ, Matuszewski BK. Monolithic silica liquid chromatography columns for the determination of cyclooxygenase II inhibitors in human plasma. J Chromatogr B Analyt Technol Biomed Life Sci 2002; 779(2):249-257.

(2178)   Ramakrishna NV, Vishwottam KN, Wishu S, Koteshwara M. Quantitation of Valdecoxib in human plasma by high-performance liquid chromatography with ultraviolet absorbance detection using liquid-liquid extraction. J Chromatogr B Analyt Technol Biomed Life Sci 2004; 802(2):271-275.

(2179)   Zhang M, Moore GA, Gardiner SJ, Begg EJ. Determination of rofecoxib in human plasma and breast milk by high-performance liquid chromatographic assay. J Chromatogr B Analyt Technol Biomed Life Sci 2004; 807(2):217-221.

(2180)   Ramakrishna NV, Vishwottam KN, Wishu S, Koteshwara M, Chidambara J. High-performance liquid chromatography method for the quantification of entacapone in human plasma. J Chromatogr B Analyt Technol Biomed Life Sci 2005; 823(2):189-194.

(2181)   Woolf E, Fu I, Matuszewski B. Determination of rofecoxib, a cyclooxygenase-2 specific inhibitor, in human plasma using high-performance liquid chromatography with post-column photochemical derivatization and fluorescence detection. J Chromatogr B Biomed Sci Appl 1999; 730(2):221-227.

(2182)   Aravind MK, Prescilla R, Ofenstein JP. A rapid and sensitive high-performance liquid chromatography assay for rofecoxib in human serum. J Chromatogr Sci 2002; 40(1):26-28.

(2183)   Hamama AK, Ray J, Day RO, Brien JA. Simultaneous determination of rofecoxib and celecoxib in human plasma by high-performance liquid chromatography. J Chromatogr Sci 2005; 43(7):351-354.

(2184)   Huang JJ, Taguchi A, Hsu H, Andriole GL, Jr., Kurz A. Preoperative oral rofecoxib does not decrease postoperative pain or morphine consumption in patients after radical prostatectomy: a prospective, randomized, double-blinded, placebo-controlled trial. J Clin Anesth 2001; 13(2):94-97.

(2185)   Kim JT, Sherman O, Cuff G, Leibovits A, Wajda M, Bekker AY. A double-blind prospective comparison of rofecoxib vs ketorolac in reducing postoperative pain after arthroscopic knee surgery. J Clin Anesth 2005; 17(6):439-443.

(2186)   Watson ML, Goodman RP, Gill JR, Branch RA, Brash AR, FitzGerald GA. Endogenous prostacyclin synthesis is decreased during activation of the renin-angiotensin system in man. J Clin Endocrinol Metab 1984; 58(2):304-308.

(2187)   Tamura M, Sebastian S, Gurates B, Yang S, Fang Z, Bulun SE. Vascular endothelial growth factor up-regulates cyclooxygenase-2 expression in human endothelial cells. J Clin Endocrinol Metab 2002; 87(7):3504-3507.

KS-000805

(2188)  Zafeli MC, Luchin A, Piccin D et al. Cyclooxygenase-2 inhibitors reverse chemoresistance phenotype in medullary thyroid carcinoma by a permeability glycoprotein-mediated mechanism. J Clin Endocrinol Metab 2005; 90(10):5754-5760.

(2189)  Guess HA. Pharmacoepidemiology in pre-approval clinical trial safety monitoring. J Clin Epidemiol 1991; 44(8):851-857.

(2190)  Tugwell P, Judd MG, Fries JF, Singh G, Wells GA. Powering our way to the elusive side effect: a composite outcome 'basket' of predefined designated endpoints in each organ system should be included in all controlled trials. J Clin Epidemiol 2005; 58(8):785-790.

(2191)  Day D, Furlan A, Irvin E, Bombardier C. Simplified search strategies were effective in identifying clinical trials of pharmaceuticals and physical modalities. J Clin Epidemiol 2005; 58(9):874-881.

(2192)  Chou R, Fu R, Carson S, Saha S, Helfand M. Methodological shortcomings predicted lower harm estimates in one of two sets of studies of clinical interventions. J Clin Epidemiol 2007; 60(1):18-28.

(2193)  Freitas J, Farricha V, Nascimento I, Borralho P, Parames A. Rofecoxib: a possible cause of acute colitis. J Clin Gastroenterol 2002; 34(4):451-453.

(2194)  Wilcox GM, Mattia AR. Rofecoxib and inflammatory bowel disease: clinical and pathologic observations. J Clin Gastroenterol 2005; 39(2):142-143.

(2195)  Pickering TG, Hall JE, Appel LJ et al. Recommendations for blood pressure measurement in humans: an AHA scientific statement from the Council on High Blood Pressure Research Professional and Public Education Subcommittee. J Clin Hypertens (Greenwich ) 2005; 7(2):102-109.

(2196)  FitzGerald GA, Brash AR, Falardeau P, Oates JA. Estimated rate of prostacyclin secretion into the circulation of normal man. J Clin Invest 1981; 68(5):1272-1276.

(2197)  FitzGerald GA, Oates JA, Hawiger J et al. Endogenous biosynthesis of prostacyclin and thromboxane and platelet function during chronic administration of aspirin in man. J Clin Invest 1983; 71(3):676-688.

(2198)  Patrono C, Ciabattoni G, Pugliese F, Pierucci A, Blair IA, FitzGerald GA. Estimated rate of thromboxane secretion into the circulation of normal humans. J Clin Invest 1986; 77(2):590-594.

(2199)  Harris RC, McKanna JA, Akai Y, Jacobson HR, DuBois RN, Breyer MD. Cyclooxygenase-2 is associated with the macula densa of rat kidney and increases with salt restriction. J Clin Invest 1994; 94(6):2504-2510.

(2200)  Crofford LJ, Wilder RL, Ristimaki AP et al. Cyclooxygenase-1 and -2 expression in rheumatoid synovial tissues. Effects of interleukin-1 beta, phorbol ester, and corticosteroids. J Clin Invest 1994; 93(3):1095-1101.

(2201)  Brannon TS, North AJ, Wells LB, Shaul PW. Prostacyclin synthesis in ovine pulmonary artery is developmentally regulated by changes in cyclooxygenase-1 gene expression. J Clin Invest 1994; 93(5):2230-2235.

(2202)  Anderson GD, Hauser SD, McGarity KL, Bremer ME, Isakson PC, Gregory SA. Selective inhibition of cyclooxygenase (COX)-2 reverses inflammation and expression of COX-2 and interleukin 6 in rat adjuvant arthritis. J Clin Invest 1996; 97(11):2672-2679.

(2203)  Barry OP, Pratico D, Lawson JA, FitzGerald GA. Transcellular activation of platelets and endothelial cells by bioactive lipids in platelet microparticles. J Clin Invest 1997; 99(9):2118-2127.

(2204)  Schafer AI. Vascular endothelium: in defense of blood fluidity. J Clin Invest 1997; 99(6):1143-1144.

(2205)  Napoli C, D'Armiento FP, Mancini FP et al. Fatty streak formation occurs in human fetal aortas and is greatly enhanced by maternal hypercholesterolemia. Intimal accumulation of low density lipoprotein and its oxidation precede monocyte recruitment into early atherosclerotic lesions. J Clin Invest 1997; 100(11):2680-2690.

(2206)  Sheng H, Shao J, Kirkland SC et al. Inhibition of human colon cancer cell growth by selective inhibition of cyclooxygenase-2. J Clin Invest 1997; 99(9):2254-2259.

(2207)  Thomas DW, Mannon RB, Mannon PJ et al. Coagulation defects and altered hemodynamic responses in mice lacking receptors for thromboxane A2. J Clin Invest 1998; 102(11):1994-2001.

KS-000806

(2208)  Cheng HF, Wang JL, Zhang MZ et al. Angiotensin II attenuates renal cortical cyclooxygenase-2 expression. J Clin Invest 1999; 103(7):953-961.

(2209)  Schnermann J, Briggs JP. The macula densa is worth its salt. J Clin Invest 1999; 104(8):1007-1009.

(2210)  McAdam BF, Mardini IA, Habib A et al. Effect of regulated expression of human cyclooxygenase isoforms on eicosanoid and isoeicosanoid production in inflammation. J Clin Invest 2000; 105(10):1473-1482.

(2211)  Fitzpatrick FA, Soberman R. Regulated formation of eicosanoids. J Clin Invest 2001; 107(11):1347-1351.

(2212)  FitzGerald GA, Loll P. COX in a crystal ball: current status and future promise of prostaglandin research. J Clin Invest 2001; 107(11):1335-1337.

(2213)  Smith WL, Langenbach R. Why there are two cyclooxygenase isozymes. J Clin Invest 2001; 107(12):1491-1495.

(2214)  Narumiya S, FitzGerald GA. Genetic and pharmacological analysis of prostanoid receptor function. J Clin Invest 2001; 108(1):25-30.

(2215)  Tilley SL, Coffman TM, Koller BH. Mixed messages: modulation of inflammation and immune responses by prostaglandins and thromboxanes. J Clin Invest 2001; 108(1):15-23.

(2216)  Brash AR. Arachidonic acid as a bioactive molecule. J Clin Invest 2001; 107(11):1339-1345.

(2217)  Serhan CN, Oliw E. Unorthodox routes to prostanoid formation: new twists in cyclooxygenase-initiated pathways. J Clin Invest 2001; 107(12):1481-1489.

(2218)  Patrono C, Patrignani P, Garcia Rodriguez LA. Cyclooxygenase-selective inhibition of prostanoid formation: transducing biochemical selectivity into clinical read-outs. J Clin Invest 2001; 108(1):7-13.

(2219)  Dowd NP, Scully M, Adderley SR, Cunningham AJ, Fitzgerald DJ. Inhibition of cyclooxygenase-2 aggravates doxorubicin-mediated cardiac injury in vivo. J Clin Invest 2001; 108(4):585-590.

(2220)  FitzGerald GA. The choreography of cyclooxygenases in the kidney. J Clin Invest 2002; 110(1):33-34.

(2221)  Qi Z, Hao CM, Langenbach RI et al. Opposite effects of cyclooxygenase-1 and -2 activity on the pressor response to angiotensin II. J Clin Invest 2002; 110(1):61-69.

(2222)  Kobayashi T, Tahara Y, Matsumoto M et al. Roles of thromboxane A(2) and prostacyclin in the development of atherosclerosis in apoE-deficient mice. J Clin Invest 2004; 114(6):784-794.

(2223)  Francois H, Coffman TM. Prostanoids and blood pressure: which way is up? J Clin Invest 2004; 114(6):757-759.

(2224)  Kothapalli D, Fuki I, Ali K et al. Antimitogenic effects of HDL and APOE mediated by Cox-2-dependent IP activation. J Clin Invest 2004; 113(4):609-618.

(2225)  Yu Y, Cheng Y, Fan J et al. Differential impact of prostaglandin H synthase 1 knockdown on platelets and parturition. J Clin Invest 2005; 115(4):986-995.

(2226)  Grosser T, Fries S, FitzGerald GA. Biological basis for the cardiovascular consequences of COX-2 inhibition: therapeutic challenges and opportunities. J Clin Invest 2006; 116(1):4-15.

(2227)  Cheng Y, Wang M, Yu Y, Lawson J, Funk CD, FitzGerald GA. Cyclooxygenases, microsomal prostaglandin E synthase-1, and cardiovascular function. J Clin Invest 2006; 116(5):1391-1399.

(2228)  Layton D, Heeley E, Shakir SA. Identification and evaluation of a possible signal of exacerbation of colitis during rofecoxib treatment, using Prescription-Event Monitoring data. J Clin Pharm Ther 2004; 29(2):171-181.

(2229)  Chen LC, Elliott RA, Ashcroft DM. Systematic review of the analgesic efficacy and tolerability of COX-2 inhibitors in post-operative pain control. J Clin Pharm Ther 2004; 29(3):215-229.

(2230)  Helin-Salmivaara A, Huupponen R, Virtanen A, Klaukka T. Adoption of celecoxib and rofecoxib: a nationwide database study. J Clin Pharm Ther 2005; 30(2):145-152.

KS-000807

110

(2231)  Chen LC, Ashcroft DM. Do selective COX-2 inhibitors increase the risk of cerebrovascular events? A meta-analysis of randomized controlled trials. J Clin Pharm Ther 2006; 31(6):565-576.

(2232)  Brown J, Morrison BW, Christensen S et al. Vioxx 50 mg Versus Ibuprofen 400 mg In Post-Surgical Dental Pain [ABSTRACT 18]. J Clin Pharmacol 1999; 39(9):974-Abstr. 18.

(2233)  Leese PT, Hubbard RC, Karim A, Isakson PC, Yu SS, Geis GS. Effects of celecoxib, a novel cyclooxygenase-2 inhibitor, on platelet function in healthy adults: a randomized, controlled trial. J Clin Pharmacol 2000; 40(2):124-132.

(2234)  Van HA, Schwartz JI, Depre M et al. Comparative inhibitory activity of rofecoxib, meloxicam, diclofenac, ibuprofen, and naproxen on COX-2 versus COX-1 in healthy volunteers. J Clin Pharmacol 2000; 40(10):1109-1120.

(2235)  Greenberg HE, Gottesdiener K, Huntington M et al. A new cyclooxygenase-2 inhibitor, rofecoxib (VIOXX), did not alter the antiplatelet effects of low-dose aspirin in healthy volunteers. J Clin Pharmacol 2000; 40(12 Pt 2):1509-1515.

(2236)  Schwartz JI, De SM, Larson PJ et al. Effect of rofecoxib on the pharmacokinetics of digoxin in healthy volunteers. J Clin Pharmacol 2001; 41(1):107-112.

(2237)  Schwartz JI, Agrawal NG, Wong PH et al. Lack of pharmacokinetic interaction between rofecoxib and methotrexate in rheumatoid arthritis patients. J Clin Pharmacol 2001; 41(10):1120-1130.

(2238)  Schwartz JI, Wong PH, Porras AG, Ebel DL, Hunt TR, Gertz BJ. Effect of rofecoxib on the pharmacokinetics of chronically administered oral contraceptives in healthy female volunteers. J Clin Pharmacol 2002; 42(2):215-221.

(2239)  Bachmann K, White D, Jauregui L et al. An evaluation of the dose-dependent inhibition of CYP1A2 by rofecoxib using theophylline as a CYP1A2 probe. J Clin Pharmacol 2003; 43(10):1082-1090.

(2240)  Dallob A, Hawkey CJ, Greenberg H et al. Characterization of etoricoxib, a novel, selective COX-2 inhibitor. J Clin Pharmacol 2003; 43(6):573-585.

(2241)  Schwartz JI, Mukhopadhyay S, Porras AG et al. Effect of rofecoxib on prednisolone and prednisone pharmacokinetics in healthy subjects. J Clin Pharmacol 2003; 43(2):187-192.

(2242)  Agrawal NG, Matthews CZ, Mazenko RS et al. Pharmacokinetics of etoricoxib in patients with renal impairment. J Clin Pharmacol 2004; 44(1):48-58.

(2243)  Konstantinopoulos PA, Lehmann DF. The cardiovascular toxicity of selective and nonselective cyclooxygenase inhibitors: comparisons, contrasts, and aspirin confounding. J Clin Pharmacol 2005; 45(7):742-750.

(2244)  Etminan M, Gill S, Fitzgerald M, Samii A. Challenges and opportunities for pharmacoepidemiology in drug-therapy decision making. J Clin Pharmacol 2006; 46(1):6-9.

(2245)  Phelan KM, Mosholder AD, Lu S. Lithium interaction with the cyclooxygenase 2 inhibitors rofecoxib and celecoxib and other nonsteroidal anti-inflammatory drugs. J Clin Psychiatry 2003; 64(11):1328-1334.

(2246)  McKenna F, Weaver A, Fiechtner JJ, Bello AE, Fort JG. COX-2 Specific Inhibitors in the Management of Osteoarthritis of the Knee: A Placebo-Controlled, Randomized, Double-Blind Study. J Clin Rheumatol 2001; 7(3):151-159.

(2247)  Bradley JD. Celecoxib and rofecoxib: a distinction with a difference? J Clin Rheumatol 2001; 7(3):137-138.

(2248)  Wolfe F, Michaud K, Zhao SZ. Patient perception of the burden of weight gain and blood pressure increase among RA patients using celecoxib, rofecoxib, and non-specific NSAIDs. J Clin Rheumatol 2003; 9(6):344-353.

(2249)  FitzGerald GA. Prostaglandins: modulators of inflammation and cardiovascular risk. J Clin Rheumatol 2004; 10(3 Suppl):S12-S17.

(2250)  Dubois RW, Melmed GY, Henning JM, Bernal M. Risk of Upper Gastrointestinal Injury and Events in Patients Treated With Cyclooxygenase (COX)-1/COX-2 Nonsteroidal Antiinflammatory Drugs (NSAIDs), COX-2 Selective NSAIDs, and Gastroprotective Cotherapy: An Appraisal of the Literature. J Clin Rheumatol 2004; 10(4):178-189.

(2251)  Weaver AL, Messner RP, Storms WW et al. Treatment of patients with osteoarthritis with rofecoxib compared with nabumetone. J Clin Rheumatol 2006; 12(1):17-25.

KS-000808

(2252) Ermondi G, Caron G, Lawrence R, Longo D. Docking studies on NSAID/COX-2 isozyme complexes using contact statistics analysis. J Comput Aided Mol Des 2004; 18(11):683-696.

(2253) Muller-Decker K. [Cyclooxygenases in the skin]. J Dtsch Dermatol Ges 2004; 2(8):668-675.

(2254) Hay E, Derazon H, Bukish N, Katz L, Kruglyakov I, Armoni M. Fatal hyperkalemia related to combined therapy with a COX-2 inhibitor, ACE inhibitor and potassium rich diet. J Emerg Med 2002; 22(4):349-352.

(2255) Gopikrishna V, Parameswaran A. Effectiveness of prophylactic use of rofecoxib in comparison with ibuprofen on postendodontic pain. J Endod 2003; 29(1):62-64.

(2256) Holt CI, Hutchins MO, Pileggi R. A real time quantitative PCR analysis and correlation of COX-1 and COX-2 enzymes in inflamed dental pulps following administration of three different NSAIDs. J Endod 2005; 31(11):799-804.

(2257) Luzzi GA. Chronic prostatitis and chronic pelvic pain in men: aetiology, diagnosis and management. J Eur Acad Dermatol Venereol 2002; 16(3):253-256.

(2258) Hernandez GL, Volpert OV, Iniguez MA et al. Selective inhibition of vascular endothelial growth factor-mediated angiogenesis by cyclosporin A: roles of the nuclear factor of activated T cells and cyclooxygenase 2. J Exp Med 2001; 193(5):607-620.

(2259) Massberg S, Brand K, Gruner S et al. A critical role of platelet adhesion in the initiation of atherosclerotic lesion formation. J Exp Med 2002; 196(7):887-896.

(2260) Jongstra-Bilen J, Haidari M, Zhu SN, Chen M, Guha D, Cybulsky MI. Low-grade chronic inflammation in regions of the normal mouse arterial intima predisposed to atherosclerosis. J Exp Med 2006; 203(9):2073-2083.

(2261) Gross S, Tilly P, Hentsch D, Vonesch JL, Fabre JE. Vascular wall-produced prostaglandin E2 exacerbates arterial thrombosis and atherothrombosis through platelet EP3 receptors. J Exp Med 2007; 204(2):311-320.

(2262) Adelman A. Is rofecoxib safer than naproxen? J Fam Pract 2001; 50(3):204.

(2263) Shaughnessy AF. Right ballpark, wrong base: assessing safety of NSAIDs. J Fam Pract 2002; 51(6):538.

(2264) Saseen JJ. Which is most effective of osteoarthritis of the knee: rofecoxib, celecoxib, or acetaminophen? J Fam Pract 2002; 51(4):307.

(2265) Rofecoxib, diclofenac, and indomethacin increase risk of CVD. J Fam Pract 2006; 55(12):1032.

(2266) Wu KK. Endothelial prostaglandin and nitric oxide synthesis in atherogenesis and thrombosis. J Formos Med Assoc 1996; 95(9):661-666.

(2267) Tanaka A, Matsumoto M, Hayashi Y, Takeuchi K. Functional mechanism underlying cyclooxygenase-2 expression in rat small intestine following administration of indomethacin: relation to intestinal hypermotility. J Gastroenterol Hepatol 2005; 20(1):38-45.

(2268) Tu CT, Guo JS, Wang M, Wang JY. Antifibrotic activity of rofecoxib in vivo is associated with reduced portal hypertension in rats with carbon tetrachloride-induced liver injury. J Gastroenterol Hepatol 2007; 22(6):877-884.

(2269) Tseng WW, Deganutti A, Chen MN, Saxton RE, Liu CD. Selective cyclooxygenase-2 inhibitor rofecoxib (Vioxx) induces expression of cell cycle arrest genes and slows tumor growth in human pancreatic cancer. J Gastrointest Surg 2002; 6(6):838-843.

(2270) Lew JI, Guo Y, Kim RK, Vargish L, Michelassi F, Arenas RB. Reduction of intestinal neoplasia with adenomatous polyposis coli gene replacement and COX-2 inhibition is additive. J Gastrointest Surg 2002; 6(4):563-568.

(2271) Smalley WE, Griffin MR, Fought RL, Ray WA. Excess costs from gastrointestinal disease associated with nonsteroidal anti-inflammatory drugs. J Gen Intern Med 1996; 11(8):461-469.

(2272) Petersen LA, Wright S, Normand SL, Daley J. Positive predictive value of the diagnosis of acute myocardial infarction in an administrative database. J Gen Intern Med 1999; 14(9):555-558.

KS-000809

(2273) Roumie CL, Arbogast PG, Mitchel EF, Jr., Griffin MR. Prescriptions for chronic high-dose cyclooxygenase-2 inhibitors are often inappropriate and potentially dangerous. J Gen Intern Med 2005; 20(10):879-883.

