(3026) McAdam BF, Catella-Lawson F, Mardini IA, Kapoor S, Lawson JA, FitzGerald GA. Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: the human pharmacology of a selective inhibitor of COX-2. Proc Natl Acad Sci U S A 1999; 96(1):272-277.

(3027) Reis ED, Roque M, Dansky H et al. Sulindac inhibits neointimal formation after arterial injury in wild-type and apolipoprotein E-deficient mice. Proc Natl Acad Sci U S A 2000; 97(23):12764-12769.

(3028) Shinmura K, Tang XL, Wang Y et al. Cyclooxygenase-2 mediates the cardioprotective effects of the late phase of ischemic preconditioning in conscious rabbits. Proc Natl Acad Sci U S A 2000; 97(18):10197-10202.

(3029) Loftin CD, Trivedi DB, Tiano HF et al. Failure of ductus arteriosus closure and remodeling in neonatal mice deficient in cyclooxygenase-1 and cyclooxygenase-2. Proc Natl Acad Sci U S A 2001; 98(3):1059-1064.

(3030) Ouellet M, Riendeau D, Percival MD. A high level of cyclooxygenase-2 inhibitor selectivity is associated with a reduced interference of platelet cyclooxygenase-1 inactivation by aspirin. Proc Natl Acad Sci U S A 2001; 98(25):14583-14588.

(3031) McCormick SM, Eskin SG, McIntire LV et al. DNA microarray reveals changes in gene expression of shear stressed human umbilical vein endothelial cells. Proc Natl Acad Sci U S A 2001; 98(16):8955-8960.

(3032) Pratico D, Tillmann C, Zhang ZB, Li H, FitzGerald GA. Acceleration of atherogenesis by COX-1-dependent prostanoid formation in low density lipoprotein receptor knockout mice. Proc Natl Acad Sci U S A 2001; 98(6):3358-3363.

(3033) Iadecola C, Niwa K, Nogawa S et al. Reduced susceptibility to ischemic brain injury and N-methyl-D-aspartate-mediated neurotoxicity in cyclooxygenase-2-deficient mice. Proc Natl Acad Sci U S A 2001; 98(3):1294-1299.

(3034) Rocca B, Secchiero P, Ciabattoni G et al. Cyclooxygenase-2 expression is induced during human megakaryopoiesis and characterizes newly formed platelets. Proc Natl Acad Sci U S A 2002; 99(11):7634-7639.

(3035) Grosser T, Yusuff S, Cheskis E, Pack MA, FitzGerald GA. Developmental expression of functional cyclooxygenases in zebrafish. Proc Natl Acad Sci U S A 2002; 99(12):8418-8423.

(3036) Ma L, del SP, Wallace JL. Divergent effects of new cyclooxygenase inhibitors on gastric ulcer healing: Shifting the angiogenic balance. Proc Natl Acad Sci U S A 2002; 99(20):13243-13247.

(3037) Passerini AG, Polacek DC, Shi C et al. Coexisting proinflammatory and antioxidative endothelial transcription profiles in a disturbed flow region of the adult porcine aorta. Proc Natl Acad Sci U S A 2004; 101(8):2482-2487.

(3038) Wang M, Zukas AM, Hui Y, Ricciotti E, Pure E, FitzGerald GA. Deletion of microsomal prostaglandin E synthase-1 augments prostacyclin and retards atherogenesis. Proc Natl Acad Sci U S A 2006; 103(39):14507-14512.

(3039) Schmelzer KR, Inceoglu B, Kubala L et al. Enhancement of antinociception by coadministration of nonsteroidal anti-inflammatory drugs and soluble epoxide hydrolase inhibitors. Proc Natl Acad Sci U S A 2006; 103(37):13646-13651.

(3040) Naidu PS, Kulkarni SK. Differential effects of cyclooxygenase inhibitors on haloperidol-induced catalepsy. Prog Neuropsychopharmacol Biol Psychiatry 2002; 26(5):819-822.

(3041) Satyanarayana PS, Jain NK, Singh A, Kulkarni SK. Isobolographic analysis of interaction between cyclooxygenase inhibitors and tramadol in acetic acid-induced writhing in mice. Prog Neuropsychopharmacol Biol Psychiatry 2004; 28(4):641-649.

(3042) Dhir A, Naidu PS, Kulkarni SK. Effect of cyclooxygenase inhibitors on pentylenetetrazol (PTZ)-induced convulsions: Possible mechanism of action. Prog Neuropsychopharmacol Biol Psychiatry 2006; 30(8):1478-1485.

(3043) Whittaker N, Bunting S, Salmon J et al. The chemical structure of prostaglandin X (prostacyclin). Prostaglandins 1976; 12(6):915-928.

(3044) bdel-Halim MS, Lunden I, Cseh G, Anggard E. Prostaglandin profiles in nervous tissue and blood vessels of the brain of various animals. Prostaglandins 1980; 19(2):249-258.

(3045) Green K, Drvota V, Vesterqvist O. Pronounced reduction of in vivo prostacyclin synthesis in humans by acetaminophen (paracetamol). Prostaglandins 1989; 37(3):311-315.

KS-000845

(3046) Futaki N, Takahashi S, Yokoyama M, Arai I, Higuchi S, Otomo S. NS-398, a new anti-inflammatory agent, selectively inhibits prostaglandin G/H synthase/cyclooxygenase (COX-2) activity in vitro. Prostaglandins 1994; 47(1):55-59.

(3047) Spaziani EP, Lantz ME, Benoit RR, O'Brien WF. The induction of cyclooxygenase-2 (COX-2) in intact human amnion tissue by interleukin-4. Prostaglandins 1996; 51(3):215-223.

(3048) Kaufmann WE, Andreasson KI, Isakson PC, Worley PF. Cyclooxygenases and the central nervous system. Prostaglandins 1997; 54(3):601-624.

(3049) Kino Y, Kojima F, Kiguchi K, Igarashi R, Ishizuka B, Kawai S. Prostaglandin E2 production in ovarian cancer cell lines is regulated by cyclooxygenase-1, not cyclooxygenase-2. Prostaglandins Leukot Essent Fatty Acids 2005; 73(2):103-111.

(3050) Gryglewski RJ, Chlopicki S, Swies J. In vivo endothelial interaction between ACE and COX inhibitors. Prostaglandins Leukot Essent Fatty Acids 2005; 72(2):129-131.

(3051) Hall AJ, Tripp M, Howell T, Darland G, Bland JS, Babish JG. Gastric mucosal cell model for estimating relative gastrointestinal toxicity of non-steroidal anti-inflammatory drugs. Prostaglandins Leukot Essent Fatty Acids 2006; 75(1):9-17.

(3052) Cryer B, Dubois A. The advent of highly selective inhibitors of cyclooxygenase--a review. Prostaglandins Other Lipid Mediat 1998; 56(5-6):341-361.

(3053) Morita I. Distinct functions of COX-1 and COX-2. Prostaglandins Other Lipid Mediat 2002; 68-69:165-175.

(3054) Kobayashi T, Narumiya S. Function of prostanoid receptors: studies on knockout mice. Prostaglandins Other Lipid Mediat 2002; 68-69:557-573.

(3055) Tanabe T, Tohnai N. Cyclooxygenase isozymes and their gene structures and expression. Prostaglandins Other Lipid Mediat 2002; 68-69:95-114.

(3056) Toyoshima K, Takeda A, Imamura S, Nakanishi T, Momma K. Constriction of the ductus arteriosus by selective inhibition of cyclooxygenase-1 and -2 in near-term and preterm fetal rats. Prostaglandins Other Lipid Mediat 2006; 79(1-2):34-42.

(3057) Capone ML, Tacconelli S, Di FL, Sacchetti A, Sciulli MG, Patrignani P. Pharmacodynamic of cyclooxygenase inhibitors in humans. Prostaglandins Other Lipid Mediat 2007; 82(1-4):85-94.

(3058) Muralee S, Bober D, Tampi R. Delirium From the COX-2 inhibitor refecoxib. Psychosomatics 2004; 45(4):361-363.

(3059) Grove ML, Hassell AB, Hay EM, Shadforth MF. Adverse reactions to disease-modifying anti-rheumatic drugs in clinical practice. QJM 2001; 94(6):309-319.

(3060) Sharma RA. Translational medicine: targetting cyclo-oxygenase isozymes to prevent cancer. QJM 2002; 95(5):267-273.

(3061) Wang P, Shi YJ, Helmy R, Reamer R, Vailaya A. Identification of a trace colored impurity in drug substance by preparative liquid chromatography and mass spectrometry. Rapid Commun Mass Spectrom 2005; 19(24):3749-3754.

(3062) Stokvis E, Rosing H, Beijnen JH. Stable isotopically labeled internal standards in quantitative bioanalysis using liquid chromatography/mass spectrometry: necessity or not? Rapid Commun Mass Spectrom 2005; 19(3):401-407.

(3063) Reuben SS. Effect of nonsteroidal anti-inflammatory drugs on osteogenesis and spinal fusion. Reg Anesth Pain Med 2001; 26(6):590-591.

(3064) Hartrick CT, Bourne MH, Gargiulo K, Damaraju CV, Vallow S, Hewitt DJ. Fentanyl iontophoretic transdermal system for acute-pain management after orthopedic surgery: a comparative study with morphine intravenous patient-controlled analgesia. Reg Anesth Pain Med 2006; 31(6):546-554.

(3065) Sinatra RS, Boice JA, Loeys TL et al. Evaluation of the effect of perioperative rofecoxib treatment on pain control and clinical outcomes in patients recovering from gynecologic abdominal surgery: a randomized, double-blind, placebo-controlled clinical study. Reg Anesth Pain Med 2006; 31(2):134-142.

**KS-000846**

(3066) Edwards RG. Open conflict on the handling of the Merck drug Vioxx by editorial giants. Reprod Biomed Online 2006; 13(6):905.

(3067) Burdan F, Dudka J, Szumilo J, Korobowicz A, Klepacz L. Prenatal effects of DuP-697-the irreversible, highly selective cyclooxygenase-2 inhibitor. Reprod Toxicol 2003; 17(4):413-419.

(3068) Kunz T, Marklund N, Hillered L, Oliw EH. Effects of the selective cyclooxygenase-2 inhibitor rofecoxib on cell death following traumatic brain injury in the rat. Restor Neurol Neurosci 2006; 24(1):55-63.

(3069) Taxonera C, Mendoza JL. Colorectal cancer and Coxibs. Rev Esp Enferm Dig 2004; 96(10):673-675.

(3070) Noguera Aguilar JF, Plaza MA, Amengual A, I, Moron Canis JM, Tortajada CC, Pujol Tugores JJ. Influence of rofecoxib on experimental colonic carcinogenesis in rats. Rev Esp Enferm Dig 2004; 96(10):678-682.

(3071) Noguera Aguilar JF, Amengual A, I, Plaza MA et al. Cyclooxygenase-2 inhibition in colon experimental carcinogenesis. Rev Esp Enferm Dig 2005; 97(9):637-647.

(3072) Noguera Aguilar JF, Amengual A, I, Moron Canis JM et al. Effect of rofecoxib on colon chemical carcinogenesis at colonic anastomotic area in the rat. Rev Esp Enferm Dig 2005; 97(6):405-415.

(3073) Bannwarth B, Logeart I, Vergult G. [Prescribing patterns of rofecoxib in the primary care setting: results of a French survey] [ABSTRACT]. Rev Med Interne 2004; 25(10):710-714.

(3074) Bloice C. Why is this woman smiling? The hard sell of bad medicine. Revolution 2005; 6(1):22-29.

(3075) Pincus T, Callahan LF. What is the natural history of rheumatoid arthritis? Rheum Dis Clin North Am 1993; 19(1):123-151.

(3076) Oviedo JA, Wolfe MM. Gastroprotection by coxibs: what do the Celecoxib Long-Term Arthritis Safety Study and the Vioxx Gastrointestinal Outcomes Research Trial tell us? Rheum Dis Clin North Am 2003; 29(4):769-788.

(3077) Depre M, Ehrich E, DeLepeleire I et al. Demonstration of Specific COX-2 Inhibition By MK-966 (Vioxx) In Humans with Supratherapeutic Doses [ABSTRACT 196]. Rheumatol Eur 1999; 27(2):118-Abstr. 196.

(3078) Ehrich E, Schnitzer T, Weaver A et al. Treatment with MK-966 (Vioxx), a Specific COX-2 Inhibitor, Resulted In Clinical Improvement In Osteoarthritis (OA) of the Knee and Hip, That Was Sustained Over Six Months [ABSTRACT 198]. Rheumatol Eur 1999; 27(2 Suppl.):119-Abstr. 198.

(3079) Fries JF. How may quality of life for rheumatoid arthritis patients be enhanced by current and future treatments? Rheumatology (Oxford) 1999; 38 Suppl 2:35-40.

(3080) Brooks P, Emery P, Evans JF et al. Interpreting the clinical significance of the differential inhibition of cyclooxygenase-1 and cyclooxygenase-2. Rheumatology (Oxford) 1999; 38(8):779-788.

(3081) Shah AA, Murray FE, Fitzgerald DJ. The in vivo assessment of nimesulide cyclooxygenase-2 selectivity. Rheumatology (Oxford) 1999; 38 Suppl 1:19-23.

(3082) Bjarnason I, Thjodleifsson B. Gastrointestinal toxicity of non-steroidal anti-inflammatory drugs: the effect of nimesulide compared with naproxen on the human gastrointestinal tract. Rheumatology (Oxford) 1999; 38 Suppl 1:24-32.

(3083) Scott DL, Berry H, Capell H et al. The long-term effects of non-steroidal anti-inflammatory drugs in osteoarthritis of the knee: a randomized placebo-controlled trial. Rheumatology (Oxford) 2000; 39(10):1095-1101.

(3084) Chehata JC, Hassell AB, Clarke SA et al. Mortality in rheumatoid arthritis: relationship to single and composite measures of disease activity. Rheumatology (Oxford) 2001; 40(4):447-452.

(3085) Chrubasik S, Kunzel O, Model A, Conradt C, Black A. Treatment of low back pain with a herbal or synthetic anti-rheumatic: a randomized controlled study. Willow bark extract for low back pain. Rheumatology (Oxford) 2001; 40(12):1388-1393.

(3086) Gottesdiener K, Schnitzer T, Fisher C et al. Results of a randomized, dose-ranging trial of etoricoxib in patients with osteoarthritis. Rheumatology (Oxford) 2002; 41(9):1052-1061.

KS-000847

(3087) Steinfeld S, Bjorke PA. Results from a patient survey to assess gastrointestinal burden of non-steroidal anti-inflammatory drug therapy contrasted with a review of data from EVA to determine satisfaction with rofecoxib. Rheumatology (Oxford) 2002; 41 Supp 1:23-27.

(3088) Lanas A. Clinical experience with cyclooxygenase-2 inhibitors. Rheumatology (Oxford) 2002; 41 Supp 1:16-22.

(3089) Layton D, Heeley E, Hughes K, Shakir SA. Comparison of the incidence rates of selected gastrointestinal events reported for patients prescribed rofecoxib and meloxicam in general practice in England using prescription-event monitoring data. Rheumatology (Oxford) 2003; 42(5):622-631.

(3090) Kentos A, Robin V, Lambermont M, Jurdan M, Pignarelli M, Feremans W. Probable rofecoxib-induced thrombocytopenia. Rheumatology (Oxford) 2003; 42(5):699-700.

(3091) Chrubasik S, Model A, Black A, Pollak S. A randomized double-blind pilot study comparing Doloteffin and Vioxx in the treatment of low back pain. Rheumatology (Oxford) 2003; 42(1):141-148.

(3092) Sturkenboom MC, Burke TA, Dieleman JP, Tangelder MJ, Lee F, Goldstein JL. Underutilization of preventive strategies in patients receiving NSAIDs. Rheumatology (Oxford) 2003; 42 Suppl 3:iii23-iii31.

(3093) Stephens J, Laskin B, Pashos C, Pena B, Wong J. The burden of acute postoperative pain and the potential role of the COX-2-specific inhibitors. Rheumatology (Oxford) 2003; 42 Suppl 3:iii40-iii52.

(3094) Moride Y, Ducruet T, Rochon S, Lavoie F. Persistency of use of COX-2-specific inhibitors and non-specific non-steroidal anti-inflammatory drugs (NSAIDs) in Quebec. Rheumatology (Oxford) 2003; 42 Suppl 3:iii17-iii22.

(3095) Russo P, Capone A, Attanasio E et al. Pharmacoutilization and costs of osteoarthritis: changes induced by the introduction of a cyclooxygenase-2 inhibitor into clinical practice. Rheumatology (Oxford) 2003; 42(7):879-887.

(3096) Kitas GD, Erb N. Tackling ischaemic heart disease in rheumatoid arthritis. Rheumatology (Oxford) 2003; 42(5):607-613.

(3097) Layton D, Hughes K, Harris S, Shakir SA. Comparison of the incidence rates of thromboembolic events reported for patients prescribed celecoxib and meloxicam in general practice in England using Prescription-Event Monitoring (PEM) data. Rheumatology (Oxford) 2003; 42(11):1354-1364.

(3098) Layton D, Hughes K, Harris S, Shakir SA. Comparison of the incidence rates of selected gastrointestinal events reported for patients prescribed celecoxib and meloxicam in general practice in England using prescription-event monitoring (PEM) data. Rheumatology (Oxford) 2003; 42(11):1332-1341.

(3099) Layton D, Heeley E, Hughes K, Shakir SA. Comparison of the incidence rates of thromboembolic events reported for patients prescribed rofecoxib and meloxicam in general practice in England using prescription-event monitoring (PEM) data. Rheumatology (Oxford) 2003; 42(11):1342-1353.

(3100) Lillicrap MS, Merry P. Cutaneous vasculitis associated with rofecoxib. Rheumatology (Oxford) 2003; 42(10):1267-1268.

(3101) Degner F, Lesaffre E, Zeidler H. Re: Layton et al. Comparison of the incidence rates of selected gastrointestinal events reported for patients prescribed rofecoxib and meloxicam in general practice in England using prescription-event monitoring data. Rheumatology (Oxford) 2004; 43(5):680-681.

(3102) Ruiz-Irastorza G, Khamashta MA. Stroke and antiphospholipid syndrome: the treatment debate. Rheumatology (Oxford) 2005; 44(8):971-974.

(3103) Price-Forbes AN, Callaghan R, Allen ME, Rowe IF. A regional audit of the use of COX-2 selective non-steroidal anti-inflammatory drugs (NSAIDs) in rheumatology clinics in the West Midlands, in relation to NICE guidelines. Rheumatology (Oxford) 2005; 44(7):921-924.

(3104) Bernatsky S, Hudson M, Suissa S. Anti-rheumatic drug use and risk of hospitalization for congestive heart failure in rheumatoid arthritis. Rheumatology (Oxford) 2005; 44(5):677-680.

(3105) Shen H, Sprott H, Aeschlimann A et al. Analgesic action of acetaminophen in symptomatic osteoarthritis of the knee. Rheumatology (Oxford) 2006; 45(6):765-770.

KS-000848

(3106)  Rahme E, Toubouti Y, Hunsche E. Therapy switching and associated costs in elderly patients receiving COX-2 selective inhibitors or non-selective non-steroidal anti-inflammatory drugs in Quebec, Canada. Rheumatology (Oxford) 2006; 45(7):903-910.

(3107)  Rahme E, Nedjar H. Risks and benefits of COX-2 inhibitors vs non-selective NSAIDs: does their cardiovascular risk exceed their gastrointestinal benefit? A retrospective cohort study. Rheumatology (Oxford) 2007; 46(3):435-438.

(3108)  Kelly C, Hamilton J. What kills patients with rheumatoid arthritis? Rheumatology (Oxford) 2007; 46(2):183-184.

(3109)  Wu ZK, Pehkonen E, Laurikka J et al. Protective effect of unstable angina in coronary artery bypass surgery. Scand Cardiovasc J 2000; 34(5):486-492.

(3110)  Olesen M, Kwong E, Meztli A et al. No effect of cyclooxygenase inhibition on plaque size in atherosclerosis-prone mice. Scand Cardiovasc J 2002; 36(6):362-367.

(3111)  Giercksky KE, Haglund U, Rask-Madsen J. Selective inhibitors of COX-2--are they safe for the stomach? Scand J Gastroenterol 2000; 35(11):1121-1124.

(3112)  Perse M, Zebic A, Cerar A. Rofecoxib does not inhibit aberrant crypt foci formation but inhibits later steps in the development of experimental colorectal cancer: rofecoxib in experimental colon cancer. Scand J Gastroenterol 2005; 40(1):61-67.

(3113)  Cronberg S, Wallmark E, Soderberg I. Effect on platelet aggregation of oral administration of 10 non-steroidal analgesics to humans. Scand J Haematol 1984; 33(2):155-159.

(3114)  Aabakken L, Dybdahl JH, Larsen S, Mowinckel P, Osnes M, Quiding H. A double-blind comparison of gastrointestinal effects of ibuprofen standard and ibuprofen sustained release assessed by means of endoscopy and 51-Cr-labelled erythrocytes. Scand J Rheumatol 1989; 18(5):307-313.

(3115)  Kvalvik AG, Jones MA, Symmons DP. Mortality in a cohort of Norwegian patients with rheumatoid arthritis followed from 1977 to 1992. Scand J Rheumatol 2000; 29(1):29-37.

(3116)  Acevedo E, Castaneda O, Ugaz M et al. Tolerability profiles of rofecoxib (Vioxx) and Arthrotec. A comparison of six weeks treatment in patients with osteoarthritis. Scand J Rheumatol 2001; 30(1):19-24.

(3117)  Myllykangas-Luosujarvi R, Lu HS, Chen SL et al. Comparison of low-dose rofecoxib versus 1000 mg naproxen in patients with osteoarthritis. Results of two randomized treatment trials of six weeks duration. Scand J Rheumatol 2002; 31(6):337-344.

(3118)  Geusens PP, Truitt K, Sfikakis P et al. A placebo and active comparator-controlled trial of rofecoxib for the treatment of rheumatoid arthritis. Scand J Rheumatol 2002; 31(4):230-238.

(3119)  Brune K, Hinz B. Selective cyclooxygenase-2 inhibitors: similarities and differences. Scand J Rheumatol 2004; 33(1):1-6.

(3120)  Pallay RM, Seger W, Adler JL et al. Etoricoxib reduced pain and disability and improved quality of life in patients with chronic low back pain: a 3 month, randomized, controlled trial. Scand J Rheumatol 2004; 33(4):257-266.

(3121)  Fries JF. Selective cyclooxygenase inhibition: promise for future NSAID therapy? Scand J Rheumatol Suppl 1996; 102:1.

(3122)  Emery P. Clinical implications of selective cyclooxygenase-2 inhibition. Scand J Rheumatol Suppl 1996; 102:23-28.

(3123)  [Information on preoperative analgesia. Acute pain therapy with rofecoxib]. Schmerz 2003; 17(1):2p.

(3124)  Steffen P, Krell M, Seeling W. [Postoperative analgesia with rofecoxib. How effective is the preoperative application of a 25 mg dose?]. Schmerz 2004; 18(4):278-285.

(3125)  Michaels D. Doubt is their product. Sci Am 2005; 292(6):96-101.

(3126)  Beardsley S. Avoiding another Vioxx. Sci Am 2005; 292(2):16, 18.

KS-000849

(3127)   Stix G. Better ways to target pain. Sci Am 2007; 296(1):84-6, 88.

(3128)   Malkowski MG, Ginell SL, Smith WL, Garavito RM. The productive conformation of arachidonic acid bound to prostaglandin synthase. Science 2000; 289(5486):1933-1937.

(3129)   Malakoff D. Patent prompts Rochester to sue for slice of drug profits. Science 2000; 288(5465):410-411.

(3130)   Funk CD. Prostaglandins and leukotrienes: advances in eicosanoid biology. Science 2001; 294(5548):1871-1875.

(3131)   Cheng Y, Austin SC, Rocca B et al. Role of prostacyclin in the cardiovascular response to thromboxane A2. Science 2002; 296(5567):539-541.

(3132)   Vane JR. Biomedicine. Back to an aspirin a day? Science 2002; 296(5567):474-475.

(3133)   Egan KM, Lawson JA, Fries S et al. COX-2-derived prostacyclin confers atheroprotection on female mice. Science 2004; 306(5703):1954-1957.

(3134)   Couzin J. Clinical trials. Nail-biting time for trials of COX-2 drugs. Science 2004; 306(5702):1673-1675.

(3135)   Couzin J. Drug safety. Withdrawal of Vioxx casts a shadow over COX-2 inhibitors. Science 2004; 306(5695):384-385.

(3136)   Lawler A. The law. Vioxx verdict: too little or too much science? Science 2005; 309(5740):1481.

(3137)   Green MD. Causation, Vioxx, and legal issues. Science 2005; 310(5750):973.

(3138)   Couzin J. Scientific publishing. Echoing other cases, NEJM says Vioxx Safety data withheld. Science 2005; 310(5755):1755.

(3139)   Kim SF, Huri DA, Snyder SH. Inducible nitric oxide synthase binds, S-nitrosylates, and activates cyclooxygenase-2. Science 2005; 310(5756):1966-1970.

(3140)   Couzin J. Drug safety. FDA panel urges caution on many anti-inflammatory drugs. Science 2005; 307(5713):1183-1185.

(3141)   Harris RE. Does the dose make the poison? Science 2005; 308(5719):203.

(3142)   Fries JF, Williams CA, Ramey DR, Bloch DA. The relative toxicity of alternative therapies for rheumatoid arthritis: implications for the therapeutic progression. Semin Arthritis Rheum 1993; 23(2 Suppl 1):68-73.

(3143)   Myllykangas-Luosujarvi RA, Aho K, Isomaki HA. Mortality in rheumatoid arthritis. Semin Arthritis Rheum 1995; 25(3):193-202.

(3144)   Fenner H. Differentiating among nonsteroidal antiinflammatory drugs by pharmacokinetic and pharmacodynamic profiles. Semin Arthritis Rheum 1997; 26(6 Suppl 1):28-33.

(3145)   Brater DC. Anti-inflammatory agents and renal function. Semin Arthritis Rheum 2002; 32(3 Suppl 1):33-42.

(3146)   Hochberg MC. New directions in symptomatic therapy for patients with osteoarthritis and rheumatoid arthritis. Semin Arthritis Rheum 2002; 32(3 Suppl 1):4-14.

(3147)   Banovac K, Williams JM, Patrick LD, Levi A. Prevention of heterotopic ossification after spinal cord injury with COX-2 selective inhibitor (rofecoxib). Spinal Cord 2004; 42(12):707-710.

(3148)   Reuben SS. A new class of COX-2 inhibitors offer an alternative to NSAIDS in pain management after spinal surgery. Spine 2001; 26(13):1505-1506.

(3149)   Birkmeyer NJ, Weinstein JN, Tosteson AN et al. Design of the Spine Patient outcomes Research Trial (SPORT). Spine 2002; 27(12):1361-1372.

(3150)   Katz N, Ju WD, Krupa DA et al. Efficacy and safety of rofecoxib in patients with chronic low back pain: results from two 4-week, randomized, placebo-controlled, parallel-group, double-blind trials. Spine 2003; 28(9):851-858.

KS-000850

(3151) Giles LG, Muller R. Chronic spinal pain: a randomized clinical trial comparing medication, acupuncture, and spinal manipulation. Spine 2003; 28(14):1490-1502.

(3152) Gagnier JJ, van Tulder MW, Berman B, Bombardier C. Herbal medicine for low back pain: a Cochrane review. Spine 2007; 32(1):82-92.

(3153) Warden SJ. Cyclo-oxygenase-2 inhibitors: beneficial or detrimental for athletes with acute musculoskeletal injuries? Sports Med 2005; 35(4):271-283.

(3154) Cuzick J, Edwards R, Segnan N. Adjusting for non-compliance and contamination in randomized clinical trials. Stat Med 1997; 16(9):1017-1029.

(3155) Snapinn S, Cook T, Shapiro D, Snavely D. The role of the unblinded sponsor statistician. Stat Med 2004; 23(10):1531-1533.

(3156) Cheung SH, Kwong KS, Chan WS, Leung SP. Multiple comparisons with a control in families with both one-sided and two-sided hypotheses. Stat Med 2004; 23(19):2975-2988.

(3157) Patrono C, Roth GJ. Aspirin in ischemic cerebrovascular disease. How strong is the case for a different dosing regimen? Stroke 1996; 27(4):756-760.

(3158) van KF, Ciabattoni G, Patrono C, Dippel DW, Koudstaal PJ. Platelet activation and lipid peroxidation in patients with acute ischemic stroke. Stroke 1997; 28(8):1557-1563.

(3159) van KF, Ciabattoni G, Koudstaal PJ, Dippel DW, Patrono C. Increased platelet activation in the chronic phase after cerebral ischemia and intracerebral hemorrhage. Stroke 1999; 30(3):546-549.

(3160) Lapchak PA, Araujo DM, Song D, Zivin JA. Neuroprotection by the selective cyclooxygenase-2 inhibitor SC-236 results in improvements in behavioral deficits induced by reversible spinal cord ischemia. Stroke 2001; 32(5):1220-1225.

(3161) Hankey GJ, Eikelboom JW. Cyclooxygenase-2 inhibitors: are they really atherothrombotic, and if not, why not? Stroke 2003; 34(11):2736-2740.

(3162) Bak S, Andersen M, Tsiropoulos I et al. Risk of stroke associated with nonsteroidal anti-inflammatory drugs: a nested case-control study. Stroke 2003; 34(2):379-386.

(3163) Janardhan V, Wolf PA, Kase CS et al. Anticardiolipin antibodies and risk of ischemic stroke and transient ischemic attack: the Framingham cohort and offspring study. Stroke 2004; 35(3):736-741.

(3164) Stein AB, Tang XL, Guo Y, Xuan YT, Dawn B, Bolli R. Delayed adaptation of the heart to stress: late preconditioning. Stroke 2004; 35(11 Suppl 1):2676-2679.

(3165) Iadecola C, Gorelick PB. The Janus face of cyclooxygenase-2 in ischemic stroke: shifting toward downstream targets. Stroke 2005; 36(2):182-185.

(3166) Faraci FM. Oxidative stress: the curse that underlies cerebral vascular dysfunction? Stroke 2005; 36(2):186-188.

(3167) Andersohn F, Schade R, Suissa S, Garbe E. Cyclooxygenase-2 selective nonsteroidal anti-inflammatory drugs and the risk of ischemic stroke: a nested case-control study. Stroke 2006; 37(7):1725-1730.

(3168) Kathula SK, Shah K, Polenakovik H, Koduri J. Cyclo-oxygenase II inhibitors in the treatment of neoplastic fever. Support Care Cancer 2003; 11(4):258-259.

(3169) Alanoglu Z, Ates Y, Orbey BC, Turkcapar AG. Preoperative use of selective COX-II inhibitors for pain management in laparoscopic nissen fundoplication. Surg Endosc 2005; 19(9):1182-1187.

(3170) Zhao D, Xu F, Chen C, Tillyer RD, Grabowski EJ, Reider PJ. Efficient Syntheses of 2-(3',5'-Difluorophenyl)-3-(4'-methylsulfonylphenyl)-cyclopent-2-enone, a Potent COX-2 Inhibitor. Tetrahedron 1999; 55:6001-6018.

(3171) Reddy LR, Corey EJ. Facile air oxidation of the conjugate base of rofecoxib (Vioxx), a possible contributor to chronic human toxicity. Tetrahedron Letters 2005; 46(6):927-929.

KS-000851

(3172)  Hawthorne F. Merck's Fall from Grace. How will one of the world's largest and most respected pharmaceutical companies come back? The Scientist 2006; 20(5):27-33.

(3173)  COX-2 inhibitors update: Do journal publications tell the full story? Therapeutics Initiative 2002; 43.

(3174)  Montuschi P, Macagno F, Parente P et al. Effects of cyclo-oxygenase inhibition on exhaled eicosanoids in patients with COPD. Thorax 2005; 60(10):827-833.

(3175)  Houliston RA, Keogh RJ, Sugden D, Dudhia J, Carter TD, Wheeler-Jones CP. Protease-activated receptors upregulate cyclooxygenase-2 expression in human endothelial cells. Thromb Haemost 2002; 88(2):321-328.

(3176)  Dormond O, Ruegg C. Regulation of endothelial cell integrin function and angiogenesis by COX-2, cAMP and Protein Kinase A. Thromb Haemost 2003; 90(4):577-585.

(3177)  Censarek P, Freidel K, Udelhoven M et al. Cyclooxygenase COX-2a, a novel COX-2 mRNA variant, in platelets from patients after coronary artery bypass grafting. Thromb Haemost 2004; 92(5):925-928.

(3178)  Grosser T. The pharmacology of selective inhibition of COX-2. Thromb Haemost 2006; 96(4):393-400.

(3179)  Moncada S, Herman AG, Higgs EA, Vane JR. Differential formation of prostacyclin (PGX or PGI2) by layers of the arterial wall. An explanation for the anti-thrombotic properties of vascular endothelium. Thromb Res 1977; 11(3):323-344.

(3180)  Catella F, FitzGerald GA. Paired analysis of urinary thromboxane B2 metabolites in humans. Thromb Res 1987; 47(6):647-656.

(3181)  Knapp HR, Healy C, Lawson J, FitzGerald GA. Effects of low-dose aspirin on endogenous eicosanoid formation in normal and atherosclerotic men. Thromb Res 1988; 50(3):377-386.

(3182)  Patrono C. Prevention of myocardial infarction and stroke by aspirin: different mechanisms? Different dosage? Thromb Res 1998; 92(1 Suppl 1):S7-12.

(3183)  Camacho M, Vila L. Transcellular formation of thromboxane A(2) in mixed incubations of endothelial cells and aspirin-treated platelets strongly depends on the prostaglandin I-synthase activity. Thromb Res 2000; 99(2):155-164.

(3184)  Ide T, Egan K, Bell-Parikh LC, FitzGerald GA. Activation of nuclear receptors by prostaglandins. Thromb Res 2003; 110(5-6):311-315.

(3185)  Chlopicki S, Lomnicka M, Gryglewski RJ. Obligatory role of lipid mediators in platelet-neutrophil adhesion. Thromb Res 2003; 110(5-6):287-292.

(3186)  Guo JS, Cho CH, Lam Liu ES, Choy HT, Wang JY, Leung Koo MW. Antiangiogenic effect of a highly selective cyclooxygenase-2 inhibitor on gastric ulcer healing in rats. Toxicol Appl Pharmacol 2002; 183(1):41-45.

(3187)  Tugendreich S, Pearson CI, Sagartz J, Jarnagin K, Kolaja K. NSAID-induced acute phase response is due to increased intestinal permeability and characterized by early and consistent alterations in hepatic gene expression. Toxicol Pathol 2006; 34(2):168-179.

(3188)  Seguin B, Teranishi M, Uetrecht JP. Modulation of D-penicillamine-induced autoimmunity in the Brown Norway rat using pharmacological agents that interfere with arachidonic acid metabolism or synthesis of inducible nitric oxide synthase. Toxicology 2003; 190(3):267-278.

(3189)  Chang JK, Wu SC, Wang GJ, Cho MH, Ho ML. Effects of non-steroidal anti-inflammatory drugs on cell proliferation and death in cultured epiphyseal-articular chondrocytes of fetal rats. Toxicology 2006; 228(2-3):111-123.

(3190)  Barbosa AM, do Amaral RO, Teixeira CF, Hyslop S, Cogo JC. Pharmacological characterization of mouse hind paw oedema induced by Bothrops insularis (jararaca ilhoa) snake venom. Toxicon 2003; 42(5):515-523.

(3191)  Olivo RA, Teixeira CF, Wallace JL, Gutierrez JM, Zamuner SR. Role of cyclooxygenases in oedema-forming activity of bothropic venoms. Toxicon 2007; 49(5):670-677.

KS-000852

(3192) Ma N, Szabolcs MJ, Sun J et al. The effect of selective inhibition of cyclooxygenase (COX)-2 on acute cardiac allograft rejection. Transplantation 2002; 74(11):1528-1534.

(3193) FitzGerald GA, Witztum JL. Oxidative stress. Introduction. Trends Cardiovasc Med 2001; 11(3-4):91-92.

(3194) Pratico D, Lawson JA, Rokach J, FitzGerald GA. The isoprostanes in biology and medicine. Trends Endocrinol Metab 2001; 12(6):243-247.

(3195) Shah BH. Estrogen stimulation of COX-2-derived PGI2 confers atheroprotection. Trends Endocrinol Metab 2005; 16(5):199-201.

(3196) de GG, Donati MB, Cerletti C. Prevention of thrombosis and vascular inflammation: benefits and limitations of selective or combined COX-1, COX-2 and 5-LOX inhibitors. Trends Pharmacol Sci 2003; 24(5):245-252.

(3197) FitzGerald GA. COX-2 in play at the AHA and the FDA. Trends Pharmacol Sci 2007; 28(7):303-307.

(3198) Moinzadeh A, Mourtzinos A, Triaca V, Hamawy KJ. A randomized double-blind prospective study evaluating patient tolerance of transrectal ultrasound-guided biopsy of the prostate using prebiopsy rofecoxib. Urology 2003; 62(6):1054-1057.

(3199) Sciarra A, Salciccia S, Albanesi L, Cardi A, D'Eramo G, Di SF. Use of cyclooxygenase-2 inhibitor for prevention of urethral strictures secondary to transurethral resection of the prostate. Urology 2005; 66(6):1218-1222.

(3200) Dimitrakov JD, Kaplan SA, Kroenke K, Jackson JL, Freeman MR. Management of chronic prostatitis/chronic pelvic pain syndrome: an evidence-based approach. Urology 2006; 67(5):881-888.

(3201) Kamath CC, Kremers HM, Vanness DJ, O'Fallon WM, Cabanela RL, Gabriel SE. The cost-effectiveness of acetaminophen, NSAIDs, and selective COX-2 inhibitors in the treatment of symptomatic knee osteoarthritis. Value Health 2003; 6(2):144-157.

(3202) Thiebaud P, Patel BV, Nichol MB. Impact of rofecoxib withdrawal on cyclooxygenase-2 utilization among patients with and without cardiovascular risk. Value Health 2006; 9(6):361-368.

(3203) Chang CC, Chen SH, Lien GS et al. Eradication of Helicobacter pylori significantly reduced gastric damage in nonsteroidal anti-inflammatory drug-treated Mongolian gerbils. World J Gastroenterol 2005; 11(1):104-108.

(3204) Brzozowski T, Konturek PC, Drozdowicz D et al. Grapefruit-seed extract attenuates ethanol-and stress-induced gastric lesions via activation of prostaglandin, nitric oxide and sensory nerve pathways. World J Gastroenterol 2005; 11(41):6450-6458.

(3205) Warzecha Z, Dembinski A, Ceranowicz P et al. Ischemic preconditioning inhibits development of edematous cerulein-induced pancreatitis: involvement of cyclooxygenases and heat shock protein 70. World J Gastroenterol 2005; 11(38):5958-5965.

(3206) Eisenberg RS. The problem of new uses. Yale J Health Policy Law Ethics 2005; 5(2):717-739.

(3207) Epstein RA. Regulatory paternalism in the market for drugs: lessons from Vioxx and Celebrex. Yale J Health Policy Law Ethics 2005; 5(2):741-770.

(3208) Kruger K. [Current status of COX II inhibitors in therapy of rheumatoid arthritis in comparison with conventional non-steroidal anti-inflammatory agents. Attempt at an evaluation with regard to evidence-based medicine]. Z Rheumatol 2001; 60(6):481-484.

(3209) Bolten WW, Reiter S. [Cardiovascular risks of Cox-2-antagonists. Opinion on the marketed name rofecoxib, and its market-withdrawn valdecoxib and the actual therapeutic restrictions]. Z Rheumatol 2005; 64(4):286-289.

**KS-000853**

# IN RE: VIOXX® LITIGATION

# LIST OF ARTICLES

# (sorted by Author)

## ATTORNEY WORK PRODUCT

## PRIVILEGED AND CONFIDENTIAL

## *** DO NOT PRODUCE ***

Compiled by Kline & Specter, P.C.

**KS-000854**

List of Articles

(1) Final report on the aspirin component of the ongoing Physicians' Health Study. Steering Committee of the Physicians' Health Study Research Group. N Engl J Med 1989; 321(3):129-135.

(2) A comparison of two doses of aspirin (30 mg vs. 283 mg a day) in patients after a transient ischemic attack or minor ischemic stroke. The Dutch TIA Trial Study Group. N Engl J Med 1991; 325(18):1261-1266.

(3) Swedish Aspirin Low-Dose Trial (SALT) of 75 mg aspirin as secondary prophylaxis after cerebrovascular ischaemic events. The SALT Collaborative Group. Lancet 1991; 338(8779):1345-1349.

(4) Collaborative overview of randomised trials of antiplatelet therapy--III: Reduction in venous thrombosis and pulmonary embolism by antiplatelet prophylaxis among surgical and medical patients. Antiplatelet Trialists' Collaboration. BMJ 1994; 308(6923):235-246.

(5) Randomised trial of cholesterol lowering in 4444 patients with coronary heart disease: the Scandinavian Simvastatin Survival Study (4S). Lancet 1994; 344(8934):1383-1389.

(6) Collaborative overview of randomised trials of antiplatelet therapy--II: Maintenance of vascular graft or arterial patency by antiplatelet therapy. Antiplatelet Trialists' Collaboration. BMJ 1994; 308(6922):159-168.

(7) Collaborative overview of randomised trials of antiplatelet therapy--I: Prevention of death, myocardial infarction, and stroke by prolonged antiplatelet therapy in various categories of patients. Antiplatelet Trialists' Collaboration. BMJ 1994; 308(6921):81-106.

(8) Guidelines for the management of rheumatoid arthritis. American College of Rheumatology Ad Hoc Committee on Clinical Guidelines. Arthritis Rheum 1996; 39(5):713-722.

(9) CAST: randomised placebo-controlled trial of early aspirin use in 20,000 patients with acute ischaemic stroke. CAST (Chinese Acute Stroke Trial) Collaborative Group. Lancet 1997; 349(9066):1641-1649.

(10) The International Stroke Trial (IST): a randomised trial of aspirin, subcutaneous heparin, both, or neither among 19435 patients with acute ischaemic stroke. International Stroke Trial Collaborative Group. Lancet 1997; 349(9065):1569-1581.

(11) A randomized trial of anticoagulants versus aspirin after cerebral ischemia of presumed arterial origin. The Stroke Prevention in Reversible Ischemia Trial (SPIRIT) Study Group. Ann Neurol 1997; 42(6):857-865.

(12) Uniform requirements for manuscripts submitted to biomedical journals. International Committee of Medical Journal Editors. Ann Intern Med 1997; 126(1):36-47.

(13) Thrombosis prevention trial: randomised trial of low-intensity oral anticoagulation with warfarin and low-dose aspirin in the primary prevention of ischaemic heart disease in men at increased risk. The Medical Research Council's General Practice Research Framework. Lancet 1998; 351(9098):233-241.

(14) 99th annual meeting of the American Society for Clinical Pharmacology and Therapeutics. New Orleans, Louisiana, USA. March 30-April 1, 1998. Abstracts. Clin Pharmacol Ther 1998; 63(2):137-280.

(15) 72nd Scientific Sessions of the American Heart Association. Atlanta, Georgia, USA. November 7-10, 1999. [ABSTRACTS]. Circulation 1999; 100(18 Suppl):IA-928.

(16) Rofecoxib for osteoarthritis and pain. Med Lett Drugs Ther 1999; 41(1056):59-61.

(17) Uniform requirements for manuscripts submitted to biomedical journals. International Committee of Medical Journal Editors. Med Educ 1999; 33(1):66-78.

(18) 100th Annual meeting of the American Society for Clinical Pharmacology and Therapeutics. San Antonio, Texas, USA. March 18-20, 1999. Abstracts. Clin Pharmacol Ther 1999; 65(2):117-234.

(19) Are rofecoxib and celecoxib safer NSAIDS? Drug Ther Bull 2000; 38(11):81-86.

**KS-000855**

(20) 2000 Annual meeting of the American Society for Clinical Pharmacology and Therapeutics, Los Angeles, California, USA. March 14-18, 2000. Clin Pharmacol Ther 2000; 67(2):89-192.

(21) Recommendations for the medical management of osteoarthritis of the hip and knee: 2000 update. American College of Rheumatology Subcommittee on Osteoarthritis Guidelines. Arthritis Rheum 2000; 43(9):1905-1915.

(22) COX-2 inhibitors. Magic bullets or merely mortal? Harv Health Lett 2000; 25(4):4.

(23) Cardiovascular safety of COX-2 inhibitors. Med Lett Drugs Ther 2001; 43(1118):99-100.

(24) Summary of the NCEP Adult Treatment Panel III Report. JAMA 2001; 285(19):2496-2497.

(25) Cutaneous drug reaction case reports. From the world literature. Am J Clin Dermatol 2001; 2(6):407-414.

(26) Arthritis. Should you be taking a COX-2 inhibitor? Harv Health Lett 2001; 27(1):1-3.

(27) COX-2 inhibitors: no pain, no heart gain? Harv Heart Lett 2001; 12(4):2-4.

(28) 10th Congress of the International Headache Society. June 29-July 2, 2001. New York City, New York, USA. Abstracts. Cephalalgia 2001; 21(4):241-548.

(29) Posters: Drug allergy. Allergy 2002; 57 Suppl 73:256-270.

(30) The management of persistent pain in older persons. J Am Geriatr Soc 2002; 50(6 Suppl):S205-S224.

(31) New use approved for Vioxx. FDA Consum 2002; 36(4):3.

(32) Aspirin for the primary prevention of cardiovascular events: recommendation and rationale. Ann Intern Med 2002; 136(2):157-160.

(33) COX-2 inhibitors update: Do journal publications tell the full story? Therapeutics Initiative 2002; 43.

(34) Considerations for the safe prescribing and use of COX-2-specific inhibitors. Med J Aust 2002; 176(7):328-331.

(35) COX-2 inhibitors. Understanding recent concerns. Mayo Clin Health Lett 2002; 20(10):6.

(36) Cardiovascular adverse effects of coxibs. Prescrire Int 2002; 11(62):181-182.

(37) Guidelines for the management of rheumatoid arthritis: 2002 Update. Arthritis Rheum 2002; 46(2):328-346.

(38) Collaborative meta-analysis of randomised trials of antiplatelet therapy for prevention of death, myocardial infarction, and stroke in high risk patients. BMJ 2002; 324(7329):71-86.

(39) Poster Discussion Session 11: Atopic dermatitis and urticaria. Allergy 2002; 57 Suppl 73:300-304.

(40) Poster Discussion Session 8: Drug allergy. Allergy 2002; 57 Suppl 73:250-255.

(41) Summaries for patients. Gastrointestinal side effects of rofecoxib and naproxen. Ann Intern Med 2003; 139(7):I29.

(42) Summaries for patients. The cost-effectiveness of cyclooxygenase-2 inhibitors for treating chronic arthritis. Ann Intern Med 2003; 138(10):I39.

(43) [Information on preoperative analgesia. Acute pain therapy with rofecoxib]. Schmerz 2003; 17(1):2p.

(44) A side effect of COX-2 inhibitors. Harv Health Lett 2003; 28(6):7.

(45) Anti-inflammatory drugs may put on the pressure. Harv Heart Lett 2003; 13(7):7.

(46) Vioxx: an unequal partnership between safety and efficacy. Lancet 2004; 364(9442):1287-1288.

(47) Withdrawal syndrome. Nat Med 2004; 10(11):1143.

**KS-000856**

(48)   Top 10 health stories of 2004. Harv Health Lett 2004; 30(2):1-3.

(49)   Abstracts of the 20th International Conference on Pharmacoepidemiology and Therapeutic Risk Management. Bordeaux, France, 22-25 August 2004. Pharmacoepidemiol Drug Saf 2004; 13 Suppl 1:S1-349.

(50)   Merck withdraws Vioxx; FDA issues public health advisory. FDA Consum 2004; 38(6):11.

(51)   What is going on at the FDA? Lancet 2005; 366(9492):1137.

(52)   Lessons to learn from the COX-2 saga. Yes, FDA reforms are needed. And marketing distorts how medications are used. But one moral to the story is that all drugs have risks. Harv Health Lett 2005; 30(5):1-3.

(53)   Drug safety on trial. Nature 2005; 434(7033):545.

(54)   Drug firms back-pedal on direct advertising. Nature 2005; 436(7053):910-911.

(55)   Stepping into the Vioxx void. Answers to four questions after the popular pain reliever was yanked off the market. Harv Health Lett 2005; 30(3):6.

(56)   Painkiller in the dock. Nature 2005; 436(7050):459.

(57)   Vioxx: lessons for Health Canada and the FDA. CMAJ 2005; 172(1):5, 7.

(58)   FDA announces changes affecting the marketing of non-steroidal anti-inflammatory drugs. FDA Consum 2005; 39(3):7.

(59)   Rofecoxib (Vioxx) withdrawal: do product monographs adequately inform physicians? Can Fam Physician 2005; 51:212-213.

(60)   Painful lessons. Nat Struct Mol Biol 2005; 12(3):205.

(61)   Merck opts for shake-up to clear drug pipeline. Nature 2005; 438(7071):1076-1077.

(62)   Under surveillance. Nat Biotechnol 2005; 23(1):1.

(63)   Summaries for patients. Cyclooxygenase-2 inhibitors and heart attacks: varying effects? Ann Intern Med 2005; 142(3):I21.

(64)   Nitronaproxen: AZD 3582, HCT 3012, Naproxen Nitroxybutylester, NO-Naproxen. Drugs R D 2006; 7(4):262-266.

(65)   Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial [CORRECTION]. N Engl J Med 2006; 355(2):221.

(66)   Cardiovascular and Cerebrovascular Events in the Randomized, Controlled Alzheimer's Disease Anti-Inflammatory Prevention Trial (ADAPT). PLoS Clin Trials 2006; 1(7):e33.

(67)   Rofecoxib, diclofenac, and indomethacin increase risk of CVD. J Fam Pract 2006; 55(12):1032.

(68)   Make or break time in Vioxx drama. Nature 2006; 440(7082):277.

(69)   Trying times for painkiller choices. Vioxx, Bextra, and Celebrex can increase the risk for heart attack and other cardiovascular problems. So can the old standbys, like ibuprofen and acetaminophen. Harv Heart Lett 2006; 17(2):1-3.

(70)   Aabakken L, Dybdahl JH, Larsen S, Mowinckel P, Osnes M, Quiding H. A double-blind comparison of gastrointestinal effects of ibuprofen standard and ibuprofen sustained release assessed by means of endoscopy and 51-Cr-labelled erythrocytes. Scand J Rheumatol 1989; 18(5):307-313.

(71)   Abbate A, Biondi-Zoccai GG, Leone AM, Baldi A, Crea F. Cyclooxygenase-2 in myocardial ischemia: is it really a friend? J Am Coll Cardiol 2003; 42(9):1714-1715.

(72)   Abbate A, Santini D, Biondi-Zoccai GG et al. Cyclo-oxygenase-2 (COX-2) expression at the site of recent myocardial infarction: friend or foe? Heart 2004; 90(4):440-443.

KS-000857

(73)  Abeles M, Abeles AM. The Vioxx debacle revisited. Am J Med 2005; 118(9):1057-1058.

(74)  Abenhaim L. Lessons from the withdrawal of rofecoxib: France has policy for overall assessment of public health impact of new drugs. BMJ 2004; 329(7478):1342.

(75)  Abraham NS, El-Serag HB, Johnson ML et al. National adherence to evidence-based guidelines for the prescription of nonsteroidal anti-inflammatory drugs. Gastroenterology 2005; 129(4):1171-1178.

(76)  Abraham NS, El-Serag HB, Hartman C, Richardson P, Deswal A. Cyclooxygenase-2 selectivity of non-steroidal anti-inflammatory drugs and the risk of myocardial infarction and cerebrovascular accident. Aliment Pharmacol Ther 2007; 25(8):913-924.

(77)  Abramson J, Starfield B. The effect of conflict of interest on biomedical research and clinical practice guidelines: can we trust the evidence in evidence-based medicine? J Am Board Fam Pract 2005; 18(5):414-418.

(78)  Abramson SB, Furst DE, Hochberg MC, Patrono C. Controversies in COX-2 inhibitor therapy: closing remarks. Clin Exp Rheumatol 2001; 19(6 Suppl 25):S77-S80.

(79)  Acevedo E, Castaneda O, Ugaz M et al. Tolerability profiles of rofecoxib (Vioxx) and Arthrotec. A comparison of six weeks treatment in patients with osteoarthritis. Scand J Rheumatol 2001; 30(1):19-24.

(80)  Adams D. Unnecessary withdrawal of Vioxx. N Z Med J 2004; 117(1204):U1130.

(81)  Adderley SR, Fitzgerald DJ. Oxidative damage of cardiomyocytes is limited by extracellular regulated kinases 1/2-mediated induction of cyclooxygenase-2. J Biol Chem 1999; 274(8):5038-5046.

(82)  Adelman A. Is rofecoxib safer than naproxen? J Fam Pract 2001; 50(3):204.

(83)  Afflitto L. Selective COX-2 inhibitors and the surgical patient. Plast Surg Nurs 2000; 20(2):91-93.

(84)  Afilalo J, Coussa-Charley MJ, Eisenberg MJ. Long-term Risk of Ischemic Stroke Associated with Rofecoxib. Cardiovasc Drugs Ther 2007; 21(2):117-120.

(85)  Agrawal NG, Matthews CZ, Mazenko RS et al. Pharmacokinetics of etoricoxib in patients with renal impairment. J Clin Pharmacol 2004; 44(1):48-58.

(86)  Agrawal NM, Van Kerckhove HE, Erhardt LJ, Geis GS. Misoprostol coadministered with diclofenac for prevention of gastroduodenal ulcers. A one-year study. Dig Dis Sci 1995; 40(5):1125-1131.

(87)  Ahmad SR, Kortepeter C, Brinker A, Chen M, Beitz J. Renal failure associated with the use of celecoxib and rofecoxib. Drug Saf 2002; 25(7):537-544.

(88)  Ahuja N, Singh A, Singh B. Rofecoxib: an update on physicochemical, pharmaceutical, pharmacodynamic and pharmacokinetic aspects. J Pharm Pharmacol 2003; 55(7):859-894.

(89)  Ahuja N, Katare OP, Singh B. Studies on dissolution enhancement and mathematical modeling of drug release of a poorly water-soluble drug using water-soluble carriers. Eur J Pharm Biopharm 2007; 65(1):26-38.

(90)  Aisen PS, Pasinetti GM. Glucocorticoids in Alzheimer's disease. The story so far. Drugs Aging 1998; 12(1):1-6.

(91)  Aisen PS. Evaluation of selective COX-2 inhibitors for the treatment of Alzheimer's disease. J Pain Symptom Manage 2002; 23(4 Suppl):S35-S40.

(92)  Aisen PS, Schafer K, Grundman M, Thomas R, Thal LJ. NSAIDs and hypertension. Arch Intern Med 2003; 163(9):1115-1116.

(93)  Aisen PS, Schafer KA, Grundman M et al. Effects of rofecoxib or naproxen vs placebo on Alzheimer disease progression: a randomized controlled trial. JAMA 2003; 289(21):2819-2826.

(94)  Aisen PS. Can rofecoxib delay a diagnosis of Alzheimer's disease in patients with mild cognitive impairment? Nat Clin Pract Neurol 2005; 1(1):20-21.

KS-000858

(95)  Aitchison KA, Coker SJ. Cyclooxygenase inhibition converts the effect of nitric oxide synthase inhibition from infarct size reduction to expansion in isolated rabbit hearts. J Mol Cell Cardiol 1999; 31(6):1315-1324.

(96)  Aizen E, Kagan G, Assy B, Iobel R, Bershadsky Y, Gilhar A. Effect of non-steroidal anti-inflammatory drugs on natural killer cell activity in patients with dementia. Isr Med Assoc J 2005; 7(2):78-81.

(97)  Akarasereenont P, Mitchell JA, Appleton I, Thiemermann C, Vane JR. Involvement of tyrosine kinase in the induction of cyclo-oxygenase and nitric oxide synthase by endotoxin in cultured cells [ABSTRACT]. Br J Pharmacol 1994; 113(4):1522-1528.

(98)  Akarasereenont P, Bakhle YS, Thiemermann C, Vane JR. Cytokine-mediated induction of cyclo-oxygenase-2 by activation of tyrosine kinase in bovine endothelial cells stimulated by bacterial lipopolysaccharide [ABSTRACT]. Br J Pharmacol 1995; 115(3):401-408.

(99)  Akbari O, Faul JL, Hoyte EG et al. CD4+ invariant T-cell-receptor+ natural killer T cells in bronchial asthma. N Engl J Med 2006; 354(11):1117-1129.

(100)  Al-Saidan SM, Krishnaiah YS, Satyanarayana V, Rao GS. In vitro and in vivo evaluation of guar gum-based matrix tablets of rofecoxib for colonic drug delivery. Curr Drug Deliv 2005; 2(2):155-163.

(101)  Alanoglu Z, Ates Y, Orbey BC, Turkcapar AG. Preoperative use of selective COX-II inhibitors for pain management in laparoscopic nissen fundoplication. Surg Endosc 2005; 19(9):1182-1187.

(102)  Alberts DS, Potter JD, Martinez ME, Hess LM, Stopeck A, Lance P. What happened to the coxibs on the way to the cardiologist? Cancer Epidemiol Biomarkers Prev 2005; 14(3):555-556.

(103)  Alcindor D, Krolikowski JG, Pagel PS, Warltier DC, Kersten JR. Cyclooxygenase-2 mediates ischemic, anesthetic, and pharmacologic preconditioning in vivo. Anesthesiology 2004; 100(3):547-554.

(104)  Aldington S, Shirtcliffe P, Weatherall M, Beasley R. Increased risk of cardiovascular events with parecoxib/valdecoxib: a systematic review and meta-analysis. N Z Med J 2005; 118(1226):U1755.

(105)  Alim N, Peterson L, Zimmerman SW, Updike S. Rofecoxib-induced acute interstitial nephritis. Am J Kidney Dis 2003; 41(3):720-721.

(106)  Alloza I, Baxter A, Chen Q, Matthiesen R, Vandenbroeck K. Celecoxib inhibits interleukin-12 alphabeta and beta2 folding and secretion by a novel COX2-independent mechanism involving chaperones of the endoplasmic reticulum. Mol Pharmacol 2006; 69(5):1579-1587.

(107)  Alper AB, Jr., Meleg-Smith S, Krane NK. Nephrotic syndrome and interstitial nephritis associated with celecoxib. Am J Kidney Dis 2002; 40(5):1086-1090.

(108)  Alpert E, Gruzman A, Lardi-Studler B, Cohen G, Reich R, Sasson S. Cyclooxygenase-2 (PTGS2) inhibitors augment the rate of hexose transport in L6 myotubes in an insulin- and AMPKalpha-independent manner. Diabetologia 2006; 49(3):562-570.

(109)  Alpert E, Gruzman A, Tennenbaum T, Sasson S. Selective cyclooxygenase-2 inhibitors stimulate glucose transport in L6 myotubes in a protein kinase Cdelta-dependent manner. Biochem Pharmacol 2007; 73(3):368-377.

(110)  Alpert JS. The Vioxx debacle. Am J Med 2005; 118(3):203-204.

(111)  Alsalameh S, Burian M, Mahr G, Woodcock BG, Geisslinger G. Review article: The pharmacological properties and clinical use of valdecoxib, a new cyclo-oxygenase-2-selective inhibitor. Aliment Pharmacol Ther 2003; 17(4):489-501.

(112)  Altman R, Brandt K, Hochberg M et al. Design and conduct of clinical trials in patients with osteoarthritis: recommendations from a task force of the Osteoarthritis Research Society. Results from a workshop. Osteoarthritis Cartilage 1996; 4(4):217-243.

(113)  Altman R, Luciardi HL, Muntaner J et al. Efficacy assessment of meloxicam, a preferential cyclooxygenase-2 inhibitor, in acute coronary syndromes without ST-segment elevation: the Nonsteroidal Anti-Inflammatory Drugs in Unstable Angina Treatment-2 (NUT-2) pilot study. Circulation 2002; 106(2):191-195.

KS-000859

(114)  Amano H, Hayashi I, Yoshida S, Yoshimura H, Majima M. Cyclooxygenase-2 and adenylate cyclase/protein kinase A signaling pathway enhances angiogenesis through induction of vascular endothelial growth factor in rat sponge implants. Hum Cell 2002; 15(1):13-24.

(115)  Amar J, Bouhanick B, Chamontin B. AINS, coxibs et HTA [NSAIDs, coxibs, and arterial hypertension]. Arch Mal Coeur Vaiss 2004; 97(2 Spec.):13,-C44.

(116)  Amaravadi RK, Jacobson BC, Solomon DH, Fischer MA. Acute pancreatitis associated with rofecoxib. Am J Gastroenterol 2002; 97(4):1077-1078.

(117)  Amarenco P, Bogousslavsky J, Callahan A, III et al. High-dose atorvastatin after stroke or transient ischemic attack. N Engl J Med 2006; 355(6):549-559.

(118)  Amini M, Hamedani MP, Vosooghi M, Nabavi M, Shafiee A. Pre-column derivatization of rofecoxib for determination in serum by HPLC. Anal Bioanal Chem 2005; 382(5):1265-1268.

(119)  Andersen K, Launer LJ, Ott A, Hoes AW, Breteler MM, Hofman A. Do nonsteroidal anti-inflammatory drugs decrease the risk for Alzheimer's disease? The Rotterdam Study. Neurology 1995; 45(8):1441-1445.

(120)  Andersen M, Kragstrup J, Sondergaard J. How conducting a clinical trial affects physicians' guideline adherence and drug preferences. JAMA 2006; 295(23):2759-2764.

(121)  Andersohn F, Suissa S, Garbe E. Use of first- and second-generation cyclooxygenase-2-selective nonsteroidal antiinflammatory drugs and risk of acute myocardial infarction. Circulation 2006; 113(16):1950-1957.

(122)  Andersohn F, Schade R, Suissa S, Garbe E. Cyclooxygenase-2 selective nonsteroidal anti-inflammatory drugs and the risk of ischemic stroke: a nested case-control study. Stroke 2006; 37(7):1725-1730.

(123)  Andersohn F. Cerebrovascular events after discontinuation of rofecoxib treatment. Cardiovasc Drugs Ther 2007; 21(2):77-79.

(124)  Anderson GD, Hauser SD, McGarity KL, Bremer ME, Isakson PC, Gregory SA. Selective inhibition of cyclooxygenase (COX)-2 reverses inflammation and expression of COX-2 and interleukin 6 in rat adjuvant arthritis. J Clin Invest 1996; 97(11):2672-2679.

(125)  Anderson JJ, Bolognese JA, Felson DT. Effects of disease duration and outcome definition on power of rheumatoid arthritis (RA) clinical trials [ABSTRACT 1392]. Arthritis Rheum 2002; 46(9 Suppl.):S520-S521, Abstr. 1392.

(126)  Anderson JJ, Bolognese JA, Felson DT. Comparison of rheumatoid arthritis clinical trial outcome measures: a simulation study. Arthritis Rheum 2003; 48(11):3031-3038.

(127)  Anderson JL, Carlquist JF, Muhlestein JB, Horne BD, Elmer SP. Evaluation of C-reactive protein, an inflammatory marker, and infectious serology as risk factors for coronary artery disease and myocardial infarction. J Am Coll Cardiol 1998; 32(1):35-41.

(128)  Andres E, Noel E, Abdelghani MB. Vitamin B(12) deficiency associated with chronic acid suppression therapy. Ann Pharmacother 2003; 37(11):1730.

(129)  Andrews SA, Wallace CK, Davis RL. Celecoxib: a COX-2 inhibitor. Am J Manag Care 1999; 5(4):511-518.

(130)  Angelico P, Guarneri L, Velasco C et al. Effect of cyclooxygenase inhibitors on the micturition reflex in rats: correlation with inhibition of cyclooxygenase isozymes. BJU Int 2006; 97(4):837-846.

(131)  Antman EM, DeMets D, Loscalzo J. Cyclooxygenase inhibition and cardiovascular risk. Circulation 2005; 112(5):759-770.

(132)  Antman EM, Bennett JS, Daugherty A, Furberg C, Roberts H, Taubert KA. Use of nonsteroidal antiinflammatory drugs: an update for clinicians: a scientific statement from the American Heart Association. Circulation 2007; 115(12):1634-1642.

(133)  Anton C, Cox AR, Ferner RE. Using trade names: sometimes it helps. Arch Intern Med 2002; 162(23):2636-2637.

KS-000560

(134) Appel GB. COX-2 inhibitors and the kidney. Clin Exp Rheumatol 2001; 19(6 Suppl 25):S37-S40.

(135) Araki H, Komoike Y, Matsumoto M, Tanaka A, Takeuchi K. Healing of duodenal ulcers is not impaired by indomethacin or rofecoxib, the selective COX-2 inhibitor, in rats. Digestion 2002; 66(3):145-153.

(136) Aravind MK, Prescilla R, Ofenstein JP. A rapid and sensitive high-performance liquid chromatography assay for rofecoxib in human serum. J Chromatogr Sci 2002; 40(1):26-28.

(137) Arber N. Do NSAIDs prevent colorectal cancer? Can J Gastroenterol 2000; 14(4):299-307.

(138) Arber N. COX-2 cancer prevent CRC: from the bench to the bed side. Dig Dis Sci 2003; 48(9):1867.

(139) Arber N, Levin B. Chemoprevention of colorectal cancer: ready for routine use? Curr Top Med Chem 2005; 5(5):517-525.

(140) Arber N, Eagle CJ, Spicak J et al. Celecoxib for the prevention of colorectal adenomatous polyps. N Engl J Med 2006; 355(9):885-895.

(141) Arboleya LR, de la FE, Soledad GM, Aragon B. Experience of rofecoxib in patients with osteoarthritis previously treated with traditional non-steroidal anti-inflammatory drugs in Spain: results of phase 2 of the VICOXX study. Curr Med Res Opin 2003; 19(4):288-297.

(142) Ardoin SP, Sundy JS. Update on nonsteriodal anti-inflammatory drugs. Curr Opin Rheumatol 2006; 18(3):221-226.

(143) Arellano FM. The withdrawal of rofecoxib. Pharmacoepidemiol Drug Saf 2005; 14(3):213-217.

(144) Arellano FM, Yood MU, Wentworth CE et al. Use of cyclo-oxygenase 2 inhibitors (COX-2) and prescription non-steroidal anti-inflammatory drugs (NSAIDS) in UK and USA populations. Implications for COX-2 cardiovascular profile. Pharmacoepidemiol Drug Saf 2006; 15(12):861-872.

(145) Armstrong EP, Malone DC. The impact of nonsteroidal anti-inflammatory drugs on blood pressure, with an emphasis on newer agents. Clin Ther 2003; 25(1):1-18.

(146) Armstrong PJ, Franklin DP, Carey DJ, Elmore JR. Suppression of experimental aortic aneurysms: comparison of inducible nitric oxide synthase and cyclooxygenase inhibitors. Ann Vasc Surg 2005; 19(2):248-257.

(147) Armstrong PW. Balancing the cyclooxygenase portfolio. CMAJ 2006; 174(11):1581-1582.

(148) Arnett FC, Edworthy SM, Bloch DA et al. The American Rheumatism Association 1987 revised criteria for the classification of rheumatoid arthritis. Arthritis Rheum 1988; 31(3):315-320.

(149) Aronoff DM, Bloch KC. Assessing the relationship between the use of nonsteroidal antiinflammatory drugs and necrotizing fasciitis caused by group A streptococcus. Medicine (Baltimore) 2003; 82(4):225-235.

(150) Aronson JK. The NSAID roller coaster: more about rofecoxib. Br J Clin Pharmacol 2006; 62(3):257-259.

(151) Asero R. Leukotriene receptor antagonists may prevent NSAID-induced exacerbations in patients with chronic urticaria. Ann Allergy Asthma Immunol 2000; 85(2):156-157.

(152) Asero R. Multiple sensitivity to NSAID. Allergy 2000; 55(9):893-894.

(153) Asero R. Tolerability of rofecoxib. Allergy 2001; 56(9):916-917.

(154) Asero R, Tedeschi A, Lorini M. Autoreactivity is highly prevalent in patients with multiple intolerances to NSAIDs. Ann Allergy Asthma Immunol 2002; 88(5):468-472.

(155) Asero R. Chronic urticaria with multiple NSAID intolerance: is tramadol always a safe alternative analgesic? J Investig Allergol Clin Immunol 2003; 13(1):56-59.

(156) Asero R. Oral aspirin challenges in patients with a history of intolerance to single non-steroidal anti-inflammatory drugs. Clin Exp Allergy 2005; 35(6):713-716.

KS-000861

(157)  Asero R. Use of ketoprofen oral challenges to detect cross-reactors among patients with a history of aspirin-induced urticaria. Ann Allergy Asthma Immunol 2006; 97(2):187-189.

(158)  Ashton D, Kim P, Griffiths N, Beran R. Cognitive decline with chronic meningitis secondary to a COX-2 inhibitor. Age Ageing 2004; 33(4):408-409.

(159)  Ashwath ML, Katner HP. Recurrent aseptic meningitis due to different non-steroidal anti-inflammatory drugs including rofecoxib. Postgrad Med J 2003; 79(931):295-296.

(160)  Ashworth AJ. Cardiac risks with COX-2 inhibitors. CMAJ 2007; 176(4):489-492.

(161)  Aspenberg P. Avoid cox inhibitors after skeletal surgery! Acta Orthop Scand 2002; 73(5):489-490.

(162)  Assmus B, Honold J, Schachinger V et al. Transcoronary transplantation of progenitor cells after myocardial infarction. N Engl J Med 2006; 355(12):1222-1232.

(163)  Atkinson HG. COX-2 inhibitors: better than traditional NSAIDs? Vioxx and Celebrex may be no less risky than NSAIDs. Health News 2002; 8(8):5.

(164)  Attard C, Belfry L, Pellissier JM, Kong SX, Marentette M, Sauvageau C. Economic implications of comparing rofecoxib to NSAIDs in the treatment of osteoarthritis in Ontario, Canada [POSTER 937]. Ann Rheum Dis 2000; 59(1 Suppl.):278- In phase III clinical trials, patients with osteoarthritis who receive rofecoxib have fewer GI adverse events than do those who receive other NSAIDs.  The authors estimate the economic implications of this difference for patients aged >=65 yr in Ontario, Canada who had previously not responded to acetaminophen therapy.  A model-based cost-effectiveness analysis was conducted which focused on events related to serious (perforations, ulcer or bleeds [PUBs]) and minor (e.g., dyspepsia) GI events.  Resource utilization profiles for the outpatient and inpatient care of GI events were developed using the literature, the expertise of a gastroenterologist and data from the Ontario Case Costing Project. Average drug costs, the efficacy of gastroprotective agents and the rates of their concomitant use were also considered. A 90% reduction in the use of prophylactic gastroprotective agents was assumed for patients who received rofecoxib. The expected cost per patient per day was $1.67 for rofecoxib and $1.60 for other NSAIDs.  The incremental annual cost per patient for rofecoxib was $24.45; however, rofecoxib was associated with a reduction of 0.0109 PUBs per patient per year.  Therefore, the cost per PUB averted was $2,247.  Results were sensitive to the rates of use of GI medications and to drug costs and were robust over a range of model assumptions.  The authors conclude that rofecoxib may represent an alternative to NSAIDs, with cost savings due to lower rates of GI events and co-medications.  Ed. note:  Some of the authors are employees of Merck & Co., Inc and Merck Frosst Canada & Co., Inc.

(165)  Attard CL, Pellissier JM, Kong SX, Marentette M. Economic implications of comparing rofecoxib and NSAIDs in rheumatoid arthritis in Ontario, Canada. Ann Rheum Dis 2002; 61(1 Suppl.):69.

(166)  Audoly LP, Rocca B, Fabre JE et al. Cardiovascular responses to the isoprostanes iPF(2alpha)-III and iPE(2)-III are mediated via the thromboxane A(2) receptor in vivo. Circulation 2000; 101(24):2833-2840.

(167)  Avorn J. FDA standards--good enough for government work? N Engl J Med 2005; 353(10):969-972.

(168)  Avorn J. Evaluating drug effects in the post-Vioxx world: there must be a better way. Circulation 2006; 113(18):2173-2176.

(169)  Avorn J. Dangerous deception--hiding the evidence of adverse drug effects. N Engl J Med 2006; 355(21):2169-2171.

(170)  Avorn J, Shrank W. Highlights and a hidden hazard--the FDA's new labeling regulations. N Engl J Med 2006; 354(23):2409-2411.

(171)  Avorn J. Paying for drug approvals--who's using whom? N Engl J Med 2007; 356(17):1697-1700.

(172)  Aw TJ, Haas SJ, Liew D, Krum H. Meta-analysis of cyclooxygenase-2 inhibitors and their effects on blood pressure. Arch Intern Med 2005; 165(5):490-496.

(173)  Awtry EH, Loscalzo J. Aspirin. Circulation 2000; 101(10):1206-1218.

(174)  Azari MF, Profyris C, Le Grande MR et al. Effects of intraperitoneal injection of Rofecoxib in a mouse model of ALS. Eur J Neurol 2005; 12(5):357-364.

KS-000862

(175) Babaev VR, Ding L, Reese J et al. Cyclooxygenase-1 deficiency in bone marrow cells increases early atherosclerosis in apolipoprotein E- and low-density lipoprotein receptor-null mice. Circulation 2006; 113(1):108-117.

(176) Babcock TA, Helton WS, Anwar KN, Zhao YY, Espat NJ. Synergistic anti-inflammatory activity of omega-3 lipid and rofecoxib pretreatment on macrophage proinflammatory cytokine production occurs via divergent NF-kappaB activation. JPEN J Parenter Enteral Nutr 2004; 28(4):232-239.

(177) Baboota S, Dhaliwal M, Kohli K. Physicochemical characterization, in vitro dissolution behavior, and pharmacodynamic studies of rofecoxib-cyclodextrin inclusion compounds. preparation and properties of rofecoxib hydroxypropyl beta-cyclodextrin inclusion complex: a technical note. AAPS PharmSciTech 2005; 6(1):E83-E90.

(178) Babul N, Sloan P, Lipman AG. Postsurgical safety of opioid-sparing cyclooxygenase-2 inhibitors. Anesthesiology 2006; 104(2):375.

(179) Bachmann K, White D, Jauregui L et al. An evaluation of the dose-dependent inhibition of CYP1A2 by rofecoxib using theophylline as a CYP1A2 probe. J Clin Pharmacol 2003; 43(10):1082-1090.

(180) Bachmann KA, White DB, Jauregui L et al. Dose-dependent inhibition of CYP1A2 in vivo by rofecoxib: phenotyping the interaction in humans using theophylline as a CYP1A2 probe. FASEB J 2002; 16(5 Pt. 2):A940.

(181) Baciewicz AM, Sokos DR, King TJ. Acute pancreatitis associated with celecoxib. Ann Intern Med 2000; 132(8):680.

(182) Backman JT, Siegle J, Klein T, Eichelbaum M, Fritz P. Elevated expression of cyclooxygenase-2, but not cyclooxygenase-1, in synovial tissue of patients with inflammatory joint disease [ABSTRACT 321]. Eur J Clin Pharmacol 1997; 52(S):A112-Abstr. 321.

(183) Backman JT, Karjalainen MJ, Neuvonen M, Laitila J, Neuvonen PJ. Rofecoxib is a potent inhibitor of cytochrome P450 1A2: studies with tizanidine and caffeine in healthy subjects. Br J Clin Pharmacol 2006; 62(3):345-357.

(184) Badgett R, Mulrow C. Using information technology to transfer knowledge: a medical institution steps up to the plate. Ann Intern Med 2005; 142(3):220-221.

(185) Badie B, Schartner JM, Hagar AR et al. Microglia cyclooxygenase-2 activity in experimental gliomas: possible role in cerebral edema formation. Clin Cancer Res 2003; 9(2):872-877.

(186) Baenziger NL, Becherer PR, Majerus PW. Characterization of prostacyclin synthesis in cultured human arterial smooth muscle cells, venous endothelial cells and skin fibroblasts. Cell 1979; 16(4):967-974.

(187) Baeres M, Herkel J, Czaja AJ et al. Establishment of standardised SLA/LP immunoassays: specificity for autoimmune hepatitis, worldwide occurrence, and clinical characteristics. Gut 2002; 51(2):259-264.

(188) Bagan JV, Thongprasom K, Scully C. Adverse oral reactions associated with the COX-2 inhibitor rofecoxib. Oral Dis 2004; 10(6):401-403.

(189) Baigent C, Patrono C. Selective cyclooxygenase 2 inhibitors, aspirin, and cardiovascular disease: a reappraisal. Arthritis Rheum 2003; 48(1):12-20.

(190) Baillie TA, Halpin RA, Matuszewski BK et al. Mechanistic studies on the reversible metabolism of rofecoxib to 5-hydroxyrofecoxib in the rat: evidence for transient ring opening of a substituted 2-furanone derivative using stable isotope-labeling techniques. Drug Metab Dispos 2001; 29(12):1614-1628.

(191) Bak S, Andersen M, Tsiropoulos I et al. Risk of stroke associated with nonsteroidal anti-inflammatory drugs: a nested case-control study. Stroke 2003; 34(2):379-386.

(192) Bakalova R, Matsuura T, Kanno I. The cyclooxygenase inhibitors indomethacin and Rofecoxib reduce regional cerebral blood flow evoked by somatosensory stimulation in rats. Exp Biol Med (Maywood ) 2002; 227(7):465-473.

(193) Baker CS, Hall RJ, Evans TJ et al. Cyclooxygenase-2 is widely expressed in atherosclerotic lesions affecting native and transplanted human coronary arteries and colocalizes with inducible nitric oxide synthase and nitrotyrosine particularly in macrophages. Arterioscler Thromb Vasc Biol 1999; 19(3):646-655.

KS-000863

(194)   Baldwin GS, Murphy VJ, Yang Z, Hashimoto T. Binding of nonsteroidal antiinflammatory drugs to the alpha-subunit of the trifunctional protein of long chain fatty acid oxidation. J Pharmacol Exp Ther 1998; 286(2):1110-1114.

(195)   Baldwin HJ, Droege M, Daniel KL. A message from the Vioxx case. Am J Health Syst Pharm 2006; 63(6):503.

(196)   Bannwarth B. [COX-2 specific inhibitors: are NSAIDs and the stomach become reconcilied?]. Gastroenterol Clin Biol 2001; 25(4 Suppl):B79-B84.

(197)   Bannwarth B, Treves R, Ducrocq M et al. Evaluation of rofecoxib safety profile in patients with osteoarthritis (OA): a 6-month open study in 2957 patients. Ann Rheum Dis 2002; 61(1 Suppl.):14.

(198)   Bannwarth B, Treves R, Euller-Ziegler L, Rolland D, Ravaud P, Dougados M. Adverse events associated with rofecoxib therapy: results of a large study in community-derived osteoarthritic patients. Drug Saf 2003; 26(1):49-54.

(199)   Bannwarth B, Ravaud P, Dougados M. Cardiovascular thrombotic events and COX-2 inhibitors: results in patients with osteoarthritis receiving rofecoxib. J Rheumatol 2003; 30(2):421-422.

(200)   Bannwarth B, Logeart I, Vergult G. [Prescribing patterns of rofecoxib in the primary care setting: results of a French survey] [ABSTRACT]. Rev Med Interne 2004; 25(10):710-714.

(201)   Bannwarth B. Do selective cyclo-oxygenase-2 inhibitors have a future? Drug Saf 2005; 28(3):183-189.

(202)   Bannwarth BG, Logeart I, Vergult G. Selective prescribing of COX-2 inhibitors: results of a French survey on rofecoxib prescriptions [ABSTRACT AB0431]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr AB0431.

(203)   Banovac K, Williams JM, Patrick LD, Levi A. Prevention of heterotopic ossification after spinal cord injury with COX-2 selective inhibitor (rofecoxib). Spinal Cord 2004; 42(12):707-710.

(204)   Bansal SS, Joshi A, Bansal AK. New dosage formulations for targeted delivery of cyclo-oxygenase-2 inhibitors : focus on use in the elderly. Drugs Aging 2007; 24(6):441-451.

(205)   Barbosa AM, do Amaral RO, Teixeira CF, Hyslop S, Cogo JC. Pharmacological characterization of mouse hind paw oedema induced by Bothrops insularis (jararaca ilhoa) snake venom. Toxicon 2003; 42(5):515-523.

(206)   Barden J, Edwards JE, McQuay HJ, Moore RA. Single-dose rofecoxib for acute postoperative pain in adults: a quantitative systematic review. BMC Anesthesiol 2002; 2(1):4.

(207)   Barden J, Edwards JE, McQuay HJ, Moore RA. Single-dose rofecoxib for acute postoperative pain in adults: a quantitative systematic review. BMC Anesthesiol 2002; 2(4):1-6.

(208)   Barden J, Edwards J, Moore RA, McQuay HJ. Single dose oral rofecoxib for postoperative pain. Cochrane Database Syst Rev 2005;(1):CD004604.

(209)   Barden J, Derry S, McQuay HJ, Moore RA. Bias from industry trial funding? A framework, a suggested approach, and a negative result. Pain 2006; 121(3):207-218.

(210)   Bardou M, Barkun AN, Ghosn J, Hudson M, Rahme E. The cyclooxygenase-2 inhibitors rofecoxib and celecoxib protect against esophageal carcinoma. Fundam Clin Pharmacol 2004; 18:246-#P-188.

(211)   Barkin J. The relation between Helicobacter pylori and nonsteroidal anti-inflammatory drugs. Am J Med 1998; 105(5A):22S-27S.

(212)   Barnard K. Viewpoint: an explanation for the cardiovascular effects of bevacizumab and rofecoxib? Circulation 2006; 114(19):f173-f175.

(213)   Barnard L, Lavoie D, Lajeunesse N. Increase in nonfatal digestive perforations and haemorrhages following introduction of selective NSAIDs: a public health concern. Drug Saf 2006; 29(7):613-620.

(214)   Baron JA, Sandler RS, Bresalier RS et al. A randomized trial of rofecoxib for the chemoprevention of colorectal adenomas. Gastroenterology 2006; 131(6):1674-1682.

KS-000864

(215) Barrett-Connor E, Mosca L, Collins P et al. Effects of raloxifene on cardiovascular events and breast cancer in postmenopausal women. N Engl J Med 2006; 355(2):125-137.

(216) Barrington MJ, Olive D, Low K, Scott DA, Brittain J, Choong P. Continuous femoral nerve blockade or epidural analgesia after total knee replacement: a prospective controlled trial. Anesth Analg 2005; 101(6):1824-1829.

(217) Barry OP, Pratico D, Lawson JA, FitzGerald GA. Transcellular activation of platelets and endothelial cells by bioactive lipids in platelet microparticles. J Clin Invest 1997; 99(9):2118-2127.

(218) Barry OP, Kazanietz MG, Pratico D, FitzGerald GA. Arachidonic acid in platelet microparticles up-regulates cyclooxygenase-2-dependent prostaglandin formation via a protein kinase C/mitogen-activated protein kinase-dependent pathway. J Biol Chem 1999; 274(11):7545-7556.

(219) Barthel T, Baumann B, Noth U, Eulert J. Prophylaxis of heterotopic ossification after total hip arthroplasty: a prospective randomized study comparing indomethacin and meloxicam. Acta Orthop Scand 2002; 73(6):611-614.

(220) Barton GR, Avery AJ, Whynes DK. Accounting for the increase in NSAID expenditure: substitution or leakage? Cost Eff Resour Alloc 2006; 4:9.

(221) Basler JW, Piazza GA. Nonsteroidal anti-inflammatory drugs and cyclooxygenase-2 selective inhibitors for prostate cancer chemoprevention. J Urol 2004; 171(2 Pt 2):S59-S62.

(222) Bassett K, Wright JM, Puil L, Perry TL, Jr., Heran B, Cole B. Cyclooxygenase-2 inhibitor update. Can Fam Physician 2002; 48:1455-1460.

(223) Bates DE, Lemaire JB. Possible celecoxib-induced gastroduodenal ulceration. Ann Pharmacother 2001; 35(6):782-783.

(224) Battistella M, Mamdami MM, Juurlink DN, Rabeneck L, Laupacis A. Risk of upper gastrointestinal hemorrhage in warfarin users treated with nonselective NSAIDs or COX-2 inhibitors. Arch Intern Med 2005; 165(2):189-192.

(225) Battisti WP, Katz NP, Weaver AL et al. Pain management in osteoarthritis: a focus on onset of efficacy--a comparison of rofecoxib, celecoxib, acetaminophen, and nabumetone across four clinical trials. J Pain 2004; 5(9):511-520.

(226) Baughman RA, Kapoor SC, Agarwal RK, Kisicki J, Catella-Lawson F, FitzGerald GA. Oral delivery of anticoagulant doses of heparin. A randomized, double-blind, controlled study in humans. Circulation 1998; 98(16):1610-1615.

(227) Baumgartner HK, Starodub OT, Joehl JS, Tackett L, Montrose MH. Cyclooxygenase 1 is required for pH control at the mouse gastric surface. Gut 2004; 53(12):1751-1757.

(228) Bavbek S, Celik G, Ozer F, Mungan D, Mysyrlygil Z. Safety of selective COX-2 inhibitors in aspirin/nonsteroidal anti-inflammatory drugs-intolerant patients:  comparison of nimesulide, meloxicam and rofecoxib [ABSTRACT 850]. Allergy 2002; 57(73 Suppl.):263.

(229) Bavbek S, Celik G, Ozer F, Mungan D, Misirligil Z. Safety of selective COX-2 inhibitors in aspirin/nonsteroidal anti-inflammatory drug-intolerant patients: comparison of nimesulide, meloxicam, and rofecoxib. J Asthma 2004; 41(1):67-75.

(230) Bavbek S, Celik G, Pasaoglu G, Misirligil Z. Rofecoxib, as a safe alternative for acetyl salicylic acid/nonsteroidal anti-inflammatory drug-intolerant patients. J Investig Allergol Clin Immunol 2006; 16(1):57-62.

(231) Bayly CI, Black WC, Leger S, Ouimet N, Ouellet M, Percival MD. Structure-based design of COX-2 selectivity into flurbiprofen. Bioorg Med Chem Lett 1999; 9(3):307-312.

(232) Bazerman MH, Chugh D. Decisions without blinders. Harv Bus Rev 2006; 84(1):88-97, 133.

(233) bdel-Halim MS, Lunden I, Cseh G, Anggard E. Prostaglandin profiles in nervous tissue and blood vessels of the brain of various animals. Prostaglandins 1980; 19(2):249-258.

(234) bdel-Salam OM, Baiuomy AR, Arbid MS. Studies on the anti-inflammatory effect of fluoxetine in the rat. Pharmacol Res 2004; 49(2):119-131.

**KS-000865**

(235) bdel-Salam OM, Baluomy AR, El-Batran S, Arbid MS. Evaluation of the anti-inflammatory, anti-nociceptive and gastric effects of Ginkgo biloba in the rat. Pharmacol Res 2004; 49(2):133-142.

(236) bdel-Salam OM, El-Batran S. Pharmacological investigation of trimetazidine in models of inflammation, pain and gastric injury in rodents. Pharmacology 2005; 75(3):122-132.

(237) Bea F, Blessing E, Bennett BJ et al. Chronic inhibition of cyclooxygenase-2 does not alter plaque composition in a mouse model of advanced unstable atherosclerosis. Cardiovasc Res 2003; 60(1):198-204.

(238) Beardsley S. Avoiding another Vioxx. Sci Am 2005; 292(2):16, 18.

(239) Beata RN, Wojciech F, Stanislaw S, Ryszard M. The influence of anti-inflammatory drugs on the proliferation of fibroblast derived from nasal polyps. Auris Nasus Larynx 2005; 32(3):225-229.

(240) Becerra CR, Frenkel EP, Ashfaq R, Gaynor RB. Increased toxicity and lack of efficacy of Rofecoxib in combination with chemotherapy for treatment of metastatic colorectal cancer: A phase II study. Int J Cancer 2003; 105(6):868-872.

(241) Becker C. Drug pullout. Massive recall of Vioxx poses logistical problems. Mod Healthc 2004; 34(42):17.

(242) Becker JC, Domschke W, Pohle T. Current approaches to prevent NSAID-induced gastropathy--COX selectivity and beyond. Br J Clin Pharmacol 2004; 58(6):587-600.

(243) Becker RV, Burke TA, McCoy MA, Trotter JP. A model analysis of costs of blood pressure destabilization and edema associated with rofecoxib and celecoxib among older patients with osteoarthritis and hypertension in a Medicare Choice population. Clin Ther 2003; 25(2):647-662.

(244) Beejay U, Wolfe MM. Cyclooxygenase 2 selective inhibitors: panacea or flash in the pan? Gastroenterology 1999; 117(4):1002-1005.

(245) Behan K, Cutts C, Tett SE. Uptake of new drugs in rural and urban areas of Queensland, Australia: the example of COX-2 inhibitors. Eur J Clin Pharmacol 2005; 61(1):55-58.

(246) Behar S, Halabi M, Reicher-Reiss H et al. Circadian variation and possible external triggers of onset of myocardial infarction. SPRINT Study Group. Am J Med 1993; 94(4):395-400.

(247) Behr ER, Casey A, Sheppard M et al. Sudden arrhythmic death syndrome: a national survey of sudden unexplained cardiac death. Heart 2007; 93(5):601-605.

(248) Bekker A, Cooper PR, Frempong-Boadu A, Babu R, Errico T, Lebovits A. Evaluation of preoperative administration of the cyclooxygenase-2 inhibitor rofecoxib for the treatment of postoperative pain after lumbar disc surgery. Neurosurgery 2002; 50(5):1053-1057.

(249) Bell AD, Huang S, Chiu JF et al. Safer NSAID therapy: a review of literature on platelet effect from human studies on celecoxib, rofecoxib and meloxicam. Ann Rheum Dis 2002; 61(1 Suppl.):8.

(250) Bell AD, Huang S, Chiu JF et al. Safer NSAID therapy: a review of the literature on GI safety from randomized controlled trials. Ann Rheum Dis 2002; 61(1 Suppl.):9.

(251) Bell GM, Schnitzer TJ. Cox-2 inhibitors and other nonsteroidal anti-inflammatory drugs in the treatment of pain in the elderly. Clin Geriatr Med 2001; 17(3):489-502, vi.

(252) Bellamy N, Boers M, Felson D et al. Health status instruments / utilities. J Rheumatol 1995; 22(6):1203-1207.

(253) Beller GA. Lessons to be learned from the Vioxx debacle. J Nucl Cardiol 2005; 12(1):1-2.

(254) Bellini P, Locatelli A, Vergani P, Kirn V, Doria V, Ghidini A. Can a cyclo-oxygenase type-2 selective tocolytic agent avoid the fetal side effects of indomethacin? Am J Obstet Gynecol 2000; 182(1 Pt. 2):S60.

(255) Belmonte-Serrano MA, Bloch DA, Lane NE, Michel BE, Fries JF. The relationship between spinal and peripheral osteoarthritis and bone density measurements. J Rheumatol 1993; 20(6):1005-1013.

KS-000866

(256) Belton O, Byrne D, Kearney D, Leahy A, Fitzgerald DJ. Cyclooxygenase-1 and -2-dependent prostacyclin formation in patients with atherosclerosis. Circulation 2000; 102(8):840-845.

(257) Belton O, Fitzgerald D. Cyclooxygenase-2 inhibitors and atherosclerosis. J Am Coll Cardiol 2003; 41(10):1820-1822.

(258) Belton OA, Duffy A, Toomey S, Fitzgerald DJ. Cyclooxygenase isoforms and platelet vessel wall interactions in the apolipoprotein E knockout mouse model of atherosclerosis. Circulation 2003; 108(24):3017-3023.

(259) Benamouzig R, Uzzan B, Little J, Chaussade S. Low dose aspirin, COX-inhibition and chemoprevention of colorectal cancer. Curr Top Med Chem 2005; 5(5):493-503.

(260) Benko LB. Drug lawsuits building. Merck, Pfizer facing charges of misrepresentation. Mod Healthc 2006; 36(15):16.

(261) Bennett A, Tavares IA. COX-2 inhibitors compared and contrasted. Expert Opin Pharmacother 2001; 2(11):1859-1876.

(262) Bennett JS, Catella-Lawson F, Rut AR et al. Effect of the PI(A2) alloantigen on the function of beta(3)-integrins in platelets. Blood 2001; 97(10):3093-3099.

(263) Bennett JS, Daugherty A, Herrington D, Greenland P, Roberts H, Taubert KA. The use of nonsteroidal anti-inflammatory drugs (NSAIDs): a science advisory from the American Heart Association. Circulation 2005; 111(13):1713-1716.

(264) Bennett K, Teeling M, Feely J. Factors influencing switching from non-selective to selective non-steroidal anti-inflammatory drugs (NSAIDs). Br J Clin Pharmacol 2003; 55(4):448.

(265) Bennett K, Teeling M, Feely J. "Selective" switching from non-selective to selective non-steroidal anti-inflammatory drugs. Eur J Clin Pharmacol 2003; 59(8-9):645-649.

(266) Bennett WM, Henrich WL, Stoff JS. The renal effects of nonsteroidal anti-inflammatory drugs: summary and recommendations. Am J Kidney Dis 1996; 28(1 Suppl 1):S56-S62.

(267) Bent S, Kane C, Shinohara K et al. Saw palmetto for benign prostatic hyperplasia. N Engl J Med 2006; 354(6):557-566.

(268) Berenbaum F, Jacques C, Thomas G, Corvol MT, Bereziat G, Masliah J. Synergistic effect of interleukin-1 beta and tumor necrosis factor alpha on PGE2 production by articular chondrocytes does not involve PLA2 stimulation. Exp Cell Res 1996; 222(2):379-384.

(269) Berenbaum F. VIOXX and cardiovascular events: a class effect? Joint Bone Spine 2005; 72(1):1-3.

(270) Berenbaum F, Grifka J, Brown JP et al. Efficacy of lumiracoxib in osteoarthritis: a review of nine studies. J Int Med Res 2005; 33(1):21-41.

(271) Berges-Gimeno MP, Camacho-Garrido E, Garcia-Rodriguez RM, Alfaya T, Martin GC, Hinojosa M. Rofecoxib safe in NSAID hypersensitivity. Allergy 2001; 56(10):1017-1018.

(272) Berges-Gimeno MP, Camacno Garrido E, Garcia-Rodriguez RM et al. Rofecoxib, a selective high affinity cox-2 inhibitor has proved to be safe in urticaria1 angioedema associated with NSAIDs intolerance [ABSTRACT 143]. Allergy 2001; 56(68 Suppl.):49.

(273) BERGSTROEM S, DANIELSSON H, SAMUELSSON B. THE ENZYMATIC FORMATION OF PROSTAGLANDIN E2 FROM ARACHIDONIC ACID PROSTAGLANDINS AND RELATED FACTORS 32. Biochim Biophys Acta 1964; 90:207-210.

(274) BERGSTROM S, SAMUELSSON B. Isolation of prostaglandin E1 from human seminal plasma. Prostaglandins and related factors. 11. J Biol Chem 1962; 237(9):3005-3006.

(275) Bernasconi P, Massera E. Evaluation of a new pharmaceutical form of nimesulide for the treatment of influenza. Drugs Exp Clin Res 1985; 11(10):739-743.

(276) Bernatsky S, Hudson M, Suissa S. Anti-rheumatic drug use and risk of hospitalization for congestive heart failure in rheumatoid arthritis. Rheumatology (Oxford) 2005; 44(5):677-680.

KS-000867

(277)   Berndt G, Grosser N, Hoogstraate J, Schroder H. AZD3582 increases heme oxygenase-1 expression and antioxidant activity in vascular endothelial and gastric mucosal cells. Eur J Pharm Sci 2005; 25(2-3):229-235.

(278)   Berry MA, Hargadon B, Shelley M et al. Evidence of a role of tumor necrosis factor alpha in refractory asthma. N Engl J Med 2006; 354(7):697-708.

(279)   Bertagnolli MM, Eagle CJ, Zauber AG et al. Celecoxib for the prevention of sporadic colorectal adenomas. N Engl J Med 2006; 355(9):873-884.

(280)   Berti F, Rossoni G, Magni F et al. Nonsteroidal antiinflammatory drugs aggravate acute myocardial ischemia in the perfused rabbit heart: a role for prostacyclin. J Cardiovasc Pharmacol 1988; 12(4):438-444.

(281)   Bertino JS, Jr., Owens RC, Jr., Carnes TD, Iannini PB. Gatifloxacin-associated corrected QT interval prolongation, torsades de pointes, and ventricular fibrillation in patients with known risk factors. Clin Infect Dis 2002; 34(6):861-863.

(282)   Bevis PJ, Bird HA, Lapham G. An open study to assess the safety and tolerability of meloxicam 15 mg in subjects with rheumatic disease and mild renal impairment. Br J Rheumatol 1996; 35 Suppl 1:56-60.

(283)   Bhala N. Enoxaparin in elective percutaneous coronary intervention. N Engl J Med 2006; 355(26):2788-1.

(284)   Bhana N, McClellan KJ. Indobufen: an updated review of its use in the management of atherothrombosis. Drugs Aging 2001; 18(5):369-388.

(285)   Bhandari M. Does perioperative oral rofecoxib therapy improve functional recovery after knee replacement surgery? CMAJ 2004; 170(10):1540.

(286)   Bhat AS, Tandan SK, Kumar D, Krishna V, Prakash VR. Interaction between inhibitors of inducible nitric oxide synthase and cyclooxygenase in Brewer's yeast induced pyrexia in mice: an isobolographic study. Eur J Pharmacol 2005; 511(2-3):137-142.

(287)   Bhat AS, Tandan SK, Kumar D, Krishna V, Prakash VR. Interaction between inhibitors of inducible nitric oxide synthase and cyclooxygenase in adjuvant-induced arthritis in female albino rats: an isobolographic study. Eur J Pharmacol 2007; 556(1-3):190-199.

(288)   Bhatt DL, Fox KA, Hacke W et al. Clopidogrel and aspirin versus aspirin alone for the prevention of atherothrombotic events. N Engl J Med 2006; 354(16):1706-1717.

(289)   Bianchi M, Broggini M. A randomized, double-blind, clinical trial comparing the efficacy of nimesulide, celecoxib and rofecoxib in osteoarthritis of the knee. Drugs 2003; 63 Suppl 1:37-46.

(290)   Biancone L, Tosti C, De NF, Fantini M, Pallone F. Selective cyclooxygenase-2 inhibitors and relapse of inflammatory bowel disease. Gastroenterology 2003; 125(2):637-638.

(291)   Biancone L, Tosti C, Geremia A et al. Rofecoxib and early relapse of inflammatory bowel disease: an open-label trial. Aliment Pharmacol Ther 2004; 19(7):755-764.

(292)   Bierma-Zeinstra SM, Bohnen AM, Berger MY, Thomas S. Rofecoxib vs celecoxib vs acetaminophen for treatment of osteoarthritis. JAMA 2002; 287(14):1799-1800.

(293)   Bigal ME, Tepper SJ, Sheftell FD, Rapoport AM. Hemicrania continua: a report of ten new cases. Arq Neuropsiquiatr 2002; 60(3-B):695-698.

(294)   Bilinska M, Rudnicki S, Beresewicz A. Delayed attenuation of myocardial ischemia with repeated exercise in subjects with stable angina: a possible model for the second window of protection? Basic Res Cardiol 2000; 95(5):418-423.

(295)   Bing RJ, Lomnicka M. Why do cyclo-oxygenase-2 inhibitors cause cardiovascular events? J Am Coll Cardiol 2002; 39(3):521-522.

(296)   Bing RJ. Cyclooxygenase-2 inhibitors: is there an association with coronary or renal events? Curr Atheroscler Rep 2003; 5(2):114-117.

**KS-000868**

(297)   Bingham CO, III. Development and clinical application of COX-2-selective inhibitors for the treatment of osteoarthritis and rheumatoid arthritis. Cleve Clin J Med 2002; 69 Suppl 1:SI5-12.

(298)   Bingham S, Beswick PJ, Bountra C et al. The cyclooxygenase-2 inhibitor GW406381X [2-(4-ethoxyphenyl)-3-[4-(methylsulfonyl)phenyl]-pyrazolo[1,5-b]pyridazine ] is effective in animal models of neuropathic pain and central sensitization. J Pharmacol Exp Ther 2005; 312(3):1161-1169.

(299)   Bircher AJ. Drug-induced urticaria and angioedema caused by non-IgE mediated pathomechanisms. Eur J Dermatol 1999; 9(8):657-663.

(300)   Bird HA. When are NSAIDs appropriate in osteoarthritis? Drugs Aging 1998; 12(2):87-95.

(301)   Birkmeyer NJ, Weinstein JN, Tosteson AN et al. Design of the Spine Patient outcomes Research Trial (SPORT). Spine 2002; 27(12):1361-1372.

(302)   Bisgaard H, Hermansen MN, Loland L, Halkjaer LB, Buchvald F. Intermittent inhaled corticosteroids in infants with episodic wheezing. N Engl J Med 2006; 354(19):1998-2005.

(303)   Bishnoi M, Patil CS, Kumar A, Kulkarni SK. Co-administration of acetyl-11-keto-beta-boswellic acid, a specific 5-lipoxygenase inhibitor, potentiates the protective effect of COX-2 inhibitors in kainic acid-induced neurotoxicity in mice. Pharmacology 2007; 79(1):34-41.

(304)   Bishop-Bailey D, Pepper JR, Haddad EB, Newton R, Larkin SW, Mitchell JA. Induction of cyclooxygenase-2 in human saphenous vein and internal mammary artery. Arterioscler Thromb Vasc Biol 1997; 17(9):1644-1648.

(305)   Bishop-Bailey D, Pepper JR, Larkin SW, Mitchell JA. Differential induction of cyclooxygenase-2 in human arterial and venous smooth muscle: role of endogenous prostanoids. Arterioscler Thromb Vasc Biol 1998; 18(10):1655-1661.

(306)   Bishop-Bailey D, Burke-Gaffney A, Hellewell PG, Pepper JR, Mitchell JA. Cyclo-oxygenase-2 regulates inducible ICAM-1 and VCAM-1 expression in human vascular smooth muscle cells. Biochem Biophys Res Commun 1998; 249(1):44-47.

(307)   Bishop-Bailey D, Mitchell JA, Warner TD. COX-2 in cardiovascular disease. Arterioscler Thromb Vasc Biol 2006; 26(5):956-958.

(308)   Bitner M, Kattenhorn J, Hatfield C, Gao J, Kellstein D. Efficacy and tolerability of lumiracoxib in the treatment of primary dysmenorrhoea. Int J Clin Pract 2004; 58(4):340-345.

(309)   Bjarnason I, Sigthorsson G, Crane R et al. COX-2 specific inhibition with MK-0966 25 or 50 mg q.d. does not increase intestinal permeability:  a controlled study with placebo (PBO) and indomethacin 50 mg t.i.d. (INDO) [ABSTRACT 245]. Am J Gastroenterol 1998; 93(9):1670.

(310)   Bjarnason I, Thjodleifsson B. Gastrointestinal toxicity of non-steroidal anti-inflammatory drugs: the effect of nimesulide compared with naproxen on the human gastrointestinal tract. Rheumatology (Oxford) 1999; 38 Suppl 1:24-32.

(311)   Bjarnason I, Rainsford KD. COX-2 inhibitors and the gastrointestinal tract. Gut 2001; 48(4):451.

(312)   Bjorkman D. Nonsteroidal anti-inflammatory drug-associated toxicity of the liver, lower gastrointestinal tract, and esophagus. Am J Med 1998; 105(5A):17S-21S.

(313)   Bjorkman DJ. Coxibs, Colorectal Cancer, and Cardiac Risk. J Watch Gastroenterol 2007.

(314)   Black SC, Brideau C, Cirino M et al. Differential effect of a selective cyclooxygenase-2 inhibitor versus indomethacin on renal blood flow in conscious volume-depleted dogs. J Cardiovasc Pharmacol 1998; 32(5):686-694.

(315)   Blaicher AM, Landsteiner HT, Zwerina J, Leitgeb U, Volf I, Hoerauf K. Effect of non-selective, non-steroidal anti-inflammatory drugs and cyclo-oxygenase-2 selective inhibitors on the PFA-100 closure time. Anaesthesia 2004; 59(11):1100-1103.

(316)   Blaicher AM, Landsteiner HT, Al-Falaki O et al. Acetylsalicylic acid, diclofenac, and lornoxicam, but not rofecoxib, affect platelet CD 62 expression. Anesth Analg 2004; 98(4):1082-5, table.

(317)   Blaivas JG. Crossing the line: part 2. Neurourol Urodyn 2005; 24(1):1.

**KS-000869**

(318) Blake DR, Shenker N, Cohen H, Stevens CR. What if Derek Willoughby were right? Cyclo-oxygenase is an anti-inflammatory enzyme. Inflammopharmacology 2005; 12(5-6):465-471.

(319) Blanco A, Habib A, Levy-Toledano S, Maclouf J. Involvement of tyrosine kinases in the induction of cyclo-oxygenase-2 in human endothelial cells. Biochem J 1995; 312 ( Pt 2):419-423.

(320) Blanco FJ, Guitian R, Moreno J et al. NSAIDs effect in COX-1 and COX-2 activity on human articular chondrocytes. Arthritis Rheum 1997; 40(9 Suppl.):S88.

(321) Block SH. Chronic sinusitis with rofecoxib. J Allergy Clin Immunol 2002; 109(2):373-374.

(322) Bloice C. Why is this woman smiling? The hard sell of bad medicine. Revolution 2005; 6(1):22-29.

(323) Boehncke WH, Kaufmann R, Zollner TM. Tolerance to the selective cyclooxygenase-2 inhibitor rofecoxib in patients intolerant to non-steroidal antiphlogistics [ABSTRACT 705]. Allergy 2001; 56(68 Suppl.):222.

(324) Boehncke WH, Ludwig RJ, Zollner TM, Ochsendorf F, Kaufmann R, Gibbs BF. The selective cyclooxygenase-2 inhibitor rofecoxib may improve the treatment of chronic idiopathic urticaria. Br J Dermatol 2003; 148(3):604-606.

(325) Boers M. NSAIDS and selective COX-2 inhibitors: competition between gastroprotection and cardioprotection. Lancet 2001; 357(9264):1222-1223.

(326) Boers M. Seminal pharmaceutical trials: maintaining masking in analysis. Lancet 2002; 360(9327):100-101.

(327) Boers M. Are coxibs more effective than traditional NSAIDs? [ABSTRACT SP0046]. Ann Rheum Dis 2003; 62(1 Suppl.):Abst SP0046.

(328) Boers M. Discontinuation of Vioxx. Lancet 2005; 365(9453):25-26.

(329) Boes CJ, Matharu MS, Goadsby PJ. The paroxysmal hemicrania-tic syndrome. Cephalalgia 2003; 23(1):24-28.

(330) Bogaty P, Brophy JM, Noel M et al. Impact of prolonged cyclooxygenase-2 inhibition on inflammatory markers and endothelial function in patients with ischemic heart disease and raised C-reactive protein: a randomized placebo-controlled study. Circulation 2004; 110(8):934-939.

(331) Bolego C, Buccellati C, Radaelli T et al. eNOS, COX-2, and prostacyclin production are impaired in endothelial cells from diabetics. Biochem Biophys Res Commun 2006; 339(1):188-190.

(332) Bolli R, Goldstein RE, Davenport N, Epstein SE. Influence of sulfinpyrazone and naproxen on infarct size in the dog. Am J Cardiol 1981; 47(4):841-847.

(333) Bolli R. The late phase of preconditioning. Circ Res 2000; 87(11):972-983.

(334) Bolognese JA, Ehrich EW, Schnitzer TJ. Precision of composite measures of osteoarthritis efficacy in comparison to that of individual endpoints. J Rheumatol 2001; 28(12):2700-2704.

(335) Bolognese JA, Schnitzer TJ, Ehrich EW. Response relationship of VAS and Likert scales in osteoarthritis efficacy measurement. Osteoarthritis Cartilage 2003; 11(7):499-507.

(336) Bolten WW, Reiter S. [Cardiovascular risks of Cox-2-antagonists. Opinion on the marketed name rofecoxib, and its market-withdrawn valdecoxib and the actual therapeutic restrictions]. Z Rheumatol 2005; 64(4):286-289.

(337) Bombardier C, Laine L, Hochberg M, Day R, Shapiro D, Reicin A. Influence of corticosteroids, RA severity and other risk factors on clinical GI events in patients with rheumatoid arthritis in a double-blind outcome study of rofecoxib vs. naproxen [POSTER 151]. Ann Rheum Dis 2000; 59(1 Suppl.):101.

(338) Bombardier C, Laine L, Reicin A et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. VIGOR Study Group. N Engl J Med 2000; 343(21):1520-8, 2.

(339) Bombardier C, Lane L, Reicin A, Watson D, Ramey DR, Regan P. Fewer gastrointestinal protective agents, procedures, and hospitalizations with rofecoxib vs. naproxen in the VIGOR (VIOXX GI Outcomes Research) trial. Arthritis Rheum 2000; 43(9 Suppl.):S225.

KS-000870

(340) Bombardier C, Hochberg M, Laine L, Ramey DR, Reicin A, Watson DJ. Relationship of disease duration to patient characteristics and disease management of rheumatoid arthritis at baseline in the VIGOR (VIOXX GI Outcome Research) study. Arthritis Rheum 2001; 44(9 Suppl.):S184.

(341) Bombardier C, Hochberg M, Laine L, Ramey DR, Reicin A, Watson DJ. Regional variation in baseline patient characteristics and disease management of rheumatoid arthritis patients in the VIGOR (VIOXX GI Outcomes Research) study [ABSTACT SAT0255]. Ann Rheum Dis 2001; 60(1 Suppl.):CD Abstract SAT0255.

(342) Bombardier C, Laine L, Carides GW et al. Less healthcare resource utilization for perforations, ulcers and bleeds with rofecoxib vs. naproxen in the VIGOR (VIOXX GI Outcomes Research) study [ABSTRACT OP0137]. Ann Rheum Dis 2001; 60(1 Suppl.):CD Abstract OP0137.

(343) Bombardier C, Hochberg M, Laine L, Ramey DR, Reicin A, Watson DJ. Patient characteristics and disease management of rheumatoid arthritis at baseline in the VIGOR (VIOXX GI Outcomes Research) study: effects of disease duration [ABSTRACT SAT0254]. Ann Rheum Dis 2001; 60(1 Suppl.):CD ABSTRACT SAT0254.

(344) Bombardier C, Laine L, Reicin AS, Shapiro DR, Sperling RS. Risk factors for clinically important upper GI events: the VIGOR study [ABSTRACT FRI0035]. Ann Rheum Dis 2001; 60(1 Suppl.):CD Abstract FRI0035.

(345) Bombardier C, Laine L, Carides G et al. Healthcare resource utilization for perforations, ulcers and bleeds in the VIGOR (VIOXX GI Outcomes Research) study. Arthritis Rheum 2001; 44(9 Suppl.):S318.

(346) Bombardier C. An evidence-based evaluation of the gastrointestinal safety of coxibs. Am J Cardiol 2002; 89(6A):3D-9D.

(347) Bombardier C, Laine L, Burgos-Vargas R et al. Response to expression of concern regarding VIGOR study. N Engl J Med 2006; 354(11):1196-1199.

(348) Bonnel RA, Villalba ML, Karwoski CB, Beitz J. Aseptic meningitis associated with rofecoxib. Arch Intern Med 2002; 162(6):713-715.

(349) Bonner GF. Exacerbation of inflammatory bowel disease associated with use of celecoxib. Am J Gastroenterol 2001; 96(4):1306-1308.

(350) Bonner GF. Using COX-2 inhibitors in IBD: anti-inflammatories inflame a controversy. Am J Gastroenterol 2002; 97(4):783-785.

(351) Bonner JA, Harari PM, Giralt J et al. Radiotherapy plus cetuximab for squamous-cell carcinoma of the head and neck. N Engl J Med 2006; 354(6):567-578.

(352) Borer JS, Simon LS. Cardiovascular and gastrointestinal effects of COX-2 inhibitors and NSAIDs: achieving a balance. Arthritis Res Ther 2005; 7 Suppl 4:S14-S22.

(353) Borgdorff P, Tangelder GJ, Paulus WJ. Cyclooxygenase-2 inhibitors enhance shear stress-induced platelet aggregation. J Am Coll Cardiol 2006; 48(4):817-823.

(354) Bosch HC, Sigmund R, Hettich M. Efficacy and tolerability of intramuscular and oral meloxicam in patients with acute lumbago: a comparison with intramuscular and oral piroxicam. Curr Med Res Opin 1997; 14(1):29-38.

(355) Bosch X. Spanish editor sued over rofecoxib allegations. Lancet 2004; 363(9405):298.

(356) Botting RM. Inhibitors of cyclooxygenases: mechanisms, selectivity and uses. J Physiol Pharmacol 2006; 57 Suppl 5:113-124.

(357) Bottner F, Roedl R, Wortler K, Grethen C, Winkelmann W, Lindner N. Cyclooxygenase-2 inhibitor for pain management in osteoid osteoma. Clin Orthop Relat Res 2001;(393):258-263.

(358) Bouchard JF, Lamontagne D. Mechanisms of protection afforded by cyclooxygenase inhibitors to endothelial function against ischemic injury in rat isolated hearts. J Cardiovasc Pharmacol 1999; 34(5):755-763.

(359) Bouee S, Charlemagne A, Fagnani F et al. Changes in osteoarthritis management by general practitioners in the COX2-inhibitor era-concomitant gastroprotective therapy. Joint Bone Spine 2004; 71(3):214-220.

KS-000871

(360) Bouras EP, Burton DD, Camilleri M, Stephens DA, Thomforde GM. Effect of cyclooxygenase-2 inhibitors on gastric emptying and small intestinal transit in humans. Neurogastroenterol Motil 2004; 16(6):729-735.

(361) Bove SE, Calcaterra SL, Brooker RM et al. Weight bearing as a measure of disease progression and efficacy of anti-inflammatory compounds in a model of monosodium iodoacetate-induced osteoarthritis. Osteoarthritis Cartilage 2003; 11(11):821-830.

(362) Bove SE, Laemont KD, Brooker RM et al. Surgically induced osteoarthritis in the rat results in the development of both osteoarthritis-like joint pain and secondary hyperalgesia. Osteoarthritis Cartilage 2006; 14(10):1041-1048.

(363) Boyce S, Chan CC, Gordon R et al. L-745,337: a selective inhibitor of cyclooxygenase-2 elicits antinociception but not gastric ulceration in rats. Neuropharmacology 1994; 33(12):1609-1611.

(364) Bracco P, Debernardi C, Coscia D, Pasqualini D, Pasqualicchio F, Calabrese N. Efficacy of rofecoxib and nimesulide in controlling postextraction pain in oral surgery: a randomised comparative study. Curr Med Res Opin 2004; 20(1):107-112.

(365) Brachfeld J. "Defensive Medicine" and malpractice suits. Arch Intern Med 2002; 162(22):2631.

(366) Bradford CD, Cotter JD, Thorburn MS, Walker RJ, Gerrard DF. Exercise can be pyrogenic in humans. Am J Physiol Regul Integr Comp Physiol 2007; 292(1):R143-R149.

(367) Bradford WD, Kleit AN, Nietert PJ, Steyer T, McIlwain T, Ornstein S. How direct-to-consumer television advertising for osteoarthritis drugs affects physicians' prescribing behavior. Health Aff (Millwood ) 2006; 25(5):1371-1377.

(368) Bradley CP. Review: risk for cardiovascular events is increased with rofecoxib, diclofenac, and indomethacin but not celecoxib. ACP J Club 2007; 146(1):24.

(369) Bradley JD, Brandt KD, Katz BP, Kalasinski LA, Ryan SI. Comparison of an antiinflammatory dose of ibuprofen, an analgesic dose of ibuprofen, and acetaminophen in the treatment of patients with osteoarthritis of the knee. N Engl J Med 1991; 325(2):87-91.

(370) Bradley JD. Celecoxib and rofecoxib: a distinction with a difference? J Clin Rheumatol 2001; 7(3):137-138.

(371) Bragadottir G, Onundarson PT. Factor-sparing use of the COX-2 inhibitor rofecoxib in haemophilic arthropathy. Haemophilia 2002; 8(6):832-833.

(372) Brands MW, Hailman AE, Fitzgerald SM. Long-term glucose infusion increases arterial pressure in dogs with cyclooxygenase-2 inhibition. Hypertension 2001; 37(2 Part 2):733-738.

(373) Brandt KD. Key questions concerning paracetamol and NSAIDs for OA. Ann Rheum Dis 2003; 62(3):287.

(374) Brannon TS, North AJ, Wells LB, Shaul PW. Prostacyclin synthesis in ovine pulmonary artery is developmentally regulated by changes in cyclooxygenase-1 gene expression. J Clin Invest 1994; 93(5):2230-2235.

(375) Brash AR, Jackson EK, Saggese CA, Lawson JA, Oates JA, FitzGerald GA. Metabolic disposition of prostacyclin in humans. J Pharmacol Exp Ther 1983; 226(1):78-87.

(376) Brash AR. Arachidonic acid as a bioactive molecule. J Clin Invest 2001; 107(11):1339-1345.

(377) Brater DC. Effects of nonsteroidal anti-inflammatory drugs on renal function: focus on cyclooxygenase-2-selective inhibition. Am J Med 1999; 107(6A):65S-70S.

(378) Brater DC, Harris C, Redfern JS, Gertz BJ. Renal effects of COX-2-selective inhibitors. Am J Nephrol 2001; 21(1):1-15.

(379) Brater DC. Anti-inflammatory agents and renal function. Semin Arthritis Rheum 2002; 32(3 Suppl 1):33-42.

(380) Brater DC. Renal effects of cyclooxygenase-2-selective inhibitors. J Pain Symptom Manage 2002; 23(4 Suppl):S15-S20.

(381) Braunstein N, Polis A. Report of specific cardiovascular outcomes of the ADVANTAGE trial. 2005; 143(2):158-159.

(382) Breckenridge A, Woods K, Raine J. Monitoring the safety of licensed medicines. Nat Rev Drug Discov 2005; 4(7):541-543.

(383) Breder CD, Saper CB. Expression of inducible cyclooxygenase mRNA in the mouse brain after systemic administration of bacterial lipopolysaccharide. Brain Res 1996; 713(1-2):64-69.

(384) Brennan TA, Rothman DJ, Blank L et al. Health industry practices that create conflicts of interest: a policy proposal for academic medical centers. JAMA 2006; 295(4):429-433.

(385) Bresalier RS, Friedewald VE, Jr., Rakel RE, Roberts WC, Williams GW. The Editor's roundtable: cyclooxygenase-2 inhibitors and cardiovascular risk. Am J Cardiol 2005; 96(11):1589-1604.

(386) Bresalier RS, Sandler RS, Quan H et al. Cardiovascular events associated with rofecoxib in a colorectal adenoma chemoprevention trial. N Engl J Med 2005; 352(11):1092-1102.

(387) Brewer T, Colditz GA. Postmarketing surveillance and adverse drug reactions: current perspectives and future needs. JAMA 1999; 281(9):824-829.

(388) Breyer MD, Hao C, Qi Z. Cyclooxygenase-2 selective inhibitors and the kidney. Curr Opin Crit Care 2001; 7(6):393-400.

(389) Breyer MD. Getting to the heart of COX-2 inhibition. Cell Metab 2005; 2(3):149-150.

(390) Brian JE, Jr., Faraci FM, Moore SA. COX-2-dependent delayed dilatation of cerebral arterioles in response to bradykinin. Am J Physiol Heart Circ Physiol 2001; 280(5):H2023-H2029.

(391) Brideau C, Kargman S, Liu S et al. A human whole blood assay for clinical evaluation of biochemical efficacy of cyclooxygenase inhibitors. Inflamm Res 1996; 45(2):68-74.

(392) Brinker A, Goldkind L, Bonnel R, Beitz J. Spontaneous reports of hypertension leading to hospitalisation in association with rofecoxib, celecoxib, nabumetone and oxaprozin. Drugs Aging 2004; 21(7):479-484.

(393) Brinker A, Nourjah P. Patient characteristics associated with outpatient prescriptions for nabumetone and oxaprozin versus celecoxib and rofecoxib. Am J Health Syst Pharm 2005; 62(7):739-743.

(394) Brinker AD, Bonnel RA, Feight AG, Nourjah P. Celecoxib and rofecoxib. J Am Dent Assoc 2001; 132(11):1502, 1504.

(395) Brochier ML. Evaluation of flurbiprofen for prevention of reinfarction and reocclusion after successful thrombolysis or angioplasty in acute myocardial infarction. The Flurbiprofen French Trial. Eur Heart J 1993; 14(7):951-957.

(396) Brock TG, McNish RW, Peters-Golden M. Arachidonic acid is preferentially metabolized by cyclooxygenase-2 to prostacyclin and prostaglandin E2. J Biol Chem 1999; 274(17):11660-11666.

(397) Brooks P, Emery P, Evans JF et al. Interpreting the clinical significance of the differential inhibition of cyclooxygenase-1 and cyclooxygenase-2. Rheumatology (Oxford) 1999; 38(8):779-788.

(398) Brooks PM, Day RO. COX-2 inhibitors. Med J Aust 2000; 173(8):433-436.

(399) Broom DC, Samad TA, Kohno T, Tegeder I, Geisslinger G, Woolf CJ. Cyclooxygenase 2 expression in the spared nerve injury model of neuropathic pain. Neuroscience 2004; 124(4):891-900.

(400) Brophy JM. Cardiovascular risk associated with celecoxib. N Engl J Med 2005; 352(25):2648-2650.

(401) Brophy JM, Levesque LE, Zhang B. The coronary risk of cyclo-oxygenase-2 inhibitors in patients with a previous myocardial infarction. Heart 2007; 93(2):189-194.

(402) Brost H, Ott H, Pfannenstiel C, Wenzl TG, Heimann G. Aspirin intolerance in boy with primary ciliary dyskinesia. Allergy 2003; 58(2):158-164.

(403) Brown CH. Effect of rofecoxib on the antihypertensive activity of lisinopril. Ann Pharmacother 2000; 34(12):1486.

(404) Brown J, Morrison BW, Christensen S et al. Vioxx 50 mg Versus Ibuprofen 400 mg In Post-Surgical Dental Pain [ABSTRACT 18]. J Clin Pharmacol 1999; 39(9):974-Abstr. 18.

KS-000873

(405)   Brown J, Morrison BW, Bither M et al. The COX-2 specific inhibitor, MK-0966, is effective in the treatment of primary dysmenorrhea [ABSTRACT PI-5]. Clin Pharmacol Ther 1999; 65(2):118-Abstr. PI-5.

(406)   Brown J, Morrison BW, Christensen S et al. MK-0966 50 mg versus ibuprofen 400 mg in post surgical dental pain [ABSTRACT PI-4]. Clin Pharmacol Ther 1999; 65(2):118-Abstr. PI-4.

(407)   Brown JH, Kazis LE, Spitz PW, Gertman P, Fries JF, Meenan RF. The dimensions of health outcomes: a cross-validated examination of health status measurement. Am J Public Health 1984; 74(2):159-161.

(408)   Brune K, Neubert A. Pharmacokinetic and pharmacodynamic aspects of the ideal COX-2 inhibitor: a pharmacologist's perspective. Clin Exp Rheumatol 2001; 19(6 Suppl 25):S51-S57.

(409)   Brune K, Hinz B. Selective cyclooxygenase-2 inhibitors: similarities and differences. Scand J Rheumatol 2004; 33(1):1-6.

(410)   Bruno JJ. Inflammation, aspirin, and the risk of cardiovascular disease. N Engl J Med 1997; 337(6):422-424.

(411)   Brush DE, Bird SB, Boyer EW. Gamma-hydroxybutyrate use in older adults. Ann Intern Med 2004; 140(12):W70-W71.

(412)   Brzozowska I, Targosz A, Sliwowski Z et al. Healing of chronic gastric ulcers in diabetic rats treated with native aspirin, nitric oxide (NO)-derivative of aspirin and cyclooxygenase (COX)-2 inhibitor. J Physiol Pharmacol 2004; 55(4):773-790.

(413)   Brzozowski T, Konturek PC, Konturek SJ et al. Role of prostaglandins generated by cyclooxygenase-1 and cyclooxygenase-2 in healing of ischemia-reperfusion-induced gastric lesions. Eur J Pharmacol 1999; 385(1):47-61.

(414)   Brzozowski T, Konturek PC, Konturek SJ et al. Involvement of cyclooxygenase (COX)-2 products in acceleration of ulcer healing by gastrin and hepatocyte growth factor. J Physiol Pharmacol 2000; 51(4 Pt 1):751-773.

(415)   Brzozowski T, Konturek PC, Konturek SJ et al. Ischemic preconditioning of remote organs attenuates gastric ischemia-reperfusion injury through involvement of prostaglandins and sensory nerves. Eur J Pharmacol 2004; 499(1-2):201-213.

(416)   Brzozowski T, Konturek PC, Zwirska-Korczala K et al. Importance of the pineal gland, endogenous prostaglandins and sensory nerves in the gastroprotective actions of central and peripheral melatonin against stress-induced damage. J Pineal Res 2005; 39(4):375-385.

(417)   Brzozowski T, Konturek PC, Drozdowicz D et al. Grapefruit-seed extract attenuates ethanol-and stress-induced gastric lesions via activation of prostaglandin, nitric oxide and sensory nerve pathways. World J Gastroenterol 2005; 11(41):6450-6458.

(418)   Brzozowski T, Konturek PC, Sliwowski Z et al. Prostaglandin/cyclooxygenase pathway in ghrelin-induced gastroprotection against ischemia-reperfusion injury. J Pharmacol Exp Ther 2006; 319(1):477-487.

(419)   bu-Shraie NA, Alfadley AA. Lichenoid drug eruption probably associated with rofecoxib. Ann Pharmacother 2004; 38(5):795-798.

(420)   Buccellati C, Folco GC, Sala A et al. Inhibition of prostanoid synthesis protects against neuronal damage induced by focal ischemia in rat brain. Neurosci Lett 1998; 257(3):123-126.

(421)   Budenholzer BR. Are selective COX 2 inhibitors superior to traditional NSAIDs? Rofecoxib did not provide unequivocal benefit over traditional NSAIDs. BMJ 2002; 325(7356):161.

(422)   Buecher B, Heymann MF, Blottiere HM. [Rationale and prospects for the use of cyclooxygenase-2 (COX-2) inhibitors in colorectal cancer]. Gastroenterol Clin Biol 2001; 25(11):967-978.

(423)   Buerkle MA, Lehrer S, Sohn HY, Conzen P, Pohl U, Krotz F. Selective inhibition of cyclooxygenase-2 enhances platelet adhesion in hamster arterioles in vivo. Circulation 2004; 110(14):2053-2059.

(424)   Buffum M, Buffum JC. Nonsteroidal anti-inflammatory drugs in the elderly. Pain Manag Nurs 2000; 1(2):40-50.

(425)   Bunting S, Moncada S, Vane JR. The prostacyclin--thromboxane A2 balance: pathophysiological and therapeutic implications. Br Med Bull 1983; 39(3):271-276.

**KS-000874**

(426) Burdan F, Dudka J, Szumilo J, Korobowicz A, Klepacz L. Prenatal effects of DuP-697-the irreversible, highly selective cyclooxygenase-2 inhibitor. Reprod Toxicol 2003; 17(4):413-419.

(427) Burian M, Geisslinger G. [Clinical pharmacology of the selective COX-2 inhibitors]. Orthopade 2003; 32(12):1078-1087.

(428) Burke T, Pettitt D, Henderson SC, Von Allman H, Zhao SZ. Incidence of blood pressure destabilization associated with rofecoxib, celecoxib, ibuprofen, diclofenac, and naproxen utilization among a U.S. insured population. Ann Rheum Dis 2002; 61(1 Suppl.):73-74.

(429) Burke T, Pettitt D, Henderson SC, Von Allman H, Zhao SZ. Risk of heart failure (HF) claims among stable hypertensive patients who used nonsteroidal anti-inflammatory drugs and COX-2 specific inhibitors in a U.S. insured population. Ann Rheum Dis 2002; 61(1 Suppl.):79-80.

(430) Burleigh ME, Babaev VR, Oates JA et al. Cyclooxygenase-2 promotes early atherosclerotic lesion formation in LDL receptor-deficient mice. Circulation 2002; 105(15):1816-1823.

(431) Burleigh ME, Babaev VR, Yancey PG et al. Cyclooxygenase-2 promotes early atherosclerotic lesion formation in ApoE-deficient and C57BL/6 mice. J Mol Cell Cardiol 2005; 39(3):443-452.

(432) Buttar NS, Wang KK, Leontovich O et al. Chemoprevention of esophageal adenocarcinoma by COX-2 inhibitors in an animal model of Barrett's esophagus. Gastroenterology 2002; 122(4):1101-1112.

(433) Buttgereit F, Burmester GR, Simon LS. Gastrointestinal toxic side effects of nonsteroidal anti-inflammatory drugs and cyclooxygenase-2-specific inhibitors. Am J Med 2001; 110 Suppl 3A:13S-19S.

(434) Buttrey MJ. Coping with SARS. Ann Intern Med 2004; 140(12):1060-1061.

(435) Buvanendran A, Kroin JS, Tuman KJ et al. Effects of perioperative administration of a selective cyclooxygenase 2 inhibitor on pain management and recovery of function after knee replacement: a randomized controlled trial. JAMA 2003; 290(18):2411-2418.

(436) Buvanendran A, Kroin JS, Tuman KJ, Lubenow TR, Elmofty D, Luk P. Cerebrospinal fluid and plasma pharmacokinetics of the cyclooxygenase 2 inhibitor rofecoxib in humans: single and multiple oral drug administration. Anesth Analg 2005; 100(5):1320-4, table.

(437) Buvanendran A, Kroin JS, Berger RA et al. Upregulation of prostaglandin E2 and interleukins in the central nervous system and peripheral tissue during and after surgery in humans. Anesthesiology 2006; 104(3):403-410.

(438) Cabrera MC, Schmied S, Derderian T et al. Efficacy of oral rofecoxib versus intravenous ketoprofen as an adjuvant to PCA morphine after urologic surgery. Acta Anaesthesiol Scand 2004; 48(9):1190-1193.

(439) Cacabelos R, Alvarez A, Lombardi V et al. Pharmacological treatment of Alzheimer disease: from psychotropic drugs and cholinesterase inhibitors to pharmacogenomics. Drugs Today (Barc ) 2000; 36(7):415-499.

(440) Cadoux-Hudson TA, Kermode A, Rajagopalan B et al. Biochemical changes within a multiple sclerosis plaque in vivo. J Neurol Neurosurg Psychiatry 1991; 54(11):1004-1006.

(441) Cahana A, Mauron A. The story of Vioxx--no pain and a lot of gain: ethical concerns regarding conduct of the pharmaceutical industry. J Anesth 2006; 20(4):348-351.

(442) Cahill MR, Perry IJ. Inflammation, aspirin, and the risk of cardiovascular disease. N Engl J Med 1997; 337(6):422-423.

(443) Cahill RA, Sheehan KM, Scanlon RW, Murray FE, Kay EW, Redmond HP. Effects of a selective cyclo-oxygenase 2 inhibitor on colonic anastomotic and skin wound integrity. Br J Surg 2004; 91(12):1613-1618.

(444) Caldwell B, Aldington S, Weatherall M, Shirtcliffe P, Beasley R. Risk of cardiovascular events and celecoxib: a systematic review and meta-analysis. J R Soc Med 2006; 99(3):132-140.

(445) Califf RM. The coxib story: some lessons and more questions. Am J Cardiol 2002; 89(8):971-972.

(446) Callejas NA, Casado M, Bosca L, Martin-Sanz P. Absence of nuclear factor kappaB inhibition by NSAIDs in hepatocytes. Hepatology 2002; 35(2):341-348.

KS-000875

(447) Callejas NA, Fernandez-Martinez A, Castrillo A, Bosca L, Martin-Sanz P. Selective inhibitors of cyclooxygenase-2 delay the activation of nuclear factor kappa B and attenuate the expression of inflammatory genes in murine macrophages treated with lipopolysaccharide. Mol Pharmacol 2003; 63(3):671-677.

(448) Callreus T. Sentinel systems are needed for long term adverse drug reactions. BMJ 2005; 330(7485):255-256.

(449) Camacho M, Lopez-Belmonte J, Vila L. Rate of vasoconstrictor prostanoids released by endothelial cells depends on cyclooxygenase-2 expression and prostaglandin I synthase activity. Circ Res 1998; 83(4):353-365.

(450) Camacho M, Vila L. Transcellular formation of thromboxane A(2) in mixed incubations of endothelial cells and aspirin-treated platelets strongly depends on the prostaglandin I-synthase activity. Thromb Res 2000; 99(2):155-164.

(451) Camitta MG, Gabel SA, Chulada P et al. Cyclooxygenase-1 and -2 knockout mice demonstrate increased cardiac ischemia/reperfusion injury but are protected by acute preconditioning. Circulation 2001; 104(20):2453-2458.

(452) Campbell PJ, Green AR. The myeloproliferative disorders. N Engl J Med 2006; 355(23):2452-2466.

(453) Campbell RJ, Sneed KB. Acute congestive heart failure induced by rofecoxib. J Am Board Fam Pract 2004; 17(2):131-135.

(454) Campia U, Choucair WK, Bryant MB, Quyyumi AA, Cardillo C, Panza JA. Role of cyclooxygenase products in the regulation of vascular tone and in the endothelial vasodilator function of normal, hypertensive, and hypercholesterolemic humans. Am J Cardiol 2002; 89(3):286-290.

(455) Campion EW, Curfman GD, Drazen JM. Tracking the peer-review process. N Engl J Med 2000; 343(20):1485-1486.

(456) Candelario-Jalil E, Gonzalez-Falcon A, Garcia-Cabrera M et al. Assessment of the relative contribution of COX-1 and COX-2 isoforms to ischemia-induced oxidative damage and neurodegeneration following transient global cerebral ischemia. J Neurochem 2003; 86(3):545-555.

(457) Cannon CP, McCabe CH, Wilcox RG et al. Oral glycoprotein IIb/IIIa inhibition with orbofiban in patients with unstable coronary syndromes (OPUS-TIMI 16) trial. Circulation 2000; 102(2):149-156.

(458) Cannon CP, Curtis SP, FitzGerald GA et al. Cardiovascular outcomes with etoricoxib and diclofenac in patients with osteoarthritis and rheumatoid arthritis in the Multinational Etoricoxib and Diclofenac Arthritis Long-term (MEDAL) programme: a randomised comparison. Lancet 2006; 368(9549):1771-1781.

(459) Cannon CP, Curtis SP, Bolognese JA, Laine L. Clinical trial design and patient demographics of the Multinational Etoricoxib and Diclofenac Arthritis Long-term (MEDAL) study program: cardiovascular outcomes with etoricoxib versus diclofenac in patients with osteoarthritis and rheumatoid arthritis. Am Heart J 2006; 152(2):237-245.

(460) Cannon G, Caldwell J, Holt P et al. MK-0966, a specific COX-2 inhibitor, has clinical efficacy comparable to diclofenac in the treatment of knee and hip osteoarthritis (OA) in a 26-week controlled clinical trial. Arthritis Rheum 1998; 41(9 Suppl.):S196.

(461) Cannon GW. Rofecoxib: a specific cyclooxygenase inhibitor. Drugs Today (Barc ) 2000; 36(4):255-262.

(462) Cannon GW, Caldwell JR, Holt P et al. Rofecoxib, a specific inhibitor of cyclooxygenase 2, with clinical efficacy comparable with that of diclofenac sodium: results of a one-year, randomized, clinical trial in patients with osteoarthritis of the knee and hip. Rofecoxib Phase III Protocol 035 Study Group. Arthritis Rheum 2000; 43(5):978-987.

(463) Cannon GW, Breedveld FC. Efficacy of cyclooxygenase-2-specific inhibitors. Am J Med 2001; 110 Suppl 3A:6S-12S.

(464) Cannon GW, Krupa D, Sperling R, Truitt K. Two-year efficacy of rofecoxib and diclofenac in treatment of knee and hip osteoarthritis (OA). Ann Rheum Dis 2002; 61(1 Suppl.):10.

(465) Cannon GW, Krupa DA, McCormick CL, Mehta A, Reicin AS. Rofecoxib has a lower incidence of increased liver function tests (LFTs) and LFT-related adverse events in comparison to diclofenac [ABSTRACT AB0439]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr AB0439.

(466) Cannon GW, Krupa DA, Sperling R, Reicin A, Van Adelsberg J, . Two-year efficacy of rofecoxib and diclofenac in treatment of knee and hip osteoarthritis (OA) [ABSTRACT FRI0228]. Ann Rheum Dis 2003; 62(1 Suppl.):Abst FRI0228.

KS-000876

(467) Capone ML, Tacconelli S, Sciulli MG et al. Clinical pharmacology of platelet, monocyte, and vascular cyclooxygenase inhibition by naproxen and low-dose aspirin in healthy subjects. Circulation 2004; 109(12):1468-1471.

(468) Capone ML, Sciulli MG, Tacconelli S et al. Pharmacodynamic interaction of naproxen with low-dose aspirin in healthy subjects. J Am Coll Cardiol 2005; 45(8):1295-1301.

(469) Capone ML, Tacconelli S, Di FL, Sacchetti A, Sciulli MG, Patrignani P. Pharmacodynamic of cyclooxygenase inhibitors in humans. Prostaglandins Other Lipid Mediat 2007; 82(1-4):85-94.

(470) Caporali R, Montecucco C. Cardiovascular effects of coxibs. Lupus 2005; 14(9):785-788.

(471) Capraru MS, Ilie E, Gerota D. The efficacy of rofecoxib in the treatment of inflammatory arthropathies [ABSTRACT SAT0123]. Ann Rheum Dis 2001; 60(1 Suppl.):CD ABSTRACT SAT0123.

(472) Capriotti T. The new NSAIDs: cox-2 inhibitors. Medsurg Nurs 2000; 9(6):313-317.

(473) Carder KR, Weston WL. Rofecoxib-induced instant aquagenic wrinkling of the palms. Pediatr Dermatol 2002; 19(4):353-355.

(474) Carne X, Cruz N. Ten lessons to be learned from the withdrawal of Vioxx (rofecoxib). Eur J Epidemiol 2005; 20(2):127-129.

(475) Caroli A, Monica F. Severe upper gastrointestinal bleeding during treatment with rofecoxib for osteoarthritis. Am J Gastroenterol 2001; 96(5):1663-1665.

(476) Carpenter D, Ting MM. Essay: the political logic of regulatory error. Nat Rev Drug Discov 2005; 4(10):819-823.

(477) Carrasco MA, Rapuano CJ, Cohen EJ, Laibson PR. Scleral ulceration after preoperative injection of mitomycin C in the pterygium head. Arch Ophthalmol 2002; 120(11):1585-1586.

(478) Carrasquer G, Li M. Effect of ibuprofen and rofecoxib transport parameters in the frog corneal epithelium. J Membr Biol 2002; 190(2):127-132.

(479) Carrillo-Jimenez R, Nurnberger M. Celecoxib-induced acute pancreatitis and hepatitis: a case report. Arch Intern Med 2000; 160(4):553-554.

(480) Cashman JN. The mechanisms of action of NSAIDs in analgesia. Drugs 1996; 52 Suppl 5:13-23.

(481) Casscells W, Naghavi M, Willerson JT. Vulnerable atherosclerotic plaque: a multifocal disease. Circulation 2003; 107(16):2072-2075.

(482) Cassidy JT, Levinson JE, Bass JC et al. A study of classification criteria for a diagnosis of juvenile rheumatoid arthritis. Arthritis Rheum 1986; 29(2):274-281.

(483) Castrop H, Kammerl M, Mann B, Jensen BL, Kramer BK, Kurtz A. Cyclooxygenase 2 and neuronal nitric oxide synthase expression in the renal cortex are not interdependent in states of salt deficiency. Pflugers Arch 2000; 441(2-3):235-240.

(484) Castrop H, Klar J, Wagner C, Hocherl K, Kurtz A. General inhibition of renocortical cyclooxygenase-2 expression by the renin-angiotensin system. Am J Physiol Renal Physiol 2003; 284(3):F518-F524.

(485) Cata JP, Weng HR, Dougherty PM. Cyclooxygenase inhibitors and thalidomide ameliorate vincristine-induced hyperalgesia in rats. Cancer Chemother Pharmacol 2004; 54(5):391-397.

(486) Cataldo G, Heiman F, Lavezzari M, Marubini E. Indobufen compared with aspirin and dipyridamole on graft patency after coronary artery bypass surgery: results of a combined analysis. Coron Artery Dis 1998; 9(4):217-222.

(487) Catella-Lawson F, McAdam B, Morrison BW et al. Effects of specific inhibition of cyclooxygenase-2 on sodium balance, hemodynamics, and vasoactive eicosanoids. J Pharmacol Exp Ther 1999; 289(2):735-741.

(488) Catella-Lawson F, Kapoor SC, Reilly MP, De Marco S, FitzGerald GA. Ibuprofen, but not rofecoxib or acetaminophen, antagonizes the irreversible anti-platelet effect of aspirin. Arthritis Rheum 2000; 43(9 Suppl.):

KS-000877

(489) Catella-Lawson F. Vascular biology of thrombosis: platelet-vessel wall interactions and aspirin effects. Neurology 2001; 57(5 Suppl 2):S5-S7.

(490) Catella-Lawson F, Crofford LJ. Cyclooxygenase inhibition and thrombogenicity. Am J Med 2001; 110 Suppl 3A:28S-32S.

(491) Catella-Lawson F, Reilly MP, Kapoor SC et al. Cyclooxygenase inhibitors and the antiplatelet effects of aspirin. N Engl J Med 2001; 345(25):1809-1817.

(492) Catella-Lawson F, Kapoor S, Moretti D et al. Oral glycoprotein IIb/IIIa antagonism in patients with coronary artery disease. Am J Cardiol 2001; 88(3):236-242.

(493) Catella F, Healy D, Lawson JA, FitzGerald GA. 11-Dehydrothromboxane B2: a quantitative index of thromboxane A2 formation in the human circulation. Proc Natl Acad Sci U S A 1986; 83(16):5861-5865.

(494) Catella F, Nowak J, FitzGerald GA. Measurement of renal and non-renal eicosanoid synthesis. Am J Med 1986; 81(2B):23-29.

(495) Catella F, FitzGerald GA. Paired analysis of urinary thromboxane B2 metabolites in humans. Thromb Res 1987; 47(6):647-656.

(496) Caturla F, Amat M, Reinoso RF, Cordoba M, Warrellow G. Racemic and chiral sulfoxides as potential prodrugs of the COX-2 inhibitors Vioxx and Arcoxia. Bioorg Med Chem Lett 2006; 16(12):3209-3212.

(497) Caughey GE, Cleland LG, Gamble JR, James MJ. Up-regulation of endothelial cyclooxygenase-2 and prostanoid synthesis by platelets. Role of thromboxane A2. J Biol Chem 2001; 276(41):37839-37845.

(498) Caughey GE, Cleland LG, Penglis PS, Gamble JR, James MJ. Roles of cyclooxygenase (COX)-1 and COX-2 in prostanoid production by human endothelial cells: selective up-regulation of prostacyclin synthesis by COX-2. J Immunol 2001; 167(5):2831-2838.

(499) Celermajer DS, Sorensen KE, Bull C, Robinson J, Deanfield JE. Endothelium-dependent dilation in the systemic arteries of asymptomatic subjects relates to coronary risk factors and their interaction. J Am Coll Cardiol 1994; 24(6):1468-1474.

(500) Celik G, Erkekol FO, Bavbek S, Dursun B, Misirligil Z. Long-term use and tolerability of cyclooxygenase-2 inhibitors in patients with analgesic intolerance. Ann Allergy Asthma Immunol 2005; 95(1):33-37.

(501) Celik JB, Tuncer S, Reisli R, Sarkilar G, Celik C, Akyurek C. A comparative study of the effect of rofecoxib (a COX 2 inhibitor) and naproxen sodium on analgesic requirements after abdominal hysterectomy. Arch Gynecol Obstet 2003; 268(4):297-300.

(502) Celik JB, Gormus N, Gormus ZI, Okesli S, Solak H. Preoperative analgesia management with rofecoxib in thoracotomy patients. J Cardiothorac Vasc Anesth 2005; 19(1):67-70.

(503) Celik T, Iyisoy A, Kursaklioglu H, Yuksel UC. Cyclooxygenase-2 inhibitors dilemma in cardiovascular medicine: are all family members bad players? Int J Cardiol 2007; 116(2):259-260.

(504) Censarek P, Freidel K, Udelhoven M et al. Cyclooxygenase COX-2a, a novel COX-2 mRNA variant, in platelets from patients after coronary artery bypass grafting. Thromb Haemost 2004; 92(5):925-928.

(505) Centonze V, D'Amico D, Usai S, Causarano V, Bassi A, Bussone G. First Italian case of hypnic headache, with literature review and discussion of nosology. Cephalalgia 2001; 21(1):71-74.

(506) Chalmers CR, Wilson DJ, Ward J, Robinson PJ, Toogood GJ, Hull MA. Antiangiogenic activity of the selective cyclooxygenase 2 inhibitor rofecoxib in human colorectal cancer liver metastases. Gut 2006; 55(7):1058-1059.

(507) Chalmers CR, Fenwick SW, Toogood GJ, Hull MA. Immunohistochemical measurement of endothelial cell apoptosis and proliferation in formalin-fixed, paraffin-embedded human cancer tissue. Angiogenesis 2006; 9(4):193-200.

(508) Chan AT, Manson JE, Albert CM et al. Nonsteroidal antiinflammatory drugs, acetaminophen, and the risk of cardiovascular events. Circulation 2006; 113(12):1578-1587.

KS-000878

(509)   Chan AT, Ogino S, Fuchs CS. Aspirin and the risk of colorectal cancer in relation to the expression of COX-2. N Engl J Med 2007; 356(21):2131-2142.

(510)   Chan CC, Boyce S, Brideau C et al. Pharmacology of a selective cyclooxygenase-2 inhibitor, L-745,337: a novel nonsteroidal anti-inflammatory agent with an ulcerogenic sparing effect in rat and nonhuman primate stomach. J Pharmacol Exp Ther 1995; 274(3):1531-1537.

(511)   Chan CC, Rodger IW. Selective cyclooxygenase-2 inhibitors as potential therapeutic agents for inflammatory diseases. Adv Exp Med Biol 1997; 407:157-161.

(512)   Chan CC, Boyce S, Brideau C et al. Rofecoxib [Vioxx, MK-0966; 4-(4'-methylsulfonylphenyl)-3-phenyl-2-(5H)-furanone]: a potent and orally active cyclooxygenase-2 inhibitor. Pharmacological and biochemical profiles. J Pharmacol Exp Ther 1999; 290(2):551-560.

(513)   Chan ES, Zhang H, Fernandez P et al. Effect of cyclooxygenase inhibition on cholesterol efflux proteins and atheromatous foam cell transformation in THP-1 human macrophages: a possible mechanism for increased cardiovascular risk. Arthritis Res Ther 2007; 9(1):R4.

(514)   Chan FK, Hung LC, Suen BY et al. Celecoxib versus diclofenac and omeprazole in reducing the risk of recurrent ulcer bleeding in patients with arthritis. N Engl J Med 2002; 347(26):2104-2110.

(515)   Chan FK. COX-2 inhibition, H. pylori infection and the risk of gastrointestinal complications. Curr Pharm Des 2003; 9(27):2213-2219.

(516)   Chan FK. NSAID-induced peptic ulcers and Helicobacter pylori infection: implications for patient management. Drug Saf 2005; 28(4):287-300.

(517)   Chan PW, Omar KZ, Ramanujam TM. Successful treatment of unresectable inflammatory pseudotumor of the lung with COX-2 inhibitor. Pediatr Pulmonol 2003; 36(2):167-169.

(518)   Chan TA. Cyclooxygenase inhibition and mechanisms of colorectal cancer prevention. Curr Cancer Drug Targets 2003; 3(6):455-463.

(519)   Chan VS. A mechanistic perspective on the specificity and extent of COX-2 inhibition in pregnancy. Drug Saf 2004; 27(7):421-426.

(520)   Chang CC, Chen SH, Lien GS et al. Eradication of Helicobacter pylori significantly reduced gastric damage in nonsteroidal anti-inflammatory drug-treated Mongolian gerbils. World J Gastroenterol 2005; 11(1):104-108.

(521)   Chang DJ, Fricke JR, Bird SR, Bohidar NR, Dobbins TW, Geba GP. Rofecoxib versus codeine/acetaminophen in postoperative dental pain: a double-blind, randomized, placebo- and active comparator-controlled clinical trial. Clin Ther 2001; 23(9):1446-1455.

(522)   Chang DJ, Christensen KS, Bulloch SE et al. Superior Efficacy of Rofecoxib Compared to Codeine with Acetaminophen for the Treatment of Acute Pain. Academic Emergency Medicine 8[5], 429. 2001.
Ref Type: Abstract

(523)   Chang DJ, Desjardins PJ, Chen E et al. Comparison of rofecoxib and diclofenac for the management of acute pain. Ann Rheum Dis 2002; 61(1 Suppl.):97.

(524)   Chang DJ, Desjardins PJ, Chen E et al. Comparison of the analgesic efficacy of rofecoxib and enteric-coated diclofenac sodium in the treatment of postoperative dental pain: a randomized, placebo-controlled clinical trial. Clin Ther 2002; 24(4):490-503.

(525)   Chang DJ, Desjardins PJ, Black P et al. Comparison of rofecoxib with multidose oxycodone/acetaminophen in patients with acute pain [ABSTRACT]. Arthritis Rheum 2003; 48(9 Suppl.):S616-Abstr.

(526)   Chang DJ, Desjardins PJ, Black P et al. Comparison of rofecoxib and multiple doses of the opioid oxycodone/paracetamol for the management of acute pain [ABSTRACT SAT0056]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr SAT0056.

KS-000879

(527) Chang DJ, Desjardins PJ, Black P et al. Comparison of rofecoxib with multidose oxycodone/acetaminophen in patients with acute pain [ABSTRACT 250]. Ann Emerg Med 2003; 42(4 Suppl.):S68.

(528) Chang DJ, Desjardins PJ, King TR, Erb T, Geba GP. The analgesic efficacy of etoricoxib compared with oxycodone/acetaminophen in an acute postoperative pain model: a randomized, double-blind clinical trial. Anesth Analg 2004; 99(3):807-15, table.

(529) Chang DJ, Desjardins PJ, Bird SR et al. Comparison of rofecoxib and a multidose oxycodone/ acetaminophen regimen for the treatment of acute pain following oral surgery: a randomized controlled trial. Curr Med Res Opin 2004; 20(6):939-949.

(530) Chang DJ, Bird SR, Bohidar NR, King T. Analgesic efficacy of rofecoxib compared with codeine/acetaminophen using a model of acute dental pain. Oral Surg Oral Med Oral Pathol Oral Radiol Endod 2005; 100(4):e74-e80.

(531) Chang IJ, Harris RC. Are all COX-2 inhibitors created equal? Hypertension 2005; 45(2):178-180.

(532) Chang JK, Wu SC, Wang GJ, Cho MH, Ho ML. Effects of non-steroidal anti-inflammatory drugs on cell proliferation and death in cultured epiphyseal-articular chondrocytes of fetal rats. Toxicology 2006; 228(2-3):111-123.

(533) Charachon A, Petit T, Lamarque D, Soule JC. [Acute ulcerative colitis in a patient treated with rofecoxib who took aspirin as self-medication]. Gastroenterol Clin Biol 2003; 27(5):511-513.

(534) Charatan F. US judge dismisses 50m dollars damages in Vioxx lawsuit. BMJ 2006; 333(7567):516.

(535) Chatani F. Possible mechanism for testicular focal necrosis induced by hCG in rats. J Toxicol Sci 2006; 31(4):291-303.

(536) Chau I, Cunningham D. Cyclooxygenase inhibition in cancer--a blind alley or a new therapeutic reality? N Engl J Med 2002; 346(14):1085-1087.

(537) Chaudhary N, Harty R, Mesiya S. Rofecoxib (VIOXX) induced acute hepatitis [ABSTRACT 678]. Am J Gastroenterol 2002; 97(9 Suppl.):S22.

(538) Chaudhury TK, Jacobson ED. Prostaglandin cytoprotection of gastric mucosa. Gastroenterology 1978; 74(1):58-63.

(539) Chavez-Eng CM, Constanzer ML, Matuszewski BK. High-performance liquid chromatographic-tandem mass spectrometric evaluation and determination of stable isotope labeled analogs of rofecoxib in human plasma samples from oral bioavailability studies. J Chromatogr B Analyt Technol Biomed Life Sci 2002; 767(1):117-129.

(540) Chavez ML, DeKorte CJ. Valdecoxib: a review. Clin Ther 2003; 25(3):817-851.

(541) Chehata JC, Hassell AB, Clarke SA et al. Mortality in rheumatoid arthritis: relationship to single and composite measures of disease activity. Rheumatology (Oxford) 2001; 40(4):447-452.

(542) Chen BH. COX-2 inhibitors and renal function in elderly people. CMAJ 2000; 163(5):604.

(543) Chen J, Li D, Schaefer RF, Mehta JL. Inhibitory effect of candesartan and rosuvastatin on CD40 and MMPs expression in apo-E knockout mice: novel insights into the role of RAS and dyslipidemia in atherogenesis. J Cardiovasc Pharmacol 2004; 44(4):446-452.

(544) Chen L, He H, Fernandez ME, Hedenstierna G. Cyclooxygenase inhibitor blocks rebound response after NO inhalation in an endotoxin model. Am J Physiol Heart Circ Physiol 2003; 284(1):H290-H298.

(545) Chen LC, Elliott RA, Ashcroft DM. Systematic review of the analgesic efficacy and tolerability of COX-2 inhibitors in post-operative pain control. J Clin Pharm Ther 2004; 29(3):215-229.

(546) Chen LC, Ashcroft DM. Do selective COX-2 inhibitors increase the risk of cerebrovascular events? A meta-analysis of randomized controlled trials. J Clin Pharm Ther 2006; 31(6):565-576.

(547) Chen LC, Ashcroft DM. Risk of myocardial infarction associated with selective COX-2 inhibitors: Meta-analysis of randomised controlled trials. Pharmacoepidemiol Drug Saf 2007; 16(7):762-772.

**KS-000880**

(548) Chen QH, Rao PN, Knaus EE. Design, synthesis, and biological evaluation of linear 1-(4-, 3- or 2-methylsulfonylphenyl)-2-phenylacetylenes: a novel class of cyclooxygenase-2 inhibitors. Bioorg Med Chem 2005; 13(23):6425-6434.

(549) Chen QH, Rao PN, Knaus EE. Synthesis and biological evaluation of a novel class of rofecoxib analogues as dual inhibitors of cyclooxygenases (COXs) and lipoxygenases (LOXs). Bioorg Med Chem 2006; 14(23):7898-7909.

(550) Chenevard R, Hurlimann D, Bechir M et al. Selective COX-2 inhibition improves endothelial function in coronary artery disease. Circulation 2003; 107(3):405-409.

(551) Cheng C, Tempel D, van HR et al. Atherosclerotic lesion size and vulnerability are determined by patterns of fluid shear stress. Circulation 2006; 113(23):2744-2753.

(552) Cheng HF, Wang JL, Zhang MZ et al. Angiotensin II attenuates renal cortical cyclooxygenase-2 expression. J Clin Invest 1999; 103(7):953-961.

(553) Cheng HF, Wang CJ, Moeckel GW, Zhang MZ, McKanna JA, Harris RC. Cyclooxygenase-2 inhibitor blocks expression of mediators of renal injury in a model of diabetes and hypertension. Kidney Int 2002; 62(3):929-939.

(554) Cheng TT, Lai HM, Chiu CK, Chem YC. A single-blind, randomized, controlled trial to assess the efficacy and tolerability of rofecoxib, diclofenac sodium, and meloxicam in patients with acute gouty arthritis. Clin Ther 2004; 26(3):399-406.

(555) Cheng Y, Austin SC, Rocca B et al. Role of prostacyclin in the cardiovascular response to thromboxane A2. Science 2002; 296(5567):539-541.

(556) Cheng Y, Wang M, Yu Y, Lawson J, Funk CD, FitzGerald GA. Cyclooxygenases, microsomal prostaglandin E synthase-1, and cardiovascular function. J Clin Invest 2006; 116(5):1391-1399.

(557) Cheng ZJ, Tikkanen I, Vapaatalo H, Mervaala EM. Vascular effects of COX inhibition and AT1 receptor blockade in transgenic rats harboring mouse renin-2 gene. J Physiol Pharmacol 2002; 53(4 Pt 1):597-613.

(558) Cheng ZJ, Finckenberg P, Louhelainen M et al. Cardiovascular and renal effects of cyclooxygenase inhibition in transgenic rats harboring mouse renin-2 gene (TGR[mREN2]27). Eur J Pharmacol 2003; 461(2-3):159-169.

(559) Chernish SM, Rosenak BD, Brunelie RL, Crabtree R. Comparison of gastrointestinal effects of aspirin and fenoprofen. A double blind crossover study. Arthritis Rheum 1979; 22(4):376-383.

(560) Cheung RT, Pei Z, Feng ZH, Zou LY. Cyclooxygenase-1 gene knockout does not alter middle cerebral artery occlusion in a mouse stroke model. Neurosci Lett 2002; 330(1):57-60.

(561) Cheung SH, Kwong KS, Chan WS, Leung SP. Multiple comparisons with a control in families with both one-sided and two-sided hypotheses. Stat Med 2004; 23(19):2975-2988.

(562) Chiolero A, Maillard MP, Burnier M. Cardiovascular hazard of selective COX-2 inhibitors: myth or reality? Expert Opin Drug Saf 2002; 1(1):45-52.

(563) Chiroli S, Chinellato A, Didoni G, Mazzi S, Lucioni C. Utilisation Pattern of Nonspecific Nonsteroidal Anti-Inflammatory Drugs and COX-2 Inhibitors in a Local Health Service Unit in Northeast Italy. Clin Drug Investig 2003; 23(11):751-760.

(564) Chiu WK, Cheung LK. Efficacy of preoperative oral rofecoxib in pain control for third molar surgery. Oral Surg Oral Med Oral Pathol Oral Radiol Endod 2005; 99(6):e47-e53.

(565) Chlopicki S, Lomnicka M, Gryglewski RJ. Obligatory role of lipid mediators in platelet-neutrophil adhesion. Thromb Res 2003; 110(5-6):287-292.

(566) Cho J, Cooke CE, Proveaux W. A retrospective review of the effect of COX-2 inhibitors on blood pressure change. Am J Ther 2003; 10(5):311-317.

(567) Cho MJ, Cooke CE. The effect of cyclooxygenase-2 inhibitors on blood pressure. Arthritis Rheum 2001; 44(9 Suppl.):S318.

(568) Chodosh J, Ferrell BA, Shekelle PG, Wenger NS. Quality indicators for pain management in vulnerable elders. Ann Intern Med 2001; 135(8 Pt 2):731-735.

KS-000881

(569)   Choi HK, Seeger JD, Kuntz KM. Effects of rofecoxib and naproxen on life expectancy among patients with rheumatoid arthritis: a decision analysis. Am J Med 2004; 116(9):621-629.

(570)   Choi JH, Choi JH, Kim DY et al. Effects of SKI 306X, a new herbal agent, on proteoglycan degradation in cartilage explant culture and collagenase-induced rabbit osteoarthritis model. Osteoarthritis Cartilage 2002; 10(6):471-478.

(571)   Chou R, Fu R, Carson S, Saha S, Helfand M. Methodological shortcomings predicted lower harm estimates in one of two sets of studies of clinical interventions. J Clin Epidemiol 2007; 60(1):18-28.

(572)   Choy EH, Scott DL. Drug treatment of rheumatic diseases in the 1990s. Achievements and future developments. Drugs 1997; 53(3):337-348.

(573)   Christensen K, Cawkwell G. Valdecoxib, a novel potent COX-2-specific inhibitor, is effective in treating postoperative dental pain and provides a more rapid onset of action compared with rofecoxib [ABSTRACT 18]. Ann Emerg Med 2002; 40(4 Suppl.):S6-S7.

(574)   Christensen KS, Cawkwell GD. Valdecoxib versus rofecoxib in acute postsurgical pain: results of a randomized controlled trial. J Pain Symptom Manage 2004; 27(5):460-470.

(575)   Chrubasik S, Kunzel O, Model A, Conradt C, Black A. Treatment of low back pain with a herbal or synthetic anti-rheumatic: a randomized controlled study. Willow bark extract for low back pain. Rheumatology (Oxford) 2001; 40(12):1388-1393.

(576)   Chrubasik S, Model A, Black A, Pollak S. A randomized double-blind pilot study comparing Doloteffin and Vioxx in the treatment of low back pain. Rheumatology (Oxford) 2003; 42(1):141-148.

(577)   Chrubasik S, Conradt C, Black A. The quality of clinical trials with Harpagophytum procumbens. Phytomedicine 2003; 10(6-7):613-623.

(578)   Chrubasik S, Kunzel O, Thanner J, Conradt C, Black A. A 1-year follow-up after a pilot study with Doloteffin for low back pain. Phytomedicine 2005; 12(1-2):1-9.

(579)   Church CA, Stewart C, Lee TJ, Wallace D. Rofecoxib versus hydrocodone/acetaminophen for postoperative analgesia in functional endoscopic sinus surgery. Laryngoscope 2006; 116(4):602-606.

(580)   Church J, Simmang C. Practice parameters for the treatment of patients with dominantly inherited colorectal cancer (familial adenomatous polyposis and hereditary nonpolyposis colorectal cancer). Dis Colon Rectum 2003; 46(8):1001-1012.

(581)   Ciabattoni G, Porreca E, Di FC et al. Determinants of platelet activation in Alzheimer's disease. Neurobiol Aging 2007; 28(3):336-342.

(582)   ciga-Campos M, Lopez UG, Reval MI, Lopez-Munoz FJ. Enhancement of antinociception by co-administration of an opioid drug (morphine) and a preferential cyclooxygenase-2 inhibitor (rofecoxib) in rats. Eur J Pharmacol 2003; 460(2-3):99-107.

(583)   ciga-Campos M, Lopez-Munoz FJ. Participation of the L-arginine-nitric oxide-cyclic GMP-ATP-sensitive K+ channel cascade in the antinociceptive effect of rofecoxib. Eur J Pharmacol 2004; 484(2-3):193-199.

(584)   Cipollini F, Mecozzi V, Altilia F. Endoscopic Assessment of the Effects of Nimesulide on the Gastric Mucosa: Comparison with Indomethacin. Curr Ther Res Clin Exp 1989; 45(6):1042-1048.

(585)   Cipollone F, Ciabattoni G, Patrignani P et al. Oxidant stress and aspirin-insensitive thromboxane biosynthesis in severe unstable angina. Circulation 2000; 102(9):1007-1013.

(586)   Cipollone F, Prontera C, Pini B et al. Overexpression of functionally coupled cyclooxygenase-2 and prostaglandin E synthase in symptomatic atherosclerotic plaques as a basis of prostaglandin E(2)-dependent plaque instability. Circulation 2001; 104(8):921-927.

(587)   Cipollone F, Patrono C. Cyclooxygenase-2 polymorphism: putting a brake on the inflammatory response to vascular injury? Arterioscler Thromb Vasc Biol 2002; 22(10):1516-1518.

KS-000882

(588)   Cipollone F, Toniato E, Martinotti S et al. A polymorphism in the cyclooxygenase 2 gene as an inherited protective factor against myocardial infarction and stroke. JAMA 2004; 291(18):2221-2228.

(589)   Cipollone F, Fazia M, Iezzi A et al. Balance between PGD synthase and PGE synthase is a major determinant of atherosclerotic plaque instability in humans. Arterioscler Thromb Vasc Biol 2004; 24(7):1259-1265.

(590)   Cipollone F, Rocca B, Patrono C. Cyclooxygenase-2 expression and inhibition in atherothrombosis. Arterioscler Thromb Vasc Biol 2004; 24(2):246-255.

(591)   Cipollone F, Fazia M, Mezzetti A. Novel determinants of plaque instability. J Thromb Haemost 2005; 3(9):1962-1975.

(592)   Clark DW, Coulter DM. Psoriasis associated with rofecoxib. Arch Dermatol 2003; 139(9):1223.

(593)   Clark DW, Donnelly E, Coulter DM, Roberts RL, Kennedy MA. Linking pharmacovigilance with pharmacogenetics. Drug Saf 2004; 27(15):1171-1184.

(594)   Clark DW, Layton D, Shakir SA. Do some inhibitors of COX-2 increase the risk of thromboembolic events?: Linking pharmacology with pharmacoepidemiology. Drug Saf 2004; 27(7):427-456.

(595)   Clarke RJ, Mayo G, Price P, FitzGerald GA. Suppression of thromboxane A2 but not of systemic prostacyclin by controlled-release aspirin. N Engl J Med 1991; 325(16):1137-1141.

(596)   Cleland LG, James MJ, Stamp LK, Penglis PS. COX-2 inhibition and thrombotic tendency: a need for surveillance. Med J Aust 2001; 175(4):214-217.

(597)   Clemett D, Goa KL. Celecoxib: a review of its use in osteoarthritis, rheumatoid arthritis and acute pain. Drugs 2000; 59(4):957-980.

(598)   Clifford LJ, Nair MG, Rana J, Dewitt DL. Bioactivity of alkamides isolated from Echinacea purpurea (L.) Moench. Phytomedicine 2002; 9(3):249-253.

(599)   Cobellis L, Razzi S, De SS et al. The treatment with a COX-2 specific inhibitor is effective in the management of pain related to endometriosis. Eur J Obstet Gynecol Reprod Biol 2004; 116(1):100-102.

(600)   Cochrane DJ, Jarvis B, Keating GM. Etoricoxib. Drugs 2002; 62(18):2637-2651.

(601)   Cockerill GW, Saklatvala J, Ridley SH et al. High-density lipoproteins differentially modulate cytokine-induced expression of E-selectin and cyclooxygenase-2. Arterioscler Thromb Vasc Biol 1999; 19(4):910-917.

(602)   Codella O. Piastrinopenia da rofecoxib: commento [Platelet disorder to rofecoxib: comment]. Boll Farmacosorveglianza 2001; 8(28):5-6.

(603)   Cohen FJ. What ails the FDA? N Engl J Med 2005; 352(24):2554.

(604)   Cohen JG. Recent developments in health law. Merck and the Vioxx decision: playing by the changing rules of the chemical exposure game. J Law Med Ethics 2005; 33(4):866-869.

(605)   Cohen MM. Mucosal cytoprotection by prostaglandin E2. Lancet 1978; 2(8102):1253-1254.

(606)   Cohen MR. Trade name, INNs, and medication errors. Arch Intern Med 2002; 162(22):2636-2637.

(607)   Cole A. UK government likely to miss its target to reduce childhood obesity. BMJ 2006; 332(7540):505.

(608)   Coles LS, Fries JF, Kraines RG, Roth SH. From experiment to experience: side effects of nonsteroidal anti-inflammatory drugs. Am J Med 1983; 74(5):820-828.

(609)   Collantes-Estevez E, Fernandez-Perez C. Improved control of osteoarthritis pain and self-reported health status in non-responders to celecoxib switched to rofecoxib: results of PAVIA, an open-label post-marketing survey in Spain. Curr Med Res Opin 2003; 19(5):402-410.

(610)   Collantes E, Curtis SP, Lee KW et al. A multinational randomized, controlled, clinical trial of etoricoxib in the treatment of rheumatoid arthritis [ISRCTN25142273]. BMC Fam Pract 2002; 3:10.

KS-000883

(611)   Collins PW, Pappo R, Dajani EZ. Chemistry and synthetic development of misoprostol. Dig Dis Sci 1985; 30(11 Suppl):114S-117S.

(612)   Collins R, Peto R, MacMahon S et al. Blood pressure, stroke, and coronary heart disease. Part 2, Short-term reductions in blood pressure: overview of randomised drug trials in their epidemiological context. Lancet 1990; 335(8693):827-838.

(613)   Collins R, MacMahon S. Reliable assessment of the effects of treatment on mortality and major morbidity, I: clinical trials. Lancet 2001; 357(9253):373-380.

(614)   Colombo PC, Ashton AW, Celaj S et al. Biopsy coupled to quantitative immunofluorescence: a new method to study the human vascular endothelium. J Appl Physiol 2002; 92(3):1331-1338.

(615)   Colville-Nash PR, Gilroy DW. Potential adverse effects of cyclooxygenase-2 inhibition: evidence from animal models of inflammation. BioDrugs 2001; 15(1):1-9.

(616)   Committee on Safety of Medicines. Rofecoxib (VIOXX). Curr Probl Pharmacovigilance 2000; 26:13.

(617)   Connelly KA, Macisaac AI, Jelinek VM. Stress, myocardial infarction, and the "tako-tsubo" phenomenon. Heart 2004; 90(9):e52.

(618)   Connolly E, Bouchier-Hayes DJ, Kaye E, Leahy A, Fitzgerald D, Belton O. Cyclooxygenase isozyme expression and intimal hyperplasia in a rat model of balloon angioplasty. J Pharmacol Exp Ther 2002; 300(2):393-398.

(619)   Cook JJ, Gardell SJ, Holahan MA et al. Antithrombotic efficacy of thrombin inhibitor L-374,087: intravenous activity in a primate model of venous thrombus extension and oral activity in a canine model of primary venous and coronary artery thrombosis. J Pharmacol Exp Ther 1999; 289(1):503-510.

(620)   Copeland RA, Williams JM, Giannaras J et al. Mechanism of selective inhibition of the inducible isoform of prostaglandin G/H synthase. Proc Natl Acad Sci U S A 1994; 91(23):11202-11206.

(621)   Coras B, Hafner C, Reichle A et al. Antiangiogenic therapy with pioglitazone, rofecoxib, and trofosfamide in a patient with endemic kaposi sarcoma. Arch Dermatol 2004; 140(12):1504-1507.

(622)   Corman SL, Fedutes BA, Ansani NT. Impact of nonsteroidal antiinflammatory drugs on the cardioprotective effects of aspirin. Ann Pharmacother 2005; 39(6):1073-1079.

(623)   Cornaro G. A New Non-Steroidal Anti-Inflammatory Drug in the Treatment of Inflammations Due to Parodontal Surgery. Curr Ther Res Clin Exp 1983; 33(6, Sec. 1):982-989.

(624)   Coruzzi G, Menozzi A, Dobrilla G. Novel non-steroidal anti-inflammatory drugs: what we have learned from animal studies. Curr Drug Targets Inflamm Allergy 2004; 3(1):43-61.

(625)   Costa M. COX and the gut: now we see it now we don't. Neurogastroenterol Motil 2004; 16(6):693-695.

(626)   Coulter DM. Signal generation in the New Zealand Intensive Medicines Monitoring Programme: a combined clinical and statistical approach. Drug Saf 2002; 25(6):433-439.

(627)   Coulter DM, Clark DW, Savage RL. Celecoxib, rofecoxib, and acute temporary visual impairment. BMJ 2003; 327(7425):1214-1215.

(628)   Courtois E, Marques M, Barrientos A, Casado S, Lopez-Farre A. Lead-induced downregulation of soluble guanylate cyclase in isolated rat aortic segments mediated by reactive oxygen species and cyclooxygenase-2. J Am Soc Nephrol 2003; 14(6):1464-1470.

(629)   Couzin J. Clinical trials. Nail-biting time for trials of COX-2 drugs. Science 2004; 306(5702):1673-1675.

(630)   Couzin J. Drug safety. Withdrawal of Vioxx casts a shadow over COX-2 inhibitors. Science 2004; 306(5695):384-385.

(631)   Couzin J. Scientific publishing. Echoing other cases, NEJM says Vioxx Safety data withheld. Science 2005; 310(5755):1755.

(632)   Couzin J. Drug safety. FDA panel urges caution on many anti-inflammatory drugs. Science 2005; 307(5713):1183-1185.

KS-000884

(633) Cowley AW, Jr., Mattson DL, Lu S, Roman RJ. The renal medulla and hypertension. Hypertension 1995; 25(4 Pt 2):663-673.

(634) Cox ER, Motheral B, Frisse M, Behm A, Mager D. Prescribing COX-2s for patients new to cyclo-oxygenase inhibition therapy. Am J Manag Care 2003; 9(11):735-742.

(635) Cox ER, Frisse M, Behm A, Fairman KA. Over-the-counter pain reliever and aspirin use within a sample of long-term cyclooxygenase 2 users. Arch Intern Med 2004; 164(11):1243-1246.

(636) Creamer P, Lethbridge-Ceiku M, Hochberg MC, Zeng Q, Bolognese J, Ehrich E. A model of the health effects of osteoarthritis (OA) of the knee. Arthritis Rheum 1998; 41(9 Suppl.):S229.

(637) Crofford LJ, Wilder RL, Ristimaki AP et al. Cyclooxygenase-1 and -2 expression in rheumatoid synovial tissues. Effects of interleukin-1 beta, phorbol ester, and corticosteroids. J Clin Invest 1994; 93(3):1095-1101.

(638) Crofford LJ. COX-1 and COX-2 tissue expression: implications and predictions. J Rheumatol Suppl 1997; 49:15-19.

(639) Crofford LJ, Oates JC, McCune WJ et al. Thrombosis in patients with connective tissue diseases treated with specific cyclooxygenase 2 inhibitors. A report of four cases. Arthritis Rheum 2000; 43(8):1891-1896.

(640) Crofford LJ. Clinical experience with specific COX-2 inhibitors in arthritis. Curr Pharm Des 2000; 6(17):1725-1736.

(641) Crofford LJ, Lipsky PE, Brooks P, Abramson SB, Simon LS, van De Putte LB. Basic biology and clinical application of specific cyclooxygenase-2 inhibitors. Arthritis Rheum 2000; 43(1):4-13.

(642) Crofford LJ, McDonagh KT, Schmaier AH, Oates JC. Cyclooxygenase 2 inhibitors and thrombogenicity production: comment on the article by Crofford et al.: reply. Arthritis Rheum 2001; 44(5):1230.

(643) Crofford LJ. Rational use of analgesic and antiinflammatory drugs. N Engl J Med 2001; 345(25):1844-1846.

(644) Crofford LJ. Specific cyclooxygenase-2 inhibitors: what have we learned since they came into widespread clinical use? Curr Opin Rheumatol 2002; 14(3):225-230.

(645) Crofford LJ. COX-2: Where are we in 2003? - Specific cyclooxygenase-2 inhibitors and aspirin-exacerbated respiratory disease. Arthritis Res Ther 2003; 5(1):25-27.

(646) Cronberg S, Wallmark E, Soderberg I. Effect on platelet aggregation of oral administration of 10 non-steroidal analgesics to humans. Scand J Haematol 1984; 33(2):155-159.

(647) Cronstein BN. Cyclooxygenase-2-selective inhibitors: translating pharmacology into clinical utility. Cleve Clin J Med 2002; 69 Suppl 1:SI13-SI19.

(648) Crouch TE, Stafford CT. Urticaria associated with COX-2 inhibitors [POSTER 38]. Ann Allergy Asthma Immunol 2000; 84(1):140.

(649) Cryer B, Gottesdiener K, Gertz B, Hsieh P, Dallob A, Feldman M. Effects of a novel cyclooxygenase (COX)-2 inhibitor on gastric mucosal prostaglandin (PG) synthesis in healthy humans [ABSTRACT 104]. Am J Gastroenterol 1996; 91(9):1907-Abstr. 104.

(650) Cryer B, Feldman M. Cyclooxygenase-1 and cyclooxygenase-2 selectivity of widely used nonsteroidal anti-inflammatory drugs. Am J Med 1998; 104(5):413-421.

(651) Cryer B, Dubois A. The advent of highly selective inhibitors of cyclooxygenase--a review. Prostaglandins Other Lipid Mediat 1998; 56(5-6):341-361.

(652) Cryer B, Gottesdiener K, Gertz B, Wong P, Dallob A, Feldman M. In vivo effects of rofecoxib, a new cyclooxygenase (COX)-2 inhibitor, on gastric mucosal prostaglandin (PG) and serum thromboxane B-2 (TXB-2) synthesis in healthy humans [ABSTRACT G0611]. Gastroenterology 1999; 116(4 Pt 2):A141-Abstr. G0611.

(653) Cryer B, Feldman M. Effects of very low dose daily, long-term aspirin therapy on gastric, duodenal, and rectal prostaglandin levels and on mucosal injury in healthy humans. Gastroenterology 1999; 117(

KS-000885

(654) Cryer B, Feldman M. Comparison of effects of celecoxib, rofecoxib, naproxen and acetaminophen on gastric COX inhibition [ABSTRACT 172]. Am J Gastroenterol 2002; 97(9 Suppl.):S57.

(655) Cullen L, Kelly L, Connor SO, Fitzgerald DJ. Selective cyclooxygenase-2 inhibition by nimesulide in man. J Pharmacol Exp Ther 1998; 287(2):578-582.

(656) Curfman GD, Morrissey S, Drazen JM. Expression of concern: Bombardier et al., "Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis," N Engl J Med 2000;343:1520-8. N Engl J Med 2005; 353(26):2813-2814.

(657) Curfman GD, Morrissey S, Drazen JM. Expression of concern reaffirmed. N Engl J Med 2006; 354(11):1193.

(658) Curfman GD, Morrissey S, Drazen JM. Expression of concern: Sudbo J et al. DNA content as a prognostic marker in patients with oral leukoplakia. N Engl J Med 2001;344:1270-8 and Sudbo J et al. the influence of resection and aneuploidy on mortality in oral leukoplakia. N Engl J Med 2004;350:1405-13. N Engl J Med 2006; 354(6):638.

(659) Curtis SP, Ng J, Yu Q et al. Renal effects of etoricoxib and comparator nonsteroidal anti-inflammatory drugs in controlled clinical trials. Clin Ther 2004; 26(1):70-83.

(660) Cush JJ, Jasin HE, Johnson R, Lipsky PE. Relationship between clinical efficacy and laboratory correlates of inflammatory and immunologic activity in rheumatoid arthritis patients treated with nonsteroidal antiinflammatory drugs. Arthritis Rheum 1990; 33(5):623-633.

(661) Cutler NS, Graves-Deal R, LaFleur BJ et al. Stromal production of prostacyclin confers an antiapoptotic effect to colonic epithelial cells. Cancer Res 2003; 63(8):1748-1751.

(662) Cutts C, LaCaze A, Tett S. A clinical audit of the prescribing of celecoxib and rofecoxib in Australian rural general practice. Br J Clin Pharmacol 2002; 54(5):522-527.

(663) Cuzick J, Edwards R, Segnan N. Adjusting for non-compliance and contamination in randomized clinical trials. Stat Med 1997; 16(9):1017-1029.

(664) Cyrus T, Tang LX, Rokach J, FitzGerald GA, Pratico D. Lipid peroxidation and platelet activation in murine atherosclerosis. Circulation 2001; 104(16):1940-1945.

(665) Cyrus T, Sung S, Zhao L, Funk CD, Tang S, Pratico D. Effect of low-dose aspirin on vascular inflammation, plaque stability, and atherogenesis in low-density lipoprotein receptor-deficient mice. Circulation 2002; 106(10):1282-1287.

(666) Dahl JB, Kehlet H. Comment on: Gilron I, Orr E, Tu D, O'Neill JP, Zamora JE, Bell AC. A placebo-controlled randomized clinical trial of perioperative administration of gabapentin, rofecoxib and their combination for spontaneous and movement-evoked pain after abdominal hysterectomy. Pain 113 (2005) 191-200. Pain 2005; 115(1-2):218-219.

(667) Dahlgren N, Nilsson B, Sakabe T, Siesjo BK. The effect of indomethacin on cerebral blood flow and oxygen consumption in the rat at normal and increased carbon dioxide tensions. Acta Physiol Scand 1981; 111(4):475-485.

(668) Dai C, Stafford RS, Alexander GC. National trends in cyclooxygenase-2 inhibitor use since market release: nonselective diffusion of a selectively cost-effective innovation. Arch Intern Med 2005; 165(2):171-177.

(669) Dai W, Kloner RA. Relationship between cyclooxygenase-2 inhibition and thrombogenesis. J Cardiovasc Pharmacol Ther 2004; 9(1):51-59.

(670) Daikh DI. The Vioxx debacle revisited. Am J Med 2005; 118(9):1057.

(671) Dalen JE. Selective COX-2 Inhibitors, NSAIDs, aspirin, and myocardial infarction. Arch Intern Med 2002; 162(10):1091-1092.

(672) Dalen JE. Aspirin use may change cost-effectiveness of COX-2 inhibitors: in reply. Arch Intern Med 2002; 2002(162):22-2638.

(673) Dallob A, Hawkey CJ, Greenberg H et al. Characterization of etoricoxib, a novel, selective COX-2 inhibitor. J Clin Pharmacol 2003; 43(6):573-585.

**KS-000886**

(674)   daLuz PL, Coimbra SR. Alcohol and atherosclerosis. An Acad Bras Cienc 2001; 73(1):51-55.

(675)   Dammann HG, Burkhardt F, Walter TA. Selective COX-2 inhibition: its relevance for NSAID-gastrointestinal toxicity [ABSTRACT 648]. Am J Gastroenterol 1996; 91(9):1910.

(676)   Daniel TO, Liu H, Morrow JD, Crews BC, Marnett LJ. Thromboxane A2 is a mediator of cyclooxygenase-2-dependent endothelial migration and angiogenesis. Cancer Res 1999; 59(18):4574-4577.

(677)   Daniell HW. Periodontitis in estrogen-deficient women. Arch Intern Med 2002; 162(22):2634-2635.

(678)   Daniels B, Seidenberg B. Cardiovascular safety profile of rofecoxib in controlled clinical trials [ABSTRACT 435]. Arthritis Rheum 1999; 42(9 Suppl.):S143-Abstr. 435.

(679)   Daniels B, Krupa D, Ehrich E, Bolognese J, Seidenberg B. Clinical response of OA patients who use acetaminophen when randomized to rofecoxib or ibuprofen [ABSTRACT 436]. Arthritis Rheum 1999; 42(9 Suppl.):S143-Abstr. 436.

(680)   Daniels B, Gertz B, Morrison B, Seidenberg B. Renal safety profile of rofecoxib, a specific inhibitor of COX-2, in controlled clinical trials [ABSTRACT 434]. Arthritis Rheum 1999; 42(9 Suppl.):S143-Abstr. 434.

(681)   Daniels B, Seidenberg B. Rofecoxib, a specific inhibitor COX-2, was not associated with allergic reactions in patients with a history of sulfur-allergy [POSTER 285]. Ann Rheum Dis 2000; 59(1 Suppl.):132.

(682)   Daniels B, Gertz B. Renal safety profile of rofecoxib, a specific inhibitor of COX-2, in controlled clinical trials [POSTER 284]. Ann Rheum Dis 2000; 59(1 Suppl.):132.

(683)   Daniels S, Morrison BW, Cantu N et al. Dose ranging trial of the effect of MK-966 in primary dysmenorrhea [ABSTRACT PI-6]. Clin Pharmacol Ther 1999; 65(2):118-Abstr. PI-6.

(684)   Daniels SE, Grossman EH, Kuss ME, Talwalker S, Hubbard RC. A double-blind, randomized comparison of intramuscularly and intravenously administered parecoxib sodium versus ketorolac and placebo in a post-oral surgery pain model. Clin Ther 2001; 23(7):1018-1031.

(685)   Daniels SE, Desjardins PJ, Bird SR, Smugar SS, Tershakovec AM. Rofecoxib 50 mg and valdecoxib 20 or 40 mg in adults and adolescents with postoperative pain after third molar extraction: results of two randomized, double-blind, placebo-controlled, single-dose studies. Clin Ther 2006; 28(7):1022-1034.

(686)   Dannenberg AJ, Subbaramaiah K. Targeting cyclooxygenase-2 in human neoplasia: rationale and promise. Cancer Cell 2003; 4(6):431-436.

(687)   Dart RC. The use and effect of analgesics in patients who regularly drink alcohol. Am J Manag Care 2001; 7(19 Suppl):S597-S601.

(688)   Daugherty KK, Gora-Harper ML. Idiopathic paresthesia reaction associated with rofecoxib. Ann Pharmacother 2002; 36(2):264-266.

(689)   Davi G, Gresele P, Violi F et al. Diabetes mellitus, hypercholesterolemia, and hypertension but not vascular disease per se are associated with persistent platelet activation in vivo. Evidence derived from the study of peripheral arterial disease. Circulation 1997; 96(1):69-75.

(690)   Davi G, Guagnano MT, Ciabattoni G et al. Platelet activation in obese women: role of inflammation and oxidant stress. JAMA 2002; 288(16):2008-2014.

(691)   Davi G, Falco A, Patrono C. Determinants of F2-isoprostane biosynthesis and inhibition in man. Chem Phys Lipids 2004; 128(1-2):149-163.

(692)   Davi G, Neri M, Falco A et al. Helicobacter pylori infection causes persistent platelet activation in vivo through enhanced lipid peroxidation. Arterioscler Thromb Vasc Biol 2005; 25(1):246-251.

(693)   Davidge ST. Prostaglandin H synthase and vascular function. Circ Res 2001; 89(8):650-660.

(694)   Davidoff F, DeAngelis CD, Drazen JM et al. Sponsorship, authorship, and accountability. N Engl J Med 2001; 345(11):825-826.

KS-000887

(695) Davidoff F, Godlee F, Hoey J et al. Uniform requirements for manuscripts submitted to biomedical journals. J Am Osteopath Assoc 2003; 103(3):137-149.

(696) Davies NM, Wallace JL. Selective inhibitors of cyclooxygenase-2. Potential in elderly patients. Drugs Aging 1996; 9(6):406-417.

(697) Davies NM. Review article: non-steroidal anti-inflammatory drug-induced gastrointestinal permeability. Aliment Pharmacol Ther 1998; 12(4):303-320.

(698) Davies NM, McLachlan AJ, Day RO, Williams KM. Clinical pharmacokinetics and pharmacodynamics of celecoxib: a selective cyclo-oxygenase-2 inhibitor. Clin Pharmacokinet 2000; 38(3):225-242.

(699) Davies NM, Saleh JY, Skjodt NM. Detection and prevention of NSAID-induced enteropathy. J Pharm Pharm Sci 2000; 3(1):137-155.

(700) Davies NM, Teng XW, Skjodt NM. Pharmacokinetics of rofecoxib: a specific cyclo-oxygenase-2 inhibitor. Clin Pharmacokinet 2003; 42(6):545-556.

(701) Davies NM, Jamali F. COX-2 selective inhibitors cardiac toxicity: getting to the heart of the matter. J Pharm Pharm Sci 2004; 7(3):332-336.

(702) Davies PF, Remuzzi A, Gordon EJ, Dewey CF, Jr., Gimbrone MA, Jr. Turbulent fluid shear stress induces vascular endothelial cell turnover in vitro. Proc Natl Acad Sci U S A 1986; 83(7):2114-2117.

(703) Davies PF, Barbee KA, Volin MV et al. Spatial relationships in early signaling events of flow-mediated endothelial mechanotransduction. Annu Rev Physiol 1997; 59:527-549.

(704) Davis MP, Srivastava M. Demographics, assessment and management of pain in the elderly. Drugs Aging 2003; 20(1):23-57.

(705) Day D, Furlan A, Irvin E, Bombardier C. Simplified search strategies were effective in identifying clinical trials of pharmaceuticals and physical modalities. J Clin Epidemiol 2005; 58(9):874-881.

(706) Day M. Don't blame it all on the bogey. BMJ 2007; 334(7606):1250-1251.

(707) Day R, Morrison B, Luza A et al. A randomized trial of the efficacy and tolerability of the COX-2 inhibitor rofecoxib vs ibuprofen in patients with osteoarthritis. Rofecoxib/Ibuprofen Comparator Study Group. Arch Intern Med 2000; 160(12):1781-1787.

(708) Day RO. Pharmacokinetic and pharmacodynamic aspects of the ideal COX-2 inhibitor: a rheumatologist's perspective. Clin Exp Rheumatol 2001; 19(6 Suppl 25):S59-S62.

(709) De Angelis CD, Drazen JM, Frizelle FA et al. Is this clinical trial fully registered?--A statement from the International Committee of Medical Journal Editors. N Engl J Med 2005; 352(23):2436-2438.

(710) de Menezes GB, dos Reis WG, Santos JM, Duarte ID, de Francischi JN. Inhibition of prostaglandin F(2alpha) by selective cyclooxygenase 2 inhibitors accounts for reduced rat leukocyte migration. Inflammation 2005; 29(4-6):163-169.

(711) de Nijs RN, Jacobs JW, Lems WF et al. Alendronate or alfacalcidol in glucocorticoid-induced osteoporosis. N Engl J Med 2006; 355(7):675-684.

(712) de Papp AE, Wang L, Petruschke RA, Geba GP. Upper gastrointestinal tolerability of alendronate 70 mg once-weekly with concomitant use of NSAIDs compared to coxibs [ABSTRACT 103]. Arthritis Rheum 2003; 48(9 Suppl.):S85-Abstr. 103.

(713) De AC, Drazen JM, Frizelle FA et al. Clinical trial registration: a statement from the International Committee of Medical Journal Editors. N Engl J Med 2004; 351(12):1250-1251.

(714) de CF, Cobo J, az-Esnal B, Arguelles J, Vijande M, Costales M. Orthodontic tooth movement after inhibition of cyclooxygenase-2. Am J Orthod Dentofacial Orthop 2006; 129(3):402-406.

**KS-000888**

(715) De CR, Rocca B, Vitacolonna E et al. Lipid and protein oxidation contribute to a prothrombotic state in patients with type 2 diabetes mellitus. J Thromb Haemost 2003; 1(2):250-256.

(716) de GG. Low-dose aspirin and vitamin E in people at cardiovascular risk: a randomised trial in general practice. Collaborative Group of the Primary Prevention Project. Lancet 2001; 357(9250):89-95.

(717) de GG, Donati MB, Cerletti C. Prevention of thrombosis and vascular inflammation: benefits and limitations of selective or combined COX-1, COX-2 and 5-LOX inhibitors. Trends Pharmacol Sci 2003; 24(5):245-252.

(718) de L, X, Julemont F, Benoit V, Frederich M, Pirotte B, Dogne JM. First and second generations of COX-2 selective inhibitors. Mini Rev Med Chem 2004; 4(6):597-601.

(719) De SM, Schoors DF, De MG et al. Effect of multiple doses of losartan on the pharmacokinetics of single doses of digoxin in healthy volunteers. Br J Clin Pharmacol 1995; 40(6):571-575.

(720) De VJ, Kuhl E, Franken-Kunkel P, Eckel G. Pharmacological characterization of the chronic constriction injury model of neuropathic pain. Eur J Pharmacol 2004; 491(2-3):137-148.

(721) DeAngelis CD, Fontanarosa PB, Flanagin A. Reporting financial conflicts of interest and relationships between investigators and research sponsors. JAMA 2001; 286(1):89-91.

(722) Deeks JJ, Smith LA, Bradley MD. Efficacy, tolerability, and upper gastrointestinal safety of celecoxib for treatment of osteoarthritis and rheumatoid arthritis: systematic review of randomised controlled trials. BMJ 2002; 325(7365):619.

(723) DeFrancisco J, Gonlachavit S, Hasler W. Selective vs. nonselective cyclooxygenase and 5-lipoxygenase inhibition effects on gastric slow wave dysrhythmias during hyperglycemia:  a model of diabetic gastropathy [ABSTRACT 160]. Am J Gastroenterol 2001; 96(9 Suppl.):S52.

(724) Degner F, Lesaffre E, Zeidler H. Re: Layton et al. Comparison of the incidence rates of selected gastrointestinal events reported for patients prescribed rofecoxib and meloxicam in general practice in England using prescription-event monitoring data. Rheumatology (Oxford) 2004; 43(5):680-681.

(725) Del GE, Boschi D, Lazzarato L et al. The furoxan system: design of selective nitric oxide (NO) donor inhibitors of COX-2 endowed with anti-aggregatory and vasodilating activities. Chem Biodivers 2005; 2(7):886-900.

(726) del R, I, Williams K, Stern MP, Freeman GL, Escalante A. High incidence of cardiovascular events in a rheumatoid arthritis cohort not explained by traditional cardiac risk factors. Arthritis Rheum 2001; 44(12):2737-2745.

(727) del ZG, Ginis I, Hallenbeck JM, Iadecola C, Wang X, Feuerstein GZ. Inflammation and stroke: putative role for cytokines, adhesion molecules and iNOS in brain response to ischemia. Brain Pathol 2000; 10(1):95-112.

(728) Delacretaz E. Clinical practice. Supraventricular tachycardia. N Engl J Med 2006; 354(10):1039-1051.

(729) Delea TE, Singh G, Hagiwara M, Edelsberg J, Oster G. Rofecoxib may increase the risk of hypertension: results of a population-based study. Ann Rheum Dis 2002; 61(1 Suppl.):64.

(730) Delgado FM, Zambrana Garcia JL, Diez GF. Upper gastrointestinal toxicity of rofecoxib and naproxen. N Engl J Med 2001; 344(18):1398-1399.

(731) DeLong P, Tanaka T, Kruklitis R et al. Use of cyclooxygenase-2 inhibition to enhance the efficacy of immunotherapy. Cancer Res 2003; 63(22):7845-7852.

(732) DeMaria AN. Relative risk of cardiovascular events in patients with rheumatoid arthritis. Am J Cardiol 2002; 89(6A):33D-38D.

(733) DeMaria AN. The fallout from Vioxx. J Am Coll Cardiol 2004; 44(10):2080-2081.

(734) Dembo G, Park SB, Kharasch ED. Central nervous system concentrations of cyclooxygenase-2 inhibitors in humans. Anesthesiology 2005; 102(2):409-415.

(735) Depont F, Fourrier A, Merliere Y et al. The CADEUS study: methods and logistics. Pharmacoepidemiol Drug Saf 2007; 16(5):571-580.

KS-000889

(736) Depont F, Fourrier A, Merliere Y et al. Channeling of COX-2 inhibitors to patients at higher gastrointestinal risk but not at lower cardiovascular risk: the Cox2 inhibitors and tNSAIDs description of users (CADEUS) study. Pharmacoepidemiol Drug Saf 2007.

(737) Depre M, Ehrich E, DeLepeleire I et al. Demonstration of Specific COX-2 Inhibition By MK-966 (Vioxx) In Humans with Supratherapeutic Doses [ABSTRACT 196]. Rheumatol Eur 1998; 27(2):118-Abstr. 196.

(738) Depre M, Ehrich E, Van HA et al. Pharmacokinetics, COX-2 specificity, and tolerability of supratherapeutic doses of rofecoxib in humans. Eur J Clin Pharmacol 2000; 56(2):167-174.

(739) Derici U, Goker B, Ayerden-Ebinc F, Haznedaroglu S. Effects of low dose rofecoxib on blood pressure of patients with well-controlled hypertension [ABSTRACT AB0440]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr AB0440.

(740) Desjardins PJ, Chang DJ, Krupa D, Polis AB, Petruschke RA, Geba GP. A meta-analysis of onset of analgesic efficacy of rofecoxib 50 mg from 11 clinical studies [ABSTRACT AB0497]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr AB0497.

(741) Desjardins PJ, Black PM, Daniels S et al. A randomized controlled study comparing rofecoxib, diclofenac sodium, and placebo in post-bunionectomy pain. Curr Med Res Opin 2004; 20(10):1523-1537.

(742) Desjardins PJ, Mehlisch DR, Chang DJ et al. The time to onset and overall analgesic efficacy of rofecoxib 50 mg: a meta-analysis of 13 randomized clinical trials. Clin J Pain 2005; 21(3):241-250.

(743) DeTora LM, Truitt KE, Bolognese JA, Sperling RS, Watson DJ. Incidence of upper GI perforations, ulcers, and bleeding (PUBs) in the phase III rofecoxib rheumatoid arthritis database. Arthritis Rheum 2001; 44(9 Suppl.):S174.

(744) DeTora LM, Krupa D, Bolognese JA, Sperling RS, Ehrich EW. Rofecoxib shows consistent efficacy in OA clinical trials, regardless of specific patient demographic and disease factors [ABSTRACT SAT0071]. Ann Rheum Dis 2001; 60(1 Suppl.):CD ABSTRACT SAT0071.

(745) DeTora LM, Krupa D, Bolognese J, Sperling RS, Ehrich EW. Rofecoxib shows consistent efficacy in osteoarthritis clinical trials, regardless of specific patient demographic and disease factors. J Rheumatol 2001; 28(11):2494-2503.

(746) DeTora LM, Zhao PL, Truitt KE, Anderson MA, Kress BA, Lee M. Improvements in pain scores in the rofecoxib rheumatoid arthritis (RA) clinical development program. Ann Rheum Dis 2002; 61(1 Suppl.):44.

(747) Devaraj S, Xu DY, Jialal I. C-reactive protein increases plasminogen activator inhibitor-1 expression and activity in human aortic endothelial cells: implications for the metabolic syndrome and atherothrombosis. Circulation 2003; 107(3):398-404.

(748) Dewitt DL, Smith WL. Primary structure of prostaglandin G/H synthase from sheep vesicular gland determined from the complementary DNA sequence. Proc Natl Acad Sci U S A 1988; 85(5):1412-1416.

(749) Dewitt DL, Meade EA, Smith WL. PGH synthase isoenzyme selectivity: the potential for safer nonsteroidal antiinflammatory drugs. Am J Med 1993; 95(2A):40S-44S.

(750) Dewitt DL. Cox-2-selective inhibitors: the new super aspirins. Mol Pharmacol 1999; 55(4):625-631.

(751) Dey A, Maric C, Kaesemeyer WH et al. Rofecoxib decreases renal injury in obese Zucker rats. Clin Sci (Lond) 2004; 107(6):561-570.

(752) Dhir A, Naidu PS, Kulkarni SK. Effect of rofecoxib, a cyclo-oxygenase-2 inhibitor, on various biochemical parameters of brain associated with pentylenetetrazol-induced chemical kindling in mice. Fundam Clin Pharmacol 2006; 20(3):255-261.

(753) Dhir A, Padi SS, Naidu PS, Kulkarni SK. Protective effect of naproxen (non-selective COX-inhibitor) or rofecoxib (selective COX-2 inhibitor) on immobilization stress-induced behavioral and biochemical alterations in mice. Eur J Pharmacol 2006; 535(1-3):192-198.

(754) Dhir A, Naidu PS, Kulkarni SK. Effect of cyclooxygenase inhibitors on pentylenetetrazol (PTZ)-induced convulsions: Possible mechanism of action. Prog Neuropsychopharmacol Biol Psychiatry 2006; 30(8):1478-1485.

KS-000890

(755) Di SF, Bosman C, Salvatori M et al. Combination therapy with rofecoxib and finasteride in the treatment of men with lower urinary tract symptoms (LUTS) and benign prostatic hyperplasia (BPH). Eur Urol 2005; 47(1):72-78.

(756) Dicker AP, Williams TL, Grant DS. Targeting angiogenic processes by combination rofecoxib and ionizing radiation. Am J Clin Oncol 2001; 24(5):438-442.

(757) Dickman A, Ellershaw J. NSAIDs: gastroprotection or selective COX-2 inhibitor? Palliat Med 2004; 18(4):275-286.

(758) Dieppe PA, Ebrahim S, Martin RM, Juni P. Lessons from the withdrawal of rofecoxib. BMJ 2004; 329(7471):867-868.

(759) Dimitrakov JD, Kaplan SA, Kroenke K, Jackson JL, Freeman MR. Management of chronic prostatitis/chronic pelvic pain syndrome: an evidence-based approach. Urology 2006; 67(5):881-888.

(760) Dinchuk JE, Car BD, Focht RJ et al. Renal abnormalities and an altered inflammatory response in mice lacking cyclooxygenase II. Nature 1995; 378(6555):406-409.

(761) Dionne RA, Khan AA, Gordon SM. Analgesia and COX-2 inhibition. Clin Exp Rheumatol 2001; 19(6 Suppl 25):S63-S70.

(762) Distel M, Mueller C, Bluhmki E, Fries J. Safety of meloxicam: a global analysis of clinical trials. Br J Rheumatol 1996; 35 Suppl 1:68-77.

(763) Dixon DA, Kaplan CD, McIntyre TM, Zimmerman GA, Prescott SM. Post-transcriptional control of cyclooxygenase-2 gene expression. The role of the 3'-untranslated region. J Biol Chem 2000; 275(16):11750-11757.

(764) Dodick D. Hemicrania continua: diagnostic criteria and nosologic status. Cephalalgia 2001; 21(9):869-872.

(765) Dogan E, Saygili U, Posaci C et al. Regression of endometrial explants in rats treated with the cyclooxygenase-2 inhibitor rofecoxib. Fertil Steril 2004; 82 Suppl 3:1115-1120.

(766) Dogne JM, Hanson J, Supuran C, Pratico D. Coxibs and cardiovascular side-effects: from light to shadow. Curr Pharm Des 2006; 12(8):971-975.

(767) Donnelly MT, Hawkey CJ. Review article: COX-II inhibitors--a new generation of safer NSAIDs? Aliment Pharmacol Ther 1997; 11(2):227-236.

(768) Donnet A, Lucas C, Massardier E, Boulliat J. Hemicrania with response to indomethacin and prevalent autonomic symptoms: four cases. Cephalalgia 2003; 23(2):157-160.

(769) Doret M, Mellier G, Benchaib M, Piacenza JM, Gharib C, Pasquier JC. In vitro study of tocolytic effect of rofecoxib, a specific cyclo-oxygenase 2 inhibitor. Comparison and combination with other tocolytic agents. BJOG 2002; 109(9):983-988.

(770) Dormond O, Foletti A, Paroz C, Ruegg C. NSAIDs inhibit alpha V beta 3 integrin-mediated and Cdc42/Rac-dependent endothelial-cell spreading, migration and angiogenesis. Nat Med 2001; 7(9):1041-1047.

(771) Dormond O, Bezzi M, Mariotti A, Ruegg C. Prostaglandin E2 promotes integrin alpha Vbeta 3-dependent endothelial cell adhesion, rac-activation, and spreading through cAMP/PKA-dependent signaling. J Biol Chem 2002; 277(48):45838-45846.

(772) Dormond O, Ruegg C. Regulation of endothelial cell integrin function and angiogenesis by COX-2, cAMP and Protein Kinase A. Thromb Haemost 2003; 90(4):577-585.

(773) Dorn GW. Role of thromboxane A2 in mitogenesis of vascular smooth muscle cells. Agents Actions Suppl 1997; 48:42-62.

(774) Doroudi R, Gan LM, Sjogren LS, Jern S. Intraluminal pressure modulates eicosanoid enzyme expression in vascular endothelium of intact human conduit vessels at physiological levels of shear stress. J Hypertens 2002; 20(1):63-70.

(775) Dougados M. The role of anti-inflammatory drugs in the treatment of osteoarthritis: a European viewpoint. Clin Exp Rheumatol 2001; 19(6 Suppl 25):S9-14.

KS-000891

(776) Dougados M, Hehanif AE, Logeart I, Ravaud P. Short-term efficacy of rofecoxib and diclofenac in acute shoulder pain: a placebo-controlled randomized trial. PLoS Clin Trials 2007; 2(3):e9.

(777) Doux JD, Bazar KA, Lee PY, Yun AJ. Can chronic use of anti-inflammatory agents paradoxically promote chronic inflammation through compensatory host response? Med Hypotheses 2005; 65(2):389-391.

(778) Dowd NP, Scully M, Adderley SR, Cunningham AJ, Fitzgerald DJ. Inhibition of cyclooxygenase-2 aggravates doxorubicin-mediated cardiac injury in vivo. J Clin Invest 2001; 108(4):585-590.

(779) Downing A, Jacobsen J, Sorensen HT, McLaughlin JK, Johnsen SP. Risk of hospitalization for angio-oedema among users of newer COX-2 selective inhibitors and other nonsteroidal anti-inflammatory drugs. Br J Clin Pharmacol 2006; 62(4):496-501.

(780) Drago F, Brusati C, Desirello G, Cacciapuoti M, Rebora A. Cutaneous vasculitis induced by cyclo-oxygenase-2 selective inhibitors. J Am Acad Dermatol 2004; 51(6):1029-1030.

(781) Drazen JM, Ingelfinger JR, Curfman GD. Expression of concern: Schiffl H, et Al. Daily hemodialysis and the outcome of acute renal failure. N Engl J Med 2002;346:305-10. N Engl J Med 2003; 348(21):2137.

(782) Drazen JM. COX-2 inhibitors--a lesson in unexpected problems. N Engl J Med 2005; 352(11):1131-1132.

(783) Drazen JM. Response to 'Lapses at the NEJM'. J R Soc Med 2006; 99(10):485.

(784) Drenth JP, Verheugt FW. Do COX-2 inhibitors give enough gastrointestinal protection? Lancet 2007; 369(9560):439-440.

(785) Drescher MJ, Elstein Y. Prophylactic COX 2 inhibitor: an end to the Yom Kippur headache. Headache 2006; 46(10):1487-1491.

(786) Dubey K, Balani DK, Tripathi CB, Singh R, Bajaj R, Pillai KK. Adverse interactions of rofecoxib with lisinopril in spontaneously hypertensive rats. Clin Toxicol (Phila) 2005; 43(5):361-373.

(787) DuBois RN, Giardiello FM, Smalley WE. Nonsteroidal anti-inflammatory drugs, eicosanoids, and colorectal cancer prevention. Gastroenterol Clin North Am 1996; 25(4):773-791.

(788) DuBois RN, Radhika A, Reddy BS, Entingh AJ. Increased cyclooxygenase-2 levels in carcinogen-induced rat colonic tumors. Gastroenterology 1996; 110(4):1259-1262.

(789) DuBois RN, Abramson SB, Crofford L et al. Cyclooxygenase in biology and disease. FASEB J 1998; 12(12):1063-1073.

(790) Dubois RW, Melmed GY, Henning JM, Bernal M. Risk of Upper Gastrointestinal Injury and Events in Patients Treated With Cyclooxygenase (COX)-1/COX-2 Nonsteroidal Antiinflammatory Drugs (NSAIDs), COX-2 Selective NSAIDs, and Gastroprotective Cotherapy: An Appraisal of the Literature. J Clin Rheumatol 2004; 10(4):178-189.

(791) Dudek D, Heba G, Chyrchel M et al. Early treatment with statins and selective COX-2 inhibitor decreases CRP in patients with unstable angina undergoing catheterization [ABSTRACT 2037]. Eur Heart J 2002; 23(Abstr. Suppl.):383-Abstr. 2037.

(792) Dudhgaonkar SP, Kumar D, Naik A, Devi AR, Bawankule DU, Tandan SK. Interaction of inducible nitric oxide synthase and cyclooxygenase-2 inhibitors in formalin-induced nociception in mice. Eur J Pharmacol 2004; 492(2-3):117-122.

(793) Dudhgaonkar SP, Tandan SK, Kumar D, Naik AK, Raviprakash V. Ameliorative effect of combined administration of inducible nitric oxide synthase inhibitor with cyclooxygenase-2 inhibitors in neuropathic pain in rats. Eur J Pain 2007; 11(5):528-534.

(794) Dunder K, Lind L, Lagerqvist B, Zethelius B, Vessby B, Lithell H. Cardiovascular risk factors for stable angina pectoris versus unheralded myocardial infarction. Am Heart J 2004; 147(3):502-508.

(795) Dunn MJ. Are COX-2 selective inhibitors nephrotoxic? Am J Kidney Dis 2000; 35(5):976-977.

(796) Durrieu G, Torello J, Olivier P, Montastruc JL, Castillo JR. Coxibs and arterial hypertension: results of the Spanish and French Pharmacovigilance databases. Fundam Clin Pharmacol 2004;218-#O-23.

KS-000892

(797) Durrieu G, Olivier P, Montastruc JL. COX-2 inhibitors and arterial hypertension: an analysis of spontaneous case reports in the Pharmacovigilance database. Eur J Clin Pharmacol 2005; 61(8):611-614.

(798) Dyer C. UK patients seek compensation after taking rofecoxib. BMJ 2004; 329(7478):1308.

(799) Eberhart CE, Coffey RJ, Radhika A, Giardiello FM, Ferrenbach S, DuBois RN. Up-regulation of cyclooxygenase 2 gene expression in human colorectal adenomas and adenocarcinomas. Gastroenterology 1994; 107(4):1183-1188.

(800) Ebert AD, Bartley J, David M. Aromatase inhibitors and cyclooxygenase-2 (COX-2) inhibitors in endometriosis: new questions--old answers? Eur J Obstet Gynecol Reprod Biol 2005; 122(2):144-150.

(801) Ebert MP, Schafer C, Chen J et al. Protective role of heat shock protein 27 in gastric mucosal injury. J Pathol 2005; 207(2):177-184.

(802) Edwards DJ, Prescilla RP, Frattarelli DA, Haritos D, Aranda JV. Pharmacokinetics of rofecoxib in children. Clin Pharmacol Ther 2004; 75(2):P73-#PII-80.

(803) Edwards IR. What are the real lessons from Vioxx? Drug Saf 2005; 28(8):651-658.

(804) Edwards JE, Moore RA, McQuay HJ. Individual patient meta-analysis of single-dose rofecoxib in postoperative pain. BMC Anesthesiol 2004; 4(1):3.

(805) Edwards JE, Moore RA, McQuay HJ. Rofecoxib for dysmenorrhoea: meta-analysis using individual patient data. BMC Womens Health 2004; 4(1):5.

(806) Edwards RG. Open conflict on the handling of the Merck drug Vioxx by editorial giants. Reprod Biomed Online 2006; 13(6):905.

(807) Efstathiou JA, Sampson DA, Levine Z et al. Nonsteroidal antiinflammatory drugs differentially suppress endometriosis in a murine model. Fertil Steril 2005; 83(1):171-181.

(808) Egan KM, Lawson JA, Fries S et al. COX-2-derived prostacyclin confers atheroprotection on female mice. Science 2004; 306(5703):1954-1957.

(809) Egan KM, Wang M, Fries S et al. Cyclooxygenases, thromboxane, and atherosclerosis: plaque destabilization by cyclooxygenase-2 inhibition combined with thromboxane receptor antagonism. Circulation 2005; 111(3):334-342.

(810) Eggertson L. Vioxx award good news for Canadian lawsuits. CMAJ 2005; 173(7):744.

(811) Egilman DS, Presler AH. Report of specific cardiovascular outcomes of the ADVANTAGE trial. Ann Intern Med 2006; 144(10):781.

(812) Egilman DS, Presler AH, Valentin CS. Avoiding the regulatory capture of the Food and Drug Administration. Arch Intern Med 2007; 167(7):732-733.

(813) Ehrich E, Dallob A, Van Hecken A et al. Demonstration of selective COX-2 inhibition by MK-966 in humans [ABSTRACT 328]. Arthritis Rheum 1996; 39(9 Suppl.):S81-Abstr. 328.

(814) Ehrich E, Mehlisch D, Perkins S et al. Efficacy of MK-966, a highly selective inhibitor of COX-2, in the treatment of postoperative dental pain [ABSTRACT 329]. Arthritis Rheum 1996; 39(9 Suppl.):S81-Abstr. 329.

(815) Ehrich E, Schnitzer T, Kivitz A et al. MK-966, a highly selective CO)X-2 inhibitor, was effective in the treatment of osteoarthritis (OA) of the knee and hip in a 6-week placebo controlled study [ABSTRACT 330]. Arthritis Rheum 1997; 40(9 Suppl.):S85-Abstr. 330.

(816) Ehrich E, Bolognese J, Kong S, Watson DJ, Zeng Q, Seidenberg B. Improvements in SF-36 mental health domains with treatment of OA: a result of decreased pain and disability or independent mechanisms? Arthritis Rheum 1998; 41(9 Suppl.):S221.

(817) Ehrich E, Schnitzer T, Weaver A et al. Treatment with MK-966 (Vioxx), a Specific COX-2 Inhibitor, Resulted In Clinical Improvement In Osteoarthritis (OA) of the Knee and Hip, That Was Sustained Over Six Months [ABSTRACT 198]. Rheumatol Eur 1999; 27(2 Suppl.):119-Abstr. 198.

KS-000893

(818)  Ehrich E, Krupa D, Bolognese J, Morrison B, Daniels B, Seidenberg B. Efficacy of rofecoxib, a COX-2 inhibitor, in hand, thumb and spine OA:  results of a non-signal joint analysis [POSTER 270]. Ann Rheum Dis 2000; 59(1 Suppl.):129.

(819)  Ehrich EW, Schnitzer TJ, McIlwain H et al. Effect of specific COX-2 inhibition in osteoarthritis of the knee: a 6 week double blind, placebo controlled pilot study of rofecoxib. Rofecoxib Osteoarthritis Pilot Study Group. J Rheumatol 1999; 26(11):2438-2447.

(820)  Ehrich EW, Dallob A, De L, I et al. Characterization of rofecoxib as a cyclooxygenase-2 isoform inhibitor and demonstration of analgesia in the dental pain model. Clin Pharmacol Ther 1999; 65(3):336-347.

(821)  Ehrich EW, Bolognese JA, Watson DJ, Kong SX. Effect of rofecoxib therapy on measures of health-related quality of life in patients with osteoarthritis. Am J Manag Care 2001; 7(6):609-616.

(822)  Eikelboom JW, Hirsh J, Weitz JI, Johnston M, Yi Q, Yusuf S. Aspirin-resistant thromboxane biosynthesis and the risk of myocardial infarction, stroke, or cardiovascular death in patients at high risk for cardiovascular events. Circulation 2002; 105(14):1650-1655.

(823)  Einhorn TA. Cox-2: Where are we in 2003? - The role of cyclooxygenase-2 in bone repair. Arthritis Res Ther 2003; 5(1):5-7.

(824)  Eisenberg RS. Learning the value of drugs--is rofecoxib a regulatory success story? N Engl J Med 2005; 352(13):1285-1287.

(825)  Eisenberg RS. The problem of new uses. Yale J Health Policy Law Ethics 2005; 5(2):717-739.

(826)  El-Medany A, Mahgoub A, Mustafa A, Arafa M, Morsi M. The effects of selective cyclooxygenase-2 inhibitors, celecoxib and rofecoxib, on experimental colitis induced by acetic acid in rats. Eur J Pharmacol 2005; 507(1-3):291-299.

(827)  El-Shenawy SM, bdel-Salam OM, Baiuomy AR, El-Batran S, Arbid MS. Studies on the anti-inflammatory and anti-nociceptive effects of melatonin in the rat. Pharmacol Res 2002; 46(3):235-243.

(828)  Elliott SN, McKnight W, Cirino G, Wallace JL. A nitric oxide-releasing nonsteroidal anti-inflammatory drug accelerates gastric ulcer healing in rats. Gastroenterology 1995; 109(2):524-530.

(829)  Elmes SJ, Winyard LA, Medhurst SJ et al. Activation of CB1 and CB2 receptors attenuates the induction and maintenance of inflammatory pain in the rat. Pain 2005; 118(3):327-335.

(830)  Elon RD. Improving geriatrics training. Ann Intern Med 2004; 140(12):1061.

(831)  Emery P. Clinical implications of selective cyclooxygenase-2 inhibition. Scand J Rheumatol Suppl 1996; 102:23-28.

(832)  Emery P, Zeidler H, Kvien TK et al. Celecoxib versus diclofenac in long-term management of rheumatoid arthritis: randomised double-blind comparison. Lancet 1999; 354(9196):2106-2111.

(833)  Emery P, Moore A, Hawkey C. Increased risk of cardiovascular events with coxibs and NSAIDs. Lancet 2005; 365(9470):1538.

(834)  Emkey R, Rosenthal N, Wu SC, Jordan D, Kamin M. Efficacy and safety of tramadol/acetaminophen tablets (Ultracet) as add-on therapy for osteoarthritis pain in subjects receiving a COX-2 nonsteroidal antiinflammatory drug: a multicenter, randomized, double-blind, placebo-controlled trial. J Rheumatol 2004; 31(1):150-156.

(835)  Engeler DS, Ackermann DK, Osterwalder JJ, Keel A, Schmid HP. A double-blind, placebo controlled comparison of the morphine sparing effect of oral rofecoxib and diclofenac for acute renal colic. J Urol 2005; 174(3):933-936.

(836)  Engelhardt FC, Shi YJ, Cowden CJ et al. Synthesis of a NO-releasing prodrug of rofecoxib. J Org Chem 2006; 71(2):480-491.

(837)  Enrique E, Cistero-Bahima A, San Miguel-Moncin MM, Alonso R. Rofecoxib should be tried in NSAID hypersensitivity. Allergy 2000; 55(11):1090.

(838)  Epstein M. Cardiovascular and renal effects of COX-2-specific inhibitors: recent insights and evolving clinical implications. Am J Ther 2001; 8(2):81-83.

KS-000894

(839) Epstein RA. Regulatory paternalism in the market for drugs: lessons from Vioxx and Celebrex. Yale J Health Policy Law Ethics 2005; 5(2):741-770.

(840) Eras J, Perazella MA. NSAIDs and the kidney revisited: are selective cyclooxygenase-2 inhibitors safe? Am J Med Sci 2001; 321(3):181-190.

(841) Ermondi G, Caron G, Lawrence R, Longo D. Docking studies on NSAID/COX-2 isozyme complexes using contact statistics analysis. J Comput Aided Mol Des 2004; 18(11):683-696.

(842) Eskiyurt N. The first experience of the efficacy and safety of coxibs in Turkish nation [ABSTRACT 141]. Ann Rheum Dis 2001; 60(1 Suppl.):CD AB0141.

(843) Espinosa-Morales R, Hunsche E, Querol J, Mavros P, Kong SX. Evaluation of rofecoxib under real-life conditions in Mexico - Analysis of satisfaction with treatment and patients' quality of life [ABSTRACT AB0651]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr AB0651.

(844) Etminan M, Gill S, Fitzgerald M, Samii A. Challenges and opportunities for pharmacoepidemiology in drug-therapy decision making. J Clin Pharmacol 2006; 46(1):6-9.

(845) Evans JF, Oshima M, Murai N et al. Chemoprevention of intestinal polyposis in the APC-716 mouse by rofecoxib, a specific cyclooxygenase-2 inhibitor [ABSTRACT 418]. Am J Gastroenterol 2000; 95(2533).

(846) Everts B, Wahrborg P, Hedner T. COX-2-Specific inhibitors--the emergence of a new class of analgesic and anti-inflammatory drugs. Clin Rheumatol 2000; 19(5):331-343.

(847) Falk E. Coronary thrombosis: pathogenesis and clinical manifestations. Am J Cardiol 1991; 68(7):28B-35B.

(848) Fam AG. Treating acute gouty arthritis with selective COX 2 inhibitors. BMJ 2002; 325(7371):980-981.

(849) Fan C, Oh DS, Wessels L et al. Concordance among gene-expression-based predictors for breast cancer. N Engl J Med 2006; 355(6):560-569.

(850) Fann JI, Cahill PD, Mitchell RS, Miller DC. Regional variability of prostacyclin biosynthesis. Arteriosclerosis 1989; 9(3):368-373.

(851) Faraci FM. Oxidative stress: the curse that underlies cerebral vascular dysfunction? Stroke 2005; 36(2):186-188.

(852) Farkouh ME, Kirshner H, Harrington RA et al. Comparison of lumiracoxib with naproxen and ibuprofen in the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET), cardiovascular outcomes: randomised controlled trial. Lancet 2004; 364(9435):675-684.

(853) Farkouh ME. COX-2 inhibitors and hypercoagulability. Clin Adv Hematol Oncol 2005; 3(1):35-36.

(854) Feenstra J, Grobbee DE, Mosterd A, Stricker BH. Adverse cardiovascular effects of NSAIDs in patients with congestive heart failure. Drug Saf 1997; 17(3):166-180.

(855) Fei SJ, Xiao SD, Peng YS, Chen XY, Shi Y. Chemopreventive effects of rofecoxib and folic acid on gastric carcinogenesis induced by N-methyl-N'-nitro-N-nitrosoguanidine in rats. Chin J Dig Dis 2006; 7(3):134-140.

(856) Feigenbaum PA, Medsger TA, Jr., Kraines RG, Fries JF. The variability of immunologic laboratory tests. J Rheumatol 1982; 9(3):408-414.

(857) Feitoza CQ, Camara NO, Pinheiro HS et al. Cyclooxygenase 1 and/or 2 blockade ameliorates the renal tissue damage triggered by ischemia and reperfusion injury. Int Immunopharmacol 2005; 5(1):79-84.

(858) Feldman M, McMahon AT. Do cyclooxygenase-2 inhibitors provide benefits similar to those of traditional nonsteroidal anti-inflammatory drugs, with less gastrointestinal toxicity? Ann Intern Med 2000; 132(2):134-143.

(859) Felson DT, Anderson JJ, Boers M et al. The American College of Rheumatology preliminary core set of disease activity measures for rheumatoid arthritis clinical trials. The Committee on Outcome Measures in Rheumatoid Arthritis Clinical Trials. Arthritis Rheum 1993; 36(6):729-740.

KS-000895

(860) Felson DT, Anderson JJ, Boers M et al. American College of Rheumatology. Preliminary definition of improvement in rheumatoid arthritis. Arthritis Rheum 1995; 38(6):727-731.

(861) Fendrick AM. Developing an economic rationale for the use of selective COX-2 inhibitors for patients at risk for NSAID gastropathy. Cleve Clin J Med 2002; 69 Suppl 1:SI59-SI64.

(862) Fendrick AM. Cost-effective use of NSAIDs: issues pertinent to coxib use in managed care. Am J Manag Care 2002; 8(17 Suppl):S529-S541.

(863) Fendrick AM. COX-2 inhibitor use after Vioxx: careful balance or end of the rope? Am J Manag Care 2004; 10(11 Pt 1):740-741.

(864) Fenn CG. COX-2 inhibition and thrombotic tendency. Med J Aust 2002; 176(2):88-89.

(865) Fenner H. Differentiating among nonsteroidal antiinflammatory drugs by pharmacokinetic and pharmacodynamic profiles. Semin Arthritis Rheum 1997; 26(6 Suppl 1):28-33.

(866) Fenton C, Keating GM, Wagstaff AJ. Valdecoxib: a review of its use in the management of osteoarthritis, rheumatoid arthritis, dysmenorrhoea and acute pain. Drugs 2004; 64(11):1231-1261.

(867) Fenwick SW, Toogood GJ, Lodge JP, Hull MA. The effect of the selective cyclooxygenase-2 inhibitor rofecoxib on human colorectal cancer liver metastases. Gastroenterology 2003; 125(3):716-729.

(868) Ferreira-Gonzalez I, Busse JW, Heels-Ansdell D et al. Problems with use of composite end points in cardiovascular trials: systematic review of randomised controlled trials. BMJ 2007; 334(7597):786.

(869) Ferreira SH, Moncada S, Vane JR. Prostaglandins and the mechanism of analgesia produced by aspirin-like drugs. Br J Pharmacol 1973; 49(1):86-97.

(870) Fetalvero KM, Shyu M, Nomikos AP et al. The prostacyclin receptor induces human vascular smooth muscle cell differentiation via the protein kinase A pathway. Am J Physiol Heart Circ Physiol 2006; 290(4):H1337-H1346.

(871) Fiebich BL, Chrubasik S. Effects of an ethanolic salix extract on the release of selected inflammatory mediators in vitro. Phytomedicine 2004; 11(2-3):135-138.

(872) Fiehn C, Rochel E, Ho AD, Max R. Dose escalation of leflunomide (LEF) to 40 mg once daily in patients with rheumatoid arthritis and insufficient response to standard dose LEF. Ann Rheum Dis 2004; 63(6):746-747.

(873) Fielder JH. The Vioxx debacle. IEEE Eng Med Biol Mag 2005; 24(2):106-109.

(874) Fijn R, Koorevaar RT, Brouwers JR. Prevention of heterotopic ossification after total hip replacement with NSAIDs. Pharm World Sci 2003; 25(4):138-145.

(875) Finckh A, Aronson MD. Cardiovascular risks of cyclooxygenase-2 inhibitors: where we stand now. Ann Intern Med 2005; 142(3):212-214.

(876) Fine PG. The role of rofecoxib, a cyclooxygenase-2-specific inhibitor, for the treatment of non-cancer pain: a review. J Pain 2002; 3(4):272-283.

(877) Fiorucci S, de LO, Jr., Mencarelli A et al. Cyclooxygenase-2-derived lipoxin A4 increases gastric resistance to aspirin-induced damage. Gastroenterology 2002; 123(5):1598-1606.

(878) Fiorucci S, Distrutti E, Mencarelli A et al. Evidence that 5-lipoxygenase and acetylated cyclooxygenase 2-derived eicosanoids regulate leukocyte-endothelial adherence in response to aspirin. Br J Pharmacol 2003; 139(7):1351-1359.

(879) Fiorucci S, Distrutti E, Mencarelli A et al. Cooperation between aspirin-triggered lipoxin and nitric oxide (NO) mediates antiadhesive properties of 2-(Acetyloxy)benzoic acid 3-(nitrooxymethyl)phenyl ester (NCX-4016) (NO-aspirin) on neutrophil-endothelial cell adherence. J Pharmacol Exp Ther 2004; 309(3):1174-1182.

(880) Fiorucci S, Antonelli E. Dual COX-inhibitors: the answer is NO? Curr Top Med Chem 2005; 5(5):487-492.

**KS-000896**

(881)   Fischer LM, Schlienger RG, Matter CM, Jick H, Meier CR. Discontinuation of nonsteroidal anti-inflammatory drug therapy and risk of acute myocardial infarction. Arch Intern Med 2004; 164(22):2472-2476.

(882)   Fischer LM, Schlienger RG, Matter CM, Jick H, Meier CR. Current use of nonsteroidal antiinflammatory drugs and the risk of acute myocardial infarction. Pharmacotherapy 2005; 25(4):503-510.

(883)   Fisher AA, Le Couteur DG. Intracerebral hemorrhage following possible interaction between celecoxib and clopidogrel. Ann Pharmacother 2001; 35(12):1567-1569.

(884)   Fitzgerald DJ, Roy L, Catella F, FitzGerald GA. Platelet activation in unstable coronary disease. N Engl J Med 1986; 315(16):983-989.

(885)   Fitzgerald DJ. Vascular biology of thrombosis: the role of platelet-vessel wall adhesion. Neurology 2001; 57(5 Suppl 2):S1-S4.

(886)   FitzGerald GA, Brash AR, Falardeau P, Oates JA. Estimated rate of prostacyclin secretion into the circulation of normal man. J Clin Invest 1981; 68(5):1272-1276.

(887)   FitzGerald GA, Oates JA, Hawiger J et al. Endogenous biosynthesis of prostacyclin and thromboxane and platelet function during chronic administration of aspirin in man. J Clin Invest 1983; 71(3):676-688.

(888)   FitzGerald GA, Smith B, Pedersen AK, Brash AR. Increased prostacyclin biosynthesis in patients with severe atherosclerosis and platelet activation. N Engl J Med 1984; 310(17):1065-1068.

(889)   FitzGerald GA, Catella F, Oates JA. Eicosanoid biosynthesis in human cardiovascular disease. Hum Pathol 1987; 18(3):248-252.

(890)   FitzGerald GA, Austin S, Egan K, Cheng Y, Pratico D. Cyclo-oxygenase products and atherothrombosis. Ann Med 2000; 32 Suppl 1:21-26.

(891)   FitzGerald GA, Witztum JL. Oxidative stress. Introduction. Trends Cardiovasc Med 2001; 11(3-4):91-92.

(892)   FitzGerald GA, Cheng Y, Austin S. COX-2 inhibitors and the cardiovascular system. Clin Exp Rheumatol 2001; 19(6 Suppl 25):S31-S36.

(893)   FitzGerald GA, Loll P. COX in a crystal ball: current status and future promise of prostaglandin research. J Clin Invest 2001; 107(11):1335-1337.

(894)   FitzGerald GA, Patrono C. The coxibs, selective inhibitors of cyclooxygenase-2. N Engl J Med 2001; 345(6):433-442.

(895)   FitzGerald GA. Nonsteroidal anti-inflammatory drugs, coxibs, and cardio-renal physiology: a mechanism-based approach. Am J Cardiol 2002; 89(6A):1D-2D.

(896)   FitzGerald GA. The choreography of cyclooxygenases in the kidney. J Clin Invest 2002; 110(1):33-34.

(897)   FitzGerald GA. Cardiovascular pharmacology of nonselective nonsteroidal anti-inflammatory drugs and coxibs: clinical considerations. Am J Cardiol 2002; 89(6A):26D-32D.

(898)   FitzGerald GA. COX-2 and beyond: Approaches to prostaglandin inhibition in human disease. Nat Rev Drug Discov 2003; 2(11):879-890.

(899)   FitzGerald GA. Coxibs and cardiovascular disease. N Engl J Med 2004; 351(17):1709-1711.

(900)   FitzGerald GA. Prostaglandins: modulators of inflammation and cardiovascular risk. J Clin Rheumatol 2004; 10(3 Suppl):S12-S17.

(901)   FitzGerald GA. COX-2 in play at the AHA and the FDA. Trends Pharmacol Sci 2007; 28(7):303-307.

(902)   Fitzpatrick FA, Soberman R. Regulated formation of eicosanoids. J Clin Invest 2001; 107(11):1347-1351.

(903)   Flegal KM, Graubard BI, Williamson DF, Gail MH. Excess deaths associated with underweight, overweight, and obesity. JAMA 2005; 293(15):1861-1867.

KS-000897

(904) Fleming M. Cardiovascular events and COX-2 inhibitors. JAMA 2001; 286(22):2808-2.

(905) Fletcher BS, Kujubu DA, Perrin DM, Herschman HR. Structure of the mitogen-inducible TIS10 gene and demonstration that the TIS10-encoded protein is a functional prostaglandin G/H synthase. J Biol Chem 1992; 267(7):4338-4344.

(906) Fletcher JT, Graf N, Scarman A, Saleh H, Alexander SI. Nephrotoxicity with cyclooxygenase 2 inhibitor use in children. Pediatr Nephrol 2006; 21(12):1893-1897.

(907) Florentinus SR, Heerdink ER, de BA, van DL, Leufkens HG. The trade-off between cardiovascular and gastrointestinal effects of rofecoxib. Pharmacoepidemiol Drug Saf 2005; 14(7):437-441.

(908) Florentinus SR, Nielsen MW, van DL, Leufkens HG, Hansen EH, Heerdink ER. Patient characteristics associated with prescribing of a newly introduced drug: the case of rofecoxib. Eur J Clin Pharmacol 2005; 61(2):157-159.

(909) Florez JC, Jablonski KA, Bayley N et al. TCF7L2 polymorphisms and progression to diabetes in the Diabetes Prevention Program. N Engl J Med 2006; 355(3):241-250.

(910) Florin TH. Lessons from early large-scale adoption of celecoxib and rofecoxib by Australian general practitioners. Med J Aust 2004; 180(6):310-312.

(911) Flower R, Gryglewski R, Herbaczynska-Cedro K, Vane JR. Effects of anti-inflammatory drugs on prostaglandin biosynthesis. Nat New Biol 1972; 238(82):104-106.

(912) Fonseca J, Rodrigues J, Moreira A, Vaz M. Pseudo-allergic reactions to nimesulide in NSAID-intolerant patients in a population with high consumption of this drug (ABSTRACT 151). Allergy 2000; 55(63 Suppl):50.

(913) Fontaine C, Bousquet PJ, Demoly P. Anaphylactic shock caused by a selective allergy to celecoxib, with no allergy to rofecoxib or sulfamethoxazole. J Allergy Clin Immunol 2005; 115(3):633-634.

(914) Fontanarosa PB, Rennie D, DeAngelis CD. Postmarketing surveillance--lack of vigilance, lack of trust. JAMA 2004; 292(21):2647-2650.

(915) Foral PA, Nystrom KK, Wilson AF, Christensen CM. Gastrointestinal-related adverse effects of COX-2 inhibitors. Drugs Today (Barc ) 2003; 39(12):939-948.

(916) Forero JH, Alfonso R, Arabelaez F, Hunsche E, Kong SX. Evaluation of rofecoxib in patients with osteoarthritis under real-life conditions - the VALOR study in Colombia [ABSTRACT AB0652]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr AB0652.

(917) Fornai M, Colucci R, Graziani F et al. Cyclooxygenase-2 induction after oral surgery does not entirely account for analgesia after selective blockade of cyclooxygenase 2 in the preoperative period. Anesthesiology 2006; 104(1):152-157.

(918) Fornaro G, Rossi P, Mantica PG et al. Indobufen in the prevention of thromboembolic complications in patients with heart disease. A randomized, placebo-controlled, double-blind study. Circulation 1993; 87(1):162-164.

(919) Fosslien E. Biochemistry of cyclooxygenase (COX)-2 inhibitors and molecular pathology of COX-2 in neoplasia. Crit Rev Clin Lab Sci 2000; 37(5):431-502.

(920) Fosslien E. Review: molecular pathology of cyclooxygenase-2 in cancer-induced angiogenesis. Ann Clin Lab Sci 2001; 31(4):325-348.

(921) Fosslien E. Cardiovascular complications of non-steroidal anti-inflammatory drugs. Ann Clin Lab Sci 2005; 35(4):347-385.

(922) Fowler VG, Jr., Boucher HW, Corey GR et al. Daptomycin versus standard therapy for bacteremia and endocarditis caused by Staphylococcus aureus. N Engl J Med 2006; 355(7):653-665.

(923) Fraenkel L, Fried T, Concato J, Wittink D. Patients prefer anti-inflammatory drugs... If they are unaware of other choices [ABSTRACT 993]. Arthritis Rheum 2002; 46(9 Suppl.):S384-Abstr. 993.

KS-000898

(924)   Fraenkel L, Fried T, Concato J, Wittink D. Are preferences for Cox-2 inhibitors explained by the certainty effect? [ABSTRACT 992]. Arthritis Rheum 2002; 46(9 Suppl.):S384-Abstr. 992.

(925)   Fraenkel L, Wittink DR, Concato J, Fried T. Informed choice and the widespread use of antiinflammatory drugs. Arthritis Rheum 2004; 51(2):210-214.

(926)   Franca DS, Ferreira-Alves DL, Duarte ID et al. Endogenous opioids mediate the hypoalgesia induced by selective inhibitors of cyclo-oxygenase 2 in rat paws treated with carrageenan. Neuropharmacology 2006; 51(1):37-43.

(927)   Francischi JN, Chaves CT, Moura AC et al. Selective inhibitors of cyclo-oxygenase-2 (COX-2) induce hypoalgesia in a rat paw model of inflammation. Br J Pharmacol 2002; 137(6):837-844.

(928)   Francois H, Coffman TM. Prostanoids and blood pressure: which way is up? J Clin Invest 2004; 114(6):757-759.

(929)   Francois H, Athirakul K, Howell D et al. Prostacyclin protects against elevated blood pressure and cardiac fibrosis. Cell Metab 2005; 2(3):201-207.

(930)   Frankish H. Why do COX-2 inhibitors increase risk of cardiovascular events? Lancet 2002; 359(9315):1410.

(931)   Frantz S. Vioxx risk could signify trouble in class. Nat Rev Drug Discov 2004; 3(11):899-901.

(932)   Frantz S. How to avoid another 'Vioxx'. Nat Rev Drug Discov 2005; 4(1):5-7.

(933)   Frantz S. Vioxx fears prompt call for user fee evaluation. Nat Rev Drug Discov 2005; 4(3):179.

(934)   Frantz S. Drug safety special: chasing shadows. Nature 2005; 434(7033):557-558.

(935)   Fraunfelder FW, Solomon J, Mehelas TJ. Ocular adverse effects associated with cyclooxygenase-2 inhibitors. Arch Ophthalmol 2006; 124(2):277-279.

(936)   Frazier KC. The lessons of Vioxx. N Engl J Med 2005; 353(13):1420-1421.

(937)   Fredy J, Diggins DA, Jr., Morrill GB. Blood pressure in Native Americans switched from celecoxib to rofecoxib. Ann Pharmacother 2005; 39(5):797-802.

(938)   Freedman GM, Kreitzer JM, Badola R. Rofecoxib-associated upper gastrointestinal bleed: a case report. Mt Sinai J Med 2002; 69(1-2):105-106.

(939)   Freedman JE, Ting B, Hankin B, Loscalzo J, Keaney JF, Jr., Vita JA. Impaired platelet production of nitric oxide predicts presence of acute coronary syndromes. Circulation 1998; 98(15):1481-1486.

(940)   Freitag FG, Diamond S, Diamond ML, Urban G. Preventative treatment of migraine headache with rofecoxib and montelukast. Cephalalgia 2001; 21(4):375-376.

(941)   Freitas J, Farricha V, Nascimento I, Borralho P, Parames A. Rofecoxib: a possible cause of acute colitis. J Clin Gastroenterol 2002; 34(4):451-453.

(942)   Freston J. Rofecoxib and the risk of adverse upper gastrointestinal effects. JAMA 2000; 283(15):1960.

(943)   Fricke J, Morrison BW, Fite S et al. MK-966 versus naproxen sodium 550 mg in post-surgical dental pain [ABSTRACT PI-7]. Clin Pharmacol Ther 1999; 65(2):119-Abstr. PI-7.

(944)   Fricke J, Varkalis J, Zwillich S et al. Valdecoxib is more efficacious than rofecoxib in relieving pain associated with oral surgery. Am J Ther 2002; 9(2):89-97.

(945)   Fricke J, Vassil T, Kotey P, Reicin AS, Korn S. Rofecoxib compared to oxycodone/acetaminophen for postoperative dental pain. Ann Rheum Dis 2002; 61(1 Suppl.):18.

(946)   Friedman LS, Richter ED. Excessive and disproportionate advertising in peer-reviewed journals. Int J Occup Environ Health 2006; 12(1):59-64.

**KS-000899**

(947)   Friedman PL, Brown EJ, Jr., Gunther S et al. Coronary vasoconstrictor effect of indomethacin in patients with coronary-artery disease. N Engl J Med 1981; 305(20):1171-1175.

(948)   Fries JF, Spitz P, Kraines RG, Holman HR. Measurement of patient outcome in arthritis. Arthritis Rheum 1980; 23(2):137-145.

(949)   Fries JF. The chronic disease data bank: first principles to future directions. J Med Philos 1984; 9(2):161-180.

(950)   Fries JF, Spitz PW, Mitchell DM, Roth SH, Wolfe F, Bloch DA. Impact of specific therapy upon rheumatoid arthritis. Arthritis Rheum 1986; 29(5):620-627.

(951)   Fries JF. Postmarketing drug surveillance: are our priorities right? J Rheumatol 1988; 15(3):389-390.

(952)   Fries JF, Miller SR, Spitz PW, Williams CA, Hubert HB, Bloch DA. Toward an epidemiology of gastropathy associated with nonsteroidal antiinflammatory drug use. Gastroenterology 1989; 96(2 Pt 2 Suppl):647-655.

(953)   Fries JF, Miller SR, Spitz PW, Williams CA, Hubert HB, Bloch DA. Identification of patients at risk for gastropathy associated with NSAID use. J Rheumatol Suppl 1990; 20:12-19.

(954)   Fries JF. A scoring system identifies high-risk patients. NSAID gastropathy: Epidemiology. J Musculos Med 1991; 8(2):21-28.

(955)   Fries JF, Williams CA, Bloch DA, Michel BA. Nonsteroidal anti-inflammatory drug-associated gastropathy: incidence and risk factor models. Am J Med 1991; 91(3):213-222.

(956)   Fries JF, Williams CA, Bloch DA. The relative toxicity of nonsteroidal antiinflammatory drugs. Arthritis Rheum 1991; 34(11):1353-1360.

(957)   Fries JF. NSAID gastropathy: the second most deadly rheumatic disease? Epidemiology and risk appraisal. J Rheumatol Suppl 1991; 28:6-10.

(958)   Fries JF, Williams CA, Ramey DR, Bloch DA. The relative toxicity of alternative therapies for rheumatoid arthritis: implications for the therapeutic progression. Semin Arthritis Rheum 1993; 23(2 Suppl 1):68-73.

(959)   Fries JF, Ramey DR, Singh G, Morfeld D, Bloch DA, Raynauld JP. A reevaluation of aspirin therapy in rheumatoid arthritis. Arch Intern Med 1993; 153(21):2465-2471.

(960)   Fries JF, Hochberg MC, Medsger TA, Jr., Hunder GG, Bombardier C. Criteria for rheumatic disease. Different types and different functions. The American College of Rheumatology Diagnostic and Therapeutic Criteria Committee. Arthritis Rheum 1994; 37(4):454-462.

(961)   Fries JF. ARAMIS and toxicity measurement. (Arthritis Rheumatism and Aging Medical Information System). J Rheumatol 1995; 22(5):995-997.

(962)   Fries JF. Selective cyclooxygenase inhibition: promise for future NSAID therapy? Scand J Rheumatol Suppl 1996; 102:1.

(963)   Fries JF, Singh G, Morfeld D, O'Driscoll P, Hubert H. Relationship of running to musculoskeletal pain with age. A six-year longitudinal study. Arthritis Rheum 1996; 39(1):64-72.

(964)   Fries JF, Ramey DR. "Arthritis specific" global health analog scales assess "generic" health related quality-of-life in patients with rheumatoid arthritis. J Rheumatol 1997; 24(9):1697-1702.

(965)   Fries JF, Williams CA, Singh G, Ramey DR. Response to therapy in rheumatoid arthritis is influenced by immediately prior therapy. J Rheumatol 1997; 24(5):838-844.

(966)   Fries JF. Quality-of-life considerations with respect to arthritis and nonsteroidal anti-inflammatory drugs. Am J Med 1998; 104(3A):14S-20S.

(967)   Fries JF. How may quality of life for rheumatoid arthritis patients be enhanced by current and future treatments? Rheumatology (Oxford) 1999; 38 Suppl 2:35-40.

**KS-000900**

(968) Fries JF, Bruce B. Rates of serious gastrointestinal events from low dose use of acetylsalicylic acid, acetaminophen, and ibuprofen in patients with osteoarthritis and rheumatoid arthritis. J Rheumatol 2003; 30(10):2226-2233.

(969) Fries JF, Murtagh KN, Bennett M, Zatarain E, Lingala B, Bruce B. The rise and decline of nonsteroidal antiinflammatory drug-associated gastropathy in rheumatoid arthritis. Arthritis Rheum 2004; 50(8):2433-2440.

(970) Fries S, Grosser T. The Cardiovascular Pharmacology of COX-2 Inhibition. Hematology Am Soc Hematol Educ Program 2005;445-451.

(971) Fries S, Grosser T, Price TS et al. Marked interindividual variability in the response to selective inhibitors of cyclooxygenase-2. Gastroenterology 2006; 130(1):55-64.

(972) Frink RJ, Trowbridge JO, Rooney PA, Jr. Nonobstructive coronary thrombosis in sudden cardiac death. Am J Cardiol 1978; 42(1):48-51.

(973) Frishman WH, Christodoulou J, Weksler B, Smithen C, Killip T, Scheidt S. Aspirin therapy in angina pectoris: effects on platelet aggregation, exercise tolerance, and electrocardiographic manifestations of ischemia. Am Heart J 1976; 92(1):3-10.

(974) Frishman WH. Effects of nonsteroidal anti-inflammatory drug therapy on blood pressure and peripheral edema. Am J Cardiol 2002; 89(6A):18D-25D.

(975) Frishman WH. Cyclooxygenase inhibition in patients with coronary artery disease. J Am Coll Cardiol 2004; 43(4):532-533.

(976) Frosch DL, Krueger PM, Hornik RC, Cronholm PF, Barg FK. Creating demand for prescription drugs: a content analysis of television direct-to-consumer advertising. Ann Fam Med 2007; 5(1):6-13.

(977) Fu JY, Masferrer JL, Seibert K, Raz A, Needleman P. The induction and suppression of prostaglandin H2 synthase (cyclooxygenase) in human monocytes. J Biol Chem 1990; 265(28):16737-16740.

(978) Funatsu T, Chono K, Hirata T, Keto Y, Kimoto A, Sasamata M. Mucosal acid causes gastric mucosal microcirculatory disturbance in nonsteroidal anti-inflammatory drug-treated rats. Eur J Pharmacol 2007; 554(1):53-59.

(979) Fung HB, Kirschenbaum HL. Selective cyclooxygenase-2 inhibitors for the treatment of arthritis. Clin Ther 1999; 21(7):1131-1157.

(980) Funk CD, Funk LB, Kennedy ME, Pong AS, FitzGerald GA. Human platelet/erythroleukemia cell prostaglandin G/H synthase: cDNA cloning, expression, and gene chromosomal assignment. FASEB J 1991; 5(9):2304-2312.

(981) Funk CD. Prostaglandins and leukotrienes: advances in eicosanoid biology. Science 2001; 294(5548):1871-1875.

(982) Furberg CD, Psaty BM, FitzGerald GA. Parecoxib, valdecoxib, and cardiovascular risk. Circulation 2005; 111(3):249.

(983) Furberg CD. Adverse cardiovascular effects of rofecoxib. N Engl J Med 2006; 355(2):204-205.

(984) Furberg CD. The COX-2 inhibitors--an update. Am Heart J 2006; 152(2):197-199.

(985) Furberg CD, Levin AA, Gross PA, Shapiro RS, Strom BL. The FDA and drug safety: a proposal for sweeping changes. Arch Intern Med 2006; 166(18):1938-1942.

(986) Furman MI, Benoit SE, Barnard MR et al. Increased platelet reactivity and circulating monocyte-platelet aggregates in patients with stable coronary artery disease. J Am Coll Cardiol 1998; 31(2):352-358.

(987) Furman MI, Kereiakes DJ, Krueger LA et al. Leukocyte-platelet aggregation, platelet surface P-selectin, and platelet surface glycoprotein IIIa after percutaneous coronary intervention: Effects of dalteparin or unfractionated heparin in combination with abciximab. Am Heart J 2001; 142(5):790-798.

(988) Furman MI, Barnard MR, Krueger LA et al. Circulating monocyte-platelet aggregates are an early marker of acute myocardial infarction. J Am Coll Cardiol 2001; 38(4):1002-1006.

KS-000901

(989) Furman MI, Krueger LA, Linden MD, Barnard MR, Frelinger AL, III, Michelson AD. Release of soluble CD40L from platelets is regulated by glycoprotein IIb/IIIa and actin polymerization. J Am Coll Cardiol 2004; 43(12):2319-2325.

(990) Furman MI, Krueger LA, Linden MD et al. GPIIb-IIIa antagonists reduce thromboinflammatory processes in patients with acute coronary syndromes undergoing percutaneous coronary intervention. J Thromb Haemost 2005; 3(2):312-320.

(991) Furst DE, Manning DC. Future directions in pain management. Clin Exp Rheumatol 2001; 19(6 Suppl 25):S71-S76.

(992) Fuster V, Fayad ZA, Moreno PR, Poon M, Corti R, Badimon JJ. Atherothrombosis and high-risk plaque: Part II: approaches by noninvasive computed tomographic/magnetic resonance imaging. J Am Coll Cardiol 2005; 46(7):1209-1218.

(993) Fuster V, Moreno PR, Fayad ZA, Corti R, Badimon JJ. Atherothrombosis and high-risk plaque: part I: evolving concepts. J Am Coll Cardiol 2005; 46(6):937-954.

(994) Futaki N, Yoshikawa K, Hamasaka Y et al. NS-398, a novel non-steroidal anti-inflammatory drug with potent analgesic and antipyretic effects, which causes minimal stomach lesions. Gen Pharmacol 1993; 24(1):105-110.

(995) Futaki N, Takahashi S, Yokoyama M, Arai I, Higuchi S, Otomo S. NS-398, a new anti-inflammatory agent, selectively inhibits prostaglandin G/H synthase/cyclooxygenase (COX-2) activity in vitro. Prostaglandins 1994; 47(1):55-59.

(996) Futterman LG, Lemberg L. Hibernating myocardium, stunning, ischemic preconditioning: clinical relevance. Am J Crit Care 2000; 9(6):430-436.

(997) Gabriel SE, Jaakkimainen L, Bombardier C. Risk for serious gastrointestinal complications related to use of nonsteroidal anti-inflammatory drugs. A meta-analysis. Ann Intern Med 1991; 115(10):787-796.

(998) Gaffney DK, Holden J, Zempolich K, Murphy KJ, Dicker AP, Dodson M. Elevated COX-2 expression in cervical carcinoma: reduced cause-specific survival and pelvic control. Am J Clin Oncol 2001; 24(5):443-446.

(999) Gagnier JJ, Chrubasik S, Manheimer E. Harpgophytum procumbens for osteoarthritis and low back pain: a systematic review. BMC Complement Altern Med 2004; 4:13.

(1000) Gagnier JJ, van TM, Berman B, Bombardier C. Herbal medicine for low back pain. Cochrane Database Syst Rev 2006;(2):CD004504.

(1001) Gagnier JJ, van Tulder MW, Berman B, Bombardier C. Herbal medicine for low back pain: a Cochrane review. Spine 2007; 32(1):82-92.

(1002) Galan MV, Gordon SC, Silverman AL. Celecoxib-induced cholestatic hepatitis. Ann Intern Med 2001; 134(3):254.

(1003) Galea C, Lim A, Reisine S, DeChello L, Abeles M. Self-reported medication and perceived efficacy of treatment among a sample of fibromyalgia patients [ABSTRACT 711]. Arthritis Rheum 2003; 48(9 Suppl.):S304-Abstr. 711.

(1004) Gallagher RM. Balancing risks and benefits in pain medicine: wither Vioxx. Pain Med 2004; 5(4):329-330.

(1005) Gambera L, Serafini F, Morgante G, Focarelli R, De L, V, Piomboni P. Sperm quality and pregnancy rate after COX-2 inhibitor therapy of infertile males with abacterial leukocytospermia. Hum Reprod 2007; 22(4):1047-1051.

(1006) Gambero A, Becker TL, Zago AS, de Oliveira AF, Pedrazzoli J, Jr. Comparative study of anti-inflammatory and ulcerogenic activities of different cyclo-oxygenase inhibitors. Inflammopharmacology 2005; 13(5-6):441-454.

(1007) Gandhimathi M, Ravi TK, Varghese SJ. Simultaneous LC determination of tizanidine and rofecoxib in tablets. J Pharm Biomed Anal 2005; 37(1):183-185.

(1008) Ganetsky M, Bird SB, Liang IE. Acute myocardial infarction associated with the serotonin syndrome. Ann Intern Med 2006; 144(10):782-783.

(1009) Gans KR, Galbraith W, Roman RJ et al. Anti-inflammatory and safety profile of DuP 697, a novel orally effective prostaglandin synthesis inhibitor. J Pharmacol Exp Ther 1990; 254(1):180-187.

(1010) Garattini S, Bertele V. Discontinuation of Vioxx. Lancet 2005; 365(9453):24.

KS-000902

(1011)  Garattini S. Europe also needs agency for postmarketing surveillance. BMJ 2005; 330(7490):540.

(1012)  Garcia-Cortes M, Lucena MI, Andrade RJ, Romero-Gomez M, Fernandez MC. Lansoprazole-induced hepatic dysfunction. Ann Pharmacother 2003; 37(11):1731.

(1013)  Garcia-Hernandez L, ciga-Campos M, Guevara-Lopez U, Lopez-Munoz FJ. Co-administration of rofecoxib and tramadol results in additive or sub-additive interaction during arthritic nociception in rat. Pharmacol Biochem Behav 2007.

(1014)  Garcia-Rodriguez RM, Hinojosa M, Camacho-Garrido E, Berges GP, Martin GC. Celecoxib, safe in NSAID intolerance. Allergy 2002; 57(11):1085-1086.

(1015)  Garcia Rodriguez LA, Walker AM, Perez GS. Nonsteroidal antiinflammatory drugs and gastrointestinal hospitalizations in Saskatchewan: a cohort study. Epidemiology 1992; 3(4):337-342.

(1016)  Garcia Rodriguez LA, Cattaruzzi C, Troncon MG, Agostinis L. Risk of hospitalization for upper gastrointestinal tract bleeding associated with ketorolac, other nonsteroidal anti-inflammatory drugs, calcium antagonists, and other antihypertensive drugs. Arch Intern Med 1998; 158(1):33-39.

(1017)  Garcia Rodriguez LA, Varas C, Patrono C. Differential effects of aspirin and non-aspirin nonsteroidal antiinflammatory drugs in the primary prevention of myocardial infarction in postmenopausal women. Epidemiology 2000; 11(4):382-387.

(1018)  Garcia Rodriguez LA. The effect of NSAIDs on the risk of coronary heart disease: fusion of clinical pharmacology and pharmacoepidemiologic data. Clin Exp Rheumatol 2001; 19(6 Suppl 25):S41-S44.

(1019)  Garcia Rodriguez LA, Varas-Lorenzo C, Maguire A, Gonzalez-Perez A. Nonsteroidal antiinflammatory drugs and the risk of myocardial infarction in the general population. Circulation 2004; 109(24):3000-3006.

(1020)  Garcia Rodriguez LA, Egan K, FitzGerald GA. Traditional nonsteroidal anti-inflammatory drugs and postmenopausal hormone therapy: a drug-drug interaction? PLoS Med 2007; 4(5):e157.

(1021)  Gardiner SJ, Begg EJ, Zhang M, Hughes RC. Transfer of rofecoxib into human milk. Eur J Clin Pharmacol 2005; 61(5-6):405-408.

(1022)  Gardner SH, Hawcroft G, Hull MA. Effect of nonsteroidal anti-inflammatory drugs on beta-catenin protein levels and catenin-related transcription in human colorectal cancer cells. Br J Cancer 2004; 91(1):153-163.

(1023)  Garg R, Kurup A, Mekapati SB, Hansch C. Cyclooxygenase (COX) inhibitors: a comparative QSAR study. Chem Rev 2003; 103(3):703-732.

(1024)  Garner RL, Carmen-Wilson M, Di Carlo V, Flaugher M. Rofecoxib for migraine prophylaxis. Cephalalgia 2001; 21(4):376.

(1025)  Garner SE, Fidan DD, Frankish RR et al. Rofecoxib for rheumatoid arthritis. Cochrane Database Syst Rev 2005;(1):CD003685.

(1026)  Garner SE, Fidan DD, Frankish R, Maxwell L. Rofecoxib for osteoarthritis. Cochrane Database Syst Rev 2005;(1):CD005115.

(1027)  Gasparini G, Gattuso D, Morabito A et al. Combined therapy with weekly irinotecan, infusional 5-fluorouracil and the selective COX-2 inhibitor rofecoxib is a safe and effective second-line treatment in metastatic colorectal cancer. Oncologist 2005; 10(9):710-717.

(1028)  Gatta L, Vakil N. NSAIDS: can we stomach the risk? Am J Gastroenterol 2003; 98(3):694-695.

(1029)  Gaziano JM. Nonnarcotic analgesics and hypertension. Am J Cardiol 2006; 97(9A):10-16.

(1030)  Geba GP, Polis AB, Dixon ME et al. Rofecoxib results in superior clinical response compared to nabumetone in the treatment of osteoarthritis [ABSTRACT 440]. Arthritis Rheum 1999; 42(9 Suppl.):S144-Abstr. 440.

(1031)  Geba GP, Polis AB, Dixon ME et al. Gastrointestinal tolerability in primary care patients treated with naproxen or rofecoxib for osteoarthritis (OA):  the Advantage trial [POSTER 295]. Ann Rheum Dis 2000; 59(Suppl 1):I-135.

KS-000903

(1032)   Geba GP, Weaver AL, Schnitzer TJ et al. A comparison of rofecoxib to celecoxib and acetaminophen in the treatment of osteoarthritis. Arthritis Rheum 2000; 43(9 Suppl.):S384.

(1033)   Geba GP, Weaver AL, Schnitzer TJ et al. A clinical trial comparing rofecoxib to celecoxib and acetaminophen in the treatment of osteoarthritis (OA): early efficacy results [POSTER 291]. Ann Rheum Dis 2000; 59(1 Suppl.):133-134.

(1034)   Geba GP, Perlman M, Polis AB, Dixon ME, Skalky CS, Lisse JR. Comparative risk of hypertension (HTN) and edema in patients treated with rofecoxib or naproxen: a subgroup analysis from The Advantage Trial. Arthritis Rheum 2001; 44(9 Suppl.):S136.

(1035)   Geba GP, Polis AB, Kong SX et al. Quality of Life in the treatment of osteoarthritis (OA): comparison of rofecoxib to nabumatone and placebo. J Am Geriatr Soc 2001; 49(4):87.

(1036)   Geba GP, Polis AB, Dixon ME, Dobbins TW, Rush JE, Weir MR. Comparative blood pressure effects of rofecoxib, celecoxib, and placebo in patients with osteoarthritis (OA): randomized controlled trial [ABSTRACT SAT0095]. Ann Rheum Dis 2001; 60(1 Suppl.):CD ABSTRACT SAT0095.

(1037)   Geba GP, Lisse JR, Perlman M et al. Gastrointestinal tolerability in primary care patients treated with naproxen or rofecoxib for osteoarthritis (OA): the Advantage Trial [ABSTRACT SAT0096]. Ann Rheum Dis 2001; 60(1 Suppl.):CD ABSTRACT SAT0096.

(1038)   Geba GP, Polis AB, Skalky CS, Petruschke RA, Dobbins TW. Rofecoxib versus naproxen in osteoarthritis patients receiving concomitant low dose aspirin: a subgroup analysis involving 719 patients from the ADVANTAGE trial. Ann Rheum Dis 2002; 61(1 Suppl.):29.

(1039)   Geba GP, Polis AB, Bohidar NR, Rush JE, Dobbins TW, Keane WF. Effect of rofecoxib vs. naproxen on hypertension and edema related events: a multivariate analysis involving 5557 patients from the advantage trial [POSTER 527]. Am J Hypertens 2002; 15(4 Pt. 2):223A.

(1040)   Geba GP, Weaver AL, Polis AB, Dixon ME, Schnitzer TJ. Efficacy of rofecoxib, celecoxib, and acetaminophen in osteoarthritis of the knee: a randomized trial. JAMA 2002; 287(1):64-71.

(1041)   Geba GP, Polis AB, Bohidar NR, Petruschke RA, Dobbins TW, Keane WF. Hypertension among rofecoxib compared to naproxen patients in the ADVANTAGE trial: a multivariate analysis [ABSTRACT 486]. Arthritis Rheum 2002; 46(9 Suppl.):S212-Abstr. 486.

(1042)   Geba GP, Polis AB, Skalky CS, Petruschke RA, Dobbins TW. Gastrointestinal tolerability among osteoarthritis patients receiving low dose aspirin in combination with rofecoxib or naproxen [ABSTRACT 1222]. Arthritis Rheum 2002; 46(9 Suppl.):S462-S463, Abstr. 1222.

(1043)   Geba GP, Polis AB, Skalky CS, Petruschke RA, Dobbins TW. Gastrointestinal tolerability among osteoarthritis patients receiving low dose aspirin in combination with rofecoxib or naproxen [ABSTRACT 717]. Am J Gastroenterol 2002; 97(9 Suppl.):S235.

(1044)   Geba GP, Polis AB, Bohidar NR et al. Effect of rofecoxib versus naproxen: hypertension and edema adverse events in a multivariate analysis involving 5557 patients from the ADVANTAGE trial. Ann Rheum Dis 2002; 61(1 Suppl.):15.

(1045)   Geba GP, Polis AB, Bohidar NR, Petruschke RA, Dobbins TW, Keane WF. Edema adverse experiences in 5557 osteoarthritis patients treated with rofecoxib compared to naproxen in the ADVANTAGE trial: a multivariate analysis [ABSTRACT 1223]. Arthritis Rheum 2002; 46(9 Suppl.):S463-Abstr. 1223.

(1046)   Geba GP, Lisse JR, Perlman M, Polis AB, Dixon ME, Skalky CS. The efficacy of rofecoxib versus naproxen in osteoarthritis: subgroup analysis by joint in the ADVANTAGE trial. Ann Rheum Dis 2002; 61(1 Suppl.):28.

(1047)   Geba GP, Weaver AL, Polis AB, Petruschke RA, Schnitzer TJ. The response of osteoarthritis patients to therapy with rofecoxib, celecoxib, or acetaminophen: a pooled analysis of the VACT trials [ABSTRACT FRI0248]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr FRI0248.

(1048)   Geba GP, Weaver AL, Polis AB, Petruschke RA, Schnitzer TJ. Analysis of the onset of efficacy with rofecoxib, celecoxib, and acetaminophen in osteoarthritis: the VACT-2 trial [ABSTRACT AB0423]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr AB0423.

**KS-000904**

(1049)  Geba GP, Polis AB, Bohidar NR, Petruschke RA, Dobbins TW, Keane WF. Hypertension- and edema-related adverse events among diabetic patients treated with rofecoxib or naproxen in the population of an osteoarthritis trial: ADVANTAGE [ABSTRACT 1577]. Arthritis Rheum 2003; 48(9 Suppl.):S607-Abstr. 1577.

(1050)  Geba GP, Polis A, Petruschke RA, Keane WF. Hypertension adverse experiences among osteoarthritis patients treated with rofecoxib, celecoxib, or acetaminophen in the 'VACT' trials [ABSTRACT SAT0199]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr SAT0199.

(1051)  Geba GP, Polis AB, Petruschke RA, Keane WK. Hypertension among osteoarthritis patients treated with rofecoxib, celecoxib, or acetaminophen:  an analysis of the data from the pooled VACT studies [ABSTRACT 83]. Am J Hypertens 2003; 16(5 Pt. 2):39A.

(1052)  Geba GP, Schnitzer TJ, Polis AB, Petruschke RA, Weaver AL. Patient global assessment and WOMAC response among osteoarthritis patients treated with rofecoxib, celecoxib, or acetaminophen in the VACT-2 trial [ABSTRACT AB0425]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr AB0425.

(1053)  Gehrmann M, Brunner M, Pfister K, Reichle A, Kremmer E, Multhoff G. Differential up-regulation of cytosolic and membrane-bound heat shock protein 70 in tumor cells by anti-inflammatory drugs. Clin Cancer Res 2004; 10(10):3354-3364.

(1054)  Geis GS, Hubbard RC, Callison DA, Yu S, Zhao W. Safety and efficacy of celecoxib, a specific COX-2 inhibitor, in patients with rheumatoid arthritis. Digestion 1998; 59(3 Suppl.):216.

(1055)  Geis GS. Pharmacia's response to editorial. BMJ 2002; 325(7356):161-162.

(1056)  George MM, Li SD, Mindikoglu AL et al. Platelet sparing effect of COX II inhibition used with pegylated interferon alfa-2a for the treatment of chronic hepatitis C: a short term pilot study. Cytokine 2004; 27(6):159-165.

(1057)  Gertz BJ, Krupa D, Bolognese JA, Sperling RS, Reicin A. A comparison of adverse renovascular experiences among osteoarthritis patients treated with rofecoxib and comparator non-selective non-steroidal anti-inflammatory agents. Curr Med Res Opin 2002; 18(2):82-91.

(1058)  Gessell-Lee DL, Popov VL, Boldogh I, Olano JP, Peterson JW. Role of cyclooxygenase enzymes in a murine model of experimental cholera. Infect Immun 2003; 71(11):6234-6242.

(1059)  Geusens P, Alten R, Rovensky J et al. Efficacy, safety and tolerability of lumiracoxib in patients with rheumatoid arthritis. Int J Clin Pract 2004; 58(11):1033-1041.

(1060)  Geusens PP, Truitt K, Sfikakis P et al. A placebo and active comparator-controlled trial of rofecoxib for the treatment of rheumatoid arthritis. Scand J Rheumatol 2002; 31(4):230-238.

(1061)  Ghosh S, Standen NB, Galinanes M. Preconditioning the human myocardium by simulated ischemia: studies on the early and delayed protection. Cardiovasc Res 2000; 45(2):339-350.

(1062)  Ghozlan PR, Bernhardt M, Velicitat P, Bluhmki E. Tolerability of multiple administration of intramuscular meloxicam: a comparison with intramuscular piroxicam in patients with rheumatoid arthritis or osteoarthritis. Br J Rheumatol 1996; 35 Suppl 1:51-55.

(1063)  Gibbs BF, Boehncke WH. Effects of rofecoxib, celecoxib, and parecoxib on anti-IgE-induced histamine release from human skin mast cells and basophils. Allergy 2003; 58(10):1075-1076.

(1064)  Gibofsky A. Clinical profiles of celecoxib and rofecoxib in the rheumatic diseases. J Hypertens Suppl 2002; 20(6):S25-S30.

(1065)  Gibofsky A, Williams GW, McKenna F, Fort JG. Comparing the efficacy of cyclooxygenase 2-specific inhibitors in treating osteoarthritis: appropriate trial design considerations and results of a randomized, placebo-controlled trial. Arthritis Rheum 2003; 48(11):3102-3111.

(1066)  Gibson L. Drug company sues Spanish bulletin over fraud claim. BMJ 2004; 328(7433):188.

(1067)  Gibson L. Spanish drug editor wins case brought by Merck, Sharp Dohme. BMJ 2004; 328(7435):807.

KS-000905

(1068)  Giercksky KE, Haglund U, Rask-Madsen J. Selective inhibitors of COX-2--are they safe for the stomach? Scand J Gastroenterol 2000; 35(11):1121-1124.

(1069)  Gierse JK, McDonald JJ, Hauser SD, Rangwala SH, Koboldt CM, Seibert K. A single amino acid difference between cyclooxygenase-1 (COX-1) and -2 (COX-2) reverses the selectivity of COX-2 specific inhibitors. J Biol Chem 1996; 271(26):15810-15814.

(1070)  Gierse JK, Koboldt CM, Walker MC, Seibert K, Isakson PC. Kinetic basis for selective inhibition of cyclo-oxygenases. Biochem J 1999; 339 ( Pt 3):607-614.

(1071)  Gierse JK, Zhang Y, Hood WF et al. Valdecoxib: assessment of cyclooxygenase-2 potency and selectivity. J Pharmacol Exp Ther 2005; 312(3):1206-1212.

(1072)  Giles LG, Muller R. Chronic spinal pain: a randomized clinical trial comparing medication, acupuncture, and spinal manipulation. Spine 2003; 28(14):1490-1502.

(1073)  Gilron I, Orr E, Tu D, O'Neill JP, Zamora JE, Bell AC. A placebo-controlled randomized clinical trial of perioperative administration of gabapentin, rofecoxib and their combination for spontaneous and movement-evoked pain after abdominal hysterectomy. Pain 2005; 113(1-2):191-200.

(1074)  Gilroy DW, Colville-Nash PR, McMaster S, Sawatzky DA, Willoughby DA, Lawrence T. Inducible cyclooxygenase-derived 15-deoxy(Delta)12-14PGJ2 brings about acute inflammatory resolution in rat pleurisy by inducing neutrophil and macrophage apoptosis. FASEB J 2003; 17(15):2269-2271.

(1075)  Gilroy DW, Newson J, Sawmynaden P, Willoughby DA, Croxtall JD. A novel role for phospholipase A2 isoforms in the checkpoint control of acute inflammation. FASEB J 2004; 18(3):489-498.

(1076)  Gimeno V, Castellsague J, Hopkins J, Eaton S, Perez-Gutthann S. Characterization of users of COX-2 inhibitors and non-specific NSAIDs [ABSTRACT SAT0204]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr SAT0204.

(1077)  Giovannini MG, Scali C, Prosperi C et al. Beta-amyloid-induced inflammation and cholinergic hypofunction in the rat brain in vivo: involvement of the p38MAPK pathway. Neurobiol Dis 2002; 11(2):257-274.

(1078)  Girardin F, Siegenthaler M, De MP, Desmeules J. Rofecoxib interaction with oral anticoagulant acenocoumarol. Eur J Clin Pharmacol 2003; 59(5-6):489-490.

(1079)  Girvin B, Rafferty T, Stevenson MR, Johnston GD. Uptake of COX-2 selective inhibitors and influence on NSAID prescribing in Northern Ireland. Pharmacoepidemiol Drug Saf 2004; 13(3):153-157.

(1080)  Gislason GH, Jacobsen S, Rasmussen JN et al. Risk of death or reinfarction associated with the use of selective cyclooxygenase-2 inhibitors and nonselective nonsteroidal antiinflammatory drugs after acute myocardial infarction. Circulation 2006; 113(25):2906-2913.

(1081)  Giuliano F, Warner TD. Origins of prostaglandin E2: involvements of cyclooxygenase (COX)-1 and COX-2 in human and rat systems. J Pharmacol Exp Ther 2002; 303(3):1001-1006.

(1082)  Giuseppe P, Antonino R, Alessandro DB et al. Floctafenine: a valid alternative in patients with adverse reactions to nonsteroidal anti-inflammatory drugs. Ann Allergy Asthma Immunol 1997; 78(1):74-78.

(1083)  Gobel H, Heinze A, Heinze-Kuhn K, Zumbroich V. Sumatriptan plus rofecoxib: reduction of headache recurrence in acute migraine. Cephalalgia 2001; 21(4):416-417.

(1084)  Goh J, Wight D, Parkes M, Middleton SJ, Hunter JO. Rofecoxib and cytomegalovirus in acute flare-up of ulcerative colitis: coprecipitants or coincidence? Am J Gastroenterol 2002; 97(4):1061-1062.

(1085)  Goldkind L. Refecoxib versus placebo ulcer rates. Gastroenterology 2000; 118(3):638-639.

(1086)  Goldman M, Schutzer S. Valdecoxib: a COX-2 inhibitor for treatment of osteoarthritis, rheumatoid arthritis, and primary dysmenorrhea. Formulary 2002; 37(2):68-77 passim.

(1087)  Goldstein J, Bello A, Fort J. Differential rates of UGI symptoms in patients receiving celecoxib or ibuprofen with and without low-dose aspirin for cardiovascular prophylaxis. Ann Rheum Dis 2002; 61(1 Suppl.):24-25.

KS-000906

(1088)  Goldstein JL, Agrawal N, Silverstein F et al. Celecoxib is associated with a low rate of clinically significant upper GI events:  a two-year open label trial [ABSTRACT 699]. Am J Gastroenterol 1999; 94(9):2752.

(1089)  Goldstein JL, Agrawal N, Silverstein F et al. Effect of celecoxib (CEL) versus placebo (PBO) or NSAIDs in healing of gastric and duodenal erosions in arthritis patients: analysis of controlled endoscopic studies [ABSTRACT 126]. Am J Gastroenterol 1999; 94(9):2608.

(1090)  Goldstein JL, Silverstein FE, Agrawal NM et al. Reduced risk of upper gastrointestinal ulcer complications with celecoxib, a novel COX-2 inhibitor. Am J Gastroenterol 2000; 95(7):1681-1690.

(1091)  Goldstein MR. Cyclooxygenase-2 inhibitors and myocardial infarction. Arch Intern Med 2002; 162(22):2639-2642.

(1092)  Gomez A, Florido JF, Quiralte J, Martin AE, Saenz de San PB. Allergic contact dermatitis due to indomethacin and diclofenac. Contact Dermatitis 2000; 43(1):59.

(1093)  Gomez CJ, Lubomirov HR, Carcas Sansuan AJ, Vazquez Rodriguez JJ. Outcome trials of COX-2 selective inhibitors: global safety evaluation does not promise benefits. Eur J Clin Pharmacol 2003; 59(2):169-175.

(1094)  Good CB, Kelley CL. The Vioxx debacle revisited. Am J Med 2005; 118(9):1055-1056.

(1095)  Goodman S, Ma T, Trindade M et al. COX-2 selective NSAID decreases bone ingrowth in vivo. J Orthop Res 2002; 20(6):1164-1169.

(1096)  Goodman SB, Ma T, Mitsunaga L, Miyanishi K, Genovese MC, Smith RL. Temporal effects of a COX-2-selective NSAID on bone ingrowth. J Biomed Mater Res A 2005; 72(3):279-287.

(1097)  Goodson N, Symmons D. Rheumatoid arthritis in women: still associated with an increased mortality. Ann Rheum Dis 2002; 61(11):955-956.

(1098)  Goodson NJ, Wiles NJ, Lunt M, Barrett EM, Silman AJ, Symmons DP. Mortality in early inflammatory polyarthritis: cardiovascular mortality is increased in seropositive patients. Arthritis Rheum 2002; 46(8):2010-2019.

(1099)  Gopikrishna V, Parameswaran A. Effectiveness of prophylactic use of rofecoxib in comparison with ibuprofen on postendodontic pain. J Endod 2003; 29(1):62-64.

(1100)  Gorelick KJ. What ails the FDA? N Engl J Med 2005; 352(24):2553-2554.

(1101)  Gorman DC. Perspectives on drug withdrawals. CMAJ 2005; 173(2):129.

(1102)  Gornet JM, Hassani Z, Modiglian R, Lemann M. Exacerbation of Crohn's colitis with severe colonic hemorrhage in a patient on rofecoxib. Am J Gastroenterol 2002; 97(12):3209-3210.

(1103)  Gottesdiener K, Mehlisch DR, Huntington M et al. Efficacy and tolerability of the specific cyclooxygenase-2 inhibitor DFP compared with naproxen sodium in patients with postoperative dental pain. Clin Ther 1999; 21(8):1301-1312.

(1104)  Gottesdiener K, Schnitzer T, Fisher C et al. Results of a randomized, dose-ranging trial of etoricoxib in patients with osteoarthritis. Rheumatology (Oxford) 2002; 41(9):1052-1061.

(1105)  Gottesdiener K, Agrawal N, Porras A et al. Effects of renal insufficiency and hemodialysis on the pharmacokinetics of rofecoxib. Am J Ther 2003; 10(4):252-258.

(1106)  Gottlieb S. FDA refuses companies' request to drop ulcer warning. BMJ 2001; 322(7283):385.

(1107)  Govoni S, Masoero E, Favalli L et al. The Cycloxygenase-2 inhibitor SC58236 is neuroprotective in an in vivo model of focal ischemia in the rat. Neurosci Lett 2001; 303(2):91-94.

(1108)  Graham DJ, Campen D, Hui R et al. Risk of acute myocardial infarction and sudden cardiac death in patients treated with cyclo-oxygenase 2 selective and non-selective non-steroidal anti-inflammatory drugs: nested case-control study. Lancet 2005; 365(9458):475-481.

(1109)  Graham DJ. COX-2 inhibitors, other NSAIDs, and cardiovascular risk: the seduction of common sense. JAMA 2006; 296(13):1653-1656.

KS-000907

(1110)  Graham GG, Graham RI, Day RO. Comparative analgesia, cardiovascular and renal effects of celecoxib, rofecoxib and acetaminophen (paracetamol). Curr Pharm Des 2002; 8(12):1063-1075.

(1111)  Graham TE, Yang Q, Bluher M et al. Retinol-binding protein 4 and insulin resistance in lean, obese, and diabetic subjects. N Engl J Med 2006; 354(24):2552-2563.

(1112)  Granella F, Allais G, Benedetto C. Cyclo-oxygenase-2 inhibitors as short-term prophylaxis of menstrually related migraine.  A pilot study. Cephalalgia 2003; 23(7):731-A pilot study was performed to evaluate the short-term prophylactic effects of COX-2 inhibitors (rofecoxib and celecoxib) in 20 women with menstrually-related migraine (defined as attacks beginning from -2 to +3 days after the onset of menses). After a 2-mo run-in period, 12 patients received celecoxib 200 mg/day and 8 patients received rofecoxib 25 mg/day during 2-6 mo of menstrual cycles.  COX-2 inhibitor treatment was started 2 days prior to the expected onset of menstrually-related migraine and continued for 7-10 days.  After treatment with COX-2 inhibitors, there were decreases in the number of days with menstrually-related migraine (from 4.0 to 1.8 days), number of menstrually-related migraine attacks (from 2.1 to 1.2 attacks), and number of escape medications (5.3 to 2.0 medications; all P<0.0001).  Adverse events (mostly GI symptoms) occurred in 8 patients, but only 2 of these patients dropped out of the study due to adverse events.  The authors conclude that COX-2 inhibitors are useful as short-term prophylaxis in women with menstrually-related migraines.

(1113)  Granstrom E. The arachidonic acid cascade. The prostaglandins, thromboxanes and leukotrienes. Inflammation 1984; 8 Suppl:S15-S25.

(1114)  Grant JG. Ten points for a national health plan. Arch Intern Med 2002; 162(22):2631-2632.

(1115)  Gray PA, Warner TD, Vojnovic I et al. Effects of non-steroidal anti-inflammatory drugs on cyclo-oxygenase and lipoxygenase activity in whole blood from aspirin-sensitive asthmatics vs healthy donors. Br J Pharmacol 2002; 137(7):1031-1038.

(1116)  Green K, Drvota V, Vesterqvist O. Pronounced reduction of in vivo prostacyclin synthesis in humans by acetaminophen (paracetamol). Prostaglandins 1989; 37(3):311-315.

(1117)  Green MD. Causation, Vioxx, and legal issues. Science 2005; 310(5750):973.

(1118)  Greenberg HE, Gillen LP, Dorval EP et al. MK-0966, a cyclooxygenase-2 (COX-2) specific inhibitor, had no effect on the anti-platelet activity of low-dose aspirin (ASA) measured by serum thromboxane B-2 (TXB-2) production and platelet aggregation [ABSTRACT PII-66]. Clin Pharmacol Ther 1999; 65(2):163-Abstr. PII-66.

(1119)  Greenberg HE, Gottesdiener K, Huntington M et al. A new cyclooxygenase-2 inhibitor, rofecoxib (VIOXX), did not alter the antiplatelet effects of low-dose aspirin in healthy volunteers. J Clin Pharmacol 2000; 40(12 Pt 2):1509-1515.

(1120)  Greenberg JD, Bingham CO, Abramson SB, Reed G, Kremer J, CORRONA database. Predictors of aspirin co-prescription among NSAID and COX-2 inhibitor users with cardiovascular risk factors [ABSTRACT 477]. Arthritis Rheum 2003; 48(9 Suppl.):S218-Abstr. 477.

(1121)  Greenberg JD, Bingham CO, III, Abramson SB, Reed G, Sebaldt RJ, Kremer J. Effect of cardiovascular comorbidities and concomitant aspirin use on selection of cyclooxygenase inhibitor among rheumatologists. Arthritis Rheum 2005; 53(1):12-17.

(1122)  Greene AK, Alwayn IP, Nose V et al. Prevention of intra-abdominal adhesions using the antiangiogenic COX-2 inhibitor celecoxib. Ann Surg 2005; 242(1):140-146.

(1123)  Greene MF. The intimidation of American physicians--banning partial-birth abortion. N Engl J Med 2007; 356(21):2128-2129.

(1124)  Greener M. Drug safety on trial. Last year's withdrawal of the anti-arthritis drug Vioxx triggered a debate about how to better monitor drug safety even after approval. EMBO Rep 2005; 6(3):202-204.

(1125)  Greenland S. Relation of probability of causation to relative risk and doubling dose: a methodologic error that has become a social problem. Am J Public Health 1999; 89(8):1166-1169.

(1126)  Gregg EW, Cheng YJ, Cadwell BL et al. Secular trends in cardiovascular disease risk factors according to body mass index in US adults. JAMA 2005; 293(15):1868-1874.

**KS-000908**

(1127) Gretzer B, Knorth H, Chantrain M et al. Effects of diclofenac and L-745,337, a selective cyclooxy-genase-2 inhibitor, on prostaglandin E2 formation in tissue from human colonic mucosa and chronic bursitis [ABSTRACT G0570]. Gastroenterology 1998; 114(4 Pt. 2):A139-Abstr. G0570.

(1128) Gretzer B, Maricic N, Respondek M, Schuligoi R, Peskar BM. Effects of specific inhibition of cyclo-oxygenase-1 and cyclo-oxygenase-2 in the rat stomach with normal mucosa and after acid challenge. Br J Pharmacol 2001; 132(7):1565-1573.

(1129) Gridelli C, Gallo C, Ceribelli A et al. Factorial phase III randomised trial of rofecoxib and prolonged constant infusion of gemcitabine in advanced non-small-cell lung cancer: the GEmcitabine-COxib in NSCLC (GECO) study. Lancet Oncol 2007; 8(6):500-512.

(1130) Griendling KK, FitzGerald GA. Oxidative stress and cardiovascular injury: Part II: animal and human studies. Circulation 2003; 108(17):2034-2040.

(1131) Griendling KK, FitzGerald GA. Oxidative stress and cardiovascular injury: Part I: basic mechanisms and in vivo monitoring of ROS. Circulation 2003; 108(16):1912-1916.

(1132) Griffin MR, Ray WA, Schaffner W. Nonsteroidal anti-inflammatory drug use and death from peptic ulcer in elderly persons. Ann Intern Med 1988; 109(5):359-363.

(1133) Griffin MR, Piper JM, Daugherty JR, Snowden M, Ray WA. Nonsteroidal anti-inflammatory drug use and increased risk for peptic ulcer disease in elderly persons. Ann Intern Med 1991; 114(4):257-263.

(1134) Griffin MR, Brandt KD, Liang MH, Pincus T, Ray WA. Practical management of osteoarthritis. Integration of pharmacologic and nonpharmacologic measures. Arch Fam Med 1995; 4(12):1049-1055.

(1135) Griffin MR, Yared A, Ray WA. Nonsteroidal antiinflammatory drugs and acute renal failure in elderly persons. Am J Epidemiol 2000; 151(5):488-496.

(1136) Griffin MR, Stein CM, Ray WA. Postmarketing surveillance for drug safety: surely we can do better. Clin Pharmacol Ther 2004; 75(6):491-494.

(1137) Griffin MR, Stein CM, Graham DJ, Daugherty JR, Arbogast PG, Ray WA. High frequency of use of rofecoxib at greater than recommended doses: cause for concern. Pharmacoepidemiol Drug Saf 2004; 13(6):339-343.

(1138) Griffoni C, Spisni E, Strillacci A, Toni M, Bachschmid MM, Tomasi V. Selective inhibition of prostacyclin synthase activity by rofecoxib. J Cell Mol Med 2007; 11(2):327-338.

(1139) Grimm V, Rakoski J, Ring J. Urticaria and angioedema induced by COX-2 inhibitors. J Allergy Clin Immunol 2002; 109(2):370.

(1140) Grob M, Pichler WJ, Wuthrich B. Anaphylaxis to celecoxib. Allergy 2002; 57(3):264-265.

(1141) Grocott R, Metcalfe S. Going against the flow: the impact of PHARMAC not funding COX-2 inhibitors for chronic arthritis. N Z Med J 2005; 118(1223):U1690.

(1142) Grohs JG, Schmidt M, Wanivenhaus A. Selective COX-2 inhibitor versus indomethacin for the prevention of heterotopic ossification after hip replacement: a double-blind randomized trial of 100 patients with 1-year follow-up. Acta Orthop 2007; 78(1):95-98.

(1143) Groom KM, Shennan AH, Jones BA, Seed P, Bennett PR. TOCOX--a randomised, double-blind, placebo-controlled trial of rofecoxib (a COX-2-specific prostaglandin inhibitor) for the prevention of preterm delivery in women at high risk. BJOG 2005; 112(6):725-730.

(1144) Grosch S, Maier TJ, Schiffmann S, Geisslinger G. Cyclooxygenase-2 (COX-2)-independent anticarcinogenic effects of selective COX-2 inhibitors. J Natl Cancer Inst 2006; 98(11):736-747.

(1145) Gross ML, Rozycki MJ, Belmont HM. Prevalence of coronary artery disease risk factors and safety of HMG-CoA reductase and COX-2 inhibitors in an active SLE population. Arthritis Rheum 2000; 43(9 Suppl.):S247.

KS-000909

(1146)  Gross S, Tilly P, Hentsch D, Vonesch JL, Fabre JE. Vascular wall-produced prostaglandin E2 exacerbates arterial thrombosis and atherothrombosis through platelet EP3 receptors. J Exp Med 2007; 204(2):311-320.

(1147)  Grosser T, Yusuff S, Cheskis E, Pack MA, FitzGerald GA. Developmental expression of functional cyclooxygenases in zebrafish. Proc Natl Acad Sci U S A 2002; 99(12):8418-8423.

(1148)  Grosser T. The pharmacology of selective inhibition of COX-2. Thromb Haemost 2006; 96(4):393-400.

(1149)  Grosser T, Fries S, FitzGerald GA. Biological basis for the cardiovascular consequences of COX-2 inhibition: therapeutic challenges and opportunities. J Clin Invest 2006; 116(1):4-15.

(1150)  Grove ML, Hassell AB, Hay EM, Shadforth MF. Adverse reactions to disease-modifying anti-rheumatic drugs in clinical practice. QJM 2001; 94(6):309-319.

(1151)  Grover SA, Coupal L, Zowall H. Treating osteoarthritis with cyclooxygenase-2-specific inhibitors: what are the benefits of avoiding blood pressure destabilization? Hypertension 2005; 45(1):92-97.

(1152)  Gruenenfelder J, McGuire EJ, Faerber GJ. Acute urinary retention associated with the use of cyclooxygenase-2 inhibitors. J Urol 2002; 168(3):1106.

(1153)  Grundy SM, Balady GJ, Criqui MH et al. Primary prevention of coronary heart disease: guidance from Framingham: a statement for healthcare professionals from the AHA Task Force on Risk Reduction. American Heart Association. Circulation 1998; 97(18):1876-1887.

(1154)  Grundy SM, Pasternak R, Greenland P, Smith S Jr, Fuster V. AHA/ACC scientific statement: Assessment of cardiovascular risk by use of multiple-risk-factor assessment equations: a statement for healthcare professionals from the American Heart Association and the American College of Cardiology. J Am Coll Cardiol 1999; 34(4):1348-1359.

(1155)  Gryglewski RJ, Korbut R, Ocetkiewicz A. Generation of prostacyclin by lungs in vivo and its release into the arterial circulation. Nature 1978; 273(5665):765-767.

(1156)  Gryglewski RJ, Chlopicki S, Swies J. In vivo endothelial interaction between ACE and COX inhibitors. Prostaglandins Leukot Essent Fatty Acids 2005; 72(2):129-131.

(1157)  Guess HA. Pharmacoepidemiology in pre-approval clinical trial safety monitoring. J Clin Epidemiol 1991; 44(8):851-857.

(1158)  Guilbert TW, Morgan WJ, Zeiger RS et al. Long-term inhaled corticosteroids in preschool children at high risk for asthma. N Engl J Med 2006; 354(19):1985-1997.

(1159)  Guindon J, LoVerme J, De LA, Piomelli D, Beaulieu P. Synergistic antinociceptive effects of anandamide, an endocannabinoid, and nonsteroidal anti-inflammatory drugs in peripheral tissue: a role for endogenous fatty-acid ethanolamides? Eur J Pharmacol 2006; 550(1-3):68-77.

(1160)  Guindon J, Beaulieu P. Antihyperalgesic effects of local injections of anandamide, ibuprofen, rofecoxib and their combinations in a model of neuropathic pain. Neuropharmacology 2006; 50(7):814-823.

(1161)  Guo JS, Cho CH, Lam Liu ES, Choy HT, Wang JY, Leung Koo MW. Antiangiogenic effect of a highly selective cyclooxygenase-2 inhibitor on gastric ulcer healing in rats. Toxicol Appl Pharmacol 2002; 183(1):41-45.

(1162)  Guo JS, Chau FL, Cho CH, Koo MW. Worsening effect of partial sleep deprivation on indomethacin-induced gastric mucosal damage. Pharmacol Biochem Behav 2005; 82(3):515-521.

(1163)  Guo Y, Bao W, Wu WJ, Shinmura K, Tang XL, Bolli R. Evidence for an essential role of cyclooxygenase-2 as a mediator of the late phase of ischemic preconditioning in mice. Basic Res Cardiol 2000; 95(6):479-484.

(1164)  Gupta S, McCune WJ, Kaplan MJ, McDonagh KT, Schmaier AH, Crofford LJ. Thrombosis and ischemia in patients with systemic lupus erythematosus treated with celecoxib: a series of two cases. Arthritis Rheum 1999; 42(9 Suppl.):S149.

(1165)  Gupta S. Upper gastrointestinal toxicity of rofecoxib and naproxen. N Engl J Med 2001; 344(18):1398-1399.

(1166)  Gupta S, Crofford LJ. An update on specific COX-2 inhibitors: the COXIBs. Bull Rheum Dis 2001; 50(11):1.

KS-000910

(1167) Gupta YK, Chaudhary G, Sinha K. Enhanced protection by melatonin and meloxicam combination in a middle cerebral artery occlusion model of acute ischemic stroke in rat. Can J Physiol Pharmacol 2002; 80(3):210-217.

(1168) Gurwitz JH, Avorn J, Bohn RL, Glynn RJ, Monane M, Mogun H. Initiation of antihypertensive treatment during nonsteroidal anti-inflammatory drug therapy. JAMA 1994; 272(10):781-786.

(1169) Gwyn K, Sinicrope FA. Chemoprevention of colorectal cancer. Am J Gastroenterol 2002; 97(1):13-21.

(1170) Gysemans C, Stoffels K, Giulietti A et al. Prevention of primary non-function of islet xenografts in autoimmune diabetic NOD mice by anti-inflammatory agents. Diabetologia 2003; 46(8):1115-1123.

(1171) Haas AR, Sun J, Vachani A et al. Cyclooxygenase-2 inhibition augments the efficacy of a cancer vaccine. Clin Cancer Res 2006; 12(1):214-222.

(1172) Haas NA, Nossal R, Schneider CH et al. Successful management of an extreme example of neonatal hyperprostaglandin-E syndrome (Bartter's syndrome) with the new cyclooxygenase-2 inhibitor rofecoxib. Pediatr Crit Care Med 2003; 4(2):249-251.

(1173) Haase KK, Rojas-Fernandez CH, Lane L, Frank DA. Potential interaction between celecoxib and warfarin. Ann Pharmacother 2000; 34(5):666-667.

(1174) Habeeb AG, Praveen Rao PN, Knaus EE. Design and synthesis of celecoxib and rofecoxib analogues as selective cyclooxygenase-2 (COX-2) inhibitors: replacement of sulfonamide and methylsulfonyl pharmacophores by an azido bioisostere. J Med Chem 2001; 44(18):3039-3042.

(1175) Haglund B, von B, I. Combining paracetamol with a selective cyclooxygenase-2 inhibitor for acute pain relief after third molar surgery: a randomized, double-blind, placebo-controlled study. Eur J Oral Sci 2006; 114(4):293-301.

(1176) Haider M, Gain E, Khadem G et al. Simultaneous presentation of rofecoxib-induced acute hepatitis and acute interstitial nephritis. Intern Med J 2005; 35(6):370-372.

(1177) Hajjar DP, Pomerantz KB. Signal transduction in atherosclerosis: integration of cytokines and the eicosanoid network. FASEB J 1992; 6(11):2933-2941.

(1178) Haland G, Carlsen KC, Sandvik L et al. Reduced lung function at birth and the risk of asthma at 10 years of age. N Engl J Med 2006; 355(16):1682-1689.

(1179) Half E, Tang XM, Gwyn K, Sahin A, Wathen K, Sinicrope FA. Cyclooxygenase-2 expression in human breast cancers and adjacent ductal carcinoma in situ. Cancer Res 2002; 62(6):1676-1681.

(1180) Hall AJ, Tripp M, Howell T, Darland G, Bland JS, Babish JG. Gastric mucosal cell model for estimating relative gastrointestinal toxicity of non-steroidal anti-inflammatory drugs. Prostaglandins Leukot Essent Fatty Acids 2006; 75(1):9-17.

(1181) Hallak A, on-Baron L, Shamir R et al. Rofecoxib reduces polyp recurrence in familial polyposis. Dig Dis Sci 2003; 48(10):1998-2002.

(1182) Halpern GM. COX-2 inhibitors: a story of greed, deception and death. Inflammopharmacology 2005; 13(4):419-425.

(1183) Halpin RA, Geer LA, Zhang KE et al. The absorption, distribution, metabolism and excretion of rofecoxib, a potent and selective cyclooxygenase-2 inhibitor, in rats and dogs. Drug Metab Dispos 2000; 28(10):1244-1254.

(1184) Halpin RA, Porras AG, Geer LA et al. The disposition and metabolism of rofecoxib, a potent and selective cyclooxygenase-2 inhibitor, in human subjects. Drug Metab Dispos 2002; 30(6):684-693.

(1185) Halsas M, Hietala J, Veski P, Jurjenson H, Marvola M. Morning versus evening dosing of ibuprofen using conventional and time-controlled release formulations. Int J Pharm 1999; 189(2):179-185.

(1186) Halter F, Tarnawski AS, Schmassmann A, Peskar BM. Cyclooxygenase 2-implications on maintenance of gastric mucosal integrity and ulcer healing: controversial issues and perspectives. Gut 2001; 49(3):443-453.

KS-000911

(1187)   Halushka PV, Mais DE, Saussy DL, Jr. Platelet and vascular smooth muscle thromboxane A2/prostaglandin H2 receptors. Fed Proc 1987; 46(1):149-153.

(1188)   Hamama AK, Ray J, Day RO, Brien JA. Simultaneous determination of rofecoxib and celecoxib in human plasma by high-performance liquid chromatography. J Chromatogr Sci 2005; 43(7):351-354.

(1189)   Hamberg M, SAMUELSSON B. On the mechanism of the biosynthesis of prostaglandins E-1 and F-1-alpha. J Biol Chem 1967; 242(22):5336-5343.

(1190)   Hamberg M, Svensson J, SAMUELSSON B. Thromboxanes: a new group of biologically active compounds derived from prostaglandin endoperoxides. Proc Natl Acad Sci U S A 1975; 72(8):2994-2998.

(1191)   Hamon M, Riddell JW. Enoxaparin in elective percutaneous coronary intervention. N Engl J Med 2006; 355(26):2788-2789.

(1192)   Hampton T. Experts point to lessons learned from controversy over rofecoxib safety. JAMA 2005; 293(4):413-414.

(1193)   Han JW, Sadowski H, Young DA, Macara IG. Persistent induction of cyclooxygenase in p60v-src-transformed 3T3 fibroblasts. Proc Natl Acad Sci U S A 1990; 87(9):3373-3377.

(1194)   Hanauer LB. Tolerability of rofecoxib versus naproxen. Ann Intern Med 2004; 140(12):1059.

(1195)   Hankey GJ, Eikelboom JW. Cyclooxygenase-2 inhibitors: are they really atherothrombotic, and if not, why not? Stroke 2003; 34(11):2736-2740.

(1196)   Hanson CA, Weinhold PS, Afshari HM, Dahners LE. The effect of analgesic agents on the healing rat medial collateral ligament. Am J Sports Med 2005; 33(5):674-679.

(1197)   Hansson GK. Inflammation, atherosclerosis, and coronary artery disease. N Engl J Med 2005; 352(16):1685-1695.

(1198)   Harel Z. Cyclooxygenase-2 specific inhibitors in the treatment of dysmenorrhea. J Pediatr Adolesc Gynecol 2004; 17(2):75-79.

(1199)   Harirforoosh S, Jamali F. Effect of nonsteroidal anti-inflammatory drugs with varying extent of COX-2-COX-1 selectivity on urinary sodium and potassium excretion in the rat. Can J Physiol Pharmacol 2005; 83(1):85-90.

(1200)   Harirforoosh S, ghazadeh-Habashi A, Jamali F. Extent of renal effect of cyclo-oxygenase-2-selective inhibitors is pharmacokinetic dependent. Clin Exp Pharmacol Physiol 2006; 33(10):917-924.

(1201)   Harley C, Wagner S. The prevalence of cardiorenal risk factors in patients prescribed nonsteroidal anti-inflammatory drugs: data from managed care. Clin Ther 2003; 25(1):139-149.

(1202)   Harley C, Wagner S. Persistence with COX-2 inhibitors in managed care: an analysis of claims data. Manag Care Interface 2003; 16(10):38-45.

(1203)   Harmon PA, Biffar S, Pitzenberger SM, Reed RA. Mechanism of the solution oxidation of rofecoxib under alkaline conditions. Pharm Res 2005; 22(10):1716-1726.

(1204)   Harris CJ, Brater DC. Renal effects of cyclooxygenase-2 selective inhibitors. Curr Opin Nephrol Hypertens 2001; 10(5):603-610.

(1205)   Harris RC, McKanna JA, Akai Y, Jacobson HR, DuBois RN, Breyer MD. Cyclooxygenase-2 is associated with the macula densa of rat kidney and increases with salt restriction. J Clin Invest 1994; 94(6):2504-2510.

(1206)   Harris RC. Cyclooxygenase-2 and the kidney: functional and pathophysiological implications. J Hypertens Suppl 2002; 20(6):S3-S9.

(1207)   Harris RC, Breyer MD. Update on Cyclooxygenase-2 Inhibitors - Mini Review. Clin J Am Soc Nephrol 2006; 1:236-245.

(1208)   Harris RC, Jr. Cyclooxygenase-2 inhibition and renal physiology. Am J Cardiol 2002; 89(6A):10D-17D.

(1209)   Harris RE. Does the dose make the poison? Science 2005; 308(5719):203.

KS-000912

(1210) Harris RE, Beebe-Donk J, Alshafie GA. Reduction in the risk of human breast cancer by selective cyclooxygenase-2 (COX-2) inhibitors. BMC Cancer 2006; 6:27.

(1211) Harris RR, Black L, Surapaneni S et al. ABT-963 [2-(3,4-difluoro-phenyl)-4-(3-hydroxy-3-methyl-butoxy)-5-(4-methanesulfony l-phenyl)-2H-pyridazin-3-one], a highly potent and selective disubstituted pyridazinone cyclooxygenase-2 inhibitor. J Pharmacol Exp Ther 2004; 311(3):904-912.

(1212) Harrison-Woolrych M, Herbison P, McLean R, Ashton J, Slattery J. Incidence of thrombotic cardiovascular events in patients taking celecoxib compared with those taking rofecoxib: interim results from the New Zealand Intensive Medicines Monitoring Programme. Drug Saf 2005; 28(5):435-442.

(1213) Harsch IA, Michaeli P, Hahn EG, Konturek PC, Klein R. A rare case of rofecoxib-induced cholestatic hepatitis. Dig Liver Dis 2003; 35(12):911-912.

(1214) Harsch IA, Brzozowski T, Bazela K et al. Impaired gastric ulcer healing in diabetic rats: role of heat shock protein, growth factors, prostaglandins and proinflammatory cytokines. Eur J Pharmacol 2003; 481(2-3):249-260.

(1215) Hart RG, Benavente O, McBride R, Pearce LA. Antithrombotic therapy to prevent stroke in patients with atrial fibrillation: a meta-analysis. Ann Intern Med 1999; 131(7):492-501.

(1216) Hartnell NR, Flanagan PS, MacKinnon NJ, Bakowsky VS. Use of gastrointestinal preventive therapy among elderly persons receiving antiarthritic agents in Nova Scotia, Canada. Am J Geriatr Pharmacother 2004; 2(3):171-180.

(1217) Hartner A, Cordasic N, Goppelt-Struebe M, Veelken R, Hilgers KF. Role of macula densa cyclooxygenase-2 in renovascular hypertension. Am J Physiol Renal Physiol 2003; 284(3):F498-F502.

(1218) Hartrick CT, Bourne MH, Gargiulo K, Damaraju CV, Vallow S, Hewitt DJ. Fentanyl iontophoretic transdermal system for acute-pain management after orthopedic surgery: a comparative study with morphine intravenous patient-controlled analgesia. Reg Anesth Pain Med 2006; 31(6):546-554.

(1219) Hassan-Alin M, Nilsson-Pieschl C, Naesdal J, Langstrom G, Lundgren M, Nyman L. Lack of drug-drug interaction between esomeprazole and rofecoxib in healthy subjects [ABSTRACT AB0120]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr AB0120.

(1220) Hassan-Alin M, Naesdal J, Nilsson-Pieschl C, Langstrom G, Andersson T. Lack of Pharmacokinetic Interaction between Esomeprazole and the Nonsteroidal Anti-Inflammatory Drugs Naproxen and Rofecoxib in Healthy Subjects. Clin Drug Investig 2005; 25(11):731-740.

(1221) Hatazawa R, Ohno R, Tanigami M, Tanaka A, Takeuchi K. Roles of endogenous prostaglandins and cyclooxygenase isozymes in healing of indomethacin-induced small intestinal lesions in rats. J Pharmacol Exp Ther 2006; 318(2):691-699.

(1222) Hawk E, Lubet R, Limburg P. Chemoprevention in hereditary colorectal cancer syndromes. Cancer 1999; 86(8 Suppl.):1731-1743.

(1223) Hawk E, Lubet R, Limburg P. Chemoprevention in hereditary colorectal cancer syndromes. Cancer 1999; 86(11 Suppl):2551-2563.

(1224) Hawk ET, Viner JL, Umar A, Anderson WF, Sigman CC, Guyton KZ. Cancer and the cyclo-oxygenase enzyme: implications for treatment and prevention. Am J Cancer 2003; 2(1):27-55.

(1225) Hawkey C, Kahan A, Steinbruck K et al. Gastrointestinal tolerability of meloxicam compared to diclofenac in osteoarthritis patients. International MELISSA Study Group. Meloxicam Large-scale International Study Safety Assessment. Br J Rheumatol 1998; 37(9):937-945.

(1226) Hawkey C, Harper S, Quan H, Bolognese J, Mortensen E, Rofecoxib Osteoarthritis Endoscopy Multinational Study Group. Effect of rofecoxib on endoscopic ulcers in osteoarthritis patients:  analysis of potential risk factors [POSTER 290]. Ann Rheum Dis 2000; 59(1 Suppl.):133.

(1227) Hawkey C, Laine L, Simon T et al. Comparison of the effect of rofecoxib (a cyclooxygenase 2 inhibitor), ibuprofen, and placebo on the gastroduodenal mucosa of patients with osteoarthritis: a randomized, double-blind, placebo-controlled trial. The Rofecoxib Osteoarthritis Endoscopy Multinational Study Group. Arthritis Rheum 2000; 43(2):370-377.

KS-000973

(1228) Hawkey C, Laine L, Quan H, Simon T, Evans JK. Incidence of ulcers with rofecoxib versus naproxen: a double-blind, placebo-controlled endoscopy study in patients with rheumatoid arthritis [ABSTRACT 1391]. Arthritis Rheum 2002; 46(9 Suppl.):S520-Abstr. 1391.

(1229) Hawkey C, Hoexter G, Richard D, Gitton X, Weinstein W. Lumiracoxib, a novel cyclooxygenase-2 selective inhibitor, has improved gastrointestinal safety and tolerability compared with nonselective nonsteroidal anti-inflammatory drugs: a pooled analysis [ABSTRACT 87]. Arthritis Rheum 2003; 48(9 Suppl.):S79.

(1230) Hawkey CJ. Future treatments for arthritis: new NSAIDs, NO NSAIDs, or no NSAIDs? Gastroenterology 1995; 109(2):614-616.

(1231) Hawkey CJ, Karrasch JA, Szczepanski L et al. Omeprazole compared with misoprostol for ulcers associated with nonsteroidal antiinflammatory drugs. Omeprazole versus Misoprostol for NSAID-induced Ulcer Management (OMNIUM) Study Group. N Engl J Med 1998; 338(11):727-734.

(1232) Hawkey CJ. COX-2 inhibitors. Lancet 1999; 353(9149):307-314.

(1233) Hawkey CJ, Laine L, Harper SE, Quan HU, Bolognese JA, Mortensen E. Influence of risk factors on endoscopic and clinical ulcers in patients taking rofecoxib or ibuprofen in two randomized controlled trials. Aliment Pharmacol Ther 2001; 15(10):1593-1601.

(1234) Hawkey CJ. NSAIDs and COX-2 inhibitors: what can we learn from large outcomes trials? The gastroenterologist's perspective. Clin Exp Rheumatol 2001; 19(6 Suppl 25):S23-S30.

(1235) Hawkey CJ. COX-1 and COX-2 inhibitors. Best Pract Res Clin Gastroenterol 2001; 15(5):801-820.

(1236) Hawkey CJ, Jackson L, Harper SE, Simon TJ, Mortensen E, Lines CR. Review article: the gastrointestinal safety profile of rofecoxib, a highly selective inhibitor of cyclooxygenase-2, in humans. Aliment Pharmacol Ther 2001; 15(1):1-9.

(1237) Hawkey CJ, Jones JI. Gastrointestinal safety of COX-2 specific inhibitors. Gastroenterol Clin North Am 2001; 30(4):921-936.

(1238) Hawkey CJ, Skelly MM. Gastrointestinal safety of selective COX-2 inhibitors. Curr Pharm Des 2002; 8(12):1077-1089.

(1239) Hawkey CJ. Cyclooxygenase inhibition: between the devil and the deep blue sea. Gut 2002; 50 Suppl 3:III25-III30.

(1240) Hawkey CJ, Langman MJ. Non-steroidal anti-inflammatory drugs: overall risks and management. Complementary roles for COX-2 inhibitors and proton pump inhibitors. Gut 2003; 52(4):600-608.

(1241) Hawkey CJ, Laine L, Simon T, Quan H, Shingo S, Evans J. Incidence of gastroduodenal ulcers in patients with rheumatoid arthritis after 12 weeks of rofecoxib, naproxen, or placebo: a multicentre, randomised, double blind study. Gut 2003; 52(6):820-826.

(1242) Hawkey CJ, Farkouh M, Gitton X, Ehrsam E, Huels J, Richardson P. Therapeutic arthritis research and gastrointestinal event trial of lumiracoxib - study design and patient demographics. Aliment Pharmacol Ther 2004; 20(1):51-63.

(1243) Hawkey CJ, Fortun PJ. Cyclooxygenase-2 inhibitors. Curr Opin Gastroenterol 2005; 21(6):660-664.

(1244) Hawley DJ, Wolfe F. Sensitivity to change of the health assessment questionnaire (HAQ) and other clinical and health status measures in rheumatoid arthritis: results of short-term clinical trials and observational studies versus long-term observational studies. Arthritis Care Res 1992; 5(3):130-136.

(1245) Hawthorne F. Merck's Fall from Grace. How will one of the world's largest and most respected pharmaceutical companies come back? The Scientist 2006; 20(5):27-33.

(1246) Hay E, Derazon H, Bukish N, Katz L, Kruglyakov I, Armoni M. Fatal hyperkalemia related to combined therapy with a COX-2 inhibitor, ACE inhibitor and potassium rich diet. J Emerg Med 2002; 22(4):349-352.

(1247) Hayes JS, Lawler OA, Walsh MT, Kinsella BT. The prostacyclin receptor is isoprenylated. Isoprenylation is required for efficient receptor-effector coupling. J Biol Chem 1999; 274(34):23707-23718.

**KS-000914**

(1248)   Heba G, Dudek D, Dubiel JS, Legutko J. More pronounced decrease of inflammatory markers with combination of statins and COX-2 inhibitors following acute coronary syndromes [ABSTRACT 1302]. Eur Heart J 2001; 22(Abstr. Suppl.):240-Abstr. 1302.

(1249)   Hedner T, Himmelmann A. Cardiovascular complications of COX2 selective inhibitors cause considerable concern. Blood Press 2004; 13(5):260-261.

(1250)   Hefler LA, Grimm C, Speiser P, Sliutz G, Reinthaller A. The cyclooxygenase-2 inhibitor rofecoxib (Vioxx) in the treatment of cervical dysplasia grade II-III A phase II trial. Eur J Obstet Gynecol Reprod Biol 2006; 125(2):251-254.

(1251)   Hegi TR, Bombeli T, Seifert B et al. Effect of rofecoxib on platelet aggregation and blood loss in gynaecological and breast surgery compared with diclofenac. Br J Anaesth 2004; 92(4):523-531.

(1252)   Heindl B, Becker BF. Aspirin, but not the more selective cyclooxygenase (COX)-2 inhibitors meloxicam and SC 58125, aggravates postischaemic cardiac dysfunction, independent of COX function. Naunyn Schmiedebergs Arch Pharmacol 2001; 363(2):233-240.

(1253)   Helin-Salmivaara A, Huupponen R, Virtanen A, Klaukka T. Adoption of celecoxib and rofecoxib: a nationwide database study. J Clin Pharm Ther 2005; 30(2):145-152.

(1254)   Helin-Salmivaara A, Virtanen A, Vesalainen R et al. NSAID use and the risk of hospitalization for first myocardial infarction in the general population: a nationwide case-control study from Finland. Eur Heart J 2006; 27(14):1657-1663.

(1255)   Hellstrom HR. A pathogenetic mechanism for COX-2 inhibitor-induced cardiovascular events proposed to be useful in structuring medical testimony in rofecoxib trials. Med Hypotheses 2007; 69(1):83-89.

(1256)   Henderson P. Rofecoxib vs celecoxib vs acetaminophen for treatment of osteoarthritis. JAMA 2002; 287(14):1799-1800.

(1257)   Hennan JK, Huang J, Barrett TD et al. Effects of selective cyclooxygenase-2 inhibition on vascular responses and thrombosis in canine coronary arteries. Circulation 2001; 104(7):820-825.

(1258)   Hennekens CH, Buring JE, Sandercock P, Collins R, Peto R. Aspirin and other antiplatelet agents in the secondary and primary prevention of cardiovascular disease. Circulation 1989; 80(4):749-756.

(1259)   Hennekens CH. Aspirin in chronic cardiovascular disease and acute myocardial infarction. Clin Cardiol 1990; Suppl 5:V62-V66.

(1260)   Hennessy S, Strom BL. PDUFA reauthorization--drug safety's golden moment of opportunity? N Engl J Med 2007; 356(17):1703-1704.

(1261)   Henriksson P, Hamberg M, Diczfalusy U. Formation of 15-HETE as a major hydroxyeicosatetraenoic acid in the atherosclerotic vessel wall. Biochim Biophys Acta 1985; 834(2):272-274.

(1262)   Henry D, Lim LL, Garcia Rodriguez LA et al. Variability in risk of gastrointestinal complications with individual non-steroidal anti-inflammatory drugs: results of a collaborative meta-analysis. BMJ 1996; 312(7046):1563-1566.

(1263)   Herendeen JM, Lindley C. Use of NSAIDs for the chemoprevention of colorectal cancer. Ann Pharmacother 2003; 37(11):1664-1674.

(1264)   Hermann M, Camici G, Fratton A et al. Differential effects of selective cyclooxygenase-2 inhibitors on endothelial function in salt-induced hypertension. Circulation 2003; 108(19):2308-2311.

(1265)   Hermann M, Krum H, Ruschitzka F. To the heart of the matter: coxibs, smoking, and cardiovascular risk. Circulation 2005; 112(7):941-945.

(1266)   Hermann M, Shaw S, Kiss E et al. Selective COX-2 inhibitors and renal injury in salt-sensitive hypertension. Hypertension 2005; 45(2):193-197.

(1267)   Hernandez-Diaz S, Garcia-Rodriguez LA. Epidemiologic assessment of the safety of conventional nonsteroidal anti-inflammatory drugs. Am J Med 2001; 110 Suppl 3A:20S-27S.

KS-000915

(1268)  Hernandez-Diaz S, Varas-Lorenzo C, Garcia Rodriguez LA. Non-steroidal antiinflammatory drugs and the risk of acute myocardial infarction. Basic Clin Pharmacol Toxicol 2006; 98(3):266-274.

(1269)  Hernandez GL, Volpert OV, Iniguez MA et al. Selective inhibition of vascular endothelial growth factor-mediated angiogenesis by cyclosporin A: roles of the nuclear factor of activated T cells and cyclooxygenase 2. J Exp Med 2001; 193(5):607-620.

(1270)  Hernandez MR, Tonda R, Pino M, Serradell M, Arderiu G, Escolar G. Evaluation of effects of rofecoxib on platelet function in an in vitro model of thrombosis with circulating human blood. Eur J Clin Invest 2004; 34(4):297-302.

(1271)  Hernanz R, Briones AM, Alonso MJ, Vila E, Salaices M. Hypertension alters role of iNOS, COX-2, and oxidative stress in bradykinin relaxation impairment after LPS in rat cerebral arteries. Am J Physiol Heart Circ Physiol 2004; 287(1):H225-H234.

(1272)  Hernanz R, Alonso MJ, Zibrandtsen H, Alvarez Y, Salaices M, Simonsen U. Measurements of nitric oxide concentration and hyporeactivity in rat superior mesenteric artery exposed to endotoxin. Cardiovasc Res 2004; 62(1):202-211.

(1273)  Herrera JA, Gonzalez M. Comparative evaluation of the effectiveness and tolerability of nimesulide versus rofecoxib taken once a day in the treatment of patients with knee osteoarthritis. Am J Ther 2003; 10(6):468-472.

(1274)  Herting RL, Nissen CH. Overview of misoprostol clinical experience. Dig Dis Sci 1986; 31(2 Suppl):47S-54S.

(1275)  Hewett SJ, Silakova JM, Hewett JA. Oral treatment with rofecoxib reduces hippocampal excitotoxic neurodegeneration. J Pharmacol Exp Ther 2006; 319(3):1219-1224.

(1276)  Higgins JP, Thompson SG, Deeks JJ, Altman DG. Measuring inconsistency in meta-analyses. BMJ 2003; 327(7414):557-560.

(1277)  Higgs GA, Salmon JA, Henderson B, Vane JR. Pharmacokinetics of aspirin and salicylate in relation to inhibition of arachidonate cyclooxygenase and antiinflammatory activity. Proc Natl Acad Sci U S A 1987; 84(5):1417-1420.

(1278)  Higuchi T, Iwama T, Yoshinaga K, Toyooka M, Taketo MM, Sugihara K. A randomized, double-blind, placebo-controlled trial of the effects of rofecoxib, a selective cyclooxygenase-2 inhibitor, on rectal polyps in familial adenomatous polyposis patients. Clin Cancer Res 2003; 9(13):4756-4760.

(1279)  Hilmi I, Goh KL. Chemoprevention of colorectal cancer with nonsteroidal anti-inflammatory drugs. Chin J Dig Dis 2006; 7(1):1-6.

(1280)  Hinojosa M, Martin-Garcia C. Cyclooxygenase-2 inhibitors in aspirin-sensitive asthma: reply. Chest 2003; 123(6):2156.

(1281)  Hinrichs R, Ritzkowsky A, Hunzelmann N, Krieg T, Scharffetter-Kochanek K. Rofecoxib as an alternative in aspirin hypersensitivity. Allergy 2001; 56(8):789.

(1282)  Hinz B, Brune K. Cyclooxygenase-2--10 years later. J Pharmacol Exp Ther 2002; 300(2):367-375.

(1283)  Hinz B, Dormann H, Brune K. More pronounced inhibition of cyclooxygenase 2, increase in blood pressure, and reduction of heart rate by treatment with diclofenac compared with celecoxib and rofecoxib. Arthritis Rheum 2006; 54(1):282-291.

(1284)  Hinz B, Cheremina O, Bachmakov J et al. Dipyrone elicits substantial inhibition of peripheral cyclooxygenases in humans: new insights into the pharmacology of an old analgesic. FASEB J 2007.

(1285)  Hippisley-Cox J, Coupland C. Risk of myocardial infarction in patients taking cyclo-oxygenase-2 inhibitors or conventional non-steroidal anti-inflammatory drugs: population based nested case-control analysis. BMJ 2005; 330(7504):1366.

(1286)  Hippisley-Cox J, Coupland C, Logan R. Risk of adverse gastrointestinal outcomes in patients taking cyclo-oxygenase-2 inhibitors or conventional non-steroidal anti-inflammatory drugs: population based nested case-control analysis. BMJ 2005; 331(7528):1310-1316.

(1287)  Hirschfeld G, Sperfeld AD, Kassubek J, Scharffetter-Kochanek K, Sunderkotter C. [Transient global amnesia (TGA) during an oral provocation test.]. Hautarzt 2007; 58(2):149-152.

KS-000916

(1288)   Hirsh J, Dalen JE, Fuster V, Harker LB, Patrono C, Roth G. Aspirin and other platelet-active drugs. The relationship among dose, effectiveness, and side effects. Chest 1995; 108(4 Suppl):247S-257S.

(1289)   Hla T, Neilson K. Human cyclooxygenase-2 cDNA. Proc Natl Acad Sci U S A 1992; 89(16):7384-7388.

(1290)   Hochberg MC. What have we learned from the large outcomes trials of COX-2 selective inhibitors? The rheumatologist's perspective. Clin Exp Rheumatol 2001; 19(6 Suppl 25):S15-S22.

(1291)   Hochberg MC. Coxibs Supplement - Coxibs: Evolution of a Revolutionary Class. Cleve Clin J Med 2002; 69(1 Suppl.):SI-3-SI-4.

(1292)   Hochberg MC. New directions in symptomatic therapy for patients with osteoarthritis and rheumatoid arthritis. Semin Arthritis Rheum 2002; 32(3 Suppl 1):4-14.

(1293)   Hochberg MC, Kvien TK, Schnitzer TJ, Krupa D, Reicin A, VIGOR Steering Committee. Risk factors for fracture in patients with rheumatoid arthritis [ABSTRACT 1605]. Arthritis Rheum 2002; 46(9 Suppl.):S596-Abstr. 1605.

(1294)   Hochberg MC. Treatment of rheumatoid arthritis and osteoarthritis with COX-2-selective inhibitors: a managed care perspective. Am J Manag Care 2002; 8(17 Suppl):S502-S517.

(1295)   Hochberg MC. COX-2: Where are we in 2003? - Be strong and resolute: continue to use COX-2 selective inhibitors at recommended dosages in appropriate patients. Arthritis Res Ther 2003; 5(1):28-31.

(1296)   Hochberg MC. COX-2 selective inhibitors in the treatment of arthritis: a rheumatologist perspective. Curr Top Med Chem 2005; 5(5):443-448.

(1297)   Hocherl K, Kammerl M, Kees F, Kramer BK, Grobecker HF, Kurtz A. Role of renal nerves in stimulation of renin, COX-2, and nNOS in rat renal cortex during salt deficiency. Am J Physiol Renal Physiol 2002; 282(3):F478-F484.

(1298)   Hocherl K, Kammerl MC, Schumacher K, Endemann D, Grobecker HF, Kurtz A. Role of prostanoids in regulation of the renin-angiotensin-aldosterone system by salt intake. Am J Physiol Renal Physiol 2002; 283(2):F294-F301.

(1299)   Hocherl K, Dreher F, Kurtz A, Bucher M. Cyclooxygenase-2 inhibition attenuates lipopolysaccharide-induced cardiovascular failure. Hypertension 2002; 40(6):947-953.

(1300)   Hocherl K, Endemann D, Kammerl MC, Grobecker HF, Kurtz A. Cyclo-oxygenase-2 inhibition increases blood pressure in rats. Br J Pharmacol 2002; 136(8):1117-1126.

(1301)   Hocherl K, Kees F, Kramer BK, Kurtz A. Cyclosporine A attenuates the natriuretic action of loop diuretics by inhibition of renal COX-2 expression. Kidney Int 2004; 65(6):2071-2080.

(1302)   Hochman JS, Shah NR. What price pain relief? Circulation 2006; 113(25):2868-2870.

(1303)   Hochman JS, Lamas GA, Buller CE et al. Coronary intervention for persistent occlusion after myocardial infarction. N Engl J Med 2006; 355(23):2395-2407.

(1304)   Hoefer IE, Piek JJ, Pasterkamp G. Pharmaceutical interventions to influence arteriogenesis: new concepts to treat ischemic heart disease. Curr Med Chem 2006; 13(9):979-987.

(1305)   Hoffer E, Baum Y, Nahir AM. N-Acetylcysteine enhances the action of anti-inflammatory drugs as suppressors of prostaglandin production in monocytes. Mediators Inflamm 2002; 11(5):321-323.

(1306)   Hoffman T. Ginko, Vioxx and excessive bleeding--possible drug-herb interactions: case report. Hawaii Med J 2001; 60(11):290.

(1307)   Hogue JH, Mersfelder TL. Pathophysiology and first-line treatment of osteoarthritis. Ann Pharmacother 2002; 36(4):679-686.

(1308)   Holbrook AM, Pereira JA, Labiris R et al. Systematic overview of warfarin and its drug and food interactions. Arch Intern Med 2005; 165(10):1095-1106.

KS-000917

(1309) Holt CI, Hutchins MO, Pileggi R. A real time quantitative PCR analysis and correlation of COX-1 and COX-2 enzymes in inflamed dental pulps following administration of three different NSAIDs. J Endod 2005; 31(11):799-804.

(1310) Holtzman MJ, Turk J, Shornick LP. Identification of a pharmacologically distinct prostaglandin H synthase in cultured epithelial cells. J Biol Chem 1992; 267(30):21438-21445.

(1311) Homoncik M, Malec M, Marsik C et al. Rofecoxib exerts no effect on platelet plug formation in healthy volunteers. Clin Exp Rheumatol 2003; 21(2):229-231.

(1312) Honda T, Kimura N. Enantioselective deprotonation of meso-cycloheptanone derivative: application to the synthesis of a potential intermediate for pseudomonic acid B. Org Lett 2002; 4(25):4567-4570.

(1313) Honig P. Merck Sharp and Dohme versus Laporte. Lancet 2004; 363(9414):1079-1080.

(1314) Horattas MC, Evans S, Sloan-Stakleff KD, Lee C, Snoke JW. Does preoperative rofecoxib (Vioxx) decrease postoperative pain with laparoscopic cholecystectomy? Am J Surg 2004; 188(3):271-276.

(1315) Horton R. Vioxx, the implosion of Merck, and aftershocks at the FDA. Lancet 2004; 364(9450):1995-1996.

(1316) Hosaka EM, Santos OF, Seguro AC, Vattimo MF. Effect of cyclooxygenase inhibitors on gentamicin-induced nephrotoxicity in rats. Braz J Med Biol Res 2004; 37(7):979-985.

(1317) Hoshida S, Yamashita N, Otsu K, Hori M. The importance of manganese superoxide dismutase in delayed preconditioning: involvement of reactive oxygen species and cytokines. Cardiovasc Res 2002; 55(3):495-505.

(1318) Hosie J, Distel M, Bluhmki E. Meloxicam in osteoarthritis: a 6-month, double-blind comparison with diclofenac sodium. Br J Rheumatol 1996; 35 Suppl 1:39-43.

(1319) Houliston RA, Keogh RJ, Sugden D, Dudhia J, Carter TD, Wheeler-Jones CP. Protease-activated receptors upregulate cyclooxygenase-2 expression in human endothelial cells. Thromb Haemost 2002; 88(2):321-328.

(1320) Houston MC. Nonsteroidal anti-inflammatory drugs and antihypertensives. Am J Med 1991; 90(5A):42S-47S.

(1321) Hovsepian DM, Mandava A, Pilgram TK et al. Comparison of adjunctive use of rofecoxib versus ibuprofen in the management of postoperative pain after uterine artery embolization. J Vasc Interv Radiol 2006; 17(4):665-670.

(1322) Howard BC, Kovac CM, Calhoun BC, Hoeldtke NJ, Napolitano PG. The effects of a cyclo-oxygenase II inhibitor on placental artery production of thromboxane and prostacyclin. Am J Obstet Gynecol 2003; 189(3):835-838.

(1323) Howard PA, Delafontaine P. Nonsteroidal anti-Inflammatory drugs and cardiovascular risk. J Am Coll Cardiol 2004; 43(4):519-525.

(1324) Howes LG, Krum H. Selective cyclo-oxygenase-2 inhibitors and myocardial infarction: how strong is the link? Drug Saf 2002; 25(12):829-835.

(1325) Hrachovec JB, Mora M. Reporting of 6-month vs 12-month data in a clinical trial of celecoxib. JAMA 2001; 286(19):2398-2400.

(1326) Hsieh YH, Lin SJ, Chen SH. Simultaneous determination of celecoxib, meloxicam, and rofecoxib using capillary electrophoresis with surfactant and application in drug formulations. J Sep Sci 2006; 29(7):1009-1017.

(1327) Huang A, Wu Y, Sun D, Koller A, Kaley G. Effect of estrogen on flow-induced dilation in NO deficiency: role of prostaglandins and EDHF. J Appl Physiol 2001; 91(6):2561-2566.

(1328) Huang J. Efficacy of the NSAIDs depends on multiple factors. Anesth Analg 2005; 101(3):926.

(1329) Huang JJ, Taguchi A, Hsu H, Andriole GL, Jr., Kurz A. Preoperative oral rofecoxib does not decrease postoperative pain or morphine consumption in patients after radical prostatectomy: a prospective, randomized, double-blinded, placebo-controlled trial. J Clin Anesth 2001; 13(2):94-97.

(1330) Huang PT, Bhamra J, Huang JT. Wegener's granulomatosis: a diagnostic dilemma. case presentation. J Ophthalmol 2003; 38(1):63-66.

KSL-000918

(1331)  Huang WF, Hsiao FY, Tsai YW, Wen YW, Shih YT. Cardiovascular events associated with long-term use of celecoxib, rofecoxib and meloxicam in Taiwan: an observational study. Drug Saf 2006; 29(3):261-272.

(1332)  Hubbard R, Geis GS, Woods E, Yu S, Zhao W. Efficacy, tolerability, and safety of celecoxib, a specific COX-2 inhibitor in osteoarthritis. Arthritis Rheum 1998; 41(9 Suppl.):S196.

(1333)  Hubbard RC, Koepp R, Yu SS, Talwalker S, Geis GS. Pilot efficacy of SC-58635, a cox-2-selective inhibitor, in rheumatoid arthritis. Arthritis Rheum 1997; 40(9 Suppl.):S51.

(1334)  Hudson M, Richard H, Pilote L. Differences in outcomes of patients with congestive heart failure prescribed celecoxib, rofecoxib, or non-steroidal anti-inflammatory drugs: population based study. BMJ 2005; 330(7504):1370.

(1335)  Hudson M, Rahme E, Richard H, Pilote L. Risk of congestive heart failure with nonsteroidal antiinflammatory drugs and selective Cyclooxygenase 2 inhibitors: a class effect? Arthritis Rheum 2007; 57(3):516-523.

(1336)  Huerta C, Varas-Lorenzo C, Castellsague J, Garcia Rodriguez LA. Non-steroidal anti-inflammatory drugs and risk of first hospital admission for heart failure in the general population. Heart 2006; 92(11):1610-1615.

(1337)  Huledal G, Jonzon B, Malmenas M et al. Renal effects of the cyclooxygenase-inhibiting nitric oxide donor AZD3582 compared with rofecoxib and naproxen during normal and low sodium intake. Clin Pharmacol Ther 2005; 77(5):437-450.

(1338)  Hunt R, Bowen B, James C et al. COX-2 specific inhibition with MK-0966 25 or 50 mg q.d. over 4 weeks does not increase fecal blood loss:  a controlled study with placebo and ibuprofen 800 mg t.i.d. [ABSTRACT 247]. Am J Gastroenterol 1998; 93(9):1671-Abstr. 247.

(1339)  Hunt RH. Rofecoxib. Drugs 1999; 58(3):506-507.

(1340)  Hunt RH, Bowen B, Mortensen ER et al. A randomized trial measuring fecal blood loss after treatment with rofecoxib, ibuprofen, or placebo in healthy subjects. Am J Med 2000; 109(3):201-206.

(1341)  Hunt RH, Barkun AN, Baron D et al. Recommendations for the appropriate use of anti-inflammatory drugs in the era of the coxibs: defining the role of gastroprotective agents. Can J Gastroenterol 2002; 16(4):231-240.

(1342)  Hunt RH. Motion--Cyclo-oxygenase-2 selective nonsteroidal anti-inflammatory drugs are as safe as placebo for the stomach: arguments for the motion. Can J Gastroenterol 2003; 17(5):339-341.

(1343)  Hurlstone DP, Cross SS, Lobo AJ, Sanders DS. High magnification chromoscopic colonoscopy as a screening tool in acromegaly. Gut 2003; 52(12):1797-1798.

(1344)  Husain S, Andrews NP, Mulcahy D, Panza JA, Quyyumi AA. Aspirin improves endothelial dysfunction in atherosclerosis. Circulation 1998; 97(8):716-720.

(1345)  Husain SS, Szabo IL, Tamawski AS. NSAID inhibition of GI cancer growth: clinical implications and molecular mechanisms of action. Am J Gastroenterol 2002; 97(3):542-553.

(1346)  Huskisson EC, Ghozlan R, Kurthen R, Degner FL, Bluhmki E. A long-term study to evaluate the safety and efficacy of meloxicam therapy in patients with rheumatoid arthritis. Br J Rheumatol 1996; 35 Suppl 1:29-34.

(1347)  Huss U, Ringbom T, Perera P, Bohlin L, Vasange M. Screening of ubiquitous plant constituents for COX-2 inhibition with a scintillation proximity based assay. J Nat Prod 2002; 65(11):1517-1521.

(1348)  Huster D, Schubert C, Berr F, Mossner J, Caca K. Rofecoxib-induced cholestatic hepatitis: treatment with molecular adsorbent recycling system (MARS). J Hepatol 2002; 37(3):413-414.

(1349)  Iadecola C, Niwa K, Nogawa S et al. Reduced susceptibility to ischemic brain injury and N-methyl-D-aspartate-mediated neurotoxicity in cyclooxygenase-2-deficient mice. Proc Natl Acad Sci U S A 2001; 98(3):1294-1299.

(1350)  Iadecola C, Alexander M. Cerebral ischemia and inflammation. Curr Opin Neurol 2001; 14(1):89-94.

(1351)  Iadecola C. Cyclooxygenase-2 and stroke: the long and short of it. Ann Neurol 2003; 54(2):141-142.

**KS-000919**

(1352)   Iadecola C, Gorelick PB. The Janus face of cyclooxygenase-2 in ischemic stroke: shifting toward downstream targets. Stroke 2005; 36(2):182-185.

(1353)   Ide T, Egan K, Bell-Parikh LC, FitzGerald GA. Activation of nuclear receptors by prostaglandins. Thromb Res 2003; 110(5-6):311-315.

(1354)   Iida M, Iida H, Fujiwara H, Dohi S. Effects of alcohol infusion on smoking-induced cerebrovascular changes in rat in vivo. Alcohol 2003; 30(3):175-181.

(1355)   Iismaa SE, Graham RM. Dissecting cardiac hypertrophy and signaling pathways: evidence for an interaction between multifunctional g proteins and prostanoids. Circ Res 2003; 92(10):1059-1061.

(1356)   Ilan DI, Liporace FA, Rosen J, Cannavo D. Efficacy of rofecoxib for pain control after knee arthroscopy: a prospective, randomized, double-blinded clinical trial. Arthroscopy 2004; 20(8):813-818.

(1357)   Ilowite NT. Current treatment of juvenile rheumatoid arthritis. Pediatrics 2002; 109(1):109-115.

(1358)   Imbimbo BP. The potential role of non-steroidal anti-inflammatory drugs in treating Alzheimer's disease. Expert Opin Investig Drugs 2004; 13(11):1469-1481.

(1359)   Inoue H, Taba Y, Miwa Y, Yokota C, Miyagi M, Sasaguri T. Transcriptional and posttranscriptional regulation of cyclooxygenase-2 expression by fluid shear stress in vascular endothelial cells. Arterioscler Thromb Vasc Biol 2002; 22(9):1415-1420.

(1360)   Inoue K, Takano H, Kawahito Y, Sano H, Yoshikawa T. Cyclooxygenase-2 inhibitors in aspirin-induced asthma. Chest 2003; 123(4):1317-1318.

(1361)   Ioannidis JP. Why most published research findings are false. PLoS Med 2005; 2(8):e124.

(1362)   Ioannidis JP. Contradicted and initially stronger effects in highly cited clinical research. JAMA 2005; 294(2):218-228.

(1363)   Issioui T, Klein KW, White PF et al. Cost-efficacy of rofecoxib versus acetaminophen for preventing pain after ambulatory surgery. Anesthesiology 2002; 97(4):931-937.

(1364)   Itani KM, Wilson SE, Awad SS, Jensen EH, Finn TS, Abramson MA. Ertapenem versus cefotetan prophylaxis in elective colorectal surgery. N Engl J Med 2006; 355(25):2640-2651.

(1365)   Ito H, Duxbury M, Benoit E et al. Fibronectin-induced COX-2 mediates MMP-2 expression and invasiveness of rhabdomyosarcoma. Biochem Biophys Res Commun 2004; 318(2):594-600.

(1366)   Ito H, Duxbury M, Benoit E et al. Prostaglandin E2 enhances pancreatic cancer invasiveness through an Ets-1-dependent induction of matrix metalloproteinase-2. Cancer Res 2004; 64(20):7439-7446.

(1367)   Ives DG, Fitzpatrick AL, Bild DE et al. Surveillance and ascertainment of cardiovascular events. The Cardiovascular Health Study. Ann Epidemiol 1995; 5(4):278-285.

(1368)   Jachak SM. Cyclooxygenase inhibitory natural products: current status. Curr Med Chem 2006; 13(6):659-678.

(1369)   Jackson CG. Therapeutic potential of COX-2 inhibitors in arthritis. Expert Opin Investig Drugs 2001; 10(7):1317-1325.

(1370)   Jackson ID, Heidemann BH, Wilson J, Power I, Brown RD. Double-blind, randomized, placebo-controlled trial comparing rofecoxib with dexketoprofen trometamol in surgical dentistry. Br J Anaesth 2004; 92(5):675-680.

(1371)   Jackson LM, Hawkey CJ. COX-2 selective nonsteroidal anti-Inflammatory drugs: do they really offer any advantages? Drugs 2000; 59(6):1207-1216.

(1372)   Jackson RD, LaCroix AZ, Gass M et al. Calcium plus vitamin D supplementation and the risk of fractures. N Engl J Med 2006; 354(7):669-683.

(1373)   Jacob S, Rajabally YA. Intracranial hypertension induced by rofecoxib. Headache 2005; 45(1):75-76.

**KS-000920**

(1374)   Jacobson E, Assareh H, Cannerfelt R, Renstrom P, Jakobsson J. Pain after elective arthroscopy of the knee: a prospective, randomised, study comparing conventional NSAID to coxib. Knee Surg Sports Traumatol Arthrosc 2006; 14(11):1166-1170.

(1375)   Jacobus S, Schneeweiss S, Chan KA. Exposure misclassification as a result of free sample drug utilization in automated claims databases and its effect on a pharmacoepidemiology study of selective COX-2 inhibitors. Pharmacoepidemiol Drug Saf 2004; 13(10):695-702.

(1376)   Jacoby R. Rofecoxib or naproxen do not slow progression of mild to moderate Alzheimer's disease. Evid Based Ment Health 2003; 6(4):110.

(1377)   Jaeckel EC, Raja S, Tan J et al. Correlation of expression of cyclooxygenase-2, vascular endothelial growth factor, and peroxisome proliferator-activated receptor delta with head and neck squamous cell carcinoma. Arch Otolaryngol Head Neck Surg 2001; 127(10):1253-1259.

(1378)   Jaeschke R, Gajewski P, Brozek J. Cardiovascular thrombotic events in controlled, clinical trials of rofecoxib. Circulation 2002; 106(5):e18.

(1379)   Jain A, Atreja A, Harris CM, Lehmann M, Burns J, Young J. Responding to the rofecoxib withdrawal crisis: a new model for notifying patients at risk and their health care providers. Ann Intern Med 2005; 142(3):182-186.

(1380)   Jain NK, Patil CS, Kulkarni SK, Singh A. Modulatory role of cyclooxygenase inhibitors in aging- and scopolamine or lipopolysaccharide-induced cognitive dysfunction in mice. Behav Brain Res 2002; 133(2):369-376.

(1381)   Jajoo D, Benincasa P. Rofecoxib in a child with nonsteroidal anti-inflammatory drug induced urticaria and angioedema [POSTER 100]. Ann Allergy Asthma Immunol 2002; 88(1):125.

(1382)   Jamali F, Sattari S. High performance liquid chromatographic determination of cyclooxygenase II inhibitor rofecoxib in rat and human plasma. J Pharm Pharm Sci 2000; 3(3):312-317.

(1383)   James MJ, Cleland LG. Applying a research ethics committee approach to a medical practice controversy: the case of the selective COX-2 inhibitor rofecoxib. J Med Ethics 2004; 30(2):182-184.

(1384)   James MJ, Cleland LG. Cyclooxygenase-2 inhibitors: what went wrong? Curr Opin Clin Nutr Metab Care 2006; 9(2):89-94.

(1385)   James MJ, Cook-Johnson RJ, Cleland LG. Selective COX-2 Inhibitors, Eicosanoid Synthesis and Clinical Outcomes: A Case Study of System Failure. Lipids 2007.

(1386)   James MW, Hawkey CJ. Assessment of non-steroidal anti-inflammatory drug (NSAID) damage in the human gastrointestinal tract. Br J Clin Pharmacol 2003; 56(2):146-155.

(1387)   Janardhan V, Wolf PA, Kase CS et al. Anticardiolipin antibodies and risk of ischemic stroke and transient ischemic attack: the Framingham cohort and offspring study. Stroke 2004; 35(3):736-741.

(1388)   Jang J, Park EY, Seo SI, Hwang TK, Kim JC. Effects of intravesical instillation of cyclooxygenase-2 inhibitor on the expression of inducible nitric oxide synthase and nerve growth factor in cyclophosphamide-induced overactive bladder. BJU Int 2006; 98(2):435-439.

(1389)   Jassal D, Howlett J, Cox JL. Are cyclooxygenase-2 inhibitors safe in congestive heart failure? [ABSTRACT 2174]. Eur Heart J 2003; 24(Abstr. Suppl.):410-Abstr. 2174.

(1390)   Jawad AS. EULAR recommendations for the management of knee osteoarthritis. Ann Rheum Dis 2001; 60(5):540.

(1391)   Jaworek J, Bonior J, Tomaszewska R et al. Involvement of cyclooxygenase-derived prostaglandin E2 and nitric oxide in the protection of rat pancreas afforded by low dose of lipopolysaccharide. J Physiol Pharmacol 2001; 52(1):107-126.

(1392)   Jelic V, Kivipelto M, Winblad B. Clinical trials in mild cognitive impairment: lessons for the future. J Neurol Neurosurg Psychiatry 2006; 77(4):429-438.

(1393)   Jenkinson ML. Tolerability of rofecoxib versus naproxen. Ann Intern Med 2004; 140(12):1059-1060.

KS-000921

(1394) Jeske AH. Selecting new drugs for pain control: evidence-based decisions or clinical impressions? J Am Dent Assoc 2002; 133(8):1052-1056.

(1395) Jia Q, Pestka JJ. Role of cyclooxygenase-2 in deoxynivalenol-induced immunoglobulin a nephropathy. Food Chem Toxicol 2005; 43(5):721-728.

(1396) Jick H, Garcia Rodriguez LA, Perez-Gutthann S. Principles of epidemiological research on adverse and beneficial drug effects. Lancet 1998; 352(9142):1767-1770.

(1397) Jick H, Kaye JA, Russmann S, Jick SS. Nonsteroidal antiinflammatory drugs and acute myocardial infarction in patients with no major risk factors. Pharmacotherapy 2006; 26(10):1379-1387.

(1398) Jick SS. The risk of gastrointestinal bleed, myocardial infarction, and newly diagnosed hypertension in users of meloxicam, diclofenac, naproxen, and piroxicam. Pharmacotherapy 2000; 20(7):741-744.

(1399) Johansson CC, Bryn T, Aandahl EM et al. Treatment with type-2 selective and non-selective cyclooxygenase inhibitors improves T-cell proliferation in HIV-infected patients on highly active antiretroviral therapy. AIDS 2004; 18(6):951-952.

(1400) Johnsen SP, Larsson H, Tarone RE et al. Risk of hospitalization for myocardial infarction among users of rofecoxib, celecoxib, and other NSAIDs: a population-based case-control study. Arch Intern Med 2005; 165(9):978-984.

(1401) Johnson AG, Nguyen TV, Day RO. Do nonsteroidal anti-inflammatory drugs affect blood pressure? A meta-analysis. Ann Intern Med 1994; 121(4):289-300.

(1402) Johnson AJ, Song X, Hsu A, Chen C. Apoptosis signaling pathways mediated by cyclooxygenase-2 inhibitors in prostate cancer cells. Adv Enzyme Regul 2001; 41:221-235.

(1403) Johnson AJ, Hsu AL, Lin HP, Song X, Chen CS. The cyclo-oxygenase-2 inhibitor celecoxib perturbs intracellular calcium by inhibiting endoplasmic reticulum Ca2+-ATPases: a plausible link with its anti-tumour effect and cardiovascular risks. Biochem J 2002; 366(Pt 3):831-837.

(1404) Johnson DL, Hisel TM, Phillips BB. Effect of cyclooxygenase-2 inhibitors on blood pressure. Ann Pharmacother 2003; 37(3):442-446.

(1405) Jolicoeur E, Rostom A. Systematic review of upper gastrointestinal toxicity of COX-2 inhibitors. Can J Gastroenterol 2002; 16(A Suppl.):95A.

(1406) Jolly M, Curran JJ. Chlamydial infection preceding the development of rheumatoid arthritis: a brief report. Clin Rheumatol 2004; 23(5):453-455.

(1407) Jones DA, Carlton DP, McIntyre TM, Zimmerman GA, Prescott SM. Molecular cloning of human prostaglandin endoperoxide synthase type II and demonstration of expression in response to cytokines. J Biol Chem 1993; 268(12):9049-9054.

(1408) Jones MK, Wang H, Peskar BM et al. Inhibition of angiogenesis by nonsteroidal anti-inflammatory drugs: insight into mechanisms and implications for cancer growth and ulcer healing. Nat Med 1999; 5(12):1418-1423.

(1409) Jones R. Efficacy and safety of COX 2 inhibitors. BMJ 2002; 325(7365):607-608.

(1410) Jones SC. Relative thromboembolic risks associated with COX-2 inhibitors. Ann Pharmacother 2005; 39(7-8):1249-1259.

(1411) Jongstra-Bilen J, Haidari M, Zhu SN, Chen M, Guha D, Cybulsky MI. Low-grade chronic inflammation in regions of the normal mouse arterial intima predisposed to atherosclerosis. J Exp Med 2006; 203(9):2073-2083.

(1412) Josefson D. COX 2 inhibitors can affect the stomach lining. BMJ 1999; 319(7224):1518.

(1413) Josefson D. FDA warns Merck over its promotion of rofecoxib. BMJ 2001; 323(7316):767.

(1414) Joshi AV, Miller LA. Hospital procedure volume and outcomes. Ann Intern Med 2004; 140(12):1061-1062.

KS-000922

(1415)   Joshi W, Connelly NR, Reuben SS, Wolckenhaar M, Thakkar N. An evaluation of the safety and efficacy of administering rofecoxib for postoperative pain management. Anesth Analg 2003; 97(1):35-8, table.

(1416)   Jouzeau JY, Terlain B, Abid A, Nedelec E, Netter P. Cyclo-oxygenase isoenzymes. How recent findings affect thinking about nonsteroidal anti-inflammatory drugs. Drugs 1997; 53(4):563-582.

(1417)   Jozefowski S, Bobek M, Marcinkiewicz J. Exogenous but not endogenous prostanoids regulate cytokine secretion from murine bone marrow dendritic cells: EP2, DP, and IP but not EP1, EP3, and FP prostanoid receptors are involved. Int Immunopharmacol 2003; 3(6):865-878.

(1418)   Jugdutt BI, Hutchins GM, Bulkley BH, Pitt B, Becker LC. Effect of indomethacin on collateral blood flow and infarct size in the conscious dog. Circulation 1979; 59(4):734-743.

(1419)   Jugdutt BI. Cyclooxygenase inhibition and adverse remodeling during healing after myocardial infarction. Circulation 2007; 115(3):288-291.

(1420)   Julemont F, Dogne JM, Pirotte B, de L, X. Recent development in the field of dual COX / 5-LOX inhibitors. Mini Rev Med Chem 2004; 4(6):633-638.

(1421)   Julius S, Nesbitt SD, Egan BM et al. Feasibility of treating prehypertension with an angiotensin-receptor blocker. N Engl J Med 2006; 354(16):1685-1697.

(1422)   Juni P, Rutjes AW, Dieppe PA. Are selective COX 2 inhibitors superior to traditional non steroidal anti-inflammatory drugs? BMJ 2002; 324(7349):1287-1288.

(1423)   Juni P, Rutjes AWS, Dieppe P. Both the CLASS and VIGOR trials support the COX 2 hypothesis: authors' reply. BMJ 2002; 325(7356):163-164.

(1424)   Juni P, Dieppe P, Egger M. Risk of myocardial infarction associated with selective COX-2 inhibitors: questions remain. Arch Intern Med 2002; 162(22):2639-2640.

(1425)   Juni P, Sterchi R, Dieppe P. Systematic review of celecoxib for osteoarthritis and rheumatoid arthritis. Problems compromise review's validity. BMJ 2003; 326(7384):334.

(1426)   Juni P, Dieppe P. Older people should NOT be prescribed 'coxibs' in place of conventional NSAIDs. Age Ageing 2004; 33(2):100-104.

(1427)   Juni P, Nartey L, Reichenbach S, Sterchi R, Dieppe PA, Egger M. Risk of cardiovascular events and rofecoxib: cumulative meta-analysis. Lancet 2004; 364(9450):2021-2029.

(1428)   Juni P, Reichenbach S, Egger M. COX 2 inhibitors, traditional NSAIDs, and the heart. BMJ 2005; 330(7504):1342-1343.

(1429)   Juurlink DN. Rofecoxib increased thrombotic events in patients with colorectal adenomas. ACP J Club 2005; 143(1):2.

(1430)   Kahn SE, Haffner SM, Heise MA et al. Glycemic durability of rosiglitazone, metformin, or glyburide monotherapy. N Engl J Med 2006; 355(23):2427-2443.

(1431)   Kahvecioglu S, Dilek K, Akdag I et al. Effect of indomethacin and selective cyclooxygenase-2 inhibitors on proteinuria and renal function in patients with AA type renal amyloidosis. Nephrology (Carlton ) 2006; 11(3):232-237.

(1432)   Kajino H, Roman C, Clyman RI. Renal effects of cyclooxygenase-2 inhibition in fetal lambs. Biol Neonate 2002; 82(4):257-262.

(1433)   Kakar S, Pardi DS, Burgart LJ. Colonic ulcers accompanying collagenous colitis: implication of nonsteroidal anti-inflammatory drugs. Am J Gastroenterol 2003; 98(8):1834-1837.

(1434)   Kalgutkar AS, Zhao Z. Discovery and design of selective cyclooxygenase-2 inhibitors as non-ulcerogenic, anti-inflammatory drugs with potential utility as anti-cancer agents. Curr Drug Targets 2001; 2(1):79-106.

(1435)   Kalyoncu AF, Karakaya G, Bozkurt B, Artvinli M. A new method of oral drug provocation testing for determining safe alternatives for patients with non-steroidal anti-inflammatory drug intolerance: the triple test. Int Arch Allergy Immunol 2005; 138(4):319-323.

KS-000923

(1436)   Kamath CC, Maradit-Kremers H, Vanness DJ, O'Fallon WM, Gabriel SE. Cost-effectiveness of alternative drug therapies in knee osteoarthritis. Arthritis Rheum 2001; 44(9 Suppl.):S158.

(1437)   Kamath CC, Kremers HM, Vanness DJ, O'Fallon WM, Cabanela RL, Gabriel SE. The cost-effectiveness of acetaminophen, NSAIDs, and selective COX-2 inhibitors in the treatment of symptomatic knee osteoarthritis. Value Health 2003; 6(2):144-157.

(1438)   Kamen B, Kieran M. Don't throw out the baby with the bathwater! J Pediatr Hematol Oncol 2005; 27(2):59-60.

(1439)   Kammerl MC, Schweda F, Endemann D, Stubanus M, Fischereder M, Kramer BK. Influence of cyclooxygenase-2 on renin secretion in man. Dtsch Med Wochenschr 2000; 125(3 Suppl.):S71.

(1440)   Kammerl MC, Nusing RM, Schweda F et al. Low sodium and furosemide-induced stimulation of the renin system in man is mediated by cyclooxygenase 2. Clin Pharmacol Ther 2001; 70(5):468-474.

(1441)   Kammerl MC, Nusing RM, Seyberth HW, Riegger GA, Kurtz A, Kramer BK. Inhibition of cyclooxygenase-2 attenuates urinary prostanoid excretion without affecting renal renin expression. Pflugers Arch 2001; 442(6):842-847.

(1442)   Kammerl MC, Nusing RM, Richthammer W, Kramer BK, Kurtz A. Inhibition of COX-2 counteracts the effects of diuretics in rats. Kidney Int 2001; 60(5):1684-1691.

(1443)   Kammerl MC, Debler J, Riegger GA, Kramer BK. COX-2 inhibitors and risk of heart failure. Lancet 2004; 364(9444):1486-1487.

(1444)   Kanatani K, Ebata M, Murakami M, Okabe S. Effects of indomethacin and rofecoxib on gastric mucosal damage in normal and Helicobacter pylori-infected mongolian gerbils. J Physiol Pharmacol 2004; 55(1 Pt 2):207-222.

(1445)   Kapioroglu S, Bafu A, Kayrier K, Aydun F, Ozoran Y. Does a COX-2 inhibitor, rofecoxib have low potential for causing acute gastric lesion: "a double blind, randomized, placebo controlled trial" [ABSTRACT 150]. Am J Gastroenterol 2000; 95(9):2454-2455.

(1446)   Kaplan-Machlis B, Klostermeyer BS. The cyclooxygenase-2 inhibitors: safety and effectiveness. Ann Pharmacother 1999; 33(9):979-988.

(1447)   Karakaya G, Kalyoncu AF. Safety of nimesulide, meloxicam and rofecoxib as alternative analgesics. Allergol Immunopathol (Madr ) 2000; 28(6):319-321.

(1448)   Karamanlioglu B, Arar C, Alagol A, Colak A, Gemlik I, Sut N. Preoperative oral celecoxib versus preoperative oral rofecoxib for pain relief after thyroid surgery. Eur J Anaesthesiol 2003; 20(6):490-495.

(1449)   Karamanlioglu B, Turan A, Memis D, Ture M. Preoperative oral rofecoxib reduces postoperative pain and tramadol consumption in patients after abdominal hysterectomy. Anesth Analg 2004; 98(4):1039-43, table.

(1450)   Kargman SL, O'Neill GP, Vickers PJ, Evans JF, Mancini JA, Jothy S. Expression of prostaglandin G/H synthase-1 and -2 protein in human colon cancer. Cancer Res 1995; 55(12):2556-2559.

(1451)   Karha J, Topol EJ. The sad story of Vioxx, and what we should learn from it. Cleve Clin J Med 2004; 71(12):933-939.

(1452)   Karjalainen MJ, Neuvonen PJ, Backman JT. Rofecoxib is a potent, metabolism-dependent inhibitor of CYP1A2: implications for in vitro prediction of drug interactions. Drug Metab Dispos 2006; 34(12):2091-2096.

(1453)   Kashfi K, Rigas B. Is COX-2 a 'collateral' target in cancer prevention? Biochem Soc Trans 2005; 33(Pt 4):724-727.

(1454)   Kasliwal R, Layton D, Harris S, Wilton L, Shakir SA. A comparison of reported gastrointestinal and thromboembolic events between rofecoxib and celecoxib using observational data. Drug Saf 2005; 28(9):803-816.

(1455)   Kasper B, Ho AD, Egerer G. A new therapeutic approach in patients with advanced sarcoma. Int J Clin Oncol 2005; 10(6):438-440.

(1456)   Katagiri M, Ogasawara T, Hoshi K et al. Suppression of adjuvant-induced arthritic bone destruction by cyclooxygenase-2 selective agents with and without inhibitory potency against carbonic anhydrase II. J.Bone [?], 219-227.

KS-000924

2006.
Ref Type: Abstract

(1457)   Kathula SK, Shah K, Polenakovik H, Koduri J. Cyclo-oxygenase II inhibitors in the treatment of neoplastic fever. Support Care Cancer 2003; 11(4):258-259.

(1458)   Kato S, Takeuchi K. Alteration of gastric ulcerogenic and healing responses in rats with adjuvant-induced arthritis. Jpn J Pharmacol 2002; 89(1):1-6.

(1459)   Kato S, Ogawa Y, Kanatsu K et al. Ulcerogenic influence of selective cyclooxygenase-2 inhibitors in the rat stomach with adjuvant-induced arthritis. J Pharmacol Exp Ther 2002; 303(2):503-509.

(1460)   Katz N, Krupa D, Ju W et al. Rofecoxib in chronic low back pain: evaluation of onset of action. Arthritis Rheum 2001; 44(9 Suppl.):S354.

(1461)   Katz N. The impact of pain management on quality of life. J Pain Symptom Manage 2002; 24(1 Suppl)S38-S47.

(1462)   Katz N, Ju WD, Krupa DA et al. Efficacy and safety of rofecoxib in patients with chronic low back pain: results from two 4-week, randomized, placebo-controlled, parallel-group, double-blind trials. Spine 2003; 28(9):851-858.

(1463)   Katz N, Rodgers DB, Krupa D, Reicin A. Onset of pain relief with rofecoxib in chronic low back pain: results of two four-week, randomized, placebo-controlled trials. Curr Med Res Opin 2004; 20(5):651-658.

(1464)   Katz WA. Cyclooxygenase-2-selective inhibitors in the management of acute and perioperative pain. Cleve Clin J Med 2002; 69 Suppl 1:SI65-SI75.

(1465)   Kaufmann WE, Andreasson KI, Isakson PC, Worley PF. Cyclooxygenases and the central nervous system. Prostaglandins 1997; 54(3):601-624.

(1466)   Kaul N, Dhaneshwar SR, Agrawal H, Kakad A, Patil B. Application of HPLC and HPTLC for the simultaneous determination of tizanidine and rofecoxib in pharmaceutical dosage form. J Pharm Biomed Anal 2005; 37(1):27-38.

(1467)   Kaur BS, Khamnehei N, Iravani M, Namburu SS, Lin O, Triadafilopoulos G. Rofecoxib inhibits cyclooxygenase 2 expression and activity and reduces cell proliferation in Barrett's esophagus. Gastroenterology 2002; 123(1):60-67.

(1468)   Kaur C, Sarkar R, Kanwar AJ. Fixed drug eruption to rofecoxib with cross-reactivity with sulfonamides. Dermatology 2001; 203(4):351.

(1469)   Kaur S, Anurag A, Tirkey N, Chopra K. Reversal of LPS-induced central and peripheral hyperalgesia by green tea extract. Phytother Res 2005; 19(1):39-43.

(1470)   Kawachi I, Sparrow D, Vokonas PS, Weiss ST. Symptoms of anxiety and risk of coronary heart disease. The Normative Aging Study. Circulation 1994; 90(5):2225-2229.

(1471)   Kawai S, Yamazaki R, Kusunoki N, Okamoto R, Kawasaki TK. Induction of apoptosis by celecoxib, not by other selective cyclooxygenase-2 inhibitors, in rheumatoid synovial cells. Arthritis Rheum 2001; 44(9 Suppl.):S218.

(1472)   Kawamori T, Rao CV, Seibert K, Reddy BS. Chemopreventive activity of celecoxib, a specific cyclooxygenase-2 inhibitor, against colon carcinogenesis. Cancer Res 1998; 58(3):409-412.

(1473)   Kazanov D, Dvory-Sobol H, Pick M et al. Celecoxib but not rofecoxib inhibits the growth of transformed cells in vitro. Clin Cancer Res 2004; 10(1 Pt 1):267-271.

(1474)   Kean WF, Buchanan WW. The use of NSAIDs in rheumatic disorders 2005: a global perspective. Inflammopharmacology 2005; 13(4):343-370.

(1475)   Kearney D, Byrne A, Crean P, Cox D, Fitzgerald DJ. Optimal suppression of thromboxane A(2) formation by aspirin during percutaneous transluminal coronary angioplasty: no additional effect of a selective cyclooxygenase-2 inhibitor. J Am Coll Cardiol 2004; 43(4):526-531.

**KS-000925**

(1476)  Kearney PM, Balgent C, Godwin J, Halls H, Emberson JR, Patrono C. Do selective cyclo-oxygenase-2 inhibitors and traditional non-steroidal anti-inflammatory drugs increase the risk of atherothrombosis? Meta-analysis of randomised trials. BMJ 2006; 332(7553):1302-1308.

(1477)  Kelkar PS, Butterfield JH, Teaford HG. Urticaria and angioedema from cyclooxygenase-2 inhibitors. J Rheumatol 2001; 28(11):2553-2554.

(1478)  Kelkar PS, Butterfield JH, Teaford HG. Urticaria and angioedema from cyclooxygenase-2 inhibitors [POSTER 93]. Ann Allergy Asthma Immunol 2001; 86(1):117.

(1479)  Kellstein D, Fricke J, Jr., Ott D, Jayawardene S. Analgesic efficacy of lumiracoxib compared with placebo, rofecoxib and celecoxib in patients with postoperative dental pain [ABSTRACT 1282]. Arthritis Rheum 2003; 48(9 Suppl.):S506-Abstr. 1282.

(1480)  Kellstein D, Ott D, Jayawardene S, Fricke J. Analgesic efficacy of a single dose of lumiracoxib compared with rofecoxib, celecoxib and placebo in the treatment of post-operative dental pain. Int J Clin Pract 2004; 58(3):244-250.

(1481)  Kelly C, Hamilton J. What kills patients with rheumatoid arthritis? Rheumatology (Oxford) 2007; 46(2):183-184.

(1482)  Kennedy AG, Littenberg B, Vezina LC. Vioxx-Viagra confusion. Am J Health Syst Pharm 2002; 59(21):2112.

(1483)  Kentos A, Robin V, Lambermont M, Jurdan M, Pignarelli M, Feremans W. Probable rofecoxib-induced thrombocytopenia. Rheumatology (Oxford) 2003; 42(5):699-700.

(1484)  Kereiakes DJ. The Emperor's clothes: in search of the vulnerable plaque. Circulation 2003; 107(16):2076-2077.

(1485)  Kerins C, Carlson D, McIntosh J, Bellinger L. A role for cyclooxygenase II inhibitors in modulating temporomandibular joint inflammation from a meal pattern analysis perspective. J Oral Maxillofac Surg 2004; 62(8):989-995.

(1486)  Kermode-Scott B. Agencies "failed miserably" over COX-2 inhibitor. BMJ 2005; 330(7483):113.

(1487)  Kerr DJ, Dunn JA, Langman MJ et al. Rofecoxib and Cardiovascular Adverse Events in Adjuvant Treatment of Colorectal Cancer. N Engl J Med 2007; 357(4):360-369.

(1488)  Kerr SJ, Mant A, Horn FE, McGeechan K, Sayer GP. Lessons from early large-scale adoption of celecoxib and rofecoxib by Australian general practitioners. Med J Aust 2003; 179(8):403-407.

(1489)  Keskek M, Gocmen E, Kilic M et al. Increased expression of cyclooxygenase-2 (COX-2) in radiation-induced small bowel injury in rats. J Surg Res 2006; 135(1):76-84.

(1490)  Kesselheim AS, Avorn J. The role of litigation in defining drug risks. JAMA 2007; 297(3):308-311.

(1491)  Kessenich CR. Cyclo-oxygenase 2 inhibitors: an important new drug classification. Pain Manag Nurs 2001; 2(1):13-18.

(1492)  Kessler DA. The regulation of investigational drugs. N Engl J Med 1989; 320(5):281-288.

(1493)  Kessler DA. Drug promotion and scientific exchange. The role of the clinical investigator. N Engl J Med 1991; 325(3):201-203.

(1494)  Kessler DA, Rose JL, Temple RJ, Schapiro R, Griffin JP. Therapeutic-class wars--drug promotion in a competitive marketplace. N Engl J Med 1994; 331(20):1350-1353.

(1495)  Kessler DA, Levy DA. Direct-to-consumer advertising: is it too late to manage the risks? Ann Fam Med 2007; 5(1):4-5.

(1496)  Khamsi R. Painkiller verdict shows mistrust of Merck. Nature 2005; 436(7054):1070.

(1497)  Khan AA, Dionne RA. The COX-2 inhibitors: new analgesic and anti-inflammatory drugs. Dent Clin North Am 2002; 46(4):679-690.

(1498)  Khanna D, Khanna PP, Furst DE. COX-2 controversy: where are we and where do we go from here? Inflammopharmacology 2005; 13(4):395-402.

KS-000926

(1499)  Kiaei M, Kipiani K, Petri S et al. Integrative role of cPLA with COX-2 and the effect of non-steroidal anti-inflammatory drugs in a transgenic mouse model of amyotrophic lateral sclerosis. J Neurochem 2005; 93(2):403-411.

(1500)  Kiang YH, Xu W, Kaufman MJ. Ab initio structure determination of rofecoxib from powder diffraction data using molecular packing analysis method and direct space method. Int J Pharm 2003; 252(1-2):213-223.

(1501)  Kick A, Bertoli R, Moschovitis G, Caduff JP, Cerny A. [Extreme sinus bradycardia (30/min) with acute right heart failure under tizanidine (Sirdalud). Possible pharmacological interaction with rofecoxib (Vioxx)]. Med Klin (Munich) 2005; 100(4):213-216.

(1502)  Kiefer W, Dannhardt G. COX-2 inhibition and the control of pain. Curr Opin Investig Drugs 2002; 3(9):1348-1358.

(1503)  Kiefer W, Dannhardt G. Novel insights and therapeutical applications in the field of inhibitors of COX-2. Curr Med Chem 2004; 11(24):3147-3161.

(1504)  Killen JP. The coxibs, selective inhibitors of cyclooxygenase-2. N Engl J Med 2001; 345(23):1708.

(1505)  Kim JT, Sherman O, Cuff G, Leibovits A, Wajda M, Bekker AY. A double-blind prospective comparison of rofecoxib vs ketorolac in reducing postoperative pain after arthroscopic knee surgery. J Clin Anesth 2005; 17(6):439-443.

(1506)  Kim PS, Reicin AS. Rofecoxib, Merck, and the FDA. N Engl J Med 2004; 351(27):2875-2878.

(1507)  Kim PS, Reicin AS. Discontinuation of Vioxx. Lancet 2005; 365(9453):23-27.

(1508)  Kim SF, Huri DA, Snyder SH. Inducible nitric oxide synthase binds, S-nitrosylates, and activates cyclooxygenase-2. Science 2005; 310(5756):1966-1970.

(1509)  Kimmel SE, Berlin JA, Reilly M, Jaskowiak J, Kishel L, Strom BL. Risk of myocardial infarction by type of cyclooxygenase-2 inhibitor. Circulation 2003; 108(17 Suppl. IV):IV752.

(1510)  Kimmel SE, Berlin JA, Reilly M et al. The effects of nonselective non-aspirin non-steroidal anti-inflammatory medications on the risk of nonfatal myocardial infarction and their interaction with aspirin. J Am Coll Cardiol 2004; 43(6):985-990.

(1511)  Kimmel SE, Berlin JA, Reilly M et al. Patients exposed to rofecoxib and celecoxib have different odds of nonfatal myocardial infarction. Ann Intern Med 2005; 142(3):157-164.

(1512)  Kimmey MB. Role of endoscopy in nonsteroidal anti-inflammatory drug clinical trials. Am J Med 1998; 105(5A):28S-31S.

(1513)  Kimmey MB, Lanas A. Review article: appropriate use of proton pump inhibitors with traditional nonsteroidal anti-inflammatory drugs and COX-2 selective inhibitors. Aliment Pharmacol Ther 2004; 19 Suppl 1:60-65.

(1514)  King JF. Tocolysis and preterm labour. Curr Opin Obstet Gynecol 2004; 16(6):459-463.

(1515)  King SA. Chronic pain control: what's adequate and appropriate? 10 questions physicians often ask. Consultant 2003; 43(13):1558-1573.

(1516)  Kino Y, Kojima F, Kiguchi K, Igarashi R, Ishizuka B, Kawai S. Prostaglandin E2 production in ovarian cancer cell lines is regulated by cyclooxygenase-1, not cyclooxygenase-2. Prostaglandins Leukot Essent Fatty Acids 2005; 73(2):103-111.

(1517)  Kirlin PC, Romson JL, Pitt B, Abrams GD, Schork MA, Lucchesi BR. Ibuprofen-mediated infarct size reduction: effects on regional myocardial function in canine myocardial infarction in canine myocardial infarction. Am J Cardiol 1982; 50(4):849-856.

(1518)  Kirtikara K, Swangkul S, Ballou LR. The analysis of nonsteroidal antiinflammatory drug selectivity in prostaglandin G/H synthase (PGHS)-null cells. Inflamm Res 2001; 50(6):327-332.

(1519)  Kishore R, Losordo DW. Mending the broken heart: ischemic preconditioning-stimulated myocardial angiogenesis. J Mol Cell Cardiol 2004; 37(1):1-3.

(1520)  Kiss MH, Reiff AA, Reicin AS et al. Rofecoxib demonstrates efficacy and tolerability in children and adolescents (ages 2-17 years) with juvenile rheumatoid arthritis (JRA) in a 12-week randomized study [ABSTRACT]. Arthritis Rheum 2003; 48(9 Suppl.):S650-Abstr. 1698.

KS-000927

(1521) Kiss ZH, Doig K, Eliasziw M, Ranawaya R, Suchowersky O. The Canadian multicenter trial of pallidal deep brain stimulation for cervical dystonia: preliminary results in three patients. Neurosurg Focus 2004; 17(1):E5.

(1522) Kitahara M, Eitner F, Ostendorf T et al. Selective cyclooxygenase-2 inhibition impairs glomerular capillary healing in experimental glomerulonephritis. J Am Soc Nephrol 2002; 13(5):1261-1270.

(1523) Kitas GD, Erb N. Tackling ischaemic heart disease in rheumatoid arthritis. Rheumatology (Oxford) 2003; 42(5):607-613.

(1524) Kivitz AJ, Greenwald MW, Cohen SB et al. Efficacy and safety of rofecoxib 12.5 mg versus nabumetone 1,000 mg in patients with osteoarthritis of the knee: a randomized controlled trial. J Am Geriatr Soc 2004; 52(5):666-674.

(1525) Kivitz AJ, Nayiager S, Schimansky T, Gimona A, Thurston HJ, Hawkey C. Reduced incidence of gastroduodenal ulcers associated with lumiracoxib compared with ibuprofen in patients with rheumatoid arthritis. Aliment Pharmacol Ther 2004; 19(11):1189-1198.

(1526) Klasser GD, Epstein J. Nonsteroidal anti-inflammatory drugs: confusion, controversy and dental implications. J Can Dent Assoc 2005; 71(8):575-580.

(1527) Klegeris A, McGeer PL. Non-steroidal anti-inflammatory drugs (NSAIDs) and other anti-inflammatory agents in the treatment of neurodegenerative disease. Curr Alzheimer Res 2005; 2(3):355-365.

(1528) Klein T, Eltze M, Grebe T, Hatzelmann A, Komhoff M. Celecoxib dilates guinea-pig coronaries and rat aortic rings and amplifies NO/cGMP signaling by PDE5 inhibition. Cardiovasc Res 2007; 75(2):390-397.

(1529) Kleta R, Basoglu C, Kuwertz-Broking E. New treatment options for Bartter's syndrome. N Engl J Med 2000; 343(9):661-662.

(1530) Klivenyi P, Kiaei M, Gardian G, Calingasan NY, Beal MF. Additive neuroprotective effects of creatine and cyclooxygenase 2 inhibitors in a transgenic mouse model of amyotrophic lateral sclerosis. J Neurochem 2004; 88(3):576-582.

(1531) Kloner RA, Jennings RB. Consequences of brief ischemia: stunning, preconditioning, and their clinical implications: part 1. Circulation 2001; 104(24):2981-2989.

(1532) Knapp HR, Healy C, Lawson J, FitzGerald GA. Effects of low-dose aspirin on endogenous eicosanoid formation in normal and atherosclerotic men. Thromb Res 1988; 50(3):377-386.

(1533) Knauf H, Bailey MA, Hasenfuss G, Mutschler E. The influence of cardiovascular and antiinflammatory drugs on thiazide-induced hemodynamic and saluretic effects. Eur J Clin Pharmacol 2006; 62(11):885-892.

(1534) Knijff-Dutmer EA, Postma MJ, Van der Palen J, Brouwers JRBJ, Van de Laar MAFJ. Lesser medical cost of bleeding with COX-2-selective inhibitors compared with NSAIDs in concomitant coumarine users [ABSTRACT SAT0267]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr SAT0267.

(1535) Knijff-Dutmer EA, Postma MJ, van der PJ, Brouwers JR, van de Laar MA. Incremental cost-effectiveness of cyclooxygenase 2-selective versus nonselective nonsteroidal anti-inflammatory drugs in a cohort of coumarin users: a pharmacoeconomic analysis linked to a case-control study. Clin Ther 2004; 26(7):1160-1167.

(1536) Knowles S, Shapiro L, Shear NH. Should celecoxib be contraindicated in patients who are allergic to sulfonamides? Revisiting the meaning of 'sulfa' allergy. Drug Saf 2001; 24(4):239-247.

(1537) Knudsen JF, Carlsson U, Hammarstrom P, Sokol GH, Cantilena LR. The cyclooxygenase-2 inhibitor celecoxib is a potent inhibitor of human carbonic anhydrase II. Inflammation 2004; 28(5):285-290.

(1538) Knudsen JF, Sokol GH. Reply to the Vioxx debacle. Am J Med 2006; 119(1):93-94.

(1539) Ko D, Wang Y, Berger AK, Radford MJ, Krumholz HM. Nonsteroidal antiinflammatory drugs after acute myocardial infarction. Am Heart J 2002; 143(3):475-481.

(1540) Kobayashi T, Narumiya S. Function of prostanoid receptors: studies on knockout mice. Prostaglandins Other Lipid Mediat 2002; 68-69:557-573.

**KS-000928**

(1541)   Kobayashi T, Tahara Y, Matsumoto M et al. Roles of thromboxane A(2) and prostacyclin in the development of atherosclerosis in apoE-deficient mice. J Clin Invest 2004; 114(6):784-794.

(1542)   Kodani E, Shinmura K, Xuan YT et al. Cyclooxygenase-2 does not mediate late preconditioning induced by activation of adenosine A1 or A3 receptors. Am J Physiol Heart Circ Physiol 2001; 281(2):H959-H968.

(1543)   Kohlstedt K, Busse R, Fleming I. Signaling via the angiotensin-converting enzyme enhances the expression of cyclooxygenase-2 in endothelial cells. Hypertension 2005; 45(1):126-132.

(1544)   Kojima F, Naraba H, Sasaki Y, Beppu M, Aoki H, Kawai S. Prostaglandin E2 is an enhancer of interleukin-1beta-induced expression of membrane-associated prostaglandin E synthase in rheumatoid synovial fibroblasts. Arthritis Rheum 2003; 48(10):2819-2828.

(1545)   Kokawa A, Kondo H, Gotoda T et al. Increased expression of cyclooxygenase-2 in human pancreatic neoplasms and potential for chemoprevention by cyclooxygenase inhibitors. Cancer 2001; 91(2):333-338.

(1546)   Komers R, Anderson S, Epstein M. Renal and cardiovascular effects of selective cyclooxygenase-2 inhibitors. Am J Kidney Dis 2001; 38(6):1145-1157.

(1547)   Komhoff M, Klaus G, Nazarowa S, Reinalter SC, Seyberth HW. Increased systolic blood pressure with rofecoxib in congenital furosemide-like salt loss. Nephrol Dial Transplant 2006; 21(7):1833-1837.

(1548)   Kondro W. Lawsuits mount in wake of rofecoxib (Vioxx) withdrawal. CMAJ 2004; 171(11):1335.

(1549)   Kondro W. Dispute over Vioxx study plays out in New England journal. CMAJ 2006; 174(10):1397.

(1550)   Kong SX, Pellissier JM. Health economic evaluation of rofecoxib versus conventional NSAIDs in the treatment of osteoarthritis in Switzerland [ABSTRACT SAT0241]. Ann Rheum Dis 2001; 60(1 Suppl.):CD ABSTACT SAT0241.

(1551)   Konstam MA, Weir MR, Reicin A et al. Cardiovascular thrombotic events in controlled, clinical trials of rofecoxib. Circulation 2001; 104(19):2280-2288.

(1552)   Konstam MA, Weir MR. Current perspective on the cardiovascular effects of coxibs. Cleve Clin J Med 2002; 69 Suppl 1:SI47-SI52.

(1553)   Konstam MA. Matters of the heart: assessing the cardiovascular safety of new drugs. Am Heart J 2003; 146(4):561-562.

(1554)   Konstantinopoulos PA, Lehmann DF. The cardiovascular toxicity of selective and nonselective cyclooxygenase inhibitors: comparisons, contrasts, and aspirin confounding. J Clin Pharmacol 2005; 45(7):742-750.

(1555)   Konturek PC, Konturek SJ, Bielanski W et al. Influence of COX-2 inhibition by rofecoxib on serum and tumor progastrin and gastrin levels and expression of PPARgamma and apoptosis-related proteins in gastric cancer patients. Dig Dis Sci 2003; 48(10):2005-2017.

(1556)   Koralewska-Makar A, Johnsson C, Bruun A, Stenevi U, Ehinger B. COX-2 inhibitors prolong trauma-induced elevations of iris hyaluronan. J Ocul Pharmacol Ther 2003; 19(4):385-395.

(1557)   Korn S, Vassil TC, Kotey PN, Fricke JR, Jr. Comparison of rofecoxib and oxycodone plus acetaminophen in the treatment of acute pain: a randomized, double-blind, placebo-controlled study in patients with moderate to severe postoperative pain in the third molar extraction model. Clin Ther 2004; 26(5):769-778.

(1558)   Kotani T, Kobata A, Nakamura E, Amagase K, Takeuchi K. Roles of cyclooxygenase-2 and prostacyclin/IP receptors in mucosal defense against ischemia/reperfusion injury in mouse stomach. J Pharmacol Exp Ther 2006; 316(2):547-555.

(1559)   Kothapalli D, Stewart SA, Smyth EM, Azonobi I, Pure E, Assoian RK. Prostacylin receptor activation inhibits proliferation of aortic smooth muscle cells by regulating cAMP response element-binding protein- and pocket protein-dependent cyclin a gene expression. Mol Pharmacol 2003; 64(2):249-258.

(1560)   Kothapalli D, Fuki I, Ali K et al. Antimitogenic effects of HDL and APOE mediated by Cox-2-dependent IP activation. J Clin Invest 2004; 113(4):609-618.

(1561)   Kotob F, de Leon-Casasola OA, Lema MJ. NSAIDs and cardiovascular risk. Cell Metab 2005; 2(6):339.

KS-000929

(1562)  Kovesi T, Royston D. Is there a bleeding problem with platelet-active drugs? Br J Anaesth 2002; 88(2):159-163.

(1563)  Kowacs PA, Piovesan EJ, Christiano Lang M, Werneck LC, Rezende Young M. SUNCT syndrome responsive to gabapentin. Cephalalgia 2003; 23(7):736.

(1564)  Kozel MM, Sabroe RA. Chronic urticaria: aetiology, management and current and future treatment options. Drugs 2004; 64(22):2515-2536.

(1565)  Kranke P, Morin AM, Roewer N, Eberhart LH. Patients' global evaluation of analgesia and safety of injected parecoxib for postoperative pain: a quantitative systematic review. Anesth Analg 2004; 99(3):797-806, table.

(1566)  Krishna Reddy KV, Moses BJ, Dubey PK, Chandra SB, Om RG, Vyas K. Isolation and characterisation of process-related impurities in rofecoxib. J Pharm Biomed Anal 2002; 29(1-2):355-360.

(1567)  Krishnan E, Lingala VB, Singh G. Declines in mortality from acute myocardial infarction in successive incidence and birth cohorts of patients with rheumatoid arthritis. Circulation 2004; 110(13):1774-1779.

(1568)  Krobot KH, Wagner A, Ulrich V, Zeidler H. Health insurance-related access to cyclooxygenase-II-selective treatment in Germany [ABSTRACT SAT0218]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr SAT0218.

(1569)  Kroin JS, Buvanendran A, Watts DE, Saha C, Tuman KJ. Upregulation of cerebrospinal fluid and peripheral prostaglandin E2 in a rat postoperative pain model. Anesth Analg 2006; 103(2):334-43, table.

(1570)  Kroot EJ, van Leeuwen MA, van Rijswijk MH et al. No increased mortality in patients with rheumatoid arthritis: up to 10 years of follow up from disease onset. Ann Rheum Dis 2000; 59(12):954-958.

(1571)  Krotz F, Schiele TM, Klauss V, Sohn HY. Selective COX-2 inhibitors and risk of myocardial infarction. J Vasc Res 2005; 42(4):312-324.

(1572)  Krovat EM, Langer T. Non-peptide angiotensin II receptor antagonists: chemical feature based pharmacophore identification. J Med Chem 2003; 46(5):716-726.

(1573)  Kruger K. [Current status of COX II inhibitors in therapy of rheumatoid arthritis in comparison with conventional non-steroidal anti-inflammatory agents. Attempt at an evaluation with regard to evidence-based medicine]. Z Rheumatol 2001; 60(6):481-484.

(1574)  Krum H, Liew D, Aw J, Haas S. Cardiovascular effects of selective cyclooxygenase-2 inhibitors. Expert Rev Cardiovasc Ther 2004; 2(2):265-270.

(1575)  Krum H, Aw TJ, Liew D, Haas S. Blood pressure effects of COX-2 inhibitors. J Cardiovasc Pharmacol 2006; 47 Suppl 1:S43-S48.

(1576)  Krumholz HM, Ross JS, Presler AH, Egilman DS. What have we learnt from Vioxx? BMJ 2007; 334(7585):120-123.

(1577)  Kruse R, Ruzicka T, Grewe M. Intolerance reactions due to the selective cyclooxygenase type II inhibitors rofecoxib and celecoxib. Results of oral provocation tests in patients with NSAID hypersensitivity. Acta Derm Venereol 2003; 83(3):183-185.

(1578)  Krymchantowski AV, Barbosa JS. Rizatriptan vs rizatriptan combined with rofecoxib for the acute treatment of migraine. Cephalalgia 2001; 21(4):425-426.

(1579)  Krymchantowski AV, Barbosa JS. Dexamethasone decreases migraine recurrence after treatment with a triptan combined with a non-steroidal anti-inflammatory drug. Cephalalgia 2001; 21(4):434-435.

(1580)  Krymchantowski AV, Barbosa JS. Dexamethasone decreases migraine recurrence observed after treatment with a triptan combined with a nonsteroidal anti-inflammatory drug. Arq Neuropsiquiatr 2001; 59(3-B):708-711.

(1581)  Krymchantowski AV, Barbosa JS. Rizatriptan combined with rofecoxib vs. rizatriptan for the acute treatment of migraine: an open label pilot study. Cephalalgia 2002; 22(4):309-312.

(1582)  Krymchantowski AV, Bigal ME. Rizatriptan versus rizatriptan plus rofecoxib versus rizatriptan plus tolfenamic acid in the acute treatment of migraine. BMC Neurol 2004; 4:10.

KS-000930

(1583)  Krzyzanowska MK, Tsao MS, Oza AM et al. Capecitabine plus rofecoxib show no activity in patients with metastatic neuroendocrine tumours. Clin Oncol (R Coll Radiol ) 2006; 18(1):88-89.

(1584)  Kubatka P, Ahlers I, Ahlersova E et al. Chemoprevention of mammary carcinogenesis in female rats by rofecoxib. Cancer Lett 2003; 202(2):131-136.

(1585)  Kujubu DA, Fletcher BS, Varnum BC, Lim RW, Herschman HR. TIS10, a phorbol ester tumor promoter-inducible mRNA from Swiss 3T3 cells, encodes a novel prostaglandin synthase/cyclooxygenase homologue. J Biol Chem 1991; 266(20):12866-12872.

(1586)  Kujubu DA, Reddy ST, Fletcher BS, Herschman HR. Expression of the protein product of the prostaglandin synthase-2/TIS10 gene in mitogen-stimulated Swiss 3T3 cells. J Biol Chem 1993; 268(8):5425-5430.

(1587)  Kumar NP, Wild G, Ramasamy KA, Snape J. Fatal haemorrhagic pulmonary oedema and associated angioedema after the ingestion of rofecoxib. Postgrad Med J 2002; 78(921):439-440.

(1588)  Kumar VL, Roy S, Sehgal R, Padhy BM. A comparative study on the efficacy of rofecoxib in monoarticular arthritis induced by latex of Calotropis procera and Freund's complete adjuvant. Inflammopharmacology 2006; 14(1-2):17-21.

(1589)  Kumar VL, Roy S. Calotropis procera Latex Extract Affords Protection against Inflammation and Oxidative Stress in Freund's Complete Adjuvant-Induced Monoarthritis in Rats. Mediators Inflamm 2007; 2007(1):47523.

(1590)  Kunz T, Oliw EH. The selective cyclooxygenase-2 inhibitor rofecoxib reduces kainate-induced cell death in the rat hippocampus. Eur J Neurosci 2001; 13(3):569-575.

(1591)  Kunz T, Marklund N, Hillered L, Oliw EH. Assessment of the effects of the cyclooxygenase-2 inhibitor rofecoxib on visuospatial learning and hippocampal cell death following kainate-induced seizures in the rat. Brain Res Cogn Brain Res 2005; 25(3):826-832.

(1592)  Kunz T, Marklund N, Hillered L, Oliw EH. Effects of the selective cyclooxygenase-2 inhibitor rofecoxib on cell death following traumatic brain injury in the rat. Restor Neurol Neurosci 2006; 24(1):55-63.

(1593)  Kurth T, Glynn RJ, Walker AM et al. Inhibition of clinical benefits of aspirin on first myocardial infarction by nonsteroidal antiinflammatory drugs. Circulation 2003; 108(10):1191-1195.

(1594)  Kurth T, Hennekens CH, Buring JE, Gaziano JM. Aspirin, NSAIDs, and COX-2 inhibitors in cardiovascular disease: possible interactions and implications for treatment of rheumatoid arthritis. Curr Rheumatol Rep 2004; 6(5):351-356.

(1595)  Kurumbail RG, Stevens AM, Gierse JK et al. Structural basis for selective inhibition of cyclooxygenase-2 by anti-inflammatory agents. Nature 1996; 384(6610):644-648.

(1596)  Kusunoki N, Yamazaki R, Kawai S. Induction of apoptosis in rheumatoid synovial fibroblasts by celecoxib, but not by other selective cyclooxygenase 2 inhibitors. Arthritis Rheum 2002; 46(12):3159-3167.

(1597)  Kusunoki N, Ito T, Sakurai N, Suguro T, Handa H, Kawai S. A novel celecoxib derivative potently induces apoptosis of human synovial fibroblasts. J Pharmacol Exp Ther 2005; 314(2):796-803.

(1598)  Kvale D, Ormaasen V, Kran AM et al. Immune modulatory effects of cyclooxygenase type 2 inhibitors in HIV patients on combination antiretroviral treatment. AIDS 2006; 20(6):813-820.

(1599)  Kvalvik AG, Jones MA, Symmons DP. Mortality in a cohort of Norwegian patients with rheumatoid arthritis followed from 1977 to 1992. Scand J Rheumatol 2000; 29(1):29-37.

(1600)  La CR, Caselli M, Castellino G, Bajocchi G, Trotta F. Prophylaxis and treatment of NSAID-induced gastroduodenal disorders. Drug Saf 1999; 20(6):527-543.

(1601)  La GL, Lee L, Weaver J et al. Comparison of reporting of Stevens-Johnson syndrome and toxic epidermal necrolysis in association with selective COX-2 inhibitors. Drug Saf 2005; 28(10):917-924.

(1602)  La PJ, Stocking CB, Rhoades WD et al. Financial ties as part of informed consent to postmarketing research. Attitudes of American doctors and patients. BMJ 1995; 310(6995):1660-1663.

KS-000931

(1603)  Ladabaum U, Scheiman JM, Fendrick AM. Potential effect of cyclooxygenase-2-specific inhibitors on the prevention of colorectal cancer: a cost-effectiveness analysis. Am J Med 2003; 114(7):546-554.

(1604)  Lafont A. Basic aspects of plaque vulnerability. Heart 2003; 89(10):1262-1267.

(1605)  Lagakos SW. Time-to-event analyses for long-term treatments--the APPROVe trial. N Engl J Med 2006; 355(2):113-117.

(1606)  Laine L, Harper S, Simon T, Quan H, Bolognese J. Randomized study of rofecoxib, a cyclooxygenase-2 specific inhibitor on the gastroduodenal mucosa of osteoarthritics [ABSTRACT 448]. Arthritis Rheum 1999; 42(9 Suppl.):S145-Abstr. 448.

(1607)  Laine L, Hawkey C, Harper S et al. Effect of the COX-2 specific inhibitor (C-2SI) rofecoxib on ulcer formation:  a double-blind comparison with ibuprofen and placebo [ABSTRACT G0996]. Gastroenterology 1999; 116(4 Pt. 2):A229-Abstr. G0996.

(1608)  Laine L, Harper S, Simon T et al. A randomized trial comparing the effect of rofecoxib, a cyclooxygenase 2-specific inhibitor, with that of ibuprofen on the gastroduodenal mucosa of patients with osteoarthritis.Rofecoxib Osteoarthritis Endoscopy Study Group. Gastroenterology 1999; 117(4):776-783.

(1609)  Laine L, Bombardier C, Reicin A et al. Gastrointestinal (GI) co-therapy, procedures, and hospitalizations in a GI outcomes study of rofecoxib vs. naproxen in rheumatoid arthritis [ABSTRACT 762]. Am J Gastroenterol 2000; 95(9):2633.

(1610)  Laine L. Approaches to nonsteroidal anti-inflammatory drug use in the high-risk patient. Gastroenterology 2001; 120(3):594-606.

(1611)  Laine L, Bombardier C, Ramey D, Watson DJ, Pellissier JM, Reicin A. Less use of gastrointestinal (GI) protective agents and GI-related procedures with rofecoxib vs. naproxen in the VIGOR (VIOXX GI Outcomes Research) study [ABSTRACT SAT0253]. Ann Rheum Dis 2001; 60(1 Suppl.):CD Abstract SAT0253.

(1612)  Laine L, Bombardier C, Hawkey CJ et al. Stratifying the risk of NSAID-related upper gastrointestinal clinical events: results of a double-blind outcomes study in patients with rheumatoid arthritis. Gastroenterology 2002; 123(4):1006-1012.

(1613)  Laine L, Conners LG, Reicin AS, Hawkey CJ, Yu Q, Bombardier C. Serious lower GI clinical events with non-selective NSAID or coxib use: a double-blind GI outcomes trial of naproxen vs. rofecoxib. Ann Rheum Dis 2002; 61(1 Suppl.):39.

(1614)  Laine L. Gastrointestinal safety of coxibs and outcomes studies: what's the verdict? J Pain Symptom Manage 2002; 23(4 Suppl):S5-10.

(1615)  Laine L, Connors LG, Reicin A et al. Serious lower gastrointestinal clinical events with nonselective NSAID or coxib use. Gastroenterology 2003; 124(2):288-292.

(1616)  Laine L, Maller ES, Yu C, Quan H, Simon T. Ulcer formation with low-dose enteric-coated aspirin and the effect of COX-2 selective inhibition: a double-blind trial. Gastroenterology 2004; 127(2):395-402.

(1617)  Laine L, Curtis SP, Cryer B, Kaur A, Cannon CP. Assessment of upper gastrointestinal safety of etoricoxib and diclofenac in patients with osteoarthritis and rheumatoid arthritis in the Multinational Etoricoxib and Diclofenac Arthritis Long-term (MEDAL) programme: a randomised comparison. Lancet 2007; 369(9560):465-473.

(1618)  Laine LL, Bombardier C, Hawkey C, Shapiro D, Reicin A. INFLUENCE OF H. PYLORI AND OTHER POTENTIAL RISK FACTORS ON CLINICAL GI EVENTS IN A DOUBLE-BLIND OUTCOME STUDY OF ROFECOXIB VS. NAPROXEN [ABSTRACT 4798]. Gastroenterology 2000; 118(4, Suppl.2, Pt. 1):A862-Abstr. 4798.

(1619)  Lamarre-Cliche M. Drug treatment of orthostatic hypotension because of autonomic failure or neurocardiogenic syncope. Am J Cardiovasc Drugs 2002; 2(1):23-35.

(1620)  Lamprecht C, Werner U, Werner D et al. Effect of selective cyclooxygenase-2 inhibitors on heart rate in healthy young men. Am J Cardiol 2005; 95(12):1531-1532.

(1621)  Lanas A. Clinical experience with cyclooxygenase-2 inhibitors. Rheumatology (Oxford) 2002; 41 Supp 1:16-22.

KS-000932

(1622)   Lanas A, Perez-Aisa MA, Feu F et al. A nationwide study of mortality associated with hospital admission due to severe gastrointestinal events and those associated with nonsteroidal antiinflammatory drug use. Am J Gastroenterol 2005; 100(8):1685-1693.

(1623)   Lanas A. Benefits, problems and alternatives to COX-2 inhibition. Curr Top Med Chem 2005; 5(5):441-442.

(1624)   Lanas A, Garcia-Rodriguez LA, Arroyo MT et al. Risk of upper gastrointestinal ulcer bleeding associated with selective cyclo-oxygenase-2 inhibitors, traditional non-aspirin non-steroidal anti-inflammatory drugs, aspirin and combinations. Gut 2006; 55(12):1731-1738.

(1625)   Lanas A, Baron JA, Sandler RS et al. Peptic ulcer and bleeding events associated with rofecoxib in a 3-year colorectal adenoma chemoprevention trial. Gastroenterology 2007; 132(2):490-497.

(1626)   Landau D, Shelef I, Polacheck H, Marks K, Holberg G. Perinatal vasoconstrictive renal insufficiency associated with maternal nimesulide use. Am J Perinatol 1999; 16(9):441-444.

(1627)   Landen CN, Jr., Zhang P, Young RC. Differing mechanisms of inhibition of calcium increases in human uterine myocytes by indomethacin and nimesulide. Am J Obstet Gynecol 2001; 184(6):1100-1103.

(1628)   Landsberg PG, Pillans PI, Radford JM. Evaluation of cyclooxygenase 2 inhibitor use in patients admitted to a large teaching hospital. Intern Med J 2003; 33(5-6):225-228.

(1629)   Lane JM. Anti-inflammatory medications: selective COX-2 inhibitors. J Am Acad Orthop Surg 2002; 10(2):75-78.

(1630)   Laneuville O, Breuer DK, Dewitt DL, Hla T, Funk CD, Smith WL. Differential inhibition of human prostaglandin endoperoxide H synthases-1 and -2 by nonsteroidal anti-inflammatory drugs. J Pharmacol Exp Ther 1994; 271(2):927-934.

(1631)   Lang S, Lauffer L, Clausen C et al. Impaired monocyte function in cancer patients: restoration with a cyclooxygenase-2 inhibitor. FASEB J 2003; 17(2):286-288.

(1632)   Langenbach R, Morham SG, Tiano HF et al. Prostaglandin synthase 1 gene disruption in mice reduces arachidonic acid-induced inflammation and indomethacin-induced gastric ulceration. Cell 1995; 83(3):483-492.

(1633)   Langenbach R, Loftin C, Lee C, Tiano H. Cyclooxygenase knockout mice: models for elucidating isoform-specific functions. Biochem Pharmacol 1999; 58(8):1237-1246.

(1634)   Langman M, Jensen D, Harper S et al. Lower incidence of clinically evident upper-GI perforations, ulcers and bleeds in patients treated with rofecoxib vs. nonspecific cyclooxygenase inhibitors [ABSTRACT G1008]. Gastroenterology 1999; 116(4 Pt. 2):A232-Abstr. G1008.

(1635)   Langman MJ, Jensen DM, Watson DJ et al. Adverse upper gastrointestinal effects of rofecoxib compared with NSAIDs. JAMA 1999; 282(20):1929-1933.

(1636)   Langman MJ, Mavros P, Kong SX. Determinants of initiation of COX-2 inhibitors versus NSAIDs and concurrent use of gastroprotective agents in the United Kingdom. Ann Rheum Dis 2002; 61(1 Suppl.):72.

(1637)   Langman MJ, Eichler HG, Mavros P, Watson DJ, Kong SX. Initiation of antihypertensive therapy among new users of cyclooxygenase-2-selective and nonselective NSAIDs. Int J Clin Pharmacol Ther 2004; 42(5):260-266.

(1638)   Langman MJS, Mavros P, Sen SS, Kong SX, Watson DJ. Use of antihypertensive therapy among new chronic persistent users of diclofenac, ibuprofen, naproxen and rofecoxib [ABSTRACT 227]. Arthritis Rheum 2002; 46(9 Suppl.):S121-Abstr. 227.

(1639)   Langman MJS, Mavros PG, Kong SX, Watson DJ. Initiation of antihypertensive therapy within six months after initiation of diclofenac, ibuprofen, naproxen, and rofecoxib. Ann Rheum Dis 2002; 61(1 Suppl.):75.

(1640)   Langton PE, Hankey GJ, Eikelboom JW. Cardiovascular safety of rofecoxib (Vioxx): lessons learned and unanswered questions: we need processes in place to follow up suspicions about serious adverse events. Med J Aust 2004; 181(10):524-525.

KS-000933

(1641)   Lantz MS, Giambanco V. Acute onset of auditory hallucinations after initiation of celecoxib therapy. Am J Psychiatry 2000; 157(6):1022-1023.

(1642)   Lanza F, Simon T, Quan H et al. Selective inhibition of cyclooxygenase-2 (COX-2) with MK-0966 (250 mg q.d.) is associated with less gastroduodenal damage than aspirin (ASA) 650 mg q.i.d. or ibuprofen (IBU) 800 mg t.i.d. [ABSTRACT Lanza]. Gastroenterology 1997; 112( Suppl.):A194-Lanza I.

(1643)   Lanza FL, Arnold JD. Etodolac, a new nonsteroidal anti-inflammatory drug: gastrointestinal microbleeding and endoscopic studies. Clin Rheumatol 1989; 8 Suppl 1:5-15.

(1644)   Lanza FL, Graham DY, Davis RE, Rack MF. Endoscopic comparison of cimetidine and sucralfate for prevention of naproxen-induced acute gastroduodenal injury. Effect of scoring method. Dig Dis Sci 1990; 35(12):1494-1499.

(1645)   Lanza FL, Rack MF, Callison DA et al. A pilot endoscopic study of the gastroduodenal effects of SC-58635, a novel COX-2-selective inhibitor [ABSTRACT Lanza II]. Gastroenterology 1997; 112(4 Suppl.):A194-Lanza II.

(1646)   Lanza FL, Callison DA, Hubbard RC et al. A Pilot Endoscopic Study of the Gastrodl'odenal Effects Of SC-58635. A COX-2 Selective Inhibitor. [ABSTRACT 373]. Arthritis Rheum 1997; 40(9 Suppl.):Abstr. 373.

(1647)   Lanza FL. A guideline for the treatment and prevention of NSAID-induced ulcers. Members of the Ad Hoc Committee on Practice Parameters of the American College of Gastroenterology. Am J Gastroenterol 1998; 93(11):2037-2046.

(1648)   Lanza FL, Rack MF, Simon TJ et al. Specific inhibition of cyclooxygenase-2 with MK-0966 is associated with less gastroduodenal damage than either aspirin or ibuprofen. Aliment Pharmacol Ther 1999; 13(6):761-767.

(1649)   Lapchak PA, Araujo DM, Song D, Zivin JA. Neuroprotection by the selective cyclooxygenase-2 inhibitor SC-236 results in improvements in behavioral deficits induced by reversible spinal cord ischemia. Stroke 2001; 32(5):1220-1225.

(1650)   LaPointe MC, Isenovic E. Interleukin-1beta regulation of inducible nitric oxide synthase and cyclooxygenase-2 involves the p42/44 and p38 MAPK signaling pathways in cardiac myocytes. Hypertension 1999; 33(1 Pt 2):276-282.

(1651)   LaPointe MC, Mendez M, Leung A, Tao Z, Yang XP. Inhibition of cyclooxygenase-2 improves cardiac function after myocardial infarction in the mouse. Am J Physiol Heart Circ Physiol 2004; 286(4):H1416-H1424.

(1652)   Laporte JR. Merck Sharpe and Dohme versus Laporte. Lancet 2004; 364(9432):416.

(1653)   Laporte JR, Ibanez L, Vidal X, Vendrell L, Leone R. Upper gastrointestinal bleeding associated with the use of NSAIDs: newer versus older agents. Drug Saf 2004; 27(6):411-420.

(1654)   Larijani GE, Goldberg ME. Analgesic evaluation in postoperative patients. Anesthesiology 2004; 100(3):744-745.

(1655)   Lau KK, Chan YH, Yiu KH et al. Burden of carotid atherosclerosis in patients with stroke: relationships with circulating endothelial progenitor cells and hypertension. J Hum Hypertens 2007; 21(6):445-451.

(1656)   Laudanno OM, Cesolari JA, Esnarriaga J et al. Gastrointestinal damage induced by celecoxib and rofecoxib in rats. Dig Dis Sci 2001; 46(4):779-784.

(1657)   Laurenzi M, Vandormael K, Daniels B et al. Comparison of the tolerability profile of rofecoxib and arthrotec in patients with osteoarthritis -- study design and baseline characteristics [POSTER 293]. Ann Rheum Dis 2000; 59(1 Suppl.):134.

(1658)   Laurenzi M, Geba GP, Polis AB et al. Evaluation of onset of action of rofecoxib, naproxen and nabumetone in patients with osteoarthritis (OA) [POSTER 292]. Ann Rheum Dis 2000; 59(1 Suppl.):134.

(1659)   Lavagno L, Gunella G, Bardelli C et al. Anti-inflammatory drugs and tumor necrosis factor-alpha production from monocytes: role of transcription factor NF-kappa B and implication for rheumatoid arthritis therapy. Eur J Pharmacol 2004; 501(1-3):199-208.

(1660)   Lawler A. The law. Vioxx verdict: too little or too much science? Science 2005; 309(5740):1481.

(1661)   Lawson JA, Rokach J, FitzGerald GA. Isoprostanes: formation, analysis and use as indices of lipid peroxidation in vivo. J Biol Chem 1999; 274(35):24441-24444.

**KS-000934**

(1662)   Layton D, Heeley E, Hughes K, Shakir SA. Comparison of the incidence rates of thromboembolic events reported for patients prescribed rofecoxib and meloxicam in general practice in England using prescription-event monitoring (PEM) data. Rheumatology (Oxford) 2003; 42(11):1342-1353.

(1663)   Layton D, Hughes K, Harris S, Shakir SA. Comparison of the incidence rates of thromboembolic events reported for patients prescribed celecoxib and meloxicam in general practice in England using Prescription-Event Monitoring (PEM) data. Rheumatology (Oxford) 2003; 42(11):1354-1364.

(1664)   Layton D, Hughes K, Harris S, Shakir SA. Comparison of the incidence rates of selected gastrointestinal events reported for patients prescribed celecoxib and meloxicam in general practice in England using prescription-event monitoring (PEM) data. Rheumatology (Oxford) 2003; 42(11):1332-1341.

(1665)   Layton D, Riley J, Wilton LV, Shakir SA. Safety profile of rofecoxib as used in general practice in England: results of a prescription-event monitoring study. Br J Clin Pharmacol 2003; 55(2):166-174.

(1666)   Layton D, Heeley E, Hughes K, Shakir SA. Comparison of the incidence rates of selected gastrointestinal events reported for patients prescribed rofecoxib and meloxicam in general practice in England using prescription-event monitoring data. Rheumatology (Oxford) 2003; 42(5):622-631.

(1667)   Layton D, Wilton LV, Shakir SA. Safety profile of celecoxib as used in general practice in England: results of a prescription-event monitoring study. Eur J Clin Pharmacol 2004; 60(7):489-501.

(1668)   Layton D, Heeley E, Shakir SA. Identification and evaluation of a possible signal of exacerbation of colitis during rofecoxib treatment, using Prescription-Event Monitoring data. J Clin Pharm Ther 2004; 29(2):171-181.

(1669)   Layton D, Marshall V, Boshier A, Friedmann P, Shakir SA. Serious skin reactions and selective COX-2 inhibitors: a case series from prescription-event monitoring in England. Drug Saf 2006; 29(8):687-696.

(1670)   Lazzaroni M, Bianchi PG. Gastrointestinal side-effects of traditional non-steroidal anti-inflammatory drugs and new formulations. Aliment Pharmacol Ther 2004; 20 Suppl 2:48-58.

(1671)   Le FG, Sayah S, Latournerie V, Renaud JF, Finet M, Hanf R. Cyclo-oxygenase and lipoxygenase pathways in mast cell dependent-neurogenic inflammation induced by electrical stimulation of the rat saphenous nerve. Br J Pharmacol 2001; 132(7):1581-1589.

(1672)   Leahy KM, Koki AT, Masferrer JL. Role of cyclooxygenases in angiogenesis. Curr Med Chem 2000; 7(11):1163-1170.

(1673)   Leahy KM, Ornberg RL, Wang Y, Zweifel BS, Koki AT, Masferrer JL. Cyclooxygenase-2 inhibition by celecoxib reduces proliferation and induces apoptosis in angiogenic endothelial cells in vivo. Cancer Res 2002; 62(3):625-631.

(1674)   Leblanc Y, Roy P, Wang Z et al. Discovery of a potent and selective COX-2 inhibitor in the alkoxy lactone series with optimized metabolic profile. Bioorg Med Chem Lett 2002; 12(22):3317-3320.

(1675)   LEBOWITZ WB. The heart in rheumatoid arthritis (rheumatoid disease). A clinical and pathological study of sixty-two cases. Ann Intern Med 1963; 58:102-123.

(1676)   LEBOWITZ WB. The heart in rheumatoid arthritis (rheumatoid disease). A clinical and pathological study of sixty-two cases. Heart in Rheumatoid Arthritis 1963; 58(1):102-123.

(1677)   Lednicer D. Tracing the origins of COX-2 inhibitors' structures. Curr Med Chem 2002; 9(15):1457-1461.

(1678)   Lee A. Vioxx withdrawal--an opportunity to review primary care management for osteoarthritis. Hong Kong Med J 2005; 11(2):135.

(1679)   Lee C, Hunsche E, Balshaw R, Kong SX, Schnitzer TJ. Need for common internal controls when assessing the relative efficacy of pharmacologic agents using a meta-analytic approach: case study of cyclooxygenase 2-selective inhibitors for the treatment of osteoarthritis. Arthritis Rheum 2005; 53(4):510-518.

(1680)   Lee MC, Lee S, Suh DC, Kim J, Kong SX. A cross-sectional retrospective assessment of anti-arthritic drugs in patients with arthritis in Korea. Curr Med Res Opin 2003; 19(7):597-602.

KS-000935

(1681)  Lee SH, Soyoola E, Chanmugam P et al. Selective expression of mitogen-inducible cyclooxygenase in macrophages stimulated with lipopolysaccharide. J Biol Chem 1992; 267(36):25934-25938.

(1682)  Lee TH. Ask the doctor. The news that Vioxx was pulled from the market rattled me, since I had been taking it for my arthritis for almost two years. I have heard both that it is okay for people like me with heart disease to take one of the other Vioxx-like drugs and that it isn't okay. What do you recommend? Harv Heart Lett 2004; 15(4):8.

(1683)  Lee YS, Kim H, Wu TX, Wang XM, Dionne RA. Genetically mediated interindividual variation in analgesic responses to cyclooxygenase inhibitory drugs. Clin Pharmacol Ther 2006; 79(5):407-418.

(1684)  Lee YS, Kim H, Brahim JS, Rowan J, Lee G, Dionne RA. Acetaminophen selectively suppresses peripheral prostaglandin E2 release and increases COX-2 gene expression in a clinical model of acute inflammation. Pain 2007; 129(3):279-286.

(1685)  Lees KR, Zivin JA, Ashwood T et al. NXY-059 for acute ischemic stroke. N Engl J Med 2006; 354(6):588-600.

(1686)  Leese PT, Hubbard RC, Karim A, Isakson PC, Yu SS, Geis GS. Effects of celecoxib, a novel cyclooxygenase-2 inhibitor, on platelet function in healthy adults: a randomized, controlled trial. J Clin Pharmacol 2000; 40(2):124-132.

(1687)  Lefkowith JB. Cyclooxygenase-2 specificity and its clinical implications. Am J Med 1999; 106(5B):43S-50S.

(1688)  Legenstein R, Bosch P, Ungersbock A. Indomethacin versus meloxicam for prevention of heterotopic ossification after total hip arthroplasty. Arch Orthop Trauma Surg 2003; 123(2-3):91-94.

(1689)  Lehmann FS, Beglinger C. Impact of COX-2 inhibitors in common clinical practice a gastroenterologist's perspective. Curr Top Med Chem 2005; 5(5):449-464.

(1690)  Leite AZ, Sipahi AM, Damiao AO et al. Effect of a selective nonsteroidal anti-inflammatory inhibitor of cyclooxygenase-2 on the small bowel of rats. Braz J Med Biol Res 2004; 37(3):333-336.

(1691)  Lekakis JP, Vamvakou G, Andreadou I et al. Divergent effects of rofecoxib on endothelial function and inflammation in acute coronary syndromes. Int J Cardiol 2006; 112(3):359-366.

(1692)  LeLorier J, Bombardier C, Burgess E et al. Practical considerations for the use of nonsteroidal anti-inflammatory drugs and cyclo-oxygenase-2 inhibitors in hypertension and kidney disease. Can J Cardiol 2002; 18(12):1301-1308.

(1693)  Lema MJ. Emerging options with coxib therapy. Cleve Clin J Med 2002; 69 Suppl 1:SI76-SI84.

(1694)  Lengeling RW, Mitros FA, Brennan JA, Schulze KS. Ulcerative ileitis encountered at ileo-colonoscopy: likely role of nonsteroidal agents. Clin Gastroenterol Hepatol 2003; 1(3):160-169.

(1695)  Lenzer J. Public interest group accuses FDA of trying to discredit whistleblower. BMJ 2004; 329(7477):1255.

(1696)  Lenzer J. Crisis deepens at the US Food and Drug Administration. BMJ 2004; 329(7478):1308.

(1697)  Lenzer J. US government agency to investigate FDA over rofecoxib. BMJ 2004; 329(7472):935.

(1698)  Lenzer J. FDA is incapable of protecting US "against another Vioxx". BMJ 2004; 329(7477):1253.

(1699)  Lenzer J. FDA advisers warn: COX 2 inhibitors increase risk of heart attack and stroke. BMJ 2005; 330(7489):440.

(1700)  Lenzer J. What can we learn from medical whistleblowers? PLoS Med 2005; 2(7):e209.

(1701)  Leonard J, Rodriguez JJ, Mellen PB, McGrady C, Puma JA. Cardiovascular events in elderly hypertensive patients with osteoarthritis treated with COX-2 specific inhibitors:  insights from the Success VI and VII trials [POSTER 248]. Am J Hypertens 2002; 15(4 Pt. 2):120A.

(1702)  Letts G. Cyclo-oxygenase-2 inhibition and exacerbation of myocardial dysfunction--protection with nitric oxide? Br J Pharmacol 2002; 135(6):1345-1346.

(1703)  Levesque LE, Brophy JM, Zhang B. The risk for myocardial infarction with cyclooxygenase-2 inhibitors: a population study of elderly adults. Ann Intern Med 2005; 142(7):481-489.

KS-000936

(1704)   Levesque LE, Brophy JM, Zhang B. Time variations in the risk of myocardial infarction among elderly users of COX-2 inhibitors. CMAJ 2006; 174(11):1563-1569.

(1705)   Levin PJ, McGee G. Physician, divest thyself. Am J Bioeth 2006; 6(2):1-2.

(1706)   Levy GD, Cheetham TC, Shoor S. Cohort analysis myocardial infarction risk and COX2 use in the Kaiser Large Observational Thrombosis Study (KLOTS) [ABSTRACT 973]. Arthritis Rheum 2002; 46(9 Suppl.):S377-Abstr. 973.

(1707)   Lew JI, Guo Y, Kim RK, Vargish L, Michelassi F, Arenas RB. Reduction of intestinal neoplasia with adenomatous polyposis coli gene replacement and COX-2 inhibition is additive. J Gastrointest Surg 2002; 6(4):563-568.

(1708)   Lewis JH, Schonlau M, Munoz JA et al. Compliance among pharmacies in California with a prescription-drug discount program for Medicare beneficiaries. N Engl J Med 2002; 346(11):830-835.

(1709)   Lewis R. An individual approach. Nature 2005; 436(7051):746-747.

(1710)   Li CS, Black WC, Chan CC et al. Cyclooxygenase-2 inhibitors. Synthesis and pharmacological activities of 5-methanesulfonamido-1-indanone derivatives. J Med Chem 1995; 38(25):4897-4905.

(1711)   Li D, Liu L, Chen H, Sawamura T, Mehta JL. LOX-1, an oxidized LDL endothelial receptor, induces CD40/CD40L signaling in human coronary artery endothelial cells. Arterioscler Thromb Vasc Biol 2003; 23(5):816-821.

(1712)   Li M, Stallone JN. Estrogen potentiates vasopressin-induced contraction of female rat aorta by enhancing cyclooxygenase-2 and thromboxane function. Am J Physiol Heart Circ Physiol 2005; 289(4):H1542-H1550.

(1713)   Li Q, Guo Y, Xuan YT et al. Gene therapy with inducible nitric oxide synthase protects against myocardial infarction via a cyclooxygenase-2-dependent mechanism. Circ Res 2003; 92(7):741-748.

(1714)   Libby P, Simon DI. Inflammation and thrombosis: the clot thickens. Circulation 2001; 103(13):1718-1720.

(1715)   Libby P, Ridker PM, Maseri A. Inflammation and atherosclerosis. Circulation 2002; 105(9):1135-1143.

(1716)   Lichtenberger LM. Where is the evidence that cyclooxygenase inhibition is the primary cause of nonsteroidal anti-inflammatory drug (NSAID)-induced gastrointestinal injury? Topical injury revisited. Biochem Pharmacol 2001; 61(6):631-637.

(1717)   Lieberman EH, Gerhard MD, Uehata A et al. Flow-induced vasodilation of the human brachial artery is impaired in patients <40 years of age with coronary artery disease. Am J Cardiol 1996; 78(11):1210-1214.

(1718)   Lievre M, Abadie E. Discontinuation of Vioxx. Lancet 2005; 365(9453):23-24.

(1719)   Lillicrap MS, Merry P. Cutaneous vasculitis associated with rofecoxib. Rheumatology (Oxford) 2003; 42(10):1267-1268.

(1720)   Lin H, Lin TN, Cheung WM et al. Cyclooxygenase-1 and bicistronic cyclooxygenase-1/prostacyclin synthase gene transfer protect against ischemic cerebral infarction. Circulation 2002; 105(16):1962-1969.

(1721)   Lin MS, Dai YS, Pwu RF, Chen YH, Chang NC. Risk estimates for drugs suspected of being associated with Stevens-Johnson syndrome and toxic epidermal necrolysis: a case-control study. Intern Med J 2005; 35(3):188-190.

(1722)   Linares-Fernandez BE, Alfieri AB. Cyclophosphamide induced cystitis: role of nitric oxide synthase, cyclooxygenase-1 and 2, and NK(1) receptors. J Urol 2007; 177(4):1531-1536.

(1723)   Linares P, Vivas S, Jorquera F, Olcoz JL, de LB, Oritz de UJ. Severe cholestasis and acute renal failure related to rofecoxib. Am J Gastroenterol 2004; 99(8):1622-1623.

(1724)   Lincoff AM. Anticoagulant and antiplatelet drugs. Catheter Cardiovasc Interv 2001; 54(4):514-520.

(1725)   Lindemann S, Tolley ND, Dixon DA et al. Activated platelets mediate inflammatory signaling by regulated interleukin 1beta synthesis. J Cell Biol 2001; 154(3):485-490.

(1726)   Linden B, Distel M, Bluhmki E. A double-blind study to compare the efficacy and safety of meloxicam 7.5 mg with piroxicam 20 mg in patients with osteoarthritis of the hip. Br J Rheumatol 1996; 35 Suppl 1:35-38.

KS-000937

(1727) Lindqvist E, Eberhardt K. Mortality in rheumatoid arthritis patients with disease onset in the 1980s. Ann Rheum Dis 1999; 58(1):11-14.

(1728) Lines CR, McCarroll KA, Lipton RB, Block GA. Telephone screening for amnestic mild cognitive impairment. Neurology 2003; 60(2):261-266.

(1729) Linton MF, Fazio S. Cyclooxygenase-2 and atherosclerosis. Curr Opin Lipidol 2002; 13(5):497-504.

(1730) Linton MF, Fazio S. Cyclooxygenase-2 and inflammation in atherosclerosis. Curr Opin Pharmacol 2004; 4(2):116-123.

(1731) Lipani J. Cox-2 inhibitors and cardiovascular risk: the data are inconclusive, and these drugs are needed. Cleve Clin J Med 2001; 68(11):961-962.

(1732) Lipsky PE, Isakson PC. Outcome of specific COX-2 inhibition in rheumatoid arthritis. J Rheumatol Suppl 1997; 49:9-14.

(1733) Lipsky PE. The clinical potential of cyclooxygenase-2-specific inhibitors. Am J Med 1999; 106(5B):51S-57S.

(1734) Lipsky PE, Abramson SB, Breedveld FC et al. Analysis of the effect of COX-2 specific inhibitors and recommendations for their use in clinical practice. J Rheumatol 2000; 27(6):1338-1340.

(1735) Lipsky PE, Brooks P, Crofford LJ et al. Unresolved issues in the role of cyclooxygenase-2 in normal physiologic processes and disease. Arch Intern Med 2000; 160(7):913-920.

(1736) Lipsky PE. Introduction. The role of COX-2-specific inhibitors in clinical practice. Am J Med 2001; 110 Suppl 3A:1S-2S.

(1737) Lipsky PE. Recommendations for the clinical use of cyclooxygenase-2-specific inhibitors. Am J Med 2001; 110 Suppl 3A:3S-5S.

(1738) Lisotto C, Maggioni F, Mainardi F, Zanchin G. Chronic paroxysmal hemicrania responsive to rofecoxib. Cephalalgia 2002; 22(1 Suppl.):1.

(1739) Lisotto C, Maggioni F, Mainardi F, Zanchin G. Rofecoxib for the treatment of chronic paroxysmal hemicrania. Cephalalgia 2003; 23(4):318-320.

(1740) Lisse JR, Perlman M, Johansson G et al. Gastrointestinal tolerability and effectiveness of rofecoxib versus naproxen in the treatment of osteoarthritis: a randomized, controlled trial. Ann Intern Med 2003; 139(7):539-546.

(1741) Liszka HA, Mainous AG, III, King DE, Everett CJ, Egan BM. Prehypertension and cardiovascular morbidity. Ann Fam Med 2005; 3(4):294-299.

(1742) Litovitz TL, Klein-Schwartz W, Rodgers GC, Jr. et al. 2001 Annual report of the American Association of Poison Control Centers Toxic Exposure Surveillance System. Am J Emerg Med 2002; 20(5):391-452.

(1743) Liu C, Desai KG. Characteristics of rofecoxib-polyethylene glycol 4000 solid dispersions and tablets based on solid dispersions. Pharm Dev Technol 2005; 10(4):467-477.

(1744) Llinas MT, Rodriguez F, Moreno C, Salazar FJ. Role of cyclooxygenase-2-derived metabolites and nitric oxide in regulating renal function. Am J Physiol Regul Integr Comp Physiol 2000; 279(5):R1641-R1646.

(1745) Llorens O, Perez JJ, Palomer A, Mauleon D. Differential binding mode of diverse cyclooxygenase inhibitors. J Mol Graph Model 2002; 20(5):359-371.

(1746) Loebl DH, Craig RM, Culic DD, Ridolfo AS, Falk J, Schmid FR. Gastrointestinal blood loss. Effect of aspirin, fenoprofen, and acetaminophen in rheumatoid arthritis as determined by sequential gastroscopy and radioactive fecal markers. JAMA 1977; 237(10):976-981.

(1747) Loewen PS. Review of the selective COX-2 inhibitors celecoxib and rofecoxib: focus on clinical aspects. CJEM 2002; 4(4):268-275.

(1748) Loftin CD, Trivedi DB, Tiano HF et al. Failure of ductus arteriosus closure and remodeling in neonatal mice deficient in cyclooxygenase-1 and cyclooxygenase-2. Proc Natl Acad Sci U S A 2001; 98(3):1059-1064.

KS-000938

(1749) Loll PJ, Picot D, Garavito RM. The structural basis of aspirin activity inferred from the crystal structure of inactivated prostaglandin H2 synthase. Nat Struct Biol 1995; 2(8):637-643.

(1750) Lopes Pregal A, Spinola Santos A, Lopes de Silva S, Costa C, Pedro E, Palma-Carlos AG. Nonsteroidal anti-inflammatory drugs hypersensitivity comparative study: celecoxib vs. rofecoxib [ABSTRACT 846]. Allergy 2002; 57(73 Suppl.):262.

(1751) Loram LC, Mitchell D, Fuller A. Rofecoxib and tramadol do not attenuate delayed-onset muscle soreness or ischaemic pain in human volunteers. Can J Physiol Pharmacol 2005; 83(12):1137-1145.

(1752) Louizos AA, Pandazi AB, Koraka CP, Davilis DI, Georgiou LG. Preoperative administration of rofecoxib versus ketoprofen for pain relief after tonsillectomy. Ann Otol Rhinol Laryngol 2006; 115(3):201-204.

(1753) Lowe SH, Prins JM, van der LJ, Lange JM. Does highly active antiretroviral therapy induce sickle cell crises? AIDS 2002; 16(11):1572-1574.

(1754) Lubeck DP, Spitz PW, Fries JF, Wolfe F, Mitchell DM, Roth SH. A multicenter study of annual health service utilization and costs in rheumatoid arthritis. Arthritis Rheum 1986; 29(4):488-493.

(1755) Lucas R, Warner TD, Vojnovic I, Mitchell JA. Cellular mechanisms of acetaminophen: role of cyclo-oxygenase. FASEB J 2005; 19(6):635-637.

(1756) Lucca U. Nonsteroidal anti-inflammatory drugs and Alzheimer's disease: update on recent data and their therapeutic implications. CNS Drugs 1999; 11(3):207-224.

(1757) Ludwig RJ, Zollner TM, Kaufmann R, Boehncke WH. The selective cyclooxygenase-2-inhibitor rofecoxib improves the treatment of chronic idiopathic urticaria in combination with H1 antihistamines [ABSTRACT 994]. Allergy 2002; 57(73 Suppl.):304.

(1758) Ludwig RJ, Zollner TM, Kaufmann R, Boehncke WH. Tolerancia de rofecoxib en pacientes con reacciones a AINES [Rofecoxib tolerance in patients with NSAID-induced reactions]. Allergo J 2002; 11(6):394-396.

(1759) Lugardon S, Lapeyre-Mestre M, Montastruc JL. Upper gastrointestinal adverse drug reactions and cyclo-oxygenase-2 inhibitors (celecoxib and rofecoxib): a case/non-case study from the French Pharmacovigilance Database. Eur J Clin Pharmacol 2004; 60(9):673-677.

(1760) Lunardelli A, Leite CE, Pires MG, de O, Jr. Extract of the bristles of Dirphia sp. increases nitric oxide in a rat pleurisy model. Inflamm Res 2006; 55(4):129-135.

(1761) Lundmark J, Gunnarsson T, Bengtsson F. A possible interaction between lithium and rofecoxib. Br J Clin Pharmacol 2002; 53(4):403-404.

(1762) Lurie P, Almeida CM, Stine N, Stine AR, Wolfe SM. Financial conflict of interest disclosure and voting patterns at Food and Drug Administration Drug Advisory Committee meetings. JAMA 2006; 295(16):1921-1928.

(1763) Luzzi GA. Chronic prostatitis and chronic pelvic pain in men: aetiology, diagnosis and management. J Eur Acad Dermatol Venereol 2002; 16(3):253-256.

(1764) Lynch PM. Is the demonstration of adenoma reduction with rofecoxib a pyrrhic victory? Gastroenterology 2006; 131(6):2003-2005.

(1765) Lyons-Giordano B, Pratta MA, Galbraith W, Davis GL, Arner EC. Interleukin-1 differentially modulates chondrocyte expression of cyclooxygenase-2 and phospholipase A2. Exp Cell Res 1993; 206(1):58-62.

(1766) Ma H, Tang J, White PF et al. Perioperative rofecoxib improves early recovery after outpatient herniorrhaphy. Anesth Analg 2004; 98(4):970-5, table.

(1767) Ma L, del SP, Wallace JL. Divergent effects of new cyclooxygenase inhibitors on gastric ulcer healing: Shifting the angiogenic balance. Proc Natl Acad Sci U S A 2002; 99(20):13243-13247.

(1768) Ma N, Szabolcs MJ, Sun J et al. The effect of selective inhibition of cyclooxygenase (COX)-2 on acute cardiac allograft rejection. Transplantation 2002; 74(11):1528-1534.

KS-000939

(1769)  MacDonald TM, Morant SV, Robinson GC et al. Association of upper gastrointestinal toxicity of non-steroidal anti-inflammatory drugs with continued exposure: cohort study. BMJ 1997; 315(7119):1333-1337.

(1770)  MacDonald TM, Morant SV, Goldstein JL, Burke TA, Pettitt D. Channelling bias and the incidence of gastrointestinal haemorrhage in users of meloxicam, coxibs, and older, non-specific non-steroidal anti-inflammatory drugs. Gut 2003; 52(9):1265-1270.

(1771)  MacDonald TM, Wei L. Effect of ibuprofen on cardioprotective effect of aspirin. Lancet 2003; 361(9357):573-574.

(1772)  Machwate M, Harada S, Leu CT et al. Prostaglandin receptor EP(4) mediates the bone anabolic effects of PGE(2). Mol Pharmacol 2001; 60(1):36-41.

(1773)  MacLean CH. Quality indicators for the management of osteoarthritis in vulnerable elders. Ann Intern Med 2001; 135(8 Pt 2):711-721.

(1774)  Maddrey WC, Maurath CJ, Verburg KM, Geis GS. The hepatic safety and tolerability of the novel cyclooxygenase-2 inhibitor celecoxib. Am J Ther 2000; 7(3):153-158.

(1775)  Maetzel A, Krahn M, Naglie G. The cost-effectiveness of celecoxib and rofecoxib in patients with osteoarthritis or rheumatoid arthritis. Arthritis Rheum 2001; 44(9 Suppl.):S310.

(1776)  Maetzel A, Krahn M, Naglie G. The cost-effectiveness of celecoxib and rofecoxib in patients with osteoarthritis or rheumatoid arthritis. Can Coord Office Health Technol Assessment 2002;(23):i, 1-vii, 39.

(1777)  Maetzel A, Krahn M, Naglie G. The cost effectiveness of rofecoxib and celecoxib in patients with osteoarthritis or rheumatoid arthritis. Arthritis Care Res 2003; 49(3):283-292.

(1778)  Maetzel A. Motion--Cyclo-oxygenase-2 selective nonsteroidal anti-inflammatory drugs are as safe as placebo for the stomach: arguments against the motion. Can J Gastroenterol 2003; 17(5):335-338.

(1779)  Maetzel A, Krahn M, Naglie G. The cost effectiveness of rofecoxib and celecoxib in patients with osteoarthritis or rheumatoid arthritis. Arthritis Rheum 2003; 49(3):283-292.

(1780)  Mahadevan U, Loftus EV, Tremaine WJ, Sandborn WJ. Safety of selective cyclooxygenase-2 inhibitors (COX2-I) in inflammatory bowel disease (IBD) [ABSTRACT 953]. Am J Gastroenterol 2001; 96(9 Suppl.):S300-S301.

(1781)  Mahadevan U, Loftus EV, Jr., Tremaine WJ, Sandborn WJ. Safety of selective cyclooxygenase-2 inhibitors in inflammatory bowel disease. Am J Gastroenterol 2002; 97(4):910-914.

(1782)  Mahaffey KW, Harrington RA, Akkerhuis M et al. Systematic adjudication of myocardial infarction end-points in an international clinical trial. Curr Control Trials Cardiovasc Med 2001; 2(4):180-186.

(1783)  Mahajan A, Sharma R. COX-2 selective nonsteroidal anti-inflammatory drugs: current status. J Assoc Physicians India 2005; 53:200-204.

(1784)  Maier TJ, Janssen A, Schmidt R, Geisslinger G, Grosch S. Targeting the beta-catenin/APC pathway: a novel mechanism to explain the cyclooxygenase-2-independent anticarcinogenic effects of celecoxib in human colon carcinoma cells. FASEB J 2005; 19(10):1353-1355.

(1785)  Majo VJ, Prabhakaran J, Simpson NR, Van Heertum RL, Mann JJ, Kumar JS. A general method for the synthesis of aryl [11C]methylsulfones: potential PET probes for imaging cyclooxygenase-2 expression. Bioorg Med Chem Lett 2005; 15(19):4268-4271.

(1786)  Makowski M, Grzela T, Niderla J et al. Inhibition of cyclooxygenase-2 indirectly potentiates antitumor effects of photodynamic therapy in mice. Clin Cancer Res 2003; 9(14):5417-5422.

(1787)  Makuch R, Maurath CJ, Verburg KM, Geis GS. Cardiovascular safety of the cyclooxygenase-2 (COX-2) specific inhibitor, celecoxib: clinical trial experience [ABSTRACT 70]. Ann Rheum Dis 2000; 59(1 Suppl.):52.

(1788)  Makuch R, Wentworth C, Burke T, Zhao S. Switching of prescription anti-inflammatory therapy among enrollees in a U.S. managed care organization: a comparison of non-selective NSAIDs, celecoxib, and rofecoxib. Ann Rheum Dis 2002; 61(1 Suppl.):109-110.

KS-000940

(1789)  Makuch R, Wentworth C, Burke T, Zhao S. Comparative costs of COX-2 specific inhibitors in a US managed care organization: medication, gastrointestinal, cardiovascular, and renal-specific costs. Ann Rheum Dis 2002; 61(1 Suppl.):82-83.

(1790)  Makuch R, Wentworth C, Burke T, Zhao S. Medical costs of cardiovascular, renal, and upper gastrointestinal inpatient and outpatient claims: a comparison between celecoxib and rofecoxib. Ann Rheum Dis 2002; 61(1 Suppl.):84-85.

(1791)  Malakoff D. Patent prompts Rochester to sue for slice of drug profits. Science 2000; 288(5465):410-411.

(1792)  Malhotra S, Shafiq N, Pandhi P. COX-2 inhibitors: a CLASS act or Just VIGORously promoted. MedGenMed 2004; 6(1):e37.

(1793)  Malkowski MG, Ginell SL, Smith WL, Garavito RM. The productive conformation of arachidonic acid bound to prostaglandin synthase. Science 2000; 289(5486):1933-1937.

(1794)  Malmstrom K, Kotey P, Friedman AF, Seidenberg BC. Rofecoxib and celecoxib - a comparison of two specific COX-2 inhibitors: a randomized, placebo- and active-comparator controlled clinical trial. Arthritis Rheum 1999; 42(9 Suppl.):S324.

(1795)  Malmstrom K, Daniels S, Kotey P, Seidenberg BC, Desjardins PJ. Comparison of rofecoxib and celecoxib, two cyclooxygenase-2 inhibitors, in postoperative dental pain: a randomized, placebo- and active-comparator-controlled clinical trial. Clin Ther 1999; 21(10):1653-1663.

(1796)  Malmstrom K, Fricke JR, Kotey P, Kress B, Morrison B. A comparison of rofecoxib versus celecoxib in treating pain after dental surgery: a single-center, randomized, double-blind, placebo- and active-comparator-controlled, parallel-group, single-dose study using the dental impaction pain model. Clin Ther 2002; 24(10):1549-1560.

(1797)  Mamdani M, Rochon P, Laupacis A, Anderson G. Initial patterns of use of COX-2 inhibitors by elderly patients in Ontario: findings and implications. CMAJ 2002; 167(10):1125-1126.

(1798)  Mamdani M, Juurlink DN, Anderson GM. Little is known about COX 2 inhibitors. BMJ 2002; 325(7356):161-162.

(1799)  Mamdani M, Juurlink DN, Anderson GM. Are selective COX 2 inhibitors superior to traditional NSAIDs? Little is known about COX 2 inhibitors. BMJ 2002; 325(7356):161.

(1800)  Mamdani M, Rochon PA, Juurlink DN et al. Observational study of upper gastrointestinal haemorrhage in elderly patients given selective cyclo-oxygenase-2 inhibitors or conventional non-steroidal anti-inflammatory drugs. BMJ 2002; 325(7365):624.

(1801)  Mamdani M, Rochon P, Juurlink DN et al. Effect of selective cyclooxygenase 2 inhibitors and naproxen on short-term risk of acute myocardial infarction in the elderly. Arch Intern Med 2003; 163(4):481-486.

(1802)  Mamdani M, Juurlink DN, Lee DS et al. Cyclo-oxygenase-2 inhibitors versus non-selective non-steroidal anti-inflammatory drugs and congestive heart failure outcomes in elderly patients: a population-based cohort study. Lancet 2004; 363(9423):1751-1756.

(1803)  Mamdani M, Warren L, Kopp A et al. Changes in rates of upper gastrointestinal hemorrhage after the introduction of cyclooxygenase-2 inhibitors in British Columbia and Ontario. CMAJ 2006; 175(12):1535-1538.

(1804)  Mandell BF. Cox-2 inhibitors and cardiovascular risk: point and counterpoint. Cleve Clin J Med 2001; 68(11):957-960.

(1805)  Mandell BF. COX-2 inhibitors: balancing the hope, the hype, and the concern. Cleve Clin J Med 2001; 68(11):899.

(1806)  Mandell BF. The Vioxx withdrawal: latest in the COX-2 controversies. Cleve Clin J Med 2004; 71(11):841-842.

(1807)  Mandl LA, Liang MH, Fisman DN. Cost-effectiveness of competing strategies for management of knee osteoarthritis [ABSTRACT 1564]. Arthritis Rheum 2002; 46(9 Suppl.):S582-Abstr. 1564.

(1808)  Mangru J, Kumar S, Peloso PM. Is acetaminophen truly safe and effective in OA of the hip and knee?  A best evidence synthesis. Arthritis Rheum 2003; 48(9 Suppl.):S80-S81, Abstr. 90.

KS-000941

(1809)    Mann B, Hartner A, Jensen BL et al. Acute upregulation of COX-2 by renal artery stenosis. Am J Physiol Renal Physiol 2001; 280(1):F119-F125.

(1810)    Manoria P, Manoria PC. COX-2 inhibitors and heart. Indian Heart J 2005; 57(6):772-777.

(1811)    Manthous CA. The Vioxx debacle revisited. Am J Med 2005; 118(9):1056-1057.

(1812)    Mao B, Abrahim A, Ge Z et al. Examination of rofecoxib solution decomposition under alkaline and photolytic stress conditions. J Pharm Biomed Anal 2002; 28(6):1101-1113.

(1813)    Marchetta F, Degli EE, Buda S. Pharmacoepidemiological profile of patients treated for osteoarthritis [ABSTRACT SAT0248]. Ann Rheum Dis 2001; 60(1 Suppl.):CD ABSTRACT SAT0248.

(1814)    Marcus AJ, Broekman MJ, Pinsky DJ. COX inhibitors and thromboregulation. N Engl J Med 2002; 347(13):1025-1026.

(1815)    Mardini IA, FitzGerald GA. Selective inhibitors of cyclooxygenase-2: a growing class of anti-inflammatory drugs. Mol Interv 2001; 1(1):30-38.

(1816)    Marentette MA, Attard C, Pellissier JM, Kong SX, Sauvageau C. Economic analysis of rofecoxib versus NSAIDs: comparison across different provinces in Canada [ABSTRACT SAT0230]. Ann Rheum Dis 2001; 60(1 Suppl.):CD ABSTRACT SAT0230.

(1817)    Margolis KL, Manson JE, Greenland P et al. Leukocyte count as a predictor of cardiovascular events and mortality in postmenopausal women: the Women's Health Initiative Observational Study. Arch Intern Med 2005; 165(5):500-508.

(1818)    Margulis V, Matsumoto ED, Tunc L, Taylor G, Duchenne D, Cadeddu JA. Effect of warmed, humidified insufflation gas and anti-inflammatory agents on cytokine response to laparoscopic nephrectomy: porcine model. J Urol 2005; 174(4 Pt 1):1452-1456.

(1819)    Marini U, Spotti D, Magni E, Monti T. Double-Blind Endoscopic Study Comparing the Effect of Nimesulide and Placebo on Gastric Mucosa of Dyspeptic Subjects. Drug Invest 1990; 2(3):162-166.

(1820)    Mark DH. Deaths attributable to obesity. JAMA 2005; 293(15):1918-1919.

(1821)    Markus R, Reddick ME, Rubenstein MC. Rofecoxib-induced pseudoporphyria. J Am Acad Dermatol 2004; 50(4):647-648.

(1822)    Marris E. Suppressed study raises spectre of flawed drug regulation in US. Nature 2004; 432(7017):537.

(1823)    Marshall JK, Pellissier JM, Attard CL, Kong SX, Marentette MA. Incremental cost-effectiveness analysis comparing rofecoxib with nonselective NSAIDs in osteoarthritis: Ontario Ministry of Health perspective. Pharmacoeconomics 2001; 19(10):1039-1049.

(1824)    Marshall LL. Angioedema associated with aspirin and rofecoxib. Ann Pharmacother 2005; 39(5):944-948.

(1825)    Martin-Garcia C, Hinojosa M, Berges P et al. Safety of a cyclooxygenase-2 inhibitor in patients with aspirin-sensitive asthma. Chest 2002; 121(6):1812-1817.

(1826)    Martin AR, Villegas I, La CC, arcon de la LC. The cyclo-oxygenase-2 inhibitor, rofecoxib, attenuates mucosal damage due to colitis induced by trinitrobenzene sulphonic acid in rats. Eur J Pharmacol 2003; 481(2-3):281-291.

(1827)    Martin AR, Villegas I, arcon de la LC. The COX-2 inhibitor, rofecoxib, ameliorates dextran sulphate sodium induced colitis in mice. Inflamm Res 2005; 54(4):145-151.

(1828)    Martinez-Gonzalez J, Escudero I, Badimon L. Simvastatin potenciates PGI(2) release induced by HDL in human VSMC: effect on Cox-2 up-regulation and MAPK signalling pathways activated by HDL. Atherosclerosis 2004; 174(2):305-313.

(1829)    Maseri A. Inflammation, atherosclerosis, and ischemic events -- exploring the hidden side of the moon. N Engl J Med 1997; 336(14):1014-1016.

(1830)    Masferrer JL, Zweifel BS, Manning PT et al. Selective inhibition of inducible cyclooxygenase antiinflammatory and nonulcerogenic. Proc Natl Acad Sci U S A 1994; 91(8):3228-3232.

KS-000942

(1831)   Masferrer JL, Isakson PC, Seibert K. Cyclooxygenase-2 inhibitors: a new class of anti-inflammatory agents that spare the gastrointestinal tract. Gastroenterol Clin North Am 1996; 25(2):363-372.

(1832)   Mason RP, Walter MF, McNulty HP et al. Rofecoxib increases susceptibility of human LDL and membrane lipids to oxidative damage: a mechanism of cardiotoxicity. J Cardiovasc Pharmacol 2006; 47 Suppl 1:S7-14.

(1833)   Massberg S, Brand K, Gruner S et al. A critical role of platelet adhesion in the initiation of atherosclerotic lesion formation. J Exp Med 2002; 196(7):887-896.

(1834)   Massy ZA, Swan SK. Cyclooxygenase-2 and atherosclerosis: friend or foe? Nephrol Dial Transplant 2001; 16(12):2286-2289.

(1835)   Matchaba P, Gitton X, Krammer G et al. Cardiovascular safety of lumiracoxib: a meta-analysis of all randomized controlled trials > or =1 week and up to 1 year in duration of patients with osteoarthritis and rheumatoid arthritis. Clin Ther 2005; 27(8):1196-1214.

(1836)   Matheson AJ, Figgitt DP. Rofecoxib: a review of its use in the management of osteoarthritis, acute pain and rheumatoid arthritis. Drugs 2001; 61(6):833-865.

(1837)   Mathew NT, Kailasam J, Fischer A. Early intervention using rofecoxib alone, rizatriptan alone and combination of rizatriptan and rofecoxib in acute migraine. Cephalalgia 2001; 21(4):425.

(1838)   Matson DJ, Broom DC, Carson SR, Baldassari J, Kehne J, Cortright DN. Inflammation-induced reduction of spontaneous activity by adjuvant: A novel model to study the effect of analgesics in rats. J Pharmacol Exp Ther 2007; 320(1):194-201.

(1839)   Matthews CZ, Woolf EJ, Matuszewski BK. Improved procedure for the the determination of rofecoxib in human plasma involving 96-well solid-phase extraction and fluorescence detection. J Chromatogr A 2002; 949(1-2):83-89.

(1840)   Matucci A, Rossi O, Cecchi L et al. Rofecoxib a new alternative in patients with intolerance to NSAIDs [ABSTRACT 709]. Allergy 2001; 56(68 Suppl.):222-223.

(1841)   Matucci A, Parronchi P, Vultaggio A et al. Partial safety of the new COX-2 inhibitor rofecoxib in NSAIDs high sensitive patients. Allergy 2004; 59(10):1133-1134.

(1842)   Maxwell SR, Webb DJ. COX-2 selective inhibitors--important lessons learned. Lancet 2005; 365(9458):449-451.

(1843)   Mayan H, Gurevitz O, Farfel Z. Successful treatment by cyclooxyenase-2 inhibitor of refractory hypokalemia in a patient with Gitelman's syndrome. Clin Nephrol 2002; 58(1):73-76.

(1844)   Mayor S. Merck cleared in personal injury case against Vioxx. BMJ 2005; 331(7525):1101.

(1845)   Mazario J, Gaitan G, Herrero JF. Cyclooxygenase-1 vs. cyclooxygenase-2 inhibitors in the induction of antinociception in rodent withdrawal reflexes. Neuropharmacology 2001; 40(7):937-946.

(1846)   McAdam BF, Catella-Lawson F, Mardini IA, Kapoor S, Lawson JA, FitzGerald GA. Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: the human pharmacology of a selective inhibitor of COX-2. Proc Natl Acad Sci U S A 1999; 96(1):272-277.

(1847)   McAdam BF, Catella-Lawson F, Mardini IA, Kapoor S, Lawson JA, FitzGerald GA. Correction: Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: The human pharmacology of a selective inhibitor of COX-2. Proc Natl Acad Sci U S A 1999; 96:5890.

(1848)   McAdam BF, Mardini IA, Habib A et al. Effect of regulated expression of human cyclooxygenase isoforms on eicosanoid and isoeicosanoid production in inflammation. J Clin Invest 2000; 105(10):1473-1482.

(1849)   McAdam BF, Byrne D, Morrow JD, Oates JA. Contribution of cyclooxygenase-2 to elevated biosynthesis of thromboxane A2 and prostacyclin in cigarette smokers. Circulation 2005; 112(7):1024-1029.

(1850)   McCarthy D. Nonsteroidal anti-inflammatory drug-related gastrointestinal toxicity: definitions and epidemiology. Am J Med 1998; 105(5A):3S-9S.

KS-000943

(1851)  McCartney SA, Vojnovic I, Farthing MJG, Warner TD. Nonsteroidal drug (NSAID)-induced fall in HT-29 cell viability correlates with potency to inhibit cyclooxygenase (COX) 1:  use of COX-2 selective inhibitors [ABSTRACT G2642]. Gastroenterology 1998; 114(4 Pt. 2):A641-Abstr. G2642.

(1852)  McCartney SA, Farthing MJG, Warner TD. Inhibition of COX-2 does not correlate with ability to induce apoptosis in HT-29 cells [ABSTRACT G1757]. Gastroenterology 1999; 116(4 Pt. 2):A401-Abstr. G1757.

(1853)  McCartney SA, Mitchell JA, Warner TD, Farthing MJG. GM-CSF is produced in high concentrations by colonic mucosa from patients with ulcerative colitis and is down regulated by co-incubation with dexamethasone [ABSTRACT G3095]. Gastroenterology 1999; 116(4 Pt. 2):A713-Abstr. G3095.

(1854)  McCartney SA, Mitchell JA, Fairclough PD, Farthing MJ, Warner TD. Selective COX-2 inhibitors and human inflammatory bowel disease. Aliment Pharmacol Ther 1999; 13(8):1115-1117.

(1855)  McClellan M. Drug safety reform at the FDA--pendulum swing or systematic improvement? N Engl J Med 2007; 356(17):1700-1702.

(1856)  McClung MR, Lewiecki EM, Cohen SB et al. Denosumab in postmenopausal women with low bone mineral density. N Engl J Med 2006; 354(8):821-831.

(1857)  McColl GJ. Pharmacological therapies for the treatment of osteoarthritis. Med J Aust 2001; 175 Suppl:S108-S111.

(1858)  McCormack JP, Rangno R. Digging for data from the COX-2 trials. CMAJ 2002; 166(13):1649-1650.

(1859)  McCormick PA, Kennedy F, Curry M, Traynor O. COX 2 inhibitor and fulminant hepatic failure. Lancet 1999; 353(9146):40-41.

(1860)  McCormick SM, Eskin SG, McIntire LV et al. DNA microarray reveals changes in gene expression of shear stressed human umbilical vein endothelial cells. Proc Natl Acad Sci U S A 2001; 98(16):8955-8960.

(1861)  McCulloch J, Kelly PA, Grome JJ, Pickard JD. Local cerebral circulatory and metabolic effects of indomethacin. Am J Physiol 1982; 243(3):H416-H423.

(1862)  McGeer PL. Cyclo-oxygenase-2 inhibitors: rationale and therapeutic potential for Alzheimer's disease. Drugs Aging 2000; 17(1):1-11.

(1863)  McGeer PL, McGeer EG, Yasojima K. Expression of COX-1 and COX-2 mRNAs in atherosclerotic plaques. Exp Gerontol 2002; 37(7):925-929.

(1864)  McGettigan P, Han P, Henry D. Cyclooxygenase-2 inhibitors and coronary occlusion--exploring dose-response relationships. Br J Clin Pharmacol 2006; 62(3):358-365.

(1865)  McGettigan P, Henry D. Cardiovascular risk and inhibition of cyclooxygenase: a systematic review of the observational studies of selective and nonselective inhibitors of cyclooxygenase 2. JAMA 2006; 296(13):1633-1644.

(1866)  McKenna F, Weaver A, Fiechtner JJ, Bello AE, Fort JG. COX-2 Specific Inhibitors in the Management of Osteoarthritis of the Knee: A Placebo-Controlled, Randomized, Double-Blind Study. J Clin Rheumatol 2001; 7(3):151-159.

(1867)  McLaughlin N. Out of sight. Pharmaceutical industry temporarily replaces hospitals as target. Mod Healthc 2004; 34(42):26.

(1868)  McLean B. A bitter pill for one Merck critic. Fortune 2004; 150(12):58.

(1869)  McLean TR. Discontinuation of Vioxx. Lancet 2005; 365(9453):25-28.

(1870)  McMahon JA, Green TJ, Skeaff CM, Knight RG, Mann JI, Williams SM. A controlled trial of homocysteine lowering and cognitive performance. N Engl J Med 2006; 354(26):2764-2772.

(1871)  McMurray RW, Hardy KJ. Cox-2 inhibitors: today and tomorrow. Am J Med Sci 2002; 323(4):181-189.

(1872)  McNamara P, FitzGerald GA. Smoking-induced vascular disease: a new twist on an old theme. Circ Res 2001; 89(7):563-565.

KS-000944

(1873)   Mcwhorter J, Carlan SJ, OLeary TD, Richichi K, OBrien WF. Rofecoxib versus magnesium sulfate to arrest preterm labor: a randomized trial. Obstet Gynecol 2004; 103(5 Pt 1):923-930.

(1874)   Meade EA, Smith WL, Dewitt DL. Differential inhibition of prostaglandin endoperoxide synthase (cyclooxygenase) isozymes by aspirin and other non-steroidal anti-inflammatory drugs. J Biol Chem 1993; 268(9):6610-6614.

(1875)   Meagher EA. Balancing gastroprotection and cardioprotection with selective cyclo-oxygenase-2 inhibitors: clinical implications. Drug Saf 2003; 26(13):913-924.

(1876)   Meagher EA. Cardiovascular and renovascular implications of COX-2 inhibition. Curr Pharm Des 2004; 10(6):603-611.

(1877)   Medeiros R, Otuki MF, Avellar MC, Calixto JB. Mechanisms underlying the inhibitory actions of the pentacyclic triterpene alpha-amyrin in the mouse skin inflammation induced by phorbol ester 12-O-tetradecanoylphorbol-13-acetate. Eur J Pharmacol 2007; 559(2-3):227-235.

(1878)   Meechan J. COX-2 inhibitors and pain after oral surgery - pertinent papers 2002-2003. Br J Oral Maxillofac Surg 2006; 44(2):163-165.

(1879)   Mehlisch DR, Hubbard RC, Isakson P, Karim A, Weaver M, Mills S. Analgesic efficacy and plasma levels of a highly selective inhibitor of COX-2 (SC-58635; SC) in patients with post-surgical dental pain. Clin Pharmacol Ther 1997; 61(2):195.

(1880)   Mehlisch DR, Mills S, Sandler M et al. Ex vivo assay of COX-2 inhibition predicts analgesic efficacy in post-surgical dental pain with MK-966  [ABSTRACT PI-8]. Clin Pharmacol Ther 1998; 63(2):139-Abstr. PI-8.

(1881)   Mehlisch DR, Chang DJ, Krupa D, Polis AB, Petruschke RA, Geba GP. A meta-analysis of analgesic efficacy of rofecoxib 50 mg from 13 clinical studies [ABSTRACT SAT0055]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr SAT0055.

(1882)   Mehta JL. Salutary effects of aspirin in coronary artery disease are not limited to its platelet inhibitory effects. Clin Cardiol 1998; 21(12):879-884.

(1883)   Meir K, Leitersdorf E, Hennekens CH. Inflammation in atherosclerosis: causal or casual? The need for randomized trials. Am Heart J 2003; 146(2):199-202.

(1884)   Mello MM, Clarridge BR, Studdert DM. Academic medical centers' standards for clinical-trial agreements with industry. N Engl J Med 2005; 352(21):2202-2210.

(1885)   Mengle-Gaw L, Hubbard RC, Karim A et al. A Study of the Platelet Effects of SC-58635, A Novel COX-2-Selective Inhibitor. [ABSTRACT 374]. Arthritis Rheum 1997; 40(9 Suppl.):Abstr. 374.

(1886)   Merkus D, Houweling B, Zarbanoui A, Duncker DJ. Interaction between prostanoids and nitric oxide in regulation of systemic, pulmonary, and coronary vascular tone in exercising swine. Am J Physiol Heart Circ Physiol 2004; 286(3):H1114-H1123.

(1887)   Merlie JP, Fagan D, Mudd J, Needleman P. Isolation and characterization of the complementary DNA for sheep seminal vesicle prostaglandin endoperoxide synthase (cyclooxygenase). J Biol Chem 1988; 263(8):3550-3553.

(1888)   Mersfelder TL, Stewart LR. Warfarin and celecoxib interaction. Ann Pharmacother 2000; 34(3):325-327.

(1889)   Messerli FH, Sichrovsky T. Does the pro-hypertensive effect of cyclooxygenase-2 inhibitors account for the increased risk in cardiovascular disease? Am J Cardiol 2005; 96(6):872-873.

(1890)   Metzner J, Popp L, Marian C et al. The effects of COX-2 selective and non-selective NSAIDs on the initiation and progression of atherosclerosis in ApoE(-/-) mice. J Mol Med 2007; 85(6):623-633.

(1891)   Meyer C, Gahler R. Central retinal vein occlusion in a patient with rheumatoid arthritis taking rofecoxib. Lancet 2002; 360(9339):1100.

(1892)   Meyer CR. Professional pill pusher. Minn Med 2005; 88(3):4.

(1893)   Meyer R. Rofecoxib reduces perioperative morphine consumption for abdominal hysterectomy and laparoscopic gastric banding. Anaesth Intensive Care 2002; 30(3):389-390.

KS-000945

(1894)   Meyerhoff J. Rofecoxib, 25 mg/d, was more effective than rofecoxib, 12.5 mg/d, celecoxib, or acetaminophen in osteoarthritis of the knee. ACP J Club 2002; 137(1):26.

(1895)   Michael HC, Sindet-Pederson S, Seymour RA et al. Analgesic efficacy of the cyclooxygenase-inhibiting nitric oxide donor AZD3582 in postoperative dental pain: Comparison with naproxen and rofecoxib in two randomized, double-blind, placebo-controlled studies. Clin Ther 2006; 28(9):1279-1295.

(1896)   Michaels D. Doubt is their product. Sci Am 2005; 292(6):96-101.

(1897)   Michaud K, Wolfe F, Pettitt D, Burke T, Zhao S. Patients remain on COX-2 NSAIDs longer than non-specific NSAIDs: a measure of comparative drug effectiveness. Ann Rheum Dis 2002; 61(1 Suppl.):53-54.

(1898)   Michaux C, Charlier C. Structural approach for COX-2 inhibition. Mini Rev Med Chem 2004; 4(6):603-615.

(1899)   Michaux C, de L, X, Julemont F, Dogne JM, Pirotte B, Durant F. Structure-based pharmacophore of COX-2 selective inhibitors and identification of original lead compounds from 3D database searching method. Eur J Med Chem 2006; 41(12):1446-1455.

(1900)   Michelson AD, Barnard MR, Krueger LA, Valeri CR, Furman MI. Circulating monocyte-platelet aggregates are a more sensitive marker of in vivo platelet activation than platelet surface P-selectin: studies in baboons, human coronary intervention, and human acute myocardial infarction. Circulation 2001; 104(13):1533-1537.

(1901)   Micklewright R, Lane S, Linley W, McQuade C, Thompson F, Maskrey N. Review article: NSAIDs, gastroprotection and cyclo-oxygenase-II-selective inhibitors. Aliment Pharmacol Ther 2003; 17(3):321-332.

(1902)   Mikkelsen S, Hilsted KL, Andersen PJ et al. The effect of gabapentin on post-operative pain following tonsillectomy in adults. Acta Anaesthesiol Scand 2006; 50(7):809-815.

(1903)   Miksanek T. Diary from a week in practice. Am Fam Physician 2001; 64(9):1547-1548.

(1904)   Miller JL. Decisions loom on selective COX-2 inhibitors. Am J Health Syst Pharm 1999; 56(2):106-107.

(1905)   Miller JL. Second selective COX-2 inhibitor receives marketing approval. Am J Health Syst Pharm 1999; 56(13):1294.

(1906)   Miller Q, Losken A, Harre JG, Bird ME. Rofecoxib does not adversely affect skin graft survival in a rat model. Curr Surg 2004; 61(2):227-230.

(1907)   Milvio C. Treatment of Influenza Syndrome: A Double-Blind Controlled Trial of Nimesulide v. Aspirin. Clin Trials J 1985; 22(1):111-117.

(1908)   Minore G, Pederzoli M, DeBenedictis E. Follow-up of subjects with negative oral challenge test for nimesulide [ABSTRACT 152]. Allergy 2000; 55(63 Suppl.):50.

(1909)   Minuz P, Patrignani P, Gaino S et al. Increased oxidative stress and platelet activation in patients with hypertension and renovascular disease. Circulation 2002; 106(22):2800-2805.

(1910)   Minuz P, Patrignani P, Gaino S et al. Determinants of platelet activation in human essential hypertension. Hypertension 2004; 43(1):64-70.

(1911)   Miralles M, Wester W, Sicard GA, Thompson R, Reilly JM. Indomethacin inhibits expansion of experimental aortic aneurysms via inhibition of the cox2 isoform of cyclooxygenase. J Vasc Surg 1999; 29(5):884-892.

(1912)   Mishra P, Palaian S. Withdrawal of rofecoxib - a wake up call for drug safety. Kathmandu Univ Med J (KUMJ ) 2004; 2(4):360.

(1913)   Misra UK, Kalita J, Jose M. Rofecoxib vs ibuprofen for acute treatment of migraine: a randomized placebo control trial. Cephalalgia 2002; 22(1 Suppl.):7.

(1914)   Misra UK, Jose M, Kalita J. Rofecoxib versus ibuprofen for acute treatment of migraine: a randomised placebo controlled trial. Postgrad Med J 2004; 80(950):720-723.

KS-000946

(1915)   Mitchell JA, Akarasereenont P, Thiemermann C, Flower RJ, Vane JR. Selectivity of nonsteroidal antiinflammatory drugs as inhibitors of constitutive and inducible cyclooxygenase. Proc Natl Acad Sci U S A 1993; 90(24):11693-11697.

(1916)   Mitchell JA, Warner TD. Cyclo-oxygenase-2: pharmacology, physiology, biochemistry and relevance to NSAID therapy. Br J Pharmacol 1999; 128(6):1121-1132.

(1917)   Mitchell JA, Warner TD. COX isoforms in the cardiovascular system: understanding the activities of non-steroidal anti-inflammatory drugs. Nat Rev Drug Discov 2006; 5(1):75-86.

(1918)   Mitchell JA, Lucas R, Vojnovic I, Hasan K, Pepper JR, Warner TD. Stronger inhibition by nonsteroid anti-inflammatory drugs of cyclooxygenase-1 in endothelial cells than platelets offers an explanation for increased risk of thrombotic events. FASEB J 2006; 20(14):2468-2475.

(1919)   Mittmann N, Knowles SR, Gomez M, Fish JS, Cartotto R, Shear NH. Evaluation of the extent of under-reporting of serious adverse drug reactions: the case of toxic epidermal necrolysis. Drug Saf 2004; 27(7):477-487.

(1920)   Miyata A, Hara S, Yokoyama C, Inoue H, Ullrich V, Tanabe T. Molecular cloning and expression of human prostacyclin synthase. Biochem Biophys Res Commun 1994; 200(3):1728-1734.

(1921)   Mizuno H, Sakamoto C, Matsuda K et al. Induction of cyclooxygenase 2 in gastric mucosal lesions and its inhibition by the specific antagonist delays healing in mice. Gastroenterology 1997; 112(2):387-397.

(1922)   Modica M, Vanhems P, Tebib J. Comparison of conventional NSAIDs and cyclooxygenase-2 inhibitors in outpatients. Joint Bone Spine 2005; 72(5):397-402.

(1923)   Mohapatra PR, Janmeja AK. The Vioxx debacle revisited. Am J Med 2005; 118(9):1058.

(1924)   Mohseni H, Zaslau S, McFadden D, Riggs DR, Jackson BJ, Kandzari S. COX-2 inhibition demonstrates potent anti-proliferative effects on bladder cancer in vitro. J Surg Res 2004; 119(2):138-142.

(1925)   Moinzadeh A, Mourtzinos A, Triaca V, Hamawy KJ. A randomized double-blind prospective study evaluating patient tolerance of transrectal ultrasound-guided biopsy of the prostate using prebiopsy rofecoxib. Urology 2003; 62(6):1054-1057.

(1926)   Molony DA. Review: rofecoxib increases renal events and arrhythmia, but a COX-2-inhibitor class effect does not exist. ACP J Club 2007; 146(1):25.

(1927)   Monakier D, Mates M, Klutstein MW et al. Rofecoxib, a COX-2 inhibitor, lowers C-reactive protein and interleukin-6 levels in patients with acute coronary syndromes. Chest 2004; 125(5):1610-1615.

(1928)   Moncada S, Gryglewski R, Bunting S, Vane JR. An enzyme isolated from arteries transforms prostaglandin endoperoxides to an unstable substance that inhibits platelet aggregation. Nature 1976; 263(5579):663-665.

(1929)   Moncada S, Herman AG, Higgs EA, Vane JR. Differential formation of prostacyclin (PGX or PGI2) by layers of the arterial wall. An explanation for the anti-thrombotic properties of vascular endothelium. Thromb Res 1977; 11(3):323-344.

(1930)   Moncada S, Higgs EA, Vane JR. Human arterial and venous tissues generate prostacyclin (prostaglandin x), a potent inhibitor of platelet aggregation. Lancet 1977; 1(8001):18-20.

(1931)   Moncada S, Vane JR. Mode of action of aspirin-like drugs. Adv Intern Med 1979; 24:1-22.

(1932)   Moncada S. Eighth Gaddum Memorial Lecture. University of London Institute of Education, December 1980. Biological importance of prostacyclin. Br J Pharmacol 1982; 76(1):3-31.

(1933)   Monsuez JJ. [Specific cyclo-oxygenase-2 inhibitors in cardiovascular pathology]. Arch Mal Coeur Vaiss 2004; 97(6):632-640.

(1934)   Montalescot G, White HD, Gallo R et al. Enoxaparin versus unfractionated heparin in elective percutaneous coronary intervention. N Engl J Med 2006; 355(10):1006-1017.

KS-000947

(1935)    Montalvo S, Davila I, Laffond E, Moreno E, Lorente F. TOLERANCIA DE ROFECOXIB EN PACIENTES CON REACCIONES A AINES - [Rofecoxib tolerance in patients with NSAID-induced reactions] **[ABSTRACT]**. Alergol Inmunol Clin 2003; 18(4):214-216.

(1936)    Montuschi P, Macagno F, Parente P et al. Effects of cyclo-oxygenase inhibition on exhaled eicosanoids in patients with COPD. Thorax 2005; 60(10):827-833.

(1937)    Moore A, Phillips C, Hunsche E, Pellissier J, Crespi S. Economic evaluation of etoricoxib versus non-selective NSAIDs in the treatment of osteoarthritis and rheumatoid arthritis patients in the UK. Pharmacoeconomics 2004; 22(10):643-660.

(1938)    Moore DA, Evans CA, Gilman RH et al. Microscopic-observation drug-susceptibility assay for the diagnosis of TB. N Engl J Med 2006; 355(15):1539-1550.

(1939)    Moore PA, Hersh EV. Celecoxib and rofecoxib. The role of COX-2 inhibitors in dental practice. J Am Dent Assoc 2001; 132(4):451-456.

(1940)    Moore PA, Brar P, Smiga ER, Costello BJ. Preemptive rofecoxib and dexamethasone for prevention of pain and trismus following third molar surgery *. Oral Surg Oral Med Oral Pathol Oral Radiol Endod 2005; 99(2):E1-E7.

(1941)    Moore RA, Derry S, Makinson GT, McQuay HJ. Tolerability and adverse events in clinical trials of celecoxib in osteoarthritis and rheumatoid arthritis: systematic review and meta-analysis of information from company clinical trial reports. Arthritis Res Ther 2005; 7(3):R644-R665.

(1942)    Moore RA, Edwards JE, McQuay HJ. Acute pain: individual patient meta-analysis shows the impact of different ways of analysing and presenting results. Pain 2005; 116(3):322-331.

(1943)    Moore TJ, Psaty BM, Furberg CD. Time to act on drug safety. JAMA 1998; 279(19):1571-1573.

(1944)    Moppett IK, Davies JA, Mahajan RP. Non-selective and cyclo-oxygenase-2-specific non-steroidal anti-inflammatory drugs impair the hyperaemic response of skin to brief axillary artery occlusion. Br J Anaesth 2003; 91(3):353-356.

(1945)    Mor M, Niv G, Niv Y. Patient retention in a clinical trial: a lesson from the rofecoxib (VIOXX) study. Dig Dis Sci 2006; 51(7):1175-1178.

(1946)    Morales Serna JC, Fernandez Gallardo LC. Introduccion de rofecoxib en atencion primaria: influencia sobre la prescripcion del grupo de antiinflamatorios no esteroideos [Rofecoxib's introduction in primary care: influence on the prescription of the non-steroidal anti-inflammatories group]. Atencion Farmaceutica 2001; 3(5):344-349.

(1947)    Morales E, Mucksavage JJ. Cyclooxygenase-2 inhibitor-associated acute renal failure: case report with rofecoxib and review of the literature. Pharmacotherapy 2002; 22(10):1317-1321.

(1948)    Moreau A, Chen QH, Praveen Rao PN, Knaus EE. Design, synthesis, and biological evaluation of (E)-3-(4-methanesulfonylphenyl)-2-(aryl)acrylic acids as dual inhibitors of cyclooxygenases and lipoxygenases. Bioorg Med Chem 2006; 14(23):7716-7727.

(1949)    Moreau M, Daminet S, Martel-Pelletier J, Fernandes J, Pelletier JP. Superiority of the gastroduodenal safety profile of licofelone over rofecoxib, a COX-2 selective inhibitor, in dogs. J Vet Pharmacol Ther 2005; 28(1):81-86.

(1950)    Moreira A, Rodrigues J, Fonseca J, Vaz M. Is atopy associated with severe NSAID idiosyncratic reactions? [ABSTRACT 847]. Allergy 2002; 57(73 Suppl.):262.

(1951)    Moride Y, Ducruet T, Rochon S, Lavoie F. Persistency of use of COX-2-specific inhibitors and non-specific non-steroidal anti-inflammatory drugs (NSAIDs) in Quebec. Rheumatology (Oxford) 2003; 42 Suppl 3:iii17-iii22.

(1952)    Moride Y, Ducruet T, Boivin JF, Moore N, Perreault S, Zhao S. Prescription channeling of COX-2 inhibitors and traditional nonselective nonsteroidal anti-inflammatory drugs: a population-based case-control study. Arthritis Res Ther 2005; 7(2):R333-R342.

(1953)    Morita I. Distinct functions of COX-1 and COX-2. Prostaglandins Other Lipid Mediat 2002; 68-69:165-175.

(1954)    Morre DJ, Morre DM. tNOX, an alternative target to COX-2 to explain the anticancer activities of non-steroidal anti-inflammatory drugs (NSAIDS). Mol Cell Biochem 2006; 283(1-2):159-167.

KS-000948

(1955)  Morrison BW, Christensen S, Yuan W, Brown J, Amlani S, Seidenberg B. Analgesic efficacy of the cyclooxygenase-2-specific inhibitor rofecoxib in post-dental surgery pain: a randomized, controlled trial. Clin Ther 1999; 21(6):943-953.

(1956)  Morrison BW, Daniels SE, Kotey P, Cantu N, Seidenberg B. Rofecoxib, a specific cyclooxygenase-2 inhibitor, in primary dysmenorrhea: a randomized controlled trial. Obstet Gynecol 1999; 94(4):504-508.

(1957)  Morrison BW, Fricke J, Brown J, Yuan W, Kotey P, Mehlisch D. The optimal analgesic dose of rofecoxib: Overview of six randomized controlled trials. J Am Dent Assoc 2000; 131(12):1729-1737.

(1958)  Morrow JD, Frei B, Longmire AW et al. Increase in circulating products of lipid peroxidation (F2-isoprostanes) in smokers. Smoking as a cause of oxidative damage. N Engl J Med 1995; 332(18):1198-1203.

(1959)  Morse Z, Tump A, Kevelham E. Ibuprofen as a pre-emptive analgesic is as effective as rofecoxib for mandibular third molar surgery. Odontology 2006; 94(1):59-63.

(1960)  Moses H, III, Dorsey ER, Matheson DH, Thier SO. Financial anatomy of biomedical research. JAMA 2005; 294(11):1333-1342.

(1961)  Moskowitz RW. The role of anti-inflammatory drugs in the treatment of osteoarthritis: a United States viewpoint. Clin Exp Rheumatol 2001; 19(6 Suppl 25):S3-S8.

(1962)  Moskowitz RW, Jones JB. Valdecoxib 10 mg demonstrates a rapid onset of action following a single dose in patients with OA of the knee in a flare state [ABSTRACT FRI0277]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr FRI0277.

(1963)  Moskowitz RW, Cawkwell G. A double-blind, placebo-controlled, randomized 2-week study of valdecoxib 10 mg qd and rofecoxib 25 mg qd in relieving the signs and symptoms of osteoarthritis of the knee in flare [ABSTRACT 77]. Arthritis Rheum 2003; 48(9 Suppl.):S76-Abstr. 77.

(1964)  Moskowitz RW, Sunshine A, Hooper M, Olson NZ, Cawkwell GD. An analgesic model for assessment of acute pain response in osteoarthritis of the knee. Osteoarthritis Cartilage 2006; 14(11):1111-1118.

(1965)  Motilva V, arcon de la LC, Bruseghini L, Manuel HJ, Sanchez-Fidalgo S. COX expression and PGE(2) and PGD(2) production in experimental acute and chronic gastric lesions. Int Immunopharmacol 2005; 5(2):369-379.

(1966)  Motsko SP, Rascati KL, Busti AJ et al. Temporal relationship between use of NSAIDs, including selective COX-2 inhibitors, and cardiovascular risk. Drug Saf 2006; 29(7):621-632.

(1967)  Moulton KS, Heller E, Konerding MA, Flynn E, Palinski W, Folkman J. Angiogenesis inhibitors endostatin or TNP-470 reduce intimal neovascularization and plaque growth in apolipoprotein E-deficient mice. Circulation 1999; 99(13):1726-1732.

(1968)  Moynihan R. Who pays for the pizza? Redefining the relationships between doctors and drug companies. 1: entanglement. BMJ 2003; 326(7400):1189-1192.

(1969)  Mukai Y, Shimokawa H, Higashi M et al. Inhibition of renin-angiotensin system ameliorates endothelial dysfunction associated with aging in rats. Arterioscler Thromb Vasc Biol 2002; 22(9):1445-1450.

(1970)  Mukherjee D, Nissen SE, Topol EJ. Risk of cardiovascular events associated with selective COX-2 inhibitors. JAMA 2001; 286(8):954-959.

(1971)  Mukherjee D, Nissen SE, Topol EJ. Cox-2 inhibitors and cardiovascular risk: we defend our data and suggest caution. Cleve Clin J Med 2001; 68(11):963-964.

(1972)  Mukherjee D. Selective cyclooxygenase-2 (COX-2) inhibitors and potential risk of cardiovascular events. Biochem Pharmacol 2002; 63(5):817-821.

(1973)  Mukherjee D, Nissen SE, Topol EJ. Lack of cardioprotective effect of naproxen. Arch Intern Med 2002; 162(22):2637-2639.

(1974)  Mukherjee D, Topol EJ. Cox-2: where are we in 2003? - Cardiovascular risk and Cox-2 inhibitors. Arthritis Res Ther 2003; 5(1):8-11.

KS-000949

(1975)   Mukherjee D, Topol EJ. Pharmaceutical advertising versus research spending: are profits more important than patients? Am Heart J 2003; 146(4):563-564.

(1976)   Muller-Decker K. [Cyclooxygenases in the skin]. J Dtsch Dermatol Ges 2004; 2(8):668-675.

(1977)   Muller N, Riedel M, Scheppach C et al. Beneficial antipsychotic effects of celecoxib add-on therapy compared to risperidone alone in schizophrenia. Am J Psychiatry 2002; 159(6):1029-1034.

(1978)   Muller N, Strassnig M, Schwarz MJ, Ulmschneider M, Riedel M. COX-2 inhibitors as adjunctive therapy in schizophrenia. Expert Opin Investig Drugs 2004; 13(8):1033-1044.

(1979)   Mullis BH, Copland ST, Weinhold PS, Miclau T, Lester GE, Bos GD. Effect of COX-2 inhibitors and non-steroidal anti-inflammatory drugs on a mouse fracture model. Injury 2006; 37(9):827-837.

(1980)   Munoz-Bellido FJ, Terron M, Leon A. Safety of rofecoxib in nonsteroidal anti-inflammatory drugs intolerance. Allergy 2003; 58(10):1072-1075.

(1981)   Munro JM, Cotran RS. The pathogenesis of atherosclerosis: atherogenesis and inflammation. Lab Invest 1988; 58(3):249-261.

(1982)   Murabito JM, Pencina MJ, Nam BH et al. Sibling cardiovascular disease as a risk factor for cardiovascular disease in middle-aged adults. JAMA 2005; 294(24):3117-3123.

(1983)   Murad F. Shattuck Lecture. Nitric oxide and cyclic GMP in cell signaling and drug development. N Engl J Med 2006; 355(19):2003-2011.

(1984)   Muralee S, Bober D, Tampi R. Delirium From the COX-2 inhibitor refecoxib. Psychosomatics 2004; 45(4):361-363.

(1985)   Murata T, Ushikubi F, Matsuoka T et al. Altered pain perception and inflammatory response in mice lacking prostacyclin receptor. Nature 1997; 388(6643):678-682.

(1986)   Murnaghan M, Li G, Marsh DR. Nonsteroidal anti-inflammatory drug-induced fracture nonunion: an inhibition of angiogenesis? J Bone Joint Surg Am 2006; 88 Suppl 3:140-147.

(1987)   Murphey LJ, Williams MK, Sanchez SC et al. Quantification of the major urinary metabolite of PGE2 by a liquid chromatographic/mass spectrometric assay: determination of cyclooxygenase-specific PGE2 synthesis in healthy humans and those with lung cancer. Anal Biochem 2004; 334(2):266-275.

(1988)   Murphy G, DeTora L, Lee M, Gertz B. Effects of rofecoxib and ibuprofen on bone mineral density (BMD) and biochemical indices of bone turnover in patients with osteoarthritis [ABSTRACT FRI0226]. Ann Rheum Dis 2003; 62(1 Suppl.):Abst FRI0226.

(1989)   Murphy MG, Kivitz AJ, Rofecoxib Bone Study Group et al. The Effects of Rofecoxib, a Cyclooxygenase (COX)-2 Specific Inhibitor, Vs Ibuprofen on Biochemical Indices of Bone Turnover in Patients with Osteoarthritis [ABSTRACT SA133]. J Bone Miner Res 1999; 14(1 Suppl.):S342-Abstr. SA133.

(1990)   Murphy VJ, Yang Z, Rorison KA, Baldwin GS. Cyclooxygenase-2-selective antagonists do not inhibit growth of colorectal carcinoma cell lines. Cancer Lett 1998; 122(1-2):25-30.

(1991)   Murray S. Health Canada lukewarm on Vioxx panel findings. CMAJ 2005; 173(4):350.

(1992)   Murray WM. Inflammation, aspirin, and the risk of cardiovascular disease. N Engl J Med 1997; 337(6):422-424.

(1993)   Muscara MN, McKnight W, del SP, Wallace JL. Effect of a nitric oxide-releasing naproxen derivative on hypertension and gastric damage induced by chronic nitric oxide inhibition in the rat. Life Sci 1998; 62(15):L235-L240.

(1994)   Muscara MN, McKnight W, Lovren F, Triggle CR, Cirino G, Wallace JL. Antihypertensive properties of a nitric oxide-releasing naproxen derivative in two-kidney, one-clip rats. Am J Physiol Heart Circ Physiol 2000; 279(2):H528-H535.

(1995)   Muscara MN, Vergnolle N, Lovren F et al. Selective cyclo-oxygenase-2 inhibition with celecoxib elevates blood pressure and promotes leukocyte adherence. Br J Pharmacol 2000; 129(7):1423-1430.

KS-000950

(1996)   Muscara MN, Lovren F, McKnight W et al. Vasorelaxant effects of a nitric oxide-releasing aspirin derivative in normotensive and hypertensive rats. Br J Pharmacol 2001; 133(8):1314-1322.

(1997)   Myles PS. The pain visual analog scale: linear or nonlinear? Anesthesiology 2004; 100(3):744.

(1998)   Myllykangas-Luosujarvi R, Aho K, Kautiainen H, Isomaki H. Shortening of life span and causes of excess mortality in a population-based series of subjects with rheumatoid arthritis. Clin Exp Rheumatol 1995; 13(2):149-153.

(1999)   Myllykangas-Luosujarvi RA, Aho K, Isomaki HA. Mortality in rheumatoid arthritis. Semin Arthritis Rheum 1995; 25(3):193-202.

(2000)   Myllykangas-Luosujarvi R, Lu HS, Chen SL et al. Comparison of low-dose rofecoxib versus 1000 mg naproxen in patients with osteoarthritis. Results of two randomized treatment trials of six weeks duration. Scand J Rheumatol 2002; 31(6):337-344.

(2001)   Naesdal J, Wilson I. Gastro-duodenal protection in an era of cyclo-oxygenase-2-selective nonsteroidal anti-inflammatory drugs. Eur J Gastroenterol Hepatol 2001; 13(12):1401-1406.

(2002)   Naesdal J, Brown K. NSAID-associated adverse effects and acid control aids to prevent them: a review of current treatment options. Drug Saf 2006; 29(2):119-132.

(2003)   Naesh O, Niles LA, Gilbert JG et al. A randomized, placebo-controlled study of rofecoxib with paracetamol in early post-tonsillectomy pain in adults. Eur J Anaesthesiol 2005; 22(10):768-773.

(2004)   Nageswara RR, Meena S, Raghuram RA. An overview of the recent developments in analytical methodologies for determination of COX-2 inhibitors in bulk drugs, pharmaceuticals and biological matrices. J Pharm Biomed Anal 2005; 39(3-4):349-363.

(2005)   Naghavi M, Libby P, Falk E et al. From vulnerable plaque to vulnerable patient: a call for new definitions and risk assessment strategies: Part I. Circulation 2003; 108(14):1664-1672.

(2006)   Naghavi M, Libby P, Falk E et al. From vulnerable plaque to vulnerable patient: a call for new definitions and risk assessment strategies: Part II. Circulation 2003; 108(15):1772-1778.

(2007)   Naidu PS, Kulkarni SK. Differential effects of cyclooxygenase inhibitors on haloperidol-induced catalepsy. Prog Neuropsychopharmacol Biol Psychiatry 2002; 26(5):819-822.

(2008)   Nair KS, Rizza RA, O'Brien P et al. DHEA in elderly women and DHEA or testosterone in elderly men. N Engl J Med 2006; 355(16):1647-1659.

(2009)   Nair KV, Ganther JM, Valuck RJ, McCollum M, Lewis SJ. Improving formulary compliance with managed care members. Drug Benefit Trends 2002; 14(7):44-46.

(2010)   Naito H, Okumura T, Inoue M, Suzuki Y. Ultrasonic vocalization response elicited in adjuvant-induced arthritic rats as a useful method for evaluating analgesic drugs. Exp Anim 2006; 55(2):125-129.

(2011)   Nakayama M, Uchimura K, Zhu RL et al. Cyclooxygenase-2 inhibition prevents delayed death of CA1 hippocampal neurons following global ischemia. Proc Natl Acad Sci U S A 1998; 95(18):10954-10959.

(2012)   Nakayama T, Soma M, Watanabe Y et al. Splicing mutation of the prostacyclin synthase gene in a family associated with hypertension. Biochem Biophys Res Commun 2002; 297(5):1135-1139.

(2013)   Naldi L, Conforti A, Venegoni M et al. Cutaneous reactions to drugs. An analysis of spontaneous reports in four Italian regions. Br J Clin Pharmacol 1999; 48(6):839-846.

(2014)   Napoli C, D'Armiento FP, Mancini FP et al. Fatty streak formation occurs in human fetal aortas and is greatly enhanced by maternal hypercholesterolemia. Intimal accumulation of low density lipoprotein and its oxidation precede monocyte recruitment into early atherosclerotic lesions. J Clin Invest 1997; 100(11):2680-2690.

(2015)   Napoli C, Pinto A, Cirino G. Pharmacological modulation, preclinical studies, and new clinical features of myocardial ischemic preconditioning. Pharmacol Ther 2000; 88(3):311-331.

KS-000951

(2016)  Narumiya S, FitzGerald GA. Genetic and pharmacological analysis of prostanoid receptor function. J Clin Invest 2001; 108(1):25-30.

(2017)  Nauck F, Ostgathe C, Klaschik E et al. Drugs in palliative care: results from a representative survey in Germany. Palliat Med 2004; 18(2):100-107.

(2018)  Navarro VJ, Senior JR. Drug-related hepatotoxicity. N Engl J Med 2006; 354(7):731-739.

(2019)  Navidpour L, Amini M, Shafaroodi H et al. Design and synthesis of new water-soluble tetrazolide derivatives of celecoxib and rofecoxib as selective cyclooxygenase-2 (COX-2) inhibitors. Bioorg Med Chem Lett 2006; 16(17):4483-4487.

(2020)  Nedorost ST, Florentino FT, Gilliam AC. Fixed drug eruption to rofecoxib. Cutis 2002; 70(2):125-126.

(2021)  Needleman P, Moncada S, Bunting S, Vane JR, Hamberg M, SAMUELSSON B. Identification of an enzyme in platelet microsomes which generates thromboxane A2 from prostaglandin endoperoxides. Nature 1976; 261(5561):558-560.

(2022)  Needleman P, Turk J, Jakschik BA, Morrison AR, Lefkowith JB. Arachidonic acid metabolism. Annu Rev Biochem 1986; 55:69-102.

(2023)  Nelson MR. Lessons from early large-scale adoption of celecoxib and rofecoxib by Australian general practitioners. Med J Aust 2004; 180(3):140.

(2024)  Nelson NJ. Celecoxib shown effective in preventing colon polyps. J Natl Cancer Inst 2006; 98(10):665-667.

(2025)  Nemutlu E, Ozaltin N, Altinoz S. Determination of rofecoxib, in the presence of its photodegradation product, in pharmaceutical preparations by micellar electrokinetic capillary chromatography. Anal Bioanal Chem 2004; 378(2):504-509.

(2026)  Nesvold JA, Bacsik CJ. Two views of licensure. J Am Dent Assoc 2001; 132(11):1500.

(2027)  Nettis E, Di PR, Ferrannini A, Tursi A. Tolerability of rofecoxib in patients with cutaneous adverse reactions to nonsteroidal anti-inflammatory drugs. Ann Allergy Asthma Immunol 2002; 88(3):331-334.

(2028)  Nettis E, Colanardi MC, Ferrannini A, Tursi A. Short-term and long-term tolerability of rofecoxib in patients with prior reactions to nonsteroidal anti-inflammatory drugs. Ann Allergy Asthma Immunol 2005; 94(1):29-33.

(2029)  Neuhofer W, Holzapfel K, Fraek ML, Ouyang N, Lutz J, Beck FX. Chronic COX-2 inhibition reduces medullary HSP70 expression and induces papillary apoptosis in dehydrated rats. Kidney Int 2004; 65(2):431-441.

(2030)  Niccoli L, Bellino S, Cantini F. Renal tolerability of three commonly employed non-steroidal anti-inflammatory drugs in elderly patients with osteoarthritis. Clin Exp Rheumatol 2002; 20(2):201-207.

(2031)  Nickel JC, Pontari M, Moon T et al. A randomized, placebo controlled, multicenter study to evaluate the safety and efficacy of rofecoxib in the treatment of chronic nonbacterial prostatitis. J Urol 2003; 169(4):1401-1405.

(2032)  Nicoll-Griffith DA, Falgueyret JP, Silva JM et al. Oxidative bioactivation of the lactol prodrug of a lactone cyclooxygenase-2 inhibitor. Drug Metab Dispos 1999; 27(3):403-409.

(2033)  Nicoll-Griffith DA, Yergey JA, Trimble LA et al. Synthesis, characterization, and activity of metabolites derived from the cyclooxygenase-2 inhibitor rofecoxib (MK-0966, Vioxx). Bioorg Med Chem Lett 2000; 10(23):2683-2686.

(2034)  Niederberger E, Tegeder I, Schafer C, Seegel M, Grosch S, Geisslinger G. Opposite effects of rofecoxib on nuclear factor-kappaB and activating protein-1 activation. J Pharmacol Exp Ther 2003; 304(3):1153-1160.

(2035)  Niederberger E, Manderscheid C, Grosch S, Schmidt H, Ehnert C, Geisslinger G. Effects of the selective COX-2 inhibitors celecoxib and rofecoxib on human vascular cells. Biochem Pharmacol 2004; 68(2):341-350.

(2036)  Nielsen OH, Ainsworth M, Csillag C, Rask-Madsen J. Systematic review: coxibs, non-steroidal anti-inflammatory drugs or no cyclooxygenase inhibitors in gastroenterological high-risk patients? Aliment Pharmacol Ther 2006; 23(1):27-33.

**KS-000952**

(2037)   Nietert PJ, Ornstein SM, Dickerson LM, Rothenberg RJ, Goldfarb SD. Retrospective comparison of cardiac and renal effects between celecoxib and rofecoxib in older hypertensive patients [POSTER 50]. Am J Hypertens 2003; 16(5 Pt. 2):57A.

(2038)   Nietert PJ, Ornstein SM, Dickerson LM, Rothenberg RJ. Comparison of changes in blood pressure measurements and antihypertensive therapy in older, hypertensive, ambulatory care patients prescribed celecoxib or rofecoxib. Pharmacotherapy 2003; 23(11):1416-1423.

(2039)   Nikas SN, Kittas G, Karamaounas N, Drosos AA. Meloxicam-induced erythema multiforme. Am J Med 1999; 107(5):532-534.

(2040)   Nikolaus T, Zeyfang A. Pharmacological treatments for persistent non-malignant pain in older persons. Drugs Aging 2004; 21(1):19-41.

(2041)   Nilsson F, Bjorkman S, Rosen I, Messeter K, Nordstrom CH. Cerebral vasoconstriction by indomethacin in intracranial hypertension. An experimental investigation in pigs. Anesthesiology 1995; 83(6):1283-1292.

(2042)   Nissen SE, Wolski K, Topol EJ. Effect of muraglitazar on death and major adverse cardiovascular events in patients with type 2 diabetes mellitus. JAMA 2005; 294(20):2581-2586.

(2043)   Nissen SE. Adverse cardiovascular effects of rofecoxib. N Engl J Med 2006; 355(2):203-204.

(2044)   Nissen SE, Tuzcu EM, Brewer HB et al. Effect of ACAT inhibition on the progression of coronary atherosclerosis. N Engl J Med 2006; 354(12):1253-1263.

(2045)   Niwa K, Araki E, Morham SG, Ross ME, Iadecola C. Cyclooxygenase-2 contributes to functional hyperemia in whisker-barrel cortex. J Neurosci 2000; 20(2):763-770.

(2046)   Niwa K, Haensel C, Ross ME, Iadecola C. Cyclooxygenase-1 participates in selected vasodilator responses of the cerebral circulation. Circ Res 2001; 88(6):600-608.

(2047)   No Author. Rofecoxib: a selective COX-2 inhibitor. Drugs Ther Perspect 2000; 15(2):1-5.

(2048)   No Author. Celecoxib: early Australian reporting experience. Aust Adverse Drug React Bull 2000; 19(2):6-7.

(2049)   No Author. Interaction of rofecoxib with warfarin. Aust Adverse Drug React Bull 2002; 21(1):3.

(2050)   No Author. Rofecoxib: a selective and effective COX-2 inhibitor. Drugs Ther Perspect 2002; 18(2):1-3.

(2051)   No Author. Non-steroidal anti-inflammatory drugs (NSAIDs) and gastrointestinal (GI) safety. Curr Probl Pharmacovigilance 2002; 28:5.

(2052)   No Author. Acute neuropsychiatric events with celecoxib and rofecoxib. Aust Adverse Drug React Bull 2003; 22(1):3.

(2053)   No Author. ACE inhibitor, diuretic and NSAID: a dangerous combination. Aust Adverse Drug React Bull 2003; 22(4):14-15.

(2054)   No Author. Rofecoxib, celecoxib and cardiovascular risk. Aust Adverse Drug React Bull 2003; 22(5):18.

(2055)   Noble JH, Jr. Meta-analysis: Methods, strengths, weaknesses, and political uses. J Lab Clin Med 2006; 147(1):7-20.

(2056)   Noble SL, King DS, Olutade JI. Cyclooxygenase-2 enzyme inhibitors: place in therapy. Am Fam Physician 2000; 61(12):3669-3676.

(2057)   Noda T, Minatoguchi S, Fujii K et al. Evidence for the delayed effect in human ischemic preconditioning: prospective multicenter study for preconditioning in acute myocardial infarction. J Am Coll Cardiol 1999; 34(7):1966-1974.

(2058)   Nogawa S, Zhang F, Ross ME, Iadecola C. Cyclo-oxygenase-2 gene expression in neurons contributes to ischemic brain damage. J Neurosci 1997; 17(8):2746-2755.

(2059)   Noguera Aguilar JF, Plaza MA, Amengual A, I, Moron Canis JM, Tortajada CC, Pujol Tugores et al. Effect of rofecoxib on experimental colonic carcinogenesis in rats. Rev Esp Enferm Dig 2004; 96(10):678-682.

KS-000953

(2060)   Noguera Aguilar JF, Amengual A, I, Pujol Tugores JJ. Dose of rofecoxib in colorectal cancer. Int J Cancer 2004; 110(2):309.

(2061)   Noguera Aguilar JF, Amengual A, I, Moron Canis JM et al. Effect of rofecoxib on colon chemical carcinogenesis at colonic anastomotic area in the rat. Rev Esp Enferm Dig 2005; 97(6):405-415.

(2062)   Noguera Aguilar JF, Amengual A, I, Plaza MA et al. Cyclooxygenase-2 inhibition in colon experimental carcinogenesis. Rev Esp Enferm Dig 2005; 97(9):637-647.

(2063)   Norflus F, Nanje A, Gutekunst CA et al. Anti-inflammatory treatment with acetylsalicylate or rofecoxib is not neuroprotective in Huntington's disease transgenic mice. Neurobiol Dis 2004; 17(2):319-325.

(2064)   Norgard B, Pedersen L, Johnsen SP et al. COX-2-selective inhibitors and the risk of upper gastrointestinal bleeding in high-risk patients with previous gastrointestinal diseases: a population-based case-control study. Aliment Pharmacol Ther 2004; 19(7):817-825.

(2065)   Norman RJ, Wu R. The potential danger of COX-2 inhibitors. Fertil Steril 2004; 81(3):493-494.

(2066)   Noroian G, Clive D. Cyclo-oxygenase-2 inhibitors and the kidney: a case for caution. Drug Saf 2002; 25(3):165-172.

(2067)   Novotna B, Lanikova Z, Dolina J. Tolerance na rofecoxib u pacientii s intoleranci na aspirin (ASA) a neb0 nesteroidni antirevmatika (NSA) Tolerance to rofecoxib in Patients with Aspirin - Sensitivity. Alergie 2002; 4(2):149-151.

(2068)   Novotna B, Lanikova Z, Dolina J. Tolerance to rofecoxib in patients with intolerance to acetylsalicylic acid and or nonsteroidal anti-inflammatory drugs [ABSTRACT 849]. Allergy 2002; 57(73 Suppl.):263.

(2069)   Nucera E, Schiavino D, Pollastrini E et al. Tolerance induction to rofecoxib in a patient with Bartter's syndrome. Allergy 2004; 59(7):788-789.

(2070)   Numaguchi Y, Okumura K, Harada M et al. Catheter-based prostacyclin synthase gene transfer prevents in-stent restenosis in rabbit atheromatous arteries. Cardiovasc Res 2004; 61(1):177-185.

(2071)   Nurmohamed MT, van H, V, Dijkmans BA. Cardiovascular risk profile of antirheumatic agents in patients with osteoarthritis and rheumatoid arthritis. Drugs 2002; 62(11):1599-1609.

(2072)   Nussmeier NA, Whelton AA, Brown MT et al. Complications of the COX-2 inhibitors parecoxib and valdecoxib after cardiac surgery. N Engl J Med 2005; 352(11):1081-1091.

(2073)   Nutt DJ. Discontinuation of Vioxx. Lancet 2005; 365(9453):28.

(2074)   Nyberg J. Discontinuation of Vioxx. Lancet 2005; 365(9453):24-25.

(2075)   O'Banion MK. Cyclooxygenase-2: molecular biology, pharmacology, and neurobiology. Crit Rev Neurobiol 1999; 13(1):45-82.

(2076)   O'Banion MK. The potential of cyclooxygenase inhibitors in treatment and prevention of Alzheimer's disease. Curr Opin Anti-Inflamm Immuno Invest Drugs 2000; 2(3):186-2.

(2077)   O'Beirne JP, Cairns SR. Drug Points: Cholestatic hepatitis in association with celecoxib. BMJ 2001; 323(7303):23.

(2078)   O'Brien J. Nonsteroidal anti-inflammatory drugs in patients with inflammatory bowel disease. Am J Gastroenterol 2000; 95(8):1859-1861.

(2079)   O'Brien WF, Krammer J, O'Leary TD, Mastrogiannis DS. The effect of acetaminophen on prostacyclin production in pregnant women. Am J Obstet Gynecol 1993; 168(4):1164-1169.

(2080)   O'Keefe JH, Jr., Bateman TM, Ligon RW et al. Outcome of medical versus invasive treatment strategies for non-high-risk ischemic heart disease. J Nucl Cardiol 1998; 5(1):28-33.

(2081)   Oakley G, Jr. Lessons from the withdrawal of rofecoxib: Observational studies should not be forgotten. BMJ 2004; 329(7478):1342.

KS-000954

(2082)   Oates JA, FitzGerald GA, Branch RA, Jackson EK, Knapp HR, Roberts LJ. Clinical implications of prostaglandin and thromboxane A2 formation (1). N Engl J Med 1988; 319(11):689-698.

(2083)   Oberholzer-Gee F, Inamdar SN. Merck's recall of rofecoxib--a strategic perspective. N Engl J Med 2004; 351(21):2147-2149.

(2084)   Ofran Y, Bursztyn M, Ackerman Z. Rofecoxib-induced renal dysfunction in a patient with compensated cirrhosis and heart failure. Am J Gastroenterol 2001; 96(6):1941.

(2085)   Ogletree ML, Lefer AM. Influence of nonsteroidal anti-inflammatory agents on myocardial ischemia in the cat. J Pharmacol Exp Ther 1976; 197(3):582-593.

(2086)   Ohno R, Yokota A, Tanaka A, Takeuchi K. Induction of small intestinal damage in rats following combined treatment with cyclooxygenase-2 and nitric-oxide synthase inhibitors. J Pharmacol Exp Ther 2004; 310(2):821-827.

(2087)   Oitate M, Hirota T, Koyama K, Inoue S, Kawai K, Ikeda T. Covalent binding of radioactivity from [14C]rofecoxib, but not [14C]celecoxib or [14C]CS-706, to the arterial elastin of rats. Drug Metab Dispos 2006; 34(8):1417-1422.

(2088)   Oitate M, Hirota T, Takahashi M et al. Mechanism for covalent binding of rofecoxib to elastin of rat aorta. J Pharmacol Exp Ther 2007; 320(3):1195-1203.

(2089)   Oka A, Takashima S. Induction of cyclo-oxygenase 2 in brains of patients with Down's syndrome and dementia of Alzheimer type: specific localization in affected neurones and axons. Neuroreport 1997; 8(5):1161-1164.

(2090)   Okie S. What ails the FDA? N Engl J Med 2005; 352(11):1063-1066.

(2091)   Okie S. Raising the safety bar--the FDA's coxib meeting. N Engl J Med 2005; 352(13):1283-1285.

(2092)   Okumura T, Murata Y, Hizue M et al. Pharmacological separation between peripheral and central functions of cyclooxygenase-2 with CIAA, a novel cyclooxygenase-2 inhibitor. Eur J Pharmacol 2006; 539(1-2):125-130.

(2093)   Olesen M, Kwong E, Meztli A et al. No effect of cyclooxygenase inhibition on plaque size in atherosclerosis-prone mice. Scand Cardiovasc J 2002; 36(6):362-367.

(2094)   Olivo RA, Teixeira CF, Wallace JL, Gutierrez JM, Zamuner SR. Role of cyclooxygenases in oedema-forming activity of bothropic venoms. Toxicon 2007; 49(5):670-677.

(2095)   Olsen NJ. Tailoring arthritis therapy in the wake of the NSAID crisis. N Engl J Med 2005; 352(25):2578-2580.

(2096)   Ong CK, Lirk P, Tan CH, Seymour RA. An evidence-based update on nonsteroidal anti-inflammatory drugs. Clin Med Res 2007; 5(1):19-34.

(2097)   Ong KS, Seymour RA, Yeo JF, Ho KH, Lirk P. The efficacy of preoperative versus postoperative rofecoxib for preventing acute postoperative dental pain: a prospective randomized crossover study using bilateral symmetrical oral surgery. Clin J Pain 2005; 21(6):536-542.

(2098)   Orengo IF, Gerguis J, Phillips R, Guevara A, Lewis AT, Black HS. Celecoxib, a cyclooxygenase 2 inhibitor as a potential chemopreventive to UV-induced skin cancer: a study in the hairless mouse model. Arch Dermatol 2002; 138(6):751-755.

(2099)   Ormrod D, Wellington K, Wagstaff AJ. Valdecoxib. Drugs 2002; 62(14):2059-2071.

(2100)   Oshima M, Dinchuk JE, Kargman SL et al. Suppression of intestinal polyposis in Apc delta716 knockout mice by inhibition of cyclooxygenase 2 (COX-2). Cell 1996; 87(5):803-809.

(2101)   Oshima M, Murai N, Kargman S et al. Chemoprevention of intestinal polyposis in the Apcdelta716 mouse by rofecoxib, a specific cyclooxygenase-2 inhibitor. Cancer Res 2001; 61(4):1733-1740.

(2102)   Osiri M, Moreland LW. Specific cyclooxygenase 2 inhibitors: a new choice of nonsteroidal anti-inflammatory drug therapy. Arthritis Care Res 1999; 12(5):351-362.

KS-000955

(2103) Osterhaus J, Burke T, May C, Bristol S, Whelton A. Physician management of edema and destabilized blood pressure in COX-2 users with osteoarthritis and treated hypertension [POSTER 145]. Am J Hypertens 2002; 15(4 Pt. 2):82A.

(2104) Osterhaus JT, Burke TA, May C, Wentworth C, Whelton A, Bristol S. Physician-reported management of edema and destabilized blood pressure in cyclooxygenase-2-specific inhibitor users with osteoarthritis and treated hypertension. Clin Ther 2002; 24(6):969-989.

(2105) Ott E, Nussmeier NA, Duke PC et al. Efficacy and safety of the cyclooxygenase 2 inhibitors parecoxib and valdecoxib in patients undergoing coronary artery bypass surgery. J Thorac Cardiovasc Surg 2003; 125(6):1481-1492.

(2106) Ouellet M, Riendeau D, Percival MD. A high level of cyclooxygenase-2 inhibitor selectivity is associated with a reduced interference of platelet cyclooxygenase-1 inactivation by aspirin. Proc Natl Acad Sci U S A 2001; 98(25):14583-14588.

(2107) Oviedo JA, Wolfe MM. Clinical potential of cyclo-oxygenase-2 inhibitors. BioDrugs 2001; 15(9):563-572.

(2108) Oviedo JA, Wolfe MM. Gastroprotection by coxibs: what do the Celecoxib Long-Term Arthritis Safety Study and the Vioxx Gastrointestinal Outcomes Research Trial tell us? Rheum Dis Clin North Am 2003; 29(4):769-788.

(2109) Pablos JL. Aspirin antiplatelet therapy and nonsteroidal antiinflammatory drugs: comment on the 2002 update of the American College of Rheumatology Guidelines for the Management of Rheumatoid Arthritis. Arthritis Rheum 2002; 46(11):3102.

(2110) Pacor ML, DiLorenzo G, Biasi D, Corrocher R. Cox 2 Inhibitors in patients with adverse reaction to non steroidal antiinflammatory drugs [ABSTRACT 144]. Allergy 2001; 56(68 Suppl.):49-50.

(2111) Pacor ML, Di LG, Biasi D, Barbagallo M, Corrocher R. Safety of rofecoxib in subjects with a history of adverse cutaneous reactions to aspirin and/or non-steroidal anti-inflammatory drugs. Clin Exp Allergy 2002; 32(3):397-400.

(2112) Padi SS, Kulkarni SK. Differential effects of naproxen and rofecoxib on the development of hypersensitivity following nerve injury in rats. Pharmacol Biochem Behav 2004; 79(2):349-358.

(2113) Page J, Henry D. Consumption of NSAIDs and the development of congestive heart failure in elderly patients: an underrecognized public health problem. Arch Intern Med 2000; 160(6):777-784.

(2114) Paim LB, Liphaus BL, Rocha AC, Castellanos AL, Silva CA. [Chronic recurrent multifocal osteomyelitis of the mandible: report of three cases]. J Pediatr (Rio J ) 2003; 79(5):467-470.

(2115) Pairet M, Engelhardt G. Distinct isoforms (COX-1 and COX-2) of cyclooxygenase: possible physiological and therapeutic implications. Fundam Clin Pharmacol 1996; 10(1):1-17.

(2116) Pajdo R, Brzozowski T, Konturek PC et al. Ischemic preconditioning, the most effective gastroprotective intervention: involvement of prostaglandins, nitric oxide, adenosine and sensory nerves. Eur J Pharmacol 2001; 427(3):263-276.

(2117) Pall M, Friden BE, Brannstrom M. Induction of delayed follicular rupture in the human by the selective COX-2 inhibitor rofecoxib: a randomized double-blind study. Hum Reprod 2001; 16(7):1323-1328.

(2118) Pallay RM, Seger W, Adler JL et al. Etoricoxib reduced pain and disability and improved quality of life in patients with chronic low back pain: a 3 month, randomized, controlled trial. Scand J Rheumatol 2004; 33(4):257-266.

(2119) Palmer CS, Sorensen SV, Mathur S, Bjorkman DJ. Modeling the cost of meloxicam, celecoxib, rofecoxib and slow release diclofenac for treatment of osteoarthritis. Arthritis Rheum 2000; 43(9 Suppl.):S145.

(2120) Palmer K. The Vioxx fallout. Minn Med 2005; 88(3):26-30.

(2121) Palmer RH, Tibble J, Sigthorsson G, Bjarnason I. Indomethacin, nabumetone and celecoxib have differing effects on the healing of cryoprobe-induced gastric ulcers in rats [ABSTRACT 151]. Am J Gastroenterol 1999; 94(9):2615.

(2122) Palmer RH. Discussion on rofecoxib, a COX-2 inhibitor, does not inhibit human gastric mucosal prostaglandin production. Gastroenterology 2001; 121(5):1262-1263.

**KS-000956**

(2123) Palmieri V, de SG, Arnett DK et al. Relation of various degrees of body mass index in patients with systemic hypertension to left ventricular mass, cardiac output, and peripheral resistance (The Hypertension Genetic Epidemiology Network Study). Am J Cardiol 2001; 88(10):1163-1168.

(2124) Palomer A, Cabre F, Pascual J et al. Identification of novel cyclooxygenase-2 selective inhibitors using pharmacophore models. J Med Chem 2002; 45(7):1402-1411.

(2125) Palop-Larrea V, Melchor-Penella MA, Ortega-Monzo C, Martinez-Mir I. Leukocytoclastic vasculitis related to rofecoxib. Ann Pharmacother 2003; 37(11):1731-1732.

(2126) Panara MR, Renda G, Sciulli MG et al. Dose-dependent inhibition of platelet cyclooxygenase-1 and monocyte cyclooxygenase-2 by meloxicam in healthy subjects. J Pharmacol Exp Ther 1999; 290(1):276-280.

(2127) Pang L, Pitt A, Petkova D, Knox AJ. The COX-1/COX-2 balance in asthma. Clin Exp Allergy 1998; 28(9):1050-1058.

(2128) Papachristou GI, Demetris AJ, Rabinovitz M. Acute cholestatic hepatitis associated with long-term use of rofecoxib. Dig Dis Sci 2004; 49(3):459-461.

(2129) Papadimos TJ, Marco AP. Cornelia de Lange syndrome, hyperthermia and a difficult airway. Anaesthesia 2003; 58(9):924-925.

(2130) Papaioannides D, Bouropoulos C, Sinapides D, Korantzopoulos P, Akritidis N. Acute renal dysfunction associated with selective COX-2 inhibitor therapy. Int Urol Nephrol 2001; 33(4):609-611.

(2131) Paramo JA, Rodriguez JA, Beloqui O, Orbe J. Monocyte cyclooxygenase-2 activity: a new therapeutic target for atherosclerosis? Curr Drug Targets Cardiovasc Haematol Disord 2005; 5(4):303-311.

(2132) Pareja JA, Antonaci F, Vincent M. The hemicrania continua diagnosis. Cephalalgia 2001; 21(10):940-946.

(2133) Parente L, Perretti M. Advances in the pathophysiology of constitutive and inducible cyclooxygenases: two enzymes in the spotlight. Biochem Pharmacol 2003; 65(2):153-159.

(2134) Parfenova H, Massie V, Leffler CW. Developmental changes in endothelium-derived vasorelaxant factors in cerebral circulation. Am J Physiol Heart Circ Physiol 2000; 278(3):H780-H788.

(2135) Parloff R. The preacher who's raising hell with Merck. Fortune 2005; 152(3):20.

(2136) Parnham MJ. Selective COX-2 inhibitors. Drug News Perspect 1997; 10(3):182-187.

(2137) Pasero C, McCaffery M. Selective COX-2 inhibitors. Am J Nurs 2001; 101(4):55-56.

(2138) Passerini AG, Polacek DC, Shi C et al. Coexisting proinflammatory and antioxidative endothelial transcription profiles in a disturbed flow region of the adult porcine aorta. Proc Natl Acad Sci U S A 2004; 101(8):2482-2487.

(2139) Passero M, Chowdhry S. Cyclooxygenase-2 inhibitors in aspirin-sensitive asthma. Chest 2003; 123(6):2155-2156.

(2140) Pasticci MB, Menichetti F, DiCandilo F. Nimesulide, Thrombocytopenic Purpura, and Human Immunodeficiency Virus (HIV) Infection. Ann Intern Med 1990; 112(3):233-234.

(2141) Patel HH, Gross GJ. The disputed role of COX-2 in myocardial infarction, is the jury still out? J Mol Cell Cardiol 2002; 34(1):1-3.

(2142) Patel MI, Subbaramaiah K, Du B et al. Celecoxib inhibits prostate cancer growth: evidence of a cyclooxygenase-2-independent mechanism. Clin Cancer Res 2005; 11(5):1999-2007.

(2143) Pathak A, Boveda S, Defaye P et al. Celecoxib-associated torsade de pointes. Ann Pharmacother 2002; 36(7-8):1290-1291.

(2144) Patino FG, Allison J, Olivieri J et al. The effects of physician specialty and patient comorbidities on the use and discontinuation of coxibs. Arthritis Care Res 2003; 49(3):293-299.

KS-000957

(2145)   Patoia L, Santucci L, Furno P et al. A 4-week, double-blind, parallel-group study to compare the gastrointestinal effects of meloxicam 7.5 mg, meloxicam 15 mg, piroxicam 20 mg and placebo by means of faecal blood loss, endoscopy and symptom evaluation in healthy volunteers. Br J Rheumatol 1996; 35 Suppl 1:61-67.

(2146)   Patrignani P, Panara MR, Greco A et al. Biochemical and pharmacological characterization of the cyclooxygenase activity of human blood prostaglandin endoperoxide synthases. J Pharmacol Exp Ther 1994; 271(3):1705-1712.

(2147)   Patrignani P, Santini G, Panara MR et al. Induction of prostaglandin endoperoxide synthase-2 in human monocytes associated with cyclo-oxygenase-dependent F2-isoprostane formation. Br J Pharmacol 1996; 118(5):1285-1293.

(2148)   Patrignani P, Sciulli MG, Manarini S, Santini G, Cerletti C, Evangelista V. COX-2 is not involved in thromboxane biosynthesis by activated human platelets. J Physiol Pharmacol 1999; 50(4):661-667.

(2149)   Patrignani P, Di FC, Tacconelli S et al. Reduced thromboxane biosynthesis in carriers of toll-like receptor 4 polymorphisms in vivo. Blood 2006; 107(9):3572-3574.

(2150)   Patrono C, Ciabattoni G, Patrignani P et al. Clinical pharmacology of platelet cyclooxygenase inhibition. Circulation 1985; 72(6):1177-1184.

(2151)   Patrono C, Ciabattoni G, Pugliese F, Pierucci A, Blair IA, FitzGerald GA. Estimated rate of thromboxane secretion into the circulation of normal humans. J Clin Invest 1986; 77(2):590-594.

(2152)   Patrono C, Roth GJ. Aspirin in ischemic cerebrovascular disease. How strong is the case for a different dosing regimen? Stroke 1996; 27(4):756-760.

(2153)   Patrono C, Renda G. Platelet activation and inhibition in unstable coronary syndromes. Am J Cardiol 1997; 80(5A):17E-20E.

(2154)   Patrono C. Prevention of myocardial infarction and stroke by aspirin: different mechanisms? Different dosage? Thromb Res 1998; 92(1 Suppl 1):S7-12.

(2155)   Patrono C, Coller B, Dalen JE et al. Platelet-active drugs: the relationships among dose, effectiveness, and side effects. Chest 1998; 114(5 Suppl):470S-488S.

(2156)   Patrono C, Coller B, Dalen JE et al. Platelet-active drugs: the relationships among dose, effectiveness, and side effects. Chest 2001; 119(1 Suppl):39S-63S.

(2157)   Patrono C, Patrignani P, Garcia Rodriguez LA. Cyclooxygenase-selective inhibition of prostanoid formation: transducing biochemical selectivity into clinical read-outs. J Clin Invest 2001; 108(1):7-13.

(2158)   Patrono C, FitzGerald GA. Oxidant stress in cardiovascular disease: an emerging modality or a disproved theory? Ital Heart J 2001; 2(12):865-866.

(2159)   Patrono C. Measurement of cyclooxygenase isozyme inhibition in humans: exploring the clinical relevance of biochemical selectivity. Clin Exp Rheumatol 2001; 19(6 Suppl 25):S45-S50.

(2160)   Patrono C. Efficacy and safety of aspirin in the long-term management of atherothrombosis. Haematologica 2002; 87(1):6-8.

(2161)   Patrono C, Coller B, FitzGerald GA, Hirsh J, Roth G. Platelet-active drugs: the relationships among dose, effectiveness, and side effects: the Seventh ACCP Conference on Antithrombotic and Thrombolytic Therapy. Chest 2004; 126(3 Suppl):234S-264S.

(2162)   Patrono C, Bachmann F, Baigent C et al. Expert consensus document on the use of antiplatelet agents. The task force on the use of antiplatelet agents in patients with atherosclerotic cardiovascular disease of the European society of cardiology. Eur Heart J 2004; 25(2):166-181.

(2163)   Patrono C, Garcia Rodriguez LA, Landolfi R, Baigent C. Low-dose aspirin for the prevention of atherothrombosis. N Engl J Med 2005; 353(22):2373-2383.

(2164)   Pattaragarn A, Alon US. Treatment of congenital nephrogenic diabetes insipidus by hydrochlorothiazide and cyclooxygenase-2 inhibitor. Pediatr Nephrol 2003; 18(10):1073-1076.

KS-000958

(2165) Patil R, Gumired K, Reddanna P, Sutton LN, Phillips PC, Reddy CD. Overexpression of cyclooxygenase-2 (COX-2) in human primitive neuroectodermal tumors: effect of celecoxib and rofecoxib. Cancer Lett 2002; 180(1):13-21.

(2166) Pavlin DJ, Horvath KD, Pavlin EG, Sima K. Preincisional treatment to prevent pain after ambulatory hernia surgery. Anesth Analg 2003; 97(6):1627-1632.

(2167) Pavlin DJ, Pavlin EG, Horvath KD, Amundsen LB, Flum DR, Roesen K. Perioperative rofecoxib plus local anesthetic field block diminishes pain and recovery time after outpatient inguinal hernia repair. Anesth Analg 2005; 101(1):83-9, table.

(2168) Pedersen AK, FitzGerald GA. Dose-related kinetics of aspirin. Presystemic acetylation of platelet cyclooxygenase. N Engl J Med 1984; 311(19):1206-1211.

(2169) Pelletier JP, Mineau F, Fernandes J, Kiansa K, Ranger P, Martel-Pelletier J. Two NSAIDs, nimesulide and naproxen, can reduce the synthesis of urokinase and IL-6 while increasing PAI-1, in human OA synovial fibroblasts. Clin Exp Rheumatol 1997; 15(4):393-398.

(2170) Pellissier JM, Straus WL, Watson DJ, Kong SX, Harper SE. Economic evaluation of rofecoxib versus nonselective nonsteroidal anti-inflammatory drugs for the treatment of osteoarthritis. Clin Ther 2001; 23(7):1061-1079.

(2171) Pellissier JM, Watson DJ, Kong SX, Straus WL. Cost-effectiveness of cyclooxygenase-2 inhibitors in chronic arthritis. Ann Intern Med 2004; 140(9):761-762.

(2172) Peloso PM, Riley ML. Comparing the GI safety for COX-2 selective and specific NSAIDs from randomized trials using a number needed-to-treat approach. Arthritis Rheum 2001; 44(9 Suppl.):S188.

(2173) Peloso PM, Scheiman JM. The economic implications of cyclooxygenase-2-specific inhibitors. Am J Med 2001; 110 Suppl 3A:50S-54S.

(2174) Peltomaa R, Paimela L, Kautiainen H, Leirisalo-Repo M. Mortality in patients with rheumatoid arthritis treated actively from the time of diagnosis. Ann Rheum Dis 2002; 61(10):889-894.

(2175) Peluffo GD, Stillitani I, Rodriguez VA, Diament MJ, Klein SM. Reduction of tumor progression and paraneoplastic syndrome development in murine lung adenocarcinoma by nonsteroidal antiinflammatory drugs. Int J Cancer 2004; 110(6):825-830.

(2176) Pemberton MN. Rofecoxib and dental prescribing. Br Dent J 2004; 197(9):520.

(2177) Pendlebury S, Duchesne F, Reed KA, Smith JL, Kerr DJ. A trial of adjuvant therapy in colorectal cancer: the VICTOR trial. Clin Colorectal Cancer 2003; 3(1):58-60.

(2178) Penning TD, Talley JJ, Bertenshaw SR et al. Synthesis and biological evaluation of the 1,5-diarylpyrazole class of cyclooxygenase-2 inhibitors: identification of 4-[5-(4-methylphenyl)-3-(trifluoromethyl)-1H-pyrazol-1-yl]benze nesulfonamide (SC-58635, celecoxib). J Med Chem 1997; 40(9):1347-1365.

(2179) Pentland AP. Cyclooxygenase inhibitors for skin cancer prevention: are they beneficial enough? Arch Dermatol 2002; 138(6):823-824.

(2180) Perazella MA, Eras J. Are selective COX-2 inhibitors nephrotoxic? Am J Kidney Dis 2000; 35(5):937-940.

(2181) Perazella MA, Tray K. Selective cyclooxygenase-2 inhibitors: a pattern of nephrotoxicity similar to traditional nonsteroidal anti-inflammatory drugs. Am J Med 2001; 111(1):64-67.

(2182) Perazella MA. Drug-induced renal failure: update on new medications and unique mechanisms of nephrotoxicity. Am J Med Sci 2003; 325(6):349-362.

(2183) Peres MF, Zukerman E. Hemicrania continua responsive to rofecoxib. Cephalalgia 2000; 20(2):130-131.

(2184) Peres MF, Silberstein SD. Hemicrania continua responds to cyclooxygenase-2 inhibitors. Headache 2002; 42(6):530-531.

(2185) Perini RF, Ma L, Wallace JL. Mucosal repair and COX-2 inhibition. Curr Pharm Des 2003; 9(27):2207-2211.

KS-000959

(2186)  Perrone MR, Artesani MC, Viola M et al. Tolerability of rofecoxib in patients with adverse reactions to nonsteroidal anti-inflammatory drugs: a study of 216 patients and literature review. Int Arch Allergy Immunol 2003; 132(1):82-86.

(2187)  Perse M, Zebic A, Cerar A. Rofecoxib does not inhibit aberrant crypt foci formation but inhibits later steps in the development of experimental colorectal cancer: rofecoxib in experimental colon cancer. Scand J Gastroenterol 2005; 40(1):61-67.

(2188)  Pertek JP, Vidal S, Mariot J, Galy-Floc'h M, Azoulay E. [Metformin-associated lactic acidosis precipitated by acute renal failure]. Ann Fr Anesth Reanim 2003; 22(5):457-460.

(2189)  Peskar BM, Maricic N, Gretzera B, Schuligoi R, Schmassmann A. Role of cyclooxygenase-2 in gastric mucosal defense. Life Sci 2001; 69(25-26):2993-3003.

(2190)  Peskar BM, Sawka N, Ehrlich K, Peskar BA. Role of cyclooxygenase-1 and -2, phospholipase C, and protein kinase C in prostaglandin-mediated gastroprotection. J Pharmacol Exp Ther 2003; 305(3):1233-1238.

(2191)  Peskar BM, Ehrlich K, Egger T, Sattler W. Dexamethasone impairs the gastric mucosal integrity in rats treated with a cyclooxygenase-1 but not with a cyclooxygenase-2 inhibitor. Pharmacology 2006; 76(4):180-184.

(2192)  Peterman MA, Roberts WC. Syndrome of protein C deficiency and anterior wall acute myocardial infarction at a young age from a single coronary occlusion with otherwise normal coronary arteries. Am J Cardiol 2003; 92(6):768-770.

(2193)  Petersen LA, Wright S, Normand SL, Daley J. Positive predictive value of the diagnosis of acute myocardial infarction in an administrative database. J Gen Intern Med 1999; 14(9):555-558.

(2194)  Peterson JC. COX-2 inhibitors in the treatment of cardiovascular disease. CMAJ 2002; 167(7):738-739.

(2195)  Peterson WL, Cryer B. COX-1-sparing NSAIDs--is the enthusiasm justified? JAMA 1999; 282(20):1961-1963.

(2196)  Petitti D. Commentary: hormone replacement therapy and coronary heart disease: four lessons. Int J Epidemiol 2004; 33(3):461-463.

(2197)  Peto R, Gray R, Collins R et al. Randomised trial of prophylactic daily aspirin in British male doctors. Br Med J (Clin Res Ed) 1988; 296(6618):313-316.

(2198)  Pettitt D, Goldstein JL, Singh G, Schwartz JS, Burke TA. Relative gastrointestinal toxicity of COX-2 specific and traditional NSAIDs in a high-risk population from a health maintenance organization [ABSTRACT OP0138]. Ann Rheum Dis 2001; 60(1 Suppl.):CD Abstract OP0138.

(2199)  Pettitt DV, Singh G, Schwartz JS, Goldstein JL. Effect of cyclooxygenase (COX)-2 specific inhibitor utilization on the incidence of gastrointestinal events in a managed care population [ABSTRACT 779]. Am J Gastroenterol 2000; 95(9):2638.

(2200)  Peura DA. Gastrointestinal safety and tolerability of nonselective nonsteroidal anti-inflammatory agents and cyclooxygenase-2-selective inhibitors. Cleve Clin J Med 2002; 69 Suppl 1:SI31-SI39.

(2201)  Pfister AK, Crisalli RJ, Carter WH. Cyclooxygenase-2 inhibition and renal function. Ann Intern Med 2001; 134(11):1077.

(2202)  Pham K, Hirschberg R. Global safety of coxibs and NSAIDs. Curr Top Med Chem 2005; 5(5):465-473.

(2203)  Phelan KM, Mosholder AD, Lu S. Lithium interaction with the cyclooxygenase 2 inhibitors rofecoxib and celecoxib and other nonsteroidal anti-inflammatory drugs. J Clin Psychiatry 2003; 64(11):1328-1334.

(2204)  Philipson T, Jena AB, Sun E. The Institute of Medicine report on the FDA: where is the science? Health Econ 2007; 16(3):219-221.

(2205)  Picado C, Valero A. COX-1 sparing drugs in aspirin-sensitive asthma. Clin Exp Allergy 2001; 31(2):179-181.

(2206)  Picado C. Aspirin-induced asthma: what we know now. Clin Pulm Med 2004; 11(1):1-5.

(2207)  Picco CC, Lee Y, Chuang BP, Gordon SM, Brahim JS, Dionne RA. Effect of a selective COX-2 inhibitor on the development of central sensitization in the oral surgery model. Clin Pharmacol Ther 2004; 75(2):P4-#PI-4.

KS-000960

(2208)  Pichiule P, Chavez JC, LaManna JC. Hypoxic regulation of angiopoietin-2 expression in endothelial cells. J Biol Chem 2004; 279(13):12171-12180.

(2209)  Pickard AS, Schumock GT. Aspirin use may change cost-effectiveness of COX-2 inhibitors. Arch Intern Med 2002; 162(22):2637-2638.

(2210)  Pickard JD. Role of prostaglandins and arachidonic acid derivatives in the coupling of cerebral blood flow to cerebral metabolism. J Cereb Blood Flow Metab 1981; 1(4):361-384.

(2211)  Pickering AE, Bridge HS, Nolan J, Stoddart PA. Double-blind, placebo-controlled analgesic study of ibuprofen or rofecoxib in combination with paracetamol for tonsillectomy in children. Br J Anaesth 2002; 88(1):72-77.

(2212)  Pickering TG, Hall JE, Appel LJ et al. Recommendations for blood pressure measurement in humans: an AHA scientific statement from the Council on High Blood Pressure Research Professional and Public Education Subcommittee. J Clin Hypertens (Greenwich ) 2005; 7(2):102-109.

(2213)  Picot D, Loll PJ, Garavito RM. The X-ray crystal structure of the membrane protein prostaglandin H2 synthase-1. Nature 1994; 367(6460):243-249.

(2214)  Pidgeon GP, Tamosiuniene R, Chen G et al. Intravascular thrombosis after hypoxia-induced pulmonary hypertension: regulation by cyclooxygenase-2. Circulation 2004; 110(17):2701-2707.

(2215)  Pihl L, Nylander O. Products of cyclooxygenase-2 depress duodenal function in rats subjected to abdominal surgery. Acta Physiol (Oxf) 2006; 186(4):279-290.

(2216)  Pillai AD, Rathod PD, P X F et al. Novel drug designing approach for dual inhibitors as anti-inflammatory agents: implication of pyridine template. Biochem Biophys Res Commun 2003; 301(1):183-186.

(2217)  Pincus T, Callahan LF. What is the natural history of rheumatoid arthritis? Rheum Dis Clin North Am 1993; 19(1):123-151.

(2218)  Pincus T, Brooks RH, Callahan LF. Prediction of long-term mortality in patients with rheumatoid arthritis according to simple questionnaire and joint count measures. Ann Intern Med 1994; 120(1):26-34.

(2219)  Pincus T, Gibofsky A, Williams G, McKenna.F. Celecoxib 200 mg QD and rofecoxib 25 mg QD show similar efficacy in the treatment of a flare of osteoarthritis (OA) of the knee. Ann Rheum Dis 2002; 61(1 Suppl.):22-23.

(2220)  Pincus T, Strand V, Whelton A, Stillman T, Simon L, Fort J. Celecoxib offers better GI tolerability than ibuprofen, diclofenac or rofecoxib in patients receiving aspirin for cardiovascular prophylaxis. Ann Rheum Dis 2002; 61(1 Suppl.):31.

(2221)  Pinheiro RM, Calixto JB. Effect of the selective COX-2 inhibitors, celecoxib and rofecoxib in rat acute models of inflammation. Inflamm Res 2002; 51(12):603-610.

(2222)  Pinto CA, Fragoso YD, Souza CD, Gabbai AA. Hypnic headache syndrome: clinical aspects of eight patients in Brazil. Cephalalgia 2002; 22(10):824-827.

(2223)  Piper JM, Ray WA, Daugherty JR, Griffin MR. Corticosteroid use and peptic ulcer disease: role of nonsteroidal anti-inflammatory drugs. Ann Intern Med 1991; 114(9):735-740.

(2224)  Pirmohamed M, Park BK. Adverse drug reactions: back to the future. Br J Clin Pharmacol 2003; 55(5):486-492.

(2225)  Pitkala KH, Strandberg TE, Tilvis RS. Worsening heart failure associated with COX-2 inhibitors. Am J Med 2002; 112(5):424-426.

(2226)  Pitt B, Pepine C, Willerson JT. Cyclooxygenase-2 inhibition and cardiovascular events. Circulation 2002; 106(2):167-169.

(2227)  Pittsley R, Dettloff R. An evaluation of systolic blood pressure changes with celecoxib, rofecoxib, and traditional nonsteroidal antiinflammatory drugs in a rheumatology practice setting. Arthritis Rheum 2001; 44(9 Suppl.):S321.

KS-000961

(2228)  Pizzolli M, Dusi G. Piastrinopenia da rofecoxib [Platelet disorder to rofecoxib]. Boll Farmacosorveglianza 2001; 8(28):5.

(2229)   Pochrobradsky MG, Mele G, Beretta A, Montagnani G. Post-marketing survey of nimesulide in the short-term treatment of osteoarthritis. Drugs Exp Clin Res 1991; 17(3):197-204.

(2230)   Pogliacomi F, Vaienti E. Misdiagnosed iuxta-articular osteoid osteoma of the calcaneus following an injury. Acta Biomed 2003; 74(3):144-150.

(2231)   Pollard T. Drug fiasco highlights need for more openness. Br J Community Nurs 2005; 10(1):5.

(2232)   Polli JE, Kim S, Martin BR. Weight uniformity of split tablets required by a Veterans Affairs policy. J Manag Care Pharm 2003; 9(5):401-407.

(2233)   Polman CH, O'Connor PW, Havrdova E et al. A randomized, placebo-controlled trial of natalizumab for relapsing multiple sclerosis. N Engl J Med 2006; 354(9):899-910.

(2234)   Poole CJ, Earl HM, Hiller L et al. Epirubicin and cyclophosphamide, methotrexate, and fluorouracil as adjuvant therapy for early breast cancer. N Engl J Med 2006; 355(18):1851-1862.

(2235)   Poomtavorn Y, Phupong V. Prospective randomized, double-blinded, placebo-controlled trial of preoperative rofecoxib for pain relief in uterine curettage. Arch Gynecol Obstet 2005; 273(2):115-118.

(2236)   Pope JE, Anderson JJ, Felson DT. A meta-analysis of the effects of nonsteroidal anti-inflammatory drugs on blood pressure. Arch Intern Med 1993; 153(4):477-484.

(2237)   Porras A, Ko A, Larson P et al. Single and multiple dose pharmacokinetics (PK) of rofecoxib (R) in healthy subjects [ABSTRACT PII-89]. Clin Pharmacol Ther 2000; 67(2):137-Abstr. PII-89.

(2238)   Pourcyrous M, Busija DW, Shibata M, Bada HS, Korones SB, Leffler CW. Cerebrovascular responses to therapeutic dose of indomethacin in newborn pigs. Pediatr Res 1999; 45(4 Pt 1):582-587.

(2239)   Prasad K. C-reactive protein (CRP)-lowering agents. Cardiovasc Drug Rev 2006; 24(1):33-50.

(2240)   Prasit P, Wang Z, Brideau C et al. The discovery of rofecoxib, [MK 966, Vioxx, 4-(4'-methylsulfonylphenyl)-3-phenyl-2(5H)-furanone], an orally active cyclooxygenase-2-inhibitor. Bioorg Med Chem Lett 1999; 9(13):1773-1778.

(2241)   Prasit P, Wang Z, Brideau C et al. The discovery of rofecoxib, [MK 966, Vioxx, 4-(4'-methylsulfonylphenyl)-3-phenyl-2(5H)-furanone], an orally active cyclooxygenase-2-inhibitor. Bioorg Med Chem Lett 1999; 9(13):1773-1778.

(2242)   Pratico D, Cyrus T, Li H, FitzGerald GA. Endogenous biosynthesis of thromboxane and prostacyclin in 2 distinct murine models of atherosclerosis. Blood 2000; 96(12):3823-3826.

(2243)   Pratico D, Tangirala RK, Horkko S, Witztum JL, Palinski W, FitzGerald GA. Circulating autoantibodies to oxidized cardiolipin correlate with isoprostane F(2alpha)-VI levels and the extent of atherosclerosis in ApoE-deficient mice: modulation by vitamin E. Blood 2001; 97(2):459-464.

(2244)   Pratico D, Tillmann C, Zhang ZB, Li H, FitzGerald GA. Acceleration of atherogenesis by COX-1-dependent prostanoid formation in low density lipoprotein receptor knockout mice. Proc Natl Acad Sci U S A 2001; 98(6):3358-3363.

(2245)   Pratico D, Lawson JA, Rokach J, FitzGerald GA. The isoprostanes in biology and medicine. Trends Endocrinol Metab 2001; 12(6):243-247.

(2246)   Pratico D, Dogne JM. Selective cyclooxygenase-2 inhibitors development in cardiovascular medicine. Circulation 2005; 112(7):1073-1079.

(2247)   Prescilla RP, Frattarelli DA, Haritos D, Aranda JV, Edwards DJ. Pharmacokinetics of rofecoxib in children with sickle cell hemoglobinopathy. J Pediatr Hematol Oncol 2004; 26(10):661-664.

(2248)   Price-Forbes AN, Callaghan R, Allen ME, Rowe IF. A regional audit of the use of COX-2 selective non-steroidal anti-inflammatory drugs (NSAIDs) in rheumatology clinics in the West Midlands, in relation to NICE guidelines. Rheumatology (Oxford) 2005; 44(7):921-924.

(2249)   Price G. Metformin lactic acidosis, acute renal failure and rofecoxib. Br J Anaesth 2003; 91(6):909-910.

KS-000962

(2250) Priest A. National consumer drug safety network launched. CMAJ 2005; 172(9):1168.

(2251) Pritchard KA, Jr., O'Banion MK, Miano JM et al. Induction of cyclooxygenase-2 in rat vascular smooth muscle cells in vitro and in vivo. J Biol Chem 1994; 269(11):8504-8509.

(2252) Pritchard KI, Shepherd LE, O'Malley FP et al. HER2 and responsiveness of breast cancer to adjuvant chemotherapy. N Engl J Med 2006; 354(20):2103-2111.

(2253) Pronovost P, Needham D, Berenholtz S et al. An intervention to decrease catheter-related bloodstream infections in the ICU. N Engl J Med 2006; 355(26):2725-2732.

(2254) Przybylkowski A, Kurkowska-Jastrzebska I, Joniec I, Ciesielska A, Czlonkowska A, Czlonkowski A. Cyclooxygenases mRNA and protein expression in striata in the experimental mouse model of Parkinson's disease induced by 1-methyl-4-phenyl-1,2,3,6-tetrahydropyridine administration to mouse. Brain Res 2004; 1019(1-2):144-151.

(2255) Przyklenk K, Heusch G. Late preconditioning against myocardial stunning. Does aspirin close the "second window" of endogenous cardioprotection? J Am Coll Cardiol 2003; 41(7):1195-1197.

(2256) Psaty BM, Furberg CD, Ray WA, Weiss NS. Potential for conflict of interest in the evaluation of suspected adverse drug reactions: use of cerivastatin and risk of rhabdomyolysis. JAMA 2004; 292(21):2622-2631.

(2257) Psaty BM, Furberg CD. COX-2 inhibitors--lessons in drug safety. N Engl J Med 2005; 352(11):1133-1135.

(2258) Psaty BM, Potter JD. Risks and benefits of celecoxib to prevent recurrent adenomas. N Engl J Med 2006; 355(9):950-952.

(2259) Psaty BM, Rennie D. Clinical trial investigators and their prescribing patterns: another dimension to the relationship between physician investigators and the pharmaceutical industry. JAMA 2006; 295(23):2787-2790.

(2260) Psaty BM, Weiss NS. NSAID trials and the choice of comparators--questions of public health importance. N Engl J Med 2007; 356(4):328-330.

(2261) Puli SR, Farrell JS, Alpert MA. Isolated gastric varices occurring 5 years after chemotherapy for splenic lymphoma. Ann Intern Med 2004; 140(12):1062-1063.

(2262) Puma JA, Bello AE, Rodriguez JJ, Fort JG. The effects of COX-2 specific inhibitors on edema and systolic blood pressure in elderly patients with osteoarthritis and treated hypertension:  a pooled analysis on 1,902 patients [POSTER 244]. Am J Hypertens 2002; 15(4 Pt. 2):118A.

(2263) Pyrko P, Soriano N, Kardosh A et al. Downregulation of survivin expression and concomitant induction of apoptosis by celecoxib and its non-cyclooxygenase-2-inhibitory analog, dimethyl-celecoxib (DMC), in tumor cells in vitro and in vivo. Mol Cancer 2006; 5:19.

(2264) Qadri SS, Wang JH, Redmond KC, O' Donnell AF, Aherne T, Redmond HP. The role of COX-2 inhibitors in lung cancer. Ann Thorac Surg 2002; 74(5):1648-1652.

(2265) Qadri SS, Wang JH, Coffey JC et al. Surgically induced accelerated local and distant tumor growth is significantly attenuated by selective COX-2 inhibition. Ann Thorac Surg 2005; 79(3):990-995.

(2266) Qi Z, Hao CM, Langenbach RI et al. Opposite effects of cyclooxygenase-1 and -2 activity on the pressor response to angiotensin II. J Clin Invest 2002; 110(1):61-69.

(2267) Quattrini M, Paladin S. A double-blind study comparing nimesulide with naproxen in the treatment of osteoarthritis of the hip. Clin Drug Invest 1995; 1995(10):3-139.

(2268) Quilley J, Chen YJ. Role of COX-2 in the enhanced vasoconstrictor effect of arachidonic acid in the diabetic rat kidney. Hypertension 2003; 42(4):837-843.

(2269) Quintana A, Raczka E, Quintana MA. Effects of indomethacin and diclofenac on cerebral blood flow in hypercapnic conscious rats. Eur J Pharmacol 1988; 149(3):385-388.

**KS-000963**

(2270)  Quiralte J, Saenz de San PB, Florido JJ. Safety of selective cyclooxygenase-2 inhibitor rofecoxib in patients with NSAID-induced cutaneous reactions. Ann Allergy Asthma Immunol 2002; 89(1):63-66.

(2271)  Quiralte J, Delgado J, Saenz de San PB et al. Safety of the new selective cyclooxygenase type 2 inhibitors rofecoxib and celecoxib in patients with anaphylactoid reactions to nonsteroidal anti-inflammatory drugs. Ann Allergy Asthma Immunol 2004; 93(4):360-364.

(2272)  Rabausch K, Bretschneider E, Sarbia M et al. Regulation of thrombomodulin expression in human vascular smooth muscle cells by COX-2-derived prostaglandins. Circ Res 2005; 96(1):e1-e6.

(2273)  Radaelli F, Feltri M, Meucci G, Spinzi G, Terruzzi V, Minoli G. Ischemic colitis associated with rofecoxib. Dig Liver Dis 2005; 37(5):372-376.

(2274)  Radhakrishna T, Sreenivas RD, Om RG. LC determination of rofecoxib in bulk and pharmaceutical formulations. J Pharm Biomed Anal 2001; 26(4):617-628.

(2275)  Rahim MA, Rao PN, Knaus EE. Isomeric acetoxy analogues of rofecoxib: a novel class of highly potent and selective cyclooxygenase-2 inhibitors. Bioorg Med Chem Lett 2002; 12(19):2753-2756.

(2276)  Rahimi SY, Vender JR, Macomson SD, French A, Smith JR, Alleyne CH, Jr. Postoperative pain management after craniotomy: evaluation and cost analysis. Neurosurgery 2006; 59(4):852-857.

(2277)  Rahme E, Marentette M, Kong S, LeLorier J. Pattern of use of COX-2 inhibitors and gastroprotective agents coprescription compared to that of NSAIDs in an elderly population. Arthritis Rheum 2001; 44(9 Suppl.):S316.

(2278)  Rahme E, Marentette M, Kong S, LeLorier J. Does income affect the accessibility of COX-2 inhibitors: a drug utilization review study with the Quebec government database. Arthritis Rheum 2001; 44(9 Suppl.):S316.

(2279)  Rahme E, Marentette MA, Kong SX, LeLorier J. Use of NSAIDs, COX-2 inhibitors, and acetaminophen and associated coprescriptions of gastroprotective agents in an elderly population. Arthritis Care Res 2002; 47(6):595-602.

(2280)  Rahme E, Marentette MA, Toubouti Y, Kong SX, LeLorier J. Stay on therapy during three months of follow up of patients on selective COX-2 inhibitors and other nonselective NSAIDs in an elderly population. Ann Rheum Dis 2002; 61(1 Suppl.):68.

(2281)  Rahme E, Marentette MA, Toubouti Y, Kong SX, LeLorier J. Gastrointestinal complications associated with rofecoxib/celecoxib and other nonselective NSAIDs:  analysis of the government claims database in Quebec, Canada. Ann Rheum Dis 2002; 61(1 Suppl.):108.

(2282)  Rahme E, Marentette MA, Toubouti Y, Kong SX, LeLorier J. Profiles of patients who used coxibs, meloxicam, and other nonselective NSAIDs: analysis of the RAMQ database in Quebec, Canada. Ann Rheum Dis 2002; 61(1 Suppl.):81.

(2283)  Rahme E, Pilote L, LeLorier J. Risk of myocardial infarction associated with selective COX-2 inhibitors: questions remain.  In reply. Arch Intern Med 2002; 162(22):2641-2642.

(2284)  Rahme E, Pilote L, LeLorier J. Association between naproxen use and protection against acute myocardial infarction. Arch Intern Med 2002; 162(10):1111-1115.

(2285)  Rahme E, Marentette MA, Toubouti Y, Kong SX, LeLorier J. Are rofecoxib and celecoxib associated with fewer gastrointestinal complications compared to conventional NSAIDs in real-life clinical practice? [ABSTRACT 219]. Arthritis Rheum 2002; 46(9 Suppl.):S118-Abstr. 219.

(2286)  Rahme E, Kong SX, Watson DJ, Toubouti Y, Pilote L, LeLorier J. Association between rofecoxib, diclofenac/ibuprofen and hospitalization for acute myocardial infarction: baseline patient characteristics [ABSTRACT 979]. Arthritis Rheum 2003; 48(9 Suppl.):S398-Abstr. 979.

(2287)  Rahme E, Bardou M, Toubouti Y, Barkun AN. Gastrointestinal effects of rofecoxib and celecoxib versus acetaminophen among patients on low dose aspirin [ABSTRACT 1575]. Arthritis Rheum 2003; 48(9 Suppl.):S606-S607, Abstr. 1575.

(2288)  Rahme E, Choquette D, Beaulieu M, Bessette L, Toubouti Y, LeLorier J. Effect of patient gastrointestinal risk status on adherence to guidelines for osteoarthritis treatment [ABSTRACT 1652]. Arthritis Rheum 2003; 48(9 Suppl.):S633-Abstr. 1652.

KS-000964

(2289)   Rahme E, Dasgupta K, Ghosh J, Pilote L, Hudson M. Selective cyclooxygenase-2 (COX-2) inhibitors protect against breast cancer [ABSTRACT LB13]. Arthritis Rheum 2003; 48(12):3661-Abstr. LB13.

(2290)   Rahme E, Barkun AN, Toubouti Y, Bardou M. The cyclooxygenase-2-selective inhibitors rofecoxib and celecoxib prevent colorectal neoplasia occurrence and recurrence. Gastroenterology 2003; 125(2):404-412.

(2291)   Rahme E, Dasgupta K, Toubouti Y, Barkun AN, Bardou M. Gastrointestinal effects of rofecoxib and celecoxib vs. NSAIDs among patients on low dose aspirin. Fundam Clin Pharmacol 2004; 18:222-#O-44.

(2292)   Rahme E, Hunsche E, Toubouti Y, Chabot I. Retrospective analysis of utilization patterns and cost implications of coxibs among seniors in Quebec, Canada: what is the potential impact of the withdrawal of rofecoxib? Arthritis Rheum 2006; 55(1):27-34.

(2293)   Rahme E, Toubouti Y, Hunsche E. Therapy switching and associated costs in elderly patients receiving COX-2 selective inhibitors or non-selective non-steroidal anti-inflammatory drugs in Quebec, Canada. Rheumatology (Oxford) 2006; 45(7):903-910.

(2294)   Rahme E, Watson DJ, Kong SX, Toubouti Y, LeLorier J. Association between nonnaproxen NSAIDs, COX-2 inhibitors and hospitalization for acute myocardial infarction among the elderly: a retrospective cohort study. Pharmacoepidemiol Drug Saf 2007; 16(5):493-503.

(2295)   Rahme E, Nedjar H. Risks and benefits of COX-2 inhibitors vs non-selective NSAIDs: does their cardiovascular risk exceed their gastrointestinal benefit? A retrospective cohort study. Rheumatology (Oxford) 2007; 46(3):435-438.

(2296)   Rahusen FT, Weinhold PS, Almekinders LC. Nonsteroidal anti-inflammatory drugs and acetaminophen in the treatment of an acute muscle injury. Am J Sports Med 2004; 32(8):1856-1859.

(2297)   Rainsford KD. The ever-emerging anti-inflammatories. Have there been any real advances? J Physiol Paris 2001; 95(1-6):11-19.

(2298)   Rainsford KD. Introduction - The coxib controversies. Inflammopharmacology 2005; 13(4):331-341.

(2299)   Raisz LG. Potential impact of selective cyclooxygenase-2 inhibitors on bone metabolism in health and disease. Am J Med 2001; 110 Suppl 3A:43S-45S.

(2300)   Rajadhyaksha VD, Dahanukar SA. Rofecoxib: a new selective COX-2 inhibitor. J Postgrad Med 2001; 47(1):77-78.

(2301)   Ramakrishna NV, Vishwottam KN, Wishu S, Koteshwara M. Quantitation of Valdecoxib in human plasma by high-performance liquid chromatography with ultraviolet absorbance detection using liquid-liquid extraction. J Chromatogr B Analyt Technol Biomed Life Sci 2004; 802(2):271-275.

(2302)   Ramakrishna NV, Vishwottam KN, Wishu S, Koteshwara M, Chidambara J. High-performance liquid chromatography method for the quantification of entacapone in human plasma. J Chromatogr B Analyt Technol Biomed Life Sci 2005; 823(2):189-194.

(2303)   Ran Yun H, Corzillius M, Yoon Kim S, Bae SC. Cost-effectiveness analysis of NSAIDs vs COX-2 specific inhibitors and NSAIDs with co-treatments to prevent GI toxicity in the treatment of RA. Arthritis Rheum 2000; 43(9 Suppl.):S145.

(2304)   Randolph CC, Dreyfus D. Drug desensitization:  experience in private practice with a community hospital [POSTER 61]. Ann Allergy Asthma Immunol 2004; 92(1):117.

(2305)   Rao PN, Uddin MJ, Knaus EE. Design, synthesis, and structure-activity relationship studies of 3,4,6-triphenylpyran-2-ones as selective cyclooxygenase-2 inhibitors. J Med Chem 2004; 47(16):3972-3990.

(2306)   Rao PN, Chen QH, Knaus EE. Synthesis and structure-activity relationship studies of 1,3-diarylprop-2-yn-1-ones: dual inhibitors of cyclooxygenases and lipoxygenases. J Med Chem 2006; 49(5):1668-1683.

(2307)   Rao RN, Meena S, Nagaraju D, Rao AR. Development and validation of a reversed-phase liquid chromatographic method for separation and simultaneous determination of COX-2 inhibitors in pharmaceuticals and its application to biological fluids. Biomed Chromatogr 2005; 19(5):362-368.

**KS-000965**

(2308)  Rattray B, Nugent DJ, Young G. Rofecoxib as adjunctive therapy for haemophilic arthropathy. Haemophilia 2005; 11(3):240-244.

(2309)  Rattray B, Nugent DJ, Young G. Celecoxib in the treatment of haemophilic synovitis, target joints, and pain in adults and children with haemophilia. Haemophilia 2006; 12(5):514-517.

(2310)  Ratz Bravo AE, Egger SS, Crespo S, Probst WL, Krahenbuhl S. Lithium intoxication as a result of an interaction with rofecoxib. Ann Pharmacother 2004; 38(7-8):1189-1193.

(2311)  Ravaud P, Giraudeau B, Logeart I et al. Management of osteoarthritis (OA) with patient-administered assessment tools and/or unsupervised home-based exercise programs. A 2x2 factorial design cluster randomized controlled trial. Arthritis Rheum 2001; 44(9 Suppl.):S355.

(2312)  Ravaud P, Giraudeau B, Logeart I et al. Management of osteoarthritis (OA) with an unsupervised home based exercise programme and/or patient administered assessment tools. A cluster randomised controlled trial with a 2x2 factorial design. Ann Rheum Dis 2004; 63(6):703-708.

(2313)  Ravaud P, Tubach F. Methodology of therapeutic trials: lessons from the late evidence of the cardiovascular toxicity of some coxibs. Joint Bone Spine 2005; 72(6):451-455.

(2314)  Rawson NS, Nourjah P, Grosser SC, Graham DJ. Factors associated with celecoxib and rofecoxib utilization. Ann Pharmacother 2005; 39(4):597-602.

(2315)  Ray WA, Stein CM, Byrd V et al. Educational program for physicians to reduce use of non-steroidal anti-inflammatory drugs among community-dwelling elderly persons: a randomized controlled trial. Med Care 2001; 39(5):425-435.

(2316)  Ray WA, Stein CM, Hall K, Daugherty JR, Griffin MR. Non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease: an observational cohort study. Lancet 2002; 359(9301):118-123.

(2317)  Ray WA, Murray KT. Aspirin: redundant in users of nonaspirin, nonsteroidal antiinflammatory agents? Am Heart J 2002; 143(3):381-382.

(2318)  Ray WA, Stein CM, Daugherty JR, Hall K, Arbogast PG, Griffin MR. COX-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease. Lancet 2002; 360(9339):1071-1073.

(2319)  Ray WA. Evaluating medication effects outside of clinical trials: new-user designs. Am J Epidemiol 2003; 158(9):915-920.

(2320)  Ray WA. Population-based studies of adverse drug effects. N Engl J Med 2003; 349(17):1592-1594.

(2321)  Ray WA, MacDonald TM, Solomon DH, Graham DJ, Avorn J. COX-2 selective non-steroidal anti-inflammatory drugs and cardiovascular disease. Pharmacoepidemiol Drug Saf 2003; 12(1):67-70.

(2322)  Ray WA, Griffin MR, Stein CM. Cardiovascular toxicity of valdecoxib. N Engl J Med 2004; 351(26):2767.

(2323)  Ray WA. Observational studies of drugs and mortality. N Engl J Med 2005; 353(22):2319-2321.

(2324)  Ray WA, Stein CM. Reform of drug regulation--beyond an independent drug-safety board. N Engl J Med 2006; 354(2):194-201.

(2325)  Raz A, Wyche A, Needleman P. Temporal and pharmacological division of fibroblast cyclooxygenase expression into transcriptional and translational phases. Proc Natl Acad Sci U S A 1989; 86(5):1657-1661.

(2326)  Real PM, Vila CN, Garcia RL, Luaces VF, Gonzalez Ponce CM, az Carrasco MS. [Role of allopurinol and rofecoxib in agranulocytosis and acute tubular necrosis]. Farm Hosp 2003; 27(5):317-322.

(2327)  Reddy BS, Rao CV. Colon cancer: a role for cyclo-oxygenase-2-specific nonsteroidal anti-inflammatory drugs. Drugs Aging 2000; 16(5):329-334.

(2328)  Reddy CM, Bhat VB, Kiranmai G, Reddy MN, Reddanna P, Madyastha KM. Selective inhibition of cyclooxygenase-2 by C-phycocyanin, a biliprotein from Spirulina platensis. Biochem Biophys Res Commun 2000; 277(3):599-603.

KS-000966

(2329)  Reddy LR, Corey EJ. Facile air oxidation of the conjugate base of rofecoxib (Vioxx), a possible contributor to chronic human toxicity. Tetrahedron Letters 2005; 46(6):927-929.

(2330)  Reding T, Bimmler D, Perren A et al. A selective COX-2 inhibitor suppresses chronic pancreatitis in an animal model (WBN/Kob rats): significant reduction of macrophage infiltration and fibrosis. Gut 2006; 55(8):1165-1173.

(2331)  Rehman Q, Sack KE. When to try COX-2-specific inhibitors. Safer than standard NSAIDs in some situations. Postgrad Med 1999; 106(4):95-2, 105.

(2332)  Reichle A, Bross K, Vogt T et al. Pioglitazone and rofecoxib combined with angiostatically scheduled trofosfamide in the treatment of far-advanced melanoma and soft tissue sarcoma. Cancer 2004; 101(10):2247-2256.

(2333)  Reichle A, Vogt T, Kunz-Schughart L et al. Anti-inflammatory and angiostatic therapy in chemorefractory multisystem Langerhans' cell histiocytosis of adults. Br J Haematol 2005; 128(5):730-732.

(2334)  Reicin A, Barr E, Shapiro D. Cardiovascular safety profile of rofecoxib: a meta-analysis. Arthritis Rheum 2001; 44(9 Suppl.):S372.

(2335)  Reicin A, Brown J, Jove M et al. Efficacy of single-dose and multidose rofecoxib in the treatment of post-orthopedic surgery pain. Am J Orthop 2001; 30(1):40-48.

(2336)  Reicin A, DiBattiste P, Chen J, Lines C. A pooled analysis of the cardiovascular safety of rofecoxib in trials of elderly patients with Alzheimer's disease or Cognitive Impairment. Circulation 2002; 106(19 Suppl.):II412-II413.

(2337)  Reicin A, Konstam M, Weir M et al. Incidence of cardiovascular events in the rofecoxib development program [ABSTRACT 218]. Arthritis Rheum 2002; 46(9 Suppl.):S118-Abstr. 218.

(2338)  Reicin A, DiBattiste P, Mukhopadhyay S et al. Cardiovascular safety profile of rofecoxib in elderly patients with Alzheimer's disease or cognitive impairment:  an updated pooled analysis [ABSTRACT AB0151]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr AB0151.

(2339)  Reicin A, Shapiro D. Response to expression of concern regarding VIGOR study. N Engl J Med 2006; 354(11):1196-1199.

(2340)  Reicin AS, Brown J, Jove M et al. The COX-2 specific inhibitor, rofecoxib, was effective in the treatment of postorthopedic surgical pain [ABSTRACT 1186]. Arthritis Rheum 1999; 42(9 Suppl.):S268-Abstr. 1186.

(2341)  Reicin AS, Shapiro D, Sperling RS, Barr E, Yu Q. Comparison of cardiovascular thrombotic events in patients with osteoarthritis treated with rofecoxib versus nonselective nonsteroidal anti-inflammatory drugs (ibuprofen, diclofenac, and nabumetone). Am J Cardiol 2002; 89(2):204-209.

(2342)  Reicin AS, Block GA, Chen J, Lines CR. Cardiovascular safety profile of rofecoxib in elderly patients with Alzheimer's disease or cognitive impairment: a pooled analysis. Ann Rheum Dis 2002; 61(1 Suppl.):34.

(2343)  Reicin AS, Krupa D, Connors LG, Leung AT. Fracture healing in patients treated with rofecoxib and nonselective NSAIDs [ABSTRACT 1243]. Arthritis Rheum 2003; 48(9 Suppl.):S492-Abstr. 1243.

(2344)  Reilly IA, FitzGerald GA. Inhibition of thromboxane formation in vivo and ex vivo: implications for therapy with platelet inhibitory drugs. Blood 1987; 69(1):180-186.

(2345)  Reilly M, FitzGerald GA. Gathering intelligence on antiplatelet drugs: the view from 30 000 feet. When combined with other information overviews lead to conviction. BMJ 2002; 324(7329):59-60.

(2346)  Reinalter SC, Jeck N, Brochhausen C et al. Role of cyclooxygenase-2 in hyperprostaglandin E syndrome/antenatal Bartter syndrome. Kidney Int 2002; 62(1):253-260.

(2347)  Reiner M, Magni E. Efficacy and Safety of Nimesulide in the Short-Term Treatment of Rheumatoid Arthritis. Curr Ther Res Clin Exp 1982; 31(6, Sec. 1):906-912.

(2348)  Reines SA, Block GA, Morris JC et al. Rofecoxib: no effect on Alzheimer's disease in a 1-year, randomized, blinded, controlled study. Neurology 2004; 62(1):66-71.

**KS-000967**

(2349)  Reinharth D. Reflections on malpractice. Arch Intern Med 2002; 162(22):2630.

(2350)  Reinhold SW, Fischereder M, Riegger GA, Kramer BK. Acute renal failure after administration of a single dose of a highly selective COX-2 inhibitor. Clin Nephrol 2003; 60(4):295-296.

(2351)  Reinisch W, Miehsler W, Dejaco C et al. An open-label trial of the selective cyclo-oxygenase-2 inhibitor, rofecoxib, in inflammatory bowel disease-associated peripheral arthritis and arthralgia. Aliment Pharmacol Ther 2003; 17(11):1371-1380.

(2352)  Reis ED, Roque M, Dansky H et al. Sulindac inhibits neointimal formation after arterial injury in wild-type and apolipoprotein E-deficient mice. Proc Natl Acad Sci U S A 2000; 97(23):12764-12769.

(2353)  Reitblat T, Zamir D, Estis L, Priluk R, Drogenikov T, Viskoper JR. The different patterns of blood pressure elevation by rofecoxib and nabumetone. J Hum Hypertens 2002; 16(6):431-434.

(2354)  Reti S. Responsibility for pharmaceutical company samples. N Z Med J 2005; 118(1215):U1472.

(2355)  Reuben SS, Steinberg R. Gastric perforation associated with the use of celecoxib. Anesthesiology 1999; 91(5):1548-1549.

(2356)  Reuben SS, Connelly NR. Postoperative analgesic effects of celecoxib or rofecoxib after spinal fusion surgery. Anesth Analg 2000; 91(5):1221-1225.

(2357)  Reuben SS. Effect of nonsteroidal anti-inflammatory drugs on osteogenesis and spinal fusion. Reg Anesth Pain Med 2001; 26(6):590-591.

(2358)  Reuben SS. A new class of COX-2 inhibitors offer an alternative to NSAIDS in pain management after spinal surgery. Spine 2001; 26(13):1505-1506.

(2359)  Reuben SS, Fingeroth R, Krushell R, Maciolek H. Evaluation of the safety and efficacy of the perioperative administration of rofecoxib for total knee arthroplasty. J Arthroplasty 2002; 17(1):26-31.

(2360)  Reuben SS, Bhopatkar S, Maciolek H, Joshi W, Sklar J. The preemptive analgesic effect of rofecoxib after ambulatory arthroscopic knee surgery. Anesth Analg 2002; 94(1):55-9, table.

(2361)  Reuben SS, Connelly NR. The perioperative use of cyclooxygenase-2 selective nonsteroidal antiinflammatory drugs may offer a safer alternative. Anesthesiology 2004; 100(3):748.

(2362)  Reuben SS, Ablett D, Kaye R. High dose nonsteroidal anti-inflammatory drugs compromise spinal fusion. Can J Anaesth 2005; 52(5):506-512.

(2363)  Reuben SS. The safety of the perioperative administration of cyclooxygenase-2 inhibitors for post-surgical pain. Acta Anaesthesiol Scand 2005; 49(3):424.

(2364)  Richardson C, Emery P. The clinical implications of inhibition of the inducible form of cyclo-oxygenase. Drug Saf 1996; 15(4):249-260.

(2365)  Ridgway D. Analgesics for acute pain: Meeting the United States Food and Drug Administration's requirements for proof of efficacy. Clin J Pain 2004; 20(3):123-132.

(2366)  Ridker PM, Cushman M, Stampfer MJ, Tracy RP, Hennekens CH. Inflammation, aspirin, and the risk of cardiovascular disease in apparently healthy men. N Engl J Med 1997; 336(14):973-979.

(2367)  Ridker PM, Cook NR, Lee IM et al. A randomized trial of low-dose aspirin in the primary prevention of cardiovascular disease in women. N Engl J Med 2005; 352(13):1293-1304.

(2368)  Ridolfo AS, Crabtree RE, Johnson DW, Rockhold FW. Gastrointestinal microbleeding: comparisons between benoxaprofen and other nonsteroidal antiinflammatory agents. J Rheumatol Suppl 1980; 6:36-47.

(2369)  Riendeau D, Percival MD, Boyce S et al. Biochemical and pharmacological profile of a tetrasubstituted furanone as a highly selective COX-2 inhibitor. Br J Pharmacol 1997; 121(1):105-117.

**KS-000968**

(2370) Riendeau D, Percival MD, Brideau C et al. Etoricoxib (MK-0663): preclinical profile and comparison with other agents that selectively inhibit cyclooxygenase-2. J Pharmacol Exp Ther 2001; 296(2):558-566.

(2371) Riest G, Peters J, Weiss M et al. Does perioperative administration of rofecoxib improve analgesia after spine, breast and orthopaedic surgery? Eur J Anaesthesiol 2006; 23(3):219-226.

(2372) Rigas B, Kashfi K. Cancer prevention: a new era beyond cyclooxygenase-2. J Pharmacol Exp Ther 2005; 314(1):1-8.

(2373) Rigau D, De la Cruz G, Pena J, Carbo M, Ramis I, Izquierdo I. UR-8880, a new potent COX2 inhibitor: first administration into man to assess its tolerability, pharmacokinetics and pharmacodynamics [ABSTRACT AB0170]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr AB0170.

(2374) Rimarachin JA, Jacobson JA, Szabo P, Maclouf J, Creminon C, Weksler BB. Regulation of cyclooxygenase-2 expression in aortic smooth muscle cells. Arterioscler Thromb 1994; 14(7):1021-1031.

(2375) Rinder HM, Gagnier RP, Souhrada M, Wood CC. Bleeding time and platelet function in normal volunteers receiving meloxicam [ABSTRACT SAT0063]. Ann Rheum Dis 2001; 60(1 Suppl.):CD ABSTRACT SAT0063.

(2376) Rioda WT, Nervetti A. [Specific inhibitors of cyclooxygenase-2 (COX-2): current knowledge and perspectives]. Acta Biomed Ateneo Parmense 2001; 72(3-4):55-64.

(2377) Ristimaki A, Garfinkel S, Wessendorf J, Maciag T, Hla T. Induction of cyclooxygenase-2 by interleukin-1 alpha. Evidence for post-transcriptional regulation. J Biol Chem 1994; 269(16):11769-11775.

(2378) Rivero M, Santiago B, Galindo M, Brehmer MT, Pablos JL. Cyclooxygenase-2 inhibition lacks immunomodulatory effects on T cells. Clin Exp Rheumatol 2002; 20(3):379-385.

(2379) Roberts WG, Simon TJ, Berlin RG et al. Leukotrienes in ulcerative colitis: results of a multicenter trial of a leukotriene biosynthesis inhibitor, MK-591. Gastroenterology 1997; 112(3):725-732.

(2380) Robertson M. Effect of NSAIDs on risk of Alzheimer's disease: confounding factors were not discussed. BMJ 2003; 327(7417):751-752.

(2381) Rocca B, FitzGerald GA. Cyclooxygenases and prostaglandins: shaping up the immune response. Int Immunopharmacol 2002; 2(5):603-630.

(2382) Rocca B, Secchiero P, Ciabattoni G et al. Cyclooxygenase-2 expression is induced during human megakaryopoiesis and characterizes newly formed platelets. Proc Natl Acad Sci U S A 2002; 99(11):7634-7639.

(2383) Rocca B, Secchiero P, Celeghini C et al. Modulation of the expression and activity of cyclooxygenases in normal and accelerated erythropoiesis. Exp Hematol 2004; 32(10):925-934.

(2384) Rocha JL, Fernandez-Alonso J. Acute tubulointerstitial nephritis associated with the selective COX-2 enzyme inhibitor, rofecoxib. Lancet 2001; 357(9272):1946-1947.

(2385) Rocha PN, Plumb TJ, Robinson LA et al. Role of thromboxane A2 in the induction of apoptosis of immature thymocytes by lipopolysaccharide. Clin Diagn Lab Immunol 2005; 12(8):896-903.

(2386) Rodrigues AD. Impact of CYP2C9 genotype on pharmacokinetics: are all cyclooxygenase inhibitors the same? Drug Metab Dispos 2005; 33(11):1567-1575.

(2387) Rodriguez-Moranta F, Castells A. Mechanisms of colon cancer prevention with and beyond COX-2 inhibition. Curr Top Med Chem 2005; 5(5):505-516.

(2388) Rodriguez F, Llinas MT, Gonzalez JD, Rivera J, Salazar FJ. Renal changes induced by a cyclooxygenase-2 inhibitor during normal and low sodium intake. Hypertension 2000; 36(2):276-281.

(2389) Rodriguez M, Enrique E, Castello JV, de Mateo JA, Roca B, Malek T. Tolerability of cyclooxygenase 2 inhibitors and the advisability of oral challenge. Ann Allergy Asthma Immunol 2003; 91(6):589.

(2390) Rodts MF. Drug recalls and notification of practitioners. Orthop Nurs 2004; 23(6):353-354.

KS-000969

(2391)   Romano M: Spin cycles: Healthcare marketing-communications efforts have taken on increasing strategic importance. Mod Healthc 2005; 35(47):28-30.

(2392)   Romanovsky AA. Vioxx, Celebrex, Bextra....do we have a new target for anti-inflammatory and antipyretic therapy? Am J Physiol Regul Integr Comp Physiol 2005; 288(5):R1098-R1099.

(2393)   Romsing J, Moiniche S. A systematic review of COX-2 inhibitors compared with traditional NSAIDs, or different COX-2 inhibitors for post-operative pain. Acta Anaesthesiol Scand 2004; 48(5):525-546.

(2394)   Romsing J, Moiniche S, Mathiesen O, Dahl JB. Reduction of opioid-related adverse events using opioid-sparing analgesia with COX-2 inhibitors lacks documentation: a systematic review. Acta Anaesthesiol Scand 2005; 49(2):133-142.

(2395)   Rondel RK, Eberhardt RT, Koch J, Schurmann W. Treatment of Primary Essential Dysmenorrhoea with Nimesulide: A Double-Blind Crossover Study. Curr Ther Res Clin Exp 2004; 35(1):123-129.

(2396)   Rosamond W, Flegal K, Friday G et al. Heart disease and stroke statistics--2007 update: a report from the American Heart Association Statistics Committee and Stroke Statistics Subcommittee. Circulation 2007; 115(5):e69-171.

(2397)   Rose P, Steinhauser C. Comparison of Lornoxicam and Rofecoxib in Patients with Activated Osteoarthritis (COLOR Study). Clin Drug Investig 2004; 24(4):227-236.

(2398)   Rosen GD, Birkenmeier TM, Raz A, Holtzman MJ. Identification of a cyclooxygenase-related gene and its potential role in prostaglandin formation. Biochem Biophys Res Commun 1989; 164(3):1358-1365.

(2399)   Rosen Y, Yachelevich N, Benedek P et al. No need to tax the sick: clinical guidelines for rofecoxib as an alternative effective method to the copayment policy in the advent of increasing pharmaceutical expenditures. Mil Med 2004; 169(11):932-936.

(2400)   Rosengren A, Hawken S, Ounpuu S et al. Association of psychosocial risk factors with risk of acute myocardial infarction in 11119 cases and 13648 controls from 52 countries (the INTERHEART study): case-control study. Lancet 2004; 364(9438):953-962.

(2401)   Ross R. Atherosclerosis--an inflammatory disease. N Engl J Med 1999; 340(2):115-126.

(2402)   Rossat J, Maillard M, Nussberger J, Brunner HR, Burnier M. Renal effects of selective cyclooxygenase-2 inhibition in normotensive salt-depleted subjects. Clin Pharmacol Ther 1999; 66(1):76-84.

(2403)   Rossoni G, Muscara MN, Cirino G, Wallace JL. Inhibition of cyclo-oxygenase-2 exacerbates ischaemia-induced acute myocardial dysfunction in the rabbit. Br J Pharmacol 2002; 135(6):1540-1546.

(2404)   Roth-Cline MD. Clinical trials in the wake of Vioxx: requiring statistically extreme evidence of benefit to ensure the safety of new drugs. Circulation 2006; 113(18):2253-2259.

(2405)   Roth SH, Fries JF, Abadi IA, Hubscher O, Mintz G, Samara AM. Prophylaxis of nonsteroidal antiinflammatory drug gastropathy: a clinical opinion. J Rheumatol 1991; 18(7):956-958.

(2406)   Rothschild BM. Alendronate and nonsteroidal anti-inflammatory drug interaction safety is not established. Arch Intern Med 2000; 160(11):1702.

(2407)   Rothschild JM, Fang E, Liu V, Litvak I, Yoon C, Bates DW. Use and perceived benefits of handheld computer-based clinical references. J Am Med Inform Assoc 2006; 13(6):619-626.

(2408)   Rothstein R. Safety profiles of leading nonsteroidal anti-inflammatory drugs. Am J Med 1998; 105(5A):39S-43S.

(2409)   Rotondo S, Dell'Elba G, Manarini S, Cerletti C, Evangelista V. The lipoxygenase-cyclooxygenase inhibitor licofelone prevents thromboxane A2-mediated cardiovascular derangement triggered by the inflammatory peptide fMLP in the rabbit. Eur J Pharmacol 2006; 546(1-3):95-101.

(2410)   Rott D, Zhu J, Burnett MS et al. Effects of MF-tricyclic, a selective cyclooxygenase-2 inhibitor, on atherosclerosis progression and susceptibility to cytomegalovirus replication in apolipoprotein-E knockout mice. J Am Coll Cardiol 2003; 41(10):1812-1819.

KS-000976

(2411)   Roujeau JC, Kelly JP, Naldi L et al. Medication use and the risk of Stevens-Johnson syndrome or toxic epidermal necrolysis. N Engl J Med 1995; 333(24):1600-1607.

(2412)   Roumie CL, Arbogast PG, Mitchel EF, Jr., Griffin MR. Prescriptions for chronic high-dose cyclooxygenase-2 inhibitors are often inappropriate and potentially dangerous. J Gen Intern Med 2005; 20(10):879-883.

(2413)   Roy L, Knapp HR, Robertson RM, FitzGerald GA. Endogenous biosynthesis of prostacyclin during cardiac catheterization and angiography in man. Circulation 1985; 71(3):434-440.

(2414)   Rozen TD. Atypical presentations of cluster headache. Cephalalgia 2002; 22(9):725-729.

(2415)   Ruan KH. Advance in understanding the biosynthesis of prostacyclin and thromboxane A2 in the endoplasmic reticulum membrane via the cyclooxygenase pathway. Mini Rev Med Chem 2004; 4(6):639-647.

(2416)   Rubin BR, Burton R, Navarra S et al. Efficacy and safety profile of treatment with etoricoxib 120 mg once daily compared with indomethacin 50 mg three times daily in acute gout: a randomized controlled trial. Arthritis Rheum 2004; 50(2):598-606.

(2417)   Rudic RD, Brinster D, Cheng Y et al. COX-2-derived prostacyclin modulates vascular remodeling. Circ Res 2005; 96(12):1240-1247.

(2418)   Rudick RA, Stuart WH, Calabresi PA et al. Natalizumab plus interferon beta-1a for relapsing multiple sclerosis. N Engl J Med 2006; 354(9):911-923.

(2419)   Rudwaleit M, Listing J, Marker-Hermann E et al. Use and efficacy of non-steroidal anti-inflammatory drugs in early ankylosing spondylitis [ABSTRACT FRI0168]. Ann Rheum Dis 2003; 62(1 Suppl.):Abst FRI0168.

(2420)   Ruiz-Irastorza G, Khamashta MA. Stroke and antiphospholipid syndrome: the treatment debate. Rheumatology (Oxford) 2005; 44(8):971-974.

(2421)   Ruiz-Palacios GM, Perez-Schael I, Velazquez FR et al. Safety and efficacy of an attenuated vaccine against severe rotavirus gastroenteritis. N Engl J Med 2006; 354(1):11-22.

(2422)   Rusche JM. Tolerability of rofecoxib versus naproxen. Ann Intern Med 2004; 140(12):1059.

(2423)   Rush AJ, Trivedi MH, Wisniewski SR et al. Bupropion-SR, sertraline, or venlafaxine-XR after failure of SSRIs for depression. N Engl J Med 2006; 354(12):1231-1242.

(2424)   Russell MW, Miller JD, Taylor DCA, Huse DM. Projected risks and costs of cardiovascular disease due to increased systolic blood pressure associated with use of rofecoxib [POSTER 490]. Am J Hypertens 2001; 14(4 Pt. 2):A195.

(2425)   Russo P, Attanasio E, Degli Esposti L et al. May coxibs progressively change the patterns of use of gastrointestinal protective drugs indeed?  An assessment of a claims and general practice databases. Ann Rheum Dis 2002; 61(1 Suppl.):105-106.

(2426)   Russo P, Capone A, Attanasio E et al. Pharmacoutilization and costs of osteoarthritis: changes induced by the introduction of a cyclooxygenase-2 inhibitor into clinical practice. Rheumatology (Oxford) 2003; 42(7):879-887.

(2427)   Saag K, Fisher C, McKay J et al. MK-0966, a specific COX-2 inhibitor, has clinical efficacy comparable to ibuprofen in the treatment of knee and hip osteoarthritis (OA) in a 6-week controlled clinical trial. Arthritis Rheum 1998; 41(9 Suppl.):S196.

(2428)   Saag K. Rofecoxib. Drugs 1999; 58(3):506.

(2429)   Saag K, van der HD, Fisher C et al. Rofecoxib, a new cyclooxygenase 2 inhibitor, shows sustained efficacy, comparable with other nonsteroidal anti-inflammatory drugs: a 6-week and a 1-year trial in patients with osteoarthritis. Osteoarthritis Studies Group. Arch Fam Med 2000; 9(10):1124-1134.

(2430)   Sagar KA, Smyth MR. A comparative bioavailability study of different aspirin formulations using on-line multidimensional chromatography. J Pharm Biomed Anal 1999; 21(2):383-392.

KS-000971

Case 2:05-md-01657-EEF-DEK   Document 62979-5   Filed 05/20/11   Page 128 of 150

(2431)  Sahin I, Saracoglu F, Kurban Y, Turkkani B. Dysmenorrhea treatment with a single daily dose of rofecoxib. Int J Gynaecol Obstet 2003; 83(3):285-291.

(2432)  Saito T, Rodger IW, Hu F, Shennib H, Giaid A. Inhibition of cyclooxygenase-2 improves cardiac function in myocardial infarction. Biochem Biophys Res Commun 2000; 273(2):772-775.

(2433)  Saito T, Rodger IW, Hu F, Robinson R, Huynh T, Giaid A. Inhibition of COX pathway in experimental myocardial infarction. J Mol Cell Cardiol 2004; 37(1):71-77.

(2434)  Salido M, Joven B, D'Cruz DP, Khamashta MA, Hughes GR. Increased cutaneous reactions to hydroxychloroquine (Plaquenil) possibly associated with formulation change: comment on the letter by Alarcon. Arthritis Rheum 2002; 46(12):3392-3396.

(2435)  Samad T, Abdi S. Cyclooxygenase-2 and antagonists in pain management. Curr Opin Anaesthesiol 2001; 14(5):527-532.

(2436)  Sammour OA, Hammad MA, Megrab NA, Zidan AS. Formulation and optimization of mouth dissolve tablets containing rofecoxib solid dispersion. AAPS PharmSciTech 2006; 7(2):E55.

(2437)  SAMUELSSON B. ISOLATION AND IDENTIFICATION OF PROSTAGLANDINS FROM HUMAN SEMINAL PLASMA. 18. PROSTAGLANDINS AND RELATED FACTORS. J Biol Chem 1963; 238(10):3229-3234.

(2438)  Sanchez-Borges M, Capriles-Hulett A, Caballero F, Perez C. Safety of new COX-2 inhibitors in NSAID-intolerant patients [ABSTRACT FRI0005]. Ann Rheum Dis 2001; 60(1 Suppl.):CD ABSTRACT FRI0005.

(2439)  Sanchez-Borges M, Caballero-Fonseca F, Capriles-Hulett A. Tolerance of nonsteroidal anti-inflammatory drug-sensitive patients to the highly specific cyclooxygenase 2 inhibitors rofecoxib and valdecoxib. Ann Allergy Asthma Immunol 2005; 94(1):34-38.

(2440)  Sanchez-Fidalgo S, Martin-Lacave I, Illanes M, Motilva V. Angiogenesis, cell proliferation and apoptosis in gastric ulcer healing. Effect of a selective cox-2 inhibitor. Eur J Pharmacol 2004; 505(1-3):187-194.

(2441)  Sanchez-Matienzo D, Arana A, Castellsague J, Perez-Gutthann S. Hepatic disorders in patients treated with COX-2 selective inhibitors or nonselective NSAIDs: a case/noncase analysis of spontaneous reports. Clin Ther 2006; 28(8):1123-1132.

(2442)  Sanchez BM, Capriles-Hulett A, Caballero-Fonseca F, Perez CR. Tolerability to new COX-2 inhibitors in NSAID-sensitive patients with cutaneous reactions. Ann Allergy Asthma Immunol 2001; 87(3):201-204.

(2443)  Sanchez C, Mateus MM, Defresne MP, Crielaard JM, Reginster JY, Henrotin YE. Metabolism of human articular chondrocytes cultured in alginate beads. Longterm effects of interleukin 1beta and nonsteroidal antiinflammatory drugs. J Rheumatol 2002; 29(4):772-782.

(2444)  Sandberg M, Borg LA. Intracellular degradation of insulin and crinophagy are maintained by nitric oxide and cyclo-oxygenase 2 activity in isolated pancreatic islets. Biol Cell 2006; 98(5):307-315.

(2445)  Sander GE. High blood pressure in the geriatric population: treatment considerations. Am J Geriatr Cardiol 2002; 11(4):223-232.

(2446)  Sanderson S, Emery J, Baglin T, Kinmonth AL. Narrative review: aspirin resistance and its clinical implications. Ann Intern Med 2005; 142(5):370-380.

(2447)  Sandhu GK, Heyneman CA. Nephrotoxic potential of selective cyclooxygenase-2 inhibitors. Ann Pharmacother 2004; 38(4):700-704.

(2448)  Sandrini M, Vitale G, Pini LA. Effect of rofecoxib on nociception and the serotonin system in the rat brain. Inflamm Res 2002; 51(3):154-159.

(2449)  Sandson TA, Felician O. The potential application of cyclo-oxygenase type 2 inhibitors to Alzheimer's disease. Expert Opin Investig Drugs 1998; 7(4):519-526.

KS-000972

(2450) Sanghi S, MacLaughlin EJ, Jewell CW et al. Cyclooxygenase-2 inhibitors: a painful lesson. Cardiovasc Hematol Disord Drug Targets 2006; 6(2):85-100.

(2451) Sanmuganathan PS, Ghahramani P, Jackson PR, Wallis EJ, Ramsay LE. Aspirin for primary prevention of coronary heart disease: safety and absolute benefit related to coronary risk derived from meta-analysis of randomised trials. Heart 2001; 85(3):265-271.

(2452) Sano H, Kawahito Y, Wilder RL et al. Expression of cyclooxygenase-1 and -2 in human colorectal cancer. Cancer Res 1995; 55(17):3785-3789.

(2453) Santana-Sahagun E. First report of Andersson lesion is psoriatic arthritis. Ann Rheum Dis 2003; 62(1 Suppl.):1.

(2454) Santini G, Patrignani P, Sciulli MG et al. The human pharmacology of monocyte cyclooxygenase 2 inhibition by cortisol and synthetic glucocorticoids. Clin Pharmacol Ther 2001; 70(5):475-483.

(2455) Santos CL, Medeiros BA, Palheta-Junior RC et al. Cyclooxygenase-2 inhibition increases gastric tone and delays gastric emptying in rats. Neurogastroenterol Motil 2007; 19(3):225-232.

(2456) Saper J, Dahlof C, So Y et al. Rofecoxib in the acute treatment of migraine: a randomized controlled clinical trial. Headache 2006; 46(2):264-275.

(2457) Sari E, Olmez H, Gurton AU. Comparison of some effects of acetylsalicylic acid and rofecoxib during orthodontic tooth movement. Am J Orthod Dentofacial Orthop 2004; 125(3):310-315.

(2458) Sarkar R, Kaur C, Kanwar AJ. Erythema multiforme due to rofecoxib. Dermatology 2002; 204(4):304-305.

(2459) Saseen JJ. Which is most effective of osteoarthritis of the knee: rofecoxib, celecoxib, or acetaminophen? J Fam Pract 2002; 51(4):307.

(2460) Sato K, Yamada E, Uehara Y, Takagi H, Mori M. Possible role for human leukocyte antigen haplotype in rofecoxib-associated acute pancreatitis and cholestatic hepatitis. Clin Pharmacol Ther 2006; 80(5):554-555.

(2461) Satyanarayana PS, Jain NK, Singh A, Kulkarni SK. Isobolographic analysis of interaction between cyclooxygenase inhibitors and tramadol in acetic acid-induced writhing in mice. Prog Neuropsychopharmacol Biol Psychiatry 2004; 28(4):641-649.

(2462) Savage R. Cyclo-oxygenase-2 inhibitors: when should they be used in the elderly? Drugs Aging 2005; 22(3):185-200.

(2463) Sawdy RJ, Lye S, Fisk NM, Bennett PR. A double-blind randomized study of fetal side effects during and after the short-term maternal administration of indomethacin, sulindac, and nimesulide for the treatment of preterm labor. Am J Obstet Gynecol 2003; 188(4):1046-1051.

(2464) Sawicki PT, Bender R, Selke GW, Klauber J, Gutschmidt S. [Assessment of the number of cardio- and cerebrovascular events due to rofecoxib (Vioxx) in Germany between 2001 and 2004]. Med Klin (Munich) 2006; 101(3):191-197.

(2465) Scali C, Giovannini MG, Prosperi C, Bellucci A, Pepeu G, Casamenti F. The selective cyclooxygenase-2 inhibitor rofecoxib suppresses brain inflammation and protects cholinergic neurons from excitotoxic degeneration in vivo. Neuroscience 2003; 117(4):909-919.

(2466) Schachinger V, Erbs S, Elsasser A et al. Intracoronary bone marrow-derived progenitor cells in acute myocardial infarction. N Engl J Med 2006; 355(12):1210-1221.

(2467) Schaefer MG, Plowman BK, Morreale AP, Egan M. Interaction of rofecoxib and celecoxib with warfarin. Am J Health Syst Pharm 2003; 60(13):1319-1323.

(2468) Schafer AI. Vascular endothelium: in defense of blood fluidity. J Clin Invest 1997; 99(6):1143-1144.

(2469) Schafer AI. Effects of nonsteroidal anti-inflammatory therapy on platelets. Am J Med 1999; 106(5B):25S-36S.

(2470) Scheiman J, Isenberg J. Agents used in the prevention and treatment of nonsteroidal anti-inflammatory drug-associated symptoms and ulcers. Am J Med 1998; 105(5A):32S-38S.

KS-000973

(2471)  Scheiman JM. Outcomes studies of the gastrointestinal safety of cyclooxygenase-2 inhibitors. Cleve Clin J Med 2002; 69 Suppl 1:SI40-SI46.

(2472)  Scheiman JM. Gastrointestinal outcomes: evidence for risk reduction in patients using coxibs. Am J Manag Care 2002; 8(17 Suppl):S518-S528.

(2473)  Scheiman JM, Greenson JK, Lee J, Cryer B. Effect of cyclooxygenase-2 inhibition on human Helicobacter pylori gastritis: mechanisms underlying gastrointestinal safety and implications for cancer chemoprevention. Aliment Pharmacol Ther 2003; 17(12):1535-1543.

(2474)  Scheiman JM. Gastroduodenal safety of cyclooxygenase-2 inhibitors. Curr Pharm Des 2003; 9(27):2197-2206.

(2475)  Scheiman JM. Unmet needs in non-steroidal anti-inflammatory drug-induced upper gastrointestinal diseases. Drugs 2006; 66 Suppl 1:15-21.

(2476)  Schellenberg RR, Isserow SH. Anaphylactoid reaction to a cyclooxygenase-2 inhibitor in a patient who had a reaction to a cyclooxygenase-1 inhibitor. N Engl J Med 2001; 345(25):1856.

(2477)  Scheuren N, Jacobs M, Ertl G, Schorb W. Cyclooxygenase-2 in myocardium stimulation by angiotensin-II in cultured cardiac fibroblasts and role at acute myocardial infarction. J Mol Cell Cardiol 2002; 34(1):29-37.

(2478)  Schieffer B, Drexler H. Role of 3-hydroxy-3-methylglutaryl coenzyme a reductase inhibitors, angiotensin-converting enzyme inhibitors, cyclooxygenase-2 inhibitors, and aspirin in anti-inflammatory and immunomodulatory treatment of cardiovascular diseases. Am J Cardiol 2003; 91(12A):12H-18H.

(2479)  Schievink WI. Spontaneous dissection of the carotid and vertebral arteries. N Engl J Med 2001; 344(12):898-906.

(2480)  Schiller LR. Lower gastrointestinal complications of nonsteroidal anti-inflammatory drugs. Curr Gastroenterol Rep 2003; 5(5):397-398.

(2481)  Schlemper V, Medeiros R, Ferreira J, Campos MM, Calixto JB. Mechanisms underlying the relaxation response induced by bradykinin in the epithelium-intact guinea-pig trachea in vitro. Br J Pharmacol 2005; 145(6):740-750.

(2482)  Schlienger RG, Jick H, Meier CR. Use of nonsteroidal anti-inflammatory drugs and the risk of first-time acute myocardial infarction. Br J Clin Pharmacol 2002; 54(3):327-332.

(2483)  Schmassmann A, Zoidl G, Peskar BM et al. Role of the different isoforms of cyclooxygenase and nitric oxide synthase during gastric ulcer healing in cyclooxygenase-1 and -2 knockout mice. Am J Physiol Gastrointest Liver Physiol 2006; 290(4):G747-G756.

(2484)  Schmedtje JF, Jr., Ji YS, Liu WL, DuBois RN, Runge MS. Hypoxia induces cyclooxygenase-2 via the NF-kappaB p65 transcription factor in human vascular endothelial cells. J Biol Chem 1997; 272(1):601-608.

(2485)  Schmelzer KR, Inceoglu B, Kubala L et al. Enhancement of antinociception by coadministration of nonsteroidal anti-inflammatory drugs and soluble epoxide hydrolase inhibitors. Proc Natl Acad Sci U S A 2006; 103(37):13646-13651.

(2486)  Schmidt H, Woodcock BG, Geisslinger G. Benefit-risk assessment of rofecoxib in the treatment of osteoarthritis. Drug Saf 2004; 27(3):185-196.

(2487)  Schneeweiss S, Tsai EH, Glynn RJ, Avorn J, Solomon DH. Selective COX-2 inhibitor use and myocardial infarction: assessment of potential confounding bias [ABSTRACT 980]. Arthritis Rheum 2003; 48(9 Suppl.):S398-Abstr. 980.

(2488)  Schneeweiss S, Glynn RJ, Tsai EH, Avorn J, Solomon DH. Adjusting for unmeasured confounders in pharmacoepidemiologic claims data using external information: the example of COX2 inhibitors and myocardial infarction. Epidemiology 2005; 16(1):17-24.

(2489)  Schneeweiss S, Solomon DH, Wang PS, Rassen J, Brookhart MA. Simultaneous assessment of short-term gastrointestinal benefits and cardiovascular risks of selective cyclooxygenase 2 inhibitors and nonselective nonsteroidal antiinflammatory drugs: an instrumental variable analysis. Arthritis Rheum 2006; 54(11):3390-3398.

(2490)  Schneider A, Stahl RA. Cyclooxygenase-2 (COX-2) and the kidney: current status and potential perspectives. Nephrol Dial Transplant 1998; 13(1):10-12.

KS-000974

(2491)  Schneider LS, Tariot PN, Dagerman KS et al. Effectiveness of atypical antipsychotic drugs in patients with Alzheimer's disease. N Engl J Med 2006; 355(15):1525-1538.

(2492)  Schneider V, Levesque LE, Zhang B, Hutchinson T, Brophy JM. Association of selective and conventional nonsteroidal antiinflammatory drugs with acute renal failure: A population-based, nested case-control analysis. Am J Epidemiol 2006; 164(9):881-889.

(2493)  Schnermann J, Briggs JP. The macula densa is worth its salt. J Clin Invest 1999; 104(8):1007-1009.

(2494)  Schnitzer T, Kong SX, Mavros P et al. Persistence of use of selective COX-2 inhibitors versus nonselective NSAIDs: analyses of a large pharmacy database in the United States. Ann Rheum Dis 2002; 61(1 Suppl.):66-67.

(2495)  Schnitzer T, Kong S, Mitchell J et al. Prescription of rofecoxib and celecoxib by physician specialty for patients with osteoarthritis and rheumatoid arthritis [ABSTRACT 326]. Arthritis Rheum 2002; 46(9 Suppl.):S156-Abstr. 326.

(2496)  Schnitzer TJ, Truitt K, Fleischmann R et al. The safety profile, tolerability, and effective dose range of rofecoxib in the treatment of rheumatoid arthritis. Phase II Rofecoxib Rheumatoid Arthritis Study Group. Clin Ther 1999; 21(10):1688-1702.

(2497)  Schnitzer TJ. Osteoarthritis management: the role of cyclooxygenase-2-selective inhibitors. Clin Ther 2001; 23(3):313-326.

(2498)  Schnitzer TJ. Is concern about cardiovascular events with the new coxib class of drugs justified? Medscape Womens Health 2001; 6(5):8.

(2499)  Schnitzer TJ, Kivitz AJ, Greenwald M et al. Rofecoxib provides superior relief of symptoms of osteoarthritis (OA) compared to celecoxib [ABSTRACT SAT0089]. Ann Rheum Dis 2001; 60(1 Suppl.):CD ABSTRACT SAT0089.

(2500)  Schnitzer TJ, Mavros PG, Kong SX et al. Risk of gastrointestinal adverse events among patients who initiated selective COX-2 inhibitors vs conventional nonsteroidal antiinflammatory drugs (NSAIDs). Ann Rheum Dis 2002; 61(1 Suppl.):107.

(2501)  Schnitzer TJ, Hochberg MC. COX-2-selective inhibitors in the treatment of arthritis. Cleve Clin J Med 2002; 69 Suppl 1:SI20-SI30.

(2502)  Schnitzer TJ, Kong SX, Pellissier JM et al. Average daily consumption of celecoxib and rofecoxib based on a large pharmacy claims database in the United States of America. Ann Rheum Dis 2002; 61(1 Suppl.):78.

(2503)  Schnitzer TJ, Kong SX, Mitchell JH et al. An observational, retrospective, cohort study of dosing patterns for rofecoxib and celecoxib in the treatment of arthritis. Clin Ther 2003; 25(12):3162-3172.

(2504)  Schnitzer TJ, Burmester GR, Mysler E et al. Comparison of lumiracoxib with naproxen and ibuprofen in the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET), reduction in ulcer complications: randomised controlled trial. Lancet 2004; 364(9435):665-674.

(2505)  Schnitzer TJ, Weaver AL, Polis AB, Petruschke RA, Geba GP. Efficacy of rofecoxib, celecoxib, and acetaminophen in patients with osteoarthritis of the knee. A combined analysis of the VACT studies. J Rheumatol 2005; 32(6):1093-1105.

(2506)  Schnitzer TJ, Kivitz AJ, Lipetz RS, Sanders N, Hee A. Comparison of the COX-inhibiting nitric oxide donor AZD3582 and rofecoxib in treating the signs and symptoms of Osteoarthritis of the knee. Arthritis Rheum 2005; 53(6):827-837.

(2507)  Schnitzer TJ. Update on guidelines for the treatment of chronic musculoskeletal pain. Clin Rheumatol 2006; 25 Suppl 1:S22-S29.

(2508)  Schoenfeld P. An evidence-based approach to the gastrointestinal safety profile of COX-2-selective anti-inflammatories. Gastroenterol Clin North Am 2001; 30(4):1027-10ix.

(2509)  Schonbeck U, Sukhova GK, Graber P, Coulter S, Libby P. Augmented expression of cyclooxygenase-2 in human atherosclerotic lesions. Am J Pathol 1999; 155(4):1281-1291.

(2510)  Schoors D. A comparison of the renal and cardiovascular safety of celecoxib and rofecoxib. Clin Ther 2002; 24(3):468-469.

KS-000975

(2511)   Schroeder WS, Ghobrial L, Gandhi PJ. Possible mechanisms of drug-induced aspirin and clopidogrel resistance. J Thromb Thrombolysis 2006; 22(2):139-150.

(2512)   Schror K, Mehta P, Mehta JL. Cardiovascular risk of selective cyclooxygenase-2 inhibitors. J Cardiovasc Pharmacol Ther 2005; 10(2):95-101.

(2513)   Schuster R, Stewart D, Schuster L, Greaney G, Waxman K. Preoperative oral rofecoxib and postoperative pain in patients after laparoscopic cholecystectomy: a prospective, randomized, double-blinded, placebo-controlled trial. Am Surg 2005; 71(10):827-829.

(2514)   Schwartz J, Hsieh P, Ebel D, Hunt T, Gertz B. Influence of a Selective Cyclooxygenased Inhibitor, MK-0966, on Ethinyl Estradiol IEE) and Norethindrone (NET) Serum Concentrations [ABSTRACT 325]. Eur J Clin Pharmacol 1997; 52(Suppl.):A113-Abstr. 325.

(2515)   Schwartz J, Mukhopadhyay S, McCabe CH et al. Antipyretic Activity of a Selective Cyclooxygenase (COX)-2 Inhibitor, MK-0966 [ABSTRACT PI-123]. Clin Pharmacol Ther 1998; 63(2):167-Abstr. PI-123.

(2516)   Schwartz J, Porras A, Larson P et al. Influence of antacids on the bioavailability (F) of a specific cyclooxygenase (COX)-2 inhibitor, MK-0966 (M) in the elderly [ABSTRACT PII-104]. Clin Pharmacol Ther 1999; 65(2):173-Abstr. PII-104.

(2517)   Schwartz J, Zhao P, Gertz B et al. Pharmacokinetics of rofecoxib in mild to moderate hepatic insufficiency (HI) [ABSTRACT PII-90]. Clin Pharmacol Ther 2000; 67(2):137-Abstr. PII-90.

(2518)   Schwartz JI, Chan CC, Mukhopadhyay S et al. Cyclooxygenase-2 inhibition by rofecoxib reverses naturally occurring fever in humans. Clin Pharmacol Ther 1999; 65(6):653-660.

(2519)   Schwartz JI, Larson PJ, Bugianesi KJ et al. Effect of rofecoxib (R) on the pharmacodynamics and pharmacokinetics (PK) of warfarin (W) [ABSTRACT PIII-93]. Clin Pharmacol Ther 2000; 67(2):165-Abstr. PIII-93.

(2520)   Schwartz JI, Larson PJ, Gertz B, Cote J, Lasseter K, Porras AG. Rofecoxib steady-state pharmacokinetics [PK] in moderate hepatic insufficiency patients (HI) [ABSTRACT 369]. Am J Gastroenterol 2000; 95(9):2519.

(2521)   Schwartz JI, Agrawal N, Wong P et al. No effect of rofecoxib up to 50 mg daily on methotrexate plasma concentrations [POSTER 364]. Ann Rheum Dis 2000; 59(1 Suppl.):150.

(2522)   Schwartz JI, Agrawal N, Wong P et al. Rofecoxib up to 50 mg daily did not affect methotrexate plasma concentrations. Arthritis Rheum 2000; 43(9 Suppl.):S226,-#957.

(2523)   Schwartz JI, Bugianesi KJ, Ebel DL et al. The effect of rofecoxib on the pharmacodynamics and pharmcokinetics of warfarin. Clin Pharmacol Ther 2000; 68(6):626-636.

(2524)   Schwartz JI, De SM, Larson PJ et al. Effect of rofecoxib on the pharmacokinetics of digoxin in healthy volunteers. J Clin Pharmacol 2001; 41(1):107-112.

(2525)   Schwartz JI, Malice MP, Kalyani R et al. Effect of rofecoxib, celecoxib, and naproxen on blood pressure (BP) in elderly volunteers [POSTER 434]. Am J Hypertens 2001; 14(4 Pt. 2):177A.

(2526)   Schwartz JI, Malice MP, Lasseter KC, Holmes GB, Gottesdiener KM, Brune K. Effect of rofecoxib, celecoxib, and naproxen on blood pressure and urinary sodium excretion in elderly volunteers [ABSTRACT SAT0055]. Ann Rheum Dis 2001; 60(1 Suppl.):CD ABSTRACT SAT0055.

(2527)   Schwartz JI, Agrawal NG, Wong PH et al. Lack of pharmacokinetic interaction between rofecoxib and methotrexate in rheumatoid arthritis patients. J Clin Pharmacol 2001; 41(10):1120-1130.

(2528)   Schwartz JI, Malice MP, Kalyani R et al. Rofecoxib, celecoxib and naproxen had comparable effects on urinary sodium excretion and blood pressure in elderly volunteers. Arthritis Rheum 2001; 44(9 Suppl.):S385.

(2529)   Schwartz JI, Larson PJ, Gertz BJ, Cote J, Lasseter K, Porras AG. Steady-state rofecoxib pharmacokinetics (PK) in moderate hepatic insufficiency patients (HI). Clin Pharmacol Ther 2001; 69(2):P60.

(2530)   Schwartz JI, Malice M, Lasseter K et al. Comparison of rofecoxib (R), celecoxib (C), and naproxen (N) on blood pressure in elderly volunteers. Clin Pharmacol Ther 2002; 71(2):P7.

KS-000976

(2531)   Schwartz JI, Porras AG, Wong PH et al. Comparative effects of celecoxib and rofecoxib on COX-1 and COX-2 activity in whole blood assays. Ann Rheum Dis 2002; 61(1 Suppl.):17.

(2532)   Schwartz JI, Vandormael K, Malice MP et al. Comparison of rofecoxib, celecoxib, and naproxen on renal function in elderly subjects receiving a normal-salt diet. Clin Pharmacol Ther 2002; 72(1):50-61.

(2533)   Schwartz JI, Wong PH, Porras AG, Ebel DL, Hunt TR, Gertz BJ. Effect of rofecoxib on the pharmacokinetics of chronically administered oral contraceptives in healthy female volunteers. J Clin Pharmacol 2002; 42(2):215-221.

(2534)   Schwartz JI, Mukhopadhyay S, Porras AG et al. Effect of rofecoxib on prednisolone and prednisone pharmacokinetics in healthy subjects. J Clin Pharmacol 2003; 43(2):187-192.

(2535)   Schwartz JI, Van Hecken A, De Lepeleire I et al. Platelet aggregation inhibition by naproxen, rofecoxib, diclofenac, ibuprofen, and meloxicam. Clin Pharmacol Ther 2003; 73(2):P53.

(2536)   Schwartz JI, VanHecken A, De Lepeleire I et al. Inhibition of platelet aggregation by naproxen, rofecoxib, diclofenac, ibuprofen, and meloxicam [ABSTRACT FRI0221]. Ann Rheum Dis 2003; 62(1 Suppl.):Abst FRI0221.

(2537)   Schwartz JI, Larson PJ, Porras AG et al. Pharmacokinetic evaluation of rofecoxib: comparison of tablet and suspension formulations. Clin Drug Investig 2003; 23(8):503-509.

(2538)   Schwartz JI, Vandormael K, Thach C et al. Effect of rofecoxib, etoricoxib, celecoxib, and naproxen on urinary excretion of prostanoids in elderly volunteers. Clin Pharmacol Ther 2004; 75(2):P34-#PI-117.

(2539)   Sciarra A, Salciccia S, Albanesi L, Cardi A, D'Eramo G, Di SF. Use of cyclooxygenase-2 inhibitor for prevention of urethral strictures secondary to transurethral resection of the prostate. Urology 2005; 66(6):1218-1222.

(2540)   Sciulli MG, Capone ML, Tacconelli S, Patrignani P. The future of traditional nonsteroidal antiinflammatory drugs and cyclooxygenase-2 inhibitors in the treatment of inflammation and pain. Pharmacol Rep 2005; 57 Suppl:66-85.

(2541)   Scott DG, Watts RA. Increased risk of cardiovascular events with coxibs and NSAIDs. Lancet 2005; 365(9470):1537.

(2542)   Scott DL, Berry H, Capell H et al. The long-term effects of non-steroidal anti-inflammatory drugs in osteoarthritis of the knee: a randomized placebo-controlled trial. Rheumatology (Oxford) 2000; 39(10):1095-1101.

(2543)   Scott DL, Kingsley GH. Tumor necrosis factor inhibitors for rheumatoid arthritis. N Engl J Med 2006; 355(7):704-712.

(2544)   Scott LJ, Lamb HM. Rofecoxib. Drugs 1999; 58(3):499-505.

(2545)   Scott PA, Kingsley GH, Smith CM, Choy EH, Scott DL. Non-steroidal anti-inflammatory drugs and myocardial infarctions: Comparative systematic review of evidence from observational studies and randomised controlled trials. Ann Rheum Dis 2007.

(2546)   Sculean A, Berakdar M, Donos N, Auschill TM, Arweiler NB. The effect of postsurgical administration of a selective cyclo-oxygenase-2 inhibitor on the healing of intrabony defects following treatment with enamel matrix proteins. Clin Oral Investig 2003; 7(2):108-112.

(2547)   Sebaldt RJ, Petrie A, Goldsmith CH. Measures of appropriateness of use of NSAIDs and COXIBs in patients with OA by primary care physicians - results from the CANOAR study. Arthritis Rheum 2001; 44(9 Suppl.):S134.

(2548)   Sebaldt RJ, Petrie A, Goldsmith CH. Characteristics of patients with OA receiving NSAID prescriptions from their primary care physicians - results from the CANOAR study. Arthritis Rheum 2001; 44(9 Suppl.):S134.

(2549)   Sebaldt RJ, Petrie A, Goldsmith CH, Marentette M. Characteristics of patients with OA receiving NSAID prescriptions from their primary care physicians--final results from the CANOAR study. Ann Rheum Dis 2002; 61(1 Suppl.):21.

(2550)   Seedher N, Bhatia S. Solubility enhancement of Cox-2 inhibitors using various solvent systems. AAPS PharmSciTech 2003; 4(3):E33.

(2551)   Seeram NP, Schutzki R, Chandra A, Nair MG. Characterization, quantification, and bioactivities of anthocyanins in Cornus species. J Agric Food Chem 2002; 50(9):2519-2523.

KS-000977

(2552)  Seguin B, Teranishi M, Detrecht JP. Modulation of D-penicillamine-induced autoimmunity in the Brown Norway rat using pharmacological agents that interfere with arachidonic acid metabolism or synthesis of inducible nitric oxide synthase. Toxicology 2003; 190(3):267-278.

(2553)  Sehgal R, Kumar VL. Calotropis procera latex-induced inflammatory hyperalgesia--effect of antiinflammatory drugs. Mediators Inflamm 2005; 2005(4):216-220.

(2554)  Seibert K, Zhang Y, Leahy K et al. Pharmacological and biochemical demonstration of the role of cyclooxygenase 2 in inflammation and pain. Proc Natl Acad Sci U S A 1994; 91(25):12013-12017.

(2555)  Seidenberg AB, An YH. Is there an inhibitory effect of COX-2 inhibitors on bone healing? Pharmacol Res 2004; 50(2):151-156.

(2556)  Seidenberg BC. COX-2 inhibitors. Lancet 1999; 353(9168):1978.

(2557)  Selby JV, Friedman GD, Quesenberry CP, Jr., Weiss NS. A case-control study of screening sigmoidoscopy and mortality from colorectal cancer. N Engl J Med 1992; 326(10):653-657.

(2558)  Senior K. COX-2 inhibitors: cancer prevention or cardiovascular risk? Lancet Oncol 2005; 6(2):68.

(2559)  Senna GE, Governa M, Dama AR et al. Toxic Epidermal Necrolysis Due To Nimesulide (Abstract 416). Allergy 1997; 52(37 Suppl):133.

(2560)  Serhan CN, Oliw E. Unorthodox routes to prostanoid formation: new twists in cyclooxygenase-initiated pathways. J Clin Invest 2001; 107(12):1481-1489.

(2561)  Severe P, Leger P, Charles M et al. Antiretroviral therapy in a thousand patients with AIDS in Haiti. N Engl J Med 2005; 353(22):2325-2334.

(2562)  Shafran I, Piromalli C. Serum sickness-like illness in Crohn's disease patients treated with antibiotics [ABSTRACT 639]. Am J Gastroenterol 1999; 94(9):2737.

(2563)  Shah AA, Murray FE, Fitzgerald DJ. The in vivo assessment of nimesulide cyclooxygenase-2 selectivity. Rheumatology (Oxford) 1999; 38 Suppl 1:19-23.

(2564)  Shah BH. Estrogen stimulation of COX-2-derived PGI2 confers atheroprotection. Trends Endocrinol Metab 2005; 16(5):199-201.

(2565)  Shaheen NJ, Straus WL, Sandler RS. Chemoprevention of gastrointestinal malignancies with nonsteroidal antiinflammatory drugs. Cancer 2002; 94(4):950-963.

(2566)  Shakiba K, Falcone T. Tumour necrosis factor-alpha blockers: potential limitations in the management of advanced endometriosis? A case report. Hum Reprod 2006; 21(9):2417-2420.

(2567)  Shamoon M, Hochberg MC. The role of acetaminophen in the management of patients with osteoarthritis. Am J Med 2001; 110 Suppl 3A:46S-49S.

(2568)  Shapiro DR, Cook TJ. Aanalysis of Long-Term Adverse Experience Dtabase Using the Weibull Model. Drug Info J 1994; 28:541-552.

(2569)  Shapiro DR, Barr E, Reicin AS. Cardiovascular safety profile of rofecoxib:  a meta-analysis [ABSTRACT OP0133]. Ann Rheum Dis 2001; 60(1 Suppl.):CD ABSTRACT OP0133.

(2570)  Sharma RA. Translational medicine: targetting cyclo-oxygenase isozymes to prevent cancer. QJM 2002; 95(5):267-273.

(2571)  Shaughnessy AF. Right ballpark, wrong base: assessing safety of NSAIDs. J Fam Pract 2002; 51(6):538.

(2572)  Shaw FE, Jr., Graham DJ, Guess HA et al. Postmarketing surveillance for neurologic adverse events reported after hepatitis B vaccination. Experience of the first three years. Am J Epidemiol 1988; 127(2):337-352.

(2573)  Shaya FT, Blume SW, Blanchette CM, Weir MR, Mullins CD. Selective cyclooxygenase-2 inhibition and cardiovascular effects: an observational study of a Medicaid population. Arch Intern Med 2005; 165(2):181-186.

KS-000978

(2574)   Sheai NH, Knowles S, Shapiro L. Should celecoxib be contraindicated in patients who are allergic to sulfonamides? The authors reply. Drug Saf 2002; 25(4):299-300.

(2575)   Sheehan KM, Sheahan K, O'Donoghue DP et al. The relationship between cyclooxygenase-2 expression and colorectal cancer. JAMA 1999; 282(13):1254-1257.

(2576)   Sheeran PW, Rose J, Ciavachi R, Fazi L, McCormick L. Rofecoxib administration to pediatric patients undergoing adenotonsillectomy [ABSTRACT S257]. Anesth Analg 2002; 94:S257.

(2577)   Sheeran PW, Rose JB, Fazi LM, Chiavacci R, McCormick L. Rofecoxib administration to paediatric patients undergoing adenotonsillectomy. Paediatr Anaesth 2004; 14(7):579-583.

(2578)   Shehata MA, Hassan NY, Fayed AS, El-Zeany BA. Derivative spectrophotometric and fluorimetric methods for determination of rofecoxib in tablets and in human plasma in presence of its photo-degradation product. Farmaco 2004; 59(2):139-145.

(2579)   Shen H, Sprott H, Aeschlimann A et al. Primary analgesic action of acetaminophen and rofecoxib in osteoarthritis [ABSTRACT FRI0206]. Ann Rheum Dis 2003; 62(1 Suppl.):Abst FRI0206.

(2580)   Shen H, Sprott H, Aeschlimann A et al. Analgesic action of acetaminophen in symptomatic osteoarthritis of the knee. Rheumatology (Oxford) 2006; 45(6):765-770.

(2581)   Sheng H, Shao J, Kirkland SC et al. Inhibition of human colon cancer cell growth by selective inhibition of cyclooxygenase-2. J Clin Invest 1997; 99(9):2254-2259.

(2582)   Sheng H, Shao J, Dixon DA et al. Transforming growth factor-beta1 enhances Ha-ras-induced expression of cyclooxygenase-2 in intestinal epithelial cells via stabilization of mRNA. J Biol Chem 2000; 275(9):6628-6635.

(2583)   Shields KE, Wiholm BE, Hostelley LS, Striano LF, Arena SR, Sharrar RG. Monitoring outcomes of pregnancy following drug exposure: a company-based pregnancy registry program. Drug Saf 2004; 27(6):353-367.

(2584)   Shigeta J, Takahashi S, Okabe S. Role of cyclooxygenase-2 in the healing of gastric ulcers in rats. J Pharmacol Exp Ther 1998; 286(3):1383-1390.

(2585)   Shimokawa H, Flavahan NA, Lorenz RR, Vanhoutte PM. Prostacyclin releases endothelium-derived relaxing factor and potentiates its action in coronary arteries of the pig. Br J Pharmacol 1988; 95(4):1197-1203.

(2586)   Shin SS, Byun Y, Lim KM et al. In vitro structure-activity relationship and in vivo studies for a novel class of cyclooxygenase-2 inhibitors: 5-aryl-2,2-dialkyl-4-phenyl-3(2H)furanone derivatives. J Med Chem 2004; 47(4):792-804.

(2587)   Shinmura K, Tang XL, Wang Y et al. Cyclooxygenase-2 mediates the cardioprotective effects of the late phase of ischemic preconditioning in conscious rabbits. Proc Natl Acad Sci U S A 2000; 97(18):10197-10202.

(2588)   Shinmura K, Xuan YT, Tang XL et al. Inducible nitric oxide synthase modulates cyclooxygenase-2 activity in the heart of conscious rabbits during the late phase of ischemic preconditioning. Circ Res 2002; 90(5):602-608.

(2589)   Shinmura K, Kodani E, Xuan YT, Dawn B, Tang XL, Bolli R. Effect of aspirin on late preconditioning against myocardial stunning in conscious rabbits. J Am Coll Cardiol 2003; 41(7):1183-1194.

(2590)   Shippen ER, West WJ, Jr. Successful treatment of severe endometriosis in two premenopausal women with an aromatase inhibitor. Fertil Steril 2004; 81(5):1395-1398.

(2591)   Shireman TI, Rigler SK. Predictors of the selection of coxibs over nonselective NSAIDs in an older Medicaid cohort. Am J Geriatr Pharmacother 2006; 4(3):210-218.

(2592)   Shoor S. Athletes, nonsteroidal anti-inflammatory drugs, coxibs, and the gastrointestinal tract. Curr Sports Med Rep 2002; 1(2):107-115.

(2593)   Shorr RI, Ray WA, Daugherty JR, Griffin MR. Concurrent use of nonsteroidal anti-inflammatory drugs and oral anticoagulants places elderly persons at high risk for hemorrhagic peptic ulcer disease. Arch Intern Med 1993; 153(14):1665-1670.

KS-000979

(2594)   Sibbald B. Rofecoxib (Vioxx) voluntarily withdrawn from market. CMAJ 2004; 171(9):1027-1028.

(2595)   Sibbald B. The vexations of Vioxx. CMAJ 2006; 174(4):444-445.

(2596)   Sibbald B. Vioxx should be allowed back on the market advises expert panel. CMAJ 2006; 175(3):234.

(2597)   Sibbald B. Quebec allows Vioxx class-action suit. CMAJ 2007; 176(1):20.

(2598)   Sica DS, Schoolwerth AC, Gehr TW. Pharmacotherapy in congestive heart failure: COX-2 inhibition: a cautionary note in congestive heart failure. Congest Heart Fail 2000; 6(5):272-276.

(2599)   Sigthorsson G, Crane R, Simon T et al. COX-2 inhibition with rofecoxib does not increase intestinal permeability in healthy subjects: a double blind crossover study comparing rofecoxib with placebo and indomethacin. Gut 2000; 47(4):527-532.

(2600)   Silberstein S, Tepper S, Brandes J et al. Randomized, placebo-controlled trial of rofecoxib in the acute treatment of migraine. Neurology 2004; 62(9):1552-1557.

(2601)   Silverman DG, Halaszynski T, Sinatra R, Luther M, Rinder CS. Rofecoxib does not compromise platelet aggregation during anesthesia and surgery. Can J Anaesth 2003; 50(10):1004-1008.

(2602)   Silverstein FE, Graham DY, Senior JR et al. Misoprostol reduces serious gastrointestinal complications in patients with rheumatoid arthritis receiving nonsteroidal anti-inflammatory drugs. A randomized, double-blind, placebo-controlled trial. Ann Intern Med 1995; 123(4):241-249.

(2603)   Silverstein FE, Faich G, Goldstein JL et al. Gastrointestinal toxicity with celecoxib vs nonsteroidal anti-inflammatory drugs for osteoarthritis and rheumatoid arthritis: the CLASS study: A randomized controlled trial. Celecoxib Long-term Arthritis Safety Study. JAMA 2000; 284(10):1247-1255.

(2604)   Simmons DL, Botting RM, Hla T. Cyclooxygenase isozymes: the biology of prostaglandin synthesis and inhibition. Pharmacol Rev 2004; 56(3):387-437.

(2605)   Simon AM, Manigrasso MB, O'Connor JP. Cyclo-oxygenase 2 function is essential for bone fracture healing. J.Bone Miner.Res. 17[6], 963-976. 2002.
         Ref Type: Abstract

(2606)   Simon JA. Combined vitamin E and vitamin C supplement use and risk of cardiovascular disease mortality. Arch Intern Med 2002; 162(22):2630.

(2607)   Simon LS, Lanza FL, Lipsky PE et al. Preliminary study of the safety and efficacy of SC-58635, a novel cyclooxygenase 2 inhibitor: efficacy and safety in two placebo-controlled trials in osteoarthritis and rheumatoid arthritis, and studies of gastrointestinal and platelet effects. Arthritis Rheum 1998; 41(9):1591-1602.

(2608)   Simon LS, Weaver AL, Graham DY et al. Anti-inflammatory and upper gastrointestinal effects of celecoxib in rheumatoid arthritis: a randomized controlled trial. JAMA 1999; 282(20):1921-1928.

(2609)   Simon LS. COX-2 inhibitors. Are they nonsteroidal anti-inflammatory drugs with a better safety profile? Gastroenterol Clin North Am 2001; 30(4):1011-25, viii.

(2610)   Simon LS, Strand V. A world without Vioxx: to COX-2 or not to COX-2? Cleve Clin J Med 2004; 71(11):849-50, 852, 854.

(2611)   Simon TJ, Roberts WG, Berlin RG, Hayden LJ, Berman RS, Reagan JE. Acid suppression by famotidine 20 mg twice daily or 40 mg twice daily in preventing relapse of endoscopic recurrence of erosive esophagitis. Clin Ther 1995; 17(6):1147-1156.

(2612)   Simons J, Stipp D. Will Merck survive Vioxx? Fortune 2004; 150(9):90-97.

(2613)   Sinatra R. Role of COX-2 inhibitors in the evolution of acute pain management. J Pain Symptom Manage 2002; 24(1 Suppl):S18-S27.

**KS-000980**

(2614)   Sinatra RS, Shen QJ, Halaszynski T, Luther MA, Shaheen Y. Preoperative rofecoxib oral suspension as an analgesic adjunct after lower abdominal surgery: the effects on effort-dependent pain and pulmonary function. Anesth Analg 2004; 98(1):135-40, table.

(2615)   Sinatra RS, Boice JA, Loeys TL et al. Evaluation of the effect of perioperative rofecoxib treatment on pain control and clinical outcomes in patients recovering from gynecologic abdominal surgery: a randomized, double-blind, placebo-controlled clinical study. Reg Anesth Pain Med 2006; 31(2):134-142.

(2616)   SINBA Group. Indobufen versus aspirin plus dipyridamole after coronary artery bypass surgery. Coron Artery Dis 1991; 2(8):897-906.

(2617)   Singal A, Tirkey N, Chopra K. Reversal of LPS-induced immobility in mice by green tea polyphenols: possible COX-2 mechanism. Phytother Res 2004; 18(9):723-728.

(2618)   Singh-Ranger G. Patient and physician satisfaction with rofecoxib in osteoarthritis: results of the EVA (experience with VIOXX in arthritis) survey. Current Medical Research and Opinion, 17(2): 81-8, 2001. Curr Med Res Opin 2002; 18(1):45-46.

(2619)   Singh AK, Szczech L, Tang KL et al. Correction of anemia with epoetin alfa in chronic kidney disease. N Engl J Med 2006; 355(20):2085-2098.

(2620)   Singh D. Merck withdraws arthritis drug worldwide. BMJ 2004; 329(7470):816.

(2621)   Singh G, Ramey DR, Morfeld D, Fries JF. Comparative toxicity of non-steroidal anti-inflammatory agents. Pharmacol Ther 1994; 62(1-2):175-191.

(2622)   Singh G, Athreya BH, Fries JF, Goldsmith DP. Measurement of health status in children with juvenile rheumatoid arthritis. Arthritis Rheum 1994; 37(12):1761-1769.

(2623)   Singh G, Ramey DR, Morfeld D, Shi H, Hatoum HT, Fries JF. Gastrointestinal tract complications of nonsteroidal anti-inflammatory drug treatment in rheumatoid arthritis. A prospective observational cohort study. Arch Intern Med 1996; 156(14):1530-1536.

(2624)   Singh G. Recent considerations in nonsteroidal anti-inflammatory drug gastropathy. Am J Med 1998; 105(1B):31S-38S.

(2625)   Singh G, Ramey DR, Triadafilopoulos G. Early experience with selective COX-2 inhibitors: safety profile in over 340,000 patient years of use. Arthritis Rheum 1999; 42(9 Suppl.):S296.

(2626)   Singh G, Fort J. Efficacy of celecoxib and rofecoxib: is there any clinically important difference? Ann Rheum Dis 2002; 61(1 Suppl.):42.

(2627)   Singh G, Lanes S, Triadafilopoulos G. Risk of serious upper gastrointestinal and cardiovascular thromboembolic complications with meloxicam. Am J Med 2004; 117(2):100-106.

(2628)   Singh RG, Mokbel K. COX-2 inhibitors and breast cancer. ANZ J Surg 2003; 73(8):565-566.

(2629)   Siow HC. Seasonal episodic paroxysmal hemicrania responding to cyclooxygenase-2 inhibitors. Cephalalgia 2004; 24(5):414-415.

(2630)   Sirois J, Simmons DL, Richards JS. Hormonal regulation of messenger ribonucleic acid encoding a novel isoform of prostaglandin endoperoxide H synthase in rat preovulatory follicles. Induction in vivo and in vitro. J Biol Chem 1992; 267(16):11586-11592.

(2631)   Skelly MM, Hawkey CJ. Potential alternatives to COX 2 inhibitors. BMJ 2002; 324(7349):1289-1290.

(2632)   Skinner HB, Shintani EY. Results of a multimodal analgesic trial involving patients with total hip or total knee arthroplasty. Am J Orthop 2004; 33(2):85-92.

(2633)   Slack MH, Schapira D, Thwaites RJ et al. Responses to a fourth dose of Haemophilus influenzae type B conjugate vaccine in early life. Arch Dis Child Fetal Neonatal Ed 2004; 89(3):F269-F271.

KS-000981

(2634)   Slappender R, Dirksen R, Weber EWG, Bugter ML. Side effects of COX selective NSAIDs after orthopedic surgery [ABSTRACT 104]. Ann Rheum Dis 2000; 59(1 Suppl.):61.

(2635)   Slaughter D, Takenaga N, Lu P et al. Metabolism of rofecoxib in vitro using human liver subcellular fractions. Drug Metab Dispos 2003; 31(11):1398-1408.

(2636)   Sloan RW, Heimbach K. Sulfa allergy: when is cross-sensitivity a concern? Consultant 2001; 41(4):564a-564e.

(2637)   Sloane T. A fall from grace. Cleveland clinic's ethical lapses put spotlight on healthcare conflicts of interest. Mod Healthc 2006; 36(2):20.

(2638)   Slordal L, Samstad S, Bathen J, Spigset O. A life-threatening interaction between lithium and celecoxib. Br J Clin Pharmacol 2003; 55(4):413-414.

(2639)   Smalley W, Ray WA, Daugherty J, Griffin MR. Use of nonsteroidal anti-inflammatory drugs and incidence of colorectal cancer: a population-based study. Arch Intern Med 1999; 159(2):161-166.

(2640)   Smalley W, Stein CM, Arbogast PG, Eisen G, Ray WA, Griffin M. Underutilization of gastroprotective measures in patients receiving nonsteroidal antiinflammatory drugs. Arthritis Rheum 2002; 46(8):2195-2200.

(2641)   Smalley WE, Ray WA, Daugherty JR, Griffin MR. Nonsteroidal anti-inflammatory drugs and the incidence of hospitalizations for peptic ulcer disease in elderly persons. Am J Epidemiol 1995; 141(6):539-545.

(2642)   Smalley WE, Griffin MR, Fought RL, Ray WA. Excess costs from gastrointestinal disease associated with nonsteroidal anti-inflammatory drugs. J Gen Intern Med 1996; 11(8):461-469.

(2643)   Smedman A, Vessby B, Basu S. Isomer-specific effects of conjugated linoleic acid on lipid peroxidation in humans: regulation by alpha-tocopherol and cyclo-oxygenase-2 inhibitor. Clin Sci (Lond) 2004; 106(1):67-73.

(2644)   Smil DV, Souza FE, Fallis AG. A general carbometalation, three component coupling strategy for the synthesis of alpha,beta-unsaturated gamma-sultines including thio-rofecoxib, a selective COX-2 inhibitor. Bioorg Med Chem Lett 2005; 15(8):2057-2060.

(2645)   Smith EF, Lefer AM. Stabilization of cardiac lysosomal and cellular membranes in protection of ischemic myocardium due to coronary occlusion:efficacy of the nonsteroidal anti-inflammatory agent, naproxen. Am Heart J 1981; 101(4):394-402.

(2646)   Smith GD, Egger M. Who benefits from medical interventions? BMJ 1994; 308(6921):72-74.

(2647)   Smith JB. The prostanoids in hemostasis and thrombosis: a review. Am J Pathol 1980; 99(3):743-804.

(2648)   Smith KJ, Skelton H. Acute onset of neutrophilic dermatosis in patients after therapy with a COX-2-specific inhibitor. Int J Dermatol 2003; 42(5):389-393.

(2649)   Smith LH, Boutaud O, Breyer M, Morrow JD, Oates JA, Vaughan DE. Cyclooxygenase-2-dependent prostacyclin formation is regulated by low density lipoprotein cholesterol in vitro. Arterioscler Thromb Vasc Biol 2002; 22(6):983-988.

(2650)   Smith ML, Chapple K, Hull M. The effect of non-steroidal anti-inflammatory drugs on human colorectal cancer cells: evidence of different mechanisms of action [ABSTRACT G1860]. Gastroenterology 1999; 116(4 Pt. 2):A425-Abstr. G1860.

(2651)   Smith R. Medical journals and pharmaceutical companies: uneasy bedfellows. BMJ 2003; 326(7400):1202-1205.

(2652)   Smith R. Medical journals are an extension of the marketing arm of pharmaceutical companies. PLoS Med 2005; 2(5):e138.

(2653)   Smith R. Lapses at the new England journal of medicine. J R Soc Med 2006; 99(8):380-382.

(2654)   Smith WL. Prostanoid biosynthesis and mechanisms of action. Am J Physiol 1992; 263(2 Pt 2):F181-F191.

(2655)   Smith WL, Garavito RM, Dewitt DL. Prostaglandin endoperoxide H synthases (cyclooxygenases)-1 and 2. J Biol Chem 1996; 271(52):33157-33160.

KS-000982

(2656)   Smith WL, Dewitt DL, Garavito RM. Cyclooxygenases: structural, cellular, and molecular biology. Annu Rev Biochem 2000; 69:145-182.

(2657)   Smith WL, Langenbach R. Why there are two cyclooxygenase isozymes. J Clin Invest 2001; 107(12):1491-1495.

(2658)   Smucny J, Chai G. Are selective COX-2 inhibitors as effective as NSAIDs in patients with rheumatoid arthritis? Am Fam Physician 2004; 69(3):595-596.

(2659)   Snapinn S, Cook T, Shapiro D, Snavely D. The role of the unblinded sponsor statistician. Stat Med 2004; 23(10):1531-1533.

(2660)   Soler M, Camacho M, Escudero JR, Iniguez MA, Vila L. Human vascular smooth muscle cells but not endothelial cells express prostaglandin E synthase. Circ Res 2000; 87(6):504-507.

(2661)   Soliva R, Almansa C, Kalko SG, Luque FJ, Orozco M. Theoretical studies on the inhibition mechanism of cyclooxygenase-2. Is there a unique recognition site? J Med Chem 2003; 46(8):1372-1382.

(2662)   Soll A. Pathogenesis of nonsteroidal anti-inflammatory drug-related upper gastrointestinal toxicity. Am J Med 1998; 105(5A):10S-16S.

(2663)   Solomon D, Avorn J, Glynn RJ. Risk of myocardial infarction associated with selective COX-2 inhibitors: questions remain.  In reply. Arch Intern Med 2002; 162(22):2640-2641.

(2664)   Solomon DH, Schneeweiss S, Glynn RJ, Levin R, Avorn J. Patterns and predictors of selective COX-2 inhibitor use in the elderly:  is prescribing driven by patient factors or physician preferences? [ABSTRACT 994]. Arthritis Rheum 2002; 46(9 Suppl.):S384-S385, Abstr. 994.

(2665)   Solomon DH, Glynn RJ, Levin R, Avorn J. Nonsteroidal anti-inflammatory drug use and acute myocardial infarction. Arch Intern Med 2002; 162(10):1099-1104.

(2666)   Solomon DH, Karlson EW, Rimm EB et al. Cardiovascular morbidity and mortality in women diagnosed with rheumatoid arthritis. Circulation 2003; 107(9):1303-1307.

(2667)   Solomon DH, Glynn RJ, Bohn R, Levin R, Avorn J. The hidden cost of nonselective nonsteroidal antiinflammatory drugs in older patients. J Rheumatol 2003; 30(4):792-798.

(2668)   Solomon DH, Schneeweiss S, Levin R, Avorn J. The relationship between COX-2 specific inhibitors and hypertension [ABSTRACT 65]. Arthritis Rheum 2003; 48(9 Suppl.):S71-Abstr. 65.

(2669)   Solomon DH, Schneeweiss S, Glynn RJ et al. The relationship between selective COX-2 inhibitors and acute myocardial infarction [ABSTRACT 1823]. Arthritis Rheum 2003; 48(9 Suppl.):S697-Abstr. 1823.

(2670)   Solomon DH, Schneeweiss S, Glynn RJ et al. Relationship between selective cyclooxygenase-2 inhibitors and acute myocardial infarction in older adults. Circulation 2004; 109(17):2068-2073.

(2671)   Solomon DH, Schneeweiss S, Levin R, Avorn J. Relationship between COX-2 specific inhibitors and hypertension. Hypertension 2004; 44(2):140-145.

(2672)   Solomon DH, Avorn J. Coxibs, science, and the public trust. Arch Intern Med 2005; 165(2):158-160.

(2673)   Solomon DH, Avorn J, Sturmer T, Glynn RJ, Mogun H, Schneeweiss S. Cardiovascular outcomes in new users of coxibs and nonsteroidal antiinflammatory drugs: high-risk subgroups and time course of risk. Arthritis Rheum 2006; 54(5):1378-1389.

(2674)   Solomon SD, McMurray JJ, Pfeffer MA et al. Cardiovascular risk associated with celecoxib in a clinical trial for colorectal adenoma prevention. N Engl J Med 2005; 352(11):1071-1080.

(2675)   Solomon SD, Pfeffer MA, McMurray JJ et al. Effect of celecoxib on cardiovascular events and blood pressure in two trials for the prevention of colorectal adenomas. Circulation 2006; 114(10):1028-1035.

(2676)   Somerville K, Faulkner G, Langman M. Non-steroidal anti-inflammatory drugs and bleeding peptic ulcer. Lancet 1986; 1(8479):462-464.

KS-000983

(2677)   Song X, Lin HP, Johnson AJ et al. Cyclooxygenase-2, player or spectator in cyclooxygenase-2 inhibitor-induced apoptosis in prostate cancer cells. J Natl Cancer Inst 2002; 94(8):585-591.

(2678)   Sonnenblick EH. Cardiorenal differences among NSAIDs and coxibs: real-world experience. Am J Manag Care 2002; 8(15 Suppl):S369-S370.

(2679)   Sonnenblick EH. Differences between COX-2-specific inhibitors: clinical and economic implications. Am J Manag Care 2002; 8(15 Suppl):S428-S430.

(2680)   Sooriakumaran P. COX-2 inhibitors and the heart: are all coxibs the same? Postgrad Med J 2006; 82(966):242-245.

(2681)   Sorbera LA, Leeson PA, Castaner J. Rofecoxib: antiinflammatory cyclooxygenase-2 inhibitor. Drugs Future 1998; 23(12):1287-1296.

(2682)   SoRelle R. Rofecoxib use increases acute myocardial infarction risk. Circulation 2004; 109(17):e9039-e9040.

(2683)   Sorensen HT, Jacobsen J, Norgaard M, Pedersen L, Johnsen SP, Baron JA. Newer cyclo-oxygenase-2 selective inhibitors, other non-steroidal anti-inflammatory drugs and the risk of acute pancreatitis. Aliment Pharmacol Ther 2006; 24(1):111-116.

(2684)   Soto J. Evaluacion economica de diclofenaco/misoprostol frente a rofecoxib en el tratamiento de la artrosis [Economic evaluation of diclofenac/misoprostol versus rofecoxib in the treatment of arthritis]. Atencion Farmaceutica 2001; 3(1):30-37.

(2685)   Souza MH, de LO, Jr., Zamuner SR, Fiorucci S, Wallace JL. Gastritis increases resistance to aspirin-induced mucosal injury via COX-2-mediated lipoxin synthesis. Am J Physiol Gastrointest Liver Physiol 2003; 285(1):G54-G61.

(2686)   Sowers J, White W, Pitt B et al. Rofecoxib, but not celecoxib, at doses providing equal OA efficacy, increases mean 24-hr systolic blood pressure in treated hypertensive patients with osteoarthritis and type 2 diabetes mellitus [ABSTRACT FRI0279]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr FRI0279.

(2687)   Sowers J, White W, Pitt B et al. Rofecoxib, but not celecoxib, increases mean 24-hour systolic blood pressure in treated hypertensive patients with osteoarthritis and type 2 diabetes mellitus [ABSTRACT 2986]. Eur Heart J 2003; 24(Abstr. Suppl.):581-Abstr. 2986.

(2688)   Sowers JR, White WB, Pitt B et al. Rofecoxib, but not celecoxib or naproxen, increases mean 24-hour systolic blood pressure:  results of a randomized double blind controlled trial in treated hypertensive patients with osteoarthritis (OA) and type 2 diabetes mellitus [ABSTRACT 25]. Am J Hypertens 2003; 16(5 Pt. 2):11A.

(2689)   Sowers JR, White WB, Pitt B et al. The Effects of cyclooxygenase-2 inhibitors and nonsteroidal anti-inflammatory therapy on 24-hour blood pressure in patients with hypertension, osteoarthritis, and type 2 diabetes mellitus. Arch Intern Med 2005; 165(2):161-168.

(2690)   Soylu A, Kasap B, Ogun N et al. Efficacy of COX-2 inhibitors in a case of congenital nephrogenic diabetes insipidus. Pediatr Nephrol 2005; 20(12):1814-1817.

(2691)   Spalding WM, Reeves MJ, Whelton A. Thromboembolic cardiovascular risk among arthritis patients using cyclooxygenase-2-selective inhibitor or nonselective cyclooxygenase inhibitor nonsteroidal anti-inflammatory drugs. Am J Ther 2007; 14(1):3-12.

(2692)   Spaziani EP, Lantz ME, Benoit RR, O'Brien WF. The induction of cyclooxygenase-2 (COX-2) in intact human amnion tissue by interleukin-4. Prostaglandins 1996; 51(3):215-223.

(2693)   Speicher G. Medication assistance programs: eligibility and enrollment. Arch Intern Med 2002; 162(22):2629-2630.

(2694)   Speir E, Yu ZX, Ferrans VJ, Huang ES, Epstein SE. Aspirin attenuates cytomegalovirus infectivity and gene expression mediated by cyclooxygenase-2 in coronary artery smooth muscle cells. Circ Res 1998; 83(2):210-216.

(2695)   Spektor G, Fuster V. Drug insight: cyclo-oxygenase 2 inhibitors and cardiovascular risk--where are we now? Nat Clin Pract Cardiovasc Med 2005; 2(6):290-300.

**KS-000984**

(2696)   Spence JD. Effect of indomethacin on blood pressure in elderly people with essential hypertension well controlled on amlodipine or enalapril. Am J Hypertens 2001; 14(8 Pt 1):835.

(2697)   Sperling R, Braunstein N, Melin J, Reicin A. Cyclooxygenase 2 inhibitors and thrombogenicity production: comment on the article by Crofford et al. Arthritis Rheum 2001; 44(5):1229-1230.

(2698)   Spiegel BM, Targownik L, Dulai GS, Gralnek IM. The cost-effectiveness of cyclooxygenase-2 selective inhibitors in the management of chronic arthritis. Ann Intern Med 2003; 138(10):795-806.

(2699)   Spiegel BM, Gralnek IM. Cost-effectiveness of cyclooxygenase-2 inhibitors in chronic arthritis. Ann Intern Med 2004; 140(9):761-762.

(2700)   Spiegel BM, Chiou CF, Ofman JJ. Minimizing complications from nonsteroidal antiinflammatory drugs: cost-effectiveness of competing strategies in varying risk groups. Arthritis Rheum 2005; 53(2):185-197.

(2701)   Spieth K, Kaufmann R, Gille J. Metronomic oral low-dose treosulfan chemotherapy combined with cyclooxygenase-2 inhibitor in pretreated advanced melanoma: a pilot study. Cancer Chemother Pharmacol 2003; 52(5):377-382.

(2702)   Spodick DH. Intraventricular block and atrioventricular conduction. Arch Intern Med 2002; 162(22):2635-2636.

(2703)   Sprott H, Shen H, Michel BA, Uebelhart D, Gay RE, Gay S. Analgesic action of acetaminophen and rofecoxib on knee pain and function [ABSTRACT AB0435]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr AB0435.

(2704)   Sramek JJ, Veroff AE, Cutler NR. The status of ongoing trials for mild cognitive impairment. Expert Opin Investig Drugs 2001; 10(4):741-752.

(2705)   St.Rose E, Ferrandiz M, Kiss M et al. Steady-state plasma concentrations of rofecoxib in children (ages 2-5 years) with juvenile rheumatoid arthritis (JRA). Arthritis Rheum 2001; 44(9 Suppl.):S291.

(2706)   Stading JA, Skrabal MZ, Faulkner MA. Seven cases of interaction between warfarin and cyclooxygenase-2 inhibitors. Am J Health Syst Pharm 2001; 58(21):2076-2080.

(2707)   Staessen JA, Gasowski J, Wang JG et al. Risks of untreated and treated isolated systolic hypertension in the elderly: meta-analysis of outcome trials. Lancet 2000; 355(9207):865-872.

(2708)   Stam J. Thrombosis of the cerebral veins and sinuses. N Engl J Med 2005; 352(17):1791-1798.

(2709)   Stanford SJ, Pepper JR, Mitchell JA. Cyclooxygenase-2 regulates granulocyte-macrophage colony-stimulating factor, but not interleukin-8, production by human vascular cells: role of cAMP. Arterioscler Thromb Vasc Biol 2000; 20(3):677-682.

(2710)   Stange KC. Time to ban direct-to-consumer prescription drug marketing. Ann Fam Med 2007; 5(2):101-104.

(2711)   Stange KC. In This Issue: Doctor-Patient and Drug Company-Patient Communication. Ann Fam Med 2007; 5(1):2-4.

(2712)   Staton PC, Wilson AW, Bountra C, Chessell IP, Day NC. Changes in dorsal root ganglion CGRP expression in a chronic inflammatory model of the rat knee joint: differential modulation by rofecoxib and paracetamol. Eur J Pain 2007; 11(3):283-289.

(2713)   Steffel J, Hermann M, Greutert H et al. Celecoxib decreases endothelial tissue factor expression through inhibition of c-Jun terminal NH2 kinase phosphorylation. Circulation 2005; 111(13):1685-1689.

(2714)   Steffel J, Akhmedov A, Fahndrich C, Ruschitzka F, Luscher TF, Tanner FC. Differential effect of celecoxib on tissue factor expression in human endothelial and vascular smooth muscle cells. Biochem Biophys Res Commun 2006; 349(2):597-603.

(2715)   Steffen P, Krell M, Seeling W. [Postoperative analgesia with rofecoxib. How effective is the preoperative application of a 25 mg dose?]. Schmerz 2004; 18(4):278-285.

(2716)   Stein AB, Tang XL, Guo Y, Xuan YT, Dawn B, Bolli R. Delayed adaptation of the heart to stress: late preconditioning. Stroke 2004; 35(11 Suppl 1):2676-2679.

KS-000985

(2717)  Stein CM, Griffin MR, Taylor JA, Pichert JW, Brandt KD, Ray WA. Educational program for nursing home physicians and staff to reduce use of non-steroidal anti-inflammatory drugs among nursing home residents: a randomized controlled trial. Med Care 2001; 39(5):436-445.

(2718)  Steinbrook R. Gag clauses in clinical-trial agreements. N Engl J Med 2005; 352(21):2160-2162.

(2719)  Steinbrook R. Financial conflicts of interest and the Food and Drug Administration's Advisory Committees. N Engl J Med 2005; 353(2):116-118.

(2720)  Steinbrook R. For sale: physicians' prescribing data. N Engl J Med 2006; 354(26):2745-2747.

(2721)  Steinfeld S, Poriau S. Patient and physician satisfaction with rofecoxib in osteoarthritis: results of the EVA (experience with VIOXX in arthritis) survey. Curr Med Res Opin 2001; 17(2):81-87.

(2722)  Steinfeld S, Bjorke PA. Results from a patient survey to assess gastrointestinal burden of non-steroidal anti-inflammatory drug therapy contrasted with a review of data from EVA to determine satisfaction with rofecoxib. Rheumatology (Oxford) 2002; 41 Supp 1:23-27.

(2723)  Steinhubl SR. The use of anti-inflammatory analgesics in the patient with cardiovascular disease: what a pain. J Am Coll Cardiol 2005; 45(8):1302-1303.

(2724)  Stemme V, Swedenborg J, Claesson H, Hansson GK. Expression of cyclo-oxygenase-2 in human atherosclerotic carotid arteries. Eur J Vasc Endovasc Surg 2000; 20(2):146-152.

(2725)  Stenson WF. Cyclooxygenase 2 and wound healing in the stomach. Gastroenterology 1997; 112(2):645-648.

(2726)  Stephens J, Laskin B, Pashos C, Pena B, Wong J. The burden of acute postoperative pain and the potential role of the COX-2-specific inhibitors. Rheumatology (Oxford) 2003; 42 Suppl 3:iii40-iii52.

(2727)  Stevenson DD, Simon RA. Lack of Cross-Reactivity Between Selective COX-2 Inhibitors and Aspirin (ASA) in ASA, Sensitive Asthmatic Subjects [ABSTRACT 806]. J Allergy Clin Immunol 2000; 105(1, Pt. 2):S273-Abstr. 806.

(2728)  Stevenson DD, Simon RA. Lack of cross-reactivity between rofecoxib and aspirin in aspirin-sensitive patients with asthma. J Allergy Clin Immunol 2001; 108(1):47-51.

(2729)  Stichtenoth DO, Wagner B, Frolich JC. Effect of selective inhibition of the inducible cyclooxygenase on renin release in healthy volunteers. J Investig Med 1998; 46(6):290-296.

(2730)  Stichtenoth DO, Wagner B, Frolich JC. Effects of meloxicam and indomethacin on renin release in man. Clin Pharmacol Ther 1998; 63(2):235.

(2731)  Stichtenoth DO, Deicher HR, Frolich JC. Blood donors on medication. Are deferral periods necessary? Eur J Clin Pharmacol 2001; 57(6-7):433-440.

(2732)  Stichtenoth DO. The second generation of COX-2 inhibitors: clinical pharmacological point of view. Mini Rev Med Chem 2004; 4(6):617-624.

(2733)  Steinburg KL. Rofecoxib (Vioxx): a year in review. CMAJ 2001; 164(7):1039-5.

(2734)  Stienburg KL. Rofecoxib (VIOXX): a year in review. Can ADR Newsletter 2001; 11(2):4-7.

(2735)  Stika CS, Gross GA, Leguizamon G et al. A prospective randomized safety trial of celecoxib for treatment of preterm labor. Am J Obstet Gynecol 2002; 187(3):653-660.

(2736)  Stillman MJ, Stillman MT. Appropriate use of NSAIDs: considering cardiovascular risk in the elderly. Geriatrics 2007; 62(3):16-21.

(2737)  Stix G. Better ways to target pain. Sci Am 2007; 296(1):84-6, 88.

(2738)  Stockbrugger RW. Nonsteroidal anti-inflammatory drugs (NSAIDs) in the prevention of colorectal cancer. Eur J Cancer Prev 1999; 9(1 Suppl.):S21-S25.

KS-000986

(2739)  Stock K, Cyprien L, Chang EY. Gastrointestinal bleeding rates among managed care patients newly started on cox-2 inhibitors or nonselective NSAIDs. J Manag Care Pharm 2005; 11(7):550-558.

(2740)  Stokvis E, Rosing H, Beijnen JH. Stable isotopically labeled internal standards in quantitative bioanalysis using liquid chromatography/mass spectrometry: necessity or not? Rapid Commun Mass Spectrom 2005; 19(3):401-407.

(2741)  Stone GW, McLaurin BT, Cox DA et al. Bivalirudin for patients with acute coronary syndromes. N Engl J Med 2006; 355(21):2203-2216.

(2742)  Stone PH. Triggering myocardial infarction. N Engl J Med 2004; 351(17):1716-1718.

(2743)  Stone S, Khamashta MA, Nelson-Piercy C. Nonsteroidal anti-inflammatory drugs and reversible female infertility: is there a link? Drug Saf 2002; 25(8):545-551.

(2744)  Stover RR. Are selective COX 2 inhibitors superior to traditional NSAIDs? Both the CLASS and VIGOR trials support the COX 2 hypothesis. BMJ 2002; 325(7356):161.

(2745)  Stover RR. Both the CLASS and VIGOR trials support the COX 2 hypothesis. BMJ 2002; 325(7356):162-163.

(2746)  Strand V, Hochberg MC. The risk of cardiovascular thrombotic events with selective cyclooxygenase-2 inhibitors. Arthritis Care Res 2002; 47(4):349-355.

(2747)  Strand V, Hochberg MC. The risk of cardiovascular thrombotic events with selective cyclooxygenase-2 inhibitors. Arthritis Rheum 2002; 47(4):349-355.

(2748)  Strand V. Expectations from patients with rheumatoid arthritis regarding COX-2s: cutting to the heart of the matter. J Cardiovasc Pharmacol 2006; 47 Suppl 1:S55-S59.

(2749)  Straube S, Derry S, McQuay HJ, Moore RA. Effect of preoperative Cox-II-selective NSAIDs (coxibs) on postoperative outcomes: a systematic review of randomized studies. Acta Anaesthesiol Scand 2005; 49(5):601-613.

(2750)  Straus WL, Barlas S, Stever GJ, Brater DC. A comparison of the clinical impact of rofecoxib vs celecoxib on new onset hypertension. Arthritis Rheum 2001; 44(9 Suppl.):S317.

(2751)  Strom BL. Potential for conflict of interest in the evaluation of suspected adverse drug reactions: a counterpoint. JAMA 2004; 292(21):2643-2646.

(2752)  Sturkenboom MC, Burke TA, Dieleman JP, Tangelder MJ, Lee F, Goldstein JL. Underutilization of preventive strategies in patients receiving NSAIDs. Rheumatology (Oxford) 2003; 42 Suppl 3:iii23-iii31.

(2753)  Sturkenboom MCJM, Romano F, Simon G et al. The iatrogenic costs of NSAID therapy: a population study. Arthritis Care Res 2002; 47(2):132-140.

(2754)  Sturmer T, Erb A, Keller F, Gunther KP, Brenner H. Determinants of impaired renal function with use of nonsteroidal anti-inflammatory drugs: the importance of half-life and other medications. Am J Med 2001; 111(7):521-527.

(2755)  Sulli A, Villaggio B, Craviotto C et al. Rofecoxib inhibits COX-2 expression and PGE-2 production in primary cultures of synovial macrophages from rheumatoid arthritis patients. Ann Rheum Dis 2002; 61(1 Suppl.):47.

(2756)  Summers RL, Jones SM, Givertz AR. Comparison of the Efficacy of Rofecoxib and Ibuprofen for the Treatment of Acute Musculoskeletal Pain in the Emergency Department. Academic Emergency Medicine 7[5], 528. 2000.
Ref Type: Abstract

(2757)  Sumpradit N, Ascione FJ, Bagozzi RP. A cross-media content analysis of motivational themes in direct-to-consumer prescription drug advertising. Clin Ther 2004; 26(1):135-154.

(2758)  Supuran CT, Casini A, Mastrolorenzo A, Scozzafava A. COX-2 selective inhibitors, carbonic anhydrase inhibition and anticancer properties of sulfonamides belonging to this class of pharmacological agents. Mini Rev Med Chem 2004; 4(6):625-632.

**KS-000987**

(2759)  Swan SK, Lasseter KC, Ryan CF et al. Renal Effects of Multiple-Dose Rofecoxib (R), A COX-2 Inhibitor, in Elderly Subjects. J.Am.Soc.Nephrol. 10, 641A. 1999.
Ref Type: Abstract

(2760)  Swan SK, Rudy DW, Lasseter KC et al. Effect of cyclooxygenase-2 inhibition on renal function in elderly persons receiving a low-salt diet. A randomized, controlled trial. Ann Intern Med 2000; 133(1):1-9.

(2761)  Swan SK, Brater DC. Cyclooxygenase-2 inhibition and renal function: in response. Ann Intern Med 2001; 134(11):1078- In response to 2 letters to the editor (see Docs. #168095 and #168096), the authors of a study reporting renal dysfunction with rofecoxib (see Doc. #163847) emphasize that both celecoxib and rofecoxib can cause sodium retention.  They specifically address Dr. Whelton's unpublished study that he presented at the European League against Rheumatism (EULAR) meeting, which showed that celecoxib was better tolerated than rofecoxib.  They note that another prospective study presented at the same meeting showed that rofecoxib 25 mg was superior to celecoxib 200 mg in osteoarthritis management and adverse events were similar for both drugs.  The authors conclude that the renal effects of COX-2 inhibitors are class-related and these agents should be used cautiously in patients with predisposing disease such as chronic renal failure, severe heart disease, and hepatic failure.  5 refs.

(2762)  Sweet BV, Townsend KA, Tsai CY. Risk assessment of NSAID-induced gastrointestinal toxicity in ambulatory care patients. Am J Health Syst Pharm 2004; 61(18):1917-1921.

(2763)  Sycha T, Anzenhofer S, Lehr S et al. Rofecoxib attenuates both primary and secondary inflammatory hyperalgesia: a randomized, double blinded, placebo controlled crossover trial in the UV-B pain model. Pain 2005; 113(3):316-322.

(2764)  Syeda F, Grosjean J, Houliston RA et al. Cyclooxygenase-2 induction and prostacyclin release by protease-activated receptors in endothelial cells require cooperation between mitogen-activated protein kinase and NF-kappaB pathways. J Biol Chem 2006; 281(17):11792-11804.

(2765)  Szabo IL, Pai R, Soreghan B et al. NSAIDs inhibit the activation of egr-1 gene in microvascular endothelial cells. A key to inhibition of angiogenesis? J Physiol Paris 2001; 95(1-6):379-383.

(2766)  Szalat A, Krasilnikov I, Bloch A, Meir K, Rubinger D, Mevorach D. Acute renal failure and interstitial nephritis in a patient treated with rofecoxib: case report and review of the literature. Arthritis Rheum 2004; 51(4):670-673.

(2767)  Szczeklik A, Nizankowska E, Bochenek G, Nagraba K, Mejza F, Swierczynska M. Safety of a specific COX-2 inhibitor in aspirin-induced asthma. Clin Exp Allergy 2001; 31(2):219-225.

(2768)  Tabet N, Feldmand H. Ibuprofen for Alzheimer's disease. Cochrane Database Syst Rev 2003;(2):CD004031.

(2769)  Tacconelli S, Capone ML, Sciulli MG, Ricciotti E, Patrignani P. The biochemical selectivity of novel COX-2 inhibitors in whole blood assays of COX-isozyme activity. Curr Med Res Opin 2002; 18(8):503-511.

(2770)  Tacconelli S, Capone ML, Patrignani P. Clinical pharmacology of novel selective COX-2 inhibitors. Curr Pharm Des 2004; 10(6):589-601.

(2771)  Taha AS, Hudson N, Hawkey CJ et al. Famotidine for the prevention of gastric and duodenal ulcers caused by nonsteroidal antiinflammatory drugs. N Engl J Med 1996; 334(22):1435-1439.

(2772)  Takami T, Momma K, Imamura S. Increased constriction of the ductus arteriosus by dexamethasone, indomethacin, and rofecoxib in fetal rats. Circ J 2005; 69(3):354-358.

(2773)  Takeeda M, Yamato M, Kato S, Takeuchi K. Cyclooxygenase isozymes involved in adaptive functional responses in rat stomach after barrier disruption. J Pharmacol Exp Ther 2003; 307(2):713-719.

(2774)  Takeeda M, Hayashi Y, Yamato M, Murakami M, Takeuchi K. Roles of endogenous prostaglandins and cyclooxygenase izoenzymes in mucosal defense of inflamed rat stomach. J Physiol Pharmacol 2004; 55(1 Pt 2):193-205.

(2775)  Takeuchi K, Kagawa S, Mimaki H, Aoi M, Kawauchi S. COX and NOS isoforms involved in acid-induced duodenal bicarbonate secretion in rats. Dig Dis Sci 2002; 47(9):2116-2124.

(2776)  Takeuchi K, Tanaka A, Ohno R, Yokota A. Role of COX inhibition in pathogenesis of NSAID-induced small intestinal damage. J Physiol Pharmacol 2003; 54 Suppl 4:165-182.

KS-000988

(2777) Takeuchi K, Miyazawa T, Matsumoto M, Hayashi Y. Both selective COX-1 and COX-2 inhibitors aggravate gastric damage induced in rats by 2-deoxy-D-glucose. relation to gastric hypermotility and COX-2 expression. Digestion 2003; 68(2-3):71-79.

(2778) Takeuchi K, Tanaka A, Hayashi Y, Kubo Y. Functional mechanism underlying COX-2 expression following administration of indomethacin in rat stomachs: importance of gastric hypermotility. Dig Dis Sci 2004; 49(2):180-187.

(2779) Takeuchi K, Tanaka A, Hayashi Y, Yokota A. COX inhibition and NSAID-induced gastric damage--roles in various pathogenic events. Curr Top Med Chem 2005; 5(5):475-486.

(2780) Takeuchi K, Yokota A, Tanaka A, Takahira Y. Factors involved in upregulation of inducible nitric oxide synthase in rat small intestine following administration of nonsteroidal anti-inflammatory drugs. Dig Dis Sci 2006; 51(7):1250-1259.

(2781) Takeuchi K, Aihara E, Sasaki Y, Nomura Y, Ise F. Involvement of cyclooxygenase-1, prostaglandin E2 and EP1 receptors in acid-induced. J Physiol Pharmacol 2006; 57(4):661-676.

(2782) Talley JJ, Brown DL, Carter JS et al. 4-[5-Methyl-3-phenylisoxazol-4-yl]- benzenesulfonamide, valdecoxib: a potent and selective inhibitor of COX-2. J Med Chem 2000; 43(5):775-777.

(2783) Tamura M, Sebastian S, Gurates B, Yang S, Fang Z, Bulun SE. Vascular endothelial growth factor up-regulates cyclooxygenase-2 expression in human endothelial cells. J Clin Endocrinol Metab 2002; 87(7):3504-3507.

(2784) Tan DS, Evanson J, Plowman PN, Chew SL. Post-radiation inflammatory reaction controlled with thalidomide and rofecoxib. Clin Oncol (R Coll Radiol ) 2004; 16(8):585-586.

(2785) Tan SA, Tan LG, Berk LS. The effects of rofecoxib on interferon-gamma, TNF-a, interleukin-6, and C-reactive protein in diabetic patients with atherosclerosis. FASEB J 2002; 16(5 Pt. 2):A943-A944.

(2786) Tanabe T, Tohnai N. Cyclooxygenase isozymes and their gene structures and expression. Prostaglandins Other Lipid Mediat 2002; 68-69:95-114.

(2787) Tanaka A, Araki H, Komoike Y, Hase S, Takeuchi K. Inhibition of both COX-1 and COX-2 is required for development of gastric damage in response to nonsteroidal antiinflammatory drugs. J Physiol Paris 2001; 95(1-6):21-27.

(2788) Tanaka A, Hase S, Miyazawa T, Takeuchi K. Up-regulation of cyclooxygenase-2 by inhibition of cyclooxygenase-1: a key to nonsteroidal anti-inflammatory drug-induced intestinal damage. J Pharmacol Exp Ther 2002; 300(3):754-761.

(2789) Tanaka A, Hase S, Miyazawa T, Ohno R, Takeuchi K. Role of cyclooxygenase (COX)-1 and COX-2 inhibition in nonsteroidal anti-inflammatory drug-induced intestinal damage in rats: relation to various pathogenic events. J Pharmacol Exp Ther 2002; 303(3):1248-1254.

(2790) Tanaka A, Araki H, Hase S, Komoike Y, Takeuchi K. Up-regulation of COX-2 by inhibition of COX-1 in the rat: a key to NSAID-induced gastric injury. Aliment Pharmacol Ther 2002; 16 Suppl 2:90-101.

(2791) Tanaka A, Matsumoto M, Hayashi Y, Takeuchi K. Functional mechanism underlying cyclooxygenase-2 expression in rat small intestine following administration of indomethacin: relation to intestinal hypermotility. J Gastroenterol Hepatol 2005; 20(1):38-45.

(2792) Tanaka A, Hatazawa R, Takahira Y, Izumi N, Filaretova L, Takeuchi K. Preconditioning stress prevents cold restraint stress-induced gastric lesions in rats: roles of COX-1, COX-2, and PLA2. Dig Dis Sci 2007; 52(2):478-487.

(2793) Tanaka T, Delong PA, Amin K et al. Treatment of lung cancer using clinically relevant oral doses of the cyclooxygenase-2 inhibitor rofecoxib: potential value as adjuvant therapy after surgery. Ann Surg 2005; 241(1):168-178.

(2794) Tang C, Liu C, Zhou X, Wang C. Enhanced inhibitive effects of combination of rofecoxib and octreotide on the growth of human gastric cancer. Int J Cancer 2004; 112(3):470-474.

(2795) Tang XL, Xuan YT, Zhu Y, Shirk G, Bolli R. Nicorandil induces late preconditioning against myocardial infarction in conscious rabbits. Am J Physiol Heart Circ Physiol 2004; 286(4):H1273-H1280.

(2796) Tanne JH. Merck faces ongoing claims after Texan ruling on rofecoxib. BMJ 2005; 331(7515):451.

KS-000989

(2797)  Tanne JH. Court awards claimant 13.5m dollars in rofecoxib lawsuit. BMJ 2006; 332(7547):927.

(2798)  Tanne JH. NEJM editor gives pretrial evidence in Vioxx case. BMJ 2006; 332(7536):255-256.

(2799)  Tanne JH. Merck appeals rofecoxib verdict. BMJ 2007; 334(7594):607.

(2800)  Tartas M, Bouye P, Koitka A et al. Early vasodilator response to anodal current application in human is not impaired by cyclooxygenase-2 blockade. Am J Physiol Heart Circ Physiol 2005; 288(4):H1668-H1673.

(2801)  Tassorelli C. Inibitori selettovo della ciclo-ossigenasi-2--un'arma potenziale per la terapia dell'emicrania? [Selective cyclo-oxygenase-2 inhibitors--a potential tool migraine therapy?]. Confin Cephalalgica 2000; 9(1):23.

(2802)  Taxonera C, Mendoza JL. Colorectal cancer and Coxibs. Rev Esp Enferm Dig 2004; 96(10):673-675.

(2803)  Taylor M. Drug samples bring scrutiny. Mod Healthc 2005; 35(18):22.

(2804)  Tedgui A, Mallat Z. Cytokines in atherosclerosis: pathogenic and regulatory pathways. Physiol Rev 2006; 86(2):515-581.

(2805)  Teeling M, Bennett K, Feely J. Have COX 2 inhibitors influenced the co-prescription of anti-ulcer drugs with NSAIDs? Br J Clin Pharmacol 2003; 55(4):419.

(2806)  Teeling M, Bennett K, Feely J. Have COX-2 inhibitors influenced the co-prescription of anti-ulcer drugs with NSAIDs? Br J Clin Pharmacol 2004; 57(3):337-343.

(2807)  Teixeira MZ. Evidence of the principle of similitude in modern fatal iatrogenic events. Homeopathy 2006; 95(4):229-236.

(2808)  Teixeira MZ. NSAIDs, Myocardial infarction, rebound effect and similitude. Homeopathy 2007; 96(1):67-68.

(2809)  ten Tusscher MP, Jacobs PJ, Busch MJ, de GL, Diemont WL. Bilateral anterior toxic optic neuropathy and the use of infliximab. BMJ 2003; 326(7389):579.

(2810)  Tepper S, Silberstein S, Brandes J et al. Randomized, double-blind, placebo-controlled trial of rofecoxib for the acute treatment of migraine [ABSTRACT SAT0053]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr SAT0053.

(2811)  Terplan M. The impact of hospitalists on congestive heart failure. Arch Intern Med 2002; 162(22):2633.

(2812)  Teruyama K, Abe M, Nakano T et al. Role of transcription factor Ets-1 in the apoptosis of human vascular endothelial cells. J Cell Physiol 2001; 188(2):243-252.

(2813)  Tewari P, Nath SS, Mazumdar G. Increased prothrombin time and lactic acidosis: rofecoxib drug interaction with acenocoumarin and metformin. Ann Card Anaesth 2007; 10(1):58-60.

(2814)  Thal LJ, Ferris SH, Kirby L et al. A randomized, double-blind, study of rofecoxib in patients with mild cognitive impairment. Neuropsychopharmacology 2005; 30(6):1204-1215.

(2815)  Theiler R, Uebelhart D, Bischoff H, Good M. Rofecoxib improves quality of life in hip and knee OA patients [ABSTRACT AB0428]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr AB0428.

(2816)  Theiler R, Bischoff-Ferrari HA, Good M, Bellamy N. Responsiveness of the electronic touch screen WOMAC 3.1 OA Index in a short term clinical trial with rofecoxib. Osteoarthritis Cartilage 2004; 12(11):912-916.

(2817)  Theoharides TC, Sant GR. New agents for the medical treatment of interstitial cystitis. Expert Opin Investig Drugs 2001; 10(3):521-546.

(2818)  Therien M, Brideau C, Chan CC et al. Synthesis And Biological Evaluation Of 5,6-Diarylimidazo[2.1-b]Thiazole As Selective Cox-2 Inhibitors. Bioorg Med Chem Lett 1997; 7(1):7-52.

(2819)  Therland KL, Stubbe J, Thiesson HC et al. Cyclooxygenase-2 is expressed in vasculature of normal and ischemic adult human kidney and is colocalized with vascular prostaglandin E2 EP4 receptors. J Am Soc Nephrol 2004; 15(5):1189-1198.

KS-000990

(2820)  Thein AK, Weiler C. Erythromelagia as a differential for flushing: case report and literature review [POSTER 112]. Ann Allergy Asthma Immunol 2003; 90(1):147.

(2821)  Thiebaud P, Patel BV, Nichol MB. Impact of rofecoxib withdrawal on cyclooxygenase-2 utilization among patients with and without cardiovascular risk. Value Health 2006; 9(6):361-368.

(2822)  Thiefin G. [Gastrointestinal complications of nonsteroidal anti-inflammatory drugs and low-dose aspirin]. Gastroenterol Clin Biol 2003; 27(5):498-510.

(2823)  Thom T, Haase N, Rosamond W et al. Heart disease and stroke statistics--2006 update: a report from the American Heart Association Statistics Committee and Stroke Statistics Subcommittee. Circulation 2006; 113(6):e85-151.

(2824)  Thomas DM, Kuhn DM. Cyclooxygenase-2 is an obligatory factor in methamphetamine-induced neurotoxicity. J Pharmacol Exp Ther 2005; 313(2):870-876.

(2825)  Thomas DW, Mannon RB, Mannon PJ et al. Coagulation defects and altered hemodynamic responses in mice lacking receptors for thromboxane A2. J Clin Invest 1998; 102(11):1994-2001.

(2826)  Thomas LG. Increased risk of cardiovascular events with coxibs and NSAIDs. Lancet 2005; 365(9470):1538-1539.

(2827)  Thomas WJ. The Vioxx story: would it have ended differently in the European Union? Am J Law Med 2006; 32(2-3):365-380.

(2828)  Thompson CA. MI risk prompts rofecoxib withdrawal. Am J Health Syst Pharm 2004; 61(21):2234-6, 2238.

(2829)  Thompson CA. COX-2 inhibitors still eyed for cancer prevention. Am J Health Syst Pharm 2005; 62(9):890, 894.

(2830)  Thomsen RW, Riis A, Christensen S, McLaughlin JK, Sorensen HT. Outcome of peptic ulcer bleeding among users of traditional non-steroidal anti-inflammatory drugs and selective cyclo-oxygenase-2 inhibitors. Aliment Pharmacol Ther 2006; 24(10):1431-1438.

(2831)  Thuaire C, Mankoubi L, Range G et al. [Potential pro-thrombotic effects of cyclooxygenase-2. inhibitors Two cases pf myocardial infarction]. Arch Mal Coeur Vaiss 2003; 96(6):683-685.

(2832)  Thun MJ. NSAID use and decreased risk of gastrointestinal cancers. Gastroenterol Clin North Am 1996; 25(2):333-348.

(2833)  Thurmann PA. [Adverse drugs reactions: diagnosis and assessment]. Pathologe 2006; 27(1):6-12.

(2834)  Tikiz C, Utuk O, Bayturan O, Bayindir P, Ekmekci C, Tikiz H. Selective COX-2 inhibition with different doses of rofecoxib does not impair endothelial function in patients with coronary artery disease. Acta Med Okayama 2005; 59(1):11-17.

(2835)  Tilley SL, Coffman TM, Koller BH. Mixed messages: modulation of inflammation and immune responses by prostaglandins and thromboxanes. J Clin Invest 2001; 108(1):15-23.

(2836)  Tiseo BC, Namur GN, de Paula EJ, Junior RM, de Oliveira CR. Experimental study of the action of COX-2 selective nonsteroidal anti-inflammatory drugs and traditional anti-inflammatory drugs in bone regeneration. Clinics 2006; 61(3):223-230.

(2837)  Titchen T, Cranswick N, Beggs S. Adverse drug reactions to nonsteroidal anti-inflammatory drugs, COX-2 inhibitors and paracetamol in a paediatric hospital. Br J Clin Pharmacol 2005; 59(6):718-723.

(2838)  Title LM, Giddens K, McInerney MM, McQueen MJ, Nassar BA. Effect of cyclooxygenase-2 inhibition with rofecoxib on endothelial dysfunction and inflammatory markers in patients with coronary artery disease. J Am Coll Cardiol 2003; 42(10):1747-1753.

(2839)  Titlow K, Randel L, Clancy CM, Emanuel EJ. Drug coverage decisions: the role of dollars and values. Health Aff (Millwood ) 2000; 19(2):240-247.

(2840)  Tomamichel M, Reiner M. Treatment of Thrombophlebitis and Superficial Phlebitis:  A Comparison of Nimesulide and Oxyphenbutazone. Clin Trials J 1983; 20(3):148-157.

KS-000991

(2841)   Tomasoni S, Noris M, Zappella S et al. Upregulation of renal and systemic cyclooxygenase-2 in patients with active lupus nephritis. J Am Soc Nephrol 1998; 9(7):1202-1212.

(2842)   Tomisato W, Tsutsumi S, Hoshino T et al. Role of direct cytotoxic effects of NSAIDs in the induction of gastric lesions. Biochem Pharmacol 2004; 67(3):575-585.

(2843)   Tonsi RC. Two views of licensure. J Am Dent Assoc 2001; 132(11):1500, 1502.

(2844)   Topol EJ. Conflict-of-interest policies. N Engl J Med 2001; 344(13):1017.

(2845)   Topol EJ. Failing the public health--rofecoxib, Merck, and the FDA. N Engl J Med 2004; 351(17):1707-1709.

(2846)   Topol EJ, Falk GW. A coxib a day won't keep the doctor away. Lancet 2004; 364(9435):639-640.

(2847)   Topol EJ, Blumenthal D. Physicians and the investment industry. JAMA 2005; 293(21):2654-2657.

(2848)   Topol EJ. Arthritis medicines and cardiovascular events--"house of coxibs". JAMA 2005; 293(3):366-368.

(2849)   Topper JN, Cai J, Falb D, Gimbrone MA, Jr. Identification of vascular endothelial genes differentially responsive to fluid mechanical stimuli: cyclooxygenase-2, manganese superoxide dismutase, and endothelial cell nitric oxide synthase are selectively up-regulated by steady laminar shear stress. Proc Natl Acad Sci U S A 1996; 93(19):10417-10422.

(2850)   Torralba KD, Bertino JS, Jr., Kashuba ADM, Treadwell FR, Whitaker AM, Nafziger AN. Effect of two COX-2 inhibitors on warfarin metabolism on CYP2C9 extensive metabolizers [ABSTRACT PII-50]. Clin Pharmacol Ther 2001; 69(2):P45-Abstr. PII-50.

(2851)   Torralba KMD, Bertino JS, Jr., Kashuba ADM, Gaedigk A, Nafziger AN. Lack of effect of two COX-2 inhibitors on warfarin stereoisomer metabolism in CYP2C9 extensive metabolizers. Arthritis Rheum 2001; 44(9 Suppl.):S124.

(2852)   Tousoulis D, Davies GJ, Crake T, Toutouzas PC. Vasomotion and nitric oxide bioactivity in diseased coronary arteries. Heart 2002; 87(4):320-321.

(2853)   Toussirot E, Wendling D. Current guidelines for the drug treatment of ankylosing spondylitis. Drugs 1998; 56(2):225-240.

(2854)   Towheed TE, Maxwell L, Judd MG, Catton M, Hochberg MC, Wells G. Acetaminophen for osteoarthritis. Cochrane Database Syst Rev 2006;(1):CD004257.

(2855)   Toyoshima K, Takeda A, Imamura S, Nakanishi T, Momma K. Constriction of the ductus arteriosus by selective inhibition of cyclooxygenase-1 and -2 in near-term and preterm fetal rats. Prostaglandins Other Lipid Mediat 2006; 79(1-2):34-42.

(2856)   Toyota E, Warltier DC, Brock T et al. Vascular endothelial growth factor is required for coronary collateral growth in the rat. Circulation 2005; 112(14):2108-2113.

(2857)   Tran F, Boggie DT, Delattre ML, Schaefer MG, Morreale AP, Plowman BK. Therapeutic interchange involving replacement of rofecoxib or celecoxib with valdecoxib. Am J Health Syst Pharm 2004; 61(13):1391-1394.

(2858)   Treanor JJ, Campbell JD, Zangwill KM, Rowe T, Wolff M. Safety and immunogenicity of an inactivated subvirion influenza A (H5N1) vaccine. N Engl J Med 2006; 354(13):1343-1351.

(2859)   Treiber G, Wex T, Rocken C, Fostitsch P, Malfertheiner P. Impact of biomarkers on disease survival and progression in patients treated with octreotide for advanced hepatocellular carcinoma. J Cancer Res Clin Oncol 2006; 132(11):699-708.

(2860)   Triadafilopoulos G, Kaur B, Sood S, Traxler B, Levine D, Weston A. The effects of esomeprazole combined with aspirin or rofecoxib on prostaglandin E2 production in patients with Barrett's oesophagus. Aliment Pharmacol Ther 2006; 23(7):997-1005.

(2861)   Trivedi MH, Fava M, Wisniewski SR et al. Medication augmentation after the failure of SSRIs for depression. N Engl J Med 2006; 354(12):1243-1252.

KS-000992

(2862)   Truitt K, Schnitzer T, Fleischmann R, Seidenberg B, Ehrich E. A two-part placebo and active comparator-controlled study of rofecoxib in the treatment of rheumatoid arthritis (RA):  one-year experience [POSTER 424]. Ann Rheum Dis 2000; 59(1 Suppl.):165.

(2863)   Truitt KE, Ferrandiz M, Kiss M et al. Steady-state plasma concentrations of rofecoxib in children with juvenile rheumatoid arthritis [ABSTRACT OP0094]. Ann Rheum Dis 2001; 60(1 Suppl.):CD Abstract OP0094.

(2864)   Truitt KE, Lee M, DeTora LM, Anderson M, Zhao PL. Results of a pivotal (Phase III) placebo and active comparator controlled efficacy trial of rofecoxib 12.5 and 25 mg in adult patients with rheumatoid arthritis (RA). Arthritis Rheum 2001; 44(9 Suppl.):S369.

(2865)   Truitt KE, Sperling RS, Ettinger WH, Jr. et al. A multicenter, randomized, controlled trial to evaluate the safety profile, tolerability, and efficacy of rofecoxib in advanced elderly patients with osteoarthritis. Aging (Milano.) 13[2], 112-121. 2001.
Ref Type: Abstract

(2866)   Truitt KE, Guesens PP, DeTora LM, Zhao PL, Kress B. Results of a pivotal (phase III) placebo and active comparator controlled efficacy trial of rofecoxib 25 and 50 mg in adult patients with rheumatoid arthritis (RA) [ABSTRACT FRI0037]. Ann Rheum Dis 2001; 60(1 Suppl.):CD Abstract FRI0037.

(2867)   Truitt KE, Zhao PL, DeTora LM, Shah RJ. Rofecoxib (ROF) showed consistent efficacy in rheumatoid arthritis (RA) patient subgroups defined by baseline characteristics or concomitant RA therapy use. Ann Rheum Dis 2002; 61(1 Suppl.):45.

(2868)   Tseng WW, Deganutti A, Chen MN, Saxton RE, Liu CD. Selective cyclooxygenase-2 inhibitor rofecoxib (Vioxx) induces expression of cell cycle arrest genes and slows tumor growth in human pancreatic cancer. J Gastrointest Surg 2002; 6(6):838-843.

(2869)   Tsoukas C, Eyster ME, Shingo S et al. Evaluation of the efficacy and safety of etoricoxib in the treatment of hemophilic arthropathy. Blood 2006; 107(5):1785-1790.

(2870)   Tsujii M, DuBois RN. Alterations in cellular adhesion and apoptosis in epithelial cells overexpressing prostaglandin endoperoxide synthase 2. Cell 1995; 83(3):493-501.

(2871)   Tu CT, Guo JS, Wang M, Wang JY. Antifibrotic activity of rofecoxib in vivo is associated with reduced portal hypertension in rats with carbon tetrachloride-induced liver injury. J Gastroenterol Hepatol 2007; 22(6):877-884.

(2872)   Tuettenberg J, Grobholz R, Korn T, Wenz F, Erber R, Vajkoczy P. Continuous low-dose chemotherapy plus inhibition of cyclooxygenase-2 as an antiangiogenic therapy of glioblastoma multiforme. J Cancer Res Clin Oncol 2005; 131(1):31-40.

(2873)   Tugendreich S, Pearson CI, Sagartz J, Jarnagin K, Kolaja K. NSAID-induced acute phase response is due to increased intestinal permeability and characterized by early and consistent alterations in hepatic gene expression. Toxicol Pathol 2006; 34(2):168-179.

(2874)   Tugwell P, Judd MG, Fries JF, Singh G, Wells GA. Powering our way to the elusive side effect: a composite outcome 'basket' of predefined designated endpoints in each organ system should be included in all controlled trials. J Clin Epidemiol 2005; 58(8):785-790.

(2875)   Tuleja E, Mejza F, Cmiel A, Szczeklik A. Effects of cyclooxygenases inhibitors on vasoactive prostanoids and thrombin generation at the site of microvascular injury in healthy men. Arterioscler Thromb Vasc Biol 2003; 23(6):1111-1115.

(2876)   Turan A, Emet S, Karamanlioglu B, Memis D, Turan N, Pamukcu Z. Analgesic effects of rofecoxib in ear-nose-throat surgery. Anesth Analg 2002; 95(5):1308-11, table.

(2877)   Turan A, White PF, Karamanlioglu B et al. Gabapentin: an alternative to the cyclooxygenase-2 inhibitors for perioperative pain management. Anesth Analg 2006; 102(1):175-181.

(2878)   Turesson C, Jarenros A, Jacobsson L. Increased incidence of cardiovascular disease in patients with rheumatoid arthritis: results from a community based study. Ann Rheum Dis 2004; 63(8):952-955.

(2879)   Turner M, Affonso A, Fudin J, Rivera W. Clinical case study. Am J Hosp Palliat Care 2001; 18(6):429-431.

KS-000993

(2880)  Tuzcu EM, Kapadia SR, Tutar E et al. High prevalence of coronary atherosclerosis in asymptomatic teenagers and young adults: evidence from intravascular ultrasound. Circulation 2001; 103(22):2705-2710.

(2881)  Tzivoni J, Monakier D, Klutstein MW, Matas M, Zedek S. Rofecoxib, a COX-2 inhibitor NSAID lowers C-reactive protein and IL-6 level in patients with unstable angina pectoris [ABSTRACT 1303]. Eur Heart J 2001; 22(Abstr. Suppl.):241-Abstr. 1303.

(2882)  Umar A, Boisseau M, Yusup A, Upur H, Begaud B, Moore N. Interactions between aspirin and COX-2 inhibitors or NSAIDs in a rat thrombosis model. Fundam Clin Pharmacol 2004; 18(5):559-563.

(2883)  Underwood MJ, More RS. The aspirin papers. BMJ 1994; 308(6921):71-72.

(2884)  Urquhart J. Some key points emerging from the COX-2 controversy. Pharmacoepidemiol Drug Saf 2005; 14(3):145-147.

(2885)  Usher C, Bennett K, Teeling M, Feely J. Characterizing new users of NSAIDs before and after rofecoxib withdrawal. Br J Clin Pharmacol 2007; 63(4):494-497.

(2886)  Vadas P, Stefanski E, Wloch M, Grouix B, van den BH, Kennedy B. Secretory non-pancreatic phospholipase A2 and cyclooxygenase-2 expression by tracheobronchial smooth muscle cells. Eur J Biochem 1996; 235(3):557-563.

(2887)  Vainio H, Morgan G, Kleihues P. An international evaluation of the cancer-preventive potential of nonsteroidal anti-inflammatory drugs. Cancer Epidemiol Biomarkers Prev 1997; 6(9):749-753.

(2888)  Vainio H, Morgan G. Cyclo-oxygenase 2 and breast cancer prevention. Non-steroidal anti-inflammatory agents are worth testing in breast cancer. BMJ 1998; 317(7162):828.

(2889)  Vaisbich MH, Fujimura MD, Koch VH. Bartter syndrome: benefits and side effects of long-term treatment. Pediatr Nephrol 2004; 19(8):858-863.

(2890)  Vajja BN, Juluri S, Kumari M, Kole L, Chakrabarti R, Joshi VD. Lipopolysaccharide-induced paw edema model for detection of cytokine modulating anti-inflammatory agents. Int Immunopharmacol 2004; 4(7):901-909.

(2891)  Valero A, Baltasar MA, Enrique E et al. Rofecoxib a COX-1 sparing in NSAIDs sensitive patients [ABSTRACT 704]. Allergy 2001; 56(68 Suppl.):221.

(2892)  Valero A, Baltasar M, Enrique E et al. NSAID-sensitive patients tolerate rofecoxib. Allergy 2002; 57(12):1214-1215.

(2893)  Vallano PT, Mazenko RS, Woolf EJ, Matuszewski BK. Monolithic silica liquid chromatography columns for the determination of cyclooxygenase II inhibitors in human plasma. J Chromatogr B Analyt Technol Biomed Life Sci 2002; 779(2):249-257.

(2894)  van Adelsburg J, Truitt KE, DeTora LM et al. One-year results from an active comparator-controlled trial of rofecoxib in patients with rheumatoid arthritis (RA) [ABSTRACT 852]. Arthritis Rheum 2002; 46(9 Suppl.):S336-S337, Abstr. 852.

(2895)  van der Heide HJ, Koorevaar RC, Lemmens JA, Van KA, Schreurs BW. Rofecoxib inhibits heterotopic ossification after total hip arthroplasty. Arch Orthop Trauma Surg 2006.

(2896)  van der Heide HJ, Rijnberg WJ, Van SA, Van KA, Schreurs BW. Similar effects of rofecoxib and indomethacin on the incidence of heterotopic ossification after hip arthroplasty. Acta Orthop 2007; 78(1):90-94.

(2897)  van Grootheest AC, Groote JK, de Jong-van den Berg LT. Intensive monitoring of new drugs based on first prescription signals from pharmacists: a pilot study. Pharmacoepidemiol Drug Saf 2003; 12(6):475-481.

(2898)  Van Hecken A, Depre M, Ehrich E et al. Demonstration of specific COX-2 inhibition by MK-966 in humans with supratherapeutic doses [ABSTRACT PII-69]. Clin Pharmacol Ther 1999; 65(2):164-Abstr. PII-69.

(2899)  van Kuijk C, Cheng X, Hottya G et al. The effects of rofecoxib and diclofenac on knee osteoarthritis (OA) articular cartilage:  the results from one-year prospective clinical trials. Arthritis Rheum 2000; 43(9 Suppl.):S220.

(2900)  van Kuijk C, Cheng X, Hottya G et al. The effects of rofecoxib and diclofenac on knee osteoarthritis (OA) articular cartilage:  the results from one-year prospective clinical trials [ABSTRACT 82]. Ann Rheum Dis 2000; 59(Suppl.):55.

KS-000994