(2901)   Van Solingen RM, Rosenstein ED, Mihailescu G et al. Comparison of the effects of ketoprofen on platelet function in the presence and absence of aspirin. Am J Med 2001; 111(4):285-289.

(2902)   van Stolk RU, Beck GJ, Baron JA, Haile R, Summers R. Adenoma characteristics at first colonoscopy as predictors of adenoma recurrence and characteristics at follow-up. The Polyp Prevention Study Group. Gastroenterology 1998; 115(1):13-18.

(2903)   van Zelm MC, Reisli I, van der BM et al. An antibody-deficiency syndrome due to mutations in the CD19 gene. N Engl J Med 2006; 354(18):1901-1912.

(2904)   VAN DORP, BEERTHUIS RK, Nugteren DH, Vonkeman H. THE BIOSYNTHESIS OF PROSTAGLANDINS. Biochim Biophys Acta 1964; 90:204-207.

(2905)   Van DS, McColl G, Wicks IP. Accelerated atherosclerosis: an extraarticular feature of rheumatoid arthritis? Arthritis Rheum 2002; 46(4):862-873.

(2906)   Van HA, Schwartz JI, Depre M et al. Comparative inhibitory activity of rofecoxib, meloxicam, diclofenac, ibuprofen, and naproxen on COX-2 versus COX-1 in healthy volunteers. J Clin Pharmacol 2000; 40(10):1109-1120.

(2907)   van KB, De BJ, Ten DN, Fijnheer R, Rothova A. The effect of non-steroidal anti-inflammatory drugs on inflammatory cystoid macular edema. Am J Ophthalmol 2005; 140(3):563-564.

(2908)   van KF, Ciabattoni G, Patrono C, Dippel DW, Koudstaal PJ. Platelet activation and lipid peroxidation in patients with acute ischemic stroke. Stroke 1997; 28(8):1557-1563.

(2909)   van KF, Ciabattoni G, Koudstaal PJ, Dippel DW, Patrono C. Increased platelet activation in the chronic phase after cerebral ischemia and intracerebral hemorrhage. Stroke 1999; 30(3):546-549.

(2910)   van RJ, Pairet M. Selective cyclooxygenase-2 inhibitors: pharmacology, clinical effects and therapeutic potential. Expert Opin Investig Drugs 1997; 6(5):609-614.

(2911)   Van WC, III. The great rofecoxib feeding frenzy. JPEN J Parenter Enteral Nutr 2005; 29(2):136-138.

(2912)   Vanchieri C. Vioxx withdrawal alarms cancer prevention researchers. J Natl Cancer Inst 2004; 96(23):1734-1735.

(2913)   Vanchieri C. Researchers plan to continue to study COX-2 inhibitors in cancer treatment and prevention. J Natl Cancer Inst 2005; 97(8):552-553.

(2914)   VanderEnde DS, Morrow JD. Release of markedly increased quantities of prostaglandin D2 from the skin in vivo in humans after the application of cinnamic aldehyde. J Am Acad Dermatol 2001; 45(1):62-67.

(2915)   Vane J, Botting R. Inflammation and the mechanism of action of anti-inflammatory drugs. FASEB J 1987; 1(2):89-96.

(2916)   Vane JR. Inhibition of prostaglandin synthesis as a mechanism of action for aspirin-like drugs. Nat New Biol 1971; 231(25):232-235.

(2917)   Vane JR, Botting RM. New insights into the mode of action of anti-inflammatory drugs. Inflamm Res 1995; 44(1):1-10.

(2918)   Vane JR, Meade TW. Second European Stroke Prevention Study (ESPS 2): clinical and pharmacological implications. J Neurol Sci 1997; 145(2):123-125.

(2919)   Vane JR, Bakhle YS, Botting RM. Cyclooxygenases 1 and 2. Annu Rev Pharmacol Toxicol 1998; 38:97-120.

(2920)   Vane JR, Botting RM. Mechanism of action of nonsteroidal anti-inflammatory drugs. Am J Med 1998; 104(3A):2S-8S.

(2921)   Vane JR. Biomedicine. Back to an aspirin a day? Science 2002; 296(5567):474-475.

(2922)   Vane JR. Adventures and excursions in bioassay: the stepping stones to prostacylin. Biosci Rep 2004; 24(4-5):254-279.

(2923)   Vannacci A, Giannini L, Passani MB et al. The endocannabinoid 2-arachidonylglycerol decreases the immunological activation of Guinea pig mast cells: involvement of nitric oxide and eicosanoids. J Pharmacol Exp Ther 2004; 311(1):256-264.

KS-000905

(2924) Vapaatalo H, Mervaala E. Clinically important factors influencing endothelial function. Med Sci Monit 2001; 7(5):1075-1085.

(2925) Varga J. Wolf in sheep's clothing? Am J Hosp Palliat Care 2000; 17(4):280.

(2926) Varga J, Dickman A. Ibuprofen to rofecoxib: what does it all mean and what do I do now? Am J Hosp Palliat Care 2001; 18(4):271-274.

(2927) Vaszar LT, Stevenson DD. Aspirin-induced asthma. Clin Rev Allergy Immunol 2001; 21(1):71-87.

(2928) Veillard NR, Kwak B, Pelli G et al. Antagonism of RANTES receptors reduces atherosclerotic plaque formation in mice. Circ Res 2004; 94(2):253-261.

(2929) Velentgas P, West W, Cannuscio CC, Watson DJ, Walker AM. Cardiovascular risk of selective cyclooxygenase-2 inhibitors and other non-aspirin non-steroidal anti-inflammatory medications. Pharmacoepidemiol Drug Saf 2006; 15(9):641-652.

(2930) Venugopal SK, Devaraj S, Jialal I. C-reactive protein decreases prostacyclin release from human aortic endothelial cells. Circulation 2003; 108(14):1676-1678.

(2931) Verburg KM, Maziasz TJ, Weiner E, Loose L, Geis GS, Isakson PC. Cox-2-specific inhibitors: definition of a new therapeutic concept. Am J Ther 2001; 8(1):49-64.

(2932) Verhamme KM, Dieleman JP, Van Wijk MA et al. Nonsteroidal anti-inflammatory drugs and increased risk of acute urinary retention. Arch Intern Med 2005; 165(13):1547-1551.

(2933) Verheggen PW, de Maat MP, Cats VM et al. Inflammatory status as a main determinant of outcome in patients with unstable angina, independent of coagulation activation and endothelial cell function. Eur Heart J 1999; 20(8):567-574.

(2934) Verheugt FW, Smith SC, Jr. The lady aspirin for cardiovascular disease. Lancet 2005; 366(9492):1148-1150.

(2935) Verma S, Raj SR, Shewchuk L, Anderson TJ. Specific COX-2 blockade does not impair endothelial function in humans: randomized evaluation of rofecoxib (VIOXX) versus naproxen (NAPROSYN) on endothelium dependent vasodilation (The COXE Study). Circulation 2001; 104(17 Suppl.):II240.

(2936) Verma S, Raj SR, Shewchuk L, Mather KJ, Anderson TJ. Cyclooxygenase-2 blockade does not impair endothelial vasodilator function in healthy volunteers: randomized evaluation of rofecoxib versus naproxen on endothelium-dependent vasodilatation. Circulation 2001; 104(24):2879-2882.

(2937) Verma S, Szmitko PE. Coxibs and the endothelium. J Am Coll Cardiol 2003; 42(10):1754-1756.

(2938) Verrico MM, Weber RJ, McKaveney TP, Ansani NT, Towers AL. Adverse Drug Events Involving COX-2 Inhibitors. Ann Pharmacother 2003; 37(9):1203-1213.

(2939) Vesikari T, Matson DO, Dennehy P et al. Safety and efficacy of a pentavalent human-bovine (WC3) reassortant rotavirus vaccine. N Engl J Med 2006; 354(1):23-33.

(2940) Vidal C, Gomez-Hernandez A, Sanchez-Galan E et al. Licofelone, a balanced inhibitor of cyclooxygenase and 5-lipoxygenase, reduces inflammation in a rabbit model of atherosclerosis. J Pharmacol Exp Ther 2007; 320(1):108-116.

(2941) Vigdahl RL, Tukey RH. Mechanism of action of novel anti-inflammmatory drugs diflumidone and R-805. Biochem Pharmacol 1977; 26(4):307-311.

(2942) Vila L. Cyclooxygenase and 5-lipoxygenase pathways in the vessel wall: role in atherosclerosis. Med Res Rev 2004; 24(4):399-424.

(2943) Villalba L, Witter J. Rofecoxib, Merck, and the FDA. N Engl J Med 2004; 351(27):2875-2878.

(2944) Vinals M, Martinez-Gonzalez J, Badimon JJ, Badimon L. HDL-induced prostacyclin release in smooth muscle cells is dependent on cyclooxygenase-2 (Cox-2). Arterioscler Thromb Vasc Biol 1997; 17(12):3481-3488.

KS-000996

(2945)   Vintiloiu A, Mullett WM, Papp R, Lubda D, Kwong E. Combining restricted access material (RAM) and turbulent flow for the rapid on-line extraction of the cyclooxygenase-2 inhibitor rofecoxib in plasma samples. J Chromatogr A 2005; 1082(2):150-157.

(2946)   Virdis A, Colucci R, Fornai M et al. Cyclooxygenase-2 inhibition improves vascular endothelial dysfunction in a rat model of endotoxic shock: role of inducible nitric-oxide synthase and oxidative stress. J Pharmacol Exp Ther 2005; 312(3):945-953.

(2947)   Visser PJ, Scheltens P, Verhey FR. Do MCI criteria in drug trials accurately identify subjects with predementia Alzheimer's disease? J Neurol Neurosurg Psychiatry 2005; 76(10):1348-1354.

(2948)   Vlahovic-Palcevski V, Wettermark B, Bergman U. Quality of non-steroidal anti-inflammatory drug prescribing in Croatia (Rijeka) and Sweden (Stockholm). Eur J Clin Pharmacol 2002; 58(3):209-214.

(2949)   Vogt T, Hafner C, Bross K et al. Antiangiogenic therapy with pioglitazone, rofecoxib, and metronomic trofosfamide in patients with advanced malignant vascular tumors. Cancer 2003; 98(10):2251-2256.

(2950)   von Euler US. On the specific vaso-dilating and plain muscle stimulating substances from accessory genital glands in man and certain animals (prostaglandin and vesiglandin). J Physiol 1936; 88(2):213-234.

(2951)   von Rahden BH, Stein HJ, Puhringer F et al. Coexpression of cyclooxygenases (COX-1, COX-2) and vascular endothelial growth factors (VEGF-A, VEGF-C) in esophageal adenocarcinoma. Cancer Res 2005; 65(12):5038-5044.

(2952)   Von Seggern RL, Mannix LK, Adelman JU. AN OPEN-LABEL TRIAL OF ROPECOXIB IN THE PREVENTIVE TREATMENT OF PERI-MENSTRUAL MIGRAINE [ABSTRACT 163299]. Headache 2000; 40(5):436-Abstr. 163299.

(2953)   Von Seggern RL, Mannix LK, Adelman JU. Rofecoxib in the prevention of perimenstrual migraine: an open-label pilot trial. Headache 2004; 44(2):160-165.

(2954)   Vona-Davis L, Riggs DR, Jackson BJ, McFadden DW. Antiproliferative and apoptotic effects of rofecoxib on esophageal cancer in vitro(1). J Surg Res 2004; 119(2):143-148.

(2955)   Vu D, Murty M, McMorran M. Selective COX-2 inhibitors: suspected cardiovascular/cerebrovascular adverse reactions. Can Adv Reaction Newsletter 2002; 12(2):1-4.

(2956)   Wactawski-Wende J, Kotchen JM, Anderson GL et al. Calcium plus vitamin D supplementation and the risk of colorectal cancer. N Engl J Med 2006; 354(7):684-696.

(2957)   Wadman M. Drug safety special: the safety catch. Nature 2005; 434(7033):554-556.

(2958)   Wadman M. Journal grows suspicious of Vioxx data. Nature 2005; 438(7070):899.

(2959)   Wadman M. Vioxx may go back on sale after scraping past FDA panel. Nature 2005; 433(7028):790.

(2960)   Wadman M. How does a painkiller harm the heart? Nature 2006; 441(7091):262.

(2961)   Wadman M. Moment of reckoning. Nature 2007; 446(7138):844-845.

(2962)   Wadman M. Experts call for active surveillance of drug safety. Nature 2007; 446(7134):358-359.

(2963)   Wadman M. Man on a mission. Nature 2007; 447(7144):513.

(2964)   Walker MM. Cyclooxygenase-2 expression in early gastric cancer, intestinal metaplasia and Helicobacter pylori infection. Eur J Gastroenterol Hepatol 2002; 14(4):347-349.

(2965)   Wallace JL, McKnight W, Miyasaka M et al. Role of endothelial adhesion molecules in NSAID-induced gastric mucosal injury. Am J Physiol 1993; 265(5 Pt 1):G993-G998.

(2966)   Wallace JL. NSAID gastroenteropathy: past, present and future. Can J Gastroenterol 1996; 10(7):451-459.

(2967)   Wallace JL. Nonsteroidal anti-inflammatory drugs and gastroenteropathy: the second hundred years. Gastroenterology 1997; 112(3):1000-1016.

KS-000997

(2968) Wallace JL, Bak A, McKnight W, Asfaha S, Sharkey KA, MacNaughton WK. Cyclooxygenase 1 contributes to inflammatory responses in rats and mice: implications for gastrointestinal toxicity. Gastroenterology 1998; 115(1):101-109.

(2969) Wallace JL, Muscara MN. Selective cyclo-oxygenase-2 inhibitors: cardiovascular and gastrointestinal toxicity. Dig Liver Dis 2001; 33 Suppl 2:S21-S28.

(2970) Wallace JL. Selective cyclooxygenase-2 inhibitors: after the smoke has cleared. Dig Liver Dis 2002; 34(2):89-94.

(2971) Wallberg-Jonsson S, Ohman ML, Dahlqvist SR. Cardiovascular morbidity and mortality in patients with seropositive rheumatoid arthritis in Northern Sweden. J Rheumatol 1997; 24(3):445-451.

(2972) Wallberg-Jonsson S, Johansson H, Ohman ML, Rantapaa-Dahlqvist S. Extent of inflammation predicts cardiovascular disease and overall mortality in seropositive rheumatoid arthritis. A retrospective cohort study from disease onset. J Rheumatol 1999; 26(12):2562-2571.

(2973) Waller PC, Evans SJ, Beard K. Drug safety and regulation. BMJ 2005; 331(7507):4-5.

(2974) Walsh RA. Nicotine lozenge trial: a "Real-World" perspective. Arch Intern Med 2002; 162(22):2632-2633.

(2975) Waltenberger J. [Pathophysiological bases of unstable coronary syndrome]. Herz 2001; 26 Suppl 1:2-8.

(2976) Walter MF, Jacob RF, Day CA, Dahlborg R, Weng Y, Mason RP. Sulfone COX-2 inhibitors increase susceptibility of human LDL and plasma to oxidative modification: comparison to sulfonamide COX-2 inhibitors and NSAIDs. Atherosclerosis 2004; 177(2):235-243.

(2977) Wang A, Nishihashi T, Murakami S et al. Noradrenaline-induced contraction mediated by endothelial COX-1 metabolites in the rat coronary artery. J Cardiovasc Pharmacol 2003; 42 Suppl 1:S39-S42.

(2978) Wang D, Wang M, Cheng Y, FitzGerald GA. Cardiovascular hazard and non-steroidal anti-inflammatory drugs. Curr Opin Pharmacol 2005; 5(2):204-210.

(2979) Wang JG, Staessen JA, Franklin SS, Fagard R, Gueyffier F. Systolic and diastolic blood pressure lowering as determinants of cardiovascular outcome. Hypertension 2005; 45(5):907-913.

(2980) Wang JL, Cheng HF, Harris RC. Cyclooxygenase-2 inhibition decreases renin content and lowers blood pressure in a model of renovascular hypertension. Hypertension 1999; 34(1):96-101.

(2981) Wang JL, Cheng HF, Shappell S, Harris RC. A selective cyclooxygenase-2 inhibitor decreases proteinuria and retards progressive renal injury in rats. Kidney Int 2000; 57(6):2334-2342.

(2982) Wang K, Tarakji K, Zhou Z et al. Celecoxib, a selective cyclooxygenase-2 inhibitor, decreases monocyte chemoattractant protein-1 expression and neointimal hyperplasia in the rabbit atherosclerotic balloon injury model. J Cardiovasc Pharmacol 2005; 45(1):61-67.

(2983) Wang M, Zukas AM, Hui Y, Ricciotti E, Pure E, FitzGerald GA. Deletion of microsomal prostaglandin E synthase-1 augments prostacyclin and retards atherogenesis. Proc Natl Acad Sci U S A 2006; 103(39):14507-14512.

(2984) Wang P, Shi YJ, Helmy R, Reamer R, Vailaya A. Identification of a trace colored impurity in drug substance by preparative liquid chromatography and mass spectrometry. Rapid Commun Mass Spectrom 2005; 19(24):3749-3754.

(2985) Wang TJ, Vasan RS. Epidemiology of uncontrolled hypertension in the United States. Circulation 2005; 112(11):1651-1662.

(2986) Wang TJ, Gona P, Larson MG et al. Multiple biomarkers for the prediction of first major cardiovascular events and death. N Engl J Med 2006; 355(25):2631-2639.

(2987) Wang XM, Wu TX, Lee YS, Dionne RA. Rofecoxib regulates the expression of genes related to the matrix metalloproteinase pathway in humans: implication for the adverse effects of cyclooxygenase-2 inhibitors. Clin Pharmacol Ther 2006; 79(4):303-315.

KS-000998

(2988)   Wang XM, Wu TX, Hamza M, Ramsay ES, Wahl SM, Dionne RA. Rofecoxib modulates multiple gene expression pathways in a clinical model of acute inflammatory pain. Pain 2007; 128(1-2):136-147.

(2989)   Ward MM, Fries JF. Trends in antirheumatic medication use among patients with rheumatoid arthritis, 1981-1996. J Rheumatol 1998; 25(3):408-416.

(2990)   Ward MM. Recent improvements in survival in patients with rheumatoid arthritis: better outcomes or different study designs? Arthritis Rheum 2001; 44(6):1467-1469.

(2991)   Ward MM, Kuzis S. Medication toxicity among patients with ankylosing spondylitis. Arthritis Care Res 2002; 47(3):234-241.

(2992)   Warden SJ. Cyclo-oxygenase-2 inhibitors: beneficial or detrimental for athletes with acute musculoskeletal injuries? Sports Med 2005; 35(4):271-283.

(2993)   Wardle EN. Cyclo-oxygenase-2 inhibitors to treat gastrointestinal bleeding. Lancet 2001; 358(9292):1550.

(2994)   Wardle EN. Coxibs and caution. J R Soc Med 2005; 98(2):86.

(2995)   Ware JE, Jr., Sherbourne CD. The MOS 36-item short-form health survey (SF-36). I. Conceptual framework and item selection. Med Care 1992; 30(6):473-483.

(2996)   Warner JS. Frequent migraine and migraine status without tension-type headaches: an unusual presentation of rebound headaches. Cephalalgia 2003; 23(4):309-313.

(2997)   Warner TD, Giuliano F, Vojnovic I, Bukasa A, Mitchell JA, Vane JR. Nonsteroid drug selectivities for cyclo-oxygenase-1 rather than cyclo-oxygenase-2 are associated with human gastrointestinal toxicity: a full in vitro analysis. Proc Natl Acad Sci U S A 1999; 96(13):7563-7568.

(2998)   Warner TD, Mitchell JA, Vane JR. Cyclo-oxygenase-2 inhibitors and cardiovascular events. Lancet 2002; 360(9346):1700-1701.

(2999)   Warner TD, Mitchell JA. Cyclooxygenases: new forms, new inhibitors, and lessons from the clinic. FASEB J 2004; 18(7):790-804.

(3000)   Warner TD, Vojnovic I, Giuliano F, Jimenez R, Bishop-Bailey D, Mitchell JA. Cyclooxygenases 1, 2, and 3 and the production of prostaglandin I2: investigating the activities of acetaminophen and cyclooxygenase-2-selective inhibitors in rat tissues. J Pharmacol Exp Ther 2004; 310(2):642-647.

(3001)   Warner TD, Vojnovic I, Bishop-Bailey D, Mitchell JA. Influence of plasma protein on the potencies of inhibitors of cyclooxygenase-1 and -2. FASEB J 2006; 20(3):542-544.

(3002)   Warzecha Z, Dembinski A, Ceranowicz P et al. Inhibition of cyclooxygenase-2 reduces the protective effect of hepatocyte growth factor in experimental pancreatitis. Eur J Pharmacol 2004; 486(1):107-119.

(3003)   Warzecha Z, Dembinski A, Ceranowicz P et al. Ischemic preconditioning inhibits development of edematous cerulein-induced pancreatitis: involvement of cyclooxygenases and heat shock protein 70. World J Gastroenterol 2005; 11(38):5958-5965.

(3004)   Waskewich C, Blumenthal RD, Li H, Stein R, Goldenberg DM, Burton J. Celecoxib exhibits the greatest potency amongst cyclooxygenase (COX) inhibitors for growth inhibition of COX-2-negative hematopoietic and epithelial cell lines. Cancer Res 2002; 62(7):2029-2033.

(3005)   Wasner C, Britton MC, Kraines RG, Kaye RL, Bobrove AM, Fries JF. Nonsteroidal anti-inflammatory agents in rheumatoid arthritis and ankylosing spondylitis. JAMA 1981; 246(19):2168-2172.

(3006)   Watanabe H, Katoh T, Eiro M et al. Effects of salt loading on blood pressure in mice lacking the prostanoid receptor gene. Circ J 2005; 69(1):124-126.

(3007)   Watcha MF, Issioui T, Klein KW, White PF. Costs and effectiveness of rofecoxib, celecoxib, and acetaminophen for preventing pain after ambulatory otolaryngologic surgery. Anesth Analg 2003; 96(4):987-94, table.

KS-000999

(3008)  Watson DJ, Harper S, Zhao P, Bolognese J, Simon T, Seidenberg B. Treatment with rofecoxib required less gastrointestinal (GI) co-medication and fewer GI procedures than nonspecific cyclooxygenase inhibitors (NSAIDs). Arthritis Rheum 1999; 42(9 Suppl.):S403.

(3009)  Watson DJ, Harper SE, Zhao PL, Quan H, Bolognese JA, Simon TJ. Gastrointestinal tolerability of the selective cyclooxygenase-2 (COX-2) inhibitor rofecoxib compared with nonselective COX-1 and COX-2 inhibitors in osteoarthritis. Arch Intern Med 2000; 160(19):2998-3003.

(3010)  Watson DJ, Harper S, Zhao P, Bolognese J, Simon T, Seidenberg B. Gastrointestinal (GI) co-medications and GI procedures with rofecoxib vs. nonspecific cyclooxygenase inhibitors (NSAIDs) [POSTER 294]. Ann Rheum Dis 2000; 59(1 Suppl.):134.

(3011)  Watson DJ, Harper SE, Zhao PL, Bolognese JA, Simon TJ. Gastrointestinal medications and procedures in osteoarthritis patients treated with rofecoxib compared with nonselective NSAIDs. MedGenMed 2001; 3(4):6.

