*In re: Vioxx Litigation*  *Cast of Characters*  Red = Key individuals

| Name | Category | Title(s) | Role in Vioxx case | Custodial file interviewed? | Interviewed For Martin Report? | Deposition testimony? | Trial testimony? |
|---|---|---|---|---|---|---|---|
| Frazier, Esq., Kenneth | Merck executive/Senior management | Merck General Counsel | Responsible for crafting Merck's litigation strategy in the Vioxx litigation. Recently (July 2007) named as Head of Worldwide Human Health—is to be the head of the entire sales and marketing division of Merck. | Yes[4] | Yes | N/A | N/A |
| Fredrickson, Diane | Fact witness (case specific) | — | Treater in the McFarland case. | N/A | N/A | 3/1/06 | N/A |
| Freeman, Kathryn | Fact witness (case specific) | — | Fact witness in Arrigale case in CA | N/A | N/A | 3/20/06 | N/A |
| Freundlich, MD, Bruce | Merck employee | † Regional medical director—Mid-Atlantic | Based on activity reports in his file, interacted with outside physicians and scientists—seemed to be responsible for promoting Merck perspective to them as well as at various regional medical conferences. | Yes | No | N/A | N/A |
| Friedman, MD, Lawrence | Third party | NIH | NIH scientist and invited member of the 2005 FDA Joint Advisory Committee on Cox-2s and CV risks | No | No | N/A | N/A |
| Friedman, MD, Richard | Defense expert | — | Defense expert in the Arrigale case in CA | N/A | N/A | 6/2/04 | N/A |