IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

```
-------------------------------------------------------x
                                                       :   CIVIL ACTION
                                                       :   NO. 08-1633
                                                       :
In Re: Vioxx Products Liability Litigation             :
                                                       :   SECTION L, MAG. 3
                                                       :
                                                       :   HONORABLE ELDON E. FALLON
                                                       :   HONORABLE DANIEL E. KNOWLES, III
                                                       :
                                                       :   In Relation To: MDL No. 1657
                                                       :
Filer:  Anapol, Schwartz, Weiss, Cohan,                :
        Feldman & Smalley, P.C.                        :
-------------------------------------------------------x
```

## ORDER

On the above and foregoing motion,

**IT IS ORDERED** that leave be and it is hereby GRANTED for the filing of Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley P.C.'s Reply Memorandum in Opposition to the Fee Allocation Committee's Opposition to Anapol's Rule 60(b) Motion for Relief from this Court's October 19, 2010 Order Establishing a Common Benefit Fee of 6.5%.

New Orleans, Louisiana, this __19th__ day of May, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE