UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:** *All cases*

## ORDER

The Court has received requests for oral argument (Rec. Docs. 62796-2, 62916, 62922) on motions seeking relief from Court's October 19, 2010 Order and Reasons setting a common benefit fee, and in particular seeking to reduce the 6.5% common benefit assessment on the fees of attorneys whose clients resolved their claims through the Settlement Program.

IT IS ORDERED that the requests for oral argument are DENIED. The Court will address the matter on the briefs and there will be no oral argument on those motions or any related motions at the upcoming Monthly Status Conference, or at any other time.

New Orleans, Louisiana, this 19th day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE

1