UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657 |
| | SECTION L |
| THIS DOCUMENT RELATES TO:<br>*Chambers, et al. v. Merck & Co. Inc. et.<br>Al., 2:05-cv-01997-EEF-DEK (Plaintiff<br>Samuel Perry)* | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

## MOTION TO AMEND COMPLAINT AND SUBSTITUTE PROPER PLAINTIFF

The Plaintiff files this Motion to Amend pursuant to Fed. R. Civ. P. 15(a)(2). The Plaintiff, Samuel Perry died on May 16, 2009 and Doris Perry was appointed Executrix of the Estate of Samuel Perry on November 24, 2009 by the Northeast Probate District in Connecticut. The plaintiff requests leave of the Court so that the Estate may amend the Complaint to substitute Plaintiff Doris Perry as the Executrix of the Estate of Samuel Perry.

Dated:   May 23, 2011
         New Haven, CT

Respectfully submitted,

By: _____

COUNSEL FOR THE ESTATE:   MICHAEL A. STRATTON (ct 08166)
STRATTON FAXON
59 Elm Street
New Haven, CT 06510
(203) 624-9500 telephone
(203) 624-9100 fax
mstratton@strattonfaxon.com
www.strattonfaxon.com

## CERTIFICATION OF SERVICE

I hereby certify that the above and forgoing Motion has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 23rd day of May, 2011.

_____
Michael A. Stratton