UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
PRODUCTS LIABILITY LITIGATION :
: SECTION L
:
THIS DOCUMENT RELATES TO: : JUDGE FALLON
*Chambers, et al. v. Merck & Co. Inc. et.*
*Al., 2:05-cv-01997-EEF-DEK (Plaintiff* :
*Samuel Perry)* : MAG. JUDGE KNOWLES

## ORDER

AND NOW, this ____ day of May, 2011, upon consideration of the MOTION TO AMEND COMPLAINT AND SUBSTITUTE PROPER PLAINTIFF, IT IS HEREBY ORDERED that this motion with respect to the instant matter is

GRANTED / DENIED.

BY THE COURT:

_____
Eldon E. Fallon, U.S.D.J.