U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   MAY 19 2011
LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 11-30347

MD 05-1657-L

United States Court of Appeals
Fifth Circuit
**FILED**
May 19, 2011
Lyle W. Cayce
Clerk

JAMAL ALI BILAL, formerly known as John L. Burton,

    Plaintiff - Appellant

v.

MERCK AND COMPANY, INCORPORATED,

    Defendant - Appellee

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

CLERK'S OFFICE:

Under 5th Cir. R.42.3, the appeal is dismissed as of May 19, 2011, for want of prosecution. The appellant failed to timely pay the docketing fee and failed to order transcripts and make financial arrangements with the court reporter.

                       LYLE W. CAYCE
                       Clerk of the United States Court
                       of Appeals for the Fifth Circuit

                       By: _____
                       Dantrell L. Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

Fee
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

DIS2

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

May 19, 2011

Ms. Loretta Whyte
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 11-30347, In Re: Vioxx Prod Liability
        USDC No. 2:05-MD-1657
        USDC No. 2:06-CV-2364

Enclosed is a copy of the judgment issued as the mandate.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Dantrell L. Johnson, Deputy Clerk
                    504-310-7689

cc w/encl:
    Mr. Jamal Ali Bilal
    Ms. Dorothy Hudson Wimberly
    Mr. Phillip A. Wittmann

MDT-1