## Ann Oldfather

| | |
|---|---|
| **From:** | Ann Oldfather |
| **Sent:** | Friday, April 15, 2011 8:53 AM |
| **To:** | 'Pistilli, Emily' |
| **Cc:** | Gregory Feather; Melissa A. Schultz; Colleen Shields |
| **Subject:** | RE: Doctor depositions |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Green |

Emily—

I have been meaning to reply to you for the last few days—sorry for the delay.

I have already told you and Doug that I am unavailable for most of June and the first part of July. However, depending on which doctor and which case my attendance may not be necessary.

The bigger problem is that we need to know which cases will be prepared first for trial, and that will involve some choices for Merck and for plaintiffs. That is exactly what we are discussing with Judge Fallon right now, and Merck (as far as I am concerned) is not abiding by his direction that I be provided with PPF forms and all expert reports so that I can prepare the census he wants and we can come up with a process to resolve all remaining cases. It will take <u>years</u> to resolve them with a shot gun approach across all cases, and with unlimited depositions by Merck.

Perhaps Doug and I can discuss this next week? I have pretty good availability Monday, Tuesday and Wednesday, but not today I am sorry to say.

Ann

Ann B. Oldfather
OLDFATHER LAW FIRM
1330 S. Third St.
Louisville, KY  40208
502.637.7200
502.637.3999 fax
Email: aoldfather@oldfather.com

---

**From:** Pistilli, Emily [mailto:EPistilli@wc.com]
**Sent:** Monday, April 11, 2011 4:55 PM
**To:** Ann Oldfather
**Cc:** Gregory Feather; Melissa A. Schultz; Colleen Shields
**Subject:** Doctor depositions

Ann,

We plan to move forward at this point to arrange dates for the depositions of the relevant doctors in the Reilly, Heisey-DeWolf and Slembarski matters.

As you know, it is often tricky to schedule depositions with doctors' offices, but of course we would like to work with your schedule as much as possible to try to find dates that are convenient for all involved.

To that end, would you let us know if there are any blackout dates in May, June or July when plaintiffs' counsel in these cases would NOT be available to participate in doctor depositions?

Many thanks,
Emily

**Emily Renshaw Pistilli**
**Williams & Connolly LLP**
725 Twelfth Street, N.W., Washington, DC 20005
(P) 202-434-5652 | (F) 202-434-5029
epistilli@wc.com | www.wc.com/epistilli

---------------------------------------------------------------------------
NOTICE:

This message is intended for the use of the individual or entity
to which it is addressed and may contain information that is privileged,
confidential and exempt from disclosure under applicable law. If the reader
of this message is not the intended recipient or the employee or agent
responsible for delivering this message to the intended recipient, you are
hereby notified that any dissemination, distribution or copying of this
communication is strictly prohibited. If you have received this communication
in error, please notify us immediately by reply or by telephone
(call us collect at (202) 434-5000) and immediately delete this message
and all its attachments.

===========================================================================

5/26/2011