LAW OFFICES
# WILLIAMS & CONNOLLY LLP
725 TWELFTH STREET, N.W.

EMILY RENSHAW PISTILLI
(202) 434-5652
Epistilli@wc.com

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

RECEIVED MAY 23 2011

May 20, 2011

<u>Via E-mail & U.S. Mail</u>

Ann B. Oldfather
Oldfather Law Firm
1330 South Third Street
Louisville, KY 40208

Re:   **<u>Vioxx Physician Depositions</u>**

Dear Ann:

As I mentioned to you several weeks ago, we have been moving forward with scheduling the depositions of the relevant doctors in the Reilly, Slembarski and Heisey-DeWolf matters. You had indicated at one point that your ability to attend these depositions may be limited in June and early July, but that your attendance may not be necessary at these depositions.

We have attempted to arrange dates with the doctors that mesh with your schedule, but in some cases we have come up against the limited availability of several doctors. We have therefore scheduled the following depositions on the dates provided by these doctors' offices, and we have issued the enclosed notices for these depositions as follows:

| Witness | Case Caption | Date and Time | Deposition Location |
|---|---|---|---|
| Dr. Teresa Burick | *John C. Slembarski, et al. v. Merck & Co., Inc.*, 2:06-cv-09809-EEF-DEK | June 17, 2011 at 8:30 am | Burick Wellness Clinic 2005 Technology Parkway Suite 350 Mechanicsburg, PA 17050 |
| Dr. Alfred Leal | *Deborah Heisey-Dewolf, et al. v. Merck & Co., Inc.*, 2:06-cv-09810-EEF-DEK | June 20, 2011 at 1:30pm | Hematology and Oncology Consultants of PA 3 Walnut Street Suite 204 Lemoyne, PA |

WILLIAMS & CONNOLLY LLP

Ann B. Oldfather
May 20, 2011
Page 2

| Dr. Laurence Cox | *Deborah Heisey-Dewolf, et al. v. Merck & Co., Inc.*, 2:06-cv-09810-EEF-DEK | June 23, 2011 at 10:00 am | Red Cedar Family Practice 689 Yorktown Rd. Lewisberry, PA 17339 |
|---|---|---|---|
| Dr. Ruben Delgado | *Arthur W. Ballantyne, et al. v. Merck & Co., Inc. et al.*, 2:06-cv-02195-EEF-DEK (Plaintiff James Reilly) | July 7, 2011 at 9:00 am | 30 Columbia Street 3rd Floor Poughkeepsie, NY 12601 |
| Dr. Louis Nunez | *Arthur W. Ballantyne, et al. v. Merck & Co., Inc. et al.*, 2:06-cv-02195-EEF-DEK (Plaintiff James Reilly) | July 13, 2011 at 8:00 am | 1 Summit Court Suite 102 Fishkill, NY 12524 |

If it would be helpful to you to be able to participate in any of these depositions by telephone instead of in person, we can inquire with the doctors' offices as to whether a phone line would be available for us to use.

Thank you for your cooperation, and please don't hesitate to contact me with any questions or concerns.

Sincerely,

Emily Renshaw Pistilli

Enclosures

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1657<br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:

*Deborah Heisey-Dewolf, et al. v. Merck & Co., Inc.*, 2:06-cv-09810-EEF-DEK

## MERCK & CO., INC.'S NOTICE OF DEPOSITION OF DR. LAURENCE COX

PLEASE TAKE NOTICE that the deposition of **Dr. Laurence Cox** will take place on **June 23, 2011** at **10:00 am** at **Red Cedar Family Practice, 689 Yorktown Rd., Lewisberry, PA 17339**. The deposition will be taken by a certified court reporter and may be used at trial.

Dated: May 20, 2011

                                                          Respectfully submitted,

By:   */s/ Emily Renshaw Pistilli*
        Douglas R. Marvin
        M. Elaine Horn
        Emily Renshaw Pistilli
        WILLIAMS & CONNOLLY LLP
        725 Twelfth Street, N.W.
        Washington, D.C. 20005
        Phone:  202-434-5000
        Fax:     202-434-5029

        Attorneys for Merck & Co., Inc.

        —and—

Phillip A. Wittman, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMAN, L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Deposition has been served on Liaison Counsel, Russ Herman, Phillip Wittmann and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 20th day of May, 2011.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:      504-581-3361
dwimberly@stonepigman.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX  
PRODUCTS LIABILITY LITIGATION

MDL DOCKET NO. 1657  
SECTION L

JUDGE FALLON  
MAGISTRATE JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

*Deborah Heisey-Dewolf, et al. v. Merck & Co., Inc.*, 2:06-cv-09810-EEF-DEK

MERCK & CO., INC.'S NOTICE OF DEPOSITION OF DR. ALFRED LEAL

PLEASE TAKE NOTICE that the deposition of **Dr. Alfred Leal** will take place on **June 20, 2011** at **1:30pm** at **Hematology and Oncology Consultants of Pennsylvania, 3 Walnut Street, Suite 204, Lemoyne, PA**. The deposition will be taken by a certified court reporter and may be used at trial.

