LAW OFFICES
# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

EMILY RENSHAW PISTILLI
(202) 434-5652
Epistilli@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

May 25, 2011

<u>Via E-mail & U.S. Mail</u>

Ann B. Oldfather
Oldfather Law Firm
1330 South Third Street
Louisville, KY 40208

Re:   **<u>Vioxx Physician Depositions</u>**

Dear Ann:

      This is in response to your letter from yesterday regarding the physician depositions that have been noticed in the Slembarski, Heisey-Dewolf, and Reilly cases. First, I apologize for not copying your co-counsel on my earlier correspondence. We typically do copy them, and my failure to do so was an oversight. We will be sure to copy them on future correspondence regarding these cases.

      We do not plan to withdraw the deposition notices we have issued for Drs. Alfred Leal, Laurence Cox, Louis Nunez, Ruben Delgado and Teresa Burick. As you can appreciate, scheduling depositions with busy physicians can be difficult, and we have been working to obtain dates from them since we first contacted you about this issue in April. However, if you can give us a range of dates when you or your co-counsel would be available to participate in these depositions, we are happy to try to coordinate those dates with the doctors' offices and would issue amended notices if the new dates can be arranged. Or, if you obtain alternative confirmed dates from these doctors that are prior to July 30, we will make every effort to make those dates work on our end. For your planning purposes, in addition to the doctors that we have already scheduled, we are also working to get dates from Drs. Robert Bailey and Mubashir Mumtaz in the Slembarski case, and Drs. Jai Jalaj and Peter Gay in the Reilly case.

      Lastly, we are not sure on what basis you would seek a protective order as to third-party witnesses being noticed for depositions many weeks away in cases that involve multiple plaintiffs' attorneys. However, we welcome the opportunity to discuss this matter with Judge Fallon at the June 1 conference, and we will be fully prepared to do so.

WILLIAMS & CONNOLLY LLP

Ann B. Oldfather
May 25, 2011
Page 2

Please do not hesitate to contact me to discuss these issues.

Sincerely,

Emily Renshaw Pistilli

cc: Brian Goldstein (*via email*)
Gregory Feather (*via email*)