UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

* * * * * * * * * * * * * * * * *

**MONTHLY STATUS CONFERENCE
JUNE 1, 2011
<u>SUGGESTED AGENDA</u>**

I. The Settlement Program

II. Special Master and Deputy Special Masters

III. Class Actions

IV. State/Federal Coordination -- State Liaison Committee

V. *Pro Se* Claimants

VI. Government Actions

VII. Pending Personal Injury Cases Subject to PTOs 28, 29 and 43

VIII. Fee Allocation Committee

IX. Pending Motions

X. Appeals

XI. Next Status Conference

1

1057516v.1