# VIOXX
TIME BREAKDOWN
OCTOBER 2004 – AUGUST 2008

| | |
|---|---|
| Daniel E. Becnel, Jr. | 1896.00 hrs |
| Meghan Becnel | 98.75 hrs |
| Michael Breinin | 2,617.75 hrs |
| Salvadore Christina, Jr. | 90.00 hrs |
| Caroline Donlon | 29.50 hrs |
| Monica Gant | 109.30 hrs |
| Barbara Harris | 14.50 hrs |
| Kevin Klibert | 6.40 hrs |
| Holly Lamarche | 1,144.00 hrs |
| Mary Lorenz | 1,883.00 hrs |
| Juanita Marino | 315.50 hrs |
| Ruche J. Marino | 724.20 hrs |
| Matthew Moreland | 115.10 hrs |
| Kelly Morton | 127.75 hrs |
| Margaret Parker | 501.50 hrs |
| William Percy | 2,525.00 hrs |
| Darla Sanderson | 782.75 hrs |
| Deanne Sirmon | 24.00 hrs |
| Rebecca Todd | 3,162.50 hrs |

TOTAL HOURS  - 16,167.50

Less MDL < 13,038.25>

3,129.25 Montgomery, AL Time

JAN-09-2009  14:40                                                                    P.03

VIOXX
EXPENSES
OCTOBER 2004 – AUGUST 2008

| | |
|---|---:|
| AIRFARE | 7,147.86 |
| COPIES | 94.50 |
| DR. DANIEL ACOSTA | 5,322.07 |
| EXPRESS MAIL | 13.65 |
| EXPERTS-DR. CYRIL WECHT | 11,216.70 |
| FAXES | 1,312.00 |
| GAS | 2,893.69 |
| HOTELS | 75,969.18 |
| MEALS | 22,709.27 |
| MEETING EXPENSE | 2,250.00 |
| MEETING AT ANTOINE'S | 4,269.00 |
| MILEAGE | 10,034.21 |
| PARKING | 621.90 |
| POSTAGE | 32.00 |
| REGISTER FOR SEMINAR | 200.00 |
| RENTAL CAR | 391.69 |
| TAXI (TRANSPORTATION) | 4,771.36 |
| TOLLS | 57.00 |
| TIPS FOR VALET | 10.00 |

TOTAL $149,316.08

Less MDL  < 114,537.91 >

$ 34,778.17  montgomery, AL
Expenses

LAW FIRM NAME:   THE LAW OFFICES OF DANIEL E. BECNEL, JR.       ADDRESS:       106 WEST 7TH STREET
TELEPHONE NO:    (985) 536-1186                                                P. O. DRAWER "H"
                                                                              RESERVE, LOUISIANA 70084

## VIOXX – Montgomery, AL

NAME:   MIKE BREININ              STATUS:   ATTORNEY              PERIOD:   FROM 1/1/05-1/31/05

| DATE | HOURS | DESCRIPTION | EXPENSES | MILEAGE |
|------|-------|-------------|----------|---------|
| 1/10/05 | 6.0 | Travel to Montgomery, AL | | 300 |
| 1/11/05 | 8.0 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/12/05 | 8.0 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/13/05 | 8.0 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/14/05 | 5.0 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/14/05 | 5.0 | **Travel home from Montgomery, AL** | | 300 |
| 1/18/05 | 5.0 | Travel to Montgomery, AL | | 300 |
| 1/18/05 | 6.0 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/19/05 | 8.25 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/20/05 | 8.5 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/21/05 | 6.0 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/21/05 | 5.0 | Travel home from Montgomery, AL | | 300 |
| 1/24/05 | 5.0 | Travel to Montgomery, AL | | 300 |
| 1/24/05 | 7.5 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/25/05 | 8.75 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/26/05 | 9.0 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/27/05 | 9.0 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/28/05 | 5.5 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/28/05 | 5.0 | Travel home from Montogery, AL | | 300 |
| 1/31/05 | 5.0 | Travel to Montogery, AL | | 300 |
| 1/31/05 | 7.0 | Vioxx document review in preparation for upcoming depositions. | | |
| TOTAL | 140.5 | | | |

ATTESTED AS ACCURATE:                              DATE: 1/31/05

LAW FIRM NAME:   THE LAW OFFICES OF DANIEL E. BECNEL, JR.      ADDRESS:      106 WEST 7TH STREET
TELEPHONE NO:    (985) 536-1186                                              P. O. DRAWER "H"
                                                                            RESERVE, LOUISIANA 70084

## VIOXX – Montgomery, AL

NAME:   Holly Lamarche              STATUS:   ATTORNEY          PERIOD:   FROM 1/1/05-1/31/05

| DATE | HOURS | DESCRIPTION | EXPENSES | MILEAGE |
|------|-------|-------------|----------|---------|
| 1/18/05 | 5.75 | Travel to Montgomery, AL | | |
| 1/18/05 | 6.0 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/19/05 | 8.25 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/20/05 | 8.5 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/21/05 | 5.0 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/21/05 | 5.0 | Travel home from Montgomery, AL | | |
| 1/24/05 | 5.0 | Travel to Montgomery, AL | | |
| 1/24/05 | 7.0 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/25/05 | 8.75 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/26/05 | 9.0 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/27/05 | 9.0 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/28/05 | 5.5 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/28/05 | 5.0 | Travel home from Montogery, AL | | |
| 1/31/05 | 5.0 | Travel to Montogery, AL | | |
| 1/31/05 | 7.0 | Vioxx document review in preparation for upcoming depositions. | | |
| TOTAL | 99.75 | | | |

ATTESTED AS ACCURATE: _Holly Lamarche_          DATE: _1-31-05_

LAW FIRM NAME: THE LAW OFFICES OF DANIEL E. BECNEL, JR.   ADDRESS:   106 WEST 7TH STREET
TELEPHONE NO:  (985) 536-1186                                       P. O. DRAWER "H"
                                                                  RESERVE, LOUISIANA 70084

## VIOXX – Montgomery, AL

NAME:  MARY LORENZ         STATUS:  ATTORNEY        PERIOD:   FROM 1/1/05-1/31/05

| DATE | HOURS | DESCRIPTION | EXPENSES | MILEAGE |
|---|---|---|---|---|
| 1/10/05 | 5.0 | Travel to Montgomery, AL | | |
| 1/11/05 | 8.0 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/12/05 | 8.0 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/13/05 | 8.0 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/14/05 | 5.0 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/14/05 | 5.0 | **Travel home from Montgomery, AL** | | |
| 1/18/05 | 5.0 | Travel to Montgomery, AL | | |
| 1/18/05 | 6.0 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/19/05 | 8.25 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/20/05 | 8.5 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/21/05 | 5.0 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/21/05 | 5.0 | Travel home from Montgomery, AL | | |
| 1/24/05 | 5.0 | Travel to Montgomery, AL | | |
| 1/24/05 | 7.5 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/25/05 | 8.75 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/26/05 | 9.0 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/27/05 | 9.0 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/28/05 | 5.5 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/28/05 | 5.0 | Travel home from Montogery, AL | | |
| 1/31/05 | 5.0 | Travel to Montogery, AL | | |
| 1/31/05 | 7.0 | Vioxx document review in preparation for upcoming depositions. | | |
| TOTAL | 138.5 | | | |

ATTESTED AS ACCURATE: _____      DATE: 1·31·05

LAW FIRM NAME:  THE LAW OFFICES OF DANIEL E. BECNEL, JR.   ADDRESS:   106 WEST 7TH STREET
TELEPHONE NO:   (985) 536-1186                                                            P. O. DRAWER "H"
                                                                                                        RESERVE, LOUISIANA 70084

## <u>VIOXX – Montgomery, AL</u>

NAME:   MARGARET PARKER          STATUS:   ATTORNEY          PERIOD:   FROM 1/1/05-1/31/05

| DATE | HOURS | DESCRIPTION | EXPENSES | MILEAGE |
|------|-------|-------------|----------|---------|
| 1/10/05 | 6.5 | Travel to Montgomery, AL | | |
| 1/11/05 | 8.0 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/12/05 | 9.5 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/13/05 | 8.0 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/14/05 | 5.0 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/14/05 | 5.0 | **Travel home from Montgomery, AL** | | |
| 1/18/05 | 6.0 | Travel to Montgomery, AL | | |
| 1/18/05 | 6.0 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/19/05 | 8.25 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/20/05 | 8.5 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/21/05 | 5.0 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/21/05 | 5.0 | Travel home from Montgomery, AL | | |
| 1/24/05 | 5.0 | Travel to Montgomery, AL | | |
| 1/24/05 | 7.50 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/25/05 | 8.75 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/26/05 | 9.0 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/27/05 | 9.0 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/28/05 | 5.5 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/28/05 | 5.0 | Travel home from Montogery, AL | | |
| 1/31/05 | 5.0 | Travel to Montogery, AL | | |
| 1/31/05 | 7.0 | Vioxx document review in preparation for upcoming depositions. | | |
| TOTAL | 142.50 | | | |

ATTESTED AS ACCURATE: _____     DATE: _____

LAW FIRM NAME: THE LAW OFFICES OF DANIEL E. BECNEL, JR.      ADDRESS:      106 WEST 7TH STREET
TELEPHONE NO:   (985) 536-1186                                              P. O. DRAWER "H"
                                                                           RESERVE, LOUISIANA 70084

## VIOXX – Montgomery, AL

NAME:   REBECCA F. TODD                 STATUS:   ATTORNEY            PERIOD:   FROM 1/1/05-1/31/05

| DATE | HOURS | DESCRIPTION | EXPENSES | MILEAGE |
|------|-------|-------------|----------|---------|
| 1/10/05 | 7.25 | Travel to Montgomery, AL | | |
| 1/11/05 | 8.0 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/12/05 | 10.0 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/3/05 | 8.0 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/14/05 | 5.0 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/14/05 | 6.0 | **Travel home from Montgomery, AL** | | |
| 1/17/05 | 7.0 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/18/05 | 6.0 | Travel to Montgomery, AL | | |
| 1/18/05 | 6.0 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/19/05 | 8.25 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/20/05 | 8.5 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/21/05 | 5.0 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/21/05 | 5.5 | Travel home from Montgomery, AL | | |
| 1/24/05 | 5.5 | Travel to Montgomery, AL | | |
| 1/24/05 | 7.25 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/25/05 | 8.75 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/26/05 | 9.0 | Line/Page Deposition of Deborah Shapiro. | | |
| 1/27/05 | 9.0 | Line/Page Deposition of Deborah Shapiro. | | |
| 1/28/05 | 5.5 | Vioxx document review in preparation for upcoming depositions. | | |
| 1/28/05 | 6.0 | Travel home from Montogery, AL | | |
| 1/31/05 | 5.5 | Travel to Montogery, AL | | |
| 1/31/05 | 7.5 | Line/Page Deposition of Thomas Simon | | |
| TOTAL | 154.5 | | | |

ATTESTED AS ACCURATE: _R C Todd_____      DATE: _1/31/05_____

# VIOXX Timesheet

Law Firm:  The Law Offices of Daniel E. Becnel, Jr.
106 West 7th Street
P.O. Drawer H
Reserve, LA 70084
985/ 536-1186

Name:  Mike Brienen
Status:  Attorney
Period:  From 2/1/05 - 2/28/05

| Date | Hours | Description |
|------|-------|-------------|
| 2/1/2005 | 9.5 | Review of Watson document production |
| 2/2/2005 | 9 | Review of Watson document production |
| 2/3/2005 | 9 | Review of Reicin document production |
| 2/4/2005 | 4.5 | Review of Reicin document production |
| 2/4/2005 | 5 | Travel home from Montogery, AL |
| 2/9/2005 | 5 | Travel to Montogery, AL |
| 2/9/2005 | 6.25 | Review of Morrison document production |
| 2/10/2005 | 10 | Review of Morrison document production |
| 2/11/2005 | 8.75 | Review of Morrison document production |
| 2/12/2005 | 6.25 | Review of Baumgartner document production/Protocols |
| 2/13/2005 | 8.75 | Review of Baumgartner document production |
| 2/14/2005 | 9.25 | Review of Baumgartner document production |
| 2/15/2005 | 9 | Review of Baumgartner document production |
| 2/16/2005 | 9 | Review of Baumgartner document production/Protocols |
| 2/17/2005 | 4.5 | Review of Baumgartner document production/Protocols |
| 2/17/2005 | 5 | Travel home from Montogery, AL |
| 2/21/2005 | 5 | Travel to Montogery, AL |
| 2/21/2005 | 7 | Review of Baumgartner document production |
| 2/22/2005 | 9.5 | Review of Baumgartner document production |
| 2/23/2005 | 9 | Review of Neis document production |
| 2/23/2005 | 9.5 | Review of Neis document production |
| 2/24/2005 | 4.5 | Review of Oxenius document production |
| 2/24/2005 | 5 | Travel home from Montogery, AL |
| 2/27/2005 | 5 | Travel to Montogery, AL |
| 2/27/2005 | 7 | Review of Oxenius document production |
| 2/28/2005 | 10 | Travel to Philadelphia for Neis deposition/depo prep |

TOTAL     ~~190.25~~  181.25

Name _____   3/1/05   Date

# VIOXX Timesheet

Law Firm: The Law Offices of Daniel E. Becnel, Jr.
106 West 7th Street
P.O. Drawer H
Reserve, LA 70084
985/ 536-1186

Name: Holly LaMarche
Status: Attorney
Period: From 1/31/05 - 1/4/05

| Date | Hours | Description |
|------|-------|-------------|
| 2/1/2005 | 9.5 | Review of Baumgartner document production |
| 2/2/2005 | 9 | Review of Baumgartner document production |
| 2/3/2005 | 9 | Review of Baumgartner document production |
| 2/4/2005 | 4.5 | Review of Baumgartner document production |
| 2/4/2005 | 5 | Travel home from Montogery, AL |
| 2/9/2005 | 5 | Travel to Montogery, AL |
| 2/9/2005 | 6.25 | Review of Baumgartner document production |
| 2/10/2005 | 10 | Review of Baumgartner document production |
| 2/11/2005 | 8.75 | Review of Baumgartner document production/Protocols |
| 2/12/2005 | 6.25 | Review of Baumgartner document production/Protocols |
| 2/13/2005 | 8.75 | Review of Baumgartner document production |
| 2/14/2005 | 9.25 | Review of Baumgartner document production |
| 2/15/2005 | 9 | Review of Baumgartner document production |
| 2/16/2005 | 9 | Review of Baumgartner document production/Protocols |
| 2/17/2005 | 4.5 | Review of Baumgartner document production/Protocols |
| 2/17/2005 | 5 | Travel home from Montogery, AL |
| 2/21/2005 | 5 | Travel to Montogery, AL |
| 2/21/2005 | 7 | Review of Baumgartner document production |
| 2/22/2005 | 9.5 | Review of Baumgartner document production |
| 2/23/2005 | 9 | Review of Neis document production |
| 2/23/2005 | 9.5 | Review of Neis document production |
| 2/24/2005 | 4.5 | Review of Oxenius document production |
| 2/24/2005 | 5 | Travel home from Montogery, AL |
| 2/27/2005 | 5 | Travel to Montogery, AL |
| 2/27/2005 | 7 | Review of Oxenius document production |
| 2/28/2005 | 9 | Review of Oxenius document production |

TOTAL   ~~180.25~~ 180.25

_(signature)_ 2-28-05

Name _____   Date _____

# VIOXX Timesheet

Law Firm: The Law Offices of Daniel E. Becnel, Jr.
106 West 7th Street
P.O. Drawer H
Reserve, LA 70084
985/ 536-1186

Name: Mary Lorenz
Status: Attorney
Period: From 2/1/05 - 2/28/05

| Date | Hours | Description |
|------|-------|-------------|
| 2/1/2005 | 9.5 | Review of Baumgartner document production |
| 2/2/2005 | 9 | Review of Baumgartner document production |
| 2/3/2005 | 9 | Review of Baumgartner document production |
| 2/4/2005 | 4.5 | Review of Baumgartner document production |
| 2/4/2005 | 5 | Travel home from Montogery, AL |
| 2/9/2005 | 5 | Travel to Montogery, AL |
| 2/9/2005 | 6.25 | Review of Baumgartner document production |
| 2/10/2005 | 10 | Review of Baumgartner document production |
| 2/11/2005 | 8.75 | Review of Baumgartner document production/Protocols |
| 2/12/2005 | 6.25 | Review of Baumgartner document production/Protocols |
| 2/13/2005 | 8.75 | Review of Baumgartner document production |
| 2/14/2005 | 9.25 | Review of Baumgartner document production |
| 2/15/2005 | 9 | Review of Baumgartner document production |
| 2/16/2005 | 9 | Review of Baumgartner document production/Protocols |
| 2/17/2005 | 4.5 | Review of Baumgartner document production/Protocols |
| 2/17/2005 | 5 | Travel home from Montogery, AL |
| 2/21/2005 | 5 | Travel to Montogery, AL |
| 2/21/2005 | 7 | Review of Baumgartner document production |
| 2/22/2005 | 9.5 | Review of Baumgartner document production |
| 2/23/2005 | 9 | Review of Neis document production |
| 2/23/2005 | 9.5 | Review of Neis document production |
| 2/24/2005 | 4.5 | Review of Oxenius document production |
| 2/24/2005 | 5 | Travel home from Montogery, AL |
| 2/27/2005 | 5 | Travel to Montogery, AL |
| 2/27/2005 | 7 | Review of Oxenius document production |
| 2/28/2005 | 9 | Review of Oxenius document production |

TOTAL     189.25  180.25

Name _____   Date 3.1.05

# VIOXX Timesheet

Law Firm: The Law Offices of Daniel E. Becnel, Jr.
106 West 7th Street
P.O. Drawer H
Reserve, LA 70084
985/ 536-1186

Name: Margaret Parker
Status: Attorney
Period: From 2/1/05 - 2/28/05

| Date | Hours | Description |
|------|-------|-------------|
| 2/1/2005 | 9.5 | Review of Baumgartner document production |
| 2/2/2005 | 9 | Review of Baumgartner document production |
| 2/3/2005 | 9 | Review of Baumgartner document production |
| 2/4/2005 | 4.5 | Review of Baumgartner document production |
| 2/4/2005 | 5 | Travel home from Montogery, AL |
| 2/9/2005 | 5 | Travel to Montogery, AL |
| 2/9/2005 | 6.25 | Review of Baumgartner document production |
| 2/10/2005 | 10 | Review of Baumgartner document production |
| 2/11/2005 | 8.75 | Review of Baumgartner document production/Protocols |
| 2/12/2005 | 6.25 | Review of Baumgartner document production/Protocols |
| 2/13/2005 | 8.75 | Review of Baumgartner document production |
| 2/14/2005 | 9.25 | Review of Baumgartner document production |
| 2/15/2005 | 9 | Review of Baumgartner document production |
| 2/16/2005 | 9 | Review of Baumgartner document production/Protocols |
| 2/17/2005 | 4.5 | Review of Baumgartner document production/Protocols |
| 2/17/2005 | 5 | Travel home from Montogery, AL |
| 2/21/2005 | 5 | Travel to Montogery, AL |
| 2/21/2005 | 7 | Review of Baumgartner document production |
| 2/22/2005 | 9.5 | Review of Baumgartner document production |
| 2/23/2005 | 9 | Review of Neis document production |
| 2/23/2005 | 9.5 | Review of Neis document production |
| 2/24/2005 | 4.5 | Review of Oxenius document production |
| 2/24/2005 | 5 | Travel home from Montogery, AL |
| 2/27/2005 | 5 | Travel to Montogery, AL |
| 2/27/2005 | 7 | Review of Oxenius document production |
| 2/28/2005 | 9 | Review of Oxenius document production |

TOTAL       189.25  180.25

Name _____    Date  3/1/05

# VIOXX Timesheet

Law Firm: The Law Offices of Daniel E. Becnel, Jr.
106 West 7th Street
P.O. Drawer H
Reserve, LA 70084
985/ 536-1186

Name: Rebecca F. Todd
Status: Attorney
Period: From 2/1/05-2/28/05

| Date | Hours | Description |
|------|-------|-------------|
| d |  |  |
| 2/1/2005 | 9.5 | Simon & Terry Deposition Summary |
| 2/2/2005 | 9 | Terry & McKeon Deposition Summary |
| 2/3/2005 | 9.5 | McKeon & Casola Deposition Summary |
| 2/4/2005 | 4.5 | Casola Deposition Summary |
| 2/4/2005 | 6 | Travel home from Montogery, AL |
| 2/7/2005 | 2 | Casola Deposition Summary |
| 2/9/2005 | 5.5 | Travel to Montogery, AL |
| 2/9/2005 | 6.25 | Review of Morrison document production |
| 2/10/2005 | 10 | Review of Morrison document production |
| 2/11/2005 | 8.75 | Review of Morrison document production |
| 2/12/2005 | 6.25 | Review of Baumgartner document production |
| 2/13/2005 | 8.75 | Review of Baumgartner document production |
| 2/14/2005 | 9.25 | Review of Baumgartner document production |
| 2/15/2005 | 9 | Review of Baumgartner document production |
| 2/16/2005 | 9 | Review of Baumgartner document production |
| 2/17/2005 | 4.5 | Review of Baumgartner document production |
| 2/17/2005 | 6 | Travel home from Montogery, AL |
| 2/21/2005 | 5.5 | Travel to Montogery, AL |
| 2/21/2005 | 7 | Review of Baumgartner document production |
| 2/22/2005 | 9.5 | Review of Baumgartner document production |
| 2/23/2005 | 9 | Review of Neis document production |
| 2/23/2005 | 9.5 | Review of Neis document production |
| 2/24/2005 | 4.5 | Review of Oxenius document production |
| 2/24/2005 | 6 | Travel home from Montogery, AL |
| 2/27/2005 | 5.5 | Travel to Montogery, AL |
| 2/27/2005 | 7 | Review of Oxenius document production |
| 2/28/2005 | 10 | Travel to Philadelphia for Neis deposition/depo prep |

TOTAL      197.25  188.25

Rebecca Todd      2/28/05

Name                     Date

# VIOXX Timesheet

Law Firm:  The Law Offices of Daniel E. Becnel, Jr.
106 West 7th Street
P.O. Drawer H
Reserve, LA 70084
985/ 536-1186

Name:  Mike Breinin
Status:  Attorney
Period:  From  3/1/05 - 3/31/05

| Date | Hours | Description |
|------|-------|-------------|
| 3/1/2005 | 7 | Travel to Philadelphia for Neis deposition |
| 3/2/2005 | 8.5 | Preparation Meeting/Alan Neis deposition |
| 3/2/2005 | 7 | Travel back to Montgomery, AL |
| 3/3/2005 | 7 | Review of Bold document production |
| 3/4/2005 | 4.5 | Review of Bold document production |
| 3/4/2005 | 5 | Travel back to New Orleans |
| 3/7/2005 | 5 | Travel to Montgomery, AL |
| 3/7/2005 | 7 | Review of Scolnick document production |
| 3/8/2005 | 9 | Review of Scolnick document production/Pulled renal documents |
| 3/9/2005 | 9 | Review of Scolnick/Gresser document production |
| 3/10/2005 | 9 | Pulled smoker subgroup documents |
| 3/11/2005 | 4 | Pulled diabetes subgroup search |
| 3/11/2005 | 5 | Travel back to New Orleans |
| 3/14/2005 | 5 | Travel to Montgomery, AL |
| 3/14/2005 | 7 | Review of Kim document production/Crisp database |
| 3/15/2005 | 9.5 | Review of Blake document production |
| 3/16/2005 | 9.5 | Review of Blake document production |
| 3/17/2005 | 10 | Review of El-Dada document production |
| 3/18/2005 | 3.5 | Pulled marketing documents |
| 3/18/2005 | 5 | Travel back to New Orleans |
| 3/21/2005 | 5 | Travel to Montgomery, AL |
| 3/21/2005 | 7.25 | Review of El-Dada document production |
| 3/22/2005 | 10.25 | Review of PGIM issues |
| 3/23/2005 | 10 | Review of PGIM issues |
| 3/24/2005 | 3.75 | Review of Brakewood document production |
| 3/24/2005 | 5 | Travel back to New Orleans |
| 3/28/2005 | 5 | Travel to Montgomery, AL |
| 3/28/2005 | 7.25 | Review of Brakewood document production |
| 3/29/2005 | 9.5 | Pulling document re: vasoconstriction issues |
| 3/20/2005 | 9 | Review of Alan Neis documents |
| 3/31/2005 | 10 | Review of Brakewood document production/Trial cuts of Reicin |

TOTAL        218.5

Name _____   Date  4/4/05

# VIOXX Timesheet

Law Firm: The Law Offices of Daniel E. Becnel, Jr.
106 West 7th Street
P.O. Drawer H
Reserve, LA 70084
985/ 536-1186

Name:  Holly Lamarche
Status:  Attorney
Period:  From  3/1/05 - 3/31/05

| Date | Hours | Description |
|------|-------|-------------|
| 3/1/2005 | 9.5 | Review of Oxenius document production/Reicin document search |
| 3/2/2005 | 9.25 | Review of Kim document production/Pulled Protocols |
| 3/3/2005 | 9.25 | Review of Bold & Kim document production |
| 3/4/2005 | 4.5 | Review of Bold document production |
| 3/4/2005 | 5 | Travel back to New Orleans |
| 3/7/2005 | 5 | Travel to Montgomery, AL |
| 3/7/2005 | 6.5 | Review of Scolnick document production |
| 3/8/2005 | 9.5 | Pulling Protocols |
| 3/9/2005 | 9.5 | Review of Scolnick document production/Pulled Protocols |
| 3/10/2005 | 9 | Pulled Protocols |
| 3/11/2005 | 4.5 | Pulled Covance documents |
| 3/11/2005 | 5 | Travel back to New Orleans |
| 3/14/2005 | 5 | Travel to Montgomery, AL |
| 3/14/2005 | 7.25 | Pulled Covance documents |
| 3/15/2005 | 9.5 | Pulled Protocols |
| 3/16/2005 | 9.5 | Pulled Consultant Contracts |
| 3/17/2005 | 10 | Pulled Consumer Testimonial Letters |
| 3/18/2005 | 3.5 | Pulled Consumer Testimonial Letters |
| 3/18/2005 | 5 | Travel back to New Orleans |
| 3/21/2005 | 5 | Travel to Montgomery, AL |
| 3/21/2005 | 7.75 | Review of Sheares document production |
| 3/22/2005 | 10 | Review of Sheares document production |
| 3/23/2005 | 10 | Review of Mills document production |
| 3/24/2005 | 4 | Review of Mills document production |
| 3/24/2005 | 5 | Travel back to New Orleans |
| 3/28/2005 | 5 | Travel to Montgomery, AL |
| 3/28/2005 | 7.25 | Review of Buttala document production/organization |
| 3/29/2005 | 9.5 | Review of Buttala document production |
| 3/30/2005 | 9.75 | Review of Buttala/Honig documents productions |
| 3/31/2005 | 9 | Review of Buttala document production/Trail cuts for Watson |

TOTAL     218.5

Name                          Date

Exhibit D - 14

# VIOXX Timesheet

Law Firm: The Law Offices of Daniel E. Becnel, Jr.
106 West 7th Street
P.O. Drawer H
Reserve, LA 70084
985/ 536-1186

Name: Mary Lorenz
Status: Attorney
Period: From 3/1/05 - 3/31/05

| Date | Hours | Description |
|------|-------|-------------|
| 3/1/2005 | 9.5 | Review of Oxenius document production/Article Search |
| 3/2/2005 | 9.25 | Review of Bold/Oxenius document production |
| 3/3/2005 | 9.25 | Review of Bold document production |
| 3/4/2005 | 4.5 | Review of Bold/Scolnick document production |
| 3/4/2005 | 5 | Travel back to New Orleans |
| 3/7/2005 | 5 | Travel to Montgomery, AL |
| 3/7/2005 | 6.5 | Review of Scolnick/Oxenius document production |
| 3/8/2005 | 9.5 | Review of Oxenius document production/Pulled foreign labels/Protocols |
| 3/9/2005 | 9.5 | Pulled Protocols |
| 3/10/2005 | 9.5 | Pulled Protocols |
| 3/11/2005 | 4 | Pulled bulletins |
| 3/11/2005 | 5 | Travel back to New Orleans |
| 3/14/2005 | 5 | Travel to Montgomery, AL |
| 3/14/2005 | 7.25 | Pulled Protocols |
| 3/15/2005 | 9.5 | Pulled Protocols |
| 3/16/2005 | 9.5 | Pulled bulletins |
| 3/17/2005 | 10 | Pulled bulletins |
| 3/18/2005 | 3.5 | Pulled bulletins |
| 3/18/2005 | 5 | Travel back to New Orleans |
| 3/21/2005 | 5 | Travel to Montgomery, AL |
| 3/21/2005 | 7.5 | Pulled Vigor/DSMB/Consultant Contracts/Review Abrahamson documents |
| 3/22/2005 | 10 | Review of Abrahamson document production/Pulled Marketing documents |
| 3/23/2005 | 10.25 | Pulling marketing materials |
| 3/24/2005 | 4 | |
| 3/24/2005 | 5 | Travel back to New Orleans |
| 3/28/2005 | 5 | Travel to Montgomery, AL |
| 3/28/2005 | 7.25 | Pulled Marketing Materials/Oranization of documents |
| 3/29/2005 | 9.5 | Pulled Marketing Materials/Review of Buttala doc production |
| 3/30/2005 | 9.75 | Review of Buttala/Honig documents productions |
| 3/31/2005 | 9 | Review of Buttala/Trial cuts of Baumgartner |

TOTAL     218.5

_llbqfr_ 4.4.05
Name          Date

# VIOXX Timesheet

Law Firm: The Law Offices of Daniel E. Becnel, Jr.
106 West 7th Street
P.O. Drawer H
Reserve, LA 70084
985/ 536-1186

Name: Margaret Parker
Status: Attorney
Period: From 3/1/05 - 3/24/05

| Date | Hours | Description |
|------|-------|-------------|
| 3/1/2005 | 10 | Review of Kim document production/Pulling Protocols |
| 3/2/2005 | 9.25 | Review of Kim document production/Pulling Protocols |
| 3/3/2005 | 9.5 | Review of Bold document production/Pulling Protocols |
| 3/4/2005 | 4.5 | Pulling Protocols |
| 3/4/2005 | 5 | Travel back to New Orleans |
| 3/7/2005 | 5 | Travel to Montgomery, AL |
| 3/7/2005 | 6.5 | Review of Scolnick and Oxenius document production |
| 3/8/2005 | 10 | Review of Scolnick and Oxenius document production |
| 3/9/2005 | 9.5 | Review of Bold document production |
| 3/10/2005 | 9.5 | Pulled Vioxx Project Team  Minutes |
| 3/11/2005 | 4.5 | Pulled Vioxx Project Team Minutes |
| 3/11/2005 | 5 | Travel back to New Orleans |
| 3/14/2005 | 5 | Travel to Montgomery, AL |
| 3/14/2005 | 7.25 | Pulled Protocols |
| 3/15/2005 | 9 | Pulled Protocols |
| 3/16/2005 | 9.5 | Pulled documents showing people who died on Vioxx |
| 3/17/2005 | 10 | Pulled Protocols |
| 3/18/2005 | 3.5 | Pulled Protocols |
| 3/18/2005 | 5 | Travel back to New Orleans |
| 3/21/2005 | 5 | Travel to Montgomery, AL |
| 3/21/2005 | 7.25 | Pulled Vioxx Consumer Letters |
| 3/22/2005 | 10 | Pulled Vioxx Consumer Letters/ Review Buttala document production |
| 3/23/2005 | 10 | Review of Buttala document production |
| 3/24/2005 | 4 | Review of Buttala document production |
| 3/24/2005 | 5 | Travel back to New Orleans |

TOTAL      178.75

Name                          Date

# VIOXX Timesheet

Law Firm: The Law Offices of Daniel E. Becnel, Jr.
106 West 7th Street
P.O. Drawer H
Reserve, LA 70084
985/ 536-1186

Name: Will Percy
Status: Attorney
Period:  From  3/1/05 - 3/31/05

| Date | Hours | Description |
|------|-------|-------------|
| 3/7/2005 | 6 | Travel to New York, NY |
| 3/7/2005 | 6 | Review of Anstice document production |
| 3/8/2005 | 9 | Review of Anstice & Gertz document production |
| 3/9/2005 | 10 | Review of Bold document production |
| 3/10/2005 | 9.5 | Review of Gertz document production |
| 3/11/2005 | 5.5 | Review of Gertz document production |
| 3/12/2005 | 6 | Travel back to New Orleans |
| 3/14/2005 | 5 | Travel to Montgomery, AL |
| 3/14/2005 | 7 | Review of Honig document production |
| 3/15/2005 | 9.5 | Review of Honig document production |
| 3/16/2005 | 8.5 | Review of Honig document production |
| 3/17/2005 | 10.25 | Review of Honig document production |
| 3/18/2005 | 3.5 | Review of El-Dada document production |
| 3/18/2005 | 5 | Travel back to New Orleans |
| 3/21/2005 | 5 | Travel to Montgomery, AL |
| 3/21/2005 | 8 | Review of El-Dada document production |
| 3/22/2005 | 10.25 | Review of El-Dada/Beauchard document production |
| 3/23/2005 | 10 | Review of Beauchard document production |
| 3/24/2005 | 3.75 | Review of Beauchard document production |
| 3/24/2005 | 5 | Travel back to New Orleans |
| 3/28/2005 | 5 | Travel to Montgomery, AL |
| 3/28/2005 | 7.25 | Review of Beauchard/Luthi/Freundlich document productions |
| 3/29/2005 | 9.5 | Review of Freundlich/Bourdow document productions |
| 3/30/2005 | 9 | Review of Bourdow/Braunstein document productions |
| 3/31/2005 | 10 | Review of Braunstein document production |

TOTAL      183.5

_Will Percy_      _March 31, 2005_
Name                Date

# VIOXX Timesheet

Law Firm:  The Law Offices of Daniel E. Becnel, Jr.
106 West 7th Street
P.O. Drawer H
Reserve, LA 70084
985/ 536-1186

Name: Rebecca F. Todd
Status: Attorney
Period:  From  3/1/05 - 3/31/05

| Date | Hours | Description |
|------|-------|-------------|
| 3/1/2005 | 7 | Travel to Philadelphia for Neis deposition |
| 3/2/2005 | 8.5 | Preparation Meeting/Alan Neis deposition |
| 3/2/2005 | 7 | Travel back to Montgomery, AL |
| 3/3/2005 | 7 | Review of Bold document production |
| 3/4/2005 | 4.5 | Review of Bold document production |
| 3/4/2005 | 5 | Travel back to New Orleans |
| 3/7/2005 | 6 | Travel to New York, NY |
| 3/7/2005 | 6 | Review of Anstice document production |
| 3/8/2005 | 9 | Review of Anstice & Gertz document production |
| 3/9/2005 | 10 | Review of Bold document production |
| 3/10/2005 | 9.5 | Review of Anstice document production |
| 3/11/2005 | 5.5 | Review of Anstice document production |
| 3/12/2005 | 6 | Travel back to New Orleans, LA |
| 3/14/2005 | 5 | Travel to Montgomery, AL |
| 3/14/2005 | 7.25 | Review of Video production |
| 3/15/2005 | 9.5 | Organization of pulled productions |
| 3/16/2005 | 9.5 | Organization of pulled productions/Preparing documents for expert review |
| 3/17/2005 | 10 | Review of El-Dada document production |
| 3/18/2005 | 3.5 | Review of El-Dada document production |
| 3/18/2005 | 6 | Travel back to New Orleans |
| 3/21/2005 | 5 | Travel to Montgomery, AL |
| 3/21/2005 | 7.25 | Review of El-Dada document production |
| 3/22/2005 | 10.25 | Review of El-Dada document production |
| 3/23/2005 | 10 | Review of Beaurgard document production |
| 3/24/2005 | 4 | Review of Beauchard document production |
| 3/24/2005 | 6 | Travel back to New Orleans |
| 3/28/2005 | 5 | Travel to Montgomery, AL |
| 3/28/2005 | 7.5 | Review of Beauchard/Bourdow document production |
| 3/29/2005 | 9.5 | Review of Bourdow document production |
| 3/30/2005 | 9 | Review of Bourdow document production/Trial cuts of Scolnick |
| 3/31/2005 | 10 | Trial cuts of Scolnick |

TOTAL      225.25

_RC Todd_____

Name                              Date

# VIOXX Timesheet

Law Firm:  The Law Offices of Daniel E. Becnel, Jr.
106 West 7th Street
P.O. Drawer H
Reserve, LA 70084
985/ 536-1186

