Neblett, Beard & Arsenault Time Submissions

1/1/05 – 4/7/05

MDL 1657
## Vioxx Products Liability Litigation Report of Member Firm Time

Firm Name: NEBLETT, BEARD & ARSENAULT

Reporting Period: 1-1-05 to 4-7-05

| Name and Status | Identify Attorney (A) Paralegal (P) Law Clerk (L) Other (O) | Case Assessment, Development and Administration (insert num of hours) | Pre-Trial Pleadings and Motions (insert num of hours) | Discovery (insert num of hours) | Trial Preparation and Trial (insert num of hours) | Appeal (insert num of hours) | Total Hours (individual) | Sum of Total Hours of All Firm Personnel |
|---|---|---|---|---|---|---|---|---|
| Richard J. Arsenault | _X_A _P _L _O | 36.75 | 44.00 | 43.75 | 0.00 | 0.00 | 124.50 | |
| C. Michael Bollinger | _X_A _P _L _O | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| J.R. Whaley | _X_A _P _L _O | 16.50 | 0.00 | 0.00 | 0.00 | 0.00 | 16.50 | |
| Steven M. Rachal | _X_A _P _L _O | 0.00 | 0.00 | 186.50 | 0.00 | 0.00 | 186.50 | |
| Margaret Parker | _X_A _P _L _O | 0.00 | 0.00 | 322.75 | 0.00 | 0.00 | 322.75 | |
| Mary Lorenz | _X_A _P _L _O | 0.00 | 0.00 | 588.25 | 0.00 | 0.00 | 588.25 | |
| Mike Breinin | _X_A _P _L _O | 0.00 | 0.00 | 588.75 | 0.00 | 0.00 | 589.75 | |
| Holly Lamarche | _X_A _P _L _O | 0.00 | 0.00 | 549.50 | 0.00 | 0.00 | 549.50 | |
| William Percy | _X_A _P _L _O | 0.00 | 0.00 | 234.50 | 0.00 | 0.00 | 234.50 | |
| Darla Sanderson | _X_A _P _L _O | 0.00 | 0.00 | 66.00 | 0.00 | 0.00 | 66.00 | |
| Rebecca L. Monk | _A _X_P _L _O | 8.25 | 2.00 | 0.00 | 0.00 | 0.00 | 10.25 | |
| Barbara Mitchell | _A _X_P _L _O | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Jane Oxenhandler | _A _X_P _L _O | 2.00 | 0.50 | 3.50 | 0.00 | 0.00 | 6.00 | |
| Janet Doyle | _A _X_P _L _O | 0.00 | 0.00 | 0.50 | 0.00 | 0.00 | 0.50 | |
| | _A _P _L _O | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | _A _P _L _O | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | _A _P _L _O | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| **Total Firm Time** | | | | | | | | 2695.00 |

I certify that the time documented above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657.

Signature: _____     Date: 2-24-06

Confidential Attorney Work Product

Last Printed: 02/24/2006

Exhibit E

| Date | Task Code | Description of Services | Initials | Hours |
|------|-----------|------------------------|----------|-------|
| 02/22/05 | 3 | Review of case summation | DS | 1.50 |
| 02/23/05 | 3 | Prepare for and attend First plaintiff's meeting, N.O. | DS | 2.00 |
| 03/04/05 | 3 | Depo summary of Dr. Alan S. Nies, MD, depo from 3/2/05 | DS | 9.00 |
| 03/05/05 | 3 | Depo summary of Dr. Alan S. Nies, MD, depo from 3/2/05 | DS | 1.00 |
| 03/06/05 | 3 | Depo summary of Dr. Alan S. Nies, MD, depo from 3/2/05 | DS | 4.00 |
| 03/07/05 | 3 | Travel associated with document review work - flight to NYC | DS | 3.00 |
| 03/07/05 | 3 | Depo summary of Dr. Alan S. Nies, MD, depo from 3/2/05 | DS | 6.00 |
| 03/08/05 | 3 | Depo summary of Dr. Alan S. Nies, MD, depo from 3/2/05 | DS | 6.00 |
| 03/08/05 | 3 | Review of Peter Kim document production at depository in preparation for upcoming depositions | DS | 3.00 |
| 03/09/05 | 3 | Review of thomas Bold and Peter Kim document production at depository in preparation for upcoming depositions | DS | 10.00 |
| 03/10/05 | 3 | Review of Anstice document production at depository in preparation for upcoming depositions | DS | 9.50 |
| 03/11/05 | 3 | Review of Gertz document production at depository in preparation for upcoming depositions | DS | 5.50 |
| 03/12/05 | 3 | Return travel from New York City, NY associated with document review work - flight back to N.O. | DS | 3.50 |
| 03/18/05 | 3 | Status conference | DS | 2.00 |
| 01/18/05 | 3 | Travel to Montgomery, AL associated with document review work | HL | 5.75 |
| 01/18/05 | 3 | Document review at depository in preparation for upcoming depositions | HL | 6.00 |
| 01/19/05 | 3 | Document review at depository in preparation for upcoming depositions | HL | 8.25 |
| 01/20/05 | 3 | Document review at depository in preparation for upcoming depositions | HL | 8.50 |
| 01/21/05 | 3 | Document review at depository in preparation for upcoming depositions | HL | 5.00 |
| 01/21/05 | 3 | Return travel from Montgomery, AL associated with document review work | HL | 5.00 |
| 01/24/05 | 3 | Travel to Montgomery, AL associated with document review work | HL | 5.00 |
| 01/24/05 | 3 | Document review at depository in preparation for upcoming depositions | HL | 7.00 |
| 01/25/05 | 3 | Document review at depository in preparation for upcoming depositions | HL | 8.75 |
| 01/26/05 | 3 | Document review at depository in preparation for upcoming depositions | HL | 9.00 |
| 01/27/05 | 3 | Document review at depository in preparation for upcoming depositions | HL | 9.00 |
| 01/28/05 | 3 | Document review at depository in preparation for upcoming depositions | HL | 5.50 |
| 01/28/05 | 3 | Return travel from Montgomery, AL associated with document review work | HL | 5.00 |
| 01/31/05 | 3 | Travel to Montgomery, AL associated with document review work | HL | 5.00 |
| 01/31/05 | 3 | Document review at depository in preparation for upcoming depositions | HL | 7.00 |

66

Exhibit E

| 02/01/05 | 3 | Review of Baumgartner document production at depository in preparation for upcoming depositions | HL | 9.50 |
| 02/02/05 | 3 | Review of Baumgartner document production at depository in preparation for upcoming depositions | HL | 9.00 |
| 02/03/05 | 3 | Review of Baumgartner document production at depository in preparation for upcoming depositions | HL | 9.00 |
| 02/04/05 | 3 | Review of Baumgartner document production at depository in preparation for upcoming depositions | HL | 4.50 |
| 02/04/05 | 3 | Return travel from Montgomery, AL associated with document review work | HL | 5.00 |
| 02/09/05 | 3 | Travel to Montgomery, AL associated with document review work | HL | 5.00 |
| 02/09/05 | 3 | Review of Baumgartner document production at depository in preparation for upcoming depositions | HL | 6.25 |
| 02/10/05 | 3 | Review of Baumgartner document production at depository in preparation for upcoming depositions | HL | 10.00 |
| 02/11/05 | 3 | Review of Baumgartner document production and work on protocols at depository in preparation for upcoming depositions | HL | 8.75 |
| 02/12/05 | 3 | Review of Baumgartner document production and work on protocols at depository in preparation for upcoming depositions | HL | 6.25 |
| 02/13/05 | 3 | Review of Baumgartner document production at depository in preparation for upcoming depositions | HL | 8.75 |
| 02/14/05 | 3 | Review of Baumgartner document production at depository in preparation for upcoming depositions | HL | 9.25 |
| 02/15/05 | 3 | Review of Baumgartner document production at depository in preparation for upcoming depositions | HL | 9.00 |
| 02/16/05 | 3 | Review of Baumgartner document production and work on protocols at depository in preparation for upcoming depositions | HL | 9.00 |
| 02/17/05 | 3 | Review of Baumgartner document production and work on protocols at depository in preparation for upcoming depositions | HL | 4.50 |
| 02/17/05 | 3 | Return travel from Montgomery, AL associated with document review work | HL | 5.00 |
| 02/21/05 | 3 | Travel to Montgomery, AL associated with document review work | HL | 5.00 |
| 02/21/05 | 3 | Review of Baumgartner document production at depository in preparation for upcoming depositions | HL | 7.00 |
| 02/22/05 | 3 | Review of Baumgartner document production at depository in preparation for upcoming depositions | HL | 9.50 |
| 02/23/05 | 3 | Review of Neis document production at depository in preparation for upcoming depositions | HL | 9.50 |
| 02/24/05 | 3 | Review of Oxenius document production at depository in preparation for upcoming depositions | HL | 4.50 |
| 02/24/05 | 3 | Return travel from Montgomery, AL associated with document review work | HL | 5.00 |
| 02/27/05 | 3 | Travel to Montgomery, AL associated with document review work | HL | 5.00 |
| 02/27/05 | 3 | Review of Oxenius document production at depository in preparation for upcoming depositions | HL | 7.00 |

| 02/28/05 | 3 | Review of Oxenius document production at depository in preparation for upcoming depositions | HL | 9.00 |
|---|---|---|---|---|
| 03/01/05 | 3 | Review of Oxenius document production and Reicin document search at depository in preparation for upcoming depositions | HL | 9.50 |
| 03/02/05 | 3 | Review of Kim document production and work on protocols at depository in preparation for upcoming depositions | HL | 9.25 |
| 03/03/05 | 3 | Review of Bold and Kim document production at depository in preparation for upcoming depositions | HL | 9.25 |
| 03/04/05 | 3 | Review of Bold document production at depository in preparation for upcoming depositions | HL | 4.50 |
| 03/04/05 | 3 | Return travel from Montgomery, AL associated with document review work | HL | 5.00 |
| 03/07/05 | 3 | Travel to Montgomery, AL associated with document review work | HL | 5.00 |
| 03/07/05 | 3 | Review of Scolnick document production at depository in preparation for upcoming depositions | HL | 6.50 |
| 03/08/05 | 3 | Work on protocols at depository | HL | 9.50 |
| 03/09/05 | 3 | Review of Scolnick document production and work on protocols at depository in preparation for upcoming depositions | HL | 9.50 |
| 03/10/05 | 3 | Work on protocols at depository | HL | 9.00 |
| 03/11/05 | 3 | Work on Covance documents at depository | HL | 4.50 |
| 03/11/05 | 3 | Return travel from Montgomery, AL associated with document review work | HL | 5.00 |
| 03/14/05 | 3 | Travel to Montgomery, AL associated with document review work | HL | 5.00 |
| 03/14/05 | 3 | Work on Covance documents at depository | HL | 7.25 |
| 03/15/05 | 3 | Work on protocols at depository | HL | 9.50 |
| 03/16/05 | 3 | Work on consultant contracts at depository | HL | 9.50 |
| 03/17/05 | 3 | Work on/pull consumer testimonial letters at depository | HL | 10.00 |
| 03/18/05 | 3 | Work on/pull consumer testimonial letters at depository | HL | 3.50 |
| 03/18/05 | 3 | Return travel from Montgomery, AL associated with document review work | HL | 5.00 |
| 03/21/05 | 3 | Travel to Montgomery, AL associated with document review work | HL | 5.00 |
| 03/21/05 | 3 | Review of Sheares document production at depository in preparation for upcoming depositionss | HL | 7.75 |
| 03/22/05 | 3 | Review of Sheares document production at depository in preparation for upcoming depositions | HL | 10.00 |
| 03/23/05 | 3 | Review of Mills document production at depository in preparation for upcoming depositions | HL | 10.00 |
| 03/24/05 | 3 | Review of Mills document production at depository in preparation for upcoming depositions | HL | 4.00 |
| 03/24/05 | 3 | Return travel from Montgomery, AL associated with document review work | HL | 5.00 |
| 03/28/05 | 3 | Travel to Montgomery, AL associated with document review work | HL | 5.00 |
| 03/28/05 | 3 | Review of Buttala document production and work on organization of same at depository in preparation for upcoming depositions | HL | 7.25 |

Exhibit E

| 03/29/05 | 3 | Review of Buttala document production at depository in preparation for upcoming depositions | HL | 9.50 |
|---|---|---|---|---|
| 03/30/05 | 3 | Review of Buttala/Honig document production at depository in preparation for upcoming depositions | HL | 9.75 |
| 03/31/05 | 3 | Review of Buttala document production and work on trial cuts for Watson at depository in preparation for upcoming depositions | HL | 9.00 |
| 04/01/05 | 3 | Work on deposition cuts of Watson at depository | HL | 4.00 |
| 04/01/05 | 3 | Return travel from Montgomery, AL associated with document review work | HL | 5.00 |
| 04/04/05 | 3 | Travel to Montgomery, AL associated with document review work | HL | 5.00 |
| 04/04/05 | 3 | Work on trial cuts of Watson/Bold at depository | HL | 7.50 |
| 04/05/05 | 3 | Work on trial cuts of Bold at depository | HL | 9.50 |
| 04/06/05 | 3 | Review of Buttala document production and worked on protocols at depository in preparation for upcoming depositions | HL | 10.00 |
| 04/07/05 | 3 | Review of Buttala document production and pulled/worked on documents for Dr. Donaldson at depository in preparation for upcoming depositions | HL | 10.00 |
| 03/07/05 | 3 | Prepared notebook containing the transcript of deposition given by Alan S. Nies, M.D. | JD | 0.50 |
| 01/27/05 | 3 | Conference with C. Michael Bollinger; research to determine the manufacturer of Rofecoxib, the generic for Vioxx | JMO | 1.00 |
| 02/14/05 | 1 | Memorandum to Richard Arsenault re: list of sessions from November 9, 2004 conference | JMO | 0.25 |
| 03/01/05 | 1 | E-mail correspondence to Matt Moreland requesting copy of service list | JMO | 0.25 |
| 03/01/05 | 1 | E-mail correspondence to Kay Serven at Danny Becnel's office requesting copy of submission to be appointed presented to Judge Fallon | JMO | 0.25 |
| 03/02/05 | 2 | Work on mailout of Richard Arsenault application | JMO | 0.50 |
| 03/03/05 | 3 | Receipt and review e-mail from Steve M. Rachal to obtain via overnight express delivery the exhibits for Alan Nies deposition | JMO | 0.25 |
| 03/03/05 | 3 | E-mail correspondence to Linda Golkow, court reporter, to overnight express the exhibits for Alan Nies deposition | JMO | 0.25 |
| 03/04/05 | 1 | Work on mailout of Vance Andrus application | JMO | 1.00 |
| 03/04/05 | 3 | Telephone conversation with Esquire Deposition Service re: Alan Nies deposition exhibits | JMO | 0.25 |
| 03/04/05 | 3 | E-mail correspondence to Linda Golkow, court reporter, re: whereabouts of deposition exhibits for Alan Nies deposition | JMO | 0.25 |
| 03/04/05 | 3 | Telephone conversation with Jamie Israel, Esquire Deposition Service re: Nies exhibits | JMO | 0.25 |
| 03/04/05 | 3 | Receipt and review e-mail from Jamie Israel, Esquire Deposition Service with attached Nies exhibits | JMO | 0.25 |
| 03/04/05 | 3 | Printing Nies deposition exhibits and Nies deposition | JMO | 0.75 |
| 03/04/05 | 3 | Create notebook for Nies deposition exhibits and deposition | JMO | 0.25 |
| 03/17/05 | 1 | Update CD DVD notebook with March 17, 2005 Mass Torts Made Perfect presentation and CD | JMO | 0.25 |
| 01/05/05 | 1 | Travel to New York, NY for meeting with plaintiff counsel | JRW | 6.00 |
| 01/06/05 | 1 | Prepare for and attend meeting with plaintiff counsel | JRW | 4.50 |

*549.50*

*.50*

*6.0*

10.5

| 01/07/05 | 1 | Return travel from New York, NY in connection with attending meeting with plaintiff counsel | JRW | 6.00 |
|---|---|---|---|---|
| 01/10/05 | 3 | Travel to Montgomery, AL associated with document review work | MB | 6.00 |
| 01/11/05 | 3 | Document review at depository in preparation for upcoming depositions | MB | 8.00 |
| 01/12/05 | 3 | Document review at depository in preparation for upcoming depositions | MB | 8.00 |
| 01/13/05 | 3 | Document review at depository in preparation for upcoming depositions | MB | 8.00 |
| 01/14/05 | 3 | Document review at depository in preparation for upcoming depositions | MB | 5.00 |
| 01/14/05 | 3 | Return travel from Montgomery, AL associated with document review work | MB | 5.00 |
| 01/18/05 | 3 | Travel to Montgomery, AL associated with document review work | MB | 5.00 |
| 01/18/05 | 3 | Document review at depository in preparation for upcoming depositions | MB | 6.00 |
| 01/19/05 | 3 | Document review at depository in preparation for upcoming depositions | MB | 8.25 |
| 01/20/05 | 3 | Document review at depository in preparation for upcoming depositions | MB | 8.50 |
| 01/21/05 | 3 | Document review at depository in preparation for upcoming depositions | MB | 6.00 |
| 01/21/05 | 3 | Return travel from Montgomery, AL associated with document review work | MB | 5.00 |
| 01/24/05 | 3 | Travel to Montgomery, AL associated with document review work | MB | 5.00 |
| 01/24/05 | 3 | Document review at depository in preparation for upcoming depositions | MB | 7.50 |
| 01/25/05 | 3 | Document review at depository in preparation for upcoming depositions | MB | 8.75 |
| 01/26/05 | 3 | Document review at depository in preparation for upcoming depositions | MB | 9.00 |
| 01/27/05 | 3 | Document review at depository in preparation for upcoming depositions | MB | 9.00 |
| 01/28/05 | 3 | Document review at depository in preparation for upcoming depositions | MB | 5.50 |
| 01/28/05 | 3 | Return travel from Montgomery, AL associated with document review work | MB | 5.00 |
| 01/31/05 | 3 | Travel to Montgomery, AL associated with document review work | MB | 5.00 |
| 01/31/05 | 3 | Document review at depository in preparation for upcoming depositions | MB | 7.00 |
| 02/01/05 | 3 | Document review at depository in preparation for upcoming depositions | MB | 9.50 |
| 02/02/05 | 3 | Review of Watson document production at depository in preparation for upcoming depositions | MB | 9.00 |
| 02/03/05 | 3 | Review of Reicin document production at depository in preparation for upcoming depositions | MB | 9.00 |
| 02/04/05 | 3 | Review of Reicin document production at depository in preparation for upcoming depositions | MB | 4.50 |

| 02/04/05 | 3 | Return travel from Montgomery, AL associated with document review work | MB | 5.00 |
|---|---|---|---|---|
| 02/09/05 | 3 | Travel to Montgomery, AL associated with document review work | MB | 5.00 |
| 02/09/05 | 3 | Review of Morrison document production at depository in preparation for upcoming depositions | MB | 6.25 |
| 02/10/05 | 3 | Review of Morrison document production at depository in preparation for upcoming depositions | MB | 10.00 |
| 02/11/05 | 3 | Review of Morrison document production at depository in preparation for upcoming depositions | MB | 8.75 |
| 02/12/05 | 3 | Review of Baumgartner document production and work on protocols at depository in preparation for upcoming depositions | MB | 6.25 |
| 02/13/05 | 3 | Review of Baumgartner document production at depository in preparation for upcoming depositions | MB | 8.75 |
| 02/14/05 | 3 | Review of Baumgartner document production at depository in preparation for upcoming depositions | MB | 9.25 |
| 02/15/05 | 3 | Review of Baumgartner document production at depository in preparation for upcoming depositions | MB | 9.00 |
| 02/16/05 | 3 | Review of Baumgartner document production and work on protocols at depository in preparation for upcoming depositions | MB | 9.00 |
| 02/17/05 | 3 | Review of Baumgartner document production and work on protocols at depository in preparation for upcoming depositions | MB | 4.50 |
| 02/17/05 | 3 | Return travel from Montgomery, AL associated with document review work | MB | 5.00 |
| 02/21/05 | 3 | Travel to Montgomery, AL associated with document review work | MB | 5.00 |
| 02/21/05 | 3 | Review of Baumgartner document production at depository in preparation for upcoming depositions | MB | 7.00 |
| 02/22/05 | 3 | Review of Baumgartner document production at depository in preparation for upcoming depositions | MB | 9.50 |
| 02/23/05 | 3 | Review of Neis document production at depository in preparation for upcoming depositions | MB | 9.50 |
| 02/24/05 | 3 | Review of Oxenius document production at depository in preparation for upcoming depositions | MB | 4.50 |
| 02/24/05 | 3 | Return travel from Montgomery, AL associated with document review work | MB | 5.00 |
| 02/27/05 | 3 | Travel to Montgomery, AL associated with document review work | MB | 5.00 |
| 02/27/05 | 3 | Review of Oxenius document production at depository in preparation for upcoming depositions | MB | 7.00 |
| 02/28/05 | 3 | Travel to Philadelphia, PA in connection with attending Dr. Alan Neis' deposition; prepare for Dr. Alan Neis' deposition | MB | 10.00 |
| 03/01/05 | 3 | Travel to Philadelphia, PA in connection with attending Dr. Alan Neis' deposition | MB | 7.00 |
| 03/02/05 | 3 | Preparation meeting/Alan Neis depo | MB | 8.50 |
| 03/02/05 | 3 | Return travel from Philadelphia, PA to Montgomery, AL associated with attending Neis deposition and document review work | MB | 7.00 |

| 03/03/05 | 3 | Review of Bold document production at depository in preparation for upcoming depositions | MB | 7.00 |
| 03/04/05 | 3 | Review of Bold document production at depository in preparation for upcoming depositions | MB | 4.50 |
| 03/04/05 | 3 | Return travel from Montgomery, AL associated with document review work | MB | 5.00 |
| 03/07/05 | 3 | Travel to Montgomery, AL associated with document review work | MB | 5.00 |
| 03/07/05 | 3 | Review of Scolnick document production at depository in preparation for upcoming depositions | MB | 7.00 |
| 03/08/05 | 3 | Review of Scholnick document production and work on/pulled renal documents at depository in preparation for upcoming depositions | MB | 9.00 |
| 03/09/05 | 3 | Review of Scolnick/Gresser document production at depository in preparation for upcoming depositions | MB | 9.00 |
| 03/10/05 | 3 | Work on smoker subgroup documents at depository | MB | 9.00 |
| 03/11/05 | 3 | Work on diabetes subgroup search at depository | MB | 4.00 |
| 03/11/05 | 3 | Return travel from Montgomery, AL associated with document review work | MB | 5.00 |
| 03/14/05 | 3 | Travel to Montgomery, AL associated with document review work | MB | 5.00 |
| 03/14/05 | 3 | Review of Kim document production and work on Crisp database at depository in preparation for upcoming depositions | MB | 7.00 |
| 03/15/05 | 3 | Review of Blake document production at depository in preparation for upcoming depositions | MB | 9.50 |
| 03/16/05 | 3 | Review of Blake document production at depository in preparation for upcoming depositions | MB | 9.50 |
| 03/17/05 | 3 | Review of El-Dada document production at depository in preparation for upcoming depositions | MB | 10.00 |
| 03/18/05 | 3 | Work on marketing documents at depository | MB | 3.50 |
| 03/18/05 | 3 | Return travel from Montgomery, AL associated with document review work | MB | 5.00 |
| 03/21/05 | 3 | Travel to Montgomery, AL associated with document review work | MB | 5.00 |
| 03/21/05 | 3 | Review of El-Dada document production at depository in preparation for upcoming depositions | MB | 7.25 |
| 03/22/05 | 3 | Review of PGIM issues at depository | MB | 10.25 |
| 03/23/05 | 3 | Review of PGIM issues at depository | MB | 10.00 |
| 03/24/05 | 3 | Review of Brakewood document production at depository in preparation for upcoming depositions | MB | 3.75 |
| 03/24/05 | 3 | Return travel from Montgomery, AL associated with document review work | MB | 5.00 |
| 03/28/05 | 3 | Travel to Montgomery, AL associated with document review work | MB | 5.00 |
| 03/28/05 | 3 | Review of Brakewood document production at depository in preparation for upcoming depositions | MB | 7.25 |
| 03/29/05 | 3 | Work on documents re: vasoconstriction issues at depository | MB | 9.50 |
| 03/29/05 | 3 | Review of Alan Neis document production at depository in preparation for upcoming depositions | MB | 9.00 |

| 03/31/05 | 3 | Review of Brakewood document production and work on trial cuts of Reicin at depository in preparation for upcoming depositions | MB | 10.00 |
|---|---|---|---|---|
| 04/01/05 | 3 | Work on trial cuts of Recin at depository | MB | 4.00 |
| 04/01/05 | 3 | Return travel from Montgomery, AL associated with document review work | MB | 5.00 |
| 04/04/05 | 3 | Travel to Montgomery, AL associated with document review work | MB | 5.00 |
| 04/04/05 | 3 | Work on trial cuts of Recin at depository | MB | 7.00 |
| 04/05/05 | 3 | Work on trial cuts of St. Louis at depository | MB | 9.00 |
| 04/06/05 | 3 | Work on trial cuts of St. Louis at depository | MB | 9.75 |
| 04/07/05 | 3 | Work on Biomarker document search/trial cuts of Recin 2 at depository | MB | 9.75 |
| 01/10/05 | 3 | Travel to Montgomery, AL associated with document review work | ML | 5.00 |
| 01/11/05 | 3 | Document review at depository in preparation for upcoming depositions | ML | 8.00 |
| 01/12/05 | 3 | Document review at depository in preparation for upcoming depositions | ML | 8.00 |
| 01/13/05 | 3 | Document review at depository in preparation for upcoming depositions | ML | 8.00 |
| 01/14/05 | 3 | Document review at depository in preparation for upcoming depositions | ML | 5.00 |
| 01/14/05 | 3 | Return travel from Montgomery, AL associated with document review work | ML | 5.00 |
| 01/18/05 | 3 | Travel to Montgomery, AL associated with document review work | ML | 5.00 |
| 01/18/05 | 3 | Document review at depository in preparation for upcoming depositions | ML | 6.00 |
| 01/19/05 | 3 | Document review at depository in preparation for upcoming depositions | ML | 8.25 |
| 01/20/05 | 3 | Document review at depository in preparation for upcoming depositions | ML | 8.50 |
| 01/21/05 | 3 | Document review at depository in preparation for upcoming depositions | ML | 5.00 |
| 01/21/05 | 3 | Return travel from Montgomery, AL associated with document review work | ML | 5.00 |
| 01/24/05 | 3 | Travel to Montgomery, AL associated with document review work | ML | 5.00 |
| 01/24/05 | 3 | Document review at depository in preparation for upcoming depositions | ML | 7.50 |
| 01/25/05 | 3 | Document review at depository in preparation for upcoming depositions | ML | 8.75 |
| 01/26/05 | 3 | Document review at depository in preparation for upcoming depositions | ML | 9.00 |
| 01/27/05 | 3 | Document review at depository in preparation for upcoming depositions | ML | 9.00 |
| 01/28/05 | 3 | Document review at depository in preparation for upcoming depositions | ML | 5.50 |
| 01/28/05 | 3 | Return travel from Montgomery, AL associated with document review work | ML | 5.00 |

| 01/31/05 | 3 | Travel to Montgomery, AL associated with document review work | ML | 5.00 |
|---|---|---|---|---|
| 01/31/05 | 3 | Document review at depository in preparation for upcoming depositions | ML | 7.00 |
| 02/01/05 | 3 | Review of Baumgartner document production at depository in preparation for upcoming depositions | ML | 9.50 |
| 02/02/05 | 3 | Review of Baumgartner document production at depository in preparation for upcoming depositions | ML | 9.00 |
| 02/03/05 | 3 | Document review at depository in preparation for upcoming depositions | ML | 9.00 |
| 02/04/05 | 3 | Review of Baumgartner document production at depository in preparation for upcoming depositions | ML | 4.50 |
| 02/04/05 | 3 | Return travel from Montgomery, AL associated with document review work | ML | 5.00 |
| 02/09/05 | 3 | Travel to Montgomery, AL associated with document review work | ML | 5.00 |
| 02/09/05 | 3 | Document review at depository in preparation for upcoming depositions | ML | 6.25 |
| 02/10/05 | 3 | Review of Baumgartner document production at depository in preparation for upcoming depositions | ML | 10.00 |
| 02/11/05 | 3 | Review of Baumgartner document production and work on protocols at depository in preparation for upcoming depositions | ML | 8.75 |
| 02/12/05 | 3 | Review of Baumgartner document production and work on protocols at depository in preparation for upcoming depositions | ML | 6.25 |
| 02/13/05 | 3 | Review of Baumgartner document production at depository in preparation for upcoming depositions | ML | 8.75 |
| 02/14/05 | 3 | Review of Baumgartner document production at depository in preparation for upcoming depositions | ML | 9.25 |
| 02/15/05 | 3 | Review of Baumgartner document production at depository in preparation for upcoming depositions | ML | 9.00 |
| 02/16/05 | 3 | Review of Baumgartner document production and work on protocols at depository in preparation for upcoming depositions | ML | 9.00 |
| 02/17/05 | 3 | Review of Baumgartner document production and work on protocols at depository in preparation for upcoming depositions | ML | 4.50 |
| 02/17/05 | 3 | Return travel from Montgomery, AL associated with document review work | ML | 5.00 |
| 02/21/05 | 3 | Travel to Montgomery, AL associated with document review work | ML | 5.00 |
| 02/21/05 | 3 | Review of Baumgartner document production at depository in preparation for upcoming depositions | ML | 7.00 |
| 02/22/05 | 3 | Review of Baumgartner document production at depository in preparation for upcoming depositions | ML | 9.50 |
| 02/23/05 | 3 | Review of Neis document production at depository in preparation for upcoming depositions | ML | 9.50 |
| 02/24/05 | 3 | Review of Oxenius document production at depository in preparation for upcoming depositions | ML | 4.50 |
| 02/24/05 | 3 | Return travel from Montgomery, AL associated with document review work | ML | 5.00 |

Exhibit E

| 02/27/05 | 3 | Travel to Montgomery, AL associated with document review work | ML | 5.00 |
|---|---|---|---|---|
| 02/27/05 | 3 | Review of Oxenius document production at depository in preparation for upcoming depositions | ML | 7.00 |
| 02/28/05 | 3 | Review of Oxenius document production at depository in preparation for upcoming depositions | ML | 9.00 |
| 03/01/05 | 3 | Review of Oxenius document production and work on article search at depository in preparation for upcoming depositions | ML | 9.50 |
| 03/02/05 | 3 | Review of Bold/Oxenius document production at depository in preparation for upcoming depositions | ML | 9.25 |
| 03/03/05 | 3 | Review of Bold document production at depository in preparation for upcoming depositions | ML | 9.25 |
| 03/04/05 | 3 | Review of Bold/Scolnick document production at depository in preparation for upcoming depositions | ML | 4.50 |
| 03/04/05 | 3 | Return travel from Montgomery, AL associated with document review work | ML | 5.00 |
| 03/07/05 | 3 | Travel to Montgomery, AL associated with document review work | ML | 5.00 |
| 03/07/05 | 3 | Review of Scholnick/Oxenius document production at depository in preparation for upcoming depositions | ML | 6.50 |
| 03/08/05 | 3 | Review of Oxenius document production and worked on foreign labels/protocols at depository in preparation for upcoming depositions | ML | 9.50 |
| 03/09/05 | 3 | Work on protocols at depository | ML | 9.50 |
| 03/10/05 | 3 | Work on protocols at depository | ML | 9.50 |
| 03/11/05 | 3 | Work on bulletins at depository | ML | 4.00 |
| 03/11/05 | 3 | Return travel from Montgomery, AL associated with document review work | ML | 5.00 |
| 03/14/05 | 3 | Travel to Montgomery, AL associated with document review work | ML | 5.00 |
| 03/14/05 | 3 | Work on protocols at depository | ML | 7.25 |
| 03/15/05 | 3 | Work on protocols at depository | ML | 9.50 |
| 03/16/05 | 3 | Work on bulletins at depository | ML | 9.50 |
| 03/17/05 | 3 | Work on bulletins at depository | ML | 10.00 |
| 03/18/05 | 3 | Work on bulletins at depository | ML | 3.50 |
| 03/18/05 | 3 | Return travel from Montgomery, AL associated with document review work | ML | 5.00 |
| 03/21/05 | 3 | Travel to Montgomery, AL associated with document review work | ML | 5.00 |
| 03/21/05 | 3 | Work on Vigor/DSMB/Consultant Contracts/document review at depository | ML | 7.50 |
| 03/22/05 | 3 | Review of Abrahamson document production and work on marketing documents at depository in preparation for upcoming depositions | ML | 10.00 |
| 03/23/05 | 3 | Work on marketing materials at depository | ML | 10.25 |
| 03/24/05 | 3 | Document review at depository in preparation for upcoming depositions | ML | 4.00 |
| 03/24/05 | 3 | Return travel from Montgomery, AL associated with document review work | ML | 5.00 |
| 03/28/05 | 3 | Travel to Montgomery, AL associated with document review work | ML | 5.00 |

| 03/28/05 | 3 | Work on marketing materials and organization of documents at depository | ML | 7.25 |
| 03/29/05 | 3 | Work on marketing materials and review of Buttala document production at depository | ML | 9.50 |
| 03/30/05 | 3 | Review of Buttala/Honig document production at depository in preparation for upcoming depositions | ML | 9.75 |
| 03/31/05 | 3 | Review of Buttala document production and work on trial cuts of Baumgartner at depository in preparation for upcoming depositions | ML | 9.00 |
| 04/01/05 | 3 | Work on trial cuts of Baumgartner at depository | ML | 4.00 |
| 04/01/05 | 3 | Return travel from Montgomery, AL associated with document review work | ML | 5.00 |
| 04/04/05 | 3 | Travel to Montgomery, AL associated with document review work | ML | 5.00 |
| 04/04/05 | 3 | Work on trial cuts of Baumgartner at depository | ML | 7.50 |
| 04/05/05 | 3 | Work on trial cuts of Baumgartner/Simon at depository | ML | 9.50 |
| 04/06/05 | 3 | Review of Buttala document production and work on trial cuts of Simon at depository in preparation for upcoming depositions | ML | 10.00 |
| 04/07/05 | 3 | Review of Buttala document production and work on trial cuts of Simon at depository in preparation for upcoming depositions | ML | 10.00 |
| 01/10/05 | 3 | Travel to Montgomery, AL associated with document review work | MP | 6.50 |
| 01/11/05 | 3 | Document review at depository in preparation for upcoming depositions | MP | 8.00 |
| 01/12/05 | 3 | Document review at depository in preparation for upcoming depositions | MP | 9.50 |
| 01/13/05 | 3 | Document review at depository in preparation for upcoming depositions | MP | 8.00 |
| 01/14/05 | 3 | Document review at depository in preparation for upcoming depositions | MP | 5.00 |
| 01/14/05 | 3 | Return travel from Montgomery, AL associated with document review work | MP | 5.00 |
| 01/18/05 | 3 | Travel to Montgomery, AL associated with document review work | MP | 6.00 |
| 01/18/05 | 3 | Document review at depository in preparation for upcoming depositions | MP | 6.00 |
| 01/19/05 | 3 | Document review at depository in preparation for upcoming depositions | MP | 8.25 |
| 01/20/05 | 3 | Document review at depository in preparation for upcoming depositions | MP | 8.50 |
| 01/21/05 | 3 | Document review at depository in preparation for upcoming depositions | MP | 5.00 |
| 01/21/05 | 3 | Return travel  from Montgomery, AL associated with document review work | MP | 5.00 |
| 01/24/05 | 3 | Travel to Montgomery, AL associated with document review work | MP | 5.00 |
| 01/24/05 | 3 | Document review at depository in preparation for upcoming depositions | MP | 7.50 |
| 01/25/05 | 3 | Document review at depository in preparation for upcoming depositions | MP | 8.75 |

| 01/26/05 | 3 | Document review at depository in preparation for upcoming depositions | MP | 9.00 |
| 01/27/05 | 3 | Document review at depository in preparation for upcoming depositions | MP | 9.00 |
| 01/28/05 | 3 | Document review at depository in preparation for upcoming depositions | MP | 5.50 |
| 01/28/05 | 3 | Return travel from Montgomery, AL associated with document review work | MP | 5.00 |
| 01/31/05 | 3 | Travel to Montgomery, AL associated with document review work | MP | 5.00 |
| 01/31/05 | 3 | Document review at depository in preparation for upcoming depositions | MP | 7.00 |
| 02/01/05 | 3 | Review of Baumgartner document production at depository in preparation for upcoming depositions | MP | 9.50 |
| 02/02/05 | 3 | Review of Baumgartner document production at depository in preparation for upcoming depositions | MP | 9.00 |
| 02/03/05 | 3 | Review of Baumgartner document production at depository in preparation for upcoming depositions | MP | 9.00 |
| 02/04/05 | 3 | Review of Baumgartner document production at depository in preparation for upcoming depositions | MP | 4.50 |
| 02/04/05 | 3 | Return travel from Montgomery, AL associated with document review work | MP | 5.00 |
| 02/09/05 | 3 | Travel to Montgomery, AL associated with document review work | MP | 5.00 |
| 02/09/05 | 3 | Review of Baumgartner document production at depository in preparation for upcoming depositions | MP | 6.25 |
| 02/10/05 | 3 | Review of Baumgartner document production at depository in preparation for upcoming depositions | MP | 10.00 |
| 02/11/05 | 3 | Review of Baumgartner document production and work on protocols at depository in preparation for upcoming depositions | MP | 8.75 |
| 02/12/05 | 3 | Review of Baumgartner document production and work on protocols at depository in preparation for upcoming depositions | MP | 6.25 |
| 02/13/05 | 3 | Review of Baumgartner document production at depository in preparation for upcoming depositionss | MP | 8.75 |
| 02/14/05 | 3 | Review of Baumgartner document production at depository in preparation for upcoming depositions | MP | 9.25 |
| 02/15/05 | 3 | Review of Baumgartner document production at depository in preparation for upcoming depositions | MP | 9.00 |
| 02/16/05 | 3 | Review of Baumgartner document production and work on protocols at depository in preparation for upcoming depositions | MP | 9.00 |
| 02/17/05 | 3 | Review of Baumgartner document production and work on protocols at depository in preparation for upcoming depositions | MP | 4.50 |
| 02/17/05 | 3 | Return travel from Montgomery, AL associated with document review work | MP | 5.00 |
| 02/21/05 | 3 | Travel to Montgomery, AL associated with document review work | MP | 5.00 |
| 02/21/05 | 3 | Review of Baumgartner document production at depository in preparation for upcoming depositions | MP | 7.00 |

