# CLASS ACTION / MASS TORT REIMBURSEMENT REQUEST

Who is requesting reimbursement? Neblett, Beard & Arsenault

:  Attorney Team
Rebecca Todd-Mike Breinin-Margaret Parker-Mary Lorenz-Holly Lamarche

Who is being asked to pay this?   ☒ Neblett, Beard & Arsenault

☐ Litigation Group _____
(Name of Litigation Group)

Which mass tort / class action case does this involve?      Vioxx - 104.88888

| MAKE CHECK PAYABLE TO | EXPENSE REIMBURSEMENT | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | Mileage | Team - 800 miles | 320.00 |
| | Hotel | 3 Rooms - Team | 1966.09 |
| | Airfare | | 1085.80 |
| | Meals | Team | 425.84 |
| | Parking | | |
| | Seminar | | |
| | Miscellaneous | | |
| | Gratuities | | |
| | | TOTAL | 3797.73 |

| Date(s) Expense Incurred: Week of February 28, 2005 | Location of Activity: Montgomery, AL. & Philadelphia, PA |
|---|---|

Reason for Expense:
Travel to Montgomery, Alabama for Vioxx document review in preparation for upcoming depositions
Travel to Philadelphia, PA for deposition preparation of Dr. Alan Neis

How is this expense to be charged?

☐ Do not charge to any client; this represents a non-reimbursable operating expense.

> Note to Accounting: "Operating Overhead Deductible Expenses" cost sheet

☐ Charge to all clients involved in this litigation on a shared basis.

> Note to Accounting: "General Shared Client Reimbursable Expenses" cost sheet

☐ Only charge to individual Client involved with expense in question. _____
(Name of Client)

> Note to Accounting: "Specific Client Reimbursable Expenses" cost sheet

☒ Charge to PSC/MDL.   Note to Accounting: These are expenses we expect to receive reimbursement from a PSC (possibly a MDL PSC if applicable). Post this charge to the "PSC/MDL" cost sheet.

Exhibit E

JUN-09-2005  11:40                                                                P.21/90



**Name & Address**

REBECCA
DRAWER H
RESERVE, LA 70084

Room:
Arrival Date: 507/TDBN
Departure Date: 02/28/05 9:38AM
                03/04/05
Adult / Child
Room Rate: 1/0
              $ 119.00

**EMBASSY SUITES**
HOTEL•

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055   Fax: (334) 269-0268

Rate quoted based on arrival date and length of stay.  Should you change to depart, the rate is
subject to change.   INIT _____

RATE PLAN - P19
HH# 609753408 BLUE
AL  CO  #TU217851
CAR

**Hilton HHonors**

CONFIRMATION NUMBER : 80234542

03/04/05       PAGE     1

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. IN THE EVENT OF AN EMERGENCY L OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY PLEASE INDICATE YES BY CHECKING HERE □

**GUEST SIGNATURE**

X _____

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES • THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 02/28/05 | 1182379 | GUEST ROOM | $119.00 |
| 02/28/05 | 1182379 | LODGING TAX | $14.88 |
| 03/01/05 | 1182952 | GUEST ROOM | $119.00 |
| 03/01/05 | 1182952 | LODGING TAX | $14.88 |
| 03/02/05 | 1183409 | MONTGOMERY'S | $9.75 |
| 03/02/05 | 1183586 | GUEST ROOM | $119.00 |
| 03/02/05 | 1183586 | LODGING TAX | $14.88 |
| 03/03/05 | 1183944 | MONTGOMERY'S | $14.50 |
| 03/03/05 | 1183969 | MONTGOMERY'S | $9.75 |
| 03/03/05 | 1184104 | GUEST ROOM | $119.00 |
| 03/03/05 | 1184104 | LODGING TAX | $14.88 |
| 03/04/05 | 1184221 | AX **********5008 | ($569.52) |
| | | **BALANCE** | $0.00 |

302419    A

The Hilton Family

 Hilton  CONRAD  DOUBLETREE     Garden Inn  HOMEWOOD SUITES

Exhibit E

JUN-09-2005  11:41                                                                  P.22/90

Name & Address

REBECCA
RAWER H
RESERVE, LA 70084

Room:
Arrival Date: 507/TDBN
Departure Date: 02/28/05 9:38AM
                03/04/05
Adult / Child
Room Rate: 1/0
            $ 119.00

EMBASSY SUITES
HOTEL*

Montgomery
300 Interstate Street
Montgomery, AL 36104
Phone: (334) 269-5055    fax: (334) 269-9568

Rate quoted based on arrival date and length of stay, should an change in departure date is
subject to change. INIT _____

RATE PLAN  I-R19
HH# 809763408 BLUE
AL:  CO  #TU217851
CAR:

Hilton HHonors

CONFIRMATION NUMBER : 80234542

03/04/05        PAGE        2

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL
ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE
RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS
OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO
BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE
CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT
OF $0.75 WILL BE APPLIED TO MY ACCOUNT. IN THE EVENT OF AN EMERGENCY, I, OR
SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A
PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE: ☐
A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES. THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

GUEST SIGNATURE

X

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|

### EXPENSE REPORT SUMMARY

|                    | 02/28/05 | 03/01/05 | 03/02/05 | 03/03/05 | STAY TOTAL |
|--------------------|----------|----------|----------|----------|------------|
| ROOM & TAX         | $133.88  | $133.88  | $133.88  | $133.88  | $535.52    |
| FOOD & BEVERAGE    | $0.00    | $0.00    | $9.75    | $24.25   | $34.00     |
| DAILY TOTAL        | $133.88  | $133.88  | $143.63  | $158.13  | $569.52    |



EMBASSY SUITES

HOTEL

AX ***********5008                              02/28/05        302419    A

TODD, REBECCA                                   580435

TheHiltonFamily

 Hilton     CONRAD     DoubleTree     EMBASSY SUITES HOTELS     Hampton Inn     Hilton Garden Inn     HOMEWOOD SUITES Hilton

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit E

JUN-09-2005  11:41                                                                          P.23/90



**EMBASSY SUITES**
*HOTEL*

**EMBASSY SUITES HOTEL**
**MONTGOMERY**
**300 TALLAPOOSA STREET**
**MONTGOMERY, AL 36104**
PHONE: (334) 269-5055
FAX: (334) 269-0360

834/TDBS
02/28/05;9:39AM
03/04/05;7:30AM

REBECCA
~AWER H
RESERVE, LA 70084



RATE PLAN
HH# 609753405
AL;  CO  #TU21
CAR:

CONFIRMATION NUMBER ; 80234542

03/07/05       PAGE    1

The management is not responsible for any valuables not secured in safety deposit boxes provided at the front office. I agree that my liability for the charges is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part of the full amount of such charges. I have requested weekday delivery of USA Today. If refused, a credit of $.50 per copy will be applied to my account.

X
SIGNATURE

| Date | Ref. | Description | Amount |
|---|---|---|---|
| 02/28/05 | 1182498 | GUEST ROOM | $119.00 |
| 02/28/05 | 1182498 | LODGING TAX | $14.88 |
| 03/01/05 | 1182549 | AX ************5008 | ($133.88) |
| 03/02/05 | 1183686 | GUEST ROOM | $119.00 |
| 03/02/05 | 1183686 | LODGING TAX | $14.88 |
| 03/03/05 | 1183877 | MONTGOMERY'S | $11.25 |
| 03/03/05 | 1184174 | GUEST ROOM | $119.00 |
| 03/03/05 | 1184174 | LODGING TAX | $14.88 |
| 03/04/05 | 1184220 | AX ************5008 | ($279.01) |

**＊＊ BALANCE ＊＊**                  $0.00

EXPENSE REPORT SUMMARY

|  | 02/28/05 | 03/01/05 | 03/02/05 | 03/03/05 | STAY TOTAL |
|---|---|---|---|---|---|
| ROOM & TAX | $133.88 | $0.00 | $133.88 | $133.88 | $401.64 |
| FOOD & BEVERAGE | $0.00 | $0.00 | $0.00 | $11.25 | $11.25 |
| DAILY TOTAL | $133.88 | $0.00 | $133.88 | $445.13 | $412.89 |

**1-800-EMBASSY**
**www.embassysuites.com**

**MAY WE MAKE YOUR NEXT RESERVATION?**

AX ************5008                              03/03/05          301619     A

| ACCT. NO. | | DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|---|---|
| TODD, REBECCA    186283 | | | |
| CARD MEMBER NAME | | AUTHORIZATION | INITIAL |
| | | | |
| ESTABLISHMENT NO. & LOCATION | | PURCHASES & SERVICES | |
| | | TAXES | |
| | | TIPS & MISC.   -279.01 | |
| CARD MEMBER'S SIGNATURE | | TOTAL AMOUNT | |
| X | | | |

Exhibit E

JUN-09-2005  11:41                                                          P.24/90

Name & Address

REBECCA
_. _RAWER H
RESERVE, LA 70084

Room:
Arrival Date: 534/TDBN
Departure Date: 02/28/05 9:39AM
                03/04/05 7:29AM
Adult / Child
Room Rate: 1/0
              $ 119.00

**EMBASSY SUITES**
HOTEL

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055   Fax: (334) 269-4360

Hilton HHonors

Rate quoted based on arrival date and length of stay. Should you depart early the rate is
subject to change.  INIT _____

RATE PLAN    L-P10
ARR SPL 204339 BLUE
AL   CO ***TU217851
CAR

CONFIRMATION NUMBER : 80234542

03/04/05     PAGE     1

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. IN THE EVENT OF AN EMERGENCY, I, ON SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY PLEASE INDICATE YES BY CHECKING HERE ☐
A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

GUEST SIGNATURE
X

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 02/28/05 | 1182078 | MONTGOMERY'S | $44.00 |
| 02/28/05 | 1182406 | GUEST ROOM | $119.00 |
| 02/28/05 | 1182406 | LODGING TAX | $14.88 |
| 03/01/05 | 1182770 | MONTGOMERY'S | $8.69 |
| 03/01/05 | 1182977 | GUEST ROOM | $119.00 |
| 03/01/05 | 1182977 | LODGING TAX | $14.88 |
| 03/02/05 | 1183298 | MONTGOMERY'S | $32.75 |
| 03/02/05 | 1183391 | MONTGOMERY'S | $11.89 |
| 03/02/05 | 1183609 | GUEST ROOM | $119.00 |
| 03/02/05 | 1183609 | LODGING TAX | $14.88 |
| 03/03/05 | 1183857 | MONTGOMERY'S | $33.00 |
| 03/03/05 | 1183957 | MONTGOMERY'S | $12.48 |
| 03/03/05 | 1184121 | GUEST ROOM | $119.00 |
| 03/03/05 | 1184121 | LODGING TAX | $14.88 |
| 03/04/05 | 1184219 | AX ***********5008 | ($678.33) |
| | | **BALANCE** | $0.00 |

EMBASSY SUITES
HOTEL

302420     A

       

TheHiltonFamily
Hilton   CONRAD   DOUBLETREE   EMBASSY SUITES HOTELS   Hampton Inn   Homewood SUITES   Hilton Garden Inn

_____ _____ embassysuites.com or 1 800 EMBASSY

Exhibit E

JUN 09 2005  11:41                                                      P.25/90

Name & Address

REBECCA
RAWER H
RESERVE, LA 70084

Room:
Arrival Date: 534/TDBN
Departure Date: 02/28/059:39AM
03/04/057:28AM
Adult / Child
Room Rate: 1/0
$ 119.00

EMBASSY SUITES
HOTEL·

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055   Fax: (334) 269-0360

Rate quoted based on arrival date and length of stay. SHARE PLAN   P19
TH# 814043375 BLUE
subject to change.  INIT _____        AL  CO  #TU217851
CAR:

Hilton HHonors·

CONFIRMATION NUMBER : 80234542

03/04/05        PAGE        2

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE □

GUEST SIGNATURE

X

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

| DATE | REFERENCE | DESCRIPTION | | | | AMOUNT |
|------|-----------|-------------|---|---|---|--------|

EXPENSE REPORT SUMMARY

|  | 02/28/05 | 03/01/05 | 03/02/05 | 03/03/05 | STAY TOTAL |
|--|----------|----------|----------|----------|------------|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $133.88 | $535.52 |
| FOOD & BEVERAGE | $44.00 | $8.69 | $44.64 | $45.48 | $142.81 |
| DAILY TOTAL | $177.88 | $142.57 | $178.52 | $179.36 | $678.33 |



AX ***********5008                          03/03/05          302420     A

TODD, REBECCA                               125036

The Hilton Family

      876.33  

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit E

JUN-03-2005  11:41                                                                                      P.26/90



THE RITZ-CARLTON®
PHILADELPHIA

MR. MICHAEL BREININ

USA

Account #:     PX1603
Arrival   :    03/01/05
Departure:     03/02/05

Confirmation #:  324030

STATEMENT

The Ritz-Carlton, Philadelphia, 03/02/05/13:07/35 JPUGH/1                               Page 1

| Date | Reference | Charge | Credit |
|------|-----------|--------|--------|
| 03/01 | Room Charge | 215.00 | |
| 03/01 | City Room Tax 7% | 15.05 | |
| 03/01 | State Tax 6% | 12.90 | |
| 03/01 | Local Tax 1% | 2.15 | |
| 03/02 | American Express | | 245.10 |
| | ->XXXXXXXXXXX5008    XX/XX | | |
| | **Total** | 245.10 | 245.10 |
| | **Balance** | 0.00 USD | |

Thank you for choosing The Ritz-Carlton, Philadelphia.
For future reservations call 1-800-241-3333 or visit us at www.ritzcarlton.com

TEN AVENUE OF THE ARTS, PHILADELPHIA, PENNSYLVANIA 19102 ▪ (215) 523-8000 ▪ FAX (215) 568-0942

Exhibit E

JUN-03-2005  11:41                                                                P.27/90



# THE RITZ-CARLTON®
## PHILADELPHIA

MS. REBECCA TODD

USA

Account #:    PX1803
Arrival   :   03/01/05
Departure:    03/02/05

Confirmation #:   324029

S T A T E M E N T

The Ritz-Carlton, Philadelphia, 03/02/05/13:06/35 JPBGM/1                    Page 1

| Date | Reference | Charge | Credit |
|------|-----------|--------|--------|
| 03/01 | Rotunda - Lunch CHECK #4407 | 3.00 | |
| 03/01 | Sales Tax 1% CHECK #4407 | 0.03 | |
| 03/01 | Sales Tax 6% CHECK #4407 | 0.18 | |
| 03/01 | Room Charge | 215.00 | |
| 03/01 | City Room Tax 7% | 15.05 | |
| 03/01 | State Tax 6% | 12.90 | |
| 03/01 | Local Tax 1% | 2.15 | |
| 03/02 | American Express | | |
| | ->XXXXXXXXXXX5008    XX/XX | | 248.31 |
| | **Total** | 248.31 | 248.31 |
| | **Balance** | 0.00 USD | |

Thank you for choosing The Ritz-Carlton, Philadelphia.
For future reservations call 1-800-241-3333 or visit us at www.ritzcarlton.com

TEN AVENUE OF THE ARTS, PHILADELPHIA, PENNSYLVANIA 19102 • (215) 523-8000 • FAX (215) 568-0942

Exhibit E

JUN-05-2009  11:46                                                                    P.20/90

Lek's Railroad Thai
300 B Water Street
Montgomery, AL 36104
334-269-0708

er; Thea                                    03/01,
·ie/1                                          6:!
ts: 1

                                            #30C

int #: 3

J Veg
ir 'Shrimp

Total·                                        --

.I                                            1

                                              2

ange                                        9.

*****Attn. Guest******
-- - NO CHECKS PLEASE
PLEASE PAY YOUR SERVER

--- Check Closed ---

Exhibit E



MONTGOMERY BREWING CO.

Montgomery Brewing
12 W. JEFFERSON ST.
MONTGOMERY ALABAMA 36104
Tel. (334) 834-BREW

03/01/05 1:00 PM    Server 3 STEPHANI
Table 53:3   People 2    Order 372
********************************

1 BOTTLED WATER            1.25
1 CHICKEN SANDWICH         6.75
1 SHRIMP POBOY             7.95
1 SUB                      1.25

        Sub-total:        17.20
        Sales Tax:         1.72
                          ------
    Total Due:   18.92

        Tip $3.10

THANK YOU FOR COMING TO THE BREWPUB.
PLEASE PAY YOUR SERVER AT THE TABLE
THE BEST BANDS EVERY FRI & SAT
HAPPY HOUR 2-6:30 MON-FRI.


MOES SOUTHWEST GRILL
7028 E CHASE PKWY
MONTGOMERY, AL 36117

TIME  7:23 PM   DATE 02/28/05
TERM# 00000P0S  MER# 000903218060999
TRAN TYPE SALE
#xxxxxxxxxxxxx5008
CARD TYPE AMEX
SEQ #  068
TICKET # 0000031885
AUTH CODE 565135

TOTAL            $31.88


Lek's Railroad Thai
300 B Water Street
Montgomery, AL 36104
334-269-0708

Server: Amanda          03/01/20..
Table 33/1               7:21 Ph
Guests: 1

Reprint #: 1           #10078

Mixed Veg                  9.95
  Stir Shrimp

Sub Total                  9.95
Tax                        1.00

Total                     10.95

Cash                      20.00

Change                     9.05

*****Attn. Guest******
NO CHECKS PLEASE
PLEASE PAY YOUR SERVER

--- Check Closed ---

    Tip $1.06


WENDY'S
OLD FASHIONED HAMBURGER
GREENVILLE,    ALABAMA

#121                 TOGO
      P/B          4.40
1 CHIC BACSALAD    4.19
  NO CHEZ
-----------------------
      TAX           .38
      SBTL         4.57
      BFWD         8.97
*** CONT ***
CSHR 3

Exhibit E

JUN 03 2005  11:42

```
        WENDY'S
   OLD FASHIONED HAMBURGER
   GREENVILLE,    ALABAMA

   #121               TOGO
           P/B          8.97
 1 SPICY  CHICKEN       3.19
 1 SIDE SLD             .99
     RANCH
 1 COKE                 .99
 1 COMBO 8            -.38
   ------------------------
         TAX            .43
         SBTL          5.22
   ------------------------
         TAX           1.17
         TOTL         14.19
         CASH         20.00
         CHNG          5.81
 CSHR 3
   0080 12:45 #03 MAR.04'05  REG0001
```

```
        WENDY'S
   OLD FASHIONED HAMBURGER
   GREENVILLE,    ALABAMA

   #121               TOGO
 1 CLASSIC SNGLE       2.19
 1 TOMATO              .15
     NO MAYO
     NO CHEZ
     NO ONION
 1 BG FRIES            1.19
 1 COKE                .99
 1 1 COMBO            -.48
         TAX            .36
         SBTL          4.40
         BFWD          4.40
 *** CONT ***
 CSHR 3
   0078 12:43 #03 MAR.04'05  REG0001
```

```
 MOES  SOUTHWEST  GRILL
        7028 E CHASE PKWY
      MONTGOMERY, AL 36117

 TIME  8:01 PM    DATE 02/28/05
 TERM# 00000P0S   MER# 000903218060999
 TRAN TYPE SALE
 #xxxxxxxxxxxxx5008
 CARD TYPE AMEX
 SEQ #   080
 TICKET # 000003189?
 AUTH CODE 566046

 TOTAL             $2.62

        CUSTOMER COPY
```

```
        03·02·2005
     Π 5     1·53
             0·12Π
             1·65Π
           16·04
       ▲  2    0362
```

Exhibit E

**7-ELEVEN**
2 PENN CENTER PLAZA
PHILADELPHIA PA 191021721
.2155611626
STORE#: 33380
THANKS FOR SHOPPING AT
7-ELEVEN

| | | |
|---|---|---|
| 2 | Spicy Bg Bte 3/1 OM | 3.58T |
| 1 | Spicy Bg Bte 3/1 OM | 1.79T |
| 1 | CokeDiet CF 20z | 1.39B |
| 1 | 00078000089400 | 1.39B |
| 1 | BESmkdTry&JckChsw/Ma | 3.69B |
| 1 | Dntyne Fire SpcyCinn | 1.09F |

SUBTOTAL                 12.93
SALES TAX ON 1.39         0.10
State Tax ON 10.45        0.63
Phil. Tax ON 10.45        0.10
TOTAL DUE                13.76
**AMEX**              **13.76**
JR/DE
ACCT#: ***********6008
APPROVAL#: 567436   AUTH CODE: 0
APPROVAL TIME: 124429
STORE#: 33380
TERM# :00073338001 08
REF# : 95000 42 042 3
APPROVED

CUSTOMER AGREES TO PAY THE ABOVE
TOTAL AMOUNT  ACCORDING TO THE CARD
HOLDERS AGREEMENT

TRY OUR DELI CENTRAL SANDWICHES
AND DELICIOUS COFFEE

Lek's Railroad Thai
300 B Water Street
Montgomery, AL 36104
334-269-0708
r: Cathy                03/02/2
                        7:12
s: 1
                    #1007

ro...oli              9
r Shrimp

Total                 9
                      1

                      10.
                      3
lance  Due            10
                      0.0

+ 2.05 TIP
TOTAL $13.00

tn. Guest*******
S PLEASE
R SERVER

Preamble ESC codes for Rcpt Prnt
MOE'S
SOUTHWEST GRILL
7028 East Chase Pkwy
Montgomery, AL 36117

**#0187**              IN
1 Queso             .79

      SUBTOTAL       .79
      TAXABLE        .79

      TAX 1          .08
      TAX TOTL       .08
  AL                    .87
      CASH          .87
   N   CHECK
      des for Rcpt PrtA

Exhibit E

P.31/90

Lek's Railroad Thai
300 B Water Street
Montgomery, AL 36104
334-269-0708

er; Thea                     03/01/2005
ie/3                          7:02 PM
ts: 1

#30041

int #: 1

n Salad                         4.95

Total                           4.95
                                0.5(

1                               5.4

+T.P  1.00

TOTAL 6.45    6.0

ange                          0.5!

*****Attn. Guest*****
NO CHECKS PLEASE
PLEASE PAY YOUR SERVER

--- Check Closed ---

*******************************
*  Customer Copy              *
*******************************

La Jolla
6854 East Chase Pkwy
Montgomery, AL, 36117
(334) 356-2600

)ate:            03/03/05
'ime:            7:01 PM
ierver:          20. DENISE
)rder:           61790
)escription:     Table D18

'ard Type:       AMEX
'ard No:         **********5008
:xpires:         0708
.ppr Code:       543305

'urchases:       $     60.50

ip:              $    10.00

total:           $    70.00 ✓

I agree to pay the above total amount
according to the card issuer agreement.

Exhibit E

JUN-03-2003  11:42

Lek's Railroad Thai
300 B Water Street.
Montgomery, AL 36104
334-269-0708

er: Thea                      03/01/20u:
ie/2                              7:00 P'
     :s: 1

          nt #: 1          #3004'

    oli                              9._
  ur Shrimp

    otal                             9..
                                     1.(

            +TIP 1.60              10.!
            TOTAL: 12.5$           20.(

. nge                            9.0!

*****Attn. Guest******
NO CHECKS PLEASE
PLEASE PAY YOUR SERVER

--- Check Closed ---

eenville Chevron
38 Fortdale Rd.
Greenville,Al.

ille Chevron
ortdale Rd,    Greenville    Al
""* 00045179

            Cash Receipt

ry                           1.59T
ry                           1.29T
ry                           6.29T

:  3      Subtotal           9.17
          Tax                0.83
          :al               10.00

USD$)                       $10.00
:HANGE DUE                    0.00

4e4s1066t1 03/04/05 12:37:37

    Thank You
    Call   Again

382-2362/1-877-799-STAR
GUEST RECEIPT
ORDER #0100262 REG01 LADREKA M

Item Recap
1 2/3LB MONSTER

1 2/3LB MONSTER              $  5.59

OTAL   TAX    TOTAL  TENDER  CHANGE
.59 $  0.50 $( 6.09 )$ 6.09 $ 0.00

    DRIVE # 1

    CREDIT CARD

03/04/2005    12:42 PM

Exhibit E

578-1983/1-877-799-STAR
GUEST RECEIPT
ORDER #0500071 REGOS BEVERLY J

Item Recap
1 LOCARB BOWL

1 EGG BIS
ADD SM CZ

1 SML BEV BAR

| | | | |
|---|---|---|---|
| 1 LOCARB BOWL | | $ | 2.99 |
| 1 EGG BIS | | $ | 1.49 |
| ADD SM CZ | | $ | 0.20 |
| 1 SML BEV BAR | | $ | 1.29 |

TOTAL   TAX    TOTAL  TENDER  CHANGE
5.97 $  0.48 $  6.45 $ 20.00 $ 13.5:

HERE   # 1

---

SHELL FOOD MART
BOX 396A1 ROUTE 2
EVERGREEN AL 36401
334-578-3767

SHELL                  50 128 600017
I-65 & HWY 83                91R0613
EVERGREEN   AL  36401

| Descr. | qty | amount |
|---|---|---|
| <CUSTOMER COPY> | | |
| REG CR #07 | 28.2636 | 53.11 |
| | @ 1.879/ G | |
| T GROCERY | 1 | 0.69 |
| T GROCERY | 1 | 1.25 |
| T GROCERY | 1 | 0.99 |
| T SOFT DRINKS | 1 | 0.99 |
| T SOFT DRINKS | 1 | 1.19 |

Sub Total        58.22
Tax         0.41
TOTAL        58.63
CREDIT $    58.63
XXXX XXXXXX X5008        AMEX
INVOICE: 811331      AUTH #: 540437

THANK YOU
Please Come Again

REG# 0001 CSH# 003 DR# 01  TRAN# 17747
02/28/05  09:20:13           ST# 5FM01

---

*** DUPLICATE RECEIPT ***

...n Street Chevron
ickerson St
...ngomery, AL
...0210321

...1/05   18:03:49

xxxxxxx5008
ica#   2174982
...     564114

...#: 3
...491 G @ $ 1.899
.../Self $ 16.12

...   $ 16.12

... YOU FOR
... ...ING CHEVRON

*deduct Gas*





## ▲Delta
**TODO/REBECCA**

ENDORSEMENTS

**ETKT PASSENGER RECEIPT**
NOT TRANSFERABLE

PAGE 01 OF 02

THIS DOCUMENT EXPIRES 25FEB06
DATE/PLACE OF ISSUE 02MAR05 BOSRES
ISS AGT ID DL/CN          CONF NBR **3GM428**

FARE CALCULATION ATL DL PHL240.93QUP8V DL ATL240.93QUP8V USD481.86END 2P ATLPHL XI US 15.14 2P 6.40 AY 5.
00 XF 9.00 ATL4.5PHL4.5

USD  481.86
XT    56.54

(USD538.40)

FORM OF PAYMENT

ORIGINAL FOP   VIXXXXXXXXXXXX93IN
ORIGINAL TKT   0061194454960

ISSUED IN EXCHANGE FOR
2      0062184696040G

**DUPLICATE**      O  0062184489019 2

**DUPLICATE**

---

## ▲Delta
**BREININ/MICHAEL**

ENDORSEMENTS

**ETKT PASSENGER RECEIPT**
NOT TRANSFERABLE

PAGE 02 OF 02

THIS DOCUMENT EXPIRES 25FEB06
DATE/PLACE OF ISSUE 02MAR05 BOSRES
ISS AGT ID DL/CN          CONF NBR **3GM428**

FARE CALCULATION ATL DL PHL240.93QUP8V DL ATL240.93QUP8V USD481.86END 2P ATLPHL XI US 15.14 2P 6.40 AY 5.
00 XF 9.00 ATL4.5PHL4.5

USD  481.86
XT    56.54

(USD538.40)

FORM OF PAYMENT

ORIGINAL FOP   VIXXXXXXXXXXXX93IN
ORIGINAL TKT   0061194454960

ISSUED IN EXCHANGE FOR
2      0062184696041

**DUPLICATE**      O  0062184489020 3

**DUPLICATE**

---



## CITY OF PHILADELPHIA
# TAXICAB

CAB NO. 873  DATE 3.02  TIME ___ A.M. ___ P.M.
RECEIVED FROM M ___

538.40 airfare
538.40 airfare
9.00 tips
$1085.80 total

| FARE | |
|------|---|
| TOLLS | |
| TIP | |
| TOTAL | 6.00 |

+$3 for
tips at hotel to
bell hop          TO ___
                  DRIVER ___

**THANK YOU FOR YOUR PATRONAGE!!**

Exhibit E

02/28/05  MON 09:35 FAX 3185612592          NEBLETT BEARD ARSENAULT                     ☑001

```
                    *********************
                *** TX REPORT   ***
                *********************

    TRANSMISSION OK

    TX/RX NO          3949
    CONNECTION TEL            6619855366445
    SUBADDRESS
    CONNECTION ID
    ST. TIME          02/28 09:34        3.00
    USAGE T           01'16
    PGS.              3
    RESULT            OK
```

POSTED-CAR



RICHARD J. ARSENAULT*
C. MICHAEL BOLLINGER
DAVID O. WALKER **
PAUL J. TELLARICO
WILLIAM S. NEBLETT***
MICHAEL S. KOCH
WESLEY J. GRALAPP
GARY J. ARSENAULT
EDWARD E. ROBERTS, III
STEVEN M. RACHAL
JOHN R. WHALEY
L. LARAMIE HENRY

**NEBLETT, BEARD & ARSENAULT**
Attorneys At Law
A REGISTERED LIMITED LIABILITY PARTNERSHIP, INCLUDING LAW CORPORATIONS

ROBERT B. NEBLETT (1991)
RICHARD W. BEARD (1988)

* LAW CORPORATION
ALSO ADMITTED IN
COLORADO, TEXAS
AND WASHINGTON, D.C.
** LAW CORPORATION
ALSO ADMITTED IN TEXAS
***ALSO ADMITTED IN TEXAS

J. PHILLIP TERRELL, JR.
OF COUNSEL

## FACSIMILE TRANSMITTAL SHEET

**TO:**                    **(985) 536-6445      Daniel E. Becnel, Jr.**

**FROM:**                  **Richard J. Arsenault**

**NUMBER OF PAGES:**       **3**
(includes transmittal)

**RE:**                    **Vioxx**
                           104.88888

**CONFIDENTIALITY NOTICE**

THE ENCLOSED MATERIAL IS INTENDED ONLY FOR THE RECIPIENT NAMED ABOVE AND, UNLESS OTHERWISE EXPRESSLY INDICATED, IS CONFIDENTIAL AND PRIVILEGED INFORMATION. ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THE ENCLOSED MATERIAL, OTHER THAN AS INTENDED, IS PROHIBITED. IF YOU HAVE RECEIVED THIS MATERIAL IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AT OUR EXPENSE, AND DESTROY THE ENCLOSED MATERIAL. YOUR COOPERATION IS APPRECIATED.

Please call (318) 487-9874 and ask for Rebecca if there are any difficulties with transmittal.

Exhibit E

03/01/2005  05:17    2253834719          DUMAS & ASSOCIATES          PAGE  01/03

# DUMAS & ASSOCIATES LAW CORPORATION

A PROFESSIONAL LAW CORPORATION
LAWYER'S COMPLEX
1263 GOVERNMENT STREET
POST OFFICE BOX 1366
BATON ROUGE, LOUISIANA 70821-1366

WEBSITE: WWW.DUMASLAW.COM

$1.50$

TELEPHONE: (225) 383-4701
TOLL FREE: (800) 219-2130

TELECOPIER: (225) 383-4719

## VIA FACSIMILE ONLY

DATE:        March 1, 2005

TO:          Richard J. Arsenault
             Facsimile No.: (318) 561-2591

FROM:        Walter C. Dumas

IN RE:       VIOXX Product Liability Litigation
             MDL No. 1657      $104.33333$

Dear Richard:

Forthcoming is a copy of PreTrial Order #2 signed by Judge Fallon in the above-referenced matter.

                              Sincerely,

                              Walter C Dumas
                              Walter C. Dumas

WCD/tty

POSTED-CAR

NEW ORLEANS  (504) 671-8001         LAFAYETTE  (337) 981-9578         MONROE  (318) 322-8803
SHREVEPORT  (318) 220-0081          LAKE CHARLES  (337) 439-8044      ALEXANDRIA  (318) 448-2231

Exhibit E

03/02/2005 09:52 FAX 3185612524          NEBLETT BEARD ARSENAULT                    ☒ 001

```
          **********************
          ***   TX REPORT   ***
          **********************

   TRANSMISSION OK

   TX/RX NO               0935
   CONNECTION TEL                  6612253834719
   CONNECTION ID
   ST. TIME               03/02 09:44
   USAGE T                08'20
   PGS. SENT                 20
   RESULT                 OK
```

20:00



RICHARD J. ARSENAULT *
C. MICHAEL BOLLINGER
DAVID O. WALKER **
PAUL J. TELLARICO
WILLIAM S. NEBLETT***
MICHAEL S. KOCH
WESLEY J. GRALAPP
GARY J. ARSENAULT
EDWARD E. ROBERTS, III
STEVEN M. RACHAL
JOHN R. WHALEY
L. LARAMIE HENRY

**NEBLETT, BEARD & ARSENAULT**
Attorneys At Law

A REGISTERED LIMITED LIABILITY PARTNERSHIP, INCLUDING LAW CORPORATIONS

ROBERT B. NEBLETT (1991)
RICHARD W. BEARD (1988)

* LAW CORPORATION
ALSO ADMITTED IN
COLORADO, TEXAS
AND WASHINGTON, D.C.
** LAW CORPORATION
ALSO ADMITTED IN TEXAS
***ALSO ADMITTED IN TEXAS

J. PHILLIP TERRELL, JR.
OF COUNSEL

## FACSIMILE TRANSMITTAL SHEET

March 2, 2005

**225-383-4719**          **MR. WALTER C. DUMAS**

**FROM:**                 **RICHARD J. ARSENAULT**

**NUMBER OF PAGES:**      20
**(includes transmittal)**

POSTED-CAR

**RE:**                   **Vioxx**

104.88888

### CONFIDENTIALITY NOTICE

THE ENCLOSED MATERIAL IS INTENDED ONLY FOR THE RECIPIENT NAMED ABOVE AND, UNLESS OTHERWISE EXPRESSLY INDICATED,
IS CONFIDENTIAL AND PRIVILEGED INFORMATION. ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THE ENCLOSED MATERIAL,
OTHER THAN AS INTENDED, IS PROHIBITED. IF YOU HAVE RECEIVED THIS MATERIAL IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY
TELEPHONE, AT OUR EXPENSE, AND DESTROY THE ENCLOSED MATERIAL. YOUR COOPERATION IS APPRECIATED.