(2274) Huster D, Schubert C, Berr F, Mossner J, Caca K. Rofecoxib-induced cholestatic hepatitis: treatment with molecular adsorbent recycling system (MARS). J Hepatol 2002; 37(3):413-414.

(2275) Reitblat T, Zamir D, Estis L, Priluk R, Drogenikov T, Viskoper JR. The different patterns of blood pressure elevation by rofecoxib and nabumetone. J Hum Hypertens 2002; 16(6):431-434.

(2276) Lau KK, Chan YH, Yiu KH et al. Burden of carotid atherosclerosis in patients with stroke: relationships with circulating endothelial progenitor cells and hypertension. J Hum Hypertens 2007; 21(6):445-451.

(2277) Doroudi R, Gan LM, Sjogren LS, Jern S. Intraluminal pressure modulates eicosanoid enzyme expression in vascular endothelium of intact human conduit vessels at physiological levels of shear stress. J Hypertens 2002; 20(1):63-70.

(2278) Whelton A. COX-2-specific inhibitors and the kidney: effect on hypertension and oedema. J Hypertens Suppl 2002; 20(6):S31-S35.

(2279) Gibofsky A. Clinical profiles of celecoxib and rofecoxib in the rheumatic diseases. J Hypertens Suppl 2002; 20(6):S25-S30.

(2280) Harris RC. Cyclooxygenase-2 and the kidney: functional and pathophysiological implications. J Hypertens Suppl 2002; 20(6):S3-S9.

(2281) Caughey GE, Cleland LG, Penglis PS, Gamble JR, James MJ. Roles of cyclooxygenase (COX)-1 and COX-2 in prostanoid production by human endothelial cells: selective up-regulation of prostacyclin synthesis by COX-2. J Immunol 2001; 167(5):2831-2838.

(2282) Weissenbach R. Clinical trial with Nimesulide, a new non-steroid anti-inflammatory agent, in rheumatic pathology. J Int Med Res 1981; 9(5):349-352.

(2283) Berenbaum F, Grifka J, Brown JP et al. Efficacy of lumiracoxib in osteoarthritis: a review of nine studies. J Int Med Res 2005; 33(1):21-41.

(2284) Asero R. Chronic urticaria with multiple NSAID intolerance: is tramadol always a safe alternative analgesic? J Investig Allergol Clin Immunol 2003; 13(1):56-59.

(2285) Bavbek S, Celik G, Pasaoglu G, Misirligil Z. Rofecoxib, as a safe alternative for acetyl salicylic acid/nonsteroidal anti-inflammatory drug-intolerant patients. J Investig Allergol Clin Immunol 2006; 16(1):57-62.

(2286) Stichtenoth DO, Wagner B, Frolich JC. Effect of selective inhibition of the inducible cyclooxygenase on renin release in healthy volunteers. J Investig Med 1998; 46(6):290-296.

(2287) Noble JH, Jr. Meta-analysis: Methods, strengths, weaknesses, and political uses. J Lab Clin Med 2006; 147(1):7-20.

(2288) Cohen JG. Recent developments in health law. Merck and the Vioxx decision: playing by the changing rules of the chemical exposure game. J Law Med Ethics 2005; 33(4):866-869.

(2289) Polli JE, Kim S, Martin BR. Weight uniformity of split tablets required by a Veterans Affairs policy. J Manag Care Pharm 2003; 9(5):401-407.

(2290) Stockl K, Cyprien L, Chang EY. Gastrointestinal bleeding rates among managed care patients newly started on cox-2 inhibitors or nonselective NSAIDs. J Manag Care Pharm 2005; 11(7):550-558.

(2291) Li CS, Black WC, Chan CC et al. Cyclooxygenase-2 inhibitors. Synthesis and pharmacological activities of 5-methanesulfonamido-1-indanone derivatives. J Med Chem 1995; 38(25):4897-4905.

(2292) Penning TD, Talley JJ, Bertenshaw SR et al. Synthesis and biological evaluation of the 1,5-diarylpyrazole class of cyclooxygenase-2 inhibitors: identification of 4-[5-(4-methylphenyl)-3-(trifluoromethyl)-1H-pyrazol-1-yl]benze nesulfonamide (SC-58635, celecoxib). J Med Chem 1997; 40(9):1347-1365.

KS-000810

(2293)  Talley JJ, Brown DL, Carter JS et al. 4-[5-Methyl-3-phenylisoxazol-4-yl]- benzenesulfonamide, valdecoxib: a potent and selective inhibitor of COX-2. J Med Chem 2000; 43(5):775-777.

(2294)  Habeeb AG, Praveen Rao PN, Knaus EE. Design and synthesis of celecoxib and rofecoxib analogues as selective cyclooxygenase-2 (COX-2) inhibitors: replacement of sulfonamide and methylsulfonyl pharmacophores by an azido bioisostere. J Med Chem 2001; 44(18):3039-3042.

(2295)  Palomer A, Cabre F, Pascual J et al. Identification of novel cyclooxygenase-2 selective inhibitors using pharmacophore models. J Med Chem 2002; 45(7):1402-1411.

(2296)  Krovat EM, Langer T. Non-peptide angiotensin II receptor antagonists: chemical feature based pharmacophore identification. J Med Chem 2003; 46(5):716-726.

(2297)  Soliva R, Almansa C, Kalko SG, Luque FJ, Orozco M. Theoretical studies on the inhibition mechanism of cyclooxygenase-2. Is there a unique recognition site? J Med Chem 2003; 46(8):1372-1382.

(2298)  Shin SS, Byun Y, Lim KM et al. In vitro structure-activity relationship and in vivo studies for a novel class of cyclooxygenase-2 inhibitors: 5-aryl-2,2-dialkyl-4-phenyl-3(2H)furanone derivatives. J Med Chem 2004; 47(4):792-804.

(2299)  Weber A, Casini A, Heine A et al. Unexpected nanomolar inhibition of carbonic anhydrase by COX-2-selective celecoxib: new pharmacological opportunities due to related binding site recognition. J Med Chem 2004; 47(3):550-557.

(2300)  Rao PN, Uddin MJ, Knaus EE. Design, synthesis, and structure-activity relationship studies of 3,4,6-triphenylpyran-2-ones as selective cyclooxygenase-2 inhibitors. J Med Chem 2004; 47(16):3972-3990.

(2301)  Rao PN, Chen QH, Knaus EE. Synthesis and structure-activity relationship studies of 1,3-diarylprop-2-yn-1-ones: dual inhibitors of cyclooxygenases and lipoxygenases. J Med Chem 2006; 49(5):1668-1683.

(2302)  James MJ, Cleland LG. Applying a research ethics committee approach to a medical practice controversy: the case of the selective COX-2 inhibitor rofecoxib. J Med Ethics 2004; 30(2):182-184.

(2303)  Fries JF. The chronic disease data bank: first principles to future directions. J Med Philos 1984; 9(2):161-180.

(2304)  Carrasquer G, Li M. Effect of ibuprofen and rofecoxib transport parameters in the frog corneal epithelium. J Membr Biol 2002; 190(2):127-132.

(2305)  Aitchison KA, Coker SJ. Cyclooxygenase inhibition converts the effect of nitric oxide synthase inhibition from infarct size reduction to expansion in isolated rabbit hearts. J Mol Cell Cardiol 1999; 31(6):1315-1324.

(2306)  Patel HH, Gross GJ. The disputed role of COX-2 in myocardial infarction, is the jury still out? J Mol Cell Cardiol 2002; 34(1):1-3.

(2307)  Scheuren N, Jacobs M, Ertl G, Schorb W. Cyclooxygenase-2 in myocardium stimulation by angiotensin-II in cultured cardiac fibroblasts and role at acute myocardial infarction. J Mol Cell Cardiol 2002; 34(1):29-37.

(2308)  Xuan YT, Guo Y, Zhu Y et al. Mechanism of cyclooxygenase-2 upregulation in late preconditioning. J Mol Cell Cardiol 2003; 35(5):525-537.

(2309)  Kishore R, Losordo DW. Mending the broken heart: ischemic preconditioning-stimulated myocardial angiogenesis. J Mol Cell Cardiol 2004; 37(1):1-3.

(2310)  Saito T, Rodger IW, Hu F, Robinson R, Huynh T, Giaid A. Inhibition of COX pathway in experimental myocardial infarction. J Mol Cell Cardiol 2004; 37(1):71-77.

(2311)  Burleigh ME, Babaev VR, Yancey PG et al. Cyclooxygenase-2 promotes early atherosclerotic lesion formation in ApoE-deficient and C57BL/6 mice. J Mol Cell Cardiol 2005; 39(3):443-452.

(2312)  Llorens O, Perez JJ, Palomer A, Mauleon D. Differential binding mode of diverse cyclooxygenase inhibitors. J Mol Graph Model 2002; 20(5):359-371.

(2313)  Metzner J, Popp L, Marian C et al. The effects of COX-2 selective and non-selective NSAIDs on the initiation and progression of atherosclerosis in ApoE(-/-) mice. J Mol Med 2007; 85(6):623-633.

KS-000511

(2314)  Fries JF. A scoring system identifies high-risk patients. NSAID gastropathy: Epidemiology. J Musculos Med 1991; 8(2):21-28.

(2315)  Huss U, Ringbom T, Perera P, Bohlin L, Vasange M. Screening of ubiquitous plant constituents for COX-2 inhibition with a scintillation proximity based assay. J Nat Prod 2002; 65(11):1517-1521.

(2316)  Ziegler J. Early trials probe COX-2 inhibitors' cancer-fighting potential. J Natl Cancer Inst 1999; 91(14):1186-1187.

(2317)  Zhu J, Song X, Lin HP et al. Using cyclooxygenase-2 inhibitors as molecular platforms to develop a new class of apoptosis-inducing agents. J Natl Cancer Inst 2002; 94(23):1745-1757.

(2318)  Song X, Lin HP, Johnson AJ et al. Cyclooxygenase-2, player or spectator in cyclooxygenase-2 inhibitor-induced apoptosis in prostate cancer cells. J Natl Cancer Inst 2002; 94(8):585-591.

(2319)  Vanchieri C. Vioxx withdrawal alarms cancer prevention researchers. J Natl Cancer Inst 2004; 96(23):1734-1735.

(2320)  Vanchieri C. Researchers plan to continue to study COX-2 inhibitors in cancer treatment and prevention. J Natl Cancer Inst 2005; 97(8):552-553.

(2321)  Grosch S, Maier TJ, Schiffmann S, Geisslinger G. Cyclooxygenase-2 (COX-2)-independent anticarcinogenic effects of selective COX-2 inhibitors. J Natl Cancer Inst 2006; 98(11):736-747.

(2322)  Nelson NJ. Celecoxib shown effective in preventing colon polyps. J Natl Cancer Inst 2006; 98(10):665-667.

(2323)  Candelario-Jalil E, Gonzalez-Falcon A, Garcia-Cabrera M et al. Assessment of the relative contribution of COX-1 and COX-2 isoforms to ischemia-induced oxidative damage and neurodegeneration following transient global cerebral ischemia. J Neurochem 2003; 86(3):545-555.

(2324)  Klivenyi P, Kiaei M, Gardian G, Calingasan NY, Beal MF. Additive neuroprotective effects of creatine and cyclooxygenase 2 inhibitors in a transgenic mouse model of amyotrophic lateral sclerosis. J Neurochem 2004; 88(3):576-582.

(2325)  Kiaei M, Kipiani K, Petri S et al. Integrative role of cPLA with COX-2 and the effect of non-steriodal anti-inflammatory drugs in a transgenic mouse model of amyotrophic lateral sclerosis. J Neurochem 2005; 93(2):403-411.

(2326)  Cadoux-Hudson TA, Kermode A, Rajagopalan B et al. Biochemical changes within a multiple sclerosis plaque in vivo. J Neurol Neurosurg Psychiatry 1991; 54(11):1004-1006.

(2327)  Visser PJ, Scheltens P, Verhey FR. Do MCI criteria in drug trials accurately identify subjects with predementia Alzheimer's disease? J Neurol Neurosurg Psychiatry 2005; 76(10):1348-1354.

(2328)  Jelic V, Kivipelto M, Winblad B. Clinical trials in mild cognitive impairment: lessons for the future. J Neurol Neurosurg Psychiatry 2006; 77(4):429-438.

(2329)  Vane JR, Meade TW. Second European Stroke Prevention Study (ESPS 2): clinical and pharmacological implications. J Neurol Sci 1997; 145(2):123-125.

(2330)  Nogawa S, Zhang F, Ross ME, Iadecola C. Cyclo-oxygenase-2 gene expression in neurons contributes to ischemic brain damage. J Neurosci 1997; 17(8):2746-2755.

(2331)  Niwa K, Araki E, Morham SG, Ross ME, Iadecola C. Cyclooxygenase-2 contributes to functional hyperemia in whisker-barrel cortex. J Neurosci 2000; 20(2):763-770.

(2332)  O'Keefe JH, Jr., Bateman TM, Ligon RW et al. Outcome of medical versus invasive treatment strategies for non-high-risk ischemic heart disease. J Nucl Cardiol 1998; 5(1):28-33.

(2333)  Beller GA. Lessons to be learned from the Vioxx debacle. J Nucl Cardiol 2005; 12(1):1-2.

(2334)  Koralewska-Makar A, Johnsson C, Bruun A, Stenevi U, Ehinger B. COX-2 inhibitors prolong trauma-induced elevations of iris hyaluronan. J Ocul Pharmacol Ther 2003; 19(4):385-395.

KS-000812

(2335) Kerins C, Carlson D, McIntosh J, Bellinger L. A role for cyclooxygenase II inhibitors in modulating temporomandibular joint inflammation from a meal pattern analysis perspective. J Oral Maxillofac Surg 2004; 62(8):989-995.

(2336) Engelhardt FC, Shi YJ, Cowden CJ et al. Synthesis of a NO-releasing prodrug of rofecoxib. J Org Chem 2006; 71(2):480-491.

(2337) Goodman S, Ma T, Trindade M et al. COX-2 selective NSAID decreases bone ingrowth in vivo. J Orthop Res 2002; 20(6):1164-1169.

(2338) Fine PG. The role of rofecoxib, a cyclooxygenase-2-specific inhibitor, for the treatment of non-cancer pain: a review. J Pain 2002; 3(4):272-283.

(2339) Battisti WP, Katz NP, Weaver AL et al. Pain management in osteoarthritis: a focus on onset of efficacy--a comparison of rofecoxib, celecoxib, acetaminophen, and nabumetone across four clinical trials. J Pain 2004; 5(9):511-520.

(2340) Brater DC. Renal effects of cyclooxygyenase-2-selective inhibitors. J Pain Symptom Manage 2002; 23(4 Suppl):S15-S20.

(2341) Aisen PS. Evaluation of selective COX-2 inhibitors for the treatment of Alzheimer's disease. J Pain Symptom Manage 2002; 23(4 Suppl):S35-S40.

(2342) Laine L. Gastrointestinal safety of coxibs and outcomes studies: what's the verdict? J Pain Symptom Manage 2002; 23(4 Suppl):S5-10.

(2343) Katz N. The impact of pain management on quality of life. J Pain Symptom Manage 2002; 24(1 Suppl):S38-S47.

(2344) Sinatra R. Role of COX-2 inhibitors in the evolution of acute pain management. J Pain Symptom Manage 2002; 24(1 Suppl):S18-S27.

(2345) Christensen KS, Cawkwell GD. Valdecoxib versus rofecoxib in acute postsurgical pain: results of a randomized controlled trial. J Pain Symptom Manage 2004; 27(5):460-470.

(2346) Ebert MP, Schafer C, Chen J et al. Protective role of heat shock protein 27 in gastric mucosal injury. J Pathol 2005; 207(2):177-184.

(2347) Paim LB, Liphaus BL, Rocha AC, Castellanos AL, Silva CA. [Chronic recurrent multifocal osteomyelitis of the mandible: report of three cases]. J Pediatr (Rio J ) 2003; 79(5):467-470.

(2348) Harel Z. Cyclooxygenase-2 specific inhibitors in the treatment of dysmenorrhea. J Pediatr Adolesc Gynecol 2004; 17(2):75-79.

(2349) Prescilla RP, Frattarelli DA, Haritos D, Aranda JV, Edwards DJ. Pharmacokinetics of rofecoxib in children with sickle cell hemoglobinopathy. J Pediatr Hematol Oncol 2004; 26(10):661-664.

(2350) Kamen B, Kieran M. Don't throw out the baby with the bathwater! J Pediatr Hematol Oncol 2005; 27(2):59-60.

(2351) Sagar KA, Smyth MR. A comparative bioavailability study of different aspirin formulations using on-line multidimensional chromatography. J Pharm Biomed Anal 1999; 21(2):383-392.

(2352) Radhakrishna T, Sreenivas RD, Om RG. LC determination of rofecoxib in bulk and pharmaceutical formulations. J Pharm Biomed Anal 2001; 26(4):617-628.

(2353) Krishna Reddy KV, Moses BJ, Dubey PK, Chandra SB, Om RG, Vyas K. Isolation and characterisation of process-related impurities in rofecoxib. J Pharm Biomed Anal 2002; 29(1-2):355-360.

(2354) Mao B, Abrahim A, Ge Z et al. Examination of rofecoxib solution decomposition under alkaline and photolytic stress conditions. J Pharm Biomed Anal 2002; 28(6):1101-1113.

(2355) Kaul N, Dhaneshwar SR, Agrawal H, Kakad A, Patil B. Application of HPLC and HPTLC for the simultaneous determination of tizanidine and rofecoxib in pharmaceutical dosage form. J Pharm Biomed Anal 2005; 37(1):27-38.

KS-000813

(2356)   Nageswara RR, Meena S, Raghuram RA. An overview of the recent developments in analytical methodologies for determination of COX-2 inhibitors in bulk drugs, pharmaceuticals and biological matrices. J Pharm Biomed Anal 2005; 39(3-4):349-363.

(2357)   Gandhimathi M, Ravi TK, Varghese SJ. Simultaneous LC determination of tizanidine and rofecoxib in tablets. J Pharm Biomed Anal 2005; 37(1):183-185.

(2358)   Davies NM, Saleh JY, Skjodt NM. Detection and prevention of NSAID-induced enteropathy. J Pharm Pharm Sci 2000; 3(1):137-155.

(2359)   Jamali F, Sattari S. High performance liquid chromatographic determination of cyclooxygenase II inhibitor rofecoxib in rat and human plasma. J Pharm Pharm Sci 2000; 3(3):312-317.

(2360)   Davies NM, Jamali F. COX-2 selective inhibitors cardiac toxicity: getting to the heart of the matter. J Pharm Pharm Sci 2004; 7(3):332-336.

(2361)   Ahuja N, Singh A, Singh B. Rofecoxib: an update on physicochemical, pharmaceutical, pharmacodynamic and pharmacokinetic aspects. J Pharm Pharmacol 2003; 55(7):859-894.

(2362)   Ogletree ML, Lefer AM. Influence of nonsteroidal anti-inflammatory agents on myocardial ischemia in the cat. J Pharmacol Exp Ther 1976; 197(3):582-593.

(2363)   Brash AR, Jackson EK, Saggese CA, Lawson JA, Oates JA, FitzGerald GA. Metabolic disposition of prostacyclin in humans. J Pharmacol Exp Ther 1983; 226(1):78-87.

(2364)   Gans KR, Galbraith W, Roman RJ et al. Anti-inflammatory and safety profile of DuP 697, a novel orally effective prostaglandin synthesis inhibitor. J Pharmacol Exp Ther 1990; 254(1):180-187.

(2365)   Laneuville O, Breuer DK, Dewitt DL, Hla T, Funk CD, Smith WL. Differential inhibition of human prostaglandin endoperoxide H synthases-1 and -2 by nonsteroidal anti-inflammatory drugs. J Pharmacol Exp Ther 1994; 271(2):927-934.

(2366)   Patrignani P, Panara MR, Greco A et al. Biochemical and pharmacological characterization of the cyclooxygenase activity of human blood prostaglandin endoperoxide synthases. J Pharmacol Exp Ther 1994; 271(3):1705-1712.

(2367)   Chan CC, Boyce S, Brideau C et al. Pharmacology of a selective cyclooxygenase-2 inhibitor, L-745,337: a novel nonsteroidal anti-inflammatory agent with an ulcerogenic sparing effect in rat and nonhuman primate stomach. J Pharmacol Exp Ther 1995; 274(3):1531-1537.

(2368)   Baldwin GS, Murphy VJ, Yang Z, Hashimoto T. Binding of nonsteroidal antiinflammatory drugs to the alpha-subunit of the trifunctional protein of long chain fatty acid oxidation. J Pharmacol Exp Ther 1998; 286(2):1110-1114.

(2369)   Cullen L, Kelly L, Connor SO, Fitzgerald DJ. Selective cyclooxygenase-2 inhibition by nimesulide in man. J Pharmacol Exp Ther 1998; 287(2):578-582.

(2370)   Shigeta J, Takahashi S, Okabe S. Role of cyclooxygenase-2 in the healing of gastric ulcers in rats. J Pharmacol Exp Ther 1998; 286(3):1383-1390.

(2371)   Cook JJ, Gardell SJ, Holahan MA et al. Antithrombotic efficacy of thrombin inhibitor L-374,087: intravenous activity in a primate model of venous thrombus extension and oral activity in a canine model of primary venous and coronary artery thrombosis. J Pharmacol Exp Ther 1999; 289(1):503-510.

(2372)   Catella-Lawson F, McAdam B, Morrison BW et al. Effects of specific inhibition of cyclooxygenase-2 on sodium balance, hemodynamics, and vasoactive eicosanoids. J Pharmacol Exp Ther 1999; 289(2):735-741.

(2373)   Chan CC, Boyce S, Brideau C et al. Rofecoxib [Vioxx, MK-0966; 4-(4'-methylsulfonylphenyl)-3-phenyl-2-(5H)-furanone]: a potent and orally active cyclooxygenase-2 inhibitor. Pharmacological and biochemical profiles. J Pharmacol Exp Ther 1999; 290(2):551-560.