(3012)  Watson DJ, Yu Q, Bolognese JA, Reicin AS, Holmes RH, Simon TJ. An update on the upper-GI safety profile of rofecoxib (VIOXX) compared with NSAIDs [ABSTRACT 735]. Am J Gastroenterol 2002; 97(9 Suppl.):S241.

(3013)  Watson DJ, Yu Q, Bolognese JA, Reicin AS, Holmes RH, Simon TJ. An updated combined analysis of upper-GI events in clinical trials with rofecoxib (VIOXX) vs. nonselective cyclooxygenase inhibitors (NSAIDs) [ABSTRACT 484]. Arthritis Rheum 2002; 46(9 Suppl.):S211-Abstr. 484.

(3014)  Watson DJ, Rhodes T, Cai B, Guess HA. Risk of myocardial infarction associated with selective COX-2 inhibitors: questions remain.  In reply. Arch Intern Med 2002; 162(22):-2642.

(3015)  Watson DJ, Rhodes T, Cai B, Guess HA. Lower risk of thromboembolic cardiovascular events with naproxen among patients with rheumatoid arthritis. Arch Intern Med 2002; 162(10):1105-1110.

(3016)  Watson DJ, Rhodes T, Guess HA. All-cause mortality and vascular events among patients with rheumatoid arthritis, osteoarthritis, or no arthritis in the UK General Practice Research Database. J Rheumatol 2003; 30(6):1196-1202.

(3017)  Watson DJ, Yu Q, Bolognese JA, Reicin AS, Simon TJ. The upper gastrointestinal safety of rofecoxib vs. NSAIDs: an updated combined analysis. Curr Med Res Opin 2004; 20(10):1539-1548.

(3018)  Watson DJ, Santanello NC. Observational studies and the withdrawal of rofecoxib. Pharmacoepidemiol Drug Saf 2006; 15(3):199-201.

(3019)  Watson ML, Goodman RP, Gill JR, Branch RA, Brash AR, FitzGerald GA. Endogenous prostacyclin synthesis is decreased during activation of the renin-angiotensin system in man. J Clin Endocrinol Metab 1984; 58(2):304-308.

(3020)  Watson WA, Litovitz TL, Rodgers GC, Jr. et al. 2002 annual report of the American Association of Poison Control Centers Toxic Exposure Surveillance System. Am J Emerg Med 2003; 21(5):353-421.

(3021)  Waxman HA. The lessons of Vioxx--drug safety and sales. N Engl J Med 2005; 352(25):2576-2578.

(3022)  Weatherall M, Aldington S, Shirtcliffe P, Caldwell B, Beasley R. COX-2 inhibitors--first, do no harm. N Z Med J 2005; 118(1211):U1359.

(3023)  Weaver A, Alderman M, Sperling R. Blood pressure control and rates of edema following the administration of the cyclooxygenase-2 specific inhibitors celecoxib versus rofecoxib in patients with systemic hypertension and osteoarthritis. Am J Cardiol 2003; 91(10):1291-1292.

(3024)  Weaver AL. Rofecoxib: clinical pharmacology and clinical experience. Clin Ther 2001; 23(9):1323-1338.

(3025)  Weaver AL, Polis AB, Petruschke RA, Najarian DK, Geba GP. Onset of efficacy of rofecoxib compared to nabumetone and placebo in patients with osteoarthritis [ABSTRACT FRI0245]. Ann Rheum Dis 2003; 62(1 Suppl.):Abstr FRI0245.

(3026)  Weaver AL, Schnitzer TJ, Polis AB, Petruschke RA, Keane WF, Geba GP. Efficacy and safety of rofecoxib compared to celecoxib or acetaminophen among 1960 osteoarthritis patients: the VACT trials [ABSTRACT 75]. Arthritis Rheum 2003; 48(9 Suppl.):S75-Abstr. 75.

**KS-001000**

(3027)  Weaver AL, Messner RP, Storms WW et al. Treatment of patients with osteoarthritis with rofecoxib compared with nabumetone. J Clin Rheumatol 2006; 12(1):17-25.

(3028)  Weaver J, Bonnel RA, Karwoski CB, Brinker AD, Beitz J. GI events leading to death in association with celecoxib and rofecoxib. Am J Gastroenterol 2001; 96(12):3449-3450.

(3029)  Weber-Mani U, Reimers A, Pichler WJ, Muller U. elecoxib-induced anaphylaxis: a case report [ABSTRACT 815]. Allergy 2002; 57(73 Suppl.):253.

(3030)  Weber A, Casini A, Heine A et al. Unexpected nanomolar inhibition of carbonic anhydrase by COX-2-selective celecoxib: new pharmacological opportunities due to related binding site recognition. J Med Chem 2004; 47(3):550-557.

(3031)  Weber AA, Zimmermann KC, Meyer-Kirchrath J, Schror K. Cyclooxygenase-2 in human platelets as a possible factor in aspirin resistance. Lancet 1999; 353(9156):900.

(3032)  Weber EW, Slappendel R, Durieux ME, Dirksen R, van der HH, Spruit M. COX 2 selectivity of non-steroidal anti-inflammatory drugs and perioperative blood loss in hip surgery. A randomized comparison of indomethacin and meloxicam. Eur J Anaesthesiol 2003; 20(12):963-966.

(3033)  Weideman RA, Kelly KC, Kelley CL, Cryer B. COX-2-specific inhibitors: prescribing patterns in a large managed care health system and strategies to minimize costs. Am J Manag Care 2002; 8(10):869-877.

(3034)  Weideman RA, Kelly KC, Kazi S et al. Risks of clinically significant upper gastrointestinal events with etodolac and naproxen: a historical cohort analysis. Gastroenterology 2004; 127(5):1322-1328.

(3035)  Weir MR. Renal effects of nonselective NSAIDs and coxibs. Cleve Clin J Med 2002; 69 Suppl 1:SI53-SI58.

(3036)  Weir MR, Sperling RS, Reicin A, Gertz BJ. Selective COX-2 inhibition and cardiovascular effects: a review of the rofecoxib development program. Am Heart J 2003; 146(4):591-604.

(3037)  Weiss HJ, Turitto VT. Prostacyclin (prostaglandin I2, PGI2) inhibits platelet adhesion and thrombus formation on subendothelium. Blood 1979; 53(2):244-250.

(3038)  Weissenbach R. Clinical trial with Nimesulide, a new non-steroid anti-inflammatory agent, in rheumatic pathology. J Int Med Res 1981; 9(5):349-352.

(3039)  Welch V, Singh G, Strand V et al. Patient based method of assessing adverse events in clinical trials in rheumatology: the revised Stanford Toxicity Index. J Rheumatol 2001; 28(5):1188-1191.

(3040)  Wenger NS, Shekelle PG. Assessing care of vulnerable elders: ACOVE project overview. Ann Intern Med 2001; 135(8 Pt 2):642-646.

(3041)  Werner U, Werner D, Pahl A, Mundkowski R, Gillich M, Brune K. Investigation of the pharmacokinetics of celecoxib by liquid chromatography-mass spectrometry. Biomed Chromatogr 2002; 16(1):56-60.

(3042)  Werner U, Werner D, Rau T, Fromm MF, Hinz B, Brune K. Celecoxib inhibits metabolism of cytochrome P450 2D6 substrate metoprolol in humans. Clin Pharmacol Ther 2003; 74(2):130-137.

(3043)  West JB. Space medicine in peer-reviewed journals: reply. JAMA 1998; 279(23):1875.

(3044)  West PM, Fernandez C. Safety of COX-2 inhibitors in asthma patients with aspirin hypersensitivity. Ann Pharmacother 2003; 37(10):1497-1501.

(3045)  Westgate EJ, FitzGerald GA. Pulmonary embolism in a woman taking oral contraceptives and valdecoxib. PLoS Med 2005; 2(7):e197.

(3046)  Weston AP, Connor M, Mitreva D, Sharma P. NSAID GI mucosal toxicity and SINGH score classification in Veterans Hospital: is it being followed and is the scoring system effective? [ABSTRACT 1576]. Arthritis Rheum 2003; 48(9 Suppl.):S607-Abstr. 1576.

(3047)  Wheeler SD. Rofecoxib-Responsive Hemicrania Continua [ABSTRACT 163300]. Headache 2003; 43(5):436-437, Abstr. 163300.

KS-001001

(3048)  Whelton A. Nephrotoxicity of nonsteroidal anti-inflammatory drugs: physiologic foundations and clinical implications. Am J Med 1999; 106(5B):13S-24S.

(3049)  Whelton A, Schulman G, Wallemark C et al. Effects of celecoxib and naproxen on renal function in the elderly. Arch Intern Med 2000; 160(10):1465-1470.

(3050)  Whelton A. Renal and related cardiovascular effects of conventional and COX-2-specific NSAIDs and non-NSAID analgesics. Am J Ther 2000; 7(2):63-74.

(3051)  Whelton A, Maurath CJ, Verburg KM, Geis GS. Renal safety and tolerability of celecoxib, a novel cyclooxygenase-2 inhibitor. Am J Ther 2000; 7(3):159-175.

(3052)  Whelton A, CLASS investigators. The celecoxib long-term study trial (CLASS): cardiovascular safety of celecoxib is equivalent to nonsteroidal anti-inflammatory drugs (NSAIDs). Arthritis Rheum 2000; 43(9 Suppl.):S384.

(3053)  Whelton A. Renal aspects of treatment with conventional nonsteroidal anti-inflammatory drugs versus cyclooxygenase-2-specific inhibitors. Am J Med 2001; 110 Suppl 3A:33S-42S.

(3054)  Whelton A, Fort JG, Puma JA, Normandin D, Bello AE, Verburg KM. Cyclooxygenase-2--specific inhibitors and cardiorenal function: a randomized, controlled trial of celecoxib and rofecoxib in older hypertensive osteoarthritis patients. Am J Ther 2001; 8(2):85-95.

(3055)  Whelton A. Cyclooxygenase-2 inhibition and renal function. Ann Intern Med 2001; 134(11):1077-1078.

(3056)  Whelton A, White WB, Bello AE, Puma JA, Fort JG. Effects of celecoxib and rofecoxib on blood pressure and edema in patients > or =65 years of age with systemic hypertension and osteoarthritis. Am J Cardiol 2002; 90(9):959-963.

(3057)  Whelton A, White WB, Fort JG, Bello AE. The effect of COX-2 specific inhibitors on blood pressure control in patients with osteoarthritis and hypertension [POSTER 247]. Am J Hypertens 2002; 15(4 Pt. 2):119A.

(3058)  Whelton A, William W, Alfonso B, Puma J, Fort J. Blood pressure control and edema rates in older patients with hypertension and osteoarthritis following treatment with COX-2 specific inhibitors. Ann Rheum Dis 2002; 61(1 Suppl.):92.

(3059)  Whelton A. COX-2-specific inhibitors and the kidney: effect on hypertension and oedema. J Hypertens Suppl 2002; 20(6):S31-S35.

(3060)  Whelton A, White W, Bello A, Puma J. Blood pressure control and edema rates in older patients with hypertension and osteoarthritis following treatment with COX-2 specific inhibitors. Ann Rheum Dis 2002; 61(1 Suppl.):13.

(3061)  Whelton A, Fort JG, Puma JA et al. Cyclooxygenase-2-specific inhibitors and cardiorenal function:  a randomized, controlled trial of celecoxib and rofecoxib in older hypertensive osteoarthritis patients. Am J Manag Care 2002; 8(15 Suppl.):S371-S382.

(3062)  Whelton A. The coxib conundrum: lessons from the rise and fall of rofecoxib. Am J Ther 2004; 11(6):417-421.

(3063)  Whelton A. Clinical implications of nonopioid analgesia for relief of mild-to-moderate pain in patients with or at risk for cardiovascular disease. Am J Cardiol 2006; 97(9A):3-9.

(3064)  White LR, Juul R, Cappelen J, Aasly J. Cyclooxygenase inhibitors attenuate endothelin ET(B) receptor-mediated contraction in human temporal artery. Eur J Pharmacol 2002; 448(1):51-57.

(3065)  White W, Whelton A, Bello A, Puma J. Rofecoxib, but not celecoxib, increases systolic blood pressure in hypertensive patients treated with ACE inhibitors and beta-blockers. Ann Rheum Dis 2002; 61(1 Suppl.):26-27.

(3066)  White WB, Whelton A, Bello AE, Fort JG. Blood pressure control and edema rates in older patients with systolic hypertension and osteoarthritis following treatment with COX-2 specific inhibitors [POSTER 447]. Am J Hypertens 2001; 14(4 Pt. 2):181A.

(3067)  White WB, Whelton A, Kent J, Verburg K. Effects of the COX-2 specific inhibitor celecoxib on ambulatory blood pressure in hypertensive patients on ACE inhibition [POSTER 452]. Am J Hypertens 2001; 14(4 Pt. 2):181A.

KS-001002

(3068)  White WB, Whelton A, Epstein M, Fort JG. Differential effects of COX-2 inhibitors on systolic blood pressure in hypertensive patients treated with ACE inhibitors and beta-blockers versus calcium antagonists [POSTER 245]. Am J Hypertens 2002; 15(4 Pt. 2):119A.

(3069)  White WB, Faich G, Whelton A et al. Comparison of thromboembolic events in patients treated with celecoxib, a cyclooxygenase-2 specific inhibitor, versus ibuprofen or diclofenac. Am J Cardiol 2002; 89(4):425-430.

(3070)  White WB, Whelton A, Fort JG. Effects of COX-2 specific inhibition on systolic blood pressure in 1,092 older hypertensive patients according to antihypertensive drug class. Clin Pharmacol Ther 2002; 71(2):P9.

(3071)  White WB. Cyclooxygenase-2 inhibitors and cardiovascular thromboembolic events. J Am Coll Cardiol 2002; 40(3):577-578.

(3072)  White WB, Kent J, Taylor A, Verburg KM, Lefkowith JB, Whelton A. Effects of celecoxib on ambulatory blood pressure in hypertensive patients on ACE inhibitors. Hypertension 2002; 39(4):929-934.

(3073)  White WB, Faich G, Borer JS, Makuch RW. Cardiovascular thrombotic events in arthritis trials of the cyclooxygenase-2 inhibitor celecoxib. Am J Cardiol 2003; 92(4):411-418.

(3074)  White WB. Hypertension associated with therapies to treat arthritis and pain. Hypertension 2004; 44(2):123-124.

(3075)  White WB, Strand V, Roberts R, Whelton A. Effects of the cyclooxygenase-2 specific inhibitor valdecoxib versus nonsteroidal antiinflammatory agents and placebo on cardiovascular thrombotic events in patients with arthritis. Am J Ther 2004; 11(4):244-250.

(3076)  Whitney E. Rofecoxib and the risk of adverse upper gastrointestinal effects. JAMA 2000; 283(15):1960.

(3077)  Whittaker N, Bunting S, Salmon J et al. The chemical structure of prostaglandin X (prostacyclin). Prostaglandins 1976; 12(6):915-928.

(3078)  Widlansky ME, Price DT, Gokce N et al. Short- and long-term COX-2 inhibition reverses endothelial dysfunction in patients with hypertension. Hypertension 2003; 42(3):310-315.

(3079)  Wiens BL, Heyse JF. Testing for interaction in studies of noninferiority. J Biopharm Stat 2003; 13(1):103-115.

(3080)  Wight NJ, Garlick N, Calder N et al. EVIDENCE THAT THE COX-2 SPECIFIC INHIBITOR ROFECOXIB AT 50 MG SPARES GASTRIC MUCOSAL PROSTAGLANDIN SYNTHESIS IN HUMAN. [ABSTRACT 1466]. Gastroenterology 2000; 118(4 Suppl.2, Pt. 1):A253-Abstr. 1466.

(3081)  Wight NJ, Gottesdiener K, Garlick NM et al. Rofecoxib, a COX-2 inhibitor, does not inhibit human gastric mucosal prostaglandin production. Gastroenterology 2001; 120(4):867-873.

(3082)  Wiholm BE. Identification of sulfonamide-like adverse drug reactions to celecoxib in the World Health Organization database. Curr Med Res Opin 2001; 17(3):210-216.

(3083)  Wiholm BE. Should celecoxib be contraindicated in patients who are allergic to sulfonamides? Drug Saf 2002; 25(4):297-299.

(3084)  Wilcox GM, Mattia AR. Rofecoxib and inflammatory bowel disease: clinical and pathologic observations. J Clin Gastroenterol 2005; 39(2):142-143.

(3085)  Wilkinson-Berka JL, Alousis NS, Kelly DJ, Gilbert RE. COX-2 inhibition and retinal angiogenesis in a mouse model of retinopathy of prematurity. Invest Ophthalmol Vis Sci 2003; 44(3):974-979.

(3086)  Williams CS, Luongo C, Radhika A et al. Elevated cyclooxygenase-2 levels in Min mouse adenomas. Gastroenterology 1996; 111(4):1134-1140.

(3087)  Williams D, Singh M, Hind C. The effect of the withdrawal of rofecoxib on prescribing patterns of COX-2 inhibitors in Scotland. Br J Clin Pharmacol 2006; 62(3):366-368.

(3088)  Williams R. Perspectives on drug withdrawals. CMAJ 2005; 173(2):129.

**KS-001003**

(3089) Williams WV, Cass L, Fan H et al. Transcriptome and proteomic analysis of cyclooxygenase (COX) inhibition in human subjects. FASEB J 2003; 81(3):C47.

(3090) Willoughby DA, Moore AR, Colville-Nash PR. COX-1, COX-2, and COX-3 and the future treatment of chronic inflammatory disease. Lancet 2000; 355(9204):646-648.

(3091) Wilson AW, Medhurst SJ, Dixon CI et al. An animal model of chronic inflammatory pain: pharmacological and temporal differentiation from acute models. Eur J Pain 2006; 10(6):537-549.

(3092) Wilson PW, D'Agostino RB, Levy D, Belanger AM, Silbershatz H, Kannel WB. Prediction of coronary heart disease using risk factor categories. Circulation 1998; 97(18):1837-1847.

(3093) Wilson SJ, Roche AM, Kostetskaia E, Smyth EM. Dimerization of the human receptors for prostacyclin and thromboxane facilitates thromboxane receptor-mediated cAMP generation. J Biol Chem 2004; 279(51):53036-53047.

(3094) Wilton T. Cyclooxygenase-2 inhibitors: do they have a role in emergency department prescribing? Emerg Med Australas 2004; 16(1):65-73.

(3095) Winawer SJ, Zauber AG, O'Brien MJ et al. Randomized comparison of surveillance intervals after colonoscopic removal of newly diagnosed adenomatous polyps. The National Polyp Study Workgroup. N Engl J Med 1993; 328(13):901-906.

(3096) Winer RL, Hughes JP, Feng Q et al. Condom use and the risk of genital human papillomavirus infection in young women. N Engl J Med 2006; 354(25):2645-2654.

(3097) Wiseman LR, Fitton A, Buckley MM. Indobufen. A review of its pharmacodynamic and pharmacokinetic properties, and therapeutic efficacy in cerebral, peripheral and coronary vascular disease. Drugs 1992; 44(3):445-464.

(3098) Woessner KM, Simon RA, Stevenson DD. Safety of high-dose rofecoxib in patients with aspirin-exacerbated respiratory disease. Ann Allergy Asthma Immunol 2004; 93(4):339-344.

(3099) Wojtulewski JA, Schattenkirchner M, Barcelo P et al. A six-month double-blind trial to compare the efficacy and safety of meloxicam 7.5 mg daily and naproxen 750 mg daily in patients with rheumatoid arthritis. Br J Rheumatol 1996; 35 Suppl 1:22-28.

(3100) Wolf G, Porth J, Stahl RA. Acute renal failure associated with rofecoxib. Ann Intern Med 2000; 133(5):394.

(3101) Wolfe F, Fries JF. ARAMIS today: moving toward internationally distributed databank systems for follow-up studies. Clin Rheumatol 1987; 6 Suppl 2:93-102.

(3102) Wolfe F, Mitchell DM, Sibley JT et al. The mortality of rheumatoid arthritis. Arthritis Rheum 1994; 37(4):481-494.

(3103) Wolfe F, Zhao S, Lane N. Preference for nonsteroidal antiinflammatory drugs over acetaminophen by rheumatic disease patients: a survey of 1,799 patients with osteoarthritis, rheumatoid arthritis, and fibromyalgia. Arthritis Rheum 2000; 43(2):378-385.

(3104) Wolfe F, Reynolds M, Burke TA, Zhao S. Edema and edema associated adverse events (AEs) among 6,673 celecoxib, rofecoxib, non-specific (NS) NSAID, and non-NSAID users receiving ordinary clinical care. Arthritis Rheum 2001; 44(9 Suppl.):S317.

(3105) Wolfe F, Reynolds M, Burke TA, Zhao S, Pettitt D. Anti-inflammatory drug discontinuation in arthritis clinical practice: a comparison of NSAIDs, celecoxib, and rofecoxib. Arthritis Rheum 2001; 44(9 Suppl.):S317.

(3106) Wolfe F, Reynolds M, Burke TA, Zhao S. Hypertension and hypertension associated adverse events (AEs) among 6,673 celecoxib, rofecoxib, non-specific (NS) NSAID, and non-NSAID users receiving ordinary clinical care. Arthritis Rheum 2001; 44(9 Suppl.):S317.

(3107) Wolfe F, Michaud K, Messer J. The epidemiology of GI drugs use among persons with RA, OA and fibromyalgia [ABSTRACT 872]. Arthritis Rheum 2002; 46(9 Suppl.):S344-Abstr. 872.

(3108) Wolfe F, Flowers N, Burke TA, Arguelles LM, Pettitt D. Increase in lifetime adverse drug reactions, service utilization, and disease severity among patients who will start COX-2 specific inhibitors: quantitative assessment of channeling bias

KS-001004

and confounding by indication in 6689 patients with rheumatoid arthritis and osteoarthritis. J Rheumatol 2002; 29(5):1015-1022.

(3109)   Wolfe F, Michaud K, Zhao SZ, Burke TA, Pettitt D. Toward an epidemiology of NSAID and COX-2 specific inhibitor efficacy equivalence [ABSTRACT 850]. Arthritis Rheum 2002; 46(9 Suppl.):S336-Abstr. 850.

(3110)   Wolfe F, Michaud K, Zhao SZ, Burke TA, Pettitt D. Satisfaction and preferences for NSAIDs and COX-2 specific inhibitors among patients with rheumatoid arthritis [ABSTRACT 373]. Arthritis Rheum 2002; 46(9 Suppl.):S172-Abstr. 373.

(3111)   Wolfe F, Anderson J, Burke TA, Arguelles LM, Pettitt D. Gastroprotective therapy and risk of gastrointestinal ulcers: risk reduction by COX-2 therapy. J Rheumatol 2002; 29(3):467-473.

(3112)   Wolfe F, Michaud K, Pettitt D, Burke T, Zhao S. Factors predicting NSAIDs discontinuation among patients receiving COX-2 and non-specific NSAID therapy: a longitudinal study of 9161 patients. Ann Rheum Dis 2002; 61(1 Suppl.):65.

(3113)   Wolfe F, Michaud K, Zhao SZ. Patient perception of the burden of weight gain and blood pressure increase among RA patients using celecoxib, rofecoxib, and non-specific NSAIDs. J Clin Rheumatol 2003; 9(6):344-353.