Dated: May 20, 2011

Respectfully submitted,

By: */s/ Emily Renshaw Pistilli*  
Douglas R. Marvin  
M. Elaine Horn  
Emily Renshaw Pistilli  
WILLIAMS & CONNOLLY LLP  
725 Twelfth Street, N.W.  
Washington, D.C. 20005  
Phone: 202-434-5000  
Fax:    202-434-5029

Attorneys for Merck & Co., Inc.

—and—

Phillip A. Wittman, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMAN, L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Deposition has been served on Liaison Counsel, Russ Herman, Phillip Wittmann and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 20th day of May, 2011.

                                                            */s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1657<br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:

*John C. Slembarski, et al. v. Merck & Co., Inc.*, 2:06-cv-09809-EEF-DEK

### MERCK & CO., INC.'S NOTICE OF DEPOSITION OF
### DR. TERESA BURICK

PLEASE TAKE NOTICE that the deposition of **Dr. Teresa Burick** will take place on **June 17, 2011** at **8:30 am** at **Burick Wellness Clinic, 2005 Technology Parkway, Suite 350, Mechanicsburg, PA 17050**. The deposition will be taken by a certified court reporter and may be used at trial.

Dated: May 20, 2011

                              Respectfully submitted,

By:   */s/ Emily Renshaw Pistilli*
       Douglas R. Marvin
       M. Elaine Horn
       Emily Renshaw Pistilli
       WILLIAMS & CONNOLLY LLP
       725 Twelfth Street, N.W.
       Washington, D.C. 20005
       Phone: 202-434-5000
       Fax:    202-434-5029

Attorneys for Merck & Co., Inc.

—and—

        Phillip A. Wittman, 13625
        Dorothy H. Wimberly, 18509
        STONE PIGMAN WALTHER WITTMAN, L.L.C.
        546 Carondelet Street
        New Orleans, LA 70130
        Phone:  504-581-3200
        Fax:    504-581-3361

        Defendants' Liaison Counsel

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Deposition has been served on Liaison Counsel, Russ Herman, Phillip Wittmann and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 20th day of May, 2011.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1657<br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:

*Arthur W. Ballantyne, et al. v. Merck & Co., Inc. et al.*, 2:06-cv-02195-EEF-DEK (Plaintiff James Reilly)

## MERCK & CO., INC.'S NOTICE OF DEPOSITION OF DR. LOUIS NUNEZ

PLEASE TAKE NOTICE that the deposition of **Dr. Louis Nunez** will take place on **July 13, 2011** at **8:00 am** at **1 Summit Court, Suite 102, Fishkill, NY 12524**. The deposition will be taken by a certified court reporter and may be used at trial.

Dated: May 20, 2011

                                            Respectfully submitted,

By:    */s/ Emily Renshaw Pistilli*
        Douglas R. Marvin
        M. Elaine Horn
        Emily Renshaw Pistilli
        WILLIAMS & CONNOLLY LLP
        725 Twelfth Street, N.W.
        Washington, D.C. 20005
        Phone: 202-434-5000
        Fax:    202-434-5029

Attorneys for Merck & Co., Inc.

—and—

Phillip A. Wittman, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMAN, L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Phone:  504-581-3200
Fax:     504-581-3361

Defendants' Liaison Counsel

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Deposition has been served on Liaison Counsel, Russ Herman, Phillip Wittmann and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 20th day of May, 2011.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

MDL DOCKET NO. 1657
SECTION L

JUDGE FALLON
MAGISTRATE JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

*Arthur W. Ballantyne, et al. v. Merck & Co., Inc. et al.*, 2:06-cv-02195-EEF-DEK (Plaintiff James Reilly)

### MERCK & CO., INC.'S NOTICE OF DEPOSITION OF DR. RUBEN DELGADO

PLEASE TAKE NOTICE that the deposition of **Dr. Ruben Delgado** will take place on **July 7, 2011** at **9:00 am** at **30 Columbia Street, 3rd Floor, Poughkeepsie, NY 12601**. The deposition will be taken by a certified court reporter and may be used at trial.

Dated:  May 20, 2011

                                                Respectfully submitted,

                                        By:    */s/ Emily Renshaw Pistilli*
                                                Douglas R. Marvin
                                                M. Elaine Horn
                                                Emily Renshaw Pistilli
                                                WILLIAMS & CONNOLLY LLP
                                                725 Twelfth Street, N.W.
                                                Washington, D.C. 20005
                                                Phone:  202-434-5000
                                                Fax:     202-434-5029

                                                Attorneys for Merck & Co., Inc.

                                                —and—

        Phillip A. Wittman, 13625
        Dorothy H. Wimberly, 18509
        STONE PIGMAN WALTHER WITTMAN, L.L.C.
        546 Carondelet Street
        New Orleans, LA 70130
        Phone:  504-581-3200
        Fax:     504-581-3361

        Defendants' Liaison Counsel

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Deposition has been served on Liaison Counsel, Russ Herman, Phillip Wittmann and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 20th day of May, 2011.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com