Name:  Mike Breinin
Status:  Attorney
Period:   From 4/1-30/05

| Date | Hours | Description |
|------|-------|-------------|
| 4/1/2005 | 4 | Trial Cuts of Recin |
| 4/1/2005 | 5 | Travel back to New Orleans |
| 4/4/2005 | 5 | Travel to Montgtomery |
| 4/4/2005 | 7 | Trial Cuts of Recin |
| 4/5/2005 | 9 | Trial Cuts of St. Louis |
| 4/6/2005 | 9.75 | Trial Cuts of St. Louis |
| 4/7/2005 | 9.75 | Biomarker document search/Trial Cuts of Recin 2 |
| 4/8/2005 | 4 | Trial Cuts of Recin |
| 4/8/2005 | 5 | Travel back to New Orleans |
| 4/11/2005 | 5 | Travel to Montgtomery |
| 4/11/2005 | 8.25 | Trial Cuts of Recin |
| 4/12/2005 | 10 | Brakewood document search/Trials Cuts of Daniels |
| 4/13/2005 | 10 | Trial Cuts of Daniels |
| 4/14/2005 | 9 | Trial Cuts of Daniels |
| 4/14/2005 | 5 | Trip back to New Orleans |
| 4/18/2005 | 5 | Trip to Montgomery |
| 4/18/2005 | 7.5 | Review of Buttala Document Production |
| 4/19/2005 | 10 | Review of Buttala Document Production/Coxibs in EU |
| 4/20/2005 | 10 | Review of Buttala Document Production |
| 4/21/2005 | 10 | Review of Buttala Document Production |
| 4/22/2005 | 4 | Review of Marketing Documents |
| 4/22/2005 | 5 | Trip back to New Orleans |

TOTAL        157.25

Name                          Date   4/29/05

# VIOXX Timesheet

Law Firm:  The Law Offices of Daniel E. Becnel, Jr.
106 West 7th Street
P.O. Drawer H
Reserve, LA 70084
985/ 536-1186

Name:  Holly Lamarche
Status:  Attorney
Period:   From  4/1-30/05

| Date | Hours | Description |
|------|-------|-------------|
| 4/1/2005 | 4 | Deposition cuts of Watson |
| 4/1/2005 | 5 | Travel back to New Orleans |
| 4/4/2005 | 5 | Travel to Montgomery |
| 4/4/2005 | 7.5 | Trial Cuts of Watson/Bold |
| 4/5/2005 | 9.5 | Trial Cuts of Bold |
| 4/6/2005 | 10 | Review of Buttala document production/Pulled protocols |
| 4/7/2005 | 10 | Review of Buttala document production/Pulled documents for Dr. Donaldson |
| 4/8/2005 | 3 | Review of Buttala document production |
| 4/8/2005 | 5 | Travel back to New Orleans |
| 4/11/2005 | 5 | Travel to Montgomery |
| 4/11/2005 | 8.75 | Review of Buttala document production |
| 4/12/2005 | 10.5 | Review of Buttala docment production |
| 4/13/2005 | 10.25 | Review of Buttala document production/Document search for short term risk |
| 4/14/2005 | 9 | Review of Buttala document production |
| 4/14/2005 | 5 | Travel back to New Orleans |
| 4/18/2005 | 5 | Travel to Montgomery |
| 4/18/2005 | 7 | Nies Trial Cuts |
| 4/19/2005 | 10 | Review of Buttala Document Production |
| 4/20/2005 | 9.5 | Review of Buttala Document Production |
| 4/21/2005 | 9.5 | Review of Buttala Document Production/boxed documents |
| 4/22/2005 | 3 | Review of Buttala Document Production |
| 4/22/2005 | 5 | Travel back to New Orleans |

TOTAL      156.5

Name _____   Date 4-25-05

# VIOXX Timesheet

Law Firm:  The Law Offices of Daniel E. Becnel, Jr.
106 West 7th Street
P.O. Drawer H
Reserve, LA 70084
985/ 536-1186

Name:  Mary Lorenz
Status:  Attorney
Period:  From  4/1-30/05

| Date | Hours | Description |
|------|-------|-------------|
| 4/1/2005 | 4 | Trial Cuts of Baumgartner |
| 4/1/2005 | 5 | Travel back to New Orleans |
| 4/4/2005 | 5 | Travel to Montgomery |
| 4/4/2005 | 7.5 | Trial Cuts of Baumgartner |
| 4/5/2005 | 9.5 | Trial Cuts of Baumgartner/Simon |
| 4/6/2005 | 10 | Trial Cuts of Simon/Document review of Buttala |
| 4/7/2005 | 10 | Trial Cuts of Simon/Document review of Buttala |
| 4/8/2005 | 3 | Review of Buttala document production |
| 4/8/2005 | 5 | Travel back to New Orleans |
| 4/11/2005 | 5 | Travel to Montgomery |
| 4/11/2005 | 8.75 | Review of Buttala document production |
| 4/12/2005 | 10.5 | Review of Buttala document production/Trial Cuts of Simon |
| 4/13/2005 | 10.5 | Review of Buttala document production/Pull CV data |
| 4/14/2005 | 9 | Review of Buttala document production |
| 4/14/2005 | 5 | Travel back to New Orleans |
| 4/18/2005 | 5 | Travel to Montgomery |
| 4/18/2005 | 7 | Review of Buttala document production/Trial Cuts of Hostelley |
| 4/19/2005 | 9.5 | Review of Buttala document production |
| 4/20/2005 | 10 | Review of Buttala document production |
| 4/21/2005 | 9.5 | Review of Buttala document production/boxing pulled documents |
| 4/22/2005 | 3 | Review of Buttala document production |
| 4/22/2005 | 5 | Travel back to New Orleans |

TOTAL    156.75

_____    4.25.05
Name                                      Date

# VIOXX Timesheet

Law Firm: The Law Offices of Daniel E. Becnel, Jr.
106 West 7th Street
P.O. Drawer H
Reserve, LA 70084
985/ 536-1186

Name:  Will Percy
Status:  Attorney
Period:  From  4/1-30/05

| Date | Hours | Description |
|------|-------|-------------|
| 4/1/2005 | 4 | Review of Braunstein document production |
| 4/1/2005 | 5 | Travel back to New Orleans |
| 4/4/2005 | 5 | Travel to Montgomery |
| 4/4/2005 | 7.5 | Review of Braunstein document production |
| 4/5/2005 | 9.5 | Review of Braunstein document production |
| 4/6/2005 | 10 | Review of Bourdow document production |
| 4/7/2005 | 10 | Review of Bourdow document production |
| 4/8/2005 | 4 | Review of Bourdow document production |
| 4/8/2005 | 5 | Travel back to New Orleans |
| 4/11/2005 | 5 | Travel to Montgomery |
| 4/11/2005 | 8.75 | Review of Bourdow document production |
| 4/12/2005 | 10.5 | Review of Bourdow document production |
| 4/13/2005 | 10.5 | Review of Bourdow document production |
| 4/14/2005 | 9 | Review of Bourdow document production |
| 4/14/2005 | 5 | Trip back to New Orleans |
| 4/18/2005 | 5 | Trip to Montgomery |
| 4/18/2005 | 7.5 | Review of Braunstein document production |
| 4/19/2005 | 10 | Review of Braunstein document production |
| 4/20/2005 | 10 | Review of Braunstein document production |
| 4/21/2005 | 10 | Review of Braunstein document production |
| 4/22/2005 | 4 | Pulling Marketing document |
| 4/22/2005 | 5 | Trip back to New Orleans |

TOTAL      160.25

_Will Percy_                  _April 29, 2005_
Name                          Date

# VIOXX Timesheet

Law Firm:  The Law Offices of Daniel E. Becnel, Jr.
106 West 7th Street
P.O. Drawer H
Reserve, LA 70084
985/ 536-1186

Name: Rebecca F. Todd
Status:  Attorney
Period:  From  4/1-30/05

| Date | Hours | Description |
|------|-------|-------------|
| 4/1/2005 | 7 | Trial Cuts of Scolnick 1 |
| 4/1/2005 | 6 | Travel back to New Orleans |
| 4/4/2005 | 5 | Travel to Montgomery |
| 4/4/2005 | 7.5 | Trial Cuts of Scolnick 1 & 2 |
| 4/5/2005 | 9.5 | Trial Cuts of Scolnick 2 & Neis |
| 4/6/2005 | 10 | Trial Cuts of Neis/ Work w/ Dr. Donaldson |
| 4/7/2005 | 10 | Trial Cuts of Neis/ Work w/ Dr. Donaldson |
| 4/8/2005 | 3 | Review of Bourdow document production |
| 4/8/2005 | 6 | Travel back to New Orleans |
| 4/11/2005 | 5 | Travel to Montgomery |
| 4/11/2005 | 8.75 | Review of Bourdow document production |
| 4/12/2005 | 10 | Review of Bourdow document production/Trial Cuts of Morrison |
| 4/13/2005 | 11 | Trial Cuts of Morrison |
| 4/14/2005 | 9.5 | Trial Cuts of Morrison |
| 4/14/2005 | 6 | Travel back to New Orleans |

TOTAL      114.25

_Name_                          _Date_



*Vioxx*

**Timesheet**

Law Firm: The Law Offices of Daniel E. Becnel, Jr.
106 West 7th Street
P.O. Drawer H
Reserve, LA 70084
985/ 536-1186

Name:  Mike Breinin
Status:  Attorney
Period:  From ▬▬▬

*5/16 - 5/27*

| Date | Hours | Description |
|------|-------|-------------|
| 16-May | 1 | Vioxx Exhibits |
| 17-May | 10 | Vioxx Exhibits |
| 18-May | 10 | Vioxx Exhibits |
| 19-May | 10 | Vioxx Exhibits |
| 20-May | 6 | Vioxx Exhibits |
| | 10 | Travel to and from Montgomery |
| 23-May | 6 | Vioxx Exhibits |
| 24-May | 10 | Vioxx Exhibits |
| 25-May | 10 | Vioxx Exhibits |
| 26-May | 10 | Vioxx Exhibits |
| 27-May | 4 | Vioxx Exhibits |
| | 10 | Travel to and From Montgomery |

TOTAL        77
TRAVEL      10

*5/27/05*

Name                              Date

# VIOXX Timesheet

Law Firm:  The Law Offices of Daniel E. Becnel, Jr.
106 West 7th Street
P.O. Drawer H
Reserve, LA 70084
985/ 536-1186

Name: Holly Lamarche
Status:  Attorney
Period:   From  5/1-31/05

| Date | Hours | Description |
|------|-------|-------------|
| 5/24/2005 | 7.5 | Travel to New York City |
| 5/24/2005 | 5.5 | Review of Braunstein Document Production |
| 5/25/2005 | 8.5 | Review of Braunstein Document Production |
| 5/26/2005 | 8.5 | Review of Braunstein Document Production |
| 5/27/2005 | 8.5 | Review of Braunstein Document Production |
| 5/31/2005 | 8.5 | Review of Braunstein Document Production |

TOTAL        47

_Lamarche_ 5-31-05
Name                    Date

Exhibit D - 25

# VIOXX Timesheet

Law Firm:  The Law Offices of Daniel E. Becnel, Jr.
106 West 7th Street
P.O. Drawer H
Reserve, LA 70084
985/ 536-1186

Name: Holly Lamarche
Status:  Attorney
Period:   From  5/1-31/05

| Date | Hours | Description |
|------|-------|-------------|
| 5/24/2005 | 7.5 | Travel to New York City |
| 5/24/2005 | 5.5 | Review of Braunstein Document Production |
| 5/25/2005 | 8.5 | Review of Braunstein Document Production |
| 5/26/2005 | 8.5 | Review of Braunstein Document Production |
| 5/27/2005 | 8.5 | Review of Braunstein Doc Production |
| 5/31/2005 | 8.5 | Review of Braunstein Document Production |

TOTAL       47

Holly Lamarche         5/31/05
Name                          Date

Exhibit D - 26

# VIOXX
## ~~WELDING ROD~~ Timesheet

Law Firm: The Law Offices of Daniel E. Becnel, Jr.
106 West 7th Street
P.O. Drawer H
Reserve, LA 70084
985/ 536-1186

Name:  Will Percy
Status:  Attorney
Period:   From  4/1-30/05

| Date | Hours | Description |
|------|-------|-------------|
| Mon, 16 (MAY 2005). | 1 | VIOXX: Organizing trial exhibits (Montgomery). |
| Tue,  17. | 10.5 | VIOXX: Organizing trial exhibits (Montgomery). |
| Wed, 18. | 10.5 | VIOXX: Organizing trial exhibits (Montgomery). |
| Thu, 19. | 10.5 | VIOXX: Organizing trial exhibits (Montgomery). |
| Fri,  20 | 6.5 | VIOXX: Organizing trial exhibits (Montgomery). |
| Sat,  21. | 0 | |
| Sun, 22. | 0 | |

TOTAL                39

Will Percy          May 28'05
_____     _____
Name                Date

Exhibit D - 27

# VIOXX Timesheet

Law Firm:  The Law Offices of Daniel E. Becnel, Jr.
106 West 7th Street
P.O. Drawer H
Reserve, LA 70084
985/ 536-1186

Name: Rebecca F. Todd
Status:  Attorney
Period:   From  5/1-31/05

| Date | Hours | Description |
|------|-------|-------------|
| 5/24/2005 | 7.5 | Travel to New York City |
| 5/24/2005 | 5.5 | Review of Cannuscio Document Production |
| 5/25/2005 | 8.5 | Review of Cannuscio Document Production |
| 5/26/2005 | 8.5 | Review of Cannuscio Document Production |
| 5/27/2005 | 8.5 | Depo of Recin/Review of Cannuscio Doc Production |
| 5/31/2005 | 8.5 | Review of Cannuscio Document Production |

TOTAL        47

_Rebecca Todd_        5/31/05
Name                             Date

# VIOXX EXPENSES

Montgomery, AL
Week of 1/10/05

| | | |
|---|---|---|
| HOTEL - 3 rooms<br>(Rebecca, Mike, Margaret, Mary) | $ | 1,606.56 |
| FOOD | $ | 367.91 |
| GAS | $ | 15.08 |
| **TOTAL EXPENSES** | $ | 1,989.55 |

MILEAGE                                        775 Miles

Embassy Suite Ho.
Montgome:
300 Taliapousa
P tgomery, A!
(334) 269

CHECK                1
TABLE:               5
SERVER               2
ATE.                        7:07PM

ACC #.
EXP DATE:
AUTH CODE
RESEARCH:
MICHAEL

SUBTOTAL:                   9.85

Tip 2.00
11.85

Carrabba's Itali    (1)
1510 Eastern F      rd
Montge

Server: ANTONIO                        05
09:04 PM
Table 23/1

Visa                          1048628
Card #XXXXXXXXXXXXX2460       Exp 0807
Magnetic card present: BECNEL JR DANIEL E
Appr  al: 013641

Amount:          26.36

+ Tip:   5.00

= Total:  31.36

X
Approval: 013641

Customer Copy

LER   RA              300 B Water Street
Montgomery, AL 36104
334-269-0708

Server: KICK ASS              01/13/2005
KB 8/1                           7:14 PM
Guests: 0

                        #20013

Reprint #: 1

AP1 Edamame                      3.50
R9 Shr Temp R                    8.50

Sub Total                       12.00
Tax                              1.20

Total                           13.20

Cash                            20.00

Change                        6.80

*****Attn. Guest******
NO CHECKS PLEASE
        DAY YOUR SERVER

MARGARET PARKER

Jassy Suites Montgomery
Montgomery's Cafe
(334) 269-5055

251 SHERRY                          2

TB: 2/1        CHK 1753     GST 1
      JAN12 05  7:02PM

         TO GO

S          I PRINT
O     C   CED CHECK
K   1 COKE   : 40       0.95
    1 CAN SPRITE DIET      1.95

V
C    Food            10.90
N    Service Charges   2.01
A    Sales Tax         1.09
     Amount Tendered 14.00
     Charged Tip       2.01
     XXXXXXXXXXXX3013   XX/XX
     Visa             14.00
-- -198 CLOSED JAN12  7:24PM-- -

Gratuity_____

Total_____

Signature_____

Print Name_____

Room #_____
         THANK YOU

Embassy Suites Montgomery
Montgomery's Cafe
      (33

   REF

           CHK 1753
                  02PM


  CHK 07

  Food

  An

  Signature

2363- 1
Server: PERRY H                        Re:
01/11/05 20:33, Swiped           2. Term

OUTBACK STEAKHOUSE ni
1040 EASTERN BLVD.
MONTGOMERY, AL 361??
(334)270 9495
MERCHANT #:

CARD TYPE              UNT (credit)
VISA                  *****XX*****
Name: DANIEL . . . . JR
DO TRANSACTION APPROVED.
AUTHORIZATION #: 011041
Refer            011010102363
TRAN    Credit Card Sale

CHECK

FTP-                     15.00
TC                       95.18


X

PHONE:
***Duplicate Copy ***

CARDHOLDER WILL PAY CARD ISSUER
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT

SUBWAY I
77 DEXTER AVE
MONTGOMERY, AL 36104
334-265-1713

BATCH: 911
- E-S D-RAFT
73285001
610364436000

0013

JAN 11 05

TOTAL              $13.70

011339
NAME: DANIEL F B...
TRAN. 985011645
IN     TERM AUDT 2505



# TA ™ TravelCenters of America

TRAVEL CENTERS OF AMERICA  /I-10 EXIT 4  /GRAND BAY AL 36541  /334-865-6175
Number: 1194-4963   1/14/05   Station: 2

Response(ECN): APPRVD   # 014137   Merchant ID : 000851698054401   Log Number : 054
4963

| Pump | Products | Reefer | Quantity | Unit Cost | Net Cost | Total |
|------|----------|--------|----------|-----------|----------|-------|
| # 2 | DIESEL 2 SELF(120012) | N | 7.083 | 2.129 | 2.129 | 15.08 |

non sales-tax total = 15.08
subtotal = 15.08

TOTAL = 15.08   Signature: _____

I agree to pay total amount according
to card issuer agreement.
Customer name: BECNEL JR/DANIEL E

Salesperson Id : SF/ANGIE        Truck Number : 123
Invoice/Draft # : 944963
Card Number : xxxxxxxxxxxx2480

Billing Company: *VISA/MC 2000009 / VISA
Company Name : PV (99999)

FUEL CONTAINS NO VISIBLE EVIDENCE OF DYE  --  FED ID.# 34-1747077

Visit us at www.tacares.com to win FUEL FOR A YEAR!   DRIVER'S ORIGINAL COPY   820054

Federal, State and Local
Taxes, when applicable,
are included in price
& amount.

**EMBASSY SUITES**

**HOTEL®**

EMBASSY SUITES HOTEL
MONTGOMERY
300 TALLAPOOSA STREET
MONTGOMERY, AL 36104
PHONE: (334) 269-5055
FAX (334) 269-0360

-156.08

| Name & Address |
| --- |

| | |
| --- | --- |
| Suite | |
| Arrival Date | |
| Dept. Date | |
| Adult/Child | |
| Room Rate | |

Rate quoted based on arrival date and length of stay. Should you choose to depart early, rate is subject to change.

INIT _____

BREININ, MIKE
P O DRAWER H

RESERVE, LA 70084
US

The management is not responsible for any valuables not secured in safety deposit boxes provided at the front office. I agree that my liability for the charges is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of such charges. I have requested weekday delivery of U.S.A. Today. If refused, no charge will be applied to my account.

X
SIGNATURE

01/10/05 4:55PM
01/14/05 7:18AM

10
$ 119.00

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
| --- | --- | --- | --- |
| | | RATE PLAN | L-P19 |
| | | HH#409290086 BLUE | |
| | | AL: | |
| | | CAR: | |
| | | | |
| | CONFIRMATION NUMBER : 88042203 | | |
| | | | |
| 01/14/05 | PAGE 1 | | |
| | | | |
| 01/10/05 | 1156882 | GUEST ROOM | $119.00 |
| 01/10/05 | 1156882 | LODGING TAX | $14.88 |
| 01/11/05 | 1157510 | GUEST ROOM | $119.00 |
| 01/11/05 | 1157510 | LODGING TAX | $14.88 |
| 01/12/05 | 1158107 | GUEST ROOM | $119.00 |
| 01/12/05 | 1158107 | LODGING TAX | $14.88 |
| 01/13/05 | 1159180 | GUEST ROOM | $119.00 |
| 01/13/05 | 1159180 | LODGING TAX | $14.88 |
| 01/14/05 | 1159246 | VS ***********2480 | ($539.52) |
| 01/14/05 | 1159246 | VS ***********2480 | $539.52 |
| 01/14/05 | 1159255 | VS ***********2480 | ($535.52) |
| | | BALANCE | $0.00 |

The Hilton Family

Hilton   Conrad   DoubleTree   Embassy   Hampton   Hilton Garden Inn   Homewood Suites

Reservations: www.embassysuites.com or 1-800-EMBASSY

**EXPENSE REPORT SUMMARY**

| ACCT. NO. | | 01/10/05 | 1/11/05 | 1/12/05 | DATE OF CHARGE 1/13/05 | FOLIO NO./CHECK NO. STAY TOTAL | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ROOM & TAX | | $133.88 | $133.88 | $133.88 | $133.88 | $535.52 | |
| CARD MEMBER NAME DAILY TOTAL | | $133.88 | $133.88 | $133.88 | AUTHORIZATION $133.88 | $535.52 | INITIAL |
| ESTABLISHMENT NO. & LOCATION | ESTABLISHMENT AGREES TO TRANSMIT TO CARD ISSUER FOR PAYMENT | | | | PURCHASES & SERVICES | | |
| | | | | | TAXES | | |
| | | | | | TIPS & MISC. | | |
| VS ***********2480 | | | | | TOTAL AMOUNT 01/14/05 | 296062 | A |
| CARD MEMBER'S SIGNATURE X | | | | | | | |

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND

Exhibit D - 35



**EMBASSY SUITES HOTEL**
MONTGOMERY
300 TALLAPOOSA STREET
MONTGOMERY, AL 36104
PHONE: (334) 269-5055
FAX (334) 269-0360

EMBASSY SUITES
HOTEL*

-539.52

Name & Address

| | |
|---|---|
| Suite | |
| Arrival Date | |
| Dept. Date | |
| Adult/Child | |
| Room Rate | |

Rate quoted based on arrival date and length of stay. Should you choose to depart early, rate is subject to change.

LORENZ, MARY
P O DRAWER H

RESERVE, LA 70084
US

INIT _____   306/TDBN

The management is not responsible for any valuables not secured in safety deposit box at the front office. I agree that my liability for the charges is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of such charges. I have requested weekday delivery of U.S.A. Today. If refused, a credit of .50 cents will be applied to my account.

X
SIGNATURE

$119.00

| DATE | REFERENCE | DESCRIPTION | RATE PLAN | AMOUNT |
|---|---|---|---|---|
| | | | HH#409290086  BLUE | |
| | | | AL: | |
| | | | CAR: | |

CONFIRMATION NUMBER :  88042203

01/14/05     PAGE    1

| DATE | REFERENCE | DESCRIPTION | | AMOUNT |
|---|---|---|---|---|
| 01/10/05 | 1156791 | GUEST ROOM | | $119.00 |
| 01/10/05 | 1156791 | LODGING TAX | | $14.88 |
| 01/11/05 | 1157341 | GUEST ROOM | | $119.00 |
| 01/11/05 | 1157341 | LODGING TAX | | $14.88 |
| 01/12/05 | 1157980 | GUEST ROOM | | $119.00 |
| 01/12/05 | 1157980 | LODGING TAX | | $14.88 |
| 01/13/05 | 1159018 | GUEST ROOM | | $119.00 |
| 01/13/05 | 1159018 | LODGING TAX | | $14.88 |
| 01/14/05 | 1159247 | VS ************2480 | | ($535.52) |

** BALANCE **     $0.00

The Hilton Family

EXPENSE REPORT SUMMARY

Reservations: www.embassysuites.com  1-800-EMBASSY

| ROOM & TAX | 01/10/05 | 1/11/05 | 1/12/05 | 1/13/05 | STAY TOTAL |
|---|---|---|---|---|---|
| DAILY TOTAL | $133.88 | $133.88 | $133.88 | $133.88 | $535.52 |

| ACCT. NO. | | DATE OF CHARGE | FOLIO | CHECK NO. |
|---|---|---|---|---|

| CARD MEMBER NAME | AUTHORIZATION | INITIAL |
|---|---|---|
| | PURCHASES & SERVICES | |
| ESTABLISHMENT NO. & LOCATION   ESTABLISHMENT AGREES TO TRANSMIT TO CARD ISSUER FOR PAYMENT | TAXES | |
| | TIPS & MISC. | |
| VS ************2480 | TOTAL  01/10/05   296061   A | |
| CARD MEMBER'S SIGNATURE  X | | |

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND

Exhibit D - 36



**EMBASSY SUITES HOTEL**
MONTGOMERY
300 TALLAPOOSA STREET
MONTGOMERY, AL 36104
PHONE: (334) 269-5055
FAX (334) 269-0360

EMBASSY SUITES

HOTEL®

-535.52

| Name & Address |
| --- |

| Suite |
| --- |
| Arrival Date |
| Dept. Date |
| Adult/Child |
| Room Rate |

Rate quoted based on arrival date and length of stay. Should you choose to depart early, rate is subject to change.

TODD, REBECCA
P O DRAWER H
RESERVE, LA 70084
US

INIT _____

The management is not responsible for any valuables not secured in safety deposit boxes located at the front office. I agree that my liability for the charges is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of such charges. I have requested weekday delivery of U.S.A. Today. If refused, a credit of 50 cents will be applied to my account.

X _____
SIGNATURE

| DATE | REFERENCE | DESCRIPTION | RATE PLAN | AMOUNT |
| --- | --- | --- | --- | --- |
| | | | HH# | |
| | | | AL: | |
| | | | CAR: | |
| | | CONFIRMATION NUMBER : 88042203 | | |
| 01/14/05 | PAGE 1 | | | |
| 01/10/05 | 1155692 | MONTGOMERY'S – *dinner for group* | | $54.47 |
| 01/10/05 | 1155832 | GUEST ROOM | | $119.00 |
| 01/10/05 | 1155832 | LODGING TAX | | $14.88 |
| 01/11/05 | 1157391 | GUEST ROOM | | $119.00 |
| 01/11/05 | 1157391 | LODGING TAX | | $14.88 |
| 01/12/05 | 1157705 | MONTGOMERY'S – *lunch for group* | | $54.25 |
| 01/12/05 | 1158021 | GUEST ROOM | | $119.00 |
| 01/12/05 | 1158021 | LODGING TAX | | $14.88 |
| 01/13/05 | 1158289 | MONTGOMERY'S – *lunch for group* | | $42.00 |
| 01/13/05 | 1159067 | GUEST ROOM | | $119.00 |
| 01/13/05 | 1159067 | LODGING TAX | | $14.88 |
| 01/14/05 | 1159248 | VS ***********2480 | | ($696.25) |
| | | **BALANCE** | | $0.00 |

Reservations: www.embassysuites.com or 1-800-EMBASSY

| ACCT. NO. | | DATE OF CHARGE | FOLIO NO./CHECK NO. | |
| --- | --- | --- | --- | --- |
| CARD MEMBER NAME | | AUTHORIZATION | | INITIAL |
| | | PURCHASES & SERVICES | | |
| ESTABLISHMENT NO. & LOCATION | ESTABLISHMENT AGREES TO TRANSMIT TO CARD ISSUER FOR PAYMENT | TAXES | | |
| | | TIPS & MISC. | | |
| CARD MEMBER'S SIGNATURE | | TOTAL AMOUNT | 296060 | A |
| X | | | | |
| MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND | | | | |

Exhibit D - 37

# VIOXX EXPENSES

Montgomery, AL
Week of 1/17/05

| | | |
|---|---|---|
| HOTEL - 3 rooms<br>(Rebecca, Mike, Margaret, Mary, Holly) | $ | 1,204.92 |
| FOOD | $ | 394.03 |
| GAS | $ | 20.04 |
| **TOTAL EXPENSES** | $ | 1,618.99 |

MILEAGE                                 750 Miles



**EMBASSY SUITES**
H O T E L S®

Name & Address

DD, REBECCA
8 PRYTANIA ST # A
NEW ORLEANS, LA 70115

Room:
Arrival Date: 517/TDBN
Departure Date: 01/18/05
01/21/05 7:36AM

Adult / Child
Room Rate: 2/0
$ 119.00

RATE PLAN    L-P19
HH#

Hilton HHonors
Points & Miles

Rate quoted based on arrival date and length of stay. No# 0000005227174 party, rate is
subject to change.    INIT _____
CAR:

CONFIRMATION NUMBER : 87345089

01/21/05    PAGE   1

RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. "I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.50 WILL BE APPLIED TO MY ACCOUNT." *IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE:* ☐
A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

GUEST SIGNATURE

X

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 01/18/05 | 1161213 | GUEST ROOM | $119.00 |
| 01/18/05 | 1161213 | LODGING TAX | $14.88 |
| 01/19/05 | 1161536 | MONTGOMERY'S | $9.98 |
| 01/19/05 | 1161663 | GUEST ROOM | $119.00 |
| 01/19/05 | 1161663 | LODGING TAX | $14.88 |
| 01/20/05 | 1161983 | MONTGOMERY'S | $44.00 |
| 01/20/05 | 1162071 | MONTGOMERY'S | $13.48 |
| 01/20/05 | 1162213 | GUEST ROOM | $119.00 |
| 01/20/05 | 1162213 | LODGING TAX | $14.88 |
| 01/21/05 | 1162297 | VS ************2480 | ($469.10) |

* * BALANCE * *    $0.00

EXPENSE REPORT SUMMARY

| | 01/18/05 | 01/19/05 | 01/20/05 | STAY TOTAL |
|---|----------|----------|----------|------------|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $401.64 |
| FOOD & BEVERAGE | $0.00 | $9.98 | $57.48 | $67.46 |
| DAILY TOTAL | $133.88 | $143.86 | $191.36 | $469.10 |

VS ************2480    01/18/05    296582    A

TODD, REBECCA    218229

The Hilton Family


       

-469.10



**EMBASSY SUITES**
H O T E L S ®

Name & Address

RENZ, MARY
J8 PRYTANIA ST # A
NEW ORLEANS, LA 70115

Room:
Arrival Date: 518/TDBN
Departure Date: 01/18/05 7:40AM
01/21/05
Adult / Child  2/0
Room Rate: $ 129.00

RATE PLAN     LV5
HH# 409290086 BLUE
Rate quoted based on arrival date and length of stay. If you check out early, rate is
AL #0000005227474
CAR:

subject to change.     INIT _____

Hilton HHonors®
Points & Miles

CONFIRMATION NUMBER : 87345089

01/21/05     PAGE     1

RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. "I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.50 WILL BE APPLIED TO MY ACCOUNT." IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE: ☐
A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

GUEST SIGNATURE

X

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 01/18/05 | 1161214 | GUEST ROOM | $119.00 |
| 01/18/05 | 1161214 | LODGING TAX | $14.88 |
| 01/19/05 | 1161528 | MONTGOMERY'S | $8.75 |
| 01/19/05 | 1161535 | MONTGOMERY'S | $13.00 |
| 01/19/05 | 1161664 | GUEST ROOM | $119.00 |
| 01/19/05 | 1161664 | LODGING TAX | $14.88 |
| 01/20/05 | 1162214 | GUEST ROOM | $119.00 |
| 01/20/05 | 1162214 | LODGING TAX | $14.88 |
| 01/21/05 | 1162298 | VS ************2480 | ($423.39) |

**   * * BALANCE * *     $0.00**

EXPENSE REPORT SUMMARY

| | 01/18/05 | 01/19/05 | 01/20/05 | STAY TOTAL |
|------|----------|----------|----------|------------|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $401.64 |
| FOOD & BEVERAGE | $0.00 | $21.75 | $0.00 | $21.75 |
| DAILY TOTAL | $133.88 | $155.63 | $133.88 | $423.39 |

VS ************2480     01/18/05     296586     A

LORENZ, MARY     18857

The Hilton Family

     423.39 



**EMBASSY SUITES**
H O T E L S®

Name & Address

EININ, MIKE
,8 PRYTANIA ST # A
NEW ORLEANS, LA 70115

Room:
Arrival Date: 804/TDBS
Departure Date: 01/18/05 7:39AM
01/21/05

Adult / Child
Room Rate:
1/0
$ 129.00

RATE PLAN      LV5
HH# 409290086 BLUE
CAR:

Rate quoted based on arrival date and length of stay. WN#000005227474 early, rate is subject to change.   INIT _____

**Hilton HHonors**
Points&Miles

CONFIRMATION NUMBER : 87345089

01/21/05      PAGE      1

RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. "I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.50 WILL BE APPLIED TO MY ACCOUNT." *IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE: ☐*

GUEST SIGNATURE

X

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 01/18/05 | 1161294 | GUEST ROOM | $119.00 |
| 01/18/05 | 1161294 | LODGING TAX | $14.88 |
| 01/19/05 | 1161441 | MONTGOMERY'S | $11.25 |
| 01/19/05 | 1161545 | MONTGOMERY'S | $25.00 |
| 01/19/05 | 1161732 | GUEST ROOM | $119.00 |
| 01/19/05 | 1161732 | LODGING TAX | $14.88 |
| 01/20/05 | 1162100 | MONTGOMERY'S | $15.00 |
| 01/20/05 | 1162251 | GUEST ROOM | $119.00 |
| 01/20/05 | 1162251 | LODGING TAX | $14.88 |
| 01/21/05 | 1162299 | VS ***********2480 | ($452.89) |

* * BALANCE * *      $0.00

EXPENSE REPORT SUMMARY

| | 01/18/05 | 01/19/05 | 01/20/05 | STAY TOTAL |
|---|---|---|---|---|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $401.64 |
| FOOD & BEVERAGE | $0.00 | $36.25 | $15.00 | $51.25 |
| DAILY TOTAL | $133.88 | $170.13 | $148.88 | $452.89 |

VS ***********2480                01/18/05          296585      A

BREININ, MIKE                         18229

    

CUCOS OF MONTGOMERY
1801 EAST BLVD
MONTGOMERY, AL 36117

TIME  10:05 PM      DATE 01/19/05
TERM# 00980-39      MER# 000221220569992
TRAN TYPE SALE
#xxxxxxxxxxxxx2480
CARD TYPE VISA
SEQ #    060
TICKET #  0000007934 SERVER ID 36
AUTH CODE 019301

BASE                    $12.92

TIP                     2.50

TOTAL                   15.42

Herron Street Chevron
215 Dickerson St
Montgomery, AL
STN 00210321

21/22/23      17:37:22

VISA
xxxxxxxxxxxx2480
Invoice#      2157360
Auth#          020669

Pump#:   9
 10.125 G @ $   1.979
Dsel/Self    $ 20.04

Total         $ 20.04

```
        Lek's Railroad Thai
         300 B Water Street
        Montgomery, AL 36104
          334-269-0708
Server: Cathy          DOB: 01/20/2005
07:02 PM                    01/20/2005
199/1                         1/10106

Visa                         3145770
Card #435787543159XXXX      Exp:0807
Magnetic card present: BECNEL JRDANIEL E
Approval: 020744

        Amount:        28.49

          + Tip:     5.00

        = Total:   33 . 49


X_____
Approval: 020744

        *****Attn. Guest*****
         NO CHECKS PLEASE
        PLEASE PAY YOUR SERVER

        *****Guest's Copy*****
```

```
         Lek's Railroad Thai
          300 B Water Street
         Montgomery, AL 36104
           334-269-0708
Server: Sami           DOB: 01/19/2005
12:48 PM                    01/19/2005
Table 22/1                     3/30012

Visa                         1046589
Card #435787543159XXXX      Exp:0807
Magnetic card present: BECNEL JRDANIEL E
Approval: 019263

        Amount:        34.82

          + Tip:     5.00

        = Total:   39.82


X_____
Approval: 019263

        *****Attn. Guest*****
         NO CHECKS PLEASE
        PLEASE PAY YOUR SERVER

        *****Guest's Copy*****
```

```
REPRINT
SHELL           159
WELCOME TO
SHELL #159

01/18/05    08:25
GROCERY     $1.19T
TOTAL       $1.26
CASH        $1.26
TL/NOTAX    $1.19
TAX PD      $0.07
RECEIPT NO. 1-7867
V POWER ACTIVELY
CLEANS AS YOU
```

4233-1
Server: LIZA L                    Rec:134
01/18/05 20:13, Swiped    T:  55 Term:  4

          K STEAKHOUSE #1258
          ASTERN BLVD.
          MERY, AL 36117
          70-9495
          NT #:

          YPE        ACCOUNT NUMBER
                     XXXXXXXXXXXX2480
          DANIEL E BECNEL JR
          NSACTION APPROVED
     AUTHORIZATION #: 018085
          ence: 0118010104233
          TYPE: Credit Card SALE

          CK :               105.04

          ':                  19.96

          AL :               125.00

PHONE: (      )   -     -
***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT

# VIOXX EXPENSES

Montgomery, AL
Week of 1/17/05

| | | |
|---|---|---|
| HOTEL - 3 rooms<br>(Rebecca, Mike, Margaret, Mary, Holly) | $ | 1,204.92 |
| FOOD | $ | 394.03 |
| GAS | $ | 20.04 |
| **TOTAL EXPENSES** | $ | 1,618.99 |
| MILEAGE | | 750 Miles |



**EMBASSY SUITES**
HOTELS

Name & Address

OD, REBECCA
4008 PRYTANIA ST # A

NEW ORLEANS, LA 70115

Room:
Arrival Date:  517/TDBN
Departure Date:  01/18/05
01/21/05 7:36AM

Adult  Child
Room Rate:  2/0
$ 119.00

RATE PLAN    L-P19
HH#
AE#/VISA#00000052271741
CAR:

Hilton HHonors

CONFIRMATION NUMBER : 87345089

01/21/05      PAGE    1

GUEST SIGNATURE

X

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 01/18/05 | 1161213 | GUEST ROOM | $119.00 |
| 01/18/05 | 1161213 | LODGING TAX | $14.88 |
| 01/19/05 | 1161536 | MONTGOMERY'S | $9.98 |
| 01/19/05 | 1161663 | GUEST ROOM | $119.00 |
| 01/19/05 | 1161663 | LODGING TAX | $14.88 |
| 01/20/05 | 1161983 | MONTGOMERY'S | $44.00 |
| 01/20/05 | 1162071 | MONTGOMERY'S | $13.48 |
| 01/20/05 | 1162213 | GUEST ROOM | $119.00 |
| 01/20/05 | 1162213 | LODGING TAX | $14.88 |
| 01/21/05 | 1162297 | VS ***********2480 | ($469.10) |

** BALANCE **      $0.00

EXPENSE REPORT SUMMARY

| | 01/18/05 | 01/19/05 | 01/20/05 | STAY TOTAL |
|---|---------|---------|---------|-----------|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $401.64 |
| FOOD & BEVERAGE | $0.00 | $9.98 | $57.48 | $67.46 |
| DAILY TOTAL | $133.88 | $143.86 | $191.36 | $469.10 |

VS ***********2480      =      01/18/05      296582    A

TODD, REBECCA      218229

-469.10



**EMBASSY SUITES**
**HOTELS**

Name & Address

L..ENZ, MARY
4008 PRYTANIA ST # A

NEW ORLEANS, LA 70115

Room:
Arrival Date: 518/TDBN
Departure Date: 01/18/05 7:40AM
01/21/05
Adult  Child
Room Rate: 2/0
$ 129.00

RATE PLAN    LV5
HH# 409290086 BLUE
ALd . WN#00000052271741eary, rate s
CAR:

Rate quoted based on arrival date and are subject to change.