| 02/22/05 | 3 | Review of Baumgartner document production at depository in preparation for upcoming depositions | MP | 9.50 |
|---|---|---|---|---|
| 02/23/05 | 3 | Review of Neis document production at depository in preparation for upcoming depositions | MP | 9.50 |
| 02/24/05 | 3 | Review of Oxenius document production at depository in preparation for upcoming depositions | MP | 4.50 |
| 02/24/05 | 3 | Return travel from Montgomery, AL associated with document review work | MP | 5.00 |
| 02/27/05 | 3 | Travel to Montgomery, AL associated with document review work | MP | 5.00 |
| 02/27/05 | 3 | Review of Oxenius document production at depository in preparation for upcoming depositions | MP | 7.00 |
| 02/28/05 | 3 | Review of Oxenius document production at depository in preparation for upcoming depositions | MP | 9.00 |
| 01/26/05 | 1 | Travel associated with attending MDL meeting in Ft. Myers, Florida; attended organizational meetings and strategy session associated with hearing. | RJA | 7.00 |
| 01/27/05 | 1 | Prepare for and attend MDL hearing in Ft. Myers, Florida, along with associated travel. | RJA | 6.50 |
| 02/17/05 | 1 | Receipt and review of 2/16/05 e-mail from Barry Hill re: MDL transferred to New Orleans | RJA | 0.25 |
| 02/20/05 | 1 | Receipt and review of 2/19/05 e-mail from Dawn Barrios re: Vioxx is now in New Orleans | RJA | 0.25 |
| 02/21/05 | 1 | Receipt and review 2/18/05 correspondence from Danny Becnel to Bryan Reuter re: proposing Gerald Meunier as Liaison Counsel | RJA | 0.25 |
| 02/21/05 | 1 | Receipt and review 2/18/05 correspondence from Bryan Reuter to Daniel Becnel re: proposing Gerald Meunier as Liaison Counsel | RJA | 0.25 |
| 02/21/05 | 1 | Travel from Alexandria to New Orleans in connection with attending organizational meeting | RJA | 3.50 |
| 02/23/05 | 1 | Prepare for and attend organizational meeting in New Orleans. | RJA | 3.00 |
| 02/28/05 | 1 | Correspondence to Dawn Barrios dated February 28, 2005 enclosing plaintiffs' service list current as of Feb. 24, 2005. | RJA | 0.25 |
| 03/01/05 | 1 | Receipt and review of correspondence from Bryan Ruder dated February 25, 2005, along with defendant's objections to and motion to review the magistrate's February 10, 2005 remand order, along with notice of hearing and memorandum in support of defendant's objections to the magistrate's February 10, 2005 remand order | RJA | 1.25 |
| 03/02/05 | 3 | Attend deposition of Dr. Alan Nies | RJA | 8.00 |
| 03/03/05 | 1 | Receipt and review of February 24, 2005 Minute Entry. | RJA | 0.25 |
| 03/03/05 | 1 | Receipt and review of February 25, 2005 Minute Entry. | RJA | 0.25 |
| 03/03/05 | 2 | Receipt and review of Daniel Becnel's notice of filing of application for appointment to the plaintiffs' steering committee | RJA | 0.25 |
| 03/03/05 | 3 | Receipt and review of 3/2/05 e-mail from Donald Arbitblit re: Thomas Bold deposition. | RJA | 0.25 |
| 03/03/05 | 3 | E-mail to Donald Arbitblit re: Steve Rachal will be in New York all next week and can devote time to preparing notebooks for Thomas Bold deposition. | RJA | 0.25 |

| 03/03/05 | 3 | Receipt and review deposition transcript from Dr. Thomas Bold's 7/25/04 deposition, to prepare for his deposition scheduled 3/11/05 | RJA | 0.50 |
|---|---|---|---|---|
| 03/03/05 | 3 | Various telephone calls re: copy of preliminary transcript of Alan Nies 3/2/05 | RJA | 0.25 |
| 03/03/05 | 3 | Receipt and review preliminary deposition transcript of Dr. Alan Nies | RJA | 1.50 |
| 03/03/05 | 3 | Receipt and review 3/3/05 e-mail from court reporter, Linda Golkow re: Alan Nies exhibits | RJA | 0.25 |
| 03/03/05 | 3 | Prepare for and attend conference call with Don Arbitblit of the Lieff Cabraser firm in California in connection with preparation of Thomas Bold deposition that is going to be taken in Philadelphia on 3/11/05 along with preliminary review of notes Don took regarding first deposition of Thomas Bold along with beginning actual review of initial deposition taken in connection with Texas litigation of Thomas Bold | RJA | 2.75 |
| 03/04/05 | 1 | Receipt and review of 3/4/05 e-mail from Debbie Murphy re: e-mail from Arnold Levin re: his case Besaw , et al v. Merck | RJA | 0.25 |
| 03/04/05 | 2 | Receipt and review of Stephen Murray's Application for Appointment to the PSC | RJA | 0.25 |
| 03/05/05 | 1 | Receipt and review of February 21, 2005 correspondence from Deborah Sulzer to Clerk asking she be added to Panel Service list. | RJA | 0.25 |
| 03/05/05 | 2 | Receipt and review of facsimile dated March 1, 2005 from Walter Dumas with copy of PreTrial Order No. 2 attached. | RJA | 0.25 |
| 03/05/05 | 2 | Receipt and review of Order signed February 28, 2005 realloting case from Magistrate Judge 2 to Magistrate Judge 3. | RJA | 0.25 |
| 03/05/05 | 2 | Receipt and review of February 21, 2005 correspondence from Deborah Sulzer to Clerk asking Motion to Organize be withdrawn as moot. | RJA | 0.25 |
| 03/05/05 | 2 | Receipt and review of February 28, 2005 correspondence from Yvonne Flaherty to Clerk enclosing Notice of Potential Tag-Along action. | RJA | 0.25 |
| 03/05/05 | 2 | Receipt and review of Motion to Enroll as Counsel of Record by Allan Kanner & Associates | RJA | 0.25 |
| 03/08/05 | 1 | Receipt and review of correspondence dated March 2, 2005 to the Clerk from Jeffrey Robinson requesting he be added to Panel Attorney Service List | RJA | 0.25 |
| 03/08/05 | 1 | Receipt and review of Order denying postponement of March 18, 2005 initial pretrial conference. | RJA | 0.25 |
| 03/08/05 | 2 | Receipt and review of Conditional Transfer Order No. 1 | RJA | 0.25 |
| 03/08/05 | 2 | Receipt and review of application for appointment to PSC by Pat Morrow | RJA | 0.25 |
| 03/08/05 | 2 | Receipt and review of application for appointment to PSC by Matt Lundy. | RJA | 0.25 |
| 03/08/05 | 2 | Receipt and review of application for appointment to PSC by Mark Robinson. | RJA | 0.25 |
| 03/08/05 | 2 | Receipt and review of application for appointment to PSC by Don Barrett. | RJA | 0.25 |

| 03/08/05 | 2 | Receipt and review of application for appointment to PSC by Harold J. Lamy. | RJA | 0.25 |
|----------|---|------------------------------------------------------------------------------|-----|------|
| 03/08/05 | 3 | Review documents in connection with Dr. Bold's deposition | RJA | 2.00 |
| 03/09/05 | 2 | Receipt and review of Andy Birchfield's PSC application | RJA | 0.25 |
| 03/10/05 | 1 | Receipt and review of Transfer Order filed February 16, 2005. | RJA | 0.25 |
| 03/10/05 | 2 | Receipt and review of 3/10/05 e-mail from Russ Herman and Pretrial Order No. 5 | RJA | 0.25 |
| 03/10/05 | 3 | Review documents in connection with preparing for Dr. Thomas Bold's deposition and travel to Philadelphia | RJA | 7.75 |
| 03/11/05 | 1 | Receipt and review of 3/11/05 email from Russ Herman re: plaintiffs' position paper and proposed CMO | RJA | 0.25 |
| 03/11/05 | 1 | Receipt and review of 3/3/05 correspondence from Robert Schwartz re: adding his name to the service list | RJA | 0.25 |
| 03/11/05 | 1 | Receipt and review 3/11/05 e-mail from Daniel Becnel re: obtaining copy of Position Paper prior to delivery to the Judge | RJA | 0.25 |
| 03/11/05 | 3 | Continue reviewing documents and prepare for Dr. Bold's deposition; attend Dr. Bold's deposition; return travel from Philadelphia | RJA | 17.75 |
| 03/12/05 | 1 | Review of Gertz document production at depository in preparation for upcoming depositions | RJA | 0.25 |
| 03/12/05 | 1 | Receipt and review of 3/11/05 e-mail from Lenny Davis re: he will pass Danny's message on to Russ Herman | RJA | 0.25 |
| 03/12/05 | 1 | Receipt and review of 3/7/05 correspondence from Dawn Chmielewski regarding adding John Climaco to the service list | RJA | 0.25 |
| 03/12/05 | 2 | Receipt and review of Position Paper filed by Scott Allen. | RJA | 0.25 |
| 03/13/05 | 1 | Receipt and review  of facsimile from Dennis Johnson with March 1, 2005 correspondence regarding the Court's Feb. 17th Pretrial Order, etc. | RJA | 0.25 |
| 03/13/05 | 1 | Receipt and review of February 24, 2005 correspondence from Seeger and Birchfield to Judge Fallon with report on meeting held February 23. | RJA | 0.25 |
| 03/13/05 | 2 | Receipt and review of Plaintiffs' Brief Statement of Factual and Legal Issues | RJA | 0.25 |
| 03/13/05 | 2 | Position statement of Defendant, Mercy Hospital | RJA | 0.25 |
| 03/13/05 | 2 | Receipt and review of Conditional Transfer Order No. 2 | RJA | 0.25 |
| 03/14/05 | 1 | Receipt and review of 3/14/05 e-mail from Danny Becnel re: copy of position paper | RJA | 0.25 |
| 03/14/05 | 2 | Receipt and review of 3/10/05 correspondence and Notice of Appearance from Timothy Balducci | RJA | 0.25 |
| 03/14/05 | 2 | Receipt and review of Pretrial Order No. 5 | RJA | 0.25 |
| 03/15/05 | 1 | Receipt and review of March 14, 2005 e-mail from Danny Becnel enclosing comments form Dr. Daniel Acosta (cardio-toxicologist) | RJA | 0.25 |
| 03/16/05 | 1 | Receipt and review of 3/16/05 e-mail from Regina Westenfeld re: position statement filed by James Zonas | RJA | 0.25 |
| 03/16/05 | 1 | Receipt and review of 3/16/05 e-mail from Regina Westenfeld re: Order from the MDL Panel vacating a transfer order | RJA | 0.25 |
| 03/16/05 | 1 | Receipt and review of 3/16/05 e-mil from Regina Westenfeld re: Pretrial Order #5A | RJA | 0.25 |

| 03/16/05 | 1 | Receipt and review of 3/16/05 e-mail from Charles Zimmerman re: his PSC application  has been filed | RJA | 0.25 |
|---|---|---|---|---|
| 03/16/05 | 1 | E-mail to Charles Zimmerman re: will see him at status conference on Friday | RJA | 0.25 |
| 03/16/05 | 1 | Receipt and review of March 7, 2005 correspondence from Jerrold Parker to the U.S. District Clerk requesting their firm be added to the Panel Attorney Service List. | RJA | 0.25 |
| 03/16/05 | 2 | Completed contact form pursuant to Pretrial Order No. 5A | RJA | 0.25 |
| 03/16/05 | 2 | Receipt and review of March 16, 2005 e-mail from Regina Westenfeld with Position statement by Chris Walker on behalf of Plaintiff in Magee v. Merck attached. | RJA | 0.25 |
| 03/16/05 | 2 | Receipt and review of Position Statement of Defendant Merck & Co., Inc. | RJA | 1.50 |
| 03/17/05 | 1 | Receipt and review of 3/17/05 e-mail from Regina Westenfeld re: Joint Report No. 1 | RJA | 0.25 |
| 03/17/05 | 1 | Receipt and review of 3/17/05 e-mail from Carlene Lewis re: she is reviewing annual reports | RJA | 0.25 |
| 03/17/05 | 1 | Receipt and review of 3/17/05 e-mail from Matt Moreland re: Joint Report No. 1 | RJA | 0.25 |
| 03/17/05 | 1 | Prepare for and attend weekly PSC call. | RJA | 1.00 |
| 03/18/05 | 2 | Receipt and review of Rebecca Cunard's application for appointment to the PSC | RJA | 0.25 |
| 03/18/05 | 2 | Receipt and review of Charles Zimmerman's application for appointment to the PSC | RJA | 0.25 |
| 03/18/05 | 2 | Receipt and review of Ben Barnow's application for appointment to the Plaintiffs' Steering Committee. | RJA | 0.25 |
| 03/18/05 | 2 | Prepare for and attend status conference along with associated travel. | RJA | 6.50 |
| 03/18/05 | 2 | Receipt and review of David P. Matthews' Application for Appointment to the PSC | RJA | 0.25 |
| 03/18/05 | 2 | Receipt and review of Arnold Levin's application for appointment to the PSC | RJA | 0.25 |
| 03/19/05 | 2 | Receipt and review of Transfer Order filed February 16, 2005. | RJA | 0.25 |
| 03/19/05 | 2 | Receipt and review of David Matthews' application for appointment to the Plaintiffs' Steering Committee. | RJA | 0.25 |
| 03/19/05 | 2 | Receipt and review of Chris Seeger's application for appointment to the Plaintiffs' Steering Committee. | RJA | 0.25 |
| 03/19/05 | 2 | Receipt and review of Harold J. Lamy's application for appointment to the Plaintiffs' Steering Committee. | RJA | 0.25 |
| 03/19/05 | 2 | Receipt and review of Joe Escobedo, Jr.'s  application for appointment to the Plaintiffs' Steering Committee. | RJA | 0.25 |
| 03/19/05 | 2 | Receipt and review of James Dugan's application for appointment to the Plaintiffs' Steering Committee. | RJA | 0.25 |
| 03/19/05 | 2 | Receipt and review of Calvin Fayard's application for appointment to the Plaintiffs' Steering Committee. | RJA | 0.25 |
| 03/19/05 | 2 | Receipt and review of Gerrold S. Parker's application for appointment to the Plaintiffs' Steering Committee. | RJA | 0.25 |
| 03/19/05 | 2 | Receipt and review of Gerald E. Meunier's application for appointment to the Plaintiffs' Steering Committee. | RJA | 0.25 |
| 03/19/05 | 2 | Receipt and review of Joseph M. Bruno's application for appointment to the Plaintiffs' Steering Committee. | RJA | 0.25 |

| 03/19/05 | 2 | Receipt and review of Walter Dumas's application for appointment to the Plaintiffs' Steering Committee. | RJA | 0.25 |
|---|---|---|---|---|
| 03/19/05 | 2 | Receipt and review of Kathryn Snapka's application for appointment to the Plaintiffs' Steering Committee. | RJA | 0.25 |
| 03/19/05 | 2 | Receipt and review of H. Blair Han's application for appointment to the Plaintiffs' Steering Committee. | RJA | 0.25 |
| 03/19/05 | 2 | Receipt and review of Andy D. Birchfield's application for appointment to the Plaintiffs' Steering Committee. | RJA | 0.25 |
| 03/19/05 | 2 | Receipt and review of Michael S. Burg's application for appointment to the Plaintiffs' Steering Committee. | RJA | 0.25 |
| 03/19/05 | 2 | Receipt and review of Thomas R. Kline's application for appointment to the Plaintiffs' Steering Committee. | RJA | 0.25 |
| 03/19/05 | 2 | Receipt and review of Joseph C. Langston's application for appointment to the Plaintiffs' Steering Committee. | RJA | 0.25 |
| 03/19/05 | 2 | Receipt and review of Leslie J. Bryan's application for appointment to the Plaintiffs' Steering Committee. | RJA | 0.25 |
| 03/19/05 | 2 | Receipt and review of Motion to Nominate Mark P. Robinson to the Plaintiffs' Steering Committee filed by James G. O'Callahan. | RJA | 0.25 |
| 03/21/05 | 1 | Receipt and review of 3/19/05 e-mail from Danny Becnel re: summary of apparent conflicts of interest in FDA Advisory committee | RJA | 0.25 |
| 03/21/05 | 1 | Receipt and review of 3/12/05 e-mail from Regina Westenfeld re: change of address for J. Michael Veron | RJA | 0.25 |
| 03/21/05 | 1 | Receipt and review of Troy A. Rafferty's March 16, 2005 correspondence to Clerk enclosing his application for appointment to Plaintiffs' Steering Committee | RJA | 0.25 |
| 03/21/05 | 1 | Receipt and review of March 21, 2005 correspondence from Danny Becnel to Dr. Daniel Wecht (with his C.V. attached) retaining him as an expert. | RJA | 0.25 |
| 03/21/05 | 2 | Receipt and review of Carlene Lewis' Application for Appointment to the Plaintiffs' Steering Committee | RJA | 0.25 |
| 03/21/05 | 2 | Receipt and review of Robert Becnel's Motion to Appear as Additional Counsel | RJA | 0.25 |
| 03/21/05 | 2 | Receipt and review of Arnold Levin's Application for Appointment to Plaintiffs' Steering Committee | RJA | 0.25 |
| 03/21/05 | 2 | Receipt and review of Elizabeth Cabraser's Application for Appointment to the Plaintiffs' Steering Committee | RJA | 0.25 |
| 03/21/05 | 2 | Receipt and review of Michael J. Ryan's Application for Appointment to the Plaintiffs' Steering Committee | RJA | 0.25 |
| 03/21/05 | 2 | Receipt and review of Allan Kanner's Application for Appointment to the Plaintiffs' Steering Committee | RJA | 0.25 |
| 03/21/05 | 2 | Receipt and review of Rickey Brantley's Application for Appointment to the Plaintiffs' Steering Committee | RJA | 0.25 |
| 03/21/05 | 2 | Receipt and review of Barbara Hart's Application for Appointment to the Plaintiffs' Steering Committee | RJA | 0.25 |
| 03/21/05 | 2 | Receipt and review of Justin Witkin's Application for Appointment to the Plaintiffs' Steering Committee | RJA | 0.25 |
| 03/21/05 | 2 | Receipt and review of Thomas Sobol's Application for Appointment to the Plaintiffs' Steering Committee | RJA | 0.25 |
| 03/21/05 | 2 | Receipt and review of Margaret Moses Branch's Application for Appointment to the Plaintiffs' Steering Committee | RJA | 0.25 |

| 03/21/05 | 2 | Receipt and review of Joseph Bruno's Amended Application for Appointment to the Plaintiffs' Steering Committee | RJA | 0.25 |
|---|---|---|---|---|
| 03/21/05 | 3 | Receipt and review of 3/17/05 email from Seth Rothman re: day 2 of Dr. Bold's deposition | RJA | 0.25 |
| 03/22/05 | 1 | Receipt and review of 3/21/05 e-mail from Regina Westenfeld re: letter to clerk from Phillip Ciano requesting to be added to service list | RJA | 0.25 |
| 03/22/05 | 1 | Receipt and review of March 14, 2005 correspondence from Alison Hurst to the Clerk asking that Robert Begert, Wade Emmert, Simon Whiting, and Jennifer King be removed from the mailing list re: MDL. | RJA | 0.25 |
| 03/22/05 | 1 | Receipt and review of March 1, 2005 correspondence from Matthew Lundy to Clerk asking that his name be added to the Panel Service List. | RJA | 0.25 |
| 03/22/05 | 1 | Receipt and review of March 16, 2005 correspondence from Deanna Dean Smith to all counsel advising that she is not involved in the Vioxx Litigation and to remove her form all mailing lists. | RJA | 0.25 |
| 03/22/05 | 2 | Receipt and review of Patti Durio Hatch's Application for Appointment to the Plaintiffs' Steering Committee | RJA | 0.25 |
| 03/22/05 | 2 | Receipt and review of W. James Singleton's Application for Appointment to the Plaintiffs' Steering Committee | RJA | 0.25 |
| 03/22/05 | 2 | Receipt and review of 3/21/05 e-mail from Regina Westenfeld re: order vacating order dated 3/16/05 granting plaintiffs motion to remand case no.  04-3472 | RJA | 0.25 |
| 03/22/05 | 2 | Receipt and review of Plaintiffs' Compliance with Pre-Trial Order #5 re: Estate of Edward Dunleavey | RJA | 0.25 |
| 03/22/05 | 2 | Receipt and review of Motion to Withdraw and Substitute Application for Appointment to Plaintiffs' Steering Committee filed by Joseph Bruno. | RJA | 0.25 |
| 03/22/05 | 2 | Receipt and review of PreTrial Order #5A filed March 14, 2005. | RJA | 0.25 |
| 03/22/05 | 2 | Receipt and review of Notice of Appearance  of Co-Counsel filed by Ellen A. Presby | RJA | 0.25 |
| 03/22/05 | 2 | Receipt and review of Brian K. Balser's Application for Appointment to the Plaintiff' Steering Committee. | RJA | 0.25 |
| 03/22/05 | 3 | Receipt and review of 3/21/05 e-mail from Jeff Grand re: document review is ongoing | RJA | 0.25 |
| 03/22/05 | 3 | Receipt and review of 3/21/05 e-mail from Jerry Kristal re: April 26th is okay with him for the continuation of the Dr. Bold deposition | RJA | 0.25 |
| 03/22/05 | 3 | Receipt and review of 3/21/05 e-mail from Donald Arbitblit re: can deposition of Wiholm go forward on April 27th | RJA | 0.25 |
| 03/22/05 | 3 | Receipt and review of 3/22/05 e-mail from Seth Rothman re: he is waiting to hear from defense counsel re: Wiholm going forward on the 27th | RJA | 0.25 |
| 03/22/05 | 3 | Receipt and review of 3/22/05 e-mail from Donald Arbitblit re: Wiholm deposition | RJA | 0.25 |
| 03/22/05 | 3 | Receipt and review of 3/22/05 e-mail from Steve Rachal re: update on depositions | RJA | 0.25 |

| 03/23/05 | 1 | Receipt and review of 3/23/05 e-mail from Regina Westenfeld re: application of Matthew Lundy for appointment to the PSC | RJA | 0.25 |
|---|---|---|---|---|
| 03/23/05 | 1 | Receipt and review of 3/23/05 e-mail from Regina Westenfeld re: Minute Entry for proceedings held before Judge Fallon re: 3/27/05 telephone conference with liaison counsel | RJA | 0.25 |
| 03/23/05 | 1 | Receipt and review of Joint Submission of Turner W. Branch and Richard A. Sandoval to serve as New Mexico Liaison Counsel | RJA | 0.25 |
| 03/23/05 | 1 | Receipt and review of 3/23/05 e-mail from Regina Westenfeld re: Summons returned executed in 05-677 | RJA | 0.25 |
| 03/23/05 | 1 | Receipt and review of 3/23/05 e-mail from Gail re: not being on the list serve | RJA | 0.25 |
| 03/23/05 | 2 | Receipt and review of Ben Barnow's Application for Appointment to the Plaintiffs' Steering Committee | RJA | 0.25 |
| 03/24/05 | 1 | Receipt and review of 3/24/05 e-mail from Peter Burg re: not receiving emails from Russ Herman | RJA | 0.25 |
| 03/24/05 | 1 | Receipt and review of 3/23/05 e-mail from Matt Lundy re: no longer receiving notice of filings | RJA | 0.25 |
| 03/24/05 | 2 | Receipt and review of Vernon P. Thomas' Application for Appointment to the Plaintiffs' Steering Committee | RJA | 0.25 |
| 03/24/05 | 2 | Receipt and review of Roberta Walburn's Application for Appointment to Plaintiffs' Steering Committee | RJA | 0.25 |
| 03/24/05 | 2 | Receipt and review of Danny Becnel's corrected application for appointment to the PSC | RJA | 0.25 |
| 03/24/05 | 2 | Receipt and review of Robert E. Piper, Jr.'s Application for Appointment to the Plaintiffs' Steering Committee | RJA | 0.25 |
| 03/28/05 | 1 | Receipt and review of 3/24/05 e-mail from Leonard Davis | RJA | 0.25 |
| 03/28/05 | 1 | Receipt and review of 3/27/05 e-mail from Regina Westenfeld re: status conference transcript | RJA | 0.25 |
| 03/28/05 | 2 | Receipt and review of 3/25/05 e-mail from Regina Westenfeld re: first amended complaint in case no 05-857 | RJA | 0.25 |
| 03/28/05 | 2 | Receipt and review of 3/28/05 e-mail from Regina Westenfeld re: executed summons in case 05-737 | RJA | 0.25 |
| 03/29/05 | 1 | Receipt and review of 3/29/05 e-mail from Regina Westenfeld re: letter to clerk from Roy Amedee requesting to be added to service list | RJA | 0.25 |
| 04/01/05 | 2 | Receipt and review of Minute Entry | RJA | 0.25 |
| 04/01/05 | 2 | Receipt and review of Michael Atwater Stratton's Application for Appointment to the Plaintiffs' Steering Committee | RJA | 0.25 |
| 04/01/05 | 2 | Receipt and review of Mikal Watts' Application for Appointment to the Plaintiffs' Steering Committee | RJA | 0.25 |
| 04/01/05 | 2 | Receipt and review of Alex Alvarez' Application for Appointment to the Plaintiffs' Steering Committee | RJA | 0.25 |
| 04/01/05 | 2 | Receipt and review of Bradley Honnold's Application for Appointment to the Plaintiffs' Steering Committee | RJA | 0.25 |
| 04/01/05 | 2 | Receipt and review of Charles Houssiere's Application for Appointment to the Plaintiffs' Steering Committee | RJA | 0.25 |
| 04/01/05 | 2 | Receipt and review of Ike Gulas' Application for Appointment to the Plaintiffs' Steering Committee | RJA | 0.25 |

| 04/01/05 | 2 | Receipt and review of Michael London's Application for Appointment to the Plaintiffs' Steering Committee | RJA | 0.25 |
|---|---|---|---|---|
| 04/01/05 | 2 | Receipt and review of Rebecca Langston's Application for Appointment to the Plaintiffs' Steering Committee | RJA | 0.25 |
| 04/01/05 | 2 | Receipt and review of Robert Crotty's Application for Appointment to the Plaintiffs' Steering Committee | RJA | 0.25 |
| 04/01/05 | 2 | Receipt and review of William Cunningham's Application for Appointment to the Plaintiffs' Steering Committee | RJA | 0.25 |
| 04/01/05 | 2 | Receipt and review of Order on Motion to Appear | RJA | 0.25 |
| 04/01/05 | 2 | Receipt and review of 3/31/05 e-mail from Regina Westenfeld re: Order granting motion to substitute counsel | RJA | 0.25 |
| 04/01/05 | 2 | Receipt and review of 3/31/05 e-mail from Regina Westenfeld re: Order granting motion to appear | RJA | 0.25 |
| 04/01/05 | 2 | Receipt and review of 3/31/05 e-mail from Regina Westenfeld re: motion and order for Michael Hingle to appear as additional counsel of record | RJA | 0.25 |
| 04/01/05 | 3 | Receipt and review of 4/1/05 email from Seth Rothman re: dates for Bold and Wiholm depositions | RJA | 0.25 |
| 04/01/05 | 3 | Receipt and review of 4/1/05 e-mail from Donald Arbitblit re: depositions of Bold and Wiholm on May 17 and 18 | RJA | 0.25 |
| 04/02/05 | 2 | Receipt and review of Cleo Fields' Application for Appointment to the Plaintiffs' Steering Committee | RJA | 0.25 |
| 04/02/05 | 2 | Receipt and review of Donald Hildre's Application for Appointment to the Plaintiffs' Steering Committee | RJA | 0.25 |
| 04/02/05 | 2 | Receipt and review of Eric Quetglas Jordan's Application for Appointment to the Plaintiffs' Steering Committee | RJA | 0.25 |
| 04/02/05 | 2 | Receipt and review of John Climaco's Application for Appointment to the Plaintiffs' Steering Committee | RJA | 0.25 |
| 04/02/05 | 2 | Receipt and review of Joseph Saunders' Application for Appointment to the Plaintiffs' Steering Committee | RJA | 0.25 |
| 04/02/05 | 2 | Receipt and review of Drew Ranier's Application for Appointment to the Plaintiffs' Steering Committee | RJA | 0.25 |
| 04/02/05 | 2 | Receipt and review of Eulis Simien, Jr.'s Application for Appointment to the Plaintiffs' Steering Committee | RJA | 0.25 |
| 04/02/05 | 2 | Receipt and review of Geri Broussard Baloney's Application for Appointment to the Plaintiffs' Steering Committee | RJA | 0.25 |
| 04/02/05 | 2 | Receipt and review of John Williams, Jr.'s Application for Appointment to the Plaintiffs' Steering Committee | RJA | 0.25 |
| 04/02/05 | 2 | Receipt and review of Richard Freese's Application for Appointment to the Plaintiffs' Steering Committee | RJA | 0.25 |
| 04/02/05 | 2 | Receipt and review of Michael Hingle's Application for Appointment to the Plaintiffs' Steering Committee | RJA | 0.25 |
| 04/02/05 | 2 | Receipt and review of Richard Meadow's Application for Appointment to the Plaintiffs' Steering Committee | RJA | 0.25 |
| 04/03/05 | 2 | Receipt and review of Stanley Chesley, Tobias Millrood, William Cannon, William Kane Ronnie Penton, Christopher Tisi, Matthew Moreland, Michelle Parfitt, Will Kemp, Ellen Presby, Diane Zink, Ramon Rossi Lopez, Leonard Fodera, Walter Leger, Ann Oldfather and Gregory Bubalo's Applications for Appointment to the Plaintiffs' Steering Committee | RJA | 3.75 |

| 04/04/05 | 2 | Receipt and review of Sheila Bossier, Roy Amedee, Raul Bencomo, Joseph Rice, Jerry Kristal, Frank Janacek, Dennis Johnson, William Riley, Jim Hall, Jack Harang, Allen Berger, Lynn Swanson and Deborah Sulzer's Applications for Appointment to the Plaintiffs' Steering Committee | RJA | 3.50 |
|---|---|---|---|---|
| 04/05/05 | 1 | Receipt and review of 4/5/05 email from Regina Westenfeld regarding Thomas Anzelmo's request to be added to the service list | RJA | 0.25 |
| 04/05/05 | 1 | Receipt and review of 4/2/05 e-mail from Regina Westenfeld re: request by Michael Hingle to be added to service list | RJA | 0.25 |
| 04/05/05 | 2 | Receipt and review of 4/5/05 e-mail from Regina Westenfeld re: transfer order transferring 62 cases to the MDL | RJA | 0.25 |
| 04/05/05 | 2 | Receipt and review of 3/29/05 email from Regina Westenfeld re: motion to appoint counsel by plaintiff in case number 05-545 | RJA | 0.25 |
| 04/05/05 | 2 | Receipt and review of 4/5/05 e-mail from Regina Westenfeld re: executed summons | RJA | 0.25 |
| 04/05/05 | 2 | Receipt and review of 4/5/05 e-mail from Regina Westenfeld re: order granting motion for leave to file PSC application | RJA | 0.25 |
| 04/05/05 | 2 | Receipt and review of 4/2/05 e-mail from Regina Westenfeld re: Order granting motion to substitute attorney in case no. 05-536 | RJA | 0.25 |
| 04/05/05 | 2 | Receipt and review of 4/2/05 email from Regina Westenfeld re: Order granting motion to substitute attorney in case no. 05-531 | RJA | 0.25 |
| 04/05/05 | 2 | Receipt and review of 4/2/05 e-mail form Regina Westenfeld re: order granting motion to withdraw as attorney in case no. 05-494 | RJA | 0.25 |
| 04/05/05 | 2 | Receipt and review of 3/24/05 e-mail from Regina Westenfeld along with Notice of Voluntary Dismissal in case no. 05-487 | RJA | 0.25 |
| 04/05/05 | 2 | Receipt and review of Request to be Added to the Service List filed by William Kane | RJA | 0.25 |
| 04/05/05 | 3 | Receipt and review of 4/5/05 e-mail from Seth Rothman re: time and location for Bold deposition | RJA | 0.25 |
| 04/06/05 | 1 | Receipt and review of 4/5/05 e-mail from Regina Westenfeld re: Gary Wilson's letter to clerk requesting to be added to the panel service list | RJA | 0.25 |
| 04/06/05 | 1 | Receipt and review of 4/5/05 e-mail from Regina Westenfeld re: notice of change of address by Harris Pogust | RJA | 0.25 |
| 04/06/05 | 1 | Receipt and review of 4/5/05 email from Regina Westenfeld re: request by Michael Hingle and Bryan Pfleeger to be added to the service list | RJA | 0.25 |
| 04/06/05 | 1 | Receipt and review of Supplement regarding structural protections for the putative class in the pricing class actions filed by Thomas Sobol | RJA | 0.25 |
| 04/06/05 | 1 | Receipt and review of Letter to Clerk from Whitman Johnson dated 3/30/05 requesting correction of lead counsel and address in case number 05-494 | RJA | 0.25 |
| 04/06/05 | 1 | Receipt and review of 3/28/05 correspondence from Roy Amedee to Clerk of Court requesting to be added to the service list | RJA | 0.25 |

| 04/06/05 | 2 | Receipt and review of Gary Mason's Application for Appointment to the Plaintiffs' Steering Committee | RJA | 0.25 |
|---|---|---|---|---|
| 04/06/05 | 2 | Receipt and review of Transfer Order No. 1 | RJA | 0.25 |
| 04/07/05 | 1 | Receipt and review of 4/11/05 e-mail from Andy Birchfield re: PSC meeting | RJA | 0.25 |
| 04/07/05 | 2 | Receipt and review of Transfer Order from the MDL Panel transferring one case to the Eastern District of Louisiana No. 05-1315 | RJA | 0.25 |
| 04/07/05 | 2 | Receipt and review of Order reinstating stay of Conditional Transfer Order from the MDL Panel | RJA | 0.25 |
| 04/07/05 | 2 | Receipt and review of Motion to Dismiss case without prejudice No. 04-2126 | RJA | 0.25 |
| 01/25/05 | 1 | Telephone conference with Lori Langston with Doerner & Goldberg re: Richard Arsenault's hotel arrangements for the Vioxx MDL Hearing | RLM | 0.25 |
| 02/15/05 | 2 | Prepared draft of Richard Arsenault's Application for Appointment to the PSC | RLM | 0.50 |
| 02/16/05 | 1 | Prepared draft of Press Release and e-mail transmitting same to Mandy Goodnight at the Town Talk | RLM | 0.50 |
| 02/16/05 | 1 | Telephone conference with Denise with Gerald Meunier's office regarding available dates for meeting with Richard Arsenault | RLM | 0.25 |
| 02/16/05 | 1 | Additional telephone conference with Denise with Gerald Meunier's office confirming 2/22/05 at 6:30 p.m. for meeting with Richard Arsenault | RLM | 0.25 |
| 03/02/05 | 2 | Made numerous changes to Richard Arsenault's Application for Appointment to the Plaintiffs' Steering Committee | RLM | 0.75 |
| 03/02/05 | 2 | Made changes to Vance Andrus' Application for Appointment to the Plaintiffs' Steering Committee; e-mailed same to Vance Andrus | RLM | 0.50 |
| 03/02/05 | 2 | Made final changes to Richard Arsenault's Application for Appointment to the Plaintiffs' Steering Committee | RLM | 0.25 |
| 03/03/05 | 1 | Made copies of Richard Arsenault's Application for Appointment to the Plaintiffs' Steering Committee for each attorney listed on service list and stuffed envelopes | RLM | 1.00 |
| 03/03/05 | 1 | Telephone conference with Maria with Dawn Barrios' office regarding Dawn's application for appointment to the PSC, service list and number of copies | RLM | 0.25 |
| 03/03/05 | 1 | E-mailed Maria copy of Richard Arsenault's application for appointment to the PSC and service list mailing labels | RLM | 0.25 |
| 03/03/05 | 1 | Receipt and review of 3/3/05 e-mail from Maria with Dawn Barrios' office acknowledging receipt of service list | RLM | 0.25 |
| 03/09/05 | 1 | Updated Vioxx service list regarding substituting Leslie Bryan with Geoffrey Pope they represent Edna Strickland | RLM | 0.25 |
| 03/09/05 | 1 | Updated Vioxx service list regarding Jeffrey Robinson with Robinson & Sheen, LLC they represent R. Dee Erickson | RLM | 0.25 |
| 03/09/05 | 1 | Updated Vioxx service list regarding substituting Joe Colingo with Stephen Burrow  - they represent Dr. Reginald Stewart | RLM | 0.25 |
| 03/10/05 | 1 | Updated Vioxx service list to correct address for Robert Piper and add Robert Schwartz | RLM | 0.25 |

| 03/10/05 | 1 | E-mailed Denise Martin with Jerry Meunier's office a copy of the service list | RLM | 0.25 |
|---|---|---|---|---|
| 03/10/05 | 1 | Receipt and review of 3/10/05 e-mail from Denise Martin acknowledging receipt of service list | RLM | 0.25 |
| 03/14/05 | 1 | Updated Vioxx service list re: added Timothy Balducci (co-counsel with Andy Birchfield) | RLM | 0.25 |
| 03/14/05 | 1 | Updated Vioxx service list re: added Jerrold Parker | RLM | 0.25 |
| 03/14/05 | 1 | Received mail to Tim T. Griesenbeck returned as undeliverable; researched correct address; updated Vioxx service list with correct address for Tim T. Griesenbeck | RLM | 0.25 |
| 03/15/05 | 1 | Telephone conference with Brandi with Levin Papantonio firm regarding procedures to file PSC Application | RLM | 0.25 |
| 03/15/05 | 1 | Telephone conference with Kay with Danny Becnel's office re: Dawn Barrios was not on the spreadsheet of people who applied to be on the PSC | RLM | 0.25 |
| 03/16/05 | 1 | Telephone conference with Kay with Danny Becnel's office requesting copy of plaintiffs' position paper | RLM | 0.25 |
| 03/16/05 | 1 | Telephone conference with Brandi with Levin Papantonio firm regarding mailing service labels | RLM | 0.25 |
| 03/16/05 | 1 | E-mailed service labels to Brandi with the Levin Papantonio firm | RLM | 0.25 |
| 03/18/05 | 1 | Updated service list - added Ellen Presby pursuant to correspondence dated 3/14/05, removed Deanna Dean Smith pursuant to correspondence dated 3/16/05, added Thomas Sobol pursuant to correspondence dated 3/14/05 | RLM | 0.50 |
| 03/20/05 | 1 | Updated service list re: adding Robert Becnel for counsel for Clifton Savage | RLM | 0.25 |
| 03/21/05 | 1 | Updated service list re: adding Matthew Lundy pursuant to his 3/1/05 correspondence to the Clerk of Court | RLM | 0.25 |
| 03/21/05 | 1 | Telephone conference with Clerk at Judicial Panel on Multidistrict Litigation re: requested copy of service list | RLM | 0.25 |
| 03/29/05 | 1 | Updated service list re: 3/29/05 letter from Roy Amedee to Clerk of Court requesting to be added to service list | RLM | 0.25 |
| 03/31/05 | 1 | Created Statute of Limitations notebook | RLM | 0.25 |
| 01/11/05 | 3 | Travel to Montgomery, AL to assist in review of documents to prepare for depositions of various Merck employees/former employees | SMR | 8.0 0 |
| 01/11/05 | 3 | Participated in document review to prepare for depositions of various Merck employees/former employees | SMR | 2.00 |
| 01/12/05 | 3 | Participated in document review to prepare for depositions of various Merck employees/former employees | SMR | 8.00 |
| 01/12/05 | 3 | Reviewed current set of hot documents  to review and code documents | SMR | 1.75 |
| 01/13/05 | 3 | Participated in document review to prepare for depositions of various Merck employees/former employees | SMR | 8.00 |
| 01/13/05 | 3 | Reviewed current set of hot documents  to review and code documents | SMR | 1.75 |
| 01/14/05 | 3 | Participated in document review to prepare for depositions of various Merck employees/former employees | SMR | 3.00 |
| 01/14/05 | 3 | Return from Montgomery, AL after assisting in review of documents to prepare for depositions of various Merck employees/former employees | SMR | 8.00 |