Exhibit E

## CLASS ACTION / MASS TORT REIMBURSEMENT REQUEST

Who is requesting reimbursement?   Neblett, Beard & Arsenault     Richard J. Arsenault
                                                    (Firm Name)                      (Individual Name)

Who is being asked to pay this?   ☑  Neblett, Beard & Arsenault

                                              ☐  Litigation Group _____
                                                                                                (Name of Litigation Group)

Which mass tort / class action case does this involve?  Vioxx   104.88888

| MAKE CHECK PAYABLE TO | EXPENSE REIMBURSEMENT | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Richard J. Arsenault, A Professional Law Corporation | Mileage | 212 miles - Travel from Alexandria to New Orleans | $84.80 |
|  | Hotel |  |  |
|  | Hotel Tax & Fees |  |  |
|  | Airfare |  |  |
|  | Meals |  |  |
|  | Cabs |  |  |
|  | Parking |  |  |
|  | Gratuities |  |  |
|  |  | **TOTAL** | $84.80 |

| Date(s) Expense Incurred: Feb. 22, 2005 | Location of Activity: New Orleans, LA |
|---|---|

Reason for Expense: Attended organizational meeting.

How is this expense to be charged?

☐  Do not charge to any client; this represents a non-reimbursable operating expense.

> Note to Accounting:  "Operating Overhead Deductible Expenses" cost sheet

MAR – 2 2005

☐  Charge to all clients involved in this litigation on a shared basis.

> Note to Accounting:  "General Shared Client Reimbursable Expenses" cost sheet

127356

☐  Only charge to Individual Client involved with expense in question. _____
                                                                                                                    (Name of Client)

> Note to Accounting:  "Specific Client Reimbursable Expenses" cost sheet

☑  Charge to PSC/MDL

> Note to Accounting: These are expenses we expect to receive reimbursement for from a PSC (possibly a MDL PSC if applicable). Post this charge to the "PSC/MDL" cost sheet.

Signature: _____        Receipt Attached: _____

Exhibit E

# CLASS ACTION / MASS TORT REIMBURSEMENT REQUEST

Who is requesting reimbursement?   Neblett, Beard & Arsenault          Richard J. Arsenault
                                                                  (Firm Name)                                    (Individual Name)

Who is being asked to pay this?   ☑   Neblett, Beard & Arsenault

                                                      ☐   Litigation Group _____
                                                                                                                      (Name of Litigation Group)

Which mass tort / class action case does this involve?   Vioxx   104.88888

| MAKE CHECK PAYABLE TO | EXPENSE REIMBURSEMENT | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | Mileage | | |
| American Express | Hotel | 2 nights | $450.00 |
| American Express | Hotel Tax & Fees | | 62.50 |
| | Airfare | | |
| American Express | Meal | Dinner Meeting with potential lead counsel and potential liaison counsel to discuss organizational issues | $817.25 |
| American Express | Meal | Dinner meeting with potential PSC members to discuss organizational issues | $425.54 |
| American Express | Meals | Dinner meeting with potential PSC members to discuss organizational issues | $369.82 |
| Richard J. Arsenault | Cabs | | 10.00 |
| American Express | Parking | | 56.00 |
| Richard J. Arsenault | Gratuities | | 15.00 |
| | | TOTAL | $2,206.11 |

| Date(s) Expense Incurred: Feb. 23, 2005 | Location of Activity: New Orleans, LA |
|---|---|

Reason for Expense: Attended dinner meetings with attorneys to discuss organizational issues.

How is this expense to be charged?

☐   Do not charge to any client; this represents a non-reimbursable operating expense.

> Note to Accounting:  "Operating Overhead Deductible Expenses" cost sheet

☐   Charge to all clients involved in this litigation on a shared basis.

> Note to Accounting:  "General Shared Client Reimbursable Expenses" cost sheet

☐   Only charge to Individual Client involved with expense in question.   _____
                                                                                                                (Name of Client)

> Note to Accounting: "Specific Client Reimbursable Expenses" cost sheet

☑   Charge to PSC/MDL   | Note to Accounting: These are expenses we expect to receive reimbursement for from a PSC (possibly a MDL PSC if applicable). Post this charge to the "PSC/MDL" cost sheet.

Signature: _____          Receipt Attached: _____

Exhibit E



## WINDSOR COURT HOTEL
### NEW ORLEANS

ARSENAULT*, MR. RICHARD J.
NEBLETT, BEARD, ARSENAULT
PO BOX 1190
ALEXANDRIA, LA 71309

**Room Number:** 501
**Daily Rate:** 225.00
**Room Type:** FSK
**No. of Guests:** 1 / 0

| 2/22/2005 | 2/25/2005 | XXXX XXXX XXXX 1005 | 2LOC1 | 1LOC | 10600277786 |
|---|---|---|---|---|---|

| Date | Room | Charge | Reference | Amount |
|---|---|---|---|---|
| 2/22/2005 | 501 | PARKING | ONE CAR VALET | √ $28.00 |
| 2/22/2005 | 501 | ROOM CHARGE | #501 ARSENAULT*, MR. RICHARD J. | √ $225.00 |
| 2/22/2005 | 501 | ROOM SALES TAX | ROOM SALES TAX | √ $29.25 |
| 2/22/2005 | 501 | ROOM OCCUPANCY TAX | ROOM OCCUPANCY TAX | √ $2.00 |
| 2/23/2005 | 501 | ROOM SERVICE | 501/2795/06:56/ROOM SERVICE | $36.13 |
| 2/23/2005 | 501 | ROOM SERVICE | 501/2822/07:48/ROOM SERVICE | $57.49 |
| 2/23/2005 | 501 | LONG DISTANCE | 501/09:49/2/3122864711 | $10.79 |
| 2/23/2005 | 501 | LONG DISTANCE | 501/09:54/2/2125585504 | $10.79 |
| 2/23/2005 | 501 | NEW ORLEANS GRILL | 501/880/14:47/NEW ORLEANS GRILL | $54.10 |
| 2/23/2005 | 501 | PARKING | ONE CAR VALET | √ $28.00 |
| 2/23/2005 | 501 | ROOM CHARGE | #501 ARSENAULT*, MR. RICHARD J. | √ $225.00 |
| 2/23/2005 | 501 | ROOM SALES TAX | ROOM SALES TAX | √ $29.25 |
| 2/23/2005 | 501 | ROOM OCCUPANCY TAX | ROOM OCCUPANCY TAX | √ $2.00 |
| 2/24/2005 | 501 | ROOM SERVICE | 501/2961/07:17/ROOM SERVICE | $41.88 |
| 2/24/2005 | 501 | LONG DISTANCE | 501/10:06/2/2125585504 | $10.79 |
| 2/24/2005 | 501 | LOCAL PHONE | 501/10:20/2/5897690 | $1.00 |
| 2/24/2005 | 501 | LOCAL PHONE | 501/10:28/2/5897545 | $1.00 |
| 2/24/2005 | 501 | LONG DISTANCE | 501/10:30/1/2125585504 | $8.40 |
| 2/24/2005 | 501 | LOCAL PHONE | 501/11:50/1/6697096 | $1.00 |
| 2/24/2005 | 501 | ROOM SERVICE | 501/2987/13:25/ROOM SERVICE | $63.60 |
| 2/24/2005 | 501 | LOCAL PHONE | 501/13:49/3/5222304 | $1.00 |
| 2/24/2005 | 501 | RM PANTRY/RM FAX | 501/44274/14:28/RM PANTRY/RM FAX | $45.98 |
| 2/24/2005 | 501 | LONG DISTANCE | 501/20:52/2/5044008501 | $4.35 |
| 2/24/2005 | 501 | PARKING | ONE CAR VALET | $28.00 |
| 2/24/2005 | 501 | ROOM CHARGE | #501 ARSENAULT*, MR. RICHARD J. | $225.00 |
| 2/24/2005 | 501 | ROOM SALES TAX | ROOM SALES TAX | $29.25 |
| 2/24/2005 | 501 | ROOM OCCUPANCY TAX | ROOM OCCUPANCY TAX | $2.00 |
| 2/25/2005 | 501 | ROOM SERVICE | 501/2073/06:52/ROOM SERVICE | $38.69 |
| 2/25/2005 | 501 | LOCAL PHONE | 501/07:20/1/4954935 | $1.00 |
| 2/25/2005 | 501 | ROOM SERVICE | 501/2087/09:10/ROOM SERVICE | $25.27 |
| 2/25/2005 | 501 | ROOM SERVICE | 501/2135/13:46/ROOM SERVICE | $52.66 |

**CONTINUED ON NEXT PAGE**

TERMS;   DUE AND PAYABLE UPON PRESENTATION.   I AGREE THAT MY LIABILITY FOR THIS
BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE
INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL
AMOUNT OF THESE CHARGES.

√ = Viofx

300 Gravier Street, New Orleans, Louisiana 70130
Telephone 504.523.6000 • 800.262.2662  Facsimile 504.596.4513
www.windsorcourthotel.com

Exhibit E

Page 2 of 2



**WINDSOR COURT HOTEL**
NEW ORLEANS

ARSENAULT*, MR. RICHARD J.
NEBLETT, BEARD, ARSENAULT
PO BOX 1190
ALEXANDRIA, LA 71309

**Room Number:** 501
**Daily Rate:** 225.00
**Room Type:** FSK
**No. of Guests:** 1 / 0

| 2/22/2005 | 2/25/2005 | XXXX XXXX XXXX 1005 | 2LOC1 | 1LOC | 10600277786 |
|---|---|---|---|---|---|

| 2/25/2005 | 501 | LOCAL PHONE | 501/13:47/3/5222304 | $1.00 |
|---|---|---|---|---|
| 2/25/2005 | 501 | RM PANTRY/RM FAX | 501/44374/14:11/RM PANTRY/RM FAX | $28.74 |
| 2/25/2005 | 501 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($1,348.41) |

**TOTAL DUE:** $0.00

TERMS:   DUE AND PAYABLE UPON PRESENTATION.   I AGREE THAT MY LIABILITY FOR THIS
BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE
INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL
AMOUNT OF THESE CHARGES.

300 Gravier Street, New Orleans, Louisiana 70130
Telephone 504.523.6000 • 800.262.2662  Facsimile 504.596.4513
www.windsorcourthotel.com

Feb.25. 2005  4:36PM    WINDSOR COURT              No.0291   P. 3/3

Exhibit E

**PASSENGER RECEIPT**
**TAXICAB FARE**

Cab Company: _____

Date: _2/24_____

Driver's Name: _____

Cab Number: _____

Amount of Fare: _____

Other Charges: _10___  ✓

Total: _10___

Exhibit E

THE LAW OFFICES OF

# DANIEL E. BECNEL, JR.

ATTORNEYS AND COUNSELORS AT LAW

NOTARIES PUBLIC

DANIEL E. BECNEL, JR.*
DANIEL E. BECNEL, III
DARRYL J. BECNEL
MATTHEW B. MORELAND
KEVIN P. KLIBERT
CAROLINE C. DONLON**
SALVADORE CHRISTINA, JR.
DEANNE R. SIRMON
BRADLEY D. BECNEL
REBECCA E TODD

*Also Admitted in Colorado
**Also Admitted in Texas and Mississippi

*Please Reply To:*
☒ 106 WEST SEVENTH STREET
P.O. DRAWER H
RESERVE, LOUISIANA 70084
(985) 536-1186
(985) 536-7904
FAX (985) 536-6445
E-MAIL: dbecnel@becnellaw.com
www.becnellaw.com

☐ 425 WEST AIRLINE HIGHWAY
SUITE B
LAPLACE, LOUISIANA 70068
(985) 651-6101
(985) 652-3643
(985) 652-3668
FAX (985) 651-6104
E-MAIL: Beckethec@aol.com

√1,50

## FAX COVER SHEET
## OUR FAX NUMBER:   (985) 536-6445

DATE :      March 3, 2005                        NO. OF PAGES: 3

TO    :     RUSS M. HERMAN                        FAX NO.     (504) 561-6024

FROM:      DANIEL E. BECNEL, JR.

RE:        Vioxx Litigation    *104.33333*
***********************************************************************************

Congratulations on your appointment as Liaison Counsel.

I know we have a status conference in the Propulsid Litigation on March 24, 2005. As you know, Mike Papantonio has a Mass Torts Made Perfect Seminar on March 17 & 18, 2005 in New York. Both Andy Birchfield and Chris Seeger are scheduled to speak at that seminar.

Mike had asked if you would approach Judge Fallon and attempt to have the Status Conference on March 18, 2005 rescheduled possibly to March 24, 2005. Mike's intentions is to try to convince many of the lawyers who have cases to be filed, to file them in Federal Court and, therefore, increase the volume of cases in Federal Court. Please give Mike Papantonio a call at (850) 435-7000 to discuss this with him because this will present a significant conflict with most of the lawyers we work with.

RE:        Crestor Litigation                        POSTED·CAR

Enclosed is an article on the labeling change on Crestor.

As I advised you previously, I believe these are great cases and we should discuss a cooperative effort to file this cases and request MDL Status. We could use many of the same experts which were developed in the Baycol Litigation.

Very cordially yours,

Daniel E. Becnel, Jr.

DEBJr/ks
  enclosure
  cc:      Andy Birchfield, (334) 954-7555
           Chris Seeger, (212) 584-0799
           Richard Arsenault, (318) 561-2591
           Mike Papantonio, (850) 497-7057
           Nancy Holston, (850) 916-1678

Exhibit E

# CLASS ACTION / MASS TORT REIMBURSEMENT REQUEST

Who is requesting reimbursement?  _____NBA_____   _____Steven M. Rachal_____
                                          (Firm Name)                    (Individual Name)

Who is being asked to pay this?    ☐  Neblett, Beard & Arsenault

                                   ☐  Litigation Group   _____
                                                              (Name of Litigation Group)

Which mass tort / class action case does this involve?  _Vioxx_

| MAKE CHECK PAYABLE TO | EXPENSE REIMBURSEMENT | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Steven M. Rachal | Hotel | See Receipt, 3-7 thru 3-9, lodging only, no meals | $1,025.22 |
| [INFORMATIONAL, Charge on Firm AMEX Card] | Airfare | [Alexandria, LA to New York City (LaGuardia), and from Philadelphia back to AEX | [$615.40] |
| Steven M. Rachal | Meals | See receipts and itemized list | $94.00 |
| Steven M. Rachal | Parking | See receipt | |
| Steven M. Rachal | Taxi/Car/Subway | See receipts and itemized list | $60.90 |
| Steven M. Rachal | Miscellaneous | See statement | $23.00 |
| | | TOTAL(*Excludes Airfare) | $1203.12 |

| Date(s) Expense Incurred:3/7 thru 3/10/2005 | Location of Activity: New York City, Manhattan, NY |
|---|---|

Reason for Expense: Document review/coding/deposition prep

How is this expense to be charged?

☐ Do not charge to any client; this represents a non-reimbursable operating expense.

> Note to Accounting:  "Operating Overhead Deductible Expenses" cost sheet

☐ Charge to all clients involved in this litigation on a shared basis.

> Note to Accounting:  "General Shared Client Reimbursable Expenses" cost sheet

PAID
#1134D

☐ Only charge to Individual Client involved with expense in question.

> Note to Accounting: "Specific Client Reimbursable Expenses" cost sheet

☐ Charge to PSC/MDL.

> Note to Accounting: These are expenses we expect to receive reimbursement for from a PSC (possibly a MDL PSC if applicable). Post this charge to the "PSC/MDL" cost sheet.

Signature: _____
Date:  _03-15-05_

_____  Receipt Attached
                (Rev. 4/29/03)

Exhibit E



AMERICAN EXPRESS

Prepared For
RICHARD J ARSENAULT

Account Number
XXXX-XXXXX7-11005

Closing Date
03/24/05

Page 3 of 14

03/02/05   ALEXANDRIA/PINEVILLE ALEXANDRIA   LA
TRAVEL AGENCY SERVICE FEE
Routing Details Not Available
Ticket Number: 8901190652081
Passenger Name: RACHAU/STEVE
Document Type: MISC CHARGE ORDER/PREPAID TICKET AUTHORITY

VIOXX
12000 0
104,000 0

30.00

03/02/05   ALEXANDRIA/PINEVILLE ALEXANDRIA   LA
CONTINENTAL AIRLINES
From:                     To:                      Carrier:        Class:
Not Available            HOUSTON TX IAH
                         LAGUARDIA INTL A/P       CO              NR
                         PHILADELPHIA PA
                         HOUSTON TX IAH           CO              NO
Ticket Number: 0051190652083                      Date of Departure: 03/07
Passenger Name: RACHAU/STEVE
Document Type: PASSENGER TICKET

VIOXX
12,000 0
104,000 0

585.40

Exhibit E

# Millenium Hilton

55 Church Street • New York, NY 10007
Phone (212) 693-2001 • Fax (212) 571-2316
Reservations
www.hilton.com or 1 800 HILTONS

Name & Address

HAL, STEVEN
LETT, BEARD AND ARSENAULT
P.O. BOX 1190
ALEXANDRIA, LA 713091190
US

Room          2309/K1D
Arrival Date   03/07/05 1:09PM
Departure Date 03/10/05

Adult/Child    1/0
Room Rate      299.00

RATE PLAN         LV4

HH# 854077084 BLUE
AL:  CO  #LN004258
BONUS AL:           CAR:

CONFIRMATION NUMBER : 3205624817

03/10/05    PAGE    1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 03/07/05 | GUEST ROOM | EMANOL | 1484055 | $299.00 | | |
| 03/07/05 | CITY TAX-RMS 5% | EMANOL | 1484055 | $14.95 | | |
| 03/07/05 | ROOM OCC. TAX $2.00 | EMANOL | 1484055 | $2.00 | | |
| 03/07/05 | STATE SALES TAX 8.625% | EMANOL | 1484055 | $25.79 | | |
| 03/08/05 | GUEST ROOM | EMANOL | 1486513 | $299.00 | | |
| 03/08/05 | CITY TAX-RMS 5% | EMANOL | 1486513 | $14.95 | | |
| 03/08/05 | ROOM OCC. TAX $2.00 | EMANOL | 1486513 | $2.00 | | |
| 03/08/05 | STATE SALES TAX 8.625% | EMANOL | 1486513 | $25.79 | | |
| 03/09/05 | GUEST ROOM | EMANOL | 1488824 | $299.00 | | |
| 03/09/05 | CITY TAX-RMS 5% | EMANOL | 1488824 | $14.95 | | |
| 03/09/05 | ROOM OCC. TAX $2.00 | EMANOL | 1488824 | $2.00 | | |
| 03/09/05 | STATE SALES TAX 8.625% | EMANOL | 1488824 | $25.79 | | |

WILL BE SETTLED TO AX                     1005          $1,025.22
EFFECTIVE BALANCE OF                                    $0.00

### EXPENSE REPORT SUMMARY

|  | 03/07/05 | 03/08/05 | 03/09/05 | STAY TOTAL |
|---|---|---|---|---|
| ROOM & TAX | $341.74 | $341.74 | $341.74 | $1,025.22 |
| DAILY TOTAL | $341.74 | $341.74 | $341.74 | $1,025.22 |

## Zip-Out Check-Out®

**Good Morning ! We hope you enjoyed your stay. With Zip-Out Check-Out®** there is no need to stop at the Front Desk to check out.
- Please review this statement. It is a record of your charges as of late last evening.
- For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an updated statement.
  + or request an updated statement be mailed to you within two business days.

Simply call the Front Desk from your room and tell us when you are ready to depart. Your account will be automatically checked out and you may use this statement as your receipt. Feel free to leave your key(s) in the room.
*Please call the Front Desk if you wish to extend your stay or if you have any questions about your account.*

DATE OF CHARGE    FOLIO NO./CHECK NO. 238423 A
AUTHORIZATION                INITIAL
PURCHASES & SERVICES
TAXES
TIPS & MISC.
TOTAL AMOUNT



Exhibit E



# Millenium Hilton

55 Church Street • New York, NY 10007
Phone (212) 693-2001 • Fax (212) 571-2316
Reservations
www.hilton.com or 1 800 HILTONS

Name & Address

HAL, STEVEN
~~LETT, BEARD AND ARSENAULT
P.O. BOX 1190
ALEXANDRIA, LA 713091190
US

| | |
|---|---|
| Room | 2309/K1D |
| Arrival Date | 03/07/05  1:09PM |
| Departure Date | 03/10/05 |
| | |
| Adult/Child | 1/0 |
| Room Rate | 299.00 |

RATE PLAN          LV4

HH# 854077084 BLUE
AL:  CO  #LN004258
BONUS AL:          CAR;

CONFIRMATION NUMBER : 3205624817

03/10/05      PAGE      2

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| | Hilton HHonors (R) stays post to your account within 72 hours of checkout.  To check your earnings for this stay or any other stay at more than 2,700 hotels worldwide visit www.hiltonhhonors.com | | | | | |
| | Thank you for choosing Hilton! Please visit us at hilton.com to view our best available Net Direct rates, plan a special vacation getaway or select a convenient location for your next business trip. | | | | | |





## Zip-Out Check-Out®

**Good Morning !  We hope you enjoyed your stay. With Zip-Out Check-Out®
there is no need to stop at the Front Desk to check out.**

- Please review this statement.  It is a record of your charges as of late last evening.
- For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an updated statement.
  + or request an updated statement be mailed to you within two business days.

Simply call the Front Desk from your room and tell us when you are ready to depart.  Your account will be automatically checked out and you may use this statement as your receipt.  Feel free to leave your key(s) in the room.
*Please call the Front Desk if you wish to extend your stay or if you have any questions about your account.*

| DATE OF CHARGE | FOLIO NO./CHECK NO. 238423  A |
|---|---|
| AUTHORIZATION | INITIAL |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | |

Exhibit E

**Miscellaneous Travel Expenses, for which a receipt is not normally produced:**

Attorney: <u>Steve Rachal</u>

Date(s): 3<u>-7 through 3-10 2005</u>

Case:  <u>Vioxx</u>

Items:

| | |
|---|---|
| Skycap/Bellcap: | $18.00 |
| Tip for Taxi: | $5.00 |
| Total | $23.00 |

```
16.90  +
32.00  +
12.00  +
60.90  Ttl ;3 Items (3 Pos, 0 Neg)
```

Mark's Adding Machine v1.20 © 1999-2001 Mark Ganson. Page 1 of 1
http://www.bigfoot.com/~addingmachine

Exhibit E

```
        I ♡ NEW YORK
MED #          9J85
DATE: 03/10/2005
START TIME 14:09
END TIME   14:32
TRIP #     13112
RATE No.       1
MILES       5.39
FARE $     16.90

  Contact TLC Dial
      3-1-1
```

```
MTA NYC TRANSIT
42ND ST - TIMES SQUARE
NEW YORK CITY NY

MVM #: 0031(R151  0401)

Mon 07 March 05 22:02

Trans: Sale OK
Payment Mode: Credit
Amount:         $ 10.00
Bonus:          $  2.00
Card Value:     $ 12.00

Credit Card #: XX1005
Auth#: 589529
Ref #: 045579098918

Serial #:1118525991
Type: 000
  FULL FARE
```

Date  3-10-05 ............ 2001

**OFFICIAL
TAXI RECEIPT**

FROM

TO  Penn Station 34th St

FARE PAID  32.00

SIGNATURE

Exhibit E





Del Frisco's
Double Eagle
1221 Ave. of the America's
New York, NY 10020
212-575-5129
Server: Emmi
09:22 PM                    03/09/2005
Table 23/72                    8/80019
Card #3739XXXXXXX1005
Magnetic card present: RACHALSN

Amount:              35.79
+ Tip:               7 21
= Total:             43 00

Private Dining Rooms Available
Open Sundays 5:00-10:00pm

ROXY DELICATESSEN
1565 BROADWAY.
NEW YORK, NY 10036
TERMINAL I.D.
MERCHANT #

76709253
008923170001

AMEX          1        EXP. DATE
              1005
              TRACE

PURCHASE              AUTH.    04/08
  211                 NO.      9924
MAR 09, 05   19:35:50
506900003586          547877
AMOUNT                $21.62

TIP                   3 38

TOTAL                 25.00

CARD TYPE
AMERICAN EXPRESS
Name:
JC TRANSACTION APPROVED
AUTHORIZATION #:
Referen
TRANS.

CHECK                 17.395
TIP                   3 65
TOTAL                 21 60

# UNDERGROUND PIZZA 2 02673

2A William St. (at 3 Hanover Square), NY, NY, 10004
### Tel: (212) 425-4442          Fax: (212) 785-3436

☐ Cash_____          ☐ Charge_____

COMPANY NAME _____ DATE 03/09/05

ADDRESS _____ FL _____

TEL: _____ EXT _____ NAME: _____

| QUAN | DESCRIPTION | AMOUNT | |
|------|-------------|--------|--|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  | | TAX | |
| AUTHORIZED SIGNATURE: | | TIP | |
|  | | TOTAL | |

# CLASS ACTION / MASS TORT REIMBURSEMENT REQUEST

Who is requesting reimbursement? Neblett, Beard & Arsenault

Attorney Team
Mike Breinin-Margaret Parker-Mary Lorenz-Holly Lamarche

Who is being asked to pay this?    ☒   Neblett, Beard & Arsenault

                               ☐   Litigation Group _____

                                                 (Name of Litigation Group)

Which mass tort / class action case does this involve?    Vioxx - 104.88888

| MAKE CHECK PAYABLE TO | EXPENSE REIMBURSEMENT | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | Mileage | Team - 800 miles | 320.00 |
| | Hotel | 3 Rooms - Team | 1606.56 |
| | Airfare | | |
| | Meals | Team | 394.58 |
| | Parking | | |
| | Seminar | | |
| | Miscellaneous | | |
| | Gratuities | | |
| | | TOTAL | 2321.14 |

| Date(s) Expense Incurred: Week of March 7,2005 | Location of Activity: Montgomery, AL. |
|---|---|

Reason for Expense:
Travel to Montgomery, Alabama for Vioxx document review in preparation for upcoming depositions

How is this expense to be charged?

☐  Do not charge to any client; this represents a non-reimbursable operating expense.

              | Note to Accounting: "Operating Overhead Deductible Expenses" cost sheet |

☐  Charge to all clients involved in this litigation on a shared basis.

              | Note to Accounting: "General Shared Client Reimbursable Expenses" cost sheet |

☐  Only charge to Individual Client involved with expense in question. _____

  | Note to Accounting: "Specific Client Reimbursable Expenses" cost sheet |          (Name of Client)

☒  Charge to PSC/MDL.  | Note to Accounting: These are expenses we expect to receive reimbursement for from a PSC (possibly a MDL PSC if applicable). Post this charge to the "PSC/MDL" cost sheet. |

Exhibit E

JUN-09-2005  11:44                                                                 P.45/90

Name & Address

__E, MARY
__, DRAWER H
RESERVE, LA 70084

Room:
Arrival Date: 322/TDBN
Departure Date: 03/07/05 9:56AM
                03/11/05

Adult / Child
Room Rate: 2/0
           $ 119.00

EMBASSY SUITES
H O T E L *

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone (334) 269-5055  Fax (334) 265-0268

RATE PLAN :   P49

Rate quoted based on arrival date and length of stay. Should you choose to depart early rate is
subject to change.  INIT _____

FH
AL:
CAR:

Hilton HHonors™

CONFIRMATION NUMBER : 80234542

03/11/05     PAGE     1

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. IN THE EVENT OF AN EMERGENCY, I OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY, PLEASE INDICATE YES BY CHECKING HERE ☐

GUEST SIGNATURE

X

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 03/07/05 | 1186023 | GUEST ROOM | $119.00 ✓ |
| 03/07/05 | 1186023 | LODGING TAX | $14.88 ✓ |
| 03/08/05 | 1186422 | MONTGOMERY'S | ✓ $9.75 |
| 03/08/05 | 1186519 | GUEST ROOM | $119.00 ✓ |
| 03/08/05 | 1186519 | LODGING TAX | $14.88 ✓ |
| 03/09/05 | 1187133 | GUEST ROOM | $119.00 ✓ |
| 03/09/05 | 1187133 | LODGING TAX | $14.88 ✓ |
| 03/10/05 | 1187456 | MONTGOMERY'S | ✓ $17.39 |
| 03/10/05 | 1187577 | GUEST ROOM | $119.00 ✓ |
| 03/10/05 | 1187577 | LODGING TAX | $14.88 ✓ |
| 03/11/05 | 1187783 | AX **********5008 | ($562.68) |

** BALANCE **          $0.00

EXPENSE REPORT SUMMARY

| | 03/07/05 | 03/08/05 | 03/09/05 | 03/10/05 | STAY TOTAL |
|---|---|---|---|---|---|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $133.88 | $535.52 |
| FOOD & BEVERAGE | $0.00 | $9.75 | $0.00 | $17.39 | $27.14 |
| DAILY TOTAL | $133.88 | $143.63 | $133.88 | $151.27 | $562.68 |

E M B A S S Y   S U I T E S

H O T E L

AX **********5008                              03/07/05        303001    A

LORENZE, MARY                                  121074

TheHiltonFamily

       

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit E

JUN-09-2005  11:45                                                                P.46/90



**Name & Address**

ENNIN, MIKE
J. DRAWER H
RESERVE, LA 70084

Room:
Arrival Date: 823/TDBS
Departure Date: 03/07/05 9:55AM
                 03/11/05
Adult / Child
Room Rate: 2/0
$ 119.00

EMBASSY SUITES
H O T E L*

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055   Fax: (334) 269-0304

Rate quoted based on arrival date and length of stay. Should you choose to depart early, rate is
subject to change.  INIT _____        RATE PLAN  H219
                                             AL  CO  #TU217851
                                             CAR

Hilton HHonors
Points & Miles

CONFIRMATION NUMBER : 80234542

03/11/05      PAGE    1

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL
ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE
RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS
OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO
BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE
CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT
OF $US WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I OR
SOMEONE IN MY PARTY REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A
PHYSICAL DISABILITY, PLEASE INDICATE YES BY CHECKING HERE* □
A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES. THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

GUEST SIGNATURE

X

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 03/07/05 | 1185770 | MONTGOMERY'S | ✓$11.25 |
| 03/07/05 | 1185885 | MONTGOMERY'S | ✓$30.00 |
| 03/07/05 | 1186191 | GUEST ROOM | $119.00✓ |
| 03/07/05 | 1186191 | LODGING TAX | $14.88 ✓ |
| 03/08/05 | 1186349 | MONTGOMERY'S | ✓ $11.25 |
| 03/08/05 | 1186421 | MONTGOMERY'S | ✓$20.00 |
| 03/08/05 | 1186688 | GUEST ROOM | $119.00 ✓ |
| 03/08/05 | 1186688 | LODGING TAX | $14.88 ✓ |
| 03/09/05 | 1187019 | MONTGOMERY'S | ✓$13.50 |
| 03/09/05 | 1187302 | GUEST ROOM | $119.00 ✓ |
| 03/09/05 | 1187302 | LODGING TAX | $14.88 ✓ |
| 03/10/05 | 1187390 | MONTGOMERY'S | ✓$11.25 |
| 03/10/05 | 1187453 | MONTGOMERY'S | ✓$31.00 |
| 03/10/05 | 1187745 | GUEST ROOM | $119.00 ✓ |
| 03/10/05 | 1187745 | LODGING TAX | $14.88 ✓ |
| 03/11/05 | 1187782 | AX ***********5008 | ($663.77) |

**BALANCE**                                   $0.00

301620    A

The Hilton Family

       

Exhibit E

JUN-09-2005  11:45                                                                                         P.47/90



**EMBASSY SUITES**
**HOTEL®**

Name & Address

BREININ, MIKE
J. DRAWER H
RESERVE, LA 70084

Room:
Arrival Date: 03/07/05 9:55AM
Departure Date: 03/11/05
03/11/05
Adult / Child
Room Rate: 2/0
$ 119.00

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055   Fax (334) 269-0360

Hilton HHonors®

Rate quoted based on arrival date and length of stay. Should you choose to depart early, rate is subject to change.  INIT _____

RATE PLAN   LP19
AL:  CO  #TU217851
CAR:

CONFIRMATION NUMBER : 80234542

03/11/05     PAGE    2

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE ☐
A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX

GUEST SIGNATURE
X

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|

### EXPENSE REPORT SUMMARY

|  | 03/07/05 | 03/08/05 | 03/09/05 | 03/10/05 | STAY TOTAL |
|---|---|---|---|---|---|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $133.88 | $535.52 |
| FOOD & BEVERAGE | $41.25 | $31.25 | $13.50 | $42.25 | $128.25 |
| DAILY TOTAL | $175.13 | $165.13 | $147.38 | $176.13 | $663.77 |



EMBASSY SUITES
HOTEL

AX ***********5008                     03/10/05      301620    A

BREININ, MIKE                          168096

     

The Hilton Family

Exhibit E

JUN-09-2005  11:45                                                          P.48/90



**EMBASSY SUITES**
**H O T E L**°

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055  Fax: (334) 269-0360

Name & Address

REBECCA
DRAWER H
RESERVE, LA 70084

Room:
Arrival Date: 234/TDBN
Departure Date: 03/07/059.55AM
03/11/05
Adult / Child
Room Rate: 2/0
$ 119.00

RATE PLAN   H19
Rate quoted based on arrival date and length of stay. Should your departure date change the rate is
HH# 91 4043376 SILVER
subject to change.  INIT _____      AL: _____
                                        CAR: _____

Hilton HHonors°
Points & Miles

CONFIRMATION NUMBER : 80234542

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL INCLUDING ESTIMATED INCIDENTALS. THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT

03/11/05      PAGE    1

OF $0.75 WILL BE APPLIED TO MY ACCOUNT. IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE ☐
A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES. THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

GUEST SIGNATURE

X

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 03/07/05 | 1186001 | GUEST ROOM | $119.00 ✓ |
| 03/07/05 | 1186001 | LODGING TAX | $14.88 ✓ |
| 03/08/05 | 1186497 | GUEST ROOM | $119.00 ✓ |
| 03/08/05 | 1186497 | LODGING TAX | $14.88 ✓ |
| 03/09/05 | 1186944 | MONTGOMERY'S | ✓ $42.00 |
| 03/09/05 | 1187111 | GUEST ROOM | $119.00 ✓ |
| 03/09/05 | 1187111 | LODGING TAX | $14.88 ✓ |
| 03/10/05 | 1187454 | MONTGOMERY'S | ✓ $8.59 |
| 03/10/05 | 1187555 | GUEST ROOM | $119.00 ✓ |
| 03/10/05 | 1187555 | LODGING TAX | $14.88 ✓ |
| 03/11/05 | 1187781 | AX **********5008 | ($586.11) |

                                        ** BALANCE **         $0.00

EXPENSE REPORT SUMMARY

|  | 03/07/05 | 03/08/05 | 03/09/05 | 03/10/05 | STAY TOTAL |
|---|---|---|---|---|---|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $133.88 | $535.52 |
| FOOD & BEVERAGE | $0.00 | $0.00 | $42.00 | $8.59 | $50.59 |
| DAILY TOTAL | $133.88 | $133.88 | $175.88 | $142.47 | $586.11 |

AX **********5008                          03/07/05          303000     A

TODD, REBECCA                              146182

**TheHiltonFamily**

 Hilton    CONRAD°    DoubleTree     Hampton Inn       1-888-11 Hilton Garden Inn    HOMEWOOD SUITES

Reservations www.embassysuites.com or 1-800-EMBASSY

Exhibit E

JUN-09-2005  11:43                                                    P.36/90

REPRINT
SHELL            159
WELCOME TO
SHELL #159

03/07/05      08:57
GROCERY       $0.79T
GROCERY       $1.19T
TOTAL         $2.10
CASH          $5.00
TL/NOTAX      $1.98
TAX PD        $0.12
CHANGE        $2.90
RECEIPT NO. 1-0558
V POWER ACTIVELY
CLEANS AS YOU
DRIVE

Lek's Railroad Thai
300 B Water Street
Montgomery, AL 36104
334-269-0708

Server: Thea                          03/08/2005
Holly/1                                  7:00 PM
Guests: 1

Reprint #: 1                          #30(

    xed Veg
    Stir Shrimp
  1 Tuna

  b Total

    al

    h

  hange                         5.00

*****Attn. Guest******
NO CHECKS PLEASE
PLEASE PAY YOUR SERVER

--- Check Closed ---

MEXICAN CAFE
EXPRESS
****************************

REG  03-08-2005  12:46 PM
TO GO            000057

Bf./Chk. CQ       $4.99
TL                $5.49
TAX-AMT 1         $4.99
TAX 1    10%     $0.50
TAX               $0.50
TOTAL
CASH
CHANGE           $14.51
      1 No
****************************
G R A C I A S !!!
COME AGAIN
****************************

Exhibit E



**Store #075**

6109 US 43 South
Satsuma, AL  36572
(334) 679-6259

QSR Counter

ORIGINAL

Receipt     28291
Type SALE
Destination TO GO

| Qty Name | Price | Total |
|---|---|---|
| 1 Chix Filet | 3.19 | 3.19 |
| 1 Bottle Water | 1.19 | 1.19 |
| Subtotal |  | 4.38 |
| Sales Tax |  | 0.39 |
| Total |  | 4.77 |

Received
Cash                        5.00
Change Cash                -0.23

Pos:10 Clerk:384 Store:750020

03/11/2005 13:38:28

---

.* * * * ' RECEIPT IS REPRINTED * * * * *

SALE RECEIPT
Store #16911   lko  03/07/05 10:47:47
Subway Sandwiches & Salads
22 Dexter Av
Montgomery                AL 36104
334-265-1213
Trans# 59 Clerk 12  Dwr 1 TRDT 030705
Receipt # 0900078194 Reg-ID REG-MAIN
---- ITEM --- QTY      PRICE MEMO PLU
* * * * * RECEIPT IS REPRINTED * * * * *

VEG&CHEESE6r  1  I $    2.49         127
CHIPS         1  T $    0.79          20

SUBTOTAL $    3.28
Sales Tx  $    0.33

TAKE-OUT **TOTAL $    3.61
Cash   AMT TEND $    5.00

CHANGE DUE$    1.39
Stamps earned this sale:   +1.