(2374)   Panara MR, Renda G, Sciulli MG et al. Dose-dependent inhibition of platelet cyclooxygenase-1 and monocyte cyclooxygenase-2 by meloxicam in healthy subjects. J Pharmacol Exp Ther 1999; 290(1):276-280.

KS-000814

(2375)   Riendeau D, Percival MD, Brideau C et al. Etoricoxib (MK-0663): preclinical profile and comparison with other agents that selectively inhibit cyclooxygenase-2. J Pharmacol Exp Ther 2001; 296(2):558-566.

(2376)   Tanaka A, Hase S, Miyazawa T, Takeuchi K. Up-regulation of cyclooxygenase-2 by inhibition of cyclooxygenase-1: a key to nonsteroidal anti-inflammatory drug-induced intestinal damage. J Pharmacol Exp Ther 2002; 300(3):754-761.

(2377)   Tanaka A, Hase S, Miyazawa T, Ohno R, Takeuchi K. Role of cyclooxygenase (COX)-1 and COX-2 inhibition in nonsteroidal anti-inflammatory drug-induced intestinal damage in rats: relation to various pathogenic events. J Pharmacol Exp Ther 2002; 303(3):1248-1254.

(2378)   Kato S, Ogawa Y, Kanatsu K et al. Ulcerogenic influence of selective cyclooxygenase-2 inhibitors in the rat stomach with adjuvant-induced arthritis. J Pharmacol Exp Ther 2002; 303(2):503-509.

(2379)   Giuliano F, Warner TD. Origins of prostaglandin E2: involvements of cyclooxygenase (COX)-1 and COX-2 in human and rat systems. J Pharmacol Exp Ther 2002; 303(3):1001-1006.

(2380)   Connolly E, Bouchier-Hayes DJ, Kaye E, Leahy A, Fitzgerald D, Belton O. Cyclooxygenase isozyme expression and intimal hyperplasia in a rat model of balloon angioplasty. J Pharmacol Exp Ther 2002; 300(2):393-398.

(2381)   Hinz B, Brune K. Cyclooxygenase-2--10 years later. J Pharmacol Exp Ther 2002; 300(2):367-375.

(2382)   Niederberger E, Tegeder I, Schafer C, Seegel M, Grosch S, Geisslinger G. Opposite effects of rofecoxib on nuclear factor-kappaB and activating protein-1 activation. J Pharmacol Exp Ther 2003; 304(3):1153-1160.

(2383)   Takeeda M, Yamato M, Kato S, Takeuchi K. Cyclooxygenase isozymes involved in adaptive functional responses in rat stomach after barrier disruption. J Pharmacol Exp Ther 2003; 307(2):713-719.

(2384)   Peskar BM, Sawka N, Ehrlich K, Peskar BA. Role of cyclooxygenase-1 and -2, phospholipase C, and protein kinase C in prostaglandin-mediated gastroprotection. J Pharmacol Exp Ther 2003; 305(3):1233-1238.

(2385)   Ohno R, Yokota A, Tanaka A, Takeuchi K. Induction of small intestinal damage in rats following combined treatment with cyclooxygenase-2 and nitric-oxide synthase inhibitors. J Pharmacol Exp Ther 2004; 310(2):821-827.

(2386)   Vannacci A, Giannini L, Passani MB et al. The endocannabinoid 2-arachidonylglycerol decreases the immunological activation of Guinea pig mast cells: involvement of nitric oxide and eicosanoids. J Pharmacol Exp Ther 2004; 311(1):256-264.

(2387)   Warner TD, Vojnovic I, Giuliano F, Jimenez R, Bishop-Bailey D, Mitchell JA. Cyclooxygenases 1, 2, and 3 and the production of prostaglandin I2: investigating the activities of acetaminophen and cyclooxygenase-2-selective inhibitors in rat tissues. J Pharmacol Exp Ther 2004; 310(2):642-647.

(2388)   Harris RR, Black L, Surapaneni S et al. ABT-963 [2-(3,4-difluoro-phenyl)-4-(3-hydroxy-3-methyl-butoxy)-5-(4-methanesulfony l-phenyl)-2H-pyridazin-3-one], a highly potent and selective disubstituted pyridazinone cyclooxgenase-2 inhibitor. J Pharmacol Exp Ther 2004; 311(3):904-912.

(2389)   Fiorucci S, Distrutti E, Mencarelli A et al. Cooperation between aspirin-triggered lipoxin and nitric oxide (NO) mediates antiadhesive properties of 2-(Acetyloxy)benzoic acid 3-(nitrooxymethyl)phenyl ester (NCX-4016) (NO-aspirin) on neutrophil-endothelial cell adherence. J Pharmacol Exp Ther 2004; 309(3):1174-1182.

(2390)   Gierse JK, Zhang Y, Hood WF et al. Valdecoxib: assessment of cyclooxygenase-2 potency and selectivity. J Pharmacol Exp Ther 2005; 312(3):1206-1212.

(2391)   Thomas DM, Kuhn DM. Cyclooxygenase-2 is an obligatory factor in methamphetamine-induced neurotoxicity. J Pharmacol Exp Ther 2005; 313(2):870-876.

(2392)   Virdis A, Colucci R, Fornai M et al. Cyclooxygenase-2 inhibition improves vascular endothelial dysfunction in a rat model of endotoxic shock: role of inducible nitric-oxide synthase and oxidative stress. J Pharmacol Exp Ther 2005; 312(3):945-953.

(2393)   Yokota A, Taniguchi M, Takahira Y, Tanaka A, Takeuchi K. Rofecoxib produces intestinal but not gastric damage in the presence of a low dose of indomethacin in rats. J Pharmacol Exp Ther 2005; 314(1):302-309.

KS-000815

(2394) Bingham S, Beswick PJ, Bountra C et al. The cyclooxygenase-2 inhibitor GW406381X [2-(4-ethoxyphenyl)-3-[4-(methylsulfonyl)phenyl]-pyrazolo[1,5-b]pyridazine ] is effective in animal models of neuropathic pain and central sensitization. J Pharmacol Exp Ther 2005; 312(3):1161-1169.

(2395) Rigas B, Kashfi K. Cancer prevention: a new era beyond cyclooxygenase-2. J Pharmacol Exp Ther 2005; 314(1):1-8.

(2396) Kusunoki N, Ito T, Sakurai N, Suguro T, Handa H, Kawai S. A novel celecoxib derivative potently induces apoptosis of human synovial fibroblasts. J Pharmacol Exp Ther 2005; 314(2):796-803.

(2397) Kotani T, Kobata A, Nakamura E, Amagase K, Takeuchi K. Roles of cyclooxygenase-2 and prostacyclin/IP receptors in mucosal defense against ischemia/reperfusion injury in mouse stomach. J Pharmacol Exp Ther 2006; 316(2):547-555.

(2398) Hatazawa R, Ohno R, Tanigami M, Tanaka A, Takeuchi K. Roles of endogenous prostaglandins and cyclooxygenase isozymes in healing of indomethacin-induced small intestinal lesions in rats. J Pharmacol Exp Ther 2006; 318(2):691-699.

(2399) Brzozowski T, Konturek PC, Sliwowski Z et al. Prostaglandin/cyclooxygenase pathway in ghrelin-induced gastroprotection against ischemia-reperfusion injury. J Pharmacol Exp Ther 2006; 319(1):477-487.

(2400) Hewett SJ, Silakova JM, Hewett JA. Oral treatment with rofecoxib reduces hippocampal excitotoxic neurodegeneration. J Pharmacol Exp Ther 2006; 319(3):1219-1224.

(2401) Oitate M, Hirota T, Takahashi M et al. Mechanism for covalent binding of rofecoxib to elastin of rat aorta. J Pharmacol Exp Ther 2007; 320(3):1195-1203.

(2402) Vidal C, Gomez-Hernandez A, Sanchez-Galan E et al. Licofelone, a balanced inhibitor of cyclooxygenase and 5-lipoxygenase, reduces inflammation in a rabbit model of atherosclerosis. J Pharmacol Exp Ther 2007; 320(1):108-116.

(2403) Matson DJ, Broom DC, Carson SR, Baldassari J, Kehne J, Cortright DN. Inflammation-induced reduction of spontaneous activity by adjuvant: A novel model to study the effect of analgesics in rats. J Pharmacol Exp Ther 2007; 320(1):194-201.

(2404) von Euler US. On the specific vaso-dilating and plain muscle stimulating substances from accessory genital glands in man and certain animals (prostaglandin and vesiglandin). J Physiol 1936; 88(2):213-234.

(2405) Rainsford KD. The ever-emerging anti-inflammatories. Have there been any real advances? J Physiol Paris 2001; 95(1-6):11-19.

(2406) Tanaka A, Araki H, Komoike Y, Hase S, Takeuchi K. Inhibition of both COX-1 and COX-2 is required for development of gastric damage in response to nonsteroidal antiinflammatory drugs. J Physiol Paris 2001; 95(1-6):21-27.

(2407) Szabo IL, Pai R, Soreghan B et al. NSAIDs inhibit the activation of egr-1 gene in microvascular endothelial cells. A key to inhibition of angiogenesis? J Physiol Paris 2001; 95(1-6):379-383.

(2408) Patrignani P, Sciulli MG, Manarini S, Santini G, Cerletti C, Evangelista V. COX-2 is not involved in thromboxane biosynthesis by activated human platelets. J Physiol Pharmacol 1999; 50(4):661-667.

(2409) Brzozowski T, Konturek PC, Konturek SJ et al. Involvement of cyclooxygenase (COX)-2 products in acceleration of ulcer healing by gastrin and hepatocyte growth factor. J Physiol Pharmacol 2000; 51(4 Pt 1):751-773.

(2410) Jaworek J, Bonior J, Tomaszewska R et al. Involvement of cyclooxygenase-derived prostaglandin E2 and nitric oxide in the protection of rat pancreas afforded by low dose of lipopolysaccharide. J Physiol Pharmacol 2001; 52(1):107-126.

(2411) Cheng ZJ, Tikkanen I, Vapaatalo H, Mervaala EM. Vascular effects of COX inhibition and AT1 receptor blockade in transgenic rats harboring mouse renin-2 gene. J Physiol Pharmacol 2002; 53(4 Pt 1):597-613.

(2412) Takeuchi K, Tanaka A, Ohno R, Yokota A. Role of COX inhibition in pathogenesis of NSAID-induced small intestinal damage. J Physiol Pharmacol 2003; 54 Suppl 4:165-182.

(2413) Brzozowska I, Targosz A, Sliwowski Z et al. Healing of chronic gastric ulcers in diabetic rats treated with native aspirin, nitric oxide (NO)-derivative of aspirin and cyclooxygenase (COX)-2 inhibitor. J Physiol Pharmacol 2004; 55(4):773-790.

KS-000816

(2414)   Takeeda M, Hayashi Y, Yamato M, Murakami M, Takeuchi K. Roles of endogenous prostaglandins and cyclooxygenase izoenzymes in mucosal defense of inflamed rat stomach. J Physiol Pharmacol 2004; 55(1 Pt 2):193-205.

(2415)   Kanatani K, Ebata M, Murakami M, Okabe S. Effects of indomethacin and rofecoxib on gastric mucosal damage in normal and Helicobacter pylori-infected mongolian gerbils. J Physiol Pharmacol 2004; 55(1 Pt 2):207-222.

(2416)   Botting RM. Inhibitors of cyclooxygenases: mechanisms, selectivity and uses. J Physiol Pharmacol 2006; 57 Suppl 5:113-124.

(2417)   Takeuchi K, Aihara E, Sasaki Y, Nomura Y, Ise F. Involvement of cyclooxygenase-1, prostaglandin E2 and EP1 receptors in acid-induced. J Physiol Pharmacol 2006; 57(4):661-676.

(2418)   Brzozowski T, Konturek PC, Zwirska-Korczala K et al. Importance of the pineal gland, endogenous prostaglandins and sensory nerves in the gastroprotective actions of central and peripheral melatonin against stress-induced damage. J Pineal Res 2005; 39(4):375-385.

(2419)   Rajadhyaksha VD, Dahanukar SA. Rofecoxib: a new selective COX-2 inhibitor. J Postgrad Med 2001; 47(1):77-78.

(2420)   Wardle EN. Coxibs and caution. J R Soc Med 2005; 98(2):86.

(2421)   Drazen JM. Response to 'Lapses at the NEJM'. J R Soc Med 2006; 99(10):485.

(2422)   Smith R. Lapses at the new England journal of medicine. J R Soc Med 2006; 99(8):380-382.

(2423)   Caldwell B, Aldington S, Weatherall M, Shirtcliffe P, Beasley R. Risk of cardiovascular events and celecoxib: a systematic review and meta-analysis. J R Soc Med 2006; 99(3):132-140.

(2424)   Feigenbaum PA, Medsger TA, Jr., Kraines RG, Fries JF. The variability of immunologic laboratory tests. J Rheumatol 1982; 9(3):408-414.

(2425)   Fries JF. Postmarketing drug surveillance: are our priorities right? J Rheumatol 1988; 15(3):389-390.

(2426)   Roth SH, Fries JF, Abadi IA, Hubscher O, Mintz G, Samara AM. Prophylaxis of nonsteroidal antiinflammatory drug gastropathy: a clinical opinion. J Rheumatol 1991; 18(7):956-958.

(2427)   Belmonte-Serrano MA, Bloch DA, Lane NE, Michel BE, Fries JF. The relationship between spinal and peripheral osteoarthritis and bone density measurements. J Rheumatol 1993; 20(6):1005-1013.

(2428)   Fries JF. ARAMIS and toxicity measurement. (Arthritis Rheumatism and Aging Medical Information System). J Rheumatol 1995; 22(5):995-997.

(2429)   Bellamy N, Boers M, Felson D et al. Health status instruments / utilities. J Rheumatol 1995; 22(6):1203-1207.

(2430)   Fries JF, Ramey DR. "Arthritis specific" global health analog scales assess "generic" health related quality-of-life in patients with rheumatoid arthritis. J Rheumatol 1997; 24(9):1697-1702.

(2431)   Fries JF, Williams CA, Singh G, Ramey DR. Response to therapy in rheumatoid arthritis is influenced by immediately prior therapy. J Rheumatol 1997; 24(5):838-844.

(2432)   Wallberg-Jonsson S, Ohman ML, Dahlqvist SR. Cardiovascular morbidity and mortality in patients with seropositive rheumatoid arthritis in Northern Sweden. J Rheumatol 1997; 24(3):445-451.

(2433)   Ward MM, Fries JF. Trends in antirheumatic medication use among patients with rheumatoid arthritis, 1981-1996. J Rheumatol 1998; 25(3):408-416.

(2434)   Wallberg-Jonsson S, Johansson H, Ohman ML, Rantapaa-Dahlqvist S. Extent of inflammation predicts cardiovascular disease and overall mortality in seropositive rheumatoid arthritis. A retrospective cohort study from disease onset. J Rheumatol 1999; 26(12):2562-2571.

(2435)   Ehrich EW, Schnitzer TJ, McIlwain H et al. Effect of specific COX-2 inhibition in osteoarthritis of the knee: a 6 week double blind, placebo controlled pilot study of rofecoxib. Rofecoxib Osteoarthritis Pilot Study Group. J Rheumatol 1999; 26(11):2438-2447.

KS-000817

(2436)   Lipsky PE, Abramson SB, Breedveld FC et al. Analysis of the effect of COX-2 specific inhibitors and recommendations for their use in clinical practice. J Rheumatol 2000; 27(6):1338-1340.

(2437)   Woywodt A, Schwarz A, Mengel M, Haller H, Zeidler H, Kohler L. Nephrotoxicity of selective COX-2 inhibitors. J Rheumatol 2001; 28(9):2133-2135.

(2438)   Kelkar PS, Butterfield JH, Teaford HG. Urticaria and angioedema from cyclooxygenase-2 inhibitors. J Rheumatol 2001; 28(11):2553-2554.

(2439)   DeTora LM, Krupa D, Bolognese J, Sperling RS, Ehrich EW. Rofecoxib shows consistent efficacy in osteoarthritis clinical trials, regardless of specific patient demographic and disease factors. J Rheumatol 2001; 28(11):2494-2503.

(2440)   Welch V, Singh G, Strand V et al. Patient based method of assessing adverse events in clinical trials in rheumatology: the revised Stanford Toxicity Index. J Rheumatol 2001; 28(5):1188-1191.

(2441)   Bolognese JA, Ehrich EW, Schnitzer TJ. Precision of composite measures of osteoarthritis efficacy in comparison to that of individual endpoints. J Rheumatol 2001; 28(12):2700-2704.

(2442)   Wolfe F, Anderson J, Burke TA, Arguelles LM, Pettit D. Gastroprotective therapy and risk of gastrointestinal ulcers: risk reduction by COX-2 therapy. J Rheumatol 2002; 29(3):467-473.

(2443)   Wolfe F, Flowers N, Burke TA, Arguelles LM, Pettitt D. Increase in lifetime adverse drug reactions, service utilization, and disease severity among patients who will start COX-2 specific inhibitors: quantitative assessment of channeling bias and confounding by indication in 6689 patients with rheumatoid arthritis and osteoarthritis. J Rheumatol 2002; 29(5):1015-1022.

(2444)   Sanchez C, Mateus MM, Defresne MP, Crielaard JM, Reginster JY, Henrotin YE. Metabolism of human articular chondrocytes cultured in alginate beads. Longterm effects of interleukin 1beta and nonsteroidal antiinflammatory drugs. J Rheumatol 2002; 29(4):772-782.

(2445)   Solomon DH, Glynn RJ, Bohn R, Levin R, Avorn J. The hidden cost of nonselective nonsteroidal antiinflammatory drugs in older patients. J Rheumatol 2003; 30(4):792-798.

(2446)   Bannwarth B, Ravaud P, Dougados M. Cardiovascular thrombotic events and COX-2 inhibitors: results in patients with osteoarthritis receiving rofecoxib. J Rheumatol 2003; 30(2):421-422.

(2447)   Fries JF, Bruce B. Rates of serious gastrointestinal events from low dose use of acetylsalicylic acid, acetaminophen, and ibuprofen in patients with osteoarthritis and rheumatoid arthritis. J Rheumatol 2003; 30(10):2226-2233.

(2448)   Watson DJ, Rhodes T, Guess HA. All-cause mortality and vascular events among patients with rheumatoid arthritis, osteoarthritis, or no arthritis in the UK General Practice Research Database. J Rheumatol 2003; 30(6):1196-1202.

(2449)   Wolfe F, Freundlich B, Straus WL. Increase in cardiovascular and cerebrovascular disease prevalence in rheumatoid arthritis. J Rheumatol 2003; 30(1):36-40.

(2450)   Wolfe F, Zhao S, Pettitt D. Blood pressure destabilization and edema among 8538 users of celecoxib, rofecoxib, and nonselective nonsteroidal antiinflammatory drugs (NSAID) and nonusers of NSAID receiving ordinary clinical care. J Rheumatol 2004; 31(6):1143-1151.

(2451)   Wolfe F, Michaud K, Burke TA, Zhao SZ. Longer use of COX-2-specific inhibitors compared to nonspecific nonsteroidal antiinflammatory drugs: a longitudinal study of 3639 patients in community practice. J Rheumatol 2004; 31(2):355-358.

(2452)   Emkey R, Rosenthal N, Wu SC, Jordan D, Kamin M. Efficacy and safety of tramadol/acetaminophen tablets (Ultracet) as add-on therapy for osteoarthritis pain in subjects receiving a COX-2 nonsteroidal antiinflammatory drug: a multicenter, randomized, double-blind, placebo-controlled trial. J Rheumatol 2004; 31(1):150-156.

(2453)   Schnitzer TJ, Weaver AL, Polis AB, Petruschke RA, Geba GP. Efficacy of rofecoxib, celecoxib, and acetaminophen in patients with osteoarthritis of the knee. A combined analysis of the VACT studies. J Rheumatol 2005; 32(6):1093-1105.

(2454)   Ridolfo AS, Crabtree RE, Johnson DW, Rockhold FW. Gastrointestinal microbleeding: comparisons between benoxaprofen and other nonsteroidal antiinflammatory agents. J Rheumatol Suppl 1980; 6:36-47.

KS-000818

(2455)   Fries JF, Miller SR, Spitz PW, Williams CA, Hubert HB, Bloch DA. Identification of patients at risk for gastropathy associated with NSAID use. J Rheumatol Suppl 1990; 20:12-19.

(2456)   Fries JF. NSAID gastropathy: the second most deadly rheumatic disease? Epidemiology and risk appraisal. J Rheumatol Suppl 1991; 28:6-10.

(2457)   Crofford LJ. COX-1 and COX-2 tissue expression: implications and predictions. J Rheumatol Suppl 1997; 49:15-19.

(2458)   Lipsky PE, Isakson PC. Outcome of specific COX-2 inhibition in rheumatoid arthritis. J Rheumatol Suppl 1997; 49:9-14.

(2459)   Hsieh YH, Lin SJ, Chen SH. Simultaneous determination of celecoxib, meloxicam, and rofecoxib using capillary electrophoresis with surfactant and application in drug formulations. J Sep Sci 2006; 29(7):1009-1017.

(2460)   Mohseni H, Zaslau S, McFadden D, Riggs DR, Jackson BJ, Kandzari S. COX-2 inhibition demonstrates potent anti-proliferative effects on bladder cancer in vitro. J Surg Res 2004; 119(2):138-142.

(2461)   Vona-Davis L, Riggs DR, Jackson BJ, McFadden DW. Antiproliferative and apoptotic effects of rofecoxib on esophageal cancer in vitro(1). J Surg Res 2004; 119(2):143-148.

(2462)   Keskek M, Gocmen E, Kilic M et al. Increased expression of cyclooxygenase-2 (COX-2) in radiation-induced small bowel injury in rats. J Surg Res 2006; 135(1):76-84.