(3114)   Wolfe F, Michaud K, Zhao SZ. Patient burden of weight gain and blood pressure increase among RA patients using celecoxib, rofecoxib, and non-specific NSAIDs [POSTER 448]. Am J Hypertens 2003; 16(5 Pt. 2):199A-200A.

(3115)   Wolfe F, Freundlich B, Straus WL. Increase in cardiovascular and cerebrovascular disease prevalence in rheumatoid arthritis. J Rheumatol 2003; 30(1):36-40.

(3116)   Wolfe F, Michaud K, Burke TA, Zhao SZ. Longer use of COX-2-specific inhibitors compared to nonspecific nonsteroidal antiinflammatory drugs: a longitudinal study of 3639 patients in community practice. J Rheumatol 2004; 31(2):355-358.

(3117)   Wolfe F, Zhao S, Pettitt D. Blood pressure destabilization and edema among 8538 users of celecoxib, rofecoxib, and nonselective nonsteroidal antiinflammatory drugs (NSAID) and nonusers of NSAID receiving ordinary clinical care. J Rheumatol 2004; 31(6):1143-1151.

(3118)   Wolfe MM. Future trends in the development of safer nonsteroidal anti-inflammatory drugs. Am J Med 1998; 105(5A):44S-52S.

(3119)   Wolfe MM, Lichtenstein DR, Singh G. Gastrointestinal toxicity of nonsteroidal antiinflammatory drugs. N Engl J Med 1999; 340(24):1888-1899.

(3120)   Wolfe MM. Rofecoxib, Merck, and the FDA. N Engl J Med 2004; 351(27):2875-2878.

(3121)   Wollheim FA. Current pharmacological treatment of osteoarthritis. Drugs 1996; 52 Suppl 3:27-38.

(3122)   Woloshin S, Schwartz LM, Welch HG. The effectiveness of a primer to help people understand risk: two randomized trials in distinct populations. Ann Intern Med 2007; 146(4):256-265.

(3123)   Wong E, Bayly C, Waterman HL, Riendeau D, Mancini JA. Conversion of prostaglandin G/H synthase-1 into an enzyme sensitive to PGHS-2-selective inhibitors by a double His513 --> Arg and Ile523 --> val mutation. J Biol Chem 1997; 272(14):9280-9286.

(3124)   Wong E, Huang JQ, Tagari P, Riendeau D. Effects of COX-2 inhibitors on aortic prostacyclin production in cholesterol-fed rabbits. Atherosclerosis 2001; 157(2):393-402.

(3125)   Wong SC, Fukuchi M, Melnyk P, Rodger I, Giaid A. Induction of cyclooxygenase-2 and activation of nuclear factor-kappaB in myocardium of patients with congestive heart failure. Circulation 1998; 98(2):100-103.

(3126)   Wong VW, Leong RW, Chan FK. Upper gastrointestinal complications related to non-steroidal anti-inflammatory drugs--what have we achieved so far? Dig Liver Dis 2004; 36(1):1-3.

(3127)   Wood NJ, Quinton NA, Burdall S, Sheridan E, Duffy SR. Exploring the potential chemopreventative effect of aspirin and rofecoxib on hereditary nonpolyposis colorectal cancer-like endometrial cancer cells in vitro through mechanisms involving apoptosis, the cell cycle, and mismatch repair gene expression. Int J Gynecol Cancer 2007; 17(2):447-454.

KS-001005

(3128)  Woods JM, Mogollon A, Amin MA, Martinez RJ, Koch AE. The role of COX-2 in angiogenesis and rheumatoid arthritis. Exp Mol Pathol 2003; 74(3):282-290.

(3129)  Woolf E, Fu I, Matuszewski B. Determination of rofecoxib, a cyclooxygenase-2 specific inhibitor, in human plasma using high-performance liquid chromatography with post-column photochemical derivatization and fluorescence detection. J Chromatogr B Biomed Sci Appl 1999; 730(2):221-227.

(3130)  Woolterton E. What's all the fuss? Safety concerns about COX-2 inhibitors rofecoxib (Vioxx) and celecoxib (Celebrex). CMAJ 2002; 166(13):1692-1693.

(3131)  Wortzel EM. Practicing patient-centered medicine each day won't keep the lawyers away. Arch Intern Med 2002; 162(22):2631.

(3132)  Woywodt A, Schwarz A, Mengel M, Haller H, Zeidler H, Kohler L. Nephrotoxicity of selective COX-2 inhibitors. J Rheumatol 2001; 28(9):2133-2135.

(3133)  Wright JM, Perry TL, Bassett KL, Chambers GK. Reporting of 6-month vs 12-month data in a clinical trial of celecoxib. JAMA 2001; 286(19):2398-2400.

(3134)  Wright JM. The double-edged sword of COX-2 selective NSAIDs. CMAJ 2002; 167(10):1131-1137.

(3135)  Wright JM. Why don't we initiate more large simple randomized controlled trials? CMAJ 2003; 169(11):1170-1171.

(3136)  Wu KK. Endothelial prostaglandin and nitric oxide synthesis in atherogenesis and thrombosis. J Formos Med Assoc 1996; 95(9):661-666.

(3137)  Wu KK. Cyclooxygenase-2 induction in congestive heart failure: friend or foe? Circulation 1998; 98(2):95-96.

(3138)  Wu R, Laplante MA, de CJ. Cyclooxygenase-2 inhibitors attenuate angiotensin II-induced oxidative stress, hypertension, and cardiac hypertrophy in rats. Hypertension 2005; 45(6):1139-1144.

(3139)  Wu ZK, Pehkonen E, Laurikka J et al. Protective effect of unstable angina in coronary artery bypass surgery. Scand Cardiovasc J 2000; 34(5):486-492.

(3140)  Xi L, Tekin D, Gursoy E, Salloum F, Levasseur JE, Kukreja RC. Evidence that NOS2 acts as a trigger and mediator of late preconditioning induced by acute systemic hypoxia. Am J Physiol Heart Circ Physiol 2002; 283(1):H5-12.

(3141)  Xiao CY, Hara A, Yuhki K et al. Roles of prostaglandin I(2) and thromboxane A(2) in cardiac ischemia-reperfusion injury: a study using mice lacking their respective receptors. Circulation 2001; 104(18):2210-2215.

(3142)  Xiao CY, Yuhki K, Hara A et al. Prostaglandin E2 protects the heart from ischemia-reperfusion injury via its receptor subtype EP4. Circulation 2004; 109(20):2462-2468.

(3143)  Xie WL, Chipman JG, Robertson DL, Erikson RL, Simmons DL. Expression of a mitogen-responsive gene encoding prostaglandin synthase is regulated by mRNA splicing. Proc Natl Acad Sci U S A 1991; 88(7):2692-2696.

(3144)  Xu Q, Ji YS, Schmedtje JF, Jr. Sp1 increases expression of cyclooxygenase-2 in hypoxic vascular endothelium. Implications for the mechanisms of aortic aneurysm and heart failure. J Biol Chem 2000; 275(32):24583-24589.

(3145)  Xu XC. COX-2 inhibitors in cancer treatment and prevention, a recent development. Anticancer Drugs 2002; 13(2):127-137.

(3146)  Xuan YT, Guo Y, Zhu Y et al. Mechanism of cyclooxygenase-2 upregulation in late preconditioning. J Mol Cell Cardiol 2003; 35(5):525-537.

(3147)  Yamada M, Kawai M, Kawai Y, Mashima Y. The effect of selective cyclooxygenase-2 inhibitor on corneal angiogenesis in the rat. Curr Eye Res 1999; 19(4):300-304.

(3148)  Yamada M, Numaguchi Y, Okumura K et al. Prostacyclin synthase gene transfer modulates cyclooxygenase-2-derived prostanoid synthesis and inhibits neointimal formation in rat balloon-injured arteries. Arterioscler Thromb Vasc Biol 2002; 22(2):256-262.

**KS-001006**

(3149)   Yamagata R, Shimoyama T, Fukuda S, Yoshimura T, Tanaka M, Munakata A. Cyclooxygenase-2 expression is increased in early intestinal-type gastric cancer and gastric mucosa with intestinal metaplasia. Eur J Gastroenterol Hepatol 2002; 14(4):359-363.

(3150)   Yamamoto DS, Viale PH. Cyclooxygenase-2: from arthritis treatment to new indications for the prevention and treatment of cancer. Clin J Oncol Nurs 2003; 7(1):21-29.

(3151)   Yamamoto T, Kakar NR, Vina ER, Johnson PE, Bing RJ. Effect of cyclooxygenase-2 inhibitor (celecoxib) on the infarcted heart in situ. Pharmacology 2001; 63(1):28-33.

(3152)   Yamato M, Nagahama K, Kotani T, Kato S, Takeuchi K. Biphasic effect of prostaglandin E2 in a rat model of esophagitis mediated by EP1 receptors: relation to pepsin secretion. Digestion 2005; 72(2-3):109-118.

(3153)   Yamazaki R, Kusunoki N, Matsuzaki T, Hashimoto S, Kawai S. Selective cyclooxygenase-2 inhibitors show a differential ability to inhibit proliferation and induce apoptosis of colon adenocarcinoma cells. FEBS Lett 2002; 531(2):278-284.

(3154)   Yang T, Singh I, Pham H et al. Regulation of cyclooxygenase expression in the kidney by dietary salt intake. Am J Physiol 1998; 274(3 Pt 2):F481-F489.

(3155)   Yao M, Kargman S, Lam EC et al. Inhibition of cyclooxygenase-2 by rofecoxib attenuates the growth and metastatic potential of colorectal carcinoma in mice. Cancer Res 2003; 63(3):586-592.

(3156)   Yao M, Zhou W, Sangha S et al. Effects of nonselective cyclooxygenase inhibition with low-dose ibuprofen on tumor growth, angiogenesis, metastasis, and survival in a mouse model of colorectal cancer. Clin Cancer Res 2005; 11(4):1618-1628.

(3157)   Yaron I, Shirazi I, Judovich R, Yaron M. Effects of rofecoxib on metalloproteinases and nitric oxide production by human osteoarthritic synovial tissue and cartilage cultures. Arthritis Rheum 2001; 44(9 Suppl.):S308.

(3158)   Yasojima K, Schwab C, McGeer EG, McGeer PL. Distribution of cyclooxygenase-1 and cyclooxygenase-2 mRNAs and proteins in human brain and peripheral organs. Brain Res 1999; 830(2):226-236.

(3159)   Yazdanian M, Briggs K, Jankovsky C, Hawi A. The "high solubility" definition of the current FDA Guidance on Biopharmaceutical Classification System may be too strict for acidic drugs. Pharm Res 2004; 21(2):293-299.

(3160)   Yocum DE, Nordensson KA. Comparison of COX-2 specific nonsteroidal anti-inflammatory drugs (NSAIDs) to other agents in the treatment of arthritis in the clinical setting. Arthritis Rheum 2001; 44(9 Suppl.):S318.

(3161)   Yokota A, Taniguchi M, Takahira Y, Tanaka A, Takeuchi K. Rofecoxib produces intestinal but not gastric damage in the presence of a low dose of indomethacin in rats. J Pharmacol Exp Ther 2005; 314(1):302-309.

(3162)   Yokota A, Taniguchi M, Tanaka A, Takeuchi K. Development of intestinal, but not gastric damage caused by a low dose of indomethacin in the presence of rofecoxib. Inflammopharmacology 2005; 13(1-3):209-216.

(3163)   Yokoyama C, Tanabe T. Cloning of human gene encoding prostaglandin endoperoxide synthase and primary structure of the enzyme. Biochem Biophys Res Commun 1989; 165(2):888-894.

(3164)   Yokoyama C, Yabuki T, Shimonishi M et al. Prostacyclin-deficient mice develop ischemic renal disorders, including nephrosclerosis and renal infarction. Circulation 2002; 106(18):2397-2403.

(3165)   Yood MU, Watkins E, Wells K, Kucera G, Johnson CC. The impact of NSAID or COX-2 inhibitor use on the initiation of antihypertensive therapy. Pharmacoepidemiol Drug Saf 2006; 15(12):852-860.

(3166)   Young SD, Whissell M, Noble JC, Cano PO, Lopez PG, Germond CJ. Phase II clinical trial results involving treatment with low-dose daily oral cyclophosphamide, weekly vinblastine, and rofecoxib in patients with advanced solid tumors. Clin Cancer Res 2006; 12(10):3092-3098.

(3167)   Yu Y, Cheng Y, Fan J et al. Differential impact of prostaglandin H synthase 1 knockdown on platelets and parturition. J Clin Invest 2005; 115(4):986-995.

(3168)   Yu Y, Fan J, Chen XS et al. Genetic model of selective COX2 inhibition reveals novel heterodimer signaling. Nat Med 2006; 12(6):699-704.

KS-001007

(3169)   Yuan Y, Hunt RH. Assessment of the safety of selective cyclo-oxygenase-2 inhibitors: where are we in 2003? Inflammopharmacology 2003; 11(4):337-354.

(3170)   Yusuf S, Wittes J, Probstfield J, Tyroler HA. Analysis and interpretation of treatment effects in subgroups of patients in randomized clinical trials. JAMA 1991; 266(1):93-98.

(3171)   Zacher J, Walther E, Gursche A. Prevention of periarticular ossification (PAO) after total hip replacement (THR) with rofecoxib 25 mg [ABSTRACT OP0127]. Ann Rheum Dis 2001; 60(1 Suppl.):CD ABSTRACT OP0127.

(3172)   Zacher J, Schattenkirchner M. Patient and physician satisfaction with rofecoxib in osteoarthritis: results of a post-marketing surveillance study in primary care in Germany. Curr Med Res Opin 2002; 18(4):229-236.

(3173)   Zacher J, Schattenkirchner M. Osteoarthritis: results of ADAM (Advanced Arthritis Management), a survey in Germany. Ann Rheum Dis 2002; 61(1 Suppl.):20.

(3174)   Zamuner SR, Warrier N, Buret AG, MacNaughton WK, Wallace JL. Cyclooxygenase 2 mediates post-inflammatory colonic secretory and barrier dysfunction. Gut 2003; 52(12):1714-1720.

(3175)   Zarghi A, Praveen Rao PN, Knaus EE. Sulfonamido, azidosulfonyl and N-acetylsulfonamido analogues of rofecoxib: 4-[4-(N-acetylsulfonamido)phenyl]-3-(4-methanesulfonylphenyl)-2(5H)furanon e is a potent and selective cyclooxygenase-2 inhibitor. Bioorg Med Chem Lett 2004; 14(8):1957-1960.

(3176)   Zarghi A, Arfaee S, Rao PN, Knaus EE. Design, synthesis, and biological evaluation of 1,3-diarylprop-2-en-1-ones : a novel class of cyclooxygenase-2 inhibitors. Bioorg Med Chem 2006; 14(8):2600-2605.

(3177)   Zarghi A, Zebardast T, Hakimion F, Shirazi FH, Rao PN, Knaus EE. Synthesis and biological evaluation of 1,3-diphenylprop-2-en-1-ones possessing a methanesulfonamido or an azido pharmacophore as cyclooxygenase-1/-2 inhibitors. Bioorg Med Chem 2006; 14(20):7044-7050.

(3178)   Zarghi A, Praveen Rao PN, Knaus EE. Synthesis and biological evaluation of methanesulfonamide analogues of rofecoxib: Replacement of methanesulfonyl by methanesulfonamido decreases cyclooxygenase-2 selectivity. Bioorg Med Chem 2007; 15(2):1056-1061.

(3179)   Zarin DA, Tse T, Ide NC. Trial Registration at ClinicalTrials.gov between May and October 2005. N Engl J Med 2005; 353(26):2779-2787.

(3180)   Zarraga IG, Schwarz ER. Coxibs and heart disease: what we have learned and what else we need to know. J Am Coll Cardiol 2007; 49(1):1-14.

(3181)   Zatelli MC, Luchin A, Piccin D et al. Cyclooxygenase-2 inhibitors reverse chemoresistance phenotype in medullary thyroid carcinoma by a permeability glycoprotein-mediated mechanism. J Clin Endocrinol Metab 2005; 90(10):5754-5760.

(3182)   Zembowicz A, Mastalerz L, Setkowicz M, Radziszewski W, Szczeklik A. Safety of cyclooxygenase 2 inhibitors and increased leukotriene synthesis in chronic idiopathic urticaria with sensitivity to nonsteroidal anti-inflammatory drugs. Arch Dermatol 2003; 139(12):1577-1582.

(3183)   Zeng Q, Ehrich E, Schnitzer T, Bolognese J. A direct comparison of the precision and sensitivity of Likert and visual analog response scales in a placebo controlled study of patients with osteoarthritis of the knee [ABSTRACT 1228]. Arthritis Rheum 1997; 40(9 Suppl.):S236-Abstr. 1228.

(3184)   Zeng Q, Bolognese J, Ehrich E, Daniels B. Comparison of several composite endpoints in the assessment of MK-0966 efficacy in rheumatoid arthritis [ABSTRACT 1045]. Arthritis Rheum 1998; 41(9 Suppl.):S207-Abstr. 1045.

(3185)   Zewde T, Mattson DL. Inhibition of cyclooxygenase-2 in the rat renal medulla leads to sodium-sensitive hypertension. Hypertension 2004; 44(4):424-428.

(3186)   Zhang J, Blazecka PG, Belmont D, Davidson JG. Reinvestigation of mucohalic acids, versatile and useful building blocks for highly functionalized alpha,beta-unsaturated gamma-butyrolactones. Org Lett 2002; 4(25):4559-4561.

(3187)   Zhang J, Ding EL, Song Y. Adverse effects of cyclooxygenase 2 inhibitors on renal and arrhythmia events: meta-analysis of randomized trials. JAMA 2006; 296(13):1619-1632.

KS-001008

(3188)  Zhang JY, Zhan J, Cook CS, Ings RM, Breau AP. Involvement of human UGT2B7 and 2B15 in rofecoxib metabolism. Drug Metab Dispos 2003; 31(5):652-658.

(3189)  Zhang M, Moore GA, Gardiner SJ, Begg EJ. Determination of rofecoxib in human plasma and breast milk by high-performance liquid chromatographic assay. J Chromatogr B Analyt Technol Biomed Life Sci 2004; 807(2):217-221.

(3190)  Zhang Z, Carmichael GG. The fate of dsRNA in the nucleus: a p54(nrb)-containing complex mediates the nuclear retention of promiscuously A-to-I edited RNAs. Cell 2001; 106(4):465-475.

(3191)  Zhang Z, Vezza R, Plappert T et al. COX-2-dependent cardiac failure in Gh/tTG transgenic mice. Circ Res 2003; 92(10):1153-1161.

(3192)  Zhang Z, Lai GH, Sirica AE. Celecoxib-induced apoptosis in rat cholangiocarcinoma cells mediated by Akt inactivation and Bax translocation. Hepatology 2004; 39(4):1028-1037.

(3193)  Zhao D, Xu F, Chen C, Tillyer RD, Grabowski EJ, Reider PJ. Efficient Syntheses of 2-(3',5'-Difluorophenyl)-3-(4'-methylsulfonylphenyl)-cyclopent-2-enone, a Potent COX-2 Inhibitor. Tetrahedron 1999; 55:6001-6018.

(3194)  Zhao FY, Spanswick D, Martindale JC, Reeve AJ, Chessell IP. GW406381, a novel COX-2 inhibitor, attenuates spontaneous ectopic discharge in sural nerves of rats following chronic constriction injury. Pain 2007; 128(1-2):78-87.

(3195)  Zhao S, Reynolds M, Lefkowith JB, Whelton A, Arellano FM. Comparison of cardiovascular (CV) adverse drug reactions (ADRs) between rofecoxib and celecoxib based on the WHO/UMC safety database. Arthritis Rheum 2001; 44(9 Suppl.):S316.

(3196)  Zhao S, Reynolds M, Lefkowith JB, Whelton A, Arellano FM. Comparison of renal adverse drug reactions (ADRs) between rofecoxib and celecoxib based on the WHO/UMC safety database. Arthritis Rheum 2001; 44(9 Suppl.):S318.

(3197)  Zhao SP, Deng P, Huang HG et al. Expression of COX-2 mRNA in peripheral blood monocytes from patients with acute myocardial infarction and its significance. Clin Chem 2005; 51(11):2170-2173.

(3198)  Zhao SZ, Reynolds MW, Lejkowith J, Whelton A, Arellano FM. A comparison of renal-related adverse drug reactions between rofecoxib and celecoxib, based on the World Health Organization/Uppsala Monitoring Centre safety database. Clin Ther 2001; 23(9):1478-1491.

(3199)  Zhao SZ, Burke TA, Whelton A, von AH, Henderson SC. Cost of heart failure among hypertensive users of nonspecific NSAIDs and COX-2-specific inhibitors. Am J Manag Care 2002; 8(15 Suppl):S414-S427.

(3200)  Zhao SZ, Burke TA, Whelton A, von AH, Henderson SC. Comparison of the baseline cardiovascular risk profile among hypertensive patients prescribed COX-2-specific inhibitors or nonspecific NSAIDs: data from real-life practice. Am J Manag Care 2002; 8(15 Suppl):S392-S400.

(3201)  Zhao SZ, Burke TA, Whelton A, von AH, Henderson SC. Blood pressure destabilization and related healthcare utilization among hypertensive patients using nonspecific NSAIDs and COX-2-specific inhibitors. Am J Manag Care 2002; 8(15 Suppl):S401-S413.

(3202)  Zhao SZ, Burke T, Pettitt D, Henderson SC, Von Allman H. Comparison of edema claims associated with rofecoxib, celecoxib, and traditional NSAIDs among stable hypertensive patients in a U.S. insured population. Ann Rheum Dis 2002; 61(1 Suppl):76-77.

(3203)  Zhao SZ, Burke T, Pettitt D, Henderson S, Von Allman H. Comparison of cerebrovascular claims among stable hypertensive patients who used nonsteroidal anti-inflammatory drugs (NSAIDs) and COX-2 specific inhibitors in a U.S. insured population. Ann Rheum Dis 2002; 61(1 Suppl):103-104.

(3204)  Zhao SZ, Wentworth C, Burke TA, Makuch RW. Drug switching patterns among patients with rheumatoid arthritis and osteoarthritis using COX-2 specific inhibitors and non-specific NSAIDs. Pharmacoepidemiol Drug Saf 2004; 13(5):277-287.

(3205)  Zhao ZQ, Vinten-Johansen J. Myocardial apoptosis and ischemic preconditioning. Cardiovasc Res 2002; 55(3):438-455.

**KS-001009**

(3206)  Zhu J, Song X, Lih HP et al. Using cyclooxygenase-2 inhibitors as molecular platforms to develop a new class of apoptosis-inducing agents. J Natl Cancer Inst 2002; 94(23):1745-1757.

(3207)  Ziegler J. Early trials probe COX-2 inhibitors' cancer-fighting potential. J Natl Cancer Inst 1999; 91(14):1186-1187.

(3208)  Zoutman DE, Ford BD, Bassili AR. The confidentiality of patient and physician information in pharmacy prescription records. CMAJ 2004; 170(5):815-816.

(3209)  Zwillich T. How Vioxx is changing US drug regulation. Lancet 2005; 366(9499):1763-1764.