Hilton HHonors

CONFIRMATION NUMBER : 87345089

01/21/05    PAGE    1

RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES.   HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.50 WILL BE APPLIED TO MY ACCOUNT. IN THE EVENT OF AN EMERGENCY OR SOMEONE MAY PARTY REQUIRE SPECIALIZED EQUALITY ASSISTANCE DUE TO A PHYSICAL DISABILITY PLEASE INDICATE YES BY CHECKING HERE ____. A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES. THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

**GUEST SIGNATURE**

X

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 01/18/05 | 1161214 | GUEST ROOM | $119.00 |
| 01/18/05 | 1161214 | LODGING TAX | $14.88 |
| 01/19/05 | 1161528 | MONTGOMERY'S | $8.75 |
| 01/19/05 | 1161535 | MONTGOMERY'S | $13.00 |
| 01/19/05 | 1161664 | GUEST ROOM | $119.00 |
| 01/19/05 | 1161664 | LODGING TAX | $14.88 |
| 01/20/05 | 1162214 | GUEST ROOM | $119.00 |
| 01/20/05 | 1162214 | LODGING TAX | $14.88 |
| '/21/05 | 1162298 | VS ************2480 | ($423.39) |

**BALANCE**    $0.00

EXPENSE REPORT SUMMARY

| | 01/18/05 | 01/19/05 | 01/20/05 | STAY TOTAL |
|--|----------|----------|----------|------------|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $401.64 |
| FOOD & BEVERAGE | $0.00 | $21.75 | $0.00 | $21.75 |
| DAILY TOTAL | $133.88 | $155.63 | $133.88 | $423.39 |

VS ************2480    =:                    01/18/05        296586    A

LORENZ, MARY                                 18857

The Hilton Family

-423.39

Exhibit D - 47



**EMBASSY SUITES**
H O T E L S

Name & Address

BREININ, MIKE
4008 PRYTANIA ST # A

NEW ORLEANS, LA 70115

Room:
Arrival Date: 804/TDBS
Departure Date: 01/18/05 7:39AM
01/21/05

Adult  Child
Room Rate: 1/0
$ 129.00

RATE PLAN   LV5
HH# 409290086 BLUE
VS #0000065227174
CAR:

Hilton HHonors

CONFIRMATION NUMBER : 87345089

01/21/05     PAGE   1

GUEST SIGNATURE

X

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 01/18/05 | 1161294 | GUEST ROOM | $119.00 |
| 01/18/05 | 1161294 | LODGING TAX | $14.88 |
| 01/19/05 | 1161441 | MONTGOMERY'S | $11.25 |
| 01/19/05 | 1161545 | MONTGOMERY'S | $25.00 |
| 01/19/05 | 1161732 | GUEST ROOM | $119.00 |
| 01/19/05 | 1161732 | LODGING TAX | $14.88 |
| 01/20/05 | 1162100 | MONTGOMERY'S | $15.00 |
| 01/20/05 | 1162251 | GUEST ROOM | $119.00 |
| 01/20/05 | 1162251 | LODGING TAX | $14.88 |
| 01/21/05 | 1162299 | VS ************2480 | ($452.89) |

* * BALANCE * *     $0.00

### EXPENSE REPORT SUMMARY

|  | 01/18/05 | 01/19/05 | 01/20/05 | STAY TOTAL |
|--|----------|----------|----------|------------|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $401.64 |
| FOOD & BEVERAGE | $0.00 | $36.25 | $15.00 | $51.25 |
| DAILY TOTAL | $133.88 | $170.13 | $148.88 | $452.89 |

VS ************2480          01/18/05     296585   A

BREININ, MIKE                18229

The Hilton Family

-452.89

Exhibit D - 48

```
BURGER KING #10890 007
1010 LIBERTY HILL DRIVE
EVERGREEN, AL 36401

Merchant ID: 000000000379224
Term ID: 001582089
456027238991

        Sale

VISA
XXXXXXXXXXXX2480
Entry Method: Swiped
Apprvd: Online   Batch#: 000012
01/21/05              13:19:10

Inv #: 000008  Appr Code: 021721

Total:        $      16.59

        Customer Copy
```

```
        WEST FAIRVIEW McDonald's
    Thank you,please come back soon!!!

              THANK YOU
MCDONALDS 25411      TEL#   3342648014
80  KS#01  S#1   Jan.18'05(Tue)10:39

Order #180        TO GO

 1 DBL QTR CHEESE              2.99
 1 6NUG/FRY MTY KID TOY        2.30
 1 GRL CKN COBB SALAD          3.99
 1 3 CKN SLCTS MEAL            3.60
 1 MCGRILL CKN MEAL            3.20
   1 W/OUT   MAYO
 1 CHD WATER                   0.00
 1 CHD COKE                    0.79
 1 SML COKE                    1.00
 2 MED COKE                    2.18

SUB TOTAL                     20.05
TAKE OUT TAX                   2.01
                             ------
                              22.06

CASH TENDERED                 25.10
CHANGE                         3.04
```

```
CUCOS  OF  MONTGOMERY
        1001 EAST BLVD
      MONTGOMERY, AL 36117

TIME  10:05 PM    DATE 01/19/05
TERM# 00980639    MER# 000221220569992
TRAN TYPE SALE
#xxxxxxxxxxxxxx2480
CARD TYPE VISA
SEQ #  060
TICKET #  0000007934 SERVER ID 36
AUTH CODE 019301

BASE              $12.92
TIP               2.50
TOTAL             15.42

     CUSTOMER  COPY
```

```
Herron Street Chevron
215 Dickerson St
Montgomery, AL
STN 00210521

21/22/05      17:37:22

VISA
xxxxxxxxxxxxxx2480
Invoice#    2157960
Auth#        022669

Pump#:   9
 10.125 G @ $  1.979
Dsel/Self   $ 20.04

Total        $ 20.04

THANK YOU FOR
CHOOSING CHEVRON
```

Lek's Railroad Thai
300 B Water Street
Montgomery, AL 36104
334-269-0708

Server: Cathy              DOB: 01/20/2005
07:02 PM                       01/20/2005
199/1                            1/10106

Visa                             3145770
Card #435787543159XXXX        Exp:0807
Magnetic card present: BECNEL JRDANIEL E
Approval: 020744

        Amount:          28.49

        + Tip: _____  5.00

        = Total: __33.49__

X_____
Approval: 020744

        *****Attn. Guest******
         NO CHECKS PLEASE
        PLEASE PAY YOUR SERVER

        ******Guest's Copy******

---

Lek's Railroad Thai
300 B Water Street
Montgomery, AL 36104
334-269-0708

Server: Sami              DOB: 01/19/2005
12:48 PM                       01/19/2005
Table 22/1                      3/30012

Visa                             1048589
Card #435787543159XXXX        Exp:0807
Magnetic card present: BECNEL JRDANIEL E
Approval: 019263

        Amount:          34.82

        + Tip: _____  5.00

        = Total: ___39.82___

X_____
Approval: 019263

        *****Attn. Guest******
         NO CHECKS PLEASE
        PLEASE PAY YOUR SERVER

        ******Guest's Copy******

---

REPRINT
SHELL          159
WELCOME TO
SHELL 4159

01/18/05     08:25
GROCERY     $1.19T
 TOTAL      $1.26
 CASH       $1.26
  TOTAL TAX  $1.19
  TAX PD     $0.07
RECEIPT NO. 1-9867
  THANK HOTEL!
 THANK YOU

**4233-1**
Server: LIZA L                    Rec:134
01/18/05 20:13, Swiped    Γ: 55 Term:  4

OUTBACK STEAKHOUSE #1258
1040 EASTERN BLVD.
MONTGOMERY, AL 36117
(334)270-9495
MERCHANT #:

CARD TYPE        ACCOUNT NUMBER
VISA             XXXXXXXXXXXX2480
Name: DANIEL E BECNEL JR
00 TRANSACTION APPROVED
AUTHORIZATION #: 018085
Reference: 0118010104233
TRANS TYPE: Credit Card SALE

CHECK:              105.04

TIP:               19.96

TOTAL:             125.00

X

PHONE: (    )
***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT

# VIOXX EXPENSES

Montgomery, AL
Week of 1/23/05

| | | |
|---|---|---|
| HOTEL - 3 rooms<br>(Rebecca, Mike, Margaret, Mary, Holly) | $ | 1,651.56 |
| FOOD | $ | 577.95 |
| GAS | $ | 20.00 |
| **TOTAL EXPENSES** | $ | 2,249.51 |
| MILEAGE | | 810 Miles |

Kay-
This reflects the corrected hotel bill. If you give me the hotel total of the 3 rooms, I will correct the cover sheet. — N



**EMBASSY SUITES**
H O T E L S ®

Name & Address

OD, REBECCA
DRAWER H
RESERVE, LA 70084

Room:
Arrival Date: 534/TDBN
Departure Date: 01/24/05
01/28/05 7:16AM

Adult / Child
Room Rate: 2/0
$ 119.00

RATE PLAN      LV5
HH# 914043375 BLUE
CAR:

Hilton HHonors®
Points & Miles

Rate quoted based on arrival date and length of stay. Should the guest depart early, rate is subject to change.      INIT _____

CONFIRMATION NUMBER : 87685929

RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. "I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.50 WILL BE APPLIED TO MY ACCOUNT." *IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE.* ☐

**GUEST SIGNATURE**

X

01/28/05      PAGE    1

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 01/24/05 | 1163735 | MONTGOMERY'S | $22.00 |
| 01/24/05 | 1163797 | MONTGOMERY'S | $9.75 |
| 01/24/05 | 1164001 | GUEST ROOM | $119.00 |
| 01/24/05 | 1164001 | LODGING TAX | $14.88 |
| 01/25/05 | 1164272 | MONTGOMERY'S | $10.25 |
| 01/25/05 | 1164603 | GUEST ROOM | $119.00 |
| 01/25/05 | 1164603 | LODGING TAX | $14.88 |
| 01/26/05 | 1165260 | GUEST ROOM | $119.00 |
| 01/26/05 | 1165260 | LODGING TAX | $14.88 |
| 01/27/05 | 1165685 | MONTGOMERY'S | $15.73 |
| 01/27/05 | 1165844 | GUEST ROOM | $119.00 |
| 01/27/05 | 1165844 | LODGING TAX | $14.88 |
| 01/28/05 | 1165927 | VS ***********2480 | ($593.25) |

* * BALANCE * *      $0.00

298039      A

TheHilton Family










Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit D - 53



**EMBASSY SUITES**
**H O T E L S®**

Name & Address

BREININ, MICHAEL
8 PRYTANIA
#A
NEW ORLEANS, LA 70115
US

Room:
Arrival Date: 818/TDBS
Departure Date: 01/24/05
01/28/05 7:17AM

Adult / Child:     1/0
Room Rate:     $119.00

RATE PLAN          V5
HH# 409290086 BLUE
CAR:

Hilton HHonors®
Points&Miles®

Rate quoted based on arrival date and length of stay. Should you choose to depart early, rate is subject to change.     INIT _____

CONFIRMATION NUMBER : 87685929

01/31/05          PAGE          1

RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. "I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.50 WILL BE APPLIED TO MY ACCOUNT." *IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE □*

**GUEST SIGNATURE**

**X**

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 01/24/05 | 1163808 | MONTGOMERY'S | $12.85 |
| 01/24/05 | 1164067 | GUEST ROOM | $119.00 |
| 01/24/05 | 1164067 | LODGING TAX | $14.88 |
| 01/25/05 | 1164377 | MONTGOMERY'S | $25.25 |
| 01/25/05 | 1164663 | GUEST ROOM | $119.00 |
| 01/25/05 | 1164663 | LODGING TAX | $14.88 |
| 01/26/05 | 1164884 | MONTGOMERY'S | $11.25 |
| 01/26/05 | 1165324 | GUEST ROOM | $119.50 |
| 01/26/05 | 1165324 | LODGING TAX | $14.94 |
| 01/27/05 | 1165880 | GUEST ROOM | $119.00 |
| 01/27/05 | 1165880 | LODGING TAX | $14.88 |
| 01/28/05 | 1165929 | VS ************2480 | ($585.43) |

* * BALANCE * *          $0.00

VS ************2480          01/24/05          297584     A

BREININ, MICHAEL          25721

585.43

       
Exhibit D - 54

Name & Address

RENZ, MARY
8 PRYTANIA
NEW ORLEANS, LA 70115

**EMBASSY SUITES**
HOTELS®

Room:
Arrival Date: 320/TDBN
Departure Date: 01/24/05 5:14PM
01/28/05 7:17AM

Adult / Child
Room Rate: 2/0
$ 119.00

RATE PLAN       LV5
HH# 409290086 BLUE
CAR:

Rate quoted based on arrival date and length of stay. Should you choose to depart early, rate is
subject to change.       INIT

Hilton HHonors®
Points & Miles

CONFIRMATION NUMBER : 87685929

01/28/05       PAGE    1

RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. "I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.50 WILL BE APPLIED TO MY ACCOUNT." IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY, PLEASE INDICATE YES BY CHECKING HERE: ☐

**GUEST SIGNATURE**

X

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 01/24/05 | 1163798 | MONTGOMERY'S | $14.00 |
| 01/24/05 | 1163919 | GUEST ROOM | $119.00 |
| 01/24/05 | 1163919 | LODGING TAX | $14.88 |
| 01/25/05 | 1164273 | MONTGOMERY'S | $11.50 |
| 01/25/05 | 1164521 | GUEST ROOM | $119.00 |
| 01/25/05 | 1164521 | LODGING TAX | $14.88 |
| 01/26/05 | 1164899 | MONTGOMERY'S | $12.25 |
| 01/26/05 | 1165035 | MONTGOMERY'S | $21.50 |
| 01/26/05 | 1165178 | GUEST ROOM | $119.00 |
| 01/26/05 | 1165178 | LODGING TAX | $14.88 |
| 01/27/05 | 1165695 | MONTGOMERY'S | $13.09 |
| 01/27/05 | 1165794 | GUEST ROOM | $119.00 |
| 01/27/05 | 1165794 | LODGING TAX | $14.88 |
| 01/28/05 | 1165928 | VS ***********2480 | ($607.86) |

* * BALANCE * *       $0.00

298084     A


TheHiltonFamily

     Hilton 0.00 Garden Inn  

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit D - 55

0046
Server: TIMOTHY L                Rec: 52
01/24/05 19:37, Swiped    T: 805 Term:  3

BONEFISH GRILL #7250
7020 EASTCHASE PARKWAY
MONTGOMERY, AL 36117
(334)396-1770
MERCHANT #:

CARD TYPE        ACCOUNT NUMBER
VISA             XXXXXXXXXXXX2480
Name: DANIEL E BECNEL JR
00 TRANSACTION APPROVED
AUTHORIZATION #: 024693
Reference: 0124010000046
TRANS TYPE: Credit Card SALE

CHECK :              54 .56

TIP :                10 . 00

TOTAL :              64 .56


X_____


PHONE: (      )      -
***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
top copy -> customer

******** ·  ·  · ****************************
*            Customer Copy             *
********** · · · ****************************

Montgomery Brewing
12 W. JEFFERSON ST.
MONTGOMERY, ALABAMA 36104
(334) 834-BREW

Date:                    05
Time:                    -M
Server:              ANGELA KEATING
Order:               01244
Descript:            Table 73

Card Type:           Visa/MC
Card No:             ***********2480
Expires:             0807
Appr Code:           027631

Purchases:           $    39.66

Tip:                 $    8.00

Total:               $    47.00
                BECNEL JR/DANIEL E

I agree to pay   the above total amount
according to the   issuer agreement.

SIGN ONE COPY
KEEP ONE COPY

```
************************************
*       Customer Copy        *
**********************************
```

```
Date:              01/25/06
Time:              11:51 AM
Server:            52  DAMIAN
Order:             360514
                   Table 41
```

```
Purchases          $     31.08

Tip:               $      5.50

Total:             $     36.58
                   becnel jr/daniel e
```

I agree to pay the above total amount
according to the card issuer agreement.

SIGN ONE COPY
KEEP ONE COPY

```
Thank you!
************************************
*       Customer Cop,        *
**********************************
```

Clyde & Mo s
10765 Highway 80 East
Montgomery,, AL  36117
334-215-7005

```
Date:
Time: ,             8:10 PM
Server:             32. SHER..
Order:              55837
Description:        Table 6

Card Type:          VISA/ M.C.
Card No:            ************248
Expires:            0807
Appr Code:          027212


Purchase            $     27.32

Tip:                $      5.00

Total:              $     3 2.32
                    BECNEL JR/DANIEL E
```

I agree to pay the above total amount
according to the card issuer agreement.

Visit us on the web at
www.judsonenterprises.com

```
578-1983/1-877-799-STAR
      GUEST RECEIPT
ORDER #040      -0604    ella J

em Recap
  2 CIN RSN

  LOLARB BOWL

  ISCO HAMEGCZ

  S# HASH ROUND

1 0 JUIC
1 MED BEV BAR
1 0 JUICE
```

```
  CIN AN               $  0.
     5             $  5.9
                   $  1
                   $
                   $    59
           Z
        JUNO

    X   TOTAL           ANGE
   5 $ 14.19           0.00
```

**HERE  #**

01/24        C.

---

Lek's Railroad Thai
300 B Water Street
Montgomery, AL 36104
334-269-0708

| | |
|---|---|
| Server: Amanda | DOB: 01/27/2005 |
| 07:02 PM | 01/27/2005 |
| Maggie/1 | 3/30031 |

Visa                          3145765
Card #422733100316XXXX    Exp:1106
Approval: 066626

Amount:            16.39

+ Tip: _____    2.59

= Total: _____   19‾

X _____
Approval: 066626

*****Attn. Guest*****
NO CHECKS PLEASE
PLEASE PAY YOUR SERVER

*****Guest's Copy*****

Herron St Chevron
215 Dickerson
Montgomery, AL

Herron Street Chevro
215 Dickerson St  Montgomery    AL
SIN# 00210321

          Cash Receipt

ADAMS TRONI              1.09T

Items:  1     Subtotal    1.09
Sales Tax                 0.11
Total                     1.20

Cash              $100.25
.CHANGE DUE        99.05

742527e24s1203t2 01/28/05 13:09:24

        Thank You
        Call  Again

KFC/TB

EXPEDITOR RECEIPT
----------------------------

Order Number:    339
Burger King #00190 Metairie,LA

***  TO GO  ***

1 Angus Rodeo           3.49
1 Small Drink           0.99
Sales Tax               0.39
Grand Total ==========  4
Cash                    4.

Please call us at 504-835-9610
   or e-mail us at:
comments00190@sydran.com

Mary Lopez 4.99 - Burger King
          messed up receipt
          couldn't pr out

BURGER KING     REWARDS
FREE FOOD & VALUABLE DISCOUNTS* out
VISIT AGAIN & CHECK YOUR RECEIPT

#192            OUT
GARDENSHRM SALAD    4.69
  RANCH

      TXTL        .38
      TOTL       5.07
      CASH      10.00
      CHNG       4.93
 STORE #10890  25-678-4513
SHAKILA
0136 14:26 #13 JAN 28 05 REG0001

Carrabba's Italian Grill
1510 Eastern Boulevard
Montgomery, AL. 36117
334-271-7500

Server: KEVAN                    DOB: 01/25/2005
07:38 PM                              01/25/2005
Table 34/1                             2/20054

Visa                                    209719
Card #XXXXXXXXXXXXX2480      Exp:0807
Magnetic card present: BECNEL JR DANIEL E
Approval: 025373

                    Amount:        52.32

                  + Tip:     9.68

                  = Total:    62.00

X
Approval: 02

                    Customer Copy



4351 8157 3157 2480

10-04   08-07 V
DANIEL E BECNEL JR
                  94

EXPIRATION
☐ DATE
CHECKED

6752012581
OUTBACK 1258
MONTGOMERY, AL
4010243038
601101701589358

SIGN HERE
X

The issuer of the card identified on this item is authorized to pay the amount shown as TOTAL upon proper presentation. I promise to pay such TOTAL (together with any other charges due thereon) subject to and in accordance with the agreement governing the use of such card.

| QTY. | CLASS | DESCRIPTION | PRICE | AMOUNT | |
|------|-------|-------------|-------|--------|--|
|      |       | DINNER      |       | 72 | 93 |
|      |       |             |       |    |    |
|      |       |             |       |    |    |
|      |       |             |       |    |    |

DATE 1/26/05   AUTHORIZATION

SUB TOTAL

REFERENCE NO.          SERVER

TAX

ID-FOLIO / CHECK NO. / LIC. NO. STATE | REG./DEPT | CLERK

TIP   MISC.   13 | 07

**VISA**  **MasterCard** 5052747   TOTAL   9 6 | 00

SALES SLIP COPY

**RETAIN THIS COPY FOR YOUR RECORDS**

# VIOXX EXPENSES

Montgomery, AL
Week of 1/31/05

| | | |
|---|---|---|
| HOTEL - 3 rooms<br>(Rebecca, Mike, Margaret, Mary, Holly) | $ | 1,606.56 |
| FOOD | $ | 622.53 |
| GAS | $ | 22.11 |
| **TOTAL EXPENSES** | $ | 2,251.20 |

MILEAGE                                         810 Miles

```
      SHOGUN JAPANESE STEAK
      5215 CARMICHAEL ROAD
      MONTGOMERY, AL 36106
          (334) 271-6999
          108103161486
              0001

      WED, FEB 02, 2005  10=22P

      *** CREDIT CARD ***

CARD NO:          372899669165008
EXP DATE:         0007
CARD TYPE:        AX - CREDIT
TR TYPE:          SALE
APP CODE:         564741
SERVER ID:        5
REC NO:           C041

SUBTOTAL:    $       80.58

TIP:         $       14.00

TOTAL:       $       94.58

SIGN
      JR/DE

        THANK YOU!!
      PLESE COME AGAIN!!
        TRAIL LINE 3
```

```
        578-1983/1-877-799-STAR
            GUEST RECEIPT
    ORDER #0500086 REG05 LAVONDA R

    Item Recap
      2 LOCARB BOWL

      1 FRISCO HAMEGCZ

      1 SM HA.        .D

      1 MED BE.
      1 SML BE.
      1 O JUICE


      2 LOCARB BOWL          $   5.98
      1 MED BEV BAR          $   1.49
        SML BEV BAR          $   1.19
        COMBO FRS HEC        $   3.59
        ' FRISCO HAMEG Z
        . SM HASH ROUND
        . O JUICE

  SUB     TAX   TOTAL TENDER  CHANGE
  $ .     0.98 $ 13.23 $ 20.00 $  6.77

            HERE    # 1

            '2005    08:22 AM
```

```
    ---  -
    Montgomery, AL
    STN 00210321

    02/04/25       12:11:44

    AMEX
    xxxxxxxxxxx5008
    Invoice#    2163810
    Auth#        565556

    Pump#: 10
      11.063 G @  $   1.999
    Dsel/Self      $  22.11

    Total          $  22.11
```



2701 Eastern Boulevard
Montgomery, Al 36117
(334) 213-0???
felixsfishca???
Michael Cruse - Gene?
Date:        Feb03'05 ??:??
Card Type:   Amex
Acct #:      XXXXXXXXXXX5008
Exp Date:    07-08
Auth Code:   525717
Check:       7850
Table:       63/1
Server:      302 PM ?

Subtotal:           71.39

Gratuity :        12.00

Total :           83.39

** GUEST COPY **

## SHELL FOOD MART
BOX 396A1 ROUTE 2
EVERGREEN AL 36401
334-578-3767

SHELL                    50 128 600017
I-65 & HWY 83                    S1R0613
EVERGREEN      AL  36401

| | Descr. | qty | amount |
|---|---|---|---|
| T | SOFT DRINKS | 1 | 1.19 |
| T | CANDY/GUM | 1 | 1.19 |
| T | GROCERY | 1 | 0.99 |
| T | GROCERY | 1 | 6.09 |

Sub Total        9.46
Tax        0.76
**TOTAL      10.22**
$       20.27
Change  $      -10.05
**THANK YOU**
Please Come Again

REG# 0001 CSH# 003 DR# 01  TRAN# 14380
02/04/05  13:22:09              ST# SFM01



```
***********************************
*          Customer Copy          *
***********************************
```

Montgomery Brewing
12 W. JEFFERSON ST.
MONTGOMERY, ALABAMA 36104
(334) 834-BREW

Date:            02/01/05
Time:            11:55 AM
Server:          12. AMY
Order:           362851
Description:     Table 75:4

Card Type:       AMEX
Card No:         ***********5008
Expires:         0708
Appr Code:       568020

nases:        $    31.35

Tip:          $   5.00

Total:        $   36.35
              JR/DE

I agree to pay the above total amount
according to the card issuer agreement.

SIGN ONE COPY
KEEP ONE COPY

9.00
59.33

```
        SHELL FOOD MART
           BOX 396A1 ROUTE 2
           EVERGREEN AL 36401
             334-578-3767

SHELL                   50 128 600017
I-65 & HWY 83                 S1R0613
EVERGREEN    AL  36401


   Descr.        qty        amount

T DELI             1          0.99
T SOFT DRINKS      1          1.19

              Sub Total       2.18
                   Tax        0.17
       TOTAL               2.35
                      $       2.50
             Change  $       -0.15
       THANK YOU
       Please Come Again



 REG# 0001 CSH# 003 DR# 01  TRAN# 12063
 01/31/05  08:24:35          ST# SFM01
```

Embassy Suites
2/2/05

$5.00 tip to bell hop for ride to
office for 6 people on a rainy
day.



**EMBASSY SUITES**
H O T E L S®

Name & Address

BREINA, MIKE
D. DRAWER H
RESERVE, LA 70084

Room:
Arrival Date: 813/KNGS
Departure Date: 01/31/05 7:22AM
02/04/05

Adult / Child
Room Rate: 1/0
$ 125.00



RATE PLAN        LV5
HH# 409290086 BLUE

Rate quoted based on arrival date and length of stay. Should you choose to depart early, rate is
subject to change.        INIT _____

Hilton HHonors®
Points & Miles

CONFIRMATION NUMBER : 87175053

02/04/05      PAGE      1

RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. "I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.50 WILL BE APPLIED TO MY ACCOUNT." IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE: ☐

GUEST SIGNATURE

X

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 01/31/05 | 1167549 | MONTGOMERY'S | $22.30 |
| 01/31/05 | 1167882 | GUEST ROOM | $119.00 |
| 01/31/05 | 1167882 | LODGING TAX | $14.88 |
| 02/01/05 | 1168550 | GUEST ROOM | $119.00 |
| 02/01/05 | 1168550 | LODGING TAX | $14.88 |
| 02/02/05 | 1169207 | GUEST ROOM | $119.00 |
| 02/02/05 | 1169207 | LODGING TAX | $14.88 |
| 02/03/05 | 1169700 | GUEST ROOM | $119.00 |
| 02/03/05 | 1169700 | LODGING TAX | $14.88 |
| 02/04/05 | 1169753 | AX ***********5008 | ($557.82) |

**BALANCE**        $0.00

### EXPENSE REPORT SUMMARY

|  | 01/31/05 | 02/01/05 | 02/02/05 | 02/03/05 | STAY TOTAL |
|--|----------|----------|----------|----------|------------|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $133.88 | $535.52 |
| FOOD & BEVERAGE | $22.30 | $0.00 | $0.00 | $0.00 | $22.30 |
| DAILY TOTAL | $156.18 | $133.88 | $133.88 | $133.88 | $557.82 |

AX ***********5008                    01/31/05        299032      A

BREINA, MIKE                                585993

The Hilton Family

       -557.82  

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit D - 67

**EMBASSY SUITES**
H O T E L S®

Name & Address

RENZ, MARY
). DRAWER H
RESERVE, LA 70084

Room:
Arrival Date: 520/TDBN
Departure Date: 01/31/05 7:23AM
02/04/05

Adult / Child
Room Rate: 2/0
$ 119.00

RATE PLAN      LV5
HH# 409290086 BLUE
Rate quoted based on arrival date and length of stay. Should you choose to depart early, rate is
subject to change.      INIT _____

Hilton HHonors®
Points & Miles

CONFIRMATION NUMBER : 87175053

02/04/05      PAGE      1

RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. "I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.50 WILL BE APPLIED TO MY ACCOUNT." IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE: ☐

GUEST SIGNATURE

X

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 01/31/05 | 1167571 | MONTGOMERY'S | $16.00 |
| 01/31/05 | 1167794 | GUEST ROOM | $119.00 |
| 01/31/05 | 1167794 | LODGING TAX | $14.88 |
| 02/01/05 | 1168031 | MONTGOMERY'S | $11.00 |
| 02/01/05 | 1168260 | MONTGOMERY'S | $19.00 |
| 02/01/05 | 1168267 | MONTGOMERY'S | $18.49 |
| 02/01/05 | 1168461 | GUEST ROOM | $119.00 |
| 02/01/05 | 1168461 | LODGING TAX | $14.88 |
| 02/02/05 | 1168953 | MONTGOMERY'S | $26.00 |
| 02/02/05 | 1169133 | GUEST ROOM | $119.00 |
| 02/02/05 | 1169133 | LODGING TAX | $14.88 |
| 02/03/05 | 1169528 | MONTGOMERY'S | $13.58 |
| 02/03/05 | 1169534 | MONTGOMERY'S | $19.00 |
| 02/03/05 | 1169663 | GUEST ROOM | $119.00 |
| 02/03/05 | 1169663 | LODGING TAX | $14.88 |
| 02/04/05 | 1169752 | AX ***********5008 | ($658.59) |

* * BALANCE * *      $0.00

297995      A

       



**EMBASSY SUITES**
H O T E L S®

Name & Address

TODD, REBECCA
). DRAWER H
RESERVE, LA 70084

Room:
Arrival Date: 534/TDBN
Departure Date: 01/31/05
02/04/05 7:20AM
Adult / Child
Room Rate: 2/0
$ 119.00

RATE PLAN      L-P19
HH# 914043375 BLUE

Hilton HHonors®
Points & Miles

Rate quoted based on arrival date and length of stay. Should you choose to depart early, rate is
subject to change.       INIT _____

CONFIRMATION NUMBER : 87175053

02/04/05      PAGE      1

RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A
SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE
IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. "I HAVE
REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF
$0.50 WILL BE APPLIED TO MY ACCOUNT." *IN THE EVENT OF AN EMERGENCY,
I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE
TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE:* ☐
A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

**GUEST SIGNATURE**

X

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 01/31/05 | 1167495 | MONTGOMERY'S | $45.00 |
| 01/31/05 | 1167547 | MONTGOMERY'S | $13.48 |
| 01/31/05 | 1167550 | MONTGOMERY'S | $25.34 |
| 01/31/05 | 1167808 | GUEST ROOM | $119.00 |
| 01/31/05 | 1167808 | LODGING TAX | $14.88 |
| 02/01/05 | 1168028 | MONTGOMERY'S | $11.25 |
| 02/01/05 | 1168475 | GUEST ROOM | $119.00 |
| 02/01/05 | 1168475 | LODGING TAX | $14.88 |
| 02/02/05 | 1169147 | GUEST ROOM | $119.00 |
| 02/02/05 | 1169147 | LODGING TAX | $14.88 |
| 02/03/05 | 1169417 | MONTGOMERY'S | $40.39 |
| 02/03/05 | 1169527 | MONTGOMERY'S | $15.73 |
| 02/03/05 | 1169544 | MONTGOMERY'S | $6.45 |
| 02/03/05 | 1169669 | GUEST ROOM | $119.00 |
| 02/03/05 | 1169669 | LODGING TAX | $14.88 |
| 02/04/05 | 1169751 | AX ***********5008 | ($693.16) |

* * BALANCE * *      $0.00

297994      A

TheHiltonFamily

      0.00
 

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit D - 69

# VIOXX EXPENSES

Montgomery, AL
Week of 2/9-17/05


| | | |
|---|---|---|
| HOTEL - 3 rooms<br>(Rebecca, Mike, Margaret, Mary, Holly) | $ | 2,673.12 |
| FOOD | $ | 1,074.60 |
| GAS | $ | 75.95 |
| **TOTAL EXPENSES** | $ | 3,823.67 |

MILEAGE                                    900 Miles



Name & Address

CNEL, DANIEL
DRAWER H
RESERVE, LA 70084

EMBASSY SUITES
HOTELS®

Room: 501/TDBN
Arrival Date: 02/09/05 7:24AM
Departure Date: 02/17/05 7:44AM
Adult / Child 2/0
Room Rate: $ 99.00

Rate quoted based on arrival date and length of stay. Should you be unable to depart as stated, rate is subject to change.   INIT _____

RATE PLAN
HH# 609753408 BLUE
AL: CO #TU217851
CAR:

Hilton HHonors®
Points&Miles

CONFIRMATION NUMBER : 85433145

02/17/05      PAGE   1

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE. ☐
A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES LEFT IN THE SAFE DEPOSIT BOX.