10.25

| 01/17/05 | 3 | Travel to Montgomery, AL to assist in review of documents to prepare for depositions of various Merck employees/former employees | SMR | 6.50 |
|---|---|---|---|---|
| 01/17/05 | 3 | Reviewed current set of hot documents to review and code documents | SMR | 2.00 |
| 01/18/05 | 3 | Document review to prepare for depositions of various Merck employees/former employees | SMR | 8.00 |
| 01/19/05 | 3 | Document review to prepare for depositions of various Merck employees/former employees | SMR | 8.00 |
| 01/20/05 | 3 | Document review to prepare for depositions of various Merck employees/former employees | SMR | 8.00 |
| 01/21/05 | 3 | Document review to prepare for depositions of various Merck employees/former employees | SMR | 3.50 |
| 01/21/05 | 3 | Return from Montgomery, AL after assisting in review of documents/subjective coding/preparation for depositions of various Merck employees/former employees | SMR | 5.75 |
| 01/31/05 | 3 | Travel to New York, NY to assist in review of documents/subjective coding/preparation for depositions of various Merck employees/former employees | SMR | 9.75 |
| 01/31/05 | 3 | Document review/subjective coding/deposition preparation | SMR | 3.00 |
| 02/01/05 | 3 | Document review/subjective coding/deposition preparation | SMR | 7.25 |
| 02/02/05 | 3 | Document review/subjective coding/deposition preparation | SMR | 6.75 |
| 02/03/05 | 3 | Document review/subjective coding/deposition preparation | SMR | 7.25 |
| 02/04/05 | 3 | Document review/subjective coding/deposition preparation | SMR | 3.25 |
| 02/04/05 | 3 | Return from New York, NY after assisting in review of documents/subjective coding/preparation for depositions of various Merck employees/former employees | SMR | 10.75 |
| 03/02/05 | 3 | Receipt and review e-mail from Richard J. Arsenault re: preparations for deposition of Merck epidemiologist, Dr. Thomas Bold | SMR | 0.25 |
| 03/02/05 | 3 | Various e-mails re: status of depository preparations for deposition of Dr. Thomas Bold | SMR | 1.00 |
| 03/02/05 | 3 | Various telephone calls and voicemail messages re: status of depository preparations for deposition of Dr. Thomas Bold | SMR | 1.25 |
| 03/03/05 | 3 | Receipt/review of deposition transcript from Dr. Thomas Bold's June 25, 2004 deposition to prepare for his deposition scheduled for March 11, 2005 | SMR | 0.50 |
| 03/03/05 | 3 | Various telephone calls regarding copy of preliminary transcript of Alan Neis, March 2, 2005 | SMR | 0.25 |
| 03/03/05 | 3 | Receipt/review of preliminary deposition transcript of Dr. Alan Neis | SMR | 1.50 |
| 03/07/05 | 3 | Travel to New York, NY to assist in review of documents/subjective coding/preparation for deposition of Dr. Thomas Bold | SMR | 10.75 |
| 03/07/05 | 3 | Document review/subjective document coding/deposition preparation for Dr. Thomas Bold | SMR | 2.50 |
| 03/08/05 | 3 | Document review/subjective document coding/deposition preparation for Dr. Thomas Bold | SMR | 8.50 |
| 03/09/05 | 3 | Document review/subjective document coding/deposition preparation for Dr. Thomas Bold | SMR | 8.50 |
| 03/10/05 | 3 | Document review/subjective coding/deposition preparation for Dr. Thomas Bold | SMR | 8.00 |

| 03/10/05 | 3 | Travel (from NYC) to Philadelphia to attend deposition of Dr. Thomas Bold, scheduled for March 11, 2005 | SMR | 4.50 |
|---|---|---|---|---|
| 03/11/05 | 3 | Review hot documents to prepare for deposition of Dr. Thomas bold, scheduled for March 11, 2005 | SMR | 2.00 |
| 03/11/05 | 3 | Attend deposition of Dr. Thomas Bold | SMR | 7.50 |
| 03/11/05 | 3 | Return from Philadelphia, after attending deposition of Dr. Thomas Bold | SMR | 7.25 |
| 03/07/05 | 3 | Travel to New York, NY associated with document review work | WP | 6.00 |
| 03/07/05 | 3 | Review of Anstice document production at depository in preparation for upcoming depositions | WP | 6.00 |
| 03/08/05 | 3 | Review of Anstice & Gertz document production at depository in preparation for upcoming depositions | WP | 9.00 |
| 03/09/05 | 3 | Review of Bold document production at depository in preparation for upcoming depositions | WP | 10.00 |
| 03/10/05 | 3 | Review of Gertz document production at depository in preparation for upcoming depositions | WP | 9.50 |
| 03/11/05 | 3 | Review of  document production at depository in preparation for upcoming depositions | WP | 5.50 |
| 03/12/05 | 3 | Return travel from New York City, NY to New Orleans associated with document review work | WP | 6.00 |
| 03/14/05 | 3 | Travel to Montgomery, AL associated with document review work | WP | 5.00 |
| 03/14/05 | 3 | Review of Honig document production at depository in preparation for upcoming depositions | WP | 7.00 |
| 03/15/05 | 3 | Review of Honig document production at depository in preparation for upcoming depositions | WP | 9.50 |
| 03/16/05 | 3 | Review of Honig document production at depository in preparation for upcoming depositions | WP | 8.50 |
| 03/17/05 | 3 | Review of Honig document production at depository in preparation for upcoming depositions | WP | 10.25 |
| 03/18/05 | 3 | Review of El-Dada document production at depository in preparation for upcoming depositions | WP | 3.50 |
| 03/18/05 | 3 | Return travel from Montgomery, AL to New Orleans associated with document review work | WP | 5.00 |
| 03/21/05 | 3 | Travel to Montgomery, AL associated with document review work | WP | 5.00 |
| 03/21/05 | 3 | Review of El-Dada document production at depository in preparation for upcoming depositions | WP | 8.00 |
| 03/22/05 | 3 | Review of El-Dada/Beauchard document production at depository in preparation for upcoming depositions | WP | 10.25 |
| 03/23/05 | 3 | Review of Beauchard document production at depository in preparation for upcoming depositions | WP | 10.00 |
| 03/24/05 | 3 | Review of Beauchard document production at depository in preparation for upcoming depositions | WP | 3.75 |
| 03/24/05 | 3 | Return travel from Montgomery, AL associated with document review work | WP | 5.00 |
| 03/28/05 | 3 | Travel to Montgomery, AL associated with document review work | WP | 5.00 |
| 03/28/05 | 3 | Review of Beauchard/Luthi/Freundlich document productions at depository in preparation for upcoming depositions | WP | 7.25 |

| 03/29/05 | 3 | Review of Freundlich/Bourdow document productions at depository in preparation for upcoming depositions | WP | 9.50 |
|----------|---|---|----|------|
| 03/30/05 | 3 | Review of Bourdow/Braunstein document productions at depository in preparation for upcoming depositions | WP | 9.00 |
| 03/31/05 | 3 | Review of Braunstein document production at depository in preparation for upcoming depositions | WP | 10.00 |
| 04/01/05 | 3 | Review of Braunstein document production at depository in preparation for upcoming depositions | WP | 4.00 |
| 04/01/05 | 3 | Return travel from Montgomery, AL to New Orleans associated with document review work | WP | 5.00 |
| 04/04/05 | 3 | Travel to Montgomery, AL associated with document review work | WP | 5.00 |
| 04/04/05 | 3 | Review Braunstein document production at depository in preparation for upcoming depositions | WP | 7.50 |
| 04/05/05 | 3 | Review Braunstein document production at depository in preparation for upcoming depositions | WP | 9.50 |
| 04/06/05 | 3 | Review Bourdow document production at depository in preparation for upcoming depositions | WP | 10.00 |
| 04/07/05 | 3 | Review of Bourdow document production at depository in preparation for upcoming depositions | WP | 10.00 |
| | | **TOTAL HOURS** | | **2695.00** |

Exhibit E

Attachment "C"

**Reporting Period:**

From   <u>January 2005</u>

To   <u>April 2005</u>          Firm Name:   <u>Neblett, Beard & Arsenault</u>

*April 7, 2005*

| MDL 1657 - VIOXX PRODUCTS LIABILITY LITIGATION COMMON HELD COSTS AND EXPENSES | |
|---|---|
| **CLIENT COSTS/EXPENSES** | **TOTAL** |
| Telefax charges | $141.50 |
| Postage, shipping courier, certified mail | $14.54 |
| Printing and photocopying | $421.75 |
| Computerized research – Lexis/Westlaw | $15.75 |
| Telephone – long distance (actual charges only) | $121.38 |
| Travel | $43,993.34 |
| Secretarial and clerical overtime | |
| Experts and consultants | |
| Depositions and court costs | |
| | |
| | |
| **TOTAL COSTS** | $44,708.26 ✓ Ⓣ |

*Please attach documentation for each expense reported.

I certify that these expenses are properly documented, complete and accurate and have been incurred for the common benefit.

*Richard Arsenault* /pnw          <u>6-11-09</u>

Signature                    Date

Exhibit E

## NEBLETT, BEARD & ARSENAULT
### VIOXX EXPENSES

| DATE | CHECK # | DESCRIPTION | AMOUNT |
|------|---------|-------------|--------|
| 01/10/2005 | | VIOXX ATTORNEY TEAM TO MONTGOMERY ALABAMA | |
| | | DOCUMENT REVIEW FOR UPCOMING DEPOSITIONS | |
| | | REBECCA TODD-MIKE BREININ-MARGARET PARKER-MARY LORENZ | |
| | | MILEAGE-775 MILES | 310.00 |
| | | HOTEL - THREE ROOMS | 1606.56 |
| | | MEALS | 367.91 |
| | | | |
| 01/14/2005 | 127084 | JR WHALEY TO NEW YORK FOR VIOXX MEETING WITH PLAINTIFFS' | |
| | | COUNSEL -HOTEL | 365.88 |
| | | AIRFARE | 322.70 |
| | | MEALS | 157.23 |
| | | PARKING | 16.00 |
| | | TAXI FARE | 80.40 |
| | | | |
| 01/17/2005 | | VIOXX ATTORNEY TEAM TO MONTGOMERY ALABAMA | |
| | | DOCUMENT REVIEW FOR UPCOMING DEPOSITIONS | |
| | | REBECCA TODD-MIKE BREININ-MARGARET PARKER-MARY LORENZ-HOLLY LAMARCHE | |
| | | MILEAGE-750 MILES | 300.00 |
| | | HOTEL-THREE ROOMS | 1204.92 |
| | | MEALS | 394.03 |
| | | | |
| 01/17/2005 | 127107 | RJA-TO WASHINGTON DC | |
| | | ORGANIZATIONAL &SCIENCE MEETINGS -BIRCHFIELD & SEEGER | |
| | | HOTEL | 489.00 |
| | | HOTEL TAXES | 67.90 |
| | | AIRFARE-NEW ORLEANS TO WASHINGTON ROUND TRIP | 366.21 |
| | | MEALS | 125.54 |
| | | PARKING | 58.00 |
| | | GRATUITIES | 28.00 |
| | | | |
| 01/17/2005 | 127109 | STEVE RACHAL TO MONTGOMERY ALABAMA TO REVIEW DOCUMENTS | |
| | | IN PREPARATION FOR UPCOMING DEPOSITIONS | |
| | | MILEAGE | 378.4 |
| | | HOTEL | 435.39 |
| | | MEALS | 61.76 |
| | | | |
| 01/23/2005 | | VIOXX ATTORNEY TEAM TO MONTGOMERY ALABAMA | |
| | | DOCUMENT REVIEW FOR UPCOMING DEPOSITIONS | |
| | | REBECCA TODD-MIKE BREININ-MARGARET PARKER-MARY LORENZ-HOLLY LAMARCHE | |
| | | MILEAGE - 810 MILES | 324.00 |
| | | HOTEL-THREE ROOMS | 1607.12 |
| | | MEALS | 577.95 |
| | | | |
| 01/28/2005 | 127177 | STEVE RACHAL TO MONTGOMERY ALABAMA FOR DOCUMENT REVIEW | |
| | | CODING AND DEPOSITION PREPARATION | |
| | | HOTEL | 985.52 |
| | | HOTEL TELEPHONE | 21.90 |
| | | AIRFARE | 218.90 |
| | | MEALS | 110.92 |
| | | PARKING | 30.00 |
| | | MISCELLANEOUS EXPENSE-AIRPORT SHUTTLE-GRATUITIES | 16.00 |
| | | | |
| 01/28/2005 | 127170 | VIOXX- RESEARCH-PACER SERVICE CENTER | 15.75 |
| | | | |
| 01/28/2005 | 127174 | RJA-HOUSTON-ORGANIZATIONAL MEETING WITH MDL | |
| | | VIOXX-FLIGHT CHANGE FEE-1/17/05 | 35.00 |
| | | VIOXX-CABS-1/16 &17 | 53.00 |
| | | VIOXX-HOTEL-1/18/05 | 205.00 |
| | | VIOXX-HOTEL TAX-1/18/05 | 34.85 |

Exhibit E

| Date | Number | Description | Amount |
|---|---|---|---|
| 01/28/2005 | 127188 | RJA-NEW ORLEANS-FORT MEYERS-MDL HEARING | |
| | | VIOXX-GRATUITIES-1/25-26 | 9.00 |
| | | VIOXX-FLIGHT-1/28/05 | 386.50 |
| | | VIOXX-HOTEL TAX-1/27/05 | 7.51 |
| | | VIOXX-HOTEL-1/27/05 | 79.00 |
| 01/28/2005 | COPITRAX | Postage | 0.37 |
| 01/31/2005 | 1132 | STEVE RACHAL TO NEW YORK FOR DOCUMENT REVIEW | |
| | | CODING AND DEPOSITION PREPARATION | |
| | | HOTEL | 418.10 |
| | | AIRFARE | 437.90 |
| | | MEALS | 160.17 |
| | | PARKING | 30.00 |
| | | TAXI/SUBWAY/CAR | 122.90 |
| | | MISCELLANEOUS-GRATUITIES | 12.00 |
| 01/31/2005 | | VIOXX ATTORNEY TEAM TO MONTGOMERY ALABAMA | |
| | | DOCUMENT REVIEW FOR UPCOMING DEPOSITIONS | |
| | | REBECCA TODD-MIKE BREININ-MARGARET PARKER-MARY LORENZ-HOLLY LAMARCHE | |
| | | MILEAGE-810 MILES | 324.00 |
| | | HOTEL - THREE ROOMS | 1,606.56 |
| | | MEALS | 622.53 |
| 02/01/2005 | | FAX(1/28/05) | 4.00 |
| 02/09/2005 | | VIOXX ATTORNEY TEAM TO MONTGOMERY ALABAMA | |
| | | DOCUMENT REVIEW FOR UPCOMING DEPOSITIONS | |
| | | REBECCA TODD-MIKE BREININ-MARGARET PARKER-MARY LORENZ-HOLLY LAMARCHE | |
| | | MILEAGE-900 MILES | 360.00 |
| | | HOTEL-THREE ROOMS | 2,673.12 |
| | | MEALS | 1,074.60 |
| 02/16/2005 | | FAX | 46.00 |
| 02/16/2005 | | FAX | 6.00 |
| 02/21/2005 | 127303 | VIOXX-1/11 FEDEX SHIPMENT | 6.74 |
| | | RJA-CALIFORNIA-ATLA VIOXX MTG | |
| 02/21/2005 | 127306 | VIOXX-GRATUITIES-2/1/05 | 5.00 |
| | 127389 | VIOXX-HOTEL-1/30-2/2/05 | 520.00 |
| | 127389 | VIOXX-HOTEL TAX-1/30-2/2/05 | 75.44 |
| 02/21/2005 | | VIOXX ATTORNEY TEAM TO MONTGOMERY ALABAMA | |
| | | DOCUMENT REVIEW FOR UPCOMING DEPOSITIONS | |
| | | REBECCA TODD-MIKE BREININ-MARGARET PARKER-MARY LORENZ-HOLLY LAMARCHE | |
| | | MILEAGE-800 MILES | 320.00 |
| | | HOTEL-THREE ROOMS | 1,605.56 |
| | | MEALS | 469.63 |
| 02/22/2005 | | FAX | 7.00 |
| 02/23/2005 | | COPY CHARGES | 1.00 |
| 02/23/2005 | | FAX | 4.00 |
| 02/23/2005 | | FAX | 25.00 |

Exhibit E

| Date | Code | Description | Amount |
|---|---|---|---|
| 02/28/2005 | | VIOXX ATTORNEY TEAM TO MONTGOMERY ALABAMA | |
| | | DOCUMENT REVIEW FOR UPCOMING DEPOSITIONS | |
| | | TEAM TO PHILADELPHIA FOR DEPOSITION OF DR. ALAN NEIS | |
| | | REBECCA TODD-MIKE BREININ-MARGARET PARKER-MARY LORENZ-HOLLY LAMARCHE | |
| | | MILEAGE-800 MILES | 320.00 |
| | | HOTEL-THREE ROOMS | 1,966.09 |
| | | MEALS | 425.84 |
| | | AIRFARE | 1,085.80 |
| 02/28/2005 | | FAX | 3.00 |
| 03/01/2005 | | FAX | 1.50 |
| 03/02/2005 | | FAX | 20.00 |
| 03/02/2005 | 127356 | RJA-NEW ORLEANS-ORGANIZATIONAL MEETING | |
| | | VIOXX-MILEAGE-2/22/05 | 84.80 |
| | | VIOXX-GRATUITIES-2/23/04 | 15.00 |
| | | VIOXX-CABS-2/23/04 | 10.00 |
| | | VIOXX-HOTEL TAX-2/22/05 | 62.50 |
| | | VIOXX-HOTEL-2/22/05 | 450.00 |
| | | VIOXX-PARKING-2/22/05 | 56.00 |
| 03/03/2005 | | FAX | 1.50 |
| 03/07/2005 | 1134 | STEVE RACHAL TO NEW YORK FOR DOCUMENT REVIEW | |
| | | CODING AND DEPOSITION PREPARATION | |
| | | HOTEL | 1,025.22 |
| | | AIRFARE | 615.40 |
| | | MEALS | 94.00 |
| | | TAXI/CAR/SUBWAY | 60.90 |
| | | MISCELLANEOUS-GRATUITIES | 23.00 |
| 03/07/2005 | | VIOXX ATTORNEY TEAM TO MONTGOMERY ALABAMA | |
| | | DOCUMENT REVIEW FOR UPCOMING DEPOSITIONS | |
| | | MIKE BREININ-MARGARET PARKER-MARY LORENZ-HOLLY LAMARCHE | |
| | | MILEAGE-800 MILES | 320.00 |
| | | HOTEL-THREE ROOMS | 1,606.56 |
| | | MEALS | 394.58 |
| 03/08/2005 | | FAX | 1.00 |
| 03/10/2005 | 1133 | STEVE RACHAL TO PHILADELPHIA -DEPOSITION OF DR. THOMAS BOLD | |
| | | HOTEL | 215.46 |
| | | TRAIN/AMTRACK | 95.00 |
| | | MEALS | 17.48 |
| | | PARKING | 30.00 |
| | | TAXI/CAR/SUBWAY | 50.00 |
| 03/11/2005 | | FAX | 6.50 |
| 03/11/2005 | COPITRAX | Postage | 0.83 |
| 03/14/2005 | | VIOXX ATTORNEY TEAM TO MONTGOMERY ALABAMA | |
| | | DOCUMENT REVIEW FOR UPCOMING DEPOSITIONS | |
| | | REBECCA TODD-MIKE BREININ-MARGARET PARKER-MARY LORENZ-HOLLY LAMARCHE | |
| | | WILLIAM PERCY | |
| | | MILEAGE-800 MILES | 320.00 |
| | | HOTEL - THREE ROOMS | 1,606.56 |
| | | MEALS | 638.49 |
| 03/16/2005 | | FAX | 2.00 |

Exhibit E

| Date | Ref | Description | Amount |
|---|---|---|---|
| 03/19/2005 | | FAX | ✓ 1.00 |
| 03/21/2005 | | FAX | ✓ 3.00 |
| 03/21/2005 | 127464 | RJA-PHILADELPHIA-DR.BOLD DEPOSITION | |
| | | VIOXX-PARKING-3/10-12/05 | 30.00 |
| | | VIOXX-MEAL-3/10-12/05 | 19.37 |
| | | VIOXX-CAB-3/10-12/05 | 7.00 |
| | | VIOXX-HOTEL TAX-3/11 -12/05 | 8.97 |
| | | VIOXX-HOTEL-3/11 -12/05 | 69.00 |
| | | VIOXX-HOTEL TAX-3/10 -12/05 | 26.46 |
| | | VIOXX-HOTEL-3/10 -12/05 | 189.00 |
| | | VIOXX-MEAL-3/10/05 | 9.92 |
| 03/21/2005 | | VIOXX ATTORNEY TEAM TO MONTGOMERY ALABAMA | |
| | | DOCUMENT REVIEW FOR UPCOMING DEPOSITIONS | |
| | | REBECCA TODD-MIKE BREININ-MARGARET PARKER-MARY LORENZ | |
| | | HOLLY LAMARCHE-WILLIAM PERCY | |
| | | MILEAGE-800 MILES | 320.00 |
| | | HOTEL-THREE ROOMS | 1,204.92 |
| | | MEALS | 564.06 |
| 03/23/2005 | | FAX | 2.00 |
| 03/23/2005 | 127479 | VIOXX-3/2/05 FEDEX SHIPMENT | 5.86 |
| 03/23/2005 | 127482 | RJA-NEW ORLEANS-STATUS CONFERENCE | |
| | | VIOXX-CABS-3/18/05 | 30.00 |
| | | VIOXX-MEAL-3/18/05 | 31.14 |
| | | VIOXX-HOTEL TAX-3/18/05 | 23.15 |
| | | VIOXX-HOTEL-3/18/05 | 155.00 |
| | | GRATUITIES | 4.00 |
| | | VIOXX-CAR RENTAL-3/18 & 19/05- | 109.81 |
| | | VIOXX-GAS-3/19/05 | 15.58 |
| 03/24/2005 | | FAX | 2.00 |
| 03/24/2005 | | FAX | 2.00 |
| 03/24/2005 | | FAX | 2.00 |
| 03/24/2005 | | FAX | 2.00 |
| 03/28/2005 | | VIOXX ATTORNEY TEAM TO MONTGOMERY ALABAMA | |
| | | DOCUMENT REVIEW FOR UPCOMING DEPOSITIONS | |
| | | REBECCA TODD-MIKE BREININ-MARY LORENZ-HOLLY LAMARCHE-WILLIAM PERCY | |
| | | MILEAGE-800 MILES | 320.00 |
| | | HOTEL-THREE ROOMS | 1,606.56 |
| | | MEALS | 571.20 |
| 03/30/2005 | COPITRAX | Postage | 0.74 |
| 04/04/2005 | | VIOXX ATTORNEY TEAM TO MONTGOMERY ALABAMA | |
| | | DOCUMENT REVIEW FOR UPCOMING DEPOSITIONS | |
| | | REBECCA TODD-MIKE BREININ-MARY LORENZ-HOLLY LAMARCHE-WILLIAM PERCY | |
| | | MILEAGE-800 MILES | 320.00 |
| | | HOTEL-THREE ROOMS | 1,612.56 |
| | | MEALS | 500.84 |
| | | **TOTAL** | 42,185.52 |

Exhibit E

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **NEBLETT, BEARD & ARSENAULT** | | | | | | | |
| **VIOXX EXPENSES** | | | | | | | |
| **DATE** | **CHECK #** | | **DESCRIPTION** | | | | **AMOUNT** |
| 01/28/2005 | 127174 | | RJA-HOUSTON-ORGANIZATIONAL MEETING WITH MDL | | | | |
| | | | VIOXX-MEAL-1/18/05-DINNER MEETINGS WITH PLAINTIFF COUNSEL | | | | 367.95 |
| | | | | | | | |
| 02/02/2005 | 127209 | | VIOXX-PHONE CONF-1/3/05-PREMIERE CONFERENCING | | | | 43.45 |
| | | | | | | | |
| | | | | | | | |
| 03/02/2005 | 127356 | | RJA-NEW ORLEANS-ORGANIZATIONAL MEETING | | | | |
| 03/07/2005 | 127389 | | VIOXX-MEAL-2/22/05 | | | | 817.25 |
| 04/08/2005 | 127582 | | VIOXX-MEAL-2/22/05 | | | | 425.59 |
| 04/08/2005 | 127582 | | VIOXX-MEAL-2/22/05 | | | | 369.82 |
| | | | | | | | |
| 03/03/2005 | SJ01-08896 | | RECORD COPY CHARGES | | | | 420.75 |
| | | | | | | | |
| 03/04/2005 | 127378 | | VIOXX-PHONE CONFERENCE- 2/4/05-PREMIERE CONFERENCING | | | | 37.08 |
| | | | | | | | |
| 03/04/2005 | 127378 | | VIOXX-2/16 PHONE CONFERENCE-PREMIERE CONFERENCING | | | | 40.85 |
| | | | | | | | |
| | | | | | | **TOTAL** | 2,522.74 |

42,185.52
+ 2,522.74
———————
44,708.26 ✓

## CLASS ACTION / MASS TORT REIMBURSEMENT REQUEST

Who is requesting reimbursement?   Neblett, Beard & Arsenault

Attorney Team
Rebecca Todd-Mike Breinin-Margaret Parker-Mary Lorenz
(Individual Name)

(Firm Name)

Who is being asked to pay this?   ☒   Neblett, Beard & Arsenault

☐   Litigation Group   _____

(Name of Litigation Group)

Which mass tort / class action case does this involve?      Vioxx - 104.88888

| MAKE CHECK PAYABLE TO | EXPENSE REIMBURSEMENT | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | Mileage | Team - 775 miles | √ 310.00 |
| | Hotel | 3 Rooms - Team | √ 1606.56 |
| | Airfare | | |
| | Meals | Team | √ 367.91 |
| | Parking | | |
| | Seminar | | |
| | Miscellaneous | | |
| | Gratuities | | |
| | | TOTAL | 2284.47 |

| Date(s) Expense Incurred: Week of January 10, 2005 | Location of Activity: Montgomery, Alabama |
|---|---|

Reason for Expense:
Travel to Montgomery, Alabama for Vioxx document review in preparation for upcoming depositions

How is this expense to be charged?

☐  Do not charge to any client; this represents a non-reimbursable operating expense.

    | Note to Accounting:  "Operating Overhead Deductible Expenses" cost sheet |

☐  Charge to all clients involved in this litigation on a shared basis.

    | Note to Accounting:  "General Shared Client Reimbursable Expenses" cost sheet |

☐  Only charge to Individual Client involved with expense in question. _____

    | Note to Accounting: "Specific Client Reimbursable Expenses" cost sheet |                    (Name of Client)

☒  Charge to PSC/MDL.   | Note to Accounting: These are expenses we expect to receive reimbursement for from a PSC (possibly a MDL PSC if applicable). Post this charge to the "PSC/MDL" cost sheet. |

Exhibit E

MARGARET PARKER

```
2363-1
Server: KERRY H          :    Rec:145
01/11/05 20:33, Swiped   ₮: 2 Term: 5

OUTBACK STEAKHOUSE #1258
1040 EASTERN BLVD.
MONTGOMERY, AL 36117
(334)270-9495
MERCHANT #:

CARD TYPE     ACCOUNT NUMBER
VISA          XXXXXXXXXXXX2480
Name: DANIEL E BECNEL JR
00 TRANSACTION APPROVED
AUTHORIZATION #: 011041
Reference: 0111010102363
TRANS TYPE: Credit Card SALE
```

CHECK:          80.18

TIP:            15.00

TOTAL:          95.18 ✓

X ......

PHONE: (    )   -
***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT

```
         Embassy Suites Montgomery
           Montgomery's Cafe
             (334) 269-5055

251 SHERRY                         2
----------------------------------
TBL 2/1        CHK 1753     GST 1
        JAN12'05  7:02PM
----------------------------------
           TO  GO

         R E P R I N T
      C L O S E D   C H E C K
 1 COBB SALAD               8.95
 1 CAN SPRITE DIET          1.95

   Food                    10.90
   Service Charges          2.01
   Sales Tax                1.09
   Amount Tenderd  1 4 . 0 0 ✓
   Charged Tip              2.01
   XXXXXXXXXXXX3019         XX/XX
   Visa                    14.00
----198 CLOSED JAN12  7:24PM----

Gratuity_____._____

Total_____._____

Signature_____

Print Name_____

Room #_____
           THANK YOU
```

Exhibit E

Embassy Suites Montgomery
Montgomery's Cafe
(334) 269 5055

251 CHERRY
------------------------------
(Bl 1/1        CHK 1752
     JAN12'05  7:02PM
------------------------------
          TO GO

  1 CHIX QUESADILLA      7.95

    Food               7.95
    Sales Tax          0.80 ✓
    Amount Due       $8.75 ✓

Gratuity_____

Total_____

Signature_____

Print Name_____

Room #_____
          THANK YOU

Embassy Suites Montgomery
Montgomery's Cafe
300 Tallapoosa Street
Montgomery, AL 36104
(334) 269-5055
------------------------------
CHECK:       1758
TABLE:       54/2
SERVER:      256 TRECHIC
DATE:        JAN12'05  7:37PM
CARD TYPE:   Visa
ACCT #:      XXXXXXXXXXXX0792
EXP DATE:    XX/XX
AUTH CODE:   053320
RESEARCH:    92827446
      MICHAEL D BREININ

SUBTOTAL:              9.85
Tip 2.00
11.85 ✓

Carrabba's Italian Grill
1510 Eastern Boulevard
Montgomery, AL. 36117
334-271-7500
Server: ANTONIO    DOB: 01/13/2005
09:04 PM              01/13/2005
Table 23/1             1/10033

Visa                 1048628
Card #XXXXXXXXXXXX2480   Exp:0807
Magnetic card present: BECNEL JR DANIEL E
Approval: 013641

      Amount:       26.36

      + Tip:    5.00

      = Total:  31.36 ✓

Lek's Railroad Thai
300 B Water Street
Montgomery, AL 36104
334-269-0708
Server: KICK ASS          01/13/2005
KB 8/1                    7:14 PM
Guests: 0
                        #20013

Reprint #: 1

AP1 Edamame               3.50
R9 Shr Temp R             8.50

Sub Total                12.00
Tax                       1.20

Total                    13.20 ✓

Cash                     20.00

Change                    6.80

*****Attn. Guest******
NO CHECKS PLEASE
PLEASE PAY YOUR SERVER

--- Check Closed ---

Exhibit E

9900804

Cash Ticket
11/14/05

☒

011405          0452056

FULL — REGULAR
SELF — MID-GRADE
     — PREMIUM
     — DIESEL

SUBWAY I
22 DEXTER AVE
MONTGOMERY, AL 36104
334-265-1213

BATCH: 911
S-A-L-E-S  D-R-A-F-T
73285001
010364436000

REF:    0013
CD TYPE: VISA
TR TYPE: PURCHASE
DATE:   JAN 11, 05  11:55:53

TOTAL              $19.20

ACCT: 4357075431592480    EXP: 08/07
AP: 011339
NAME: DANIEL E BECHEL JR
TRAN. 085011645533203
VALID. 5N9R AUDIT 0500E

CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICES IN THE AMOUNT OF THE
TOTAL SHOWN HEREON AND AGREES TO PERFORM
THE OBLIGATIONS SET FORTH BY THE
CARDMEMBER'S AGREEMENT WITH THE ISSUER

THANKS FOR USING VISA

X ------------------------------------

$5.00
Tips

Exhibit E



**EMBASSY SUITES HOTEL**
MONTGOMERY
300 TALLAPOOSA STREET
MONTGOMERY, AL 36104
PHONE: (334) 269-5055
FAX (334) 269-0360

-536.52

Name & Address

| | |
|---|---|
| Suite | |
| Arrival Date | |
| Dept. Date | |
| Adult/Child | |
| Room Rate | |

Rate quoted based on arrival date and length of stay. Should you choose to depart early, rate is subject to change.

INIT

TODD, REBECCA
P O DRAWER H
RESERVE, LA 70084
US

The management is not responsible for any valuables not secured in safety deposit boxes provided by the front office. I agree that my liability for the charges is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or full of such charges. I have requested weekday delivery of U.S.A. Today. If refused, a credit of 50 cents will be applied to my account.

X _____
SIGNATURE

423/TDBN
01/10/05  4:54 PM
01/14/05  7:20 PM
14
$119.00

| DATE | REFERENCE | DESCRIPTION | RATE PLAN HH# AL: CAR: | AMOUNT |
|---|---|---|---|---|
| | | | L-P19 | |
| | | CONFIRMATION NUMBER : 88042203 | | |
| 01/14/05 | PAGE 1 | | | |
| 01/10/05 | 1156592 | MONTGOMERY'S – dinner for group | ✓ | $54.47 |
| 01/10/05 | 1156832 | GUEST ROOM | | $119.00 |
| 01/10/05 | 1156832 | LODGING TAX | | $14.88 |
| 01/11/05 | 1157391 | GUEST ROOM | | $119.00 |
| 01/11/05 | 1157391 | LODGING TAX | | $14.88 |
| 01/12/05 | 1157705 | MONTGOMERY'S – lunch for group | ✓ | $54.25 |
| 01/12/05 | 1158021 | GUEST ROOM | | $119.00 |
| 01/12/05 | 1158021 | LODGING TAX | | $14.88 |
| 01/13/05 | 1158289 | MONTGOMERY'S – lunch for group | ✓ | $42.00 |
| 01/13/05 | 1159067 | GUEST ROOM | | $119.00 |
| 01/13/05 | 1159067 | LODGING TAX | | $14.88 |
| 01/14/05 | 1159248 | VS. ***********2480  The Hilton Family | | ($596.25) |
| | | ** BALANCE ** | | $0.00 |

| ACCT NO. | | DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|---|---|
| CARD MEMBER NAME | | AUTHORIZATION | INITIAL |
| ESTABLISHMENT NO. & LOCATION | | PURCHASES & SERVICES | |
| | | TAXES | |
| | | TIPS & MISC. | |
| CARD MEMBER'S SIGNATURE  X | | TOTAL AMOUNT | 296060  A |

Exhibit E



**EMBASSY SUITES HOTEL**
MONTGOMERY
300 TALLAPOOSA STREET
MONTGOMERY, AL 36104
PHONE: (334) 269-5055
FAX (334) 269-0360

0.00

Name & Address

| Suite |
|---|
| Arrival Date |
| Dept. Date |
| Adult/Child |
| Room Rate |

Rate quoted based on arrival date and length of stay. Should you choose to depart early, rate is subject to change.

INIT _____

The management is not responsible for any valuables not secured in safety deposit boxes at the front office. I agree that my liability for the charges is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part of such charges. I have requested weekday delivery of U.S.A Today. If refused, a credit of .50 cents will be applied to my account.

423/TDBN

TODD, REBECCA
P O DRAWER H

RESERVE, LA 70084
US

X _____
SIGNATURE

$119.00

| DATE | REFERENCE | DESCRIPTION | RATE PLAN | L-PYO | AMOUNT |
|---|---|---|---|---|---|
| | | | HH# | | |
| | | | AL: | | |
| | | | CAR: | | |

CONFIRMATION NUMBER : 86042203

01/14/05     PAGE     2

**EXPENSE REPORT SUMMARY**

| | 01/10/05 | 1/11/05 | 1/12/05 | 1/13/05 | STAY TOTAL |
|---|---|---|---|---|---|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $133.88 | $535.52 |
| FOOD & BEVERAGE | $64.47 | $0.00 | $54.26 | $42.00 | $160.73 |
| DAILY TOTAL | $198.35 | $133.88 | $188.14 | $175.88 | $696.25 |

| ACCT. NO. | | DATE OF CHARGE | FOLIO NO./CHECK NO. | |
|---|---|---|---|---|
| CARD MEMBER NAME | | AUTHORIZATION | | INITIAL |
| ESTABLISHMENT NO. & LOCATION | | PURCHASES & SERVICES | | |
| | | TAXES | | |
| VS ************2480 | | TIPS & MISC. | | |
| CARD MEMBER'S SIGNATURE | | TOTAL 01/13/05 | 296060 | A |
| X | | | | |

TODD, REBECCA

14290

Exhibit E



**EMBASSY SUITES HOTEL**
**MONTGOMERY**
300 TALLAPOOSA STREET
MONTGOMERY, AL 36104
PHONE: (334) 269-5055
FAX (334) 269-0360

EMBASSY SUITES
H O T E L

-166.06

| | |
|---|---|
| Name & Address | |

| | |
|---|---|
| Suite | |
| Arrival Date | |
| Dept. Date | |
| Adult/Child | |
| Room Rate | |

Rate quoted based on arrival date and length of stay. Should you choose to depart early, rate is subject to change.

INIT _____

The management is not responsible for any valuables not secured in safety deposit provided at the front office. I agree that my liability for the charges is not waived and agree to hold personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of such charges. I have requested weekday delivery of U.S.A. Today. If refused, a credit of will be applied to my account.

**BREININ, MIKE**
**P O DRAWER H**
**RESERVE, LA 70084**
**US**

X
SIGNATURE

$119.00

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | | | RATE PLAN   L-P19 |
| | | | HH#409290086 BLUE |
| | | | AL: |
| | | | CAR: |
| | | | |
| CONFIRMATION NUMBER : 88042203 | | | |
| | | | |
| 01/14/05 | PAGE   1 | | |
| | | | |
| 01/10/05 | 1156882 | GUEST ROOM | $119.00 |
| 01/10/05 | 1156882 | LODGING TAX | $14.88 |
| 01/11/05 | 1157510 | GUEST ROOM | $119.00 |
| 01/11/05 | 1157510 | LODGING TAX | $14.88 |
| 01/12/05 | 1158107 | GUEST ROOM | $119.00 |
| 01/12/05 | 1158107 | LODGING TAX | $14.88 |
| 01/13/05 | 1169180 | GUEST ROOM | $119.00 |
| 01/13/05 | 1169180 | LODGING TAX | $14.88 |
| 01/14/05 | 1159245 | VS ***********2480 | ($539.52) |
| 01/14/05 | 1159245 | VS ***********2480 | $539.52 |
| 01/14/05 | 1159255 | VS ***********2480 | ($535.52) |

The Hilton Family

Hilton

**BALANCE** $0.00

Reservations www.embassysuites.com or 1-800-EMBASSY

**EXPENSE REPORT SUMMARY**

| ACCT. NO. | 01/10/05 | 1/11/05 | 1/12/05 | DATE OF CHARGE 1/13/05 | FOLIO NO./CHECK NO. STAY TOTAL |
|---|---|---|---|---|---|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $133.88 | $535.52 |
| CARD MEMBER NAME DAILY TOTAL | $133.88 | $133.88 | $133.88 | AUTHORIZATION $133.88 | INITIAL $535.52 |

| ESTABLISHMENT NO. & LOCATION | | PURCHASES & SERVICES | |
|---|---|---|---|
| | | TAXES | |
| | | TIPS & MISC. | |
| VS ***********2480 | | TOTAL AMOUNT 01/14/05 | 296062    A |
| CARD MEMBER'S SIGNATURE | | | |
| X | | | |

Exhibit E

**E**

**EMBASSY SUITES**

**HOTEL***

EMBASSY SUITES HOTEL
MONTGOMERY
300 TALLAPOOSA STREET
MONTGOMERY, AL 36104
PHONE: (334) 269-5055
FAX (334) 269-0360

-539.52

Name & Address

| | |
|---|---|
| Suite | |
| Arrival Date | |
| Dept. Date | |
| Adult/Child | |
| Room Rate | |

Rate quoted based on arrival date and length of stay. Should you choose to depart early, rate is subject to change.

LORENZ, MARY
P O DRAWER H

RESERVE, LA 70084
US

INIT _____

The management is not responsible for any valuables not secured in safety deposit boxes provided at the front office. I agree that my liability for the charges is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part of such charges. I have requested weekday delivery of U.S.A. Today. If refused, a credit of 50 cents will be applied to my account.