Thank you for making Subway
the World's Best Sandwich!
* * * * * RECEIPT IS REPRINTED * * * * *

Exhibit E



**KITCHEN CHECK**

047382

APPT-SOUP/SAL-ENTREE-VEG/POT-DESSERT-BEV

Taco Salad/sub ch

25

Lek's Railroad Thai
300 B Water Street
Montgomery, AL 36104
334-269-0708

Server: Thea                        03/10/2005
Holly/1                                6:3
Guests: 1
                                    #300
Reprint #: 1

Mixed Veg
  Stir Shrimp
A1 Tuna

Sub Total                              19
Tax                                     1

Total                                  16

Cash                                   20

**Change**                            4.9

*****Attn. Guest*****  94.93
  NO CHECKS PLEASE
PLEASE PAY YOUR SERVER  TAX

--- Check Closed ---    16.00

L X P R E S S
************************

REG  03-08-2005 12:46 PM
TO GO                000058

Fajitas              $6.99
TL                   $7.69
TAX-AMT 1            $6.99
TAX 1          10%    $0.70
TAX                  $0.70
TOTAL               $7.69
CASH                $10.00
CHANGE               $2.31
         1 No
************************
G R A C I A S !!!
COME AGAIN
************************

Exhibit E

Herron St Chevron
215 Dickerson
Montgomery, AL

Herron Street Chevro
215 Dickerson St   Montgomery      AL
SIN# 00210321

          Cash Receipt

1LT DASANI                 1.29T
SMORES KING                1.19F..

Items:  2     Subtotal     2.48
Sales Tax                   0.25
Total                       2.73

Cash                       $2.73
   CHANGE DUE               0.00

#16532e3Bs1324t1 03/09/05 17:56:16

              :* You
                :

        YOUR RECEIPT

        THANK YOU

        03-07-

        0.1  *0.25T
        01   *0.85T
        01   *1.00T
           *8.70 S
          *0.81T

          *8.91. T
        *20.01 C
        *11.10 C

        001-3651
        *    7-05

---

SALE RECEIPT
Store #16911   tkn  03/10/05 13:08:06
Subway Sandwiches & Salads
22 Dexter Av
Montgomery              AL 36104
334-265-1213
Trans# 191 Clerk 10  Dwr 1 TRD1 031005
Receipt # 0000079205 Reg-ID REG-MAIN
---- ITEM --- QTY        PRICE MEMO  PLU
-WATER         1  T $    1.10        5057
COOKIE         1  T $    0.39         11
CHIPS          1  T $    0.79         20
TURKEY   6r    1  T $    3.49        123

          SUBTOTAL $     5.77
          Sales Tx $     0.58
                        ----------
TAKE-OUT **TOTAL $      ▆▆▆▆▆▆
Cash    AMT TEND $      10.00
                        ----------
       CHANGE DUE$       3.65
       Stamps earned this sale:   +1.

Thank you for making Subway
the World's Best Sandwich!

Exhibit E

JUN-09-2005  11:44                                                          P.40/90

Lek's Railroad Thai
300 B Water Street
Montgomery, AL 36104
334-269-0708

Server: Thea                          03/10/2005
11/1                                      6:58 PM
Guests: 1
                                       #30004
Reprint #: 1

Broccoli                                   9.95
  Stir Shrimp

Sub Total                                  9.95
Tax                                        1.00

Total        TIP 2.05                     10.95

Cash        TOTAL 13.00                   11.00

**Change**                              0.05

*****Attn. Guest******
NO CHECKS PLEASE
PLEASE PAY YOUR SERVER

--- Check Closed ---

---

Lek's Railroad Thai
300 B Water Street
Montgomery, AL 36104
334-269-0708

Server: Melissa                       03/07/2005
11/1                                      6:29 PM
Guests: 1
                                       #30009
Reprint #: 1

Broccoli                                   9.95
  Stir Shrimp

Sub Total                                  9.95
Tax                                        1.00

Total        +2.05 TIP                    10.95

Cash        TOTAL 13.00                   15.00

**Change**                              4.05

*****Attn. Guest*****
NO CHECKS PLEASE
PLEASE PAY YOUR SERVER

--- Check Closed ---

Exhibit E

JUN-09-2005  11:44                                                                  P.41/90

Lek's Railroad Thai
300 B Water Street
Montgomery, AL 36104
334-269-0708

Server: Thea                                03/08/2005
11/1                                          7:17 PM
Guests: 1
                                           #30033
Reprint #: 1

Broccoli                                      9.95
  Stir Shrimp

Sub Total                                     9.95
Tax                                           1.00

Total                                        10.95

Cash                    + 2.05 TIP           20.00
                    TOTAL 13.00

Change                                        9.05

*****Attn. Guest******
NO CHECKS PLEASE
PLEASE PAY YOUR SERVER

---- Check Closed ----

REPRINT
SHELL      159
WELCOME TO
SHELL #159

03/07/05     08:59
GROCERY     $0.89T
GROCERY     $5.99T
FOUNTAIN    $0.99T
TOTAL.      $8.34
CASH        $20.00
TL/NOTAX    $7.87
TAX PD      $0.47
CHANGE      $11.66
RECEIPT NO. 1-0560

V POWER ACTIVELY
CLEANS AS YOU
DRIVE

Herron St Chevron
215 Dickerson
Montgomery, AL

Herron Street Chevron
215 Dickerson St   Montgomery      AL
STN# 00210321

Cash Receipt

20 OZ DI SPR                    1.19T

Items:  1      Subtotal          1.19
Sales Tax                        0.12
Total                            1.31

Cash                           $1.31
   CHANGE DUE                   0.00

816531e38s1324t1 03/09/05 17:55:20

Thank You
Call  Again

Exhibit E



# Store #075

6109 US 43 South
Satsuma, AL 365722
(251)679-6260

## Gas Desk

ORIGINAL

Receipt    889771
Type SALE

| Qty Name | Price | Total |
|---|---|---|
| 1 20ozDtSpriteZeroNRB | 1.29 | 1.29 |
| 1 Deposit Soda Single | 0.00 | 0.00 |
| 1 Hershey 1 Carb Reese | 1.29 | 1.29 |
| 1 6.5ozFrapDoubleShot | 2.29 | 2.29 |
| 1 Pemmican Steak Tips | 4.99 | 4.99 |
| | Subtotal | 9.86 |
| | Sales Tax | 0.89 |
| | Total | 10.75 |

Received

Cash                          11.00

Change Cash                  -0.25

Pos:1 Clerk:111 Store:750000





Exhibit E

JUN-09-2005  11:44                                                                  P.43/90

**CHEVRON**
**1400 S. CAROLLTON**
**NEW ORLEANS, LA**

Chevron
1400 South Carroll New Orleans        LA
STH# 00108938

Cash Receipt

| | | |
|---|---|---|
| Supreme | Fuel Ticket #148311 | |
| Pump #5 | 16.049 G @ 2.039 | 32.72 |
| RED BULL ENE | | 1.99* |

| Items: 2 | Subtotal | 34.71 |
|---|---|---|
| Sales Tax 1 | | 0.18 |
| Sales Tax 2 | | 0.00 |
| **Total** | | ~~34.89~~ |

| Cash(USD$) | $100.00 |
|---|---|
| **CHANGE DUE** | 65.11 |

412334e37s074t1 03/07/05 06:12:22

**ONLY  CHEVRON**
**HAS  TECHRON**



**Herron.St Chevron**
**215 Dickerson**
**Montgomery, AL**

Herron Street Chevro
215 Dickerson St Montgomery        AL
STH# 00210321

Cash Receipt

| | | |
|---|---|---|
| Pump#5 Prepay | | -40.00 |
| Sup Blend | Fuel Ticket #270868 | |
| Pump #5 | 15.607 G @ 2.189 | 34.16. |
| LANCE SALT P | 2 @ 0.50 | 1.00T |
| PEP BEEF | | 5.99T |

| Items: 5 | Subtotal | 1.15 |
|---|---|---|
| Sales Tax | | 0.70 |
| **Total** | | 1.85 |

| Cash | $5.00 |
|---|---|
| **CHANGE DUE** | 3.15 |

818260e38s1320t1 03/10/05 17:38:40   *41.85*
                                     *Total*

**Thank You**
**Call  Again**

Preamble ESC codes for Rcpt Prnt
**MOE'S**
      **SOUTHWEST GRILL**
      7028 East Chase Pkwy
      Montgomery, AL 36117

| #0168 | | IN |
|---|---|---|
| 1 Naked Home | 5.99 | |
| 1 Small Btl Water | 1.29 | |

| SUBTOTAL | 7.28 |
|---|---|
| TAXABLE | 7.28 |

| TAX 1 | .73 |
|---|---|
| TAX TOTL | .73 |

| **TOTAL** | ~~8.01~~ |
|---|---|
| CASH | 8.01 |

Postamble ESC codes for Rcpt PrtANNA    C
SHR 004

Exhibit E

JUN-09-2005  11:44                                                                 P.44/90





Store #075

6109 US 43 South
Satsuma, AL  36572
(334) 679-6259

QSR Counter

ORIGINAL

Receipt    28292
Type SALE
Destination TO GO

| Qty Name | Price | Total |
|---|---|---|
| 1 MD Curly | 1.59 | 1.59 |
| 1 MD Choc Shake | 1.79 | 1.79 |
| 1 Bottle Water | 1.19 | 1.19 |
| Subtotal | | 4.57 |
| Sales Tax | | 0.41 |
| Total | | ■■■ |

Received
  Cash                         5.00

  Change Cash                 -0.02

Pos:10 Clerk:384 Store:750020

03/13  '05 10 49:44

«?%?*ori?10  Dwr 1 TRDT 030705
   Receipt # 00000/8195 Reg-ID REG-MAIN
 --- ITEM --- QTY      PRICE MEMO  PLU
 * * * * * RECEIPT IS REPRINTED * * * * *

 TURKEY-MD 6r  1  T $   4.99        823

             SUBTOTAL $    4.99
             Sales Tx $    0.50

 TAKE-OUT **TOTAL $    ■■■■
   Cash    AMT TEND $   20.00

       CHANGE DUE $   14.51
     Stamps earned this sale:   +1.

 Thank you for making Subway
 the World's Best Sandwich!
 * * * * * RECEIPT IS REPRINTED * * * * *

Exhibit E

MAR-08-2005  11:42                                                                                    P.01/02

THE LAW OFFICES OF
# DANIEL E. BECNEL, JR.
ATTORNEYS AND COUNSELORS AT LAW
NOTARIES PUBLIC

DANIEL E. BECNEL, JR.*
DANIEL E. BECNEL, III
DARRYL J. BECNEL
MATTHEW B. MORELAND
KEVIN P. KLIBERT
CAROLINE C. DONLON**
SALVADORE CHRISTINA, JR.
DEANNE R. SIRMON
BRADLEY D. BECNEL
REBECCA F. TODD

*Also Admitted in Colorado
**Also Admitted in Texas and Mississippi

*Please Reply To:*
☑ 106 WEST SEVENTH STREET
P.O. DRAWER H
RESERVE, LOUISIANA 70084
(985) 536-1186
(985) 536-7904
FAX (985) 536-6445
E-MAIL: dbecnel@becnellaw.com
www.becnellaw.com

☐ 425 WEST AIRLINE HIGHWAY
SUITE B
LAPLACE, LOUISIANA 70068
(985) 651-6101
(985) 652-3648
(985) 652-3668
FAX (985) 651-6104
E-MAIL: Becnelbec@aol.com

1.00 ✓

## FAX COVER SHEET

## OUR FAX NUMBER: (985) 536-6445

DATE:      March 8, 2005                  No. Of Pages: 2

TO :       Richard Arsenault              FAX NO.  (318) 561-2591

FROM:      Daniel E. Becnel, Jr.

RE:        Vioxx Litigation     104.88888

**********************************************************************************

Enclosed is a letter I received from Dr. Wecht concerning his son, a
neurosurgeon, in reference to Vioxx.

Very cordially yours,

Daniel E. Becnel, Jr.
Attorney at Law

DEBJr/ks
Enclosure

POSTED-CAR

Exhibit E

# CLASS ACTION / MASS TORT REIMBURSEMENT REQUEST

Who is requesting reimbursement?  _____NBA_____        _____Steven M. Rachal_____
                                        (Firm Name)                        (Individual Name)

Who is being asked to pay this?   ☐   Neblett, Beard & Arsenault

                                  ☐   Litigation Group   _____

                                                              (Name of Litigation Group)

Which mass tort / class action case does this involve?  _Vioxx_

| MAKE CHECK PAYABLE TO | EXPENSE REIMBURSEMENT | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Steven M. Rachal | Hotel | See Receipt, 3-10 | $215.46 |
| Steven M. Rachal | Train/Amtrack | NYC to Philadelphia, 30th St. | $95.00 |
| Steven M. Rachal | Meals | See receipts | $17.48 |
| Steven M. Rachal | Parking | See receipt | $30.00 |
| Steven M. Rachal | Taxi/Car/Subway | See receipts | $50.00 |
| | | | |
| | | TOTAL | $407.94 |

| Date(s) Expense Incurred:3/10 thru 3/11/2005 | Location of Activity: Philadelphia, PA |
|---|---|
| Reason for Expense: Attend deposition of Dr. Thomas Bold, Merck employee | |

How is this expense to be charged?

☐  Do not charge to any client; this represents a non-reimbursable operating expense.

> Note to Accounting:  "Operating Overhead Deductible Expenses" cost sheet

☐  Charge to all clients involved in this litigation on a shared basis.

> Note to Accounting:  "General Shared Client Reimbursable Expenses" cost sheet

PAID
#1133

☐  Only charge to Individual Client involved with expense in question.

> Note to Accounting: "Specific Client Reimbursable Expenses" cost sheet

☐  Charge to PSC/MDL.    Note to Accounting: These are expenses we expect to receive reimbursement for from a PSC (possibly a MDL PSC if applicable). Post this charge to the "PSC/MDL" cost sheet.

Signature: _____        _____ Receipt Attached
Date:  _03-15-05_                                              (Rev. 4/29/03)

Exhibit E

**DoubleTree HOTEL**
*PHILADELPHIA*

237 South Broad Street • Philadelphia, PA 19107
Phone (215) 893-1600 • Fax (215) 893-1663
Reservations
www.philadelphia.doubletree.com

| Name & Address |
| --- |

HAL, STEVEN
BOX 1190

ALEXANDRIA, LA 71309
US

RACK

Room                920/BQN
Arrival Date        03/10/05 9:15PM
Departure Date      03/11/05

Adult/Child         1/0
Room Rate           $189.00

RATE PLAN           LV3
HH#  854077084 BLUE
AL: CO  #LN004258
BONUS AL:                    CAR:

CONFIRMATION NUMBER : 81334272

03/10/05        PAGE        1

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
| --- | --- | --- | --- |
| 03/10/05 | 2676664 | GUEST ROOM | $189.00 |
| 03/10/05 | 2676664 | OCCUPANCY TAX-PA | $13.23 |
| 03/10/05 | 2676664 | OCCUPANCY TAX-CITY 6% | $11.34 |
| 03/10/05 | 2676664 | OCCUPANCY TAX-CITY 1% | $1.89 |
| | | WILL BE SETTLED TO AX ***********1005 | $215.46 |

**Hilton HHonors**
*Points & Miles*

*Hilton HHonors (R) stays post to your account within 72 hours of checkout. To check your earnings for this stay or any other stay at more than 2,700 hotels worldwide visit www.hiltonhhonors.com*

*You may be leaving, but you don't have to say goodbye. For information, reservations, or a subscription to our monthly Doubletree (R) Items e-newsletter with news and offers, just visit doubletree.com*

### EXPRESS CHECK-OUT

Good Morning !  We hope you enjoyed your stay. With Express Check-Out there is no need to stop at the Front Desk to check out.
- Please review this statement.  It is a record of your charges as of late last evening.
- For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an updated statement.
  + or request an updated statement be mailed to you within two business days.
  Simply call the Front Desk from your room and tell us when you are ready to depart.  Your account will be automatically checked out and you may use this statement as your receipt.  Feel free to leave your key(s) in the room.
*Please call the Front Desk if you wish to extend your stay or if you have any questions about your account.*

| DATE OF CHARGE | | FOLIO NO./CHECK NO. | |
| --- | --- | --- | --- |
| AUTHORIZATION | | 447594 | INITIAL |
| PURCHASES & SERVICES | | | |
| TAXES | | | |
| TIPS & MISC. | | | |
| TOTAL AMOUNT | | | |

PAYMENT DUE UPON RECEIPT - 1.5% PER MONTH INTEREST CHARGE WILL BE APPLIED TO ALL PAST DUE INVOICES.

THANK YOU

Exhibit E

Amtrak: Reservation Confirmation

**Subject:** Amtrak: Reservation Confirmation
**From:** <tickets@amtrak.com>
**Date:** Wed, 2 Mar 2005 17:05:21 -0500 (EST)
**To:** "Steve Rachal" <srachal@nbalawfirm.com>

Reservation Number: 0D35BC                    THIS IS NOT A TICKET

Thank you for choosing Amtrak. We look forward to serving you. Please save or print
this page for your records. THIS CONFIRMATION IS NOT A TICKET. You must obtain a
ticket before boarding. Please follow the ticketing information instructions below.

For important identification requirements for Amtrak travel, please visit
http://www.amtrak.com/IDRequirements.html.

Carry-on baggage is limited to two (2) pieces per person. This policy must be
enforced. Please visit http://www.amtrak.com/baggagepolicy.html for more details.

Itinerary
--------------------------------------------------------------
Departing: New York - Penn Station, NY (NYP) To Philadelphia - 30th Street Station,
PA (PHL)
2171 Acela Express
Departs: New York - Penn Station, NY (NYP) 7:00 pm; 10-MAR-05
Arrives: Philadelphia - 30th Street Station, PA (PHL) 8:12 pm; 10-MAR-05
Duration: 1h 12m
Amenities: Snack car, Non- Smoking
Seat(s)/Room(s): 1 Business Class Seats

Ticketing Information
--------------------------------------------------------------
You can pick up your tickets at any Amtrak Quik-Trak self-service ticketing kiosk,
or at any Amtrak ticket window.

Fare
--------------------------------------------------------------
1 Passenger:
Passenger 1: Steve Rachal (Adult)

Rail Fare:           $95.00
Accommodations Price: $0.00
Ticket Delivery Fee:
-------------------------------
Total:               $95.00 √

Billing Information
--------------------------------------------------------------
Billed to:
Steve Rachal
101 Evergreen Ct
Ball, LA 71405
US

Total Price:
$95.00

1 of 2

Exhibit E

Amtrak: Reservation Confirmation

Credit card: AmericanExpress \*\*\*\*\*\*\*\*\*\*\*1005

Additional Information
------------------------------------------------------------------
We recommend that you arrive at the station at least 30 minutes prior to your
scheduled departure.  Allow additional time if you need help with baggage or
tickets.  Auto Train passengers should arrive at the station at least two hours
prior to scheduled departure.

You may cancel your reservation online. Cancellation fees may apply. To change your
reservation, please call 1-800-USA-RAIL (1-800-872-7245).

Need a place to stay on this trip? Amtrak.com offers great hotel deals for your
destination. Visit http://www.amtrak.com to learn more.


Have a great trip!
------------------------------------------------------------------
Questions? Contact us online at http://www.amtrak.com/ContactUs.html or call
1-800-USA-RAIL (1-800-872-7245).

03/15/2005 2:14 PM

Exhibit E



**CITY OF PHILADELPHIA**

# TAXICAB

CAB NO. _____ DATE _____ TIME

A.M. _____
P.M. _____

RECEIVED FROM M _____

| FARE | 20.00 |
|------|-------|
| TOLLS | |
| TIP | 5.00 |
| TOTAL | 25.00 |

PHILADELPHIA INTERNATIONAL AIRPORT

TO _Airport_ _____

DRIVER _____

**THANK YOU FOR YOUR PATRONAGE!!**

CITY OF PHILADELPHIA

# TAXICAB

CAB NO. _____ DATE _____ TIME

A.M. _____
P.M. _____

RECEIVED FROM   M _____

| FARE | 20.00 |
|------|-------|
| TOLLS | |
| TIP | 5.00 |
| TOTAL | 25.00 |

Philadelphia International Airport

TO _Broad St. Fr. 30th St_ _____

DRIVER _____

Exhibit E

DRINKER•BIDDLE•REATH
1 LOGAN SQUARE
PHILADELPHIA, PA 19107

$9.10 ✓

NATHAN'S
THANK   YOU
FREE  DELIVERED
(212)630-0320

```
        CORN-DOG              1.89
        WATER                1.65
TAX                           .31
        EAT IN           3.85
CASH 20.00           CHANGE 16.15
L1 C1       16:57  03/09/05 M3 5424
```
✓

NATHAN'S
THANK   YOU
FREE  DELIVERED
(212)630-0320

```
    FRANK                2.38
    COKE                 1.79
TAX                       .36
    EAT IN          4.53
CASH 4.53            BALNCE .00
L1 C1    16:56  03/09/05 M3 5423
```
✓

Exhibit E

ENGLAND AUTHORITY
1611 ARNOLD DRIVE
ALEXANDRIA, LA 71303
(318) 449-3504

MAR 11, 2005 16:47PM

RM :
RCH:          000005789290

F #: 035
T #:  *****/*****1005
RD : AMERICAN EXPRESS
ERK: 0288
RV : 0288

LE:            $    30.00 ✓

TR REF #: 50/104001000
·PROVAL CODE:     506008

I AGREE TO PAY ABOVE
TOTAL AMOUNT ACCORDING
TO CARD ISSUER AGREEMENT

X_____
          SIGNATURE

RACHAL/SM

FAX FROM:1-866-323-1101 www.lawd.uscourts.gov   TO: 8-318-561-2591    PAGE: 1 OF 13   CONTROL: #056354

6.50
√

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

800 Lafayette Street, Suite 2100
Lafayette, Louisiana 70501

Notice of Orders or Judgments
Fed. R. Civ. P. 77(d)

Date:      03/11/05

To:        Richard J Arsenault    ()
           P O Box 1190

           Alexandria, LA  71309-1190

POSTED-CAR

Re: Case Number:         6:04-cv-02174      Instrument Number:              17

If this fax transmission is unsuccessful, our fax noticing system will automatically print the document for mailing to you by U S Mail.  If after a reasonable period of time you still have not received the entire document, please call our Help Desk at 1-866-323-1101.

Number of pages including cover sheet:          13    ViOXX
                                                      104.88887

Exhibit E

# CLASS ACTION / MASS TORT REIMBURSEMENT REQUEST

Who is requesting reimbursement? Neblett, Beard & Arsenault

Attorney Team
Rebecca Todd-Mike Breinin-Margaret Parker-Mary Lorenz-Holly Lamarche-William Percy

Who is being asked to pay this?   ☒  Neblett, Beard & Arsenault

☐  Litigation Group _____

(Name of Litigation Group)

Which mass tort / class action case does this involve?   Vioxx - 104.88888

| MAKE CHECK PAYABLE TO | EXPENSE REIMBURSEMENT | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | Mileage | Team - 800 miles | 320.00 |
| | Hotel | 3 Rooms - Team | 1608.56 |
| | Airfare | | |
| | Meals | Team | 638.49 |
| | Parking | | |
| | Seminar | | |
| | Miscellaneous | | |
| | Gratuities | | |
| | | TOTAL | 2565.05 |

| | |
|---|---|
| Date(s) Expense Incurred: Week of March 14, 2005 | Location of Activity: Montgomery, AL. |

Reason for Expense:
Travel to Montgomery, Alabama for Vioxx document review in preparation for upcoming depositions

How is this expense to be charged?

☐  Do not charge to any client; this represents a non-reimbursable operating expense.

> Note to Accounting:  "Operating Overhead Deductible Expenses" cost sheet

☐  Charge to all clients involved in this litigation on a shared basis.

> Note to Accounting:  "General Shared Client Reimbursable Expenses" cost sheet

☐  Only charge to individual Client involved with expense in question. _____

(Name of Client)

> Note to Accounting: "Specific Client Reimbursable Expenses" cost sheet

☒  Charge to PSC/MDL.   | Note to Accounting: These are expenses we expect to receive reimbursement for from a PSC (possibly a MDL PSC if applicable). Post this charge to the "PSC/MDL" cost sheet.

Exhibit E



ame & Address

T\_\_\_ REBECCA
P.O. DRAWER H

RESERVE, LA 70084

Room: 
Arrival Date: 634/TDBN
Departure Date: 03/14/05 9:47AM
03/18/05

Adult / Child
Room Rate: 1/0
$119.00

**EMBASSY SUITES**
HOTEL·

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055   Fax: (334) 269-0380

Rate quoted based on arrival date and length of stay. Should I check out today, this rate is
subject to change.  INIT _____

RATE PLAN      L-P19
HH# 91204337G SILVER
AL:  CO  #TU217851
CAR:

Hilton HHonors
Points&Miles

CONFIRMATION NUMBER : 80234542

03/18/05      PAGE   1

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE.* ☐

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

GUEST SIGNATURE

X

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 03/14/05 | 1189430 | MONTGOMERY'S | $11.25 |
| 03/14/05 | 1189762 | GUEST ROOM | $119.00 |
| 03/14/05 | 1189762 | LODGING TAX | $14.88 |
| 03/15/05 | 1190001 | MONTGOMERY'S | $21.50 |
| 03/15/05 | 1190385 | GUEST ROOM | $119.00 |
| 03/15/05 | 1190385 | LODGING TAX | $14.88 |
| 03/16/05 | 1190868 | MONTGOMERY'S | $26.09 |
| 03/16/05 | 1191148 | GUEST ROOM | $119.00 |
| 03/16/05 | 1191148 | LODGING TAX | $14.88 |
| 03/17/05 | 1191503 | MONTGOMERY'S | $42.00 |
| 03/17/05 | 1191840 | GUEST ROOM | $119.00 |
| 03/17/05 | 1191840 | LODGING TAX | $14.88 |
| 03/18/05 | 1191983 | MC ***********1113 | ($636.36) |

** BALANCE **      $0.00

304085    A

The Hilton Family

      

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit E

**E**

EMBASSY SUITES

H O T E L *

Montgomery

300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055   Fax: (334) 269-0360

Name & Address

TODD, REBECCA
P.O. DRAWER H
RESERVE, LA 70084

Room:
Arrival Date: 634/TDBN
Departure Date: 03/14/05 9:47AM
03/18/05

Adult / Child
Room Rate: 1/0
$ 119.00

Rate quoted based on arrival date and length of stay. Should I extend my stay, rate is subject to change.   INIT _____

RATE PLAN    L-P19
TAX ID#: 94404339   SILVER
AL:  CO  #TU217851
CAR:

Hilton HHonors
Points & Miles

CONFIRMATION NUMBER : 80234542

03/18/05        PAGE      2

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE: ☐

GUEST SIGNATURE

X

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

| DATE | REFERENCE | DESCRIPTION | | | AMOUNT | |
|------|-----------|-------------|---|---|--------|---|

### EXPENSE REPORT SUMMARY

|  | 03/14/05 | 03/15/05 | 03/16/05 | 03/17/05 | STAY TOTAL |
|--|----------|----------|----------|----------|------------|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $133.88 | $535.52 |
| FOOD & BEVERAGE | $11.25 | $21.50 | $26.09 | $42.00 | $100.84 |
| DAILY TOTAL | $145.13 | $155.38 | $159.97 | $175.88 | $636.36 |

*Hilton HHonors (R) stays post to your account within 72 hours of checkout.  To check your earnings for this stay or any other stay at more than 2,700 hotels worldwide visit www.hiltonhhonors.com*

*Thank you for staying with us.  Be sure to visit embassysuites.com for information on your next business or leisure stay, reservations or subscribe to E-nnouncements e-newsletter with news and offers.*

MC ************1113                        03/14/05        304085      A

TODD, REBECCA                                  14616

The Hilton Family

      

636.36

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit E



ame & Address

TODD, REBECCA
P.O. DRAWER H

RESERVE, LA 70084

Room:
Arrival Date: 03/14/05 5:14PM
Departure Date: 03/18/05
Adult / Child
Room Rate: 2/0
$ 119.00

**EMBASSY SUITES**
HOTEL’

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055    Fax: (334) 269-0360

Rate quoted based on arrival date and length of stay. Should the dates or length of stay rate is
subject to change.  INIT _____

RATE PLAN    L-P19
FRH# 609763375 BLUE’

AL:  CO  #TU217851
CAR:

Hilton HHonors’
Points & Miles

CONFIRMATION NUMBER : 80234542

03/18/05        PAGE    1

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL
ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE
RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS
OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO
BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE
CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT
OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY I, OR
SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A
PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE:* ☐

GUEST SIGNATURE

X

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 03/14/05 | 1189529 | MONTGOMERY'S | $28.65 |
| 03/14/05 | 1189560 | MONTGOMERY'S | $5.45 |
| 03/14/05 | 1189633 | GUEST ROOM | $119.00 |
| 03/14/05 | 1189633 | LODGING TAX | $14.88 |
| 03/15/05 | 1189988 | MONTGOMERY'S | $11.00 |
| 03/15/05 | 1189999 | MONTGOMERY'S | $9.25 |
| 03/15/05 | 1190102 | MONTGOMERY'S | $11.86 |
| 03/15/05 | 1190119 | MONTGOMERY'S | $8.75 |
| 03/15/05 | 1190260 | GUEST ROOM | $119.00 |
| 03/15/05 | 1190260 | LODGING TAX | $14.88 |
| 03/16/05 | 1190736 | MONTGOMERY'S | $11.00 |
| 03/16/05 | 1191010 | GUEST ROOM | $119.00 |
| 03/16/05 | 1191010 | LODGING TAX | $14.88 |
| 03/17/05 | 1191595 | MONTGOMERY'S | $63.68 |
| 03/17/05 | 1191693 | GUEST ROOM | $119.00 |
| 03/17/05 | 1191693 | LODGING TAX | $14.88 |
| 03/18/05 | 1191984 | AX **********5008 | ($685.15) |

* * BALANCE * *        $0.00

301621    A

The Hilton Family

       

0.00

Exhibit E



e & Address

TODD, REBECCA
P.O. DRAWER H
RESERVE, LA 70084

Room:
Arrival Date: 307/TDBN
Departure Date: 03/14/05 5:14PM
03/18/05

Adult / Child
Room Rate: 2/0
$ 119.00

EMBASSY SUITES
HOTEL'

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055   Fax: (334) 269-0380

Hilton HHonors'
Points & Miles

RATE PLAN   L-F19
Rate quoted based on arrival date and length of stay. Should you change to depart early, rate is
HH# 609753375 BLUE
AL   CO  #TU217851
subject to change.  INIT _____
CAR:

CONFIRMATION NUMBER : 80234542

03/18/05       PAGE     2

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL
ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE
RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS
OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO
BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE
CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT
OF $0.75 WILL BE APPLIED TO MY ACCOUNT. IN THE EVENT OF AN EMERGENCY, I, OR
SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A
PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE ☐
A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

GUEST SIGNATURE

X

| DATE | REFERENCE | DESCRIPTION | | | | AMOUNT |
|------|-----------|-------------|--|--|--|--------|

EXPENSE REPORT SUMMARY

| | 03/14/05 | 03/15/05 | 03/16/05 | 03/17/05 | STAY TOTAL |
|--|----------|----------|----------|----------|------------|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $133.88 | $535.52 |
| FOOD & BEVERAGE | $34.10 | $40.85 | $11.00 | $63.68 | $149.63 |
| DAILY TOTAL | $167.98 | $174.73 | $144.88 | $197.56 | $685.15 |

AX **********5008                    03/17/05          301621      A

TODD, REBECCA                                165038








TheHiltonFamily

Hilton        CONRAD        DOUBLETREE        Hampton Inn        Homewood Suites        685.15 Garden Inn        HOMEWOOD SUITES Hilton

Exhibit E

**Name & Address**

TODD, REBECCA
P.O. DRAWER H

RESERVE, LA 70084

Room:
Arrival Date: 621/TDBN
Departure Date: 03/14/05 9:48AM
03/18/05

Adult / Child
Room Rate: 1/0
$ 119.00

**EMBASSY SUITES**

**H O T E L ˙**

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055   fax: (334) 269-0360

**Hilton HHonors˙**
Points & Miles

Rate quoted based on arrival date and length of stay. Should your length of stay change, your rate is
subject to change.   INIT _____