(2463)   Ott E, Nussmeier NA, Duke PC et al. Efficacy and safety of the cyclooxygenase 2 inhibitors parecoxib and valdecoxib in patients undergoing coronary artery bypass surgery. J Thorac Cardiovasc Surg 2003; 125(6):1481-1492.

(2464)   De CR, Rocca B, Vitacolonna E et al. Lipid and protein oxidation contribute to a prothrombotic state in patients with type 2 diabetes mellitus. J Thromb Haemost 2003; 1(2):250-256.

(2465)   Cipollone F, Fazia M, Mezzetti A. Novel determinants of plaque instability. J Thromb Haemost 2005; 3(9):1962-1975.

(2466)   Furman MI, Krueger LA, Linden MD et al. GPIIb-IIIa antagonists reduce thromboinflammatory processes in patients with acute coronary syndromes undergoing percutaneous coronary intervention. J Thromb Haemost 2005; 3(2):312-320.

(2467)   Schroeder WS, Ghobrial L, Gandhi PJ. Possible mechanisms of drug-induced aspirin and clopidogrel resistance. J Thromb Thrombolysis 2006; 22(2):139-150.

(2468)   Chatani F. Possible mechanism for testicular focal necrosis induced by hCG in rats. J Toxicol Sci 2006; 31(4):291-303.

(2469)   Gruenenfelder J, McGuire EJ, Faerber GJ. Acute urinary retention associated with the use of cyclooxygenase-2 inhibitors. J Urol 2002; 168(3):1106.

(2470)   Nickel JC, Pontari M, Moon T et al. A randomized, placebo controlled, multicenter study to evaluate the safety and efficacy of rofecoxib in the treatment of chronic nonbacterial prostatitis. J Urol 2003; 169(4):1401-1405.

(2471)   Basler JW, Piazza GA. Nonsteroidal anti-inflammatory drugs and cyclooxygenase-2 selective inhibitors for prostate cancer chemoprevention. J Urol 2004; 171(2 Pt 2):S59-S62.

(2472)   Engeler DS, Ackermann DK, Osterwalder JJ, Keel A, Schmid HP. A double-blind, placebo controlled comparison of the morphine sparing effect of oral rofecoxib and diclofenac for acute renal colic. J Urol 2005; 174(3):933-936.

(2473)   Margulis V, Matsumoto ED, Tunc L, Taylor G, Duchenne D, Cadeddu JA. Effect of warmed, humidified insufflation gas and anti-inflammatory agents on cytokine response to laparoscopic nephrectomy: porcine model. J Urol 2005; 174(4 Pt 1):1452-1456.

(2474)   Linares-Fernandez BE, Alfieri AB. Cyclophosphamide induced cystitis: role of nitric oxide synthase, cyclooxygenase-1 and 2, and NK(1) receptors. J Urol 2007; 177(4):1531-1536.

(2475)   Hovsepian DM, Mandava A, Pilgram TK et al. Comparison of adjunctive use of rofecoxib versus ibuprofen in the management of postoperative pain after uterine artery embolization. J Vasc Interv Radiol 2006; 17(4):665-670.

(2476)   Krotz F, Schiele TM, Klauss V, Sohn HY. Selective COX-2 inhibitors and risk of myocardial infarction. J Vasc Res 2005; 42(4):312-324.

KS-000819

(2477)   Miralles M, Wester W, Sicard GA, Thompson R, Reilly JM. Indomethacin inhibits expansion of experimental aortic aneurysms via inhibition of the cox2 isoform of cyclooxygenase. J Vasc Surg 1999; 29(5):884-892.

(2478)   Moreau M, Daminet S, Martel-Pelletier J, Fernandes J, Pelletier JP. Superiority of the gastroduodenal safety profile of licofelone over rofecoxib, a COX-2 selective inhibitor, in dogs. J Vet Pharmacol Ther 2005; 28(1):81-86.

(2479)   Bjorkman DJ. Coxibs, Colorectal Cancer, and Cardiac Risk. J Watch Gastroenterol 2007.

(2480)   Loebl DH, Craig RM, Culic DD, Ridolfo AS, Falk J, Schmid FR. Gastrointestinal blood loss. Effect of aspirin, fenoprofen, and acetaminophen in rheumatoid arthritis as determined by sequential gastroscopy and radioactive fecal markers. JAMA 1977; 237(10):976-981.

(2481)   Wasner C, Britton MC, Kraines RG, Kaye RL, Bobrove AM, Fries JF. Nonsteroidal anti-inflammatory agents in rheumatoid arthritis and ankylosing spondylitis. JAMA 1981; 246(19):2168-2172.

(2482)   Yusuf S, Wittes J, Probstfield J, Tyroler HA. Analysis and interpretation of treatment effects in subgroups of patients in randomized clinical trials. JAMA 1991; 266(1):93-98.

(2483)   Gurwitz JH, Avorn J, Bohn RL, Glynn RJ, Monane M, Mogun H. Initiation of antihypertensive treatment during nonsteroidal anti-inflammatory drug therapy. JAMA 1994; 272(10):781-786.

(2484)   Moore TJ, Psaty BM, Furberg CD. Time to act on drug safety. JAMA 1998; 279(19):1571-1573.

(2485)   West JB. Space medicine in peer-reviewed journals: reply. JAMA 1998; 279(23):1875.

(2486)   Langman MJ, Jensen DM, Watson DJ et al. Adverse upper gastrointestinal effects of rofecoxib compared with NSAIDs. JAMA 1999; 282(20):1929-1933.

(2487)   Simon LS, Weaver AL, Graham DY et al. Anti-inflammatory and upper gastrointestinal effects of celecoxib in rheumatoid arthritis: a randomized controlled trial. JAMA 1999; 282(20):1921-1928.

(2488)   Brewer T, Colditz GA. Postmarketing surveillance and adverse drug reactions: current perspectives and future needs. JAMA 1999; 281(9):824-829.

(2489)   Peterson WL, Cryer B. COX-1-sparing NSAIDs--is the enthusiasm justified? JAMA 1999; 282(20):1961-1963.

(2490)   Sheehan KM, Sheahan K, O'Donoghue DP et al. The relationship between cyclooxygenase-2 expression and colorectal cancer. JAMA 1999; 282(13):1254-1257.

(2491)   Silverstein FE, Faich G, Goldstein JL et al. Gastrointestinal toxicity with celecoxib vs nonsteroidal anti-inflammatory drugs for osteoarthritis and rheumatoid arthritis: the CLASS study: A randomized controlled trial. Celecoxib Long-term Arthritis Safety Study. JAMA 2000; 284(10):1247-1255.

(2492)   Freston J. Rofecoxib and the risk of adverse upper gastrointestinal effects. JAMA 2000; 283(15):1960.

(2493)   Whitney E. Rofecoxib and the risk of adverse upper gastrointestinal effects. JAMA 2000; 283(15):1960.

(2494)   Wright JM, Perry TL, Bassett KL, Chambers GK. Reporting of 6-month vs 12-month data in a clinical trial of celecoxib. JAMA 2001; 286(19):2398-2400.

(2495)   Mukherjee D, Nissen SE, Topol EJ. Risk of cardiovascular events associated with selective COX-2 inhibitors. JAMA 2001; 286(8):954-959.

(2496)   DeAngelis CD, Fontanarosa PB, Flanagin A. Reporting financial conflicts of interest and relationships between investigators and research sponsors. JAMA 2001; 286(1):89-91.

(2497)   Hrachovec JB, Mora M. Reporting of 6-month vs 12-month data in a clinical trial of celecoxib. JAMA 2001; 286(19):2398-2400.

(2498)   Fleming M. Cardiovascular events and COX-2 inhibitors. JAMA 2001; 286(22):2808-2.

(2499)   Summary of the NCEP Adult Treatment Panel III Report. JAMA 2001; 285(19):2496-2497.

KS-000820

(2500) Bierma-Zeinstra SM, Bohnen AM, Berger MY, Thomas S. Rofecoxib vs celecoxib vs acetaminophen for treatment of osteoarthritis. JAMA 2002; 287(14):1799-1800.

(2501) Davi G, Guagnano MT, Ciabattoni G et al. Platelet activation in obese women: role of inflammation and oxidant stress. JAMA 2002; 288(16):2008-2014.

(2502) Geba GP, Weaver AL, Polis AB, Dixon ME, Schnitzer TJ. Efficacy of rofecoxib, celecoxib, and acetaminophen in osteoarthritis of the knee: a randomized trial. JAMA 2002; 287(1):64-71.

(2503) Henderson P. Rofecoxib vs celecoxib vs acetaminophen for treatment of osteoarthritis. JAMA 2002; 287(14):1799-1800.

(2504) Aisen PS, Schafer KA, Grundman M et al. Effects of rofecoxib or naproxen vs placebo on Alzheimer disease progression: a randomized controlled trial. JAMA 2003; 289(21):2819-2826.

(2505) Buvanendran A, Kroin JS, Tuman KJ et al. Effects of perioperative administration of a selective cyclooxygenase 2 inhibitor on pain management and recovery of function after knee replacement: a randomized controlled trial. JAMA 2003; 290(18):2411-2418.

(2506) Fontanarosa PB, Rennie D, DeAngelis CD. Postmarketing surveillance--lack of vigilance, lack of trust. JAMA 2004; 292(21):2647-2650.

(2507) Cipollone F, Toniato E, Martinotti S et al. A polymorphism in the cyclooxygenase 2 gene as an inherited protective factor against myocardial infarction and stroke. JAMA 2004; 291(18):2221-2228.

(2508) Strom BL. Potential for conflict of interest in the evaluation of suspected adverse drug reactions: a counterpoint. JAMA 2004; 292(21):2643-2646.

(2509) Psaty BM, Furberg CD, Ray WA, Weiss NS. Potential for conflict of interest in the evaluation of suspected adverse drug reactions: use of cerivastatin and risk of rhabdomyolysis. JAMA 2004; 292(21):2622-2631.

(2510) Topol EJ. Arthritis medicines and cardiovascular events--"house of coxibs". JAMA 2005; 293(3):366-368.

(2511) Ioannidis JP. Contradicted and initially stronger effects in highly cited clinical research. JAMA 2005; 294(2):218-228.

(2512) Mark DH. Deaths attributable to obesity. JAMA 2005; 293(15):1918-1919.

(2513) Moses H, III, Dorsey ER, Matheson DH, Thier SO. Financial anatomy of biomedical research. JAMA 2005; 294(11):1333-1342.

(2514) Topol EJ, Blumenthal D. Physicians and the investment industry. JAMA 2005; 293(21):2654-2657.

(2515) Hampton T. Experts point to lessons learned from controversy over rofecoxib safety. JAMA 2005; 293(4):413-414.

(2516) Nissen SE, Wolski K, Topol EJ. Effect of muraglitazar on death and major adverse cardiovascular events in patients with type 2 diabetes mellitus. JAMA 2005; 294(20):2581-2586.

(2517) Flegal KM, Graubard BI, Williamson DF, Gail MH. Excess deaths associated with underweight, overweight, and obesity. JAMA 2005; 293(15):1861-1867.

(2518) Murabito JM, Pencina MJ, Nam BH et al. Sibling cardiovascular disease as a risk factor for cardiovascular disease in middle-aged adults. JAMA 2005; 294(24):3117-3123.

(2519) Gregg EW, Cheng YJ, Cadwell BL et al. Secular trends in cardiovascular disease risk factors according to body mass index in US adults. JAMA 2005; 293(15):1868-1874.

(2520) Zhang J, Ding EL, Song Y. Adverse effects of cyclooxygenase 2 inhibitors on renal and arrhythmia events: meta-analysis of randomized trials. JAMA 2006; 296(13):1619-1632.

(2521) Lurie P, Almeida CM, Stine N, Stine AR, Wolfe SM. Financial conflict of interest disclosure and voting patterns at Food and Drug Administration Drug Advisory Committee meetings. JAMA 2006; 295(16):1921-1928.

**KS-000821**

(2522)  Andersen M, Kragstrup J, Sondergaard J. How conducting a clinical trial affects physicians' guideline adherence and drug preferences. JAMA 2006; 295(23):2759-2764.

(2523)  Psaty BM, Rennie D. Clinical trial investigators and their prescribing patterns: another dimension to the relationship between physician investigators and the pharmaceutical industry. JAMA 2006; 295(23):2787-2790.

(2524)  McGettigan P, Henry D. Cardiovascular risk and inhibition of cyclooxygenase: a systematic review of the observational studies of selective and nonselective inhibitors of cyclooxygenase 2. JAMA 2006; 296(13):1633-1644.

(2525)  Graham DJ. COX-2 inhibitors, other NSAIDs, and cardiovascular risk: the seduction of common sense. JAMA 2006; 296(13):1653-1656.

(2526)  Brennan TA, Rothman DJ, Blank L et al. Health industry practices that create conflicts of interest: a policy proposal for academic medical centers. JAMA 2006; 295(4):429-433.

(2527)  Kesselheim AS, Avorn J. The role of litigation in defining drug risks. JAMA 2007; 297(3):308-311.

(2528)  Bouee S, Charlemagne A, Fagnani F et al. Changes in osteoarthritis management by general practitioners in the COX2-inhibitor era-concomitant gastroprotective therapy. Joint Bone Spine 2004; 71(3):214-220.

(2529)  Modica M, Vanhems P, Tebib J. Comparison of conventional NSAIDs and cyclooxygenase-2 inhibitors in outpatients. Joint Bone Spine 2005; 72(5):397-402.

(2530)  Berenbaum F. VIOXX and cardiovascular events: a class effect? Joint Bone Spine 2005; 72(1):1-3.

(2531)  Ravaud P, Tubach F. Methodology of therapeutic trials: lessons from the late evidence of the cardiovascular toxicity of some coxibs. Joint Bone Spine 2005; 72(6):451-455.

(2532)  Babcock TA, Helton WS, Anwar KN, Zhao YY, Espat NJ. Synergistic anti-inflammatory activity of omega-3 lipid and rofecoxib pretreatment on macrophage proinflammatory cytokine production occurs via divergent NF-kappaB activation. JPEN J Parenter Enteral Nutr 2004; 28(4):232-239.

(2533)  Van WC, III. The great rofecoxib feeding frenzy. JPEN J Parenter Enteral Nutr 2005; 29(2):136-138.

(2534)  Kato S, Takeuchi K. Alteration of gastric ulcerogenic and healing responses in rats with adjuvant-induced arthritis. Jpn J Pharmacol 2002; 89(1):1-6.

(2535)  Mishra P, Palaian S. Withdrawal of rofecoxib - a wake up call for drug safety. Kathmandu Univ Med J (KUMJ ) 2004; 2(4):360.

(2536)  Wang JL, Cheng HF, Shappell S, Harris RC. A selective cyclooxygenase-2 inhibitor decreases proteinuria and retards progressive renal injury in rats. Kidney Int 2000; 57(6):2334-2342.

(2537)  Kammerl MC, Nusing RM, Richthammer W, Kramer BK, Kurtz A. Inhibition of COX-2 counteracts the effects of diuretics in rats. Kidney Int 2001; 60(5):1684-1691.

(2538)  Cheng HF, Wang CJ, Moeckel GW, Zhang MZ, McKanna JA, Harris RC. Cyclooxygenase-2 inhibitor blocks expression of mediators of renal injury in a model of diabetes and hypertension. Kidney Int 2002; 62(3):929-939.

(2539)  Reinalter SC, Jeck N, Brochhausen C et al. Role of cyclooxygenase-2 in hyperprostaglandin E syndrome/antenatal Bartter syndrome. Kidney Int 2002; 62(1):253-260.

(2540)  Neuhofer W, Holzapfel K, Fraek ML, Ouyang N, Lutz J, Beck FX. Chronic COX-2 inhibition reduces medullary HSP70 expression and induces papillary apoptosis in dehydrated rats. Kidney Int 2004; 65(2):431-441.

(2541)  Hocherl K, Kees F, Kramer BK, Kurtz A. Cyclosporine A attenuates the natriuretic action of loop diuretics by inhibition of renal COX-2 expression. Kidney Int 2004; 65(6):2071-2080.

(2542)  Jacobson E, Assareh H, Cannerfelt R, Renstrom P, Jakobsson J. Pain after elective arthroscopy of the knee: a prospective, randomised, study comparing conventional NSAID to coxib. Knee Surg Sports Traumatol Arthrosc 2006; 14(11):1166-1170.

KS-000822

(2543)   Munro JM, Cotran RS. The pathogenesis of atherosclerosis: atherogenesis and inflammation. Lab Invest 1988; 58(3):249-261.

(2544)   Moncada S, Higgs EA, Vane JR. Human arterial and venous tissues generate prostacyclin (prostaglandin x), a potent inhibitor of platelet aggregation. Lancet 1977; 1(8001):18-20.

(2545)   Cohen MM. Mucosal cytoprotection by prostaglandin E2. Lancet 1978; 2(8102):1253-1254.

(2546)   Somerville K, Faulkner G, Langman M. Non-steroidal anti-inflammatory drugs and bleeding peptic ulcer. Lancet 1986; 1(8479):462-464.

(2547)   Collins R, Peto R, MacMahon S et al. Blood pressure, stroke, and coronary heart disease. Part 2, Short-term reductions in blood pressure: overview of randomised drug trials in their epidemiological context. Lancet 1990; 335(8693):827-838.

(2548)   Swedish Aspirin Low-Dose Trial (SALT) of 75 mg aspirin as secondary prophylaxis after cerebrovascular ischaemic events. The SALT Collaborative Group. Lancet 1991; 338(8779):1345-1349.

(2549)   Randomised trial of cholesterol lowering in 4444 patients with coronary heart disease: the Scandinavian Simvastatin Survival Study (4S). Lancet 1994; 344(8934):1383-1389.

(2550)   CAST: randomised placebo-controlled trial of early aspirin use in 20,000 patients with acute ischaemic stroke. CAST (Chinese Acute Stroke Trial) Collaborative Group. Lancet 1997; 349(9066):1641-1649.

(2551)   The International Stroke Trial (IST): a randomised trial of aspirin, subcutaneous heparin, both, or neither among 19435 patients with acute ischaemic stroke. International Stroke Trial Collaborative Group. Lancet 1997; 349(9065):1569-1581.

(2552)   Jick H, Garcia Rodriguez LA, Perez-Gutthann S. Principles of epidemiological research on adverse and beneficial drug effects. Lancet 1998; 352(9142):1767-1770.

(2553)   Thrombosis prevention trial: randomised trial of low-intensity oral anticoagulation with warfarin and low-dose aspirin in the primary prevention of ischaemic heart disease in men at increased risk. The Medical Research Council's General Practice Research Framework. Lancet 1998; 351(9098):233-241.

(2554)   Hawkey CJ. COX-2 inhibitors. Lancet 1999; 353(9149):307-314.

(2555)   Seidenberg BC. COX-2 inhibitors. Lancet 1999; 353(9168):1978.

(2556)   Emery P, Zeidler H, Kvien TK et al. Celecoxib versus diclofenac in long-term management of rheumatoid arthritis: randomised double-blind comparison. Lancet 1999; 354(9196):2106-2111.

(2557)   Weber AA, Zimmermann KC, Meyer-Kirchrath J, Schror K. Cyclooxygenase-2 in human platelets as a possible factor in aspirin resistance. Lancet 1999; 353(9156):900.

(2558)   McCormick PA, Kennedy F, Curry M, Traynor O. COX 2 inhibitor and fulminant hepatic failure. Lancet 1999; 353(9146):40-41.

(2559)   Willoughby DA, Moore AR, Colville-Nash PR. COX-1, COX-2, and COX-3 and the future treatment of chronic inflammatory disease. Lancet 2000; 355(9204):646-648.

(2560)   Staessen JA, Gasowski J, Wang JG et al. Risks of untreated and treated isolated systolic hypertension in the elderly: meta-analysis of outcome trials. Lancet 2000; 355(9207):865-872.

(2561)   de GG. Low-dose aspirin and vitamin E in people at cardiovascular risk: a randomised trial in general practice. Collaborative Group of the Primary Prevention Project. Lancet 2001; 357(9250):89-95.

(2562)   Wardle EN. Cyclo-oxygenase-2 inhibitors to treat gastrointestinal bleeding. Lancet 2001; 358(9292):1550.

(2563)   Rocha JL, Fernandez-Alonso J. Acute tubulointerstitial nephritis associated with the selective COX-2 enzyme inhibitor, rofecoxib. Lancet 2001; 357(9272):1946-1947.

**KS-000823**

(2564)  Boers M. NSAIDS and selective COX-2 inhibitors: competition between gastroprotection and cardioprotection. Lancet 2001; 357(9264):1222-1223.

(2565)  Collins R, MacMahon S. Reliable assessment of the effects of treatment on mortality and major morbidity, I: clinical trials. Lancet 2001; 357(9253):373-380.

(2566)  Warner TD, Mitchell JA, Vane JR. Cyclo-oxygenase-2 inhibitors and cardiovascular events. Lancet 2002; 360(9346):1700-1701.

(2567)  Boers M. Seminal pharmaceutical trials: maintaining masking in analysis. Lancet 2002; 360(9327):100-101.

(2568)  Ray WA, Stein CM, Hall K, Daugherty JR, Griffin MR. Non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease: an observational cohort study. Lancet 2002; 359(9301):118-123.

(2569)  Frankish H. Why do COX-2 inhibitors increase risk of cardiovascular events? Lancet 2002; 359(9315):1410.

(2570)  Ray WA, Stein CM, Daugherty JR, Hall K, Arbogast PG, Griffin MR. COX-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease. Lancet 2002; 360(9339):1071-1073.

(2571)  Meyer C, Gahler R. Central retinal vein occlusion in a patient with rheumatoid arthritis taking rofecoxib. Lancet 2002; 360(9339):1100.

(2572)  MacDonald TM, Wei L. Effect of ibuprofen on cardioprotective effect of aspirin. Lancet 2003; 361(9357):573-574.

(2573)  Kammerl MC, Debler J, Riegger GA, Kramer BK. COX-2 inhibitors and risk of heart failure. Lancet 2004; 364(9444):1486-1487.