**KS-001010**

Exhibit "61"

In re: Vioxx Litigation

Cast of Characters

Red = Key individuals

# IN RE: VIOXX® LITIGATION

## CAST OF CHARACTERS

ATTORNEY WORK PRODUCT

PRIVILEGED AND CONFIDENTIAL

\*\*\* DO NOT PRODUCE \*\*\*

Authors: Dave Buchanan (Seeger Weiss), Lisa Dagostino (Kline and Specter), Jeff Grand (Seeger Weiss), Pete Kaufman (Levin Papantonio), Tom Moore, Leigh O'Dell (Beasley Allan), Shelly Sanford (Goforth, Lewis, and Sanford), Christopher Tisi (Ashcraft and Gerel), and Michael Weinkowitz (Levin Fishbein).

The information contained in this Cast of Characters is not intended to be used in any manner in motions, pleadings, memorandums, reports, analyses, or any part of any litigation, and is intended for the personal use of the lawyer only who is preparing himself or herself to begin to learn the case. This document is the sole property of the Vioxx MDL 1657 PSC and the authors expressly disclaim any assertion that the facts or information contained herein, or referenced, in whole or in part is accurate. This document is not for distribution to any third party, including, without limitation, an agent, assign, expert, consultant, representative, employee, or someone otherwise affiliated with the MDL participating lawyer to whom it was provided.

Kline and Specter, PC
Attorney Work Product -- Privileged and Confidential—DO NOT PRODUCE

Page 1 of 169
Last modified on 8/3/2007at 8:29:43 AM

KS-001011

*In re: Vioxx Litigation*

*Cast of Characters*

Red = Key individuals

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed For Martin Report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Abernathy, Mike | Merck employee | Manager of the neurology/urology sales training group in the Northwest (2003–present) / Director of Sales Training and Professional Development – Western Division (1997-2003) | Supervisor of trainers who would provide sales training and 'professional development' to Merck sales representatives in the Western part of the United States | No | No | 3/16/06 4/11/06 | N/A |
| Abramovitz, PhD, Mark | Merck employee | Division of Biochemistry and Molecular Biology, Merck Frosst | Senior author on some early molecular biology work out of Merck Frosst on prostanoid receptors. | Yes | No | N/A | N/A |
| Abramson, MD, John | Plaintiff's expert | Clinical Instructor, Department of Ambulatory Care and Prevention, Harvard Medical School (1997–present) / Chair, Department of Family Practice, Lahey Clinic (1994-2001) | Family practice trained physician and critic of drug industry who has lectured on the commercialization of medical information (growing influence of industry in providing medical information to physicians). Dr. Abramson has offered testimony that Merck failed to provide unbalanced and unbiased medical information to prescribing physicians. Dr. Abramson served expert reports in two MDL cases, but did not testify at trial.[1] | N/A | No | 6/7/06 8/3/06 | N/A |
| Abramson, MD, Steven | Third party/Merck Consultant ("Advocate") | Professor and Chairman, Division of Rheumatology, NYU School of Medicine | Former chairman of the Merck MK-966 Advisory Board (approx 1997).[1] Co-investigator on both Vioxx and Celebrex trials.[2] Listed in Merck documents as a Merck "Advocate."[3] Why they have also had a financial interest in Merck.[3] Despite these conflicts, was chair of 1999 FDA Advisory Committee the recommended approval of Vioxx, and was an invited consultant to sit on the 2005 FDA Joint Advisory Committee on Cox2s and CV risk. | No | No | N/A | N/A |
| Achord, Sr., Russell Walter | Plaintiff | Plaintiff | Plaintiff in a TX state case | N/A | No | 4/20/06 | N/A |

Kline and Specter, PC
Attorney Work Product -- Privileged and Confidential—DO NOT PRODUCE

Last modified on 8/3/2007at 8:29:43 AM

KS-001012

In re: Vioxx Litigation

Cast of Characters

Red = Key individuals

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed For Martin Report? | Deposition testimony? | Trial testimony |
|---|---|---|---|---|---|---|---|
| Acre, Richard | Merck employee | Unknown | Precise role unclear. Appears to have been involved in "competitive intelligence," "promotional feedback." May have worked with Susan Baumgartner. | Yes | No | N/A | N/A |
| Adams, Jr. MD, Harold | Merck consultant | Professor and Director, Division of Cerebrovascular Disorders, University of Iowa Stroke Center | Neurologist and stroke expert hired by Merck to be a member of the neurology adjudication committee. Chair of the AHA/ASA Stroke Council, and the lead author of the Guidelines for Early Management of Stroke Published by that group in 2007.[9] In a disclosure statement attached to that article, Adams disclosed that he has received "significant" research grants from the following pharmaceutical companies: Boehringer Ingelheim, Centocor (J & J), Eli Lilly, Merck, NMT Medical, Sanofi, Bristol-Myers Squibb and GlaxoSmithKline. Id. It is unclear when he received the grant from Merck in relation to his service on the neurology adjudication committee. | No | No | N/A | N/A |
| Adams-Mueller, Lisa | Merck employee | Unknown | Assisted in arranging contracts with outside Merck "consultants" and negotiations when consultants wanted to amend particular clauses to the confidentiality agreements they were asked to sign. | Yes[10] | No | N/A | N/A |
| Adeyi, Ben | Merck employee | Marketing Analyst, Forecasting and Decision Research, USHH | Involved in marketing analysis. | Yes | No | N/A | N/A |
| Afsar, MD, John KB | Fact witness (case specific) | --- | Treater in the Tomlin case in FL state court. | N/A | N/A | 9/20/05 | N/A |
| Agni, MD, Gulrish | Fact witness (case specific) | --- | Treater in the Ruck case in NJ state court | N/A | N/A | 9/1/05 | N/A |
| Aiello, Robert | Plaintiff | --- | Plaintiff in a NJ case | N/A | N/A | 8/1/05 | N/A |
| Aiken, Patsy | Merck employee | Sales Rep | Sales rep in the Crook case in Ala state court | No[11] | No | N/A | N/A |
| Aiken, Shareen | Merck employee | Unknown | Sales rep or business manager in Minnesota | Yes | No | N/A | N/A |

Kline and Specter, PC
Attorney Work Product -- Privileged and Confidential--DO NOT PRODUCE

Last modified on 8/3/2007 at 8:29:43 AM

KS-001013

*In re: Vioxx Litigation*

**Cast of Characters**

Red = Key individuals

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed For Martin Report? | Deposition testimony | Trial testimony |
|---|---|---|---|---|---|---|---|
| Aliberti, Peter | Merck employee | Senior Director Merck Managed Care Marketing (approx 2004-2006) Product Manager on the Vioxx marketing team (approx 2000-2004) | Relatively mid-level player on the Vioxx marketing team who was designated as the corporate rep to discuss qualitative and quantitative services provided by vendors | Yes | No | 4/26/06 | N/A |
| Albright, Gary | Plaintiff | --- | Plaintiff in Ala state court case | N/A | N/A | 7/12/06 | N/A |
| Albright, Janet | Fact witness (case specific) | --- | Fact witness (wife of plaintiff) in Albright, case in Ala state court | N/A | N/A | 7/12/06 | N/A |
| Alfonso, Kim | Merck employee | Sr. Region Director, Washington DC, Mid-Atlantic Business Group | Precise role unclear at this juncture, but custodial file contains copies of Merck correspondence with international agencies (Health Canada, Sweden etc), advisories, and copies of documents addressed to the Worldwide Product Labeling team. | Yes | No | N/A | N/A |
| Allen, Cynthia | Plaintiff | --- | Plaintiff in TX state case | N/A | N/A | 5/23/06 | N/A |
| Alliphin, Glenda Sue | Plaintiff | --- | Plaintiff in NJ state case | N/A | N/A | 2/28/06 | N/A |
| Allmayer, PhD, MBA, MPH, Anne | Merck employee | Project Manager; Project Management | Precise role unclear, but has a rather extensive custodial file that reveals that she was on the limited internal distribution list for all FDA correspondence; was involved in the Medical School Grant Program, and was also involved with various committees that mapped out plans for Vioxx studies (DMC, sWMA working group, Vioxx Product Development Team). Significant portion of her file appears devoted to resources estimates for CV outcomes study. | Yes | No | N/A | N/A |
| Altobelli, MD, Anthony | Plaintiffs' cardiology expert[13] (case specific) | Private practice of cardiology, Instructor UMDNJ-RWJ Med School | Plaintiff's case specific expert in the Hatch and McFarland cases in NJ | N/A | N/A | 6/14/06 | N/A |
| Ameen, Tami | Merck employee/plaintiff | Merck employee | Plaintiff in TX marketing/sales cases—majority of transcript is redacted. | N/A | N/A | 8/6/03 8/7/03 | N/A |

*Kline and Specter, PC*
*Attorney Work Product -- Privileged and Confidential—DO NOT PRODUCE*

KS-001014

In re: Vioxx Litigation

## Cast of Characters

Red = Key individuals

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed for Martin Report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Amundson, MD, Glenn | Fact witness | --- | Treater of named plaintiff in a class case in MI state court | N/A | N/A | 2/22/06 | N/A |
| Anderson, Elvis Presley | Plaintiff | --- | Plaintiff in case in Choktaw tribal court | N/A | N/A | 1/11/06 | N/A |
| Anderson, Mallory | Merck employee | Business Manager | Deposed in the Young case in TX | N/A | N/A | 10/8/04 | N/A |
| Anderson, Tonya | Fact witness (case specific) | --- | Fact witness (wife) in the Elvis Presley Anderson case in Choktaw tribal court | N/A | N/A | 1/12/06 | N/A |

Kline and Specter, PC
Attorney Work Product -- Privileged and Confidential—DO NOT PRODUCE

**KS-001015**

In re: Vioxx Litigation

Cast of Characters

Red = Key individuals

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed for Martin Report? | Deposition testimony? | Trial testimony |
|---|---|---|---|---|---|---|---|
| Anstice, David W. | Merck executive/Senior Management | Executive Vice President for Strategic Initiatives (2006-present) President Asia Pacific Human Health (2005-2006) President of the Division of Human Health (2003-2005) President of Human Health for the Americas (1997-2002) | Heavyweight player and member of most senior management team at Merck (HHPAC). Always in the loop with respect to highest level decision-making. Top of the food-chain for Merck on marketing and sales of Vioxx. Notwithstanding his titles, has no medical or scientific background, and is a Merck "lifer." Following the Vioxx withdrawal, the appointment of a new CEO, and the Congressional hearings on Merck's sales practices, was quietly transferred to head marketing and sales on the Pacific Rim. Highest ranking executive in the division that handled marketing and sales in the US at the time Vioxx was marketed and therefore bore overall responsibility for sale of Vioxx in the US.[] Exercised stock options within 60 days of the withdrawal of the drug.[] Key Points from Anstice's deposition testimony: • Merck was in a race against Celebrex; • Patents expiring on key selling drugs and Vioxx was viewed as important for replacement revenue; • Battle was raging between Merck & Pfizer and Merck simply count tease (See 1/1/4)) • "In it to win it" (See 1/1/55) • Merck never did a CV study, even though such a study could have been done before Vioxx went on the market • Merck is world-renowned for marketing and, with Vioxx, Merck kicked of it record breaking marketing effort by assembling the largest sales force ever, using the larges number of doctor advocates ever • Merck's marketing of Vioxx got them in trouble with the FDA— response of Anstice on the video can be spun as him not taking the warning seriously • Proves up that Merck Marketing did the ADVANTAGE Seeding study | Yes | Yes | 3/16/05 3/17/05 3/18/05 4/12/05 5/20/05 | By Video/Dep. Designation: –Ernst (TX); –Humeston 1 (NJ); –Barnett (MDL); –Grossberg (CA); –Smith (MDL); –Irvin 1 (MDL); –Schwaller (IL) Live: –Cona/McDarby (NJ); –Doherty (NJ); –Dedrick (MDL); –Hermans/Hrim. II (NJ) |
| Arnett, MD, Maria | Fact witness (case specific) | — | Medical examiner in the Ernst case in TX state court | N/A | N/A | 7/28/05 | Via Tape –Ernst (TX) |

Kline and Specter, PC
Attorney Work Product -- Privileged and Confidential--DO NOT PRODUCE

KS-001016

*In re: Vioxx Litigation*

Cast of Characters

Red = Key individuals

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed for Martin report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Arnett, PhD, MSPH, Donna | Plaintiff's epidemiology expert/Merck consultant | Chair and Professor, Department of Epidemiology, School of Public Health, University of Alabama | Epidemiologist at University of Alabama who specializes in cardiovascular genetic epidemiology. Has offered testimony that Vioxx is cardio toxic, even in short term use, and that VIGOR demonstrated a significant heart attack risk that should have been clearly conveyed to the public. Was hired by Merck as a consultant for the specific purpose of reviewing Merck's presentation to the 2005 FDA Advisory Committee. Merck documents describe her as an "excellent cardiovascular epidemiologist." Offers testimony that incomplete and misleading data was given to consultants. | N/A | No | 9/6/06, 10/20/06 | Live –Dedrick (MDL) |
| Arrigale, Rudolph | Plaintiff | ... | Plaintiff in CA state case | N/A | N/A | 5/2/06 | Arrigale (CA) |
| Arrigale, Vincent | Plaintiff | ... | Plaintiff in CA state case | N/A | N/A | 5/2/06 | |
| Arrowsmith-Lowe, M.D., Janet | Defense expert witness (regulation/FDA) | Principal, Arrowsmith-Lowe Consulting | Well-known in the mass-torts community as a regular defense witness. With her husband, operates a consulting firm that offers consulting to pharmaceutical companies. In a 2005 Vioxx deposition, testified that this consulting firm had made $2.5 million from 1999 to date, 100 % of which was for pharmaceutical litigation consulting. | N/A | No | 6/29/05 10/28/05 2/2/06 6/7/06 | Live –Irvin II (MDL) –Smith (MDL) –Dedrick (MDL) |
| Arstevu, MD, Christine | Merck employee | Associate Director, Medical Services | Physician who worked in division of Merck that responded to physician questions with pre-approved information. Trained as an internist and as an epidemiologist. Supposedly still sees patients, but does not have a regular practice. | Yes | No | N/A | N/A |
| Atkins, Donald Corliss Jr. | Plaintiff | ... | Plaintiff in NJ state action | N/A | N/A | 10/3/05 | N/A |
| Atkins, Judy | Fact witness (case specific) | ... | Spouse of plaintiff in NJ state action | N/A | N/A | 12/21/05 | N/A |

KS-001017

*In re: Vioxx Litigation*

*Cast of Characters*

Red = Key individuals

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed for Martin Report | Deposition testimony | Trial testimony |
|---|---|---|---|---|---|---|---|
| Avedon, Marcia | Merck employee | Senior Vice President, Human Resources | Involvement seems to be mostly from the period surrounding the withdrawal of Vioxx in Sept/Oct 2004 (custodial file contains some heavily redacted handwritten notes from this that time, including notes from the Board of Directors meeting on 9/28/04 where she quotes one of the Board members (initials LAB—likely referring to Larry Bossidy) as saying the APPROVe results were "a disaster" for Merck with "enormous financial implications").<br><br>Focus mostly appears to be handling issues of redistributing Vioxx staff post-withdrawal, and answering questions re: potential layoffs. | Yes | Yes | N/A | N/A |

*Kline and Specter, PC*
*Attorney Work Product -- Privileged and Confidential—DO NOT PRODUCE*

**KS-001018**

*In re: Vioxx Litigation*

## Cast of Characters

Red = Key individuals

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed for Martin Report? | Deposition testimony? | Trial testimony? |
|------|----------|----------|--------------------|-----|-----|----|----|
| Avorn, M.D., Jerome (Jerry) | Plaintiff expert witness / Fact witness (generic)/Merck consultant | Chief of the Division of Pharmacoepidemiology and Pharmacoeconomics at Brigham and Women's Hospital; Harvard Faculty | Well-known physician / Pharmacoepidemiologist who has given extremely strong expert testimony on liability and general causation:<br><br>... there was a pattern of gross distortion of the risks of Vioxx, and that no matter which way physicians turn, whether it was looking at the label, hearing what they were hearing from the Merck-trained sales representatives, trying to read the literature in the medical journals and trying to get some accurate, complete depiction of what was happening in the clinical trials, even the information their patients were bringing to them from the commercials and ads that they had seen, across the board, there was a pattern of what I would characterize as systematic distortion that rose almost to the level of grotesque. And, frankly, it was an embarrassment for me as a member of the medical profession that this was going on in presenting information to doctors in such a one-sided and lopsided way. (*Source: June 29, 7/06 trial preservation deposition*)<br><br>With Don Solomon of his department, performed and published two important epidemiologic studies on CV risks of nonselective NSAIDS and Cox-2 inhibitors.   The first paper is frequently misrepresented by Merck to support their contention that cardioprotective qualities of naproxen accounted for the VIGOR results (*See Arch Int Med 2002 162 1099*).   Dr. Avorn provides context and clarification in his testimony. The second paper was done in conjunction with Merck (and supported by a grant from Merck–*See Circulation 2004; 109: 2068-2073*).   After the results became available, and Drs. Avorn/Solomon refused to soften their conclusions in the paper submitted for publication, Merck withdrew the name of their employee/scientist (*see Carolyn Cannuscio– who worked on the project with Drs. Avorn and Solomon*) from publication in the journal *Circulation*, and then proceeded to mount a campaign to make it clear that the company "disagreed" with the paper's conclusion that Vioxx carried a CV risk.<br><br><u>Did not accept any financial compensation for expert work, and is a past and present Merck consultant.</u> | N/A | No | Discovery<br>–6/15/06<br>–6/16/06<br><br>Trial preservation<br>–6/29/06<br>–6/30/06 | Vin video Dep.<br>–Barnett (MDL)<br>–Mason (MDL)<br>–Smith (MDL)<br>–Dedrick (MDL)<br>–Grossberg (CA)<br>–Arrig/Appell (CA)<br><br>Live<br>–Hermans/Hunter II (NJ) |

**KS-001019**

In re: Vioxx Litigation

Cast of Characters

Red = Key individuals

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed For Martin Report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Aycock, Richard | Fact witness (case specific) | -- | Co-worker of deceased Dickie Irvin in the Irvin (Plunkett) case | N/A | N/A | 9/28/05 | N/A |
| Bash, MD, Mark Allan | Merck employee | Unknown | Precise role unclear. Appears to have worked closely with Banyu, Merck's Japanese division. | Yes | No | N/A | N/A |
| Bachman, MD, Robert | Fact Witness (case specific) | -- | Fact witness and treater in the Cona case (NJ) | N/A | N/A | 1/27/06 | N/A |
| Bachman, Robert | Merck employee | ?, Clinical Neuroscience | Precise role unclear. Custodial file contains IRB approval and documents concerning various studies; also appears to have maintained contact with various sites re: sticking with protocol. Also seems to have been contact person with Ingenix. | Yes | No | N/A | N/A |
| Baden, MD, Michael | Defense expert | Director, Forensic Sciences Unit, New York Police | Well-known forensic expert (and host of HBO's Autopsy) who served a report for Merck in the Herman case. | N/A | N/A | N/A | N/A |
| Baillie, PhD, Thomas | Merck employee | VP, Department of Drug metabolism | Worked in department of drug metabolism and studied how Vioxx metabolized in the body. Participated in early meetings with FDA (e.g. end of phase II conference). Named author on the publication of a paper reporting the results of 012 018, and 037. | No | No | N/A [18] | N/A |

Kline and Specter, PC
Attorney Work Product -- Privileged and Confidential—DO NOT PRODUCE

KS-001020

*In re: Vioxx Litigation*

*Cast of Characters*

*Red = Key individuals*

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed For Martin Report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Bain, MD, Raymond | Merck employee | Head of Biostatistics & Research Decision Sciences | Senior Biostatistician.  Was the supervisor for G. Frank Lui, statistician to the Alz studies and was involved in the interim unblinding of the Alz studies for safety analysis.<br><br>Bain related documents include—1.0216, 1.0311, 1.0079, 1.1748 | Yes | Yes | N/A | N/A |
| Bakhtian, MD, Robert | Fact witness (case specific) | -- | Treater in the McDuffy case | N/A | N/A | N/A | N/A |
| Baldwin, MD, Thomas | Plaintiff's expert? | Cardiologist in private practice in Kansas City | Plaintiff's general and specific causation expert in Irvin I and II.  Strong credentials and comprehensive knowledge of Vioxx's MOA and relevant scientific literature.  In an unfortunate decision, J. Fallon did not allow Dr. Baldwin to testify as to specific causation.   The Estate of Dickie Irving has sought a new trial on this issue. | N/A | No | 10/6/05; 1/23/06; 7/6/06 | Live --Irvin I (MDL) --Irvin II (MDL) |
| Baldwin, MD, Nahum Malcolm | Fact witness (case specific) | -- | Treater in the Cona case in NJ | N/A | N/A | 1/13/06 | N/A |
| Bansky, Tara | Merck employee | Medical Program Coordinator; Gastroenterology Clinical Research | One of the coordinators for low dose ASA endoscopy study (protocol 136). | Yes | No | N/A | N/A |
| Baraf, MD, Herbert | Defense expert | Clinical Professor of Medicine, GWU | Rheumatologist and defense expert witness.   Report was served in NJ | N/A | N/A | N/A | N/A |
| Baranuk (McConnell), Christine | Merck employee | ?, Clinical Neuroscience | Precise role and title unclear, but worked in Clinical Neuroscience; custodial file contains correspondence re:  Alzheimer's sleuth analyses; communications among other Merck employees who were involved in the preparation of adjudication packages for Alzheimer's and other Vioxx studies.  File also contains early drafts of Alzheimer's summaries. | Yes | No | N/A | N/A |
| Barker, Tyrus | Merck employee | Unknown | Precise role unclear.  Custodial file contains a collection of Merck poster presentations given at various conferences.   Also copied on material re: competitive and promotional feedback, and documents detailing Bextra "counter-strategy." | Yes | No | N/A | N/A |

Kline and Specter, PC
*Attorney Work Product -- Privileged and Confidential—DO NOT PRODUCE*

**KS-001021**

*In re: Vioxx Litigation*

*Cast of Characters*

*Red = Key individuals*

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed for Martin Report? | Deposition testimony | Trial testimony |
|---|---|---|---|---|---|---|---|
| Barnett, Corinne | Fact witness (case specific) | -- | Fact witness in the Barnett case (MDL). | N/A | N/A | 5/4/06 7/29/06 | N/A |
| Barnett, Gerald | Plaintiff | -- | Plaintiff in the Barnett case (MDL). | N/A | N/A | 4/20/06 6/6/06 | Barnett (MDL) |
| Barnett, John | Fact witness (case specific) | -- | Fact witness (brother of plaintiff) in the Barnett case (MDL). | N/A | N/A | 7/18/06 | N/A |
| Baron, [M.D.], John | Merck consultant | Professor of Medicine, Dartmouth Medical School; also faculty in the Dartmouth epidemiology program | Chaired the APPROVe Steering Committee, co-author on APPROVe publications (protocol 122), and paid Merck consultant. | Yes | Yes | N/A | N/A |

Rhine and Specter, PC
Attorney Work Product -- Privileged and Confidential—DO NOT PRODUCE