GUEST SIGNATURE

X

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 02/09/05 | 1172148 | MONTGOMERY'S | $9.75 |
| 02/09/05 | 1172344 | GUEST ROOM | $99.00 |
| 02/09/05 | 1172344 | LODGING TAX | $12.38 |
| 02/10/05 | 1172734 | MONTGOMERY'S | $9.75 |
| 02/10/05 | 1172739 | MONTGOMERY'S | $25.00 |
| 02/10/05 | 1172875 | GUEST ROOM | $99.00 |
| 02/10/05 | 1172875 | LODGING TAX | $12.38 |
| 02/11/05 | 1173241 | MONTGOMERY'S | $14.50 |
| 02/11/05 | 1173431 | GUEST ROOM | $99.00 |
| 02/11/05 | 1173431 | LODGING TAX | $12.38 |
| 02/12/05 | 1174001 | GUEST ROOM | $99.00 |
| 02/12/05 | 1174001 | LODGING TAX | $12.38 |
| 02/13/05 | 1174366 | MONTGOMERY'S | $9.75 |
| 02/13/05 | 1174367 | MONTGOMERY'S | $13.00 |
| 02/13/05 | 1174463 | GUEST ROOM | $99.00 |
| 02/13/05 | 1174463 | LODGING TAX | $12.38 |
| 02/14/05 | 1174658 | MONTGOMERY'S | $19.00 |
| 02/14/05 | 1174839 | GUEST ROOM | $99.00 |
| 02/14/05 | 1174839 | LODGING TAX | $12.38 |
| 02/15/05 | 1175376 | GUEST ROOM | $99.00 |

299572      A

The Hilton Family

       

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit D - 71

**EMBASSY SUITES**
HOTELS®

Name & Address

BECNEL, DANIEL
D. DRAWER H
RESERVE, LA 70084

Room:
Arrival Date: 02/09/05 7:24AM
Departure Date: 02/17/05 7:44AM

Adult / Child
Room Rate: 2/0
$ 99.00

Room: 501/TDBN

Rate quoted based on arrival date and length of stay. Should you elect to depart early, rate is subject to change. INIT _____

RATE PLAN LMO
HH# 609753408 BLUE
AL: CO #TU217851
CAR:

Hilton HHonors®
Points & Miles

CONFIRMATION NUMBER : 85433145

02/17/05     PAGE    2

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE □.
A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

GUEST SIGNATURE
X

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 02/15/05 | 1175376 | LODGING TAX | $12.38 |
| 02/16/05 | 1175827 | MONTGOMERY'S | $17.39 |
| 02/16/05 | 1176042 | GUEST ROOM | $99.00 |
| 02/16/05 | 1176042 | LODGING TAX | $12.38 |
| 02/17/05 | 1176228 | AX ***********5008 | ($1,009.18) |

* * BALANCE * *      $0.00

### EXPENSE REPORT SUMMARY

| | 02/09/05 | 02/10/05 | 02/11/05 | 02/12/05 |
|---|---|---|---|---|
| ROOM & TAX | $111.38 | $111.38 | $111.38 | $111.38 |
| FOOD & BEVERAGE | $9.75 | $34.75 | $14.50 | $0.00 |
| DAILY TOTAL | $121.13 | $146.13 | $125.88 | $111.38 |

| | 02/13/05 | 02/14/05 | 02/15/05 | 02/16/05 | STAY TOTAL |
|---|---|---|---|---|---|
| ROOM & TAX | $111.38 | $111.38 | $111.38 | $111.38 | $891.04 |
| FOOD & BEVERAGE | $22.75 | $19.00 | $0.00 | $17.39 | $118.14 |
| DAILY TOTAL | $134.13 | $130.38 | $111.38 | $128.77 | $1,009.18 |

AX ***********5008          02/16/05          299572     A

BECNEL, DANIEL              167426


The Hilton Family

       

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit D - 72



**EMBASSY SUITES**
H O T E L S ®

Name & Address

DENINIM, MIKE
.. DRAWER H
RESERVE, LA 70084

Room:
Arrival Date:   801/TDBS
Departure Date:   02/09/05 7:28AM
                  02/17/05 7:42AM
Adult / Child
Room Rate:   1/0
             $ 99.00

Rate quoted based on arrival date and length of stay. Should you choose to depart early, rate is
subject to change.   INIT _____

RATE PLAN
HH# 609753408 BLUE
AL:  CO  #TU217851
CAR _

Hilton HHonors™
Points & Miles

CONFIRMATION NUMBER :  85433145

02/17/05      PAGE    1

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL
ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE
RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS
OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE HOTEL. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO
BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE
CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT
OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR
SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A
PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE* ☐
A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

GUEST SIGNATURE

X

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 02/09/05 | 1172429 | GUEST ROOM | $99.00 |
| 02/09/05 | 1172429 | LODGING TAX | $12.38 |
| 02/10/05 | 1172637 | MONTGOMERY'S | $10.75 |
| 02/10/05 | 1172946 | GUEST ROOM | $99.00 |
| 02/10/05 | 1172946 | LODGING TAX | $12.38 |
| 02/11/05 | 1173233 | MONTGOMERY'S | $14.00 |
| 02/11/05 | 1173520 | GUEST ROOM | $99.00 |
| 02/11/05 | 1173520 | LODGING TAX | $12.38 |
| 02/12/05 | 1173821 | MONTGOMERY'S | $32.00 |
| 02/12/05 | 1174095 | GUEST ROOM | $99.00 |
| 02/12/05 | 1174095 | LODGING TAX | $12.38 |
| 02/13/05 | 1174484 | GUEST ROOM | $99.00 |
| 02/13/05 | 1174484 | LODGING TAX | $12.38 |
| 02/14/05 | 1174894 | GUEST ROOM | $99.00 |
| 02/14/05 | 1174894 | LODGING TAX | $12.38 |
| 02/15/05 | 1175151 | MONTGOMERY'S | $30.00 |
| 02/15/05 | 1175476 | GUEST ROOM | $99.00 |
| 02/15/05 | 1175476 | LODGING TAX | $12.38 |
| 02/16/05 | 1175705 | MONTGOMERY'S | $11.00 |
| 02/16/05 | 1175813 | MONTGOMERY'S | $19.65 |

299576     A

The Hilton Family

       

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit D - 73

**EMBASSY SUITES**
**H O T E L S®**

Name & Address

BRENINIM, MIKE
DRAWER H
RESERVE, LA 70084

Room:
Arrival Date: 02/09/05 7:28AM
Departure Date: 02/17/05 7:42AM
Adult / Child
Room Rate: 1/0
$ 99.00

Rate quoted based on arrival date and length of stay. Should you elect to depart early, rate is subject to change. INIT _____

RATE PLAN  LVO
HH# 609753408 BLUE
AL:  CO  #TU217851
CAR:

Hilton HHonors™
Points & Miles®

CONFIRMATION NUMBER : 85433145

02/17/05      PAGE      2

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE* ☐

**GUEST SIGNATURE**

X

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 02/16/05 | 1176138 | GUEST ROOM | $99.00 |
| 02/16/05 | 1176138 | LODGING TAX | $12.38 |
| 02/17/05 | 1176227 | AX ***********5008 | ($1,008.44) |

** BALANCE **      $0.00

### EXPENSE REPORT SUMMARY

| | 02/09/05 | 02/10/05 | 02/11/05 | 02/12/05 |
|---|---|---|---|---|
| ROOM & TAX | $111.38 | $111.38 | $111.38 | $111.38 |
| FOOD & BEVERAGE | $0.00 | $10.75 | $14.00 | $32.00 |
| DAILY TOTAL | $111.38 | $122.13 | $125.38 | $143.38 |

| | 02/13/05 | 02/14/05 | 02/15/05 | 02/16/05 | STAY TOTAL |
|---|---|---|---|---|---|
| ROOM & TAX | $111.38 | $111.38 | $111.38 | $111.38 | $891.04 |
| FOOD & BEVERAGE | $0.00 | $0.00 | $30.00 | $30.65 | $117.40 |
| DAILY TOTAL | $111.38 | $111.38 | $141.38 | $142.03 | $1,008.44 |

AX ***********5008                    02/16/05          299576      A

BRENINIM, MIKE                         126681

TheHiltonFamily

       

1,008.44

· Name & Address

DD, REBECCA
. DRAWER H

RESERVE, LA 70084

**EMBASSY SUITES**
H O T E L S®

Room:
Arrival Date: 534/TDBN
Departure Date: 02/09/05
02/17/05

Adult / Child
Room Rate: 2/0
$ 99.00

Rate quoted based on arrival date and length of stay. Should you choose to depart early, rate is
subject to change.   INIT _____

RATE PLAN    L P19
HH# 914043375 BLUE
AL:  CO  #TU217851
CAR:

**Hilton HHonors**
Points & Miles

CONFIRMATION NUMBER : 85433145

02/17/05     PAGE    1

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL
ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE
RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS
OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO
BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE
CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT
OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR
SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A
PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE* ☐

GUEST SIGNATURE

X

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES LEFT IN THE SAFE DEPOSIT BOX.

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 02/09/05 | 1172050 | MONTGOMERY'S | $35.59 |
| 02/09/05 | 1172162 | MONTGOMERY'S | $16.19 |
| 02/09/05 | 1172187 | MONTGOMERY'S | $41.19 |
| 02/09/05 | 1172374 | GUEST ROOM | $99.00 |
| 02/09/05 | 1172374 | LODGING TAX | $12.38 |
| 02/10/05 | 1172735 | MONTGOMERY'S | $16.73 |
| 02/10/05 | 1172900 | GUEST ROOM | $99.00 |
| 02/10/05 | 1172900 | LODGING TAX | $12.38 |
| 02/11/05 | 1173147 | MONTGOMERY'S | $45.00 |
| 02/11/05 | 1173461 | GUEST ROOM | $99.00 |
| 02/11/05 | 1173461 | LODGING TAX | $12.38 |
| 02/12/05 | 1174033 | GUEST ROOM | $99.00 |
| 02/12/05 | 1174033 | LODGING TAX | $12.38 |
| 02/13/05 | 1174349 | MONTGOMERY'S | $62.58 |
| 02/13/05 | 1174383 | MONTGOMERY'S | $13.58 |
| 02/13/05 | 1174467 | GUEST ROOM | $99.00 |
| 02/13/05 | 1174467 | LODGING TAX | $12.38 |
| 02/14/05 | 1174559 | MONTGOMERY'S | $42.00 |
| 02/14/05 | 1174857 | GUEST ROOM | $99.00 |
| 02/14/05 | 1174857 | LODGING TAX | $12.38 |

299575     A

TheHilton Family

       

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit D - 75

· Name & Address

DD, REBECCA
). DRAWER H
RESERVE, LA 70084

Room:
Arrival Date: 534/TDBN
Departure Date: 02/09/05
02/17/05
Adult / Child
Room Rate: 2/0
$ 99.00

**EMBASSY SUITES**
H O T E L S®

Rate quoted based on arrival date and length of stay. Should you check out prior to departure, rate is
subject to change.  INIT _____

RATE PLAN  LP19
HH# 914043375 BLUE
AL:  CO  #TU217851
CAR:

Hilton HHonors®
Points&Miles®

CONFIRMATION NUMBER : 85433145

02/17/05      PAGE    2

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL
ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE
RELEASED 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS
OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO
BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE
CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT
OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR
SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A
PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE* ☐

GUEST SIGNATURE

X

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 02/15/05 | 1175046 | MONTGOMERY'S | $27.95 |
| 02/15/05 | 1175141 | MONTGOMERY'S | $25.95 |
| 02/15/05 | 1175408 | GUEST ROOM | $99.00 |
| 02/15/05 | 1175408 | LODGING TAX | $12.38 |
| 02/16/05 | 1176074 | GUEST ROOM | $99.00 |
| 02/16/05 | 1176074 | LODGING TAX | $12.38 |
| 02/17/05 | 1176226 | AX ***********5008 | ($1,217.80) |

* * BALANCE * *     $0.00

### EXPENSE REPORT SUMMARY

| | 02/09/05 | 02/10/05 | 02/11/05 | 02/12/05 |
|---|---|---|---|---|
| ROOM & TAX | $111.38 | $111.38 | $111.38 | $111.38 |
| FOOD & BEVERAGE | $92.97 | $16.73 | $45.00 | $0.00 |
| DAILY TOTAL | $204.35 | $128.11 | $156.38 | $111.38 |

299575     A



*The Hilton Family*

      

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit D - 76



**EMBASSY SUITES**
H O T E L S ®

· Name & Address

DD, REBECCA
J. DRAWER H
RESERVE, LA 70084

Room:
Arrival Date: 534/TDBN
Departure Date: 02/09/05
02/17/05
Adult / Child
Room Rate: 2/0
$ 99.00

Rate quoted based on arrival date and length of stay. SHOULD YOU elect to depart prior to departure date is
subject to change.  INIT _____

HH# 914043375 BLUE
AL:  CO  #TU217851
CAR:

Hilton **HHonors**
Points&Miles

CONFIRMATION NUMBER : 85433145

02/17/05       PAGE      3

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL
ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE
RELEASED 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS
OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO
BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE
CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT
OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR
SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A
PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE* ☐
A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES LEFT IN THE SAFE DEPOSIT BOX.

GUEST SIGNATURE

X

| DATE | REFERENCE | DESCRIPTION | | | | AMOUNT |
|---|---|---|---|---|---|---|
| | | 02/13/05 | 02/14/05 | 02/15/05 | 02/16/05 | STAY TOTAL |
| | | ROOM & TAX $111.38 | $111.38 | $111.38 | $111.38 | $891.04 |
| | | FOOD & BEVERAGE $76.16 | $42.00 | $53.90 | $0.00 | $326.76 |
| | | DAILY TOTAL $187.54 | $153.38 | $165.28 | $111.38 | $1,217.80 |

*Hilton HHonors (R) stays post to your account within 72 hours of checkout.  To check your earnings
for this stay or any other stay at more than 2,700 hotels worldwide visit www.hiltonhhonors.com*

*Thank you for staying with us.  Be sure to visit embassysuites.com for information on your next
business or leisure stay, reservations or subscribe to E-nnouncements e-newsletter with news and
offers.*

AX ***********5008                          02/16/05          299575      A

TODD, REBECCA                               128769

———————————— The Hilton Family ————————————

       

1,217.80

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit D - 77



ore #075

9 US 43 South
tsuma, AL 365722
51)679-6260

s Desk

INAL

ipt      864930
  SALE
-----------------------------------
... Name              Price    Total
-----------------------------------
20oz Dt Mug Rtbr NRB   1.29     1.29
Deposit Soda Single    0.00     0.00
ChezBurger             1.19     1.0⁰
ChezBurger             1.19     1.0
20oz Dt Dr PepperNRB   1.29     1.2
Deposit Soda Single    0.00     0.0
Tornados               1.19     1.1
Super                 27.04    27.0
  Pump:          6
  Gallons:      13.528
  Price / Gal:   1.999

-----------------------------------
total                          32.8
es Tax                          0.5
-----------------------------------
Total                          33.3

**Received**
AMEX                           33.3

ACC 3728XXXXXXXX008  Exp 07/2008 SWIPED
  APPRVD  # 562918
  APP # 562918
  REF 0864930
-----------------------------------

***** PROMO\COMBO SAVINGS:       0.38**

Pos:1 Clerk:126 Store:750000

02/09/2005 08:26:52
-----------------------------------

```
              Thank You
            For Eating At
             PIZZA HUT

          Have A Nice Day!

Ticket: 62              Register: 5
Server: Unknown
1610                    02/12/2005
(334)265-60               14:27:39

(314)209-2343         Zone: F-08
BEAT CY ALLENS  & OFFICE
2 N. COMMERCE ST
FRONT ENTRANCE
MONTGOMERY AL 36104
```

```
CSC Order ID:            Orders: 9
CSC Zone           ABERNATHY HD/ 2ND FL
Directions:
00R/337 794-0000 CALL ON ARRIVAL
/ CSC ERROR
```

```
*** Voucher ***
Code
Desc         CSC Error Free
Amount       0.00
***************
1 Lrg Hit              10.40
   (A) Onions           1.59
   (B) Peppero          1.59
                      -14.58
1 Csc Adj              1.00
1 Delivery Charge
                    + 3.00 tip
```

```
Sub Total              0.00
Tax/Other              0.00
DELIVERY Total         0.00

Customer Copy   $ 4.00
```

```
        Thank You
      For Eating At
        PIZZA HUT

     Have A Nice Day!

Ticket: 62          Register. 5
Server: Unknown
1810               02/12/2005
(334)265-6000         14:27:39

(334)265-2043       Zone: F-08
BEASLEY ALLENS LAW OFFICE
218 COMMERCE ST
FRONT ENTRANCE
MONTGOMERY AL 36104

CSC Zone: N 14  Registers 9
Directions: ...  /2ND FL
00R/337 794-0000 CALL ON ARRIVAL
/ CSC ERROR

*** VOUCHER ***
Code:
Description: CSC Error Free
Amount    0.00
*************
 1 Lrg Hut         10.40
   (A) Onions       1.59
   (B) Pepperc      1.59
 1 Csc Adj        -14.58
 1 Delivery Charge  1.00
                  + 3.00 tip

 Sub Total          0.00
 Tax/Other          0.00
 DELIVERY Total     0.00

      Customer Copy  $ 4.00
```

1847
Server: SUSAN C                    Rec:1/6
02/10/05 21:00, Swiped   T: 13 Term: 3

OUTBACK STEAKHOUSE #1258
1040 EASTERN BLVD.
MONTGOMERY, AL 36117
(334)270-9495
MERCHANT #:

CARD TYPE      ACCOUNT NUMBER
AMERICAN EXPRES  XXXXXXXXXXXX5008
Name: DE JR
00TRANSACTION APPROVED
AUTHORIZATION #: 500242
Reference: 0210010001847
TRANS TYPE: Credit Card SALE

CHECK:            36.05

TIP:              4.95

TOTAL:            41.00


X_____

PHONE: (    )      -
***Duplicate Copy**

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT

7.00
45.00

Mellow Mushroom

7915 Vaughn Road
Montgomery, AL 36116
(334) 213-6443

: RUDY H            AMEX
e: 02-12-05   7:32p Control: 31426
------------------------------------
d Number:   xxxxxxxxxxxxx5008
  Date:      xx/xx
roval Code: 527607

**AMOUNT:        38.11**

**TIP:** ____ 6.89

**TOTAL:** ____ 45.00

------------------------------------
Imember agrees to pay total in
rdance with agreement governing
of such card.

** GUEST COPY **



>r        .≀/℁

9          .℁℁
sullₑ      ℁₀ʰ℁⋅℁
4) ℀⋅℁    ⋅℁℁⋅℁

ℛ  (℁℁℀ ℁ ⋅℁℁℁

NA

ₐₜ℀    ℁℁℁⋅⋅ ₁⋅℀
    ⋅℀
      ⋅℁℁℁⋅ ₀⋅ℕₐℕ℁℁ ℁℁℁

⋅⋅⋅      ⋅      .         ⋅℁ₐ
⋅℁⋅
℁ᵤₙ ₙₒₙ ⋅⋅℁      ⋅          ⋅ 5
℁gg ℞h℁ ⋅℁          ⋅          ⋅ 4
℁℁ℤ ℓᵣⁱ℁℁          ⋅          ⋅℁
℁℁ ℓₒₒℤ          ⋅⋅ ₋ ⋅     ⋅ ₂
℁iₛcₐₜₜ ℁ₐ ⋅℁℁     ⋅ ⁱ         ⋅ ₂
℁ₒ℀℀ℓₑ ℟ₐₜℇ          ⋅          ⋅ 1
⋅ ⋅ ⋅ ⋅
ₜₒₜₐℓ          ⋅⋅℁
℁℁ ℓₐ℁                ⋅ ℁
⋅⋅          ⋅          ⋅⋅
⋅          ⋅          ⋅ ⋅
⋅⋅          ⋅          ⋅ ₊
ℂℇ i ⋁ₑ℩          ⋅          ⋅⋅
ℇₐ                    ⋅ ⋅ ⋅

37℁8℁ ⋅ ⋅℀℁℁℁℁     ⋅ ⋅     ⋅℁℀℁℁℁
℁℟℣ℽ ℁ ℁℁℁℁ ⋅ ℁
℁ # ℁℁℁℁℁⋅
℁ ℁℁℁℁℁℩

℩℁ ℂ'℁⋅℩℞ ℁℟℁ ℁℩ℇ℀ₐⁱ ℁⋅℁℁℁℁

02/09/2005 ℁℟⋅℁℁⋅℁ℋ
⋅ ⋅ ⋅ ⋅ ⋅ ⋅ ⋅ ⋅ ⋅ ⋅ ⋅ ⋅ ⋅ ⋅ ⋅ ⋅ ⋅ ⋅ ⋅ ⋅

*******************************
          Customer Copy          *
*******************************

          Montgomery Brewing
        12 W. JEFFERSON ST.
   MONTGOMERY, ALABAMA 36104
          (334) 834-BREW

e:   .              02/16/05
e:                  11:39 AM
ver:                23. Mike K
er:  ₊              367537
cription:           Table 85

¯d Type:¯           AMEX
d No:               **********5008
ires:               0708
r Code:             547825


chases:          $     28.77


:                $   5.23


al:              $   34.00
          JR/DE

₃e to pay the above total amount
ℓing to the card issuer agreement.

          SIGN ONE COPY
          KEEP ONE COPY

Carrabba's Italian Grill
1510 Eastern Boulevard
Montgomery, AL. 36117
334-271-7500
MICHAEL                DOB: 02/14/200
PM·                         02/14/200
·3/1                          4/4002

                              10486?
                              Exp:07(

503429

            Am              75.
                 :ip:      14.74
                           90.00

ai: 503429

        Customer Copy

:3
-·-: DAMON H                    Rec: 27
/05 18:32, Swiped   T: 402 Term: 3

ISH GRILL #7250
EASTCHASE PARKWAY
OMERY, AL 36117
396-1770
ANT #:

TYPE       ACCOUNT NUMBER
CAN EXPRES  XXXXXXXXXXXX5008
 DE JR
ANSACTION APPROVED
RIZATION #: 546782
ence: 0215010000033
 TYPE: Credit Card SALE

ECK :            70.0(
ɔ:               11.94
TAL :            82.00

:: (      )      --
IOLDER WILL PAY CARD ISSUER ABOVE
IT PURSUANT TO CARDHOLDER AGREEME
:opy -> customer

Exhibit D.- 83

BURGER KING    REC
* 99 CENT CHICKEN
VALID AT GOLDCO BK

#218            IN
1 8PC TNDR          1.89
   BBQ.
2 MD COKE           2.18
1 DBL WHOPCHZ       3.49
  *- MAYON
1 SMSIDE  SALAD     1.29
  RANCH
1 CAESARSHRM SALAD  4.69
  CAESAR
1 8PC TNDRVM        3.89
   BBQ
   MD COKE
   TXTL            1.39
   TOTL         18.82
   CASH          20.00
   CHNG           1.18

SANDWICH

SUBWAY 1
77 DEXTER AVE
MONTGOMERY, AL 36104
334-265-1213

BATCH
SALES
7938506
0103644600C

003%
YPE: VISA
YPL: PURCHASE

TOTAL          $5.

189276
MARY & LORENE

CUSTOMER COPY

**** ****** *5008    AMEX      02/17/0
DE JR                0708 INVOICE 140639
01-6616 AUTH 00-587229  REF 95000300103
00031896033           I 65 SOUTH @ HWY 8
MCINTYRE TRAVEL CENT       EVERGREEN AL
  DIESEL      12.903G  $1.939   25.02
  PREMIUM     10.926G  $2.049   22.39
  SODA                           1.09
  GROC                           0.30

        TAX    0.11 TOTAL  $48.91
STOMER COPY

MOES SOUTHWEST GRILL
7028 E CHASE PKWY
MONTGOMERY, AL 36117

TIME   7:30 PM      DATE 02/11/05
TERM# 00000P0S      MER# 000903218060999
TRAN TYPE SALE
#xxxxxxxxxxxxxx5008
CARD TYPE AMEX
SEQ #   096
TICKET #  0000029559
AUTH CODE 528637

TOTAL            $31.02

CUSTOMER COPY

MOES SOUTHWEST GRILL
7028 E CHASE PKWY
· MONTGOMERY, AL 36117

TIME   6:43 PM      DATE 02/16/05
TERM# 00000P0S      MER# 000903218060999
TRAN TYPE SALE
#xxxxxxxxxxxxxx5008
CARD TYPE AMEX
SEQ #   066
TICKET #  0000030244
AUTH CODE 567953

TOTAL            $37.63

WITH FOOD PURCHASE.
BURGER KING DE RECEIPT REWARDS
* 99 CENT CHICKEN BISCUIT SO.
VALID AT GOLDCO BK FOR TWO WEEKS

#219              IN
1 BT WATER          1.19

        TXTL          .10
        TOTL         1.29
        CASH        10.00
        CHNG         8.71
RE-PRINT RECEIPT
   STORE #10890  251-578-4513
CYNDI
0136 13:16 #28 FEB.17'05  REG0002



# VIOXX EXPENSES

Montgomery, AL
Week of 2/21-25/05

HOTEL - 3 rooms                          $      1,606.56
(Rebecca, Mike, Margaret, Mary, Holly)

FOOD                                     $       469.63

GAS                                      $        20.54


**TOTAL EXPENSES**                       $     2,096.73



MILEAGE                                         800 Miles



**EMBASSY SUITES**

H O T E L S ®

Name & Address

LORENZ, MARY
P.O. DRAWER H

RESERVE, LA 70084

Room:
Arrival Date: 507/TDBN
Departure Date: 02/21/05 9:58AM
02/25/05 7:29AM
Adult / Child
Room Rate: 1/0
$ 119.00

**Hilton HHonors®**
Points & Miles®

Rate quoted based on arrival date and length of stay. Specific dates inside your arrival rate is subject to change. INIT _____

RATE PLAN L-P19
HH# 609753408 BLUE
AL: CO #TU217851
CAR:

CONFIRMATION NUMBER : 80148209

02/25/05      PAGE   1

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE.* ☐
A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

**GUEST SIGNATURE**

X

X

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 02/21/05 | 1178396 | MONTGOMERY'S | $17.00 |
| 02/21/05 | 1178397 | MONTGOMERY'S | $18.49 |
| 02/21/05 | 1178542 | GUEST ROOM | $119.00 |
| 02/21/05 | 1178542 | LODGING TAX | $14.88 |
| 02/22/05 | 1178880 | MONTGOMERY'S | $17.50 |
| 02/22/05 | 1179095 | GUEST ROOM | $119.00 |
| 02/22/05 | 1179095 | LODGING TAX | $14.88 |
| 02/23/05 | 1179607 | MONTGOMERY'S | $18.00 |
| 02/23/05 | 1179612 | MONTGOMERY'S | $9.75 |
| 02/23/05 | 1179792 | GUEST ROOM | $119.00 |
| 02/23/05 | 1179792 | LODGING TAX | $14.88 |
| 02/24/05 | 1180271 | MONTGOMERY'S | $20.50 |
| 02/24/05 | 1180426 | GUEST ROOM | $119.00 |
| 02/24/05 | 1180426 | LODGING TAX | $14.88 |
| 02/25/05 | 1180645 | AX ***********5008 | ($636.76) |

** BALANCE **        $0.00

301820     A

**TheHiltonFamily**

       

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit D - 87



**EMBASSY SUITES**
H O T E L S ®

Name & Address

ORENZ, MARY
O. DRAWER H
RESERVE, LA 70084

Room:
Arrival Date: 507/TDBN
Departure Date: 02/21/05 9:58AM
02/25/05 7:29AM
Adult / Child
Room Rate: 1/0
$ 119.00

Rate quoted based on arrival date and length of stay. Should you need to depart early, rate is subject to change.   INIT _____

RATE PLAN  L-P19
HH# 609753408 BLUE
AL: CO #TU217851
CAR:

Hilton HHonors®
Points & Miles

CONFIRMATION NUMBER : 80148209

02/25/05      PAGE   2

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY PLEASE INDICATE YES BY CHECKING HERE ☐*

**GUEST SIGNATURE**

X

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

DATE      REFERENCE      DESCRIPTION                                    AMOUNT

### EXPENSE REPORT SUMMARY

|                   | 02/21/05  | 02/22/05  | 02/23/05  | 02/24/05  | STAY TOTAL |
|-------------------|-----------|-----------|-----------|-----------|------------|
| ROOM & TAX        | $133.88   | $133.88   | $133.88   | $133.88   | $535.52    |
| FOOD & BEVERAGE   | $35.49    | $17.50    | $27.75    | $20.50    | $101.24    |
| DAILY TOTAL       | $169.37   | $151.38   | $161.63   | $154.38   | $636.76    |

AX ***********5008                          02/21/05          301820      A

LORENZ, MARY                                528280



TheHiltonFamily

       

636.76

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit D - 88



**EMBASSY SUITES**
H O T E L S®

Name & Address

BRIENEN, MIKE
O. DRAWER H
RESERVE, LA 70084

Room:
Arrival Date: 834/TDBS
Departure Date: 02/21/05
02/25/05 7:28AM

Adult / Child
Room Rate: 1/0
$ 119.00

RATE PLAN LP19
HH# 009753408 BLUE
AL: CO #TU217851
CAR:

Rate quoted based on arrival date and length of stay. Should departure change, rate is
subject to change.  INIT _____

Hilton HHonors®
Points & Miles

CONFIRMATION NUMBER : 80148209

02/25/05      PAGE    1

| | |
|---|---|
| IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE ☐ | GUEST SIGNATURE<br><br>X |
| A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX. | |

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 02/21/05 | 1178382 | MONTGOMERY'S | $29.00 |
| 02/21/05 | 1178613 | GUEST ROOM | $119.00 |
| 02/21/05 | 1178613 | LODGING TAX | $14.88 |
| 02/22/05 | 1178863 | MONTGOMERY'S | $11.85 |
| 02/22/05 | 1179218 | GUEST ROOM | $119.00 |
| 02/22/05 | 1179218 | LODGING TAX | $14.88 |
| 02/23/05 | 1179919 | GUEST ROOM | $119.00 |
| 02/23/05 | 1179919 | LODGING TAX | $14.88 |
| 02/24/05 | 1180552 | GUEST ROOM | $119.00 |
| 02/24/05 | 1180552 | LODGING TAX | $14.88 |
| 02/25/05 | 1180644 | AX ***********5008 | ($576.37) |

** BALANCE **      $0.00

### EXPENSE REPORT SUMMARY

| | 02/21/05 | 02/22/05 | 02/23/05 | 02/24/05 | STAY TOTAL |
|---|---|---|---|---|---|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $133.88 | $535.52 |
| FOOD & BEVERAGE | $29.00 | $11.85 | $0.00 | $0.00 | $40.85 |
| DAILY TOTAL | $162.88 | $145.73 | $133.88 | $133.88 | $576.37 |

AX ***********5008                    02/21/05          301821      A

BRIENEN, MIKE                                    163886

TheHiltonFamily

       

-576.37

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit D - 89

EMBASSY SUITES
HOTELS®

Name & Address

ODD, REBECCA
D. DRAWER H
RESERVE, LA 70084

Room:
Arrival Date: 534/TDBN
Departure Date: 02/21/05 9:57AM
02/25/05 7:24AM

Adult / Child
Room Rate: 1/0
$ 119.00

RATE PLAN     L-P19
HH# 914043375 SILVER
AL:  CO  #TU217851
CAR:

Rate quoted based on arrival date and length of stay. Should my checkout or departure date is subject to change.   INIT _____

Hilton HHonors®
Points & Miles

CONFIRMATION NUMBER : 80148209

02/25/05     PAGE     1

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE.* □

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

GUEST SIGNATURE

X

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 02/21/05 | 1178315 | MONTGOMERY'S | $30.75 |
| 02/21/05 | 1178398 | MONTGOMERY'S | $11.89 |
| 02/21/05 | 1178561 | GUEST ROOM | $119.00 |
| 02/21/05 | 1178561 | LODGING TAX | $14.88 |
| 02/22/05 | 1179122 | GUEST ROOM | $119.00 |
| 02/22/05 | 1179122 | LODGING TAX | $14.88 |
| 02/23/05 | 1179819 | GUEST ROOM | $119.00 |
| 02/23/05 | 1179819 | LODGING TAX | $14.88 |
| 02/24/05 | 1180072 | MONTGOMERY'S | $42.00 |
| 02/24/05 | 1180453 | GUEST ROOM | $119.00 |
| 02/24/05 | 1180453 | LODGING TAX | $14.88 |
| 02/25/05 | 1180643 | AX ***********5008 | ($620.16) |

* * BALANCE * *     $0.00

301822     A

TheHiltonFamily

       

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit D - 90



**EMBASSY SUITES**
H O T E L S®

Name & Address

TODD, REBECCA
D. DRAWER H
RESERVE, LA 70084

Room:
Arrival Date: 534/TDBN
Departure Date: 02/21/05 9:57AM
                02/25/05 7:24AM

Adult / Child
Room Rate: 1/0
           $ 119.00

Rate quoted based on arrival date and length of stay. Should you choose to depart early, rate is subject to change.   INIT _____

RATE PLAN   L-P19
HH# 910043375 SILVER
AL:  CO  #TU217851
CAR:

Hilton HHonors®
Points & Miles®

CONFIRMATION NUMBER : 80148209

02/25/05      PAGE    2

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE* ☐

**GUEST SIGNATURE**

X

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|

### EXPENSE REPORT SUMMARY

|                   | 02/21/05 | 02/22/05 | 02/23/05 | 02/24/05 | STAY TOTAL |
|-------------------|----------|----------|----------|----------|------------|
| ROOM & TAX        | $133.88  | $133.88  | $133.88  | $133.88  | $535.52    |
| FOOD & BEVERAGE   | $42.64   | $0.00    | $0.00    | $42.00   | $84.64     |
| DAILY TOTAL       | $176.52  | $133.88  | $133.88  | $175.88  | $620.16    |

*Hilton HHonors (R) stays post to your account within 72 hours of checkout. To check your earnings for this stay or any other stay at more than 2,700 hotels worldwide visit www.hiltonhhonors.com*

*Thank you for staying with us. Be sure to visit embassysuites.com for information on your next business or leisure stay, reservations or subscribe to E-nnouncements e-newsletter with news and offers.*

AX  ***********5008                              02/21/05          301822      A

TODD, REBECCA                                              501101



      -620.16  

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit D - 91

COMPAC 502
9440 GRAND BAY
GRAND BAY    AL 36541
251-865-6811

| Descr. | qty | amount |
|--------|-----|--------|
| <CUSTOMER COPY> | | |
| T 20 OZ DR. PEPPER | 1 | 1.19 |
| T 16 OZ COFFEE COR | 1 | 0.99 |
| Sub Total | | 2.18 |
| Tax | | 0.12 |
| **TOTAL** | | **2.30** |
| CREDIT $ | | 2.30 |

XXXXXXXXXXXX5008        E/AMEX

Stn# 00205101   005
Inv# 0176017
Auth# 501882

THANKS,COME AGAIN
THANK YOU PLEASE
***COME AGAIN*
REG# 0002 CSH# 005 DR# 01  TRA
02/21/05  06:46:24       S

Leo's Railroad Thai
300 B Water Street
Montgomery, AL 36104
334-269-0708

Server: Cathy                    02/23, '05
99/1.                                6:4
Guests: 1

#100

R3 Tuna  R
Mixed Veg
   Stir Shrimp

Sub Total                          1.
Tax

Total                              1

Cash                               2

Change                         5.(

*****Attn. Guest*****
NO CHECKS PLEASE
PLEASE PAY YOUR SERVER

--- Check Closed ---

215 Dickerson St
Montgomery, AL
STN 00210321

02/25/05     11:53:35

AMEX
xxxxxxxxxxx5008
Invoice#   2172384
Auth#       506493

Pump#: 10
  9.785 G @ $ 2.099
Dsel/Self  $ 20.54

Total      $ 20.54

Lek's Railroad Thai
300 B Water Street
Montgomery, AL 36104
334-269-0708

Server: Bien                    DOB: 02/24/2005
07:00 PM                             02/24/2005
Table 98/1                             1/10076

Am Ex                               3145761
Card #37289966916XXXX           Exp:0708
Magnetic card present: JRDE
Approval: 526000

    Amount:        44.11

    + Tip:  _____

    = Total:  _____

X_____
Approval: 526000

    *****Attn. Gues
     NO CHECKS PL
  PLEASE PAY YOUR

    ******Gues

Tip       8.00
         61.66

     578-1983/1-877-799-STAR
      GUEST RECEIPT
ORDER #0400049 REG04 DEMONICA L

Item Recap
 2 LOCARB BOWL
 1 LOCARB BOWL
  NO  SM CZ

 1 FRISCO HAMEGCZ
  NO  X HAM

 1 MED BEV BAR

 1 WATE

 2 LOCARB BOWL        $  5.98
 1 LOCARB BOWL        $  2.99
  NO  SM CZ
 1 FRISCO HAMEG Z     $  2.39
  NO  X HAM
 1 MED BEV B,         $  1.49
  WATER              $  0.00

 TOTAL  TAX   TOTAL  TENDER  CHANGE
 2.85 $  1.02 $ 13.87 $100.00 $ 86.13

# HERE  # 1

Cheeburger Cheeburger
334-277-9044
Date:        Feb21'05 07:08PM
Card Type:   Amex
Acct #:      XXXXXXXXXXX5008
Exp Date:    07/08
Auth Code:   541658
Check:       4727
Table:       2/1
Server:      105 ASHLEY L
VSCA: Auth Driver
             DE JP

Subtotal:              7.91

TIP:_____  1.50

TOTAL:_____  9.41

SIGNATURE
I agree to pay above total
according to my card issuer
agreement.