X
SIGNATURE

306/TDBN

01/14/05 11:19AM

10
$119.00

| DATE | REFERENCE | DESCRIPTION | RATE PLAN | AMOUNT |
|---|---|---|---|---|
| | | | HH#409290086 BLUE | |
| | | | AL: | |
| | | | CAR: | |
| CONFIRMATION NUMBER : 88042203 | | | | |
| 01/14/05 | PAGE  1 | | | |
| 01/10/05 | 1156791 | GUEST ROOM | | $119.00 |
| 01/10/05 | 1156791 | LODGING TAX | | $14.88 |
| 01/11/05 | 1157341 | GUEST ROOM | | $119.00 |
| 01/11/05 | 1157341 | LODGING TAX | | $14.88 |
| 01/12/05 | 1157980 | GUEST ROOM | | $119.00 |
| 01/12/05 | 1157980 | LODGING TAX | | $14.88 |
| 01/13/05 | 1159018 | GUEST ROOM | | $119.00 |
| 01/13/05 | 1159018 | LODGING TAX | | $14.88 |
| 01/14/05 | 1159247 | VS ************2480 | | ($535.52) |

** BALANCE ** $0.00

EXPENSE REPORT SUMMARY

| | 01/10/05 | 1/11/05 | 1/12/05 | 1/13/05 | STAY TOTAL |
|---|---|---|---|---|---|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $133.88 | $535.52 |
| DAILY TOTAL | $133.88 | $133.88 | $133.88 | $133.88 | $535.52 |

| ACCT. NO. | | DATE OF CHARGE | FOLIO / CK. NO. |
|---|---|---|---|

| CARD MEMBER NAME | | AUTHORIZATION | INITIAL |
|---|---|---|---|
| | | | |
| ESTABLISHMENT NO. & LOCATION | | PURCHASES & SERVICES | |
| | | TAXES | |
| | | TIPS & MISC. | |
| VS ************2480 | | TOTAL COST | 296061 |
| CARD MEMBER'S SIGNATURE | | | |
| X | | | |

Exhibit E

# CLASS ACTION / MASS TORT REIMBURSEMENT REQUEST

Who is requesting reimbursement?   Neblett, Beard & Arsenault          JR Whaley
                                          (Firm Name)                (Individual Name)

Who is being asked to pay this?   ☒ Neblett, Beard & Arsenault

                                  ☐ Litigation Group _____
                                                        (Name of Litigation Group)

Which mass tort / class action case does this involve?   Vioxx MDL   104.88888

| MAKE CHECK PAYABLE TO | EXPENSE REIMBURSEMENT | DESCRIPTION | AMOUNT |
|---|---|---|---|
|  | Mileage |  |  |
| JR Whaley | Hotel |  | 365.88 |
| JR Whaley | Airfare |  | 322.70 |
| JR Whaley | Meals |  | 157.23 |
| JR Whaley | Parking |  | 16.00 |
|  | Seminar |  |  |
| JR Whaley | Miscellaneous | Taxi Cabs | 80.40 |
|  | Gratuities |  |  |
|  |  | TOTAL | 964.38 |

Date(s) Expense Incurred:  January 5-7. 2005      Location of Activity:  New York City

Reason for Expense:   Vioxx Meeting with Plaintiffs' Counsel

How is this expense to be charged?

☐ Do not charge to any client; this represents a non-reimbursable operating expense.

> Note to Accounting: "Operating Overhead Deductible Expenses" cost sheet

☐ Charge to all clients involved in this litigation on a shared basis.

> Note to Accounting: "General Shared Client Reimbursable Expenses" cost sheet

**PAID**
JAN 14, 2005
# 127084

☐ Only charge to Individual Client involved with expense in question. _____
                                                                      (Name of Client)

> Note to Accounting: "Specific Client Reimbursable Expenses" cost sheet

☒ Charge to PSC/MDL.   Note to Accounting: These are expenses we expect to receive reimbursement for from a PSC (possibly a MDL PSC if applicable). Post this charge to the "PSC/MDL" cost sheet.

Signature: _____          _____ ✓ Receipt Attached

(Rev. 4/29/03)

Exhibit E

# Sheraton Hotels of New York

**SHERATON MANHATTAN**
**SHERATON NEW YORK**
**SHERATON RUSSELL**

SHERATON NEW YORK HOTEL & TOWERS
811 Seventh Avenue
New York, NY 10019
Tel: 212-581-1000 Fax: 212-262-4410

G John Randall Whaley
U
E 1605 Audubon Dr
S Alexandria, LA 71301-4008
T

| | |
|---|---|
| ROOM RATE | 642 |
| NO. PERS | 169.00 |
| FOLIO | 1 |
| PAGE | 5757934   EX-A |
| ARRIVE | 1 |
| DEPART | 05-JAN-05   13:04 |
| PAYMENT | 07-JAN-05 |
| | AX |

T R A V E L   A G E N T   C H A R G E   T O

| DATE | REFERENCE | DESCRIPTION | DEBIT CREDIT |
|---|---|---|---|
| 05-JAN-05 | RT642 | Room Chrg Restricted | 169.00 |
| 05-JAN-05 | RT642 | Room Sales Tax | 14.58 |
| 05-JAN-05 | RT642 | City/Local Tax | 8.45 |
| 05-JAN-05 | RT642 | Occupan/Tourism Tax | 2.00 |
| 05-JAN-05 | DEPOSIT | Advance Deposit Applied | 388.05- |
| 05-JAN-05 | 642 | Health Club Entry Fee | 10.00 Waive |
| 05-JAN-05 | 642 | Health Club Merchandise | 2.00 |
| 05-JAN-05 | 642 | Sales Tax | 0.17 |
| 06-JAN-05 | RT642 | Room Chrg Restricted | 169.00 |
| 06-JAN-05 | RT642 | Room Sales Tax | 14.58 |
| 06-JAN-05 | RT642 | City/Local Tax | 8.45 |
| 06-JAN-05 | RT642 | Occupan/Tourism Tax | 8.45 |
| 06-JAN-05 | 642 | Health Club Entry Fee | 10.00 Waive |
| 07-JAN-05 | AX | American Express NY | 22.18- |
| | | Total Due | 0.00 |

For your convenience, we have prepared this zero-balance folio indicating a
$0 balance on your account. Please be advised that any charges not reflected
on this folio will be charged to the credit card on file with the hotel.
While this folio reflects a $0 balance, your credit card may not be charged
until after your departure. You are ultimately responsible for paying all of
your folio charges in full.

## EXPENSE REPORT SUMMARY

| Date | Room & Tax | Food & Bev | Telephone | Parking | Other | Total | Payment |
|---|---|---|---|---|---|---|---|
| 05-JAN-05 | 194.03 | 0.00 | 0.00 | 0.00 | 12.17 | 206.20 | 388.05- |
| 06-JAN-05 | 194.03 | 0.00 | 0.00 | 0.00 | 10.00 | 204.03 | 0.00 |
| Total | 388.06 | 0.00 | 0.00 | 0.00 | 22.17 | 410.23 | 388.05- |

Thank you for choosing Starwood Hotels. We look forward to welcoming you back soon!

388.05
<10.00>
<2.00>
<0.17>
<10.00>
$365.88 ✓

As a Starwood Preferred Guest you have earned at least 676
tarpoints for this visit A50348635660.

| John Randall Whaley | ROOM | DEPART | AGENT | Sheraton New York |
|---|---|---|---|---|
| FOLIO: 5757934   05-JAN-05 | 642 | | | Tel: 212-581-1000 |

CUSTOMER SERVICE SHERATON MANHATTAN / NEW YORK / RUSSELL 800-538-5558

Exhibit E

# Pearson's Travel World

**7949 JEFFERSON HWY.**
**BATON ROUGE, LA 70809**
**PHONE: (225) 926-3752**
**FAX: (225) 924-7969**

082810  ITINERARY RECEIPT
PAGE NO. 1

NEBLETT BEARD ARSENAULT          J R WHALEY
PO BOX 1190                      1605 AUDUBON DR
ALEXANDRIA LA 71309              NALEXANDRIA LA 71301

NAME : WHALEY/JOHN. R

AGENT          BRANCH                              DATE
CYNTHIA                                            29DEC04

* ELECTRONIC TICKET *  POSITIVE IDENTIFICATION REQUIRED AT CHECK-IN
**REQUEST TERMS/CONDITIONS OF TRAVEL AND CARRIER LIABILITY NOTICES FROM
   TRAVEL AGENCY OR THE TRANSPORTING CARRIER.**
RESTRICTIONS-NONREF/0VALUAFTDPT/CHGFEE
ISSUED BY-PEARSONS TRAVEL WORLD BATON ROUGE LA

| CO | DATE | CITY-AIRPORT | TIME | FLIGHT NBR/CLASS | ST SERV/AMNT |
|----|------|--------------|------|------------------|--------------|
| A WE 05JAN | LV ALEXANDRIA INTL | 600A | CONTINENTAL    2839Q OK | |
| | AR HOUSTON-IAH | 653A | BAGS ALLOWED- 2PIECE | 0STOP JET |

OPERATED BY EXPRESSJET AIRLINES INC DBA CO EXPRESS
NOT VALID FOR TRAVEL-BEFORE 05JAN/AFTER 05JAN

| A   05JAN | LV HOUSTON-IAH | 800A | CONTINENTAL   332Q OK BREAKFAST | |
| | AR NYC/LAGUARDIA | 1221P | BAGS ALLOWED- 2PIECE | 0STOP 73G |

NOT VALID FOR TRAVEL-BEFORE 05JAN/AFTER 05JAN

H WE 05JAN RITZ CARLTON BATTERY PARK NY      CHECK IN- 05JAN WED/1500
           TWO WEST STREET                   CHECK OUT-07JAN FRI/1200
           NEW YORK NY 10004                 GUARANTEED TO CREDIT CARD-AX
           PHONE-212-344-0800
           FAX-212-344-3801
           CONFO-81592288

                                             RATE GUARANTEED-USD
           VIRTUOUSO API * CITY VIEW ROOM  1 KING OR 2
           RATE INFO-335.00
           CANCEL RQRMTS-CANCEL PERMITTED UP TO 01 DAYS BEFORE ARRIVAL.
           $ 382.65 CANCEL PENALTY PER ROOM.
           PERSONS INCLUDED IN RATE-1
           RQST NON SMK KING

| A FR 07JAN | LV NYC/LAGUARDIA | 1025A | CONTINENTAL   1033Q OK LUNCH | |
| | AR HOUSTON-IAH | 129P | BAGS ALLOWED- 2PIECE | 0STOP 737 |

NOT VALID FOR TRAVEL-BEFORE 07JAN/AFTER 07JAN

| A FR 07JAN | LV HOUSTON-IAH | 335P | CONTINENTAL   2529Q OK | |
| | AR ALEXANDRIA INTL. | 431P | BAGS ALLOWED- 2PIECE | 0STOP JET |

OPERATED BY EXPRESSJET AIRLINES INC DBA CO EXPRESS
NOT VALID FOR TRAVEL-BEFORE 07JAN/AFTER 07JAN

           TICKET NUMBER  0051 00517659
           SERVICE FEE MCO          15158

                                    AIR FARE        245.58
                                    TAX              42.12
                                    TOTAL AIR FARE

Exhibit E

# *Pearson's Travel World*

**7949 JEFFERSON HWY.**
**BATON ROUGE, LA 70809**
**PHONE: (225) 926-3752**
**FAX: (225) 924-7969** 482810  ITINERARY RECEIPT
                                    PAGE NO.  2

| CO | DATE | CITY-AIRPORT | TIME | FLIGHT NBR/CLASS | ST | SERV/AMNT |
|----|------|--------------|------|------------------|----|-----------|
|    |      |              |      | SERVICE FEE      |    | 35.00 |
|    |      |              |      | AMOUNT CHARGED   |    | 322.70 ✓ |

THIS AMOUNT WILL BE CHARGED TO CREDIT CARD: AX

HAVE A NICE TRIP
WE HIGHLY RECOMMEND THE PURCHASE OF TRAVEL
PROTECTION TO PROTECT YOU AND YOUR INVESTMENT
AIRLINES REQUIRE 2HOUR CHECKIN ON DOMESTIC FLIGHTS
3 HOURS PRIOR ON INTERNATIONAL FLIGHTS
THE AIRLINES ALLOW TWO CHECKED BAGS
MAXIMUM WEIGHT PER BAG IS 50 POUNDS



# VIRTUOSO
SPECIALISTS IN THE ART OF TRAVEL

CAUTION: TICKETS HAVE VALUE. IF UNUSED PLEASE RETURN FOR CREDIT OR REFUND

Exhibit E

>>> Ruth's Chris Steak House <<<
148 West 51st Street
New York City, NY  10019

CHECK:        1972
TABLE:        169/1
SERVER:       410 bar
DATE:         JAN06'05  9:26PM
CARD TYPE:    AMEX
ACCT #:       XXXXXXXXXXX1001
EXP DATE:     XX/XX
AUTH CODE:    547604
RESEARCH:     000000000000

SUBTOTAL:           59.42

GRATUITY:

TOTAL:          $75.00 ✓

SIGNATURE

2ND COPY FOR CUSTOMER

---

>>> Ruth's Chris Steak House <<<
148 West 51st Street
*********************************

410 bar
-----------------------------------
 169/1      1972      GST 1
       JAN06'05  8:48PM
-----------------------------------

1 1/2 CAESAR SALAD      4.50
1 PETITE FILET         29.95
1 BROILED TOMATOS       7.25
1 G MR LANGTRY         13.00

  Subtotal             54.70
  Tax                   4.72
  Amount Due         $59.42

---

810 DELI
810 7TH AVE. N.Y.C.
TEL: 541-4136

01-05-05   #1

GROC. TAX        0.95T
GROCERY          1.75
GROCERY          2.00
TAX              0.77
CASH            13.47

ITEM 3
CL 1  7458 13:15TPM

Exhibit E

Manhattan Ocean Club
57 West 58th Street St
NEW YORK, NY 10018
(212) 371-7777
CHECK:        2424
SERVER:       3 DN BAR-DINNER
DATE:         JAN05'05  9:08PM
CARD TYPE:    American Express
ACCT #:       XXXXXXXXXX1001
EXP DATE:     XX/XX
AUTH CODE:    566042
RESEARCH:     000000000000
        JOHN RANDALL WHALEY

SUBTOTAL:          45.35

TIP_____

TOTAL_____ #56 00

        Signature

Publicly traded on NASDAQ
      Symbol: SWRG


Vioxx Trial Show 1

---

HARLON'S BAR-B-QUE ~ IAH TERMINAL B
        (281)443-2113

Check No 284722/1
Tab  C&C     Server 5    Guests  1

1    Mixed Plate                      9.99

         Food Sub-Total               9.99

1    Bottle Water                     1.95

         Beverage Sub-Total           1.95

         SUB TOTAL                   11.94
         Sales Tax                    0.82
Receipt Types:
   Cash                              12.76

   CHECK SUB-TOTAL                   11.94
   Sales Tax                          0.82

   TOTAL                             12.76
   Tip                                0.00
                                   ======
   TOTAL PAID                        20.00
   Change Due:                        7.24

11:25:49 AM                       1/7/2005


Thank you for choosing Harlon's BBQ !!
        Have a great day !!

Exhibit E

Parking

```
      ENGLAND AUTHORITY
      1611 ARNOLD DRIVE
     ALEXANDRIA, LA 71303
        (318) 449-3504

   JAN 07, 2005 01:51PM

 TERM :                  1
 MERCH:       000005789290

 REF #: 004
 ACT #:  ***********1001
 CARD : AMERICAN EXPRESS
 CLERK: 0211
 SERV : 0211

 SALE:            $  16.00

 RETR REF#: 500719751598
 APPROVAL CODE:   545972

   I AGREE TO PAY ABOVE
  TOTAL AMOUNT ACCORDING
 TO CARD ISSUER AGREEMENT

 X_____
         SIGNATURE

 WHALEY/JOHN RANDALL


       CUSTOMER COPY
```

Taxi Fare
One Way



```
MED #      TR 3602
         END MILES
         06:41   5.5
         $  14.90
         $   0.00
TOTAL:   $  14.90
      THANKS
TO CONTACT TLC
   DIAL 3-1-1
```

```
I ♡ NEW YORK
              SL90
MED #
DATE: 01/05/2005
START TIME 12:27
END TIME   12:54
TRIP #      4701
              1
RATE No.
              10.85
MILES
              25.30
FARE $

Contact TLC Dial
      3-1-1
```

Exhibit E

# CLASS ACTION / MASS TORT REIMBURSEMENT REQUEST

Who is requesting reimbursement? Neblett, Beard & Arsenault

Attorney Team
Rebecca Todd-Mike Breinin-Margaret Parker-Mary Lorenz-Holly Lamarche

Who is being asked to pay this?  ☒  Neblett, Beard & Arsenault

☐  Litigation Group _____

(Name of Litigation Group)

Which mass tort / class action case does this involve?      Vioxx - 104.88888

| MAKE CHECK PAYABLE TO | EXPENSE REIMBURSEMENT | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | Mileage | Team - 750 miles | 300.00 |
| | Hotel | 3 Rooms - Team | 1204.92 |
| | Airfare | | |
| | Meals | Team | 394.03 |
| | Parking | | |
| | Seminar | | |
| | Miscellaneous | | |
| | Gratuities | | |
| | | TOTAL | 1898.95 |

| Date(s) Expense Incurred: Week of January 17, 2005 | Location of Activity: Montgomery, Alabama |
|---|---|

Reason for Expense:
Travel to Montgomery, Alabama for Vioxx document review in preparation for upcoming depositions

How is this expense to be charged?

☐ Do not charge to any client; this represents a non-reimbursable operating expense.

> Note to Accounting: "Operating Overhead Deductible Expenses" cost sheet

☐ Charge to all clients involved in this litigation on a shared basis.

> Note to Accounting: "General Shared Client Reimbursable Expenses" cost sheet

☐ Only charge to Individual Client involved with expense in question. _____

> Note to Accounting: "Specific Client Reimbursable Expenses" cost sheet

(Name of Client)

☒ Charge to PSC/MDL.

> Note to Accounting: These are expenses we expect to receive reimbursement for from a PSC (possibly a MDL PSC if applicable). Post this charge to the "PSC/MDL" cost sheet.

Exhibit E

JUN-09-2005   11:34                                                                                          P.03

**EMBASSY SUITES**
H O T E L S

Name & Address

J. REBECCA
8 PRYTANIA ST # A
NEW ORLEANS, LA 70115

Room:                     517/TDBN
Arrival Date:             01/18/05
Departure Date:           01/21/05 7:36AM
Adult , Child
Room Rate:                2/0
                          $ 119.00

RATE PLAN          L-P19
HH#
WN#0000006227474
CAR:

Hilton HHonors

Rate quoted based on arrival date and length of stay. Any party rate is
subject to change.          INT

CONFIRMATION NUMBER : 87345089

RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OR VALUE UNATTENDED IN YOUR ROOM. A
SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE
IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES.

01/21/05       PAGE    1

REQUESTED WEEKDAY DELIVERY OF USA TODAY IS REFUSED, A CREDIT OF
$0.50 WILL BE APPLIED TO MY ACCOUNT.   IN EVENT OF AN EMERGENCY,
I, OR SOMEONE IN MY PARTY REQUIRE SPECIAL EVACUATION ASSISTANCE DUE
TO A PHYSICAL DISABILITY PLEASE INDICATE YES BY CHECKING HERE.
A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES. THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT KEPT IN THE SAFE DEPOSIT BOX.

GUEST SIGNATURE

X

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 01/18/05 | 1161213 | GUEST ROOM | $119.00 |
| 01/18/05 | 1161213 | LODGING TAX | $14.88 |
| 01/19/05 | 1161536 | MONTGOMERY'S | $9.98 |
| 01/19/05 | 1161663 | GUEST ROOM | $119.00 |
| 01/19/05 | 1161663 | LODGING TAX | $14.88 |
| 01/20/05 | 1161983 | MONTGOMERY'S | $44.00 |
| 01/20/05 | 1162071 | MONTGOMERY'S | $13.48 |
| 01/20/05 | 1162213 | GUEST ROOM | $119.00 |
| 0/05 | 1162213 | LODGING TAX | $14.88 |
| /05 | 1162297 | VS ***********2480 | ($469.10) |

                                          * * BALANCE * *        $0.00

EXPENSE REPORT SUMMARY

|  | 01/18/05 | 01/19/05 | 01/20/05 | STAY TOTAL |
|--|----------|----------|----------|------------|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $401.64 |
| FOOD & BEVERAGE | $0.00 | $9.98 | $57.48 | $67.46 |
| DAILY TOTAL | $133.88 | $143.86 | $191.36 | $469.10 |

VS ***********2480                                01/18/05           296582     A

TODD, REBECCA                                     218229

TheHiltonFamily

                                                                       -469.10

Exhibit E

JUN-09-2005  11:34                                                                    P.04

EMBASSY SUITES
HOTELS

Name & Address

NZ, MARY
PRYTANIA ST # A
NEW ORLEANS, LA 70115

Room:
Arrival Date: 618/TDBN
Departure Date: 01/18/05 7:40AM
                01/21/05
Adult · Child
Room Rate: 2/0
           $ 129.00

RATE PLAN     LV5
HH# 409290086 BLUE
CAR:

Rate quoted based on arrival, date and ... WN#409000052274741 early, rate is
subject to change.      INIT

Hilton HHonors

CONFIRMATION NUMBER : 87345089

RATES SUBJECT TO APPLICABLE SALES OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A
SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE
IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. IF HAVE
REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF
$0.50 WILL BE APPLIED TO MY ACCOUNT. IN THE EVENT OF AN EMERGENCY
I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE
TO A PHYSICAL DISABILITY PLEASE INDICATE YES BY CHECKING HERE.
A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES. THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

GUEST SIGNATURE

X

01/21/05       PAGE    1

| DATE | REFERENCE | DESCRIPTION | | AMOUNT |
|------|-----------|-------------|--|--------|
| 01/18/05 | 1161214 | GUEST ROOM | √ | $119.00 |
| 01/18/05 | 1161214 | LODGING TAX | √ | $14.88 |
| 01/19/05 | 1161528 | MONTGOMERY'S | | $8.75 √ |
| 01/19/05 | 1161535 | MONTGOMERY'S | | $13.00 √ |
| 01/19/05 | 1161664 | GUEST ROOM | √ | $119.00 |
| 01/19/05 | 1161664 | LODGING TAX | √ | $14.88 |
| 01/20/05 | 1162214 | GUEST ROOM | √ | $119.00 |
| 01/20/05 | 1162214 | LODGING TAX | √ | $14.88 |
| /05 | 1162298 | VS ***********2480 | | ($423.39) |

** BALANCE **        $0.00

EXPENSE REPORT SUMMARY

|  | 01/18/05 | 01/19/05 | 01/20/05 | STAY TOTAL |
|--|----------|----------|----------|------------|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $401.64 |
| FOOD & BEVERAGE | $0.00 | $21.75 | $0.00 | $21.75 |
| DAILY TOTAL | $133.88 | $155.63 | $133.88 | $423.39 |

VS ***********2480                          01/18/05       296586    A

LORENZ, MARY                                18857

The Hilton Family

-423.39

Exhibit E

JUN-09-2005  11:34                                                          P.05

Name & Address

AIN, MIKE
8 PRYTANIA ST # A
NEW ORLEANS, LA 70115

EMBASSY SUITES
HOTELS

Room.
Arrival Date:  804/TDBS
Departure Date:  01/18/05 7:39AM
                 01/21/05
Adult  Child
Room Rate:  1/0
            $ 129.00

RATE PLAN      LV5
HH# 409290086 BLUE
CAR:

Rate quoted based on arrival date and length of stay... rates
subject to change.

Hilton Hilonors

RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A
SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE
IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES.  I HAVE
REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED A CREDIT OF   GUEST SIGNATURE
$.50 WILL BE APPLIED TO MY ACCOUNT.  IN THE EVENT OF AN EMERGENCY
.OR SOMEONE IN MY PARTY REQUIRE SPECIAL EVACUATION ASSISTANCE DUE   X
TO A PHYSICAL DISABILITY PLEASE INDICATE YES BY CHECKING HERE.
A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES. THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT KEPT IN THE SAFE DEPOSIT BOX.

CONFIRMATION NUMBER :  87345089

01/21/05      PAGE . 1

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 01/18/05 | 1161294 | GUEST ROOM | $119.00 |
| 01/18/05 | 1161294 | LODGING TAX | $14.88 |
| 01/19/05 | 1161441 | MONTGOMERY'S | $11.25 |
| 01/19/05 | 1161545 | MONTGOMERY'S | $25.00 |
| 01/19/05 | 1161732 | GUEST ROOM | $119.00 |
| 01/19/05 | 1161732 | LODGING TAX | $14.88 |
| 01/20/05 | 1162100 | MONTGOMERY'S | $15.00 |
| 01/20/05 | 1162251 | GUEST ROOM | $119.00 |
| 20/05 | 1162251 | LODGING TAX | $14.88 |
| 1/05 | 1162299 | VS ***********2480 | ($452.89) |

** BALANCE **          $0.00

EXPENSE REPORT SUMMARY

|  | 01/18/05 | 01/19/05 | 01/20/05 | STAY TOTAL |
|--|----------|----------|----------|------------|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $401.64 |
| FOOD & BEVERAGE | $0.00 | $36.25 | $15.00 | $51.25 |
| DAILY TOTAL | $133.88 | $170.13 | $148.88 | $452.89 |

VS ***********2480                        01/18/05      296585    A

BREININ, MIKE                             18229

The Hilton Family

-452.89

Exhibit E

JUN-09-2005  11:34                                                              P.06

```
      BURGER KING  10890 007
      1610 LIBERTY HILL DRIVE
      EVERGREEN, AL 36401

  Merchant ID: 000000000079224
  Term ID: 001582089
  456027238991

          Sale

  VISA
  XXXXXXXXXXXX2480
  Entry Method: Swiped
  Apprvd: Online    Batch#: 000012
  01/21/05               13:19:10

  Inv #: 000008  Appr Code: 021721

  Total:          $      16.59


          Customer Copy
```

```
          WEST FAIRVIEW
  Thank you, please

            THANK YOU
  MCDONALD'S                 5.042048814
  80  KS#01  5#1   Jan.18'05(Tue)10:39

  Order #180          TO GO

  1 DBL QTR CHEESE              2.99
  1 GNUG/FRY NTY KID :CY        2.30
  1 GRL CKN COBB SALAD          3.99
  1 3 CKN SLCTS MEAL            3.60
  1 MCGRILL CKN MEAL            3.20
    1 W/OUT   MAYO
  1 CHD WATER                   0.00
  1 CHD COKE                    0.79
  1 SML COKE                    1.00
  2 MED COKE                    2.10

  SUB TOTAL                    20.0
  TAKE OUT fA                   2.01

                              22.00

  CASH TENDERED
                              25.10
                               7.04
```

```
  CUCOS  OF  MONTGOMERY
        1801 EAST BLVD
     MONTGOMERY, AL 36117

  TIME 10:05 PM   DATE 01/19/05
  TERM# 00980639  MER# 000221220569992
  TRAN TYPE SALE
  #xxxxxxxxxxxxx2480
  CARD TYPE VISA
  SEQ #  060
  TICKET # 0000007934 SERVER ID 36
  AUTH CODE 019301

  BASE          $12.92

  TIP            2.50

  TOTAL         15.42
```

```
  Herron Street Chevron
  215 Dickerson St
  Montgomery, AL.
  STN 00210321

  01/20/05    17:37:00

  VISA
  xxxxxxxxxxxxx2480
  Invoice#    2157960
  Auth#        020668

  Pump#: 9
  10.125 G @ $  1.979
  Dsel/Self    $ 20.04

  Total        $ 20.04
```

Exhibit E

JUN-09-2005  11:34                                                                    P.07

Lek's Railroad Thai
300 B Water Street
Montgomery, AL 36104
334-269-0708

Server: Cathy                    DOB: 01/20/2005
07:02 PM                             01/20/2005
199/1                                   1/10106

Visa                                    3145770
Card #435787543159XXXX           Exp:0807
Magnetic card present: BECNEL JRDANIEL E
Approval: 020744

              Amount:          28.49

            + Tip:  ___5.00___

            = Total:  _3 3 . 4 9_

X_____
Approval: 020744

      *****Attn. Guest******
         NO CHECKS PLEASE
      PLEASE PAY YOUR SERVER

      *****Guest's Copy******

Lek's Railroad Thai
300 B Water Street
Montgomery, AL 36104
334-269-0708

Server: Sami                     DOB: 01/19/2005
12:48 PM                             01/19/2005
Table 22/1                             3/30012

Visa                                    1048589
Card #435787543159XXXX           Exp:0807
Magnetic card present: BECNEL JRDANIEL E
Approval: 019263

              Amount:          34.82

            + Tip:  ___5.00___

            = Total:  _39.82_

X_____
Approval: 019263

      *****Attn. Guest******
         NO CHECKS PLEASE
      PLEASE PAY YOUR SERVER

      ******Guest's Copy******

REPRINT
SHELL           159
WELCOME TO
SHELL #159

01/18/05:     08:25
GROCERY       $1.19
TOTAL         $1.26
CASH          $1.26
TL/MRFAX      $1.19
TAX PD        $0.07
RECEIPT NO. 1-9867
V POWER ACTIVELY
CLEANS AS YOU

MINUTE STOP #159
49980 STATE HWY 225
BAY MINETTE, AL 36507

Exhibit E

4233-1
Server; LIZA L                      Rec:134
01/18/05 20:13, Swiped   T; 55 Term:  4

     :K STEAKHOUSE #1258
     :ASTERN BLVD.
     )MERY, AL 36117
     ?70-9495
     iNT #:

     'YPE        ACCOUNT NUMBER
                 XXXXXXXXXXX2480
     DANIEL E BECNEL JR
     iNSACTION APPROVED
ΛIITHΩRIZATION #: 018085.
     ϶nce: 0118010104233
     TYPE: Credit Card SALE

     :CK:  _            105.04
     ':                  19.96
     'AL.:              125.00  ✓

PHONE; (    )    -
***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT

Exhibit E

## CLASS ACTION / MASS TORT REIMBURSEMENT REQUEST

Who is requesting reimbursement?   Neblett, Beard & Arsenault          Richard J. Arsenault
(Firm Name)                           (Individual Name)

Who is being asked to pay this?   ☑  Neblett, Beard & Arsenault

☐  Litigation Group _____

(Name of Litigation Group)

Which mass tort / class action case does this involve?  Vioxx  104.88888

| MAKE CHECK PAYABLE TO | EXPENSE REIMBURSEMENT | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | Mileage | | |
| American Express | Hotel | 3 nights | $489.00 |
| American Express | Hotel Sales Tax | | $67.90 |
| American Express | Airfare | New Orleans to Washington round trip | $366.21 |
| American Express | Meal | Organizational meetings with various plaintiffs' counsel including Russ Herman, Joe Bruno, Danny, Becnel, & Walter Dumas | $272.18 |
| American Express | Meals | Meals associated with attending meetings | $125.54 |
| | Cabs | | |
| Richard J. Arsenault | Parking | airport parking | 30.00 |
| American Express | Parking | hotel parking | $28.00 |
| Richard J. Arsenault | Gratuities | | $28.00 |
| | | TOTAL | $1,406.83 |

| Date(s) Expense Incurred: December 11 - 14, 2004 | Location of Activity: Baton Rouge, New Orleans and Washington, D.C. |
|---|---|

Reason for Expense: Organizational and Science Meetings scheduled by Birchfield and Seeger at Fairmont Hotel Washington, D.C.

How is this expense to be charged?

☐  Do not charge to any client; this represents a non-reimbursable operating expense.

Note to Accounting:  "Operating Overhead Deductible Expenses" cost sheet

☐  Charge to all clients involved in this litigation on a shared basis.

Note to Accounting:  "General Shared Client Reimbursable Expenses" cost sheet

☐  Only charge to Individual Client involved with expense in question. _____

(Name of Client)

Note to Accounting: "Specific Client Reimbursable Expenses" cost sheet

☑  Charge to PSC/MDL   | Note to Accounting: These are expenses we expect to receive reimbursement for from a PSC (possibly a MDL PSC if applicable). Post this charge to the "PSC/MDL" cost sheet.

Signature: _____          Receipt Attached: _____

Exhibit E

**Janet Doyle**

| | |
|---|---|
| From: | ALEXANDRIA/PINEVILLE TRAVEL [ALEXANDRIA/PINEVILLE_TRAVEL@tmr3.com] |
| Sent: | Wednesday, December 01, 2004 1:09 PM |
| To: | Janet Doyle |
| Subject: | Travel Itinerary |

*U.S. AIR* (handwritten)

Travel Itinerary

*JANET #1 what is my seat assignment on my leg from N.O. to D.C.* (handwritten)

088877  ITINERARY RECEIPT
PAGE NO. 1
PNR: 1P-NGUV7D

*This is confirmed* (handwritten)

NEBLETT BEARD ARSENAULT
5041 SOUTH MASONIC
ALEXANDRIA LA 71301

NAME : ARSENAULT/RICHARD

```
AGENT         BRANCH                   ACCOUNT NO.      DATE
PAULA                                  3184879864       01DEC04
```

* ELECTRONIC TICKET *  POSITIVE IDENTIFICATION REQUIRED AT CHECK-IN
**REQUEST TERMS/CONDITIONS OF TRAVEL AND CARRIER LIABILITY NOTICES FROM
  TRAVEL AGENCY OR THE TRANSPORTING CARRIER.**
RESTRICTIONS-STNDBY/CHG FEE/NO RFND
ISSUED BY-ALEXANDRIA/PINEVILLE TRVL ALEXANDRIA LA

```
CO  DATE    CITY-AIRPORT       TIME      FLIGHT NBR/CLASS      ST  SERV/AMNT
--  ----    ------------       ----      ----------------      --  ---------
A SU 12DEC LV NEW ORLEANS     1110A     US AIRWAYS      38L OK
           AR WAS/R.REAGAN NATL 224P     BAGS ALLOWED- 2PIECE        0STOP JET
           US CONFO *MUGMSR                  Seat
NOT VALID FOR TRAVEL-BEFORE 12DEC/AFTER 12DEC

A MO 13DEC LV WAS/R.REAGAN NATL 730P     US AIRWAYS      1255K OK
           AR NEW ORLEANS      914P     BAGS ALLOWED- 2PIECE        0STOP JET
           US CONFO *MUGMSR           SEAT   13-C  **RESERVED**
                                            ARSENAULT/RICHARD
NOT VALID FOR TRAVEL-BEFORE 13DEC/AFTER 13DEC
```

```
PASSENGER                  TICKET NUMBER             AIR AMT
ARSENAULT/RICHARD          E0371178822221            336.21

            SERVICE FEE MCO:  8901964350595

                              AIR FARE          293.96
                              TAX                42.25
                              TOTAL AIR FARE    336.21
                              SERVICE FEE        30.00
                              AMOUNT CHARGED    366.21
```

THIS AMOUNT WILL BE CHARGED TO CREDIT CARD: AX XXXX XXXXXX X1005

        THANK YOU FOR CHOOSING ALEXANDRIA/PINEVILLE TRAVEL


  (CO)DE: A-AIR  H-HOTEL  C-CAR  T-TOUR  S-SURFACE  V-OTHER TRVL SERVCS
(ST)ATUS:OK-CONFIRMED  WL-WAITLIST  RQ-REQUESTED  NS-NO SEAT  SA-STANDBY
K-5-852390-13239072-2-1-US1-59D1F4DF

Exhibit E



**Richmond Suites Hotel**
5668 Hilton Avenue
Baton Rouge, LA 70808
Phone: (225) 924-6500
Fax: (225) 924-3074
Hotel Reservations: (800) 332-2582

| | |
|---|---|
| **Page:** | 1 |
| **Date:** | 14-Dec-04 |

| | |
|---|---|
| **Arr Date** | 13-Dec-04 |
| **Dep Date** | 14-Dec-04 |

| | | | |
|---|---|---|---|
| **Guest Name** | ARSENAULT, RJ | **Room** | 128 |
| **Address** | 5510 bayou rapides | **Account Id** | 86632 |
| **City, State, Zip** | Alexandria, LA  71303 | **Plan** | 02BEST |

| Date | Description | Reference | Charges | Credits | Balance |
|---|---|---|---|---|---|
| 13-Dec-04 | Movie Rental | 38108SERVICE | *wave* — $11.99 | $0.00 | $11.99 |
| 13-Dec-04 | Misc Revenue | INTERNET CABLE | *wave* — $10.00 | $0.00 | $21.99 |
| 13-Dec-04 | Room PKG Charge | Room 128 | $84.00 | $0.00 | $105.99 |
| 13-Dec-04 | Room PKG Taxes | Room 128 | $10.62 | $0.00 | $116.61 |
| 14-Dec-04 | Misc Revenue Adj | RETURNED CABLE | *wave* — $0.00 | $10.00 | $106.61 |
| 14-Dec-04 | American Express | XXXXXXXXXXXX 1005 | $0.00 | $106.61 | $0.00 |

**Total Folio Page 1**          $0.00

## Transaction Recap

| Description | Recap Total |
|---|---|
| Room PKG Charge | $84.00 |
| Room PKG Taxes | $10.62 |
| Movie Rental | $11.99 |
| American Express | ($106.61) |

X _____

Cardholder acknowledges receipt of goods and/or services in the amount of the total shown above
and agrees to perform the obligations and terms in the cardholder agreement with the seller.

| | | | |
|---|---|---|---|
| **Merchant** | B W Richmond Suites Hotel-Baton Rouge | **Merchant Id** | 017000855993400592 |
| | 5668 Hilton Avenue | | |
| | Baton Rouge        LA      70808 | | |

| | | | |
|---|---|---|---|
| **Card Number** | XXXXXXXXXXXX1005 | **Exp** 10/31/06 | **Auth Code** | **Validation Code** |
| **Retrieval Reference #** | | **Transaction Identifier** | |

Exhibit E



## WINDSOR COURT HOTEL
### NEW ORLEANS

ARSENAULT*, MR. RICHARD J.
NEBLETT, BEARD, ARSENAULT
PO BOX 1190
ALEXANDRIA, LA  71309

**Room Number:** 514
**Daily Rate:** 230.00
**Room Type:** FSK
**No. of Guests:** 2 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---------|-----------|-------------|-----------|----------|---------|
| 12/11/04 | 12/12/04 | XXXX XXXX XXXX 1005 | 2LOC1 | 1LOC | 10600269815 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|------|----------|-------------|-----------|--------|
| 12/11/04 | 514 | PARKING | ONE CAR VALET | $28.00 |
| 12/11/04 | 514 | ROOM CHARGE | #514 ARSENAULT*, MR. RICHARD J. | $230.00 |
| 12/11/04 | 514 | ROOM SALES TAX | ROOM SALES TAX | $29.90 |
| 12/11/04 | 514 | ROOM OCCUPANCY TAX | ROOM OCCUPANCY TAX | $2.00 |
| 12/12/04 | 514 | ROOM SERVICE | 514/2551/08:08/ROOM SERVICE | $46.07 |
| 12/12/04 | 514 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($335.97) |

**CREDIT DUE:**          ($0.00)

TERMS:   DUE AND PAYABLE UPON PRESENTATION.   I AGREE THAT MY LIABILITY FOR THIS
BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE
INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL
AMOUNT OF THESE CHARGES.