RATE PLAN L-P19
HH# 609753408 BLUE
AL:   CO   #TU217851
CAR:

CONFIRMATION NUMBER : 80234542

03/18/05        PAGE        1

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL
ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE
RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS
OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO
BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE
CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT
OF $0.75 WILL BE APPLIED TO MY ACCOUNT. IN THE EVENT OF AN EMERGENCY, I, OR
SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A
PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE: ☐

GUEST SIGNATURE

X

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 03/14/05 | 1189524 | MONTGOMERY'S | $12.00 |
| 03/14/05 | 1189749 | GUEST ROOM | $119.00 |
| 03/14/05 | 1189749 | LODGING TAX | $14.88 |
| 03/15/05 | 1190372 | GUEST ROOM | $119.00 |
| 03/15/05 | 1190372 | LODGING TAX | $14.88 |
| 03/16/05 | 1190859 | MONTGOMERY'S | $9.75 |
| 03/16/05 | 1190867 | MONTGOMERY'S | $26.00 |
| 03/16/05 | 1191136 | GUEST ROOM | $119.00 |
| 03/16/05 | 1191136 | LODGING TAX | $14.88 |
| 03/17/05 | 1191570 | MONTGOMERY'S | $17.39 |
| 03/17/05 | 1191826 | GUEST ROOM | $119.00 |
| 03/17/05 | 1191826 | LODGING TAX | $14.88 |
| 03/18/05 | 1191985 | MC ************1113 | ($600.66) |

* * BALANCE * *        $0.00

304086     A

       

The Hilton Family

Hilton        CONRAD        DoubleTree        Embassy Suites        Hampton        Garden Inn        HOMEWOOD SUITES

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit E

Name & Address

REBECCA
P.O. DRAWER H

RESERVE, LA 70084

Room:
Arrival Date: 621/TDBN
Departure Date: 03/14/05 9:48AM
03/18/05
Adult / Child
Room Rate: 1/0
$ 119.00

**E**

E M B A S S Y   S U I T E S

H O T E L ·

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055   Fax: (334) 269-0380

Rate quoted based on arrival date and length of stay. Should the dates or length of stay is
subject to change.   INIT _____

RATE PLAN      L-P19
HH# 609753408 BLUE
AL: CO #TU217851
CAR:

**Ⓗ**
Hilton HHonors'
Points & Miles

CONFIRMATION NUMBER : 80234542

03/18/05        PAGE   2

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL
ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE
RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS
OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO
BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE
CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT
OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR
SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A
PHYSICAL DISABILITY PLEASE INDICATE YES BY CHECKING HERE:* ☐
A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

GUEST SIGNATURE

X

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|

### EXPENSE REPORT SUMMARY

|  | 03/14/05 | 03/15/05 | 03/16/05 | 03/17/05 | STAY TOTAL |
|---|---|---|---|---|---|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $133.88 | $535.52 |
| FOOD & BEVERAGE | $12.00 | $0.00 | $35.75 | $17.39 | $65.14 |
| DAILY TOTAL | $145.88 | $133.88 | $169.63 | $151.27 | $600.66 |

MC ***********1113                              03/14/05        304086      A

TODD, REBECCA                                   214616

The HiltonFamily

    

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit E

Herron Street Chevron
215 Dickerson St
Montgomery, AL
STN 00210321

03/17/05        18:53:53

AMEX
xxxxxxxxxxxx5008
Invoice#    2180787
Auth#       582117

Pump#:  1
25.401 G @ $  2.059
Reg /Self    $ 52.30

Total        $ 52.30


THANK YOU FOR
CHOOSING CHEVRON


DATE    800000995504   TIME
03/14/05   8200  002  17:53:23

677301000073
JASONS DELI #73
1520 EASTERN BLVD #12
MONTGOMERY, AL 36117

CREDIT SALE

BATCH #    149
TRANS #    004
AUTH  #    525748        EXP DATE
AMEX ACCOUNT #
XXXXXXXXXXX5008

SALE AMOUNT        $1.93

I AGREE TO PAY THE ABOVE AMOUNT
ACCORDING TO CARD ISSUER
AGREEMENT
334 409 9890

CUSTOMER COPY


SUBWAY I
22 DEXTER AVE
MONTGOMERY, AL 36104
334-265-1213

BATCH# 036
S-A-L-E-S D-R-A-F-T
73285001
010364436008

REF:   0044
CD TYPE: AMEX
TR TYPE: PURCHASE
DATE:  MAR 14, 05  13:11:42


TOTAL        $20.39

ACCT: 372899669165008      EXP: 07/08
AP: 584217
NAME: DE JR

CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICES IN THE AMOUNT OF THE
TOTAL SHOWN HEREON AND AGREES TO PERFORM
THE OBLIGATIONS SET FORTH BY THE
CARDMEMBER'S AGREEMENT WITH THE ISSUER


CUSTOMER COPY


DATE    800000995504   TIME
03/14/05   8200  001  17:48:09

677301000073
JASONS DELI #73
1520 EASTERN BLVD #12
MONTGOMERY, AL 36117

CREDIT SALE

BATCH #    266
TRANS #    008
AUTH  #    509145        EXP DATE
AMEX ACCOUNT #
XXXXXXXXXXX5008

SALE AMOUNT        $34.06

I AGREE TO PAY THE ABOVE AMOUNT
ACCORDING TO CARD ISSUER
AGREEMENT
334 409 9890

CUSTOMER COPY

Exhibit E

Lek's Railroad Thai
300 B Water Street
Montgomery, AL 36104
334-269-0708

Server: Thea                   DOB: 03/15/2005
07:03 PM                            03/15/2005
Holly/1                                1/10085

Am Ex                               3145763
Card #37289966916XXXX          Exp:0708
Magnetic card present: JRDE
Approval: 589847

            Amount:        22.44
          + Tip:         $3.00
          = Total:       $25.44

X_____
Approval: 589847

        *****Attn. Guest*****
         NO CHECKS PLEASE
        PLEASE PAY YOUR SERVER

        ******Guest's Copy******

***********************************
WINN DIXIE # 0463
2730 EASTERN BLVD
MONTGOMERY,AL
03/16/05      8:03 PM
TERMINAL ID: WP0463
CARD NO: AMX XXXXXXXXXX5008
SEQ NO: 00917816
PURCHASE FROM CREDIT
TOTAL                    $ 3.83
***********************************

03/16/05  8:03 PM 0463 091 0133 91

SUBWAY I
22 DEXTER AVE
MONTGOMERY, AL 36104
334-265-1213

BATCH: 038
S-A-L-E-S  D-R-A-F-T
73285081
818364436888

REF:    0028
CD TYPE: AMEX
TR TYPE: PURCHASE
DATE:   MAR 16, 05  13:15:33

TOTAL          $10.51

ACCT: 37289969165888        EXP: 07/08
AP: 588488
NAME: DE JR

CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICES IN THE AMOUNT OF THE
TOTAL SHOWN HEREON AND AGREES TO PERFORM
THE OBLIGATIONS SET FORTH BY THE
CARDMEMBER'S AGREEMENT WITH THE ISSUER

SUBWAY I
22 DEXTER AVE
MONTGOMERY, AL 36104
334-265-1213

BATCH: 037
S-A-L-E-S  D-R-A-F-T
73285081
818364436888

REF:    0037
CD TYPE: AMEX
TR TYPE: PURCHASE
DATE:   MAR 15, 05  13:05:26

TOTAL          $1.74

ACCT: 37289969165888        EXP: 07/08
AP: 521776

CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICES IN THE AMOUNT OF THE
TOTAL SHOWN HEREON AND AGREES TO PERFORM
THE OBLIGATIONS SET FORTH BY THE
CARDMEMBER'S AGREEMENT WITH THE ISSUER

CUSTOMER COPY

Exhibit E

Lek's Railroad Thai
300 B Water Street
Montgomery, AL 36104
334-269-0708

Server: Thea                      03/17/2005
Holly/1                            7:07 PM
Guests: 1

#10081

Reprint #: 1

Red Curry Chic                          8.95

Sub Total                               8.95
Tax                                     0.90

Total                                   9.85

Cash                                   20.00

Change                          10.15

*****Attn. Guest******
NO CHECKS PLEASE
PLEASE PAY YOUR SERVER

--- Check Closed ---

0944-1
Server: SPENCER S                    Rec:112
03/16/05 19:47, Swiped   T:   8 Term:  4

OUTBACK STEAKHOUSE #1258
1040 EASTERN BLVD.
MONTGOMERY, AL 36117
(334)270-9495
MERCHANT #:

CARD TYPE         ACCOUNT NUMBER
AMERICAN EXPRES   XXXXXXXXXXXX5008
Name: DE JR
OO TRANSACTION APPROVED
AUTHORIZATION #: 520379
Reference: 0316010100944
TRANS TYPE: Credit Card SALE

CHECK:                      59.94

TIP:                        10.06

TOTAL:                      70.00

SUBWAY I
22 DEXTER AVE
MONTGOMERY, AL 36104
334-265-1213

BATCH: 039
S-A-L-E-S  O-R-A-F-I
73205001
818364436888

REF: 0036
CD TYPE: AMEX
TR TYPE: PURCHASE
DATE:  MAR 17, 05  13:12:13

plicate Copy***

WILL PAY CARD ISSUER ABOVE
SUANT TO CARDHOLDER AGREEMENT

TOTAL        $5.80

ACCT: 372899669165808    EXP: 07/08
AP: 564596
NAME: DE JR

CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICES IN THE AMOUNT OF THE
TOTAL SHOWN HEREON AND AGREES TO PERFORM
THE OBLIGATIONS SET FORTH BY THE
CARDMEMBER'S AGREEMENT WITH THE ISSUER

CUSTOMER COPY

Exhibit E

.* * * * * RECEIPT IS REPRINTED * * * * *

SALE RECEIPT
Store #16911   tko  03/14/05 13:07:50
Subway Sandwiches & Salads
22 Dexter Av
Montgomery              AL 36104
334-265-1213
Trans# 197 Clerk 10  Dwr 1 TRDT 031405
Receipt # 0000079729 Reg-ID REG-MAIN
---- ITEM ---- QTY      PRICE MEMO  PLU
* * * * * RECEIPT IS REPRINTED * * * * *

| TURKEY     | 6r | 1 | T $ | 3.49 | 123 |
| COOKIE     |    | 1 | T $ | 0.39 | 11  |
| -WATER     |    | 1 | T $ | 1.10 | 5057 |
| -WATER     |    | 1 | T $ | 1.10 | 5057 |
| HAM&CHEESE | 6r | 1 | T $ | 3.29 | 125 |
| STEAK      | 6r | 1 | T $ | 3.89 | 131 |
| CHIPS      |    | 1 | T $ | 0.79 | 20  |
| STEAK      |    | 1 | T $ | 3.89 | 131 |
| 6 on CCwrpsr |  | 1 | T $ | 0.60 | 18784 |

            SUBTOTAL $   18.54
            Sales Tx $    1.85

TAKE-OUT **TOTAL $    20.39
Cash   AMT TEND $    20.39

      CHANGE DUE $    0.00
   Stamps earned this sale:  +4.

Thank you for making Subway
the World's Best Sandwich!
* * * * * RECEIPT IS REPRINTED * * * * *



Store #075

6109 US 43 South
Satsuma, AL 365722
(251)679-6260

Gas Desk

ORIGINAL

Receipt:    892159
Type SALE
-----------------------------------------
Qty Name                    Price    Total
-----------------------------------------
 1 Hot Dog                   1.19     1.00
 1 Hot Dog                   1.19     1.00
 1 Tornados                  1.19     1.19
 1 20zDrPepDtChryVanNRB      1.29     1.29
 1 Deposit Soda Single       0.00     0.00
 1 20oz Dt Dr PepperNRB      1.29     1.29
 1 Deposit Soda Single       0.00     0.00
 1 20oz Sobe GreenTea        1.69     1.69
 1 15.2oz Dole Org Jce       1.49     1.49
 1 Kel P/Tart Frosted S      0.89     0.89
 1 Kel P/Tart SS Fr Blu      0.89     0.89
 1 20ozDtSpriteZeroNRB       1.29     1.29
 1 Deposit Soda Single       0.00     0.00
 1 15.2ozTropSB Org Jce      1.49     1.49
 1 Banana Fruit              0.69     0.49
 1 Banana Fruit              0.69     0.50
 1 20oz Hot                  1.19     1.19
-----------------------------------------
Subtotal                             15.69
Sales Tax                             1.41
-----------------------------------------
Total                                17.10
-----------------------------------------
Received                             17.10
  AMEX

ACC 3728XXXXXXXX008  Exp 07/2008 SWIPED
  APPRVO # 565459
  APP # 565459
Aut. No.: 892159
  REF 0892159
-----------------------------------------
***** PROMO\COMBO SAVINGS:       0.77*****

Pos:1 Clerk:444 Store:750000

03/14/2005 07:22:00
-----------------------------------------

Exhibit E

SHELL FOOD MART
BOX 396A1 ROUTE 2
EVERGREEN AL 36401
334-578-3767

SHELL                          50 128 600017
I-65 & HWY 83                       S1R0613
EVERGREEN    AL  36401

| Descr. | qty | amount |
|--------|-----|--------|
| <CUSTOMER COPY> | | |
| T  SOFT DRINKS | 1 | 1.19 |
| T  SOFT DRINKS | 1 | 0.79 |
| T  GROCERY | 1 | 1.19 |
| T  SOFT DRINKS | 1 | 0.99 |
| T  GROCERY | 1 | 1.00 |
| T  CANDY/GUM | 1 | 0.99 |
| T  GROCERY | 1 | 0.99 |
| T  GROCERY | 1 | 6.09 |
| T  GROCERY | 1 | 5.99 |
| T  GROCERY | 1 | 0.99 |
| T  CANDY/GUM | 1 | 1.19 |
| T  CANDY/GUM | 1 | 1.19 |

Sub Total         22.59
Tax               1.81
**TOTAL       24.40**
CREDIT  $      24.40
XXXX XXXXXX X5008        AMEX
INVOICE: 852145         AUTH #: 502100

THANK YOU
Please Come Again

---

Lek's Railroad Thai
300 B Water Street
Montgomery, AL 36104
334-269-0708

Server: Thea                03/17/2005
Maggie /1                    8:10 PM
Guests: 1

                              #10091
Reprint #: 1

Broccoli                        9.95
  Stir Shrimp

Sub Total                       9.95
Tax                             1.00

Total                          10.95

Cash        Tip + 2.05        15.00
                  TOTAL $ 13.00
Change                          4.05

*****Attn. Guest******
NO CHECKS PLEASE
PLEASE PAY YOUR SERVER

--- Check Closed ---

Missing Receipt for 3trplos

Cracker Barrell

$ 50.90

Paid for w/ Gold

Am. Ex.

Exhibit E



```
. . . . . . . . . . . . . . . . . . . . .
    K.F.C. #L747-019
       RR2 BOX 396A2
   EVERGREEN, AL 36401
       251-578-9910
        CT-4424701

     C  O  P  Y
   03/18/2005  12:58
 Sale:

 Transaction #            7
 Card Type:            AMEX
 Acc:       ***********5008
 Entry:             Swiped
 Total:            13.24

 Reference No.:    00000007
 Auth.Code:          561857
 Respon.           APPROVED
```

Exhibit E

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              3991
CONNECTION TEL              6615045616024
SUBADDRESS
CONNECTION ID
ST. TIME              03/16 10:32
USAGE T              03'24
PGS.                 2
RESULT               OK
```

2.00

RICHARD J. ARSENAULT *
C. MICHAEL BOLLINGER
DAVID O. WALKER **
PAUL J. TELLARICO
WILLIAM S. NEBLETT***
MICHAEL S. KOCH
WESLEY J. GRALAPP
GARY J. ARSENAULT
EDWARD E. ROBERTS, III
STEVEN M. RACHAL
JOHN R. WHALEY
L. LARAMIE HENRY



NEBLETT, BEARD & ARSENAULT
Attorneys At Law

A REGISTERED LIMITED LIABILITY PARTNERSHIP, INCLUDING LAW CORPORATIONS

ROBERT B. NEBLETT (1991)
RICHARD W. BEARD (1988)

* LAW CORPORATION
 ALSO ADMITTED IN
 COLORADO, TEXAS
 AND WASHINGTON, D.C.
** LAW CORPORATION
 ALSO ADMITTED IN TEXAS
*** ALSO ADMITTED IN TEXAS

J. PHILLIP TERRELL, JR.
OF COUNSEL

## FACSIMILE TRANSMITTAL SHEET

March 16, 2005

**504-561-6024**

**ATTENTION:**        **Regina**
                     **c/o Russ M. Herman**

**FROM:**            **RICHARD J. ARSENAULT**

**NUMBER OF PAGES:**    **2**
(includes transmittal)

POSTED-CAR

**RE:**              **Vioxx**
                     104.88888

### CONFIDENTIALITY NOTICE

THE ENCLOSED MATERIAL IS INTENDED ONLY FOR THE RECIPIENT NAMED ABOVE AND, UNLESS OTHERWISE EXPRESSLY INDICATED, IS CONFIDENTIAL AND PRIVILEGED INFORMATION. ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THE ENCLOSED MATERIAL, OTHER THAN AS INTENDED, IS PROHIBITED. IF YOU HAVE RECEIVED THIS MATERIAL IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AT OUR EXPENSE, AND DESTROY THE ENCLOSED MATERIAL. YOUR COOPERATION IS APPRECIATED.

Exhibit E

## LAW OFFICES OF DANIEL E. BECNEL, JR.
106 West Seventh Street
Post Office Drawer "H"
Reserve, Louisiana 70084
Telephone: 985/536-1186; Fax: 985/536-6445

104.8888
& 1⁰⁰

### TELECOPY COVER SHEET

TO: Richard Arsenault

FAX NO.: (318) 561-2591          TELEPHONE NO.: _____

FROM: Danny Becnel

DATE: March 19, 2005

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 2 Vioxx

MESSAGE:

POSTED CAR

This facsimile communication contains information that is intended only for the recipient named and may be confidential and subject to the attorney-client privilege. If you are not the intended recipient or an agent responsible for delivering this communication to the intended recipient, you are hereby notified that you have received this facsimile in error, and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original facsimile to us by mail without retaining any copies. Thank you.

Exhibit E

03/21/2005 13:24 FAX 3185612524          NEBLETT BEARD ARSENAULT          ☑001

```
                        *********************
                        ***   TX REPORT   ***
                        *********************
```

TRANSMISSION OK

TX/RX NO                 1003
CONNECTION TEL                      6619855366445
CONNECTION ID
ST. TIME                 03/21 13:22
USAGE T                  01'58
PGS. SENT                3
RESULT                   OK



RICHARD J. ARSENAULT *
C. MICHAEL BOLLINGER
DAVID O. WALKER **
PAUL J. TELLARICO
WILLIAM S. NEBLETT †**
MICHAEL S. KOCH
WESLEY J. GRALAPP
GARY J. ARSENAULT
EDWARD E. ROBERTS, III
STEVEN M. RACHAL
JOHN R. WHALEY
L. LARAMIE HENRY

# NEBLETT, BEARD & ARSENAULT
## Attorneys At Law
A REGISTERED LIMITED LIABILITY PARTNERSHIP, INCLUDING LAW CORPORATIONS

ROBERT B. NEBLETT (1991)
RICHARD W. BEARD (1988)

* LAW CORPORATION
ALSO ADMITTED IN
COLORADO, TEXAS
AND WASHINGTON, D.C.
** LAW CORPORATION
ALSO ADMITTED IN TEXAS
***ALSO ADMITTED IN TEXAS

J. PHILLIP TERRELL, JR.
OF COUNSEL

## FACSIMILE TRANSMITTAL SHEET

### March 21, 2005

**TO:**            (985) 536-6445      **Daniel E. Becnel, Jr.**

**FROM:**          **Richard J. Arsenault**

**NUMBER OF PAGES:**   **3**          POSTED-CAR
(includes transmittal)

**RE:**            Vioxx

Attached is a draft of my correspondence to Russ Herman.

Exhibit E

# CLASS ACTION / MASS TORT REIMBURSEMENT REQUEST

Who is requesting reimbursement?   Neblett, Beard & Arsenault          Richard J. Arsenault
                                                (Firm Name)                                    (Individual Name)

Who is being asked to pay this?   ☑   Neblett, Beard & Arsenault

                                                  ☐   Litigation Group _____

                                                                              (Name of Litigation Group)

Which mass tort / class action case does this involve?   Vioxx   104.88888

| MAKE CHECK PAYABLE TO | EXPENSE REIMBURSEMENT | DESCRIPTION | AMOUNT |
|---|---|---|---|
|  | Mileage |  |  |
| American Express | Hotel | 2 nights | $258.00 |
| American Express | Hotel Tax & Fees |  | $35.43 |
|  | Airfare |  |  |
| Richard J. Arsenault | Meal |  | $19.37 |
| Richard J. Arsenault | Cabs |  | 7.00 |
| Richard J. Arsenault | Parking | at airport | $30.00 |
|  | Gratuities |  |  |
|  |  | **TOTAL** | $349.80 |
| Date(s) Expense Incurred: March 10-12, 2005 | | Location of Activity: Philadelphia, PA | |
| Reason for Expense: Attended Dr. Thomas Bold's deposition. | | | |

## How is this expense to be charged?

☐   Do not charge to any client; this represents a non-reimbursable operating expense.

> Note to Accounting:  "Operating Overhead Deductible Expenses" cost sheet

☐   Charge to all clients involved in this litigation on a shared basis.

> Note to Accounting:  "General Shared Client Reimbursable Expenses" cost sheet

☐   Only charge to Individual Client involved with expense in question.   _____

                                                                                                          (Name of Client)

> Note to Accounting: "Specific Client Reimbursable Expenses" cost sheet

☑   Charge to PSC/MDL

> Note to Accounting: These are expenses we expect to receive reimbursement for from a PSC (possibly a MDL PSC if applicable). Post this charge to the "PSC/MDL" cost sheet.

Signature: _____          Receipt Attached: _____

Exhibit E



**BATON ROUGE/SIEGEN LANE**
**10307 NORTH MALL DRIVE**

**225-293-7200**

GUEST FOLIO

Thank you for selecting Courtyard by Marriott. We trust that your
experience with us has included warm and gracious service, and the
type of accommodations expected.

We look forward to serving you again on future trips. For additional
reservations, call our toll-free reservation number, (800) 321 2211.

BATON ROUGE/SIEGEN LANE Courtyard Staff

| GUEST NAME | RICHARD ARSENAULT | ROOM | 241 | WKND |
|---|---|---|---|---|
| | 5510 BAYOU RAPIDES RD | ROOM TYPE | GENR | 11617270 |
| | ALEXANDRIA LA LA 71303-4051 | NO. OF GUESTS | 1 | |
| | | RATE | 69.00 | |
| | PLEASURE | CLERK | | |
| ARRIVE | 11Mar05 TIME 11:51p DEPART 12Mar05 | TIME | FOLIO # X9-67817 | |

| DATE | REFERENCE NUMBER | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|---|
| 11Mar05 | MV0063 | MOVIE | 12.99 | |
| 11Mar05 | RP241 | ROOM CHARGE | 69.00 ✓ | |
| 11Mar05 | RT241 | ROOM TAX | 8.97 ✓ | |
| 12Mar05 | AX241 | AMERICAN EXPRESS | | 90.96- |

```
                ************************************
              * Your AMERICAN EXPRESS card on file *
              * will be charged $    90.96         *
                ************************************
```

```
        **   BALANCE   **                    .00
```

Marriott Rewards Club Member: XXXXX6636.   Retain this receipt for your records.

### Latest News From Marriott Rewards

It's MegaBonus time with Marriott Rewards!  Earn
bonus points for your stays thru 6/1/05, and get
to your dream vacation faster than you imagined.
Visit Marriottrewards.com for details.

It's MegaBonus time with Marriott Rewards!  Earn
bonus points for your stays thru 6/1/05, and get
to your dream vacation faster than you imagined.
Visit Marriottrewards.com for details.

GUEST SIGNATURE _____

COURTYARD RESERVATIONS (800) 321 2211

www.ashospitality.com 6-2784  rev. 6/03

Exhibit E

**DOUBLETREE**
**HOTEL**
PHILADELPHIA

237 South Broad Street • Philadelphia, PA 19107
Phone (215) 893-1600 • Fax (215) 893-1663
Reservations
www.philadelphia.doubletree.com

| Name & Address |
| --- |

ENAULT, RICHARD
BOX 1190
ALEXANDRIA, LA 71309
US

RACK

Room             702/BQN
Arrival Date     03/10/0511:00PM
Departure Date   03/11/05

Adult/Child      1/0
Room Rate        $189.00

RATE PLAN        LV3
HH#  896631931 SILVER
AL:  CO  #SF591107
BONUS AL:                      CAR:

CONFIRMATION NUMBER : 81335200

03/10/05      PAGE          1

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
| --- | --- | --- | --- |
| 03/10/05 | 2676588 | GUEST ROOM | $189.00 ✓ |
| 03/10/05 | 2676588 | OCCUPANCY TAX-PA | $13.23 ✓ |
| 03/10/05 | 2676588 | OCCUPANCY TAX-CITY 6% | $11.34 ✓ |
| 03/10/05 | 2676588 | OCCUPANCY TAX-CITY 1% | $1.89 ✓ |
| | | WILL BE SETTLED TO AX **********1005 | $215.46 |

**Hilton HHonors®**
*Points & Miles*

*Hilton HHonors (R) stays post to your account within 72 hours of checkout.  To check your earnings for this stay or any other stay at more than 2,700 hotels worldwide visit www.hiltonhhonors.com*

*You may be leaving, but you don't have to say goodbye. For information, reservations, or a subscription to our monthly Doubletree (R) Items e-newsletter with news and offers, just visit doubletree.com*

## EXPRESS CHECK-OUT

**Good Morning !  We hope you enjoyed your stay.  With Express Check-Out there is no need to stop at the Front Desk to check out.**

- Please review this statement.  It is a record of your charges as of late last evening.
- For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an updated statement.
  + or request an updated statement be mailed to you within two business days.

Simply call the Front Desk from your room and tell us when you are ready to depart.  Your account will be automatically checked out and you may use this statement as your receipt.  Feel free to leave your key(s) in the room.
*Please call the Front Desk if you wish to extend your stay or if you have any questions about your account.*

| DATE OF CHARGE | FOLIO NO./CHECK NO. | |
| --- | --- | --- |
| AUTHORIZATION | 447595 | INITIAL |
| PURCHASES & SERVICES | | |
| TAXES | | |
| TIPS & MISC. | | |
| TOTAL AMOUNT | 0.00 | |

PAYMENT DUE UPON RECEIPT - 1.5% PER MONTH INTEREST CHARGE WILL BE APPLIED TO ALL PAST DUE INVOICES.

THANK YOU

Exhibit E

```
*******************************************
CHECK # 9322              DATE 03/11/05
                          TIME  18:03
===========================================

   ---   COUNTER : TAKEOUT    ---

   ITEMS ORDERED           AMOUNT

   1 FRUIT SALAD            5.95
   1 ATLNTC                 7.95
   1 CALIFORNIA ROLL        4.20

*******************************************

   SUBTOTAL            18.10
       TAX              1.27
-------------------------------------------
   TOTAL DUE           19.37 ✓
-------------------------------------------

           # OF GUESTS        1

   THANK YOU FOR JOINING US AT
        SKY ASIAN BISTRO

   TRY OUR OTHER LOCATIONS
      JET ROCK TERMINAL B
      JET ROCK TERMINAL C
      JET ROCK TERMINAL D      √10XX
      JET ROCK TERMINAL F
    CIBO BISTRO TERMINAL B
   CIBO BISTRO TERMINAL ONE
```

New Orleans Int'l
Airport

```
Cashier    5    Seq # 27386
License Plate : XX W353428
Ent : 15:10 03/10/05 Lane 8
Exit: 22:49 03/11/05 Lane 52

            FEE $     30.00
   AMOUNT TEND $      40.00
          CASH $      30.00
   CREDIT CARD $       0.00
         CHECK $       0.00
      CHANGE DUE $    10.00

   PAID IN FULL $     30.00 ✓
       Taxes Included
     *** Thank You ***        √10XX
```



Passenger's Receipt - Taxicab Fare   Alcon

3/11/05

7 ✓

Exhibit E

## CLASS ACTION / MASS TORT REIMBURSEMENT REQUEST

Who is requesting reimbursement?   Neblett, Beard & Arsenault                    Richard J. Arsenault
                                                   (Firm Name)                                          (Individual Name)

Who is being asked to pay this?   ☑   Neblett, Beard & Arsenault

                                  ☐   Litigation Group _____

                                                          (Name of Litigation Group)

Which mass tort / class action case does this involve?  Vioxx   104.88888

| MAKE CHECK PAYABLE TO | EXPENSE REIMBURSEMENT | DESCRIPTION | AMOUNT |
|---|---|---|---|
|  | Mileage |  |  |
|  | Hotel |  |  |
|  | Hotel Tax & Fees |  |  |
|  | Airfare |  |  |
| Richard J. Arsenault | Meal | meal at airport in New Orleans | $9.92 |
|  | Car Rental |  |  |
|  | Fuel for Rental Car |  |  |
|  | Cabs |  |  |
|  | Parking |  |  |
|  | Gratuities |  |  |
|  |  | **TOTAL** | $9.92 |

Date(s) Expense Incurred:  March 10, 2005     Location of Activity: Philadelphia, PA

Reason for Expense: Attended the deposition of Dr. Bold in Philadelphia.

How is this expense to be charged?

☐   Do not charge to any client; this represents a non-reimbursable operating expense.

> Note to Accounting: "Operating Overhead Deductible Expenses" cost sheet

☐   Charge to all clients involved in this litigation on a shared basis.

> Note to Accounting: "General Shared Client Reimbursable Expenses" cost sheet

MAR 2 3 2005

127481

☐   Only charge to Individual Client involved with expense in question.   _____

                                                                        (Name of Client)

> Note to Accounting: "Specific Client Reimbursable Expenses" cost sheet

☑   Charge to PSC/MDL

> Note to Accounting: These are expenses we expect to receive reimbursement for from a PSC (possibly a MDL PSC if applicable). Post this charge to the "PSC/MDL" cost sheet.

Signature: _____     Receipt Attached: _____

Exhibit E

VIOXX

```
            CA ONE SERVICES INC.
         ** New Orleans Airport **
          ** Garden City Bistro **

     1015 Penny R.
     ---------------------------------------
     1979 MAR10'05  3:42PM
     ---------------------------------------

       1 VITO HAM & SWISS      6.95
       1 Bottled Soda          1.95

         Subtotal             8.90
         Total Tax            1.02
         Total Paid......  9.92
         Cash (PRT)          20.00
         Change Owed.....    10.08