(2574)  Laporte JR. Merck Sharpe and Dohme versus Laporte. Lancet 2004; 364(9432):416.

(2575)  Honig P. Merck Sharp and Dohme versus Laporte. Lancet 2004; 363(9414):1079-1080.

(2576)  Juni P, Nartey L, Reichenbach S, Sterchi R, Dieppe PA, Egger M. Risk of cardiovascular events and rofecoxib: cumulative meta-analysis. Lancet 2004; 364(9450):2021-2029.

(2577)  Topol EJ, Falk GW. A coxib a day won't keep the doctor away. Lancet 2004; 364(9435):639-640.

(2578)  Horton R. Vioxx, the implosion of Merck, and aftershocks at the FDA. Lancet 2004; 364(9450):1995-1996.

(2579)  Vioxx: an unequal partnership between safety and efficacy. Lancet 2004; 364(9442):1287-1288.

(2580)  Rosengren A, Hawken S, Ounpuu S et al. Association of psychosocial risk factors with risk of acute myocardial infarction in 11119 cases and 13648 controls from 52 countries (the INTERHEART study): case-control study. Lancet 2004; 364(9438):953-962.

(2581)  Bosch X. Spanish editor sued over rofecoxib allegations. Lancet 2004; 363(9405):298.

(2582)  Schnitzer TJ, Burmester GR, Mysler E et al. Comparison of lumiracoxib with naproxen and ibuprofen in the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET), reduction in ulcer complications: randomised controlled trial. Lancet 2004; 364(9435):665-674.

(2583)  Farkouh ME, Kirshner H, Harrington RA et al. Comparison of lumiracoxib with naproxen and ibuprofen in the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET), cardiovascular outcomes: randomised controlled trial. Lancet 2004; 364(9435):675-684.

(2584)  Mamdani M, Juurlink DN, Lee DS et al. Cyclo-oxygenase-2 inhibitors versus non-selective non-steroidal anti-inflammatory drugs and congestive heart failure outcomes in elderly patients: a population-based cohort study. Lancet 2004; 363(9423):1751-1756.

(2585)  What is going on at the FDA? Lancet 2005; 366(9492):1137.

(2586)  McLean TR. Discontinuation of Vioxx. Lancet 2005; 365(9453):25-28.

**KS-000824**

(2587)  Thomas LG. Increased risk of cardiovascular events with coxibs and NSAIDs. Lancet 2005; 365(9470):1538-1539.

(2588)  Nutt DJ. Discontinuation of Vioxx. Lancet 2005; 365(9453):28.

(2589)  Graham DJ, Campen D, Hui R et al. Risk of acute myocardial infarction and sudden cardiac death in patients treated with cyclo-oxygenase 2 selective and non-selective non-steroidal anti-inflammatory drugs: nested case-control study. Lancet 2005; 365(9458):475-481.

(2590)  Garattini S, Bertele V. Discontinuation of Vioxx. Lancet 2005; 365(9453):24.

(2591)  Kim PS, Reicin AS. Discontinuation of Vioxx. Lancet 2005; 365(9453):23-27.

(2592)  Verheugt FW, Smith SC, Jr. The lady aspirin for cardiovascular disease. Lancet 2005; 366(9492):1148-1150.

(2593)  Maxwell SR, Webb DJ. COX-2 selective inhibitors--important lessons learned. Lancet 2005; 365(9458):449-451.

(2594)  Nyberg J. Discontinuation of Vioxx. Lancet 2005; 365(9453):24-25.

(2595)  Boers M. Discontinuation of Vioxx. Lancet 2005; 365(9453):25-26.

(2596)  Lievre M, Abadie E. Discontinuation of Vioxx. Lancet 2005; 365(9453):23-24.

(2597)  Emery P, Moore A, Hawkey C. Increased risk of cardiovascular events with coxibs and NSAIDs. Lancet 2005; 365(9470):1538.

(2598)  Scott DG, Watts RA. Increased risk of cardiovascular events with coxibs and NSAIDs. Lancet 2005; 365(9470):1537.

(2599)  Zwillich T. How Vioxx is changing US drug regulation. Lancet 2005; 366(9499):1763-1764.

(2600)  Cannon CP, Curtis SP, FitzGerald GA et al. Cardiovascular outcomes with etoricoxib and diclofenac in patients with osteoarthritis and rheumatoid arthritis in the Multinational Etoricoxib and Diclofenac Arthritis Long-term (MEDAL) programme: a randomised comparison. Lancet 2006; 368(9549):1771-1781.

(2601)  Drenth JP, Verheugt FW. Do COX-2 inhibitors give enough gastrointestinal protection? Lancet 2007; 369(9560):439-440.

(2602)  Laine L, Curtis SP, Cryer B, Kaur A, Cannon CP. Assessment of upper gastrointestinal safety of etoricoxib and diclofenac in patients with osteoarthritis and rheumatoid arthritis in the Multinational Etoricoxib and Diclofenac Arthritis Long-term (MEDAL) programme: a randomised comparison. Lancet 2007; 369(9560):465-473.

(2603)  Senior K. COX-2 inhibitors: cancer prevention or cardiovascular risk? Lancet Oncol 2005; 6(2):68.

(2604)  Gridelli C, Gallo C, Ceribelli A et al. Factorial phase III randomised trial of rofecoxib and prolonged constant infusion of gemcitabine in advanced non-small-cell lung cancer: the GEmcitabine-COxib in NSCLC (GECO) study. Lancet Oncol 2007; 8(6):500-512.

(2605)  Church CA, Stewart C, Lee TJ, Wallace D. Rofecoxib versus hydrocodone/acetaminophen for postoperative analgesia in functional endoscopic sinus surgery. Laryngoscope 2006; 116(4):602-606.

(2606)  Muscara MN, McKnight W, del SP, Wallace JL. Effect of a nitric oxide-releasing naproxen derivative on hypertension and gastric damage induced by chronic nitric oxide inhibition in the rat. Life Sci 1998; 62(15):L235-L240.

(2607)  Peskar BM, Maricic N, Gretzera B, Schuligoi R, Schmassmann A. Role of cyclooxygenase-2 in gastric mucosal defense. Life Sci 2001; 69(25-26):2993-3003.

(2608)  James MJ, Cook-Johnson RJ, Cleland LG. Selective COX-2 Inhibitors, Eicosanoid Synthesis and Clinical Outcomes: A Case Study of System Failure. Lipids 2007.

(2609)  Caporali R, Montecucco C. Cardiovascular effects of coxibs. Lupus 2005; 14(9):785-788.

(2610)  Harley C, Wagner S. Persistence with COX-2 inhibitors in managed care: an analysis of claims. Care Interface 2003; 16(10):38-45.

KS-000825

(2611)   COX-2 inhibitors: Understanding recent concerns. Mayo Clin Health Lett 2002; 20(10):6.

(2612)   Ware JE, Jr., Sherbourne CD. The MOS 36-item short-form health survey (SF-36). I. Conceptual framework and item selection. Med Care 1992; 30(6):473-483.

(2613)   Ray WA, Stein CM, Byrd V et al. Educational program for physicians to reduce use of non-steroidal anti-inflammatory drugs among community-dwelling elderly persons: a randomized controlled trial. Med Care 2001; 39(5):425-435.

(2614)   Stein CM, Griffin MR, Taylor JA, Pichert JW, Brandt KD, Ray WA. Educational program for nursing home physicians and staff to reduce use of non-steroidal anti-inflammatory drugs among nursing home residents: a randomized controlled trial. Med Care 2001; 39(5):436-445.

(2615)   Uniform requirements for manuscripts submitted to biomedical journals. International Committee of Medical Journal Editors. Med Educ 1999; 33(1):66-78.

(2616)   Doux JD, Bazar KA, Lee PY, Yun AJ. Can chronic use of anti-inflammatory agents paradoxically promote chronic inflammation through compensatory host response? Med Hypotheses 2005; 65(2):389-391.

(2617)   Hellstrom HR. A pathogenetic mechanism for COX-2 inhibitor-induced cardiovascular events proposed to be useful in structuring medical testimony in rofecoxib trials. Med Hypotheses 2007; 69(1):83-89.

(2618)   Brooks PM, Day RO. COX-2 inhibitors. Med J Aust 2000; 173(8):433-436.

(2619)   McColl GJ. Pharmacological therapies for the treatment of osteoarthritis. Med J Aust 2001; 175 Suppl:S108-S111.

(2620)   Cleland LG, James MJ, Stamp LK, Penglis PS. COX-2 inhibition and thrombotic tendency: a need for surveillance. Med J Aust 2001; 175(4):214-217.

(2621)   Fenn CG. COX-2 inhibition and thrombotic tendency. Med J Aust 2002; 176(2):88-89.

(2622)   Considerations for the safe prescribing and use of COX-2-specific inhibitors. Med J Aust 2002; 176(7):328-331.

(2623)   Kerr SJ, Mant A, Horn FE, McGeechan K, Sayer GP. Lessons from early large-scale adoption of celecoxib and rofecoxib by Australian general practitioners. Med J Aust 2003; 179(8):403-407.

(2624)   Nelson MR. Lessons from early large-scale adoption of celecoxib and rofecoxib by Australian general practitioners. Med J Aust 2004; 180(3):140.

(2625)   Langton PE, Hankey GJ, Eikelboom JW. Cardiovascular safety of rofecoxib (Vioxx): lessons learned and unanswered questions: we need processes in place to follow up suspicions about serious adverse events. Med J Aust 2004; 181(10):524-525.

(2626)   Florin TH. Lessons from early large-scale adoption of celecoxib and rofecoxib by Australian general practitioners. Med J Aust 2004; 180(6):310-312.

(2627)   Kick A, Bertoli R, Moschovitis G, Caduff JP, Cerny A. [Extreme sinus bradycardia (30/min) with acute right heart failure under tizanidine (Sirdalud). Possible pharmacological interaction with rofecoxib (Vioxx)]. Med Klin (Munich) 2005; 100(4):213-216.

(2628)   Sawicki PT, Bender R, Selke GW, Klauber J, Gutschmidt S. [Assessment of the number of cardio- and cerebrovascular events due to rofecoxib (Vioxx) in Germany between 2001 and 2004]. Med Klin (Munich) 2006; 101(3):191-197.

(2629)   Rofecoxib for osteoarthritis and pain. Med Lett Drugs Ther 1999; 41(1056):59-61.

(2630)   Cardiovascular safety of COX-2 inhibitors. Med Lett Drugs Ther 2001; 43(1118):99-100.

(2631)   Vila L. Cyclooxygenase and 5-lipoxygenase pathways in the vessel wall: role in atherosclerosis. Med Res Rev 2004; 24(4):399-424.

(2632)   Vapaatalo H, Mervaala E. Clinically important factors influencing endothelial function. Med Sci Monit 2001; 7(5):1075-1085.

KS-000826

(2633) Watson DJ, Harper SE, Zhao PL, Bolognese JA, Simon TJ. Gastrointestinal medications and procedures in osteoarthritis patients treated with rofecoxib compared with nonselective NSAIDs. MedGenMed 2001; 3(4):6.

(2634) Malhotra S, Shafiq N, Pandhi P. COX-2 inhibitors: a CLASS act or Just VIGORously promoted. MedGenMed 2004; 6(1):e37.

(2635) Hoffer E, Baum Y, Nahir AM. N-Acetylcysteine enhances the action of anti-inflammatory drugs as suppressors of prostaglandin production in monocytes. Mediators Inflamm 2002; 11(5):321-323.

(2636) Sehgal R, Kumar VL. Calotropis procera latex-induced inflammatory hyperalgesia--effect of antiinflammatory drugs. Mediators Inflamm 2005; 2005(4):216-220.

(2637) Kumar VL, Roy S. Calotropis procera Latex Extract Affords Protection against Inflammation and Oxidative Stress in Freund's Complete Adjuvant-Induced Monoarthritis in Rats. Mediators Inflamm 2007; 2007(1):47523.

(2638) Aronoff DM, Bloch KC. Assessing the relationship between the use of nonsteroidal antiinflammatory drugs and necrotizing fasciitis caused by group A streptococcus. Medicine (Baltimore) 2003; 82(4):225-235.

(2639) Schnitzer TJ. Is concern about cardiovascular events with the new coxib class of drugs justified? Medscape Womens Health 2001; 6(5):8.

(2640) Capriotti T. The new NSAIDs: cox-2 inhibitors. Medsurg Nurs 2000; 9(6):313-317.

(2641) Rosen Y, Yachelevich N, Benedek P et al. No need to tax the sick: clinical guidelines for rofecoxib as an alternative effective method to the copayment policy in the advent of increasing pharmaceutical expenditures. Mil Med 2004; 169(11):932-936.

(2642) Michaux C, Charlier C. Structural approach for COX-2 inhibition. Mini Rev Med Chem 2004; 4(6):603-615.

(2643) Ruan KH. Advance in understanding the biosynthesis of prostacyclin and thromboxane A2 in the endoplasmic reticulum membrane via the cyclooxygenase pathway. Mini Rev Med Chem 2004; 4(6):639-647.

(2644) Supuran CT, Casini A, Mastrolorenzo A, Scozzafava A. COX-2 selective inhibitors, carbonic anhydrase inhibition and anticancer properties of sulfonamides belonging to this class of pharmacological agents. Mini Rev Med Chem 2004; 4(6):625-632.

(2645) de L, X, Julemont F, Benoit V, Frederich M, Pirotte B, Dogne JM. First and second generations of COX-2 selective inhibitors. Mini Rev Med Chem 2004; 4(6):597-601.

(2646) Julemont F, Dogne JM, Pirotte B, de L, X. Recent development in the field of dual COX / 5-LOX inhibitors. Mini Rev Med Chem 2004; 4(6):633-638.

(2647) Stichtenoth DO. The second generation of COX-2 inhibitors: clinical pharmacological point of view. Mini Rev Med Chem 2004; 4(6):617-624.

(2648) Palmer K. The Vioxx fallout. Minn Med 2005; 88(3):26-30.

(2649) Meyer CR. Professional pill pusher. Minn Med 2005; 88(3):4.

(2650) McLaughlin N. Out of sight. Pharmaceutical industry temporarily replaces hospitals as target. Mod Healthc 2004; 34(42):26.

(2651) Becker C. Drug pullout. Massive recall of Vioxx poses logistical problems. Mod Healthc 2004; 34(42):17.

(2652) Romano M. Spin cycles. Healthcare marketing-communications efforts have taken on increasing strategic importance. Mod Healthc 2005; 35(47):28-30.

(2653) Taylor M. Drug samples bring scrutiny. Mod Healthc 2005; 35(18):22.

(2654) Sloane T. A fall from grace. Cleveland clinic's ethical lapses put spotlight on healthcare conflicts of interest. Mod Healthc 2006; 36(2):20.

KS-000827

(2655)  Benko LB. Drug lawsuits building. Merck, Pfizer racing charges of misrepresentation. Mod Healthc 2006; 36(15):16.

(2656)  Pyrko P, Soriano N, Kardosh A et al. Downregulation of survivin expression and concomitant induction of apoptosis by celecoxib and its non-cyclooxygenase-2-inhibitory analog, dimethyl-celecoxib (DMC), in tumor cells in vitro and in vivo. Mol Cancer 2006; 5:19.

(2657)  Morre DJ, Morre DM. tNOX, an alternative target to COX-2 to explain the anticancer activities of non-steroidal anti-inflammatory drugs (NSAIDS). Mol Cell Biochem 2006; 283(1-2):159-167.

(2658)  Mardini IA, FitzGerald GA. Selective inhibitors of cyclooxygenase-2: a growing class of anti-inflammatory drugs. Mol Interv 2001; 1(1):30-38.

(2659)  Dewitt DL. Cox-2-selective inhibitors: the new super aspirins. Mol Pharmacol 1999; 55(4):625-631.

(2660)  Machwate M, Harada S, Leu CT et al. Prostaglandin receptor EP(4) mediates the bone anabolic effects of PGE(2). Mol Pharmacol 2001; 60(1):36-41.

(2661)  Kothapalli D, Stewart SA, Smyth EM, Azonobi I, Pure E, Assoian RK. Prostacylin receptor activation inhibits proliferation of aortic smooth muscle cells by regulating cAMP response element-binding protein- and pocket protein-dependent cyclin a gene expression. Mol Pharmacol 2003; 64(2):249-258.

(2662)  Callejas NA, Fernandez-Martinez A, Castrillo A, Bosca L, Martin-Sanz P. Selective inhibitors of cyclooxygenase-2 delay the activation of nuclear factor kappa B and attenuate the expression of inflammatory genes in murine macrophages treated with lipopolysaccharide. Mol Pharmacol 2003; 63(3):671-677.

(2663)  Alloza I, Baxter A, Chen Q, Matthiesen R, Vandenbroeck K. Celecoxib inhibits interleukin-12 alphabeta and beta2 folding and secretion by a novel COX2-independent mechanism involving chaperones of the endoplasmic reticulum. Mol Pharmacol 2006; 69(5):1579-1587.

(2664)  Freedman GM, Kreitzer JM, Badola R. Rofecoxib-associated upper gastrointestinal bleed: a case report. Mt Sinai J Med 2002; 69(1-2):105-106.

(2665)  Friedman PL, Brown EJ, Jr., Gunther S et al. Coronary vasoconstrictor effect of indomethacin in patients with coronary-artery disease. N Engl J Med 1981; 305(20):1171-1175.

(2666)  FitzGerald GA, Smith B, Pedersen AK, Brash AR. Increased prostacyclin biosynthesis in patients with severe atherosclerosis and platelet activation. N Engl J Med 1984; 310(17):1065-1068.

(2667)  Pedersen AK, FitzGerald GA. Dose-related kinetics of aspirin. Presystemic acetylation of platelet cyclooxygenase. N Engl J Med 1984; 311(19):1206-1211.

(2668)  Fitzgerald DJ, Roy L, Catella F, FitzGerald GA. Platelet activation in unstable coronary disease. N Engl J Med 1986; 315(16):983-989.

(2669)  Oates JA, FitzGerald GA, Branch RA, Jackson EK, Knapp HR, Roberts LJ. Clinical implications of prostaglandin and thromboxane A2 formation (1). N Engl J Med 1988; 319(11):689-698.

(2670)  Final report on the aspirin component of the ongoing Physicians' Health Study. Steering Committee of the Physicians' Health Study Research Group. N Engl J Med 1989; 321(3):129-135.

(2671)  Kessler DA. The regulation of investigational drugs. N Engl J Med 1989; 320(5):281-288.

(2672)  A comparison of two doses of aspirin (30 mg vs. 283 mg a day) in patients after a transient ischemic attack or minor ischemic stroke. The Dutch TIA Trial Study Group. N Engl J Med 1991; 325(18):1261-1266.

(2673)  Clarke RJ, Mayo G, Price P, FitzGerald GA. Suppression of thromboxane A2 but not of systemic prostacyclin by controlled-release aspirin. N Engl J Med 1991; 325(16):1137-1141.

(2674)  Kessler DA. Drug promotion and scientific exchange. The role of the clinical investigator. N Engl J Med 1991; 325(3):201-203.

KS-000828

(2675) Bradley JD, Brandt KD, Katz BP, Kalasinski LA, Ryan SI. Comparison of an antiinflammatory dose of ibuprofen, an analgesic dose of ibuprofen, and acetaminophen in the treatment of patients with osteoarthritis of the knee. N Engl J Med 1991; 325(2):87-91.

(2676) Selby JV, Friedman GD, Quesenberry CP, Jr., Weiss NS. A case-control study of screening sigmoidoscopy and mortality from colorectal cancer. N Engl J Med 1992; 326(10):653-657.

(2677) Winawer SJ, Zauber AG, O'Brien MJ et al. Randomized comparison of surveillance intervals after colonoscopic removal of newly diagnosed adenomatous polyps. The National Polyp Study Workgroup. N Engl J Med 1993; 328(13):901-906.

(2678) Kessler DA, Rose JL, Temple RJ, Schapiro R, Griffin JP. Therapeutic-class wars--drug promotion in a competitive marketplace. N Engl J Med 1994; 331(20):1350-1353.

(2679) Roujeau JC, Kelly JP, Naldi L et al. Medication use and the risk of Stevens-Johnson syndrome or toxic epidermal necrolysis. N Engl J Med 1995; 333(24):1600-1607.

(2680) Morrow JD, Frei B, Longmire AW et al. Increase in circulating products of lipid peroxidation (F2-isoprostanes) in smokers. Smoking as a cause of oxidative damage. N Engl J Med 1995; 332(18):1198-1203.

(2681) Taha AS, Hudson N, Hawkey CJ et al. Famotidine for the prevention of gastric and duodenal ulcers caused by nonsteroidal antiinflammatory drugs. N Engl J Med 1996; 334(22):1435-1439.

(2682) Murray WM. Inflammation, aspirin, and the risk of cardiovascular disease. N Engl J Med 1997; 337(6):422-424.

(2683) Maseri A. Inflammation, atherosclerosis, and ischemic events -- exploring the hidden side of the moon. N Engl J Med 1997; 336(14):1014-1016.

(2684) Bruno JJ. Inflammation, aspirin, and the risk of cardiovascular disease. N Engl J Med 1997; 337(6):422-424.

(2685) Ridker PM, Cushman M, Stampfer MJ, Tracy RP, Hennekens CH. Inflammation, aspirin, and the risk of cardiovascular disease in apparently healthy men. N Engl J Med 1997; 336(14):973-979.

(2686) Cahill MR, Perry IJ. Inflammation, aspirin, and the risk of cardiovascular disease. N Engl J Med 1997; 337(6):422-423.

(2687) Hawkey CJ, Karrasch JA, Szczepanski L et al. Omeprazole compared with misoprostol for ulcers associated with nonsteroidal antiinflammatory drugs. Omeprazole versus Misoprostol for NSAID-induced Ulcer Management (OMNIUM) Study Group. N Engl J Med 1998; 338(11):727-734.