**KS-001022**

*In re: Vioxx Litigation*

## Chart of Characters

Red = Key individuals

| Name | Category | Title(s) | Role in Vioxx Case | Custodial file produced? | Interviewed For Manila Report? | Deposition (testimony?) | Trial (testimony?) |
|---|---|---|---|---|---|---|---|
| Barr, M.D., Eliav | Merck employee | Senior Director Biologics Clinical Research (2003-present) Director Biologics Clinical Research (1998-2002) | Merck-employed physician, vaccine expert, and cardiologist by training who was consulted frequently about Vioxx clinical trial results. First brought in on the Vioxx team in the critical month of March 2000 by Ed Scolnick, and then conducted his own 'internal' adjudications of various potential CV events. Also aided in the drafting of submissions to FDA and presentations. Co-author of the 069 pooled CV analysis and the Konstam meta-analysis. In late 2000, while reviewing events from the ADVANTAGE study, opined that a particular death/event (patient 5005, a woman who suffered a sudden death due to 'hypertensive heart disease') should have been sent to the committee for adjudication because it was likely to have been an MI. Alise Reicin disagreed, and the event was never sent to the committee to be adjudicated, or counted in the Merck produced totals of MIs for the study. In 2001, FDA reviewer Lourdes Villalba (turnover of these internal Merck machinations) expressed the same view the Barr had—the event was likely to have been an MI and should have been adjudicated. Although originally trained in cardiology, has testified that he has let his board certification in cardiology lapse. | Yes | Yes | 1/28/05; 9/21/05 | N/A |
| Bartles, Mark Dr. | Fact witness (case specific) | -- | Treater deposition taken in NJ class action | N/A | N/A | 1/3/06 | N/A |
| Bateman, PhD, Kevin | Merck employee | Research Fellow, Medicinal Chemistry, Merck Frosst | Merck Frosst scientist who was involved in NO-Coxib project. | Yes | No | N/A | N/A |
| Bates, Grif M | Merck employee | Director, Integrated Marketing Communications | Precise role unclear. Custodial file contains business plans, market projections, managed care plans, and documents from the Arthritis Franchise Business Group (FBG). Worked under Charlotte McKines | Yes | No | N/A | N/A |

*Last modified on 8/3/2007at 8:29:43 AM*

Kline and Specter, PC
Attorney Work Product -- Privileged and Confidential—DO NOT PRODUCE

KS-001023

*In re: Vioxx Litigation*

*Cast of Characters*

Red = Key Individuals

| Name | Category | Title(s) | Role in Vioxx Case | Custodial file produced? | Interviewed For Martin Report | Deposition testimony? | Trial testimony |
|---|---|---|---|---|---|---|---|
| Dalton, A.D., Joan | Third party | Associate Professor of Medicine, Department of Rheumatology, Johns Hopkins University | Member of the sitting FDA Arthritis Advisory Committee and 2005 FDA Advisory Committee on Cox-2s. Conflicts of Interest included—Receipt of consultancies and/or honoraria from Centocor, Inc., a subsidiary of Johnson & Johnson, totaling less than $10,000 per year. (Arthritis Rheum. 2004;50:3432-43.) Received all her consultant fees and support for this research from Immunex. (Arthritis Rheum. 2002 Jun;46(6):1443-50.) Received support for research on etanercept and methotrexate in patients with early rheumatoid arthritis from Immunex, Inc. (N Engl J Med. 2000 Nov 30;343(22):1586-93.) Was a consultant/member of the Advisory Board for the following companies: Bristol Myers Squibb, Centocor, Knoll, Wyeth, Searle (National Advisory Board, Cox-2 Project), Fournier, P&G. [Source: Center for Science in the Public Interest][20] | No | No | N/A | N/A |
| Baumann, Amy | Merck employee | Market Integration Team—Vioxx, Communication Manager | Precise role unclear. May have had some responsibility for transmitting bulletins to the sales force. | Yes | No | N/A | N/A |

*Kline and Specter, PC*
*Attorney Work Product -- Privileged and Confidential—DO NOT PRODUCE*
*Last modified on 8/3/2007 at 8:29:43 AM*

**KS-001024**

In re: Vioxx Litigation

Cast of Characters

Red = key individuals

| Name | Category | Title(s) | Role in Vioxx case | Custodial File produced? | Interviewed for Martin Report? | Deposition testimony? | Trial Testimony |
|---|---|---|---|---|---|---|---|
| Baumgartner, Ph.D., Susan L. | Merck employee | Marketing team/manager for Vioxx (1998–approx 2001)<br><br>Marketing team for Merck's Propecia (1997)<br><br>Cardiovascular consultant (1996) | Worked to enlist the support of physicians/thought leaders for Vioxx (i.e. turn them into 'advocates' for Vioxx that would aid Merck to increase overall sales).<br><br>Was recipient of e-mail from Charlotte McGines (her boss) re: Dr. Andrew Whelton saying information was for the "bad guy's list." She, along with her team, then worked to "neutralize" these "problem" physicians (See P1.409, P1.411, P1.413).<br><br>Prepared first "Physicians to Neutralize" memos for McGines and Dixon. Originally labeled it "problem physicians," but was encouraged to change it to "Development opportunities" by Leo Mendez, who wanted the "problem" language out of there "just in case."<br><br>Known for a handwritten note in her day-dimer on February 9, 2001 (the day after the February 2001 FDA Advisory Committee conference was held) where she noted that the committee "bought" the naproxen hypothesis. (See P1.0400).<br><br>Authored a summary of external thought leaders conclusions re: the VIGOR study—"recommend that Merck not emphasize the 'protective effect' of Naprosyn as an explanation for ... VIGOR ... so there is no supporting data to substantiate a protective effect of Naprosyn, advocating this ... only serves to undermine Merck's credibility with physicians." (See 1.0401).<br><br>Tasked by Lou Sherwood to prepare detailed memo on Dr. Gurkipal Singh, which prompted Sherwood's threatening call to Dr. James Fries at Stanford.<br><br>In MDL dep. makes critical blunders re: neutralizing physicians and "bad guys list" docs. Good dep. establishing Merck's practice of intimidating critics of Vioxx.<br><br>Holds a doctorate in pharmacy and an MBA. | Yes | Yes | 2/25/05; 3/1/05; 9/30/05 | By Video – Arrigale (CA) –Grossberg (CA) –Irvin II (MDL) –Mason (MDL). |
| Bayly, PhD, Christopher | Merck employee | Chemist, Merck Frosst | Merck Frosst biochemist who did early work on the Vioxx compound. | Yes | No | N/A[31] | N/A |

Kline and Specter, PC
Attorney Work Product -- Privileged and Confidential—DO NOT PRODUCE

KS-001025

*In re: Vioxx Litigation*

**Cast of Characters**

Red = Key individuals

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed for Martin Report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Bazani, Bebek | Merck employee | Business Planning and Market Research | Along with Nahn Chung and Dan Bushnell, did work on Vioxx pricing before the launch of the drug (see MRK-AOC00160B4) | No | | N/A | N/A |
| Beauchard, Lucine | Merck employee | Vice President, A&A Business Group; Marketing Manager, Arthritis and Analgesia Therapeutic Business Group | Worked with Susan Baumgartner and Wendy Dixon on marketing messages and competitive intelligence. Replaced McKines in early 2002 as exec director for marketing of Cox-2.s | Yes | Yes | N/A | N/A |
| Deers, MD, Mark | Merck employee | Editor in Chief, Merck manual | Editor in chief of the Merck manual | Yes | No | N/A | N/A |
| Befdovitz, Dawn | Merck employee | Assistant Medical Programs Coordinator | Appears to have been involved in resolving discrepancies and "cleaning" files before analyses, coordinating receipt of information from investigators, and gathering information for FDA submissions. | Yes | No | N/A | N/A |
| Bell, MD, Gregory  | Merck employee | National Medical Director, US Human Health (until 2000); Regional Medical Director, US Human Health (1997 until title changed to above, date uncertain); Program manager (1996-1997) | Physician employed by Merck's US Human Health division (the marketing division) who provided scientific and medical support to the sales and marketing teams.   Also gave talks to physicians on topics that would link to him being marketed.   Talks were written by others at Merck and given to him for Abitva. Trained as an internist and rheumatologist.   Left Merck in Sept 2000 to work for Abitva. | Yes | Yes | 11/10/04 | N/A |
| Bella, MD, Timothy | Paid witness (case specific) | --- | Treater in the Persiin case (MDL). | N/A | N/A | 9/7/06 | N/A |
| Belfino, Marilee | Plaintiff | --- | Plaintiff in a NJ action | N/A | N/A | 8/23/05 | N/A |
| Benudere, Michelle | Merck employee | Senior professional rep | Sales rep in the McDarby case | No[22] | N/A | 1/30/06 | N/A |

*Last modified on 8/3/2007 at 8:29:43 AM*

Kline and Specter, PC
Attorney Work Product — Privileged and Confidential—DO NOT PRODUCE

**KS-001026**

*In re: Vioxx Litigation*

*Cast of Characters*

Red = Key individuals

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed For Martin Report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Benezra-Kursilun, MD, Diane | Merck employee | Director and Head, Worldwide Product Labeling Group, MRL | Custodial file largely focuses on drafts of the VIGOR label and meetings surrounding that label change.  Given title and documents retained, may have had considerable involvement in drafting the language for the 2002 label. | Yes | Yes | N/A | N/A |
| | | | Was the labeling representative to the LEAD task force (charged with preparing Vioxx circulars for possible reintroduction to the market). | | | | |
| Berger, MD, Marc | Merck employee | VP, Outcomes research and management | Like Sheldon Kong, performed and arranged 'outcomes' studies.  Appears to have worked with marketing to integrate these 'outcomes' study results into marketing plans, as well working with medical services to provide these study results directly to physicians and managed care plans. | Yes | No | N/A | N/A |
| Berger, Mimi | Merck employee | Sales rep | Sales rep in the Doherty case | No[33] | No | 5/25/06 | N/A |
| Bernard, MD, John | Fact witness (case specific) | --- | Treater in the Aldkins case in NJ | N/A | N/A | 12/20/05 | N/A |
| Berzdzieki, Cathy | Plaintiff | --- | Plaintiff in a NJ state case. | N/A | N/A | 9/20/05 | N/A |
| Berzdzieki, Daniel | Plaintiff | --- | Plaintiff in a NJ state case | N/A | N/A | 9/20/05 | N/A |
| Bhanji, Munu | Merck employee | Vice President, Managed Care Sales | Involved in managed care advocate development and sales. | Yes | No | N/A | N/A |
| Bias, Nina | Plaintiff | --- | Plaintiff in a NJ state case | N/A | N/A | 12/14/05 | N/A |
| Biegelson, Larry | Merck employee | Associate Director, Analgesic and Anti-Inflammatory Franchise Business Group | Precise role unclear at present, but appears to have worked for the marketing division | Yes | No | N/A | N/A |
| Biehn, Brent | Merck employee | Sr. Manager, Market Research, A&A, Business Analysis and Decision Support (BADS) | Precise role unclear at present, but appears to have worked for the marketing division. Custodial file contains 'competitive intelligence' on Merck competitors, particularly with respect to Bextra, and market research | Yes | No | N/A | N/A |

KS-001027

*In re: Vioxx Litigation*

Cast of Characters

Red = Key individuals

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed for Martin Report? | Deposition testimony? | Trial testimony? |
|------|----------|----------|--------------------|--------------------------|-------------------------------|----------------------|------------------|
| Bhikowitz, Ph.D., Bruce | Merck employee | Director, BARDS; Senior Biometrician, BARDS | Holds a PhD in quantitative sciences, and was designated by Merck as a corporate rep on the topic of computer information systems that categorized data (including systems such as CRUSH, CTS, WAES, and SAS). | No | No | 7/15/05 | N/A |
| Bird, MS, Stephen | Merck employee | Senior Biometrician, Biostatistics and Statistics Information System, CDP, USHH | Statistician who worked on CDP studies, including analysis of 085 and 090, and dental pain study.  Co-author on abstracts for those studies. | Yes | No | N/A | N/A |
| Bischoff, Brett | Merck employee | Professional representative | Sales rep in the Wilkes-Barre, PA area. | Yes | No | N/A | N/A |
| Bissett, Robert | Merck employee | Unknown at this time | Precise role unclear, but may have been involved in administration, custodial file contains minutes/agendas (authored by him), backgrounders and presentations for HHPAC and HHBT meetings, all relatively organized and sequential. | Yes | No | N/A | N/A |
| Bjorkman, MD, MSPH David | Merck consultant | Professor of Medicine, University of Utah School of Medicine | Member of the DSMB for VIGOR and Member of the ESMB for APPROVe.  Attended 'dress rehearsal' for Merck's 2005 Advisory Committee presentation as an advisor to the company.  Appears to have been a presenter in the "Merck Grand Rounds" program; gave talks for Merck in various locations around the country, including Hawaii.  Merck selected, arranged and paid for "independent" counsel to represent him, Dr. Neaton, and Dr. Konstam in the context of subpoenas issued in this litigation (see DJB 00392) | Yes | Yes | N/A | N/A |

Kline and Specter, PC
Attorney Work Product -- Privileged and Confidential—DO NOT PRODUCE

Last modified on 8/3/2007 at 8:29:43 AM

KS-001028

*In re: Vioxx Litigation*

## Cast of Characters

Red = Key individuals

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed for Martin Report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Bhatt, PhD, Cameron | Merck employee | Merck Frosst | Merck Frosst scientist who did some of the early work on the Vioxx compound; name is on many of the early biochem papers and patents | Yes | No | N/A | N/A |
| Blake, Mary Elizabeth (Batsman) [photo] | Merck employee | Senior Director for Merck Vaccines, Public Affairs (late 2004-present)

Merck public affairs/Office of Medical/Legal (approx 1999-2001—dates unclear) | Has testified that it was her job to "provide the Merck perspective" that Vioxx did not cause heart attacks in media coverage.  Was congratulated for convincing Reuters to include that Merck perspective in its coverage.  (See 1.1735)

Is a lifer—has been employed at Merck since graduation from college.

Despite working for the office of "Medical-Legal," does not hold either a medical or a law degree.  Holds an MBA. | Yes | No | 11/29/05; 2/9/06 | By Video
--Barnett (MDL)
--Irvin II (MDL)
--Desfleil (MDL)
--Schwaller (La)
--Arrigale (CA) |
| Blank, DO, Andrew | Fact witness (case specific) | --- | Treater in the Rowe case (NJ) | N/A | N/A | 12/1/04 | N/A |
| Bleil, Lisa | Merck employee | ? Professional rep | Sales rep in McFarland (NJ) case. | Yes | No | 5/24/06; 6/5/06 | N/A |
| Blevins, Lisa Ann | Merck employee | Professional rep | Professional rep in the Young (TX) case | N/A[24] | N/A | 10/8/04 | N/A |
| Block, MD, PhD, Gilbert [photo] | Merck employee | Senior Research Physician, Clinical Neuroscience | Trained as a neurologist, he was the clinical monitor for the Alzheimer's studies.  Was initially concerned because an imbalance of deaths was observed in the AZ studies in 2001 and wondered why whether there should be a Data and Safety Monitoring Board convened for the study that was ongoing (Study 078—prevention of AZ).

His name is on an abstract presented at three different conferences in 2002 regarding the CV data in the Alz studies.  Claimed during his deposition not to remember if he actually reviewed the abstract before it was presented.  Named author on publication of 091.

Left Merck in 2002; currently works for AstraZeneca. | Yes | No | 11/5/05 | N/A |

*Kline and Specter, PC*
*Attorney Work Product -- Privileged and Confidential—DO NOT PRODUCE*

KS-001029

*In re: Vioxx Litigation*

## Cast of Characters

*Red = Key individuals*

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed for Profile Report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Blois, MD David | Merck employee | Senior Vice President, Global Regulatory Affairs, MRL | Regulatory scientist who was involved in the fight with the FDA to keep the CV Risk out of the "Warnings" as proposed by the FDA, following the February, 2001 FDA Advisory Committee review. (See 1.0131) | Yes | Yes | N/A | N/A |
| Bloor, MD, Colin | Plaintiff's expert[25] | Professor emeritus, University of California, San Diego | Pathology expert (case specific) in Irvin I | N/A | N/A | 10/5/05; 11/23/05 | Live –Irvin I (MDL) |
| Bold, MD, PhD, Thomas | Merck employee | Senior director, Clinical Risk Management and Safety Surveillance; Senior Director, Worldwide Product Safety and Epidemiology | Senior management in the department that reviews spontaneous adverse event reports (post-marketing safety surveillance). His analysis of AERs for Vioxx in August 2003 noted that 19.6% of CAD/MI events for patients taking Vioxx 25 mg occur during the first 7 days of use (see 1.1615)

Was the CRMSS (Clinical Risk Management and Safety Surveillance) representative to the LEAD task force (charged with preparing Vioxx circulars for possible reintroduction to the market).

Was part of the team that prepared Braunstein for his presentation at the 2005 FDA Advisory Committee | Yes | Yes | 6/25/04; 3/11/05; 7/25/05 | N/A |
| Bolognese, James | Merck employee | Biostatistician, Biostatistics and Research Decision Sciences, MRL | Statistician on multiple Vioxx and Arcoxia studies, including APPROVe, juvenile RA, studies, MEDAL.

Was named author on publication of the following protocols: 009, 041, 050, 058, 068, 069, and 122 (APPROVe), 134/135, and in a joint publication of 010, 029, 033, 034, 035, 040, 044, 045, and 058. | Yes | Yes | N/A | N/A |

KS-001030

*In re: Vioxx Litigation*

## Cist of Characters

Red = Key individuals

| Name | Category | Title(s) | Role in Vioxx case | Custodial produced? | Interviewed for Marita Report | Deposition testimony? | Trial testimony |
|---|---|---|---|---|---|---|---|
| Bombardier, MD, Claire | Merck consultant/Pfizer consultant | Professor of Medicine, University of Toronto; Head Division of Clinical Decision-making & Health Care; Toronto General Research Institute | Rheumatologist and Merck consultant who headed the VIGOR steering committee. Lead author (and therefore corresponding author) on the VIGOR paper published in the NEJM. Although is the titular head of the study, real power was wielded by Merck employee Alise Reicin. Attended 2001 FDA Advisory Committee as a consultant/advisor for Merck. Following the NEJM's issuance of its "Expression of Concern" re: the VIGOR article in 2005 (see Curfman, Drazen, Reicin, Shapiro), authored a "response" to the "Expression of Concern" from the non-Merck authors (an unusual move). In this response, she and the other non-Merck authors claim they did not know that the three MIs available after the Feb 10 cut-off date were available to the Merck authors (Shapiro and Reicin) while the article was still being written. They also claimed they were unaware that there were different cut-off dates for CV events v. GI events. Bombardier was constituted when the APPROVe results were available in late September 2004, and was "on the fence" about the plan to remove it from the market. (See profile on Bombardier's role in Vioxx in the Globe and Mail "The Painful Battle over the 'Wonder [sic]' February 19, 2005). | No | Yes | N/A | N/A |
| Border, Linda | Merck employee | Senior Respiratory Specialist, US Human Health, National Call Center | Professional rep | Yes | No | N/A | N/A |

KS-001031

*In re: Vioxx Litigation*

## Cast of Characters

*Red = Key Individuals*

| Name | Category | Title(s) | Role in Vioxx Case | Custodial file produced? | Interviewed for Martin Report | Deposition testimony | Trial testimony |
|---|---|---|---|---|---|---|---|
| Bossidy, Lawrence A. | Merck director | Member, Board of Directors<br>Member of the Special Committee of Merck & Co., Inc | Former Chairman and CEO of Honeywell, Bossidy is on the Board of Directors at Merck and Co. and was on the 'Special Committee' appointed by the Board to investigate the conduct of senior management (*see also William Bowen and The Hon John S Martin*).<br><br>Handwritten notes in Marcia Avedon's file from a Board of Directors meeting just prior to withdrawal of Vioxx appear to quote him as saying the APPROVe results were "a disaster" for Merck with "enormous financial implications." | No | Yes | N/A | N/A |
| Boulware, MD, Dennis | Third party | Professor and Associate Dean, University of Alabama | Rheumatologist and standing member of the FDA Arthritis Advisory committee. Was also a member of the 2005 Joint Advisory committee on Cox-2s and CV risk. | No | No | N/A | N/A |
| Bourdow, Carrie | Merck employee | Unknown at this time | Precise role unclear at this time. Appears to have been part of the Vioxx project team and the arthritis/analgesia business strategy team, possibly as a marketing representative. | Yes | No | N/A | N/A |

*Last modified on 8/3/2007 at 8:29:43 AM*

Kline and Specter, PC
Attorney Work Product -- Privileged and Confidential—DO NOT PRODUCE

**KS-001032**

*In re: Vioxx Litigation*

Cast of Characters

Red = Key Individuals

| Name | Category | Title(s) | Role in Vioxx case | Custodial file Produced? | Interviewed? Post-Martin Report? | Deposition (testimony?) | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Bowen, PhD, William | Merck director | Member, Board of Directors; Chairman of the Special Committee of Merck & Co, Inc. | Former President of Princeton University, Bowen is on the Board of Directors at Merck and Co. In December 2004, he became the Chairman of a Special Committee appointed by Merck to review the conduct of senior management in the development and marketing of Vioxx. Bowen and his committee retained (and paid) The Hon John S. Martin, Jr. of Debevoise & Plimpton LLP to review the conduct of the Merck executives *(see also The Hon John S. Martin).* | No | Yes | N/A | N/A |
| Boyskin-McLean, Kesha | Merck employee | Sales rep | Sales rep | N/A | N/A | N/A | N/A |
| Brady, Patricia | Merck employee | Clinical Development Studies Program; Medical Program Coordinator; Assistant Medical Program Coordinator | Precise role unclear, but appears to have had some administrative duties with the clinical investigators in some of the studies, including early pre-approval studies, and the 900-series of comparison studies. | Yes | No | N/A | N/A |
| Bragg, Russell | Merck employee | Senior Manager, Medical Strategies group | Had been responsible for reps that promoted Vioxx in the FL area. Eventually promoted. | No | No | 4/25/06 | N/A |
| Brakewood, EB | Merck employee | Director, Arthritis and Analgesia Therapeutic Business Group, Marketing, US Human Health | Marketing director whose position involved working on sales forecasts, business plans, competitive intelligence, and clinical development (i.e. studies v. competitors). Also worked on Arcoxia. | Yes | Yes | N/A | N/A |
| Brame, Alfred | Plaintiff | --- | Plaintiff in an IL state case | N/A | N/A | 6/21/06 | N/A |
| Braun, DO, John | Fact witness (case-specific) | --- | Treater in the McDarby case (NJ) | N/A | N/A | 2/1/06; 2/9/06 | N/A |

Kline and Specter, PC
Attorney Work Product -- Privileged and Confidential—DO NOT PRODUCE