* * Customer Copy * * * *

---

*** ￼          ***************,
*￼                mer Copy
******.          ******************

Montgomery Brewing
12 W. JEFFERSON ST.
MONTGOMERY, ALABAMA 36104
(334) 834-BREW

Date:         02/23/05
Time:         11:56 AM
Server:       23. Mike K
Order:        370372
Description:  Table 54

Card Type:    AMEX
Card No:      ************5008
Expires:      0708
Appr Code:    584183

Purchases:       $    39.44

                 7.50
Tip:             $

                 47.00
Total:           $
             JR/DE

agree to pay the above total amount
rding to the card issuer agreement.

SIGN ONE COPY
KEEP ONE COPY

---

DATE    800000995504   TIME
02/22/05    8200  001  18:25:52

677301000073
JASONS DELI #73
1520 EASTERN BLVD #12
MONTGOMERY, AL 36117

CREDIT SALE

BATCH #    226
TRANS #    020
AUTH  #    524293
AMEX ACCOUNT #         EXP DATE
XXXXXXXXXXX5008

SALE AMOUNT        $24.72

I AGREE TO PAY THE ABOVE AMOUNT
ACCORDING TO CARD ISSUER
AGREEMENT
334 409 9890

CUSTOMER COPY

Merchant ID: 401040755;
Term ID: 80401040799;
401040155?

## Sale

AMEX

XXXXXXXXXXX5008

Entry Method: Swiped

Approved Online    Batch#: 000

02/25/05                    13:10

Inv #: 000005  Appr Code: 5.

Total:            $        24

Customer Copy

# VIOXX EXPENSES

Montgomery, AL
Week of 2/28/05-3/4/05

| | | |
|---|---|---|
| HOTEL - Montgomery & Philadelphia<br>(Rebecca, Mike, Margaret, Mary, Holly) | $ | 1,966.09 |
| FOOD | $ | 425.84 |
| ~~GAS/~~AIR FLIGHTS | $ | ~~1155.03~~  1,085.80 |
| GAS | | $ 16.12 |
| **TOTAL EXPENSES** | $ | 3,546.96 |

MILEAGE                                        800 Miles

```
        Lek's Railroad Thai
         300 B Water Street
        Montgomery, AL 36104
          334-269-0708
er: Thea                    03/01
ie/1                          6:
ts: 1
                        #30C

int #: 3

i Veg
ir Shrimp

Total


ange                    9.

        *****Attn. Guest******
        .... NO CHECKS PLEASE
        PLEASE PAY YOUR SERVER

        --- Check Closed ---
```

**Name & Address**

DD, REBECCA
J. DRAWER H
RESERVE, LA 70084

Room:
Arrival Date: 507/TDBN
Departure Date: 02/28/05 9:38AM
03/04/05
Adult / Child
Room Rate: 1/0
$ 119.00

**EMBASSY SUITES**
**HOTEL®**

Montgomery
300 Tallapoosa Street
Montgomery, AL 35104
Phone: (334) 269-5055   Fax: (334) 269-0380

Rate quoted based on arrival date and length of stay. Should the reason to depart earlier rate is
subject to change.   INIT _____

RATE PLAN   L-P19
HH# 609753408 BLUE
AL:  CO  #TU217851
CAR:

Hilton HHonors®
Points & Miles

CONFIRMATION NUMBER : 80234542

03/04/05     PAGE     1

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE:* ☐

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

GUEST SIGNATURE

X

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 02/28/05 | 1182379 | GUEST ROOM | $119.00 |
| 02/28/05 | 1182379 | LODGING TAX | $14.88 |
| 03/01/05 | 1182952 | GUEST ROOM | $119.00 |
| 03/01/05 | 1182952 | LODGING TAX | $14.88 |
| 03/02/05 | 1183409 | MONTGOMERY'S | $9.75 |
| 03/02/05 | 1183586 | GUEST ROOM | $119.00 |
| 03/02/05 | 1183586 | LODGING TAX | $14.88 |
| 03/03/05 | 1183944 | MONTGOMERY'S | $14.50 |
| 03/03/05 | 1183969 | MONTGOMERY'S | $9.75 |
| 03/03/05 | 1184104 | GUEST ROOM | $119.00 |
| 03/03/05 | 1184104 | LODGING TAX | $14.88 |
| 03/04/05 | 1184221 | AX ***********5008 | ($569.52) |

* * BALANCE * *     $0.00

302419     A

The Hilton Family

 Hilton    CONRAD    DOUBLETREE    EMBASSY SUITES HOTELS    Hampton Inn    Hampton Inn & Suites    Hilton Garden Inn    HOMEWOOD SUITES Hilton

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit D - 98

Name & Address

DD, REBECCA
J. DRAWER H

RESERVE, LA 70084

Room:
Arrival Date: 507/TDBN
Departure Date: 02/28/05 9:38AM
03/04/05
Adult / Child
Room Rate: 1/0
$ 119.00

**EMBASSY SUITES**
**H O T E L®**

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055   Fax: (334) 269-0390

Rate quoted based on arrival date and length of stay. Should you elect to depart early, rate is
subject to change. INIT _____

RATE PLAN    L-P19
HH# 609753408 BLUE
AL: CO #TU217851
CAR:

**Hilton HHonors**
Points & Miles

CONFIRMATION NUMBER : 80234542

03/04/05    PAGE    2

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE:* ☐

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

GUEST SIGNATURE

X

| DATE | REFERENCE | DESCRIPTION | | | | AMOUNT |
|------|-----------|-------------|---|---|---|--------|

### EXPENSE REPORT SUMMARY

| | 02/28/05 | 03/01/05 | 03/02/05 | 03/03/05 | STAY TOTAL |
|---|----------|----------|----------|----------|------------|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $133.88 | $535.52 |
| FOOD & BEVERAGE | $0.00 | $0.00 | $9.75 | $24.25 | $34.00 |
| DAILY TOTAL | $133.88 | $133.88 | $143.63 | $158.13 | $569.52 |

AX **********5008                    02/28/05         302419    A

TODD, REBECCA                        580435

 The Hilton Family

 Hilton     CONRAD     DOUBLETREE     EMBASSY SUITES     Hampton    Hampton    Hilton Garden Inn     HOMEWOOD SUITES


Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit D - 99



**EMBASSY SUITES**

HOTEL®

**EMBASSY SUITES HOTEL
MONTGOMERY
300 TALLAPOOSA STREET
MONTGOMERY, AL 36104
PHONE: (334) 269-5055
FAX: (334) 269-0360**

834/TDBS
02/28/05 9:39AM
03/04/05 7:30AM

OD, REBECCA
. DRAWER H
RESERVE, LA 70084



RATE PLAN
HH# 609753408
AL: CO #TU21
CAR:

CONFIRMATION NUMBER : 80234542

03/07/05     PAGE     1

The management is not responsible for any valuables not secured in safety deposit boxes provided at the front office. I agree that my liability for the charges is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of such charges. I have requested weekday delivery of USA Today. If refused, a credit of $.50 per copy will be applied to my account.

X

SIGNATURE

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 02/28/05 | 1182498 | GUEST ROOM | $119.00 |
| 02/28/05 | 1182498 | LODGING TAX | $14.88 |
| 03/01/05 | 1182549 | AX ***********5008 | ($133.88) |
| 03/02/05 | 1183686 | GUEST ROOM | $119.00 |
| 03/02/05 | 1183686 | LODGING TAX | $14.88 |
| 03/03/05 | 1183877 | MONTGOMERY'S | $11.25 |
| 03/03/05 | 1184174 | GUEST ROOM | $119.00 |
| 03/03/05 | 1184174 | LODGING TAX | $14.88 |
| 03/04/05 | 1184220 | AX ***********5008 | ($279.01) |

**\* \* BALANCE \* \***     $0.00

**EXPENSE REPORT SUMMARY**

|  | 02/28/05 | 03/01/05 | 03/02/05 | 03/03/05 | STAY TOTAL |
|--|----------|----------|----------|----------|------------|
| ROOM & TAX | $133.88 | $0.00 | $133.88 | $133.88 | $401.64 |
| FOOD & BEVERAGE | $0.00 | $0.00 | $0.00 | $11.25 | $11.25 |
| DAILY TOTAL | $133.88 | $0.00 | $133.88 | $145.13 | $412.89 |

1-800-EMBASSY

www.embassysuites.com

MAY WE MAKE YOUR NEXT RESERVATION?

AX ***********5008                    03/03/05          301619      A

| ACCT. NO. | | DATE OF CHARGE | FOLIO NO./CHECK NO. |
|-----------|--|----------------|---------------------|
| TODD, REBECCA | 186283 | AUTHORIZATION | INITIAL |
| CARD MEMBER NAME | | | |
| | | PURCHASES & SERVICES | |
| ESTABLISHMENT NO. & LOCATION | ESTABLISHMENT AGREES TO TRANSMIT TO CARD ISSUER FOR PAYMENT | TAXES | |
| | | TIPS & MISC.     -279.01 | |
| | | TOTAL AMOUNT | |
| CARD MEMBER'S SIGNATURE | | | |
| X | | | |

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND

Exhibit D - 100

Name & Address

DD, REBECCA
J. DRAWER H
RESERVE, LA 70084

Room:
Arrival Date: 534/TDBN
Departure Date: 02/28/05 9:39AM
03/04/05 7:29AM
Adult / Child
Room Rate: 1/0
$ 119.00

**EMBASSY SUITES**
**HOTEL®**

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055    Fax: (334) 269-0360

RATE PLAN    L-P19
HH# 914043375 BLUE
AL:  CO  #TU217851
CAR:

Rate quoted based on arrival date and length of stay. Should a change in departure rate is subject to change.  INIT _____

**Hilton HHonors®**
Points & Miles

CONFIRMATION NUMBER : 80234542

03/04/05      PAGE    1

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE:* ☐

**GUEST SIGNATURE**

X

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 02/28/05 | 1182078 | MONTGOMERY'S | $44.00 |
| 02/28/05 | 1182406 | GUEST ROOM | $119.00 |
| 02/28/05 | 1182406 | LODGING TAX | $14.88 |
| 03/01/05 | 1182770 | MONTGOMERY'S | $8.69 |
| 03/01/05 | 1182977 | GUEST ROOM | $119.00 |
| 03/01/05 | 1182977 | LODGING TAX | $14.88 |
| 03/02/05 | 1183298 | MONTGOMERY'S | $32.75 |
| 03/02/05 | 1183391 | MONTGOMERY'S | $11.89 |
| 03/02/05 | 1183609 | GUEST ROOM | $119.00 |
| 03/02/05 | 1183609 | LODGING TAX | $14.88 |
| 03/03/05 | 1183857 | MONTGOMERY'S | $33.00 |
| 03/03/05 | 1183957 | MONTGOMERY'S | $12.48 |
| 03/03/05 | 1184121 | GUEST ROOM | $119.00 |
| 03/03/05 | 1184121 | LODGING TAX | $14.88 |
| 03/04/05 | 1184219 | AX ***********5008 | ($678.33) |

* * BALANCE * *      $0.00

302420     A

The Hilton Family

       

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit D - 101



**EMBASSY SUITES**

H O T E L *

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055   Fax: (334) 269-9360

Name & Address

TODD, REBECCA
D. DRAWER H

RESERVE, LA 70084

Room:
Arrival Date: 534/TDBN
Departure Date: 02/28/05 9:39AM
                03/04/05 7:29AM
Adult / Child
Room Rate: 1/0
           $ 119.00

Rate quoted based on arrival date and length of stay. Should you choose to depart early, rate is subject to change.   INIT _____

RATE PLAN    L-P19
H#: 914043375 BLUE
AL:  CO #TU217851
CAR:

Hilton HHonors™
Points & Miles

CONFIRMATION NUMBER : 80234542

03/04/05      PAGE    2

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE.* ☐

GUEST SIGNATURE

X

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

| DATE | REFERENCE | DESCRIPTION | | | | AMOUNT |
|------|-----------|-------------|---|---|---|--------|

### EXPENSE REPORT SUMMARY

|  | 02/28/05 | 03/01/05 | 03/02/05 | 03/03/05 | STAY TOTAL |
|--|----------|----------|----------|----------|------------|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $133.88 | $535.52 |
| FOOD & BEVERAGE | $44.00 | $8.69 | $44.64 | $45.48 | $142.81 |
| DAILY TOTAL | $177.88 | $142.57 | $178.52 | $179.36 | $678.33 |

AX ***********5008                         03/03/05        302420     A

TODD, REBECCA                              125036



The Hilton Family

 Hilton   CONRAD    DOUBLETREE    EMBASSY SUITES HOTELS·   Hampton Inn    Hampton Inn & Suites    Hilton Garden Inn·   678.33    HOMEWOOD SUITES Hilton

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit D - 102



# THE RITZ-CARLTON®
PHILADELPHIA

MR. MICHAEL BREININ

USA

Account #:   PX1603
Arrival  :   03/01/05
Departure:   03/02/05

Confirmation #:  324030

S T A T E M E N T

The Ritz-Carlton, Philadelphia, 03/02/05/13:07:35 JPUGH/1                    Page 1

| Date  | Reference                              | Charge  | Credit  |
|-------|----------------------------------------|---------|---------|
| 03/01 | Room Charge                            | 215.00  |         |
| 03/01 | City Room Tax 7%                       | 15.05   |         |
| 03/01 | State Tax 6%                           | 12.90   |         |
| 03/01 | Local Tax 1%                           | 2.15    |         |
| 03/02 | American Express                       |         | 245.10  |
|       | ->XXXXXXXXXXX5008     XX/XX            |         |         |

|       | Total   | 245.10 | 245.10 |
|-------|---------|--------|--------|
|       | Balance | 0.00 USD |      |

Thank you for choosing The Ritz-Carlton, Philadelphia.
For future reservations call 1-800-241-3333 or visit us at www.ritzcarlton.com



# THE RITZ-CARLTON®
### PHILADELPHIA

MS. REBECCA TODD

USA

Account #:    PX1803
Arrival  :    03/01/05
Departure:    03/02/05

Confirmation #:  324029

S T A T E M E N T

The Ritz-Carlton, Philadelphia, 03/02/05/13:06/35 JPUGH/1                     Page 1

| Date | Reference | Charge | Credit |
|------|-----------|--------|--------|
| 03/01 | Rotunda - Lunch CHECK #4407 | 3.00 | |
| 03/01 | Sales Tax 1% CHECK #4407 | 0.03 | |
| 03/01 | Sales Tax 6% CHECK #4407 | 0.18 | |
| 03/01 | Room Charge | 215.00 | |
| 03/01 | City Room Tax 7% | 15.05 | |
| 03/01 | State Tax 6% | 12.90 | |
| 03/01 | Local Tax 1% | 2.15 | |
| 03/02 | American Express | | 248.31 |
|  | ->XXXXXXXXXXX5008    XX/XX | | |
|  | **Total** | 248.31 | 248.31 |
|  | **Balance** | 0.00 USD | |

Thank you for choosing The Ritz-Carlton, Philadelphia.
For future reservations call 1-800-241-3333 or visit us at www.ritzcarlton.com



```
***********************+********:
      Montgomery Brewing
     12 W. JEFFERSON ST.
   MONTGOMERY ALABAMA 36104
      Tel. (334) 834-BREW

03/01/05  1:00 PM   Server 3 STEPHAN)
Table  53:3   People  2    Order  37:
***********************************

1 BOTTLED WATER          1.25
1 CHICKEN SANDWICH       6.75
1 SHRIMP POBOY           7.95
1 SUB                    1.25

        Sub-total:     ~17.20
        Sales la+:       1.72
                       -------
    Total  Due:       18.92
```

Tip $3.10

```
THANK YOU FOR COMING TO THE BREWPUB
PLEASE PAY YOUR SERVER AT THE TABLE
THE BEST BANDS EVERY FRI & SAT
HAPPY HOUR 2-6:30 MON-FRI.
```

```
         Lek's Railroad Thai
         300 B Water Street
       Montgomery, AL 36104
           334-269-0708
Server: Amanda            03/01/20
Table 33/1                7:21 PM
Guests: 1

                          #10078
Reprint #: 1

Mixed Veg ...........)        9.95
  Stir Shrimp

Sub Total                    9.95
Tax                          1.00

Total                       10.95

Cash                        20.00

Change                       9.05
```

```
        *****Attn. Guest*****
          NO CHECKS PLEASE
       PLEASE PAY YOUR SERVER

        --- Check Closed ---
```

Tip $1.05

```
MOES  SOUTHWEST  GRILL
      7028 E CHASE PKWY
     MONTGOMERY, AL 36117

TIME   7:23 PM    DATE 02/28/05
TERM# 00000P0S    MER# 000903218060999
TRAN TYPE SALE
#xxxxxxxxxxxxx5008
CARD TYPE AMEX
SEQ #   068
TICKET #  0000031885
AUTH CODE 565135

TOTAL            $31.88
```

```
          WENDY'S
   OLD FASHIONED HAMBURGER
   GREENVILLE,   ALABAMA

#121               TOGO
     P/B           4.40
1 CHIC BACSALAD    4.19
  NO CHEZ
   --------------------------
      TAX           .38
      SBTL         4.57
      BFWD         8.97
*** CONT ***
CSHR 3
```

```
        WENDY'S
  OLD FASHIONED HAMBURGER
  GREENVILLE,    ALABAMA

  #121                TOGO
           P/B          8.97
1 SPICY  CHICKEN        3.19
1 SIDE SLD              .99
  RANCH
1 COKE                 .99
1 COMBO 6             -.38
      ---------------------
      TAX              .43
      SBTL            5.22
      ---------------------
      TAX             1.17
      TOTL          14.19
      CASH          20.00
      CHNG           5.81
CSHR 3
  0080 12:45 #03 MAR.04'05  REG0001
```

```
        WENDY'S
  OLD FASHIONED HAMBURGER
  GREENVILLE,    ALABAMA

  #121                TOGO
1 CLASSIC SINGLE       2.19
1 TOMATO               .15
    NO MAYO
    NO CHEZ
    NO ONION
1 BG FRIES            1.19
1 COKE                 .99
1 1 COMBO            -.48
      ---------------------
      TAX              .36
      SBTL            4.40
      BFWD            4.40
*** CONT ***
CSHR 3
  0078 12:43 #03 MAR.04'05  REG0001
```

```
MOES  SOUTHWEST  GRILL
      7028 E CHASE PKWY
     MONTGOMERY, AL 36117

TIME  8:01 PM   DATE 02/28/05
TERM# 0000P0S   MER# 000903218060999
TRAN TYPE SALE
#xxxxxxxxxxxxx5008
CARD TYPE AMEX
SEQ #  080
TICKET #  0000031897
AUTH CODE 566046

TOTAL            $2.62


    CUSTOMER COPY
```

```
          03·02·2005
       11 5    1·53
              0·12□
              1·65□
          16·04
     ☐  2    0362
```

```
        7-ELEVEN
      2 PENN CENTER PLAZA
   PHILADELPHIA PA 191021721
         2155611626
        STORE#: 33380
     THANKS FOR SHOPPING AT
          7-ELEVEN

2  Spicy Bg Bte 3/1 OM      3.58T
1  Spicy Bg Bte 3/1 OM      1.79T
1  CokeDiet CF 20z          1.39B
1  00078000089400           1.39B
1  BFSmkdTry&JckChsw/he      3.69B
1  Ontyme Fire SpcyCinn      1.09F

SUBTOTAL                    12.93
SALES TAX ON 1.39           0.10
Stels Tax on 10.45          0.63
Phil Tax ON 10.45           0.10
TOTAL DUE                   13.76
AMEX                     13.76
JR/OE
ACCT#: **********5008
APPROVAL#: 567436    AUTH CODE: 0
APPROVAL TIME: 124429
STORE#: 33380
TERM#:000733380001 06
REF# : 95000 42 042 3
APPROVED

  CUSTOMER AGREES TO PAY THE ABOVE
  TOTAL AMOUNT ACCORDING TO THE CARD
         HOLDERS AGREEMENT

     TRY OUR DELI CENTRAL SANDWICHES
              AND DELICIOUS COFFEE
```

Lek's Railroad Thai
300 B Water Street
Montgomery, AL 36104
334-269-0708

er: Cathy                03/02/2
                            7:1

s: 1

#1007

rr  oli                      9
r Shrimp

otal                         9
                             1

                            10

+2.05TIP
TOTAL $13.00              10.

lance Due                  0.0

*tn. Guest******
*VS PLEASE
*R SERVER

Preamble ESC codes for Rcpt Prnt
MOE'S
      SOUTHWEST GRILL
      7028 East Chase Pkwy
      Montgomery, AL 36117

```
#0187                  IN
1 Queso                .79
-----------------------------------
           SUBTOTAL          .79
           TAXABLE    .79
-----------------------------------
           TAX 1      .08
           TAX TOTL   .08
   AL                  .87
           CASH              .87
         CHECK
     ...des for Rcpt Prt*
```

904

```
        Lek's Railroad Thai
         300 B Water Street
        Montgomery, AL 36104
           334-269-0708

er: Thea                 03/01/2005
ie/3                        7:02 PM
ts: 1
                         #30041

int #: 1

ı Salad                        4.95

  Total                        4.95
                               0.50

  |                            5.4

                               6.0

ange                           0.5
```

*+T.P. $1.00*

*TOTAL 6.45*

```
      *****Attn. Guest*****
        NO CHECKS PLEASE
      PLEASE PAY YOUR SERVER

       --- Check Closed ---
```

La Jolla
8854 East Chase Pkwy,
Montgomery, AL 36117
(334) 396-2000

10.00

70.50

eenville Chevron
38 Fortdale Rd.
Greenville,Al.

ille Chevron
ortdale Rd.    Greenville        Al
)0045179

Cash Receipt

| ry | 1.59ℑ |
| ry | 1.29ℑ |
| ry | 6.29ℑ |
| : - 3    Subtotal | 9.17 |
| Tax | 0.83 |
| al | 10.00 |
| JSDS) | $10.00 |
| :HANGE  DUE | 0.00 |

4e4s1066t1 03/04/05 12:37:37

Thank You
Call  Again

---

Lek's Railroad Thai
300 B Water Street
Montgomery, AL 36104
334-269-0708

er: Thea                    03/01/20
ie/2                        7:00 P
s: 1

#3004

nt #: 1

oli                                   9.
.r Shrimp

otal                                  9.
                                      1.

+TIP 1.60                   10.

TOTAL: 12.55                20.(

nge                         9.0

*****Attn. Guest******
NO CHECKS PLEASE
PLEASE PAY YOUR SERVER

--- Check Closed ---

---

352-2352/1-877-799-STAR
GUEST RECEIPT
ORDER #0100262 REGO1 LADRERA M

Item Recap
1 2/3LB MONSTER

1 2/3LB MON

OTAL   :     TOTAL  TENDER  CHANGE
.59 $  0.50 $  6.09 $  6.09 $  0.00

DRIVE # 1

CREDIT CARD

03/04/2005    12:42 PM

578-1983/1-877-799-STAR
GUEST RECEIPT
ORDER #0500071 REG05 BEVERLY J

Item Recap
    1 LOCARB BOWL

    1 EGG BIS
        ADD SM CZ

    1 SML BEV BAR

    1 LOCARB BOWL          $ 2.99
    1 EGG BIS              $ 1.49
        ADD SM CZ         $ 0.28
    1 SML BEV BAR          $ 1.29

-TOTAL   TAX    TOTAL TENDER CHANG
 5.97 $  0.48 $  6.45 $ 20.00 $ 13.5

HERE  # 1

## SHELL FOOD MART
BOX 396A1 ROUTE 2
EVERGREEN AL 36401
334-578-3767

SHELL                50 128 600017
I-65 & HWY 83              S1R0613
EVERGREEN    AL 36401

| Descr. | qty | amount |
|--------|-----|--------|
| <CUSTOMER COPY> | | |
| REG CR #07 | 28.2636 | 53.11 |
|  | @ 1.879/ G | |
| T GROCERY | 1 | 0.69 |
| T GROCERY | 1 | 1.25 |
| T GROCERY | 1 | 0.99 |
| T SOFT DRINKS | 1 | 0.99 |
| T SOFT DRINKS | 1 | 1.19 |

                    Sub Total    58.22
                         Tax      0.41
        TOTAL            58.63
                    CREDIT $   58.63
XXXX XXXXXX X5008        AMEX
INVOICE: 811331      AUTH #: 540437

## THANK YOU
Please Come Again

REG# 0001 CSH# 003 DR# 01  TRAN# 17747
02/28/05  08:20:13          ST# SFN01

*** DUPLICATE RECEIPT ***

n Street Chevron
ickerson St
umery, AL
0210321

J/05   18:03:49

xxxxxxx5008
ice#    2174982
#        564114

#: 3
491 G @ $ 1.889
/Self  $ 16.12

I      $ 16.12

YOU FOR
ING CHEVRON

**Delta** NOT TRANSFERABLE

TODD/REBECCA

DATE/PLACE OF ISSUE 02MAR05 BOSRES
ISS AGT ID DL/CN CONF NBR 3GM428

ENDORSEMENTS

FARE CALCULATION ATL DL PHL240.93QUPBU DL ATL240.93QUPBU USD481.86END ZP ATLPHL XT US 33.14 ZP 6.40 AY 5.
00 XF 9.00 ATL4.5PHL4.5

USD 481.86
XT 56.54

FORM OF PAYMENT

ORIGINAL FOP VIXXXXXXXXXXXX9314
ORIGINAL TKT 0061194454968

ISSUED IN EXCHANGE FOR
2 0062184696945 6

**Delta** NOT TRANSFERABLE

BREININ/MICHAEL

RECEIPT PAGE 02 OF 02

THIS DOCUMENT EXPIRES 25FEB06
DATE/PLACE OF ISSUE 02MAR05 BOSRES
ISS AGT ID DL/CN CONF NBR 3GM428

ENDORSEMENTS

FARE CALCULATION ATL DL PHL240.93QUPBU DL ATL240.93QUPBU USD481.86END ZP ATLPHL XT US 33.14 ZP 6.40 AY 5.
00 XF 9.00 ATL4.5PHL4.5

USD 481.86
XT 56.54

FORM OF PAYMENT

ORIGINAL FOP XXXX9314
ORIGINAL TKT

ISSUED IN EXCHANGE FOR
2 0062184696042 1

USD538.40
OUI

**CITY OF PHILADELPHIA**
**TAXICAB**

CAB NO. 873 DATE 3.02 TIME A.M. ______ P.M. ______

RECEIVED FROM M ______

PHILADELPHIA INTERNATIONAL AIRPORT

| | |
|---|---|
| FARE | |
| TOLLS | |
| TIP | |
| TOTAL | 60 |

+$3 for tips at hotel to bell hop

TO ______

DRIVER ______

THANK YOU FOR YOUR PATRONAGE!!

# VIOXX EXPENSES

Montgomery, AL
Week of 3/7-11/05

| | | |
|---|---|---|
| HOTEL - 3 rooms<br>(Mike, Margaret, Mary, Holly) | $ | 1,606.56 |
| FOOD | $ | 394.58 |
| GAS | $ | 77.74 |
| **TOTAL EXPENSES** | $ | 2,078.88 |

MILEAGE                                          800 Miles

REPRINT
SHELL          159
WELCOME TO
SHELL #159

03/07/05    08:57
GROCERY     $0.79T
GROCERY     $1.19T
TOTAL       $2.10
CASH        $5.00
TL/NOTAX    $1.98
TAX PD      $0.12
CHANGE      $2.90
RECEIPT NO. 1-0558
V POWER ACTIVELY
CLEANS AS YOU
DRIVE

Lek's Railroad Thai
300 B Water Street
Montgomery, AL 36104
334-269-0708

Server: Thea                    03/08/2005
Holly/1                           7:00 PM
Guests: 1

Reprint #: 1                      #30(

 xed Veg
Stir Shrimp
 Tuna

) Total
 (

 :al

 :h

 nange                      5.00

*****Attn. Guest******
NO CHECKS PLEASE
PLEASE PAY YOUR SERVER

--- Check Closed ---

MEXICAN CAFE
EXPRESS
*********************

REG    2005
TO GO

REF
Ti                $4.99
TAX AMT           $0.4
TAX               $4.99
TAX               $
TOTAL             $5.4
CASH              $20.00
CHANGE            $14.

GRACIAS!!!
COME AGAIN



**Store #075**

6109 US 43 South
Satsuma, AL 36572
(334) 679-6259

QSR Counter

ORIGINAL

Receipt      28291
Type SALE
Destination TO GO
-------------------------------------
Qty Name              Price   Total
-------------------------------------
  1 Chix Filet         3.19    3.19
  1 Bottle Water       1.19    1.19
-------------------------------------
  Subtotal                     4.38
  Sales Tax                    0.39
-------------------------------------
Total                          4.77
-------------------------------------
Received
  Cash                         5.00

  Change Cash                 -0.23
-------------------------------------

 Pos:10 Clerk:384 Store:750020

03/11/2005 13:38:28
----

# KITCHEN CHECK

| Date | Table | Guests | Server | |
|------|-------|--------|--------|---|
| | | | | 047382 |

APPT – SOUP/SAL – ENTREE – VEG/POT – DESSERT – BEV

Taco Salad/sw chk $ 99

25

ORC .85
C 1 50

Lek's Railroad Thai
300 B Water Street
Montgomery, AL 36104
334-269-0708

Server: Thea                      03/10/2005
Holly/1                              6:3
Guests: 1

                                   #300

Reprint #: 1

Mixed Veg                            9
  Stir Shrimp
A1 Tuna                              9

Sub Total                           13
Tax                                  1

Total                               15

Cash                                20

## Change                          4.9

*****Attn. Guest*****  t 93
NO CHECKS PLEASE    Tax
PLEASE PAY YOUR SERVER

--- Check Closed ---    16.00

Herron St Chevron
215 Dickerson
Montgomery, AL

Herron Street Chevro
215 Dickerson St   Montgomery      AL
STN# 00210321

          Cash Receipt

1LT DASANI                 1.29 T
SMORES-KING                 .19

Items:  2    Subtotal       2.48
Sales Tax                    0.25
Total                        2.73

Cash                      $2.73
    CHANGE  DUE           0.00

816532e36s1324t1 03/09/05 17:56:16

YOUR RECEIPT

THANK YOU

03-07-05

01   *6.25 TX 1
01   *0.85 TX 1
01   *1.00 TX 1
      *8.10  ST
      *0.81 TX 1

      *8.91  TL
    *20.01 CA
    *11.10  CG

001-3651
*    7-05

Lek's Railroad Thai
300 B Water Street
Montgomery, AL 36104
334-269-0708

Server: Thea                    03/10/2005
11/1                               6:58 PM
Guests: 1

                               #30004
Reprint #: 1

Broccoli                           9.95
  Stir Shrimp

Sub Total                          9.95
Tax                                1.00

Total                             10.95
        TIP 2.05
Cash    TOTAL 13.00               11.00

Change                            0.05

*****Attn. Guest******
NO CHECKS PLEASE
PLEASE PAY YOUR SERVER

--- Check Closed ---

---

Lek's Railroad Thai
300 B Water Street
Montgomery, AL 36104
334-269-0708

Server: Melissa                 03/07/2005
11/1                               6:29 PM
Guests: 1

                               #30009
Reprint #: 1

Broccoli                           9.95
  Stir Shrimp

Sub Total                          9.95
Tax                                1.00

Total                             10.95
       +2.05 TIP
Cash   TOTAL 13.00               15.00

Change                            4.05

*****Attn. Guest******
NO CHECKS PLEASE
PLEASE PAY YOUR SERVER

--- Check Closed ---

Exhibit D - 117

Lek's Railroad Thai
300 B Water Street
Montgomery, AL 36104
334-269-0708

Server: Thea                    03/08/2005
11/1                                7:17 PM
Guests: 1
                          #30033

Reprint #: 1

Broccoli                            9.95
  Stir Shrimp

Sub Total                           9.95
Tax                                 1.00

Total                              10.95

Cash                +2.05 TIP      20.00
            TOTAL  13.00

Change                              9.05

*****Attn. Guest******
NO CHECKS PLEASE
PLEASE PAY YOUR SERVER

--- Check Closed ---

REPRINT
SHELL           159
WELCOME TO
SHELL #159

03/07/05    08:59
GROCERY     $0.89T
GROCERY     $5.99T
FOUNTAIN    $0.99T
TOTAL       $8.34
CASH       $20.00
TL/NOTAX    $7.87
TAX PD      $0.47
CHANGE     $11.66
RECEIPT NO. 1-0560

V POWER ACTIVELY
CLEANS AS YOU
DRIVE

Herron St Chevron
215 Dickerson
Montgomery, AL

Herron Street Chevro
215 Dickerson St   Montgomery      AL
STN# 00210321

Cash Receipt

20 OZ DT SPR                    1.19T

Items:  1        Subtotal       1.19
Sales Tax                       0.12
Total                           1.31

Cash                           $1.31
   CHANGE DUE                    0.00

816531e36s1324t1 03/09/05 17:55:20

Thank You
Call Again



**Store #075**

6109 US 43 South
Satsuma, AL 365722
(251)679-6260

**Gas Desk**

ORIGINAL

Receipt    889771
Type SALE

| Qty Name | Price | Total |
|---|---|---|
| 1 20ozDtSpriteZeroNRB | 1.29 | 1.29 |
| 1 Deposit Soda Single | 0.00 | 0.00 |
| 1 Hershey 1 Carb Reese | 1.29 | 1.29 |
| 1 6.5ozFrapDoubleShot | 2.29 | 2.29 |
| 1 Pemmican Steak Tips | 4.99 | 4.99 |

| | |
|---|---|
| Subtotal | 9.86 |
| Sales Tax | 0.89 |
| **Total** | **10.75** |

**Received**
Cash                    11.00

Change Cash             -0.25

Pos:1 Clerk:111 Store:750000



CHEVRON
1400 S. CARROLLTON
NEW ORLEANS, LA

Chevron
1400 South Carroll New Orleans    LA
STN# 00108938

Cash Receipt

Supreme        Fuel Ticket #148311
Pump #5     16 049 G @ 2.039   32.72
RED BULL ENE                     1.99*

Items:  2      Subtotal        34.71
Sales Tax 1                      0.18
Sales Tax 2                      0.00
Total                           34.89

Cash(USD$)                    $100.00
    CHANGE DUE                  65.11

412334e37s874t1 03/07/05 06:12:22

ONLY  CHEVRON
HAS   TECHRON

---

Herron St Chevron
215 Dickerson
Montgomery, AL

Herron Street Chevro
215 Dickerson St   Montgomery      AL
STN# 00210321

Cash Receipt

Pump#5 Prepay                  -40.00
Sup Blend      Fuel Ticket #279868
Pump #5    15.607 G @ 2.189   34.16
LANCE SALT P      2 @  0.50    1.00†
PEP BEEF                        5.99†

Items:  5      Subtotal         1.15
Sales Tax                       0.70
Total                           1.85

Cash                            $5.00
   CHANGE DUE                    3.15

818260e38s1328t1 03/18/05 17:38:40   *41.85*

Thank  You
Call  Again    *Total*

---



---

Preamble ESC codes for Rcpt Prnt
MOE'S
        SOUTHWEST GRILL
        7028 East Chase Pkwy
        Montgomery, AL 36117

#0168                    IN
1 Naked Home        5.99
1 Small Btl Water   1.29
-----------------------------------
   SUBTOTAL              7.28
     TAXABLE        7.28
-----------------------------------
     TAX 1           .73
     TAX TOTL        .73
TOTAL                   8.01
        CASH            8.01
Postamble ESC codes for Rcpt PrtANNA      C
SHR 004



Store #075

6109 US 43 South
Satsuma, AL  36572
(334) 679-6259

QSR Counter

ORIGINAL

Receipt    28292
Type SALE
Destination TO GO

| Qty Name | Price | Total |
| --- | --- | --- |
| 1 MD Curly | 1.59 | 1.59 |
| 1 MD Choc Shake | 1.79 | 1.79 |
| 1 Bottle Water | 1.19 | 1.19 |
| Subtotal | | 4.57 |
| Sales Tax | | 0.41 |
| Total | | 4.98 |