300 Gravier Street, New Orleans, Louisiana 70130
Telephone 504.523.6000 • 800.262.2662  Facsimile 504.596.4513
www.windsorcourthotel.com

Exhibit E



# WASHINGTON, D.C.

2401 M STREET NW
WASHINGTON, D.C., U.S.A. 20037
T 202 429 2400  F 202 457 5010

| Arrival | Folio Number |
|---|---|
| 12DEC,04 | 011499   0413 |
| **Departure** | **Balance** |
| 13DEC,04 | .00 |

**Folio**

| Name | Nights | Status | Date | Time | ID |
|---|---|---|---|---|---|
| Mister Richard J Arsenault | 1 | Ck-Out | 13DEC,04 | 11:34a | MS |

**Address**
Amer Bar Assn
Po Box 1190

**Guaranteed By**

**Remarks**
ABA

Alexandria        LA 71309        US

| Line No. | Date | Room | Description | Reference | Amount | ID |
|---|---|---|---|---|---|---|
| 001 | 12DEC 1 /0413 | | Juniper | 1813 | 24.25+ | |
| 002 | 12DEC 1 /0413 | | Toll Free Call | 888-561-2595 | 1.00+ | |
| 003 | 12DEC 1 /0413 | | Room Service | 5940 | 24.97+ | |
| 004 | 12DEC /0413 | | Lodgenet Movie | TV Services - 1 | 13.74+ | |
| 005 | 12DEC 1 /0413 | | Room Charge | Rm 0413 | 175.00+ | PE |
| 006 | 12DEC 1 /0413 | | Room Tax | Rm 0413 | 25.38+ | PE |
| 007 | 13DEC 1 /0413 | | Guest Room HSIA | 023A-99-9999 | 14.79+ | |
| 008 | 13DEC 1 /0413 | | Room Service | 5976 | 30.25+ | |
| 009 | 13DEC 1 /0413 | | Toll Free Call | 888-561-2570 | 1.00+ | |
| 010 | 13DEC 1 /0413 | | Toll Free Call | 888-561-2570 | 1.00+ | |
| 011 | 13DEC 1 /0413 | | American Express | XXXXXXXXXXX1005 | 311.38- | MS |

Guest Signature X _____

I agree that my liability for this bill is not waived, and I agree to be held personally liable in the event that the indicated person, company, travel agent or association fails to pay for the full amount of the charges. All accounts deemed delinquent may be subject to finance charges, legal fees and all other costs. Account is payable on presentation or departure. I have requested weekday delivery of USA Today. If refused, a credit of $0.50 will be applied to my account.

For information or reservations visit us at
www.fairmont.com or call Fairmont Hotels & Resorts from:
US/Canada   1 (800) 441-1414

TIR002

**Thank you for choosing to stay with Fairmont Hotels & Resorts**

Exhibit E

```
New Orleans Int'l
      Airport

Cashier : 26   Seq . -176
License Plate : XX LLL9210
Ent : 09:22 12/12/04 Lane 6
Exit: 21:10 12/13/   ine 24

              FEE  $    30.00
       AMNT TEND  $    30.00
            CASH  $    30.00
     CREDIT CARD  $     0.00
           CHECK  $     0.00
      CHANGE CALC  $     0.00

    PAID AT C'  $    30.00  √
       Taxes Included
      *** Thank You ***
```

Exhibit E

# CLASS ACTION / MASS TORT REIMBURSEMENT REQUEST

Who is requesting reimbursement? _*NBA*_
(Firm Name)

_Steven M Rachal_
(Individual Name)

Who is being asked to pay this?  ☒ Neblett, Beard & Arsenault

☐ Litigation Group _____
(Name of Litigation Group)

Which mass tort / class action case does this involve? _Vioxx_  *104.88888*

| MAKE CHECK PAYABLE TO | EXPENSE REIMBURSEMENT | DESCRIPTION | AMOUNT | |
|---|---|---|---|---|
| Steven M Rachal | Mileage  996 | Travel to Montgomes, AC | $378.40 | Mileage |
| | Hotel | (Includes 2 meals) | $456.89  435.39 | |
| | Airfare | | | |
| | Meals | See attached Receipt | $40.26  61.76 | |
| | Parking | | | |
| | Seminar | | | |
| | Miscellaneous | | | |
| | | TOTAL | $875.55 | |

Date(s) Expense Incurred: 1-11 thru 1-14-2005    Location of Activity: Montgomery, AL

Reason for Expense: Travel to Montgomes, AL to see assist Beasley Allen firm review documents/prepare for depositions.

How is this expense to be charged?

☐ Do not charge to any client; this represents a non-reimbursable operating expense.

Note to Accounting: "Operating Overhead Deductible Expenses" cost sheet

☐ Charge to all clients involved in this litigation on a shared basis.

JAN 17 2005

Note to Accounting: "General Shared Client Reimbursable Expenses" cost sheet

127/09

☐ Only charge to Individual Client involved with expense in question. _____
(Name of Client)

Note to Accounting: "Specific Client Reimbursable Expenses" cost sheet

☒ Charge to PSC/MDL:  Note to Accounting: These are expenses we expect to receive reimbursement for from a PSC (possibly a MDL PSC if applicable). Post this charge to the "PSC/MDL" cost sheet.

Signature: _____        ___✓___ Receipt Attached

(Rev. 4/29/03)

Exhibit E

**EMBASSY SUITES**
**H O T E L S ®**

Name & Address

RACHAL, STEVEN
01 EVERGREEN CT

BALL, LA 71405
US

Room:
Arrival Date:        407/TDBN
Departure Date:      01/11/05 2:31PM
                     01/14/05

Adult / Child        1/0
Room Rate:           $129.00

RATE PLAN            LV5
HH#
AL:
Rate quoted based on arrival date and length of stay. Should you choose to depart early, rate is subject to change.     INIT _____      BONUS AL: _____      CAR: _____

Hilton HHonors®
Points & Miles

CONFIRMATION NUMBER : 88104251

01/13/05        PAGE    1

RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. "I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.50 WILL BE APPLIED TO MY ACCOUNT." IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE: ☐
A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

GUEST SIGNATURE
X

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 01/11/05 | 1157375 | GUEST ROOM | $129.00 |
| 01/11/05 | 1157375 | LODGING TAX | $16.13 |
| 01/12/05 | 1157857 | MONTGOMERY'S | $11.00 |
| 01/12/05 | 1158008 | GUEST ROOM | $129.00 |
| 01/12/05 | 1158008 | LODGING TAX | $16.13 |
| 01/13/05 | 1158293 | MONTGOMERY'S | $10.50 |
| 01/13/05 | 1159052 | GUEST ROOM | $129.00 |
| 01/13/05 | 1159052 | LODGING TAX | $16.13 |

WILL BE SETTLED TO AX ***********1005        $456.89

EXPENSE REPORT SUMMARY

|  | 01/11/05 | 1/12/05 | 1/13/05 | STAY TOTAL | |
|---|---|---|---|---|---|
| ROOM & TAX | $145.13 | $145.13 | $145.13 | $435.39 | Hotel |
| FOOD & BEVERAGE | $0.00 | $11.00 | $10.50 | $21.50 | Meals |
| DAILY TOTAL | $145.13 | $156.13 | $155.63 | $456.89 | |

81.5

296091     A

The Hilton Family

 Hilton     CONRAD     DOUBLETREE     EMBASSY SUITES HOTELS     Hampton         Hilton Garden Inn    0.00     HOMEWOOD SUITES Hilton

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit E

**2363-2**
Server: KERRY H                    Rec:144
01/11/05 20:33, Swiped   T:  2 Term:  5

OUTBACK STEAKHOUSE #1258
1040 EASTERN BLVD.
MONTGOMERY, AL 36117
(334)270-9495
MERCHANT #:

CARD TYPE     ACCOUNT NUMBER
AMERICAN EXPRES  XXXXXXXXXXXX1005
Name: SM RACHAL
00 TRANSACTION APPROVED
AUTHORIZATION #: 509660
Reference: 0111010202369
TRANS TYPE: Credit Card SALE

CHECK:             16.92

TIP:               4.08

TOTAL:             21.00 ✓


X_____


PHONE: (    )    -
***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT

Carrabba's Italian Grill
1510 Eastern Boulevard
Montgomery, AL. 36117
334-271-7500
...er: ANTONIO          DOB: 01/13/2005
....03 PM                    01/13/2005
Table 23/2                  4/40013

Amex                        1048627
Card #XXXXXXXXXXXX1005      Exp:0408
Magnetic card present: RACHAL SM
Approval: 505537

Amount:          13.18
+ Tip:            2.82
= Total:         16.00 ✓

X_____
Approval: 505537

Customer Copy.

McDonald's Corporation
Thank you for eating at McDonald's

THANK YOU
MCDONALD'S RESTAURAN TEL#   3348749122
49  KS#12          Jan.14'05(Fri)12:21

1 2 CHSBURGER MEAL          1.95
  2 PLAIN
1 ME  COKE                  1.04

SUB TOTAL                   2.99
TAKE OUT TAX                0.27
                           ------
                            3.26 ✓

CASH TENDERED              20.26
CHANGE                     17.00

Exhibit E

# CLASS ACTION / MASS TORT REIMBURSEMENT REQUEST

Who is requesting reimbursement?          Neblett, Beard & Arsenault          Vioxx Attorney Team - Rebecca Todd, Mike Breinin
                                                                              Margaret Parker, Mary Lorenz, Holly Larnarche
                                          (Firm Name)                         (Individual Name)

Who is being asked to pay this?     ☒  Neblett, Beard & Arsenault

                                    ☐  Litigation Group _____

                                                           (Name of Litigation Group)

Which mass tort / class action case does this involve?     Vioxx     104.88888

| MAKE CHECK PAYABLE TO | EXPENSE REIMBURSEMENT | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | Mileage | Team - 810 miles   . | 324.00 |
| | Hotel | Team - 3 Rooms | 1607.12 |
| | Airfare | | |
| | Meals | Team | 577.95 |
| | Parking | | |
| | Seminar | | |
| | Miscellaneous | | |
| | Gratuities | | |
| | | TOTAL | 2509.07 |

| Date(s) Expense Incurred:   Week of January 23, 2005 | Location of Activity: Montgomery, Alabama |
|---|---|

Reason for Expense:
          Travel to Montgomery, Alabama for Vioxx document review in preparation for upcoming depositions

How is this expense to be charged?

☐  Do not charge to any client; this represents a non-reimbursable operating expense.

          Note to Accounting: "Operating Overhead Deductible Expenses" cost sheet

☐  Charge to all clients involved in this litigation on a shared basis.

          Note to Accounting: "General Shared Client Reimbursable Expenses" cost sheet

☐  Only charge to Individual Client involved with expense in question. _____

          Note to Accounting: "Specific Client Reimbursable Expenses" cost sheet          (Name of Client)

☒  Charge to PSC/MDL.     Note to Accounting: These are expenses we expect to receive reimbursement for from a PSC (possibly a MDL PSC
                          if applicable). Post this charge to the "PSC/MDL" cost sheet.

Exhibit E

**EMBASSY SUITES**
HOTELS·

Name & Address

REBECCA
RAWER H

RESERVE, LA 70084

Room:
Arrival Date: 534/TDBN
Departure Date: 01/24/05
01/28/05 7:16AM

Adult / Child   2/0
Room Rate:   $ 119.00

RATE PLAN     LV5
HH# 914043375 BLUE
CG#/TJ/24786

Rate quoted based on arrival date and length of stay. If guest to depart early, rate is subject to change.   INIT _____
CAR:

Hilton HHonors·

CONFIRMATION NUMBER : 87685929

01/28/05     PAGE    1

RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. "I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.50 WILL BE APPLIED TO MY ACCOUNT." IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE ☐

GUEST SIGNATURE
X

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES · THE MOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 01/24/05 | 1163735 | MONTGOMERY'S | √ $22.00 |
| 01/24/05 | 1163797 | MONTGOMERY'S | √ $9.75 |
| 01/24/05 | 1164001 | GUEST ROOM | $119.00 √ |
| 01/24/05 | 1164001 | LODGING TAX | $14.88 √ |
| 01/25/05 | 1164272 | MONTGOMERY'S | √ $10.25 |
| 01/25/05 | 1164603 | GUEST ROOM | $119.00 √ |
| 01/25/05 | 1164603 | LODGING TAX | $14.88 √ |
| 01/26/05 | 1165260 | GUEST ROOM | $119.00 √ |
| 01/26/05 | 1165260 | LODGING TAX | $14.88 √ |
| 01/27/05 | 1165685 | MONTGOMERY'S | √ $15.73 |
| 01/27/05 | 1165844 | GUEST ROOM | $119.00 √ |
| 01/27/05 | 1165844 | LODGING TAX | $14.88 √ |
| 01/28/05 | 1165927 | VS ************2480 | ($593.25) |

** BALANCE **     $0.00

298039     A

TheHiltonFamily

      0.00  

Hilton   CONRAD   DOUBLETREE   EMBASSY SUITES   Hampton Inn   Hilton Garden Inn   HOMEWOOD SUITES

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit E

JUN-09-2005  11:35                                                                    P.11

**E**
EMBASSY SUITES
HOTELS®

Name & Address

IN, MICHAEL
PRYTANIA
#A
NEW ORLEANS, LA 70115
US

Room:
Arrival Date:  818/TDBS
Departure Date:  01/24/05
01/26/057:17AM
Adult / Child  /0
Room Rate  $119.00
V5

RATE PLAN
HH# 409290086 BLUE
CAR:

Rate quoted based on arrival date and length of stay. Should you choose to depart early, rate is
subject to change.   INIT

CONFIRMATION NUMBER : 87685929

01/31/05       PAGE       1

RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A
SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE
IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. "I HAVE
REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF
$0.50 WILL BE APPLIED TO MY ACCOUNT." IN THE EVENT OF AN EMERGENCY,
I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE
TO A PHYSICAL DISABILITY, PLEASE INDICATE YES BY CHECKING HERE ☐
A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES. THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

GUEST SIGNATURE
X

Hilton HHonors®

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 01/24/05 | 1163808 | MONTGOMERY'S | ✓$12.85 |
| 01/24/05 | 1164067 | GUEST ROOM | $119.00 ✓ |
| 01/24/05 | 1164067 | LODGING TAX | $14.88 ✓ |
| 01/25/05 | 1164377 | MONTGOMERY'S | ✓ $25.25 |
| 01/25/05 | 1164663 | GUEST ROOM | $119.00 ✓ |
| 01/25/05 | 1164663 | LODGING TAX | $14.88 ✓ |
| 01/26/05 | 1164884 | MONTGOMERY'S | ✓ $11.25 |
| 01/26/05 | 1165324 | GUEST ROOM | $119.50 ✓ |
| 01/26/05 | 1165324 | LODGING TAX | $14.94 ✓ |
| 01/27/05 | 1165880 | GUEST ROOM | $119.00 ✓ |
| /05 | 1165880 | LODGING TAX | $14.88 ✓ |
| 01/28/05 | 1185929 | VS ***********2480 | ($585.43) |

* * BALANCE * *                          $0.00

VS ***********2480                    01/24/05         297584    A

BREININ, MICHAEL                     25721

The Hilton Family

     
Hilton   CONRAD   DOUBLETREE   E   Hampton   Homewood 585.43 Garden Inn   HOMEWOOD SUITES

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit E

JUN-09-2005   11:35                                                                   P.12

**EMBASSY SUITES**
H O T E L S ·

Name & Address

NZ, MARY
PRYTANIA
NEW ORLEANS, LA 70115

Room:
Arrival Date: 320/TDBN
Departure Date: 01/24/05 5:14PM
01/28/05 7:17AM

Adult / Child       2/0
Room Rate:          $ 119.00

RATE PLAN      LV5
HH# 409290086 BLUE

Hilton HHonors
Points & Miles

Rate quoted based on arrival date and length of stay. Should you choose to depart early, rate is subject to change.      INIT _____

CONFIRMATION NUMBER : 87685929

01/28/05      PAGE   1

RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. "I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.50 WILL BE APPLIED TO MY ACCOUNT." *IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE* ☐
A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

GUEST SIGNATURE
X

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 01/24/05 | 1163798 | MONTGOMERY'S | $14.00 |
| 01/24/05 | 1163919 | GUEST ROOM | $119.00 |
| 01/24/05 | 1163919 | LODGING TAX | $14.88 |
| 01/25/05 | 1164273 | MONTGOMERY'S | $11.50 |
| 01/25/05 | 1164521 | GUEST ROOM | $119.00 |
| 01/25/05 | 1164521 | LODGING TAX | $14.88 |
| 01/26/05 | 1164899 | MONTGOMERY'S | $12.25 |
| 01/26/05 | 1165035 | MONTGOMERY'S | $21.50 |
| 01/26/05 | 1165178 | GUEST ROOM | $119.00 |
| ./05 | 1165178 | LODGING TAX | $14.88 |
| ..27/05 | 1165695 | MONTGOMERY'S | $13.09 |
| 01/27/05 | 1165794 | GUEST ROOM | $119.00 |
| 01/27/05 | 1165794 | LODGING TAX | $14.88 |
| 01/28/05 | 1165928 | VS ***********2480 | ($607.86) |

* * BALANCE * *      $0.00

298084      A


The Hilton Family

Hilton   CONRAD   DOUBLETREE   EMBASSY SUITES HOTELS·   Hampton Inn   Homewood Inn    0.00 Hilton Garden Inn    HOMEWOOD SUITES

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit E

JUN-09-2005  11:35                                                                P.13

0046
Server: TIMOTHY L                Rec: 52
01/24/05 19:37, Swiped   T: 805 Term: 3

BONEFISH GRILL #7250
7020 EASTCHASE PARKWAY
MONTGOMERY, AL 36117
(334)396-1770
MERCHANT #:

CARD TYPE       ACCOUNT NUMBER
VISA            XXXXXXXXXXXX2480
Name: DANIEL E BECNEL JR
00 TRANSACTION APPROVED
AUTHORIZATION #: 024693
Reference: 0124010000046
TRANS TYPE: Credit Card SALE

CHECK:          54.56

TIP:            10.00

TOTAL:          64.56 ✓


X_____


PHONE: (    )
***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
top copy -> customer

---

***************************************
*           Customer Copy             *
***************************************

Montgomery Brewing
12 W. JEFFERSON ST.
MONTGOMERY, ALABAMA 36104
(334) 834-BREW


Date:          01/27/05
Time:          8 PM
Server:        8, ANGELA KEATING
Order:         361244
Description    Table 73

Card Type:     Visa/MC
Card No:       ***********2480
Expires:       0807
Appr Code:     027631


Purchases:     $    39.66

Tip:           $    8.00

Total:         $   47.66 ✓
               BECNEL JR/DANIEL E

I agree to pay the above total amount
according to the card issuer agreement.

SIGN ONE COPY
KEEP ONE COPY

Exhibit E

JUN-09-2005  11:35                                                                              P.14

```
*********************************
*        Customer Copy          *
*********************************

         Montgomery Brewing
         12 W. JEFFERSON ST.
       MONTGOMERY, ALABAMA 36104
          (334) 834-BREW


  Date:              01/25/05
  Time:.             11:51 AM
  Server:            52, DAMIAN
  Order:             360514
  Description:       Table 41

  Card Type:         Visa/MC
  Card No:           ***********2180
  Expires:           0807
  Appr Code:         025523


  Purchases:         $    31.08

  Tip:               $  5.50

  Total:             $ 36.58  ✓
               becnel jr/daniel e

I agree to pay the above total amount
according to the card issuer agreement.

          SIGN ONE COPY
          KEEP ONE COPY
```

```
           Thank you!
*********************************
*        Customer Copy          *
*********************************

          Clyde & Mo's
      10765 Highway 80 East
      Montgomery,, AL  36117
         334-215-7005


  Date:              01/27/05
  Time:              8:10 PM
  Server:            32, SHERYL
  Order:             55837
  Description:       Table 8

  Card Type:         VISA/ M.C.
  Card No:           ***********2480
  Expires:           0807
  Appr Code:         027212


  Purchase:          $    27.32

  Tip:               $  5.00

  Total:             $ 32.32  ✓
             BECNEL JR/DANIEL E

I agree to pay the above total amount
according to the card issuer agreement.

       Visit us on the web at
      www.judsonenterprises.com
```

                                                                                          Exhibit E

578-1983/1-877-799-STAR
GUEST RECEIPT
ORDER #0400014 REGO4 :: ella J

Item Recap
1 2 CIN RSN

2 LOCARB BOWL

1 FRISCO HAMEGCZ

1 SM HASH ROUND

1 O JUICE
1 MED BEV BAR
1 O JUICE

| | |
|---|---|
| 1 2 CIN RSN | $ 0.99 |
| 2 LOCARB BOWL | $ 5.98 |
| 1 O JUICE | $ 1.09 |
| 1 MED BEV BAR | $ 1.49 |
| 1 OMBC | $ 3.59 |
| 1 FF     EGCZ | |
| 1 SM     ROUND | |
| 1 O JUICE | |

| | TAX | TOTAL | | CHANGE |
|---|---|---|---|---|
| $ 13. | 05 $ | 14.19 | $ 14. | $ 0.00 |

**HERE**  # 1

01/24/2005    08:25 PM

Lek's Railroad Thai
300 B Water Street
Montgomery, AL 36104
334-268-0708

| Server: Amanda | DOB: 01/27/2005 |
|---|---|
| 07:02 PM | 01/27/2005 |
| Maggie/1 | 3/30031 |

| Visa | 3145765 |
|---|---|
| Card #422733100316XXXX | Exp:1106 |
| Approval: 066626 | |

Amount:          16.39

+ Tip: _____  2.59

= Total: _____  19—

X_____

Approval: 066626

*****Attn. Guest*****
NO CHECKS PLEASE
PLEASE PAY YOUR SERVER

*****Guest's Copy*****

Exhibit E

JUN-09-2005  11:36                                                                      P.16

Herron St Chevron
215 Dickerson
Montgomery, AL

Herron Street Chevro
215 Dickerson St  Montgomery    AL
SIN# 00210321

             Cash Receipt

ADAMS TRONF              1.09T

Items:  1    Subtotal      1.09
Sales Tax                  0.11
Total                      1.20 ✓

Cash                    $100.25
.CHANGE DUE              99.05

742527e24s1203t2 01/28/05 13:09:24

        Thank You
        Call  Again

KFC/TB

STORE #L747019

           Ticket  #1022
2005-01-28                    2:17 PM
      L/47019 4 14 4022

Cashier: Kira

   MEX PIZZA BEEF              2.49
    - beef
   BEAN BURRITO               0.99
   SM PEPSI                   1.09

Tax                          0.37
CARRY OUT                   $4.94 ✓

$10 CASH                   $10.00
Change                      $5.06

  Thank  . . .

Please Com  Again Soon





Exhibit E

JUN-09-2005  11:36                                                          P.17

Carrabba's Italian Grill
1510 Eastern Boulevard
Montgomery, AL. 36117
334-271-7500

Server: KEVAN                    DOB: 01/25/2005
07:38 PM                              01/25/2005
Table 34/1                             2/20054

Visa                                2097193
Card #XXXXXXXXXXXXX2480          Exp:0807
Magnetic card present: BECNEL JR DANIEL E
Approval: 025373

Amount:            52.32

+ Tip: _9.68_

= Total: _62.00_ ✓

X _____

Approval: 025173

Customer Copy



4357 8754 3154 2480

10-04     08-07 ✓
DANIEL E BECNEL JR
34

EXPIRATION
☐ DATE
CHECKED

675201259 1
OUTBACK 1258
MONTGOMERY, AL
4010243038
601101701589358

SIGN HERE
X

The issuer of the card identified on this item is authorized to pay the amount shown as TOTAL
upon proper presentation. I promise to pay such TOTAL (together with any other charges due
thereon) subject to and in accordance with the agreement governing the use of such card.

| QTY | CLASS | DESCRIPTION | PRICE | AMOUNT |
|-----|-------|-------------|-------|--------|
| | | DINNER | | 72 93 |
| | | | | |
| | | | | |

DATE 1/26/05   AUTHORIZATION   SUB TOTAL

REFERENCE NO.                    SERVER   TAX

ID-FOLIO / CHECK NO. / LIC. NO. STATE  REG./DEPT  CLERK  TIP
                                                         MISC.  13 07

VISA   MasterCard  5052747   TOTAL  9 6 00 ✓

SALES SLIP COPY

RETAIN THIS COPY FOR YOUR RECORDS

Exhibit E

## CLASS ACTION / MASS TORT REIMBURSEMENT REQUEST

Who is requesting reimbursement?      NBA                    Steven M. Rachal
                                   (Firm Name)               (Individual Name)

Who is being asked to pay this?   ☐  Neblett, Beard & Arsenault

                                  ☐  Litigation Group
                                                        _____
                                                        (Name of Litigation Group)

Which mass tort / class action case does this involve?  Vioxx

104.88868

| MAKE CHECK PAYABLE TO | EXPENSE REIMBURSEMENT | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | Mileage | | |
| Steven M. Rachal | Hotel | See Receipt, 1-17 thru 1-20, includes some meals | -$1,062.92- 985.52 |
| [INFORMATIONAL, Charge on Firm AMEX Card] | Airfare Telephone | [Alexandria, LA to Montgomery, AL, Round trip] | [$218.90] 21.90 |
| Steven M. Rachal | Meals | See receipts and itemized list | 110.82 55.82 |
| Steven M. Rachal | Parking | See receipt | 30.00 |
| | Seminar | | |
| Steven M. Rachal | Miscellaneous | See statement | 16.00 |
| | | TOTAL(*Excludes Airfare) | $1,164.74 |

| | |
|---|---|
| Date(s) Expense Incurred:1/17 thru 1/21/2005 | Location of Activity: Montgomery, AL |
| Reason for Expense: Document review/coding/deposition prep | |

How is this expense to be charged?

☐  Do not charge to any client; this represents a non-reimbursable operating expense.

> Note to Accounting:  "Operating Overhead Deductible Expenses" cost sheet

☐  Charge to all clients involved in this litigation on a shared basis.

> Note to Accounting:  "General Shared Client Reimbursable Expenses" cost sheet

☐  Only charge to Individual Client involved with expense in question.

JAN 2 8 2005

> Note to Accounting:  "Specific Client Reimbursable Expenses" cost sheet

127177

☐  Charge to PSC/MDL.

> Note to Accounting: These are expenses we expect to receive reimbursement for from a PSC (possibly a MDL PSC if applicable). Post this charge to the "PSC/MDL" cost sheet.

Signature: _____
Date:   01-21-05

Receipt Attached
(Rev. 4/29/03)

Exhibit E

Name & Address

HEAL, STEVEN
EVER GREEN CT

BALL, LA 71405
US

**EMBASSY SUITES**
HOTELS®

Room:
Arrival Date: 424/KEXN
Departure Date: 01/17/0511:32AM
01/21/05
Adult / Child
Room Rate: 1/0
$219.00

RATE PLAN    L-P19
HH#

Rate quoted based on arrival date and length of stay. Should you choose to depart early, rate is
subject to change.     INIT _____      BONUS AL:          CAR:

**Hilton HHonors**

CONFIRMATION NUMBER : 87528548

01/20/05       PAGE     1

RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. "I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.50 WILL BE APPLIED TO MY ACCOUNT." *IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE:* ☐
A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

GUEST SIGNATURE

X

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 01/17/05 | 1160633 | MONTGOMERY'S | $11.00 |
| 01/17/05 | 1160790 | GUEST ROOM | $219.00 |
| 01/17/05 | 1160790 | LODGING TAX | $27.38 |
| 01/18/05 | 1160944 | MONTGOMERY'S | $11.00 |
| 01/18/05 | 1161003 | WAYPORT INTERNET ACCESS | $10.95 |
| 01/18/05 | 1161186 | GUEST ROOM | $219.00 |
| 01/18/05 | 1161186 | LODGING TAX | $27.38 |
| 01/19/05 | 1161442 | MONTGOMERY'S | $12.00 |
| 01/19/05 | 1161638 | GUEST ROOM | $219.00 |
| 01/19/05 | 1161638 | LODGING TAX | $27.38 |
| 01/20/05 | 1161979 | MONTGOMERY'S | $11.00 |
| 01/20/05 | 1162067 | WAYPORT INTERNET ACCESS | $10.95 |
| 01/20/05 | 1162109 | MONTGOMERY'S | $10.50 |
| 01/20/05 | 1162198 | GUEST ROOM | $219.00 |
| 01/20/05 | 1162198 | LODGING TAX | $27.38 |

WILL BE SETTLED TO AX ***********1005     $1,062.92

EXPENSE REPORT SUMMARY

| | 01/17/05 | 01/18/05 | 01/19/05 | 01/20/05 | STAY TOTAL |
|---|---|---|---|---|---|
| ROOM & TAX | $246.38 | $246.38 | $246.38 | $246.38 | $985.52 |
| TELEPHONE | $0.00 | $10.95 | $0.00 | $10.95 | $21.90 |
| FOOD & BEVERAGE | $11.00 | $11.00 | $12.00 | $21.50 | $55.50 |

297053     A

The Hilton Family

       

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit E

Name & Address

**E**
EMBASSY SUITES
H O T E L S®

:HEAL, STEVEN
:EVER GREEN CT

BALL, LA 71405
US

Room:
Arrival Date: 424/KEXN
Departure Date: 01/17/0511:32AM
01/21/05

Adult / Child
Room Rate: 1/0
$219.00

RATE PLAN      L-P19
HH#
AL:

Hilton HHonors®
Palm & Ritten

Rate quoted based on arrival date and length of stay. Should you choose to depart early, rate is
subject to change.      INIT _____

CONFIRMATION NUMBER : 87528548

BONUS AL:              CAR:

01/20/05       PAGE    2

| RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. "I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.50 WILL BE APPLIED TO MY ACCOUNT." *IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE* □ | **GUEST SIGNATURE** |
| A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX. | X |

| DATE | REFERENCE | DESCRIPTION | | | | AMOUNT |
|------|-----------|-------------|--|--|--|--------|
| DAILY TOTAL | | $257.38 | $268.33 | $258.38 | $278.83 | $1,062.92 |

297053     A

TheHilton Family

      

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit E

Prepared For
RICHARD J ARSENAULT

Account Number
XXXX-XXXXX7-11005

Page 4 of 10

## New Activity Continued

| | | | | | Amount $ |
|---|---|---|---|---|---|

**01/10/05** ALEXANDRIA/PINEVILLE ALEXANDRIA  LA                                   30.00 ✓
TRAVEL AGENCY SERVICE FEE.
Routing Details Not Available
Ticket Number: 8901955072053-4
Passenger Name: RACHAL/STEVE
Document Type: MISC CHARGE ORDER/PREPAID TICKET AUTHORITY



VIOXX  104.88888 ✓
Flight - 1/17-
SMR - Montgomery, AL - depo

188.90 ✓ AND8

**01/10/05** ALEXANDRIA/PINEVILLE ALEXANDRIA  LA
NORTHWEST AIRLINES

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| Not Available | MEMPHIS TN | NW | TP/ |
| | MONTGOMERY AL | NW | TP |
| | MEMPHIS TN | NW | TP |

Date of Departure: 01/17

Ticket Number: 0121184860193-5
Passenger Name: RACHAL/STEVE
Document Type: PASSENGER TICKET

Exhibit E

```
22.50  +
 2.80  +
 0.97  +
 6.15  +
10.00  +
13.00  +
55.42  Ttl ;6 Items (6 Pos, 0 Neg)
```

*Meals*
*1-17 → 1-21*

SUBWAY# 24173
4461 SELMA HWY UT A #7
MONTGOMERY AL 36111

MERCHANT : 00188648 0002 01
AMEX ID :
DATE     : FRI 1/21/05 12:16:22
REF NO.  : 15037
CARD NO. : XXXXXXXXXXX1005E
EXP DATE : 4/08
INVOICE #: 3241005
AUTH NO. : APPRVD # 508654

**CREDIT CARD**
**APPROVED**

SALE        $      6.15

NO RETURNS/CREDIT/EXCHANGES
AFTER 30 DAYS

X_____
            SM RACHAL

RETAIN THIS COPY FOR YOUR RECORDS
TOP COPY-MERCHANT
BOTTOM COPY-CUSTOMER

4233-2
Server: LIZA L                    Rec:135
01/18/05 20:13, Swiped   T: 55 Term: 4

OUTBACK STEAKHOUSE #1258
1040 EASTERN BLVD.
MONTGOMERY, AL 36117
(334)270-9495
MERCHANT #:

CARD TYPE       ACCOUNT NUMBER
AMERICAN EXPRES  XXXXXXXXXXXX1005
Name: SM RACHAL
00 TRANSACTION APPROVED
AUTHORIZATION #: 585747
Reference: 0118010204233
TRANS TYPE: Credit Card SALE

CHECK:              18.57

TIP:                 3.93

TOTAL:              22.50

X_____

PHONE: (    )
***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT

Exhibit E

The Paradies Shops
MEMPHIS INTERNATIONAL AIRPORT
MEMPHIS, TN

COCA COLA            22552159000
                        1.79 T
SS HERSH MILK CHOC   40572728000
                        0.79 †T

SUBTOTAL                      $2.58
TAX                           $0.07
SOFT AND SPORTS DRIN          $0.15
TOTAL                         $2.80
AMEX                          $2.80
**** ****** 41005
PURCHASE
EXPIRY: 04/08 SWIPED
AUTH# 560474
01/17/2005 09:18AM
REFERENCE #:   501715004136

ITEMS 2                   ASSOC, ASSOC
01/17/2005  08:10AM   0204 02 1151 4238

Thank You for Shopping at
The Paradies Shops
MEMPHIS INTERNATIONAL AIRPORT

CUCOS OF MONTGOMERY
1801 EAST BLVD
MONTGOMERY, AL 36117

TIME 10:06 PM      DATE 01/19/05
TERM# 00980639     MER# 000221220569992
TRAN TYPE SALE
#xxxxxxxxxxxxx1005
CARD TYPE AMEX
SEQ #   061
TICKET # 0000007935 SERVER ID 36
AUTH CODE 586074

BASE              $8.22
TIP              1.78
TOTAL            10.00

CUSTOMER COPY

ANTON AIRFOODS
BOLA PASTA
MEMPHIS, AIRPORT
CHECK:        1 1 9
TABLE:        3 4 / 1
SERVER:       6007 TERRENCE
DATE:         JAN21'05  6:11PM
CARD TYPE:    AMERICAN EXPRESS
ACCT #:       XXXXXXXXXXX1005
EXP DATE:     XX/XX
AUTH CODE:    563152
RESEARCH:     000000000000
              SM RACHAL

SUBTOTAL:              1 0 . 9 0
TIP         2.10

TOTAL       13.00

X
I AGREE TO COMPLY WITH THE
CARDHOLDER AGREEMENT.

CA ONE SERVICES INC.
MEMPHIS SHELBY INTERNATIONAL
*Jim Beam Bar *

1039 YVONNE C
-------------------------------
CHK 7 3 3 4  JAN17'05  8:03AM
-------------------------------

1 Milk Whole              0.89

  Subtotal                0.89
  Total Tax               0.08
  Total Paid......  0.97
  Cash (PRT)              1.00
  Change Owed.....        0.03

  GRATUITIES NOT INCLUDED

******************************
PROVIDING CARE AND COMFORT
TO PEOPLE AWAY FROM HOME
******************************

Exhibit E

*Parker*

ENGLAND AUTHORITY
1611 ARNOLD DRIVE
ALEXANDRIA, LA 71303
(318) 449-3504

JAN 21, 2005 09:38PM

TERM :                          1
MERCH:          000005789290

REF #: 020
ACT #:  ***********1005
CARD : AMERICAN EXPRESS
CLERK: 0208
SERV : 0208

SALE:              $    30.00

RETR REF#:  502203252482
APPROVAL CODE:      583775

I AGREE TO PAY ABOVE
TOTAL AMOUNT ACCORDING
TO CARD ISSUER AGREEMENT

X_____
            SIGNATURE

RACHAL/SM

CUSTOMER COPY

Exhibit E

**Miscellaneous Travel Expenses, for which a receipt is not normally produced:**

Attorney: Steve Rachal

Date(s): 1-17 through 1-21 2005

Case: Vioxx

Items:

| | |
|---|---|
| Skycap/Bellcap: | $6.00 |
| Hotel Airport Shuttle Driver | |
| (2 trips, $5.00 each way) | $10.00 |

Exhibit E

# PACER QUARTERLY STATEMENT

| LOGIN ID: | | |
|---|---|---|
| BILLING DATE: | | |
| BILLING CYCLE: | | |
| PAGE: | | |

## PAYMENT INSTRUCTIONS

Please do not send cash. We accept checks, money orders, Discover, Visa, Master Card, and American Express. Make checks drawn on a U.S. bank in U.S. dollars payable to: **PACER Service Center** and indicate the login id on your check. For your information, the Pacer Service Center's Federal tax identification number is 74-2747938. To make payment by credit card, change account information, or view transaction details for this statement, visit the 'Account Information' Section of the PACER Service Center web site at http://pacer.psc.uscourts.gov.

If you believe there is an error on your statement or if you have a question concerning a transaction, please write to PACER Service Center, P.O. Box 780549, San Antonio, TX 78278. All credit requests must be submitted in writing. You may fax your request to the Pacer Service Center at (210) 301-6441. In your correspondence provide us with your name, login id, and the dollar amount of the suspected error(s) together with a copy of the transactions in question. Please provide a reason for each credit being requested. When the Pacer Service Center receives your request, you will be contacted by a representative.

We must hear from you no later than 02/14/2005. If we do not hear from you and your account becomes delinquent, you are subject to having the account disabled. The address below is for payments only. All other correspondence including address changes should be directed to the PACER Service Center, P.O. Box 780549, San Antonio, TX 78278. If you have any questions regarding this statement, you may contact the PACER Service Center at (800)676-6856 or (210)301-6440.

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| Number of Dial-Up PACER Transactions: | | 0 |
| Dial-Up PACER Billing Rate: | | $ 0.60 / Minute |
| Dial-Up PACER Total Time: | | 00:00:00 |
| Dial-Up PACER Charges: | JAN 2 8 2005 | $0.00 |
| Number of PACER-Net Transactions : | | 495 |
| PACER-Net Billing Rate: | 187170 | $ 0.07 / Page |
| PACER-Net Total Web Pages: | | 1912 |
| PACER-Net Charges: | | $133.84 |
| Previous Balance: | | $0.00 |
| Current Charges: | | $133.84 |
| **Total Amount Due:** | | **$133.84** |

*Handwritten annotations:*
Vioxx - 15.75
Aitane - 1.96 (151.8888S)
Kaiser - $.28  136.8888
Shell - $.98  163.8888
Vulcan III - 3.50  170.88888
New IB - 6.86  144.88888
Basile Tr - .98  128.0000
ETD - 7.14  124.88888
NBA 74.13  BKR
Bextra - 11.76
Meridia - 5.04  138.8888
TN Ball - 2.24  154.888
PPA - 3.22  153.88888

---

*Please detach this portion and return with your payment.*
*Thank you!*

# PACER
Public Access to Court Electronic Records

| LOGIN ID | DUE DATE | AMOUNT DUE |
|---|---|---|
| NB0185 | 02/14/2005 | $133.84 |

Laramie Henry
Neblett, Beard & Arsenault
2220 Bonaventure Court

Alexandria, LA 71309-1190

Mail Payment to :

PACER Service Center
P.O. Box 277773
Atlanta, GA 30384-7773

Exhibit E

# CLASS ACTION / MASS TORT REIMBURSEMENT REQUEST

Who is requesting reimbursement?   Neblett, Beard & Arsenault
(Firm Name)

Richard J. Arsenault
(Individual Name)

Who is being asked to pay this?   ☑ Neblett, Beard & Arsenault

☐ Litigation Group _____
(Name of Litigation Group)

Which mass tort / class action case does this involve?   Vioxx   104.88888

| MAKE CHECK PAYABLE TO | EXPENSE REIMBURSEMENT | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | Mileage | | |
| American Express | Hotel | | $205.00 |
| American Express | Hotel Sales Tax | | $34.85 |
| | Airfare | | |
| | Meal | | |
| American Expres | Meals | Dinner Meetings with plaintiff counsel | $367.95 |
| Richard J. Arsenault | Cabs | airport | $53.00 |
| | Parking | | |
| | Parking | | |
| | Gratuities | | |
| | | TOTAL | $660.80 |

| Date(s) Expense Incurred: Jan. 16 & 17, 2005 | Location of Activity: Houston, Texas |
|---|---|

Reason for Expense: Organizational meeting in Houston, Texas with all plaintiff counsel who are involved in the MDL.