     *******************************
      PROVIDING CARE AND COMFORT
        TO PEOPLE AWAY FROM HOME
     ****************************
      Customer Service Feedback at
          www.CA1feedback.com
        or call 1-800-610-4CA1
     *******************************
```

*Depo Dr. Bold*
*Philadelphia*

## CLASS ACTION / MASS TORT REIMBURSEMENT REQUEST

Who is requesting reimbursement? Neblett, Beard & Arsenault

Attorney Team
Rebecca Todd-Mike Breinin-Margaret Parker-Mary Lorenz-Holly Lamarche-William Percy

Who is being asked to pay this?  ☒  Neblett, Beard & Arsenault

☐  Litigation Group _____
(Name of Litigation Group)

Which mass tort / class action case does this involve?     Vioxx - 104.88888

| MAKE CHECK PAYABLE TO | EXPENSE REIMBURSEMENT | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | Mileage | Team - 800 miles | √ 320.00 |
| | Hotel | 3 Rooms - Team | √ 1204.92 |
| | Airfare | | |
| | Meals | Team | √ 564.06 |
| | Parking | | |
| | Seminar | | |
| | Miscellaneous | | |
| | Gratuities | | |
| | | TOTAL | 2088.98 |

| Date(s) Expense Incurred: Week of March 21, 2005 | Location of Activity: Montgomery, AL. |
|---|---|

Reason for Expense:
Travel to Montgomery, Alabama for Vioxx document review in preparation for upcoming depositions

How is this expense to be charged?

☐  Do not charge to any client; this represents a non-reimbursable operating expense.

> Note to Accounting: "Operating Overhead Deductible Expenses" cost sheet

☐  Charge to all clients involved in this litigation on a shared basis.

> Note to Accounting: "General Shared Client Reimbursable Expenses" cost sheet

☐  Only charge to Individual Client involved with expense in question. _____
(Name of Client)

> Note to Accounting: "Specific Client Reimbursable Expenses" cost sheet

☒  Charge to PSC/MDL.

> Note to Accounting: These are expenses we expect to receive reimbursement for from a PSC (possibly a MDL PSC if applicable). Post this charge to the "PSC/MDL" cost sheet.

Exhibit E

JUN-09-2005  11:50                                                                                    P.54/90



Name & Address

TOL  REBECCA
D. DRAWER H
RESERVE, LA 70084

Room:
Arrival Date: 307/TDBN
Departure Date: 03/21/05
03/24/05 6:38AM
Adult / Child
Room Rate: 2/0
$ 119.00

**EMBASSY SUITES**
HOTEL®

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 265-5055   Fax: (334) 269-0384

Rate quoted based on arrival date and length of stay. Should you choose to depart early, rate is
subject to change.  INIT ___

RATE PLAN    L-P19
HH# 80973340B GOLD
AL: CO  #TU217851
CAR:

Hilton HHonors®

CONFIRMATION NUMBER : 80234542

03/24/05     PAGE     1

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL
ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE
RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS
OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO
BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE
CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT
OF $0.75 WILL BE APPLIED TO MY ACCOUNT. IN THE EVENT OF AN EMERGENCY, I, OR
SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A
PHYSICAL DISABILITY, PLEASE INDICATE YES BY CHECKING HERE: ☐
A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

GUEST SIGNATURE

X

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 03/21/05 | 1193854 | GUEST ROOM | $119.00 ✓ |
| 03/21/05 | 1193854 | LODGING TAX | $14.88 ✓ |
| 03/22/05 | 1194183 | GUEST ROOM | $119.00 ✓ |
| 03/22/05 | 1194183 | LODGING TAX | $14.88 ✓ |
| 03/23/05 | 1194460 | MONTGOMERY'S | $19.43 ✓ |
| 03/23/05 | 1194469 | MONTGOMERY'S | $78.00 ✓ |
| 03/23/05 | 1194558 | GUEST ROOM | $119.00 ✓ |
| 03/23/05 | 1194558 | LODGING TAX | $14.88 ✓ |
| 03/24/05 | 1194690 | AX ***********5008 | ($499.07) |
| | | **  BALANCE  ** | $0.00 |

EXPENSE REPORT SUMMARY

| | 03/21/05 | 03/22/05 | 03/23/05 | TOTAL |
|------|----------|----------|----------|-------|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $401.64 |
| FOOD & BEVERAGE | $0.00 | $0.00 | $97.43 | $97.43 |
| DAILY TOTAL | $133.88 | $133.88 | $231.31 | $499.07 |

Hilton HHonors (R) stays post to your account within 72 hours of checkout. To check your earnings
for this stay or any other stay at more than 2,700 hotels worldwide visit www.hiltonhhonors.com

H O T E L

AX ***********5008                          03/21/05          305013    A

TODD, REBECCA                                569046

The Hilton Family

       

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit E



**EMBASSY SUITES**
**HOTEL®**

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055  Fax: (334) 269-0360

Hilton HHonors™

Name & Address

REBECCA
DRAWER H
RESERVE, LA 70084

Room:
Arrival Date: 03/21/05 9:30AM
Departure Date: 03/24/05 6:49AM
Room Rate: 1/0
$ 119.00

Adult / Child

Rate quoted based on arrival date and length of stay.

RATE PLAN        P49
HH# 809753408 SILVER
AL: CO #TU217851
CAR:

CONFIRMATION NUMBER : 80234542

03/24/05    PAGE    1

GUEST SIGNATURE
X

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 03/21/05 | 1193788 | MONTGOMERY'S | $9.75 ✓ |
| 03/21/05 | 1193879 | GUEST ROOM | $119.00 ✓ |
| 03/21/05 | 1193879 | LODGING TAX | $14.88 ✓ |
| 03/22/05 | 1194209 | GUEST ROOM | $119.00 ✓ |
| 03/22/05 | 1194209 | LODGING TAX | $14.88 ✓ |
| 03/23/05 | 1194453 | MONTGOMERY'S | $25.00 ✓ |
| 03/23/05 | 1194464 | MONTGOMERY'S | $17.39 ✓ |
| 03/23/05 | 1194578 | GUEST ROOM | $119.00 ✓ |
| 03/23/05 | 1194578 | LODGING TAX | $14.88 ✓ |
| /05 | 1194695 | AX **********5008 | ($453.78) |

** BALANCE **        $0.00

EXPENSE REPORT SUMMARY

| | 03/21/05 | 03/22/05 | 03/23/05 | TOTAL |
|---|---|---|---|---|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $401.64 |
| FOOD & BEVERAGE | $9.75 | $0.00 | $42.39 | $52.14 |
| DAILY TOTAL | $143.63 | $133.88 | $176.27 | $453.78 |

EMBASSY SUITES
HOTEL

AX **********5008          03/21/05     305012    A

TODD, REBECCA            541883



The Hilton Family

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit E

JUN-09-2005  11:50                                                                    P.56/90



**EMBASSY SUITES**
**HOTEL**

Name & Address

TODD, REBECCA
D, DRAWER H
RESERVE, LA 70084

Room:
Arrival Date: 334/TDBN
Departure Date: 03/21/05 9:31AM
                03/24/05 6:49AM
Adult / Child
Room Rate: 1/0
            $ 119.00

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone (334) 269-5055    Fax (334) 269-0164

Hilton HHonors

Rate quoted based on arrival date and length of stay. Should you check out prior to departure date, rate is subject to change.  INIT _____

RATE PLAN    L-P19
ITEM 814043575 SILVER
AL:  CO #TU217851
CAR:

CONFIRMATION NUMBER : 80234542

03/24/05     PAGE    1

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHANGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY, PLEASE INDICATE YES BY CHECKING HERE □
A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

GUEST SIGNATURE

X

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 03/21/05 | 1193731 | MONTGOMERY'S | $22.00 ✓ |
| 03/21/05 | 1193806 | MONTGOMERY'S | $58.34 ✓ |
| 03/21/05 | 1193877 | GUEST ROOM | $119.00 ✓ |
| 03/21/05 | 1193877 | LODGING TAX | $14.88 ✓ |
| 03/22/05 | 1194206 | GUEST ROOM | $119.00 ✓ |
| 03/22/05 | 1194206 | LODGING TAX | $14.88 ✓ |
| 03/23/05 | 1194390 | MONTGOMERY'S | $22.00 ✓ |
| 03/23/05 | 1194576 | GUEST ROOM | $119.00 ✓ |
| 03/23/05 | 1194576 | LODGING TAX | $14.88 ✓ |
| 03/24/05 | 1194696 | AX ***********5008 | ($503.98) |

** BALANCE **     $0.00

EXPENSE REPORT SUMMARY

|  | 03/21/05 | 03/22/05 | 03/23/05 | STATE | TOTAL |
|---|---|---|---|---|---|
| ROOM & TAX | $133.88 | $133.88 | $133.88 |  | $401.64 |
| FOOD & BEVERAGE | $80.34 | $0.00 | $22.00 |  | $102.34 |
| DAILY TOTAL | $214.22 | $133.88 | $155.88 |  | $503.98 |

EMBASSY SUITES

HOTEL

AX ***********5008                          03/21/05      301622      A

TODD, REBECCA                               543641

The Hilton Family

       

Hilton      CONRAD      DoubleTree      EMBASSY SUITES      Hampton Inn      Hilton Garden Inn      HOMEWOOD SUITES

Reservations: www.embassysuites.com or 1 800 EMBASSY

Exhibit E

**** ****** *5008      AMEX      03/24/05
DE JR                      INVOICE 131659
01-2070 AUTH 00-584722   REF 95000120220
00031896033-09   MCINTYRE TRAVEL CENT
I 65 SOUTH @ HWY 8  EVERGREEN      AL

GROC                           5.99
SODA                           2.28
       TAX   0.66 Total      $8.93
CUSTOMER COPY

Lek's Railroad Thai
300.B Water Street
Montgomery, AL 36104
334-269-0708

Server: Cathy            DOB: 03/22/2
08:47 PM                     03/22/2
12/1                          1/10

Am Ex                        2097
Card #37269966916XXXX        Exp:C
Magnetic card present: JRDE
Approval: 583721

            Amount:      113.14

  + Included Gratuity:    22.63

  + Additional Tip: _____

        = Total:  |35.77|

X_____
Approval: 583721

     *****Attn. Guest******
        NO CHECKS PLEASE
     PLEASE PAY YOUR SERVER

     ******Guest's Copy******

SUBWAY #27232
ROUTE 2 BOX 389-2
EVERGREEN AL 36401-9803
251-578-3600

C O P Y
03/24/2005  14:59:06
Sale:

Transaction #              9
Card Type:              AMEX
Acc:       ***********5008
Entry:              Swiped
Total:          14.44

Device ID:              2426
Auth.Code:            549700
Respon. AUTH/TKT  549700
Merchant number  ***12426

CUSTOMER COPY

NO SIGNATURE UNDER $25
SWIPE N GO

MOES 'SOUTHWEST GRILL
7028 E CHASE PKWY
MONTGOMERY, AL 36117

TIME  7:47 PM    DATE 03/21/05
TERM# 00000POS   MER# 000903218060999
TRAN TYPE SALE
#xxxxxxxxxxxxx5008
CARD TYPE AMEX
SEQ #  100
TICKET #  0000034817
AUTH CODE 521578

TOTAL             $1.42

Exhibit E

JUN-09-2005  11:50                                                          P.51/90

**SUBWAY I**
**22 DEXTER AVE**
**MONTGOMERY, AL 36104**
**334-265-1213**

BATCH: 043
S-A-L-E-S  D-R-A-F-T
73205001
010364436000

REF#    C033
CD TYPE: AMEX
TR TYPE: PURCHASE
DATE:   MAR 23, 05  13:01:02

**TOTAL          $17.51**

ACCT: 372699669165008        EXP: 07/09
AP: 522095
NAME: DE JR

CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICES IN THE AMOUNT OF THE
TOTAL SHOWN HEREON AND AGREES TO PERFORM
THE OBLIGATIONS SET FORTH BY THE
CARDMEMBER'S AGREEMENT WITH THE ISSUER

**MOES SOUTHWEST GRILL**
7028 E CHASE PKWY
MONTGOMERY, AL 36117

TIME   7:31 PM    DATE 03/21/05
TERM# 00000POS    MER# 000903218060999
TRAN TYPE SALE
#xxxxxxxxxxxx5008
CARD TYPE AMEX
SEQ #  091
TICKET #  0000034907
AUTH CODE 588991

**TOTAL              $20.30**

IF ' CFFV

12 W. JEFFERSON ST.
MONTGOMERY, ALABAMA 36104
(334) 834-BREW

te:            03/21/05
ne:            1:06 PM
ver:           73. TOGO
er:            370246
cription:      Table TOGO1

d Type:        AMEX
d No:          **********5008
ires:          0708
r Code:        50845B

chases:        $    11.11

:              $_____

al:            $_____
         JR/DE

e to pay the above total amount
according to the card issuer agreement.

SIGN ONE COPY
KEEP ONE COPY

Exhibit E

COMPAC 502
4440 GRAND BAY
GRAND BAY   AL  36541
251-865-6811

| Descr.. | qty | amount |
|---|---|---|
| <CUSTOMER COPY> | | |
| T  DASANI WATER 20 | 1 | 1.19 |
| T  20 OZ DR. PEPPER | 1 | 1.19 |
| T  DASANI WATER 1 L | 2 | 2.58 |
| T  JACK LINK ORIG B | 1 | 5.99 |
| T  MIXED EACH | 2 | 1.38 |
| T  RED BULL ENERGY | 1 | 1.99 |
| T  20 OZ DR. PEPPER | 1 | 1.19 |
| T  JACK LINK TYSON | 1 | 5.99 |
| T  20 OZ SPRITE DIE | 1 | 1.19 |
| T  16 OZ COFFEE CUP | 2 | 1.98 |
| T  PENNICAN STK TIP | 1 | 4.99 |

```
              Sub Total      29.66
                   Tax        1.63
         TOTAL_            31.29
              CREDIT  $      31.29
XXXXXXXXXXXX3008              E/AMEX
```

Stn# 00205101  005
Inv# 0187817
Auth# 521456

THANKS.COME AGAIN
THANK YOU PLEASE
***COME AGAIN***
REG# 0002 CSH# 005 DR# 01 TRAN# 21225
05/21/05  06:40:41            STR#  502

SUBWAY I
22 DEXTER AVE
MONTGOMERY, AL 36104
334-265-1213

BATCH: 041
S-A-L-E-S  D-R-A-F-T
73205801
010364436000

REF:    3833
CD TYPE: AMEX
TR TYPE: PURCHASE
DATE:*  MAR 21, 05  12:42:28

TOTAL              $15.33

ACCT: 37289669165008        EXP: 07/08
AP: 527847
NAME: DE JR

CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICES IN THE AMOUNT OF THE
TOTAL SHOWN HEREON AND AGREES TO PERFORM
THE OBLIGATIONS SET FORTH BY THE
CARDMEMBER'S AGREEMENT WITH THE ISSUER

251-865-5363    1-877 -
          GUEST RECEIPT
      ORDER #0400030 REGN4

Item Recap
  1 BRKFST BURRITO

```
  1 BRKFST BURRITO      $  2.69

SUB-TOTAL   TAX   TOTAL  TENDER  CHANGE
$  2.69  $  0.15  $  2.84  $  3.00  $  0.16
```

HERE  # 1



MCINTYRE TRAVEL CT
RT 2 BOX 390 HWY83
EVERGREEN, AL.36401

MCINTYRE TRAVEL CENT
I 65 SOUTH @ HWY 8
EVERGREEN          AL
DLR# 00031896033

03/24/05      13:07:31
AMEX                ACCT#
**** ****** *5006
RCPT# 7-8230
INV# 130720
REF# 96000120202
AUTH# 00 APPR 581405

JMP# 5            SELF
NLEAD        25.358G
PRICE/GAL      $2.169
FUEL TOTAL     $55.00
TOTAL          $55.00

THANK YOU!!!
WE APPRECIATE
YOUR BUSINESS!!!

STEAK-OUT CARTER HIL.
2930 CARTER HILL RD.
MONTGOMERY, AL 36106

Shell V-Power.
Actively cleans
  as you drive

Invoice # 0084368
Date       03/21/05
Time       04:24AM
Auth #     00547846

JR/DE

Pump   Gallons  Price
07     25.773  $1.999

Product         Amount
  Unleaded      $51.52

Total Sale      $51.52

  Shell V-Power,
our most advanced
   fuel ever.

Exhibit E

$2^{∞}$

104.88888

# LAW OFFICES OF DANIEL E. BECNEL, JR.
106 West Seventh Street
Post Office Drawer "H"
Reserve, Louisiana 70084
Telephone: 985/536-1186; Fax: 985/536-6445

## TELECOPY COVER SHEET

TO: Richard Arsenault

FAX NO.: (318) 561-2591          TELEPHONE NO.: _____

FROM: Daniel E. Becnel, Jr.

DATE: March 23, 2005

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 4 Vioxx

MESSAGE:

POSTED-CAR

This facsimile communication contains information that is intended only for the recipient named and may be confidential and subject to the attorney-client privilege. If you are not the intended recipient or an agent responsible for delivering this communication to the intended recipient, you are hereby notified that you have received this facsimile in error, and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original facsimile to us by mail without retaining any copies. Thank you.

Exhibit E



**FedEx**

| | |
|---|---|
| **Invoice Number:** | **5-412-13995** |
| Invoice Date: | Mar 10, 2005 |
| Account Number: | 1067-7798-5 |
| Page: | 13 of 18 |

## FedEx Express Shipment Detail By Payor Type (Original)

Dropped off: Mar 02, 2005     Payor: Shipper     Reference: VIOXX  *104-88888*

*FPB*
*VIOXX*

- Fuel Surcharge - FedEx has applied a fuel surcharge of 7.50% to this shipment.
- Distance Based Pricing, Zone 2

| | | | |
|---|---|---|---|
| Tracking ID | 849288836185 | **Sender** | **Recipient** |
| Service Type | FedEx Priority Overnight | RICHARD J ARSENAULT | HON LORETTA G WHYTE |
| Package Type | FedEx Envelope | NEBLETT BEARD ARSENAULT ATTYS | CLERK OF COURT USDC EASTERN DI |
| Zone | 2 | 2220 BONAVENTURE CT | 500 POYDRAS ST RM C151 |
| Packages | 1 | ALEXANDRIA LA 71301-3374-US | NEW ORLEANS LA 70130 US |
| Weight | N/A | | |
| Delivered | Mar 03, 2005 10:39 | Transportation Charge | 5.45 |
| Svc Area | A1 | Fuel Surcharge | 0.41 |
| Signed by | D.GERTIJANSEN | | |
| FedEx Use | 061110450/0000192/_ | Total Charge     *127479*     USD $ | 5.86 |

MAR 2 3 2005

---

**FedEx** US Airbill     FedEx Tracking Number  8492 8683 6165

0215                                    **Sender's Copy**

**1 From** Please print and press hard.

Date  3-2-05     Sender's FedEx Account Number  1067-7798-5

Sender's Name  Richard J. Arsenault     Phone ( 318 ) 487-9874

NEBLETT BEARD ARSENAULT ATTYS

Address  2220 BONAVENTURE CT                          Dept/Floor/Suite/Room

City  ALEXANDRIA     State  LA     ZIP  71301-3374

**2 Your Internal Billing Reference**  Vioxx     OPTIONAL
First 24 characters will appear on invoice.

**3 To**
Recipient's Name  Hon. Loretta G. Whyte     Phone ( 504 ) 589-7600

Company  Clerk of Court, USDC, Eastern District of LA

Recipient's Address  500 Poydras Street, Room C151
We cannot deliver to P.O. boxes or P.O. ZIP codes.                     Dept/Floor/Suite/Room

Address
To request a package be held at a specific FedEx location, print FedEx address here.

City  New Orleans     State  LA     ZIP  70130

Try online shipping at fedex.com.

Questions? Visit our Web site at fedex.com
or call 1.800.GoFedEx 1.800.463.3339.     0293386449

**4a Express Package Service**     Packages up to 150 lbs.

XX FedEx Priority Overnight
☐ FedEx Standard Overnight
☐ FedEx First Overnight

☐ FedEx 2Day
☐ FedEx Express Saver

**4b Express Freight Service**     Packages over 150 lbs.

☐ FedEx 1Day Freight
☐ FedEx 2Day Freight
☐ FedEx 3Day Freight

**5 Packaging**
XX FedEx Envelope*
☐ FedEx Pak*
☐ FedEx Box
☐ FedEx Tube
☐ Other

**6 Special Handling**     Include FedEx address in Section 3.

☐ SATURDAY Delivery
☐ HOLD Weekday
☐ HOLD Saturday

Does this shipment contain dangerous goods?
One box must be checked.

☐ No
☐ Yes As per attached Shipper's Declaration
☐ Yes Shipper's Declaration not required
☐ Dry Ice     ☐ Cargo Aircraft Only

**7 Payment** Bill to:

XX Sender
☐ Recipient
☐ Third Party
☐ Credit Card
☐ Cash/Check

Total Packages  1     Total Weight     Total Declared Value $ .00

**8 Sign to Authorize Delivery Without a Signature**

466

# CLASS ACTION / MASS TORT REIMBURSEMENT REQUEST

Who is requesting reimbursement?    Neblett, Beard & Arsenault
(Firm Name)                                                   Richard J. Arsenault
(Individual Name)

who is being asked to pay this?    ☑  Neblett, Beard & Arsenault

☐  Litigation Group _____

(Name of Litigation Group)

Which mass tort / class action case does this involve?  Vioxx  104.88888

| MAKE CHECK PAYABLE TO | EXPENSE REIMBURSEMENT | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | Mileage | | |
| American Express | Hotel | | √ $155.00 √ |
| American Express | Hotel Tax & Fees | | √ $23.15 √ |
| | Airfare | | |
| American Express | Meal | | √ 31.14 √ |
| American Express | Car Rental | New Orleans to Alexandria | √ $109.81 √ |
| American Express | Fuel for Rental Car | Courthouse to Airport for car rental pickup | √ $15.58 √ |
| Richard J. Arsenault | Cabs | | √ $30.00 |
| | Parking | | |
| | Gratuities | | $4.00 |
| | | TOTAL | $368.68 |

| | |
|---|---|
| Date(s) Expense Incurred:  March 18, 2005 | Location of Activity: New Orleans, LA |
| Reason for Expense: Attended status conference. | |

## How is this expense to be charged?

☐  Do not charge to any client; this represents a non-reimbursable operating expense.

Note to Accounting: "Operating Overhead Deductible Expenses" cost sheet

☐  Charge to all clients involved in this litigation on a shared basis.

Note to Accounting: "General Shared Client Reimbursable Expenses" cost sheet

MAR 2 3 2005

137482

☐  Only charge to Individual Client involved with expense in question. _____

Note to Accounting: "Specific Client Reimbursable Expenses" cost sheet                    (Name of Client)

☑  Charge to PSC/MDL    Note to Accounting: These are expenses we expect to receive reimbursement for from a PSC (possibly a MDL PSC if applicable). Post this charge to the "PSC/MDL" cost sheet.

Signature: _____          Receipt Attached: _____√_____

Exhibit E



Hyatt Regency New Orleans
Poydras at Loyola Avenue
New Orleans, Louisiana 70113-1805 USA
504.561.1234
FAX: 504.587.4141

| Last Name ARSENAULT | First Name RICHARD | | Folio 1 | Page 1 |
|---|---|---|---|---|
| Street PO BOX 1190 | | | Room 2305 | |
| | | | Rate 155.00 | |
| City ALEXANDRIA | State LA | Zip Code 713091190 | Arrival 03/17/05 THU | |
| | | | Departure 03/18/05 FRI | |
| (318) 487-9874 | | 1/0 | Bonuses | Type CCARD |
| | | | Account XXXXXXXXXX11005   XX/XX | |

| DATE | DESCRIPTION | CHARGE/CREDIT | DATE | DESCRIPTION | CHARGE/CREDIT |
|---|---|---|---|---|---|
| 03/17 | CORPORATE ROOM | 155.00 ✓ | | | |
| 03/17 | *ROOM TAX | 20.15 ✓ | | | |
| 03/17 | *OCCUPANCY TAX | 3.00 ✓ | | | |
| 03/18 | ROOM SERV-BKFST | 31.14 ✓ | | | |
| 03/18 | XXXXXXXXXX11005   ExXX/XX | -209.29 | | | |
| | Total Due | .00 | | | |

AMERICAN EXPRESS    1170101406

Your account (G20000695F) will be credited for all eligible
charges: * indicates an ineligible charge.

"Thank you for Choosing the Hyatt Regency New Orleans.
We hope that you have enjoyed your stay with us.
If you have any comments regarding your visit, please
contact us at our " QUALITY ASSURANCE " email address
bwest@msynpo.hyatt.com
On your Next visit to New Orleans remember to visit us at
    WWW.HYATT.COM for the best rate offered

Signature

*I agree that my liability for this bill is not waived and I agree to be held personally liable in the
event that the indicated person, company or association fails to pay for any part or the full
amount of these charges.*

Exhibit E

_____ 20 ___   Will you need a cab later?
FARE $ 30.00 √   Going to the airport?
CAB # _____   May we book you for the trip?
                  Sightseeing and out of town trips.
BY _____      Package Deliveries
524-9606  522-9771  Personalized Service
          *Over 420 Two-Way Radio Cabs*
UNITED CABS, INC.      Jeff of House to
1634 Euterpe St.       airport
New Orleans, LA 70130

Exhibit E

≋National

Rental Location
NEW ORLEANS ARPT
225 EAST AIRLINE HWY KENNER
NEW ORLEANS        LA    70062

Return Location
ALEXANDRIA ARPT
1303 BILLY MITCHELL RD
ALEXANDRIA         LA    71303

Vehicle #        5F185199
Model            MALIBU LS
Class Driven     FCAR
Class Charged    ZTWAR
Licensee#        ZTWAR
State/Province   TEXAS
License#         214
M/Kms Driven
M/Kms Out        8060
M/Kms In         8060

Rate Info

Messages
¥ Taxable Items
Subject to Audit

Customer service Number 1-800-468-3334

RA # 310699804

19-MAR-2005 09:00 PM

Phone (504)469-0582

19-MAR-2005 01:30 PM

Phone (318)448-1122

Invoice #        360062479590

Renter Name  RICHARD ARSENAULT
             5510 BAYOU RAPIDS RD
             ALEXANDRIA          LA  71303

VDCH
Contract ID          VDCH

| Charges | No | Unit | Price/Unit | Amount |
|---|---|---|---|---|
| TIME & DISTANCE | | | | |
| UNLIMITED MILES/KM - TIME & DIST | 1 | Days | 86.89 | 86.89 ¥ |
| | | M/Kms | | 0.00 ¥ |
| CONCESSION RECOUP FEE 11.11 PCT | | | 86.89 | 9.65 ¥ |
| AUTO RTL EXC TAX @13.750 % | | | 96.54 | 13.27 ¥ |

Total Charges                              USD 109.81

Payments
American Express    5B6Ó57   19-MAR-2005   1005   109.81
AUTH:

Payment                              -109.81

Amount Due                           USD 0.00

---



**FastPay**

28 CHEVRON  B:
3 COLISEUM
<ANDRIA, LA

19/05               13
#             00203

K
XXXXXXXXX1005

'H#              525 ~
#               1998
DIT            UNL
/P#05           7.
LONS
@ $2.069/GAL
FUEL $15.~~       $15.~~

TL/NOTAX       $15.58
TOTAL          $15.58

THANK YOU,
COME AGAIN.

fuel for
rental vehicle

Exhibit E

≋≋ National

RA # 310599804

RICHARD ARSENAULT
RES # 327397913

RATE RULES APPLICATIONS
ONEWAY DAILY QUESTIONS
One Way Rate

RENTAL LOCATION
NEW ORLEANS ARPT
220 EAST AIRLINE HWY       KENNER
NEW ORLEANS LA 70062
504 469 0532

RETURN LOCATION
ALEXANDRIA ARPT
1909 BILLY MITCHELL RD
ALEXANDRIA LA 71303
318 443 1122

RENTAL DATE
18-MAR-2005
RENTAL TIME
09:50 PM

RETURN DATE
19-MAR-2005
RETURN TIME
01:00 PM

ALEXANDRIA LA 71303

VCDM
CONTRACT ID    VCDM

VEHICLE INFORMATION
RESERVED    FCAR
DRIVEN      FCAR
CHARGED     FCAR
MAKE
MODEL
COLOR

ODOMETER    0
VEHICLE #

CHARGES
* TIME & DISTANCE
* TIME & DISTANCE
* TIME & DISTANCE
* UNLIMITED MILES/KM-TIME &
* REFUELING SERVICE CHARGE
* CONCESSION RECOUP FEE 11.11 PCT @ 11.11%
AUTO RTL EXC TAX 13.75%

UNIT
WEEK
1 Day
Hour
M/KM
Gallon

PRICE/UNIT
347.56
86.89 Ea
43.44
5.00
9.65
13.27

PAYMENTS /
AMERICAN EXPRESS 1005   Auth #

(All Charges Are Estimate Only - Subject to change if
vehicle not returned to the location on date and time
specified, or if fuel tank is not full at return and
fuel service option was not purchased)

ESTIMATED CHARGES                                            109.81

I DECLINE OPTIONAL LOSS DAMAGE WAIVER.
I DECLINE PERSONAL EFFECTS COVERAGE (PEC).
I DECLINE PERSONAL ACCIDENT INSURANCE (PAI) WITH PERSONAL
I DECLINE OPTIONAL THIRD PARTY BODILY INJURY AND PROPERTY DAMAGE INSURANCE (SLI).

NOTICE: NATIONAL DOES NOT PROVIDE ANY LIABILITY PROTECTION OR ANY OTHER KIND OF INSURANCE WHICH COVERS THE RENTAL VEHICLE. THIS
MEANS THAT, UNLESS I PURCHASED EXTENDED PROTECTION OR PROTECTION PLUS, I AND ANY OTHER AUTHORIZED DRIVER WILL BE RESPONSIBLE
FOR PROVIDING LIABILITY INSURANCE FOR LIABILITY ARISING OUT OF THE USE OF THE RENTAL VEHICLE. I ACKNOWLEDGE I HAVE READ THIS
NOTICE.

PLEASE READ IMPORTANT INFORMATION REGARDING AUTHORIZED DRIVERS
ON THE BACK OF THIS AGREEMENT

PAGE
1 OF 2

RA # 310599804

03/24/05  THU 11:44 FAX 3185612592          NEBLETT BEARD ARSENAULT                ☑001

```
*********************
***   TX REPORT   ***
*********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 4019 |
| CONNECTION TEL | 6612256646925 |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 03/24 11:43 |
| USAGE T | 00'46 |
| PGS. | 2 |
| RESULT | OK |

*2.00*



RICHARD J. ARSENAULT*
C. MICHAEL BOLLINGER
DAVID O. WALKER **
PAUL J. TELLARICO
WILLIAM S. NEBLETT***
MICHAEL S. KOCH
WESLEY J. GRALAPP
GARY J. ARSENAULT
EDWARD E. ROBERTS, III
STEVEN M. RACHAL
JOHN R. WHALEY
L. LARAMIE HENRY

A REGISTERED LIMITED LIABILITY PARTNERSHIP, INCLUDING LAW CORPORATIONS

ROBERT B. NEBLETT (1991)
RICHARD W. BEARD (1988)

---

* LAW CORPORATION
  ALSO ADMITTED IN
  COLORADO, TEXAS
  AND WASHINGTON, D.C.
** LAW CORPORATION
  ALSO ADMITTED IN TEXAS
*** ALSO ADMITTED IN TEXAS

---

J. PHILLIP TERRELL, JR.
OF COUNSEL.

## FACSIMILE TRANSMITTAL SHEET

### March 24, 2005

**TO:**            **Mr. Calvin C. Fayard, Jr.**      **225-664-6925**

**FROM:**          **RICHARD J. ARSENAULT**

**NUMBER OF PAGES:**    **2**
**(includes transmittal)**

POSTED-CAR

**RE:**            **Vioxx**

*104.88888*

**CONFIDENTIALITY NOTICE**

THE ENCLOSED MATERIAL IS INTENDED ONLY FOR THE RECIPIENT NAMED ABOVE AND, UNLESS OTHERWISE EXPRESSLY INDICATED, IS

Exhibit E

03/24/05  THU 11:43 FAX 3185612592          NEBLETT BEARD ARSENAULT                    ☑001

```
                    *********************
                    *** TX REPORT  ***
                    *********************

      TRANSMISSION OK

      TX/RX NO          4018
      CONNECTION TEL          6615045289973
      SUBADDRESS
      CONNECTION ID
      ST. TIME          03/24 11:41
      USAGE T           01'31
      PGS.              2
      RESULT            OK
```

*2.00*



RICHARD J. ARSENAULT*
C. MICHAEL BOLLINGER
DAVID O. WALKER **
PAUL J. TELLARICO
WILLIAM S. NEBLETT***
MICHAEL S. KOCH
WESLEY J. GRALAPP
GARY J. ARSENAULT
EDWARD E. ROBERTS, III
STEVEN M. RACHAL
JOHN R. WHALEY
L. LARAMIE HENRY

A REGISTERED LIMITED LIABILITY PARTNERSHIP, INCLUDING LAW CORPORATIONS

ROBERT B. NEBLETT (1991)
RICHARD W. BEARD (1988)

* LAW CORPORATION
  ALSO ADMITTED IN
  COLORADO, TEXAS
  AND WASHINGTON, D.C.
** LAW CORPORATION
   ALSO ADMITTED IN TEXAS
***ALSO ADMITTED IN TEXAS

J. PHILLIP TERRELL, JR.
  OF COUNSEL

## FACSIMILE TRANSMITTAL SHEET

March 24, 2005

**504-528-9973**

**ATTENTION:**          **Mr. Gerald E. Meunier**

**FROM:**               **RICHARD J. ARSENAULT**          POSTED-CAR

**NUMBER OF PAGES:**    **2**
(includes transmittal)

**RE:**                 **Vioxx - Application**

                        *104.88880*

THE ENCLOSED MATERIAL IS INTENDED ONLY FOR THE RECIPIENT NAMED
ABOVE AND UNLESS OTHERWISE EXPRESSLY INDICATED, IS CONFIDENTIAL AND

Exhibit E

03/24/2005 11:50 FAX 3185612524            NEBLETT BEARD ARSENAULT                    ☑001

```
                          *********************
                          ***   TX REPORT   ***
                          *********************

            TRANSMISSION OK

            TX/RX NO           1024
            CONNECTION TEL            6616628342628
            CONNECTION ID
            ST. TIME           03/24 11:49           2.00
            USAGE T            00'56
            PGS. SENT          2
            RESULT             OK
```



**NEBLETT, BEARD & ARSENAULT**
Attorneys At Law

A REGISTERED LIMITED LIABILITY PARTNERSHIP, INCLUDING LAW CORPORATIONS

RICHARD J. ARSENAULT *
C. MICHAEL BOLLINGER
DAVID O. WALKER **
PAUL J. TELLARICO
WILLIAM S. NEBLETT***
MICHAEL S. KOCH
WESLEY J. GRALAPP
GARY J. ARSENAULT
EDWARD E. ROBERTS, III
STEVEN M. RACHAL
JOHN R. WHALEY
L. LARAMIE HENRY

ROBERT B. NEBLETT (1991)
RICHARD W. BEARD (1988)

* LAW CORPORATION
ALSO ADMITTED IN
COLORADO, TEXAS
AND WASHINGTON, D.C.
** LAW CORPORATION
ALSO ADMITTED IN TEXAS
***ALSO ADMITTED IN TEXAS

J. PHILLIP TERRELL, JR.
OF COUNSEL

## FACSIMILE TRANSMITTAL SHEET

March 24, 2005

**ATTENTION:**          **Mr. Don Barrett**          **662-834-2628**

**FROM:**               **RICHARD J. ARSENAULT**

**NUMBER OF PAGES:**          2
(includes transmittal)

POSTED-CAR

**RE:**                 **Vioxx**
                        104.88888

CONFIDENTIALITY NOTICE

THE ENCLOSED MATERIAL IS INTENDED ONLY FOR THE RECIPIENT NAMED ABOVE AND, UNLESS OTHERWISE EXPRESSLY INDICATED, IS
CONFIDENTIAL AND PRIVILEGED INFORMATION. ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THE ENCLOSED MATERIAL, OTHER
THAN AS INTENDED, IS PROHIBITED. IF YOU HAVE RECEIVED THIS MATERIAL IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE,
AT OUR EXPENSE, AND DESTROY THE ENCLOSED MATERIAL. YOUR COOPERATION IS APPRECIATED.

Please call (318) 487-9874 and ask for Janet Doyle if there are any difficulties with transmittal.

Exhibit E

```
********************
***  TX REPORT  ***
********************

TRANSMISSION OK

TX/RX NO              4022
CONNECTION TEL             6615045289973
SUBADDRESS
CONNECTION ID
ST. TIME              03/24 14:09
USAGE T               01'24
PGS.                      2
RESULT                OK
```

2.00



RICHARD J. ARSENAULT *
C. MICHAEL BOLLINGER
DAVID O. WALKER **
PAUL J. TELLARICO
WILLIAM S. NEBLETT***
MICHAEL S. KOCH
WESLEY J. GRALAPP
GARY J. ARSENAULT
EDWARD B. ROBERTS, III
STEVEN M. RACHAL
JOHN R. WHALEY
L. LARAMIE HENRY

A REGISTERED LIMITED LIABILITY PARTNERSHIP, INCLUDING LAW CORPORATIONS

ROBERT B. NEBLETT (1991)
RICHARD W. BEARD (1988)

\* LAW CORPORATION
ALSO ADMITTED IN
COLORADO, TEXAS
AND WASHINGTON, D.C.
\*\* LAW CORPORATION
ALSO ADMITTED IN TEXAS
\*\*\*ALSO ADMITTED IN TEXAS

J. PHILLIP TERRELL, JR.
OF COUNSEL

## FACSIMILE TRANSMITTAL SHEET

March 24, 2005

**504-528-9973**

**ATTENTION:**          **Mr. Gerald E. Meunier**

**FROM:**               **RICHARD J. ARSENAULT**

**NUMBER OF PAGES:**    **2**
(includes transmittal)

POSTED-CAR

**RE:**                 **Vioxx**

104.88888

THE ENCLOSED MATERIAL IS INTENDED ONLY FOR THE RECIPIENT NAMED
ABOVE AND, UNLESS OTHERWISE EXPRESSLY INDICATED, IS CONFIDENTIAL AND
PRIVILEGED INFORMATION. ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF

Exhibit E

```
                    ***********************
                    ***   TX REPORT   ***
                    ***********************


    TRANSMISSION OK

    TX/RX NO              4021
    CONNECTION TEL             6616628342628
    SUBADDRESS
    CONNECTION ID
    ST. TIME              03/24 14:07
    USAGE T               00'51
    PGS.                  2
    RESULT                OK
```

2.00

RICHARD J. ARSENAULT *
C. MICHAEL BOLLINGER
DAVID O. WALKER **
PAUL J. TELLARICO
WILLIAM S. NEBLETT***
MICHAEL S. KOCH
WESLEY J. GRALAPP
GARY J. ARSENAULT
EDWARD E. ROBERTS, III
STEVEN M. RACHAL
JOHN R. WHALEY
L. LARAMIE HENRY



**NEBLETT, BEARD & ARSENAULT**
Attorneys At Law

A REGISTERED LIMITED LIABILITY PARTNERSHIP, INCLUDING LAW CORPORATIONS

ROBERT B. NEBLETT (1991)
RICHARD W. BEARD (1988)

* LAW CORPORATION
  ALSO ADMITTED IN
  COLORADO, TEXAS
  AND WASHINGTON, D.C.
** LAW CORPORATION
  ALSO ADMITTED IN TEXAS
***ALSO ADMITTED IN TEXAS

J. PHILLIP TERRELL, JR.
OF COUNSEL

## FACSIMILE TRANSMITTAL SHEET

March 24, 2005

**ATTENTION:**          **Mr. Don Barrett**      **662-834-2628**

**FROM:**                **RICHARD J. ARSENAULT**

**NUMBER OF PAGES:**      2
(includes transmittal)

POSTED-CAR

**RE:**                  **Vioxx**

104.88888

### CONFIDENTIALITY NOTICE

THE ENCLOSED MATERIAL IS INTENDED ONLY FOR THE RECIPIENT NAMED ABOVE AND, UNLESS OTHERWISE EXPRESSLY INDICATED, IS CONFIDENTIAL AND PRIVILEGED INFORMATION. ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THE ENCLOSED MATERIAL, OTHER THAN AS INTENDED, IS PROHIBITED. IF YOU HAVE RECEIVED THIS MATERIAL IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AT OUR EXPENSE, AND DESTROY THE ENCLOSED MATERIAL. YOUR COOPERATION IS APPRECIATED.