(2688) Ross R. Atherosclerosis--an inflammatory disease. N Engl J Med 1999; 340(2):115-126.

(2689) Wolfe MM, Lichtenstein DR, Singh G. Gastrointestinal toxicity of nonsteroidal antiinflammatory drugs. N Engl J Med 1999; 340(24):1888-1899.

(2690) Bombardier C, Laine L, Reicin A et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. VIGOR Study Group. N Engl J Med 2000; 343(21):1520-8, 2.

(2691) Kleta R, Basoglu C, Kuwertz-Broking E. New treatment options for Bartter's syndrome. N Engl J Med 2000; 343(9):661-662.

(2692) Campion EW, Curfman GD, Drazen JM. Tracking the peer-review process. N Engl J Med 2000; 343(20):1485-1486.

(2693) Crofford LJ. Rational use of analgesic and antiinflammatory drugs. N Engl J Med 2001; 345(25):1844-1846.

(2694) Davidoff F, DeAngelis CD, Drazen JM et al. Sponsorship, authorship, and accountability. N Engl J Med 2001; 345(11):825-826.

(2695) Topol EJ. Conflict-of-interest policies. N Engl J Med 2001; 344(13):1017.

(2696) Catella-Lawson F, Reilly MP, Kapoor SC et al. Cyclooxygenase inhibitors and the antiplatelet effects of aspirin. N Engl J Med 2001; 345(25):1809-1817.

(2697) Killen JP. The coxibs, selective inhibitors of cyclooxygenase-2. N Engl J Med 2001; 345(23):1708.

KS-000829

(2698) Delgado FM, Zambrana Garcia JL, Diez GF. Upper gastrointestinal toxicity of rofecoxib and naproxen. N Engl J Med 2001; 344(18):1398-1399.

(2699) Gupta S. Upper gastrointestinal toxicity of rofecoxib and naproxen. N Engl J Med 2001; 344(18):1398-1399.

(2700) FitzGerald GA, Patrono C. The coxibs, selective inhibitors of cyclooxygenase-2. N Engl J Med 2001; 345(6):433-442.

(2701) Schievink WI. Spontaneous dissection of the carotid and vertebral arteries. N Engl J Med 2001; 344(12):898-906.

(2702) Schellenberg RR, Isserow SH. Anaphylactoid reaction to a cyclooxygenase-2 inhibitor in a patient who had a reaction to a cyclooxygenase-1 inhibitor. N Engl J Med 2001; 345(25):1856.

(2703) Lewis JH, Schonlau M, Munoz JA et al. Compliance among pharmacies in California with a prescription-drug discount program for Medicare beneficiaries. N Engl J Med 2002; 346(11):830-835.

(2704) Chau I, Cunningham D. Cyclooxygenase inhibition in cancer--a blind alley or a new therapeutic reality? N Engl J Med 2002; 346(14):1085-1087.

(2705) Marcus AJ, Broekman MJ, Pinsky DJ. COX inhibitors and thromboregulation. N Engl J Med 2002; 347(13):1025-1026.

(2706) Chan FK, Hung LC, Suen BY et al. Celecoxib versus diclofenac and omeprazole in reducing the risk of recurrent ulcer bleeding in patients with arthritis. N Engl J Med 2002; 347(26):2104-2110.

(2707) Drazen JM, Ingelfinger JR, Curfman GD. Expression of concern: Schiffl H, et Al. Daily hemodialysis and the outcome of acute renal failure. N Engl J Med 2002;346:305-10. N Engl J Med 2003; 348(21):2137.

(2708) Ray WA. Population-based studies of adverse drug effects. N Engl J Med 2003; 349(17):1592-1594.

(2709) Villalba L, Witter J. Rofecoxib, Merck, and the FDA. N Engl J Med 2004; 351(27):2875-2878.

(2710) Topol EJ. Failing the public health--rofecoxib, Merck, and the FDA. N Engl J Med 2004; 351(17):1707-1709.

(2711) Stone PH. Triggering myocardial infarction. N Engl J Med 2004; 351(17):1716-1718.

(2712) FitzGerald GA. Coxibs and cardiovascular disease. N Engl J Med 2004; 351(17):1709-1711.

(2713) Kim PS, Reicin AS. Rofecoxib, Merck, and the FDA. N Engl J Med 2004; 351(27):2875-2878.

(2714) Wolfe MM. Rofecoxib, Merck, and the FDA. N Engl J Med 2004; 351(27):2875-2878.

(2715) De AC, Drazen JM, Frizelle FA et al. Clinical trial registration: a statement from the International Committee of Medical Journal Editors. N Engl J Med 2004; 351(12):1250-1251.

(2716) Ray WA, Griffin MR, Stein CM. Cardiovascular toxicity of valdecoxib. N Engl J Med 2004; 351(26):2767.

(2717) Oberholzer-Gee F, Inamdar SN. Merck's recall of rofecoxib--a strategic perspective. N Engl J Med 2004; 351(21):2147-2149.

(2718) Hansson GK. Inflammation, atherosclerosis, and coronary artery disease. N Engl J Med 2005; 352(16):1685-1695.

(2719) Zarin DA, Tse T, Ide NC. Trial Registration at ClinicalTrials.gov between May and October 2005. N Engl J Med 2005; 353(26):2779-2787.

(2720) Frazier KC. The lessons of Vioxx. N Engl J Med 2005; 353(13):1420-1421.

(2721) Severe P, Leger P, Charles M et al. Antiretroviral therapy in a thousand patients with AIDS in Haiti. N Engl J Med 2005; 353(22):2325-2334.

(2722) Mello MM, Clarridge BR, Studdert DM. Academic medical centers' standards for clinical-trial agreements with industry. N Engl J Med 2005; 352(21):2202-2210.

KS-000830

(2723)   Curfman GD, Morrissey S, Drazen JM. Expression of concern: Bombardier et al., "Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis," N Engl J Med 2000;343:1520-8. N Engl J Med 2005; 353(26):2813-2814.

(2724)   Ray WA. Observational studies of drugs and mortality. N Engl J Med 2005; 353(22):2319-2321.

(2725)   Steinbrook R. Financial conflicts of interest and the Food and Drug Administration's Advisory Committees. N Engl J Med 2005; 353(2):116-118.

(2726)   Ridker PM, Cook NR, Lee IM et al. A randomized trial of low-dose aspirin in the primary prevention of cardiovascular disease in women. N Engl J Med 2005; 352(13):1293-1304.

(2727)   Brophy JM. Cardiovascular risk associated with celecoxib. N Engl J Med 2005; 352(25):2648-2650.

(2728)   Avorn J. FDA standards--good enough for government work? N Engl J Med 2005; 353(10):969-972.

(2729)   Solomon SD, McMurray JJ, Pfeffer MA et al. Cardiovascular risk associated with celecoxib in a clinical trial for colorectal adenoma prevention. N Engl J Med 2005; 352(11):1071-1080.

(2730)   Olsen NJ. Tailoring arthritis therapy in the wake of the NSAID crisis. N Engl J Med 2005; 352(25):2578-2580.

(2731)   Bresalier RS, Sandler RS, Quan H et al. Cardiovascular events associated with rofecoxib in a colorectal adenoma chemoprevention trial. N Engl J Med 2005; 352(11):1092-1102.

(2732)   Gorelick KJ. What ails the FDA? N Engl J Med 2005; 352(24):2553-2554.

(2733)   Psaty BM, Furberg CD. COX-2 inhibitors--lessons in drug safety. N Engl J Med 2005; 352(11):1133-1135.

(2734)   Steinbrook R. Gag clauses in clinical-trial agreements. N Engl J Med 2005; 352(21):2160-2162.

(2735)   Waxman HA. The lessons of Vioxx--drug safety and sales. N Engl J Med 2005; 352(25):2576-2578.

(2736)   Drazen JM. COX-2 inhibitors--a lesson in unexpected problems. N Engl J Med 2005; 352(11):1131-1132.

(2737)   Nussmeier NA, Whelton AA, Brown MT et al. Complications of the COX-2 inhibitors parecoxib and valdecoxib after cardiac surgery. N Engl J Med 2005; 352(11):1081-1091.

(2738)   Stam J. Thrombosis of the cerebral veins and sinuses. N Engl J Med 2005; 352(17):1791-1798.

(2739)   Patrono C, Garcia Rodriguez LA, Landolfi R, Baigent C. Low-dose aspirin for the prevention of atherothrombosis. N Engl J Med 2005; 353(22):2373-2383.

(2740)   Okie S. Raising the safety bar--the FDA's coxib meeting. N Engl J Med 2005; 352(13):1283-1285.

(2741)   Cohen FJ. What ails the FDA? N Engl J Med 2005; 352(24):2554.

(2742)   De Angelis CD, Drazen JM, Frizelle FA et al. Is this clinical trial fully registered?--A statement from the International Committee of Medical Journal Editors. N Engl J Med 2005; 352(23):2436-2438.

(2743)   Eisenberg RS. Learning the value of drugs--is rofecoxib a regulatory success story? N Engl J Med 2005; 352(13):1285-1287.

(2744)   Okie S. What ails the FDA? N Engl J Med 2005; 352(11):1063-1066.

(2745)   Avorn J, Shrank W. Highlights and a hidden hazard--the FDA's new labeling regulations. N Engl J Med 2006; 354(23):2409-2411.

(2746)   Navarro VJ, Senior JR. Drug-related hepatotoxicity. N Engl J Med 2006; 354(7):731-739.

(2747)   Reicin A, Shapiro D. Response to expression of concern regarding VIGOR study. N Engl J Med 2006; 354(11):1196-1199.

KS-000831

(2748)  Assmus B, Honold J, Schachinger V et al. Transcoronary transplantation of progenitor cells after myocardial infarction. N Engl J Med 2006; 355(12):1222-1232.

(2749)  Psaty BM, Potter JD. Risks and benefits of celecoxib to prevent recurrent adenomas. N Engl J Med 2006; 355(9):950-952.

(2750)  Bisgaard H, Hermansen MN, Loland L, Halkjaer LB, Buchvald F. Intermittent inhaled corticosteroids in infants with episodic wheezing. N Engl J Med 2006; 354(19):1998-2005.

(2751)  Nair KS, Rizza RA, O'Brien P et al. DHEA in elderly women and DHEA or testosterone in elderly men. N Engl J Med 2006; 355(16):1647-1659.

(2752)  Bonner JA, Harari PM, Giralt J et al. Radiotherapy plus cetuximab for squamous-cell carcinoma of the head and neck. N Engl J Med 2006; 354(6):567-578.

(2753)  van Zelm MC, Reisli I, van der BM et al. An antibody-deficiency syndrome due to mutations in the CD19 gene. N Engl J Med 2006; 354(18):1901-1912.

(2754)  Vesikari T, Matson DO, Dennehy P et al. Safety and efficacy of a pentavalent human-bovine (WC3) reassortant rotavirus vaccine. N Engl J Med 2006; 354(1):23-33.

(2755)  Wactawski-Wende J, Kotchen JM, Anderson GL et al. Calcium plus vitamin D supplementation and the risk of colorectal cancer. N Engl J Med 2006; 354(7):684-696.

(2756)  Trivedi MH, Fava M, Wisniewski SR et al. Medication augmentation after the failure of SSRIs for depression. N Engl J Med 2006; 354(12):1243-1252.

(2757)  Nissen SE. Adverse cardiovascular effects of rofecoxib. N Engl J Med 2006; 355(2):203-204.

(2758)  Bertagnolli MM, Eagle CJ, Zauber AG et al. Celecoxib for the prevention of sporadic colorectal adenomas. N Engl J Med 2006; 355(9):873-884.

(2759)  Ruiz-Palacios GM, Perez-Schael I, Velazquez FR et al. Safety and efficacy of an attenuated vaccine against severe rotavirus gastroenteritis. N Engl J Med 2006; 354(1):11-22.

(2760)  Stone GW, McLaurin BT, Cox DA et al. Bivalirudin for patients with acute coronary syndromes. N Engl J Med 2006; 355(21):2203-2216.

(2761)  Bhala N. Enoxaparin in elective percutaneous coronary intervention. N Engl J Med 2006; 355(26):2788-1.

(2762)  Murad F. Shattuck Lecture. Nitric oxide and cyclic GMP in cell signaling and drug development. N Engl J Med 2006; 355(19):2003-2011.

(2763)  Berry MA, Hargadon B, Shelley M et al. Evidence of a role of tumor necrosis factor alpha in refractory asthma. N Engl J Med 2006; 354(7):697-708.

(2764)  Nissen SE, Tuzcu EM, Brewer HB et al. Effect of ACAT inhibition on the progression of coronary atherosclerosis. N Engl J Med 2006; 354(12):1253-1263.

(2765)  Wang TJ, Gona P, Larson MG et al. Multiple biomarkers for the prediction of first major cardiovascular events and death. N Engl J Med 2006; 355(25):2631-2639.

(2766)  Itani KM, Wilson SE, Awad SS, Jensen EH, Finn TS, Abramson MA. Ertapenem versus cefotetan prophylaxis in elective colorectal surgery. N Engl J Med 2006; 355(25):2640-2651.

(2767)  Barrett-Connor E, Mosca L, Collins P et al. Effects of raloxifene on cardiovascular events and breast cancer in postmenopausal women. N Engl J Med 2006; 355(2):125-137.

(2768)  Hochman JS, Lamas GA, Buller CE et al. Coronary intervention for persistent occlusion after myocardial infarction. N Engl J Med 2006; 355(23):2395-2407.

**KS-000832**

(2769)   Poole CJ, Earl HM, Hiller L et al. Epirubicin and cyclophosphamide, methotrexate, and fluorouracil as adjuvant therapy for early breast cancer. N Engl J Med 2006; 355(18):1851-1862.

(2770)   Bombardier C, Laine L, Burgos-Vargas R et al. Response to expression of concern regarding VIGOR study. N Engl J Med 2006; 354(11):1196-1199.

(2771)   Ray WA, Stein CM. Reform of drug regulation--beyond an independent drug-safety board. N Engl J Med 2006; 354(2):194-201.

(2772)   Avorn J. Dangerous deception--hiding the evidence of adverse drug effects. N Engl J Med 2006; 355(21):2169-2171.

(2773)   Florez JC, Jablonski KA, Bayley N et al. TCF7L2 polymorphisms and progression to diabetes in the Diabetes Prevention Program. N Engl J Med 2006; 355(3):241-250.

(2774)   Winer RL, Hughes JP, Feng Q et al. Condom use and the risk of genital human papillomavirus infection in young women. N Engl J Med 2006; 354(25):2645-2654.

(2775)   Treanor JJ, Campbell JD, Zangwill KM, Rowe T, Wolff M. Safety and immunogenicity of an inactivated subvirion influenza A (H5N1) vaccine. N Engl J Med 2006; 354(13):1343-1351.

(2776)   Bhatt DL, Fox KA, Hacke W et al. Clopidogrel and aspirin versus aspirin alone for the prevention of atherothrombotic events. N Engl J Med 2006; 354(16):1706-1717.

(2777)   Pronovost P, Needham D, Berenholtz S et al. An intervention to decrease catheter-related bloodstream infections in the ICU. N Engl J Med 2006; 355(26):2725-2732.

(2778)   Bent S, Kane C, Shinohara K et al. Saw palmetto for benign prostatic hyperplasia. N Engl J Med 2006; 354(6):557-566.

(2779)   Polman CH, O'Connor PW, Havrdova E et al. A randomized, placebo-controlled trial of natalizumab for relapsing multiple sclerosis. N Engl J Med 2006; 354(9):899-910.

(2780)   Pritchard KI, Shepherd LE, O'Malley FP et al. HER2 and responsiveness of breast cancer to adjuvant chemotherapy. N Engl J Med 2006; 354(20):2103-2111.

(2781)   Rush AJ, Trivedi MH, Wisniewski SR et al. Bupropion-SR, sertraline, or venlafaxine-XR after failure of SSRIs for depression. N Engl J Med 2006; 354(12):1231-1242.

(2782)   Haland G, Carlsen KC, Sandvik L et al. Reduced lung function at birth and the risk of asthma at 10 years of age. N Engl J Med 2006; 355(16):1682-1689.

(2783)   Jackson RD, LaCroix AZ, Gass M et al. Calcium plus vitamin D supplementation and the risk of fractures. N Engl J Med 2006; 354(7):669-683.

(2784)   Hamon M, Riddell JW. Enoxaparin in elective percutaneous coronary intervention. N Engl J Med 2006; 355(26):2788-2789.

(2785)   Kahn SE, Haffner SM, Heise MA et al. Glycemic durability of rosiglitazone, metformin, or glyburide monotherapy. N Engl J Med 2006; 355(23):2427-2443.

(2786)   Furberg CD. Adverse cardiovascular effects of rofecoxib. N Engl J Med 2006; 355(2):204-205.

(2787)   Fowler VG, Jr., Boucher HW, Corey GR et al. Daptomycin versus standard therapy for bacteremia and endocarditis caused by Staphylococcus aureus. N Engl J Med 2006; 355(7):653-665.

(2788)   Julius S, Nesbitt SD, Egan BM et al. Feasibility of treating prehypertension with an angiotensin-receptor blocker. N Engl J Med 2006; 354(16):1685-1697.

(2789)   Campbell PJ, Green AR. The myeloproliferative disorders. N Engl J Med 2006; 355(23):2452-2466.

(2790)   McMahon JA, Green TJ, Skeaff CM, Knight RG, Mann JI, Williams SM. A controlled trial of homocysteine lowering and cognitive performance. N Engl J Med 2006; 354(26):2764-2772.

KS-000833

(2791)   Moore DA, Evans CA, Gilman RH et al. Microscopic-observation drug-susceptibility assay for the diagnosis of TB. N Engl J Med 2006; 355(15):1539-1550.

(2792)   Lees KR, Zivin JA, Ashwood T et al. NXY-059 for acute ischemic stroke. N Engl J Med 2006; 354(6):588-600.

(2793)   McClung MR, Lewiecki EM, Cohen SB et al. Denosumab in postmenopausal women with low bone mineral density. N Engl J Med 2006; 354(8):821-831.

(2794)   Montalescot G, White HD, Gallo R et al. Enoxaparin versus unfractionated heparin in elective percutaneous coronary intervention. N Engl J Med 2006; 355(10):1006-1017.

(2795)   Delacretaz E. Clinical practice. Supraventricular tachycardia. N Engl J Med 2006; 354(10):1039-1051.

(2796)   Lagakos SW. Time-to-event analyses for long-term treatments--the APPROVe trial. N Engl J Med 2006; 355(2):113-117.

(2797)   Guilbert TW, Morgan WJ, Zeiger RS et al. Long-term inhaled corticosteroids in preschool children at high risk for asthma. N Engl J Med 2006; 354(19):1985-1997.

(2798)   Curfman GD, Morrissey S, Drazen JM. Expression of concern reaffirmed. N Engl J Med 2006; 354(11):1193.

(2799)   Scott DL, Kingsley GH. Tumor necrosis factor inhibitors for rheumatoid arthritis. N Engl J Med 2006; 355(7):704-712.

(2800)   Schachinger V, Erbs S, Elsasser A et al. Intracoronary bone marrow-derived progenitor cells in acute myocardial infarction. N Engl J Med 2006; 355(12):1210-1221.

(2801)   de Nijs RN, Jacobs JW, Lems WF et al. Alendronate or alfacalcidol in glucocorticoid-induced osteoporosis. N Engl J Med 2006; 355(7):675-684.

(2802)   Steinbrook R. For sale: physicians' prescribing data. N Engl J Med 2006; 354(26):2745-2747.

(2803)   Curfman GD, Morrissey S, Drazen JM. Expression of concern: Sudbo J et al. DNA content as a prognostic marker in patients with oral leukoplakia. N Engl J Med 2001;344:1270-8 and Sudbo J et al. the influence of resection and aneuploidy on mortality in oral leukoplakia. N Engl J Med 2004;350:1405-13. N Engl J Med 2006; 354(6):638.

(2804)   Fan C, Oh DS, Wessels L et al. Concordance among gene-expression-based predictors for breast cancer. N Engl J Med 2006; 355(6):560-569.

(2805)   Amarenco P, Bogousslavsky J, Callahan A, III et al. High-dose atorvastatin after stroke or transient ischemic attack. N Engl J Med 2006; 355(6):549-559.

(2806)   Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial [CORRECTION]. N Engl J Med 2006; 355(2):221.

(2807)   Arber N, Eagle CJ, Spicak J et al. Celecoxib for the prevention of colorectal adenomatous polyps. N Engl J Med 2006; 355(9):885-895.

(2808)   Graham TE, Yang Q, Bluher M et al. Retinol-binding protein 4 and insulin resistance in lean, obese, and diabetic subjects. N Engl J Med 2006; 354(24):2552-2563.

(2809)   Akbari O, Faul JL, Hoyte EG et al. CD4+ invariant T-cell-receptor+ natural killer T cells in bronchial asthma. N Engl J Med 2006; 354(11):1117-1129.

(2810)   Rudick RA, Stuart WH, Calabresi PA et al. Natalizumab plus interferon beta-1a for relapsing multiple sclerosis. N Engl J Med 2006; 354(9):911-923.

(2811)   Singh AK, Szczech L, Tang KL et al. Correction of anemia with epoetin alfa in chronic kidney disease. N Engl J Med 2006; 355(20):2085-2098.

(2812)   Schneider LS, Tariot PN, Dagerman KS et al. Effectiveness of atypical antipsychotic drugs in patients with Alzheimer's disease. N Engl J Med 2006; 355(15):1525-1538.

KS-000834

(2813) Hennessy S, Strom BL. PDUFA reauthorization--drug safety's golden moment or opportunity? N Engl J Med 2007; 356(17):1703-1704.

(2814) Psaty BM, Weiss NS. NSAID trials and the choice of comparators--questions of public health importance. N Engl J Med 2007; 356(4):328-330.

(2815) Avorn J. Paying for drug approvals--who's using whom? N Engl J Med 2007; 356(17):1697-1700.