Last modified on 8/3/2007at 8:29-43 AM

KS-001033

*In re: Vioxx Litigation*

## Cast of Characters

*Red = Key individuals*

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed For Martin Report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Braunstein, MD, PhD, Ned | Merck employee | Executive Director, Medical and Scientific Communications (2006-present) Senior Director, Special Projects (2004-2006) Senior Director, Domestic Regulatory Division, MRL (2002-2004) Director, Editing and Labeling (1999-2001) | Initially, worked as an "editor" on the regulatory documents submitted to FDA for Vioxx. As he was promoted, gained more responsibility. Had primary responsibility for interacting on Merck's behalf with FDA re: Vioxx from April 2002 to December 2003.[26]   Initially reported to Robert Silverman; eventually reported to Dennis Erb. Called Merck "the keeper of the data." Once infamously described a request for information from the FDA as "regulatory terrorism." Handwritten notes (that he has authenticated) indicate that he and Brian Harvey of the FDA spoke about how to "get the message out' on FDA's David Graham (during the time Graham was publicly speaking out re: risks of Vioxx).[27] Gave the Vioxx presentation for Merck at the 2005 FDA Advisory Committee meeting (See 1.1929). In an Email before the meeting wrote that the AC advisors can pontificate all they want but only the sponsors have the data that might help answers the questions.   Prepared background package for AC (See 1.1926). Trained as an internist and rheumatologist.   Science background is in molecular biology. | Yes | Yes | 7/18/06; 7/19/06 | N/A |
| Brent, MD, PhD, Jeffrey | Defense expert | Clinical Professor, University of Colorado Health Systems | Medical Toxicologist who was named as a defense witness in the Cona/McDarby cases | N/A | N/A | 2/25/06 | N/A |

Kline and Specter, PC
Attorney Work Product – Privileged and Confidential—DO NOT PRODUCE

KS-001034

*In re: Vioxx Litigation*

*Cast of Characters*

*Red = Key individuals*

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed for Martin Report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Bresalier, MD; Robert | Merck consultant | Professor and Chairman, Department of Gastrointestinal Medicine, University of Texas, MD Anderson Cancer Center | Merck consultant and lead author in the APPROVe study. Commented on an early draft of the APPROVe article that he felt the final paper must be "scientifically accurate" and that a few of Alise Reicin's edits in a draft seemed aimed at "damage control." | Yes | Yes | N/A | N/A |
| Brett, Christopher | Merck employee | ?, Dept. Clinical Research Immunology | Co-author of an analysis for VIGOR RMC members entitled "Confirmed Serious Thromboembolic Events over Time In VIGOR" (dated 9/27/01), which showed MIs occurring in VIGOR after short term use (See 1.1650) | Yes | No | N/A | N/A |
| Bright, MD, David | Fact witness (case specific) | --- | Treater in the Tomlin case (FL) | N/A | N/A | 8/31/05 | N/A |
| Brill, Michael | Merck employee | Manager, International Professional Events | Performed administrative duties with respect to setting up Merck's international meetings for Vioxx, Arcoxia and the Worldwide Arthritis Advisory Board. | Yes | No | N/A | N/A |
| Brisdeau, Christine | Merck employee | Title unknown, Department of Pharmacology, Merck Frosst | Merck Frosst scientist who appears to have been involved in early lab and animal studies on Vioxx, particularly those regarding its Cox-2 selectivity. Co-author on early pharmacology/biochem Vioxx papers published by Merck Frosst. Also seems to have done some work on Merck's Cox-2 program for dogs. | Yes | No | N/A | N/A |
| Brochie, MD, Mireille | Third Party | University Department of Cardiology, Tours, France | French cardiologist who performed the Flubiprofen study | No | No | N/A | N/A |
| Brogan, MD, Charles | Fact witness (case specific) | --- | Treater in the Allphin case in NJ | N/A | N/A | 6/20/06 | N/A |
| Brown, Bob J | Merck employee | Unknown at this time | Precise role unclear. Listed on documents in his file as one of the business managers. | Yes | No | N/A | N/A |
| Brown, Denise | Plaintiff | --- | Plaintiff in a NJ action | N/A | N/A | 10/1/05 | N/A |

KS-001035

In re: Vioxx Litigation

Cast of Characters

Red = Key individuals

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed/Reviewed Per Martin Report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Brown, Georgia | Plaintiff | --- | Plaintiff in a NJ action | N/A | N/A | N/A | N/A |
| Brown, Keiana | Fact witness (case specific) | --- | Fact witness (daughter of plaintiff) in a NJ action | N/A | N/A | 11/4/05 | N/A |
| Brown, MD, Gary | Fact witness (case specific) | --- | Treater in the Conn case (NJ) | N/A | N/A | 7/6/06 | N/A |
| Brozena, Lori | Merck employee | Medical Program Coordinator | Worked in CDP to help line up and work with investigators in the Vioxx marketing studies. | Yes | No | 2/28/06 | N/A |
| Brussler, Charles | Merck employee | Professional rep | Professional rep in White Plains area.   Has several "Macro Tactical Plans" in his file and a very interesting document entitled the "Vejous Vioxx Vixtury Vendetta File" (re: Andrew Wheeton and Celebrex). | Yes | No | 11/22/05 | No |
| Bryan, MD, Foster Curtis | Fact witness (case specific) | --- | Treater in the Barnett case | N/A | No | 6/6/05 | No |
| Buchholz, Molly | Third party/DDB /Ogilvy | Account director | Employed by third party agencies that managed Merck's advertising | Ogilvy/ DDB production | No | 3/14/06 | N/A |
| Buckingham, Felicia | Fact witness (case specific) | --- | Custodian of medical records for MO case | N/A | N/A | 6/28/06 | N/A |
| Buckley, MD, Ralph | Fact witness (case specific) | --- | Treater in the Wells case (NJ) | N/A | N/A | 8/25/05 | N/A |

Kline and Specter, PC
Attorney Work Product – Privileged and Confidential—DO NOT PRODUCE

Last modified on 8/3/2007 at 8:29:43 AM

KS-001036

*In re: Vioxx Litigation*

*Cast of Characters*

*Red = Key individuals*

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed for Martin Report? | Deposition testimony? | Trial testimony |
|---|---|---|---|---|---|---|---|
| Bull, MD, James | FDA | Director, Office of Drug Evaluation V, Office of New Drugs Center for Drug Evaluation and Research, FDA / Acting Director, Div. Of Anti-Inflammatory, Analgesic and Ophthalmological Drug Products, OND, CDER, FDA | Took over this FDA division (which had responsibility for Vioxx), from DeLap around 2000. In a Sept 27, 2001 email exchange between medical officers at the FDA just prior to presenting their proposed Vioxx label to Merck, Bull wrote "I would like to have as many 'big guns' at this meeting for two reasons: one for process in order to pre-empt 'going up the chain'; the second is strategic to present a unified regulatory front and get done what needs doing.  I agree the hour is late and it is time to move to getting the safety message out in our official capacity, i.e. the drug label.  There are a lot of cooks stirring the pot...so let's get moving."  (See FDACDER 0341 19–20). | FDA production | No | N/A | N/A |
| Bunch, MD, Frank Thomas | Fact witness (case specific) | --- | Treating physician in the Wells case (NJ) | N/A | N/A | 8/25/05 | N/A |
| Burton, MD, Joseph Lawson | Fact witness (case specific)/ Plaintiff's expert witness[28] | --- | Pathologist who performed autopsy in the Rogers case.  Also served as plaintiff's expert witness in the Irvin (Plunkett) case. | N/A | N/A | 3/22/05 | N/A |
| Bushnell, Dan | Merck employee | Business Planning and Market Research | Along with Nitin Chung and Babek Bazzazi did work on Vioxx pricing before the launch of the drug (see MRK-AOC00160084) | No | No | N/A | N/A |
| Butler, MD, James | Fact witness (case specific) | --- | Treater in the Elias Diaz case (MDL) | N/A | N/A | 2/8/06 | N/A |
| Buttala, Michael | Merck employee | Senior Promotion Manager ("Vioxx/ethical"), USHH / Specialty Support Manager, US Human Health | Relatively mid-level player in the marketing department.  Worked under Rick Roberts and Charlotte Melchiesi. | Yes | No | No | No |
| Bynum, Jonathan | Merck employee | Sales rep | Sales rep | No | N/A | 8/25/04 | N/A |

Kline and Specter, PC
Attorney Work Product -- Privileged and Confidential—DO NOT PRODUCE

KS-001037

*In re: Vioxx Litigation*

*Chast of Characters*

*Ited = Key individuals*

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed for Martini report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Califf, MD, Robert M | Merck consultant | Duke University Professor, Vice Chancellor for Clinical Research | Merck consultant and expert on drugs and cardiovascular disease (cardiologist). Participated in Oct 18 2000 consultant meeting for VIGOR. Reviewed and critiqued Merck's background package for the FDA Advisory Meeting. On Merck's list of "preferred" external speakers (see MRK-AFI0015160 at 69). Has served on the cardio-renal advisory panel of the FDA as well as the IOM. | Yes | No | N/A | N/A |
| Callahan, PhD, Leigh | Third party | Associate Professor of Orthopedics, Medicine and Social Medicine Thurston Arthritis Research Center University of North Carolina Chapel Hill | Member of the 2001 FDA Advisory Committee that reviewed VIGOR | No | No | N/A | N/A |
| Campbell, Mar | Plaintiff | | Plaintiff in a NJ state action. | N/A | N/A | 8/30/05 | N/A |
| Campbell, Michael Shane | Merck employee | Market research, Business analysis and Decision support | Precise role unclear at present but appears to have worked generally on marketing messages/communications/market research and DTC advertising. Also appears to have worked with Susan Baumgartner. | Yes | No | N/A | N/A |

Kline and Specter, PC
Attorney Work Product -- Privileged and Confidential—DO NOT PRODUCE

**KS-001038**

*In re: Vioxx Litigation*

## Cast of Characters

*Red = Key individuals*

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed For Martin Report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Connell, MD, Thomas | Merck employee | Executive Director, Arthritis & Analgesic FBG | Headed Vioxx promotion and sales, working for Wendy Dixon. Dep. testimony makes the following points: • Admits that drug companies have an obligation to communicate honestly and fairly—lives depend on it. • Core messages did not include CV risks • CV risks were seen as an obstacle. Has noted that "nothing [was] more important to Merck than beating Pfizer." (See 1.1489) Summarizes Merck's massive PR response to Topol article (See 1.1756) | Yes | No | 12/15/05 | By Video --Barnett (MDL) --Smith (MDL) --Anigate (CA) --Mson (MDL) |
| Cannon, Gillian | Merck employee | Senior Business Director, Carolina Region | Appears to have played a role in marketing and obtaining managed care accounts | Yes | No | N/A | N/A |
| Cannon MD, Christopher | Merck Consultant | Associate Professor, Harvard Medical School; Senior Investigator, TIMI group, Brigham & Women's Hospital | Cardiologist at Harvard who was to be the lead investigator on the VALOR study before Merck cancelled it. Also served as a Merck consultant; reviewed the Merck presentation for the 2005 FDA Advisory Meeting. | No | No | N/A | N/A |
| Cannon, MD, Richard | Third Party | National Institute of Health | NIH scientist and invited member of the 2005 FDA Joint Advisory Committee on Cox-2s and CV risks | No | No | N/A | N/A |

Last modified on 8/3/2007at 8:29:43 AM

Kline and Specter, PC
Attorney Work Product -- Privileged and Confidential--DO NOT PRODUCE

KS-001039

In re: Vioxx Litigation

## Chart of Characters

Red = Key Individuals

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed For Martin Report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Cannuscio, Sc.D, Carolyn C. | Merck employee | Epidemiologist | Merck-employed junior epidemiologist who worked with Jerry Avorn and Dan Solomon on the COX-2 epidemiologic study which found an increased risk of MI for Vioxx compared to Celebrex.  Despite having been intimately involved in the protocol and conduction of the study, Merck "disagreed" with the results and Cannuscio was asked by her supervisor Nancy Santanello to take her name off of the paper before it was published in Circulation. (See Circulation 2004; 109, 2068-2073) (see also, Avorn, Solomon, and Santanello).<br><br>Because these events happened so close to press time, in an initial version published on the web, Dr. Cannuscio is listed as an author. (See 1,1729).  In the final version of the article, she is acknowledged in a footnote as an unnamed epidemiologist.<br><br>Declined to be interviewed for the "Martin Report" | Yes | No | 10/3/04 | By Video<br>–Barnett (MDL)<br>–Dedrick (MDL)<br>–Irvin II (MDL)<br>–Smith (MDL)<br>–Schwaller (IL) |
| Cannupp, Charles | Merck employee | Professional rep | Professional rep in the Kozic case in FL | No[29] | No | 4/27/06 | N/A |
| Capizzi, Thomas | Merck employee | Senior Director, Clinical Biostatistics & Research Decision Sciences | Blinded VIGOR statistician.<br><br>Along with Deborah Shapiro and Jennifer Ng, Capizzi had input into clinical trial design and results assessment at senior level.  Questioned Reicin in Jan 2000 as to why they were changing the plan to examine the CV results in all studies to examining the CV results in the VIGOR study separately (learned that it was at the request of the DSMB). | Yes | No | N/A | N/A |
| Carabasi, MD, Anthony | Fact witness (case specific) | -- | Treater in the Cona case | N/A | N/A | 1/12/06 | N/A |
| Carides, PhD, George | Merck employee | Unknown at this time | With James Pellissier, performed a study of hospitalization costs associated with Vioxx thrombotic cardiovascular SAEs v. placebo. | No | No | N/A | N/A |

Kline and Specter, PC
Attorney Work Product -- Privileged and Confidential—DO NOT PRODUCE

Last modified on 8/3/2007 at 8:29:43 AM

KS-001040

*In re: Vioxx Litigation*

*Cast of Characters*

Red = Key individuals

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed For Martino Report? | Deposition/ Trial testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Carroll, J. Martin ("Marty") | Merck employee | VP Primary Care and Managed Care Sales | High level marketing exec that was in charge of the sales reps.<br><br>Dep. includes the following points:<br>• CV card used with doctors to address fld risks, and used studies that FDA was critical of.<br>• Addresses the Long Range Operating plan and how the difference between a warning v. precaution would results in loss of 1 billion in sales.<br>• 2001 profit plan—$937M loss if unable to neutralize safety concerns<br>• Pill splitting represented a revenue threat to Merck<br>• Battle against Celebrex CRITICAL to Merck since multiple patents expiring.<br><br>MDL dep. cut is a tight 43 minutes, gets in critical Long Range planning doc and other good hits with NO DIRECT EXAM by Merck. | Yes | No | 10/27/05 | By tape<br>--Irvin II<br>--Schwaller |
| Carter, MD, Joye | Plaintiff expert[20] | Former CME for Harris County, TX and Wash DC | Plaintiff forensic expert in the Stubblefield case | N/A | N/A | N/A | N/A |
| Casey, MD, Kathleen | Fact witness (case specific) | --- | Treater in the Williams–McRae case (NJ) | N/A | N/A | 2/7/06 | N/A |
| Caskey, MD, William | Fact witness (case specific) | --- | Treater in the Doherty case (NJ) | N/A | N/A | 4/5/06; 5/16/06 | N/A |
| Casola, Thomas M. | Merck employee | Executive director, Office of Medical/Legal, US Human Health | Helped to manage Merck's remedial measures to the 2001 FDA warning letter (sent out Dear Healthcare Provider letters to those who attended the conferences in question).  Also communicated with FDA's DDMAC on behalf of Merck. | Yes | Yes | 5/21/03; 6/24/04 | N/A |
| Cassell, Deborah | Merck employee | Unknown at this time | Precise role unclear, but appear to have been involved in the Medical School Grant Program | Yes | No | N/A | N/A |
| Castro, Andrea | Merck employee | Unknown at this time | Appears to have been part of file sale force—region and precise level unknown at this time | Yes | No | N/A | N/A |

Kline and Specter, PC
Attorney Work Product -- Privileged and Confidential—DO NOT PRODUCE

*Last modified on 8/3/2007at 8:29:43 AM*

KS-001041

*In re: Vioxx Litigation*

**Cast of Characters**

*Red = Key individuals*

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed for Martin report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Catalano, Donald | Merck employee | Director of Global Network Operations | Responsible for the day-to-day maintenance and care of the data network, global data network, and the voice mail infrastructure of Merck in the US. | Yes | No | 9/6/06 | N/A |
| Costello-Lawson, MD, Frances | Merck consultant turned Merck employee | Associate Director, Clinical Research, Gastrointestinal Group, Clinical Science, MRL. Assistant Professor, Department of Medicine University of Pennsylvania | Primary author of the publication of the 023 protocol (*JPET 1999, 289(2) 735-741*). Has worked in academic setting with Garrett Fitzgerald for years, and is married to another one of his protégés, John Lawson. Is a co-author on the study with Fitzgerald that showed that acetaminophen has properties that exhibit Cox-1 and Cox-2. This study is key to responding to Merck's argument that Tylenol also depresses prostaglandin metabolites in urine (see cross-examination modules). Left academia for a position with Merck in early 2001. | Yes[1] | Yes | N/A | N/A |
| Cates, Barbara | Plaintiff | --- | Plaintiff in a NJ state action | N/A | N/A | 9/16/05 | N/A |
| Cates, L.O. | Plaintiff | --- | Plaintiff in a NJ state action | N/A | N/A | 9/16/05 | N/A |
| Celermajer, MD, David | Defense expert | Professor of Cardiology, University of Sydney | Cardiology defense expert with special interest in endothelial pathophysiology. Proffered as a general causation expert. | N/A | N/A | 5/20/07 | N/A |
| Ceafer, Russell | Merck employee | Assistant Medical Program Coordinator | Precise role unclear at this time, but he appears to performed a variety of administrative duties with respect to collection of CV adverse event data from investigator sites. May have also been a contact person for study coordinators at investigator site to obtain study materials, documents, etc. | Yes | No | N/A | N/A |

*In re: Vioxx Litigation*

*Cost of Characters*

*Itied = Key individuals*

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed Per Maria Report? | Deposition testimony[22] | Trial testimony |
|---|---|---|---|---|---|---|---|
| Chaikin, MD, Michael L. | Plaintiff expert[21] | --- | Plaintiff expert in the Arrigale case | N/A | | | N/A |
| Chaitman, MD, Bernard R. | Merck consultant | Professor of Medicine, Department of Cardiology, St. Louis University | Merck consultant and member of the cardiology adjudication committee. In a recent article published in NEJM, he reported his conflicts as follows: consulting fees from CV Therapeutics, Merck, and Bayer; lecture fees from Pfizer, AstraZeneca, and CV Therapeutics; and grant support from Pfizer, CV Therapeutics; and Sanofi-Aventis; | No | No | 6/7/06 | N/A |
| Chen, Chi-Chung | Merck employee | Merck Frosst | Merck Frosst scientist who did early work on Vioxx | No | No | N/A[23] | N/A |
| Chang, MD, David | Merck employee | Associate Director, Clinical Development Program | Worked with Greg Geba in the Clinical Development Program (studies done in the marketing arm of Merck). | Yes | No | N/A | N/A |
| Chapman, MD, John | Fact witness (case specific) | --- | Treating physician in Brazil/Zidech case in NJ | N/A | N/A | 1/12/06 | N/A |
| Clauret, PhD, Natsalie | Merck employee | Merck Frosst, Canada | Merck Frosst scientist who did some early work on Vioxx compound (and analog) and is co-author on some of the early biochem/pharma papers. | Yes | No | N/A | N/A |
| Chen, Erhto | Merck employee | Unknown | Statistician who worked on protocols 169, 112 and 116. Prepared reports investigating the renal/vascular AEs in these studies and noted more renal/vascular events with patients on Vioxx v. Celebrex (P112 and P116 were comparison studies with Celebrex that were available at the time of label negotiations, but not sent to the FDA until after label negotiations). | Yes | No | N/A | N/A |
| Chen, Pei'Yun | Merck employee | ? Statistician, CBABUS, MRL | Precise role unclear at this time, but appears to have dialed in the preparation of KM plots and various analyses for multiple studies. File also appears to contain some VICTOR documents | Yes | No | N/A | N/A |

*Kline and Specter, PC*
*Attorney Work Product -- Privileged and Confidential—DO NOT PRODUCE*

*Page 33 of 169*
*Last modified on 8/3/2007 at 8:29:43 AM*

KS-001043

*In re: Vioxx Litigation*

*Cast of Characters*

*Red = Key individuals*

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed For Martin Report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Clou, PhD, Joshua | Merck employee | Statistician, CBARDS, MRL | Prepared critical mortality analyses on interim Alz data (see 1.0079) that showed significant disparity in all-cause mortality between Vioxx and placebo.  These data analyses were not sent to FDA. | Yes | No | N/A | N/A |
| Chitty, Dawn | Merck employee | Regulatory Writer, WW Product Labeling Group | Writer/drafter of label language. File contains drafts of label in progress, as well as communications with FDA re: labeling.  Appears to have been a point/contact person for the Worldwide Product Labeling team. | Yes | No | N/A | N/A |
| Chung, MD, Winston | Fact witness (case specific) | -- | Treating physician in the Arrigale case (CA) | N/A | N/A | N/A | N/A |
| Chung, Nahn | Merck employee | Marketing and Business Analysis | Along with Bebek Buzmi and Dan Bushnell, did work on Vioxx pricing before the launch of the drug (see MRK-AOC00160084) | No | No | 5/30/06 | N/A |
| Cifelli, Sam | Merck employee | Regulatory Writer, WW Product Labeling Group | Worked with Dawn Chitty.   File also contains memos, emails re: various drafts of the label. | Yes | No | N/A | N/A |
| Clark, Richard | Merck executive | CEO (2005-present); President, Merck manufacturing (2003-2005); Chairman and CEO, Merck Medco/Medco Health Solutions (2000-2003) | Member of the Management Committee.   Took over control of the company (as CEO) in spring of 2005 from Raymond Gilmartin. / At time of withdrawal, authorized destruction of millions of dollars of the product. | Yes | No | N/A | N/A |
| Claveau, David | Merck employee | Merck Frosst | Merck Frosst scientist who worked on early Vioxx lab studies. | Yes | No | N/A | N/A |

*In re: Vioxx Litigation*

**Cast of Characters**

*Red = Key Individuals*

| Name | Category | Title(s) | Role in Vioxx case | Custodial produced? | Interviewed for Martin Report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Cleland, MD, Leslie G | Plaintiff expert[M] | Director of Rheumatology, Royal Adelaide Hospital, Adelaide, Australia | Rheumatologist who worked for Merck as an investigator with some early Vioxx trials. Multiple publications on Cox-2 inhibitors and their mechanisms of action (e.g. —"Cox-2 inhibition and Thrombotic Tendency: A Need for Surveillance" MJA 2001 and "Cyclooxygenase Inhibitors, What Went Wrong?" Curr Opin. Clin. Nutri. Metabolic Care 2006). | N/A | No | Discovery --5/31/06 Trial pres. --5/1/2007 | N/A |
| Clement, Durban | Merck employee | ? Medical Services | Role unclear. Appears to have worked in Medical Services | Yes | No | N/A | N/A |
| Coates, MD, Joann | Fact witness (case specific) | --- | Treating physician in the Anderson case (Choctaw tribal case) | N/A | N/A | 4/27/06 | N/A |
| Coffer, Larry | Merck employee | ? Sales | ? Sales. Deposed in the TX marketing case | N/A | N/A | 11/1/01 | N/A |
| Cohen, MD, Eric | Fact witness (case specific) | --- | Treating physician in Crook case (Ala state court) | N/A | N/A | 6/21/06 | N/A |
| Cohn, MD, Jerome D | Defense cardiology expert | Professor of Internal Medicine, Division of Cardiology, St. Louis University | Merck case-specific expert.  Very charismatic and credible.  Long-time Merck and Vioxx advocate even before the drug was pulled from the market.  Testified that Vioxx does not increase risk of a Thromboembolic event, and there is no proof of a causal link between Vioxx and Mis  Trits to confuse jury with subtle distinctions in definitions of "association," "causality" and "increased/06 risk." | N/A | No | 8/17/06, 1/10/07 | Live --Schwaller (IL) |
| Cohn, Dositula | Merck employee | Unknown at this time | Precise role unclear but appears to have played a role at Merck with coordination of the VIP study.  Custodial file contains details re: CV adjudication packages, for the VIP trial. | Yes | No | N/A | N/A |
| Cohn, Judith | Merck employee | Unknown at this time | Precise role unclear.  Clistodial file contains memos and agendas relating to the Vioxx project team and publications task force. | Yes | No | N/A | N/A |