Received
  Cash                      5.00

  Change Cash              -0.02

Pos:10 Clerk:384 Store:750020

03/1   ___ __ 40.44



**EMBASSY SUITES**
**H O T E L®**

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055   Fax: (334) 269-0360

Name & Address

RENZE, MARY
. DRAWER H
RESERVE, LA 70084

Room:
Arrival Date: 322/TDBN
Departure Date: 03/07/05 9:56AM
                03/11/05
Adult / Child
Room Rate: 2/0
           $ 119.00

Rate quoted based on arrival date and length of stay. Should you choose to depart early rate is subject to change.   INIT _____

RATE PLAN   L-P19
HH#
AL:
CAR#

Hilton HHonors®
Points & Miles

CONFIRMATION NUMBER : 80234542

03/11/05      PAGE    1

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE:* ☐

GUEST SIGNATURE

X

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 03/07/05 | 1186023 | GUEST ROOM | $119.00 |
| 03/07/05 | 1186023 | LODGING TAX | $14.88 |
| 03/08/05 | 1186422 | MONTGOMERY'S | $9.75 |
| 03/08/05 | 1186519 | GUEST ROOM | $119.00 |
| 03/08/05 | 1186519 | LODGING TAX | $14.88 |
| 03/09/05 | 1187133 | GUEST ROOM | $119.00 |
| 03/09/05 | 1187133 | LODGING TAX | $14.88 |
| 03/10/05 | 1187456 | MONTGOMERY'S | $17.39 |
| 03/10/05 | 1187577 | GUEST ROOM | $119.00 |
| 03/10/05 | 1187577 | LODGING TAX | $14.88 |
| 03/11/05 | 1187783 | AX ***********5008 | ($562.66) |

                          **  BALANCE  **      $0.00

EXPENSE REPORT SUMMARY

| | 03/07/05 | 03/08/05 | 03/09/05 | 03/10/05 | STAY TOTAL |
|------|----------|----------|----------|----------|------------|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $133.88 | $535.52 |
| FOOD & BEVERAGE | $0.00 | $9.75 | $0.00 | $17.39 | $27.14 |
| DAILY TOTAL | $133.88 | $143.63 | $133.88 | $151.27 | $562.66 |

AX ***********5008                    03/07/05        303001      A

LORENZE, MARY                         121074

The Hilton Family







562.66



Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit D - 122

**EMBASSY SUITES**

H O T E L *

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055   Fax: (334) 269-0360

**Name & Address**

EININ, MIKE
). DRAWER H
RESERVE, LA 70084

Room:
Arrival Date: 823/TDBS
Departure Date: 03/07/05 9:55AM
03/11/05
Adult / Child
Room Rate: 2/0
$ 119.00

Rate quoted based on arrival date and length of stay. Should you choose to depart early, rate is
subject to change.   INIT _____

RATE PLAN   L-P19
HH#
AL:  CO  #TU217851
CAR:

Hilton HHonors*
Points&Miles

CONFIRMATION NUMBER : 80234542

03/11/05        PAGE    1

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN YOUR ROOM. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE:* ☐

GUEST SIGNATURE

X

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 03/07/05 | 1185770 | MONTGOMERY'S | $11.25 |
| 03/07/05 | 1185885 | MONTGOMERY'S | $30.00 |
| 03/07/05 | 1186191 | GUEST ROOM | $119.00 |
| 03/07/05 | 1186191 | LODGING TAX | $14.88 |
| 03/08/05 | 1186349 | MONTGOMERY'S | $11.25 |
| 03/08/05 | 1186421 | MONTGOMERY'S | $20.00 |
| 03/08/05 | 1186688 | GUEST ROOM | $119.00 |
| 03/08/05 | 1186688 | LODGING TAX | $14.88 |
| 03/09/05 | 1187019 | MONTGOMERY'S | $13.50 |
| 03/09/05 | 1187302 | GUEST ROOM | $119.00 |
| 03/09/05 | 1187302 | LODGING TAX | $14.88 |
| 03/10/05 | 1187390 | MONTGOMERY'S | $11.25 |
| 03/10/05 | 1187453 | MONTGOMERY'S | $31.00 |
| 03/10/05 | 1187745 | GUEST ROOM | $119.00 |
| 03/10/05 | 1187745 | LODGING TAX | $14.88 |
| 03/11/05 | 1187782 | AX ***********5008 | ($663.77) |

** BALANCE **        $0.00

301620      A

       

Name & Address

BREININ, MIKE
DRAWER H
RESERVE, LA 70084

Room:
Arrival Date: 823/TDBS
Departure Date: 03/07/05 9:55AM
03/11/05
Adult / Child
Room Rate: 2/0
$ 119.00

**EMBASSY SUITES**
**H O T E L®**

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055   Fax: (334) 269-0380

Rate quoted based on arrival date and length of stay. Should you choose to depart early, rate is
subject to change.   INIT _____

RATE PLAN    L-P19
AL:   CO   #TU217851
CAR:

**Hilton HHonors®**
Points & Miles

CONFIRMATION NUMBER :  80234542

03/11/05       PAGE    2

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE:* ☐

GUEST SIGNATURE

X

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|

### EXPENSE REPORT SUMMARY

| | 03/07/05 | 03/08/05 | 03/09/05 | 03/10/05 | STAY TOTAL |
|---|---|---|---|---|---|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $133.88 | $535.52 |
| FOOD & BEVERAGE | $41.25 | $31.25 | $13.50 | $42.25 | $128.25 |
| DAILY TOTAL | $175.13 | $165.13 | $147.38 | $176.13 | $663.77 |

AX ***********5008                        03/10/05            301620      A

BREININ, MIKE                             168096

-663.77



**The Hilton Family**

 Hilton     CONRAD     DOUBLETREE    EMBASSY SUITES HOTELS®     Hampton Inn    Hampton Inn & Suites     Hilton Garden Inn     HOMEWOOD SUITES Hilton    



**EMBASSY SUITES**

**H O T E L®**

Name & Address

TODD, REBECCA
. DRAWER H

RESERVE, LA 70084

Room:
Arrival Date: 234/TDBN
Departure Date: 03/07/05 9:55AM
03/11/05
Adult / Child
Room Rate: 2/0
$ 119.00

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055   Fax: (334) 269-0360

RATE PLAN    L-P19
PH# 814043375 SILVER

Rate quoted based on arrival date and length of stay. Should you choose to depart early, rate is
subject to change.  INIT _____   AL:
CAR:

**Hilton HHonors®**
Points & Miles

CONFIRMATION NUMBER : 80234542

03/11/05       PAGE     1

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY, PLEASE INDICATE YES BY CHECKING HERE:* ☐

**GUEST SIGNATURE**

X

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES LEFT IN THE SAFE DEPOSIT BOX.

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 03/07/05 | 1186001 | GUEST ROOM | $119.00 |
| 03/07/05 | 1186001 | LODGING TAX | $14.88 |
| 03/08/05 | 1186497 | GUEST ROOM | $119.00 |
| 03/08/05 | 1186497 | LODGING TAX | $14.88 |
| 03/09/05 | 1186944 | MONTGOMERY'S | $42.00 |
| 03/09/05 | 1187111 | GUEST ROOM | $119.00 |
| 03/09/05 | 1187111 | LODGING TAX | $14.88 |
| 03/10/05 | 1187454 | MONTGOMERY'S | $8.59 |
| 03/10/05 | 1187555 | GUEST ROOM | $119.00 |
| 03/10/05 | 1187555 | LODGING TAX | $14.88 |
| 03/11/05 | 1187781 | AX ***********5008 | ($586.11) |

**  * * BALANCE * *      $0.00**

EXPENSE REPORT SUMMARY

| | 03/07/05 | 03/08/05 | 03/09/05 | 03/10/05 | STAY TOTAL |
|---|---|---|---|---|---|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $133.88 | $535.52 |
| FOOD & BEVERAGE | $0.00 | $0.00 | $42.00 | $8.59 | $50.59 |
| DAILY TOTAL | $133.88 | $133.88 | $175.88 | $142.47 | $586.11 |

AX ***********5008                      03/07/05           303000      A

TODD, REBECCA                                        146182

TheHiltonFamily

       

586.11

# VIOXX EXPENSES

Montgomery, AL
Week of 3/14-18/05

| | | |
|---|---|---|
| HOTEL - 3 rooms<br>(Rebecca, Mike, Margaret, Mary, Holly, Will) | $ | 1,606.56 |
| FOOD | $ | 638.49 |
| GAS | $ | 52.30 |
| **TOTAL EXPENSES** | $ | 2,297.35 |

MILEAGE                                      800 Miles

Herron Street Chevron
215 Dickerson St
Montgomery, AL
STN 00210321

03/17/05       18:53:53

AMEX
xxxxxxxxxxxxx5006
Invoice#     216078?
Auth#        582117

Pump#1
25.401 G @ $ 2.058
Reg /Se:4     $ 52.30

Total:        $ 52.30


THANK YOU FOR
CHOOSING CHEVRON

DATE   800000995504   TIME
03/14/05    8200  002  17:53:23

677301000073
JASONS DELI #73
1520 EASTERN BLVD #12
MONTGOMERY, AL 36117

CREDIT SALE

BATCH #    149
TRANS #    004
AUTH  #    525748
AMEX ACCOUNT #           EXP DATE
XXXXXXXXXXX5008

SALE AMOUNT              $1.93

I AGREE TO PAY THE ABOVE AMOUNT
ACCORDING TO CARD ISSUER
AGREEMENT
334 409 9890

CUSTOMER COPY


SUBWAY I
77 DEXTER AVE
MONTGOMERY, AL 36104
334-265-1717

BATCH 036
SALES DRAFT
73285001
0102544x000

REF:   0044
CD TYPE: AMEX
TR TYPE: PURCHASE
DATE:  MAR 14 05  17:17:4

TOTAL              $70.27

AP: 584317
NAME: SUB

DATE   800000995504   TIME
03/14/05    8200  001  17:48:09

677301000073
JASONS DELI #73
1520 EASTERN BLVD #12
MONTGOMERY, AL 36117

CREDIT SALE

BATCH #    266
TRANS #    008
AUTH  #    589145
AMEX ACCOUNT #           EXP DATE
XXXXXXXXXXX5008

SALE AMOUNT            $34.06

I AGREE TO PAY THE ABOVE AMOUNT
ACCORDING TO CARD ISSUER
AGREEMENT
334 409 9890

CUSTOMER COPY

Lek's Railroad Thai
300 B Water Street
Montgomery, AL 36104
334-269-0708

Server: Thea                     DOB: 03/15/2005
07:03 PM                              03/15/2005
Holly/1                                 1/10085

Am Ex                              3145763
Card #37289966916XXXX        Exp:0708
Magnetic card present: JRDE
Approval: 589847

Amount:          22.44
+ Tip:          $3.06
= Total:        $25.40

X_____
Approval: 589847

*****Attn. Guest******
NO CHECKS PLEASE
PLEASE PAY YOUR SERVER

******Guest's Copy******

SUBWAY I
22 DEXTER AVE
MONTGOMERY, AL 36134
334-265-1213

BATCH: 038
S A L E S  D-R-A-F-T
73285001
019364436000

REF:    0028
CD TYPE: AMEX
TR TYPE: PURCHASE
DATE:  MAR 15  05  12:52:12

TOTAL           $18.51

AP: 589498
NAME: OF JR

SUBWAY I
22 DEXTER AVE
MONTGOMERY, AL 36104
334-265-1213

BATCH: 037
S A L E S  D-R-A-F-T
285001
019364436000

REF:    0037
CD TYPE: AMEX
TR TYPE: PURCHASE
DATE:  MAR 15  05  13:05:26

TOTAL           $1.74

AP: 521776

Lek's Railroad Thai
300 B Water Street
Montgomery, AL 36104
334-269-0708

Server: Thea                    03/17/2005
Holly/1                           7:07 PM
Guests: 1

#10081

Reprint #: 1

Red Curry Chic                       8.95

Sub Total                            8.95
Tax                                  0.90

Total                                9.85

Cash                                20.00

Change                              10.15

*****Attn. Guest******
NO CHECKS PLEASE
PLEASE PAY YOUR SERVER

--- Check Closed ---

0944-1
Server: SPENCER S              Rec:112
03/16/05 19:47, Swiped   T:   8 Term:  4

OUTBACK STEAKHOUSE #1258
1040 EASTERN BLVD.
MONTGOMERY, AL 36117
(334)270-9495
MERCHANT #:

CARD TYPE        ACCOUNT NUMBER
AMERICAN EXPRES  XXXXXXXXXXXX5008
Name: DE JR
OO TRANSACTION APPROVED
AUTHORIZATION #: 520379
Reference: 0316010100944
TRANS TYPE: Credit Card SALE

CHECK:           59.94

TIP:             10.06

TOTAL:           70.00

SUBWAY I
22 DEXTER AVE
MONTGOMERY, AL 36104
334-265-1213

BATCH:
SALES
73295001
0103644360

REF:   0036
CD TYPE: AMEX
TR TYPE: PURCHASE

TOTAL            65.00

HRT 56459
NAME: DE JR

uplicate Copy***

R WILL PAY CARD ISSUER ABOVE
RSUANT TO CARDHOLDER AGREEMENT



**Store #075**

6109 US 43 South
Satsuma, AL 365722
(251)679-6260

**Gas Desk**

ORIGINAL

Receipt    892159
Type SALE
--------------------------------
                        Price   Total
--------------------------------
Qty Name
--------------------------------
 1 Hot Dog              1.19    1.00
 1 Hot Dog              1.19    1.00
 1 Tornados             1.19    1.19
 1 20zDrPepDtChryVanNRB 1.29    1.29
 1 Deposit Soda Single  0.00    0.00
 1 20z Dt Dr PepperNRB  1.29    1.29
 1 Deposit Soda Single  0.00    0.00
 1 20oz Sobe GreenTea   1.69    1.69
 1 15.2oz Dole Org Jce  1.49    1.49
 1 Kel P/Tart Frosted S 0.89    0.89
 1 Kel P/Tart SS Fr Blu 0.89    0.89
 1 20ozDtSpriteZeroNRB  1.29    1.29
 1 Deposit Soda Single  0.00    0.00
 1 15.2ozTropSB Org Jce 1.49    1.49
 1 Banana Fruit         0.69    0.49
 1 Banana Fruit         0.69    0.50
 1 20oz Hot             1.19    1.19
--------------------------------
                                15.69
Subtotal
Sales Tax                        1.41
--------------------------------
Total                           17.10
--------------------------------
**Received**                    17.10
  AMEX

ACC 3728XXXXXXXXX008  Exp 07/2008 SWIPED
  APPRVD  # 565459
  APP # 565459
Aut. No.: 892159
  REF 0892159
--------------------------------
***** PROMO\COMBO SAVINGS:        0.77*****

Pos:1 Clerk:444 Store:750000

03/14/2005 07:22:00
------

SHELL FOOD MART
BOX 396A1 ROUTE 2
EVERGREEN AL 36401
334-578-3767

SHELL                    50 128 600017
I-65 & HWY 83                    S1R0613
EVERGREEN   AL  36401

| Descr. | qty | amount |
|--------|-----|--------|
| <CUSTOMER COPY> | | |
| T SOFT DRINKS | 1 | 1.19 |
| T SOFT DRINKS | 1 | 0.79 |
| T GROCERY | 1 | 1.19 |
| T SOFT DRINKS | 1 | 0.99 |
| T GROCERY | 1 | 1.00 |
| T CANDY/GUM | 1 | 0.99 |
| T GROCERY | 1 | 0.99 |
| T GROCERY | 1 | 6.09 |
| T GROCERY | 1 | 5.99 |
| T GROCERY | 1 | 0.99 |
| T CANDY/GUM | 1 | 1.19 |
| T CANDY/GUM | 1 | 1.19 |

                    Sub Total    22.59
                         Tax      1.81
        TOTAL        24.40
                    CREDIT $    24.40
XXXX XXXXXX X5008              AMEX
INVOICE: 852145         AUTH #: 502100

THANK YOU
Please Come Again

---

Lek's Railroad Thai
300 B Water Street
Montgomery, AL 36104
334-269-0708

Server: Thea                    03/17/2005
Maggie /1                         8:10 PM
Guests: 1

                              #10091

Reprint #: 1

Broccoli                           9.95
  Stir Shrimp

Sub Total                          9.95
Tax                                1.00

Total                             10.95

Cash          Tip + 2.05          15.00

Change         TOTAL $13.00        4.05

*****Attn. Guest******
NO CHECKS PLEASE
PLEASE PAY YOUR SERVER

--- Check Closed ---



3/17/05
Missing Receipt for
Cracker Barrell
+ 56.90
Paid for w/ Gold
Am Ex.



```
. . . . . . . . . . . . . . . . . . . . . . . . .
      K.F.C. #L747-019
        RR2 BOX 396A2
    EVERGREEN, AL 36401
        251-578-9910
         CT-4424701

      C   O   P   Y
     03/18/2005  12:58
    Sale:

Transaction #            7
Card Type:            AMEX
Acc:       ************5008
Entry:             Swiped
Total:            13.24

Reference No.:   00000007
Auth.Code:         561857
Respon.          APPROVED
```



**EMBASSY SUITES**
**HOTEL**®

Name & Address

WOOD, REBECCA
). DRAWER H
RESERVE, LA 70084

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055   Fax: (334) 269-0360

Room:
Arrival Date: 634/TDBN
Departure Date: 03/14/05 9:47AM
03/18/05

Adult / Child
Room Rate: 1/0
$ 119.00

Hilton HHonors™
Points & Miles®

Rate quoted based on arrival date and length of stay. Should your departure date change, the rate is
subject to change.   INIT _____

RATE PLAN   L-P19
HH# 91204337S SILVER
AL:  CO  #TU217851
CAR:

CONFIRMATION NUMBER : 80234542

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE* ☐

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES LEFT IN THE SAFE DEPOSIT BOX.

GUEST SIGNATURE

X

03/18/05      PAGE      1

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 03/14/05 | 1189430 | MONTGOMERY'S | $11.25 |
| 03/14/05 | 1189762 | GUEST ROOM | $119.00 |
| 03/14/05 | 1189762 | LODGING TAX | $14.88 |
| 03/15/05 | 1190001 | MONTGOMERY'S | $21.50 |
| 03/15/05 | 1190385 | GUEST ROOM | $119.00 |
| 03/15/05 | 1190385 | LODGING TAX | $14.88 |
| 03/16/05 | 1190868 | MONTGOMERY'S | $26.09 |
| 03/16/05 | 1191148 | GUEST ROOM | $119.00 |
| 03/16/05 | 1191148 | LODGING TAX | $14.88 |
| 03/17/05 | 1191503 | MONTGOMERY'S | $42.00 |
| 03/17/05 | 1191840 | GUEST ROOM | $119.00 |
| 03/17/05 | 1191840 | LODGING TAX | $14.88 |
| 03/18/05 | 1191983 | MC ************1113 | ($636.36) |

**  BALANCE  **        $0.00

304085      A

The Hilton Family

       

Reservations: www.embassysuites.com or 1-800-EMBASSY      Exhibit D - 133



**EMBASSY SUITES**

**H O T E L ®**

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055    Fax: (334) 269-0360

Name & Address

ODD, REBECCA
J. DRAWER H
RESERVE, LA 70084

Room:
Arrival Date: 634/TDBN
Departure Date: 03/14/05 9:47AM
03/18/05
Adult / Child
Room Rate: 1/0
$ 119.00

Rate quoted based on arrival date and length of stay. Should you change your departure date the rate is
subject to change.  INIT _____

RATE PLAN   L-P19
HH# 914043375 SILVER
AL:  CO  #TU217851
CAR:

Hilton HHonors®
Points & Miles®

CONFIRMATION NUMBER : 80234542

03/18/05      PAGE   2

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE:* ☐

**GUEST SIGNATURE**

X

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|

### EXPENSE REPORT SUMMARY

|  | 03/14/05 | 03/15/05 | 03/16/05 | 03/17/05 | STAY TOTAL |
|---|---------|---------|---------|---------|-----------|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $133.88 | $535.52 |
| FOOD & BEVERAGE | $11.25 | $21.50 | $26.09 | $42.00 | $100.84 |
| DAILY TOTAL | $145.13 | $155.38 | $159.97 | $175.88 | $636.36 |

*Hilton HHonors (R) stays post to your account within 72 hours of checkout.  To check your earnings for this stay or any other stay at more than 2,700 hotels worldwide visit www.hiltonhhonors.com*

*Thank you for staying with us.  Be sure to visit embassysuites.com for information on your next business or leisure stay, reservations or subscribe to E-nnouncements e-newsletter with news and offers.*

MC ************1113                      03/14/05        304085      A

TODD, REBECCA                            14616

The **Hilton** Family

                  636.36    

Reservations: www.embassysuites.com or 1-800-EMBASSY



**EMBASSY SUITES**

**H O T E L®**

Name & Address

ODD, REBECCA
D. DRAWER H

RESERVE, LA 70084

Room:
Arrival Date: 307/TDBN
Departure Date: 03/14/05 5:14PM
                03/18/05
Adult / Child
Room Rate: 2/0
$ 119.00

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055   Fax: (334) 269-0360

**Hilton HHonors®**
*Points & Miles*

Rate quoted based on arrival date and length of stay. Should the dates or length of stay change, the rate is
subject to change.   INIT _____

RATE PLAN  L-P19
HH# 609793379 BLUE
AL:  CO  #TU217851
CAR:

CONFIRMATION NUMBER : 80234542

03/18/05      PAGE    1

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL
ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE
RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS
OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO
BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE
CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT
OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR*
*SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A*
*PHYSICAL DISABILITY, PLEASE INDICATE YES BY CHECKING HERE* ☐
A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

GUEST SIGNATURE

X

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 03/14/05 | 1189529 | MONTGOMERY'S | $28.65 |
| 03/14/05 | 1189560 | MONTGOMERY'S | $5.45 |
| 03/14/05 | 1189633 | GUEST ROOM | $119.00 |
| 03/14/05 | 1189633 | LODGING TAX | $14.88 |
| 03/15/05 | 1189988 | MONTGOMERY'S | $11.00 |
| 03/15/05 | 1189999 | MONTGOMERY'S | $9.25 |
| 03/15/05 | 1190102 | MONTGOMERY'S | $11.85 |
| 03/15/05 | 1190119 | MONTGOMERY'S | $8.75 |
| 03/15/05 | 1190260 | GUEST ROOM | $119.00 |
| 03/15/05 | 1190260 | LODGING TAX | $14.88 |
| 03/16/05 | 1190736 | MONTGOMERY'S | $11.00 |
| 03/16/05 | 1191010 | GUEST ROOM | $119.00 |
| 03/16/05 | 1191010 | LODGING TAX | $14.88 |
| 03/17/05 | 1191595 | MONTGOMERY'S | $63.68 |
| 03/17/05 | 1191693 | GUEST ROOM | $119.00 |
| 03/17/05 | 1191693 | LODGING TAX | $14.88 |
| 03/18/05 | 1191984 | AX ***********5008 | ($685.15) |

* * BALANCE * *          $0.00

301621     A

The**Hilton**Family

       

Reservations: www.embassysuites.com or 1-800-EMBASSY   Exhibit D - 135



**EMBASSY SUITES**

**HOTEL®**

Name & Address

DD, REBECCA
. DRAWER H

RESERVE, LA 70084

Room:
Arrival Date: 307/TDBN
Departure Date: 03/14/05 5:14PM
03/18/05
Adult / Child
Room Rate: 2/0
$ 119.00

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055    Fax: (334) 269-0360

Hilton HHonors®
Points & Miles

Rate quoted based on arrival date and length of stay. Should you wish to depart early, rate is subject to change.    INIT _____

RATE PLAN L-P19
HH# 609753375 BLUE
AL:  CO  #TU217851
CAR:

Hilton HHonors®
Points & Miles

CONFIRMATION NUMBER : 80234542

03/18/05        PAGE    2

| | GUEST SIGNATURE |
|---|---|
| IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE* ☐ | X |
| A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX. | |

| DATE | REFERENCE | DESCRIPTION | | | | AMOUNT |
|---|---|---|---|---|---|---|

### EXPENSE REPORT SUMMARY

| | 03/14/05 | 03/15/05 | 03/16/05 | 03/17/05 | STAY TOTAL |
|---|---|---|---|---|---|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $133.88 | $535.52 |
| FOOD & BEVERAGE | $34.10 | $40.85 | $11.00 | $63.68 | $149.63 |
| DAILY TOTAL | $167.98 | $174.73 | $144.88 | $197.56 | $685.15 |

AX ***********5008                           03/17/05        301621    A

TODD, REBECCA                                 165038

TheHilton Family

      685.15  

Reservations: www.embassysuites.com or 1-800-EMBASSY    Exhibit D - 136

Name & Address

DD, REBECCA
D. DRAWER H

RESERVE, LA 70084

Room:
Arrival Date: 621/TDBN
Departure Date: 03/14/05 9:48AM
03/18/05
Adult / Child
Room Rate: 1/0
$ 119.00

**E M B A S S Y   S U I T E S**
**H O T E L®**

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055    Fax: (334) 269-0360

Rate quoted based on arrival date and length of stay. Should your departure date or departure rate is
subject to change.  INIT _____

RATE PLAN  L-P19
HH# 609753408 BLUE
AL:  CO  #TU217851
CAR:

Hilton HHonors®
Points & Miles

CONFIRMATION NUMBER : 80234542

03/18/05     PAGE     1

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL
ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE
RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS
OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO
BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE
CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT
OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR
SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A
PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE:* ☐

| GUEST SIGNATURE |
| X |

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 03/14/05 | 1189524 | MONTGOMERY'S | $12.00 |
| 03/14/05 | 1189749 | GUEST ROOM | $119.00 |
| 03/14/05 | 1189749 | LODGING TAX | $14.88 |
| 03/15/05 | 1190372 | GUEST ROOM | $119.00 |
| 03/15/05 | 1190372 | LODGING TAX | $14.88 |
| 03/16/05 | 1190859 | MONTGOMERY'S | $9.75 |
| 03/16/05 | 1190867 | MONTGOMERY'S | $26.00 |
| 03/16/05 | 1191136 | GUEST ROOM | $119.00 |
| 03/16/05 | 1191136 | LODGING TAX | $14.88 |
| 03/17/05 | 1191570 | MONTGOMERY'S | $17.39 |
| 03/17/05 | 1191826 | GUEST ROOM | $119.00 |
| 03/17/05 | 1191826 | LODGING TAX | $14.88 |
| 03/18/05 | 1191985 | MC ************1113 | ($600.66) |

* * BALANCE * *          $0.00

304086     A

**The Hilton Family**

       

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit D - 137

Name & Address

TODD, REBECCA
J. DRAWER H

RESERVE, LA 70084

Room:
Arrival Date: 621/TDBN
Departure Date: 03/14/05 9:48AM
03/18/05
Adult / Child
Room Rate: 1/0
$ 119.00

**EMBASSY SUITES**
**H O T E L ®**

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055  Fax: (334) 269-0360

Rate quoted based on arrival date and length of stay. Should the dates or length of stay be
subject to change.   INIT _____

RATE PLAN   L-P19
HH# 608753408 BLUE
AL:  CO  #TU217851
CAR:

**Hilton HHonors**®
Points & Miles

CONFIRMATION NUMBER : 80234542

03/18/05        PAGE    2

GUEST SIGNATURE

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY, PLEASE INDICATE YES BY CHECKING HERE:* ☐

X

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

DATE        REFERENCE        DESCRIPTION                                           AMOUNT

EXPENSE REPORT SUMMARY

|  | 03/14/05 | 03/15/05 | 03/16/05 | 03/17/05 | STAY TOTAL |
|---|---|---|---|---|---|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $133.88 | $535.52 |
| FOOD & BEVERAGE | $12.00 | $0.00 | $35.75 | $17.39 | $65.14 |
| DAILY TOTAL | $145.88 | $133.88 | $169.63 | $151.27 | $600.66 |

MC  ************1113                          03/14/05              304086      A

TODD, REBECCA                                          214616

The Hilton Family

       

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit D - 138

# VIOXX EXPENSES
Montgomery, AL
Week of 3/21-24/05


| | | |
|---|---|---|
| HOTEL - 3 rooms<br>(Rebecca, Mike, Margaret, Mary, Holly, Will) | $ | 1,204.92 |
| FOOD | $ | 564.06 |
| GAS | $ | 106.52 |
| **TOTAL EXPENSES** | $ | 1,875.50 |


MILEAGE                                        800 Miles

```
**** ****** *5008    AMEX      03/24/05
DE JR                    INVOICE 131659
01-2870 AUTH 00-584722   REF 95000120220
00031896033-09    MCINTYRE TRAVEL CENT
I 65 SOUTH @ HWY 8  EVERGREEN      AL

  GROC                        5.99
  SODA                        2.28
        TAX    0.66 Total   $8.93
CUSTOMER COPY
```

```
      Lek's Railroad Thai
      300.B Water Street
      Montgomery, AL 36104
         334-269-0706
Server: Cathy        DOB: 03/22/2
08:47 PM                   03/22/2
12/1                          1/10

Am Ex                      2097
Card #37289966916XXXX      Exp:0
Magnetic card present: JRDE
Approval: 583721

        Amount:        113.14

  + Included Gratuity:      22.63

    + Additional Tip: _____

          = Total:   135.77
                    _____

X_____
Approval: 583721

      *****Attn. Guest******
        NO CHECKS PLEASE
      PLEASE PAY YOUR SERVER

      ******Guest's Copy******
```

```
. . . . . . . . . . . . . . . . . . . . . . . .
       SUBWAY #27232
     ROUTE 2 BOX 389-2
   EVERGREEN AL 36401-9803
        251-578-3600

        C O P Y
    03/24/2005  14:59:06
   Sale:

   Transaction #          9
   Card Type:          AMEX
   Acc:      ***********5008
   Entry:            Swiped
   Total:          14.44

   Device ID:          2426
   Auth.Code:        549700
   Respon. AUTH/TKT  549700
   Merchant number ***12426


        CUSTOMER COPY

    NO SIGNATURE UNDER $25
        SWIPE N GO
```

```
MOES 'SOUTHWEST  GRILL
      7028 E CHASE PKWY
     MONTGOMERY, AL 36117

TIME   7:47 PM    DATE 03/21/05
TERM# 00000P0S    MER# 000903218060999
TRAN TYPE SALE
#xxxxxxxxxxxxx5008
CARD TYPE AMEX
SEQ #   100
TICKET #  0000034817
AUTH CODE 521578

TOTAL                  $1.42
```

SUBWAY I
22 DEXTER AVE
MONTGOMERY, AL 36104
334-265-1213

BATCH: 043
S-A-L-E-S  D-R-A-F-T
22205001
010364430000

REF:
CD TYPE
IF TYPE: PURCHASE
DATE:      MAR ... 05  17:01:02

TOTAL            $17.51

AP: 522695
NAME: DE JR

CARDHOLDER ...
AND/OR SERVICES ...
TOTAL SHOWN ...
THE OBLIGATION ...
CARDHOLDER ...

MOES 'SOUTHWEST  GRILL
7028 E CHASE PKWY
MONTGOMERY, AL 36117

TIME   7:31 PM    DATE 03/21/05
TERM# 00000P0S    MER# 000903218060999
TRAN TYPE SALE
#xxxxxxxxxxxxx5008
CARD TYPE AMEX
SEQ #   091
TICKET #  0000034907
AUTH CODE 588991

TOTAL                $20.30

... JEFFERSON ST
MONTGOMERY     ALABAMA 36104
(334) 834-6460

... 03/21/05
... 3:06 PM
...
...
...

...
...
...
...

...

...

... the above total amount
of ... this is the card issuer agreement.

SIGN ONE COPY
KEEP ONE COPY

SUBWAY I
22 DEXTER AVE
MONTGOMERY  AL  36104
334-265-1713

BATCH: 041
S A I C : D-R-A-F-!
73205001
01036443600U

REF:   3893
CD TYPE: AMEX
TR TYPE: PURCHASE
DATE:*  MAR 21, 05  12:42:28

TOTAL            $15.33

ACCT: 372899669165008      EXP: 07/06
AP: 527047
NAME: DE JR

CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICES IN THE AMOUNT OF THE
TOTAL SHOWN HEREON AND AGREES TO PERFORM
THE OBLIGATIONS SET FORTH BY THE
CARDMEMBER'S AGREEMENT WITH THE ISSUER

---

COMPAC 502
9440 GRAND BAY
GRAND BAY  AL  36541
251-865-6811

| Descr. | qty | amount |
|--------|-----|--------|
| <CUSTOMER COPY> | | |
| T  DASANI WATER 20 | 1 | 1.19 |
| T  20 OZ DR. PEPPER | 1 | 1.19 |
| T  DASANI WATER 1 L | 2 | 2.58 |
| T  JACK LINK ORIG B | 1 | 5.99 |
| T  MIXED EACH | 2 | 1.38 |
| T  RED BULL ENERGY | 1 | 1.99 |
| T  20 OZ DR. PEPPER | 1 | 1.19 |
| T  JACK LINK TYSON | 1 | 5.99 |
| T  20 OZ SPRITE DIE | 1 | 1.19 |
| T  16 OZ COFFEE CUP | 2 | 1.98 |
| T  PEMMICAN STK TIP | 1 | 4.99 |

|  | | |
|--|--|--|
| Sub Total | | 29.66 |
| Tax | | 1.63 |
| TOTAL | | 31.29 |
| CREDIT | $ | 31.29 |

XXXXXXXXXXXX5008            E/AMEX

Stn# 00205101   005
Inv# 0187817
Auth# 521456

THANKS,COME AGAIN
THANK YOU PLEASE
***COME AGAIN***
REG# 0002 CSH# 005 DR# 01  TRAN# 21225
05/21/05  06:40:41         ST# 502

HERE # 1

SUB-TOTAL  TAX       TOTAL      CHANGE
$ 2.69 $ 0.15   $ 2.69 $ 0.00 $ 0.16

2.69

Exhibit D - 142

MCINTYRE TRAVEL CT
RT 2 BOX 390 HWY83
EVERGREEN, AL.36401

MCINTYRE TRAVEL CENT
I 65 SOUTH @ HWY 8
EVERGREEN        AL
DLR# 00031896033

03/24/05      13:07:31
AMEX              ACCT#
**** ****** *5008
RCP.# 7-0230
INV# 130720
P.# 96000120202
AUTH# 0R APPR 581405

PUMP# 5           SELF
UNLEAD        25.358G
PRICE/GAL      $2.169
FUEL TOTAL     $55.00
TOTAL          $55.00

THANK YOU!!!
WE APPRECIATE
YOUR BUSINESS!!!



STEAK-OUT CARTER HIL
2930 CARTER HILL RD
MONTGOMERY, AL 36106

REF# 0008
CO TYPE: AMEX
TR TYPE: MAIL/PHONE

AMOUNT        $47.36*

TIP            $6.00

TOTAL         $53.36

ACCT:    5008   EXP:

CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICES IN THE AMOUNT OF THE
TOTAL SHOWN HEREON AND AGREES TO PERFORM
THE OBLIGATIONS SET FORTH BY THE
CARDMEMBER'S AGREEMENT WITH THE ISSUER

Shell V-Power.
Actively cleans
as you drive

Invoice #  0084368
Date        03/21/05
Time        04:24AM
Auth #     00547046

JR/DE

Pump  Gallons  Price
07    25.773   $1.999

Product         Amount
 Unleaded       $51.52

Total Sale      $51.52

   Shell V-Power,
 our most advanced
   fuel ever.