How is this expense to be charged?

☐ Do not charge to any client; this represents a non-reimbursable operating expense.

> Note to Accounting: "Operating Overhead Deductible Expenses" cost sheet

☐ Charge to all clients involved in this litigation on a shared basis.

> Note to Accounting: "General Shared Client Reimbursable Expenses" cost sheet

PAID
07/10/06
CK # 127235

☐ Only charge to Individual Client involved with expense in question. _____
(Name of Client)

> Note to Accounting: "Specific Client Reimbursable Expenses" cost sheet

☑ Charge to PSC/MDL

> Note to Accounting: These are expenses we expect to receive reimbursement for from a PSC (possibly a MDL PSC if applicable). Post this charge to the "PSC/MDL" cost sheet.

Signature: _____        Receipt Attached: _____

Exhibit E



# ST. REGIS
HOTEL
HOUSTON

| GUEST | Mr Richard Arsenault<br>American Bar Association/gp<br>Po Box 1190<br>Alexandria, LA 71309-1190 | ROOM<br>RATE<br>NO. PERS.<br>FOLIO<br>PAGE<br>ARRIVE<br>DEPART<br>PAYMENT | 319<br>205.00<br>1<br>354521        A<br>1<br>16-JAN-05  18:46<br>17-JAN-05  12:45<br>AX | TRAVEL AGENT CHARTO GE |
|---|---|---|---|---|

| DATE | REFERENCE | DESCRIPTION | CHARGES • CREDITS |
|---|---|---|---|
| Balance Through  15-JAN-05 | | | 0.00 |
| 16-JAN-05 | RT319 | Room Chrg Corp Volumn LRA | 205.00 |
| 16-JAN-05 | RT319 | County Tax | 8.20 |
| 16-JAN-05 | RT319 | City/Local Tax | 14.35 |
| 16-JAN-05 | RT319 | State Tax | 12.30 |
| 16-JAN-05 | 9358 | Remington | 142.35 |
| 16-JAN-05 | 9367 | Remington | 225.60 |
| 16-JAN-05 | S489 | In Room Movie | 11.90 |
| 16-JAN-05 | S490 | In Room Movie | 11.90 |
| 16-JAN-05 | S493 | In Room Movie | 14.06 |
| 17-JAN-05 | AX | American Express | 621.86- |

```
***For Authorization Purposes Only***
xxxxxxxxxxxx1005 ARSENAULT,RJ
Auth Date    Code    Authorized
16-JAN-05   509502      287.00
16-JAN-05   549235      334.00
            Total-Due          0.00-
```

Thank you for choosing Starwood Hotels. We look forward to welcoming you back soon!

X no Charge to file

s a Starwood Preferred Guest you have earned at least 1512
.tarpoints for this visit G50179900545.

| Mr Richard Arsenault | | ROOM | DEPART | AGENT |
|---|---|---|---|---|
| FOLIO  354521 | 16-JAN-05 | 319 | 17-JAN-05 | EBARNES |

1919 BRIAR OAKS LANE, HOUSTON, TEXAS 77027  (713) 840-7600  FAX (713) 840-0616

Exhibit E

AMERICAN
EXPRESS

Prepared For:
RICHARD J ARSENAULT

Account Number
XXXX-XXXXX7-11005

Closing Date
01/24/05

Page 5 of 10

01/17/05    CONTINENTAL AIRLINES HOUSTON TX    018
From:                    To:                      Carrier:     Class:      Flight Change Fee      35.00    HJB
EAGLE/VAIL CO           HOUSTON TX IAH            CO                                                         VHJB
Ticket Number: 0050288397452                     CO           VO    Vioxx. 10488888
Passenger Name : ARSENAULT/RICHARDMR             Date of Departure: 01/16
Document Type: TICKET BY MAIL

01/17/05    CDW COMPUTER CENTERSVERNON HILLS    IL

01/18/0

01/18/0

01/18/0

Exhibit E

Continental Airlines eTicket

http://www.continental.com/eticket/wreceipt.asp?copnr=VGQTF4&...



Print your boarding pass
at **continental.com**
24 hours before your flight

Issue Date: January 4, 2005

## eTicket Itinerary and Receipt

### eTicket Confirmation: VGQTF4

| Day | Date | Flight/ Class | Depart | Time | Arrive | Time | Equip | Meal |
|-----|------|-------|--------|------|--------|------|-------|------|
| Thu | 13JAN05CO* 2825 | YN | ALEXANDRIA LA | 7:00AM | HOUSTON BUSH INTL | 7:53AM | ERJ-145 | |
| | *Operated by EXPRESSJET AIRLINES INC doing business as CONTINENTAL EXPRESS* | | | | | | | |
| Thu | 13JAN05CO 1507 | YN | HOUSTON BUSH INTL | 11:40AM | EAGLE COLO. | 1:30PM | 757-200 | SNACK |
| Sun | 16JAN05CO 1286 | YN | EAGLE COLO. | 2:30PM | HOUSTON BUSH INTL | 6:06PM | 757-200 | |
| Mon | 17JAN05CO* 2268 | YN | HOUSTON BUSH INTL | 6:10PM | ALEXANDRIA LA | 7:14PM | ERJ-145 | |
| | *Operated by EXPRESSJET AIRLINES INC doing business as CONTINENTAL EXPRESS* | | | | | | | |

*Charged to ( mon 17 Jan 05   depart Houston 5:35   arrive*   *Voire or Prov ??*

**Traveler (1)**          **eTicket Number**                **Seat(s)** ➤➤
ARSENAULT / RICHARDMR   0052150414907                5C/7C/7C/6A

*$35.00*
*fee to*
*Charge*

**Fare:** $0.00   **Combined Tax:** $10.00   **Per Person Total:** $10.00   **eTicket Total:** $10.00

**Combined Tax/Fee Detail:**   Security Service Fee: $10.00

**OnePass Account Debited:**   SF591107

**Method of Payment:**   VISA XXXXXXXXXXXX1169

**OnePass Miles Debited:**   50,000

**Reward Used:**   CE0M

**Reward Rules:**   Additional charges may apply for changes in addition to any fare rules listed.
ONE PAX RWD CE0M/NONEND; VALID CO/COEX;NON-END/-TRAN/-REF/CO ONLY

➤➤   *Seats listed in flight order and subject to change*

### OnePass eTicket Reminders

➤ Bring your boarding pass or this eTicket Receipt along with photo identification to the airport

➤ The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger

➤ For up to the minute flight information call 1-800-784-4444 or try our free Flight Paging service at continental.com

➤ If flight segments are not flown in order, your reservation may be cancelled

➤ There is no need to call to reconfirm this reservation, if your travel plans change call Continental at 1-800-621-7467

➤ Your eTicket is non-transferable and valid 1 year from date of mileage withdrawal unless otherwise provided in the Conditions of Contract

➤ Reward travel is subject to the terms and conditions of the OnePass program

➤ Redeposit or change reward for US$35.00 (Gold and Silver Elite) or US$50.00 (Non-Elite) per transaction by calling 1-800-621-7467

➤ Flight boarding begins 35 to 50 minutes prior to departure, you must be at the boarding gate no later than 15 minutes prior to scheduled departure to retain your reservation

01/17/2005 8:32 AM

Exhibit E

(713) 695-6700

**LIBERTY LEASING – Houston, TX**   FARE RECEIPT

Customer Name _RICHARD ARSENAULT_   Voucher# _____

Customer Signature _____

From _____   Date _1·17·04_

To _____   Pick Up _HoTeL_   AM/PM

Liberty Cab# _____ ICD Name _____   Drop Off _AIRPORT_   AM/PM

ICD ID # _____   FARE _____

TIP _____

TOTAL _53.00_

*Service is what drives us * Thank you for allowing us to serve you*
*All Taxicabs are Operated by Independent Contractors*

Exhibit E

## CLASS ACTION / MASS TORT REIMBURSEMENT REQUEST

Who is requesting reimbursement?   Neblett, Beard & Arsenault
(Firm Name)

Richard J. Arsenault
(Individual Name)

Who is being asked to pay this?   ☒   Neblett, Beard & Arsenault

☐   Litigation Group _____
(Name of Litigation Group)

Which mass tort / class action case does this involve?   Vioxx   104.88888

| MAKE CHECK PAYABLE TO | EXPENSE REIMBURSEMENT | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | Mileage | | |
| American Express | Hotel | | $79.00 |
| American Express | Hotel Sales Tax | | $7.51 |
| Daniel E. Becnel, Jr. | Airfare one-way | Flight from New Orleans to Ft. Meyers | $189.80 |
| American Express | Airfare one-way | Return flight to Alexandria | $196.70 |
| | Meals | | |
| | Cabs | | |
| | Parking | | |
| Richard J. Arsenault | Gratuities | | 9.00 |
| | | TOTAL | $482.01 |

| Date(s) Expense Incurred: Jan.25 & 26, 2005 | Location of Activity: Ft. Myers, Florida |
|---|---|

Reason for Expense: Attended MDL hearing in Ft. Myers, Florida and attended organizational meetings and strategy session associated with hearing.

How is this expense to be charged?

☐   Do not charge to any client; this represents a non-reimbursable operating expense.

> Note to Accounting: "Operating Overhead Deductible Expenses" cost sheet

☐   Charge to all clients involved in this litigation on a shared basis.

> Note to Accounting: "General Shared Client Reimbursable Expenses" cost sheet

☐   Only charge to Individual Client involved with expense in question. _____
(Name of Client)

> Note to Accounting: "Specific Client Reimbursable Expenses" cost sheet

☒   Charge to PSC/MDL   | Note to Accounting: These are expenses we expect to receive reimbursement for from a PSC (possibly a MDL PSC if applicable). Post this charge to the "PSC/MDL" cost sheet.

Signature: _____        Receipt Attached: _____

Exhibit E

```
Date 01/27/05              RAMADA INN & SUITES AT AMTEL        Acct# P46006-03
Time 11:46                    2500 EDWARDS DRIVE               Room# 1811
Page  1                      FORT MYERS, FL 33901
                            PHONE:239-337-0300                 Rate Code
                              FAX:239-337-7528                     Group
                                                               Room Type SNK1
                                                               Room Rate    79.00


                                                      Arrive JAN 26 05 22:02
        ARSENAULT, RICHARD                            Depart JAN 27 05 11:46 JJ


        RAMADA INN & SUITES
        2500 EDWARDS DR
        FT. MYERS        FL      33901

Payment AX XXXXXXXXXXX1005               Exp: 10/06
==============================================================================
  Date  | Description        | Reference      | Room | Charges | Credits
==============================================================================
 JAN 26 | ROOM CHARGE        |                |      | 79.00   |
 JAN 26 | STATE TAX          |                |      |  4.74   |
 JAN 26 | COUNTY TAX         |                |      |  2.37   |
 JAN 26 | CCC TAX            |                |      |   .40   |
 JAN 27 | AMERICAN EXPRESS      CHECKED-OUT   |      |         |  86.51
 As a TripRewards member, you could have earned      790 points for this stay.
 To become a member visit us at triprewards.com or cal 1-800-FOR-TRIP.
==========STATE =subtotal:       4.74==========================================
          COUNTY subtotal:       2.37       Balance Due: |    .00|
                                                         ============
I agree that my liability for this bill is not waived.

     Authorized Signature:_____
```

Exhibit E

JAN-19-2005  07:47                                                    P.02/03
Reservations - Book Flight - View Itinerary                          Page 1 of 2

**AmericanAirlines**

*Could not use return leg*

`CLOSE WINDOW`
`PRINT PAGE`

Note: This is not your receipt, which is needed for identification purposes at airport check-in. You will receive an itinerary confirmation with your receipt soon.

### Reservation Details

| | | |
|---|---|---|
| **Record Locator** MSAZQB Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | **Status** Purchased | **Reservation Name** |

### Your Itinerary

| Carrier | Flight Number | Departing | | Arriving | | Cabin | Seats |
|---|---|---|---|---|---|---|---|
| | | City | Date & Time | City | Date & Time | | |
| AA AMERICAN AIRLINES | 470 | MSY New Orleans | 01/26/2005 04:36 PM | MIA Miami | 01/26/2005 07:20 PM | Economy | #17A |
| AA AMERICAN AIRLINES OPERATED BY AMERICAN EAGLE/EXECUTIVE | 5015 | MIA Miami | 01/26/2005 08:35 PM | RSW Fort Myers | 01/26/2005 09:27 PM | Economy | #10A |
| AA AMERICAN AIRLINES OPERATED BY AMERICAN EAGLE/EXECUTIVE | 5014 | RSW Fort Myers | 01/27/2005 05:58 PM | MIA Miami | 01/27/2005 06:48 PM | Economy | #9D |
| AA AMERICAN AIRLINES | 2343 | MIA Miami | 01/27/2005 08:49 PM | MSY New Orleans | 01/27/2005 09:53 PM | Economy | #25F |

### Fare Summary

#### Your Price

| Number of Passengers | Ticket Price per Person | Taxes and Fees per Person | Price |
|---|---|---|---|
| 1 Adult | 138.60 USD | 51.20 USD | 189.80 USD |
| | | **Your Total Price** | 189.80 USD |

### Summary Detail

#### Credit Card Information

| | |
|---|---|
| Card Type: Account #: Expiration Date: Description: UATP Code: | AMERICAN EXPRESS **** **** **** 2006 November 06 |

### Delivery Information

| | | |
|---|---|---|
| **Option Type:** E-Ticket | **Delivery Address:** dbecnel@rtconline.com | **Delivery Method:** E-MAIL |

Exhibit E

Continental Airlines                                                                              Page 1 of 2

## Janet Doyle

| | |
|---|---|
| **From:** | Rebecca Monk |
| **Sent:** | Thursday, January 27, 2005 7:49 AM |
| **To:** | RJA Mobile |
| **Cc:** | Janet Doyle |
| **Subject:** | FW: Check in online for your flight to Alexandria, LA (AEX) |

-----Original Message-----
**From:** Continental Airlines, Inc. [mailto:continental@coair.com]
**Sent:** Thursday, January 27, 2005 6:00 AM
**To:** Richard J. Arsenault
**Subject:** Check in online for your flight to Alexandria, LA (AEX)



Thursday, January 27, 2005

# Flight Check-in Reminder for Mr. Richard Arsenault

  Check in on continental.com and print or fax your boarding pass(es) for your flight to Alexandria, LA (AEX).

## Flight Details

### Continental Confirmation Number: VLBZSQ

| Flight | Departing | Arriving | Aircraft | Stops | Duration |
|---|---|---|---|---|---|
| CO264 | Tampa/St. Petersburg, FL (TPA) 6:50 a.m. | Houston, TX (IAH - Intercontinental) 8:07 a.m. | Boeing 737-900 | 0 | Fri., Jan. 28, 2005 2hr 17mn |

Class: Economy (V) Meal: Snack. No Special Meal Offered.

| | | | | | |
|---|---|---|---|---|---|
| CO2538 | Houston, TX (IAH - Intercontinental) 9:45 a.m. | Alexandria, LA (AEX) 10:47 a.m. | Embraer RJ145 | 0 | Fri., Jan. 28, 2005 1hr 02mn |

Class: Economy (V) Meal: None
Continental flight 2538 operated by ExpressJet Airlines, Inc. dba Continental Express.

$196.⁰⁰ ✓

> View complete reservation information on continental.com.

## Weather Forecast for Alexandria, LA

| **Thursday** January 27 | **Friday** January 28 | **Saturday** January 29 | **Sunday** January 30 | **Monday** January 31 |
|---|---|---|---|---|
|  |  |  |  |  |

01/28/2005

Exhibit E





Print your boarding p..s
at **continental.com**
24 hours before your flight

Issue Date: JANUARY 26, 2005

## eTicket Itinerary and Receipt

### eTicket Confirmation: **VLBZSQ**

| Day | Date | Flight/Class | Depart | Time | Arrive | Time | Equip | Meal |
|-----|------|-------------|--------|------|--------|------|-------|------|
| Fri | 28JAN05 | CO  264 V | TAMPA | 6:50AM | HOUSTON BUSH INTL | 8:07AM | 737-900 | Snack |
| Fri | 28JAN05 | CO*2538 V | HOUSTON BUSH INTL | 9:45AM | ALEXANDRIA LA | 10:47AM | ERJ-145 | |

*Operated by EXPRESSJET AIRLINES INC doing business as CONTINENTAL EXPRESS

---

**Traveler (1)**          **eTicket Number**  **Frequent Flyer**                    **Seat(s) ➤➤**

ARSENAULT/RICHARD         0052151296711   CO-SF591107 Silver / ST Elite          ---/ 2A

**Fare:** $171.16     **Combined Tax:** $25.54     **Per Person Total:** $196.70     **eTicket Total:** $196.70

**Combined Tax/Fee Detail:** Tax: $12.84, Flight Segment Tax: $3.20, Security Service Fee: $5.00, Passenger
Facility Charge: $4.50

**Method of Payment:** AMERICAN EXPRESS XXXXXXXXXXXXXXX RSW

**Fare Rules:** Additional charges may apply for changes in addition to any fare rules listed.
NONREF/OVALUAFTDPT/CHGFEE
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

➤➤ *Seats listed in flight order and subject to change*

---

### eTicket Reminders

➤ Bring your boarding pass or this eTicket Receipt along with photo identification to the airport
➤ The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase,
   laptop computer, etc.) per passenger
➤ For up to the minute flight information call 1-800-784-4444 or try our free Flight Paging service at
   continental.com > Travel Center > Flight & Gate Information
➤ If flight segments are not flown in order, your reservation may be cancelled
➤ There is no need to call to reconfirm this reservation, if your travel plans change call Continental
   at 1-800-525-0280
➤ Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the
   fare rules above
➤ Flight boarding begins 35 to 50 minutes prior to departure, you must be at the boarding gate no later than
   15 minutes prior to scheduled departure to retain your reservation

**Thank you for using continental.com**

### IMPORTANT CONSUMER NOTICES

- Your travel is subject to Continental's Contract of Carriage terms.  The Contract is available at any CO ticketing facility, continental.com or by calling
  1-800-525-0280.  The Contract terms include rules about limits on liability for personal injury or death and for loss, damage, or delay of goods and
  baggage, check-in times, overbooking, security issues, reservations, denial of carriage, refunds, claims limits and restrictions, including time limitations
  for filing a claim or lawsuit, and schedule changes and irregularities.
- On domestic flights, Continental's maximum liability limit for checked baggage is $2,800 USD per passenger and Continental excludes liability for all
  unchecked baggage. On international flights governed by the Warsaw Convention (including the domestic portions of the trip), maximum liability for
  checked baggage is approximately $640 USD per bag, and $400 USD per passenger for unchecked baggage. On international flights governed by the
  Montreal Convention (including domestic portions of the trip) maximum liability for baggage is 1,000 SDRs (approximately $1,460 USD) per passenger
  for checked and unchecked baggage. You can declare excess valuation on certain baggage at the airport, additional fees will apply. Continental
  excludes liability for fragile, valuable or perishable items carried in all baggage including jewelry, computers, cash, camera equipment and similar
  valuables.  If any of these items are lost, damaged or delayed, you will not be entitled to any reimbursement.
- For international flights, a treaty known as the Warsaw or the Montreal Convention may apply to the entire journey.  When applicable, it governs,
  amongst other things, the liability of the carrier for baggage and death of or injury to passengers.
- Your ticket jacket and the Contract of Carriage contain further detail of these terms.
- Personal Health - For important health tips before your flight, including information on a serious condition called Deep Vein Thrombosis, please visit
  Continental.com or call 1800WECARE2. This information is also in the Continental magazine on board your flight.

Exhibit E

Check No.     127188

| Inv No | Inv Date | Due Date | G/L No | | Amount | Description |
|--------|----------|----------|--------|--|--------|-------------|
| SG01-34773 | 01/28/2005 | 01/28/2005 | 120000 | | 189.80 | VIOXX-FLIGHT-1/27/05 |
| | | | 104.88888 | | | Vioxx-MDL/PSC |
| SG01-34773 | 01/28/2005 | 01/28/2005 | 120000 | | | N.O.-FT.MEYERS-MDL HEARING |
| | | | 104.88888 | | | Vioxx-MDL/PSC |

01/28/2005

189.80    DANIEL E. BECNEL, JR.

ONE HUNDRED EIGHTY-NINE AND 80 / 100  DOLLARS

01/28/2005          $****189.80

DANIEL E. BECNEL, JR.
ATTORNEY AT LAW
P.O. DRAWER H
RESERVE, LA 70084

Check No.     127188

| Inv No | Inv Date | Due Date | G/L No | Amount | Description |
|--------|----------|----------|--------|--------|-------------|
| SG01-34773 | 01/28/2005 | 01/28/2005 | 120000 | 189.80 | VIOXX-FLIGHT-1/27/05 |
| | | | 104.88888 | | Vioxx-MDL/PSC |
| SG01-34773 | 01/28/2005 | 01/28/2005 | 120000 | | N.O.-FT.MEYERS-MDL HEARING |
| | | | 104.88888 | | Vioxx-MDL/PSC |

01/28/2005

189.80  DANIEL E. BECNEL, JR.

Exhibit E

Check No.      127210

| Inv.No | Inv Date | Due Date | G/L No | | Amount | Description |
|--------|----------|----------|--------|--|--------|-------------|
| SG01-34892 | 02/02/2005 | 02/02/2005 | 120000 | | 9.00 | VIOXX-GRATUITIES-1/25-26 |
| | | | 104.88888 | | | Vioxx-MDL/PSC |
| SG01-34892 | 02/02/2005 | 02/02/2005 | 120000 | | | RJA-FL-MDL HEARING |
| | | | 104.88888 | | | Vioxx-MDL/PSC |

02/02/2005                                                9.00   R. J. ARSENAULT

NINE AND XX / 100  DOLLARS

02/02/2005                   $****9.00

R. J. ARSENAULT

Check No.      127210

| Inv No | Inv Date | Due Date | G/L No | | Amount | Description |
|--------|----------|----------|--------|--|--------|-------------|
| SG01-34892 | 02/02/2005 | 02/02/2005 | 120000 | | 9.00 | VIOXX-GRATUITIES-1/25-26 |
| | | | 104.88888 | | | Vioxx-MDL/PSC |
| SG01-34892 | 02/02/2005 | 02/02/2005 | 120000 | | | RJA-FL-MDL HEARING |
| | | | 104.88888 | | | Vioxx-MDL/PSC |

02/02/2005                                                9.00  R. J. ARSENAULT

Exhibit E



**Continental Airlines**   *Access*   **Continental Airlines**

ARSENAULT/RICHARD
FRI 28 JAN 2005                                    11
ss: SF591107 Silver
SQ 500 Miles
CO 2538 V   Operated by ExpressJet Airlines, Inc.

Name:      ARSENAULT/RICHARD
Date:      FRI 28 JAN 2005
OnePass:   SF591107 Silver / ST1
Mileage:   500 Miles
Flight:    CO 2538 V

**B76A**                          Seat:   **2A**      Gate:   **B76A**      Seat:   **2**

*Access*

Depart:   Houston-Bush Intl          9:  0
Arrive:   Alexandria, LA            10:  7
Board Time: 9:10 AM

eTicket 005215129

---

**Continental Airlines**   *Access*   **Continental Airlines**

ARSENAULT/RICHARD
FRI 28 JAN 2005                                   105
s: SF591107 Silver
Q 787 Miles
CO 264 R

Name:      ARSENAULT/RICHARD
Date:      FRI 28 JAN 2005
OnePass:   SF591107 Silver / ST1
Mileage:   787 Miles
Flight:    CO 264 R

**A4**                          Seat:   **4E**      Gate:   **A4**      Seat:   **4E**

*Access*

Depart:   Tampa/St. Petersburg       6:5
Arrive:   Houston-Bush Intl          8:0
Board Time: 6:15 AM

eTicket 005215129E

---

**AmericanAirlines®**                    **AmericanAirlines®**

BOARDING PASS
ARSENAULT/RICHARD
FROM:
NEW ORLEANS
TO:
MIAMI
FLIGHT          SEAT
**470      17A**
**GROUP  4**

DATE    CLASS   DEPARTS
24 JAN    O    042AP

FLIGHT          SEAT
**5015     10A**
**GROUP  4**

DATE    CLASS   DEPARTS
24 JAN    O    0075P

Exhibit E

# CLASS ACTION / MASS TORT REIMBURSEMENT REQUEST

Who is requesting reimbursement?  ___NBA___  ___Steven M. Rachal___
(Firm Name)  (Individual Name)

Who is being asked to pay this?  ☒ Neblett, Beard & Arsenault

☐ Litigation Group  _____
(Name of Litigation Group)

Which mass tort / class action case does this involve? _Vioxx_

| MAKE CHECK PAYABLE TO | EXPENSE REIMBURSEMENT | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | Mileage | | |
| Steven M. Rachal | Hotel | See Receipt, 1-31 thru 2-4, lodging only, no meals | $418.10 |
| [INFORMATIONAL, Charge on Firm AMEX Card] | Airfare | [Alexandria, LA to New York City (LaGuardia) Round trip] | [$437.90] |
| Steven M. Rachal | Meals | See receipts and itemized list | $160.17 |
| Steven M. Rachal | Parking | See receipt | $30.00 |
| Steven M. Rachal | Taxi/Car/Subway | See receipts and itemized list | $122.90 |
| Steven M. Rachal | Miscellaneous | See statement | $12.00 |
| | | TOTAL(*Excludes Airfare) | $743.97 |

Date(s) Expense Incurred:1/31 thru 2/4/2005 | Location of Activity: New York City, Manhattan, NY

Reason for Expense: Document review/coding/deposition prep

How is this expense to be charged?

☐ Do not charge to any client; this represents a non-reimbursable operating expense.

Note to Accounting: "Operating Overhead Deductible Expenses" cost sheet

☐ Charge to all clients involved in this litigation on a shared basis.

Note to Accounting: "General Shared Client Reimbursable Expenses" cost sheet

☐ Only charge to Individual Client involved with expense in question.

Note to Accounting: "Specific Client Reimbursable Expenses" cost sheet

Charge to PSC/MDL.   Note to Accounting: These are expenses we expect to receive reimbursement for from a PSC (possibly a MDL PSC if applicable). Post this charge to the "PSC/MDL" cost sheet.

Signature: _____
Date: _02-7-05_

Receipt Attached
(Rev. 4/29/03)

Exhibit E



Prepared For
RICHARD J ARSENAULT

Account Number
XXXX-XXXXX7-11005

Page 4 of 10

Amount $

**New Activity Continued**

01/28/05 · · · ALEXANDRIA/PINEVILLE ALEXANDRIA  LA
CONTINENTAL AIRLINES

| From: | To: | Carrier: | Class: |
| Not Available | HOUSTON TX IAH | CO | NA |
| | LAGUARDIA INTL A/P | CO | OA |
| | HOUSTON TX IAH | CO | OA |

Date of Departure: 01/31

Ticket Number: 00511848604564
Passenger Name: RACHAL/STEVE
Document Type: PASSENGER TICKET

407.90

Vioxx

Vioxx

104.00006
to be reimbursed

Page 3 of 10

Prepared For
RICHARD J ARSENAULT

Account Number
XXXX-XXXXX7-11005

Closing Date
02/23/05

Amount $
30.00

## New Activity Continued

| 01/28/05 | ALEXANDRIA/PINEVILLE ALEXANDRIA  LA |
| | TRAVEL AGENCY SERVICE FEE |
| | Routing Details Not Available |
| | Ticket Number: 8901965379 1095 |
| | Passenger Name: RACHAL/STEVE |
| | Document Type: MISC CHARGE ORDER/PREPAID TICKET AUTHORITY |

03335 R05AN

Continued on reverse

Exhibit E

Mr. STEVE RACHAL
1268 DORCHESTER DR
ALEXANDER, LA 713033053

|          |          |         |      |
|----------|----------|---------|------|
|          |          | Room    | 0817 |
| Arrival  | 01/31/05 | Cashier | 31   |
| Departure| 02/04/05 | Page    | 1    |

I N V O I C E   N O. 172840   La Quinta - Manhattan, 02/04/05

| Date  | Text                        | Room | Charges | Credits |
|-------|-----------------------------|------|---------|---------|
| 01/31 | Room Charge                 | 0817 | 89.99   |         |
| 01/31 | Long Distance               |      | 1.10    |         |
|       | ->#7817 : 917-574-8134      |      |         |         |
| 02/01 | Room Charge                 |      | 89.99   |         |
| 02/01 | Sales Tax                   |      | 7.76    |         |
| 02/01 | Sales Tax                   |      | 7.76    |         |
| 02/01 | City Tax                    |      | 4.50    |         |
| 02/01 | City Tax                    |      | 4.50    |         |
| 02/01 | Occupancy Tax               |      | 2.00    |         |
| 02/01 | Occupancy Tax               |      | 2.00    |         |
| 02/02 | Room Charge                 |      | 89.99   |         |
| 02/02 | Sales Tax                   |      | 7.76    |         |
| 02/02 | City Tax                    |      | 4.50    |         |
| 02/02 | Occupancy Tax               |      | 2.00    |         |
| 02/03 | Room Charge                 |      | 89.99   |         |
| 02/03 | Sales Tax                   |      | 7.76    |         |
| 02/03 | City Tax                    |      | 4.50    |         |
| 02/03 | Occupancy Tax               |      | 2.00    |         |
| 02/04 | American Express            |      |         | 418.10  |
|       | ->373959803241005    04 08  |      |         |         |
|       | Total                       |      | 418.10  | 418.10  |
|       | Balance                     |      |         | 0.00 $  |

Exhibit E

```
  8.34    +
  4.40    +
 65.00    +
  2.80    +
  4.21    +
 10.02    +
 37.00    +
 24.00    +
  4.40    +
160.17    Ttl ;9 Items (9 Pos, 0 Neg)
```

Exhibit E

Au Bon Pain
LaGuardia Airport

Office Catering Specialists 800-765-4227

STORE #723

QUESTIONS - CONCERNS?
Call us at 1 800 TALK ABP
Visit us at our web site:
http://WWW.AUBONPAIN.COM

Ticket #40

2005-02-04                          1:17 PM
        723 1 54 40

RoastBeef&Brie                  5.69
Chocolate Milk oz               1.99

FOR HERE                        7.68
Tax                              .66
Amount Due                      8.34

Credit                          8.34
Amount Due                       .00

APPLEBEE'S 42ND ST.
NEIGHBORHOOD GRILL & BAR
234 W 42ND ST
NEW YORK, NY 10036
(212)

USER: STEPHEN S AMEX
DATE: 01-31-05 TIME: 20:48 CTRL: 47991
------------------------------------
CARD NUMBER:   ***********1005
EXP DATE:      4.08
APPROVAL CODE: 540097

AMOUNT:       57.41

TIP:           7.59

TOTAL:        5.00

X _____
Cardmember agrees to pay total in
ac   ance with agreement governing
use of such card.

** GUEST COPY **

# UNDERGROUND PIZZA 2 02325

## 2A William St. (at 3 Hanover Square), NY, NY, 10004
### Tel: (212) 425-4442        Fax: (212) 785-3436

☐ Cash _____        ☐ Charge _____

COMPANY NAME _____        DATE 2/1/0

ADDRESS _____        FL _____

TEL. _____ EXT _____     NAME: _____

| QUAN | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 2 | Slice | 4  40 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | TAX | |
| AUTHORIZED SIGNATURE: | TIP | |
| | TOTAL | |

E BUSH INTERCONTINENTAL
EWS TO YOU HOUSTON
35 Cus#&HOUS  Jan 31 05
        RgH410 Dr#411 Time 07:04

Qty  Price  Ext
     1   .89   .89
CHOCOLATE  1  1.70  1.70
E 2005

                2.59
                 .21
              ======
              2.80
              2.80

************1005
0408  Auth:580493

 YOU FOR YOUR BUSINESS!

Exhibit E

Walgreens
The Pharmacy America Trusts

I'm WANDRAL, I'm here to serve you
with our "7 Service Basics"

277      10  9614  06180  033

RFN# 0816-0339-6143-0502-0320

DAN WATR16.9        1A    A
REESE MINI10              A        2.99  SALE
SUBTOTAL                           3.88
A=8.825% SALES TAX                  .33
TOTAL                              4.21

ACCT#*********1005
CREDIT CARD                       4.21
CHANGE                             .00

350 Fifth Ave, Manhattan (Midtown Sout
STORE        (212)868-5659

OPEN 24 HOURS
THANK YOU
FOR FASTER SERVICE, CALL IN YOUR
PRESCRIPTION ORDER OR PLACE IT ON
WWW.WALGREENS.COM 24 HOURS IN ADVANCE

RETAIN THIS RECEIPT FOR YOUR RECORDS

FEBRUARY  3, 2005              8:32 PM

---

F-0985
Server: BAUZA D (#581)              Rec: 5
02/02/05 12:18, Swiped      Terminal: 2

HANOVER GOURMET DELI
3 HANOVER SQUARE
(212)797-3776
MERCHANT #:

CARD TYPE     ACCOUNT NUMBER        EXP
AMERICAN EXPRES  XXXXXXXXXX1005    0408
Name: SM RACHAL
00 TRANSACTION APPROVED
AUTHORIZATION #: 502345
Reference: 220985

CHECK:            20.60

TIP:              3.40

TOTAL:           24.00

X

PHONE: (   )
***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
top copy -> customer

---

0444
Server: LAWRENCE M              Rec:150
02/03/05 20:27, Swiped   T: 218 Term: 6

HEARTLAND EMPIRE STATE
EMPIRE STATE BUILDING
NEW YORK, NY 10036
(646)366-0235
MERCHANT #:

CARD TYPE        ACCOUNT NUMBER
AMERICAN EXPRES  XXXXXXXXXX1005
Name: SM RACHAL
00 TRANSACTION APPROVED
AUTHORIZATION #: 548211
Reference: 020301000044
TRANS TYPE: Credit Card SALE

CHECK:           30.96

TIP:              6.04

TOTAL:           37.00

X

PHONE: (   )
***Duplicate Copy***

---

E SERVICES INC.
ush International
zzeria Uno B **
5078
1082 LILLIAN
FEB04/05 7:15PM
Amex
XXXXXXXXXXXXXXXX1005
XX/XX
586459
SM RACHAL

10.02

TOTAL  $

TIP  $

SIGNATURE
ONE COPY AND RETURN
THANK YOU

Exhibit E

# UNDERGROUND PIZZA 2 02349

2A William St. (at 3 Hanover Square), NY, NY, 10004

Tel: (212) 425-4442      Fax: (212) 785-3436

☐ Cash      ☐ Charge

DATE _____

COMPANY NAME _____

ADDRESS _____ FL

TEL. _____ EXT _____ NAME: _____

| QUAN | DESCRIPTION | AMOUNT |
|------|-------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | TAX |
| AUTHORIZED SIGNATURE: |  | TIP |
|  |  | TOTAL |

ENGLAND AUTHORITY
1611 ARNOLD DRIVE
ALEXANDRIA, LA 71303
(318) 448-3504

FEB 04, 2005 10:33PM

TERM :
MERCH:             0000057892S0

REF #: 028
ACT #: _*********1005,
CARD : AMERICAN EXPRESS
CLERK: 0288
SERV : 0288

SALE:          $    30.00

RETR REF#: 503604000966
APPROVAL CODE:       582607

I AGREE TO PAY ABOVE
TOTAL AMOUNT ACCORDING
TO CARD ISSUER AGREEMENT

X----------------------
       SIGNATURE
RACHAL/SM

CUSTOMER COPY

Exhibit E

```
 36.90 ] +
 12.00 ] +
 12.00 ] +
 62.00 ] +
122.90  Ttl ;4 Items (4 Pos, 0 Neg)
```

Exhibit E



```
I ♡ NEW YORK
MED # 7B34
TRIP # 1970
DATE: 01/31/2005
START TIME 12:27
END TIME 12:49
RATE No. 1
MILES 11.79
FARE $ 26.90
Tip/Other 10.00
TOTAL $ 36.90

Contact TLC Dial
3-1-1

CARDNUM:37 41005
AUTHOR.# 563882
```

```
MVM RECEIPT

MTA NYC TRANSIT
34TH STREET/SIXTH AVENUE
NEW YORK CITY NY

MVM #: 1728 (A025  0702)

Mon 31 Jan 05 12:53

Trans: Sale OK
Payment Mode: Credit
Amount:       $ 10.00
Bonus:        $ 2.00
Card Value:   $ 12.00

Credit Card #: XX1005
Auth#: 541818
Ref #: 0594046042007

Serial #:1097667541
Type: 012
PRE-VALUED

Call (212) METROCARD
Questions?
```

```
MVM RECEIPT

MTA NYC TRANSIT
34TH STREET-PENN STATION
NEW YORK CITY NY

MVM #: 0129 (R135  0701)

Thurs 03 Feb 05 08:24

Trans: Sale OK
Payment Mode: Credit
Amount:       $ 10.00
Bonus:        $ 2.00
Card Value:   $ 12.00

Credit Card #: XX1005
Auth#: 543730
Ref #: 05119628S032

Serial #:1088070845
Type: 012
PRE-VALUED

Call (212) METROCARD
Questions?
```



Exhibit E

**<u>Miscellaneous Travel Expenses, for which a receipt is not normally produced:</u>**

Attorney: <u>Steve Rachal</u>

Date(s): <u>1-31 through 2-4 2005</u>

Case: <u>Vioxx</u>

Items:

     Skycap/Bellcap:                    $12.00 √

Exhibit E

# CLASS ACTION / MASS TORT REIMBURSEMENT REQUEST

Who is requesting reimbursement? Neblett, Beard & Arsenault

Attorney Team
Rebecca Todd-Mike Breinin-Margaret Parker-Mary Lorenz-Holly Lamarche

Who is being asked to pay this?   ☒   Neblett, Beard & Arsenault

☐   Litigation Group _____

(Name of Litigation Group)

Which mass tort / class action case does this involve?   Vioxx - 104.88888

| MAKE CHECK PAYABLE TO | EXPENSE REIMBURSEMENT | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | Mileage | Team - 810 miles | 324.00 |
| | Hotel | 3 Rooms - Team | 1606.56 |
| | Airfare | | |
| | Meals | Team | 622.53 |
| | Parking | | |
| | Seminar | | |
| | Miscellaneous | | |
| | Gratuities | | |
| | | TOTAL | 2553.09 |

| Date(s) Expense Incurred: Week of January 31, 2005 | Location of Activity: Montgomery, Alabama |
|---|---|

Reason for Expense:
Travel to Montgomery, Alabama for Vioxx document review in preparation for upcoming depositions

How is this expense to be charged?

☐ Do not charge to any client; this represents a non-reimbursable operating expense.

Note to Accounting: "Operating Overhead Deductible Expenses" cost sheet

☐ Charge to all clients involved in this litigation on a shared basis.