Please call (318) 487-9874 and ask for Janet Doyle if there are any difficulties with transmittal.

Exhibit E

# CLASS ACTION / MASS TORT REIMBURSEMENT REQUEST

Who is requesting reimbursement? Neblett, Beard & Arsenault

Attorney Team
Rebecca Todd-Mike Breinin-Mary Lorenz-Holly Lamarche-William Percy

Who is being asked to pay this?   ☒   Neblett, Beard & Arsenault

☐   Litigation Group  _____

(Name of Litigation Group)

Which mass tort / class action case does this involve?     Vioxx - 104.88888

| MAKE CHECK PAYABLE TO | EXPENSE REIMBURSEMENT | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | Mileage | Team - 800 miles | ✓ 320.00 |
| | Hotel | 3 Rooms - Team | ✓ 1606.56 |
| | Airfare | | |
| | Meals | Team | ✓ 571.20 |
| | Parking | | |
| | Seminar | | |
| | Miscellaneous | | |
| | Gratuities | | |
| | | TOTAL | 2497.76 |

| Date(s) Expense Incurred: Week of March 28, 2005 | Location of Activity: Montgomery, AL. |
|---|---|

Reason for Expense:
        Travel to Montgomery, Alabama for Vioxx document review in preparation for upcoming depositions

How is this expense to be charged?

☐  Do not charge to any client; this represents a non-reimbursable operating expense.

        Note to Accounting:  "Operating Overhead Deductible Expenses" cost sheet

☐  Charge to all clients involved in this litigation on a shared basis.

        Note to Accounting:  "General Shared Client Reimbursable Expenses" cost sheet

☐  Only charge to Individual Client involved with expense in question.  _____

(Name of Client)

        Note to Accounting:  "Specific Client Reimbursable Expenses" cost sheet

☒  Charge to PSC/MDL.    Note to Accounting: These are expenses we expect to receive reimbursement for from a PSC (possibly a MDL PSC if applicable). Post this charge to the "PSC/MDL" cost sheet.

Exhibit E

JUN-09-2005  11:52                                                                    P.65/90



**Name & Address**

TO  REBECCA
.O. DRAWER H
RESERVE, LA 70084

Room:
Arrival Date: 407/TDBN
Departure Date: 03/28/05 7:58PM
                04/01/05
Adult / Child
Room Rate: 1/0
                $ 119.00

**EMBASSY SUITES**
H O T E L·

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055   Fax (334) 269-0359

Rate quoted based on arrival date and length of stay, should a change to the rate is
subject to change.  INIT _____

**RATE PLAN**
HH# 609753408 GOLD
AL  CO  #TU217851
CAR

⑪ Hilton HHonors

CONFIRMATION NUMBER : 80234542

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL
ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECKOUT AND SUCH FUNDS WILL NOT BE
RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS
OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO
BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE
CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT
OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I OR
SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A
PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE* ☐
A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX

**GUEST SIGNATURE**
X

04/01/05        PAGE     1

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 03/28/05 | 1196832 | GUEST ROOM | $119.00 |
| 03/28/05 | 1196832 | LODGING TAX | $14.88 |
| 03/29/05 | 1197132 | MONTGOMERY'S | $12.00 |
| 03/29/05 | 1197144 | MONTGOMERY'S | $18.39 |
| 03/28/05 | 1197304 | GUEST ROOM | $119.00 |
| 03/29/05 | 1197304 | LODGING TAX | $14.88 |
| 03/30/05 | 1197674 | MONTGOMERY'S | $32.75 |
| 03/30/05 | 1197792 | MONTGOMERY'S | $10.75 |
| 03/30/05 | 1197800 | MONTGOMERY'S | $2.15 |
| 0  05 | 1197963 | GUEST ROOM | $119.00 |
| 3/  /05 | 1197963 | LODGING TAX | $14.88 |
| 03/31/05 | 1198531 | MONTGOMERY'S | $18.39 |
| 03/31/05 | 1198532 | MONTGOMERY'S | $14.58 |
| 03/31/05 | 1198690 | GUEST ROOM | $119.00 |
| 03/31/05 | 1198690 | LODGING TAX | $14.88 |
| 04/01/05 | 1198855 | AX ***********5008 | ($844.53) |

** BALANCE **        $0.00

305918    A

The Hilton Family

 Hilton  CONRAD  DoubleTree   Hampton Inn  Hilton Garden Inn  Embassy Suites  Homewood Suites

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit E

JUN-09-2005  11:52                                                                                              P.66/90

Name & Address

TODD, REBECCA
P. DRAWER H
RESERVE, LA 70084

Room:
Arrival Date: 407/TDBN
Departure Date: 03/28/08 7:58PM
04/01/05

Adult / Child
Room Rate: 1/0
$ 119.00

**EMBASSY SUITES**
HOTEL

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055   Fax: (334) 269-0362

Hilton HHonors

Rate quoted based on arrival date and length of stay. Should you change your departure date the rate is
subject to change.  INIT _____

RATE PLAN
HH# 609753408 GOLD
AL  CO  #TU217851
CAR

CONFIRMATION NUMBER : 80234542

04/01/05       PAGE    2

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY & OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY PLEASE INDICATE YES BY CHECKING HERE □*

GUEST SIGNATURE

X

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES -THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX

DATE        REFERENCE     DESCRIPTION                                    AMOUNT

## EXPENSE REPORT SUMMARY

|                    | 03/28/05 | 03/29/05 | 03/30/05 | 03/31/05 | STAY TOTAL |
|--------------------|----------|----------|----------|----------|------------|
| ROOM & TAX         | $133.88  | $133.88  | $133.88  | $133.88  | $535.52    |
| FOOD & BEVERAGE    | $0.00    | $30.39   | $45.65   | $32.97   | $109.01    |
| DAILY TOTAL        | $133.88  | $164.27  | $179.53  | $166.85  | $644.53    |



E M B A S S Y

AX ***********5008                          03/31/05          305918   A

TODD, REBECCA                               162457

       

The Hilton Family

Hilton   CONRAD   DOUBLETREE   EMBASSY SUITES HOTELS   Hampton Inn   Hampton Inn & Suites   844.53 Hilton Garden Inn   HOMEWOOD SUITES Hilton

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit E

JUN-09-2005  11:52                                                                                          P.67/90

Name & Address

TODD, REBECCA
O. DRAWER H
RESERVE, LA 70084

**Room:**
Arrival Date: 307/TDBN
Departure Date: 03/28/05 3:09PM
04/01/05
Adult / Child
Room Rate: 1/0
$ 119.00

**EMBASSY SUITES**
**HOTEL***

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 286-5055  Fax:(334) 288-0380

Hilton HHonors*

Rate quoted based on arrival date and length of stay, should you choose to depart early rate is
subject to change.   INIT ___

RATE PLAN
HH# 609753406 GOLD
AL:  CO  #TU217851
CAR:

CONFIRMATION NUMBER : 80234542

04/01/05       PAGE     1

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY, IF REFUSED, PLEASE INDICATE NO BY CHECKING HERE ☐. A CREDIT OF $175 WILL BE APPLIED TO MY ACCOUNT. IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE ☐

GUEST SIGNATURE
X

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES. THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 03/28/05 | 1196809 | GUEST ROOM | $119.00 |
| 03/28/05 | 1196809 | LODGING TAX | $14.88 |
| 03/29/05 | 1197272 | GUEST ROOM | $119.00 |
| 03/29/05 | 1197272 | LODGING TAX | $14.88 |
| 03/30/05 | 1197931 | GUEST ROOM | $119.00 |
| 03/30/05 | 1197931 | LODGING TAX | $14.88 |
| 03/31/05 | 1198665 | GUEST ROOM | $119.00 |
| 03/31/05 | 1198665 | LODGING TAX | $14.88 |
| 04/01/05 | 1198853 | AX **********5008 | ($535.52) |

** BALANCE **        $0.00

### EXPENSE REPORT SUMMARY

|  | 03/28/05 | 03/29/05 | 03/30/05 | 03/31/05 | STAY TOTAL |
|--|----------|----------|----------|----------|------------|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $133.88 | $535.52 |
| DAILY TOTAL | $133.88 | $133.88 | $133.88 | $133.88 | $535.52 |

AX **********5008                                03/28/05        301623     A

TODD, REBECCA                                    588139



The Hilton Family

 Hilton   CONRAD   DOUBLETREE   EMBASSY SUITES HOTELS   Hampton Inn  Homewood  535.52  Garden Inn    HOMEWOOD SUITES Hilton

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit E

JUN-09-2005  11:52                                                                                      P.68/90

Name & Address

TO REBECCA
DRAWER H
RESERVE, LA 70084

Room:
Arrival Date: 334/TDBN
Departure Date: 03/28/05 9:35AM
04/01/05

Adult / Child
Room Rate:   1/0
$ 119.00

**EMBASSY SUITES**
**H O T E L ®**

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055   Fax: (334) 269-5554

**Hilton HHonors®**

Rate quoted based on arrival date and length of stay. STATE PLAN
subject to change.   INIT _____

HH# 914043375 GOLD
AL  CO #TU217851
CAR

CONFIRMATION NUMBER : 80234542

04/01/05        PAGE     1

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE: ☐
A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX

GUEST SIGNATURE

X

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 03/28/05 | 1196617 | MONTGOMERY'S | $22.00 ✓ |
| 03/28/05 | 1196705 | MONTGOMERY'S | $55.09 ✓ |
| 03/28/05 | 1196830 | GUEST ROOM | $119.00 ✓ |
| 03/28/05 | 1196830 | LODGING TAX | $14.88 ✓ |
| 03/29/05 | 1197054 | MONTGOMERY'S | $11.00 ✓ |
| 03/29/05 | 1197138 | MONTGOMERY'S | $17.83 ✓ |
| 03/29/05 | 1197298 | GUEST ROOM | $119.00 ✓ |
| 03/29/05 | 1197298 | LODGING TAX | $14.88 ✓ |
| 03/30/05 | 1197806 | MONTGOMERY'S | $25.00 ✓ |
| 0?/?05 | 1197958 | GUEST ROOM | $119.00 ✓ |
| ?/05 | 1197958 | LODGING TAX | $14.88 ✓ |
| 03/31/05 | 1198273 | MONTGOMERY'S | $21.50 ✓ |
| 03/31/05 | 1198552 | MONTGOMERY'S | $41.09 ✓ |
| 03/31/05 | 1198887 | GUEST ROOM | $119.00 ✓ |
| 03/31/05 | 1198887 | LODGING TAX | $14.88 ✓ |
| 04/01/05 | 1198854 | AX ***********5008 | ($729.03) |

** BALANCE **        $0.00

E M B A S S Y   S U I T E S

H O T E L

305919     A

The Hilton Family

       

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit E

JUN-09-2005  11:53                                                                    P.69/90

**E**

EMBASSY SUITES
H O T E L*

Montgomery
300 Interstate Street
Montgomery, AL 36104
Phone: (334) 269-5055   Fax (334) 260-8360

Name & Address

TO   REBECCA
O. DRAWER H
RESERVE, LA 70084

Room:
Arrival Date: 334/TDBN
Departure Date: 03/28/05 9:35AM
04/01/05
Adult / Child
Room Rate: 1/0
$ 119.00

Rate quoted based on arrival date and length of stay. Should you choose to depart early rate is subject to change.   INIT ☐

RATE PLAN     R18
HH# 914043376 GOLD
AL: CO  #TU217851
CA:

Hilton HHonors
Points&Miles

CONFIRMATION NUMBER : 80234542

04/01/05      PAGE    2

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $.75 WILL BE APPLIED TO MY ACCOUNT. IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY, PLEASE INDICATE YES BY CHECKING HERE ☐

GUEST SIGNATURE

X

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

DATE      REFERENCE      DESCRIPTION                                    AMOUNT

### EXPENSE REPORT SUMMARY

|                  | 03/28/05  | 03/29/05  | 03/30/05  | 03/31/05  | STAY TOTAL |
|------------------|-----------|-----------|-----------|-----------|------------|
| ROOM & TAX       | $133.88   | $133.88   | $133.88   | $133.88   | $535.52    |
| FOOD & BEVERAGE  | $77.09    | $28.83    | $25.00    | $62.59    | $193.51.   |
| DAILY TOTAL      | $210.97   | $162.71   | $158.88   | $196.47   | $729.03    |

Hilton HHonors (R) stays post to your account within 72 hours of checkout. To check your earnings for this stay or any other stay at more than 2,700 hotels worldwide visit www.hiltonhhonors.com

Thank you for staying with us. Be sure to visit embassysuites.com for information on your next business or leisure stay, reservations or subscribe to E-nnouncements e-newsletter with news and offers.

AX ***********5008                               03/31/05         S05919    A

TODD, REBECCA                                    184074

The Hilton Family

       

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit E

```
              SUBWAY I
           22 DEXTER AVE
        MONTGOMERY, AL 3610(
           334-265-1213

            BATCH: 848
         S-A-L-E-S  0-R-A-F-T
             73285881
           0183644368888

        :    8836
        TYPE: AMEX
        TYPE: PURCHASE
        E:   MAR 33·     '2:56:34


      .UTAL              $2.1(

      I: 372899669165888      EXP: 07/(
        527449
      :: DE JR


     )MEMBER ACKNOWLEDGES RECEIPT OF GOOD
     (D/OR SERVICES IN THE AMOUNT OF THE
     )L SHOWN HEREON.AND AGREES TO PERFOR
      THE OBLIGATIONS SET FORTH BY THE
     (DMEMBER'S AGREEMENT WITH THE ISSUEI


            CUSTOMER COPY
```

Exhibit E

JUN-09-2005  11:51                                                    P.59/90

Lek's Railroad Thai
300 B Water Street
Montgomery, AL 36104
334-269-0708

er: Cathy                          03/30/:
3/1                                    7:3!
sts: 1

                    #101

1 Veg                                    §
ir Shrimp

Sub iotal                            -e a
                                      1 .
                                     10
                                     16

ange                               4.0

*****Attn. Guest*****
NO CHECKS PLEASE
PLEASE PAY YOUR SERVER
--- Check Closed ---

Tip
$1.05

$12.0


INTERSTATE CHEVRON
7501 WASHINGTON AVE.
OCEAN SPRINGS,MS 39564
601-872-1955
INTERSTATE CHEVRON
7501 WASHINGTON AV
OCEANSPRINGS   MS

| Descr. | qty | amount |
|---|---|---|
| <CUSTOMER COPY> | | |
| T GROCERY | 1 | 1.39 |
| T GROCERY | 1 | 0.79 |
| Sub Total | | 2.18 |
| Tax | | 0.15 |
| **TOTAL** | | **2.33** |
| CREDIT $ | | 2.33 |

XXXXXXXXXX5008                    E/AMEX
DE JR
Stn# 00301298   007
Inv# 9813303
Auth# 541191

THANK YOU
Please Come Again
REG# 0002 CSH# 007 DR# 01  TRAN# 23198
03/28/05  06:21:43          STH#   31


3/3/05
Tip to driver
from hotel to
drive us to work
in rain. $3


4/1/05
Tip for driver
from hotel to
drive us to|from
work in rain
$6

Exhibit E

JUN-09-2005  11:51                                                                P.60/90

General Manager ·Todd Lee
Montgomery, A1  35117
(334) 273-7427
Date:         Mar28'05 06:55PM
Card Type:    Amex
Acct #:       XXXXXXXXXXX5008
Exp Date:     07/08
Auth Code:    502598
Check:        7188
Table;        101/1
Server:       112 Craig L
DE JR

Subtotal:           45.86

Tip: _____ 8.00

Total: __53.86__

Signature
I agree to pay above total
according to my card issuer
agreement.

* * * * Customer Copy * * * *

98
er: ANDREA C
0/05 20:31, Swiped   T; 304 Term;

FISH GRILL #7250
EASTCHASE PARKWAY
GOMERY, AL 36117
)396-1770
HANT #:

TYPE          ACCOUNT NUMBER
ICAN EXPRES   XXXXXXXXXXXX5008
; DE JR
RANSACTION APPROVED
ORIZATION #: 504681
rence: 0330020000098
S TYPE: Credit Card SALE

CHECK:              49.4

D: _____ 8.00

TAL: __57.47__

: (      )      -
OLDER WILL PAY CARD ISSUER ABOVE
T PURSUANT TO CARDHOLDER AGREEMEN
opy -> customer

**TARGET**
EXPECT MORE PAY LESS!

03/28/2005·  07:37·PM
RECEIPT EXPIRES ON 06/26/05

A receipt dated within 90 days is
required for ALL returns & exchanges.
Giving a gift? Include a gift receipt

203300722    CF DT DR·PEP    FT   4.19
203300709    DT DR PEPPER    FT   4.19

SUBTOTAL                8.38
T = AL TAX 10.0000% on   8.38    0.84
TOTAL                   9.22

*5008 AMEX CHARGE       9.22

RECEIPT ID# 2-5087-1825-0082-6862-6
VCD#755256554   TM#****2817

Save ALL Receipts

Exhibit E

JUN-09-2005  11:51                                                    P.61/90



Welcome to Burger King 5238

```
2                        5238
:05                      11:05
```

LVM                       3.79
Angus BC R...             1.80

FREE/GRATIS
ORIGINAL
WHOPPER®
SANDWICH

Whopper
NO... SEE DETAILS ON BACK.
MAYO... VER DETALLES EL DORSO

1 Med Frye
1 COKE R...

FREE/GRATIS
ORIGINAL
WHOPPER®
SANDWICH
WITH FOOD PURCHASE.
SEE DETAILS ON BACK.
VER DETALLES AL DORSO.

```
********************************
       Customer Copy          *
********************************

         Montgomery Brewing
         12 W. JEFFERSON ST.
      MONTGOMERY, ALABAMA 36104
           (334) 834-BREW

 ate:              03/28/05
 ime:              11:08 AM
  er:              30. PEYTON
  der:             381218
  cription:        Table 44:2

 ard Type:         AMEX.
 ard No:           **********5008
 pires:            0708
 pr Code:          548617


 urchases:         $    45.21

 ip:               $    8.00

 otal:             $   53.21
                  jr/de

 ree to pay the above total amount
 ording to the card issuer agreeme

         SIGN ONE COPY
         KEEP ONE COPY
```

Exhibit E

McDonald's Corporation
ank you for eating at McDonald's

7501 WASHINGTON AVE
OCEAN SPRINGS, MS 39564

THANK YOU

TEL#    2288757824

S#03  **S#1**
#  3887        Mar.28'05(Mon)06:24
KB28498524001       SEQ# 0287

**der #313        TO GO**

AC EGG CH BAGEL          2.45
1 W/OUT  BACON
  W/OUT   BUTTER
BURRITO ML               3.90
ED DIET COKE             1.20
6OZ ORANGE JUICE         1.40

TOTAL                    8.95
E OUT TAX                0.63
                       ------
                        9.58

..UNT TENDERED           9.58
ANGE                     0.00

NSACTION TOTAL AMOUNT    9.58

RD ISSUER   ACCOUNT #    EXP DATI
.EXP. SALE  **********5008  07/0

AUTHORIZATION CODE - 509426

---

**INTERSTATE CHEVRON**
7501 WASHINGTON AVE.
OCEAN SPRINGS,MS 39564
601-872-1955
INTERSTATE CHEVRON
7501 WASHINGTON AV
OCEANSPRINGS   MS

| Descr. | qty | amount |
|--------|-----|--------|
| <CUSTOMER COPY> | | |
| T GROCERY | 1 | 1.19 |
| T GROCERY | 1 | 4.79 |
| T GROCERY | 1 | 0.99 |

Sub Total         6.97
Tax               0.49
**TOTAL           7.46**
CREDIT $          7.46

XXXXXXXXXXX5008
DE JR
Stn# 00301298   007
Inv# 9813305
Auth# 540755

**THANK YOU**
Please Come Again
REG# 0002 CSH# 007 DR# 01  TRAN# 23201
03/28/05  06:23:47            ST#   31

JUN-09-2005  11:52                                                                          P.63/90

**EXXON EXPRESS PAY**

IXON LION'SPRIDE
)95 VAUGHN RD
NTGOMERY, AL36117

: R# 4254375
 'UNTRY CONVEN
 NTGOME        AL
 ./31/05    21:28
              ACCT#
 XXXXXXXX5008 500
 .V# HLA5680
 ' TH# 500252
 YP# 3
 5  '          24.519G
 .'F
 [CE/GAL      $2.139
 :L TOTAL     $52.45

 'AL          $52.45

...ANK YOU AND
COME AGAIN!!!

   -THANK YOU-

---

                    SUBWAY I
                  22 DEXTER AVE
            MONTGOMERY, AL 36104
                  334-265-1213

                   BATCH: 046
            S-A-L-E-S  D-R-A-F-T
                    73285981
                 010364436800

 REF:    0023
 :D TYPE: AMEX
 IR TYPE: PURCHASE
 DATE:    MAR 28, 05  12:44:34

 TOTAL            $7.44

 ACCT: 372899669165008    EXP: 07/08
 AP: 564018
 NAME: DE JR

 CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS
 AND/OR SERVICES IN THE AMOUNT OF THE
 TOTAL SHOWN HEREON AND AGREES TO PERFORM
 THE OBLIGATIONS SET FORTH BY THE
 CARDMEMBER'S AGREEMENT WITH THE ISSUER

                CUSTOMER COPY

---

                   WELCOME
           INTERSTATE CHEVR

 itn# 00301298
 IMEX
 JR/DE
 INV # 9813382

 IUTH # 564380
 IATE 03/28/05   0E
 'UMP # 05
 'RODUCT: REGUNL
 IALLONS:        14.
 'RICE/G:      $  2.
 'UEL  SALE    $ 36
 IPPROVAL # 564386

              THANK YOU
            HAVE A NICE DAY

---

            (ROUTE 2 BOX 366 2)
        EVERGREEN AL 36401-9803
              251-578-3600

               C O P Y
          04/01/2005  14:58:25
          S a l e :

 Transaction #          6
 Card Type:           AMEX
 Acc:       **********5008
 Entry:             Swiped
 Total:            15.09

 Device ID:           2426
 Auth.Code:         569612
 Respon. AUTH/TKT   569612
 Merchant number ***12426

                                          Exhibit E

JUN-09-2005  11:52                                                              P.64/90

```
+ + + + 1  1  1 + + ( 1 + + + + + + + +
+          DELIVERY            +
+ + + + + + + + + + + + + + + +
```

MULTI #   48
Orde· Taken By RICHARDSON,MIRAN

# 1-/CKN

Packed Items For

1-Ala Carte Salad
1-Ranch
1-Honey Butter·
1-Butter
1-Sour Cream
1-Dinner Pack

Sub Total:      7.50
Sales tax:      0.75
Amount Due:     8.25

$10.00

1 of 4

MULTI #   48

```
+ + + + + + + + + + + + + + + + + +
+          DELIVERY            +
+ + + +
```

```
+ + + + + + + + + + + + + + +
+   DELIVERY        +
+ + + + + + + + + + + +
```

MULTI #  48
Orde· Taken E·    ·N DSON,MIRAN

Packed Items For

Ci· ·HIEF SALAD
3 crackers
fork pack
1-C/C COOKIES - 2

Sub Total:      7.99
Sales tax:      0.80
Amount Due:     8.79

tip 1.01

3 of 4  $9.80

MULTI  48

```
+ + + + + + + + + + + + + + + + + +
+          DELIVERY            +
```

Exhibit E

# CLASS ACTION / MASS TORT REIMBURSEMENT REQUEST

Who is requesting reimbursement? Neblett, Beard & Arsenault

Attorney Team
Rebecca Todd-Mike Brelnin-Mary Lorenz-Holly Lamarche-William Percy

Who is being asked to pay this?    ☒ Neblett, Beard & Arsenault

☐ Litigation Group _____

(Name of Litigation Group)

Which mass tort / class action case does this involve?    Vioxx - 104.88888

| MAKE CHECK PAYABLE TO | EXPENSE REIMBURSEMENT | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | Mileage | Team - 800 miles | ✓ 320.00 |
| | Hotel | 3 Rooms - Team | 1612.56 |
| | Airfare | | |
| | Meals | Team | ✓ 500.84 |
| | Parking | | |
| | Seminar | | |
| | Miscellaneous | | |
| | Gratuities | | |
| | | **TOTAL** | 2433.40 |

| Date(s) Expense Incurred: Week of April 4, 2005 | Location of Activity: Montgomery, AL. |
|---|---|

Reason for Expense:
Travel to Montgomery, Alabama for Vioxx document review in preparation for upcoming depositions

How is this expense to be charged?

☐ Do not charge to any client; this represents a non-reimbursable operating expense.

> Note to Accounting:  "Operating Overhead Deductible Expenses" cost sheet

☐ Charge to all clients involved in this litigation on a shared basis.

> Note to Accounting:  "General Shared Client Reimbursable Expenses" cost sheet

☐ Only charge to individual Client involved with expense in question.  _____

(Name of Client)

> Note to Accounting: "Specific Client Reimbursable Expenses" cost sheet

☒ Charge to PSC/MDL.   | Note to Accounting: These are expenses we expect to receive reimbursement for from a PSC (possibly a MDL PSC if applicable). Post this charge to the "PSC/MDL" cost sheet.

Exhibit E

JUN-09-2005 12:05 P.77/90

EMBASSY SUITES HOTEL®

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone (334) 269-5055 Fax (334) 269-0360

Hilton HHonors

Name & Address

TODD, REBECCA
P.O. DRAWER H

RESERVE, LA 70084

Room: 234/TDBN
Arrival Date: 04/04/05 7:02AM
Departure Date: 04/08/05 6:55AM
Adult / Child 1/0
Room Rate: 139.00

Rate quoted based on arrival date and length of stay. Should you choose to depart early, rate is subject to change. INIT ______

RATE PLAN LV4
HH# 609753408 BLUE
AL: CO #TU217851
CAR:

CONFIRMATION NUMBER : 80234542

04/08/05 PAGE 1

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE* ☐

GUEST SIGNATURE
X

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 04/04/05 | 1200590 | GUEST ROOM | $119.00 √ |
| 04/04/05 | 1200590 | LODGING TAX | $14.88 √ |
| 04/05/05 | 1200983 | MONTGOMERY'S | $8.75 √ |
| 04/05/05 | 1201082 | GUEST ROOM | $119.00 √ |
| 04/05/05 | 1201082 | LODGING TAX | $14.88 √ |
| 04/06/05 | 1201715 | MONTGOMERY'S | $18.39 √ |
| 04/06/05 | 1201834 | GUEST ROOM | $119.00 √ |
| 04/06/05 | 1201834 | LODGING TAX | $14.88 √ |
| [illegible]/05 | 1202459 | MONTGOMERY'S | $14.78 √ |
| 04/07/05 | 1202548 | GUEST ROOM | $119.00 √ |
| 04/07/05 | 1202548 | LODGING TAX | $14.88 √ |
| 04/08/05 | 1202726 | MC ************1113 | ($577.44) |
| | | ** BALANCE ** | $0.00 |

EXPENSE REPORT SUMMARY

| | 04/04/05 | 04/05/05 | 04/06/05 | 04/07/05 | STAY TOTAL |
|---|---|---|---|---|---|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $133.88 | $535.52 |
| FOOD & BEVERAGE | $0.00 | $8.75 | $18.39 | $14.78 | $41.92 |
| DAILY TOTAL | $133.88 | $142.63 | $152.27 | $148.66 | $577.44 |

MC ************1113 04/04/05 306908 A

TODD, REBECCA 204174

The Hilton Family

Hilton · Conrad · DoubleTree · Embassy Suites Hotels · Hampton Inn · Hampton Inn & Suites · Hilton Garden Inn · Homewood Suites by Hilton

577.44

www.embassysuites.com or 1 800 EMBASSY

Exhibit E

JUN-09-2005  12:05

P.78/90

**EMBASSY SUITES**
H O T E L ®

Montgomery
300 Whetstone Street
Montgomery, AL 36104
Phone: (334) 269-5055  Fax: (334) 269-5090

Hilton HHonors®

| | |
|---|---|
| **Name & Address** | Room: |
| REBECCA | Arrival Date: 334/TDBN / 04/04/05 7:01AM |
| DRAWER H | Departure Date: 04/08/05 6:55AM |
| RESERVE, LA 70084 | Adult / Child |
| | Room Rate: 1/0  139.00 |

Rate quoted based on arrival date and length of stay, should you depart early there is
subject to change. INIT _____

RATE PLAN
HH#609753408 BLUE
AL    CO  #TU217851
CAR

CONFIRMATION NUMBER : 80234542

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY, IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY, PLEASE INDICATE YES BY CHECKING HERE □

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

**GUEST SIGNATURE**

X

04/08/05    PAGE    1

| DATE | REFERENCE | DESCRIPTION | AMOUNT | |
|---|---|---|---|---|
| 04/04/05 | 1200528 | MONTGOMERY'S | $59.94 | ✓ |
| 04/04/05 | 1200620 | GUEST ROOM | $119.00 | ✓ |
| 04/04/05 | 1200620 | LODGING TAX | $14.88 | ✓ |
| 04/05/05 | 1200930 | MONTGOMERY'S | $22.00 | ✓ |
| 04/05/05 | 1201014 | MONTGOMERY'S | $49.14 | ✓ |
| 04/05/05 | 1201107 | GUEST ROOM | $119.00 | ✓ |
| 04/05/05 | 1201107 | LODGING TAX | $14.88 | ✓ |
| 04/06/05 | 1201866 | GUEST ROOM | $119.00 | ✓ |
| 04/06/05 | 1201866 | LODGING TAX | $14.88 | ✓ |
| 04/07/05 | 1202456 | MONTGOMERY'S | $40.00 | ✓ |
| 04/07/05 | 1202572 | GUEST ROOM | $119.00 | ✓ |
| 04/07/05 | 1202572 | LODGING TAX | $14.88 | ✓ |
| 04/08/05 | 1202726 | MC ************1113 | ($706.60) | |

**\* \* BALANCE \* \***     $0.00

**EXPENSE REPORT SUMMARY**

| | 04/04/05 | 04/05/05 | 04/06/05 | 04/07/05 | STAY TOTAL |
|---|---|---|---|---|---|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $133.88 | $535.52 |
| FOOD & BEVERAGE | $59.94 | $71.14 | $0.00 | $40.00 | $171.08 |
| DAILY TOTAL | $193.82 | $205.02 | $133.88 | $173.88 | $706.60 |

MC ************1113                              04/04/05      304261    A

TODD, REBECCA                                    4174

The Hilton Family

 Hilton    CONRAD    DOUBLETREE    EMBASSY SUITES     Hampton Inn   Hilton Garden Inn     HOMEWOOD SUITES

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit E

JUN-09-2005  12:05                                                                        P. 79/90

**E**

Name & Address

REBECCA
J. DRAWER H
RESERVE, LA 70084

EMBASSY SUITES
H O T E L*

Room:
Arrival Date: 307/TDBN
Departure Date: 04/04/05  3:29PM
            04/08/05
Adult / Child          1/0
Room Rate:           119.00

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055   Fax:(334) 269-0308

Hilton HHonors

Rate quoted based on arrival date and length of stay. SHOULD you plan to depart earlier...
subject to change.  INIT _____

RATE PLAN
HH#914043975 BLUE
AL    CO  #TU217851
CAR

CONFIRMATION NUMBER : 80234542

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE ☐

GUEST SIGNATURE

X

04/08/05        PAGE      1

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 04/04/05 | 1200595 | GUEST ROOM | $119.00 ✓ |
| 04/04/05 | 1200595 | LODGING TAX | $14.88 ✓ |
| 04/05/05 | 1201086 | GUEST ROOM | $119.00 ✓ |
| 04/05/05 | 1201086 | LODGING TAX | $14.88 ✓ |
| 04/06/05 | 1201841 | GUEST ROOM | $119.00 ✓ |
| 04/06/05 | 1201841 | LODGING TAX | $14.88 ✓ |
| 04/07/05 | 1202550 | GUEST ROOM | $119.00 ✓ |
| 04/07/05 | 1202550 | LODGING TAX | $14.88 ✓ |
| 04/??/05 | 1202727 | MC ************1113 | ($535.52) |

** BALANCE **                         $0.00

EXPENSE REPORT SUMMARY

|  | 04/04/05 | 04/05/05 | 04/06/05 | 04/07/05 | STAY TOTAL |
|--|----------|----------|----------|----------|------------|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $133.88 | $535.52 |
| DAILY TOTAL | $133.88 | $133.88 | $133.88 | $133.88 | $535.52 |

MC ************1113                    04/04/05          306909      A

TODD, REBECCA                          4683

TheHiltonFamily

       

Hilton    CONRAD    DOUBLETREE    EMBASSY SUITES    Hampton Inn    Hilton Garden Inn    HOMEWOOD SUITES

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit E

```
*****************************
         Customer Copy        *
*****************************


       Montgomery Br  ing
       12 W. JEFFERSON ST.
    MONTGOMERY, ALABAMA 36104
          (334) 834-BREW


   ate:           04/07/05
   ime:           11:18 AM
   erver:         20. Miranda
   rder:          394207
   escr ipt or    Table 24

   ard Typ        AMEX
   ard No:        ***********5008
   Expires:       07/09
   opr Code:      546928


   rchases:    $     64.19
   ip:         $     11.55
                 -----------
   btotal:     $     75.74


   dditional Tip   $_____


      tal:          $_____
                    jr/da

    ree to pay the above total amount
  according to the card issuer agreement.

        SIGN ONE COPY
        KEEP ONE COPY
```

```
       SHELL FOOD MART
          BOX 396A1 ROUTE 2
          EVERGREEN AL 36401
            334-578-3767

   SHELL                    50 129 600017
   I-65 & HWY 83                   51306113
   EVERGREEN   AL  36401

   Descr.            qty        amount
                                     $
          <CUSTOMER COPY>
   T GROCERY            1         1.19
   T GROCERY            1         0.69

               Sub Total          1.88
                    Tax           0.15
       TOTAL              2.03
                   CREDIT $       2.03
   XXXX XXXXXX X5008            AMEX
   INVOICE: 899872      AUTH #: 525762

       THANK YOU
       Please Come Again


   REG# 0001 CSH#N 003 DR# 01  TRAN# 17904
   04/04/05  08:08:23           ST# SFK01
```

Exhibit E

SUBWAY I
ZZ DEXTER AVE
GOMERY, AL 36104
334-265-1213

BATCH: 051
S-A-L-E-S  D-R-A-F-T
73285801
010364436808

'037

nc: 05, 05  11:58:58

AL                    $5.1

3728996691650808      EXP: 07/
8513
DE JR

:MBER ACKNOWLEDGES RECEIPT OF GO
/OR SERVICES IN THE AMOUNT OF TH
SHOWN HEREON AND AGREES TO PERF
HE OBLIGATIONS SET FORTH BY THE.
MEMBER'S AGREEMENT WITH THE ISSL

CUSTOMER COPY


SUBWAY I
ZZ DEXTER AVE
MONTGOMERY, AL 36
334-265-1213

BATCH: 052
S A-L-E-S  D-R-A-F-T
73285801
010364436800

, : 9042
TYPE: AMEX
YPE: PURCHASE
'0 :  APR 05, 05  11:40:38

TOTAL -              -$10.85

: 3728996691650808      EXP: .
561816.
C: DE JR-

MEMBER ACKNOWLEDGES RECEIPT OF
.D/OR SERVICES IN THE AMOUNT OF
W. SHOWN HEREON AND AGREES TO P.
TH OBLIGATIONS SET FORTH BY ! .
MEMBER'S AGREEMENT WITH THE ISS

CUSTOMER COPY


Exhibit E

261-57          -799-STAR
                °T
ORDER #0          Tandra P

:tem Recap
  3 LOCARB E

  1 FRISCO HA

  2 MED BEV BAR

---

  3 LOCARB BOWL      $  8.97
  1 FRISCO HAMEGCZ   $  2.39
  2 MED BEV BAR      $  2.98

TOTAL  TAX   TOTAL  TENDER  CHANGE
4.34 $ 1.14 $ 15.48 $ 16.00 $  0.52

## HERE  # 1

04/04/2005    08:11 AM

---

**EXXON EXPRESS PAY**

KOLA DR EXXON, 8718960

HER , LA

1/2005 4:37:10 AM 8345

-- 0000000005008--    AMEX --
      DE
AUTCE ALN7252
-- TH 5271604..