(2816) Kerr DJ, Dunn JA, Langman MJ et al. Rofecoxib and Cardiovascular Adverse Events in Adjuvant Treatment of Colorectal Cancer. N Engl J Med 2007; 357(4):360-369.

(2817) Chan AT, Ogino S, Fuchs CS. Aspirin and the risk of colorectal cancer in relation to the expression of COX-2. N Engl J Med 2007; 356(21):2131-2142.

(2818) McClellan M. Drug safety reform at the FDA--pendulum swing or systematic improvement? N Engl J Med 2007; 356(17):1700-1702.

(2819) Greene MF. The intimidation of American physicians--banning partial-birth abortion. N Engl J Med 2007; 356(21):2128-2129.

(2820) Adams D. Unnecessary withdrawal of Vioxx. N Z Med J 2004; 117(1204):U1130.

(2821) Grocott R, Metcalfe S. Going against the flow: the impact of PHARMAC not funding COX-2 inhibitors for chronic arthritis. N Z Med J 2005; 118(1223):U1690.

(2822) Aldington S, Shirtcliffe P, Weatherall M, Beasley R. Increased risk of cardiovascular events with parecoxib/valdecoxib: a systematic review and meta-analysis. N Z Med J 2005; 118(1226):U1755.

(2823) Weatherall M, Aldington S, Shirtcliffe P, Caldwell B, Beasley R. COX-2 inhibitors--first, do no harm. N Z Med J 2005; 118(1211):U1359.

(2824) Reti S. Responsibility for pharmaceutical company samples. N Z Med J 2005; 118(1215):U1472.

(2825) Under surveillance. Nat Biotechnol 2005; 23(1):1.

(2826) Spektor G, Fuster V. Drug insight: cyclo-oxygenase 2 inhibitors and cardiovascular risk--where are we now? Nat Clin Pract Cardiovasc Med 2005; 2(6):290-300.

(2827) Aisen PS. Can rofecoxib delay a diagnosis of Alzheimer's disease in patients with mild cognitive impairment? Nat Clin Pract Neurol 2005; 1(1):20-21.

(2828) Jones MK, Wang H, Peskar BM et al. Inhibition of angiogenesis by nonsteroidal anti-inflammatory drugs: insight into mechanisms and implications for cancer growth and ulcer healing. Nat Med 1999; 5(12):1418-1423.

(2829) Dormond O, Foletti A, Paroz C, Ruegg C. NSAIDs inhibit alpha V beta 3 integrin-mediated and Cdc42/Rac-dependent endothelial-cell spreading, migration and angiogenesis. Nat Med 2001; 7(9):1041-1047.

(2830) Withdrawal syndrome. Nat Med 2004; 10(11):1143.

(2831) Yu Y, Fan J, Chen XS et al. Genetic model of selective COX2 inhibition reveals novel heterodimer signaling. Nat Med 2006; 12(6):699-704.

(2832) Vane JR. Inhibition of prostaglandin synthesis as a mechanism of action for aspirin-like drugs. Nat New Biol 1971; 231(25):232-235.

(2833) Flower R, Gryglewski R, Herbaczynska-Cedro K, Vane JR. Effects of anti-inflammatory drugs on prostaglandin biosynthesis. Nat New Biol 1972; 238(82):104-106.

(2834) FitzGerald GA. COX-2 and beyond: Approaches to prostaglandin inhibition in human disease. Nat Rev Drug Discov 2003; 2(11):879-890.

(2835) Frantz S. Vioxx risk could signify trouble in class. Nat Rev Drug Discov 2004; 3(11):899-901.

KS-000835

(2836) Breckenridge A, Woods K, Raine J. Monitoring the safety of licensed medicines. Nat Rev Drug Discov 2005; 4(7):541-543.

(2837) Frantz S. How to avoid another 'Vioxx'. Nat Rev Drug Discov 2005; 4(1):5-7.

(2838) Carpenter D, Ting MM. Essay: the political logic of regulatory error. Nat Rev Drug Discov 2005; 4(10):819-823.

(2839) Frantz S. Vioxx fears prompt call for user fee evaluation. Nat Rev Drug Discov 2005; 4(3):179.

(2840) Mitchell JA, Warner TD. COX isoforms in the cardiovascular system: understanding the activities of non-steroidal anti-inflammatory drugs. Nat Rev Drug Discov 2006; 5(1):75-86.

(2841) Loll PJ, Picot D, Garavito RM. The structural basis of aspirin activity inferred from the crystal structure of inactivated prostaglandin H2 synthase. Nat Struct Biol 1995; 2(8):637-643.

(2842) Painful lessons. Nat Struct Mol Biol 2005; 12(3):205.

(2843) Needleman P, Moncada S, Bunting S, Vane JR, Hamberg M, SAMUELSSON B. Identification of an enzyme in platelet microsomes which generates thromboxane A2 from prostaglandin endoperoxides. Nature 1976; 261(5561):558-560.

(2844) Moncada S, Gryglewski R, Bunting S, Vane JR. An enzyme isolated from arteries transforms prostaglandin endoperoxides to an unstable substance that inhibits platelet aggregation. Nature 1976; 263(5579):663-665.

(2845) Gryglewski RJ, Korbut R, Ocetkiewicz A. Generation of prostacyclin by lungs in vivo and its release into the arterial circulation. Nature 1978; 273(5665):765-767.

(2846) Picot D, Loll PJ, Garavito RM. The X-ray crystal structure of the membrane protein prostaglandin H2 synthase-1. Nature 1994; 367(6460):243-249.

(2847) Dinchuk JE, Car BD, Focht RJ et al. Renal abnormalities and an altered inflammatory response in mice lacking cyclooxygenase II. Nature 1995; 378(6555):406-409.

(2848) Kurumbail RG, Stevens AM, Gierse JK et al. Structural basis for selective inhibition of cyclooxygenase-2 by anti-inflammatory agents. Nature 1996; 384(6610):644-648.

(2849) Murata T, Ushikubi F, Matsuoka T et al. Altered pain perception and inflammatory response in mice lacking prostacyclin receptor. Nature 1997; 388(6643):678-682.

(2850) Marris E. Suppressed study raises spectre of flawed drug regulation in US. Nature 2004; 432(7017):537.

(2851) Wadman M. Vioxx may go back on sale after scraping past FDA panel. Nature 2005; 433(7028):790.

(2852) Wadman M. Drug safety special: the safety catch. Nature 2005; 434(7033):554-556.

(2853) Wadman M. Journal grows suspicious of Vioxx data. Nature 2005; 438(7070):899.

(2854) Drug safety on trial. Nature 2005; 434(7033):545.

(2855) Painkiller in the dock. Nature 2005; 436(7050):459.

(2856) Merck opts for shake-up to clear drug pipeline. Nature 2005; 438(7071):1076-1077.

(2857) Drug firms back-pedal on direct advertising. Nature 2005; 436(7053):910-911.

(2858) Lewis R. An individual approach. Nature 2005; 436(7051):746-747.

(2859) Frantz S. Drug safety special: chasing shadows. Nature 2005; 434(7033):557-558.

(2860) Khamsi R. Painkiller verdict shows mistrust of Merck. Nature 2005; 436(7054):1070.

(2861) Wadman M. How does a painkiller harm the heart? Nature 2006; 441(7091):262.

KS-000836

(2862) Make or break time in Vioxx drama. Nature 2006; 440(7082):277.

(2863) Wadman M. Moment of reckoning. Nature 2007; 446(7138):844-845.

(2864) Wadman M. Experts call for active surveillance of drug safety. Nature 2007; 446(7134):358-359.

(2865) Wadman M. Man on a mission. Nature 2007; 447(7144):513.

(2866) Heindl B, Becker BF. Aspirin, but not the more selective cyclooxygenase (COX)-2 inhibitors meloxicam and SC 58125, aggravates postischaemic cardiac dysfunction, independent of COX function. Naunyn Schmiedebergs Arch Pharmacol 2001; 363(2):233-240.

(2867) Schneider A, Stahl RA. Cyclooxygenase-2 (COX-2) and the kidney: current status and potential perspectives. Nephrol Dial Transplant 1998; 13(1):10-12.

(2868) Massy ZA, Swan SK. Cyclooxygenase-2 and atherosclerosis: friend or foe? Nephrol Dial Transplant 2001; 16(12):2286-2289.

(2869) Komhoff M, Klaus G, Nazarowa S, Reinalter SC, Seyberth HW. Increased systolic blood pressure with rofecoxib in congenital furosemide-like salt loss. Nephrol Dial Transplant 2006; 21(7):1833-1837.

(2870) Kahvecioglu S, Dilek K, Akdag I et al. Effect of indomethacin and selective cyclooxygenase-2 inhibitors on proteinuria and renal function in patients with AA type renal amyloidosis. Nephrology (Carlton ) 2006; 11(3):232-237.

(2871) Ciabattoni G, Porreca E, Di FC et al. Determinants of platelet activation in Alzheimer's disease. Neurobiol Aging 2007; 28(3):336-342.

(2872) Giovannini MG, Scali C, Prosperi C et al. Beta-amyloid-induced inflammation and cholinergic hypofunction in the rat brain in vivo: involvement of the p38MAPK pathway. Neurobiol Dis 2002; 11(2):257-274.

(2873) Norflus F, Nanje A, Gutekunst CA et al. Anti-inflammatory treatment with acetylsalicylate or rofecoxib is not neuroprotective in Huntington's disease transgenic mice. Neurobiol Dis 2004; 17(2):319-325.

(2874) Bouras EP, Burton DD, Camilleri M, Stephens DA, Thomforde GM. Effect of cyclooxygenase-2 inhibitors on gastric emptying and small intestinal transit in humans. Neurogastroenterol Motil 2004; 16(6):729-735.

(2875) Costa M. COX and the gut: now we see it now we don't. Neurogastroenterol Motil 2004; 16(6):693-695.

(2876) Santos CL, Medeiros BA, Palheta-Junior RC et al. Cyclooxygenase-2 inhibition increases gastric tone and delays gastric emptying in rats. Neurogastroenterol Motil 2007; 19(3):225-232.

(2877) Andersen K, Launer LJ, Ott A, Hoes AW, Breteler MM, Hofman A. Do nonsteroidal anti-inflammatory drugs decrease the risk for Alzheimer's disease? The Rotterdam Study. Neurology 1995; 45(8):1441-1445.

(2878) Catella-Lawson F. Vascular biology of thrombosis: platelet-vessel wall interactions and aspirin effects. Neurology 2001; 57(5 Suppl 2):S5-S7.

(2879) Fitzgerald DJ. Vascular biology of thrombosis: the role of platelet-vessel wall adhesion. Neurology 2001; 57(5 Suppl 2):S1-S4.

(2880) Lines CR, McCarroll KA, Lipton RB, Block GA. Telephone screening for amnestic mild cognitive impairment. Neurology 2003; 60(2):261-266.

(2881) Reines SA, Block GA, Morris JC et al. Rofecoxib: no effect on Alzheimer's disease in a 1-year, randomized, blinded, controlled study. Neurology 2004; 62(1):66-71.

(2882) Silberstein S, Tepper S, Brandes J et al. Randomized, placebo-controlled trial of rofecoxib in the acute treatment of migraine. Neurology 2004; 62(9):1552-1557.

(2883) Boyce S, Chan CC, Gordon R et al. L-745,337: a selective inhibitor of cyclooxygenase-2 elicits antinociception but not gastric ulceration in rats. Neuropharmacology 1994; 33(12):1609-1611.

KS-000837

(2884)   Mazario J, Gaitan G, Herrero JF. Cyclooxygenase-1 vs. cyclooxygenase-2 inhibitors in the induction of antinociception in rodent withdrawal reflexes. Neuropharmacology 2001; 40(7):937-946.

(2885)   Guindon J, Beaulieu P. Antihyperalgesic effects of local injections of anandamide, ibuprofen, rofecoxib and their combinations in a model of neuropathic pain. Neuropharmacology 2006; 50(7):814-823.

(2886)   Franca DS, Ferreira-Alves DL, Duarte ID et al. Endogenous opioids mediate the hypoalgesia induced by selective inhibitors of cyclo-oxygenase 2 in rat paws treated with carrageenan. Neuropharmacology 2006; 51(1):37-43.

(2887)   Thal LJ, Ferris SH, Kirby L et al. A randomized, double-blind, study of rofecoxib in patients with mild cognitive impairment. Neuropsychopharmacology 2005; 30(6):1204-1215.

(2888)   Oka A, Takashima S. Induction of cyclo-oxygenase 2 in brains of patients with Down's syndrome and dementia of Alzheimer type: specific localization in affected neurones and axons. Neuroreport 1997; 8(5):1161-1164.

(2889)   Buccellati C, Folco GC, Sala A et al. Inhibition of prostanoid synthesis protects against neuronal damage induced by focal ischemia in rat brain. Neurosci Lett 1998; 257(3):123-126.

(2890)   Govoni S, Masoero E, Favalli L et al. The Cycloxygenase-2 inhibitor SC58236 is neuroprotective in an in vivo model of focal ischemia in the rat. Neurosci Lett 2001; 303(2):91-94.

(2891)   Cheung RT, Pei Z, Feng ZH, Zou LY. Cyclooxygenase-1 gene knockout does not alter middle cerebral artery occlusion in a mouse stroke model. Neurosci Lett 2002; 330(1):57-60.

(2892)   Scali C, Giovannini MG, Prosperi C, Bellucci A, Pepeu G, Casamenti F. The selective cyclooxygenase-2 inhibitor rofecoxib suppresses brain inflammation and protects cholinergic neurons from excitotoxic degeneration in vivo. Neuroscience 2003; 117(4):909-919.

(2893)   Broom DC, Samad TA, Kohno T, Tegeder I, Geisslinger G, Woolf CJ. Cyclooxygenase 2 expression in the spared nerve injury model of neuropathic pain. Neuroscience 2004; 124(4):891-900.

(2894)   Kiss ZH, Doig K, Eliasziw M, Ranawaya R, Suchowersky O. The Canadian multicenter trial of pallidal deep brain stimulation for cervical dystonia: preliminary results in three patients. Neurosurg Focus 2004; 17(1):E5.

(2895)   Bekker A, Cooper PR, Frempong-Boadu A, Babu R, Errico T, Lebovits A. Evaluation of preoperative administration of the cyclooxygenase-2 inhibitor rofecoxib for the treatment of postoperative pain after lumbar disc surgery. Neurosurgery 2002; 50(5):1053-1057.

(2896)   Rahimi SY, Vender JR, Macomson SD, French A, Smith JR, Alleyne CH, Jr. Postoperative pain management after craniotomy: evaluation and cost analysis. Neurosurgery 2006; 59(4):852-857.

(2897)   Blaivas JG. Crossing the line: part 2. Neurourol Urodyn 2005; 24(1):1.

(2898)   Morrison BW, Daniels SE, Kotey P, Cantu N, Seidenberg B. Rofecoxib, a specific cyclooxygenase-2 inhibitor, in primary dysmenorrhea: a randomized controlled trial. Obstet Gynecol 1999; 94(4):504-508.

(2899)   McWhorter J, Carlan SJ, OLeary TD, Richichi K, OBrien WF. Rofecoxib versus magnesium sulfate to arrest preterm labor: a randomized trial. Obstet Gynecol 2004; 103(5 Pt 1):923-930.

(2900)   Morse Z, Tump A, Kevelham E. Ibuprofen as a pre-emptive analgesic is as effective as rofecoxib for mandibular third molar surgery. Odontology 2006; 94(1):59-63.

(2901)   Gasparini G, Gattuso D, Morabito A et al. Combined therapy with weekly irinotecan, infusional 5-fluorouracil and the selective COX-2 inhibitor rofecoxib is a safe and effective second-line treatment in metastatic colorectal cancer. Oncologist 2005; 10(9):710-717.

(2902)   Bagan JV, Thongprasom K, Scully C. Adverse oral reactions associated with the COX-2 inhibitor rofecoxib. Oral Dis 2004; 10(6):401-403.

(2903)   Chang DJ, Bird SR, Bohidar NR, King T. Analgesic efficacy of rofecoxib compared with codeine/acetaminophen using a model of acute dental pain. Oral Surg Oral Med Oral Pathol Oral Radiol Endod 2005; 100(4):

KS-000838

(2904)   Chiu WK, Cheung LK. Efficacy of preoperative oral rofecoxib in pain control for third molar surgery. Oral Surg Oral Med Oral Pathol Oral Radiol Endod 2005; 99(6):e47-e53.

(2905)   Moore PA, Brar P, Smiga ER, Costello BJ. Preemptive rofecoxib and dexamethasone for prevention of pain and trismus following third molar surgery *. Oral Surg Oral Med Oral Pathol Oral Radiol Endod 2005; 99(2):E1-E7.

(2906)   Honda T, Kimura N. Enantioselective deprotonation of meso-cycloheptanone derivative: application to the synthesis of a potential intermediate for pseudomonic acid B. Org Lett 2002; 4(25):4567-4570.

(2907)   Zhang J, Blazecka PG, Belmont D, Davidson JG. Reinvestigation of mucohalic acids, versatile and useful building blocks for highly functionalized alpha,beta-unsaturated gamma-butyrolactones. Org Lett 2002; 4(25):4559-4561.

(2908)   Rodts MF. Drug recalls and notification of practitioners. Orthop Nurs 2004; 23(6):353-354.

(2909)   Burian M, Geisslinger G. [Clinical pharmacology of the selective COX-2 inhibitors]. Orthopade 2003; 32(12):1078-1087.

(2910)   Altman R, Brandt K, Hochberg M et al. Design and conduct of clinical trials in patients with osteoarthritis: recommendations from a task force of the Osteoarthritis Research Society. Results from a workshop. Osteoarthritis Cartilage 1996; 4(4):217-243.

(2911)   Choi JH, Choi JH, Kim DY et al. Effects of SKI 306X, a new herbal agent, on proteoglycan degradation in cartilage explant culture and collagenase-induced rabbit osteoarthritis model. Osteoarthritis Cartilage 2002; 10(6):471-478.

(2912)   Bolognese JA, Schnitzer TJ, Ehrich EW. Response relationship of VAS and Likert scales in osteoarthritis efficacy measurement. Osteoarthritis Cartilage 2003; 11(7):499-507.

(2913)   Bove SE, Calcaterra SL, Brooker RM et al. Weight bearing as a measure of disease progression and efficacy of anti-inflammatory compounds in a model of monosodium iodoacetate-induced osteoarthritis. Osteoarthritis Cartilage 2003; 11(11):821-830.

(2914)   Theiler R, Bischoff-Ferrari HA, Good M, Bellamy N. Responsiveness of the electronic touch screen WOMAC 3.1 OA Index in a short term clinical trial with rofecoxib. Osteoarthritis Cartilage 2004; 12(11):912-916.

(2915)   Bove SE, Laemont KD, Brooker RM et al. Surgically induced osteoarthritis in the rat results in the development of both osteoarthritis-like joint pain and secondary hyperalgesia. Osteoarthritis Cartilage 2006; 14(10):1041-1048.

(2916)   Moskowitz RW, Sunshine A, Hooper M, Olson NZ, Cawkwell GD. An analgesic model for assessment of acute pain response in osteoarthritis of the knee. Osteoarthritis Cartilage 2006; 14(11):1111-1118.

(2917)   Sheeran PW, Rose JB, Fazi LM, Chiavacci R, McCormick L. Rofecoxib administration to paediatric patients undergoing adenotonsillectomy. Paediatr Anaesth 2004; 14(7):579-583.

(2918)   Elmes SJ, Winyard LA, Medhurst SJ et al. Activation of CB1 and CB2 receptors attenuates the induction and maintenance of inflammatory pain in the rat. Pain 2005; 118(3):327-335.

(2919)   Moore RA, Edwards JE, McQuay HJ. Acute pain: individual patient meta-analysis shows the impact of different ways of analysing and presenting results. Pain 2005; 116(3):322-331.

(2920)   Sycha T, Anzenhofer S, Lehr S et al. Rofecoxib attenuates both primary and secondary inflammatory hyperalgesia: a randomized, double blinded, placebo controlled crossover trial in the UV-B pain model. Pain 2005; 113(3):316-322.

(2921)   Gilron I, Orr E, Tu D, O'Neill JP, Zamora JE, Bell AC. A placebo-controlled randomized clinical trial of perioperative administration of gabapentin, rofecoxib and their combination for spontaneous and movement-evoked pain after abdominal hysterectomy. Pain 2005; 113(1-2):191-200.

(2922)   Dahl JB, Kehlet H. Comment on: Gilron I, Orr E, Tu D, O'Neill JP, Zamora JE, Bell AC. A placebo-controlled randomized clinical trial of perioperative administration of gabapentin, rofecoxib and their combination for spontaneous and movement-evoked pain after abdominal hysterectomy. Pain 113 (2005) 191-200. Pain 2005; 115(1-2):218-219.

(2923)   Barden J, Derry S, McQuay HJ, Moore RA. Bias from industry trial funding? A framework, a suggested approach, and a negative result. Pain 2006; 121(3):207-218.

KS-000839

(2924)   Wang XM, Wu TX, Hamza M, Ramsay ES, Wahl SM, Dionne RA. Rofecoxib modulates multiple gene expression pathways in a clinical model of acute inflammatory pain. Pain 2007; 128(1-2):136-147.

(2925)   Zhao FY, Spanswick D, Martindale JC, Reeve AJ, Chessell IP. GW406381, a novel COX-2 inhibitor, attenuates spontaneous ectopic discharge in sural nerves of rats following chronic constriction injury. Pain 2007; 128(1-2):78-87.

(2926)   Lee YS, Kim H, Brahim JS, Rowan J, Lee G, Dionne RA. Acetaminophen selectively suppresses peripheral prostaglandin E2 release and increases COX-2 gene expression in a clinical model of acute inflammation. Pain 2007; 129(3):279-286.

(2927)   Buffum M, Buffum JC. Nonsteroidal anti-inflammatory drugs in the elderly. Pain Manag Nurs 2000; 1(2):40-50.