Kline and Specter, PC

Attorney Work Product -- Privileged and Confidential—DO NOT PRODUCE

KS-001045

*In re: Vioxx Litigation*

## Cast of Characters

*Red = Key individuals*

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed for Martin report? | Deposition testimony? | Trial testimony |
|---|---|---|---|---|---|---|---|
| Colbert, Celia | Merck executive | Vice President, Secretary and Assistant General Counsel | Recorded minutes at Board of Directors meetings. Interviewed for the Martin report. Role unclear. | No | Yes | N/A | N/A |
| Collins, Donna | Fact witness (case specific) | --- | Daughter of plaintiff Donald Atkins (NJ state case) | N/A | N/A | 12/21/05 | N/A |
| Collins, Ronald | Plaintiff | --- | Plaintiff in a NJ state action | N/A | N/A | 10/2/2005 | N/A |
| Collins, Rory | Merck consultant | Professor of Medicine, Oxford University | Epidemiological and statistical expert who believed that the VIGOR results might be a chance effect. Participated in Oct 18, 2000 consultants meeting | No | Yes | N/A | N/A |
| Collins, Tina | Fact witness (case specific) | --- | Spouse of plaintiff Ronald Collins (NJ case) | N/A | N/A | 10/20/05 | N/A |
| Coltharp, MD, William | Fact witness (case specific) | --- | Treater in the Dedrick (MDL) case | N/A | N/A | 9/13/06 | N/A |
| Comer, Dennis Valdy | Plaintiff | --- | Plaintiff in TX case | N/A | N/A | 5/25/06 | N/A |
| Comer, Ruby Joyce | Plaintiff | --- | Plaintiff in TX case | N/A | N/A | 5/25/06 | N/A |
| Conn, Jackie | Fact witness (case specific) | --- | Fact witness in the Conn (NJ) case | N/A | N/A | 1/13/06 | N/A |
| Conn, Joyce | Plaintiff | --- | Plaintiff in a NJ case | N/A | N/A | 1/3/06 | Conn/McDarby |
| Conn, Thomas | Plaintiff | --- | Plaintiff in a NJ action | N/A | N/A | 1/3/06 | Conn/McDarby |
| Connell, Michael Thomas | Fact witness | --- | Fact witness in the Kozic case in FL state court | N/A | N/A | 1/10/06 | N/A |

Kline and Specter, PC
Attorney Work Product -- Privileged and Confidential—DO NOT PRODUCE

*Last modified on 8/3/2007 at 8:29:43 AM*

**KS-001046**

*In re: Vioxx Litigation*

## Cast of Characters

Red = Key individuals

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed for Martin Report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Connors, Laurine | Merck employee | Senior Medical Programs Coordinator, Pulmonary-Immunology, MRL | Precise role unclear, but appears to have worked on setting up the Vioxx CV outcomes study with DiBattiste | Yes | No | N/A | N/A |
| Cook, John | Merck employee | Executive professional rep | High level sales rep in the Leemon case in NJ | No[35] | No | N/A | N/A |
| Cook, John | Merck employee | Senior Director, Scientific Staff, Health Economic Statistics, CBARDS | Appears to have been involved with sales to hospital based groups | Yes | No | 11/22/05 | N/A |
| Cook, Melvin | Fact witness (case specific) | --- | Fact witness in the Atkins case in NJ | N/A | N/A | 12/20/05 | N/A |
| Cook, Thomas J | Merck employee | Clinical Biostatistics, MRL | Statistician who appears to have worked on the APPROVe extension data | N/A | Yes | N/A | N/A |
| Coppola, Linda | Merck employee | Marketing Manager, A&A Franchise Business Group | Custodial file is a rich source of market plans and research, including message testing, and tracking of attitudes, awareness and trends among physicians. | Yes | No | N/A | N/A |
| Corum, Psy.D., Gregory | Merck consultant | Principal, Corum & Associates | Owns a communications firm that consults primarily with the pharma industry; Merck was one of his clients.  Worked with Merck attorneys to help them 'communicate better.'  Did media preparation, how to deliver their message in a concise and effective way.  Trained as a psychologist, his website touts that he can help clients "[apply] psychology to communications." | N/A | No | 11/14/05 | N/A |
| Costantini, DO, Peter | Fact witness (case specific) | --- | Treater in the Levinson (NJ) case | | | | |
| Counihan, Patrick J | Merck employee | Unknown at this time | Precise role unclear, but appears to have been part of the managed care team. | N/A | No | 9/26/05 | N/A |
| Courtade, MD, Daniel | Fact witness (case specific) | --- | Treater in the Smith case (MDL) | Yes | N/A | 6/26/06 | N/A |
| Craner, Charles | Plaintiff | --- | Plaintiff in Il case | N/A | N/A | 12/08/05 | N/A |

Rline and Specter, PC
Attorney Work Product -- Privileged and Confidential--DO NOT PRODUCE

Last modified on 8/3/2007 at 8:29:43 AM

KS-001047

*In re: Vioxx Litigation*

Cast of Characters

Red = Key individuals

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed for Martin Report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Crawford, John | Plaintiff | --- | Plaintiff in a NJ case | N/A | N/A | N/A | N/A |
| Crawford, PhD, MPH, Stephanie | Third party | Associate Professor, College of Pharmacy, University of Illinois | Sitting member of the FDA Drug Safety and Risk Management Committee and member of the 2005 FDA Joint Advisory Committee on Cox-2s and CV risk. Conflicts include research for Sandoz in the late 1990s.[36] | No | No | 11/4/05 11/5/05 | N/A |
| Crisciiello, MD, Arnold | Fact witness (case specific) | --- | Treater in the McDuffy case (NJ) | N/A | N/A | N/A | N/A |
| Cromlish, Wanda | Merck employee | Dept of Biochemistry and Molecular Biology, Merck Frosst | Merck Frosst biochemist that did some early Vioxx lab work, incl is author on some of the early lab studies. | Yes | No | 2/18/06 | N/A |
| Crook, Jeffrey | Plaintiff | --- | Plaintiff in an Alta state action | N/A | N/A | N/A | N/A |
| Crothers, William | Fact witness | --- | Fact witness in the McFarland (NJ) case | N/A | N/A | 6/6/06 | N/A |
| Cryer, MD, Byron | Merck consultant | Department of Gastroenterology, Dallas VA Medical Center / University of Texas Southwestern Medical School in Dallas. | Gastroenterologist, Merck consultant, and non-voting member (as well as presenter) of the 2005 FDA Joint Advisory Committee on Cox-2s and CV risk. Also non-voting member of the 2001 FDA Advisory Committee that reviewed VIGOR. Received grant from Merck to perform a study on Vioxx.  On Merck's list of "preferred" external speakers (see MRK-AFI0015160 at 65).  Merck classified Cryer as a "strong advocate" (see MRK-AFI0072491).  Other conflicts include consulting and speaking fees for Merck, Pfizer and Searle. | No | No | 2/14/06 | N/A |

Kline and Specter, PC
Attorney Work Product -- Privileged and Confidential—DO NOT PRODUCE

**KS-001048**

In re: Vioxx Litigation

## Cast of Characters

Red = Key individuals

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed? For Martin Report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Curfman, MD, Gregory | Third party | Cardiologist and Executive Editor of the New England Journal of Medicine; Harvard faculty | One of the most senior editors at the New England Journal of Medicine. Involved in the editing of the VIGOR and APPROVe manuscripts.<br><br>During his first deposition (11/21/05) was shown internal Merck documents that revealed that the Merck authors of the VIGOR paper (Shapiro, Reicin) became aware in July 2000 that three more MIs had occurred in the Vioxx group than were revealed in the manuscript.   The manuscript had still yet to be accepted and was undergoing revisions at this time, yet Reicin and Shapiro failed to include them in the paper, and did not inform the non-Merck authors of them at that time.   Following the paper's acceptance (with the incomplete data—known only to Reicin and Shapiro), Merck then released the information about the 'extra' MIs.  The NEJM editors became aware of these MIs in 2001, but had assumed this data was not available at press time.   It was only in 2005, through his deposition before taken in the context of this litigation that the NEJM became aware that the adverse events at issue were available to Merck prior to press time.<br><br>It was following this revelation that the NEJM placed an "Expression of Concern" on the VIGOR article.    The editors gave the authors a chance to respond, but felt the response from both the Merck authors and non-Merck authors was inadequate to alleviate their concerns and left the "Expression of Concern."   The "Expression of Concern" was then "Reaffirmed" by the NEJM editors (including Dr. Curfman) in a blistering piece in the NEJM.   Merck consistently tries to frame these events in such a way as to put the blame on the NEJM (and shift attention away from their actions).<br><br>Trained as a cardiologist; currently faculty at Harvard Medical School. | Mass Med Society production | No | 11/21/05; 1/24/06; 1/17/07 | By Video --Smith (MDL); Hermans/Hunneron II |
| Curtis, Linda | Fact witness (case specific) | --- | Fact witness in the Klug (NJ) case. | N/A | N/A | 4/4/06 | N/A |
| Curtis, MD, Sean | Merck employee | Director, Clinical Research, MRL | Involved in some of the Vioxx and Arcoxia clinical trials.  Was co-author on the publication of some of the OA studies | Yes | No | N/A | N/A |

Kline and Specter, PC
Attorney Work Product -- Privileged and Confidential—DO NOT PRODUCE

Last modified on 8/3/2007at 8:29:43 AM

KS-001049

In re: Vioxx Litigation

## Cast of Characters

Red = Key individuals

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed For Martin Report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Curtis, Sherry | Fact witness (case specific) | --- | Fact witness in the Dedrick case (MDL). | N/A | N/A | N/A | N/A |
| Cush, MD, John J | Third party | Chief, Division of Rheumatology and Clinical Immunology, Presbyterian Hospital of Dallas; Clinical Professor of Internal Medicine, University of Texas Southwestern Medical Center, Dallas, Texas | Sitting member of the FDA Arthritis Advisory Committee, and sat on the 2005 FDA Joint Advisory Committee on Cox-2s and Cardiovascular risks.  Received research grants from Abbott, Amgen/Wyeth, Aventis, Centocor, IDEC/Genentech, Isis Pharmaceuticals.   Served as a consultant to Abbott, Amgen/Wyeth, Aventis, Centocor, Genentech, Novartis, Pfizer, Prometheus and Tap (Source:  Center for Science in the Public Interest).[37] | No | No | 9/26/06 | N/A |
| D'Agostino, Ph.D, Ralph | Third party | Professor of Mathematics/Statistics and Public Health, Boston University | Statistician and co-Investigator on the Framingham study.  Also invited consultant who sat on the 2005 FDA Joint Advisory Committee on Cox-2s and CV risk and voted against reinstating Vioxx to the market.  Like Nissen, was very concerned about the luck of ITT data available.  Hired by Debevoise as statistician for the Martin report.  Conflicts include—Held an interest in pharma companies that required a full waiver before he could take a seat on a 1998 (non cox2) Advisory panel, and sat on advisory boards of two pharma companies.[38] | No | No | N/A | N/A |
| Daly, DO, Stephen | Fact witness (case specific) | --- | Treater in the Coña (NJ) case | N/A | N/A | 1/4/06 | N/A |
| Daniels, MD, Brian | Merck employee | Senior Director, Clinical Research, Pulmonary-Immunology Group, MRL | Trained in Internal Medicine and Rheumatology.  Worked under Beth Seidenberg on the Vioxx Clinical Development Program—left shortly after site did in 2000. Named author on publication of protocols 034, 035, 040.  Currently working for Bristol-Myers Squibb. | Yes | Yes | 10/20/04 | N/A |

Kline and Specter, PC
Attorney Work Product -- Privileged and Confidential—DO NOT PRODUCE

Last modified on 8/3/2007 at 8:29:43 AM

KS-001050

*In re: Vioxx Litigation*

*Cist of Characters*

*Red = Key individuals*

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed for Martin Report | Deposition/testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Danning, Dr. Carol | Fact witness (case specific) | -- | Treator in the Schrader case (NJ) | N/A | N/A | 8/17/05 | N/A |
| David, Johnny Lee | Plaintiff | -- | Plaintiff in a NJ case | N/A | N/A | 5/15/06 | N/A |
| Davis, MD, Donald | Defense expert witness | Director, Department of Gastroenterology, City of Hope Medical Center | Defense expert named in the Grossberg, Mason and Smith cases.   Report addresses issues of chronic pain, NSAIDS complications—testifies as to "risk-benefit." | N/A | N/A | 6/6/06 9/15/06 | N/A |
| Day, Ph.D., Ruth | Third party | Professor, Department of Psychology, Duke University | Sitting member of the FDA Drug Safety and Risk Management Committee and member of the 2005 FDA Joint Advisory Committee on Cox-2s and CV risk. Conflicts include being a consultant for Glaxo[20] | No | No | N/A | N/A |
| Deni, Steven Wayne | Fact witness (case specific) | -- | Fact witness in the Kozic case (FL) | N/A | N/A | 1/10/06 | N/A |
| Dearolf, MD, Walter | Defense expert | Private practice, orthopedics, Philadelphia | Orthopedic surgeon who served as a defense expert in the McDurdy case | N/A | N/A | 2/22/06 3/21/06 | N/A |
| DeBato, Barbara | Fact witness (case specific) | -- | Fact witness in the Grossberg (CA) case | N/A | N/A | 6/28/06 10/30/06 | N/A |
| DeButelse, MD, Thomas D. | Defense cardiology expert | Private Practice | Currently in private practice of cardiology in TX, but has background in prostacyclin research | N/A | N/A | 6/20/06 | N/A |
| DeBelle, Gail | Fact witness (case specific) | -- | Fact witness in the McFarland (NJ) case | N/A | N/A | 2/23/05 | N/A |
| Dedrick, Anthony | Plaintiff | -- | Plaintiff | N/A | N/A | 9/7/06 | N/A |

Kline and Specter, PC
Attorney Work Product -- Privileged and Confidential—DO NOT PRODUCE

Last modified on 8/3/2007at 8:39:43 AM

**KS-001051**

Cast of Characters

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed for Martin Report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Dedrick, Kerry | Fact witness (case specific) | -- | Fact witness in Dedrick (MDL) case | N/A | N/A | 9/26/06 | N/A |
| Dedrick, Phil | Fact witness (case specific) | -- | Fact witness in Dedrick (MDL) case | N/A | N/A | 9/26/06 | N/A |
| DeFrance Ahm, Christa | Merck employee | Associate Manager, WW Regulatory Coordination, WW Regulatory Coordination | Worked with Silverman and the regulatory team. Authored regulatory prep team minutes. Appears to have performed a variety of roles putting together background packages and FDA submissions. | Yes | No | N/A | N/A |
| Dagutano, Mark | Merck employee | Vice President, Managed Care Marketing | Based on custodial file, appears to have been relatively high up in the managed care marketing universe | Yes | No | N/A | N/A |
| DeLaFuente, Juan | Merck employee | A&A specialty rep | Sales rep in Garza (TX) case | No? | No | 5/30/04 | N/A |
| DeLap, MD, PhD, Robert L. | FDA official | Acting Director, Division of Anti-inflammatory, Analgesic and ophthalmologic Drug Products | Senior Level FDA official at the time of the approval of Vioxx. Signed original approval letter for Vioxx (11/0038). Moved into industry after leaving FDA. At last report was working for S&L | FDA produced in | No | N/A | N/A |
| DeLuca, Dominic | Merck employee | Information Security | Appears to have been involved with the takeover (read MVX) system. | Yes | No | N/A | N/A |

Attorney Work Product – Privileged and Confidential – DO NOT PRODUCE

KS-001052

*In re: Vioxx Litigation*

## Cast of Characters

*Red = Key individuals*

| Name | Category | Title(s) | Role in Vioxx case | Custodial File produced? | Interviewed for Martin Report? | Deposition Testimony? | Trial Testimony? |
|---|---|---|---|---|---|---|---|
| Demopoulos, MD, Laura  | Merck employee | Senior director of Cardiovascular Research | Merck employed cardiologist. Originally not part of the Vioxx story, but her role became more apparent as Merck attempted to defuse Eric Topol *Star Tribune*). Demopoulos had previously worked with Topol on a major Merck study of another drug; Topol contacted her in an attempt to gain access to some of the underlying data and reviewing he was authoring an article on the potential CV risks of Vioxx. While Topol was unable to get the data he sought, he gave Demopoulos a copy of the manuscript. As a result, Merck had a three-month heads up that this article would be forthcoming and had time to go into damage control mode.<br><br>As part of this damage control process for the Topol article (published in *JAMA* in August 2001), Demopoulos worked with Merck's Public Affairs to issue a Video-News Release (VNR) denying that Vioxx had any CV risk for cardiac TV. In the final VNR Merck referred to the news media, Dr. Demopoulos failed to mention that one possible explanation for why VIGOR showed more heart attacks for Vioxx was that Vioxx was pro-thrombotic. Video outtakes from the filming of this VNR (that ended up on the cutting room floor and were produced during this litigation) show Dr. Demopoulos discussing, as an explanation for the VIGOR results and admitting that "here [sic] is a single person in the company who's going to say that that's not a possible explanation. So, you know to say that, you know, to make the answer so absolute and say we steel behind the safety, it's unacceptable, is, you know, probably too much of a generalization." *See P11888)*<br><br>Along with Peter DiBattiste (who worked under her), helped to develop and plan a primary endpoint CV outcomes study (VALOR), that was never performed.<br><br>Left Merck in 2002; currently on faculty at University of Pennsylvania. Declined to be interviewed for the "Martin Report" | Yes | No | 2/13/06; 2/17/06; 5/25/06 | By Video:<br>– Barnett (MDL)<br>– Dedrick (MDL)<br>– Smith (MDL)<br>– Schwaller (IL) |

Kline and Specter, PC
Attorney Work Product — Privileged and Confidential—DO NOT PRODUCE

KS-001053

In re: Vioxx Litigation

Cast of Characters

Red = Key individuals

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed for Martin report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| DeFaux, MD, Nicholas | Plaintiff's expert[1] | Private practice cardiology; Haddonfield, NJ (previously clinical faculty at Jefferson Medical College, Philadelphia) | Generic and case specific expert cardiology expert who testified at the first Humeston trial | N/A | No | 07/18/03 07/26/05 08/16/05 09/12/05 09/19/05 12/08/05 | Live –Humeston I (NJ) |
| DeFrance, MD, Daniel | Fact witness (case specific) | -- | Treater in the Cona (NJ) case | N/A | N/A | 1/5/06 | N/A |
| Derrick, Marsha | Fact witness (case specific) | -- | Fact witness in the Allphin case (NJ) case | N/A | N/A | 6/23/06 | N/A |
| Dickinson, MD Richard | Defense expert | Chair, Depart. of Med and Professor of Medicine and Pediatrics, University of Mississippi | Defense expert who testified on the clinical aspects of arthritis, how to dx and treat, etc. Trained in internal medicine and pediatrics. Was designated an expert by Merck in the California and NJ litigation. | N/A | Yes | 6/09/06 | N/A |
| Dier, Ellis | Plaintiff | -- | Plaintiff in a La (MZL) action | N/A | N/A | 1/26/06 | N/A |
| Diez, MD, Glenn Felix | Fact witness (case specific) | -- | Treater in the Williams-McRae case (NJ) | N/A | N/A/A | 9/13/05 | N/A |
| DiBattiste, MD, Peter | Merck employee | Consultant, MRL | Merck employed cardiologist. Along with Demopolous, was the driving force behind the never-performed VALOR study (primary endpoint CV outcome study in high risk CV patients), and was to be it's clinical monitor. When there was discussion re: cancelling the VIOOR wrote an email to management stating he was "convinced" this study was "an essential component" of their plan to evaluate the safety of coxibs.

Along with Ellie Barr, performed in house adjudication of CV events in the Alz studies.