**EMBASSY SUITES**

**H O T E L®**

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055   Fax: (334) 269-0360

**Hilton HHonors®**
Points & Miles

Name & Address

TODD, REBECCA
O. DRAWER H

RESERVE, LA 70084

Room:
Arrival Date: 307/TDBN
Departure Date: 03/21/05
03/24/05 6:38AM
Adult / Child
Room Rate: 2/0
$ 119.00

Rate quoted based on arrival date and length of stay. Should you change your departure date, your rate is subject to change.   INIT _____

RATE PLAN   L-P19
HH# 609753408 GOLD
AL:  CO  #TU217851
CAR:

CONFIRMATION NUMBER : 80234542

03/24/05      PAGE      1

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION, FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE* ☐

GUEST SIGNATURE

X

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 03/21/05 | 1193854 | GUEST ROOM | $119.00 |
| 03/21/05 | 1193854 | LODGING TAX | $14.88 |
| 03/22/05 | 1194183 | GUEST ROOM | $119.00 |
| 03/22/05 | 1194183 | LODGING TAX | $14.88 |
| 03/23/05 | 1194460 | MONTGOMERY'S | $19.43 |
| 03/23/05 | 1194469 | MONTGOMERY'S | $78.00 |
| 03/23/05 | 1194558 | GUEST ROOM | $119.00 |
| 03/23/05 | 1194558 | LODGING TAX | $14.88 |
| 03/24/05 | 1194690 | AX ***********5008 | ($499.07) |

**BALANCE** $0.00

EXPENSE REPORT SUMMARY

| | 03/21/05 | 03/22/05 | 03/23/05 | STAY TOTAL |
|---|---------|---------|---------|-----------|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $401.64 |
| FOOD & BEVERAGE | $0.00 | $0.00 | $97.43 | $97.43 |
| DAILY TOTAL | $133.88 | $133.88 | $231.31 | $499.07 |

*Hilton HHonors (R) stays post to your account within 72 hours of checkout. To check your earnings for this stay or any other stay at more than 2,700 hotels worldwide visit www.hiltonhhonors.com*

AX ***********5008                         03/21/05          305013      A

TODD, REBECCA                              569046

The Hilton Family

       

Hilton   CONRAD   DOUBLETREE   EMBASSY SUITES HOTELS   Hampton Inn   Hampton Inn & Suites   Hilton Garden Inn   HOMEWOOD SUITES Hilton

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit D - 144



**EMBASSY SUITES**

**H O T E L ®**

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055    Fax: (334) 269-0360

Hilton HHonors®
Points & Miles

Name & Address

OD, REBECCA
. DRAWER H
RESERVE, LA 70084

Room:
Arrival Date: 407/TDBN
Departure Date: 03/21/05 9:30AM
03/24/05 6:49AM
Adult / Child
Room Rate: 1/0
$ 119.00

Rate quoted based on arrival date and length of stay. Should you need to change your date or length of stay, the rate is subject to change. INIT _____

RATE PLAN    I-P19
HH# 609753408 SILVER
AL:   CO  #TU217851
CAR:

CONFIRMATION NUMBER : 80234542

03/24/05        PAGE      1

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE:* ☐

| GUEST SIGNATURE |
| X |

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 03/21/05 | 1193788 | MONTGOMERY'S | $9.75 |
| 03/21/05 | 1193879 | GUEST ROOM | $119.00 |
| 03/21/05 | 1193879 | LODGING TAX | $14.88 |
| 03/22/05 | 1194209 | GUEST ROOM | $119.00 |
| 03/22/05 | 1194209 | LODGING TAX | $14.88 |
| 03/23/05 | 1194453 | MONTGOMERY'S | $25.00 |
| 03/23/05 | 1194464 | MONTGOMERY'S | $17.39 |
| 03/23/05 | 1194578 | GUEST ROOM | $119.00 |
| 03/23/05 | 1194578 | LODGING TAX | $14.88 |
| 3/24/05 | 1194695 | AX ***********5008 | ($453.78) |

* * BALANCE * *        $0.00

EXPENSE REPORT SUMMARY

|  | 03/21/05 | 03/22/05 | 03/23/05 | STAY TOTAL |
|--|----------|----------|----------|------------|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $401.64 |
| FOOD & BEVERAGE | $9.75 | $0.00 | $42.39 | $52.14 |
| DAILY TOTAL | $143.63 | $133.88 | $176.27 | $453.78 |

AX ***********5008                    03/21/05        305012      A

TODD, REBECCA                         541883

The Hilton Family

              

Reservations: www.embassysuites.com or 1-800-EMBASSY    Exhibit D - 145



**EMBASSY SUITES**
**HOTEL®**

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055    Fax: (334) 269-0360

Name & Address

TODD, REBECCA
D. DRAWER H
RESERVE, LA 70084

Room:
Arrival Date: 334/TDBN
Departure Date: 03/21/05 9:31AM
03/24/05 6:49AM
Adult / Child
Room Rate: 1/0
$ 119.00

Rate quoted based on arrival date and length of stay. Should you change your departure date, rate is
subject to change.  INIT _____

RATE PLAN  L-P19
HH# 914043375 SILVER
AL:  CO  #TU217851
CAR:

Hilton HHonors®
Points & Miles

CONFIRMATION NUMBER : 80234542

03/24/05      PAGE    1

| | IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE* ☐ | GUEST SIGNATURE |
| --- | --- |
| | X |
| A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX. | |

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
| --- | --- | --- | --- |
| 03/21/05 | 1193731 | MONTGOMERY'S | $22.00 |
| 03/21/05 | 1193806 | MONTGOMERY'S | $58.34 |
| 03/21/05 | 1193877 | GUEST ROOM | $119.00 |
| 03/21/05 | 1193877 | LODGING TAX | $14.88 |
| 03/22/05 | 1194206 | GUEST ROOM | $119.00 |
| 03/22/05 | 1194206 | LODGING TAX | $14.88 |
| 03/23/05 | 1194390 | MONTGOMERY'S | $22.00 |
| 03/23/05 | 1194576 | GUEST ROOM | $119.00 |
| 03/23/05 | 1194576 | LODGING TAX | $14.88 |
| 03/24/05 | 1194696 | AX ***********5008 | ($503.98) |

** BALANCE **      $0.00

EXPENSE REPORT SUMMARY

| | 03/21/05 | 03/22/05 | 03/23/05 | STAY TOTAL |
| --- | --- | --- | --- | --- |
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $401.64 |
| FOOD & BEVERAGE | $80.34 | $0.00 | $22.00 | $102.34 |
| DAILY TOTAL | $214.22 | $133.88 | $155.88 | $503.98 |

AX ***********5008                          03/21/05         301622      A

TODD, REBECCA                                               543641

The Hilton Family







503.98



Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit D - 146

# VIOXX EXPENSES

Montgomery, AL
Week of 3/28-4/1/05

| | | |
|---|---|---|
| HOTEL - 3 rooms<br>(Rebecca, Mike, Mary, Holly, Will) | $ | 1,606.56 |
| FOOD | $ | 571.20 |
| GAS | $ | 82.46 |
| **TOTAL EXPENSES** | $ | 2,260.22 |

MILEAGE                                    800 Miles

```
          SUBWAY I
          ZZ DEXTER AVE
     MONTGOMERY   AL  36130.
          334-265 1.13

           BATCH: 048
         S A L E S   D R A F T
             /2/95001
           01036444.6000

!     0036
TYPE: AME
TYPE: PUR
:!    98+

ITAL            $2.11

: 37/89466316500(       +.3(.4
 527449
.T DE JR

THEREBY ACKNOWLEDGE RECEIPT OF GOOD
AND/OR SERVICES IN THE AMOUNT OF THE
TOTAL SHOWN HEREON, AND AGREE TO PAY
THE OBLIGATIONS SET FORTH BY THE
CARDHOLDER'S AGREEMENT WITH THE

          CUSTOMER COPY
```

Lek's Railroad Thai
300 B Water Street
Montgomery, AL 36104
334-269-0708

er: Cathy                     03/30/:
:/                              7:3!
:s: 1

#101

i Veg                            $
ir Shrimp

n iotal                          1.

10

15

ange                           4.C

*****Attn. Guest*****·
NO CHECKS PLEASE
PLEASE PAY YOUR SERVER

--- Check Closed ---

**INTERSTATE CHEVRON**
7501 WASHINGTON AVE.
OCEAN SPRINGS,MS 39564
601-872-1955
INTERSTATE CHEVRON
7501 WASHINGTON AV
OCEANSPRINGS   MS

| Descr. | qty | amount |
|--------|-----|--------|
| <CUSTOMER COPY> | | |
| T  GROCERY | 1 | 1.39 |
| T  GROCERY | 1 | 0.79 |
| | Sub Total | 2.18 |
| | Tax | 0.15 |
| **TOTAL** | | **2.33** |
| | CREDIT $ | 2.33 |

XXXXXXXXXXXX5008              E/AMEX
BE JR
Strn# 00301298   007
Inv# 9813303
Auth# 541191

**THANK YOU**
Please Come Again
REG# 0002 CSH# 007 DR# 01   TRAN# 23198
03/28/05  06:21:43            ST#   31

3/31/05
Tip to driver
from hotel to
drive us to work
in rain. $3

4/1/05
Tip for driver
from hotel to
drive us to/from
work in rain
$6

Exhibit D - 149

General Manager  Todd Lee
Montgomery, Al  35117
(334) 273-7427
Date:        Mar28'05 06:55PM
Card Type:   Amex
Acct #:      XXXXXXXXXXX5008
Exp Date:    07/08
Auth Code:   502598
Check:       7188
Table:       101/1
Server:      112 Craig L
             DE JR

Subtotal:        45.86

Tip: _____ 8.00

Total: _____ 53.86

_____

Signature
I agree to pay above total
according to my card issuer
agreement.

* * * * Customer Copy * * * *



TARGET
EXPECT MORE. PAY LESS.

03/28/2005
RECEIPT EXPIRES

A receipt dated within 90 days is
required for ALL returns & exchanges
Giving a gift?  Include a gift receipt

203300722    DE GI DR PEP    FT    4.19
203300709    MT DR PEPPER    FT    4.19
                  SUBTOTAL         8.38
T = AL TAX 10.0000%    M    .84
                  TOTAL          9.22

*5008 AMEX CHARGE        9.22

RECEIPT ID# 2-5087-1825-0082-6862-6
VCD#755256554      1M#****2817

Save ALL Receipts

---

98
er: ANDREA C                Rec. 104
0/05 20:31, Swiped    T: 304 Term:

FISH GRILL #725D
EASTCHASE PARKWAY
GOMERY, AL 36117
)396-1770
HANT #:

TYPE        ACCOUNT NUMBER
ICAN EXPRES  XXXXXXXXXXXX5008
: DE JR
RANSACTION APPROVED
ORIZATION #: 504681
rence: 0330020000098
S TYPE: Credit Card SALE

CHECK:          49.4

): _____ 8.00

TAL: _____ 57.47

: (    )
OLDER WILL PAY CARD ISSUER ABOVE
T PURSUANT TO CARDHOLDER AGREEMEN
opy -> customer

Welcome to Burger King 5238

298

11:05

LVM ........... 3.79
1 Angus BC R ............. 1.80
No
Bun
1 Med Fry
1 COKE R
LVM ........... .79
1 Whopper
No  WITH FOOD PURCHASE.
MAYO SEE DETAILS ON BACK.
No  VER DETALLES AL DORSO.

1 Med/Fry
1 COKE R

WITH FOOD PURCHASE.
SEE DETAILS ON BACK.
VER DETALLES AL DORSO.

************************************
Customer Copy
************************************

Montgomery, Greening
12 N. Jefferson St.
MONTGUMERY, ...
(334) ...

te:
me:
a

tion          tal is 44.2

rd Type:        AMEX
rd No:          ************5006
pires:          07/08
pr Code:        54567

rchase:         45.21

ip:             8.00

tal:            $ 53.21

ree to pay the above total amount
rding to the card issuer agreemen

McDonald's Corporation
ank you for eating at McDonald's

7501 WASHINGTON AVE
OCEAN SPRINGS, MS 39564

THANK YOU

TEL#    2288757824

:S#03   **S#1**   Mar.28'05(Mon)06:24
:# 3887   SEQ# 0287
KB28498524001

## der #313        TO GO

AC EGG CH BAGEL              2.45
1 W/OUT  BACON
  W/OUT  BUTTER
 BURRITO ML                 3.90
ED DIET COKE                1.20
60Z ORANGE JUICE            1.40

 TOTAL                      8.95
E OUT TAX                   0.63
                           ------
                            9.58

..IUNT TENDERED             9.58
.NGE                        0.00

INSACTION TOTAL AMOUNT      9.58

:0 ISSUER    ACCOUNT #    EXP DATI
.EXP. SALE   **********5008   07/0(

AUTHORIZATION CODE – 509426

**INTERSTATE CHEVRON**
7501 WASHINGTON AVE.
OCEAN SPRINGS,MS 39564
601-872-1955
INTERSTATE CHEVRON
7501 WASHINGTON AV
OCEANSPRINGS   MS

| Descr. | qty | amount |
| --- | --- | --- |
| <CUSTOMER COPY> | | |
| T  GROCERY | 1 | 1.19 |
| T  GROCERY | 1 | 4.79 |
| T  GROCERY | 1 | 0.99 |

                  Sub Total    6.97
                       Tax     0.49
      **TOTAL**        **7.46**
              CREDIT $   7.46
XXXXXXXXXXX5008           E/AMEX
DE JR
Stn# 00301298   007
Inv# 9813305
Auth# 540755

**THANK YOU**
Please Come Again
REG# 0002 CSH# 007 DR# 01  TRAN# 23201
03/28/05  06:23:47          ST#   31

**EXXON EXPRESS PAY**

XON LION'SPRIDE
)95 VAUGHN RD
NTGOMERY,AL36117

R# 4234373
UNTRY CONVEN
NTGOME              AL
./31/05        21:28
                ACCT#
·XXXXXXXXX5008 500
·.V# HLA5680
·TH# 500252
·1P# 3
·;              24.519G
·.F
·ICE/GAL    $2.139
·EL TOTAL   $52.45

·AL        $52.45

....INK YOU AND
COME AGAIN!!!

-THANK YOU-

SUBWAY I
77 DEXTER AVE
MONTGOMERY   AL 36104
334-265-1213

BATCH: 046
S A L E S  D R A F T
73285001
01036443600

REF:   0023
ID  WE-SHEN
4     SURCHARGE
       MAR 28, 05

TOTAL          $7.44

AP: 56411
NAME: SE JR

CUSTOMER

WELCOME
INTERSTATE CHEVR

;tn# 00301298
·MEX
·R/DE
·NV # 9813302

·UTH # 564380
·ATE 03/28/05   06
·UMP # 05
·RODUCT: REGUNL
·ALLONS:        14.
·RICE/G:   $   2.
·UEL   SALE   $ 36
·PPROVAL # 564386

THANK YOU
HAVE A NICE DAY

EVERGREEN AL 36401-9803
251-578-3600

C O P Y
04/01/2005   14:58:25
Sale:

Transaction #        6
Card Type:        AMEX
Acc:     ***********5008
Entry:          Swiped
Total:        15.09

Device ID:        2426
Auth.Code:      569612
Respon. AUTH/TKT  569612
Merchant number ***12426

1-CKN

tip $1.75
$10.00

of 4

DELIVERY

tip 1.01
$9.80



**EMBASSY SUITES**

**H O T E L®**

Name & Address

TODD, REBECCA
O. DRAWER H
RESERVE, LA 70084

Room:
Arrival Date: 407/TDBN
Departure Date: 03/28/05 7:58PM
04/01/05
Adult / Child
Room Rate: 1/0
$ 119.00

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055   Fax: (334) 269-0360

Rate quoted based on arrival date and length of stay. Should you choose to depart early, rate is subject to change. INIT _____

RATE PLAN
HH# 609753408 GOLD
AL:  CO  #TU217851
CAR:

Hilton HHonors®
Points & Miles

CONFIRMATION NUMBER : 80234542

04/01/05      PAGE   1

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE:* ☐
A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

GUEST SIGNATURE
X

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 03/28/05 | 1196832 | GUEST ROOM | $119.00 |
| 03/28/05 | 1196832 | LODGING TAX | $14.88 |
| 03/29/05 | 1197132 | MONTGOMERY'S | $12.00 |
| 03/29/05 | 1197144 | MONTGOMERY'S | $18.39 |
| 03/29/05 | 1197304 | GUEST ROOM | $119.00 |
| 03/29/05 | 1197304 | LODGING TAX | $14.88 |
| 03/30/05 | 1197674 | MONTGOMERY'S | $32.75 |
| 03/30/05 | 1197792 | MONTGOMERY'S | $10.75 |
| 03/30/05 | 1197800 | MONTGOMERY'S | $2.15 |
| 03/30/05 | 1197963 | GUEST ROOM | $119.00 |
| 03/30/05 | 1197963 | LODGING TAX | $14.88 |
| 03/31/05 | 1198531 | MONTGOMERY'S | $18.39 |
| 03/31/05 | 1198532 | MONTGOMERY'S | $14.58 |
| 03/31/05 | 1198690 | GUEST ROOM | $119.00 |
| 03/31/05 | 1198690 | LODGING TAX | $14.88 |
| 04/01/05 | 1198855 | AX ***********5008 | ($644.53) |

* * BALANCE * *      $0.00

305918      A



The Hilton Family

 Hilton   CONRAD  DOUBLETREE  EMBASSY SUITES HOTELS  Hampton Inn  Hilton Garden Inn  HOMEWOOD SUITES Hilton

Reservations: www.embassysuites.com or 1-800-EMBASSY

Name & Address

TODD, REBECCA
O. DRAWER H
RESERVE, LA 70084

Room:
Arrival Date: 407/TDBN
Departure Date: 03/28/05 7:58PM
04/01/05
Adult / Child
Room Rate: 1/0
$ 119.00

**EMBASSY SUITES**
HOTEL*

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055   Fax: (334) 269-0360

Rate quoted based on arrival date and length of stay. Should you depart early, a rate is
subject to change.   INIT _____

RATE PLAN         P19
HH# 609753408 GOLD
AL:  CO  #TU217851
CAR:

Hilton HHonors*
Points & Miles

CONFIRMATION NUMBER : 80234542

04/01/05        PAGE    2

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL
ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT. THESE FUNDS WILL NOT BE
RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS
OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO
BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE
CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT
OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR
SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A
PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE:* ☐
A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

GUEST SIGNATURE

X

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|

### EXPENSE REPORT SUMMARY

|  | 03/28/05 | 03/29/05 | 03/30/05 | 03/31/05 | STAY TOTAL |
|------|----------|----------|----------|----------|------------|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $133.88 | $535.52 |
| FOOD & BEVERAGE | $0.00 | $30.39 | $45.65 | $32.97 | $109.01 |
| DAILY TOTAL | $133.88 | $164.27 | $179.53 | $166.85 | $644.53 |

AX ***********5008                    03/31/05         305918     A

TODD, REBECCA                         162457

644.53

_____ TheHiltonFamily _____

      

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit D - 156



**EMBASSY SUITES**
**HOTEL®**

Name & Address

TODD, REBECCA
O. DRAWER H
RESERVE, LA 70084

Room:
Arrival Date: 307/TDBN
Departure Date: 03/28/05 3:09PM
04/01/05
Adult / Child
Room Rate: 1/0
$ 119.00

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055   Fax: (334) 269-0360

Hilton H Honors™
Points & Miles™

Rate quoted based on arrival date and length of stay. Should a guest elect to depart prior rate is
subject to change.   INIT _____

RATE PLAN
HH# 609753408 GOLD
AL: CO #TU217851
CAR

CONFIRMATION NUMBER : 80234542

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE* ☐
A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

04/01/05   PAGE   1

GUEST SIGNATURE
X

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 03/28/05 | 1196809 | GUEST ROOM | $119.00 |
| 03/28/05 | 1196809 | LODGING TAX | $14.88 |
| 03/29/05 | 1197272 | GUEST ROOM | $119.00 |
| 03/29/05 | 1197272 | LODGING TAX | $14.88 |
| 03/30/05 | 1197931 | GUEST ROOM | $119.00 |
| 03/30/05 | 1197931 | LODGING TAX | $14.88 |
| 03/31/05 | 1198665 | GUEST ROOM | $119.00 |
| 03/31/05 | 1198665 | LODGING TAX | $14.88 |
| 04/01/05 | 1198853 | AX ***********5008 | ($535.52) |

**\* \* BALANCE \* \***   $0.00

EXPENSE REPORT SUMMARY

|  | 03/28/05 | 03/29/05 | 03/30/05 | 03/31/05 | STAY TOTAL |
|--|----------|----------|----------|----------|------------|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $133.88 | $535.52 |
| DAILY TOTAL | $133.88 | $133.88 | $133.88 | $133.88 | $535.52 |

AX ***********5008                       03/28/05         301623      A

TODD, REBECCA                            568139

The Hilton Family







535.52 




Name & Address

TODD, REBECCA
O. DRAWER H
RESERVE, LA 70084

Room:
Arrival Date: 334/TDBN
Departure Date: 03/28/05 9:35AM
04/01/05
Adult / Child
Room Rate: 1/0
$ 119.00

**EMBASSY SUITES**
**HOTEL®**

Montgomery
380 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055    Fax: (334) 269-0360

Rate quoted based on arrival date and length of stay. Should you choose to depart early, your rate is subject to change.   INIT _____

RATE PLAN   R19
HH# 914043375 GOLD
AL:   CO  #TU217851
CAR:

Hilton HHonors®
Points & Miles

CONFIRMATION NUMBER : 80234542

04/01/05       PAGE   1

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE:* ☐

GUEST SIGNATURE

X

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 03/28/05 | 1196617 | MONTGOMERY'S | $22.00 |
| 03/28/05 | 1196705 | MONTGOMERY'S | $55.09 |
| 03/28/05 | 1196830 | GUEST ROOM | $119.00 |
| 03/28/05 | 1196830 | LODGING TAX | $14.88 |
| 03/29/05 | 1197054 | MONTGOMERY'S | $11.00 |
| 03/29/05 | 1197138 | MONTGOMERY'S | $17.83 |
| 03/29/05 | 1197298 | GUEST ROOM | $119.00 |
| 03/29/05 | 1197298 | LODGING TAX | $14.88 |
| 03/30/05 | 1197806 | MONTGOMERY'S | $25.00 |
| 03/30/05 | 1197958 | GUEST ROOM | $119.00 |
| 03/30/05 | 1197958 | LODGING TAX | $14.88 |
| 03/31/05 | 1198273 | MONTGOMERY'S | $21.50 |
| 03/31/05 | 1198552 | MONTGOMERY'S | $41.09 |
| 03/31/05 | 1198687 | GUEST ROOM | $119.00 |
| 03/31/05 | 1198687 | LODGING TAX | $14.88 |
| 04/01/05 | 1198854 | AX ***********5008 | ($729.03) |

* * BALANCE * *        $0.00

305919    A

TheHiltonFamily










Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit D - 158

Name & Address

TODD, REBECCA
O. DRAWER H
RESERVE, LA 70084

**E M B A S S Y   S U I T E S**
**H O T E L®**

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055   Fax: (334) 269-0360

Room:
Arrival Date: 334/TDBN
Departure Date: 03/28/05 9:35AM
04/01/05
Adult / Child
Room Rate: 1/0
$ 119.00

Rate quoted based on arrival date and length of stay. Should you choose to depart early, rate is
subject to change.   INIT _____

RATE PLAN
HH# 914043375 GOLD
AL:  CO  #TU217851
CAR:

**Hilton HHonors®**
Points&Miles

CONFIRMATION NUMBER : 80234542

04/01/05         PAGE     2

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL
ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE
RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS
OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO
BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE
CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT
OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR*
*SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A*
*PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE* ☐
A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

GUEST SIGNATURE

X

| DATE | REFERENCE | DESCRIPTION | | AMOUNT |
|------|-----------|-------------|--|--------|

### EXPENSE REPORT SUMMARY

| | 03/28/05 | 03/29/05 | 03/30/05 | 03/31/05 | STAY TOTAL |
|--|----------|----------|----------|----------|------------|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $133.88 | $535.52 |
| FOOD & BEVERAGE | $77.09 | $28.83 | $25.00 | $62.59 | $193.51 |
| DAILY TOTAL | $210.97 | $162.71 | $158.88 | $196.47 | $729.03 |

*Hilton HHonors (R) stays post to your account within 72 hours of checkout.  To check your earnings*
*for this stay or any other stay at more than 2,700 hotels worldwide visit www.hiltonhhonors.com*

*Thank you for staying with us.  Be sure to visit embassysuites.com for information on your next*
*business or leisure stay, reservations or subscribe to E-nnouncements e-newsletter with news and*
*offers.*

AX ***********5008                    03/31/05         305919    A

TODD, REBECCA                         184074

The Hilton Family

      

729.03

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit D - 159

# VIOXX EXPENSES

Montgomery, AL
Week of 4/4-8/05

| | | |
|---|---|---|
| HOTEL - 3 rooms<br>(Rebecca, Mike, Mary, Holly, Will) | $ | 1,612.56 |
| FOOD | $ | 500.84 |
| GAS | $ | 98.30 |
| **TOTAL EXPENSES** | $ | 2,211.70 |

MILEAGE                                    800 Miles

SHELL FOOD MART
BOX 396A1 ROUTE 2
EVERGREEN AL 36401
334-578-3767

SHELL                        50 12E 600017
I-65 & HWY 83                      91R0613
EVERGREEN   AL  36401

Descr.              qty        amount
----                ---        ------
  <CUSTOMER COPY>
T GROCERY            1            1.19
T GROCERY            1            0.69
                                -------
               Sub Total          1.88
                    Tax           0.15
        TOTAL                  2.03
               CREDIT $           2.03
XXXX XXXXXX X5008              AMEX
INVOICE: 899872          AUTH #: 525762

THANK YOU
Please Come Again


REG# 0001 CSH# 003 DR# 01   TRAN# 17904
04/04/05   08:08:23            ST# SFM01

SUBWAY I
22 DEXTER AVE
GOMERY. AL 36104
334-265-1213

BATCH: 051
S-A-L-E$ D-R-A-F-T
- 73285001
010364436000

 DE JR 1106:58

AL                    $5.1

2726*4*916552      EXP. A
0513
DE JR

ENTER THE CREDIT OF SERVICES IN THE AMOUNT OF THE ABOVE AND AGREE TO PERFORM THE OBLIGATIONS SET FORTH BY THE AGREEMENT GOVERNING WITH THE USE.

CUSTOMER COPY

SUBWAY I
22 DEXTER AVE
MONTGOMERY AL 36104
334-265-1213

BATCH: 051
S-A-L-E$ D-R-A-F-T
73285001
010364436000

DE JR

Tot.             $5.1

561916
1 DE JR

CUSTOMER COPY

251-5?                     STAR
ORDER #                    Sandra P

tem Recap
3 LOCARB L

   FRISCO H
   MED BEV BAR

| | | |
|---|---|---|
| AKo | | $ 8.97 |
| CO EGO? | | $ 2.39 |
| B! AR | | $ 2.98 |

| TOTAL | TA | TOTAL | TENDER | CHANGE |
|---|---|---|---|---|
| 4.34 $ | 1.1 | 15.46 $ | 16.00 $ | 0.52 |

# HERE    # 1

04/04/2005    08:1. AM

---

EXXON-EXPRESS PAY

DLA DR EXXO, 4718060

NER , LA

1/2005 4:37:10 AM 8343

XXXXXXXX5008    AMEX
DE
/DICE ALM7252
TH 527B04

/P$1
gular           24.624G
ICE/GAL         $ 2.059
EL TOTAL        $ 50.70

                Total = $ 50.70

IND Credit      $ 50.70

..edit

---

EXPRESS PAY

WELCOME

4232666-BPK
ER # 4232666
BFFLINE #5?!
MONTGOME       A
XXXXXXXX5008
D # 500
# BPK5569
H # 541794
4/0//05  21:33

P # 03   REG
LONS          21.
CE/GAL      $ 2.
L SALE      $ 47

AL (C)      $ 47

THANK YOU
IAVE A NICE DAY

0036
Server: STEPHANIE T                    Rec: 34
04/04/05 19:30, Swiped   T: 303 Term:  4

:FISH GRILL #7250
) EASTCHASE PARKWAY
'GOMERY, AL 36117
I)396-1770
:HANT #:

) TYPE        ACCOUNT NUMBER
RICAN EXPRES  XXXXXXXXXXXX5008
:: DE JR
RANSACTION APPROVED
IORIZATION #: 567530
:rence: 0404010000036
IS TYPE: Credit Card SALE

IECK:               85.33

:P:                 15 00

ITAL:               100 33

r..oNE: (    )    -
CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
top copy -> customer

Herron St Chevron
  215 Dickerson
Montgomery, AL

n Street Chevro
Dickerson St  Montgomery    AL
00210321

        Credit Card Receipt

(xxxxxxx0792      E/VISA
IIN/MICHAEL D
2 DI DR           1.19T
TERIYAKI          4.99T
E SALT P  2 @ 0.50  1.00T
ER CHEE           0.49T

s: 5     Subtotal   7.67
s Tax              0.77
**tal**            8.44

it Card           $8.44
ice#:  2186966
d:     071612


* Customers signature on file ***


### CHOICES
80 COMMERCE STREET
MONTGOMERY, AL 36104
(334) 262-0088

*Lunch*
    04-04-05
      14-22
       4746

  01      •5•80 ▒

        •5•80   ℡
      •20•00▒  ℵ
      •14•20▒

6 ☉
45 03



**EMBASSY SUITES**
**HOTELS®**

4/7/05

Tip to hotel van
for 2 rides to/
from work in rain
$6

The Hilton Family

Hilton   CONRAD   DoubleTree   EMBASSY SUITES HOTELS®   Hampton Inn   Homewood Suites   Hilton Garden Inn   HOMEWOOD SUITES

Reservations www.embassysuites.com or 1-800-EMBASSY



Store #075

6109 US 43 South
atsuma, AL  36572
(334) 679-6259

SR Counter

eipt      38063
e SALE
tination DINING ROO
-------------------------------------
 Name                    Price    Total
-------------------------------------
Combo CK                 5.39     5.39
Chix Filet
MD Curly
Bottle Water
SM Mozz Stick            2.29     2.29
WITH Sauce Marinara
MD Choc Shake            1.79     1.79
MF Trky BacRan           4.69     4.69
NO Bread Wheat Berr
 20oz Drink              1.19     1.19
MD Diet
-------------------------------------
 ibtotal                          15.3
 scounts                            .C
 ales Tax                          1.3
-------------------------------------
 :al                              16.
-------------------------------------
Received
 AMEX                             16.

ACC 3728XXXXXXXX008  Exp 07/2008 SWIPI
 Approved
 APP
Aut. No.: 00000507275
 REF
-------------------------------------

Pos:10 Clerk:206 Store:750020

04/08/2005 10 17 06



**EMBASSY SUITES**
**HOTEL®**

Name & Address

TODD, REBECCA
. DRAWER H
RESERVE, LA 70084

Room:
Arrival Date: 234/TDBN
Departure Date: 04/04/05 7:02AM
04/08/05 6:55AM
Adult / Child
Room Rate: 1/0
139.00

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055   Fax: (334) 269-0360

**Hilton HHonors®**
Points & Miles

Rate quoted based on arrival date and length of stay. Should you choose to depart early, this is subject to change. INIT _____

RATE PLAN    V4
HH# 609753408 BLUE
AL    CO #TU217851
CAR:

CONFIRMATION NUMBER : 80234542

04/08/05      PAGE      1

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE* ☐

GUEST SIGNATURE

X

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 04/04/05 | 1200590 | GUEST ROOM | $119.00 |
| 04/04/05 | 1200590 | LODGING TAX | $14.88 |
| 04/05/05 | 1200983 | MONTGOMERY'S | $8.75 |
| 04/05/05 | 1201082 | GUEST ROOM | $119.00 |
| 04/05/05 | 1201082 | LODGING TAX | $14.88 |
| 04/06/05 | 1201715 | MONTGOMERY'S | $18.39 |
| 04/06/05 | 1201834 | GUEST ROOM | $119.00 |
| 04/06/05 | 1201834 | LODGING TAX | $14.88 |
| 04/07/05 | 1202459 | MONTGOMERY'S | $14.78 |
| 04/07/05 | 1202546 | GUEST ROOM | $119.00 |
| 04/07/05 | 1202546 | LODGING TAX | $14.88 |
| 04/08/05 | 1202726 | MC ***********1113 | ($577.44) |

**\* \* BALANCE \* \***      $0.00

### EXPENSE REPORT SUMMARY

| | 04/04/05 | 04/05/05 | 04/06/05 | 04/07/05 | STAY TOTAL |
|---|---|---|---|---|---|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $133.88 | $535.52 |
| FOOD & BEVERAGE | $0.00 | $8.75 | $18.39 | $14.78 | $41.92 |
| DAILY TOTAL | $133.88 | $142.63 | $152.27 | $148.66 | $577.44 |

MC ***********1113                  04/04/05            306908      A

TODD, REBECCA                          204174

**The Hilton Family**

       

577.44

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit D - 167



**EMBASSY SUITES**

H O T E L ®

Name & Address

TODD, REBECCA
DRAWER H
RESERVE, LA 70084

Room:
Arrival Date: 334/TDBN
Departure Date: 04/04/05 7:01AM
04/08/05 6:55AM
Adult / Child
Room Rate: 1/0
139.00

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055   Fax: (334) 269-0360

Hilton HHonors®
Points & Miles

Rate quoted based on arrival date and length of stay. Should you choose to depart early that is
subject to change. INIT _____

RATE PLAN        L V4
HH# 609753408 BLUE
AL   CO #TU217851
GAR:

CONFIRMATION NUMBER : 80234542

04/08/05     PAGE     1

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE.* ☐
A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

GUEST SIGNATURE

X

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 04/04/05 | 1200528 | MONTGOMERY'S | $59.94 |
| 04/04/05 | 1200620 | GUEST ROOM | $119.00 |
| 04/04/05 | 1200620 | LODGING TAX | $14.88 |
| 04/05/05 | 1200930 | MONTGOMERY'S | $22.00 |
| 04/05/05 | 1201014 | MONTGOMERY'S | $49.14 |
| 04/05/05 | 1201107 | GUEST ROOM | $119.00 |
| 04/05/05 | 1201107 | LODGING TAX | $14.88 |
| 04/06/05 | 1201866 | GUEST ROOM | $119.00 |
| 04/06/05 | 1201866 | LODGING TAX | $14.88 |
| 04/07/05 | 1202458 | MONTGOMERY'S | $40.00 |
| 04/07/05 | 1202572 | GUEST ROOM | $119.00 |
| 04/07/05 | 1202572 | LODGING TAX | $14.88 |
| 04/08/05 | 1202725 | MC ************1113 | ($706.60) |

** BALANCE **     $0.00

### EXPENSE REPORT SUMMARY

|  | 04/04/05 | 04/05/05 | 04/06/05 | 04/07/05 | STAY TOTAL |
|---|---|---|---|---|---|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $133.88 | $535.52 |
| FOOD & BEVERAGE | $59.94 | $71.14 | $0.00 | $40.00 | $171.08 |
| DAILY TOTAL | $193.82 | $205.02 | $133.88 | $173.88 | $706.60 |

MC ************1113                    04/04/05          304261     A

TODD, REBECCA                          4174

       

The Hilton Family

Hilton   CONRAD   DOUBLETREE   EMBASSY SUITES   Hampton   Hampton   Hilton Garden Inn   HOMEWOOD SUITES

706.60

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit D - 168



**EMBASSY SUITES**
H O T E L *

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055   Fax: (334) 269-0360

Hilton HHonors*
Points & Miles

Name & Address

DD, REBECCA
. DRAWER H
RESERVE, LA 70084

Room:
Arrival Date: 307/TDBN
Departure Date: 04/04/05 3:29PM
04/08/05
Adult / Child
Room Rate: 1/0
119.00

Rate based on arrival date and length of stay. Should you desire to depart early, please
subject to change.   INIT _____

RATE PLAN
HH# 914043375 BLUE
AL   CO  #TU217851
CAR

CONFIRMATION NUMBER : 80234542

04/08/05    PAGE    1

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL
ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE
RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS
OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO
BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE
CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT
OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR
SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A
PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE* □
A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

GUEST SIGNATURE
X

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 04/04/05 | 1200595 | GUEST ROOM | $119.00 |
| 04/04/05 | 1200595 | LODGING TAX | $14.88 |
| 04/05/05 | 1201086 | GUEST ROOM | $119.00 |
| 04/05/05 | 1201086 | LODGING TAX | $14.88 |
| 04/06/05 | 1201841 | GUEST ROOM | $119.00 |
| 04/06/05 | 1201841 | LODGING TAX | $14.88 |
| 04/07/05 | 1202550 | GUEST ROOM | $119.00 |
| 04/07/05 | 1202550 | LODGING TAX | $14.88 |
| 04/08/05 | 1202727 | MC ************1113 | ($535.52) |

** BALANCE **      $0.00

EXPENSE REPORT SUMMARY

| | 04/04/05 | 04/05/05 | 04/06/05 | 04/07/05 | STAY TOTAL |
|---|----------|----------|----------|----------|------------|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $133.88 | $535.52 |
| DAILY TOTAL | $133.88 | $133.88 | $133.88 | $133.88 | $535.52 |

| | | |
|---|---|---|
| MC ************1113 | 04/04/05 | 306909    A |
| TODD, REBECCA | 4683 | |

The Hilton Family

      535.52  

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit D - 169

# VIOXX EXPENSES

Montgomery, AL
Week of 4/11-14/05


HOTEL - 3 rooms                          $    1,204.92
(Rebecca, Mike, Mary, Holly, Will)

FOOD                                     $      456.09

GAS                                      $      101.75


**TOTAL EXPENSES**                       $    1,762.76



MILEAGE                                          800 Miles

251-578-1983/1-877-799-STAR
HWY I-65 &83/RT 2

EVERGREEN, AL 36401
251-578-1983

ID: 150 391
: 29400160

# Sale

******5008
Method: Swiped
EXPR
/05                          17:54:05
 0400160
Code: 074

:                        $    22.18

Customer Copy
THANK YOU!
FOR CHOOSING HARDEES

3.00

Total:        $  21.04

GRADE

p  the       total amount
 ...           ...