Note to Accounting: "General Shared Client Reimbursable Expenses" cost sheet

☐ Only charge to individual Client involved with expense in question. _____

(Name of Client)

Note to Accounting: "Specific Client Reimbursable Expenses" cost sheet

☒ Charge to PSC/MDL.   Note to Accounting: These are expenses we expect to receive reimbursement for from a PSC (possibly a MDL PSC if applicable). Post this charge to the "PSC/MDL" cost sheet.

Exhibit E

EMBASSY SUITES
HOTELS

Name & Address

L   NZ, MARY
P.O. DRAWER H

RESERVE, LA 70084

Room:
Arrival Date: 520/TDBN
Departure Date: 01/31/057:23AM
02/04/05

Adult / Child
Room Rate: 2/0
$ 119.00

RATE PLAN        LV5
HH# 409290086 BLUE
ALT. CO. #TU217851

Hilton HHonors

Rate quoted based on arrival date and length of stay. Should you choose to depart early, rate is
subject to change.         INIT _____

CONFIRMATION NUMBER : 87175053

02/04/05        PAGE    1

RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A
SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE
IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE
REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF   GUEST SIGNATURE
$0.50 WILL BE APPLIED TO MY ACCOUNT.  IN THE EVENT OF AN EMERGENCY,
I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE   X
TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE □ ____
A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES. THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 01/31/05 | 1167571 | MONTGOMERY'S | $16.00 |
| 01/31/05 | 1167794 | GUEST ROOM | $119.00 |
| 01/31/05 | 1167794 | LODGING TAX | $14.88 |
| 02/01/05 | 1168031 | MONTGOMERY'S | $11.00 |
| 02/01/05 | 1168260 | MONTGOMERY'S | $19.00 |
| 02/01/05 | 1168267 | MONTGOMERY'S | $18.49 |
| 02/01/05 | 1168461 | GUEST ROOM | $119.00 |
| 02/01/05 | 1168461 | LODGING TAX | $14.88 |
| 02/02/05 | 1168953 | MONTGOMERY'S | $26.00 |
| 02/02/05 | 1169133 | GUEST ROOM | $119.00 |
| 02/02/05 | 1169133 | LODGING TAX | $14.88 |
| 02/03/05 | 1169528 | MONTGOMERY'S | $13.58 |
| 02/03/05 | 1169534 | MONTGOMERY'S | $19.00 |
| 02/03/05 | 1169663 | GUEST ROOM | $119.00 |
| 02/03/05 | 1169663 | LODGING TAX | $14.88 |
| 02/04/05 | 1169752 | AX ***********5008 | ($658.59) |

* * BALANCE * *        $0.00

297995    A

The Hilton Family

0.00

Exhibit E

E

EMBASSY SUITES
HOTELS

Name & Address

_, REBECCA
P.O. DRAWER H
RESERVE, LA 70084

Room:
Arrival Date: 534/TDBN
Departure Date: 01/31/05
02/04/05 7:20AM

Adult / Child
Room Rate: 2/0
$ 119.00

RATE PLAN      L-P19
HH# 914043375 BLUE
CAR:

Rate quoted based on arrival date and length of stay. Should you choose to depart early, rate is
subject to change.      INIT _____

(H) Hilton HHonors
Points & Miles

CONFIRMATION NUMBER : 87175053

02/04/05      PAGE   1

RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A
SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE
IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. "I HAVE
REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF
$0.50 WILL BE APPLIED TO MY ACCOUNT." IN THE EVENT OF AN EMERGENCY,
I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE
TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE. __

GUEST SIGNATURE

X

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES. THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 01/31/05 | 1167495 | MONTGOMERY'S | $45.00 |
| 01/31/05 | 1167547 | MONTGOMERY'S | $13.48 |
| 01/31/05 | 1167550 | MONTGOMERY'S | $25.34 |
| 01/31/05 | 1167808 | GUEST ROOM | $119.00 |
| 01/31/05 | 1167808 | LODGING TAX | $14.88 |
| 02/01/05 | 1168028 | MONTGOMERY'S | $11.25 |
| 02/01/05 | 1168475 | GUEST ROOM | $119.00 |
| 02/01/05 | 1168475 | LODGING TAX | $14.88 |
| 02/05 | 1169147 | GUEST ROOM | $119.00 |
| 02/05 | 1169147 | LODGING TAX | $14.88 |
| 02/03/05 | 1169417 | MONTGOMERY'S | $40.39 |
| 02/03/05 | 1169527 | MONTGOMERY'S | $15.73 |
| 02/03/05 | 1169544 | MONTGOMERY'S | $6.45 |
| 02/03/05 | 1169669 | GUEST ROOM | $119.00 |
| 02/03/05 | 1169669 | LODGING TAX | $14.88 |
| 02/04/05 | 1169751 | AX ***********5008 | ($693.16) |

* * BALANCE * *      $0.00

297994    A

The Hilton Family

0.00

Exhibit E

**EMBASSY SUITES**
H O T E L S

Name & Address
E . . NA, MIKE
P.O. DRAWER H
RESERVE, LA 70084

Room:
Arrival Date: 813/KNGS
Departure Date: 01/31/05 7:22AM
02/04/05

Adult / Child
Room Rate: 1/0
$ 126.00

RATE PLAN      LV5
HH# 409290086 BLUE
CAR:

Rate quoted based on arrival date and length of stay. Should you choose to depart early, rate is subject to change.   INIT

Hilton HHonors

CONFIRMATION NUMBER : 87175053

RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.50 WILL BE APPLIED TO MY ACCOUNT. IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE ...

02/04/05       PAGE    1

GUEST SIGNATURE

X

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 01/31/05 | 1167549 | MONTGOMERY'S | $22.30 |
| 01/31/05 | 1167882 | GUEST ROOM | $119.00 |
| 01/31/05 | 1167882 | LODGING TAX | $14.88 |
| 02/01/05 | 1168550 | GUEST ROOM | $119.00 |
| 02/01/05 | 1168550 | LODGING TAX | $14.88 |
| 02/02/05 | 1169207 | GUEST ROOM | $119.00 |
| 02/02/05 | 1169207 | LODGING TAX | $14.88 |
| 02/03/05 | 1169700 | GUEST ROOM | $119.00 |
| 03/05 | 1169700 | LODGING TAX | $14.88 |
| 04/05 | 1169753 | AX ***********5008 | ($557.82) |

* * BALANCE * *          $0.00

EXPENSE REPORT SUMMARY

| | 01/31/05 | 02/01/05 | 02/02/05 | 02/03/05 | STAY TOTAL |
|---|---|---|---|---|---|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $133.88 | $535.52 |
| FOOD & BEVERAGE | $22.30 | $0.00 | $0.00 | $0.00 | $22.30 |
| DAILY TOTAL | $156.18 | $133.88 | $133.88 | $133.88 | $557.82 |

AX ***********5008                    01/31/05          299032      A

BREINA, MIKE                          585993

The Hilton Family

-557.82

Exhibit E

SHOGUN JAPANESE STEAK
5215 CARMICHAEL ROAD
MONTGOMERY, AL 36106
(334) 271-8999
10610316!496
0001

WED, FEB 02, 2005  10:22P

*** CREDIT CARD ***

CARD NO:          372899669165000
EXP DATE:         0007
CARD TYPE:        AX - CREDIT
TR TYPE:          SALE
APP CODE:         564741
SERVER ID:        5
REC NO:           C041

SUBTOTAL:    $    80.58

TIP:         $    14.00

TOTAL:       $    94.58

SIGN_____
     TR/DE

THANK YOU!!
PLESE COME AGAIN!!
TRAIL LINE 3

578-1983/1-877-799-STAR
GUEST RECEIPT
ORDER #0500086 REG05 LAVONDA R

Item Recap
  2 LOCARB BOWL

  1 FRISCO HAMEGCZ

  1 SM HASH ROUND

  1 MED BEV BAR
  1 SML BEV BAR
  1 O JUICE

_____

  2 LOCARB BOWL           $   5.98
  1 MED BEV BAR           $   1.49
  1 SML BEV BAR           $   1.19
  1 COMBO FRS HEC         $   3.59
    1 FRISCO HAMEGCZ
    1 SM HASH ROUND
    1 O JUICE

SUB-TOTAL   TAX   TOTAL/ TENDER  CHANGE
$ 12.25 $   0.98 $ 13.23 $ 20.00 $  6.77

HERE  # 1

01/31/2005      08:22 AM

Herron Street Chevron
215 Dickerson St
Montgomery, AL
STN 00210321
02/04/05        12:11:44

AMEX
xxxxxxxxxxxx5008
Invoice#   2163810
Auth#      565556

Pump#: 10
  11.063 G @ $  1.999
Dsel/Self     $ 22.11

Total         $ 22.11

THANK YOU FOR
CHOOSING CHEVRON

Exhibit E



2701 Eastern Boulevard
Montgomery, Al 36117
(334) 213-0636
felixsfishcamp.com
Michael Cruse - General Manager
Date:        Feb03'05 08:14PM
Card Type:   Amex
Acct #:      XXXXXXXXXXX5008
Exp Date:    07-08
Auth Code:   525717
Check:       7850
Table:       63/1
Server:      302 PM Bar

Subtotal:          71.39

Gratuity :    12.00

Total :       83.39

** GUEST COPY **

SHELL FOOD MART
BOX 396A1 ROUTE 2
EVERGREEN AL 36401
334-578-3767

SHELL                    50 128 600017
I-65 & HWY 83                  S1R0613
EVERGREEN      AL 36401

| Descr. | qty | amount |
|---|---|---|
| T SOFT DRINKS | 1 | 1.19 |
| T CANDY/GUM | 1 | 1.19 |
| T GROCERY | 1 | 0.99 |
| T GROCERY | 1 | 6.09 |

Sub Total        9.46
Tax         0.76
TOTAL     10.22
$       20.27
Change  $      -10.05
THANK YOU
Please Come Again

REG# 0001 CSH# 003 DR# 01  TRAN# 14380
02/04/05  13:22:09              ST# SFM01

BURGER KING #10896
1010 LIBERTY HILL DRIVE
EVERGREEN, AL 36401

Merchant ID: 4010407997
Term ID: ED4010407997
4010407997

Sale

AMEX
XXXXXXXXXXX5008
Entry Method: Swiped
Apprvd: Online    Batch#: 000027
02/04/85              13:23:14

Inv #: 000007  Appr Code: 528743

Total:        $       15.07

Customer Copy

Exhibit E

```
*****************************          *************************************
*       Customer Copy      *          *          Customer Copy            *
*****************************          *************************************

         Gator's                           Montgomery Brewing
      5140 VAUGHN ROAD                     12 W. JEFFERSON ST.
   MONTGOMERY,, AL  361167             MONTGOMERY, ALABAMA 36104
       334-274-0330                         (334) 834-BREW

Date:        02/01/05               Date:         02/01/05
Time:        8:51 PM                Time:         11:55 AM
Server:      30. PAMELA             Server:       12. AMY
Order:       12572                  Order:        362851
Description: Table 13:1             Description:  Table 75:4

Card Type:   AMEX                   Card Type:    AMEX
Card No:     ***********5008        Card No:      ***********5008
Expires:     0708                   Expires:      0708
Appr Code:   563511                 Appr Code:    568020

Purchases:   $   50.33              Purchases:    $    31.35

Tip:         $  9.00                Tip:          $   5.00

Total:       $  59.33              Total:        $   36.35
            JR/DE                              JR/DE
```

I agree to pay the above total amount
according to the card issuer agreement.

I agree to pay the above total amount
according to the card issuer agreement.

            SIGN ONE COPY
            KEEP ONE COPY

Exhibit E

```
        SHELL FOOD MART
          BOX 396A1 ROUTE 2
          EVERGREEN AL 36401
            334-578-3767

SHELL                    50 128 600017
I-65 & HWY 83                    S1R0613
EVERGREEN    AL 36401

  Descr.          qty        amount
  ------          ---        ------
T DELI             1          0.99
T SOFT DRINKS      1          1.19
                             -------
           Sub Total          2.18
               Tax            0.17
     TOTAL                    2.35 √
                      $       2.50
            Change   $       -0.15
    THANK YOU
    Please Come Again


REG# 0001 CSH# 003 DR# 01  TRAN# 12063
01/31/05  08:24:35          ST# SFM01
```

Embassy Suites
  2/2/05

√ $5.00 tip to bell hop for ride to
office for 6 people on a rainy
day.

Exhibit E

01/28/05  FRI 15:11 FAX 3185612592        NEBLETT BEARD ARSENAULT        ☑001

```
                        ********************
                        ***   TX REPORT   ***
                        ********************


        TRANSMISSION OK

        TX/RX NO           3870
        CONNECTION TEL           6619855366445
        SUBADDRESS
        CONNECTION ID
        ST. TIME           01/28 15:09          4.00
        USAGE T            01'38
        PGS.               4
        RESULT             OK
```



**NEBLETT, BEARD, & ARSENAULT**
Attorneys At Law

A REGISTERED LIMITED LIABILITY PARTNERSHIP, INCLUDING LAW CORPORATIONS

POSTED-CAR

RICHARD J. ARSENAULT *
C. MICHAEL BOLLINGER
DAVID O. WALKER **
PAUL J. TELLARICO
WILLIAM S. NEBLETT
MICHAEL S. KOCH
WESLEY J. GRALAPP
GARY J. ARSENAULT
EDWARD L. TARPLEY, JR.
EDWARD E. ROBERTS, III
STEVEN M. RACHAL
JOHN R. WHALEY
L. LARAMIE HENRY

ROBERT B. NEBLETT (1991)
RICHARD W. BEARD (1988)

* LAW CORPORATION AND
ALSO ADMITTED IN
COLORADO, TEXAS
AND WASHINGTON, D.C.
**LAW CORPORATION AND
ALSO ADMITTED IN TEXAS

J. PHILLIP TERRELL, JR.
OF COUNSEL.

## FACSIMILE TRANSMITTAL SHEET

### January 28, 2005

**TO:**        Daniel E. Becnel, Jr.          **985-536-6445**

**FROM:**      Richard J. Arsenault

**RE:**        Vioxx                          **NO. PAGES: 4**

*104.88888*

**CONFIDENTIALITY NOTICE**

Exhibit E

## CLASS ACTION / MASS TORT REIMBURSEMENT REQUEST

Who is requesting reimbursement? Neblett, Beard & Arsenault

Attorney Team
Rebecca Todd-Mike Breinin-Margaret Parker-Mary Lorenz-Holly Lamarche

Who is being asked to pay this?   ☒   Neblett, Beard & Arsenault

☐   Litigation Group _____

(Name of Litigation Group)

Which mass tort / class action case does this involve?   Vioxx - 104.88888

| MAKE CHECK PAYABLE TO | EXPENSE REIMBURSEMENT | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | Mileage | Team - 900 miles | ✓ 360.00 |
| | Hotel | 3 Rooms - Team | 2673.12 |
| | Airfare | | |
| | Meals | Team | 1074.60 |
| | Parking | | |
| | Seminar | | |
| | Miscellaneous | | |
| | Gratuities | | |
| | | TOTAL | 4107.72 |

| Date(s) Expense Incurred: Week of February 9, 2005 | Location of Activity: Montgomery, Alabama |
|---|---|

Reason for Expense:
Travel to Montgomery, Alabama for Vioxx document review in preparation for upcoming depositions

How is this expense to be charged?

☐   Do not charge to any client; this represents a non-reimbursable operating expense.

Note to Accounting: "Operating Overhead Deductible Expenses" cost sheet

☐   Charge to all clients involved in this litigation on a shared basis.

Note to Accounting: "General Shared Client Reimbursable Expenses" cost sheet

☐   Only charge to individual Client involved with expense in question. _____

(Name of Client)

Note to Accounting: "Specific Client Reimbursable Expenses" cost sheet

☒   Charge to PSC/MDL.   Note to Accounting: These are expenses we expect to receive reimbursement for from a PSC (possibly a MDL PSC if applicable). Post this charge to the "PSC/MDL" cost sheet.

Exhibit E

Name & Address

B...INIM, MIKE
P.O. DRAWER H

RESERVE, LA 70084

**EMBASSY SUITES**
H O T E L S *

Room:
Arrival Date: 801/TDBS
Departure Date: 02/09/05 7:28AM
02/17/05 7:42AM
Adult / Child
Room Rate: 1/0
$ 99.00

Rate quoted based on arrival date and length of stay. Should you choose to depart early, rate is subject to change. INIT _____

RATE PLAN
HH# 609753408 BLUE
AL: CO #TU217851
CAR:

**Hilton HHonors**
Points & Miles

CONFIRMATION NUMBER : 85433145

02/17/05      PAGE  . 1

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE:* ☐
A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES · THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

GUEST SIGNATURE

X

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 02/09/05 | 1172429 | GUEST ROOM | $99.00 |
| 02/09/05 | 1172429 | LODGING TAX | $12.38 |
| 02/10/05 | 1172637 | MONTGOMERY'S | $10.75 |
| 02/10/05 | 1172946 | GUEST ROOM | $99.00 |
| 02/10/05 | 1172946 | LODGING TAX | $12.38 |
| 02/11/05 | 1173233 | MONTGOMERY'S | $14.00 |
| 02/11/05 | 1173520 | GUEST ROOM | $99.00 |
| 02/11/05 | 1173520 | LODGING TAX | $12.38 |
| 02/12/05 | 1173821 | MONTGOMERY'S | $32.00 |
| 02/12/05 | 1174095 | GUEST ROOM | $99.00 |
| 02/12/05 | 1174095 | LODGING TAX | $12.38 |
| 02/13/05 | 1174484 | GUEST ROOM | $99.00 |
| 02/13/05 | 1174484 | LODGING TAX | $12.38 |
| 02/14/05 | 1174894 | GUEST ROOM | $99.00 |
| 02/14/05 | 1174894 | LODGING TAX | $12.38 |
| 02/15/05 | 1175151 | MONTGOMERY'S | $30.00 |
| 02/15/05 | 1175476 | GUEST ROOM | $99.00 |
| 02/15/05 | 1175476 | LODGING TAX | $12.38 |
| 02/16/05 | 1175705 | MONTGOMERY'S | $11.00 |
| 02/16/05 | 1175813 | MONTGOMERY'S | $19.65 |

299576     A

The Hilton Family

0.00

Exhibit E

E
EMBASSY SUITES
HOTELS'

**Name & Address**

INIM, MIKE
P.O. DRAWER H
RESERVE, LA 70084

Room:
Arrival Date: 801/TDBS
Departure Date: 02/09/05 7:28AM
02/17/05 7:42AM

Adult / Child
Room Rate: 1/0
$ 99.00

Rate quoted based on arrival date and length of stay. Should your length to departure, rate is
subject to change.  INIT _____

RATE PLAN
HH# 609753408 BLUE
AL  CO  #TU217851
CAR

Hilton HHonors'

CONFIRMATION NUMBER : 85433145

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL
ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE
RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS
OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO
BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE
CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT
OF $0.75 WILL BE APPLIED TO MY ACCOUNT. IN THE EVENT OF AN EMERGENCY, I, OR
SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A
PHYSICAL DISABILITY, PLEASE INDICATE YES BY CHECKING HERE __

GUEST SIGNATURE

X

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

02/17/05     PAGE     2

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 02/16/05 | 1176138 | GUEST ROOM | $99.00 |
| 02/16/05 | 1176138 | LODGING TAX | $12.38 |
| 02/17/05 | 1176227 | AX ***********5008 | ($1,008.44) |
| | | * * BALANCE * * | $0.00 |

EXPENSE REPORT SUMMARY

| | 02/09/05 | 02/10/05 | 02/11/05 | 02/12/05 |
|------|----------|----------|----------|----------|
| ROOM & TAX | $111.38 | $111.38 | $111.38 | $111.38 |
| FOOD & BEVERAGE | $0.00 | $10.75 | $14.00 | $32.00 |
| DAILY TOTAL | $111.38 | $122.13 | $125.38 | $143.38 |

| | 02/13/05 | 02/14/05 | 02/15/05 | 02/16/05 | STAY TOTAL |
|------|----------|----------|----------|----------|------------|
| ROOM & TAX | $111.38 | $111.38 | $111.38 | $111.38 | $891.04 |
| FOOD & BEVERAGE | $0.00 | $0.00 | $30.00 | $30.65 | $117.40 |
| DAILY TOTAL | $111.38 | $111.38 | $141.38 | $142.03 | $1,008.44 |

AX ***********5008                    02/16/05          299576     A

BRENINIM, MIKE                        126681

The Hilton Family

-1,008.44

Exhibit E



EMBASSY SUITES
HOTELS®

Name & Address

T_ _ REBECCA
P.O. DRAWER H
RESERVE, LA 70084

Room:
Arrival Date: 534/TDBN
Departure Date: 02/09/05
02/17/05

Adult / Child
Room Rate: 2/0
$ 99.00

Rate quoted based on arrival date and length of stay. Should you choose to depart early, rate is subject to change.   INIT _____

RATE PLAN
HH# 914043375 BLUE
AL:  CO  #TU217851
CAR:

Hilton HHonors

CONFIRMATION NUMBER : 85433145

02/17/05       PAGE    1

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE:* ____

GUEST SIGNATURE

X

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES · THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 02/09/05 | 1172050 | MONTGOMERY'S | $35.59 ✓ |
| 02/09/05 | 1172162 | MONTGOMERY'S | $16.19 ✓ |
| 02/09/05 | 1172187 | MONTGOMERY'S | $41.19 ✓ |
| 02/09/05 | 1172374 | GUEST ROOM | $99.00 ✓ |
| 02/09/05 | 1172374 | LODGING TAX | $12.38 ✓ |
| 02/10/05 | 1172735 | MONTGOMERY'S | $16.73 ✓ |
| 02/10/05 | 1172900 | GUEST ROOM | $99.00 ✓ |
| 02/10/05 | 1172900 | LODGING TAX | $12.38 ✓ |
| 02/11/05 | 1173147 | MONTGOMERY'S | $45.00 ✓ |
| 02/11/05 | 1173461 | GUEST ROOM | $99.00 ✓ |
| 02/11/05 | 1173461 | LODGING TAX | $12.38 ✓ |
| 02/12/05 | 1174033 | GUEST ROOM | $99.00 ✓ |
| 02/12/05 | 1174033 | LODGING TAX | $12.38 ✓ |
| 02/13/05 | 1174349 | MONTGOMERY'S | $62.58 ✓ |
| 02/13/05 | 1174383 | MONTGOMERY'S | $13.58 ✓ |
| 02/13/05 | 1174467 | GUEST ROOM | $99.00 ✓ |
| 02/13/05 | 1174467 | LODGING TAX | $12.38 ✓ |
| 02/14/05 | 1174559 | MONTGOMERY'S | $42.00 ✓ |
| 02/14/05 | 1174857 | GUEST ROOM | $99.00 ✓ |
| 02/14/05 | 1174857 | LODGING TAX | $12.38 ✓ |

299575    A

The Hilton Family

0.00

Exhibit E

**E**

EMBASSY SUITES
H O T E L S·

Name & Address

), REBECCA
P.O. DRAWER H

RESERVE, LA 70084

Room:
Arrival Date: 534/TDBN
Departure Date: 02/09/05
02/17/05
Adult / Child
Room Rate: 2/0
$ 99.00

Rate quoted based on arrival date and length of stay. Should you change to depart early, rate is
subject to change.  INIT _____

RATE PLAN   L919
HH# 914043375 BLUE
AL:  CO  #TU217851
CAR

Hilton HHonors·
Priority Club

CONFIRMATION NUMBER : 85433145

02/17/05       PAGE    2

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL
ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE
RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS
OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO
BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE
CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT
OF $0.75 WILL BE APPLIED TO MY ACCOUNT. IN THE EVENT OF AN EMERGENCY, I, OR
SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A
PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE __

GUEST SIGNATURE

X

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES . THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 02/15/05 | 1175046 | MONTGOMERY'S | $27.95 |
| 02/15/05 | 1175141 | MONTGOMERY'S | $25.95 |
| 02/15/05 | 1175408 | GUEST ROOM | $99.00 |
| 02/15/05 | 1175408 | LODGING TAX | $12.38 |
| 02/16/05 | 1176074 | GUEST ROOM | $99.00 |
| 02/16/05 | 1176074 | LODGING TAX | $12.38 |
| 02/17/05 | 1176226 | AX ***********5008 | ($1,217.80) |

* * BALANCE * *       $0.00

EXPENSE REPORT SUMMARY

| | 02/09/05 | 02/10/05 | 02/11/05 | 02/12/05 |
|------|----------|----------|----------|----------|
| ROOM & TAX | $111.38 | $111.38 | $111.38 | $111.38 |
| FOOD & BEVERAGE | $92.97 | $16.73 | $45.00 | $0.00 |
| DAILY TOTAL | $204.35 | $128.11 | $156.38 | $111.38 |

299575    A

The·Hilton·family

0.00

Exhibit E

**EMBASSY SUITES**
**HOTELS**

Name & Address

L___EL, DANIEL
P__. DRAWER H

RESERVE, LA 70084

Room:
Arrival Date: 501/TDBN
Departure Date: 02/09/05 7:24AM
02/17/05 7:44AM
Adult / Child
Room Rate: 2/0
$ 99.00

Rate quoted based on arrival date and length of stay. Should rate change prior to depart day, rate is
subject to change.  INIT _____

RATE PLAN  LMO
HH# 609753408 BLUE
AL. CO #TU217851
CAR

Hilton HHonors

CONFIRMATION NUMBER : 85433145

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL
ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE
RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS
OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO
BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE
CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT
OF $0.75 WILL BE APPLIED TO MY ACCOUNT. IN THE EVENT OF AN EMERGENCY, I, OR
SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A
PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE ☐

02/17/05       PAGE    1

GUEST SIGNATURE

X

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES. THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 02/09/05 | 1172148 | MONTGOMERY'S | $9.75 |
| 02/09/05 | 1172344 | GUEST ROOM | $99.00 |
| 02/09/05 | 1172344 | LODGING TAX | $12.38 |
| 02/10/05 | 1172734 | MONTGOMERY'S | $9.75 |
| 02/10/05 | 1172739 | MONTGOMERY'S | $25.00 |
| 02/10/05 | 1172875 | GUEST ROOM | $99.00 |
| 02/10/05 | 1172875 | LODGING TAX | $12.38 |
| 02/11/05 | 1173241 | MONTGOMERY'S | $14.50 |
| __/11/05 | 1173431 | GUEST ROOM | $99.00 |
| __/11/05 | 1173431 | LODGING TAX | $12.38 |
| 02/12/05 | 1174001 | GUEST ROOM | $99.00 |
| 02/12/05 | 1174001 | LODGING TAX | $12.38 |
| 02/13/05 | 1174366 | MONTGOMERY'S | $9.75 |
| 02/13/05 | 1174367 | MONTGOMERY'S | $13.00 |
| 02/13/05 | 1174463 | GUEST ROOM | $99.00 |
| 02/13/05 | 1174463 | LODGING TAX | $12.38 |
| 02/14/05 | 1174658 | MONTGOMERY'S | $19.00 |
| 02/14/05 | 1174839 | GUEST ROOM | $99.00 |
| 02/14/05 | 1174839 | LODGING TAX | $12.38 |
| 02/15/05 | 1175376 | GUEST ROOM | $99.00 |

299572    A

The Hilton Family

0.00

Exhibit E

Name & Address

B...EL, DANIEL
P... DRAWER H
RESERVE, LA 70084

**EMBASSY SUITES**
H O T E L S'

Room: 501/TDBN
Arrival Date: 02/09/05 7:24AM
Departure Date: 02/17/05 7:44AM
Adult / Child 2/0
Room Rate: $ 99.00

Rate quoted based on arrival date and length of stay. Sh... ... to depart ..., rate is subject to change. INIT _____

RATE PLAN ...
HH# 609753408 BLUE
AL: CO #TU217851
CAR...

Hilton HHonors
Points & Miles

CONFIRMATION NUMBER : 85433145

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. IN THE EVENT OF AN EMERGENCY, I OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE: ...
A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES. THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX

GUEST SIGNATURE

X

02/17/05     PAGE   2

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 02/15/05 | 1175376 | LODGING TAX | $12.38 ✓ |
| 02/16/05 | 1175827 | MONTGOMERY'S | $17.39 ✓ |
| 02/16/05 | 1176042 | GUEST ROOM | $99.00 ✓ |
| 02/16/05 | 1176042 | LODGING TAX | $12.38 ✓ |
| 02/17/05 | 1176228 | AX **********5008 | ($1,009.18) |

** BALANCE **     $0.00

EXPENSE REPORT SUMMARY

| | 02/09/05 | 02/10/05 | 02/11/05 | 02/12/05 |
|------|------|------|------|------|
| ROOM & TAX | $111.38 | $111.38 | $111.38 | $111.38 |
| FOOD & BEVERAGE | $9.75 | $34.75 | $14.50 | $0.00 |
| DAILY TOTAL | $121.13 | $146.13 | $125.88 | $111.38 |

| | 02/13/05 | 02/14/05 | 02/15/05 | 02/16/05 | STAY TOTAL |
|------|------|------|------|------|------|
| ROOM & TAX | $111.38 | $111.38 | $111.38 | $111.38 | $891.04 |
| FOOD & BEVERAGE | $22.75 | $19.00 | $0.00 | $17.39 | $118.14 |
| DAILY TOTAL | $134.13 | $130.38 | $111.38 | $128.77 | $1,009.18 |

AX **********5008                     02/16/05          299572     A

BECNEL, DANIEL                        167426

The Hilton Family

-1,009.18

Exhibit E

**E**

**EMBASSY SUITES**

HOTELS*

| | |
|---|---|
| Name & Address | Room: |
| , REBECCA | Arrival Date: 534/TDBN |
| P.O. DRAWER H | Departure Date: 02/09/05 |
| | 02/17/05 |
| RESERVE, LA 70084 | Adult / Child |
| | Room Rate: 2/0 |
| | $ 99.00 |

Rate quoted based on arrival date and length of stay. SHOULD BLANK to departure date is
subject to change. INIT _____

HH# 914043375 BLUE
AL: CO #TU217851
CAR:

Ⓗ
Hilton HHonors*
Points&Miles

CONFIRMATION NUMBER : 85433145

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL
ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE
RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS
OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO
BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE
CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT
OF $0.75 WILL BE APPLIED TO MY ACCOUNT. IN THE EVENT OF AN EMERGENCY, I, OR
SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A
PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE:
A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

GUEST SIGNATURE

X

02/17/05     PAGE   3

| DATE | REFERENCE | DESCRIPTION | | | | AMOUNT |
|---|---|---|---|---|---|---|

| | 02/13/05 | 02/14/05 | 02/15/05 | 02/16/05 | STAY TOTAL |
|---|---|---|---|---|---|
| ROOM & TAX | $111.38 | $111.38 | $111.38 | $111.38 | $891.04 |
| FOOD & BEVERAGE | $76.16 | $42.00 | $53.90 | $0.00 | $326.76 |
| DAILY TOTAL | $187.54 | $153.38 | $165.28 | $111.38 | $1,217.80 |

*Hilton HHonors (R) stays post to your account within 72 hours of checkout.  To check your earnings
for this stay or any other stay at more than 2,700 hotels worldwide visit www.hiltonhhonors.com*

*Thank you for staying with us.  Be sure to visit embassysuites.com for information on your next
business or leisure stay, reservations or subscribe to E-nnouncements e-newsletter with news and
offers.*

AX ***********5008                    02/16/05          299575     A

TODD, REBECCA                          128769

The Hilton Family

-1,217.80

Exhibit E



**Store #075**

6109 US 43 South
Satsuma, AL 365722
(251)679-6260

**Gas Desk**

ORIGINAL

Receipt   864930
Type SALE
------------------------------------
Qty Name            Price    Total
------------------------------------
 1 20oz Dt Mug Rtbr NRB   1.29    1.29
 1 Deposit Soda Single    0.00    0.00
 1 ChezBurger             1.19    1.00
 1 ChezBurger             1.19    1.00
 1 20oz Dt Dr PepperNRB   1.29    1.29
 1 Deposit Soda Single    0.00    0.00
 1 Tornados               1.19    1.19
 1 Super                 27.04   27.04
      Pump:         6
      Gallons:     13.528
      Price / Gal:  1.999
------------------------------------
Subtotal                        32.81
Sales Tax                        0.52
------------------------------------
Total                           33.33 ✓
------------------------------------
**Received**
AMEX                            33.33

ACC 3728XXXXXXXX008  Exp 07/2008 SWIPED
   APPRVD  # 562918
   APP # 562918
   REF 0864930
------------------------------------

***** PROMO\COMBO SAVINGS:     0.38*****

Pos:1 Clerk:126 Store:750000

02/09/2005 08:26:52
------------------------------------

## TARGET
### EXPECT MORE. PAY LESS.

02/11/2005    10:06 PM
RECEIPT EXPIRES ON 05/12/05

A receipt dated within 90 days is
required for ALL returns & exchanges.
Giving a gift? Include a gift receipt

049001100      PURELL BONUS     T    2.97
049020068      KLEENEX          T    1.94
                       SUBTOTAL      4.91
T = AL TAX 10.0000% on    4.91    0.49 ✓
                       TOTAL        5.40

   *5008 AMEX CHARGE        5.40

RECEIPT ID# 2-5042-1825-0082-2304
VCD#758250457   TM#****7127

Save ALL Receipts
Give Gift Receipts & Gift Cards
Ask about Receipt Lookup
------------------------------------

** Let Us Know **

** Háganos Saber *

Tell us about your last trip
to Target and you have
a chance to win a

### NCL Alaska Cruise

VALUED OVER $6000
Locate the Target Visa Kiosk in
store and select GUEST SURVEY
OR at home, log onto:

**www.target.com/survey**

User ID:  7495 7817 5991

Password: 77F 953

(Esta encuesta también
se encuentra en español
en la página del Internet)

Guests must be 18 or older to
enter. One winner per month.
Sweepstakes runs from
2/01/05 through 4/30/05
Complete rules at Guest
Service Desk and website.

Thank You
For Eating At
PIZZA HUT

Have A Nice Day!

Ticket: 62          Register: 5
Server: Unknown
1610                02/12/2005
(334)265-6000            14:27:39

(334)269-2343      Zone: F-08
BEASLEY ALLENS LAW OFFICE
272 COMMERCE ST
FRONT ENTRANCE
MONTGOMERY AL 36104000
Business

Time due: 03:12:39PM

CSC Order ID: 46
CSC Zone: M-12  #orders: 9
Directions: REBECCA FOOD/ 2ND FL
00R/337 794-0508 CALL ON ARRIVAL
/ CSC ERROR

*** Voucher ***
Code: SI
Description: CSC EFrom Free
Amount:    0.00
**************
 1 Lrg Htt              10.40
    (A) Onions           1.59
    (B) Pepperoni        1.59
 1 Csc Adj             -14.58
 1 Delivery Charge       1.00
                      + 3.00 tip

Sub Total               0.00
Tax/Other               0.00
DELIVERY Total          0.00

        Customer Copy  $ 4.00 ✓

---

1847
Server: SUSAN C                 Rec:176
02/10/05 21:00, Swiped  T: 13 Term: 3

OUTBACK STEAKHOUSE #1258
1040 EASTERN BLVD.
MONTGOMERY, AL 36117
(334)270-9495
MERCHANT #:

CARD TYPE        ACCOUNT NUMBER
AMERICAN EXPRES: XXXXXXXXXXXX5008
Name: DE JR
00 TRANSACTION APPROVED
AUTHORIZATION #: 500242
Reference: 0210010001847
TRANS TYPE: Credit Card SALE

CHECK :              36.05

TIP :                 4.95

TOTAL :              41.00 ✓


X_____

PHONE: (    )    -
***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT.

Exhibit E

UP THE CREEK
GRILL
2070 EASTERN BLVD
MONTGOMERY, AL 36116
(334) 279-2077

USER: CALLIE G AMEX
DATE: 02-13-05 TIME: 20:30 CTRL: 20126
-----------------------------------
CARD NUMBER:     ********** 5008
EXP DATE:        **/**
APPROVAL CODE: 568193

AMOUNT:    38.00

TIP:        7.00

TOTAL:     45.00

X _____
Cardmember agrees to pay total in
accordance with agreement governing
use of such card.

** GUEST COPY **

Mellow Mushroom

7915 Vaughn Road
Montgomery, AL 36116
(334) 213-6448

Exp: RUDY H       AMEX
Date: 02-12-05  7:32  Control 31426
-----------------------------------
Card Number:    ********** 5008
Exp Date:       **/**
Approval Code: 527607

AMOUNT:    38.11

TIP:        6.89

TOTAL:     45.00

X _____
Cardmember agrees to pay total in
accordance with agreement governing
use of such card.

** GUEST COPY **

Exhibit E



## Store #O75

6109 US 43 South
Satsuma, AL  36572
(334) 679-6259

## QSR Counter

ORIGINAL

Receipt  635514
Type SALE
Destination DINING ROO

| Qty Name | Price | Total |
|----------|-------|-------|
| 1 Bun Ham Eg | 1.59 | 1.59 |
| 1 Egg Chz Crsnt | 1.49 | 1.49 |
| 1 16oz Drink | 0.99 | VOID |
| 1 OJ 16oz | 1.29 | 1.29 |
| 1 Biscuit Sausage | 1.29 | 1.29 |
| 1 Bottle Water | 1.19 | 1.19 |

| | |
|----|----|
| Subtotal | 6.85 |
| Sales Tax | 0.62 |

| | |
|----|----|
| Total | 7.47 |

## Received
AMEX                                7.47

ACC 3728XXXXXXXXO08  Exp 07/2008 SWIPED
  APPRVD # 569465
  APP # 569465
  REF 0635514

Pos:9 Clerk:276 Store:750020

02/09/2005 08:22:51

---

```
***********************************
*          Customer Copy          *
***********************************
```

Montgomery Brewing
12 W. JEFFERSON ST.
MONTGOMERY, ALABAMA 36104
(334) 834-BREW

| | |
|----|----|
| Date: | 02/16/05 |
| Time: | 11:39 AM |
| Server: | 23. Mike K. |
| Order: | 367537 |
| Description: | Table 85 |

| | |
|----|----|
| Card Type: | AMEX |
| Card No: | **********5008 |
| Expires: | 0708 |
| Appr Code: | 547825 |

Purchases:           $     28.77

Tip:                 $    5.23

Total:               $   34.00
          JR/DE

I agree to pay the above total amount
according to the card issuer agreement.