PKt
gular         24.624G
ICE/GAL        $ 2.059
EL TOTAL       $-50.70

            ----------
            Total =$ 50.70

IND Cradit       $ 50.70

.dit

---

**EXPRESS PAY**

WELCOME

4232666-BPK
LER # 4232666
  BEELINE #631
  MONTGOME      AL
XXXXXXXXX5808
 D # 508
  # BPK5569
H # 541794
4/07/05  21:33

P # 03  REG
LONS        21.
ICE/GAL     $ 2.
EL SALE     $ 47

AL (C)     $ 47

THANK YOU
HAVE A NICE DAY

Exhibit E

JUN-09-2005  11:54                                                                 P.74/90

**0036**
Server: STEPHANIE T                    Rec: 34
^4/04/05 19:30, Swiped    T: 303 Term:  4

  ₁FFISH GRILL #7250
  ?.) EASTCHASE PARKWAY
   `GOMERY, AL 36117
   ₄)396-1770
   CHANT #:

  ) TYPE        ACCOUNT NUMBER
  ₁ICAN EXPRES  XXXXXXXXXXXXX5008
  ₂: DE JR
  ₃RANSACTION APPROVED
  ₄ORIZATION #: 567530
  erence: 0404010000036
  ₄S TYPE: Credit Card SALE

  ^IECK:               85.33

   :P: ·               15 00

   )TAL:               100  33

rnoNE: (     )   -
CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
top copy -> customer

                         EXXON ON THE RUN
                         3001 LOYOLA DRIVE
                        KENNER, LOUISIANA 70062

            OLA DR EXXO, 4718060

            NER  , ·LA

                04/04/2005 4:39:10 AM
            ₂9ister: 2 Trans #: 4835 Op ID: 3761
                Your cashier: ROSE

   ·a Class Bubbl Plenty        $ 1.19 10¹
   ·4 lemon halls               $ 0.89 1C³
                                ---------
                    Subtotal =  $ 2.08
                        Tax =   $ 0.18
                                ---------
                       Total =  $ 2.26

            Change Due =  $ 0.00

   ₁t                          $ -2.26
   --------------------------------------
   (XXXXXX5008      , AMEX
   :
   ICE ALL 1226
    508662
    ₊
    000687

   ) pay the total according to the
   of agreement with the card issuer.
   --------------------------------------


       THANK YOU FOR SHOPPING WITH US

                                                        Exhibit E

Herron St Chevron
215 Dickerson
Montgomery, AL

n Street Chevro
Dickerson St  Montgomery      AL
00210321

Credit Card Receipt

cxxxxxxx0782        E/VISA
HIN/MICHAEL D
2 DT OR        •            1.19T
TERIYAKI                    4.99T
E SALI P      2 @  0.50     1.00T
.ER CHEE                    0.49T

s: 5          Subtotal      7.67
s Tax                       0.77
tal                         8.44

it Card                    $8.44
ice#:   2186966
.#:     071612

* Customers signature on file ***

**CHOICES**
80 COMMERCE STREET
MONTGOMERY, AL 36T04
(334) 262-0288

04-04-05
14-22
4746

01      •5•80 B

•5•80    R
•20•00⍺  R
•14•20⍺

---

2804
Server: MARGRARET S          :c: 3:
04/0:/05 18:35, Swipe: 1   T:    rm:

B.CK STEAKHOUSE #...58
J .AS:-GN BLVD,
IGI.MI-., AL. ....
4)270-9495
CHANT #:

) TYPE       ACCOUNT NUMBER
HICAN EXPRES   XXXXXXXXXXXX5008
:; DE JR
FRANSACTION APPROVED
IORIZATION #: 568058
arence: 0405010002804
IS TYPE: Credit Card SALE

ECK:              39.0:
.P:               6 00
TOTAL:            45.03

..E: (    )
*Duplicate Copy***

HOLDER WILL PAY CARD ISSUER ABOVE
NT PURSUANT TO CARDHOLDER AGREEMEN

Exhibit E

JUN-09-2005  12:04                                                P.76/90



**EMBASSY SUITES**
**HOTELS®**   4/7/05

Tip to hotel van

for 2 rides to/

from work in rain

$6



The Hilton Family

Reservations www.embassysuites.com or 1-800-EMBASSY



Store #075

6109 US 43 South
atsuma, AL  36572
334) 679-6259

GR Counter

eipt      38063
re SALE
tination DINING ROO

| Name | Price | Total |
|------|-------|-------|
| Combo CK | 5.39 | 5.39 |
| Chix Filet |  |  |
| MD Curly |  |  |
| Bottle Water |  |  |
| SM Mozz Stick | 2.29 | 2.29 |
| WITH Sauce Marinara |  |  |
| MD Choc Shake | 1.79 | 1.79 |
| MF Trky BacRan | 4.69 | 4.69 |
| NO Bread Wheat Barr |  |  |
| 20oz Drink | 1.19 | 1.19 |
| MD Diet |  |  |

ubtotal                    15.3
scounts                     .0
les Tax                    1.9
tal                        16.

**Received**
AMEX                       16.

ACC 3728XXXXXXXX008  Exp 07/2008 SWIPE
Approved
APP
Aut. No.: 00000507275
REF

Pos:10 Clerk:206 Store:760020

04/08/2005 12:17:06

Exhibit E

# CLASS ACTION / MASS TORT REIMBURSEMENT REQUEST

Who is requesting reimbursement?   Neblett, Beard & Arsenault          Richard J. Arsenault
                                                (Firm Name)                              (Individual Name)

Who is being asked to pay this?   ☑  Neblett, Beard & Arsenault

                                  ☐  Litigation Group _____
                                                                    (Name of Litigation Group)

Which mass tort / class action case does this involve?   Vioxx   104.88888

| MAKE CHECK PAYABLE TO | EXPENSE REIMBURSEMENT | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | Mileage | | |
| American Express | Hotel | | $205.00 |
| American Express | Hotel Sales Tax | | $34.85 |
| | Airfare | | |
| | Meal | | |
| American Expres | Meals | Dinner Meetings with plaintiff counsel | $367.95 |
| Richard J. Arsenault | Cabs | airport | $53.00 |
| | Parking | | |
| | Parking | | |
| | Gratuities | | |
| | | TOTAL | $660.80 |

| Date(s) Expense Incurred: Jan. 16 & 17, 2005 | Location of Activity: Houston, Texas |
|---|---|
| Reason for Expense: Organizational meeting in Houston, Texas with all plaintiff counsel who are involved in the MDL. | |

How is this expense to be charged?

☐  Do not charge to any client; this represents a non-reimbursable operating expense.

> Note to Accounting: "Operating Overhead Deductible Expenses" cost sheet

☐  Charge to all clients involved in this litigation on a shared basis.

> Note to Accounting: "General Shared Client Reimbursable Expenses" cost sheet

PAID
CK # 127235

☐  Only charge to Individual Client involved with expense in question.   _____
                                                                                        (Name of Client)

> Note to Accounting: "Specific Client Reimbursable Expenses" cost sheet

☑  Charge to PSC/MDL      | Note to Accounting: These are expenses we expect to receive reimbursement for from a PSC (possibly a MDL PSC if applicable). Post this charge to the "PSC/MDL" cost sheet.

Signature: _____            Receipt Attached: _____

Exhibit E



**HOTEL**
## ST. REGIS
**HOUSTON**

| | | |
|---|---|---|
| **G** Mr Richard Arsenault | ROOM 319 | **T** **A** |
| **U** American Bar Association/gp | RATE 205.00 | **R** **G** |
| **E** Po Box 1190 | NO. PERS. 1 | **A** **E** |
| **S** Alexandria, LA 71309-1190 | FOLIO 354521    A | **V** **N** |
| **T** | PAGE 1 | **E** **T** |
| | ARRIVE 16-JAN-05  18:46 | **L** |
| | DEPART 17-JAN-05  12:45 | **C** **T** |
| | PAYMENT AX | **H** **O** |
| | | **A** |
| | | **R** |
| | | **G** |
| | | **E** |

| DATE | REFERENCE | DESCRIPTION | CHARGES • CREDITS |
|---|---|---|---|
| Balance Through | 15-JAN-05 | | 0.00 |
| 16-JAN-05 | RT319 | Room Chrg Corp Volumn LRA | 205.00 |
| 16-JAN-05 | RT319 | County Tax | 8.20 |
| 16-JAN-05 | RT319 | City/Local Tax | 14.35 |
| 16-JAN-05 | RT319 | State Tax | 12.30 |
| 16-JAN-05 | 9358 | Remington | 142.35 |
| 16-JAN-05 | 9367 | Remington | 225.60 |
| 16-JAN-05 | S489 | In Room Movie | 11.90 |
| 16-JAN-05 | S490 | In Room Movie | 11.90 |
| 16-JAN-05 | S493 | In Room Movie | 14.06 |
| 17-JAN-05 | AX | American Express | 621.86- |

```
                ***For Authorization Purposes Only***
                xxxxxxxxxxxx1005 ARSENAULT,RJ
                Auth Date    Code    Authorized
                16-JAN-05   509502     287.00
                16-JAN-05   549235     334.00
                     Total-Due            0.00-
```

Thank you for choosing Starwood Hotels. We look forward to welcoming you back soon!

X no charge to file

a Starwood Preferred Guest you have earned at least 1512
..arpoints for this visit G50179900545.

| | | ROOM | DEPART | AGENT |
|---|---|---|---|---|
| Mr Richard Arsenault | | 319 | 17-JAN-05 | EBARNES |
| FOLIO 354521 | 16-JAN-05 | | | |

1919 BRIAR OAKS LANE, HOUSTON, TEXAS 77027  (713) 840-7600  FAX (713) 840-0616

Exhibit E

Attachment "B"

## MDL 1657: VIOXX PRODUCTS LIABILITY LITIGATION
### CHECK REQUEST FORM FOR SHARED EXPENSE

| | | GENERAL CHECK REQUEST INFORMATION |
|---|---|---|
| 1. | **Date:** | June 7, 2005 |
| 2. | **I am requesting a check from:** | Plaintiffs' Liaison Counsel, Russ M. Herman |
| 3. | **Payable To:** (Name & Address) | Neblett, Beard & Arsenault PO Box 1190 Alexandria, La. 71309-1190 |
| 4. | **Social Security # or TIN # of the payee:** | Tax ID # 72-0900664 |
| 5. | **Invoice No.:** | 033415-JAN2105 |
| 6. | **Date check needed (check one):** | Now_____ 30 Days_____ 60 Days_____ 90 Days_____ Other___X___ |
| 7. | **Purpose of Check:** | Reimburse Conference Call Charges |
| 8. | **Amount of Check:** | $43.45 |
| 9. | **Documentation[1]** | Yes: _____X_____       No: _____ |
| 10. | **Send Check To (check one):** | Requestor ____X_____   OR   Payee_____ |
| 11. | **Requesting Attorney's Signature[2]** | |

**Liaison Counsel Accounting Use Only:**
Check #_____
Approved by Plaintiffs' Liaison Counsel:_____ Date:_____

[1] Documentation must be provided with check request.

[2] By signing this request, you certify that the expense request is properly documented, complete and accurate and is being incurred for the common benefit.

Exhibit E



**Premiere Conferencing**

P.O. Box 875450
Kansas City, MO 64187-5450

| | | |
|---|---|---|
| **Invoice:** | 033415-JAN2105 | *3* |
| **Invoice Date:** | 01/21/2005 | |
| **Billing Inquiry:** | 800-952-9108 | |
| **Tax Id:** | 58-2421656 | |
| **Terms:** | Payment Due Upon Receipt | |

FEB – 2 2005

*127209*

| Confirmation | Invoice | Event Dt | | Event Title | Participants | Billing Reference Number: |
|---|---|---|---|---|---|---|
| 337743 | US16721938 | 01/03/05 | | | 7 | |
| Qty:      269 | Description: | 6:17 pm | to   7:12 pm | ReadyConference Min - Toll | | Rate:   0.1200   Total:   $33.25 |
| Qty:       55 | Description: | 6:17 pm | to   7:12 pm | ReadyConference Min - TF | | Rate:   0.1800   Total:   $10.20 |

Pre-Tax Total:            $42.18        Discounts:            $0.00      Tax:            $1.27      Invoice Total:

| Confirmation | Invoice | Event Dt | Event Title | Participants | Billing Reference Number: |
|---|---|---|---|---|---|
| | | | | | |

Attachment "B"

## MDL 1657: VIOXX PRODUCTS LIABILITY LITIGATION
### CHECK REQUEST FORM FOR SHARED EXPENSE

| | | GENERAL CHECK REQUEST INFORMATION |
|---|---|---|
| *1.* | *Date:* | June 7, 2005 |
| 2. | *I am requesting a check from:* | Plaintiffs' Liaison Counsel, Russ M. Herman |
| 3. | *Payable To:*<br>(Name & Address) | Neblett, Beard & Arsenault<br>PO Box 1190<br>Alexandria, La. 71309-1190 |
| 4. | *Social Security # or TIN # of the payee:* | Tax ID # 72-0900664 |
| 5. | *Invoice No.:* | |
| 6. | *Date check needed (check one):* | Now_____ 30 Days____ 60 Days_____ 90 Days_____ Other___X___ |
| 7. | *Purpose of Check:* | Reimburse Dinner Meeting |
| 8. | *Amount of Check:* | $425.54 |
| 9. | *Documentation[1]* | Yes: _____X_____     No: _____ |
| 10. | *Send Check To (check one):* | Requestor ____X_____   OR   Payee_____ |
| 11. | *Requesting Attorney's Signature[2]* | |

---

**Liaison Counsel Accounting Use Only:**
Check #_____
Approved by Plaintiffs' Liaison Counsel:_____ Date:_____

---

[1] Documentation must be provided with check request.

[2] By signing this request, you certify that the expense request is properly documented, complete and accurate and is being incurred for the common benefit.

Exhibit E

# CLASS ACTION / MASS TORT REIMBURSEMENT REQUEST

Who is requesting reimbursement?   Neblett, Beard & Arsenault          Richard J. Arsenault
                                                      (Firm Name)                         (Individual Name)

Who is being asked to pay this?      ☐   Neblett, Beard & Arsenault

                                      ☐   Litigation Group _____
                                                                        (Name of Litigation Group)

Which mass tort / class action case does this involve?   Vioxx   104.88888

| MAKE CHECK PAYABLE TO | EXPENSE REIMBURSEMENT | DESCRIPTION | AMOUNT |
|---|---|---|---|
|  | Mileage |  |  |
| American Express | Hotel | 2 nights | $450.00 |
| American Express | Hotel Tax & Fees |  | 62.50 |
|  | Airfare |  |  |
| American Express | Meal | Dinner Meeting with potential lead counsel to discuss organizational issues | $817.25 |
| American Express | Meal | Dinner meeting with potential PSC members to discuss organizational issues | $425.54 |
| American Express | Meals | Numerous breakfast and lunch meetings with potential PSC members to discuss organizational issues | $369.82 |
| Richard J. Arsenault | Cabs |  | 10.00 |
| American Express | Parking |  | 56.00 |
| Richard J. Arsenault | Gratuities |  | 15.00 |
|  |  | TOTAL | $2,206.11 |

| Date(s) Expense Incurred: Feb. 23, 2005 | Location of Activity: New Orleans, LA |
|---|---|
| Reason for Expense: Various meetings with attorneys to discuss organizational issues. | |

How is this expense to be charged?

☐   Do not charge to any client; this represents a non-reimbursable operating expense.

> Note to Accounting: "Operating Overhead Deductible Expenses" cost sheet

☐   Charge to all clients involved in this litigation on a shared basis.

> Note to Accounting: "General Shared Client Reimbursable Expenses" cost sheet

☐   Only charge to Individual Client involved with expense in question.   _____
                                                                                          (Name of Client)

> Note to Accounting: "Specific Client Reimbursable Expenses" cost sheet

☐   Charge to PSC/MDL   | Note to Accounting: These are expenses we expect to receive reimbursement for from a PSC (possibly a MDL PSC if applicable). Post this charge to the "PSC/MDL" cost sheet.

Exhibit E

```
          Restaurant August
        301 Tchoupitoulas Street
         New Orleans, LA  70130
             (504) 299.9777
            (504) 299.1199 (fax)
Date:         Feb23'05 09:23PM
Card Type:  Amex
Acct #:     XXXXXXXXXXX1005
Exp Date:   10/06
Auth Code:  588362
Check:      3253
Table:      35/1
Server:     7005 Team 5
VSCA: Auth Driver

Subtotal:       355.59


Gratuity: _____ 70 —

Total : _____ 425.59 √

       *** Customer Copy ***

Thankyou, Please Come Again !!!
```

Exhibit E

Attachment "B"

## MDL 1657: VIOXX PRODUCTS LIABILITY LITIGATION
### CHECK REQUEST FORM FOR SHARED EXPENSE

| | | GENERAL CHECK REQUEST INFORMATION |
|---|---|---|
| *1.* | *Date:* | June 7, 2005 |
| 2. | *I am requesting a check from:* | Plaintiffs' Liaison Counsel, Russ M. Herman |
| 3. | *Payable To:* (Name & Address) | Neblett, Beard & Arsenault PO Box 1190 Alexandria, La. 71309-1190 |
| 4. | *Social Security # or TIN # of the payee:* | Tax ID # 72-0900664 |
| 5. | *Invoice No.:* | |
| 6. | *Date check needed (check one):* | Now_____ 30 Days_____ 60 Days_____ 90 Days_____ Other___X___ |
| 7. | *Purpose of Check:* | Reimburse Dinner Meetings |
| 8. | *Amount of Check:* | $369.82 |
| 9. | *Documentation[1]* | Yes: _____X_____          No: _____ |
| 10. | *Send Check To (check one):* | Requestor ____X_____     OR     Payee_____ |
| 11. | *Requesting Attorney's Signature[2]* | |

---

**Liaison Counsel Accounting Use Only:**
Check #_____
Approved by Plaintiffs' Liaison Counsel:_____ Date:_____

---

[1] Documentation must be provided with check request.

[2] By signing this request, you certify that the expense request is properly documented, complete and accurate and is being incurred for the common benefit.

Exhibit E

# CLASS ACTION / MASS TORT REIMBURSEMENT REQUEST

Who is requesting reimbursement?   Neblett, Beard & Arsenault                    Richard J. Arsenault
                                          (Firm Name)                              (Individual Name)

Who is being asked to pay this?   ☐   Neblett, Beard & Arsenault

                                  ☐   Litigation Group _____
                                                              (Name of Litigation Group)

Which mass tort / class action case does this involve?  Vioxx  104.88888

| MAKE CHECK PAYABLE TO | EXPENSE REIMBURSEMENT | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | Mileage | | |
| American Express | Hotel | 2 nights | $450.00 |
| American Express | Hotel Tax & Fees | | 62.50 |
| | Airfare | | |
| American Express | Meal | Dinner Meeting with potential lead counsel  to discuss organizational issues | $817.25 |
| American Express | Meal | Dinner meeting with potential PSC members to discuss organizational issues | $425.54 |
| American Express | Meals | Numerous breakfast and lunch meetings with potential PSC members to discuss organizational issues | · $369.82 |
| Richard J. Arsenault | Cabs | | 10.00 |
| American Express | Parking | | 56.00 |
| Richard J. Arsenault | Gratuities | | 15.00 |
| | | TOTAL | $2,206.11 |

| | |
|---|---|
| Date(s) Expense Incurred: Feb. 23, 2005 | Location of Activity: New Orleans, LA |

Reason for Expense: Various  meetings with attorneys to discuss organizational issues.

How is this expense to be charged?

☐  Do not charge to any client; this represents a non-reimbursable operating expense.

> Note to Accounting:  "Operating Overhead Deductible Expenses" cost sheet

☐  Charge to all clients involved in this litigation on a shared basis.

> Note to Accounting:  "General Shared Client Reimbursable Expenses" cost sheet

☐  Only charge to Individual Client involved with expense in question.   _____
                                                                              (Name of Client)

> Note to Accounting: "Specific Client Reimbursable Expenses" cost sheet

☐  Charge to PSC/MDL    Note to Accounting: These are expenses we expect to receive reimbursement for from a PSC (possibly a MDL PSC if applicable). Post this charge to the "PSC/MDL" cost sheet.

Exhibit E

Page 1 of 2



**WINDSOR COURT HOTEL**
NEW ORLEANS

ARSENAULT*, MR. RICHARD J.
NEBLETT, BEARD, ARSENAULT
PO BOX 1190
ALEXANDRIA, LA 71309

**Room Number:** 501
**Daily Rate:** 225.00
**Room Type:** FSK
**No. of Guests:** 1 / 0

| 2/22/2005 | 2/25/2005 | XXXX XXXX XXXX 1005 | 2LOC1 | 1LOC | 10600277786 |
|---|---|---|---|---|---|

| Date | Room | Description | Detail | Amount |
|---|---|---|---|---|
| 2/22/2005 | 501 | PARKING | ONE CAR VALET | $28.00 |
| 2/22/2005 | 501 | ROOM CHARGE | #501 ARSENAULT*, MR. RICHARD J. | $225.00 |
| 2/22/2005 | 501 | ROOM SALES TAX | ROOM SALES TAX | $29.25 |
| 2/22/2005 | 501 | ROOM OCCUPANCY TAX | ROOM OCCUPANCY TAX | $2.00 |
| 2/23/2005 | 501 | ROOM SERVICE | 501/2795/06:56/ROOM SERVICE | ($36.13) |
| 2/23/2005 | 501 | ROOM SERVICE | 501/2822/07:46/ROOM SERVICE | ($57.49) |
| 2/23/2005 | 501 | LONG DISTANCE | 501/09:49/2/3122864711 | $10.79 |
| 2/23/2005 | 501 | LONG DISTANCE | 501/09:54/2/2125585504 | $10.79 |
| 2/23/2005 | 501 | NEW ORLEANS GRILL | 501/880/14:47/NEW ORLEANS GRILL | ($54.10) |
| 2/23/2005 | 501 | PARKING | ONE CAR VALET | $28.00 |
| 2/23/2005 | 501 | ROOM CHARGE | #501 ARSENAULT*, MR. RICHARD J. | $225.00 |
| 2/23/2005 | 501 | ROOM SALES TAX | ROOM SALES TAX | $29.25 |
| 2/23/2005 | 501 | ROOM OCCUPANCY TAX | ROOM OCCUPANCY TAX | $2.00 |
| 2/24/2005 | 501 | ROOM SERVICE | 501/2951/07:17/ROOM SERVICE | ($41.88) |
| 2/24/2005 | 501 | LONG DISTANCE | 501/10:06/2/2125585504 | $10.79 |
| 2/24/2005 | 501 | LOCAL PHONE | 501/10:20/2/5897590 | $1.00 |
| 2/24/2005 | 501 | LOCAL PHONE | 501/10:28/2/5897545 | $1.00 |
| 2/24/2005 | 501 | LONG DISTANCE | 501/10:30/1/2125585504 | $8.40 |
| 2/24/2005 | 501 | LOCAL PHONE | 501/11:50/1/6697096 | $1.00 |
| 2/24/2005 | 501 | ROOM SERVICE | 501/2987/13:25/ROOM SERVICE | ($63.60) |
| 2/24/2005 | 501 | LOCAL PHONE | 501/13:49/3/5222304 | $1.00 |
| 2/24/2005 | 501 | RM PANTRY/RM FAX | 501/44274/14:28/RM PANTRY/RM FAX | $45.98 |
| 2/24/2005 | 501 | LONG DISTANCE | 501/20:52/2/5044008501 | $4.35 |
| 2/24/2005 | 501 | PARKING | ONE CAR VALET | $28.00 |
| 2/24/2005 | 501 | ROOM CHARGE | #501 ARSENAULT*, MR. RICHARD J. | $225.00 |
| 2/24/2005 | 501 | ROOM SALES TAX | ROOM SALES TAX | $29.25 |
| 2/24/2005 | 501 | ROOM OCCUPANCY TAX | ROOM OCCUPANCY TAX | $2.00 |
| 2/25/2005 | 501 | ROOM SERVICE | 501/2073/06:52/ROOM SERVICE | ($38.69) |
| 2/25/2005 | 501 | LOCAL PHONE | 501/07:20/1/4954935 | $1.00 |
| 2/25/2005 | 501 | ROOM SERVICE | 501/2087/09:10/ROOM SERVICE | ($25.27) |
| 2/25/2005 | 501 | ROOM SERVICE | 501/2135/13:46/ROOM SERVICE | ($52.86) |

*$369.82*

**CONTINUED ON NEXT PAGE**

TERMS:  DUE AND PAYABLE UPON PRESENTATION.  I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES.

300 Gravier Street, New Orleans, Louisiana 70130
Telephone 504.523.6000 • 800.262.2662  Facsimile 504.596.4513
www.windsorcourthotel.com

Exhibit E

Page 2 of 2



**WINDSOR COURT HOTEL**
NEW ORLEANS

ARSENAULT*, MR. RICHARD J.
NEBLETT, BEARD, ARSENAULT
PO BOX 1190
ALEXANDRIA, LA 71309

**Room Number:** 501
**Daily Rate:** 225.00
**Room Type:** FSK
**No. of Guests:** 1 / 0

| 2/22/2005 | 2/25/2005 | XXXX XXXX XXXX 1005 | 2LOC1 | 1LOC | 10600277786 |
|---|---|---|---|---|---|

| 2/25/2005 | 501 | LOCAL PHONE | 501/13:47/3/5222304 | $1.00 |
|---|---|---|---|---|
| 2/25/2005 | 501 | RM PANTRY/RM FAX | 501/44374/14:11/RM PANTRY/RM FAX | $28.74 |
| 2/25/2005 | 501 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($1,348.41) |

**TOTAL DUE:** $0.00

TERMS:  DUE AND PAYABLE UPON PRESENTATION.  I AGREE THAT MY LIABILITY FOR THIS
BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE
INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL
AMOUNT OF THESE CHARGES.

300 Gravier Street, New Orleans, Louisiana 70130
Telephone 504.523.6000 • 800.262.2662  Facsimile 504.596.4513
www.windsorcourthotel.com

Exhibit E

Attachment "B"

## MDL 1657: VIOXX PRODUCTS LIABILITY LITIGATION
## CHECK REQUEST FORM FOR SHARED EXPENSE

| | | GENERAL CHECK REQUEST INFORMATION |
|---|---|---|
| *1.* | *Date:* | June 7, 2005 |
| 2. | *I am requesting a check from:* | Plaintiffs' Liaison Counsel, Russ M. Herman |
| 3. | *Payable To:* (Name & Address) | Neblett, Beard & Arsenault<br>PO Box 1190<br>Alexandria, La. 71309-1190 |
| 4. | *Social Security # or TIN # of the payee:* | Tax ID # 72-0900664 |
| 5. | *Invoice No.:* | |
| 6. | *Date check needed (check one):* | Now_____ 30 Days_____ 60 Days_____ 90 Days_____ Other__X__ |
| 7. | *Purpose of Check:* | Reimburse Dinner Meeting |
| 8. | *Amount of Check:* | $817.25 |
| 9. | *Documentation[1]* | Yes: _____X_____          No: _____ |
| 10. | *Send Check To (check one):* | Requestor ____X_____    OR    Payee_____ |
| 11. | *Requesting Attorney's Signature[2]* | |

Liaison Counsel Accounting Use Only:
Check # _____
Approved by Plaintiffs' Liaison Counsel:_____Date:_____

---

[1] Documentation must be provided with check request.

[2] By signing this request, you certify that the expense request is properly documented, complete and accurate and is being incurred for the common benefit.

# CLASS ACTION / MASS TORT REIMBURSEMENT REQUEST

Who is requesting reimbursement?   Neblett, Beard & Arsenault          Richard J. Arsenault
                                   (Firm Name)                        (Individual Name)

Who is being asked to pay this?   ☐   Neblett, Beard & Arsenault

                                  ☐   Litigation Group _____

                                                          (Name of Litigation Group)

Which mass tort / class action case does this involve?  Vioxx   104.88888

| MAKE CHECK PAYABLE TO | EXPENSE REIMBURSEMENT | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | Mileage | | |
| American Express | Hotel | 2 nights | $450.00 |
| American Express | Hotel Tax & Fees | | 62.50 |
| | Airfare | | |
| American Express | Meal | Dinner Meeting with potential lead counsel  to discuss organizational issues | $817.25 |
| American Express | Meal | Dinner meeting with potential PSC members to discuss organizational issues | $425.54 |
| American Express | Meals | Numerous breakfast and lunch meetings with potential PSC members to discuss organizational issues | $369.82 |
| Richard J. Arsenault | Cabs | | 10.00 |
| American Express | Parking | | 56.00 |
| Richard J. Arsenault | Gratuities | | 15.00 |
| | | TOTAL | $2,206.11 |

| Date(s) Expense Incurred: Feb. 23, 2005 | Location of Activity: New Orleans, LA |
|---|---|

Reason for Expense: Various  meetings with attorneys to discuss organizational issues.

How is this expense to be charged?

☐  Do not charge to any client; this represents a non-reimbursable operating expense.

> Note to Accounting:  "Operating Overhead Deductible Expenses" cost sheet

☐  Charge to all clients involved in this litigation on a shared basis.

> Note to Accounting:  "General Shared Client Reimbursable Expenses" cost sheet

☐  Only charge to Individual Client involved with expense in question.   _____

                                                                        (Name of Client)

> Note to Accounting: "Specific Client Reimbursable Expenses" cost sheet

☐  Charge to PSC/MDL   | Note to Accounting: These are expenses we expect to receive reimbursement for from a PSC (possibly a MDL PSC if applicable). Post this charge to the "PSC/MDL" cost sheet.

Exhibit E

0153

125 —

817.25 ✓

Attachment "B"

## MDL 1657: VIOXX PRODUCTS LIABILITY LITIGATION
### CHECK REQUEST FORM FOR SHARED EXPENSE

| | | GENERAL CHECK REQUEST INFORMATION |
|---|---|---|
| *1.* | *Date:* | June 7, 2005 |
| *2.* | *I am requesting a check from:* | Plaintiffs' Liaison Counsel, Russ M. Herman |
| *3.* | *Payable To:* (Name & Address) | Neblett, Beard & Arsenault<br>PO Box 1190<br>Alexandria, La. 71309-1190 |
| *4.* | *Social Security # or TIN # of the payee:* | Tax ID # 72-0900664 |
| *5.* | *Invoice No.:* | |
| *6.* | *Date check needed (check one):* | Now_____   30 Days_____   60 Days_____   90 Days_____   Other___X___ |
| *7.* | *Purpose of Check:* | Reimburse Extraordinary Firm Copy Expense |
| *8.* | *Amount of Check:* | $420.75 |
| *9.* | *Documentation*[1] | Yes: _____X_____               No: _____ |
| *10.* | *Send Check To (check one):* | Requestor ____X_____      OR      Payee_____ |
| *11.* | *Requesting Attorney's Signature*[2] | |

Liaison Counsel Accounting Use Only:
Check #_____
Approved by Plaintiffs' Liaison Counsel:_____ Date:_____

---

[1] Documentation must be provided with check request.

[2] By signing this request, you certify that the expense request is properly documented, complete and accurate and is being incurred for the common benefit.

Exhibit E

## MEMORANDUM

TO:         Bookkeeping

FROM:     Rebecca

DATE:     March 3, 2005

RE:         Vioxx                    *104.88888*

*********************************************************************

I made 153 copies of Richard J. Arsenault's Application for Appointment to the Plaintiffs' Steering Committee to send to all counsel (153).