(2928)   Kessenich CR. Cyclo-oxygenase 2 inhibitors: an important new drug classification. Pain Manag Nurs 2001; 2(1):13-18.

(2929)   Gallagher RM. Balancing risks and benefits in pain medicine: wither Vioxx. Pain Med 2004; 5(4):329-330.

(2930)   Nauck F, Ostgathe C, Klaschik E et al. Drugs in palliative care: results from a representative survey in Germany. Palliat Med 2004; 18(2):100-107.

(2931)   Dickman A, Ellershaw J. NSAIDs: gastroprotection or selective COX-2 inhibitor? Palliat Med 2004; 18(4):275-286.

(2932)   Thurmann PA. [Adverse drugs reactions: diagnosis and assessment]. Pathologe 2006; 27(1):6-12.

(2933)   Haas NA, Nossal R, Schneider CH et al. Successful management of an extreme example of neonatal hyperprostaglandin-E syndrome (Bartter's syndrome) with the new cyclooxygenase-2 inhibitor rofecoxib. Pediatr Crit Care Med 2003; 4(2):249-251.

(2934)   Carder KR, Weston WL. Rofecoxib-induced instant aquagenic wrinkling of the palms. Pediatr Dermatol 2002; 19(4):353-355.

(2935)   Pattaragarn A, Alon US. Treatment of congenital nephrogenic diabetes insipidus by hydrochlorothiazide and cyclooxygenase-2 inhibitor. Pediatr Nephrol 2003; 18(10):1073-1076.

(2936)   Vaisbich MH, Fujimura MD, Koch VH. Bartter syndrome: benefits and side effects of long-term treatment. Pediatr Nephrol 2004; 19(8):858-863.

(2937)   Soylu A, Kasap B, Ogun N et al. Efficacy of COX-2 inhibitors in a case of congenital nephrogenic diabetes insipidus. Pediatr Nephrol 2005; 20(12):1814-1817.

(2938)   Fletcher JT, Graf N, Scarman A, Saleh H, Alexander SI. Nephrotoxicity with cyclooxygenase 2 inhibitor use in children. Pediatr Nephrol 2006; 21(12):1893-1897.

(2939)   Chan PW, Omar KZ, Ramanujam TM. Successful treatment of unresectable inflammatory pseudotumor of the lung with COX-2 inhibitor. Pediatr Pulmonol 2003; 36(2):167-169.

(2940)   Pourcyrous M, Busija DW, Shibata M, Bada HS, Korones SB, Leffler CW. Cerebrovascular responses to therapeutic dose of indomethacin in newborn pigs. Pediatr Res 1999; 45(4 Pt 1):582-587.

(2941)   Ilowite NT. Current treatment of juvenile rheumatoid arthritis. Pediatrics 2002; 109(1):109-115.

(2942)   Castrop H, Kammerl M, Mann B, Jensen BL, Kramer BK, Kurtz A. Cyclooxygenase 2 and neuronal nitric oxide synthase expression in the renal cortex are not interdependent in states of salt deficiency. Pflugers Arch 2000; 441(2-3):235-240.

(2943)   Kammerl MC, Nusing RM, Seyberth HW, Riegger GA, Kurtz A, Kramer BK. Inhibition of cyclooxygenase-2 attenuates urinary prostanoid excretion without affecting renal renin expression. Pflugers Arch 2001; 442(6):842-847.

(2944)   Liu C, Desai KG. Characteristics of rofecoxib-polyethylene glycol 4000 solid dispersions and tablets based on solid dispersions. Pharm Dev Technol 2005; 10(4):467-477.

(2945)   Yazdanian M, Briggs K, Jankovsky C, Hawi A. The "high solubility" definition of the current FDA Guidance on Biopharmaceutical Classification System may be too strict for acidic drugs. Pharm Res 2004; 21(2):293-299.

KS-000840

(2946)   Harmon PA, Biffar S, Pitzenberger SM, Reed RA. Mechanism of the solution oxidation of rofecoxib under alkaline conditions. Pharm Res 2005; 22(10):1716-1726.

(2947)   Fijn R, Koorevaar RT, Brouwers JR. Prevention of heterotopic ossification after total hip replacement with NSAIDs. Pharm World Sci 2003; 25(4):138-145.

(2948)   Marshall JK, Pellissier JM, Attard CL, Kong SX, Marentette MA. Incremental cost-effectiveness analysis comparing rofecoxib with nonselective NSAIDs in osteoarthritis: Ontario Ministry of Health perspective. Pharmacoeconomics 2001; 19(10):1039-1049.

(2949)   Moore A, Phillips C, Hunsche E, Pellissier J, Crespi S. Economic evaluation of etoricoxib versus non-selective NSAIDs in the treatment of osteoarthritis and rheumatoid arthritis patients in the UK. Pharmacoeconomics 2004; 22(10):643-660.

(2950)   van Grootheest AC, Groote JK, de Jong-van den Berg LT. Intensive monitoring of new drugs based on first prescription signals from pharmacists: a pilot study. Pharmacoepidemiol Drug Saf 2003; 12(6):475-481.

(2951)   Ray WA, MacDonald TM, Solomon DH, Graham DJ, Avorn J. COX-2 selective non-steroidal anti-inflammatory drugs and cardiovascular disease. Pharmacoepidemiol Drug Saf 2003; 12(1):67-70.

(2952)   Zhao SZ, Wentworth C, Burke TA, Makuch RW. Drug switching patterns among patients with rheumatoid arthritis and osteoarthritis using COX-2 specific inhibitors and non-specific NSAIDs. Pharmacoepidemiol Drug Saf 2004; 13(5):277-287.

(2953)   Jacobus S, Schneeweiss S, Chan KA. Exposure misclassification as a result of free sample drug utilization in automated claims databases and its effect on a pharmacoepidemiology study of selective COX-2 inhibitors. Pharmacoepidemiol Drug Saf 2004; 13(10):695-702.

(2954)   Abstracts of the 20th International Conference on Pharmacoepidemiology and Therapeutic Risk Management. Bordeaux, France, 22-25 August 2004. Pharmacoepidemiol Drug Saf 2004; 13 Suppl 1:S1-349.

(2955)   Girvin B, Rafferty T, Stevenson MR, Johnston GD. Uptake of COX-2 selective inhibitors and influence on NSAID prescribing in Northern Ireland. Pharmacoepidemiol Drug Saf 2004; 13(3):153-157.

(2956)   Griffin MR, Stein CM, Graham DJ, Daugherty JR, Arbogast PG, Ray WA. High frequency of use of rofecoxib at greater than recommended doses: cause for concern. Pharmacoepidemiol Drug Saf 2004; 13(6):339-343.

(2957)   Urquhart J. Some key points emerging from the COX-2 controversy. Pharmacoepidemiol Drug Saf 2005; 14(3):145-147.

(2958)   Arellano FM. The withdrawal of rofecoxib. Pharmacoepidemiol Drug Saf 2005; 14(3):213-217.

(2959)   Florentinus SR, Heerdink ER, de BA, van DL, Leufkens HG. The trade-off between cardiovascular and gastrointestinal effects of rofecoxib. Pharmacoepidemiol Drug Saf 2005; 14(7):437-441.

(2960)   Velentgas P, West W, Cannuscio CC, Watson DJ, Walker AM. Cardiovascular risk of selective cyclooxygenase-2 inhibitors and other non-aspirin non-steroidal anti-inflammatory medications. Pharmacoepidemiol Drug Saf 2006; 15(9):641-652.

(2961)   Arellano FM, Yood MU, Wentworth CE et al. Use of cyclo-oxygenase 2 inhibitors (COX-2) and prescription non-steroidal anti-inflammatory drugs (NSAIDS) in UK and USA populations. Implications for COX-2 cardiovascular profile. Pharmacoepidemiol Drug Saf 2006; 15(12):861-872.

(2962)   Yood MU, Watkins E, Wells K, Kucera G, Johnson CC. The impact of NSAID or COX-2 inhibitor use on the initiation of antihypertensive therapy. Pharmacoepidemiol Drug Saf 2006; 15(12):852-860.

(2963)   Watson DJ, Santanello NC. Observational studies and the withdrawal of rofecoxib. Pharmacoepidemiol Drug Saf 2006; 15(3):199-201.

(2964)   Chen LC, Ashcroft DM. Risk of myocardial infarction associated with selective COX-2 inhibitors: Meta-analysis of randomised controlled trials. Pharmacoepidemiol Drug Saf 2007; 16(7):762-772.

(2965)   Depont F, Fourrier A, Merliere Y et al. The CADEUS study: methods and logistics. Pharmacoepidemiol Drug Saf 2007; 16(5):571-580.

KS-000844

(2966) Depont F, Fourrier A, Merliere Y et al. Channelling of COX-2 inhibitors to patients at higher gastrointestinal risk but not at lower cardiovascular risk: the Cox2 inhibitors and tNSAIDs description of users (CADEUS) study. Pharmacoepidemiol Drug Saf 2007.

(2967) Rahme E, Watson DJ, Kong SX, Toubouti Y, LeLorier J. Association between nonnaproxen NSAIDs, COX-2 inhibitors and hospitalization for acute myocardial infarction among the elderly: a retrospective cohort study. Pharmacoepidemiol Drug Saf 2007; 16(5):493-503.

(2968) Padi SS, Kulkarni SK. Differential effects of naproxen and rofecoxib on the development of hypersensitivity following nerve injury in rats. Pharmacol Biochem Behav 2004; 79(2):349-358.

(2969) Guo JS, Chau FL, Cho CH, Koo MW. Worsening effect of partial sleep deprivation on indomethacin-induced gastric mucosal damage. Pharmacol Biochem Behav 2005; 82(3):515-521.

(2970) Garcia-Hernandez L, ciga-Campos M, Guevara-Lopez U, Lopez-Munoz FJ. Co-administration of rofecoxib and tramadol results in additive or sub-additive interaction during arthritic nociception in rat. Pharmacol Biochem Behav 2007.

(2971) Sciulli MG, Capone ML, Tacconelli S, Patrignani P. The future of traditional nonsteroidal antiinflammatory drugs and cyclooxygenase-2 inhibitors in the treatment of inflammation and pain. Pharmacol Rep 2005; 57 Suppl:66-85.

(2972) El-Shenawy SM, bdel-Salam OM, Baiuomy AR, El-Batran S, Arbid MS. Studies on the anti-inflammatory and anti-nociceptive effects of melatonin in the rat. Pharmacol Res 2002; 46(3):235-243.

(2973) bdel-Salam OM, Baiuomy AR, El-Batran S, Arbid MS. Evaluation of the anti-inflammatory, anti-nociceptive and gastric effects of Ginkgo biloba in the rat. Pharmacol Res 2004; 49(2):133-142.

(2974) Seidenberg AB, An YH. Is there an inhibitory effect of COX-2 inhibitors on bone healing? Pharmacol Res 2004; 50(2):151-156.

(2975) bdel-Salam OM, Baiuomy AR, Arbid MS. Studies on the anti-inflammatory effect of fluoxetine in the rat. Pharmacol Res 2004; 49(2):119-131.

(2976) Simmons DL, Botting RM, Hla T. Cyclooxygenase isozymes: the biology of prostaglandin synthesis and inhibition. Pharmacol Rev 2004; 56(3):387-437.

(2977) Singh G, Ramey DR, Morfeld D, Fries JF. Comparative toxicity of non-steroidal anti-inflammatory agents. Pharmacol Ther 1994; 62(1-2):175-191.

(2978) Napoli C, Pinto A, Cirino G. Pharmacological modulation, preclinical studies, and new clinical features of myocardial ischemic preconditioning. Pharmacol Ther 2000; 88(3):311-331.

(2979) Yamamoto T, Kakar NR, Vina ER, Johnson PE, Bing RJ. Effect of cyclooxygenase-2 inhibitor (celecoxib) on the infarcted heart in situ. Pharmacology 2001; 63(1):28-33.

(2980) bdel-Salam OM, El-Batran S. Pharmacological investigation of trimetazidine in models of inflammation, pain and gastric injury in rodents. Pharmacology 2005; 75(3):122-132.

(2981) Peskar BM, Ehrlich K, Egger T, Sattler W. Dexamethasone impairs the gastric mucosal integrity in rats treated with a cyclooxygenase-1 but not with a cyclooxygenase-2 inhibitor. Pharmacology 2006; 76(4):180-184.

(2982) Bishnoi M, Patil CS, Kumar A, Kulkarni SK. Co-administration of acetyl-11-keto-beta-boswellic acid, a specific 5-lipoxygenase inhibitor, potentiates the protective effect of COX-2 inhibitors in kainic acid-induced neurotoxicity in mice. Pharmacology 2007; 79(1):34-41.

(2983) Jick SS. The risk of gastrointestinal bleed, myocardial infarction, and newly diagnosed hypertension in users of meloxicam, diclofenac, naproxen, and piroxicam. Pharmacotherapy 2000; 20(7):741-744.

(2984) Morales E, Mucksavage JJ. Cyclooxygenase-2 inhibitor-associated acute renal failure: case report with rofecoxib and review of the literature. Pharmacotherapy 2002; 22(10):1317-1321.

KS-000842

(2985)   Nieterl PJ, Ornstein SM, Dickerson LM, Rothenberg RJ. Comparison of changes in blood pressure measurements and antihypertensive therapy in older, hypertensive, ambulatory care patients prescribed celecoxib or rofecoxib. Pharmacotherapy 2003; 23(11):1416-1423.

(2986)   Fischer LM, Schlienger RG, Matter CM, Jick H, Meier CR. Current use of nonsteroidal antiinflammatory drugs and the risk of acute myocardial infarction. Pharmacotherapy 2005; 25(4):503-510.

(2987)   Jick H, Kaye JA, Russmann S, Jick SS. Nonsteroidal antiinflammatory drugs and acute myocardial infarction in patients with no major risk factors. Pharmacotherapy 2006; 26(10):1379-1387.

(2988)   Tedgui A, Mallat Z. Cytokines in atherosclerosis: pathogenic and regulatory pathways. Physiol Rev 2006; 86(2):515-581.

(2989)   Clifford LJ, Nair MG, Rana J, Dewitt DL. Bioactivity of alkamides isolated from Echinacea purpurea (L.) Moench. Phytomedicine 2002; 9(3):249-253.

(2990)   Chrubasik S, Conradt C, Black A. The quality of clinical trials with Harpagophytum procumbens. Phytomedicine 2003; 10(6-7):613-623.

(2991)   Fiebich BL, Chrubasik S. Effects of an ethanolic salix extract on the release of selected inflammatory mediators in vitro. Phytomedicine 2004; 11(2-3):135-138.

(2992)   Chrubasik S, Kunzel O, Thanner J, Conradt C, Black A. A 1-year follow-up after a pilot study with Doloteffin for low back pain. Phytomedicine 2005; 12(1-2):1-9.

(2993)   Singal A, Tirkey N, Chopra K. Reversal of LPS-induced immobility in mice by green tea polyphenols: possible COX-2 mechanism. Phytother Res 2004; 18(9):723-728.

(2994)   Kaur S, Anurag A, Tirkey N, Chopra K. Reversal of LPS-induced central and peripheral hyperalgesia by green tea extract. Phytother Res 2005; 19(1):39-43.

(2995)   Afflitto L. Selective COX-2 inhibitors and the surgical patient. Plast Surg Nurs 2000; 20(2):91-93.

(2996)   Cardiovascular and Cerebrovascular Events in the Randomized, Controlled Alzheimer's Disease Anti-Inflammatory Prevention Trial (ADAPT). PLoS Clin Trials 2006; 1(7):e33.

(2997)   Dougados M, Henanff AL, Logeart I, Ravaud P. Short-term efficacy of rofecoxib and diclofenac in acute shoulder pain: a placebo-controlled randomized trial. PLoS Clin Trials 2007; 2(3):e9.

(2998)   Lenzer J. What can we learn from medical whistleblowers? PLoS Med 2005; 2(7):e209.

(2999)   Westgate EJ, FitzGerald GA. Pulmonary embolism in a woman taking oral contraceptives and valdecoxib. PLoS Med 2005; 2(7):e197.

(3000)   Ioannidis JP. Why most published research findings are false. PLoS Med 2005; 2(8):e124.

(3001)   Smith R. Medical journals are an extension of the marketing arm of pharmaceutical companies. PLoS Med 2005; 2(5):e138.

(3002)   Garcia Rodriguez LA, Egan K, FitzGerald GA. Traditional nonsteroidal anti-inflammatory drugs and postmenopausal hormone therapy: a drug-drug interaction? PLoS Med 2007; 4(5):e157.

(3003)   Rehman Q, Sack KE. When to try COX-2-specific inhibitors. Safer than standard NSAIDs in some situations. Postgrad Med 1999; 106(4):95-2, 105.

(3004)   Kumar NP, Wild G, Ramasamy KA, Snape J. Fatal haemorrhagic pulmonary oedema and associated angioedema after the ingestion of rofecoxib. Postgrad Med J 2002; 78(921):439-440.

(3005)   Ashwath ML, Katner HP. Recurrent aseptic meningitis due to different non-steroidal anti-inflammatory drugs including rofecoxib. Postgrad Med J 2003; 79(931):295-296.

KS-000843

(3006)   Misra UK, Jose M, Kalita J. Rofecoxib versus ibuprofen for acute treatment of migraine: a randomised placebo controlled trial. Postgrad Med J 2004; 80(950):720-723.

(3007)   Sooriakumaran P. COX-2 inhibitors and the heart: are all coxibs the same? Postgrad Med J 2006; 82(966):242-245.

(3008)   Cardiovascular adverse effects of coxibs. Prescrire Int 2002; 11(62):181-182.

(3009)   Hamberg M, Svensson J, SAMUELSSON B. Thromboxanes: a new group of biologically active compounds derived from prostaglandin endoperoxides. Proc Natl Acad Sci U S A 1975; 72(8):2994-2998.

(3010)   Davies PF, Remuzzi A, Gordon EJ, Dewey CF, Jr., Gimbrone MA, Jr. Turbulent fluid shear stress induces vascular endothelial cell turnover in vitro. Proc Natl Acad Sci U S A 1986; 83(7):2114-2117.

(3011)   Catella F, Healy D, Lawson JA, FitzGerald GA. 11-Dehydrothromboxane B2: a quantitative index of thromboxane A2 formation in the human circulation. Proc Natl Acad Sci U S A 1986; 83(16):5861-5865.

(3012)   Higgs GA, Salmon JA, Henderson B, Vane JR. Pharmacokinetics of aspirin and salicylate in relation to inhibition of arachidonate cyclooxygenase and antiinflammatory activity. Proc Natl Acad Sci U S A 1987; 84(5):1417-1420.

(3013)   Dewitt DL, Smith WL. Primary structure of prostaglandin G/H synthase from sheep vesicular gland determined from the complementary DNA sequence. Proc Natl Acad Sci U S A 1988; 85(5):1412-1416.

(3014)   Raz A, Wyche A, Needleman P. Temporal and pharmacological division of fibroblast cyclooxygenase expression into transcriptional and translational phases. Proc Natl Acad Sci U S A 1989; 86(5):1657-1661.

(3015)   Han JW, Sadowski H, Young DA, Macara IG. Persistent induction of cyclooxygenase in p60v-src-transformed 3T3 fibroblasts. Proc Natl Acad Sci U S A 1990; 87(9):3373-3377.

(3016)   Xie WL, Chipman JG, Robertson DL, Erikson RL, Simmons DL. Expression of a mitogen-responsive gene encoding prostaglandin synthase is regulated by mRNA splicing. Proc Natl Acad Sci U S A 1991; 88(7):2692-2696.

(3017)   Hla T, Neilson K. Human cyclooxygenase-2 cDNA. Proc Natl Acad Sci U S A 1992; 89(16):7384-7388.

(3018)   Mitchell JA, Akarasereenont P, Thiemermann C, Flower RJ, Vane JR. Selectivity of nonsteroidal antiinflammatory drugs as inhibitors of constitutive and inducible cyclooxygenase. Proc Natl Acad Sci U S A 1993; 90(24):11693-11697.

(3019)   Seibert K, Zhang Y, Leahy K et al. Pharmacological and biochemical demonstration of the role of cyclooxygenase 2 in inflammation and pain. Proc Natl Acad Sci U S A 1994; 91(25):12013-12017.

(3020)   Masferrer JL, Zweifel BS, Manning PT et al. Selective inhibition of inducible cyclooxygenase 2 in vivo is antiinflammatory and nonulcerogenic. Proc Natl Acad Sci U S A 1994; 91(8):3228-3232.

(3021)   Copeland RA, Williams JM, Giannaras J et al. Mechanism of selective inhibition of the inducible isoform of prostaglandin G/H synthase. Proc Natl Acad Sci U S A 1994; 91(23):11202-11206.

(3022)   Topper JN, Cai J, Falb D, Gimbrone MA, Jr. Identification of vascular endothelial genes differentially responsive to fluid mechanical stimuli: cyclooxygenase-2, manganese superoxide dismutase, and endothelial cell nitric oxide synthase are selectively up-regulated by steady laminar shear stress. Proc Natl Acad Sci U S A 1996; 93(19):10417-10422.

(3023)   Nakayama M, Uchimura K, Zhu RL et al. Cyclooxygenase-2 inhibition prevents delayed death of CA1 hippocampal neurons following global ischemia. Proc Natl Acad Sci U S A 1998; 95(18):10954-10959.

(3024)   Warner TD, Giuliano F, Vojnovic I, Bukasa A, Mitchell JA, Vane JR. Nonsteroid drug selectivities for cyclo-oxygenase-1 rather than cyclo-oxygenase-2 are associated with human gastrointestinal toxicity: a full in vitro analysis. Proc Natl Acad Sci U S A 1999; 96(13):7563-7568.

(3025)   McAdam BF, Catella-Lawson F, Mardini IA, Kapoor S, Lawson JA, FitzGerald GA. Correction: Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: The human pharmacology of a selective inhibitor of COX-2. Proc Natl Acad Sci U S A 1999; 96:5890.

**KS-000844**