Left Merck in 2003 to work for AstraZeneca. Currently works for J+J. Declined to be interviewed for the "Martin Report" | Yes | No | 4/07/07 6/19/06 | N/A |

KS-001054

*In re: Vioxx Litigation*

*Cast of Characters*

*Red = Key individuals*

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed for Mattis report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Dicholt, MD, David  | Merck consultant | Cardiovascular Research and Treatment, University of Washington | Merck consultant who attended January 19, 2005 meeting re: "Exploration of the potential mechanism of cardiovascular effects of rofecoxib in APPROVe" | No | No | N/A | N/A |
| Dierks M. Ronald | Merck employee | Unknown at this time | Precise role unknown but appears to have had involvement in market research with outside (third party) contractors. | Yes | No | N/A | N/A |
| DiMauro, Mary | Merck employee | Senior manager of sample accountability | Worked under Lumbe Beuschard. Testified to procedure re: samples, compliance with federal rules. | No | N/A | 4/28/05 | N/A |
| Distirrob, Ph.D., J.D., Linda M. | Merck employee | Vice President, Public Affairs | Prior role unclear, but from title, was relatively high up in the Public Affairs division. Custodial file has not yet been produced. Was interviewed for the Martin report. | No | Yes | N/A | N/A |

**KS-001055**

*In re: Vioxx Litigation*

## Cast of Characters

Red – Key individuals

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed for Martin Report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Dixon, PhD, Wendy | Merck employee | Senior VP, Marketing (1996-2003) | R.DG answers describe that she had "significant" responsibility for the promotion of Vioxx and "primary" responsibility for the advertising of Vioxx until November 2001. [?] <br><br> Approved the May 2001 press release (that was one of the targets of the FDA warning letter). Took a lateral position at another pharma company after Merck received the FDA warning letter, and was replaced by someone who she had never worked with or met (Adam Schechter). Dixon has denied that she was fired. <br><br> All "physicians to neutralize" memos were prepared for her and Charlotte McKines (who was her underling). <br><br> Her PhD is in plant enzymology and biochemistry (from Cambridge), not in any field that relates to marketing. | Yes | Yes | 11/9/05 <br> 12/9/05 <br> 8/9/05 <br> 2/18/06 | By Video --Arcapita (CA) |
| De Nascimento, Dr. Tomas Zarino Ribeiro | Fact witness (case specific) | --- | Treater in the Levinson (NJ) case | N/A | N/A | 9/26/05 | N/A |
| Dobbins, PhD, Thomas | Merck employee | Senior Director and Head of Biostatistics and Statistical Information Systems (BASIS), Clinical Development Program, US Medical and Scientific Affairs, USHH | Statistician who headed up the stats group in the marketing (USHH) arm of Merck, and supported the CDP programs (Clinical Development--read: marketing studies). Worked with Greg Geba, et al. | Yes | No | N/A | N/A |
| Doherty, Daniel | Plaintiff | --- | Plaintiff in a NJ action. | N/A | N/A | 4/19/06 | Dohery |
| Drzemecki, MD, Michael J. | Third Party | NIH | NIH scientist and invited member of the 2001 FDA Joint Advisory Committee on Cox-2s and CV risks. | No | No | N/A | N/A |

Kline and Specter, PC
*Attorney Work Product – Privileged and Confidential—DO NOT PRODUCE*

KS-001056

In re: Vioxx Litigation

Cast of Characters

Red = Key individuals

| Name | Category | Title(s) | Role in Vioxx case | Custodial File produced? | Interviewed for Monthly Report? | Deposition Testimony? | Trial Testimony? |
|---|---|---|---|---|---|---|---|
| Donald, Christopher | Merck employee | Unknown at this time | Practice role unclear but appears to have been involved in marketing and market research. | Yes | No | N/A | N/A |
| Dusham-Hoy, Kelly | Merck employee | Senior Business Director, Northeast Regional Business Group | Involved in hospital contracting and managed care. | Yes | No | N/A | N/A |
| Donnelly, Fiona | Merck employee | Manager, Market Research | Appears to have been part of the "war room" communications team for the Vioxx launch. Custodial file is, in large part, devoted to launch plans and data re: sale of Vioxx. | Yes | No | N/A | N/A |
| Donohoe, Dick | Plaintiff | — | Plaintiff in an IL action | N/A | N/A | 6/2/06 | N/A |
| Doudnik, Michael | Merck employee | VP, Customer Service, USHH | Part of the sales management team. Worked under James Dunn and Marry Carrol. | No | No | N/A | N/A |
| Dorr, MD, Robin K. | Merck consultant/VIOOR investigator | Associate Clinical Professor of Medicine, UCLA | Rheumatologist who has served as an investigator for Merck for Vioxx, Arcoxia, and Fosamax. Involved in at least six trials for Vioxx—including 060, VIGOR, Advantage. Has testified that she had contact with G. Singh, who called her to discuss getting VIGOR data to which he had not been able to get access. Singh then sent her a letter suggesting that she write to Merck to get data for him. Then later met and Singh showed her a picture on his laptop of a skeleton under a sheet—implying Merck was hiding data. Does testified she isn't threatened by this. | N/A | No | 1/20/06 | N/A |
| Downs, Linda | Fact witness (case specific) | — | Fact witness in the Arrigale case (CA) | N/A | N/A | 5/20/08 | N/A |

Kline and Specter, PC
Attorney Work Product—Privileged and Confidential—DO NOT PRODUCE

KS-001057

In re: Vioxx Litigation

Cast of Characters

Red = Key individuals

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed for Marita report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Drazen, MD, Jeffrey | Third Party | Editor-in-chief, New England Journal of Medicine | Current editor in chief of the NEJM. 1998 also Editor-in-chief at the time the VIGOR and APPROVe articles were published). Has been rumored in the past of being too cozy with pharma companies, but lately has changed his mind and is becoming much more critical of the role pharma companies play in research, publication, and medical education. Co-author of the Expression of Concern and Expression of Concern Reaffirmed re: the VIGOR paper. Following the publication of the EOC, the WSJ published a front page article strongly suggesting that the problem with the VIGOR publication was with the NEJM editors, who failed to catch Merck's deception. | Mass. Med. Society produced on. | No | N/A | N/A |
| Dreifus, MD, Leonard S. | Merck consultant | Professor of Medicine, University of South Florida | Merck consultant and member of the cardiology adjudication committee | No | No | N/A | N/A |
| Duchaine, Ph.D., Yves | Merck employee | Medicinal Chemistry, Merck Frosst, | Organist and medicinal chemist who did some of the early work on the Vioxx compound | Yes | No | N/A.<sup>9</sup> | N/A |
| Dunne, Jarrod | Merck employee | Senior Professional rep | Professional rep in the Younger case (AU) | No<sup>10</sup> | No | 4/2/04 | N/A |

Kline and Specter, PC
Attorney Work Product -- Privileged and Confidential--DO NOT PRODUCE

KS-001058

In re: Vioxx Litigation

## Cast of Characters

Red = Key Individuals

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed for Report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Dunn, James | Merck employee | Senior Manager, Market Integration Team for Vioxx, US Human Health | Oversaw the development of the ridiculously campy (and incredibly amusing) sales training video, "Be the Power." Also in charge of incentive program for field sales reps. <br><br> Was the moving force behind "Project Offense" (the sales division's response to the Topol article). <br><br> Also worked on "education" programs for physicians (speaker management). | Yes | Yes | 321103 <br> 414603 <br> 482504 <br> 473604 <br> 710605 <br> 1007606 <br> 1102606 | By Deposition —Austin (KOL) |
| Duong, Pharm.D, Phong | Merck employee | Senior Manager, Outcomes Research | PharmD in the Outcomes Research department who appears to have had significant involvement with the post-operative analgesia studies. | Yes | No | N/A | N/A |
| Dworkin, PhD, Robert | Third party | Professor of Anesthesiology, Neurology, Oncology and Psychiatry, School of Medicine and Dentistry, University of Rochester | Invited consultant who sat on the 2005 FDA Joint Advisory Committee on Cox-2s and CV risk. <br><br> Conflicts include: Member of the Pfizer Steering Committee on Pain Medicine. Received research support, consulting fees, or speakers bureau honoraria in the year before the Advisory Committee from Abbott, Allergan, AlzaZeneca, Bristol-Myers Squibb, Eisai, Eli Lilly, Endo, King, J&J, NeurogesX, Novartis, Ortho-McNeil, Pfizer, Purdue Pharma, Quigley Pharma, Reliant, and UCB Pharma[20] | No | No | N/A | N/A |
| Eddleman, MD, Jonathan | Merck employee | Executive Director, Acting Head Clinical Development | Involvement seems to be late in the game—large percentage of his file deals with issues post-withdrawal. | Yes | No | N/A | N/A |
| Egilman, MD, MPH, David | Plaintiff expert[21] | Clinical Associate Professor of Community Health, Brown University | Plaintiff expert who testified in the Ernst trial, and well-known drug safety advocate. Has also authored several articles in the peer reviewed literature re Vioxx, including a publication critiquing the ADVANTAGE study and a publication with Harlan Krumholz in BMJ in 2007. | N/A | No | 8/30/04 <br> 8/13/05 <br> 6/30/05 <br> 8/3/05 <br> 2/17/06 <br> 2/18/06 | Live —Ernst (TX) |

KS-001059

In re: Vioxx Litigation

Cast of Characters

Red = Key individuals

| Name | Category | Title(s) | Role in Vioxx Case | Custodial file produced? | Interviewed for Martin Report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Ehrich, MD, Elliott William | Merck employee | Senior Director, Clinical Research, Pulmonary-Immunology Group, MRL | Rheumatologist who was heavily involved in the Vioxx program until his departure from Merck in June 2000. Reported to Dr. Seidenberg until her departure from Merck, and then Dr. Nies. Was named author on the published versions of protocols 082/604 (published together), 069, 010, 029, 033, 034, 033, 040 and 096. | Yes | Yes | 10/23/04 | N/A |
| Elashoff, PhD, Janet | Third Party | Director, Division of Biostatistics, Cedar-Sinai Medical Center, Los Angeles, CA. | Invited consultant to the 2005 FDA Joint Advisory Meeting on Cox-2s and CV risk. Also sat on this 2001 FDA Advisory Panel that reviewed VIGOR and the 1999 FDA Advisory Panel that recommended approval for Vioxx. Conflicts include having unspecified interests in pharmaceutical companies which necessitated her being granted a general matters waiver in order to participate in a 2003 FDA Advisory meeting. | No | No | N/A | N/A |
| El-Dada, Riad | Merck employee | Senior Director, Arthritis and Analgesia Therapeutic Business Group, Marketing, US Human Health (1997-2000) | Mid-level marketing manager who reported to Charlotte McKines. Involved in marketing to hospital formularies. | Yes | Yes | N/A | N/A |
| Elias, Tiffany | Merck employee | Professional Development Trainer | Appears to have been involved with training of Merck Sales staff. | Yes | No | N/A | N/A |
| Elliot, Larry | Merck employee | Business Unity Manager, USHH | Hired, managed, trained and developed sales reps. Also was the Region Lead Business Manager for Vioxx launch. | Yes | No | N/A | N/A |
| Emard, Marcus | Merck employee | ? Sales rep | Sales rep in TX marketing case. | No | No | 8/7/03; 8/8/03 | N/A |
| Eagle, Todd | Merck employee | Proxenium Manager Managed Care Promotion Team | Part of the promotional aspect of managed care marketing. Appears to have focused on pharmacists/wholesalers. | Yes | No | N/A | N/A |

KS-001060

In re: Vioxx Litigation

Cast of Characters

Red = Key individuals

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interview and/or Media report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Epstein, Stephen E. | Merck consultant/Third party | Executive director—Cardiovascular Research Institute; Formerly Chief of Cardiology at the National Heart, Lung & Blood Institute at NIH | Performed a mechanism study using a mice animal model. The study was sponsored by Merck, however, Merck would not give Epstein Vioxx to use in the study in case the results were "adverse." Instead, Merck gave Epstein MF-Tricyclic, a chemical compound similar to Vioxx to recreate and function. The study allowed final MF-Tricyclic increased the accumulation of atherosclerosis (Epstein Dep. at 37 and 1:2067) | N/A | No | 05/30/06 | By Video –Barnett (MDL) |
| Erb, Dennis M | Merck employee | VP, Global Strategic Regulatory Development; Senior Director, Regulatory Affairs | Had primary responsibility for interacting with FDA with respect to Vioxx from May 2000 to August 2000." This was during the critical period when the Vioxx sNDA for VIGOR was submitted to the FDA. | Yes | No | N/A | N/A |
| Eskin, MD, David J. | Defense expert | Cardiologist, Abington Memorial Hospital | Defense cardiology expert used in some NJ cases | N/A | N/A | 1/11/05 | N/A |
| Espejo, Gail | Merck employee | Unknown | Deposed in the TX marketing case | N/A | N/A | 11/1/01 | N/A |

Kline and Specter, PC
Attorney Work Product — Privileged and Confidential — DO NOT PRODUCE

KS-001061

In re: Vioxx Litigation

Cast of Characters

Red = Key individuals

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | For Maria reviewed report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Esposito, Anna | Merck employee | Manager Project Liaison, Clinical Research Operations | Custodial file contains paperwork from many international Merck employees and international investigators. Appears to have acted as a liaison. In Dec 2001, used email to those detailing the upcoming Coxib CV outcomes study (including the ultimately cancelled VALOR study) and requesting that there be international participation (see MRK-APV0003617). File also contains multiple requests for approval/disapproval of "questionable patient[s]" for admission to various Vioxx studies. (i.e. – patients who may not have met protocol requirements – interestingly, almost all of the requests appear to have been approved). | Yes | No | N/A | N/A |
| Estasse, Diane | Merck employee | Dept. of Biochemistry and Molecular Biology, Merck Frosst Center for Therapeutic Research | Precise role unknown. Custodial file appears to largely prodroms from lab studies performed in 1996. ? Merck Frosst scientist? | Yes | No | N/A | N/A |
| Evans, Lillian (Lilly) | Merck employee | Director of Pharmacology, Department of Pharmacology, Merck Frosst | Although appears to have assumed the title of "Director of Pharmacology" by the early 2000s, however, only four documents from her custodial file were produced, one of which was notes from a 1992 conference in which the new discovery of the cox-2 isoform was discussed. Remainder of file is unrevealing. ? Was a full production made? | Yes | No | N/A | N/A |
| Fagan, Joseph | Merck employee | Sales rep | Sales rep in the LaPrenti case (NJ) | N/A | N/A | 3/3/06 | N/A |
| Fagan, MD, Kimberly | Fact witness (case specific) | --- | Treater in the Albright (AL state court) case | N/A | N/A | 6/13/06 | N/A |
| Falgoyen, PhD, Jean Pierre | Merck employee | Merck Frosst | Merck Frosst scientist who did early pre-clinical work on Vioxx. Custodial file is largely in French. | Yes | No | N/A | N/A |
| Familie, Chris | Merck employee | Director, Public Affairs, US Humans Health | Responsible for handling Vioxx media queries as second chair to Jim Weiner | Yes | No | N/A | N/A |

KS-001062

In re: Vioxx Litigation

## Cast of Characters

Red = Key Individuals

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed for Martin Report? | Deposition testimony? | Trial testimony |
|---|---|---|---|---|---|---|---|
| Farquhar, MD, John W | Plaintiffs' expert | Professor of Medicine and Health Research & Policy, Emeritus, Stanford Medical School | Plaintiffs' MDL cardiology and epidemiology expert. Extremely well credentialed and well-respected. Offers opinion that Vioxx causes cardiovascular disease (includes MIs, CVAs, TIAs, HTN, CHF and peripheral edema) and that the danger of Vioxx arises from a combination of its ability to cause HTN and increased clotting. Also offers testimony that Vioxx is more risky in those with increased risk factors. | N/A | No | 10/10/03 06/03/05 07/18/05 | N/A |
| Farrar, MD, John T | Third party | Senior Scholar, University of Pennsylvania, Center for Clinical Epidemiology and Biostatistics | Pharmacoepidemiologist and invited member of the 2005 FDA Joint Advisory Committee Meeting on Cox-2s and CV risk. Conflicts: include receipt of grants from Pfizer, Cephalon, SmithKline Beecham, Knoll, Searle, and serving a consultant for Abbott, Alza, Endo, UCB Pharma and Purdue, and service on the speakers bureau of Purdue Frederick. | No | No | N/A | N/A |
| Farrell, Sandra | Merck employee | Unknown at this time | Role unclear. Relatively small custodial file that contains various meeting minutes from Vioxx project team and Alz data management team. Appears to have worked with Linda Hostelley. | Yes | No | N/A | N/A |
| Farrington, Karen | Merck employee | Medical Programs Coordinator | Involved with coordinating protocol 146—the Lanospaden OA comparison study | Yes | No | N/A | N/A |
| Fazio, MD, PhD, Sergio | Merck consultant | Cardiovascular Medicine, Vanderbilt University | Merck consultant who attended January 19, 2005 meeting on "Exploration of the potential mechanism of cardiovascular effects of rofecoxib in APPROVe" | No | No | N/A | N/A |
| Finch, Angela | Merck employee | Professional rep | Professional rep in the Orrok case (AL) | No[a] | No | 6/15/06 | N/A |

**KS-001063**

*In re: Vioxx Litigation*

*Cast of Characters*

*Red = Key individuals*

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed for Martin report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Fondu, Jans | Merck employee | * | Deposed in the TX marketing case. Majority of transcript redacted. | No | No | 8/27/03 | N/A |
| Fiorica, Lodi | Merck employee | Professional rep | Professional rep in Calisterra (IL) case | No? | No | 2/1/05 | N/A |
| Fuhm, MD, Mark | Fact witness (case specific) | --- | Treater in the McFarland (NJ) case | N/A | N/A | 3/29/06 | N/A |
| Fitzgerald, Brian | Merck employee | ?, Clinical Development, US Human Health | Appears to have worked with CDP on some of the marketing studies. | Yes | No | N/A | N/A |
| Fitzgerald, MD, Desmond | Merck consultant | Professor and Head, Department of Clinical Pharmacology, Royal College of Surgeons in Dublin, Ireland | Merck consultant and clinical pharmacologist (worked on platelet activation.) Consulted with Merck in 1999 re: possibility that cox-2 inhibitors might help prevent CV disease. Proposed study to identify source of cox-2 derived prostacyclin. No relation to Garret Fitzgerald | No | Yes | N/A | N/A |

Kline and Specter, PC
Attorney Work Product — Privileged and Confidential—DO NOT PRODUCE

**KS-001064**

*In re: Vioxx Litigation*

*Cast of Characters*

Red = Key individuals

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed For Manual Report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| FitzGerald, MD, Garret | Merck consultant | Professor of Medicine, Professor of Pharmacology, University of Pennsylvania; Director of Penn's Institute for Translational Medicine and Therapeutics. | Merck consultant and creator of the "Fitzgerald hypothesis" in 1997, based upon the results of a study done in conjunction with Merck (protocol 023—JPET 1999; 289(2):735-741). On Merck's list of "preferred" external speakers (see MRK-AFI001/5160 at 63). The Fitzgerald hypothesis (a/k/a imbalance theory, prostacyclin imbalance theory) arose out of Study 023, a human study commissioned by Merck (and done with Fitzgerald and his lab) that showed a reduction of prostacyclin in urinary metabolites. This led Fitzgerald to postulate that reduction of prostacyclin by cox-2 inhibitors through rofecoxib might create a pro-thrombotic environment in humans. This hypothesis was removed from the draft of the published paper by Merck authors including Briggs Morrison. Fitzgerald is the senior author on the published 023 study. Despite formulating this theory that Merck apparent Fitzgerald continued to be a consultant for Merck, receiving funding and speaking publicly recently on a Goldman-Sachs conference call/publishing (with Patrono) about the available data in ways that de-emphasized the potential for CV risks. Important publications include: JPET 1999; 289(2) 735-741; NEJM 2001 345(6) 433-442; NEJM 2004 351 1709-1711; J Clin Invest, 2006; 116  4-15. No relation to Desmond Fitzgerald. | Yes | Yes | N/A | N/A |
| Fitzgerald, Tim | Merck employee | Epidemiology, MSE | Epi department member who, along with Drew Kenny, had significant involvement with the adjudication process for CV events | Yes | No | N/A | N/A |

**KS-001065**

In re: Vioxx Litigation

Cast of Characters

Red = Key individuals

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed for Plaintiffs Report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Flavahan, Ph.D., Nicholas Anthony | Defense expert | Vice Chair of Research at Johns Hopkins University. Depart of Anesthesiology and Critical Care | Pharmacologist and Merck expert who testifies on the physiology and pharmacology of Vioxx. Does not believe the Fitzgerald hypothesis. Published an article in 2007 with the thesis that there is no cox-2 derived prostacyclin derived from the vascular endothelium. Scientific positions are somewhat out of the mainstream of the current scientific community. Currently on faculty at Johns Hopkins University in the Department of Anesthesia; test in PPA, but did not testify. Was an expert for Bayer in PPA, but did not testify. | N/A | No | 8/07/06 | Live –Dedrick (MDL) –Ginsberg (CA) – Hermans/Albers tra..ll (NJ) |
| Fletcher, MD, James Henry | Fact witness (case specific) | — | Treater in the Greenberg (CA) case | N/A | N/A | 5/3/06 | N/A |
| Fleming, Ph.D., Thomas | Third party | Professor and Chairman, Department of Biostatistics, University of Washington, Seattle. | Biostatistician who was an invited member of the 2005 FDA Joint Advisory Committee on Cox-2x and CV roles. Conflicts include receipt of consulting fees from GlaxoSmithKline and "its four competition," as well as Boehringer-Ingelheim." | No | No | 5/3/06 | N/A |
| Fletcher, MD, Robert | Plaintiff's expert | Adjunct Professor at UNC, Chapel Hill | Internist and epidemiologist named as an expert in the liver case | N/A | N/A | 1/20/06 | N/A |
| Floyd, MD, Eric | Merck employee | Associate Director, Regulatory Affairs Domestic | Had primary responsibility for handling Merck's communications with FDA re Vioxx from July 1999 – May 2000 (includes period with initial presentation of VIGOR results)." Left company in 2000. | No | No | N/A | N/A |
| Folse, Joni | Merck employee | Sales rep | Sales rep in Wasacco case (EDLA) | NCA[??] | N/A | 4/4/03 | N/A |
| Fontayne, Paul | Merck employee | Regional Business Group VP—North Central, USHH | Part of the sales strategy team.  Appears to have been involved in sales strategy, including crafting different strategies for Vioxx and Arcoxia.  File contains numerous "message" platforms for Vioxx at various times. | Yes | No | N/A | N/A |
| Foor, Rickie | Plaintiff | — | Plaintiff in a NJ action | N/A | N/A | 1/27/06 | N/A |

KS-001066

*In re: Vioxx Litigation*

Cast of Characters

Red = Key individuals

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interview/Para Marcia Report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Ford-Hutchinson, PhD, Anthony | Merck employee | Senior Vice President of Research | Trained as a biochemist. According to dep. taken in the patent litigation, in 1992 authored a memo describing the recently discovered cox-2 isoform, and helped to initiate Merck's search for a Cox-2 drug to license (that search ended when Merck Frosst developed Rofecoxib). Stated in an email that "naproxen plus a generic PPI…essentially fixes all the issues (See 1.0726) | Yes | No | N/A | N/A |
| Fortin, Réjean | Merck employee | Senior Research Associate, Merck Frosst | # Merck Frosst scientist? Custodial file consists of only three emails re: a research notebook (notebook not provided). | Yes | No | N/A | N/A |
| Fazzlan, MD, Egil | Plaintiff expert | Professor Emeritus of Pathology, University of Illinois, Chicago | Plaintiff pathology expert who offers testimony on molecular biology of Cox-2 inhibition, cardiovascular events associated with Vioxx, and development and exacerbation of atherosclerosis by Vioxx. Published on Cox-2 inhibitors, mechanisms of action and CV risk before he was retained as an expert in this litigation. Trial preservation Dep. in the process of being scheduled. Will be the expert who introduces the animation of the action of Vioxx in the human body | N/A | No | 09/08/06 | N/A |
| Fowler, MD, Robert | Defense expert | Intermountain Healthcare, LDS Clinic, Salt Lake | Expert named in the McFarland/Hatch case in NJ | N/A | N/A | 6/20/06 | N/A |

KS-001067

**Cast of Characters**

Red = Key individuals

| Name | Category | Title(s) | Role in Vioxx case | Custodial file produced? | Interviewed for Martin report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Fries, MD, James | Third party/fact witness/non-retained expert | Stanford Medical School | With a proven expert on NSAIDs. Founded the ARAMIS (Arthritis, Rheumatism & Aging Medical Information Systems) in which he has collected data on arthritis patients for over 20 years. Also served on the FDA Advisory Committee that recommended FDA turn down Arcoxia in 2007.<br><br>In Jan 2001 (just before the FDA Advisory Committee), wrote a letter to Raymond Gilmartin regarding Merck's treatment of Fries's colleague Dr. Gurkirpal Singh. The "Fries letter" and deposition outlines a sampling of retaliation against a series of doctors who complained about Vioxx risks. Fries also documented a series of intimidating contacts he personally had with Merck executives, particularly Louis Sherwood, MD.<br><br>The letter caused a huge stir at Merck at a critical time period where they (and the VIGOR) results were under scrutiny by FDA—Scolnick wrote that "This Fries incident is a disaster for Merck. Worse than the VIGOR results themselves." Gilmartin responded to the Fries letter with a conciliatory letter of his own, and attempts were made to reach out to Fries, invite him to look at their data, etc.<br><br>In an attempt to gain support for the Merck standard argument that Vioxx was a necessary drug that deals with a serious medical problem (16,500 deaths/year from NSAID related gastropathy), a Merck lawyer asked Fries during his deposition about the 16,500 figure (that came out of his department). Surprisingly, said is a helpful for turn for plaintiffs. Fries walked away from that number and said it was an overestimate. Repeated this during the 2007 FDA advisory committee on Arcoxia.<br><br>Depicts the Vioxx/risk hypothesis in his depositions; also disputes that physicians in the mainstream would have known about the cardiovascular risks of VIGOR based upon the VIGOR study or resulting media. | Yes | No | 08/16/06 | By Vioxx<br>—Arrigale (CA)<br>—Dedrick (MDL)<br>—Grossberg (CA)<br>—Albanes (ADL) |

KS-001069