... ... ...
NE COPY

SOUTHWEST GRIL
7028 E CHASE PKWY
MONTGOMERY, AL 36117

24 PM    DATE 04/11/05
0000005   MER# 00090321806099
SALE
xxxxxx5008
AMEX

0000037621
586277

$25.6

CUSTOMER COPY

SUBWAY 1
77 DEXTER AVE
UN[      AL 36104
     65-1213

     PT 058
 SALES DRAFT
    7026301
 0103644B600

0835
 SALE
 INV

5201786

BATCH 1
DEXTER AVE
MONTGOMERY, AL 36104

TERMINAL I.D.         17490002
MERCHANT #:      005000449315147
AMEX                   SPU: 3
**********5008
SALE
BATCH: 000845        INVOICE: 000017
DATE: APR 11, 05        TIME: 12:24
RRN: 0000=4=450:3    AUTH NO: 523625

TOTAL              $21.26

CUSTOMER COPY

SUBWAY I
     DEXTER AVE
UN[         AL 36104
     765-1213

     PT 057

Expr                   $5.48

SALE

251-578-1983/1-877-799-STAR
HWY I-65 &83/RT 2

EVERGREEN, AL 36401
251-578-1983

ID: 1501391
#: 23500067

## Sale

*******5008
/ Method: Swiped
 EXPR
 L/05                   08:10:45
 : 0500067
 Code: 100064

 :                 $   12.36

Customer Copy
THANK YOU!
FOR CHOOSING HARDEES

Lek's Rail
300 B Water Stre
Montgomery, AL 36104
334-269-0708

er: Amanda                DOB: 04/13/20
5 PM                           04/13/20
                                    3/300

                                  31457
                               Exp:07

289966916XXXX
rd present: JRDE
89015

Amount:            15.
Tip:              $1.00
Total:            $16.07

89015

*****Attn: Guest******
NO CHECKS PLEASE
PLEASE PAY YOUR SERVER

******Guest's Copy******

---

ERANS BOULE, 4718052

NER   , LA

04/11/2005 4:46:04 AM
egister: 2 Trans #: 5051 Op ID: 9738
Your cashier: Cathy

Steak Spicy - Beef N        $ 5.99
                                   $ 5.69
Peppr 20oz                   $ 1.19
Glass Bubbl Plenty         $ 1.19

                                 ----------
        Subtotal =   $ 14.06
             Tax =    $ 0.71
                                 ----------
            Total =   $ 14.77

     Change Due =    $ 0.00

                              $ -14.77

XXXXXX5008      , AMEX

CE AKT1795
504984

000881

I pay the total according to the
of agreement with the card issuer

                       Footer

---

VETERANS BLVD, K 17152

KENNER , LA

A JUL 2005 4:47:15 PM 7582

XXXXXXXXXXX5396
UNLDE
INVOICE #XXXXX
AUTH 527413

PUMP#3
Regular            21.6550
PRICE/GAL          $ 2.159
FUEL TOTAL         $ 46.75

                   -----------
              Total =$ 46.75

Credit Card        $ 46.75

Credit



**E M B A S S Y  S U I T E S**

H O T E L

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055 · Fax: (334) 269-0360

Hilton HHonors®
Points & Miles

Name & Address

ODD, REBECCA
D. DRAWER H
RESERVE, LA 70084

Room:
Arrival Date: 307/TDBN
Departure Date: 04/11/05 6:27PM
04/14/05
Adult / Child
Room Rate: 1/0
119.00

Rate quoted based on arrival date and length of stay. SRATE PLAN to depart early—119
subject to change.   INIT _____
HH# 609753408 GOLD
AL,    CO  #TU217851
CAR

CONFIRMATION NUMBER : 80234542

04/14/05        PAGE        1

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT. SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE:* ☐

GUEST SIGNATURE

X

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 04/11/05 | 1204238 | GUEST ROOM | $119.00 |
| 04/11/05 | 1204238 | LODGING TAX | $14.88 |
| 04/12/05 | 1204659 | GUEST ROOM | $119.00 |
| 04/12/05 | 1204659 | LODGING TAX | $14.88 |
| 04/13/05 | 1205145 | MONTGOMERY'S | $13.00 |
| 04/13/05 | 1205278 | GUEST ROOM | $119.00 |
| 04/13/05 | 1205278 | LODGING TAX | $14.88 |
| 04/14/05 | 1205459 | AX ***********5008 | ($414.64) |

** BALANCE **        $0.00

EXPENSE REPORT SUMMARY

| | 04/11/05 | 04/12/05 | 04/13/05 | STAY TOTAL |
|---|---|---|---|---|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $401.64 |
| FOOD & BEVERAGE | $0.00 | $0.00 | $13.00 | $13.00 |
| DAILY TOTAL | $133.88 | $133.88 | $146.88 | $414.64 |

AX ***********5008                    04/11/05            304262      A

TODD, REBECCA                         169616

TheHilton Family

      

414.64

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit D - 175



**EMBASSY SUITES**
**HOTEL**

Name & Address

DD, REBECCA
. DRAWER H

RESERVE, LA 70084

Room:
Arrival Date: 234/TDBN
Departure Date: 04/11/05 9:29AM
04/14/05
Adult / Child
Room Rate: 1/0
119.00

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055   Fax: (334) 269-0360

Hilton HHonors
Points & Miles

Rate quoted based on arrival date and length of stay. Should you choose to depart early, a rate is subject to change.   INIT _____

RATE PLAN
HH# 609753408 GOLD
AL:   CO  #TU217851
CAR:

CONFIRMATION NUMBER : 80234542

04/14/05      PAGE     1

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE.* ☐

GUEST SIGNATURE

X

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES LEFT IN THE SAFE DEPOSIT BOX.

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 04/11/05 | 1204102 | MONTGOMERY'S | $11.00 |
| 04/11/05 | 1204103 | MONTGOMERY'S | $11.00 |
| 04/11/05 | 1204170 | MONTGOMERY'S | $29.37 |
| 04/11/05 | 1204235 | GUEST ROOM | $119.00 |
| 04/11/05 | 1204235 | LODGING TAX | $14.88 |
| 04/12/05 | 1204450 | MONTGOMERY'S | $32.75 |
| 04/12/05 | 1204551 | MONTGOMERY'S | $120.53 |
| 04/12/05 | 1204651 | GUEST ROOM | $119.00 |
| 04/12/05 | 1204651 | LODGING TAX | $14.88 |
| 04/13/05 | 1205027 | MONTGOMERY'S | $22.00 |
| 04/13/05 | 1205154 | MONTGOMERY'S | $33.97 |
| 04/13/05 | 1205271 | GUEST ROOM | $119.00 |
| 04/13/05 | 1205271 | LODGING TAX | $14.88 |
| 04/14/05 | 1205458 | AX ***********5008 | ($662.26) |

**\* \* BALANCE \* \***     $0.00

### EXPENSE REPORT SUMMARY

|  | 04/11/05 | 04/12/05 | 04/13/05 | STAY TOTAL |
|--|----------|----------|----------|-----------|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $401.64 |
| FOOD & BEVERAGE | $51.37 | $153.28 | $55.97 | $260.62 |
| DAILY TOTAL | $185.25 | $287.16 | $189.85 | $662.26 |

AX ***********5008      04/11/05      307665      A

TODD, REBECCA      527173

─── The Hilton Family ───

       

-662.26

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit D - 176

Name & Address

ODD, REBECCA
). DRAWER H
RESERVE, LA 70084

Room:
Arrival Date: 207/TDBN
Departure Date: 04/11/05 6:27PM
04/14/05
Adult / Child
Room Rate: 1/0
119.00



EMBASSY SUITES
HOTEL

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055   Fax: (334) 269-0360

Rate quoted based on arrival date and length of stay. Should you choose to depart early, rate is
HH#914043375 GOLD                                                subject to change.   INIT _____

RATE PLAN    L-P19
AL      CO #TU217851
CAR:

Hilton HHonors
Points & Miles

CONFIRMATION NUMBER : 80234542

04/14/05        PAGE        1

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL
ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE
RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS
OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO
BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE
CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT
OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR*     | GUEST SIGNATURE
*SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A*
*PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE:* ☐                     | X
A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 04/11/05 | 1204220 | GUEST ROOM | $119.00 |
| 04/11/05 | 1204220 | LODGING TAX | $14.88 |
| 04/12/05 | 1204528 | MONTGOMERY'S | $10.75 |
| 04/12/05 | 1204627 | GUEST ROOM | $119.00 |
| 04/12/05 | 1204627 | LODGING TAX | $14.88 |
| 04/13/05 | 1205051 | MONTGOMERY'S | $11.25 |
| 04/13/05 | 1205139 | MONTGOMERY'S | $15.68 |
| 04/13/05 | 1205249 | GUEST ROOM | $119.00 |
| 04/13/05 | 1205249 | LODGING TAX | $14.88 |
| 04/14/05 | 1205457 | AX ***********5008 | ($439.32) |

* * BALANCE * *        $0.00

EXPENSE REPORT SUMMARY

|  | 04/11/05 | 04/12/05 | 04/13/05 | STAY TOTAL |
|--|----------|----------|----------|------------|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $401.64 |
| FOOD & BEVERAGE | $0.00 | $10.75 | $26.93 | $37.68 |
| DAILY TOTAL | $133.88 | $144.63 | $160.81 | $439.32 |

AX ***********5008                    04/11/05        307664    A

TODD, REBECCA                         585231

TheHilton Family

      -439.32  
Hilton    CONRAD    DOUBLETREE    EMBASSY SUITES    Hampton Inn    Hampton Inn & Suites    Hilton Garden Inn    HOMEWOOD SUITES

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit D - 177

VIOXX EXPENSE REPORT
MONTGOMERY, ALABAMA
WEEK OF 4/18/2005 – 4/22/2005

HOTEL: $1071.04
  Mary Lorenz
  Holly Lamarche
  Michael Breinin
  William Percy

GAS:  $67.65 +15   $82.65

FOOD: $528.64 + $10.72   $539.36

TOTAL: $~~1667.33~~  $1493.05



**EMBASSY SUITES**
HOTEL®

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055    Fax: (334) 269-0360

Name & Address

DD, REBECCA
. DRAWER H

RESERVE, LA 70084

Room:
Arrival Date: 207/TDBN
Departure Date: 04/18/05 3:14PM
                04/22/05
Adult / Child
Room Rate: 1/0
           119.00

RATE PLAN            L-P19
Rate quoted based on arrival date and length of stay. Should you choose to depart early rate is subject to change.   INIT _____
HH# 914043375 GOLD
AL.    CO  #TU217851
CAR:

Hilton HHonors™
Points & Miles

CONFIRMATION NUMBER : 80234542

04/22/05      PAGE      1

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE:* ☐
A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

GUEST SIGNATURE

X

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 04/18/05 | 1207387 | MONTGOMERY'S | $22.00 |
| 04/18/05 | 1207621 | GUEST ROOM | $119.00 |
| 04/18/05 | 1207621 | LODGING TAX | $14.88 |
| 04/19/05 | 1208027 | MONTGOMERY'S | $22.00 |
| 04/19/05 | 1208179 | MONTGOMERY'S | $46.28 |
| 04/19/05 | 1208261 | GUEST ROOM | $119.00 |
| 04/19/05 | 1208261 | LODGING TAX | $14.88 |
| 04/20/05 | 1208730 | MONTGOMERY'S | $21.50 |
| 04/20/05 | 1208947 | GUEST ROOM | $119.00 |
| 04/20/05 | 1208947 | LODGING TAX | $14.88 |
| 04/21/05 | 1209305 | MONTGOMERY'S | $22.00 |
| 04/21/05 | 1209515 | MONTGOMERY'S | $20.88 |
| 04/21/05 | 1209599 | GUEST ROOM | $119.00 |
| 04/21/05 | 1209599 | LODGING TAX | $14.88 |
| 04/22/05 | 1209822 | AX **********5008 | ($690.18) |

** BALANCE **      $0.00

308572      A

**The Hilton Family**

      0.00  

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit D - 179



**EMBASSY SUITES**

H O T E L ®

Name & Address

~DD, REBECCA
~. DRAWER H
RESERVE, LA 70084

Room:
Arrival Date: 207/TDBN
Departure Date: 04/18/05 3:14PM
04/22/05
Adult / Child
Room Rate: 1/0
119.00

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055   Fax: (334) 269-0360

Rate quoted based on arrival date and length of stay. Should you choose to depart early, rate is
subject to change.   INIT _____

RATE PLAN        L-P19
H#910043375 GOLD
AL   CO  #TU217851
CAR:

**Hilton HHonors®**
Points & Miles

CONFIRMATION NUMBER : 80234542

04/22/05      PAGE     2

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL
ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE
RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS
OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO
BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE
CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT
OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR
SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A
PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE* ☐

**GUEST SIGNATURE**

X

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|

## EXPENSE REPORT SUMMARY

|  | 04/18/05 | 04/19/05 | 04/20/05 | 04/21/05 | STAY TOTAL |
|--|----------|----------|----------|----------|------------|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $133.88 | $535.52 |
| FOOD & BEVERAGE | $22.00 | $68.28 | $21.50 | $42.88 | $154.66 |
| DAILY TOTAL | $155.88 | $202.16 | $155.38 | $176.76 | $690.18 |

AX ***********5008                    04/18/05      308572     A

TODD, REBECCA                         104398

The Hilton Family






-690.18



Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit D - 180



**EMBASSY SUITES**

**H O T E L ®**

Name & Address

DD, REBECCA
J. DRAWER H
RESERVE, LA 70084

Room:
Arrival Date: 234/TDBN
Departure Date: 04/18/0510:29AM
04/22/05 6:44AM
Adult / Child
Room Rate: 1/0
119.00

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055   Fax: (334) 269-0390

Rate quoted based on arrival date and length of stay. Should you choose to depart early, rate is
subject to change.   INIT _____

RATE PLAN       L-P19
HH# 914043375 GOLD
AL     CO #TU217851
CAR:

**Hilton HHonors®**
Points & Miles

CONFIRMATION NUMBER : 80234542

04/22/05       PAGE       1

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL
ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE
RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS
OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO
BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE
CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT
OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR
SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A
PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE:* ☐

**GUEST SIGNATURE**

X

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 04/18/05 | 1207644 | GUEST ROOM | $119.00 |
| 04/18/05 | 1207644 | LODGING TAX | $14.88 |
| 04/19/05 | 1208288 | GUEST ROOM | $119.00 |
| 04/19/05 | 1208288 | LODGING TAX | $14.88 |
| 04/20/05 | 1208966 | GUEST ROOM | $119.00 |
| 04/20/05 | 1208966 | LODGING TAX | $14.88 |
| 04/21/05 | 1209483 | MONTGOMERY'S | $16.78 |
| 04/21/05 | 1209507 | MONTGOMERY'S | $12.89 |
| 04/21/05 | 1209512 | MONTGOMERY'S | $6.04 |
| 04/21/05 | 1209621 | GUEST ROOM | $119.00 |
| 04/21/05 | 1209621 | LODGING TAX | $14.88 |
| 04/22/05 | 1209821 | AX ***********5008 | ($571.23) |

** BALANCE **      $0.00

EXPENSE REPORT SUMMARY

| | 04/18/05 | 04/19/05 | 04/20/05 | 04/21/05 | STAY TOTAL |
|---|----------|----------|----------|----------|------------|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $133.88 | $535.52 |
| FOOD & BEVERAGE | $0.00 | $0.00 | $0.00 | $35.71 | $35.71 |
| DAILY TOTAL | $133.88 | $133.88 | $133.88 | $169.59 | $571.23 |

Hilton HHonors (R) stays post to your account within 72 hours of checkout.  To check your earnings
for this stay or any other stay at more than 2,700 hotels worldwide visit www.hiltonhhonors.com

| AX ***********5008 | | 04/18/05 | 305019 | A |
|---|---|---|---|---|
| TODD, REBECCA | | 183506 | | |

**TheHiltonFamily**







-571.23



Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit D - 181

SHELL FOOD MART
BOX 396A1 ROUTE 2
EVERGREEN AL 36401
334-578-3767

SHELL                           50 128 600017
I-65 & HWY 83                      S1R0613
EVERGREEN    AL  36401

| Descr. | qty | amount |
|--------|-----|--------|
| <CUSTOMER COPY> | | |
| T  GROCERY | 1 | 1.09 |
| T  GROCERY | 1 | 1.09 |
| T  GROCERY | 1 | 0.69 |
| T  CANDY/GUM | 1 | 1.19 |
| T  GROCERY | 1 | 1.09 |
| T  GROCERY | 1 | 0.69 |
| T  GROCERY | 1 | 0.95 |

Sub Total       6.69
Tax             0.54
TOTAL           7.23
CREDIT    $     7.23
XXXX XXXXXX X5008       AMEX
NAME: JR/DE
INVOICE: 934034        AUTH #: 522232

THANK YOU
Please Come Again

REG# 0001 CSH# 012 DR# 01  TRAN# 15266
04/18/05  09:09:23         ST# SFM01

Carrabba's Italian Grill
1510 Eastern Boulevard
Montgomery, AL. 36117
34 271-7500

r: NIKI               DOB: 04/18/2
PM                         04/18/2
26/                          1/10

                                1048
XXXXXXXXXXXX5008             Exp:
tic card present: JR DE
val: 507925

              Amount:         3

              + Tip: _____

              = Total: _____

Approval: 507925

Customer Copy

SUBWAY #27718
4095 JACK SPRING RD
ATMORE, AL 36502

HANT :   00824983 0001 01
  ID  :
      :   FRI  4/22/05 11:53:25
 NO. :   4732
 NO. :   XXXXXXXXXXX5008E
 )ATE :   7/08
 CE # :   1165008
 NO. :   APPRVD # 541608



_E         $         8.

THANK YOU
COME AGAIN!

---------------------------------

DE JR

ETAIN THIS COPY FOR YOUR RECORDS
TOP COPY-MERCHANT
BOTTOM COPY-CUSTOMER



rder #236

9 .00  19 29
'0 GO L.

ER  TYRE S

  %
 KULT                      $0 4
  BOWL                     $
 JESADILLA                 $7 4
  CHICKEN
 B  TOTAL                  $16
 AX                        $1
 )TAL                      $18

 OUNT DUE                  $0
 HEX                    $ 18
 ARRA      EBUE

* * * * * * * * * * * * * * * * *
* * * GUEST  OUT * * * * * * *
* * * * * * * * * * * * * * * * *

THANK YOU FOR VISITING ZOE S

```
***********************************
*          Customer Copy          *
***********************************
```

The Olive Room / Nobles
Montgomery Street
Montgomery, AL 36104

Date:          04/20/05
Time:          8:19 PM
Server:        S. Audria
Order:         35722
Description:   Table 15:2

Card Type:     AMEX
Card No:       **********5008
Expires:       0708
Appr Code:     566626

Purchases:     $   116.60

Tip:           $   21.20

Total:         $  137.80
               JR/DE

I agree to pay the above total amount
according to the card issuer agreement.

Tip            4.00

               28.37

```
          C U C U S
   M E X I C A N   C A F E
       E X P R E S S
   *********************

TERMINALI.    REG  04-20 2.05 01:12 PM
MERCHANT #         000085.
              TO 60

AMEX          Faj. W/Guac       $7.49
#xxxx         Faj  W/Guac       $7.49
SUR: 5        TL               $16.48
SALE                           $14.98
BATCH: 000    TAX-AM! 1   10%   $1.50
DATE: APR :   TAX 1            $1.50
              TAX
              CHARGE         $18.48
PRE-TIP AMT        2 No   1.00 hv
              *********************
TIP           G R A C I A S !!!
              COME AGAIN
TOTAL         *********************
                                $17.48
      CU:                       total
```

```
            6714409-01
         DIAMOND GAS STA #21
        4095 JACK SPRINGS RD
            ATHORE AL

  Descr.          qty       amount
  ------          ---       ------

     <CUSTOMER COPY>
  T GROCERY         2         2.18

              Sub Total       2.18
                   Tax        0.17
      TOTAL                  2.35
              CREDIT $        2.35
    AMERICAN EXP RCPT
  JR/DE.         **********5008
            00 547661 REF 61522013

  PROD CD: 41

    SIGNATURE ON FILE
    THANKS.COME AGAIN
  REG# 0001 CSH# 007 DR# 01  TRAN# 14218
   04/22/05 11:53:10         ST#    21
```

4.00

28.15



## Japanese Restaurant
8173 Vaughn Road
Montgomery , Alabama 36116
(334) 215-2275

Date:          Apr18'05 06:57PM
Card Type:   Amex
Acct #:       XXXXXXXXXXX5008
Exp Date:     07/08
Auth Code:    529764
Check:        1426
Table:        205/1
Server:       7 Hyeran
              DE JR

Subtotal:          45.43

Tip:_____8.00

Total _____53.43

* * * * Customer Copy * * * *

CUSTOMER COPY

**EXXON EXPRESS PAY**

EXXON LION'SPRIDE
8095 VAUGHN RD
MONTGOMERY, AL36117

DLR# 4234373
COUNTRY CONVEN
MONTGOME         AL
04/18/05       18:20
                ACCT#
XXXXXXXXXXXX5008 500
INV# HLA6318
AUTH# 549332
PUMP# 1
REG            19.599G
SELF
PRICE/GAL      $2.199
FUEL TOTAL     $43.10

  TAL          $43.10

    ' YOU AND
    \GAIN!!!

      ' YOU-

WELCOME

6714489-01

DIAMOND GAS STA #21
4095 JACK SPRINGS RU
ATMORE           AL

AMERICAN EXP RCPT
JR/DE
**********5008
524513 REF# 13622011
DATE 04/22/05  11:44

PUMP #       05
PRODUCT      BLUE
SELF SERVICE LEVEL
GALLONS       6.886
PRICE/GAL:  $ 2.179
FUEL  SALE  $ 15.00

THANK YOU

HAVE A NICE DAY

EXXON EXPRESS PAY

CARROLLTON EXX, 4747812

NEW ORLE, LA

XXXXXX,             AMEX
JR/DE

HUin .2.

PUMP#7
Plus            11.862G
PRICE/GAL       $ 2.219
FUEL TOTAL      $ 24.55
                ----
               Total =$

CRIND Credit           $

Credit

# VIOXX EXPENSES

Montgomery, AL
Week of 4/16-20/05

HOTEL - 1 room                    $580.52
(Mike, Will)

FOOD                              $265.59

GAS                                $77.06

**TOTAL EXPENSES**        $      923.17

MILEAGE                              800 Miles

Name & Address

BECNEL, DANIEL
 BOX H
RESERVE, LA 70084

**E**

E M B A S S Y   S U I T E S
H O T E L

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055   Fax: (334) 269-0360

**Hilton HHonors®**
Points & Miles

Room:
Arrival Date: 607/TDBN
Departure Date: 05/16/05 4:09PM
05/19/05
Adult / Child
Room Rate: 1/0
119.00

Rate quoted based on arrival date and length of stay. Should you choose to depart early rate is
subject to change.  INIT _____

RATE PLAN   L-RJ9
HH# 856843561 GOLD
AL_  DL  #4023302765
CAR:

CONFIRMATION NUMBER : 82998084

05/19/05     PAGE     1

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL
ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE
RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS
OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO
BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE
CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT
OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR
SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A
PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE:* ☐

GUEST SIGNATURE
X

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 05/16/05 | 1221296 | GUEST ROOM | $119.00 |
| 05/16/05 | 1221296 | LODGING TAX | $14.88 |
| 05/17/05 | 1221548 | MONTGOMERY'S | $21.00 |
| 05/17/05 | 1221626 | MONTGOMERY'S | $40.00 |
| 05/17/05 | 1221784 | GUEST ROOM | $119.00 |
| 05/17/05 | 1221784 | LODGING TAX | $14.88 |
| 05/18/05 | 1222032 | MONTGOMERY'S | $22.00 |
| 05/18/05 | 1222143 | MONTGOMERY'S | $45.93 |
| 05/18/05 | 1222317 | GUEST ROOM | $119.00 |
| 05/18/05 | 1222317 | LODGING TAX | $14.88 |
| 05/19/05 | 1222468 | AX ***********5008 | ($530.57) |

** BALANCE **     $0.00

EXPENSE REPORT SUMMARY

| | 05/16/05 | 05/17/05 | 05/18/05 | STAY TOTAL |
|---|---|---|---|---|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $401.64 |
| FOOD & BEVERAGE | $0.00 | $61.00 | $67.93 | $128.93 |
| DAILY TOTAL | $133.88 | $194.88 | $201.81 | $530.57 |

*Hilton HHonors (R) stays post to your account within 72 hours of checkout.  To check your earnings
for this stay or any other stay at more than 2,700 hotels worldwide visit www.hiltonhhonors.com*

AX ***********5008          05/16/05     312037     A

BECNEL, DANIEL          588961

       

The Hilton Family

Hilton   CONRAD   DOUBLETREE®   EMBASSY SUITES   Hampton   Hilton   Hilton Garden Inn   HOMEWOOD SUITES
                                  HOTELS·                                          530.57

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit D - 189

**Name & Address**

JR, DE
BOX H
RESERVE, LA 70084

Room:
Arrival Date: 732/KNGN
Departure Date: 05/19/05 6:37PM
05/20/05
Adult / Child
Room Rate: 1/0
159.00

**EMBASSY SUITES**
**HOTEL®**

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055   Fax: (334) 269-0360

**Hilton HHonors®**
Points & Miles

Rate quoted based on arrival date and length of stay. Should you choose to depart early, rate is subject to change.   INIT _____

RATE PLAN        LV2
HH#
AL
CAR:

CONFIRMATION NUMBER : 86870796

05/20/05     PAGE     1

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE:* ☐

**GUEST SIGNATURE**
X

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 05/19/05 | 1222676 | MONTGOMERY'S | $17.08 |
| 05/19/05 | 1222948 | GUEST ROOM | $159.00 |
| 05/19/05 | 1222948 | LODGING TAX | $19.88 |
| 05/20/05 | 1223065 | AX **********5008 | ($195.96) |

** BALANCE **     $0.00

### EXPENSE REPORT SUMMARY

|  | 05/19/05 | STAY TOTAL |
|---|---|---|
| ROOM & TAX | $178.88 | $178.88 |
| FOOD & BEVERAGE | $17.08 | $17.08 |
| DAILY TOTAL | $195.96 | $195.96 |

AX **********5008          05/19/05     312632     A

JR, DE          503429

TheHiltonFamily

       

-195.96

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit D - 190

CHEVRON
S. CAROLLTON
) ORLEANS, LA

) Carroll New Orleans      LA
.1938

Credit Card Receipt

xxxxxxxxxxx5008         E/AMEX
JR/DE

Supreme       Fuel Ticket #180507
Pump #1    16.740 G @ 2.219   37.16

Items:  '1        Subtotal      37.16

Tax                       0.00
Total                    37.16

Credit Card(USD$)        $37.16
Invoice#:    3839901
Auth#:       527641

*tomer signature on file ***

't) 05/16/05 09:06:40

4EVRON
^HRON

*** DUPLICATE RECEIPT ***

Herron Street Chevron
215 Dickerson St
Montgomery, AL
STN 00210321

05/20/05    14:03:46

AMEX
xxxxxxxxxxx5008
Invoice#    2108360
Auth#       569403

Pump#: 3
 17.982 G @ $ 2.219
Supr/Self  $ 39.90

Total      $ 39.90

YOU FOR
CHF"'"'

ort Blvd.
mobile, AL
36606
(251) 473-2920
Gratuity not included
Thank you for your patronage

AMEX       XXXXXXXXXXXXXXX5008 S
AUTH 568650   TBL X95   CHECK   156182
PURCHASE      BAR/SA/IND           IFA

AMOUNT                         19.26
TAX                             1.93
------------------------
SUBTOTAL  $        21.19
TIP  $         40.00
TOTAL  $         25.18
========

CUSTOMER COPY
***********************************

```
****************************.********
           Customer Copy        *
*************************************
```

Montgomery Brewing
12 W. JEFFERSON ST.
MONTGOMERY, ALABAMA 36104
(334) 834-BREW

ate:            05/16/05
ime:            7:52 PM
erver:          36. MYCUL
der:            398717
scription:      Table 64

rd Type:        AMEX
rd No:          ***********5008
pires:          0708
pr Code:        529250


rchases:        $     42.30


ip:             $     8.00

tal:            $    50.30
        JR/DE

gree to pay the above total amount
rding to the card issuer agreement.

        SIGN ONE COPY
        KEEP ONE COPY

```
*************************************
           Customer Copy        *
*************************************
```

Montgomery Brewing
12 W. JEFFERSON ST.
MONTGOMERY, ALABAMA 36104
(334) 834-BREW

te:             05/20/05
ne:             1:08 PM
ver:            36. MYCUL
rder:           400221
cription:       Table 118

j Type:         AMEX
l No:           ***********5008
res:            0708
Code:           506616


ases:           $     18.59


                $     3.50

                $    22.09
        JR/DE

o pay the above total amount
to the card issuer agreemen

        SIGN ONE COPY
        KEEP ONE COPY

```
Embassy Suites Montgomery
     Montgomery's Cafe
       (334) 269-5055

  Sharon
-------------------------------
  14/1      CHK 1489      GST
       MAY19'05 12:38PM
-------------------------------

  @ 8.41
   *EXPRESS BUFFET      16.82

   Food                 16.82
   Sales Tax             1.68
   Amount Due        $18.50

 tuity_____

 al_____


 nature_____

nt Name_____

  m #_____
         THANK YOU
```

tuity    3 50

al    22 00

# VIOXX EXPENSES
Montgomery, AL
Week of 5/23-5/27/2005

| | |
|---|---|
| HOTEL- 1 Room | $535.52 |
| FOOD | $380.86 |
| GAS | $ 60.26 |
| **TOTAL EXPENSES** | **$976.64** |
| Mileage | 800 miles |



**EMBASSY SUITES**

H O T E L®

Name & Address

~ONEL, DANIEL
BOX H

RESERVE, LA 70084
US

Room:
Arrival Date: 534/TDBN
Departure Date: 05/23/05 1:02PM
05/27/05
Adult / Child
Room Rate: 2/0
119.00

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055   Fax: (334) 269-0360

Rate quoted based on arrival date and length of stay. Should your dates change, the rate is subject to change.  INIT _____

RATE PLAN        L-P19
HH# 856843561 DIAMOND
AL:   DL  #4023302765
BONUS AL:                  CAR:

Hilton HHonors®
Points & Miles

CONFIRMATION NUMBER : 83772356

05/27/05        PAGE        1

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE:* ☐
A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

GUEST SIGNATURE

X

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 05/23/05 | 1224872 | MONTGOMERY'S | $11.25 |
| 05/23/05 | 1225259 | GUEST ROOM | $119.00 |
| 05/23/05 | 1225259 | LODGING TAX | $14.88 |
| 05/24/05 | 1225504 | MONTGOMERY'S | $22.00 |
| 05/24/05 | 1225660 | MONTGOMERY'S | $41.79 |
| 05/24/05 | 1225869 | GUEST ROOM | $119.00 |
| 05/24/05 | 1225869 | LODGING TAX | $14.88 |
| 05/25/05 | 1226075 | MONTGOMERY'S | $23.75 |
| 05/25/05 | 1226274 | MONTGOMERY'S | $9.65 |
| 05/25/05 | 1226290 | MONTGOMERY'S | $30.25 |
| 05/25/05 | 1226453 | GUEST ROOM | $119.00 |
| 05/25/05 | 1226453 | LODGING TAX | $14.88 |
| 05/26/05 | 1226748 | MONTGOMERY'S | $11.00 |
| 05/26/05 | 1226749 | MONTGOMERY'S | $11.00 |
| 05/26/05 | 1227287 | GUEST ROOM | $119.00 |
| 05/26/05 | 1227287 | LODGING TAX | $14.88 |

WILL BE SETTLED TO AX ***********5008        $696.21

EXPENSE REPORT SUMMARY

|  | 05/23/05 | 05/24/05 | 05/25/05 | 05/26/05 | STAY TOTAL |
|---|---|---|---|---|---|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $133.88 | $535.52 |
| FOOD & BEVERAGE | $11.25 | $63.79 | $63.65 | $22.00 | $160.69 |

312032        A

---

*The Hilton Family*

      

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit D - 195



**EMBASSY SUITES**

HOTEL®

Name & Address

CNEL, DANIEL
BOX H

RESERVE, LA 70084
US

Room:
Arrival Date: 534/TDBN
Departure Date: 05/23/05 1:02PM
05/27/05

Adult / Child
Room Rate: 2/0
119.00

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055   Fax: (334) 269-0360

Rate quoted based on arrival date and length of stay. Should you change your departure date this is
subject to change.   INIT _____

RATE PLAN        L-P19
HH# 956884356T DIAMOND
AL:      DL  #4023302765
BONUS AL:                    CAR:

Hilton HHonors®
Points & Miles

CONFIRMATION NUMBER : 83772356

05/27/05        PAGE        2

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL
ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE
RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS
OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO
BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE
CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT
OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR
SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A
PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE:* ☐

GUEST SIGNATURE

X

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

| DATE | REFERENCE | DESCRIPTION | | | AMOUNT | |
|------|-----------|-------------|---|---|--------|---|
| DAILY TOTAL | $145.13 | $197.67 | $197.53 | $155.88 | $696.21 | |

Hilton HHonors (R) stays post to your account within 72 hours of checkout.  To check your earnings
for this stay or any other stay at more than 2,700 hotels worldwide visit www.hiltonhhonors.com

Thank you for staying with us.  Be sure to visit embassysuites.com for information on your next
business or leisure stay, reservations or subscribe to E-nnouncements e-newsletter with news and
offers.

312032      A

TheHiltonFamily


Hilton

CONRAD


DOUBLETREE®


EMBASSY SUITES
HOTELS®


Hampton
Inn


Hampton Inn & Suites    Hilton Garden Inn™


HOMEWOOD
SUITES
Hilton

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit D - 196

```
SINCLAIR'S F  RVIEW
  1051  EAST  F  RVIEW
MONTGOMERY,  L  3610F
     TERMIN    1

          BATCH:
       S-A-L-E-S
          75135
          0003422

          SERVER:

Er    0066
D TYPE: AME
R TYPE: PURC
ATE:           21:

 t                    $57.0

 I                    12.00


OTAL                  69.00

  T.          5008      P     
  543908
WE: DE JR
```

MEMBER ACKNOWLEDGES RECEIPT     300
AND/OR SERVICES IN THE AMOUNT OF   E
ITAL       HEREON AND AGREES TO PERFORM
 THE         IS SET FORTH BY THE
ARDMEMBER   AGREEMENT WITH THE ISSUER

CUSTOMER COPY

*12.00*

*73.3?*

erron St Chevron
215 Dickerson
Montgomery, AL

on Street Chevro
Dickerson St   Montgomery      AL
00210321

        Credit Card Receipt

xxxxxx5008        E/AMEX

Blend      Fuel Ticket #330446
#5     13.791 G @ 2.099    28.95
                              T
:  1        Subtotal      28.95

                           0.00
:al                       28.95

: Card                   $28.95
:e#:    2110928
        505228

Customers signature on file ***

e6s1565t1 05/27/05 08:18:37

    Thank You
    Call   Again

WELCOME

3LES RECEIPT
765 652835
-L

'S CARROLLTON
 ORLEANS   LA 70
DICE # 526343
23/05    7.05 AM
H #    585903

MEX
ACCOUNT NUMBER
X XXXXXX X5008
/DE

IP PRODUCT  $/G
   MID1    $2.09
LONS   FUEL TOT
.915        $31.

  THANK YOU
COME BACK SOON
----------------

## SHELL V-POWER
## OUR MOST ADVANCED
SHELL              91 002 544704
I-65 &HWY 113            S1H0437
BREWTON     AL  36427

| Descr. | qty | amount |
|--------|-----|--------|
| <CUSTOMER COPY> | | |
| T  TAX/MDSE | 1 | 2.79 |
| T  TAX/MDSE | 1 | 1.19 |
| T  TAX/MDSE | 1 | 2.49 |
| T. DELI | 1 | 1.59 |

              Sub Total    8.06
                    Tax    0.64
        TOTAL        8.70
             CREDIT $   8.70
XXXX XXXXXX X5008      AMEX
INVOICE: 803585    AUTH #: 500855

    FUEL EVER
REG# 0001 CSH# 014 DR# 01  TRAN# 11282
05/23/05  19:17:00      ST# 150