        SIGN ONE COPY
        KEEP ONE COPY

Exhibit E

Carrabba's Italian Grill
1510 Eastern Boulevard
Montgomery, AL. 36117
334-271-7500

Server: MICHAEL          DOB: 02/14/2005
07:45 PM                      02/14/2005
Table 13/1                     4/40029

                                    1048828
          XXXXXXXX5008           Exp:0708
card present: JR DE
val: 503429

          Amount:        75.26

          + Tip:      14.74

          = Total:    90.00

X
Approval: 503429


          Customer Copy


0033
Server: DAMON H              Rec: 27
02/15/05 18:32, Swiped   T: 402 Term: 3

BONEFISH GRILL #7250
7020 EASTCHASE PARKWAY
MONTGOMERY, AL 36117
(334)396-1770
MERCHANT #:

CARD TYPE        ACCOUNT NUMBER
AMERICAN EXPRES  XXXXXXXXXXXX5008
Name: DE JR
OO TRANSACTION APPROVED
AUTHORIZATION #: 546782
Reference: 0215010000033
TRANS TYPE: Credit Card SALE

CHECK:           70.06

TIP:             11.94

TOTAL:           82.00


X

PHONE: (    )      -
CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
top copy -> customer

                                    Exhibit E

```
BURGER KING  REC        3
* 99 CENT CHICKEN
VALID AT GOLDCO BK    KS

#218              IN
1 8PC TNDR           1.89
  BBQ
2 MD COKE            2.18
1 DBL WHOPCHZ        3.49
  *- MAYON
1 SMSIDE  SALAD      1.29
  RANCH
1 CAESARSHRM SALAD   4.69
  CAESAR
1 8PC TNDRVM         3.89
  BBQ
  MD COKE
------------------
  TXTL               1.39
  TOTL         18.82
  ORIGINAL           1.18

STORE #
YNDI
0135  13:15  #28 FEB 17 05  REG0002
```

```
Llámenos 1-866-425-4745
Call us 1-866-425-4745

FREE/GRATIS
WHOPPER®
SANDWICH
SEE DETAILS ON BACK.
VER DETALLES AL DORSO.
```

```
SUBWAY  I
22 DEXTER AVE
MONTGOMERY, AL 36104
334-265-1213

BATCH: 014
S-A-L-E-S  D-R-A-F-T
73285801
010356443600

REF:   0036
CD TYPE: VISA
TR TYPE: PURCHASE
DATE:   FEB 18, 05  12:57:04


TOTAL            $5.92

ACCT: 4011740001547199    EXP: 01/06
AP: 189278
NAME: MARV E LORENZ
TRAN. 015841692242288
VALID. THRU AUDIT D586E.


CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICES IN THE AMOUNT OF THE
TOTAL SHOWN HEREON AND AGREES TO PERFORM
THE OBLIGATIONS SET FORTH BY THE
CARDMEMBER'S AGREEMENT WITH THE ISSUER

THANKS FOR USING VISA

CUSTOMER COPY
```

```
**** ****** *5008    AMEX       02/17/05
DE JR              0708 INVOICE 140639
01-8616 AUTH 00-567229  REF 95000300103
00031896033              I 65 SOUTH @ HWY 8
MCINTYRE TRAVEL CENT        EVERGREEN AL
  DIESEL     12.903G  $1.939    25.02
  PREMIUM    10.926G  $2.049    22.39
  SODA                           1.09
  GROC                           0.30

          TAX   0.11 TOTAL  $48.91
CUSTOMER COPY
```

Exhibit E

MOES  SOUTHWEST  GRILL
7028 E CHASE PKWY
MONTGOMERY, AL 36117

TIME  7:30 PM    DATE 02/11/05
TERM# 00000P0S    MER# 000903218060999
TRAN TYPE SALE
#xxxxxxxxxxxx5008
CARD TYPE AMEX
SEQ #  096
TICKET # 0000029559
AUTH CODE 528637

TOTAL            $31.02

CUSTOMER  COPY


MOES  SOUTHWEST  GRILL
7028 E CHASE PKWY
MONTGOMERY, AL 36117

TIME  6:43 PM    DATE 02/16/05
TERM# 00000P0S    MER# 000903218060999
TRAN TYPE SALE
#xxxxxxxxxxxx5008
CARD TYPE AMEX
SEQ #  066
TICKET # 0000030244
AUTH CODE 567953

TOTAL            $37.63

CUSTOMER  COPY


WHOPPER®
SANDWICH
WITH FOOD PURCHASE.
BURGER KING DEDE RE CEED REWARDS
* 59 CENT CHICKEN BISCUIT RSO.
VALID AT GOLDCO BK FOR TWO WEEKS

#219              IN
1 BT WATER           1.19
-----------------------------
       TXTL        .10
       TOTL       1.29
       CASH      10.00
       CHNG       8.71
RE-PRINT  RECEIPT
  STORE #10890  251-578-4513
YNDI
0136 13:16 #28 FEB.17'05  REG0002


*************************************
WINN DIXIE #968
2252 MT MEIGO RD
MONTGOMERY AL
02/09/05         6:39 PM
TERMINAL 1040 NR0488
CARD NOT AMX XXXXXXXXXX5008
SEQ.NO. 00057646
PURCHASE FROM CREDIT
TOTAL                $57.46
*************************************
02/09/05  6:39 0019 005 0202 689

Exhibit E

02/16/05   WED 11:06 FAX 3185612592          NEBLETT BEARD ARSENAULT                    ☐001

```
                    ******************************
                    ***   MULTI TX/RX REPORT   ***
                    ******************************
TX/RX NO          3908
INCOMPLETE TX/RX                                        46.00
TRANSACTION OK     (1)   6615045289973
                   (2)   6619855366445

ERROR
```

RICHARD J. ARSENAULT *
C. MICHAEL BOLLINGER
DAVID O. WALKER **
PAUL J. TELLARICO
WILLIAM S. NEBLETT ***
MICHAEL S. KOCH
WESLEY J. GRALAPP
GARY J. ARSENAULT
EDWARD E. ROBERTS, III
STEVEN M. RACHAL
JOHN R. WHALEY
L. LARAMIE HENRY

# NEBLETT, BEARD & ARSENAULT
### Attorneys At Law
A REGISTERED LIMITED LIABILITY PARTNERSHIP, INCLUDING LAW CORPORATIONS

ROBERT B. NEBLETT (1991)
RICHARD W. BEARD (1988)

* LAW CORPORATION
ALSO ADMITTED IN
COLORADO, TEXAS
AND WASHINGTON, D.C.
** LAW CORPORATION
ALSO ADMITTED IN TEXAS
*** ALSO ADMITTED IN TEXAS

J. PHILLIP TERRELL, JR.
OF COUNSEL

## FACSIMILE TRANSMITTAL SHEET

### February 16, 2005

**504-528-9973**          **Mr. Gerald E. Meunier**
**985-536-6445**          **Mr. Daniel E. Becnel, Jr.**

**FROM:**                 **RICHARD J. ARSENAULT**

**NUMBER OF PAGES:**      23
 (includes transmittal)

**RE:**                   **Vioxx (104.88888)**   46 pages



### CONFIDENTIALITY NOTICE

THE ENCLOSED MATERIAL IS INTENDED ONLY FOR THE RECIPIENT NAMED ABOVE AND, UNLESS OTHERWISE EXPRESSLY INDICATED, IS CONFIDENTIAL AND PRIVILEGED INFORMATION. ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THE ENCLOSED MATERIAL, OTHER THAN AS INTENDED, IS PROHIBITED. IF YOU HAVE RECEIVED THIS MATERIAL IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AT OUR EXPENSE, AND DESTROY THE ENCLOSED MATERIAL. YOUR COOPERATION IS APPRECIATED.

Please call (318) 487-9874 and ask for Rebecca if there are any difficulties with transmittal.

Exhibit E

02/16/05   WED 09:45 FAX 3185612592          NEBLETT BEARD ARSENAULT                    ☑001

```
          ******************************
   ***      MULTI TX/RX REPORT    ***
          ******************************

TX/RX NO               3907
INCOMPLETE TX/RX                                              6.00
TRANSACTION OK         (1)   6615045289973
                       (2)   6619855366445

ERROR
```



RICHARD J. ARSENAULT *                                          ROBERT B. NEBLETT (1991)
C. MICHAEL BOLLINGER                                            RICHARD W. BEARD (1988)
DAVID O. WALKER **
PAUL J. TELLARICO
WILLIAM S. NEBLETT****             A REGISTERED LIMITED LIABILITY PARTNERSHIP, INCLUDING LAW CORPORATIONS        * LAW CORPORATION
MICHAEL S. KOCH                                                    ALSO ADMITTED IN
WESLEY J. GRALAPP                                                  COLORADO, TEXAS
GARY J. ARSENAULT                                                 AND WASHINGTON, D.C.
EDWARD E. ROBERTS, III                                           ** LAW CORPORATION
STEVEN M. RACHAL                                                    ALSO ADMITTED IN TEXAS
JOHN R. WHALEY                                                    *** ALSO ADMITTED IN TEXAS
L. LARAMIE HENRY

                                                               J. PHILLIP TERRELL, JR.
                                                                  OF COUNSEL

## FACSIMILE TRANSMITTAL SHEET

### February 16, 2005

**504-528-9973**            **Mr. Gerald E. Meunier**
**985-536-6445**            **Mr. Daniel E. Becnel, Jr.**

                                                               POSTED-CAR

**FROM:**                   **RICHARD J. ARSENAULT**

**NUMBER OF PAGES:**        **3**
(includes transmittal)

**RE:**                     **Vioxx MDL (104.88888)**    6 pages

#### CONFIDENTIALITY NOTICE

THE ENCLOSED MATERIAL IS INTENDED ONLY FOR THE RECIPIENT NAMED ABOVE AND, UNLESS OTHERWISE EXPRESSLY INDICATED, IS CONFIDENTIAL AND PRIVILEGED INFORMATION. ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THE ENCLOSED MATERIAL, OTHER THAN AS INTENDED, IS PROHIBITED. IF YOU HAVE RECEIVED THIS MATERIAL IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AT OUR EXPENSE, AND DESTROY THE ENCLOSED MATERIAL. YOUR COOPERATION IS APPRECIATED.

Please call (318) 487-9874 and ask for Rebecca if there are any difficulties with transmittal.

Exhibit E

**FedEx**

**Invoice Number:** 5-361-72087
**Invoice Date:** Feb 10, 2005
**Account Number:** 1067-7798-5
**Page:** 4 of 11

## FedEx Express Shipment Detail By Payor Type (Original)

**Picked up: Jan 11, 2005**   **Payor: Shipper**   **Reference: VIOXX10488886**

- Fuel Surcharge – FedEx has applied a fuel surcharge of 9.00% to this shipment.
- Distance Based Pricing, Zone 3

| | |
|---|---|
| INET | |
| Tracking ID | 790393237077 |
| Service Type | FedEx Priority Overnight |
| Package Type | FedEx Envelope |
| Zone | 3 |
| Packages | 1 |
| Weight | N/A |
| Delivered | Jan 12, 2005  10:27 |
| Svc Area | A1 |
| Signed By | B.JOHNSON |
| FedEx Use | 004112267/0019254/_ |

Sender
Richard Arsenault
2220 Bonaventure Court
ALEXANDRIA LA 71301 US



FEB 2 1 2005

Recipient
Shelly Sanford
Goforth Lewis LLP
1111 Bagby
HOUSTON TX 77002 US

| | |
|---|---|
| Transportation Charge | 6.18 |
| Fuel Surcharge | 0.56 |
| **Total Charge** | **USD $** **6.74** |



Exhibit E

# CLASS ACTION / MASS TORT REIMBURSEMENT REQUEST

Who is requesting reimbursement?   Neblett, Beard & Arsenault
(Firm Name)

Richard J. Arsenault
(Individual Name)

Who is being asked to pay this?   ☑ Neblett, Beard & Arsenault

☐ Litigation Group _____
(Name of Litigation Group)

Which mass tort / class action case does this involve?   Vioxx  104.88888

| MAKE CHECK PAYABLE TO | EXPENSE REIMBURSEMENT | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | Mileage | | |
| American Express | Hotel | | √ $520.00 |
| American Express | Hotel Tax & Fees | | $75.44 |
| | Airfare | | |
| | Meals | | |
| | Cabs | | |
| | Parking | | |
| Richard J. Arsenault | Gratuities | | $5.00 |
| | | TOTAL | $600.44 |

Date(s) Expense Incurred: Feb. 1, 2005 | Location of Activity: LaQuinta, California

Reason for Expense: Attended ATLA Vioxx Litigation Group Meeting in LaQuinta, California

How is this expense to be charged?

☐ Do not charge to any client; this represents a non-reimbursable operating expense.

Note to Accounting: "Operating Overhead Deductible Expenses" cost sheet

☐ Charge to all clients involved in this litigation on a shared basis.

Note to Accounting: "General Shared Client Reimbursable Expenses" cost sheet

☐ Only charge to Individual Client involved with expense in question. _____
(Name of Client)

Note to Accounting: "Specific Client Reimbursable Expenses" cost sheet

☑ Charge to PSC/MDL | Note to Accounting: These are expenses we expect to receive reimbursement for from a PSC (possibly a MDL PSC if applicable). Post this charge to the "PSC/MDL" cost sheet.

Signature: _____    Receipt Attached: _____

Exhibit E

FEB-09-2005 WED 11:01 AM KSL LA QUINTA RESORT ACT    FAX NO. 760 564 5734          P. 02/03



## La Quinta
### RESORT & CLUB

P.O. Box 69 ~ 49-499 Eisenhower Drive
La Quinta, CA 92253 ~ Phone: 760 564-4111
Toll Free: 800 598-3828
www.laquintaresort.com

*Vicky*

Richard Arsenault

US

| | |
|---|---|
| Room | : 0654 |
| Arrival | : 01-30-05 |
| Departure | : 02-02-05 |

### INFORMATION FOLIO

| | | | | |
|---|---|---|---|---|
| Allotment Code | : Z-TRIAL05 | AR Invoice | : |
| Company Name | : | Folio No. | : 36078 |
| | | Account Number | : |

Conf. No. : 55499        Cashier No. : 66        User ID : OMONSIVAIZ        Page No. : 1 of 2          02-09-05

| Date | Description | Charge | Credit |
|---|---|---|---|
| 01-30-05 | In-Room Movie | 10.76 | |
| | #0654 : VIDEO TV Services | | |
| 01-30-05 | Group Room rate | √ 260.00 | |
| 01-30-05 | Occupancy Tax 11.045% | √ 28.72 | |
| 01-30-05 | Resort Fee | √ 9.00 | |
| 01-31-05 | Phone-Long Distance | 16.98 | |
| | 05:34 #854 : 3184731015 [00:05:00] | | |
| 01-31-05 | La Quinta Tennis Pro Shop | 167.02 | |
| | #854 : CHECK #053775 | | |
| 01-31-05 | Room Service Breakfast | 27.81 | |
| | #654 : CHECK #400566 | | |
| 01-31-05 | Group Room rate | √ 260.00 | |
| 01-31-05 | Occupancy Tax 11.045% | √ 28.72 | |
| 01-31-05 | Resort Fee | √ 9.00 | |
| 02-01-05 | Room Service Breakfast | 27.81 | |
| | #854 : CHECK #401554 | | |
| 02-01-05 | Refreshment Center | 10.51 | |
| | #854 : CHECK #402195 | | |
| 02-01-05 | Spa Services | 160.00 | |
| | #854 : CHECK #0848 | | |
| 02-01-05 | Adobe Grill Dinner | 80.64 | |
| | #654 : CHECK #402373 | | |
| 02-01-05 | Group Room rate | 260.00 | |
| 02-01-05 | Occupancy Tax 11.045% | 28.72 | |
| 02-01-05 | Resort Fee | 9.00 | |
| 02-02-05 | American Express | | 1,394.69 |

... ~ree that my liability for this bill is not waived and agree to be held responsible in the event that the indicated person, company or association fails to pay for ... of the full amount of these charges. I also agree that all charges contained in this account are correct and any disputes or requests for copies of charges ...ust be made within five days of my departure.

SIGNATURE _____

Exhibit E

# CLASS ACTION / MASS TORT REIMBURSEMENT REQUEST

Who is requesting reimbursement? Neblett, Beard & Arsenault

Attorney Team
Rebecca Todd-Mike Breinin-Margaret Parker-Mary Lorenz-Holly Lamarche

Who is being asked to pay this?   ☒   Neblett, Beard & Arsenault

                            ☐   Litigation Group _____

                                             (Name of Litigation Group)

Which mass tort / class action case does this involve?   Vioxx - 104.88888

| MAKE CHECK PAYABLE TO | EXPENSE REIMBURSEMENT | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | Mileage | Team - 800 miles | √ 320.00 |
| | Hotel | 3 Rooms - Team | ✓ 1606.56 |
| | Airfare | | |
| | Meals | Team | 469.63 √ |
| | Parking | | |
| | Seminar | | |
| | Miscellaneous | | |
| | Gratuities | | |
| | | TOTAL | 2396.19 |

| Date(s) Expense Incurred: Week of February 21, 2005 | Location of Activity: Montgomery, Alabama |
|---|---|

Reason for Expense:
        Travel to Montgomery, Alabama for Vioxx document review in preparation for upcoming depositions

How is this expense to be charged?

☐   Do not charge to any client; this represents a non-reimbursable operating expense.

        | Note to Accounting:  "Operating Overhead Deductible Expenses" cost sheet |
        |---|

☐   Charge to all clients involved in this litigation on a shared basis.

        | Note to Accounting:  "General Shared Client Reimbursable Expenses" cost sheet |
        |---|

☐   Only charge to Individual Client involved with expense in question. _____

                                                          (Name of Client)

    | Note to Accounting: "Specific Client Reimbursable Expenses" cost sheet |
    |---|

☒   Charge to PSC/MDL.   | Note to Accounting: These are expenses we expect to receive reimbursement for from a PSC (possibly a MDL PSC if applicable). Post this charge to the "PSC/MDL" cost sheet. |
                              |---|

Exhibit E



**EMBASSY SUITES**
H O T E L S®

Name & Address

NZ, MARY
P.O. DRAWER H

RESERVE, LA 70084

Room:
Arrival Date: 507/TDBN
Departure Date: 02/21/05 9:58AM
02/25/05 7:29AM

Adult / Child
Room Rate: 1/0
$ 119.00

Hilton HHonors®

Rate quoted based on arrival date and length of stay. Should you depart prior to this rate is
subject to change. INIT _____

RATE PLAN   L-P19
HH# 609763408 BLUE
AL: CO #TU217851
CAR:

CONFIRMATION NUMBER : 80148209

02/25/05     PAGE   1

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE* □
A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

GUEST SIGNATURE

X

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 02/21/05 | 1178396 | MONTGOMERY'S | $17.00 ✓ |
| 02/21/05 | 1178397 | MONTGOMERY'S | $18.49 ✓ |
| 02/21/05 | 1178542 | GUEST ROOM | $119.00 ✓ |
| 02/21/05 | 1178542 | LODGING TAX | $14.88 ✓ |
| 02/22/05 | 1178880 | MONTGOMERY'S | $17.50 ✓ |
| 02/22/05 | 1179095 | GUEST ROOM | $119.00 ✓ |
| 02/22/05 | 1179095 | LODGING TAX | $14.88 ✓ |
| 02/23/05 | 1179607 | MONTGOMERY'S | $18.00 ✓ |
| 02/23/05 | 1179612 | MONTGOMERY'S | $9.75 ✓ |
| 02/23/05 | 1179792 | GUEST ROOM | $119.00 ✓ |
| 02/23/05 | 1179792 | LODGING TAX | $14.88 ✓ |
| 02/24/05 | 1180271 | MONTGOMERY'S | $20.50 ✓ |
| 02/24/05 | 1180426 | GUEST ROOM | $119.00 ✓ |
| 02/24/05 | 1180426 | LODGING TAX | $14.88 ✓ |
| 02/25/05 | 1180645 | AX **********5008 | ($636.76) |

** BALANCE ** $0.00

E M B A S S Y  S U I T E S

H O T E L S

301820   A

The Hilton Family

 Hilton    CONRAD    DOUBLETREE    EMBASSY SUITES HOTELS    Hampton Inn    Hampton Inn Suites   Hilton Garden Inn    HOMEWOOD SUITES Hilton

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit E

**E**

**EMBASSY SUITES**

**H O T E L S®**

Name & Address

ENZ, MARY
P.O. DRAWER H

RESERVE, LA 70084

Room:
Arrival Date: 507/TDBN
Departure Date: 02/21/05 9:58AM
02/25/05 7:29AM

Adult / Child
Room Rate: 1/0
$ 119.00

**Hilton HHonors®**

Points & Miles

Rate quoted based on arrival date and length of stay. Should you choose to depart early, rate is
subject to change.  INIT

RATE PLAN   L-P19
HH# 609763408 BLUE
AL  CO  #TU217851
CAR:

CONFIRMATION NUMBER : 80148209

02/25/05      PAGE    2

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL
ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE
RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS
OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO
BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE
CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT
OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR
SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A
PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE: ☐*
A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

GUEST SIGNATURE

X

| DATE | REFERENCE | DESCRIPTION | | | | AMOUNT |
|------|-----------|-------------|--|--|--|--------|

### EXPENSE REPORT SUMMARY

|  | 02/21/05 | 02/22/05 | 02/23/05 | 02/24/05 | STAY TOTAL |
|--|----------|----------|----------|----------|------------|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $133.88 | $535.52 |
| FOOD & BEVERAGE | $35.49 | $17.50 | $27.75 | $20.50 | $101.24 |
| DAILY TOTAL | $169.37 | $151.38 | $161.63 | $154.38 | $636.76 |

E M B A S S Y   S U I T E S

H O T E L S

AX **********5008                    02/21/05          301820     A

LORENZ, MARY                                   528280

TheHiltonFamily

      

Exhibit E

**E**

EMBASSY SUITES
HOTELS®

Name & Address

ᴺEN, MIKE
P... DRAWER H
RESERVE, LA 70084

Room:
Arrival Date: 834/TDBS
Departure Date: 02/21/05
02/25/05 7:28AM

Adult / Child
Room Rate: 1/0
$ 119.00

Rate quoted based on arrival date and length of stay. Should there be any change, the rate is
subject to change.  INIT _____

RATE PLAN   L-P19
HH# 805753408 BLUE
AL: CO #TU217851
CAR:

Hilton HHonors®

CONFIRMATION NUMBER : 80148209

02/25/05        PAGE    1

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL
ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE
RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS
OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO
BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE
CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT
OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY*, I, OR
SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A
PHYSICAL DISABILITY, PLEASE INDICATE YES BY CHECKING HERE: ☐
A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

GUEST SIGNATURE

X

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 02/21/05 | 1178382 | MONTGOMERY'S | $29.00 |
| 02/21/05 | 1178813 | GUEST ROOM | $119.00 |
| 02/21/05 | 1178813 | LODGING TAX | $14.88 |
| 02/22/05 | 1178863 | MONTGOMERY'S | $11.85 |
| 02/22/05 | 1179218 | GUEST ROOM | $119.00 |
| 02/22/05 | 1179218 | LODGING TAX | $14.88 |
| 02/23/05 | 1179919 | GUEST ROOM | $119.00 |
| 02/23/05 | 1179919 | LODGING TAX | $14.88 |
| 02/24/05 | 1180552 | GUEST ROOM | $119.00 |
| 02/24/05 | 1180552 | LODGING TAX | $14.88 |
| 02/25/05 | 1180644 | AX ***********5008 | ($576.37) |

** BALANCE **          $0.00

EXPENSE REPORT SUMMARY

| | 02/21/05 | 02/22/05 | 02/23/05 | 02/24/05 | STAY TOTAL |
|---|----------|----------|----------|----------|------------|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $133.88 | $535.52 |
| FOOD & BEVERAGE | $29.00 | $11.85 | $0.00 | $0.00 | $40.85 |
| DAILY TOTAL | $162.88 | $145.73 | $133.88 | $133.88 | $576.37 |

E M B A S S Y

H O T ᴸ

AX ***********5008                            02/21/05          301821     A

BRIENEN, MIKE                                 163886

The Hilton Family

      

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit E

**E**

**EMBASSY SUITES**
H O T E L S®

Name & Address

REBECCA
P.O. DRAWER H

RESERVE, LA 70084

Room:
Arrival Date: 534/TDBN
Departure Date: 02/21/05 9:57AM
02/25/05 7:24AM

Adult / Child
Room Rate: 1/0
$ 119.00

Rate quoted based on arrival date and length of stay. Should you change your length of stay, rate is subject to change.  INIT _____

RATE PLAN  L-P19
HH# 914043375 SILVER
AL:  CO  #TU217851
CAR:

Hilton **HHonors**®
Points & Miles

CONFIRMATION NUMBER : 80148209

02/25/05       PAGE   1

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE* ☐
A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

GUEST SIGNATURE

X

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 02/21/05 | 1178315 | MONTGOMERY'S | $30.75 |
| 02/21/05 | 1178398 | MONTGOMERY'S | $11.89 |
| 02/21/05 | 1178561 | GUEST ROOM | $119.00 |
| 02/21/05 | 1178561 | LODGING TAX | $14.88 |
| 02/22/05 | 1179122 | GUEST ROOM | $119.00 |
| 02/22/05 | 1179122 | LODGING TAX | $14.88 |
| 02/23/05 | 1179819 | GUEST ROOM | $119.00 |
| 02/23/05 | 1179819 | LODGING TAX | $14.88 |
| 02/24/05 | 1180072 | MONTGOMERY'S | $42.00 |
| 02/24/05 | 1180453 | GUEST ROOM | $119.00 |
| 02/24/05 | 1180453 | LODGING TAX | $14.88 |
| 02/25/05 | 1180643 | AX **********5008 | ($620.16) |

* * BALANCE * *       $0.00

E M B A S S Y   S U I T E S

H O T E L S

301822     A

TheHiltonFamily

      

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit E

**E**

**EMBASSY SUITES**
**H O T E L S®**

Name & Address

REBECCA
P.C. DRAWER H

RESERVE, LA 70084

Room:
Arrival Date: 534/TDBN
Departure Date: 02/21/05 9:57AM
02/25/05 7:24AM

Adult / Child
Room Rate: 1/0
$ 119.00

Rate quoted based on arrival date and length of stay. Should the dates change or length of stay rate is subject to change. INIT _____

RATE PLAN    L-P19
HH#914043375 SILVER
AL- CO  #TU217851
CAR-

**®**
**Hilton HHonors**
*Points & Miles*

CONFIRMATION NUMBER : 80148209

02/25/05        PAGE    2

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE TAXES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE ☐*
A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES -THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

GUEST SIGNATURE

X

| DATE | REFERENCE | DESCRIPTION | | | AMOUNT | |
|---|---|---|---|---|---|---|

### EXPENSE REPORT SUMMARY

| | 02/21/05 | 02/22/05 | 02/23/05 | 02/24/05 | STAY TOTAL |
|---|---|---|---|---|---|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $133.88 | $535.52 |
| FOOD & BEVERAGE | $42.64 | $0.00 | $0.00 | $42.00 | $84.64 |
| DAILY TOTAL | $176.52 | $133.88 | $133.88 | $175.88 | $620.16 |

*Hilton HHonors (R) stays post to your account within 72 hours of checkout.  To check your earnings for this stay or any other stay at more than 2,700 hotels worldwide visit www.hiltonhhonors.com*

*Thank you for staying with us.  Be sure to visit embassysuites.com for information on your next business or leisure stay, reservations or subscribe to E-nnouncements e-newsletter with news and offers.*

H O T E L S

AX ***********5008                                    02/21/05              301822       A

TODD, REBECCA                                         501101

The Hilton Family

       

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit E

```
        COMPAC 502
        9440 GRAND BAY
   GRAND BAY    AL  36541
        251-865-6811


   Descr.          qty      amount

   <CUSTOMER COPY>
 T 20 OZ DR. PEPPER   1        1.19
 T 16 OZ COFFEE COK   1        0.99

          Sub Total           2.18
             Tax             0.12
       TOTAL           2.30 ✓
          CREDIT $     2.50
 XXXXXXXXXXX5008      E/AMEX

 STN# 00205101   005
 Inv# 0176017
 Auth# 501882

    THANKS, COME AGAIN
     THANK YOU PLEASE
    ***COME AGAIN***
 REG# 0002 CSH# 005 DR# 01 TRAN##
 02/21/05  06:46:24
```

```
            Lek's Railroad Thai
            300 B Water Street
            Montgomery, AL 36104
             334-269-0708
 Server: Cathy              02/23/2005
 99/1                        6:48 PM
 Guests: 1

                           #10081

 R3 Tuna  R                     3.75
 Mixed Veg                      9.95
   Stir Shrimp

 Sub Total                    $13.70
 Tax                           1.37

 Total                        15.07 ✓
 Cash                         20.07

 Change                        5.00

    *****Attn. Guest*****
      NO CHECKS PLEASE
    PLEASE PAY YOUR SERVER

    --- Check Closed ---
```

```
     Hevron Street Chevron
     215 Dickerson St
     Montgomery, AL
     STN 00210321
     02/25/05    11:59:35

     AMEX
     xxxxxxxxxxx5008
     Invoice#   2172384
     Auth#      506483

     Pump#: 10
        9.785 G @ $ 2.099
     Dsel/Self  $ 20.54

     Total      $ 20.54


     THANK YOU FOR
     CHOOSING CHEVRON
```

Exhibit E

Lek's Railroad Thai
300 B Water Street
Montgomery, AL 36104
334-269-0708

Server: Bien                    DOB: 02/24/2005
07:00 PM                        02/24/2005
Table 98/1                      1/10076

Am Ex                           3145761
Card #37289966916XXXX           Exp:0708
Magnetic card present: JRDE
Approval: 526000

        Amount:         44.11

        + Tip: _____

        = Total: _____


X_____
Approval: 526000

        *****Attn, Guest
          NO CHECKS PL
        PLEASE PAY YOUR

        ******Guest's Cop

LONGHORN

334-613-7555
Montgomery, Al 36116
4095 Eastern Blvd.
334-613-7555

Server: DAVID                   DOB: 02/23/2005
07:30 PM                        02/23/2005
Table 34/                       3/30067

AMEX
Card #XXXXXXXXXX5008            3145778
Magnetic card prese       JRDE
Approval: 58906

        Amount:         53.66

        + Tip:          8.00

        = Total:       61.66

LONGHORN
STEAKHOUSE

Charge Copy

GHORN

578-1983/1-877-799-STAR
GUEST RECEIPT
ORDER #0400049 REG04 DEMONICA L

Item Recap
  2 LOCARB BOWL
  1 LOCARB BOWL
      NO SM CZ

  1 FRISCO HAMEGCZ
      NO X HAM

  1 MED BEV BAR

  1 WATER

  2 LOCARB BOWL       $  5.98
  1 LOCARB BOWL       $  2.99
      NO SM CZ
  1 FRISCO HAMEGCZ    $  2.39
      NO X HAM
  1 MED BEV BAR       $  1.49
  1 WATER             $  0.00

SUB-TOTAL   TAX    TOTAL   TENDER   CHANGE
 $ 12.85  $  1.02 $ 13.87 $100.00 $ 86.13

        HERE  # 1

        02/21/2005    08:30 AM

Exhibit E

Cheeburger Cheeburger
334-277-9044
Date:         Feb21'05 07:08PM
Card Type:    Amex
Acct #:       XXXXXXXXXXX5008
Exp Date:     07/08
Auth Code:    541658
Check:        4727
Table:        2/1
Server:       105 ASHLEY L
VSCA: Auth Driver
              DE JR

Subtotal:         7.91

TIP:_____ 1.50

TOTAL:_____ 9.41 ✓

SIGNATURE
I agree to pay above total
according to my card issuer
agreement.

* * * * Customer Copy * * * *

```
*****+++************************
*          Customer Copy        *
*********+++...+****************
```

Montgomery Brewing
12 W. JEFFERSON ST.
MONTGOMERY, ALABAMA 36104
(334) 834-BREW

Date:         02/23/05-
Time:         11:56 AM
Server:       23, Mike K
Order:        370372
Description:  Table 54

Card Type:    AMEX
Card No:      **********5008
Expires:      0708
Appr Code:    584183

Purchases:    $    39.44
                   7.56

Tip:          $_____

Total:        $    47.00 ✓
                  JR/DE

I agree to pay the above total amount
according to the card issuer agreement.

SIGN ONE COPY
KEEP ONE COPY

DATE     800000995504   TIME
02/22/05   0200  001  18:25:52

      677301000073
      JASONS DELI #73
    1520 EASTERN BLVD #12
    MONTGOMERY, AL 36117

       CREDIT SALE

BATCH #    226
TRANS #    020
AUTH  #    524293
AMEX ACCOUNT #         EXP DATE
XXXXXXXXXXX5008

SALE AMOUNT         $24.72 ✓

I AGREE TO PAY THE ABOVE AMOUNT
  ACCORDING TO CARD ISSUER
         AGREEMENT
       334 409 9890

     CUSTOMER COPY

Exhibit E

BURGER KING #10890 Q07
1010 LIBERTY HILL DRIVE
EVERGREEN, AL 36401

Merchant ID: 4010407997
Term ID: ED4010407997
4010407997

## Sale

AMEX
XXXXXXXXXXXX5008
Entry Method: Swiped
Apprvd: Online   Batch#: 000048
02/25/05              13:13:86

Inv #: 000005  Appr Code: 587014

Total:        $       24.76

Customer Copy

Exhibit E

02/22/05  TUE 15:59 FAX 3185612592          NEBLETT BEARD ARSENAULT                    ☑001

```
                    ***********************
                    ***   TX REPORT   ***
                    ***********************

        TRANSMISSION OK

        TX/RX NO            3921
        CONNECTION TEL          6615045964513
        SUBADDRESS
        CONNECTION ID
        ST. TIME            02/22 15:57
        USAGE T             02'39
        PGS.                7
        RESULT              OK
```

7.00



RICHARD J. ARSENAULT *                                          ROBERT B. NEBLETT (1991)
C. MICHAEL BOLLINGER                                            RICHARD W. BEARD (1988)
DAVID O. WALKER **
PAUL J. TELLARICO            A REGISTERED LIMITED LIABILITY PARTNERSHIP, INCLUDING LAW CORPORATIONS        * LAW CORPORATION
WILLIAM S. NEBLETT ***                                                              ALSO ADMITTED IN
MICHAEL S. KOCH                                                                      COLORADO, TEXAS
WESLEY J. GRALAPP                                                                    AND WASHINGTON, D.C.
GARY J. ARSENAULT                                                                   ** LAW CORPORATION
EDWARD E. ROBERTS, III                                                               ALSO ADMITTED IN TEXAS
STEVEN M. RACHAL                                                                    *** ALSO ADMITTED IN TEXAS
JOHN R. WHALEY
L. LARAMIE HENRY

                                                                               J. PHILLIP TERRELL, JR.
                        **FACSIMILE TRANSMITTAL SHEET**                            OF COUNSEL

                              February 22, 2005                         POSTED-CAR

                                504-596-4513


ATTENTION:              **MR. RICHARD J. ARSENAULT  (GUEST)**
                        **‰WINDSOR COURT HOTEL**


FROM:                   **Rebecca Monk**


NUMBER OF PAGES:        7
(includes transmittal)


RE:                     **Vioxx**

                              104.88888

**CONFIDENTIALITY NOTICE**

THE ENCLOSED MATERIAL IS INTENDED ONLY FOR THE RECIPIENT NAMED ABOVE AND, UNLESS OTHERWISE EXPRESSLY INDICATED, IS
CONFIDENTIAL AND PRIVILEGED INFORMATION. ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THE ENCLOSED MATERIAL, OTHER
THAN AS INTENDED, IS PROHIBITED. IF YOU HAVE RECEIVED THIS MATERIAL IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE,
AT OUR EXPENSE, AND DESTROY THE ENCLOSED MATERIAL. YOUR COOPERATION IS APPRECIATED.

                                                                               Exhibit E

02/23/05  WED 10:23 FAX 3185612592          NEBLETT BEARD ARSENAULT                    ☑ 001

```
                    *********************
              ···  *** TX REPORT ***
                    *********************

         TRANSMISSION OK

         TX/RX NO              3924
         CONNECTION TEL             6615045964513
         SUBADDRESS
         CONNECTION ID
         ST. TIME             02/23 10:20        4.00
         USAGE T              02'52
         PGS.                     4
         RESULT               OK
```

RICHARD J. ARSENAULT *
C. MICHAEL BOLLINGER
DAVID O. WALKER **
PAUL J. TELLARICO
WILLIAM S. NEBLETT***
MICHAEL S. KOCH
WESLEY J. GRALAPP
GARY J. ARSENAULT
EDWARD E. ROBERTS, III
STEVEN M. RACHAL
JOHN R. WHALEY
L. LARAMIE HENRY



NEBLETT, BEARD & ARSENAULT
Attorneys At Law

A REGISTERED LIMITED LIABILITY PARTNERSHIP, INCLUDING LAW CORPORATIONS

ROBERT B. NEBLETT (1991)
RICHARD W. BEARD (1988)

* LAW CORPORATION
ALSO ADMITTED IN
COLORADO, TEXAS
AND WASHINGTON, D.C.
** LAW CORPORATION
ALSO ADMITTED IN TEXAS
*** ALSO ADMITTED IN TEXAS

J. PHILLIP TERRELL, JR.
OF COUNSEL

## FACSIMILE TRANSMITTAL SHEET

February 23, 2005

504-596-4513

**ATTENTION:**  **MR. RICHARD J. ARSENAULT  (GUEST)**
**%WINDSOR COURT HOTEL**

**FROM:**  **Rebecca Monk**

**NUMBER OF PAGES:**  **4**
(includes transmittal)

**RE:**  **Vioxx**

*104.88888*

*POSTED-CAR*

### CONFIDENTIALITY NOTICE

THE ENCLOSED MATERIAL IS INTENDED ONLY FOR THE RECIPIENT NAMED ABOVE AND, UNLESS OTHERWISE EXPRESSLY INDICATED, IS CONFIDENTIAL AND PRIVILEGED INFORMATION. ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THE ENCLOSED MATERIAL, OTHER THAN AS INTENDED, IS PROHIBITED. IF YOU HAVE RECEIVED THIS MATERIAL IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AT OUR EXPENSE, AND DESTROY THE ENCLOSED MATERIAL. YOUR COOPERATION IS APPRECIATED.

Exhibit E

02/23/05   WED 10:08 FAX 3185612592          NEBLETT BEARD ARSENAULT                    ☑ 001

```
*********************
***   TX REPORT   ***
*********************

        TRANSMISSION OK

        TX/RX NO               3922
        CONNECTION TEL            6615045964513
        SUBADDRESS
        CONNECTION ID
        ST. TIME               02/23 09:48
        USAGE T                20'38
        PGS.                   25
        RESULT                 OK
```

25.00



RICHARD J. ARSENAULT *
C. MICHAEL BOLLINGER
DAVID O. WALKER **
PAUL J. TELLARICO
WILLIAM S. NEBLETT ***
MICHAEL S. KOCH
WESLEY J. GRALAPP
GARY J. ARSENAULT
EDWARD E. ROBERTS, III
STEVEN M. RACHAL
JOHN R. WHALEY
L. LARAMIE HENRY

**NEBLETT, BEARD & ARSENAULT**
*Attorneys At Law*
A REGISTERED LIMITED LIABILITY PARTNERSHIP, INCLUDING LAW CORPORATIONS

ROBERT B. NEBLETT (1991)
RICHARD W. BEARD (1988)

\* LAW CORPORATION
ALSO ADMITTED IN
COLORADO, TEXAS
AND WASHINGTON, D.C.
\** LAW CORPORATION
ALSO ADMITTED IN TEXAS
\*** ALSO ADMITTED IN TEXAS

J. PHILLIP TERRELL, JR.
OF COUNSEL

## FACSIMILE TRANSMITTAL SHEET

February 23, 2005

504-596-4513

**ATTENTION:**          **MR. RICHARD J. ARSENAULT   (GUEST)**
                        **%WINDSOR COURT HOTEL**

**FROM:**               **Rebecca Monk**

**NUMBER OF PAGES:**    25
(includes transmittal)

POSTED-CAR

**RE:**                 **Vioxx**

104.88888

### CONFIDENTIALITY NOTICE

THE ENCLOSED MATERIAL IS INTENDED ONLY FOR THE RECIPIENT NAMED ABOVE AND, UNLESS OTHERWISE EXPRESSLY INDICATED, IS
CONFIDENTIAL AND PRIVILEGED INFORMATION. ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THE ENCLOSED MATERIAL, OTHER
THAN AS INTENDED, IS PROHIBITED. IF YOU HAVE RECEIVED THIS MATERIAL IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE,
AT OUR EXPENSE, AND DESTROY THE ENCLOSED MATERIAL. YOUR COOPERATION IS APPRECIATED.

Exhibit E