153 X 11 pages = 1,683 total copies

~ $420.75 ✓

*Posted 3/3/05*

Exhibit E

Attachment "B"

## MDL 1657: VIOXX PRODUCTS LIABILITY LITIGATION
### CHECK REQUEST FORM FOR SHARED EXPENSE

| | | GENERAL CHECK REQUEST INFORMATION | |
|---|---|---|---|
| 1. | Date: | June 7, 2005 | |
| 2. | I am requesting a check from: | Plaintiffs' Liaison Counsel, Russ M. Herman | |
| 3. | Payable To: (Name & Address) | Neblett, Beard & Arsenault PO Box 1190 Alexandria, La. 71309-1190 | |
| 4. | Social Security # or TIN # of the payee: | Tax ID # 72-0900664 | |
| 5. | Invoice No.: | 034415-FEB2105 | |
| 6. | Date check needed (check one): | Now_____ 30 Days_____ 60 Days_____ 90 Days_____ Other___X___ | |
| 7. | Purpose of Check: | Reimburse Conference Call Charges | |
| 8. | Amount of Check: | $37.08 | |
| 9. | Documentation[1] | Yes: _____X_____        No: _____ | |
| 10. | Send Check To (check one): | Requestor ____X____    OR    Payee_____ | |
| 11. | Requesting Attorney's Signature[2] | | |

Liaison Counsel Accounting Use Only:
Check #_____
Approved by Plaintiffs' Liaison Counsel:_____        Date:_____

---

[1] Documentation must be provided with check request.

[2] By signing this request, you certify that the expense request is properly documented, complete and accurate and is being incurred for the common benefit.

Exhibit E



**Premier Conferencing**

P.O. Box 875450
Kansas City, MO 64187-5450

| | |
|---|---|
| **Invoice:** | 033415-FEB2105 |
| **Invoice Date:** | 02/21/2005 |
| **Billing Inquiry:** | 800-952-9108 |
| **Tax Id:** | 58-2421656 |
| **Terms:** | Payment Due Upon Receipt |

3/4/05
Pd
ck # 127378

| | | | |
|---|---|---|---|
| Moderator: | 437082 | Mr. Richard J. Arsenault | NEBLETT, BEARD, & ARSENAULT |
| City: | ALEXANDRIA | State: LA | |

| Confirmation | Invoice | Event Dt | | | Event Title | Participants | Billing Reference Number: | |
|---|---|---|---|---|---|---|---|---|
| 337743 | US17601966 | 02/04/05 | | | | 6 | 10488888- | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Qty: | 216 | Description: | 12:14 pm | to | 1:11 pm | ReadyConference Min - Toll | Rate: 0.1200 | Total: $26.70 |
| Qty: | 56 | Description: | 12:14 pm | to | 1:11 pm | ReadyConference Min - TF | Rate: 0.1800 | Total: $10.38 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Pre-Tax Total: | $36.00 | Discounts: | $0.00 | Tax: | $1.08 | Invoice Total: | $37.08 ✓ |

Attachment "B"

## MDL 1657: VIOXX PRODUCTS LIABILITY LITIGATION
### CHECK REQUEST FORM FOR SHARED EXPENSE

| | | GENERAL CHECK REQUEST INFORMATION |
|---|---|---|
| *1.* | *Date:* | June 7, 2005 |
| *2.* | *I am requesting a check from:* | Plaintiffs' Liaison Counsel, Russ M. Herman |
| *3.* | *Payable To:* (Name & Address) | Neblett, Beard & Arsenault PO Box 1190 Alexandria, La. 71309-1190 |
| *4.* | *Social Security # or TIN # of the payee:* | Tax ID # 72-0900664 |
| *5.* | *Invoice No.:* | 034415-FEB2105 |
| *6.* | *Date check needed (check one):* | Now_____  30 Days_____  60 Days_____  90 Days_____  Other___X___ |
| *7.* | *Purpose of Check:* | Reimburse Conference Call Charges |
| *8.* | *Amount of Check:* | $40.85 |
| *9.* | *Documentation[1]* | Yes: _____X_____         No: _____ |
| *10.* | *Send Check To (check one):* | Requestor ____X_____   OR   Payee_____ |
| *11.* | *Requesting Attorney's Signature[2]* | |

**Liaison Counsel Accounting Use Only:**
Check #_____
Approved by Plaintiffs' Liaison Counsel:_____ Date:_____

---

[1] Documentation must be provided with check request.

[2] By signing this request, you certify that the expense request is properly documented, complete and accurate and is being incurred for the common benefit.

Exhibit E



P.O. Box 875450
Kansas City, MO 64187-5450

**Invoice:** 033415-FEB2105
**Invoice Date:** 02/21/2005
**Billing Inquiry:** 800-952-9108
**Tax Id:** 58-2421656
**Terms:** Payment Due Upon Receipt

*3/4/05 Pd ck# 121378*

Moderator: 437082    Mr. Richard J. Arsenault         NEBLETT, BEARD, & ARSENAULT
City: ALEXANDRIA    State:    LA

| Confirmation | Invoice | Event Dt | Event Title | Participants | Billing Reference Number |
|---|---|---|---|---|---|
| 337743 | US17907000 | 02/16/05 | | 5 | 10488888- |

| Qty: | 239 | Description: | 11:59 am | to | 1:02 pm | ReadyConference Min - Toll | Rate: | 0.1200 | Total: | $29.54 |
| Qty: | 61 | Description: | 11:59 am | to | 1:02 pm | ReadyConference Min - TF | Rate: | 0.1800 | Total: | $11.31 |

**Pre-Tax Total:** $39.66    **Discounts:** $0.00    **Tax:** $1.19    **Invoice Total:** $40.85 ✓

**Mod Pre-Tax Total:** $84.06    **Mod Discounts:** $0.00    **Mod Tax:** $2.53    **Moderator Total:** $86.59

Exhibit E

RICHARD J. ARSENAULT *
C. MICHAEL BOLLINGER
DAVID O. WALKER **
PAUL J. TELLARICO
WILLIAM S. NEBLETT ***
MICHAEL S. KOCH
WESLEY J. GRALAPP
GARY J. ARSENAULT
EDWARD E. ROBERTS, III
STEVEN M. RACHAL
JOHN R. WHALEY
L. LARAMIE HENRY



NEBLETT, BEARD & ARSENAULT
Attorneys At Law

A REGISTERED LIMITED LIABILITY PARTNERSHIP, INCLUDING LAW CORPORATIONS

ROBERT B. NEBLETT (1991)
RICHARD W. BEARD (1988)

\* LAW CORPORATION
ALSO ADMITTED IN
COLORADO, TEXAS
AND WASHINGTON, D.C.
\*\* LAW CORPORATION
ALSO ADMITTED IN TEXAS
\*\*\* ALSO ADMITTED IN TEXAS

J. PHILLIP TERRELL, JR.
OF COUNSEL

March 2, 2005

Honorable Loretta G. Whyte
Clerk of Court, USDC
Eastern District of Louisiana
500 Poydras Street, Room C151
New Orleans, LA  70130

      RE:    In Re: Vioxx Products Liability Litigation
               MDL No. 1657

Dear Ms. Whyte:

    Enclosed for filing please find one original and two copies of "Richard J. Arsenault's Application for Appointment to the Plaintiffs' Steering Committee" in the captioned matter. Please file the original and one copy into the record and return the remaining copy, indicating the date of filing, in the self-addressed, stamped envelope.

           Sincerely,

           RICHARD J. ARSENAULT

RJA:rlm

Enclosures

cc:    See Attached List

2220 Bonaventure Court   Post Office Box 1190   Alexandria, Louisiana  71309-1190
Telephone  (318) 487-9874   Facsimile  (318) 561-2591

Exhibit E

Alford's Pharmacy
5897 West Port Arthur Road
Port Arthur, TX 77640

Dario Arango, M.D.
5407 South McColl Road, Suite B
Edinburg, TX 78539

Bryan F. Aylstock
AYLSTOCK, WITKIN & SASSER, PLC
55 Baybridge Drive
Gulf Breeze, FL 32561

David A. Barett
BOIES, SCHILLER & FLEXNER, LLP
570 Lexington Avenue, 16th Floor
New York, NY 10022

Bergen Brunswig
P.O. Box 959
Valley Forge, PA 79482

R( )nda L. Bradford
SINGLETON LAW OFFICE
4050 Linwood Avenue
Shreveport, LA 71108

Virginia M. Buchanan
LEVIN, PAPANTONIO,
THOMAS, MITCHELL, et al
316 S. Baylen Street, Suite 600
Pensacola, FL 32501-5996

Raymond S. Carroll
LAW OFFICES OF WEINER,
CARROLL & STRAUSS
119 Rockland Center, Suite 425
Nanuet, NY 10954

C. York Craig, Jr.
CRAIG, HESTER, LUKE & DODSON
P.O. Box 12005
Jackson, MS 39236-2005

Dana Foster, P.A.
2( Brook Bend Land
El Campo, TX 77437

T. Scott Allen, Jr.
CRUSE, SCOTT, HENDERSON &
ALLEN
2777 Allen Parkway, 7th Floor
Houston, TX 77019

Matthew H. Armstrong
MARKER & ARMSTRONG, LLC
One Metropolitan Square, Suite
2970
St. Louis, MO 63102-2793

Blake H. Bailey
BAILEY LAW FIRM
112 South Broadway
Tyler, TX 75702

Bradley Douglas Becnel
LAW OFFICES OF DANIEL E. BECNEL, JR.
425 W. Airline Hwy., Suite B
Laplace, LA 70068

William C. Berger
FURR & COHEN
One Boca Place
2255 Glades Road, Suite 337W
Boca Raton, FL 33431

Ellis Broadway, Jr.
Prisoner # 01A4242-27 East 21 Bed
Mid-State Correctional Facility
P.O. Box 2500
Marcy, NY 13403

Elizabeth J. Cabraser
LEIFF, CABRASER
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Joseph R. Colingo
WILLIAMS, HEIDELBERG, et al
P.O. Box 1407
Pascagoula, MS 39568-1407

Richard E. Crum
COBB, SHEALY, CRUM & DERRICK
P.O. Box 6346
Dothan, AL 36032-6346

Eric C. Deters
ERIC C. DETERS & ASSOCIATES
5247 Madison Pike
Independence, KY 41051

Amerisourcebergen
1300 Morris Drive, Suite 100
Chesterbrook, PA 19087

Richard J. Arsenault
NEBLETT BEARD & ARSENAULT
P.O. Box 1190
Alexandria, LA 71309-1190

Steven C. Barkley
3560 Delaware, Suite 305
Beaumont, TX 77706

Daniel E. Becnel Jr.
LAW OFFICES OF DANIEL E. BECNEL, JR.
P.O. Drawer H
Reserve, LA 70084-2095

Andy Birchfield
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS, & MILES
P.O. Box 4160
Montgomery, AL 36103-4160

Joseph M. Bruno
BRUNO & BRUNO, LP
855 Baronne Street
New Orleans, LA 70113

Andrew J. Carboy
SULLIVAN, PAPAIN, BLOCK,
MCGRATH & CANNAVO
120 Broadway, 18th Floor
New York, NY 10271

Ernest Cory
CORY, WATSON, CROWDER & DEGARIS
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205

John Michael D'Amato, Jr.
RUSSO, SCAMARDELLA & D'AMATO
1010 Forest Avenue
Staten Island, NY 10310

Ivan Dixon
8413 Edgewood Drive
Rowlett, TX 75089

Exhibit E

John Driscoll
BROWN & CROUPPEN
720 Olive Street, Suite 1800
St. Louis, MO 63101-2302

Richard M. Edmonson
ARMSTRONG ALLEN
4450 Old Canton Road, Suite 210
Jackson, MS 39211

Reginald K. Fears
James H. Byrd Unit
21 FM 247
Huntsville, TX 77320

Allen R. Flowers
FLOWERS LAW FIRM
341 North 25th Avenue
Hattiesburg, MS 39401

Richard A. Freese
SWEET & FREESE
P.O. Box 1178
Jackson, MS 29215

Ricardo A. Garcia
820 S. Main Street
McAllen, TX 78501

Anthony C. Graffeo
WATSON, JIMMERSON, GIVHAN, ET
AL P.O. Box 18368
Huntsville, AL 35804

Lance A. Harke
HARKE & CLASBY
155 South Miami Avenue, Suite 600
Miami, FL 33130

David H. Hockema
HOCKEMA, TIPPIT & ESCOBEDO
P.O. Box 720540
McAllen, TX 78504-0540

Debra L. Hurst
HURST & HURST
401 West "A" Street, Suite 1825
San Diego, CA 92101

John P. Eberhardt
#1083045
1100 FM 655
Rosharon, TX 77583

James A. Edwards
CANTEY & HANGER
801 Cherry Street
Suite 2100 Burnett Plaza
Fort Worth, TX 76102

William B. Federman
Federman & Sherwood
120 North Robinson Ave.
Suite 2720
Oklahoma City, OK 73102

Shawn G. Foster
DAVIS, BETHUNE & JONES
1100 Main Street, Suite 2390
Kansas City, MO 64105

Michael T. Gallagher
GALLAGHER LAW FIRM
777 Walker Street, Suite 2500
Houston, TX 77002

Ronald S. Goldser
ZIMMERMAN REED
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123

Tim T. Griesenbeck
PLUNKETT & GIBSON
P.O. Box 795061
San Antonio, TX 78216

Jennifer Haskins
Assistant General Counsel
Tort Litigation Division, Wal-Mart
Stores 702 S.W. 8th Street
Bentonville, AR 72716-0215

Robert M. Hodges
WISE, CARTER, CHILD & CARAWAY
P.O. Box 651
Jackson, MS 39205-0651

Mark B. Hutton
HUTTON & HUTTON
P.O. Box 638
Wichita, KS 67201

Daniel A. Edelman
EDELMAN, COMBS & LATTURNER
120 South LaSalle Street, 18th Floor
Chicago, IL 60603

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, S.W.
Denham Springs, LA 70726

Ronald V. Fiesta
Kenneth B. Moll & Asso.
Three First National Plaza
50th Floor
Chicago, IL 60602

Dana Casselli Fox
WATERS & KRAUS
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204

Hector G. Gancedo
GANCEDO & NIEVES
144 West Colorado Blvd.
Pasadena, CA 91105

Andrew S. Goldwasser
CIANO & GOLDWASSER
460 MK Ferguson Plaza
1500 West Third Street, Suite 460
Cleveland, OH 44113

Jeffrey D. Guerriero
GUERRIERO & GUERRIERO
P.O. Box 4092
Monroe, LA 71211-4092

Craig D. Hebderson
GARY, THOMASSON, HALL & MARK
P.O. Box 2888
Corpus Christi, TX 78403

Jesse L. Howell, III
COPELAND, COOK, TAYLOR & BUSH
P.O. Box 6020
Ridgeland, MS 39158-6020

Dennis J. Johnson
JOHNSON & PERKINSON
P.O. Box 2305
S. Burlington, VT 05403

Walter T. Johnson
WATKINS & EAGER
P.O. Box 650
Jackson, MS 39205-0650

Richard L. Josephson
BAKER & BOTTS
One Shell Plaza
910 Louisiana Street, Suite 3000
Houston, TX 77002-9934

Sharon L. Kegerreis
HUGHES, HUBBARD & REED
201 S. Biscayne Boulevard, Suite
2500
Miami, FL 33131-4332

John W. Land
BRYAN, NELSON, RANDOLPH
& WEATHERS
P.O. Drawer 18109
Hattiesburg, MS 39404-8109

Ira H. Leesfield
LEESFIELD, LIEGHTON,
RUBIO & MAHFOOD
2350 South Dixie Highway
Miami, FL 33133

D. K. Lietz
COALE, COOLEY, LEITZ,
MCINERNY & BROADUS
818 Connecticut Avenue, Suite 857
Washington, DC 20006

Patrick A. Malone
STEIN, MITCHELL & MIZINES
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036

Leray J. McNamara
COPELAND, COOK, TAYLOR & BUSH
P.O. Box 6020
Ridgeland, MS 39158

Kirk S. Milam
HICKMAN, GOZA & SPARAGINS
P.O. Drawer 668
Oxford, MS 38655-0668

Michel F. Mills
Pa, Langer, Beck,
Lallande & Serbin
P.O. Box 7948
Long Beach, CA 90807

Whitman B. Johnson, III
CURRIE, JOHNSON, GRIFFIN,
GAINES & MEYERS
P.O. Box 750
Jackson, MS 39205-0750

Brian S. Kabateck
KABATECK, BROWN, KELLNER
350 S. Grand Avenue, 39th Floor
Los Angeles, CA 90071

Eric R. Kennedy
WEISMAN, KENNEDY & BERRIS
1600 Midland Building
101 Prospect Avenue, West
Cleveland, OH 44115

Mark W. Lanier
LANIER LAW FIRM
6810 FM 1960 West
Houston, TX 77069

Arnold Levin
LEVIN, FISHBEIN, SEDRAN &
BERMAN
50 Walnut Street, Suite 500
Philadelphia, PA 19106

Richard A. Lockridge
LOCKRIDGE, GRINDAL & NAUEN
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2179

David P. Matthews
ABRAHAM, WATKINS, NICOLS, SORRELS
800 Commerce Street
Houston, TX 77002-1776

Joseph L. McNamara
COPELAND, COOK, TAYLOR & BUSH
P.O. Box 6020
Ridgeland, MS 39158

Allen Scott Milavetz
MILAVETZ, GALLOP & MILAVETZ
6500 France Avenue, South
Edina, MN 55435

Daniel Minor
1032 Cardinal Dr.
Waco, TX 76712

Christy D. Jones
BUTLER, SNOW, O'MARA,
STEVENS & CANNADA
P.O. Box 22567
Jackson, MS 39225-2567

Melissa C. Katz
WATERS & KRAUS
3219 McKinney, Suite 3000
Dallas, TX 75204

Timothy M. Kolman
TIMOTHY M. KOLMAN AND ASSOCIATES
225 North Flowers Mill Road
The Shoppes at Flowers Mill
Langhorne, PA 19047

Jeffrey D. Leathers
GREER, PIPKIN, RUSSELL,
DENT & LEATHERS
P.O. Box 907
Tupelo, MS 38802

Carlene Rhodes Lewis
GOFORTH, LEWIS, SANFORD
111 Bagby, Suite 2200
Houston , TX 77002

William O. Luckett, Jr.
LUCKETT LAW FIRM
P.O. Drawer 1000
Clarksdale, MS 38614-1000

Kenneth B. McClain
HUMPHREY, FARRINGTON &
MCCLAIN
221 West Lexington, Suite 400
Independence, MO 64050

Charles M. Merkel
MERKEL & COCKE
P.O. Box 1388
Clarksdale, MS 38614-1388

Mason L. Miller
GETTY & MAYO
1900 Lexington Financial Center
250 W. Main Street
Lexington, KY 40507

Steven R. Minor
ELLIOTT LAWSON & MINOR
P.O. Box 8400
Bristol, VA 24203-8400

Exhibit E

Michael H. Moirano
NISEN & ELLIOTT
200 West Adams Street, Suite 2500
Chicago, IL 60606

Edwin T. Mulhern
HUWEL & MULHERN
11 New Hyde Park Road
Frank Square, NY 11010

Eugene R. Naylor
Wise, Carter, Child & Caraway
P.O. Box 651
Jackson. MS 39205-0651

Thomas Jack Pearson
PEARSON & CAMPBELL, P.C.
2394 Calder Avenue
Beaumont, TX 77702

Geoffrey Edward Pope
DOTLRRRN,VRE. SHIBLDS,
CANFICLD, KNOWLES & DEVINE
1355 Peachtree Street, N.E.
1600 The Peachtree
Atlanta, GA 30309-3269
William R. Robb
ALESHIRE, ROBB & SIVILS
901 St Louis Street, Suite 1600
Springfield, MO 65806

Scott Rynecki
Rubenstein & Rynecki
16 Court Street, Suite 1717
Brooklyn, NY 11241

Stuart E. Scott
Spangenberg, Shibley & Liber
2400 National City Center
1900 East 9th Street
Cleveland, OH 44114
Jeffrey B. Simon
Waters & Kraus
3219 McKinney Avenue
Suite 3000
Dallas, TX 75104
Kathryn A. Snapka
S. ka, Turinan & Waterhouse
P.O. Drawer 23017
Corpus Christi. TX 75403

Kenneth B. Moll
KENNETH B. MOLL & ASSOCIATES.
Three First National Plaza, 50th Floor
Chicago, IL 60602

John T. Murray
MURRAY & MURRAY
P.O. Box 19
Sandusky, OH 44871

Richard F. O'Malley
Sidley Austin Bream & Wood
10 South Dearborft Sneet
Suite 48 Southeast
Chicago, IL 60603
Robert Piper, Jr.
Piper & Associates
P.O. Box 69
Shreveport, LA 71103

Henry J. Price
Price, Waicukauski & Mellowitz
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204
Robert D. Rowland
2227 South State Route 157
Edwardsville, IL 62025

Stephen V. Saia
Law Offices of Stephen V. Saia
70 Old Cart Path Lane
Pembroke, MA 02359

Christopher A. Seeger
Seegex Weiss, LLP
One William Street, 10th Floor
New York. NY 10004-2502

David Neil Smith
Nix, Patterson & Roach
205 Linda Drive
Dangerfield, TX 75638

Shanin Specter
Kline & Specter
1525 Locust Street
19th Street
Philadelphia, PA 19102

Geoffrey C. Mousseau
MOUSSEAU & ASSOCIATES
1421 Valverde Place, Suite B
Glendale, CA 91208

Nast, Dianne
Roda & Nast, P.C.
801 Estelle Drive
Lancaster, PA 17601

Gregory J. Owen
OWEN, PATTERSON & OWEN
23822 West Valencia Blvd.
Suite 201
Valencia, CA 91355
Frank M. Pitre
San Francisco Airport Office Center
540 Malcolm Road, Suite 200
Burlingame, CA 94010

Eric M. Queglas-Jordan
Queglas LAW Offices
P.O. Box 16606
San Juan, PR 00908-6606

John H. Ruiz
Law Office of John H. Ruiz
50442 N.W. 7th Street, Suite 920
Miami, FL 33126

Paul R.M. Schwebel
5657 Rundle Court
Indianapolis, IN 46220

Norman E. Siegel
Stueve Helder & Siegel
330 W 47th Street, Suite 250
Kansas City, MO 64112

Deanna Dean Smith
Ebanks, Smith & Carlson
1401 McKinney, Suite 2500
Houston, TX 77010-4034

Robert F. Stacy
Daniel, Coker, Horton & Bell
P.O. Box 1084
Jackson, MS 39215-1064

John S. Steward
Meyerkord and Steward
2525 South Breritwood Boulevard
Suite 102
St. Louis, MO 63144
Casandra F. Thomas
514-C Woodrow Wilson Avenue
Jackson, MS 39213

Lawrence D. Wade, Jr.
Campbell, DeLong, Hagwood &
Wade
P.O. Box 1856
Greenville, MS  35702-1 556
Leila H. Watson
Cory, Watson, Crowder & DeGans
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205

Leslie Weisbrod
Morgan & Weisbrod
11551 Forest Central Drive
Suite 300
Dallas, TX 75243
James L. Wright
Mithoff & Jacks
1 Congress Plaza
111Congress Avenue, Suite 1010
Austin, TX  78701-0001
Shanin Specter
Kline & Specter
1525 Locust Street
19th Street
Philadelphia, PA 19102
Mary Gibson
P.O. Box 400
St. Mary's, GA 31558

John F. Hughes
Wilkins, Stephens & Tiptom
P.O. Box 13429
Jackson, MS 39236-3429

Norman C. Kleinberg
E  es Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Stephen G. Strauss
BRYAN CAVE, LLP.
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 03102
Christopher V. Tisi
Ashcraft & Gerel
2000 L Street, NW
Suite 400
Washington, DC 20036
Chris J. Walker
Markow Walker, P.A.
P.O. Box 13669
Jackson, MS  39236$3669

Jennifer Fadal Weaver
1305 Fossel Ridge Trial
Waco, TX 76712

Jewell E. Welch, III
Cunard Reis Law Firm
9214 Interline Avenue
Baton Rouge, LA 70809

Michael A. Yassaga
Johnson, Finkel, DeLuca & Kennedy
1221 Lamar, Suite 1000
Houston, TX 77010
Zonas, James John
Virginia M. Buchnan
P.O. Box 12308
Pensacola, FL 32501

Nadeem Haider
606 N. Jefferson Street
Louisville, MS 39339

David A. Hylla
Bilbrey & Hylla
P.O. Box 975
Edwardsville, IL 62025

Marjory Knoll
Law Office of Robert J. Dicello
7556 Mentor Avenue
Mentor, OH 44060

Robert G. Sullivan
Sullivan, Papain, Block,
McGrath & Cannavo
120 Broadway, 18th Floor
New York, NY 10271
Josephine Trovini
Westchester County Attorneys
Office 600 Michaelian Office
Building148 Martine Avenue
White Plains, NY 10601
Thomas E. Walker
Johnston, Barton, Proctor & Powell
2900 AmSouth/Harbert Plan 1901
6th Avenue North
Birmingham, AL 35203
Richard I. Weiner
Law Offices Of Richard J. Weiner
19 Rockland Center,  Suite 425
Nanuet, NY 10954

John K. Weston
Sacks, Weston, Smolinksy,
Albert & Luber
510 Walunt Street, Suite 400
Philadelphia, PA I 9106
James J. Zonas
Attorney at Law
700 2nd Avenue, North, Suite 102
Naples, FL 34102

John P. Eberhardt
#1083045
1100 FM 655
Rosharon, TX 77583

Barbara J. Hart
100 Park Avenue, 12th Floor
New York, NY 10017-5563

Dennis J. Johnson
Johnson & Perkinson
P.O. Box 2305
S. Burlinton, VT 05403

Joel C. Lamp
Assistant General Counsel
702 S.W. 8th Street
Bentonville, AR 72716-0215

John W. Land
P.O. Drawer 18109
Hattiesburg, MS 39404-8109

Steven L. Russell
Beirne, Maynard & Parsons
1700 Pacific Avenue, Suite 4400
Dallas, TX 75201

Kim M. Meaders
Crouch & Ramey
1445 Rose Avenue
Suite 2300
Dallas, TX 75202

Stephen B. Murray
Murray Law Firm
909 Poydras Street
Suite 2550
New Orleans, LA 70112-4000

Exhibit E

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                    :        MDL NO. 1657
     PRODUCTS LIABILITY LITIGATION          :
                                            :        SECTION: L
                                            :
THIS DOCUMENT RELATES TO:                       :        JUDGE FALLON
                                            :        MAG. JUDGE KNOWLES
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## RICHARD J. ARSENAULT'S APPLICATION FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

    NOW COMES Richard J. Arsenault who files the attached application for appointment to

the Plaintiffs' Steering Committee.

                    Respectfully submitted,

                    NEBLETT, BEARD & ARSENAULT
                    Attorneys at Law
                    Post Office Box 1190
                    Alexandria, LA  71309-1190
                    Telephone:  (318) 487-9874

       BY:    _____
                    RICHARD J. ARSENAULT (#02563)

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing pleading has been served via U.S.

Mail upon counsel for all parties this 2nd day of March, 2005.

      _____
           RICHARD J. ARSENAULT



RICHARD J. ARSENAULT *
C. MICHAEL BOLLINGER
DAVID O. WALKER **
PAUL J. TELLARICO
WILLIAM S. NEBLETT***
MICHAEL S. KOCH
WESLEY J. GRALAPP
GARY J. ARSENAULT
EDWARD E. ROBERTS, III
STEVEN M. RACHAL
JOHN R. WHALEY
L. LARAMIE HENRY

NEBLETT, BEARD & ARSENAULT
Attorneys At Law

A REGISTERED LIMITED LIABILITY PARTNERSHIP, INCLUDING LAW CORPORATIONS

ROBERT B. NEBLETT (1991)
RICHARD W. BEARD (1988)
----------
* LAW CORPORATION
ALSO ADMITTED IN
COLORADO, TEXAS
AND WASHINGTON, D.C.
** LAW CORPORATION
ALSO ADMITTED IN TEXAS
***ALSO ADMITTED IN TEXAS
----------
J. PHILLIP TERRELL, JR.
OF COUNSEL

February 28, 2005

Honorable Eldon Fallon
United States District Court
Eastern District of Louisiana
500 Camp Street, Room C-456
New Orleans, LA 70130

   RE: MDL No. 1657 - Section L
     *In Re: Vioxx Products Liability Litigation*

Dear Judge Fallon:

  Please accept this correspondence as my Application for Appointment to the Plaintiffs' Steering Committee.[1]

  I am the founder and active participant in a multi-lawfirm consortium formed to litigate Vioxx claims. We interviewed over 5,000 potential clients and currently represent, with signed contracts, over 1,500 clients from twenty-four (24) different states.[2] We have accepted referrals from forty-eight (48) different law firms. We are presently in dialogues with a number of other law firms and anticipate reaching agreements which will result in our representing many more Vioxx clients.

  I have lectured widely regarding the Vioxx litigation. In November of last year, I made a presentation at the Mealey's Vioxx Litigation Conference in Pasadena, California. In December,

---

[1] Pursuant to Pretrial Order Number 1, counsel were advised that the Court would only consider attorneys who have filed a civil action in this litigation. I am counsel of record in *Donna Lavergne v. Merck & Co., Inc.*, Civil Action No. 04-2174, United States District Court, Western District of Louisiana, Lafayette Division.

[2] For an MDL to enjoy success, it needs critical mass. In light of this, in addition to other considerations associated with selecting a Plaintiffs' Steering Committee, an important factor is whether an attorney has a large inventory of clients, strategic alliances with other counsel, and a significant number of referral lawyers. This is instrumental in ensuring that an MDL enjoys widespread support, cooperation and participation. The traditional antagonism between class action and trial lawyers, between mass tort lawyers and lawyers representing small numbers of clients, between state and federal courts, can all be more successfully addressed when the PSC is composed of lawyers who represent large numbers of clients, have large numbers of referral lawyers and are well-respected by members of the Bench and Bar.

2220 Bonaventure Court Post Office Box 1190 Alexandria, Louisiana 71309-1190
Telephone (318) 487-9874 Facsimile (318) 561-2591

I made a panel presentation with Chris Seeger and Andy Birchfield in Washington, D.C.   In January of this year, I made a presentation in Palm Springs, California at the Vioxx Litigation Group Symposium with Chris Seeger and other leaders of the ATLA Vioxx Litigation Group. On a number of occasions, I have been asked to co-host the Legal Broadcast Network Internet Radio Talk Show to address issues associated with the Vioxx litigation.

Lawyers with my firm are reviewing documents at Seeger's office in New York and Birchfield's office in Alabama. We have retained experts. Our lawyers have assisted in outlining depositions and preparing deposition strategy notebooks. I have been and will continue to be active in the discovery of this matter. For example, I attended the deposition of Dr. Alan Nies (Clinical Pharmacologist; Merck Senior Management from 92 to 02) and have been assigned to depose Thomas Bold on March 11, 2005 in Philadelphia, Pennsylvania. I have also closely monitored FDA hearings as well as congressional hearings regarding this matter.

I have participated in and helped organize a number of Vioxx plaintiff counsel meetings in venues across the country[3] designed to facilitate consensus for leadership roles, coordinate MDL venue selection arguments, consider organizational structure and promote a coordinated litigation effort. As a result, I understand the Vioxx national litigation landscape and function well in it.

I have an AV Martindale-Hubbell rating,  have been registered in the *Bar of Preeminent Lawyers*, and am listed in *The Best Lawyers in America* publication. I serve on the LSU Law Center's Trial Advocacy Faculty and have been recognized by the National Law Journal as having one of the nation's largest personal injury verdicts. I have been appointed to numerous editorial boards and have made presentations throughout the U.S. and Canada on a variety of mass tort, class action and litigation related topics (over 100 articles and presentations). Most recently, I published an LTLA article entitled *Class Action Settlement of "Future Claims"* which appeared in the December 2004 edition, a Louisiana Bar Journal article regarding the use of *Daubert in Class Certification* that will be published in the March 2005 issue and am working on a law review article that will make a new proposal regarding pre-certification communication with putative class members. I have served on Tulane Law School's Continuing Legal Education Committee and made presentations at their programs as well as LSU Law School's programs. I have been a guest lecturer for Professor Ed Sherman at Tulane Law School and addressed complex litigation issues.

I am a past President of the Alexandria Bar Association and past President of the Alexandria Chapter of the American Inns of Court.  U.S. District Judge Little and I worked together to create the Alexandria Chapter. I have been invited to address the Louisiana Judicial College and have been both an invited guest and lecturer at Fifth Circuit Judicial conferences. I have been also invited to attend the next conference in May. I was appointed by the current President of the Louisiana Bar Association to serve as a member of the Professional Assessment Committee composed of a distinguished panel including state and federal judges and members of

---

[3]     Pasadena and Palm Springs, California, Washington, D.C., New Orleans, Louisiana, and Houston, Texas.

the Bar.  I am licensed in Louisiana, Texas, Colorado, and Washington, D.C. and have extensive multi district litigation experience.[4]

I have been appointed by numerous federal and state court judges to serve as Lead, Liaison and/or as a Committee Member on Plaintiffs' Steering Committees in complex litigation. Those include United States District Court Judges Vance, Feldman, Lemelle, Zainey, Doherty, Brady, Parker, Polozola, Haik, and Clement (now U.S. Fifth Circuit Judge).  On several occasions, I have been appointed to serve as Liaison Counsel by Eastern District Judges, to-wit: Judge Vance and Judge Clement and appointed by Judge Polozola in the Middle District.

I serve as Chair for the Louisiana State Bar Association's Annual Mass Torts Class Action Symposium, as well as Chair of the Louisiana State Bar Association's Annual Admiralty Symposium.  I have served in these capacities for each program since their inception. Additionally, for a number of years I have coordinated an annual panel presentation by United States District Judges Haik, Porteous, and Zainey along with the Dean of the University of Tennessee College of Law, Thomas C. Galligan, Jr., where an annual review of tort law is conducted at the Louisiana Bar Convention.  I also help moderate a mass tort program conducted several times each year and hosted by Mike Papantonio and Ron Motley.  The next program is in New York on March 17-18, 2005 and will include significant Vioxx coverage.  (Key note speakers will include Bobby Kennedy, Elliot Spitzer and Howard Dean.)

During my legal career, I am most proud of recognition by those whom I respect.  At a recent fairness hearing, during my direct examination of Harvard Law School Professor Arthur Miller, he testified that he considers me one of the leaders in the area of complex litigation. Likewise, at the conclusion of my presentation at Professor Sherman's Tulane Law School class, he favored me with a copy of his *Complex Litigation* treatise and autographed it, noting he considered me one of the experts in class actions.  I, likewise, received similar endorsements in an autographed copy of the treatise "*Personal Injury and Admiralty*" authored by Professor Frank L. Maraist and Dean Thomas C. Galligan, Jr.  This recognition by leading legal scholars, along with the illustrative list of activities noted herein, are what collectively represents what I hoped to achieve from the inception of my legal career.

In closing, I have the resources, willingness and availability to commit to this time consuming and challenging project.  I possess the ability to work cooperatively with others and I have the requisite professional experience in this type litigation.  Therefore, I respectfully seek Your Honor's appointment to the Plaintiffs' Steering Committee.

Sincerely,

RICHARD J. ARSENAULT

RJA:rlm

---

[4]   My MDL experience includes litigation involving, Microsoft, Propulsid, Airbag, PPA, Firestone, Baycol, Serzone, Meridia, Shell and Educational Testing Service Litigation.

Exhibit E