# Neblett, Beard & Arsenault Time Submissions

# 4/8/05 – 5/31/05

Time & Held Accepted

## MDL 1657
## Vioxx Products Liability Litigation Report of Member Firm Time

Firm Name: **NEBLETT, BEARD & ARSENAULT**

Reporting Period:     **4-8-05 to 5-31-05**

| Name of Individual | Identify if Attorney (A) Paralegal (P) Law Clerk (L) or Other (O) | Case Assessment Development and Administration (insert number of hours) | Pre-Trial Pleadings and Motions (insert number of hours) | Discovery (insert number of hours) | Trial Preparation and Trial (insert number of hours) | Appeal (insert number of hours) | Total Hours by Individual | Summary Total Hours of All Firm Personnel |
|---|---|---|---|---|---|---|---|---|
| Richard J. Arsenault | _X_A __P __L __O | 137.75 | 61.50 | 28.00 | 1.25 | 0.00 | 228.50 | |
| C. Michael Bollinger | _X_A __P __L __O | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| J.R. Whaley | _X_A __P __L __O | 9.50 | 9.75 | 2.75 | 1.75 | 0.00 | 23.75 | |
| Steven M. Rachal | _X_A __P __L __O | 4.00 | 11.00 | 0.00 | 24.00 | 0.00 | 39.00 | |
| Margaret Parker | _X_A __P __L __O | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Mary Lorenz | _X_A __P __L __O | 0.00 | 0.00 | 105.75 | 0.00 | 0.00 | 105.75 | |
| Mike Breinin | _X_A __P __L __O | 0.00 | 0.00 | 194.75 | 0.00 | 0.00 | 194.75 | |
| Holly Lamarche | _X_A __P __L __O | 0.00 | 0.00 | 152.50 | 0.00 | 0.00 | 152.50 | |
| William Percy | _X_A __P __L __O | 0.00 | 0.00 | 191.25 | 0.00 | 0.00 | 191.25 | |
| Darla Sanderson | _X_A __P __L __O | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Rebecca L. Monk | __A _X_P __L __O | 4.25 | 1.75 | 0.00 | 0.00 | 0.00 | 6.00 | |
| Barbara Mitchell | __A _X_P __L __O | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Jane Oxenhandler | __A _X_P __L __O | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 | |
| Janet Doyle | __A _X_P __L __O | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | __A __P __L __O | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | __A __P __L __O | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | __A __P __L __O | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| **Total Firm Time** | | | | | | | 951.50 | |

I certify that the time documented above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657.

Signature: _____        Date: _2-24-06_

Confidential Attorney Work Product

Last Printed: 02/24/2006

Exhibit E

VIOXX MDL 1657 Task Codes
1. Case Assessment, Development, Administration
2. PreTrial Pleadings and Motions
3. Discovery
4. Trial Preparation and Trial
5. Appeal

1 OF 36
Neblett, Beard Arsenault
P.O. Box 1190
Alexandria, LA 71309
318-487-9874

| Date | Task Code | Description of Services | Initials | Hours |
|------|-----------|-------------------------|----------|-------|
| 04/08/05 | 1 | Receipt and review of 4/8/05 e-mail from Application of T. Scott Allen for appointment to the defendants steering committee | RJA | 0.25 |
| 04/08/05 | 2 | Receipt and review of 4/8/05 e-mail from Regina Westenfeld re: Minute Entry for proceedings held before Judge Fallon | RJA | 0.25 |
| 04/08/05 | 2 | Receipt and review of 4/18/05 e-mail from Regina Westenfeld re: Notice of filing Price Class Action Plaintiffs' supplement regarding structural protections for the putative class in the pricing class actions by Thomas Sobol | RJA | 0.25 |
| 04/08/05 | 3 | Review of Buttala document production at depository in preparation for upcoming depositions | HL | 3.00 |
| 04/08/05 | 3 | Return travel from Montgomery, AL to New Orleans, LA associated with document review work | HL | 5.00 |
| 04/08/05 | 3 | Work on trial cuts of Recin at depository | MB | 4.00 |
| 04/08/05 | 3 | Return travel from Montgomery, AL to New Orleans, LA associated with document review work | MB | 5.00 |
| 04/08/05 | 3 | Document review of Buttala document production at depository in preparation for upcoming depositions | ML | 3.00 |
| 04/08/05 | 3 | Return travel from Montgomery, AL to New Orleans, LA associated with document review work | ML | 5.00 |
| 04/08/05 | 3 | Review of Bourdow document production at depository in preparation for upcoming depositions | WP | 4.00 |
| 04/08/05 | 3 | Return travel from Montgomery, AL to New Orleans, LA associated with document review work | WP | 5.00 |
| 04/11/05 | 1 | Receipt and review of 4/11/05 e-mail from Andy Birchfield re: PSC will meet with Judge Fallon after PSC meeting | RJA | 0.25 |
| 04/11/05 | 1 | Receipt and review of 4/11/05 e-mail from Troy Rafferty re: PSC meeting on Friday | RJA | 0.25 |
| 04/11/05 | 1 | Receipt and review of 4/11/05 e-mail from Elizabeth Cabraser re: discussing nominees for committee members at the PSC meeting | RJA | 0.25 |
| 04/11/05 | 1 | Receipt and review of 4/11/05 e-mail from Chris Seeger re: PSC meeting and committee nominations | RJA | 0.25 |
| 04/11/05 | 1 | Receipt and review of April 11, 2005 e-mail from Dawn Barrios re: State Liaison Chairmanship position. | RJA | 0.25 |
| 04/11/05 | 1 | Receipt and review of 4/11/05 e-mail from Gerald Meunier re: PSC meeting on Friday | RJA | 0.25 |
| 04/11/05 | 1 | Receipt and review of 4/11/05 e-mail from Chris Seeger re: PSC meeting will take place this Friday | RJA | 0.25 |
| 04/11/05 | 1 | Receipt and review of 4/11/05 e-mail from Lin Moen re: her vote is to meet with Judge Fallon on 4/26 at 11:00 and then meet as a committee thereafter | RJA | 0.25 |
| 04/11/05 | 1 | Receipt and review of 4/11/05 e-mail from Denise Martin re: email address for Gerald Meunier | RJA | 0.25 |
| 04/11/05 | 2 | Receipt and review of 4/11/05 e-mail from Regina Westenfeld re: summons issued as to all defendants by plaintiffs in case no. 05-953 | RJA | 0.25 |
| 04/11/05 | 2 | Receipt and review of 4/11/05 e-mail from Regina Westenfeld re: Pretrial Order No. 7 | RJA | 0.25 |
| 04/11/05 | 2 | Receipt and review of Pretrial Order No. 8 | RJA | 0.25 |
| 04/11/05 | 3 | Travel to Montgomery, AL associated with document review work | HL | 5.00 |

VIOXX MDL 1657 Task Codes

2 OF 36

1. Case Assessment, Development, Administration
2. PreTrial Pleadings and Motions
3. Discovery
4. Trial Preparation and Trial
5. Appeal

Neblett, Beard Arsenault
P.O. Box 1190
Alexandria, LA 71309
318-487-9874

| Date | Task Code | Description of Services | Initials | Hours |
|------|-----------|-------------------------|----------|-------|
| 04/11/05 | 3 | Review of Buttala document production at depository in preparation for upcoming depositions | HL | 8.75 |
| 04/11/05 | 3 | Travel to Montgomery, AL associated with document review work | MB | 5.00 |
| 04/11/05 | 3 | Work on trial cuts of Recin at depository | MB | 8.25 |
| 04/11/05 | 3 | Travel to Montgomery, AL associated with document review work | ML | 5.00 |
| 04/11/05 | 3 | Document review of Buttala document production at depository in preparation for upcoming depositions | ML | 8.75 |
| 04/11/05 | 3 | Travel to Montgomery, AL associated with document review work | WP | 5.00 |
| 04/11/05 | 3 | Review of Bourdow document production at depository in preparation for upcoming depositions | WP | 8.75 |
| 04/12/05 | 1 | Receipt and review of 4/12/05 e-mail from Daniel Becnel re: computers he has available | RJA | 0.25 |
| 04/12/05 | 1 | Receipt and review of 4/12/05 e-mail from Regina Westenfeld re: Letter to Clerk from Michelle Tiger dated 4/1/05 requesting the firm of Kline & Specter be added to the panel service list | RJA | 0.25 |
| 04/12/05 | 3 | Review of Buttala document production at depository in preparation for upcoming depositions | HL | 10.50 |
| 04/12/05 | 3 | Work on Brakewood document search/trial cuts of Daniels at depository | MB | 10.00 |
| 04/12/05 | 3 | Review of Buttala document production and work on trial cuts of Simon at depository in preparation for upcoming depositions | ML | 10.50 |
| 04/12/05 | 3 | Review of Bourdow document production at depository in preparation for upcoming depositions | WP | 10.50 |
| 04/13/05 | 1 | Study Pre-Trial Order #6 and billing protocol | JMO | 0.25 |
| 04/13/05 | 1 | Review court's website to obtain forms to comply with billing protocol | JMO | 0.25 |
| 04/13/05 | 1 | Telephone conversation with Russ Herman's office to obtain billing forms | JMO | 0.25 |
| 04/13/05 | 1 | Receipt and review 4/13/05 e-mail from Russ Herman re: Legal Talk Network Skyways Communication Proposal | RJA | 0.25 |
| 04/13/05 | 1 | Prepare suggested organizational structure for committees in connection with upcoming PSC meeting; review position papers in connection with assisting in identifying committee structure; review applications made by various plaintiff counsel to determine which of these individuals might be suitable for committee assignments; confer with Gerald Meunier regarding committee structure | RJA | 1.75 |
| 04/13/05 | 1 | Receipt and review of correspondence from Michelle Tiger dated April 1, 2005 to Clerk asking to be added to the Panel Service List. | RJA | 0.25 |
| 04/13/05 | 1 | Receipt and review of 4/12/05 e-mail from Daniel Becnel re: mock trial | RJA | 0.25 |
| 04/13/05 | 1 | Receipt and review of 4/13/05 e-mail from Regina Westenfeld re: PSC meeting will take place on Friday | RJA | 0.25 |
| 04/13/05 | 2 | Receipt and review of April 6, 2005 correspondence from T. Scott Allen to Clerk with his Application for Appointment to Defendants' Steering Committee attached. | RJA | 0.25 |
| 04/13/05 | 2 | Receipt and review of 4/12/05 e-mail and attachments from Regina Westenfeld re: Motion to Dismiss Party Express Scripts in case no. 05-1035 | RJA | 0.50 |

VIOXX MDL 1657 Task Codes
1. Case Assessment, Development, Administration
2. PreTrial Pleadings and Motions
3. Discovery
4. Trial Preparation and Trial
5. Appeal

3 OF 36
Neblett, Beard Arsenault
P.O. Box 1190
Alexandria, LA 71309
318-487-9874

| Date | Task Code | Description of Services | Initials | Hours |
|------|-----------|-------------------------|----------|-------|
| 04/13/05 | 2 | Receipt and review of 4/13/05 e-mail from Regina Westenfeld re: Transfer Order from the MDL Panel lifting the stay and transferring one case | RJA | 0.25 |
| 04/13/05 | 2 | Receipt and review of 4/12/05 e-mail from Regina Westenfeld re: Opposition by plaintiff Reginald Fears | RJA | 0.25 |
| 04/13/05 | 3 | Review of Buttala document production and work on document search for short term risk at depository in preparation for upcoming depositions | HL | 10.25 |
| 04/13/05 | 3 | Work on trial cuts of Daniels at depository | MB | 10.00 |
| 04/13/05 | 3 | Review of Buttala document production and work on/pull CV data at depository in preparation for upcoming depositions | ML | 10.50 |
| 04/13/05 | 3 | Review of Bourdow document production at depository in preparation for upcoming depositions | WP | 10.50 |
| 04/14/05 | 1 | Receipt and review of 4/14/05 e-mail from Chris Seeger re: responding to Lenny Davis' email requesting head count for PSC meeting | RJA | 0.25 |
| 04/14/05 | 1 | Receipt and review of 4/14/05 e-mail from Lenny Davis re: preliminary agenda for PSC meeting | RJA | 0.25 |
| 04/14/05 | 1 | Travel from Baton Rouge to New Orleans in connection with attending the PSC meeting | RJA | 1.00 |
| 04/14/05 | 1 | Receipt and review of 4/14/05 e-mail from Regina Westenfeld re: contact list for PSC members | RJA | 0.25 |
| 04/14/05 | 1 | Receipt and review of 4/14/05 e-mail from Carlene Lewis re: meeting prior to PSC meeting | RJA | 0.25 |
| 04/14/05 | 1 | Receipt and review of 4/14/05 e-mail from Arnold Levin re: he will attend the PSC meeting | RJA | 0.25 |
| 04/14/05 | 1 | Receipt and review of 4/14/05 e-mail from Thomas Kline re: he will attend the PSC meeting | RJA | 0.25 |
| 04/14/05 | 1 | Receipt and review of 4/14/05 email from Chris Tisi re: he will attend the PSC meeting | RJA | 0.25 |
| 04/14/05 | 3 | Review of Buttala document production at depository in preparation for upcoming depositions | HL | 9.00 |
| 04/14/05 | 3 | Return travel from Montgomery, AL to New Orleans, LA associated with document review work | HL | 5.00 |
| 04/14/05 | 3 | Work on trial cuts of Daniels at depository | MB | 9.00 |
| 04/14/05 | 3 | Return travel from Montgomery, AL to New Orleans, LA associated with document review work | MB | 5.00 |
| 04/14/05 | 3 | Review of Buttala document production at depository in preparation for upcoming depositions | ML | 9.00 |
| 04/14/05 | 3 | Return travel from Montgomery, AL to New Orleans, LA associated with document review work | ML | 5.00 |
| 04/14/05 | 3 | Receipt and review of 4/14/05 e-mail from Daniel Becnel re: liability depositions | RJA | 0.25 |
| 04/14/05 | 3 | Review of Bourdow document production at depository in preparation for upcoming depositions | WP | 9.00 |
| 04/14/05 | 3 | Return travel from Montgomery, AL to New Orleans, LA associated with document review work | WP | 5.00 |

Exhibit E

VIOXX MDL 1657 Task Codes
1. Case Assessment, Development, Administration
2. PreTrial Pleadings and Motions
3. Discovery
4. Trial Preparation and Trial
5. Appeal

4 OF 36
Neblett, Beard Arsenault
P.O. Box 1190
Alexandria, LA 71309
318-487-9874

| Date | Task Code | Description of Services | Initials | Hours |
|------|-----------|------------------------|----------|-------|
| 04/15/05 | 2 | Prepare for and attend meeting before Judge Fallon with the entire PSC; meetings with Jerry Meunier and Carlene Lewis regarding committee structure, committee assignments, and committee leadership roles; travel from New Orleans to Alexandria | RJA | 11.75 |
| 04/16/05 | 1 | Additional work on organizing committee structure and preparing recommendations to court for Fed/State committee. | RJA | 1.00 |
| 04/18/05 | 1 | Receipt and review of Order granting Motion to Substitute Attorney in case no. 05-1129 | RJA | 0.25 |
| 04/18/05 | 1 | Receipt and review of April 15th e-mail from Regina Westenfeld (Paralegal to Russ Herman ) attaching Order granting Motion to Dismiss Case signed by Judge Fallon on 4/6/05 | RJA | 0.25 |
| 04/18/05 | 1 | E-mail to Andy Birchfield regarding committee structure. | RJA | 0.25 |
| 04/18/05 | 1 | Conference with Carlene Lewis regarding committee structure | RJA | 0.25 |
| 04/18/05 | 1 | Conference with Andy Birchfield regarding committee structure. | RJA | 0.25 |
| 04/18/05 | 1 | Conference with Russ Herman regarding Texas coordination. | RJA | 0.25 |
| 04/18/05 | 1 | Telephone call to Heather Laborde at Herman law firm to obtain copy of billing summary report forms | RJA | 0.25 |
| 04/18/05 | 2 | Receipt and review of Order granting Motion to Appear in case no. 05-470 | RJA | 0.25 |
| 04/18/05 | 2 | Receipt and review of April 11, 2005 3 page correspondence from Dennis Johnson to PSC with his application for Appointment to PSC attached. | RJA | 0.25 |
| 04/18/05 | 2 | Receipt and review of PreTrial Order No. 9 | RJA | 0.50 |
| 04/18/05 | 3 | Travel to Montgomery, AL associated with document review work | HL | 5.00 |
| 04/18/05 | 3 | Work on trial cuts of Nies at depository | HL | 7.00 |
| 04/18/05 | 3 | Travel to Montgomery, AL associated with document review work | MB | 5.00 |
| 04/18/05 | 3 | Review of Buttala document production at depository in preparation for upcoming depositions | MB | 7.50 |
| 04/18/05 | 3 | Travel to Montgomery, AL associated with document review work | ML | 5.00 |
| 04/18/05 | 3 | Review of Buttala document production and work on trial cuts of Hostelley in preparation for upcoming depositions | ML | 7.00 |
| 04/18/05 | 3 | Receipt and review of 4/18/05 e-mail from David Buchanan re: he approves of PTO 9 regarding depositions | RJA | 0.25 |
| 04/18/05 | 3 | Travel to Montgomery, AL associated with document review work at depository | WP | 5.00 |
| 04/18/05 | 3 | Review of Braunstein document production at depository in preparation for upcoming depositions | WP | 7.50 |
| 04/19/05 | 1 | Correspondence to Leonard Davis re: my appointment to the Administrative Committee | RJA | 0.25 |
| 04/19/05 | 1 | Receipt and review of 4/19/05 e-mail from Chris Seeger re: objectives of PSC | RJA | 0.25 |
| 04/19/05 | 1 | Receipt and review of 4/19/05 e-mail from Lenny Davis re: PSC conference call will take place on 4/20/05 | RJA | 0.25 |
| 04/19/05 | 1 | Receipt and review of 4/18/05 e-mail from Lenny Davis re: assessment is due | RJA | 0.25 |
| 04/19/05 | 1 | Conference with Sol Weiss re: Federal State coordination | RJA | 0.25 |
| 04/19/05 | 1 | Confer with Richard J. Arsenault and receipt of Vioxx MDL 1657 Time and Expense Guidelines | RJA | 0.25 |

VIOXX MDL 1657 Task Codes
1. Case Assessment, Development, Administration
2. PreTrial Pleadings and Motions
3. Discovery
4. Trial Preparation and Trial
5. Appeal

5 OF 36
Neblett, Beard Arsenault
P.O. Box 1190
Alexandria, LA 71309
318-487-9874

| Date | Task Code | Description of Services | Initials | Hours |
|------|-----------|-------------------------|----------|-------|
| 04/19/05 | 3 | Review of Buttala document production at depository in preparation for upcoming depositions | HL | 10.00 |
| 04/19/05 | 3 | Review of Buttala document production and worked on Coxibs in EU at depository in preparation for upcoming depositions | MB | 10.00 |
| 04/19/05 | 3 | Review of Buttala document production at depository in preparation for upcoming depositions | ML | 9.50 |
| 04/19/05 | 3 | Receipt and review of 4/18/05 e-mail from Troy Rafferty re: PTO 9 re depositions will be helpful in negotiating plaintiffs fact sheet | RJA | 0.25 |
| 04/19/05 | 3 | Receipt and review of 4/18/05 e-mail from Carlene Lewis re: PTO 9 re: depositions | RJA | 0.25 |
| 04/19/05 | 3 | Receipt and review of 4/19/05 e-mail from Troy Rafferty re: potential discovery requests | RJA | 0.25 |
| 04/19/05 | 3 | Receipt and review of 4/18/05 e-mail from Steve Herman re: potential discovery requests | RJA | 0.25 |
| 04/19/05 | 3 | Review of Braunstein document production at depository in preparation for upcoming depositions | WP | 10.00 |
| 04/20/05 | 1 | Review MDL Check Request Form submitted with PSC guidelines; develop form to use in compliance with billing protocol | JMO | 0.25 |
| 04/20/05 | 1 | E-mail correspondence to office members forwarding copy of MDL Check Request Form | JMO | 0.25 |
| 04/20/05 | 1 | Assist Richard J. Arsenault with obtaining and sending first PSC $25,000 assessment check | JMO | 0.25 |
| 04/20/05 | 1 | E-mail and mail correspondence to Herman, Herman, Katz & Cotlar forwarding first PSC assessment | JMO | 0.25 |
| 04/20/05 | 1 | Study Vioxx MDL Time and Expense Guidelines and begin developing Common Costs Held and Common Costs Shared worksheets in compliance with billing protocol | JMO | 0.25 |
| 04/20/05 | 1 | Attend and participate in weekly conference call; discussed 12 key agenda items dealing with organization and discovery. | RJA | 1.75 |
| 04/20/05 | 1 | Conferences with Chris Seeger and Jerry Meunier, along with calls to other PSC members and associated work on Fed-State Committee organization; prepare for PSC meeting. | RJA | 0.75 |
| 04/20/05 | 1 | Receipt and review of 4/20/05 e-mail from Chris Tisi re: PSC assessment | RJA | 0.25 |
| 04/20/05 | 1 | Receipt and review of 4/20/05 e-mail from Denise Martin re: PSC assessment | RJA | 0.25 |
| 04/20/05 | 1 | Receipt and review of 4/20/05 e-mail from Carlene Lewis re: PSC assessment | RJA | 0.25 |
| 04/20/05 | 1 | Receipt and review of 4/20/05 e-mail from Elizabeth Cabraser re: PSC assessment | RJA | 0.25 |
| 04/20/05 | 3 | Review of Buttala document production at depository in preparation for upcoming depositions | HL | 9.50 |
| 04/20/05 | 3 | Review of Buttala document production at depository in preparation for upcoming depositions | MB | 10.00 |
| 04/20/05 | 3 | Review of Buttala document production at depository in preparation for upcoming depositions | ML | 10.00 |
| 04/20/05 | 3 | Receipt and review of 4/20/05 e-mail from Troy Rafferty re: discovery requests | RJA | 0.25 |

Exhibit E

VIOXX MDL 1657 Task Codes
1. Case Assessment, Development, Administration
2. PreTrial Pleadings and Motions
3. Discovery
4. Trial Preparation and Trial
5. Appeal

6 OF 36
Neblett, Beard Arsenault
P.O. Box 1190
Alexandria, LA 71309
318-487-9874

| Date | Task Code | Description of Services | Initials | Hours |
|------|-----------|-------------------------|----------|-------|
| 04/20/05 | 3 | Receipt and review of 4/20/05 e-mail from Chris Tisi re: potential discovery requests | RJA | 0.25 |
| 04/20/05 | 3 | Review of Braunstein document production at depository in preparation for upcoming depositions | WP | 10.00 |
| 04/21/05 | 1 | Continue working on development of Common Costs Held and Common Costs Shared worksheets in compliance with billing protocol | JMO | 0.75 |
| 04/21/05 | 1 | Review MDL Guidelines regarding billing Time; develop Time worksheets in compliance with billing protocol | JMO | 1.25 |
| 04/21/05 | 1 | Review PreTrial Order #7 re: Defendants' Steering Committee | JMO | 0.25 |
| 04/21/05 | 1 | Review PreTrial Order #8 re: Service | JMO | 0.25 |
| 04/21/05 | 1 | Receipt and review of 4/20/05 e-mail from Regina Westenfeld re: memo from Russ Herman | RJA | 0.25 |
| 04/21/05 | 1 | Receipt and review of 4/20/05 e-mail from David Buchanan re: circulating the PDF of the pertinent FDA prior to conference call | RJA | 0.25 |
| 04/21/05 | 1 | Receipt and review of 4/20/05 e-mail from Chris Tisi re: scheduling conference call | RJA | 0.25 |
| 04/21/05 | 1 | Receipt and review of 4/20/05 e-mail from David Buchanan re: circulating copies of subpoenas issued to third parties | RJA | 0.25 |
| 04/21/05 | 1 | Receipt and review of 4/20/05 e-mail from Chris Tisi re: time for conference call | RJA | 0.25 |
| 04/21/05 | 1 | Receipt and review of 4/20/05 e-mail from David Buchanan re: not able to participate in conference call on Friday because they have NJ status conference | RJA | 0.25 |
| 04/21/05 | 1 | Receipt and review of 4/20/05 e-mail from Chris Seeger re: federal/state coordination | RJA | 0.25 |
| 04/21/05 | 1 | Receipt and review of 4/21/05 e-mail from Troy Rafferty re: Lenny Davis participating on conference call | RJA | 0.25 |
| 04/21/05 | 1 | Receipt and review of 4/20/05 e-mail from Chris Tisi re: FDA motion filed in Zyprexa MDL | RJA | 0.25 |
| 04/21/05 | 1 | Receipt and review of 4/19/05 e-mail from Tara Sutton re: assisting with subcommittees | RJA | 0.25 |
| 04/21/05 | 1 | Receipt and review of 4/21/05 -email from Carmen Dugas re: assessment was sent to Russ Herman | RJA | 0.25 |
| 04/21/05 | 1 | Receipt and review of 4/19/05 e-mail from Chris Seeger re: he can be reached on this cell | RJA | 0.25 |
| 04/21/05 | 1 | Receipt and review of 4/19/05 e-mail from Carlene Lewis re: including Shelly and herself on the committee | RJA | 0.25 |
| 04/21/05 | 1 | Telephone conference with Chris Tisi's office regarding discovery conference call | RLM | 0.25 |
| 04/21/05 | 3 | Review of Buttala document production/boxed documents at depository in preparation for upcoming depositions | HL | 9.50 |
| 04/21/05 | 3 | Review of Buttala document production at depository in preparation for upcoming depositions | MB | 10.00 |
| 04/21/05 | 3 | Review of Buttala document production/boxing pulled documents at depository in preparation for upcoming depositions | ML | 9.50 |
| 04/21/05 | 3 | Receipt and review of 4/21/05 email from Chris Tisi re: he will work on getting the FDA Subpoena ready | RJA | 0.25 |

VIOXX MDL 1657 Task Codes
1. Case Assessment, Development, Administration
2. PreTrial Pleadings and Motions
3. Discovery
4. Trial Preparation and Trial
5. Appeal

7 OF 36
Neblett, Beard Arsenault
P.O. Box 1190
Alexandria, LA 71309
318-487-9874

| Date | Task Code | Description of Services | Initials | Hours |
|------|-----------|------------------------|----------|-------|
| 04/21/05 | 3 | Receipt and review of 4/20/05 e-mail from Troy Rafferty re: conference call re: FDA subpoena | RJA | 0.25 |
| 04/21/05 | 3 | Receipt and review of 4/21/05 e-mail from Lenny Davis re: do not have permission to serve third party subpoenas | RJA | 0.25 |
| 04/21/05 | 3 | Receipt and review of 4/20/05 e-mail from David Buchanan re: don't have permission to serve third party subpoenas | RJA | 0.25 |
| 04/21/05 | 3 | Conference with Troy Rafferty regarding scheduling discovery call. | RJA | 0.25 |
| 04/21/05 | 3 | Work on drafts of subpoenas to third parties | RJA | 1.00 |
| 04/21/05 | 3 | E-mail to Dave Buchanan, Troy Rafferty and Chris Tisi transmitting copies of examples of subpoenas to third parties | RJA | 0.25 |
| 04/21/05 | 3 | Receipt and review of 4/20/05 e-mail from Steve Herman re: potential discovery requests | RJA | 0.25 |
| 04/21/05 | 3 | Review of Braunstein document production at depository in preparation for upcoming depositions | WP | 10.00 |
| 04/22/05 | 1 | Receipt and review of April 22, 2005 e-mail from Chris Seeger re: combating Merck's PR spin. | RJA | 0.25 |
| 04/22/05 | 1 | Receipt and review of April 22, 2005 e-mail from Paul Pennock re: MDL Fact Sheets | RJA | 0.25 |
| 04/22/05 | 1 | Receipt and review of 4/21/05 e-mail from Carlene Lewis re: idea of a defense fact sheet | RJA | 0.25 |
| 04/22/05 | 1 | Receipt and review of 4/21/05 e-mail from Elizabeth Cabraser re: she likes the adverse reaction questions on the defense fact sheet (version 2) | RJA | 0.25 |
| 04/22/05 | 1 | Receipt and review of 4/21/05 e-mail from Chris Tisi re: defense fact sheet, version 2 | RJA | 0.25 |
| 04/22/05 | 1 | Receipt and review of 4/22/05 e-mail from Lenny Davis re: e-mail address for Mark Robinson | RJA | 0.25 |
| 04/22/05 | 1 | Receipt and review of Master Plaintiff Counsel List. | RJA | 0.25 |
| 04/22/05 | 1 | Receipt and review of Master Defense Counsel List. | RJA | 0.25 |
| 04/22/05 | 1 | Receipt and review of 4/22/05 email from Chris Tisi re: questions regarding defense fact sheet | RJA | 0.25 |
| 04/22/05 | 1 | Receipt and review of two articles regarding Daubert sent by Russ Herman | RJA | 0.25 |
| 04/22/05 | 1 | Receipt and review of 4/22/05 email from Chris Tisi re: defense fact sheet version 2 | RJA | 0.25 |
| 04/22/05 | 1 | Receipt and review of 4/22/05 e-mail from Carlene Lewis re: Wall Street Journal article | RJA | 0.25 |
| 04/22/05 | 1 | Receipt and review of 4/22/05 e-mail from Andy Birchfield re: defense fact sheet | RJA | 0.25 |
| 04/22/05 | 1 | Receipt and review of 4/22/05 email from Troy Rafferty re: requesting an electronic version of CMO | RJA | 0.25 |
| 04/22/05 | 1 | E-mail to Dave Buchannan regarding Plaintiff Fact Sheet. | RJA | 0.25 |
| 04/22/05 | 1 | Receipt and review of 4/22/05 e-mail from Regina Westenfeld re: correct email addresses for Mark Robinson and Drew Ranier | RJA | 0.25 |
| 04/22/05 | 1 | Receipt and review of hand written memorandum from Russ Herman to Andrew Lemmon regarding the Vioxx security case and Lemmon serving as Liaison Counsel. | RJA | 0.25 |

VIOXX MDL 1657 Task Codes
1. Case Assessment, Development, Administration
2. PreTrial Pleadings and Motions
3. Discovery
4. Trial Preparation and Trial
5. Appeal

8 OF 36
Neblett, Beard Arsenault
P.O. Box 1190
Alexandria, LA 71309
318-487-9874

| Date | Task Code | Description of Services | Initials | Hours |
|------|-----------|------------------------|----------|-------|
| 04/22/05 | 1 | Receipt, review and analysis of defendants' proposed plaintiff fact sheet | RJA | 1.00 |
| 04/22/05 | 1 | E-mail to Paul Pennock re: defendants' proposed fact sheet | RJA | 0.25 |
| 04/22/05 | 1 | Receipt and review of 4/22/05 e-mail from Paul Pennock re: he will be available on Sunday | RJA | 0.25 |
| 04/22/05 | 1 | Receipt and review of 4/22/05 e-mail from Troy Rafferty requesting Lillian to send him a copy of the CMO | RJA | 0.25 |
| 04/22/05 | 1 | Receipt and review of 4/22/05 email from Chris Tisi re: latest version of CMO | RJA | 0.25 |
| 04/22/05 | 1 | Receipt and review of 4/22/05 email from Chris Tisi re: order where Judge Fallon ordered FDA production in Propulsid | RJA | 0.25 |
| 04/22/05 | 1 | Receipt and review of 4/22/05 email from David Buchanan re: FDA action lists | RJA | 0.25 |
| 04/22/05 | 1 | Receipt and review of 4/22/05 email from Chris Tisi re: defense fact sheet | RJA | 0.25 |
| 04/22/05 | 1 | Receipt and review of background points on the New Jersey class actions. | RJA | 0.25 |
| 04/22/05 | 3 | Review of Buttala document production at depository in preparation for upcoming depositions | HL | 3.00 |
| 04/22/05 | 3 | Return travel from Montgomery, AL to New Orleans, LA associated with document review work | HL | 5.00 |
| 04/22/05 | 3 | Review of marketing documents at depository | MB | 4.00 |
| 04/22/05 | 3 | Return travel from Montgomery, AL to New Orleans, LA associated with document review work | MB | 5.00 |
| 04/22/05 | 3 | Review of Buttala document production at depository in preparation for upcoming depositions | ML | 3.00 |
| 04/22/05 | 3 | Return travel from Montgomery, AL to New Orleans, LA associated with document review work | ML | 5.00 |
| 04/22/05 | 3 | Receipt and review of 4/22/05 email from Michael Wagner re: subpoena, FOIA request and correspondence with the FDA regarding Vioxx | RJA | 0.25 |
| 04/22/05 | 3 | Receipt and review of 4/22/05 e-mail from Lenny Davis re: he will circulate the motion to compel which was filed in Propulsid | RJA | 0.25 |
| 04/22/05 | 3 | Receipt and review of Motion to Compel Production of Documents which was filed in the Propulsid case to see if we can use portions of same in the Vioxx case. | RJA | 0.25 |
| 04/22/05 | 3 | Work on marketing documents at depository | WP | 4.00 |
| 04/22/05 | 3 | Return travel from Montgomery, AL to New Orleans, LA associated with document review work | WP | 5.00 |
| 04/22/05 | 4 | Continued preparation on science portion of mock defense for ATLA conference | SMR | 4.25 |
| 04/23/05 | 3 | Receipt, review and analysis of amended Plaintiff Fact Sheet in the New Jersey case in preparing for upcoming meeting and negotiation in establishing Vioxx MDL Plaintiff Fact Sheet. | RJA | 1.00 |
| 04/23/05 | 3 | Receipt and review of Declaration by Attorney Jeffrey Grand in support of and in connection with our Motion to Compel against the FDA | RJA | 0.25 |
| 04/23/05 | 3 | Receipt and review of Schedule of Documents to be produced by the U.S. Food & Drug Administration | RJA | 0.25 |

Case 2:05-md-01657-EEF-DEK   Document 62993-7   Filed 05/27/11   Page 11 of 152

VIOXX MDL 1657 Task Codes
1. Case Assessment, Development, Administration
2. PreTrial Pleadings and Motions
3. Discovery
4. Trial Preparation and Trial
5. Appeal

9 OF 36
Neblett, Beard Arsenault
P.O. Box 1190
Alexandria, LA 71309
318-487-9874

| Date | Task Code | Description of Services | Initials | Hours |
|------|-----------|------------------------|----------|-------|
| 04/25/05 | 1 | Receipt and review of 4/25/05 e-mail from Troy Rafferty re: he will be at the Windsor Court at 7:30 | RJA | 0.25 |
| 04/25/05 | 1 | Email to Chris Tisi and Paul Pennock transmitting the patient profile form in the Propulsid case | RJA | 0.25 |
| 04/25/05 | 1 | Receipt and review of 4/25/05 e-mail from Chris Tisi re: FDA action lists | RJA | 0.25 |
| 04/25/05 | 1 | Receipt and review of 4/24/05 email from Troy Rafferty re: time for meet & confer on Thursday | RJA | 0.25 |
| 04/25/05 | 1 | Receipt and review of 4/24/05 e-mail form Troy Rafferty re: he will drive over on Tuesday | RJA | 0.25 |
| 04/25/05 | 1 | Email to Paul Pennock re: conference call scheduled for 1:00 p.m. today | RJA | 0.25 |
| 04/25/05 | 1 | Receipt and review of 4/24/05 email from Lenny Davis re: meet & confer | RJA | 0.25 |
| 04/25/05 | 1 | Receipt and review of 4/23/05 e-mail from Chris Tisi re: FDA action lists | RJA | 0.25 |
| 04/25/05 | 1 | Receipt and review of 4/25/05 e-mail from Heather Laborde re: PSC conference call | RJA | 0.25 |
| 04/25/05 | 1 | Receipt and review of facsimile dated April 19, 2005 with December 28, 2004 correspondence attached stating Alford's Pharmacy has been sued in a Vioxx matter which was removed to federal court. | RJA | 0.25 |
| 04/25/05 | 1 | Receipt and review of 4/25/05 e-mail from Troy Rafferty re: conference call is regarding plaintiffs fact sheet | RJA | 0.25 |
| 04/25/05 | 1 | Review of Talking Points on Florida Discovery Issue | RJA | 0.25 |
| 04/25/05 | 1 | Receipt and review of April 22, 2005 e-mail from David Buchanan re: confusion regarding conference call. | RJA | 0.25 |
| 04/25/05 | 1 | Receipt and review of 4/25/05 e-mail from Lenny Davis re: ex parte interviews with treating doctors | RJA | 0.25 |
| 04/25/05 | 1 | Receipt and review of 4/25/05 e-mail from Troy Rafferty re: ex parte interview with treating doctors | RJA | 0.25 |
| 04/25/05 | 1 | Receipt and review of 4/25/05 e-mail from Troy Rafferty re: his impression was Judge just wanted an order and the issue had been argued (re: ex parte interviews with treating doctors) | RJA | 0.25 |
| 04/25/05 | 2 | Receipt and review of April 22, 2005 e-mail from Lillian Flemming and review of attached Plaintiffs' Proposed Case Management Order and Pre-Trial Order. | RJA | 0.75 |
| 04/25/05 | 3 | Conference with Chris Tisi re: Propulsid Fact Sheet | RJA | 0.25 |
| 04/25/05 | 3 | Prepare for and attend conference call with Chris Tisi re: Plaintiff Fact Sheet; work on review of various Fact Sheets from other MDL's in an attempt to develop a proposed Fact Sheet for consideration by Russ Herman | RJA | 1.75 |
| 04/25/05 | 3 | Receipt and review of 4/25/05 e-mail from Troy Rafferty re: suggested changes to motion to compel FDA | RJA | 0.25 |
| 04/25/05 | 3 | Receipt and review of 4/25/05 e-mail from Chris Tisi re: rough draft of motion to compel FDA | RJA | 0.25 |
| 04/25/05 | 3 | Receipt and review of 4/25/05 e-mail from Chris Seeger re: he will happy to argue the ex parte interview with treating doctors motion | RJA | 0.25 |

Exhibit E

VIOXX MDL 1657 Task Codes
1. Case Assessment, Development, Administration
2. PreTrial Pleadings and Motions
3. Discovery
4. Trial Preparation and Trial
5. Appeal

10 OF 36
Neblett, Beard Arsenault
P.O. Box 1190
Alexandria, LA 71309
318-487-9874

| Date | Task Code | Description of Services | Initials | Hours |
|------|-----------|-------------------------|----------|-------|
| 04/26/05 | 1 | Receipt and review of April 25, 2005 e-mail from Lenny Davis Discovery Committee Conference call. | RJA | 0.25 |
| 04/26/05 | 1 | Receipt and review of April 25, 2005 e-mail from David Buchanan Discovery Committee Conference call. | RJA | 0.25 |
| 04/26/05 | 1 | Receipt and review of April 25, 2005 e-mail from Chris Tisi regarding plaintiff and defense fact sheet proposals. | RJA | 0.25 |
| 04/26/05 | 1 | Receipt and review of April 26, 2005 e-mail from Michael Wagner re: asking if people on Discovery Committee have been notified and has list been circulated. | RJA | 0.25 |
| 04/26/05 | 1 | Receipt and review of April 25, 2005 e-mail from Troy Rafferty re: breakfast meeting with me in New Orleans. | RJA | 0.25 |
| 04/26/05 | 1 | Receipt and review of April 26, 2005 e-mail from Paul Pennock re: Federal Propulsid Fact Sheet being a great template. | RJA | 0.25 |
| 04/26/05 | 1 | Receipt and review of April 26, 2005 e-mail from Chris Seeger re: making substantial changes to Plaintiffs' Fact Sheet and not presenting it today. | RJA | 0.25 |
| 04/26/05 | 1 | Receipt and review of April 26, 2005 e-mail from Troy Rafferty asking me to call him on his cell phone. | RJA | 0.25 |
| 04/26/05 | 1 | Receipt and review of April 25, 2005 e-mail from Chris Tisi with most recent revisions Plaintiffs' Fact Sheet and Defense Fact Sheet attached. Stating he sent them to the Discovery and Science Committee Chairs. | RJA | 0.25 |
| 04/26/05 | 1 | Receipt and review of April 22, 2005 e-mail from Andy Birchfield next Tuesday deposing Merck's corporate representative. on tracking of samples. | RJA | 0.25 |
| 04/26/05 | 2 | Receipt and review of April 25, 2005 e-mail from Troy Rafferty re: Draft order re: Ex Parte Interviews with Treating Doctors & his speaking with Russ. | RJA | 0.25 |
| 04/26/05 | 3 | Receipt and review of April 26, 2005 e-mail from Troy Rafferty re: Discovery Committee Conference call | RJA | 0.25 |
| 04/26/05 | 3 | Receipt and review of April 26, 2005 e-mail from Don Arbitblit his contacting Chris Seeger to see about moving the deposition of Dr. Thomas Bold. | RJA | 0.25 |
| 04/26/05 | 3 | E-mail to Don Arbitblit re: postponing depositions of Dr. Thomas Bold. | RJA | 0.25 |
| 04/27/05 | 1 | Receipt and review of 4/27/05 e-mail from Lenny Davis re: they can handle eight people on a conference call | RJA | 0.25 |
| 04/27/05 | 1 | Receipt and review of 4/27/05 e-mail from Lillian Fleming re: agenda for PSC meeting | RJA | 0.25 |
| 04/27/05 | 1 | Receipt and review of 4/27/05 e-mail from Bert Black re: meeting in New Orleans | RJA | 0.25 |
| 04/27/05 | 1 | Receipt and review of 4/27/05 e-mail from Lillian Fleming re: letter from Philip Garrett | RJA | 0.25 |
| 04/27/05 | 1 | Receipt and review of 4/27/05 e-mail from Steve Herman re: Insurance Sub Committee potential meeting dates | RJA | 0.25 |
| 04/27/05 | 1 | Prepare for and attend PSC meeting | RJA | 4.00 |
| 04/27/05 | 3 | Receipt and review of 4/27/05 e-mail from Troy Rafferty re: distribution list for Discovery Committee | RJA | 0.25 |

Exhibit E

VIOXX MDL 1657 Task Codes
1. Case Assessment, Development, Administration
2. PreTrial Pleadings and Motions
3. Discovery
4. Trial Preparation and Trial
5. Appeal

11 OF 36
Neblett, Beard Arsenault
P.O. Box 1190
Alexandria, LA 71309
318-487-9874

| Date | Task Code | Description of Services | Initials | Hours |
|------|-----------|-------------------------|----------|-------|
| 04/27/05 | 3 | Receipt and review of 4/27/05 e-mail from Michael Wagner re: he is finishing up the Discovery Committee distribution list | RJA | 0.25 |
| 04/27/05 | 3 | Receipt and review of 4/27/05 e-mail from Troy Rafferty re: first few discovery calls will have over thirty people participating | RJA | 0.25 |
| 04/27/05 | 3 | Receipt and review of 4/27/05 e-mail from Michael Wagner re: email distribution list is almost complete for Discovery Committee | RJA | 0.25 |
| 04/27/05 | 4 | Prepared position paper for 5/19/05 ATLA  presentation/mock defense for Vioxx | SMR | 5.25 |
| 04/27/05 | 4 | Attended conference call regarding 5/19/05 ATLA presentation/mock trial for Vioxx | SMR | 1.25 |
| 04/28/05 | 1 | Receipt and review of 4/27/05 e-mail from Troy Rafferty re: initial conference | RJA | 0.25 |
| 04/28/05 | 2 | Prepare for and attend status conference with Judge Fallon; meeting with Discovery Chairs and Lead Counsel; work on agenda for upcoming conference call; return travel from New Orleans to Alexandria | RJA | 10.00 |
| 04/29/05 | 1 | Begin coding time entries from pursuant to recent billing protocol | JMO | 1.00 |
| 04/29/05 | 1 | Receipt and review of 4/29/05 e-mail from Doug Marvin re: looking forward to working with RJA | RJA | 0.25 |
| 04/29/05 | 1 | Receipt and review of 4/29/05 e-mail from Lenny Davis re: next PSC conference call | RJA | 0.25 |
| 04/29/05 | 1 | Email to Gerald Meunier re: Judge Fallon's Minute Entry of 4/28/05 | RJA | 0.25 |
| 04/29/05 | 1 | Email to Lenny Davis requesting copy of court transcript | RJA | 0.25 |
| 04/29/05 | 1 | Receipt and review 4/29/05 e-mail from Denise Martin re: Judge Fallon's 4/28/05 minute entry | RJA | 0.25 |
| 04/29/05 | 1 | Review technical literature produced during presentation with court on April 28; brochures regarding information technology vendors and products | RJA | 0.50 |
| 04/29/05 | 1 | Receipt and review of materials from Russ Herman, and more particularly pricing sheet and instructions from Lexis Nexis | RJA | 0.25 |
| 04/29/05 | 1 | Left voice mail message for Regina with Russ Herman's office regarding copies of manuals (Russ mentioned at the PSC meeting) | RLM | 0.25 |
| 04/29/05 | 2 | Receipt and review of April 28, 2005 Minute Entry | RJA | 0.25 |
| 04/29/05 | 2 | Receipt and review of  Pre-Trial Order #8 | RJA | 0.25 |
| 04/29/05 | 2 | Research regarding Master Complaint, choice of law issues and class certification along with memorandum to Jerry Meunier, Elizabeth Cabraser, Arnold Levin and Russ Herman along with five-page memorandum | RJA | 1.50 |
| 04/29/05 | 3 | Receipt and review of 4/29/05 e-mail from Troy Rafferty attaching his proposed agenda for discovery committee conference call | JRW | 0.25 |
| 04/29/05 | 3 | Receipt and review of 4/28/05 e-mail from Troy Rafferty re: attachment for  Discovery Committee is blank | RJA | 0.25 |
| 04/29/05 | 3 | Receipt and review of 4/29/05 e-mail from Troy Rafferty along regarding Discovery Committee conference call | RJA | 0.50 |
| 04/29/05 | 3 | Receipt and review of 4/29/05 email from Troy Rafferty re: revised discovery committee list | RJA | 0.25 |
| 04/29/05 | 3 | Receipt and review of 4/29/05 e-mail from Troy Rafferty re: discovery issues | RJA | 0.25 |

VIOXX MDL 1657 Task Codes
1. Case Assessment, Development, Administration
2. PreTrial Pleadings and Motions
3. Discovery
4. Trial Preparation and Trial
5. Appeal

12 OF 36
Neblett, Beard Arsenault
P.O. Box 1190
Alexandria, LA 71309
318-487-9874

| Date | Task Code | Description of Services | Initials | Hours |
|------|-----------|-------------------------|----------|-------|
| 04/29/05 | 3 | Conference with Troy Rafferty regarding composition of Discovery Committee | RJA | 0.25 |
| 04/30/05 | 1 | Receipt and review of 4/25/05 e-mail from Troy Rafferty re: Ex Parte Interviews with treating doctors | RJA | 0.25 |
| 04/30/05 | 1 | Receipt and review of 4/28/05 correspondence from Russ Herman directed to Judge Fallon which also included correspondence dated 9/22/05 from Seeger Weiss transmitting plaintiffs' subpoena duces tecum; correspondence dated 10/6/04 from Carmelina Allis in response to the subpoena directed to the FDA; correspondence dated 12/2/05 from Seeger Weiss making a FOIA request; and correspondence from Harold Stepper in response to the FOIA request | RJA | 0.75 |
| 04/30/05 | 2 | Receipt and review of 4/30/05 e-mail from Troy Rafferty regarding additions to Request for Production of Documents | JRW | 0.25 |
| 04/30/05 | 2 | Receipt and review of 4/21/05 e-mail from Chris Tisi re: defense fact sheet | RJA | 0.25 |
| 05/01/05 | 1 | Receipt and review of 4/29/05 e-mail from Lillian Flemming re: time and expense guidelines | RJA | 0.25 |
| 05/01/05 | 1 | Receipt and review of 4/29/05 e-mail from Troy Rafferty re: agenda for conference call | RJA | 0.25 |
| 05/01/05 | 1 | Receipt and review of 4/25/05 email from David Buchanan re; ex parte interviews with treating doctors | RJA | 0.25 |
| 05/01/05 | 1 | Receipt and review of 4/27/05 correspondence from Chad Schulze congratulating the PSC on their appointment and requesting to serve on a committee | RJA | 0.25 |
| 05/01/05 | 1 | Receipt and review of 4/26/05 correspondence from Dennis Johnson to Judge Fallon re: a case seeking economic relief under the Vermont Consumer Fraud Act | RJA | 0.25 |
| 05/01/05 | 1 | Receipt and review of 45/05 e-mail from Chris Seeger re: draft order re: ex parte interviews with treating doctors | RJA | 0.25 |
| 05/01/05 | 1 | Receipt and review of 4/25/05 e-mail from David Buchanan re: formal briefing | RJA | 0.25 |
| 05/01/05 | 1 | Receipt and review of 4/27/05 e-mail from Lenny Davis re: Joint Report No. 2 | RJA | 0.25 |
| 05/01/05 | 3 | Receipt and review of 4/29/05 e-mail from Troy Rafferty re: identification of discovery items that need to be addressed or followed up on | RJA | 0.25 |
| 05/01/05 | 3 | Receipt and review of 4/28/05 e-mail from Steve Herman re: article from Business Week and regarding discovery | RJA | 0.25 |
| 05/01/05 | 3 | Receipt and review of 4/28/05 e-mail from Michael Wagner re: Discovery Committee Distribution List | RJA | 0.25 |
| 05/02/05 | 1 | Work with Richard J. Arsenault and Steve M. Rachal making changes to position paper | JMO | 0.50 |
| 05/02/05 | 1 | Receipt and review 4/29/05 e-mail from Lillian Flemming with attached Time and Expense Guidelines and forms to use in connection therewith | JMO | 0.25 |
| 05/02/05 | 1 | Receipt and review of 5/2/05 e-mail from Troy Rafferty attaching the revised plaintiff's fact sheet | JRW | 0.25 |

Exhibit E

VIOXX MDL 1657 Task Codes
1. Case Assessment, Development, Administration
2. PreTrial Pleadings and Motions
3. Discovery
4. Trial Preparation and Trial
5. Appeal

13 OF 36
Neblett, Beard Arsenault
P.O. Box 1190
Alexandria, LA 71309
318-487-9874

| Date | Task Code | Description of Services | Initials | Hours |
|------|-----------|------------------------|----------|-------|
| 05/02/05 | 1 | Receipt and review of 5/1/05 e-mail from Sharon Harris re: email from Elizabeth Cabraser re: Ben Barnow's Vioxx cases | RJA | 0.25 |
| 05/02/05 | 1 | Receipt and review of 4/30/05 e-mail from Beach Lawyer re: initial requests | RJA | 0.25 |
| 05/02/05 | 1 | Receipt and review of 5/1/05 e-mail from Chris Tisi re: he is not available at noon for a conference call | RJA | 0.25 |
| 05/02/05 | 1 | Receipt and review of 4/30/05 e-mail from Chris Tisi requesting a copy of the plaintiffs' fact sheet and defendants' fact sheet in an electronic format | RJA | 0.25 |
| 05/02/05 | 1 | Receipt and review of 5/2/05 e-mail from Chris Tisi re: agenda for conference call | RJA | 0.25 |
| 05/02/05 | 1 | Receipt and review of 5/2/05 e-mail from Andy Birchfield re: he is available at 10:00 a.m. CST for a conference call | RJA | 0.25 |
| 05/02/05 | 1 | Receipt and review of 4/29/05 e-mail from Lenny Davis re: Regina will circulate a copy of the transcript to the PSC | RJA | 0.25 |
| 05/02/05 | 1 | Receipt and review of 5/2/05 e-mail from Chris Tisi re: conference call scheduled for 10:00 a.m. CST | RJA | 0.25 |
| 05/02/05 | 1 | Receipt and review of 5/2/05 e-mail from Lenny Davis re: he will have to check with Russ regarding his availability for a conference call | RJA | 0.25 |
| 05/02/05 | 1 | Receipt and review of 5/1/05 email from Chris Seeger re: need to have someone taking notes whenever PSC meets with the Judge | RJA | 0.25 |
| 05/02/05 | 1 | Receipt and review of 4/30/05 e-mail from Troy Rafferty re: he will make suggested edits and will circulate | RJA | 0.25 |
| 05/02/05 | 1 | Receipt and review of 5/1/05 e-mail from Troy Rafferty re: his availability for a conference call | RJA | 0.25 |
| 05/02/05 | 1 | Receipt and review of 5/2/05 e-mail from Troy Rafferty re: assignment list from conference call | RJA | 0.25 |
| 05/02/05 | 1 | Receipt and review of 5/2/05 e-mail from Chris Tisi re: his assignments | RJA | 0.25 |
| 05/02/05 | 1 | Receipt and review of 5/2/05 email from Chris Seeger re: fax from Andy | RJA | 0.25 |
| 05/02/05 | 1 | Receipt and review of 5/2/05 e-mail from Chris Seeger re: follow up to status conference | RJA | 0.25 |
| 05/02/05 | 1 | Receipt and review of 5/2/05 e-mail from Bert Black re: membership on Science Committee | RJA | 0.25 |
| 05/02/05 | 1 | Receipt and review of 5/2/05 email from John Restaino to Bert Black re: membership on the epidemiology subcommittee | RJA | 0.25 |
| 05/02/05 | 1 | Receipt and review of 5/2/05 e-mail from Troy Rafferty re: he will be out of the office on Thursday & Friday | RJA | 0.25 |
| 05/02/05 | 1 | Receipt and review of 5/2/05 e-mail from Carlene Lewis re: membership on Science Committee | RJA | 0.25 |
| 05/02/05 | 1 | Receipt and review of 5/2/05 e-mail from Lenny Davis re: CMOs | RJA | 0.25 |
| 05/02/05 | 2 | Receipt and review of 5/2/05 email from Troy Rafferty re: revised plaintiff fact sheet | RJA | 0.25 |
| 05/02/05 | 3 | Receipt and review of 4/30/05 e-mail from Chris Tisi re: changes on third party discovery | RJA | 0.25 |
| 05/02/05 | 3 | Receipt and review of 4/30/05 e-mail from Troy Rafferty re: specific requests in RFP | RJA | 0.25 |

Exhibit E

VIOXX MDL 1657 Task Codes
1. Case Assessment, Development, Administration
2. PreTrial Pleadings and Motions
3. Discovery
4. Trial Preparation and Trial
5. Appeal

14 OF 36
Neblett, Beard Arsenault
P.O. Box 1190
Alexandria, LA 71309
318-487-9874

| Date | Task Code | Description of Services | Initials | Hours |
|------|-----------|------------------------|----------|-------|
| 05/02/05 | 3 | Prepare for and attend discovery conference call with discovery leadership and PEC; discussed items raised in last status conference | RJA | 1.00 |
| 05/03/05 | 1 | Work on time and expense summary worksheet and corroborating timesheets and receipts for expenses for Vioxx joint employee time and expenses since January 2005 | JMO | 1.00 |
| 05/03/05 | 1 | Receipt and review of 5/3/05 e-mail from Russ Herman's office attaching Minute Entry for proceedings held before Judge Fallon: Status Conference held on 4/15/05 with Plaintiffs' Steering Committee | JRW | 0.25 |
| 05/03/05 | 1 | Receipt and review of 5/3/05 e-mail from Steve Herman attaching article regarding remand of Kentucky consumer claims | JRW | 0.25 |
| 05/03/05 | 1 | Receipt and review of 5/3/05 e-mail from Chris Seeger regarding Waxman meeting with Merck / FDA | JRW | 0.25 |
| 05/03/05 | 1 | Receipt and review of 5/3/05 e-mail from Lenny Davis attaching agenda for the PSC conference call | JRW | 0.25 |
| 05/03/05 | 1 | Receipt and review 5/3/05 e-mail from Tisi reporting on his comments to Ex Parte Brief | JRW | 0.25 |
| 05/03/05 | 1 | Receipt and review 5/3/05 e-mail from Troy Rafferty with his response to Tisi's comments | JRW | 0.25 |
| 05/03/05 | 1 | Receipt and review 5/3/05 e-mail from Rafferty re: 114 on service list | JRW | 0.25 |
| 05/03/05 | 1 | Receipt and review of 5/2/05 e-mail from Troy Rafferty re: ex parte brief | RJA | 0.25 |
| 05/03/05 | 1 | Receipt and review of 5/2/05 e-mail from Steve Herman re: remand and consumer claims | RJA | 0.25 |
| 05/03/05 | 1 | Receipt and review of 5/2/05 e-mail from Lillian Flemming re: conference call scheduled for 5/5/05 | RJA | 0.25 |
| 05/03/05 | 1 | Receipt and review of 5/2/05 e-mail from Regina Westenfeld re: document from Russ Herman | RJA | 0.25 |
| 05/03/05 | 1 | Receipt and review of 5/3/05 e-mail from Troy Rafferty re: he is unavailable today from 2:00 to 4:00 | RJA | 0.25 |
| 05/03/05 | 1 | Receipt and review of 5/3/05 e-mail from Chris Seeger re: ex parte brief | RJA | 0.25 |
| 05/03/05 | 1 | Receipt and review of 5/3/05 e-mail from Joyce Romano re: Russ is available on Thursday in the afternoon | RJA | 0.25 |
| 05/03/05 | 1 | Prepare for and attend weekly PSC telephone conference call | RJA | 1.00 |
| 05/03/05 | 1 | Receipt and review of 5/3/05 e-mail from Elizabeth Cabraser re: she is available anytime before 3:00 p.m. CST for conference call | RJA | 0.25 |
| 05/03/05 | 1 | Receipt and review of 5/2/05 email from Troy Rafferty re: response to Chris' questions /comments in anticipation of the conference call | RJA | 0.25 |
| 05/03/05 | 1 | Receipt and review of 5/3/05 e-mail from Regina Westenfeld re: Minute Entry for 4/15/05 conference | RJA | 0.25 |
| 05/03/05 | 1 | Receipt and review of 5/3/05 e-mail from Troy Rafferty re: HIPPA issue | RJA | 0.25 |
| 05/03/05 | 1 | Receipt and review of 5/3/05 e-mail from Troy Rafferty re: changes to communication to discovery committee | RJA | 0.25 |
| 05/03/05 | 1 | Email to Troy Rafferty re: ground rules suggestion makes sense | RJA | 0.25 |
| 05/03/05 | 1 | Receipt and review of 5/2/05 e-mail from Raul Bencomo re: foreign country representation and discovery | RJA | 0.25 |
| 05/03/05 | 1 | Email to Raul Bencomo re: discuss in detail when they meet in person the foreign country representation | RJA | 0.25 |

VIOXX MDL 1657 Task Codes
1. Case Assessment, Development, Administration
2. PreTrial Pleadings and Motions
3. Discovery
4. Trial Preparation and Trial
5. Appeal

15 OF 36
Neblett, Beard Arsenault
P.O. Box 1190
Alexandria, LA 71309
318-487-9874

| Date | Task Code | Description of Services | Initials | Hours |
|------|-----------|-------------------------|----------|-------|
| 05/03/05 | 1 | Receipt and review of 5/3/05 e-mail from David Buchanan re: of all the people on the list there will only be half with federal cases | RJA | 0.25 |
| 05/03/05 | 1 | Receipt and review of 5/3/05 e-mail from Joyce Romano re: cc Steve Herman on all legal memos, briefs and other law committee materials | RJA | 0.25 |
| 05/03/05 | 1 | Receipt and review of 5/3/05 e-mail from Troy Rafferty re: changes to ex parte brief | RJA | 0.25 |
| 05/03/05 | 1 | Receipt and review of 5/3/05 e-mail from Chris Seeger re: HIPPA argument went no where with Higby | RJA | 0.25 |
| 05/03/05 | 1 | Receipt and review of 5/3/05 email from Troy Rafferty re: appendix which summarizes all the different state laws | RJA | 0.25 |
| 05/03/05 | 1 | Receipt and review of 5/3/05 e-mail from Chris Seeger re: report from Jon Cuneo | RJA | 0.25 |
| 05/03/05 | 1 | Receipt and review of 5/3/05 e-mail from Regina Westenfeld re: memo from Russ Herman | RJA | 0.25 |
| 05/03/05 | 1 | Receipt and review of 5/3/05 e-mail from David Buchanan re: HIPAA argument doesn't preclude contacts but requires a specifically tailored protective order | RJA | 0.25 |
| 05/03/05 | 1 | Receipt and review of 5/3/05 email from Lillian Flemming re: agenda for conference call | RJA | 0.25 |
| 05/03/05 | 1 | Left voice mail message for Michael Wagner with Seeger Weiss regarding access to their intranet site | RLM | 0.25 |
| 05/03/05 | 1 | Left additional voice mail message for Regina with Russ Herman's office regarding copies of manuals mentioned at PSC meeting | RLM | 0.25 |
| 05/03/05 | 2 | Receipt and review of 5/3/05 e-mail from Troy Rafferty attaching Brief regarding ExParte Doctor interviews | JRW | 0.25 |
| 05/03/05 | 2 | Receipt and review of 5/3/05 e-mail from Troy Rafferty regarding draft ExParte brief and HIPPA argument | JRW | 0.25 |
| 05/03/05 | 2 | Receipt and review of 5/3/05 e-mail from David Buchanan regarding HIPPA protective order | JRW | 0.25 |
| 05/03/05 | 2 | Receipt and review of 5/3/05 e-mail from Lenny Davis regarding his comments to ExParte Brief | JRW | 0.25 |
| 05/03/05 | 2 | Receipt and review of Motion to File First Supplemental Amended Complaint by Plaintiff | RJA | 0.25 |
| 05/03/05 | 2 | Receipt and review of 5/2/05 e-mail from Troy Rafferty re: draft of ex parte brief | RJA | 0.25 |
| 05/03/05 | 2 | Receipt and review of 5/3/05 e-mail from Troy Rafferty re: current version of plaintiff and defendant fact sheet | RJA | 0.25 |
| 05/03/05 | 2 | Receipt and review of 5/3/05 e-mail from Lenny Davis re: comment regarding ex parte brief | RJA | 0.25 |
| 05/03/05 | 3 | Receipt and review of 5/3/05 e-mail from Steve Herman attaching article regarding blogging/possibility of use in case | JRW | 0.25 |
| 05/03/05 | 3 | Receipt and review of draft e-mail to discovery committee members from Troy Rafferty | JRW | 0.25 |
| 05/03/05 | 3 | Receipt and review of 5/3/05 e-mails from Chris Seeger and Troy Rafferty regarding telephone conference to discuss draft ExParte Brief | JRW | 0.25 |
| 05/03/05 | 3 | Receipt and review 5/3/05 e-mail from PSC and Discovery Chairman to Discovery Committee members | JRW | 0.25 |

Exhibit E

VIOXX MDL 1657 Task Codes
1. Case Assessment, Development, Administration
2. PreTrial Pleadings and Motions
3. Discovery
4. Trial Preparation and Trial
5. Appeal

16 OF 36
Neblett, Beard Arsenault
P.O. Box 1190
Alexandria, LA 71309
318-487-9874

| Date | Task Code | Description of Services | Initials | Hours |
|------|-----------|------------------------|----------|-------|
| 05/03/05 | 3 | Receipt and review 5/3/05 e-mail from Donald Arbitblit re: Bold and Wiholm depositions | RJA | 0.25 |
| 05/03/05 | 3 | Receipt and review of 5/2/05 e-mail from Donald Arbitblit re: he cannot attend the deposition of Dr. Bold on May 17th | RJA | 0.25 |
| 05/03/05 | 3 | Receipt and review of 5/2/05 e-mail from Steve Herman re: discovery blogs | RJA | 0.25 |
| 05/03/05 | 3 | Receipt and review of 5/2/05 e-mail from Troy Rafferty re: draft of email he will send around to lawyers that have been identified to us as the Discovery Committee | RJA | 0.25 |
| 05/03/05 | 3 | Email to Troy Rafferty re: suggestions and changes to email to be sent to Discovery Committee | RJA | 0.25 |
| 05/03/05 | 3 | Receipt and review of 5/3/05 e-mail from Steve Herman re: office of Inspector General guidelines | RJA | 0.50 |
| 05/03/05 | 3 | Receipt and review of 5/2/05 e-mail from Deonne Lingle re: letter to Russ Herman requesting to be on the Discovery Committee | RJA | 0.25 |
| 05/03/05 | 3 | Receipt and review of 5/3/05 e-mail from Chris Tisi re: Discovery Chairs should make it clear that on some tasks we will need seasoned attorneys | RJA | 0.25 |
| 05/03/05 | 3 | Receipt and review of 5/3/05 e-mail from Regina Westenfeld re: Discovery Committee | RJA | 0.25 |
| 05/03/05 | 3 | Receipt and review of 5/3/05 e-mail from Seth Rothman re: depositions of Bold and Wiholm | RJA | 0.25 |
| 05/04/05 | 1 | Receipt and review 4/29/05 correspondence from Daniel Becnel with attached time sheets and expense corroboration for joint employee for the week of April 18-22, 2005; incorporate joint employee time and expenses into worksheet | JMO | 0.50 |
| 05/04/05 | 1 | Receipt and review 5/3/05 e-mail and amended brief from Troy Rafferty re: ex parte doctor contact | JRW | 0.25 |
| 05/04/05 | 1 | Receipt and review 5/3/05 e-mail from Lenny Davis and attachments re: committee memo and agreement | JRW | 0.25 |
| 05/04/05 | 1 | Receipt and review 5/4/05 e-mail from Chris Seeger re: Waxman report along with attached email from Pam Gilbert | JRW | 0.25 |
| 05/04/05 | 1 | Receipt and review 5/4/05 e-mail from Russ Herman to Phillip Wittman re: document production | JRW | 0.25 |
| 05/04/05 | 1 | Receipt and review 5/4/05 e-mail from Elizabeth Cabraser giving her comments to the ex parte brief | JRW | 0.25 |
| 05/04/05 | 1 | Receipt and review 5/4/05 e-mail from Kevin Calcagnie with his suggestions to ex parte brief | JRW | 0.25 |
| 05/04/05 | 1 | Participation in Plaintiff Steering Committee telephone conference | JRW | 1.00 |
| 05/04/05 | 1 | Left another voice mail message for Michael Wagner with Seeger Weiss regarding access to their intranet site | RLM | 0.25 |
| 05/04/05 | 1 | Telephone conference with Michael Wagner with Seeger Weiss regarding their intranet site; walked through accessing site and printing documents | RLM | 0.25 |
| 05/04/05 | 1 | Left additional voice mail message for Regina with Russ Herman's office regarding copies of manuals mentioned at PSC meeting | RLM | 0.25 |
| 05/04/05 | 2 | Receipt and review 5/3/05 e-mail from David Buchanan with attached draft of confidentiality order | JRW | 0.25 |

Exhibit E

VIOXX MDL 1657 Task Codes
1. Case Assessment, Development, Administration
2. PreTrial Pleadings and Motions
3. Discovery
4. Trial Preparation and Trial
5. Appeal

17 OF 36
Neblett, Beard Arsenault
P.O. Box 1190
Alexandria, LA 71309
318-487-9874

| Date | Task Code | Description of Services | Initials | Hours |
|------|-----------|------------------------|----------|-------|
| 05/05/05 | 2 | Receipt and review of 5/2/05 correspondence from Matthew Lundy to Russ Herman attaching Matthew Lundy's Application for Appointment to the Plaintiffs' Steering Committee | JRW | 0.25 |
| 05/05/05 | 1 | Receipt and review of 5/2/05 correspondence from Dawn Barrios to Attorney General Charles Foti forwarding a second memorandum regarding potential causes of action proposed on behalf of the State of Louisiana for Vioxx related damages | JRW | 0.25 |
| 05/05/05 | 1 | Receipt and review of 5/5/05 e-mail from Fred Longer and his comments to the confidentiality order | JRW | 0.25 |
| 05/05/05 | 1 | Receipt and review of 5/5/05 e-mail from Russ Herman re: request to Merck for time-table for the production of names, addresses, and dates of employment of sales reps | JRW | 0.25 |
| 05/05/05 | 1 | Receipt and review of 5/5/05 e-mail from Lenny Davis along with his handwritten suggestions to the Protective Order | JRW | 0.25 |
| 05/05/05 | 1 | Receipt and review of 5/5/05 e-mail from Troy Rafferty and his comments re: inclusion of state law cites on ex parte brief | JRW | 0.25 |
| 05/05/05 | 1 | Receipt and review of 5/4/05 e-mail from Russ Herman and attached Minute Entry for proceedings held before Judge Eldon Fallon, status conference held on 4/21/05 with Liaison Counsel | JRW | 0.25 |
| 05/05/05 | 1 | Conference call with Elizabeth Cabraser, Lenny Davis and Chris Seeger concerning Case Management Order and subsequent work on latest generation of Case Management Order draft; research regarding discretion MDL Judge has to not entertain class certification motions | RJA | 2.75 |
| 05/05/05 | 1 | Receipt and review of 5/5/05 e-mail from Lenny Davis re: Gilmartin's resignation from Merck | RJA | 0.25 |
| 05/05/05 | 1 | Receipt and review of 5/5/05 email from Regina Westenfeld re: Minute Entry for proceedings before Judge Fallon | RJA | 0.25 |
| 05/05/05 | 1 | Receipt and review of 5/4/05 e-mail from Regina Westenfeld re: letter to clerk from Robert L. Sachs to be added to service list | RJA | 0.25 |
| 05/05/05 | 1 | Receipt and review of 5/4/05 email from Elizabeth Cabraser re: ex parte brief | RJA | 0.25 |
| 05/05/05 | 1 | Receipt and review of 5/4/05 e-mail from Joyce Romano re: correspondence from Russ Herman | RJA | 0.25 |
| 05/05/05 | 1 | Receipt and review of 5/4/05 e-mail from Jesse Klaproth re: Gerald Meunier asked him to provide a memorandum re: Louisiana choice of law | RJA | 0.25 |
| 05/05/05 | 1 | Receipt and review of 5/4/05 email from Troy Rafferty re: ex parte brief and cites and arguments | RJA | 0.25 |
| 05/05/05 | 1 | Receipt and review of 5/5/05 email from Regina Westenfeld re: response from Russ Herman to Phil Wittman's email | RJA | 0.25 |
| 05/05/05 | 1 | Receipt and review of 5/5/05 e-mail from Joyce Gonsoulin attaching her resume | RJA | 0.25 |
| 05/05/05 | 1 | Receipt and review of 5/5/05 e-mail from Fred Longer re: confidentiality order | RJA | 0.25 |
| 05/05/05 | 1 | Receipt and review of 5/5/05 email from Lillian Flemming re: letter to Wittman with attachments | RJA | 0.25 |
| 05/05/05 | 2 | Receipt and review of 5/5/05 e-mail from Russ Herman's office attaching Plaintiffs' final brief regarding ex-parte contact with doctors | JRW | 0.25 |

Exhibit E

VIOXX MDL 1657 Task Codes
1. Case Assessment, Development, Administration
2. PreTrial Pleadings and Motions
3. Discovery
4. Trial Preparation and Trial
5. Appeal

18 OF 36
Neblett, Beard Arsenault
P.O. Box 1190
Alexandria, LA 71309
318-487-9874

| Date | Task Code | Description of Services | Initials | Hours |
|------|-----------|------------------------|----------|-------|
| 05/05/05 | 2 | Receipt and review of 5/5/05 e-mail from Lenny Davis re: proposed confidentiality order | RJA | 0.25 |
| 05/05/05 | 2 | Receipt and review of Joint Proposed Case Management Order and Pretrial Order Draft #7, Proposed Pretrial Order provided by defendants and relates to individual cases; Proposed Pretrial Order provided by defendants and relates to class actions | RJA | 1.25 |
| 05/05/05 | 3 | Receipt and review of 5/5/05 email from John Climaco re: he accepts the invitation to be on the Discovery Committee | RJA | 0.25 |
| 05/06/05 | 1 | Receipt and review of 5/6/05 e-mail from Russ Herman attaching Merck's statement on status of actions | JRW | 0.25 |
| 05/06/05 | 1 | Receipt and review 5/6/05 e-mail from Shelly Sanford regarding Daniels Becnel's e-mail re: adding doctors to the verdict form | JRW | 0.25 |
| 05/06/05 | 1 | Receipt and review 5/6/05 e-mail from Chris Seeger re: House of Representatives Government Reform Committee hearing | JRW | 0.25 |
| 05/06/05 | 1 | Receipt and review 5/6/05 e-mail from Russ Herman re: defense counsel's letter to judge re: Merck employees | JRW | 0.25 |
| 05/06/05 | 1 | Receipt and review 5/6/05 e-mail from David Buchanan along with plaintiffs' new version of proposed protective order from Buchanan | JRW | 0.25 |
| 05/06/05 | 1 | Receipt and review of 5/4/05 e-mail from Regina Westenfeld re: CTO-5 | RJA | 0.25 |
| 05/06/05 | 1 | Receipt and review of 5/6/05 email from Regina Westenfeld re: CTO-4 | RJA | 0.25 |
| 05/06/05 | 1 | Receipt and review o 5/6/05 e-mail from Chris Tisi re: Jenkins' response | RJA | 0.25 |
| 05/06/05 | 1 | Receipt and review of 5/6/05 e-mail from Chris Seeger re: House Committee on Government Reform | RJA | 0.25 |
| 05/06/05 | 1 | Receipt and review of 5/6/05 email from J.R. Whaley to Jesse Klaprot re: certification | RJA | 0.25 |
| 05/06/05 | 1 | Receipt and review of 5/5/05 e-mail from Regina Westenfeld re: defense letter to Judge re: Merck Employee Information | RJA | 0.25 |
| 05/06/05 | 1 | Receipt and review of 5/6/05 email from Brandy Blisard re: conference call scheduled for 5/9/05 | RJA | 0.25 |
| 05/06/05 | 2 | Receipt and review of 5/6/05 facsimile from Dianne Nast attaching the executed Confidentiality Agreement | JRW | 0.25 |
| 05/06/05 | 2 | Receipt and review of 5/6/05 e-mail from Russ Herman's office attaching Mercks Brief regarding communications with doctors | JRW | 0.25 |
| 05/06/05 | 2 | Receipt and review of 5/6/05 e-mail from Russ Herman's office regarding denial of opposition to PSC | JRW | 0.25 |
| 05/06/05 | 2 | Receipt and review of 5/6/05 e-mail from Russ Herman's office regarding order requiring attendance of FDA at Pre-Trial Conference to discuss opposition to document production | JRW | 0.25 |
| 05/06/05 | 2 | Legal research regarding Scheduling Order/deferment of Class Certification | JRW | 3.50 |
| 05/06/05 | 2 | Receipt and review of 5/6/05 e-mail from David Buchanan re: proposed confidentiality order | RJA | 0.25 |
| 05/06/05 | 3 | Receipt and review o 5/5/05 email from Regina Westenfeld re: letter from Lundy re: discovery committee | RJA | 0.25 |
| 05/06/05 | 4 | Prepared slides for 5/19/05 Mock Trial (Defense) presentation to ATLA | JRW | 1.25 |

Exhibit E

VIOXX MDL 1657 Task Codes
1. Case Assessment, Development, Administration
2. PreTrial Pleadings and Motions
3. Discovery
4. Trial Preparation and Trial
5. Appeal

19 OF 36
Neblett, Beard Arsenault
P.O. Box 1190
Alexandria, LA 71309
318-487-9874

| Date | Task Code | Description of Services | Initials | Hours |
|------|-----------|-------------------------|----------|-------|
| 05/07/05 | 1 | Review materials forwarded by Lenny Davis regarding upcoming Case Management Order conference call; review a variety of Case Management Orders in other cases along with defendants' proposal | RJA | 1.50 |
| 05/07/05 | 1 | Receipt and review of 5/6/05 email from Eberhard Garrison re: requesting appointment to a subcommittee | RJA | 0.25 |
| 05/07/05 | 1 | Receipt and review of 5/6/05 email from Regina Westenfeld re: application of Turner Branch & Richard Sandoval to serve on State Liaison Committee | RJA | 0.25 |
| 05/08/05 | 1 | Receipt and review of motion to file first supplemental complaint by plaintiff in case no. 04-3472 | RJA | 0.25 |
| 05/08/05 | 1 | Receipt and review of Summons returned executed on defendant Merck | RJA | 0.25 |
| 05/08/05 | 1 | Receipt and review of 5/2/05 correspondence from Matthew Lundy to Russ Herman re: requesting to be appointed to the Plaintiffs' Discovery Committee | RJA | 0.25 |
| 05/08/05 | 2 | Research regarding power of court to defer class certification hearings | RJA | 1.25 |
| 05/09/05 | 1 | Receipt and review of 5/9/05 e-mail from Christopher Tisi's attaching his letter to the FDA | JRW | 0.25 |
| 05/09/05 | 1 | Receipt and review of 5/9/05 e-mail from Russ Herman's office attaching his correspondence to P. Whitman regarding size of sales force and Waxman documents | JRW | 0.25 |
| 05/09/05 | 1 | Receipt and review of Elizabeth Cabraser's memorandum re: plaintiffs' proposal on the timing of class certification | RJA | 0.50 |
| 05/09/05 | 1 | Receipt and review of 5/7/05 e-mail from Carlene Lewis to Lynn Swanson re:  her being on the Science Committee | RJA | 0.25 |
| 05/09/05 | 1 | Receipt and review of 5/9/05 email from David Buchanan re: he is available for telephone conference at 2:00 p.m. CST | RJA | 0.25 |
| 05/09/05 | 1 | Receipt and review of 5/9/05 email from Troy Rafferty re: apologizing for missing the additions to agenda for conference call | RJA | 0.25 |
| 05/09/05 | 1 | Receipt and review of 5/9/05 email from Troy Rafferty re: having a pre-meeting conference call | RJA | 0.25 |
| 05/09/05 | 1 | Receipt and review of 5/6/05 email from Kevin Huddell requesting appointment to a subcommittee | RJA | 0.25 |
| 05/09/05 | 1 | Receipt and review of 5/9/05 email from Chris Tisi re: letter to the FDA counsel | RJA | 0.25 |
| 05/09/05 | 1 | Receipt and review of 5/9/05 email from Chris Tisi re: conference call scheduled for 5/9/05 at 2:00 p.m. CST | RJA | 0.25 |
| 05/09/05 | 1 | Receipt and review of 5/6/05 e-mail from Regina Westenfeld re: letter to P. Wittmann from Russ Herman re: detailer information | RJA | 0.25 |
| 05/09/05 | 1 | Receipt and review of 5/9/05 e-mail from Chris Seeger re: New Orleans radio ad | RJA | 0.25 |
| 05/09/05 | 1 | Receipt and review of 5/8/05 email from Regina Westenfeld re: letter from Kebodeaux regarding committees | RJA | 0.25 |
| 05/09/05 | 2 | Receipt and review of Cabraser Memorandum regarding timing of class certification | JRW | 0.25 |
| 05/09/05 | 2 | Receipt and review of e-mail attaching Richard Arsenault's draft regarding deference on class certification issue | JRW | 0.25 |

VIOXX MDL 1657 Task Codes
1. Case Assessment, Development, Administration
2. PreTrial Pleadings and Motions
3. Discovery
4. Trial Preparation and Trial
5. Appeal

20 OF 36
Neblett, Beard Arsenault
P.O. Box 1190
Alexandria, LA 71309
318-487-9874

| Date | Task Code | Description of Services | Initials | Hours |
|------|-----------|-------------------------|----------|-------|
| 05/09/05 | 2 | Receipt and review of 5/9/05 e-mail from Leonard Davis attaching red-lined version of Case Management Order incorporating changes discussed | JRW | 0.25 |
| 05/09/05 | 2 | Telephone conference with Seeger, Davis, Arsenault, and others regarding Case Management Order | JRW | 0.50 |
| 05/09/05 | 2 | Prepare for and attend supplemental conference call re: Case Management Order | RJA | 0.50 |
| 05/09/05 | 2 | Prepare for and attend Case Management Order conference call with PSC members | RJA | 2.25 |
| 05/09/05 | 2 | Receipt and review of Submission regarding scope & status of federal and state court class actions | RJA | 0.50 |
| 05/09/05 | 2 | Receipt and review of Submission regarding communications with plaintiffs' healthcare providers filed by Merck | RJA | 0.50 |
| 05/09/05 | 2 | Receipt and review of Plaintiffs' brief regarding ex parte contacts by defendant with plaintiffs' treating physicians | RJA | 0.50 |
| 05/09/05 | 3 | Discovery Committee telephone conference | JRW | 1.00 |
| 05/09/05 | 3 | Prepare for and attend conference call with Vioxx Discovery Committee leadership in anticipation of upcoming discovery conference call with entire group of as many as potentially 100 committee members | RJA | 0.75 |
| 05/09/05 | 3 | Prepare for and attend discovery conference call with entire Discovery Committee | RJA | 0.50 |
| 05/09/05 | 3 | Receipt and review of 5/9/05 e-mail from Troy Rafferty re: draft of agenda for discovery conference call | RJA | 0.25 |
| 05/10/05 | 1 | Receipt and review of May 10, 2005 e-mail from Lenny Davis with reminder that PSC conference call will take place at 4:00 CST on May 10, 2005. | RJA | 0.25 |
| 05/10/05 | 1 | Receipt and review of May 9, 2005 e-mail from Elizabeth Cabraser with revision to Draft CMO | RJA | 0.25 |
| 05/10/05 | 1 | Receipt and review of May 10, 2005 e-mail from Elizabeth Cabraser with stating she is ending the CMO  out this morning. | RJA | 0.25 |
| 05/10/05 | 1 | Receipt and review of 5/9/05 e-mail from Chris Seeger re: resignation of Merck's Gilmartin following the analysis of the FDA's memorandum | RJA | 0.25 |
| 05/10/05 | 1 | Receipt and review of May 10, 2005 e-mail form Troy Rafferty with latest defense proposed fact sheet attached. | RJA | 0.25 |
| 05/10/05 | 1 | Receipt and review of 5/5/05 email from Regina Westenfeld re: cases pending in state court except CA and NJ | RJA | 0.25 |
| 05/10/05 | 1 | Receipt and review of 5/9/05 e-mail from Troy Rafferty re: motion to prohibit contact with treating doctors | RJA | 0.25 |
| 05/10/05 | 1 | Receipt and review of 5/9/05 e-mail from Chris Tisi re: letter to the FDA | RJA | 0.25 |
| 05/10/05 | 1 | Receipt and review of 5/9/05 email from Regina Westenfeld re: transcript of 4/28/05 status conference | RJA | 0.25 |
| 05/10/05 | 1 | Receipt and review of May 10,2 005 e-mail from Brandy Blisard requesting Val Exnicios' contact information. | RJA | 0.25 |
| 05/10/05 | 1 | Receipt and review of 5/3/05 e-mail from Lillian Flemming re: committee welcome memorandum and confidentiality agreement | RJA | 0.25 |

VIOXX MDL 1657 Task Codes
1. Case Assessment, Development, Administration
2. PreTrial Pleadings and Motions
3. Discovery
4. Trial Preparation and Trial
5. Appeal

21 OF 36
Neblett, Beard Arsenault
P.O. Box 1190
Alexandria, LA 71309
318-487-9874

| Date | Task Code | Description of Services | Initials | Hours |
|------|-----------|-------------------------|----------|-------|
| 05/10/05 | 1 | Receipt and review of 5/5/05 email from Regina Westenfeld re: letter from Dawn Barrios regarding committees | RJA | 0.25 |
| 05/10/05 | 2 | Receipt and review of 5/10/05 Leonard Davis attaching Cabraser's comment to the Case Management Order | JRW | 0.25 |
| 05/10/05 | 2 | Receipt and review of May 9, 2005 e-mail from Regina Westenfeld attaching Motion to Substitute Attorneys Stephen Rovak and Deborah Druley. | RJA | 0.25 |
| 05/10/05 | 2 | Receipt and review of May 9, 2005 e-mail from Regina Westenfeld with Order granting Motion for Leave to File Reply signed 5/4/05 attached. | RJA | 0.25 |
| 05/10/05 | 2 | Receipt and review of May 9, 2005 e-mail from Regina Westenfeld with Motion for Leave to File reply by Defendant, ESI Mail Pharmacy attached. | RJA | 0.25 |
| 05/10/05 | 2 | Receipt and review of May 9, 2005 e-mail from Regina Westenfeld with Order that Plaintiffs' Liaison Counsel file a response to pro se inmates' motions by 6/6/05. | RJA | 0.25 |
| 05/10/05 | 2 | Receipt and review of 5/9/05 e-mail from Lillian Flemming re: revised draft of CMO | RJA | 0.25 |
| 05/10/05 | 2 | Receipt and review of 5/9/05 email from Lenny Davis re: letter to Herman sending draft PTO | RJA | 0.25 |
| 05/10/05 | 2 | Receipt and review of 5/9/05 e-mail from David Buchanan re: draft of production order | RJA | 0.25 |
| 05/10/05 | 2 | Receipt and review of 5/4/05 e-mail from David Buchanan re: plaintiffs' proposed confidentiality order | RJA | 0.25 |
| 05/11/05 | 1 | Receipt and review of 5/10/05 email from Regina Westenfeld re: motion for extension of time to serve complaint by plaintiff, Paulette Jackson | RJA | 0.25 |
| 05/11/05 | 1 | Receipt and review of 5/10/05 e-mail from Regina Westenfeld re: order granting motion for leave to file excess pages | RJA | 0.25 |
| 05/11/05 | 1 | Receipt and review of 5/10/05 email from Regina Westenfeld re: notice of appearance of Stephen Dryden | RJA | 0.25 |
| 05/11/05 | 1 | Receipt and review of 5/10/05 email from Regina Westenfeld re: motion for extension of time to answer complaint by defendant, Publix Super Markets | RJA | 0.25 |
| 05/11/05 | 1 | Receipt and review of 5/10/05 e-mail from Regina Westenfeld re: Motion & Order for Andy Birchfield to Appear as Counsel for Plaintiffs | RJA | 0.25 |
| 05/11/05 | 1 | Receipt and review of May 9, 2005 e-mail from Troy Rafferty with latest defense proposed fact sheet attached asking for my comments/revisions. | RJA | 0.25 |
| 05/11/05 | 1 | Receipt and review of May 10, 2005 e-mail from Lillian Flemming with e-mail and attachments forwarded to Phillip Wittmann from Leonard A. Davis on May 10, 2005. | RJA | 0.25 |
| 05/11/05 | 1 | Receipt and review May 10, 2005 e-mail from Lillian Flemming re: proposed PTO from Dorothy Wimberly with attachment from Leonard Davis. | RJA | 0.25 |

Exhibit E

VIOXX MDL 1657 Task Codes
1. Case Assessment, Development, Administration
2. PreTrial Pleadings and Motions
3. Discovery
4. Trial Preparation and Trial
5. Appeal

22 OF 36
Neblett, Beard Arsenault
P.O. Box 1190
Alexandria, LA 71309
318-487-9874

| Date | Task Code | Description of Services | Initials | Hours |
|------|-----------|-------------------------|----------|-------|
| 05/11/05 | 2 | Receipt and review of e-mail from Regina Westenfeld dated May 9, 2005 with Reply to Response to Motion filed by Defendant ESI Mail Pharmacy re: Motion to Dismiss Party Express Scripts, Inc. attached. | RJA | 0.25 |
| 05/12/05 | 1 | Receipt and review of 5/12/05 e-mail from Dawn Barrios re: Motion to Remand to CDC was heard on 5/11/05 by Judge Fallon | RJA | 0.25 |
| 05/12/05 | 1 | Receipt and review of 5/12/05 e-mail from Lillian Flemming re: letter from Leonard Davis | RJA | 0.25 |
| 05/12/05 | 1 | Receipt and review of 5/12/05 e-mail from Dawn Barrios re: request for oral argument by plaintiffs | RJA | 0.25 |
| 05/12/05 | 1 | Receipt and review of 5/11/05 email from Tobias Millrood re: fact sheet | RJA | 0.25 |
| 05/12/05 | 1 | Receipt and review of 5/12/05 e-mail from Lenny Davis re: contact with doctors and defendants filed a reply memo | RJA | 0.25 |
| 05/12/05 | 1 | Receipt and review of 5/12/05 e-mail from Lillian Flemming re: re: email sent to Phil Wittman | RJA | 0.25 |
| 05/12/05 | 1 | Receipt and review of 5/11/05 e-mail from Regina Westenfeld re: Order re notice of voluntary dismissal | RJA | 0.25 |
| 05/12/05 | 1 | Receipt and review of 5/12/05 email from Regina Westenfeld re: Order lifting stay of Conditional Transfer and transferring one case | RJA | 0.25 |
| 05/12/05 | 1 | Receipt and review of 5/12/05 email from Regina Westenfeld re: letter to clerk from attorney Elizabeth Cowen | RJA | 0.25 |
| 05/12/05 | 1 | Receipt and review of 5/11/05 e-mail from Regina Westenfeld re: Order granting motion to withdraw as attorney | RJA | 0.25 |
| 05/12/05 | 1 | Receipt and review of 5/12/05 email from Regina Westenfeld re: motion to withdraw Sarah Merriam as attorney by defendant Merck | RJA | 0.25 |
| 05/12/05 | 1 | Receipt and review of May 5, 2005 e-mail from Regina Westenfeld (Russ Herman) with letter from Vernon Thomas re: committees attached. | RJA | 0.25 |
| 05/12/05 | 1 | Receipt and review of May 4, 2005 e-mail from Joyce Romano re: Plaintiffs' Proposed Confidentiality Order with attached comments from Russ | RJA | 0.25 |
| 05/12/05 | 1 | Receipt and review of May 4, 2005 e-mail from Robert Shelquist re: science subcommittees | RJA | 0.25 |
| 05/12/05 | 2 | Receipt and review of May 6, 2005 e-mail from Regina Westenfeld filing order denying Motion for Conditional Remand signed 4/29/05 | RJA | 0.25 |
| 05/12/05 | 2 | Receipt and review of May 6, 2005 facsimile from Dianne Nast with May 6, 2005 correspondence from her to Brandy Blissard enclosing copy of executed Confidentiality Agreement. | RJA | 0.25 |
| 05/12/05 | 2 | Receipt and review of May 6, 2005 e-mail from Regina Westenfeld with order that FDA counsel Carmelian Allis & FDA paralegal specialist Harold Stepper appear for 5/23/05 pre-trial conference. | RJA | 0.25 |
| 05/12/05 | 2 | Receipt and review of May 4, 2005 e-mail from Regina Westenfeld with Request by Plaintiff for Summons attached. | RJA | 0.25 |
| 05/12/05 | 2 | Receipt and review of May 9, 2005 e-mail from Lillian Flemming re: Draft CMO attaching revised reline draft of the CMO. | RJA | 0.25 |
| 05/12/05 | 2 | Receipt and review of May 7, 2005 e-mail from Regina Westenfeld attaching Notice by plaintiff regarding extension of expert report deadlines. | RJA | 0.25 |

VIOXX MDL 1657 Task Codes
1. Case Assessment, Development, Administration
2. PreTrial Pleadings and Motions
3. Discovery
4. Trial Preparation and Trial
5. Appeal

23 OF 36
Neblett, Beard Arsenault
P.O. Box 1190
Alexandria, LA 71309
318-487-9874

| Date | Task Code | Description of Services | Initials | Hours |
|------|-----------|------------------------|----------|-------|
| 05/12/05 | 2 | Receipt and review of May 7, 2005 e-mail from Regina Westenfeld with Order that claims involving a prescription drug other than Vioxx are separated from MDL 1657 to be handled at a future date. | RJA | 0.25 |
| 05/12/05 | 2 | Receipt and review of May 7, 2005 e-mail from Regina Westenfeld with order directing Plaintiffs' Liaison Counsel to take appropriate action with regard to pro se parties motions to appoint counsel signed 5/2/05. | RJA | 0.25 |
| 05/12/05 | 2 | Receipt and review of May 7, 2005 e-mail from Regina Westenfeld with memorandum in Support filed by Plaintiff re: motion to appoint counsel attached. | RJA | 0.25 |
| 05/12/05 | 2 | Receipt and review of May 7, 2005 e-mail from Regina Westenfeld with summons returned executed as to defendant, Pfizer, Inc. | RJA | 0.25 |
| 05/12/05 | 2 | Receipt and review of May 7, 2005 e-mail from Regina Westenfeld with Waiver of Service returned executed as to defendant Merck & Co attached. | RJA | 0.25 |
| 05/12/05 | 2 | Receipt and review of May 7, 2005 e-mail from Regina Westenfeld with answer to complaint with jury demand by defendant, Amerisource Corporation, etc. attached. | RJA | 0.25 |
| 05/12/05 | 2 | Receipt and review of May 7, 2005 e-mail from Regina Westenfeld with Order - Court directs Plaintiffs' Liaison Counsel to take appropriate action to the attached motion filed by a pro se party signed by Judge Fallon. | RJA | 0.25 |
| 05/13/05 | 1 | Posting and managing hourly time for tasks performed pursuant to billing protocol | JMO | 0.50 |
| 05/13/05 | 1 | Receipt and review of 5/13/05 e-mail from Russ Herman's office attaching Order regarding  derivative litigation | JRW | 0.25 |
| 05/13/05 | 2 | Receipt and review of 5/13/05 e-mail attaching Russ Herman's letter to Phillip Whitman regarding proposed Pre-Trial Order regarding service, answer, etc... | JRW | 0.25 |
| 05/13/05 | 2 | Receipt and review of 5/13/05 e-mail from Russ Herman attaching Defendant's Supplemental Submission regarding health care providers | JRW | 0.25 |
| 05/13/05 | 3 | Receipt and review of 5/12/05 correspondence from Amy Blagoev to Chris Seeger enclosing the signed errata sheets for the 3/2/05 and 4/1/05 deposition of Alan Nies | JRW | 0.25 |
| 05/13/05 | 3 | Receipt and review of 5/11/05 correspondence from Scott Allen and Jay Henderson regarding "Master Answers" | JRW | 0.25 |
| 05/14/05 | 1 | Receipt and review 5/13/05 e-mail from Lillian Flemming re: letter to Regis Realty | RJA | 0.25 |
| 05/14/05 | 1 | Receipt and review 5/13/05 e-mail from Russ Herman re: letter from Jeffrey Fink | RJA | 0.25 |
| 05/14/05 | 1 | Receipt and review 5/13/05 e-mail from Dawn Barrios re: law, briefing and class committee | RJA | 0.25 |
| 05/14/05 | 2 | Receipt and review of May 12, 2005 e-mail from LexisNexis File & Serve and Defendant Merck's Supplemental Brief re: Health Care Providers with Exhibits A & B attached. | RJA | 0.25 |
| 05/16/05 | 1 | Receipt and review of May 13, 2005 e-mail from Dawn Barrios re: Vioxx Timeline - regarding Woodson sending a timeline to the sales re/detailman subcommittee. | RJA | 0.25 |

VIOXX MDL 1657 Task Codes
1. Case Assessment, Development, Administration
2. PreTrial Pleadings and Motions
3. Discovery
4. Trial Preparation and Trial
5. Appeal

24 OF 36
Neblett, Beard Arsenault
P.O. Box 1190
Alexandria, LA 71309
318-487-9874

| Date | Task Code | Description of Services | Initials | Hours |
|------|-----------|-------------------------|----------|-------|
| 05/16/05 | 1 | Prepare for and attend Administrative Committee conference call | RJA | 0.25 |
| 05/16/05 | 1 | Receipt and review 5/16/05 e-mail from Val Exnicios re: Vioxx Discovery Committee | RJA | 0.25 |
| 05/16/05 | 1 | Receipt and review 5/12/05 e-mail from Russ Herman with attached Defendants Supplemental Submission Regarding Health Care Providers | RJA | 0.25 |
| 05/16/05 | 1 | Receipt and review 5/15/05 e-mail from Mark Robinson re: draft master doc requests - sales and marketing | RJA | 0.25 |
| 05/16/05 | 1 | Receipt and review 5/15/05 e-mail from Troy Rafferty re: revised RFP's | RJA | 0.25 |
| 05/16/05 | 1 | Receipt and review 5/13/05 e-mail from Troy Rafferty re: plaintiff's supplemental brief regarding ex parte contact | RJA | 0.25 |
| 05/16/05 | 1 | Receipt and review 5/15/05 e-mail from Christopher Tisi re: draft master doc requests | RJA | 0.25 |
| 05/16/05 | 1 | Receipt and review 5/16/05 e-mail from Fred Longer re: plaintiff's supplemental brief regarding ex parte contact | RJA | 0.25 |
| 05/16/05 | 1 | Receipt and review 5/16/05 e-mail from Leonard Davis re: PSC conference call 5/17/05 | RJA | 0.25 |
| 05/16/05 | 1 | Receipt and review 5/13/05 e-mail from David Buchanan with attached redline to proposed confidentiality order | RJA | 0.25 |
| 05/16/05 | 1 | Receipt and review 5/16/05 e-mail from Charles Cohen re: MDL protective order | RJA | 0.25 |
| 05/16/05 | 1 | Receipt and review 5/14/05 e-mail from Lenny Davis re: MDL protective order | RJA | 0.25 |
| 05/16/05 | 1 | Receipt and review 5/15/05 e-mail from Russ Herman with attached Order dismissing as premature [253] Motion to Dismiss filed by Express Scripts | RJA | 0.25 |
| 05/16/05 | 1 | Receipt and review 5/13/05 e-mail from Michael Wagner re: resumes regarding depository work | RJA | 0.25 |
| 05/16/05 | 1 | Receipt and review 5/15/05 e-mail from Steve Herman re: additional wording changes to draft master document requests - sales and marketing | RJA | 0.25 |
| 05/16/05 | 1 | Receipt and review 5/15/05 e-mail from Steven Herman re: changes to Nos. 12 and 15 of master document requests | RJA | 0.25 |
| 05/16/05 | 1 | Receipt and review 5/15/05 e-mail from Robert Shelquist re: assignments to committees | RJA | 0.25 |
| 05/16/05 | 1 | Receipt and review 5/14/05 e-mail from Russ Herman re: LexisNexis running in the Vioxx MDL #1657 | RJA | 0.25 |
| 05/16/05 | 1 | Receipt and review 5/15/05 e-mail from Russ Herman with attached supplemental submission regarding communications with plaintiffs' healthcare providers by Defendant Merck & Company, Inc. | RJA | 0.25 |
| 05/16/05 | 1 | Receipt and review 5/12/05 e-mail from Lenny Davis re: contact with doctors | RJA | 0.25 |
| 05/16/05 | 1 | Receipt and review 5/15/05 e-mail from David Buchanan re: MDL protective order and suggested changes | RJA | 0.25 |
| 05/16/05 | 1 | Receipt and review 5/12/05 e-mail from Chris Seeger re: proposed PTO regarding service, answer | RJA | 0.25 |
| 05/16/05 | 1 | Receipt and review 5/12/05 e-mail from Russ Herman re: proposed PTO regarding service, answer | RJA | 0.25 |

VIOXX MDL 1657 Task Codes
1. Case Assessment, Development, Administration
2. PreTrial Pleadings and Motions
3. Discovery
4. Trial Preparation and Trial
5. Appeal

25 OF 36
Neblett, Beard Arsenault
P.O. Box 1190
Alexandria, LA 71309
318-487-9874

| Date | Task Code | Description of Services | Initials | Hours |
|------|-----------|------------------------|----------|-------|
| 05/16/05 | 2 | Receipt and review of 5/16/05 e-mail from Lenny Davis regarding his comments to Protective Order | JRW | 0.25 |
| 05/16/05 | 2 | Receipt and review of 5/16/05 e-mails from Steve Herman and David Buchanan attaching their drafts and comments to Request for Production of Documents | JRW | 0.25 |
| 05/16/05 | 2 | Receipt and review of 5/16/05 e-mails from David Buchanan and Charles Cohen attaching draft of Protective Order after conference with Merck | JRW | 0.25 |
| 05/16/05 | 2 | Receipt and review of Draft of Plaintiffs' Reply to Defendant Merck's Supplemental Submission regarding Ex Parte Contacts with Plaintiffs' Treating Physicians. | RJA | 0.25 |
| 05/16/05 | 2 | Receipt and review of May 13, 2005 e-mail from Troy Rafferty attaching first draft of plaintiffs' supplemental brief regarding ex parte contact. | RJA | 0.25 |
| 05/16/05 | 2 | Receipt and review of draft of Plaintiffs' First Request for Production of Documents Directed to Defendant. | RJA | 0.50 |
| 05/16/05 | 2 | Receipt and review 5/12/05 e-mail from Russ Herman with attached Defendants' supplemental Submission Regarding Health Care Providers | RJA | 0.25 |
| 05/16/05 | 2 | Receipt and review 5/15/05 e-mail from Russ Herman with attached Minue Entry for proceedings held before Judge Fallon on 5/12/05 | RJA | 0.25 |
| 05/16/05 | 4 | Reviewed/Analyzed final draft of slides for 5/19/05 Mock Trial (Defense) presentation to the ATLA | SMR | 1.75 |
| 05/16/05 | 4 | Telephone conference with Vance Andrus regarding 5/19/05 Mock Trial (Defense) presentation to the ATLA | SMR | 0.50 |
| 05/16/05 | 3 | Work on Vioxx Exhibits at depository | MB | 1.00 |
| 05/16/05 | 3 | Work on organizing trial exhibits at depository | WP | 1.00 |
| 05/17/05 | 3 | Work on Vioxx Exhibits at depository | MB | 10.00 |
| 05/17/05 | 3 | Work on organizing trial exhibits at depository | WP | 10.50 |
| 05/17/05 | 1 | Receive assignment from Steve M. Rachal to fax 49-page document to Vance Andrus at Ritz Carlton and make copies of Merck Exhibit | JMO | 0.50 |
| 05/17/05 | 1 | Receipt and review of 5/17/05 e-mail from Russ Herman attaching two Memorandums regarding his meetings with the court and Defense Counsel | JRW | 0.25 |
| 05/17/05 | 1 | Receipt and review of May 11, 2005 correspondence from T. Scott Allen and J. Henderson regarding their Doctor Clients and their position regarding master answers and case management order. | RJA | 1.25 |
| 05/17/05 | 1 | Receipt and review 5/17/05 e-mail from Lillian Flemming re: letter to Judge Fallon with attachments | RJA | 0.25 |
| 05/17/05 | 1 | Receipt and review 5/17/05 e-mail from Leonard Davis re: agenda for 5/17/05 PSC conference call | RJA | 0.25 |
| 05/17/05 | 1 | Receipt and review 5/17/05 e-mail from Russ Herman and his memos regarding his meetings with the Court and Defense Counsel | RJA | 0.25 |
| 05/17/05 | 2 | Receipt and review two revised CMO's from Leonard Davis provided by the defendants. | RJA | 1.25 |
| 05/17/05 | 2 | Receipt and review 5/16/05 e-mail from Russ Herman with attached Order denying [342] Motion to Expedite hearing of magistrate's remand order signed by Judge Fallon | RJA | 0.25 |

VIOXX MDL 1657 Task Codes
1. Case Assessment, Development, Administration
2. PreTrial Pleadings and Motions
3. Discovery
4. Trial Preparation and Trial
5. Appeal

26 OF 36
Neblett, Beard Arsenault
P.O. Box 1190
Alexandria, LA 71309
318-487-9874

| Date | Task Code | Description of Services | Initials | Hours |
|------|-----------|------------------------|----------|-------|
| 05/17/05 | 2 | Receipt and review 5/16/05 e-mail from Russ Herman with attached Motion to Substitute Party USA as defendant in place of Praven Deshmukh, MD | RJA | 0.25 |
| 05/17/05 | 2 | Receipt and review 5/16/05 e-mail from Russ Herman with attached Motion to Expedite Hearing of Magistrate's Remand Order by Plaintiff | RJA | 0.25 |
| 05/18/05 | 3 | Work on Vioxx Exhibits at depository | MB | |
| 05/18/05 | 1 | Receipt and review of 5/18/05 e-mail from Russ Herman's office attaching response from Phillip Whitman to Texas doctor defendants | JRW | 0.25 |
| 05/18/05 | 1 | Receipt and review of 5/18/05 e-mail from Russ Herman attaching Phillip Whitman's letter regarding communication between DSC and PSC regarding outstanding issues and Herman's response | JRW | 0.25 |
| 05/18/05 | 1 | Receipt and review of May 18, 2005 e-mail from Drew Ranier re: assessment issue requesting I give him a call. | RJA | 0.25 |
| 05/18/05 | 1 | Receipt and review of May 4, 2005 e-mail from Regina Westenfeld with Transfer Order from the MDL Panel transferring one case to the Eastern District of LA to become part of MDL 1657 attached. | RJA | 0.25 |
| 05/18/05 | 1 | Receipt and review of May 10, 2005 e-mail from Regina Westenfeld with Order granting Motion to appear signed by Judge Fallon on 5/3/05 attached. | RJA | 0.25 |
| 05/18/05 | 1 | Receipt and review of May 10, 2005 e-mail from Regina Westenfeld re: filing request /statement of oral argument by plaintiffs regarding Motion to Remand. | RJA | 0.25 |
| 05/18/05 | 1 | Receipt and review of May 5, 2005 e-mail from Regina Westenfeld/Russ Herman with request from Flaherty re: committees attached. | RJA | 0.25 |
| 05/18/05 | 1 | Receipt and review of May 4, 2005 e-mail from Regina Westenfeld with Response to Merck's Objection to Remand Order or alternative Motion to adopt Remand Order entered by Mag. Judge Robert Armstrong by plaintiff attached. | RJA | 0.25 |
| 05/18/05 | 1 | Receipt and review of May 10, 2005 e-mail from Regina Westenfeld re: Text Order granting Motion to appear signed by Judge Fallon on 5/6/05 | RJA | 0.25 |
| 05/18/05 | 1 | Receipt and review 5/17/05 e-mail from Russ Herman with attached Minute Entry for 5/16/05 status conference | RJA | 0.25 |
| 05/18/05 | 1 | Receipt and review 5/17/05 e-mail from Russ Herman with attached Summons returned executed on Merck & Company served 5/6/05 | RJA | 0.25 |
| 05/18/05 | 3 | Work on organizing trial exhibits at depository | WP | 10.50 |
| 05/19/05 | 1 | Posting and managing hourly time for tasks performed pursuant to billing protocol | JMO | 0.25 |
| 05/19/05 | 1 | Receipt and review of 5/19/05 e-mail from Chris Tisi along with detailed memo re: status of FDA negotiations | RJA | 0.25 |
| 05/19/05 | 1 | Email to Chris Tisi re: getting documents from Congress via FOIA request and requesting that the FDA comply with requests on a time table set by Judge Fallon | RJA | 0.25 |
| 05/19/05 | 1 | Receipt and review of May 18, 2005 e-mail from Connie Lyons re: Response letter to MDL Liaison Counsel re: Order Language | RJA | 0.25 |
| 05/19/05 | 1 | Receipt and review 5/18/05 e-mail from Samuel Davis re: Vioxx Science Committee assignments requested | RJA | 0.25 |

Exhibit E

VIOXX MDL 1657 Task Codes
1. Case Assessment, Development, Administration
2. PreTrial Pleadings and Motions
3. Discovery
4. Trial Preparation and Trial
5. Appeal

27 OF 36
Neblett, Beard Arsenault
P.O. Box 1190
Alexandria, LA 71309
318-487-9874

| Date | Task Code | Description of Services | Initials | Hours |
|------|-----------|------------------------|----------|-------|
| 05/19/05 | 1 | Receipt and review 5/18/05 e-mail from Chris Coffin re: when is next Vioxx status conference | RJA | 0.25 |
| 05/19/05 | 1 | Receipt and review 5/18/05 e-mail from Russ Herman re: PSC objection to inclusion of language proposed to Mr. Wittman | RJA | 0.25 |
| 05/19/05 | 3 | Work on Vioxx Exhibits at depository | MB | 10.00 |
| 05/19/05 | 3 | Work on organizing trial exhibits at depository | WP | 10.50 |
| 05/19/05 | 1 | Receipt and review 5/18/05 e-mail from Russ Herman re: numerous e-mails from the PSC to Defense Counsel transmitting drafts to which there are no responses | RJA | 0.25 |
| 05/19/05 | 1 | Receipt and review Notice of Change of Address by Plaintiff, Danny Bell | RJA | 0.25 |
| 05/19/05 | 1 | Receipt and review  5/18/05 e-mail from Russ Herman with attached response from Wittman to Texas doctor defendants | RJA | 0.25 |
| 05/19/05 | 1 | Receipt and review 5/19/05 e-mail from Troy Rafferty re: availability for conference call | RJA | 0.25 |
| 05/19/05 | 1 | Receipt and review 5/19/05 e-mail from Christopher Tisi re: availability for conference call | RJA | 0.25 |
| 05/19/05 | 1 | Receipt and review 5/19/05 e-mail from Steven Herman re: 5/20/05 conference call to discuss sales and marketing requests and strategy | RJA | 0.25 |
| 05/19/05 | 1 | Receipt and review 5/19/05 e-mail from Carlene Lewis re: FDA getting documents directly from Congress via FOIA | RJA | 0.25 |
| 05/19/05 | 1 | Receipt and review 5/19/05 e-mail from Connie Lyons re: sending proposal again | RJA | 0.25 |
| 05/19/05 | 1 | Receipt and review 5/19/05 e-mail from Christopher Tisi re: asking Congressional contacts FOIA question | RJA | 0.25 |
| 05/19/05 | 1 | Receipt and review 5/19/05 e-mail from Troy Rafferty re: conference call information | RJA | 0.25 |
| 05/19/05 | 1 | Receipt, review and analysis of FDA executive summary and complete 19 page memorandum dated April 6, 2005. | RJA | 1.00 |
| 05/19/05 | 1 | Receipt and review 5/19/05 e-mail from Christopher Tisi re: availability for conference call | RJA | 0.25 |
| 05/19/05 | 1 | Receipt and review 5/19/05 e-mail from Scott Allen re: doctor's proposal for pre-trial case management orders | RJA | 0.25 |
| 05/19/05 | 1 | Receipt and review 5/19/05 e-mail from Frank Woodson re: availability for conference call | RJA | 0.25 |
| 05/19/05 | 1 | Receipt and review 5/19/05 e-mail from Steven Herman re: conference call and 5/18/05 e-mail regarding insurance issues | RJA | 0.25 |
| 05/19/05 | 1 | Receipt and review 5/19/05 e-mail from Brett Powers re: suggestions for changes to Interrogatories and Request for Production | RJA | 0.25 |
| 05/19/05 | 1 | Telephone conference with Margaret Walker with Joseph Saunders' office requesting a copy of the remand order in a Vioxx case in the U.S. District Court in Miami remanding to state court where the sales rep was joined | RLM | 0.25 |
| 05/19/05 | 1 | Prepared draft of email to Joseph Saunders requesting copy of  the remand order in a Vioxx case in the U.S. District Court in Miami remanding to state court where the sales rep was joined | RLM | 0.25 |

Exhibit E

VIOXX MDL 1657 Task Codes
1. Case Assessment, Development, Administration
2. PreTrial Pleadings and Motions
3. Discovery
4. Trial Preparation and Trial
5. Appeal

28 OF 36
Neblett, Beard Arsenault
P.O. Box 1190
Alexandria, LA 71309
318-487-9874

| Date | Task Code | Description of Services | Initials | Hours |
|------|-----------|-------------------------|----------|-------|
| 05/19/05 | 1 | Telephone conference with Drew Ranier's secretary regarding conference call regarding master document requests and sales & marketing | RLM | 0.25 |
| 05/19/05 | 2 | Receipt and review 5/18/05 e-mail from Russ Herman with attached Response to Motion filed by Defendant Merck re: [96] Motion to Amend/Correct | RJA | 0.50 |
| 05/19/05 | 2 | Receipt and review 5/18/05 e-mail from Russ Herman with attached Request/Statement of Oral Argument by Pfizer, Inc. regarding [349] Motion to Dismiss Case | RJA | 0.25 |
| 05/19/05 | 2 | Receipt and review 5/18/05 e-mail from Russ Herman with attached Motion challenging re-designation of documents as privileged by plaintiff | RJA | 0.25 |
| 05/19/05 | 2 | Receipt and review PreTrial Order #10 | RJA | 0.25 |
| 05/19/05 | 2 | Receipt and review Order Dismissing as Premature [356] Motion Challenging Defendant's Re-Designation of Documents | RJA | 0.25 |
| 05/19/05 | 2 | Receipt and review Request/Statement of Oral Argument by Plaintiff Regarding Motion to Remand | RJA | 0.25 |
| 05/19/05 | 2 | Receipt and review Motion challenging re-designation of documents as privileged by plaintiff | RJA | 0.25 |
| 05/19/05 | 3 | Conference with Steve Herman regarding discovery issues | RJA | 0.25 |
| 05/19/05 | 3 | Review and editing latest generation of plaintiff management committee's first set of interrogatories | RJA | 1.00 |
| 05/19/05 | 3 | Email to Chris Tisi re: suggestions/changes to interrogatories | RJA | 0.25 |
| 05/19/05 | 4 | Travel to and attend Mock Trial Presentation to ATLA in New Orleans | SMR | 11.00 |
| 05/20/05 | 1 | Receipt and review of 5/20/05 e-mail from Russ Herman attaching Joint Report #3 of Plaintiffs' and Defendant's Liaison Counsel | JRW | 0.25 |
| 05/20/05 | 1 | Receipt and review of 5/20/05 e-mail from Russ Herman attaching two letters from the FDA to Judge Fallon | JRW | 0.25 |
| 05/20/05 | 1 | Receipt and review of 5/20/05 e-mail from Lin Moen (Mark Robinson) re: meeting on Sunday at the Ritz Carlton | RJA | 0.25 |
| 05/20/05 | 1 | Email to Lin Moen (Mark Robinson) regarding attendance at the meeting on Sunday | RJA | 0.25 |
| 05/20/05 | 1 | Receipt and review of 5/13/05 e-mail from Regina Westenfeld re: derivative litigation | RJA | 0.25 |
| 05/20/05 | 1 | Telephone conference with James Singleton regarding State Liaison Committee. | RJA | 0.25 |
| 05/20/05 | 1 | Receipt and review of 5/20/05 e-mail from Dawn Barrios re: she will attend breakfast meeting | RJA | 0.25 |
| 05/20/05 | 1 | Receipt and review of 5/20/05 e-mail from Dawn Barrios re: appointment to State Liaison Counsel | RJA | 0.25 |
| 05/20/05 | 1 | Receipt and review of 5/20/05 e-mail from Dawn Barrios re: she called and left messages for everyone on the Committee | RJA | 0.25 |
| 05/20/05 | 1 | Receipt and review of 5/20/05 email from Michael Burg re: looking forward to seeing everyone on Monday at status conference | RJA | 0.25 |
| 05/20/05 | 1 | Receipt and review of 5/20/05 e-mail from Michael Burg re: looks forward to working with RJA | RJA | 0.25 |
| 05/20/05 | 3 | Work on Vioxx Exhibits at depository | MB | 6.00 |
| 05/20/05 | 3 | Travel to and from Montgomery, AL | MB | 10.00 |

VIOXX MDL 1657 Task Codes
1. Case Assessment, Development, Administration
2. PreTrial Pleadings and Motions
3. Discovery
4. Trial Preparation and Trial
5. Appeal

29 OF 36
Neblett, Beard Arsenault
P.O. Box 1190
Alexandria, LA 71309
318-487-9874

| Date | Task Code | Description of Services | Initials | Hours |
|------|-----------|------------------------|----------|-------|
| 05/20/05 | 3 | Work on organizing trial exhibits at depository | WP | 6.50 |
| 05/20/05 | 1 | Receipt and review of 5/20/05 e-mail from Justin Witkin re: he is looking forward to working on the State Liaison Committee | RJA | 0.25 |
| 05/20/05 | 2 | Receipt and review of 5/20/05 e-mail from Russ Herman attaching Draft Tolling Agreement received from Phil Wittman | JRW | 0.25 |
| 05/20/05 | 3 | Receipt and review of 5/20/05 e-mail from Troy Rafferty agreeing with RJA's suggestions to changes on interrogatories | RJA | 0.25 |
| 05/20/05 | 3 | Receipt and review of 5/19/05 e-mail from Chris Tisi re: changes to interrogatories | RJA | 0.25 |
| 05/20/05 | 3 | Receipt and review of 5/20/05 email from Troy Rafferty re: interrogatories | RJA | 0.25 |
| 05/20/05 | 3 | Receipt and review of 5/17/05 email from Chris Tisi re: draft of master set of interrogatories | RJA | 0.25 |
| 05/20/05 | 3 | Prepare for and attend conference calls re: latest generation of interrogatories and requests for production of documents; participate in marketing conference call | RJA | 2.50 |
| 05/20/05 | 4 | Receipt and review of 5/20/05 e-mail from Russ Herman attaching Defendant's Trial Proposal received from Phil Wittman | JRW | 0.25 |
| 05/22/05 | 1 | Prepare for meeting associated with marketing issues. | RJA | 2.00 |
| 05/22/05 | 2 | Travel from Alexandria to New Orleans to attend meeting with Marketing Committee Members, Federal/State Liaison Committee members and status conference. | RJA | 3.50 |
| 05/22/05 | 2 | Receipt and review of Conditional Transfer Orders No.s 6 & 7 | RJA | 0.25 |
| 05/22/05 | 2 | Receipt and review of Conditional Transfer Order from the MDL Panel transferring one case to the Eastern District. | RJA | 0.25 |
| 05/22/05 | 2 | Receipt and review of Conditional Transfer Order transferring 89 actions to the Eastern District | RJA | 0.25 |
| 05/22/05 | 2 | Receipt and review of Order Lifting Stay of Conditional Transfer Order. | RJA | 0.25 |
| 05/22/05 | 3 | Review deposition of Merlin Wilson (defense expert) | RJA | 1.00 |
| 05/23/05 | 3 | Work on Vioxx Exhibits at depository | MB | 6.00 |
| 05/23/05 | 1 | Posting and managing hourly time for tasks performed pursuant to billing protocol | JMO | 0.25 |
| 05/23/05 | 1 | Receipt and review 5/23/05 e-mail from Richard J. Arsenault re: billing time and expenses associated with MDL | JMO | 0.25 |
| 05/23/05 | 1 | Confer with C. Michael Bollinger re: MDL costs | JMO | 0.25 |
| 05/23/05 | 1 | E-mail memorandum to bookkeeping regarding preparation of MDL costs | JMO | 0.25 |
| 05/23/05 | 3 | Work on organizing trial exhibits at depository | WP | 6.50 |
| 05/23/05 | 1 | Receipt and review of 5/23/05 facsimile from Turner Branch regarding telephone conference with the State Liaison Committee members | JRW | 0.25 |
| 05/23/05 | 1 | Prepare for and attend meeting with Federal/State Liaison Committee members; prepare for and attend status conference, attend post-status conference PSC meeting; prepare for and attend meetings at Phil Wittmann's office to work on Case Management Order and issues associated with exparte contact with physicians; work on issues associated with healthcare provider submissions to Case Manager Order and communications with counsel for healthcare providers, Scott Allen. | RJA | 11.00 |

Exhibit E

VIOXX MDL 1657 Task Codes
1. Case Assessment, Development, Administration
2. PreTrial Pleadings and Motions
3. Discovery
4. Trial Preparation and Trial
5. Appeal

30 OF 36
Neblett, Beard Arsenault
P.O. Box 1190
Alexandria, LA 71309
318-487-9874

| Date | Task Code | Description of Services | Initials | Hours |
|------|-----------|------------------------|----------|-------|
| 05/23/05 | 1 | Receipt and review of 5/23/05 e-mail from Dawn Barrios to Phil Whittmann re: thanking him for listing of cases in the MDL | RJA | 0.25 |
| 05/23/05 | 1 | Research to prepare Memorandum regarding ethical considerations in contacting former Merck employees | SMR | 2.25 |
| 05/23/05 | 1 | Prepared Memorandum regarding ethical considerations in contacting former Merck employees | SMR | 1.75 |
| 05/23/05 | 4 | Receipt and review of 5/23/05 e-mail regarding Seeger's , Cabraser's and Lewis' comments regarding Defendant's Proposed Trial Plan | JRW | 0.25 |
| 05/24/05 | 1 | Receipt and review of May 23, 2004 e-mail from Dawn Barrios to Dorothy Wimberly attaching most current list of plaintiffs' counsel and asking if there was any further delineation on counsel in federal court vs. counsel in state court cases? | RJA | 0.25 |
| 05/24/05 | 3 | Work on organizing trial exhibits at depository | WP | 10.50 |
| 05/24/05 | 3 | Work on Vioxx Exhibits at depository | MB | 10.00 |
| 05/24/05 | 1 | E-mail to Vioxx MDL PSC attaching Levy Cites excerpt re: ex parte physician communication issue. | RJA | 0.25 |
| 05/24/05 | 1 | Correspondence to Troy Rafferty enclosing signed requisite agreement by J.R. Whaley in connection with his work on the Discovery Committee | RJA | 0.25 |
| 05/24/05 | 1 | Receipt and review of 5/21/05 e-mail from Regina Westenfeld re: minute entry | RJA | 0.25 |
| 05/24/05 | 1 | Receipt and review of 5/20/05 email from Regina Westenfeld re: Joint Report No. 3 | RJA | 0.25 |
| 05/24/05 | 1 | Email to State Liaison Committee regarding contact information list | RJA | 0.25 |
| 05/24/05 | 1 | Receipt and review of 5/20/05 e-mail from Dawn Barrios re: her conference with Tom Girardi | RJA | 0.25 |
| 05/24/05 | 1 | Receipt and review of 5/24/05 e-mail form Chris Seeger re: conference with Beisner | RJA | 0.25 |
| 05/24/05 | 1 | Receipt and review of 5/23/05 e-mail from Regina Westenfeld re: article re: tens of thousands of cases seen in Vioxx litigation | RJA | 0.25 |
| 05/24/05 | 1 | Receipt and review of Joint Report No. 3 | RJA | 0.25 |
| 05/24/05 | 1 | Receipt and review of 5/23/05 email from Regina Westenfeld re: Amended Order extending defendant Publix Super Market's time to respond | RJA | 0.25 |
| 05/24/05 | 1 | Receipt and review of 5/20/05 email from Regina Westenfeld re: two letters from the FDA | RJA | 0.25 |
| 05/24/05 | 1 | Receipt and review of 5/23/05 email from Chris Seeger re: will Beisner agree to withdraw the ex parte motion | RJA | 0.25 |
| 05/24/05 | 1 | Receipt and review of 5/24/05 e-mail from Troy Rafferty re: defense counsel's position on ex parte physician issue | RJA | 0.25 |
| 05/24/05 | 1 | Receipt and review of 5/24/05 e-mail from Troy Rafferty re: Chris Seeger is taking the lead on the CMO | RJA | 0.25 |
| 05/24/05 | 1 | Receipt and review of 5/24/05 email from Denise Martin re: Gerald Meunier is in a deposition and she will have him call RJA | RJA | 0.25 |
| 05/24/05 | 1 | Receipt and review of 5/23/05 email from Barbara Webster re: contact information for James Singleton | RJA | 0.25 |
| 05/24/05 | 1 | Email to PSC regarding whether or not the weekly conference call is taking place | RJA | 0.25 |

VIOXX MDL 1657 Task Codes
1. Case Assessment, Development, Administration
2. PreTrial Pleadings and Motions
3. Discovery
4. Trial Preparation and Trial
5. Appeal

31 OF 36
Neblett, Beard Arsenault
P.O. Box 1190
Alexandria, LA 71309
318-487-9874

| Date | Task Code | Description of Services | Initials | Hours |
|------|-----------|------------------------|----------|-------|
| 05/24/05 | 1 | Receipt and review of 5/24/05 e-mail from Chris Seeger re: ex parte physician issue | RJA | 0.25 |
| 05/24/05 | 1 | Receipt and review of 5/23/05 e-mail from Dawn Barrios requesting copy of court transcripts | RJA | 0.25 |
| 05/24/05 | 1 | Receipt and review of 5/24/05 email from Elizabeth Cabraser re: Judge Diana Murphy | RJA | 0.25 |
| 05/24/05 | 1 | Receipt and review of 5/24/05 email from Chris Seeger re: brief from NJ | RJA | 0.25 |
| 05/24/05 | 1 | Receipt and review of 5/24/05 email from Marilyn Arnold re: list of MDL Insurance Committee members | RJA | 0.25 |
| 05/24/05 | 1 | Receipt and review of Minute Entry regarding FDA's Production of Documents | RJA | 0.25 |
| 05/24/05 | 1 | Receipt and review of 5/21/05 e-mail from Chris Tisi regarding scheduling a meeting | RJA | 0.25 |
| 05/24/05 | 1 | Receipt and review of 5/21/05 email from Thomas Kline re: article in the New York Times | RJA | 0.25 |
| 05/24/05 | 1 | Receipt and review of 5/21/05 e-mail from Mark re: theme grid | RJA | 0.25 |
| 05/24/05 | 1 | Receipt and review of 5/21/05 email from Chris Seeger re: letters from the FDA | RJA | 0.25 |
| 05/24/05 | 1 | Calls to and from John Biesner regarding issues associated with ex parte doctor communication, along with calls regarding same topic to Troy Rafferty and work on supplemental memorandum regarding issue. | RJA | 1.50 |
| 05/24/05 | 1 | Receipt and review of 5/21/05 email from Lenny Davis re: letters from the FDA | RJA | 0.25 |
| 05/24/05 | 1 | Telephone conference with Gerald Meunier re: ex parte physician contact issue | RJA | 0.25 |
| 05/24/05 | 1 | Conference with Scott Allen who represents health care providers regarding their insert to the Case Management Order. | RJA | 0.25 |
| 05/24/05 | 1 | Telephone conference with Mark Lanier's office to obtain contact information | RLM | 0.25 |
| 05/24/05 | 1 | Left voice mail message for Tom Girardi's secretary regarding meeting on June 3rd | RLM | 0.25 |
| 05/24/05 | 1 | Telephone conference with John Beisner's office to obtain his contact information | RLM | 0.25 |
| 05/24/05 | 2 | Receipt and review of 5/21/05 e-mail from Chris Seeger re: draft of tolling agreement | RJA | 0.25 |
| 05/24/05 | 2 | Receipt and review of 5/20/05 email from Regina Westenfeld re: draft of tolling agreement | RJA | 0.25 |
| 05/24/05 | 2 | Research to respond to Merck's challenge to Plaintiffs' ex parte communications with treating physicians | SMR | 3.25 |
| 05/24/05 | 2 | Initial draft of Memorandum to oppose Merck's challenge to Plaintiffs' ex parte communications with treating physicians | SMR | 1.25 |
| 05/24/05 | 3 | Travel to New York City, NY associated with document review work | HL | 7.50 |
| 05/24/05 | 3 | Review of Braunstein document production in preparation for upcoming depositions | HL | 5.50 |
| 05/24/05 | 4 | Receipt and review of 5/21/05 email from Chris Seeger re: defendant's trial proposal | RJA | 0.25 |

Exhibit E

VIOXX MDL 1657 Task Codes
1. Case Assessment, Development, Administration
2. PreTrial Pleadings and Motions
3. Discovery
4. Trial Preparation and Trial
5. Appeal

32 OF 36
Neblett, Beard Arsenault
P.O. Box 1190
Alexandria, LA 71309
318-487-9874

| Date | Task Code | Description of Services | Initials | Hours |
|------|-----------|------------------------|----------|-------|
| 05/24/05 | 4 | Receipt and review of 5/21/05 email from Elizabeth Cabraser re: she will draft a document responding to defendants' trial proposal | RJA | 0.25 |
| 05/24/05 | 4 | Receipt and review of 5/21/05 e-mail from Carlene Lewis re: she agrees with Elizabeth Cabraser regarding response to defendants' trial proposal | RJA | 0.25 |
| 05/24/05 | 4 | Receipt and review of 5/21/05 email from Elizabeth Cabraser re: defendants' trial proposal | RJA | 0.25 |
| 05/24/05 | 4 | Receipt and review of 5/23/05 email from Chris Seeger re: defendants' trial proposal | RJA | 0.25 |
| 05/25/05 | 1 | Receipt and review of Pretrial Order #12 | RJA | 0.25 |
| 05/25/05 | 3 | Work on Vioxx Exhibits at depository | MB | 10.00 |
| 05/25/05 | 3 | Work on organizing trial exhibits at depository | WP | 11.00 |
| 05/25/05 | 1 | Email to Leonard Davis requesting copy of transcript from hearing on May 23, 2005 | RJA | 0.25 |
| 05/25/05 | 1 | Email to Dawn Barrios transmitting court transcripts from March 18th and April 28th hearings | RJA | 0.25 |
| 05/25/05 | 1 | Receipt and review of 5/24/05 email from Lexis Nexis re: Joint Report No. 3 | RJA | 0.25 |
| 05/25/05 | 1 | Receipt and review of 5/24/05 email from Troy Rafferty re: ex parte contact issue and response from Merck | RJA | 0.25 |
| 05/25/05 | 1 | Receipt and review of 5/25/05 email from Denis Martin re: CMO | RJA | 0.25 |
| 05/25/05 | 1 | Receipt and review of notice from Lexis Nexis regarding upcoming status conference | RJA | 0.25 |
| 05/25/05 | 1 | Receipt and review of 5/25/05 e-mail from Steve Herman re: regarding the Dumas case and brief on contact with physicians | RJA | 0.25 |
| 05/25/05 | 1 | Receipt and review of 5/25/05 e-mail from Dawn Barrios re: Louisiana Choice of Law memo from Richard Arsenault | RJA | 0.25 |
| 05/25/05 | 1 | Receipt and review of 5/25/05 e-mail from Denise Martin re: excerpt for inclusion in brief re: ex parte contact | RJA | 0.25 |
| 05/25/05 | 1 | Receipt and review of 5/24/05 email from Troy Rafferty re: New Jersey brief | RJA | 0.25 |
| 05/25/05 | 1 | Receipt and review of 5/24/05 email from Troy Rafferty re: ex parte communication with doctors | RJA | 0.25 |
| 05/25/05 | 1 | Receipt and review of 5/24/05 email from Mark Robinson re: conference call | RJA | 0.25 |
| 05/25/05 | 1 | Receipt and review of 5/25/05 email from Denise Martin re: email from Jerry Meunier | RJA | 0.25 |
| 05/25/05 | 1 | Receipt and review 5/25/05 e-mail from Dana Lunsford re: proposed response to Merck's supplemental brief regarding ex parte contacts | RJA | 0.25 |
| 05/25/05 | 1 | Receipt and review 5/25/05 e-mail from Dana Lunsford re: information discussed with Mr. Rafferty | RJA | 0.25 |
| 05/25/05 | 1 | Receipt and review 5/25/05 e-mail from Leslie Bryan re: Louisiana choice-of-law materials | RJA | 0.25 |
| 05/25/05 | 1 | Additional call with Mark Robinson regarding marketing issues. | RJA | 0.25 |
| 05/25/05 | 1 | Conference call with Troy Rafferty and more particularly CMO and Doctor Exparte Contact issue. | RJA | 0.25 |

VIOXX MDL 1657 Task Codes
1. Case Assessment, Development, Administration
2. PreTrial Pleadings and Motions
3. Discovery
4. Trial Preparation and Trial
5. Appeal

33 OF 36
Neblett, Beard Arsenault
P.O. Box 1190
Alexandria, LA 71309
318-487-9874

| Date | Task Code | Description of Services | Initials | Hours |
|------|-----------|-------------------------|----------|-------|
| 05/25/05 | 1 | Receipt and review 5/25/05 e-mail from Dana Lunsford re: resending attachments regarding proposed response to Merck's supplemental brief regarding ex parte contacts | RJA | 0.25 |
| 05/25/05 | 1 | Telephone conference with Denise Martin with Gerald Meunier's office regarding excerpt to be including in brief re: ex parte physician contact | RLM | 0.25 |
| 05/25/05 | 1 | Left voice mail message for Thomas Girardi's secretary regarding June 3rd meeting | RLM | 0.25 |
| 05/25/05 | 2 | Receipt and review of 5/25/05 emails from Dana Lunsford and attachments regarding proposed response to Merck's supplemental brief regarding ex parte contacts | RJA | 1.00 |
| 05/25/05 | 2 | Work on drafting and editing of ex parte memorandum regarding ex parte communication with doctors | RJA | 2.00 |
| 05/25/05 | 2 | Made numerous changes to Memorandum in Support of Ex Parte Communication By Plaintiffs' Counsel With Treating Physicians | RLM | 1.00 |
| 05/25/05 | 2 | Additional research to respond to Merck's challenge to Plaintiffs' ex parte communications with treating physicians | SMR | 2.75 |
| 05/25/05 | 2 | Draft revisions of Memorandum to oppose Merck's challenge to Plaintiffs' ex parte  communications with treating physicians | SMR | 3.75 |
| 05/25/05 | 3 | Review of Braunstein document production in preparation for upcoming depositions | HL | 8.50 |
| 05/26/05 | 1 | Email to Troy Rafferty re: status of CMO | RJA | 0.25 |
| 05/26/05 | 1 | Receipt and review of 5/25/05 e-mail from Turner Branch re: telephonic meetings | RJA | 0.25 |
| 05/26/05 | 1 | Email to Turner Branch re: looking forward to working with him | RJA | 0.25 |
| 05/26/05 | 1 | Receipt and review of 5/25/05 e-mail from Regina Westenfeld re: Order re: hearing on plaintiffs' motion to remand is continued | RJA | 0.25 |
| 05/26/05 | 3 | Work on Vioxx Exhibits at depository | MB | 10.00 |
| 05/26/05 | 3 | Work on organizing trial exhibits at depository | WP | 11.00 |
| 05/26/05 | 1 | Receipt and review of 5/25/05 e-mail from Regina Westenfeld re: Order granting motion to substitute attorney | RJA | 0.25 |
| 05/26/05 | 1 | Receipt and review of 5/25/05 e-mail from Regina Westenfeld re: order to dismiss case | RJA | 0.25 |
| 05/26/05 | 1 | Receipt and review of 5/25/05 e-mail from Regina Westenfeld along with returned summons executed as to defendant Merck | RJA | 0.25 |
| 05/26/05 | 1 | Receipt and review of 5/25/05 e-mail from Regina Westenfeld re: Order directing plaintiffs liaison counsel to take appropriate action to note the change of address of a pro se inmate | RJA | 0.25 |
| 05/26/05 | 1 | Receipt and review of 5/25/05 e-mail from Regina Westenfeld re: Minute Entry | RJA | 0.25 |
| 05/26/05 | 1 | Receipt and review of 5/26/05 e-mail from Scott Allen | RJA | 0.25 |
| 05/26/05 | 1 | Receipt and review of 5/25/05 e-mail from Regina Westenfeld re: Pretrial Order #13 | RJA | 0.25 |
| 05/26/05 | 1 | Receipt and review of 5/25/05 e-mail from Regina Westenfeld re: Pretrial Order #12 | RJA | 0.25 |
| 05/26/05 | 1 | Receipt and review of 5/25/05 e-mail from Regina Westenfeld re: letter to clerk from Pat Morrow | RJA | 0.25 |

Exhibit E

VIOXX MDL 1657 Task Codes
1. Case Assessment, Development, Administration
2. PreTrial Pleadings and Motions
3. Discovery
4. Trial Preparation and Trial
5. Appeal

34 OF 36
Neblett, Beard Arsenault
P.O. Box 1190
Alexandria, LA 71309
318-487-9874

| Date | Task Code | Description of Services | Initials | Hours |
|------|-----------|-------------------------|----------|-------|
| 05/26/05 | 1 | Conference with Dave Buchannan & Chris Seeger regarding exparte communication with physician's brief. | RJA | 0.25 |
| 05/26/05 | 1 | Receipt and review of 5/26/05 e-mail from Lenny Davis re: file the brief today | RJA | 2.50 |
| 05/26/05 | 1 | Receipt and review of 5/26/05 email from Troy Rafferty re: he added Val Exnicios to Discovery Committee | RJA | 0.25 |
| 05/26/05 | 2 | Receipt and review of 5/25/05 e-mail from Chris Seeger re: he will review the memo re: ex parte communication | RJA | 0.25 |
| 05/26/05 | 2 | Receipt and review of 5/25/05 e-mail from Dawn Barrios re: suggestions to changes on the memo re: ex parte communication | RJA | 0.25 |
| 05/26/05 | 2 | E-mail to group transmitting latest generation of Plaintiffs' Supplemental Memorandum Regarding Ex parte Communication With Treating Physicians | RJA | 0.25 |
| 05/26/05 | 2 | E-mail to group transmitting handwritten changes to Plaintiffs' Supplemental Memorandum Regarding Ex parte Communication With Treating Physicians | RJA | 0.25 |
| 05/26/05 | 2 | Receipt and review of 5/25/05 e-mail from Regina Westenfeld along with Response/Reply by Plaintiff to Defendant Merck's Supplemental Submission Regarding Ex Parte Contacts with Treating Physicians | RJA | 0.25 |
| 05/26/05 | 2 | Receipt and review of 5/25/05 e-mail from Dawn Barrios re: changes to Plaintiffs' Supplemental Memorandum Regarding Ex parte Communication With Treating Physicians | RJA | 0.25 |
| 05/26/05 | 2 | Receipt and review of 5/26/05 email from Elizabeth Cabraser re: she agrees with Dawn's changes to Plaintiffs' Supplemental Memorandum Regarding Ex parte Communication With Treating Physicians | RJA | 0.25 |
| 05/26/05 | 2 | Receipt and review of 5/26/05 e-mail from Troy Rafferty re: changes to Plaintiffs' Supplemental Memorandum Regarding Ex parte Communication With Treating Physicians | RJA | 0.25 |
| 05/26/05 | 2 | E-mail to Troy Rafferty re: changes to Plaintiffs' Supplemental Memorandum Regarding Ex parte Communication With Treating Physicians | RJA | 0.25 |
| 05/26/05 | 2 | Receipt and review of 5/26/054 e-mail from Lenny Davis re: exhibits to Plaintiffs' Supplemental Memorandum Regarding Ex parte Communication With Treating Physicians | RJA | 0.25 |
| 05/26/05 | 2 | Receipt and review of 5/26/05 e-mail from Troy Rafferty re: Plaintiffs' Supplemental Memorandum Regarding Ex Parte Communication With Treating Physicians | RJA | 0.25 |
| 05/26/05 | 2 | E-mail to plaintiff group re: final version of Plaintiffs' Supplemental Memorandum Regarding Ex Parte Communication With Treating Physicians | RJA | 0.25 |
| 05/26/05 | 2 | Final drafting and editing of Plaintiffs' Supplemental Memorandum Regarding Ex Parte Communication With Treating Physicians | RJA | 1.00 |
| 05/26/05 | 2 | Receipt and review of 5/26/05 e-mail from Fred Longer re: brief is well done | RJA | 0.25 |
| 05/26/05 | 2 | Made numerous changes to Plaintiffs' Supplemental Memorandum Regarding Ex parte Communication With Treating Physicians | RLM | 0.75 |
| 05/26/05 | 3 | Review of Braunstein document production in preparation for upcoming depositions | HL | 8.50 |

Exhibit E

VIOXX MDL 1657 Task Codes
1. Case Assessment, Development, Administration
2. PreTrial Pleadings and Motions
3. Discovery
4. Trial Preparation and Trial
5. Appeal

35 OF 36
Neblett, Beard Arsenault
P.O. Box 1190
Alexandria, LA 71309
318-487-9874

| Date | Task Code | Description of Services | Initials | Hours |
|------|-----------|------------------------|----------|-------|
| 05/26/05 | 3 | Receipt and review o 5/25/05 e-mail from Troy Rafferty re: draft of Requests for Production are ready to be finalized | RJA | 0.25 |
| 05/26/05 | 3 | Receipt and review of 5/25/05 e-mail from Donald Arbitblit re: draft of Requests for Production | RJA | 0.25 |
| 05/26/05 | 3 | Receipt and review of 5/25/05 email from David Buchanan along with final draft of Requests for Production | RJA | 0.75 |
| 05/26/05 | 3 | Receipt and review of 5/26/05 e-mail from David Buchanan re: final draft of requests for production | RJA | 0.25 |
| 05/26/05 | 3 | Receipt and review of 5/26/05 e-mail from Lenny Davis re: final draft of request for production | RJA | 0.25 |
| 05/26/05 | 3 | Receipt and review of 5/26/05 e-mail from David Buchanan re: requests for production is final | RJA | 0.25 |
| 05/27/05 | 1 | Receipt and review of 5/13/05 correspondence from Dawn Barrios to Arnold Levin re: executed Agreement accepting the invitation to become a member on the Law, Briefing and Class Committee | RJA | 0.25 |
| 05/27/05 | 1 | Receipt and review 5/16/05 Minute Entry of Court meeting with Liaison Counsel to discuss status | RJA | 0.25 |
| 05/27/05 | 1 | Receipt and review of 5/27/05 e-mail from Brandy Blisard re: Discovery Committee Conference Call | RJA | 0.25 |
| 05/27/05 | 2 | Receipt and review of 5/26/05 e-mail from Lenny Davis attaching Plaintiffs' Supplemental Memorandum Regarding ExParte Communication with Treating Physicians | JRW | 0.25 |
| 05/27/05 | 2 | Receipt, review and editing of Plaintiffs' First Request for Production of Documents Directed to Defendant | RJA | 1.00 |
| 05/27/05 | 3 | Work on Vioxx Exhibits at depository | MB | 4.00 |
| 05/27/05 | 3 | Work on organizing trial exhibits at depository | WP | 4.00 |
| 05/27/05 | 3 | Review of Braunstein document production in preparation for upcoming depositions | HL | 8.50 |
| 05/27/05 | 3 | Travel to and from Montgomery, AL associated with document review work | MB | 10.00 |
| 05/29/05 | 1 | Receipt and review of 5/24/05 e-mail from Chris Seeger re: moving forward on our opposition brief | RJA | 0.25 |
| 05/29/05 | 1 | Receipt and review of 5/17/05 email from Regina Westenfeld re: motion to dismiss pursuant to FRCP 12(b)(6) by defendant Pfizer | RJA | 0.25 |
| 05/29/05 | 1 | Receipt and review of Answer and Defenses of Defendant Pfizer, Inc. to Plaintiffs' Complaint, Excluding the First, Second, Third, Fourth, Sixth and Seventh Causes of Action | RJA | 0.25 |
| 05/29/05 | 1 | Receipt and review of Minute Entry Concerning Plaintiff and Defendant Profile Forms | RJA | 0.25 |
| 05/31/05 | 1 | Receipt and review of 5/31/05 e-mail from Troy Rafferty re: he will not be able to attend the PSC conference call | RJA | 0.25 |
| 05/31/05 | 1 | Receipt and review of 5/31/05 e-mail from Lillian Flemming re: the PSC conference call will take place at 4:00 p.m. CST | RJA | 0.25 |
| 05/31/05 | 1 | Receipt and review of 5/31/05 e-mail from Lillian Flemming along with letter from Phil Wittmann with Proposed PTO | RJA | 0.25 |
| 05/31/05 | 1 | Receipt and review of 5/29/05 e-mail from Regina Westenfeld re: notice of appearance of Paul Pennock as additional counsel | RJA | 0.25 |

VIOXX MDL 1657 Task Codes
1. Case Assessment, Development, Administration
2. PreTrial Pleadings and Motions
3. Discovery
4. Trial Preparation and Trial
5. Appeal

36 OF 36
Neblett, Beard Arsenault
P.O. Box 1190
Alexandria, LA 71309
318-487-9874

| Date | Task Code | Description of Services | Initials | Hours |
|------|-----------|-------------------------|----------|-------|
| 05/31/05 | 1 | Receipt and review of 5/29/05 e-mail from Regina Westenfeld re: Motion for Thomas Anzelmo, Sr. And Catherine Williams to appear as counsel for defendant McKesson | RJA | 0.25 |
| 05/31/05 | 1 | Receipt and review of 5/29/05 e-mail from Regina Westenfeld re: Order granting motion for extension of time to answer as to defendant McKesson Drug Company | RJA | 0.25 |
| 05/31/05 | 1 | Receipt and review of 5/28/05 e-mail from Chris Seeger re: work assignments | RJA | 0.25 |
| 05/31/05 | 1 | Receipt and review of 5/29/05 e-mail from Regina Westenfeld re: Motion for extension of time in case No. 05-1200 | RJA | 0.25 |
| 05/31/05 | 1 | Receipt and review of 5/26/05 e-mail from Regina Westenfeld re: list of pending cases as of 5/16/05, federal cases in MDL #1657 and federal cases pending not yet filed in MDL #1657 | RJA | 0.25 |
| 05/31/05 | 1 | Receipt and review of 5/31/05 e-mail from Lexis Nexis re: second minute entry regarding plaintiff and defendant profile form | RJA | 0.25 |
| 05/31/05 | 1 | Receipt and review of 5/27/05 e-mail from Lexis Nexis re: Randy Tillman and William Barr's Notice of Opposition to the Judicial Panel on Multidistrict Litigation's Separation of Claims and Conditional Remand Order | RJA | 0.25 |
| 05/31/05 | 1 | Receipt and review of 5/27/05 e-mail from Lexis Nexis re: Pretrial Order No. 14 | RJA | 0.25 |
| 05/31/05 | 1 | Receipt and review of 5/27/05 e-mail from Lexis Nexis re: Defendant Merck's Additional Submission Regarding Communications with Plaintiffs' Healthcare Providers | RJA | 0.25 |
| 05/31/05 | 1 | Receipt and review of 5/27/05 e-mail from Lexis Nexis re: Plaintiffs' Supplemental Memorandum Regarding ex parte Communication with Treating Physicians | RJA | 0.25 |
| 05/31/05 | 1 | Receipt and review of 5/27/05 e-mail from Lillian Flemming re:  Plaintiffs' Supplemental Memorandum Regarding ex parte Communication with Treating Physicians | RJA | 0.25 |
| 05/31/05 | 1 | Receipt and review of 5/31/05 e-mail from Lexis Nexis re: CTO-9 | RJA | 0.25 |
| 05/31/05 | 1 | Conference with Mike Robertson regarding marketing issues and associated briefing. | RJA | 0.25 |
| 05/31/05 | 1 | Receipt and review of 5/31/05 e-mail from Lillian Flemming re: agenda for PSC call | RJA | 0.25 |
| 05/31/05 | 1 | Receipt and review of 5/27/05 e-mail from Lillian Flemming re: PSC's Report re: Defense Fact Sheet | RJA | 0.25 |
| 05/31/05 | 1 | Prepare for and attend weekly Vioxx PSC call. | RJA | 0.25 |
| 05/31/05 | 1 | Left voice mail message for Regina with Russ Herman's office re: whether or not the PSC telephone conference will take place today | RLM | 0.25 |
| 05/31/05 | 1 | Telephone conference with Regina with Russ Herman's office regarding number for PSC telephone conference this afternoon | RLM | 0.25 |
| 05/31/05 | 3 | Review of Braunstein document production in preparation for upcoming depositions | HL | 8.50 |
| | | **TOTAL HOURS** | | **951.50** |

Exhibit E

| Date | Task Code | Description of Services | Initials | Hours |
|------|-----------|------------------------|----------|-------|
| 04/08/05 | 3 | Review of Buttala document production at depository in preparation for upcoming depositions | HL | 3.00 |
| 04/08/05 | 3 | Return travel from Montgomery, AL to New Orleans, LA associated with document review work | HL | 5.00 |
| 04/11/05 | 3 | Travel to Montgomery, AL associated with document review work | HL | 5.00 |
| 04/11/05 | 3 | Review of Buttala document production at depository in preparation for upcoming depositions | HL | 8.75 |
| 04/12/05 | 3 | Review of Buttala document production at depository in preparation for upcoming depositions | HL | 10.50 |
| 04/13/05 | 3 | Review of Buttala document production and work on document search for short term risk at depository in preparation for upcoming depositions | HL | 10.25 |
| 04/14/05 | 3 | Review of Buttala document production at depository in preparation for upcoming depositions | HL | 9.00 |
| 04/14/05 | 3 | Return travel from Montgomery, AL to New Orleans, LA associated with document review work | HL | 5.00 |
| 04/18/05 | 3 | Travel to Montgomery, AL associated with document review work | HL | 5.00 |
| 04/18/05 | 3 | Work on trial cuts of Nies at depository | HL | 7.00 |
| 04/19/05 | 3 | Review of Buttala document production at depository in preparation for upcoming depositions | HL | 10.00 |
| 04/20/05 | 3 | Review of Buttala document production at depository in preparation for upcoming depositions | HL | 9.50 |
| 04/21/05 | 3 | Review of Buttala document production/boxed documents at depository in preparation for upcoming depositions | HL | 9.50 |
| 04/22/05 | 3 | Review of Buttala document production at depository in preparation for upcoming depositions | HL | 3.00 |
| 04/22/05 | 3 | Return travel from Montgomery, AL to New Orleans, LA associated with document review work | HL | 5.00 |
| 05/24/05 | 3 | Travel to New York City, NY associated with document review work | HL | 7.50 |
| 05/24/05 | 3 | Review of Braunstein document production in preparation for upcoming depositions | HL | 5.50 |
| 05/25/05 | 3 | Review of Braunstein document production in preparation for upcoming depositions | HL | 8.50 |
| 05/26/05 | 3 | Review of Braunstein document production in preparation for upcoming depositions | HL | 8.50 |
| 05/27/05 | 3 | Review of Braunstein document production in preparation for upcoming depositions | HL | 8.50 |
| 05/31/05 | 3 | Review of Braunstein document production in preparation for upcoming depositions | HL | 8.50 |
| 04/13/05 | 1 | Study Pre-Trial Order #6 and billing protocol | JMO | 0.25 |
| 04/13/05 | 1 | Review court's website to obtain forms to comply with billing protocol | JMO | 0.25 |
| 04/13/05 | 1 | Telephone conversation with Russ Herman's office to obtain billing forms | JMO | 0.25 |

Exhibit E

| 04/20/05 | 1 | Review MDL Check Request Form submitted with PSC guidelines; develop form to use in compliance with billing protocol | JMO | 0.25 |
| 04/20/05 | 1 | E-mail correspondence to office members forwarding copy of MDL Check Request Form | JMO | 0.25 |
| 04/20/05 | 1 | Assist Richard J. Arsenault with obtaining and sending first PSC $25,000 assessment check | JMO | 0.25 |
| 04/20/05 | 1 | E-mail and mail correspondence to Herman, Herman, Katz & Cotlar forwarding first PSC assessment | JMO | 0.25 |
| 04/20/05 | 1 | Study Vioxx MDL Time and Expense Guidelines and begin developing Common Costs Held and Common Costs Shared worksheets in compliance with billing protocol | JMO | 0.25 |
| 04/21/05 | 1 | Continue working on development of Common Costs Held and Common Costs Shared worksheets in compliance with billing protocol | JMO | 0.75 |
| 04/21/05 | 1 | Review MDL Guidelines regarding billing Time; develop Time worksheets in compliance with billing protocol | JMO | 1.25 |
| 04/21/05 | 1 | Review PreTrial Order #7 re: Defendants' Steering Committee | JMO | 0.25 |
| 04/21/05 | 1 | Review PreTrial Order #8 re: Service | JMO | 0.25 |
| 04/29/05 | 1 | Begin coding time entries from pursuant to recent billing protocol | JMO | 1.00 |
| 05/02/05 | 1 | Work with Richard J. Arsenault and Steve M. Rachal making changes to position paper | JMO | 0.50 |
| 05/02/05 | 1 | Receipt and review 4/29/05 e-mail from Lillian Flemming with attached Time and Expense Guidelines and forms to use in connection therewith | JMO | 0.25 |
| 05/03/05 | 1 | Work on time and expense summary worksheet and corroborating timesheets and receipts for expenses for Vioxx joint employee time and expenses since January 2005 | JMO | 1.00 |
| 05/04/05 | 1 | Receipt and review 4/29/05 correspondence from Daniel Becnel with attached time sheets and expense corroboration for joint employee for the week of April 18-22, 2005; incorporate joint employee time and expenses into worksheet | JMO | 0.50 |
| 05/13/05 | 1 | Posting and managing hourly time for tasks performed pursuant to billing protocol | JMO | 0.50 |
| 05/17/05 | 1 | Receive assignment from Steve M. Rachal to fax 49-page document to Vance Andrus at Ritz Carlton and make copies of Merck Exhibit | JMO | 0.50 |
| 05/19/05 | 1 | Posting and managing hourly time for tasks performed pursuant to billing protocol | JMO | 0.25 |
| 05/23/05 | 1 | Posting and managing hourly time for tasks performed pursuant to billing protocol | JMO | 0.25 |
| 05/23/05 | 1 | Receipt and review 5/23/05 e-mail from Richard J. Arsenault re: billing time and expenses associated with MDL | JMO | 0.25 |
| 05/23/05 | 1 | Confer with C. Michael Bollinger re: MDL costs | JMO | 0.25 |
| 05/23/05 | 1 | E-mail memorandum to bookkeeping regarding preparation of MDL costs | JMO | 0.25 |

Exhibit E

| 04/29/05 | 3 | Receipt and review of 4/29/05 e-mail from Troy Rafferty attaching his proposed agenda for discovery committee conference call | JRW | 0.25 |
|---|---|---|---|---|
| 04/30/05 | 2 | Receipt and review of 4/30/05 e-mail from Troy Rafferty regarding additions to Request for Production of Documents | JRW | 0.25 |
| 05/02/05 | 1 | Receipt and review of 5/2/05 e-mail from Troy Rafferty attaching the revised plaintiff's fact sheet | JRW | 0.25 |
| 05/03/05 | 1 | Receipt and review of 5/3/05 e-mail from Russ Herman's office attaching Minute Entry for proceedings held before Judge Fallon: Status Conference held on 4/15/05 with Plaintiffs' Steering Committee | JRW | 0.25 |
| 05/03/05 | 1 | Receipt and review of 5/3/05 e-mail from Steve Herman attaching article regarding remand of Kentucky consumer claims | JRW | 0.25 |
| 05/03/05 | 1 | Receipt and review of 5/3/05 e-mail from Chris Seeger regarding Waxman meeting with Merck / FDA | JRW | 0.25 |
| 05/03/05 | 1 | Receipt and review of 5/3/05 e-mail from Lenny Davis attaching agenda for the PSC conference call | JRW | 0.25 |
| 05/03/05 | 1 | Receipt and review 5/3/05 e-mail from Tisi reporting on his comments to Ex Parte Brief | JRW | 0.25 |
| 05/03/05 | 1 | Receipt and review 5/3/05 e-mail from Troy Rafferty with his response to Tisi's comments | JRW | 0.25 |
| 05/03/05 | 1 | Receipt and review 5/3/05 e-mail from Rafferty re: 114 on service list | JRW | 0.25 |
| 05/03/05 | 2 | Receipt and review of 5/3/05 e-mail from Troy Rafferty attaching Brief regarding ExParte Doctor interviews | JRW | 0.25 |
| 05/03/05 | 2 | Receipt and review of 5/3/05 e-mail from Troy Rafferty regarding draft ExParte brief and HIPPA argument | JRW | 0.25 |
| 05/03/05 | 2 | Receipt and review of 5/3/05 e-mail from David Buchanan regarding HIPPA protective order | JRW | 0.25 |
| 05/03/05 | 2 | Receipt and review of 5/3/05 e-mail from Lenny Davis regarding his comments to ExParte Brief | JRW | 0.25 |
| 05/03/05 | 3 | Receipt and review of 5/3/05 e-mail from Steve Herman attaching article regarding blogging/possibility of use in case | JRW | 0.25 |
| 05/03/05 | 3 | Receipt and review of draft e-mail to discovery committee members from Troy Rafferty | JRW | 0.25 |
| 05/03/05 | 3 | Receipt and review of 5/3/05 e-mails from Chris Seeger and Troy Rafferty regarding telephone conference to discuss draft ExParte Brief | JRW | 0.25 |
| 05/03/05 | 3 | Receipt and review 5/3/05 e-mail from PSC and Discovery Chairman to Discovery Committee members | JRW | 0.25 |
| 05/04/05 | 1 | Receipt and review 5/3/05 e-mail and amended brief from Troy Rafferty re: ex parte doctor contact | JRW | 0.25 |
| 05/04/05 | 1 | Receipt and review 5/3/05 e-mail from Lenny Davis and attachments re: committee memo and agreement | JRW | 0.25 |
| 05/04/05 | 1 | Receipt and review 5/4/05 e-mail from Chris Seeger re: Waxman report along with attached email from Pam Gilbert | JRW | 0.25 |
| 05/04/05 | 1 | Receipt and review 5/4/05 e-mail from Russ Herman to Phillip Wittman re: document production | JRW | 0.25 |
| 05/04/05 | 1 | Receipt and review 5/4/05 e-mail from Elizabeth Cabraser giving her comments to the ex parte brief | JRW | 0.25 |

| 05/04/05 | 1 | Receipt and review 5/4/05 e-mail from Kevin Calcagnie with his suggestions to ex parte brief | JRW | 0.25 |
|---|---|---|---|---|
| 05/04/05 | 1 | Participation in Plaintiff Steering Committee telephone conference | JRW | 1.00 |
| 05/04/05 | 2 | Receipt and review 5/3/05 e-mail from David Buchanan with attached draft of confidentiality order | JRW | 0.25 |
| 05/05/05 | 2 | Receipt and review of 5/2/05 correspondence from Matthew Lundy to Russ Herman attaching Matthew Lundy's Application for Appointment to the Plaintiffs' Steering Committee | JRW | 0.25 |
| 05/05/05 | 1 | Receipt and review of 5/2/05 correspondence from Dawn Barrios to Attorney General Charles Foti forwarding a second memorandum regarding potential causes of action proposed on behalf of the State of Louisiana for Vioxx related damages | JRW | 0.25 |
| 05/05/05 | 1 | Receipt and review 5/5/05 e-mail from Fred Longer and his comments to the confidentiality order | JRW | 0.25 |
| 05/05/05 | 1 | Receipt and review 5/5/05 e-mail from Russ Herman re: request to Merck for time-table for the production of names, addresses, and dates of employment of sales reps | JRW | 0.25 |
| 05/05/05 | 1 | Receipt and review 5/5/05 e-mail from Lenny Davis along with his handwritten suggestions to the Protective Order | JRW | 0.25 |
| 05/05/05 | 1 | Receipt and review 5/5/05 e-mail from Troy Rafferty and his comments  re: inclusion of state law cites on ex parte brief | JRW | 0.25 |
| 05/05/05 | 1 | Receipt and review 5/4/05 e-mail from Russ Herman and attached Minute Entry for proceedings held before Judge Eldon Fallon, status conference held on 4/21/05 with Liaison Counsel | JRW | 0.25 |
| 05/05/05 | 2 | Receipt and review of 5/5/05 e-mail from Russ Herman's office attaching Plaintiffs' final brief regarding ex-parte contact with doctors | JRW | 0.25 |
| 05/06/05 | 1 | Receipt and review of 5/6/05 e-mail from Russ Herman attaching Merck's statement on status of actions | JRW | 0.25 |
| 05/06/05 | 1 | Receipt and review 5/6/05 e-mail from Shelly Sanford regarding Daniels Becnel's e-mail re: adding doctors to the verdict form | JRW | 0.25 |
| 05/06/05 | 1 | Receipt and review 5/6/05 e-mail from Chris Seeger re: House of Representatives Government Reform Committee hearing | JRW | 0.25 |
| 05/06/05 | 1 | Receipt and review 5/6/05 e-mail from Russ Herman re: defense counsel's letter to judge re: Merck employees | JRW | 0.25 |
| 05/06/05 | 1 | Receipt and review 5/6/05 e-mail from David Buchanan along with plaintiffs' new version of proposed protective order from Buchanan | JRW | 0.25 |
| 05/06/05 | 2 | Receipt and review of 5/6/05 facsimile from Dianne Nast attaching the executed Confidentiality Agreement | JRW | 0.25 |
| 05/06/05 | 2 | Receipt and review of 5/6/05 e-mail from Russ Herman's office attaching Mercks Brief regarding communications with doctors | JRW | 0.25 |
| 05/06/05 | 2 | Receipt and review of 5/6/05 e-mail from Russ Herman's office regarding denial of opposition to PSC | JRW | 0.25 |

Exhibit E

| 05/06/05 | 2 | Receipt and review of 5/6/05 e-mail from Russ Herman's office regarding order requiring attendance of FDA at Pre-Trial Conference to discuss opposition to document production | JRW | 0.25 |
|---|---|---|---|---|
| 05/06/05 | 2 | Legal research regarding Scheduling Order/deferment of Class Certification | JRW | 3.50 |
| 05/06/05 | 4 | Prepared slides for 5/19/05 Mock Trial (Defense) presentation to ATLA | JRW | 1.25 |
| 05/09/05 | 1 | Receipt and review of 5/9/05 e-mail from Christopher Tisi's attaching his letter to the FDA | JRW | 0.25 |
| 05/09/05 | 1 | Receipt and review of 5/9/05 e-mail from Russ Herman's office attaching his correspondence to P. Whitman regarding size of sales force and Waxman documents | JRW | 0.25 |
| 05/09/05 | 2 | Receipt and review of Cabraser Memorandum regarding timing of class certification | JRW | 0.25 |
| 05/09/05 | 2 | Receipt and review of e-mail attaching Richard Arsenault's draft regarding deference on class certification issue | JRW | 0.25 |
| 05/09/05 | 2 | Receipt and review of 5/9/05 e-mail from Leonard Davis attaching red-lined version of Case Management Order incorporating changes discussed | JRW | 0.25 |
| 05/09/05 | 2 | Telephone conference with Seeger, Davis, Arsenault, and others regarding Case Management Order | JRW | 0.50 |
| 05/09/05 | 3 | Discovery Committee telephone conference | JRW | 1.00 |
| 05/10/05 | 2 | Receipt and review of 5/10/05 Leonard Davis attaching Cabraser's comment to the Case Management Order | JRW | 0.25 |
| 05/13/05 | 1 | Receipt and review of 5/13/05 e-mail from Russ Herman's office attaching Order regarding  derivative litigation | JRW | 0.25 |
| 05/13/05 | 2 | Receipt and review of 5/13/05 e-mail attaching Russ Herman's letter to Phillip Whitman regarding proposed Pre-Trial Order regarding service, answer, etc... | JRW | 0.25 |
| 05/13/05 | 2 | Receipt and review of 5/13/05 e-mail from Russ Herman attaching Defendant's Supplemental Submission regarding health care providers | JRW | 0.25 |
| 05/13/05 | 3 | Receipt and review of 5/12/05 correspondence from Amy Blagoev to Chris Seeger enclosing the signed errata sheets for the 3/2/05 and 4/1/05 deposition of Alan Nies | JRW | 0.25 |
| 05/13/05 | 3 | Receipt and review of 5/11/05 correspondence from Scott Allen and Jay Henderson regarding "Master Answers" | JRW | 0.25 |
| 05/16/05 | 2 | Receipt and review of 5/16/05 e-mail from Lenny Davis regarding his comments to Protective Order | JRW | 0.25 |
| 05/16/05 | 2 | Receipt and review of 5/16/05 e-mails from Steve Herman and David Buchanan attaching their drafts and comments to Request for Production of Documents | JRW | 0.25 |
| 05/16/05 | 2 | Receipt and review of 5/16/05 e-mails from David Buchanan and Charles Cohen attaching draft of Protective Order after conference with Merck | JRW | 0.25 |
| 05/17/05 | 1 | Receipt and review of 5/17/05 e-mail from Russ Herman attaching two Memorandums regarding his meetings with the court and Defense Counsel | JRW | 0.25 |

Exhibit E

| 05/18/05 | 1 | Receipt and review of 5/18/05 e-mail from Russ Herman's office attaching response from Phillip Whitman to Texas doctor defendants | JRW | 0.25 |
|---|---|---|---|---|
| 05/18/05 | 1 | Receipt and review of 5/18/05 e-mail from Russ Herman attaching Phillip Whitman's letter regarding communication between DSC and PSC regarding outstanding issues and Herman's response | JRW | 0.25 |
| 05/20/05 | 1 | Receipt and review of 5/20/05 e-mail from Russ Herman attaching Joint Report #3 of Plaintiffs' and Defendant's Liaison Counsel | JRW | 0.25 |
| 05/20/05 | 1 | Receipt and review of 5/20/05 e-mail from Russ Herman attaching two letters from the FDA to Judge Fallon | JRW | 0.25 |
| 05/20/05 | 2 | Receipt and review of 5/20/05 e-mail from Russ Herman attaching Draft Tolling Agreement received from Phil Wittman | JRW | 0.25 |
| 05/20/05 | 4 | Receipt and review of 5/20/05 e-mail from Russ Herman attaching Defendant's Trial Proposal received from Phil Wittman | JRW | 0.25 |
| 05/23/05 | 1 | Receipt and review of 5/23/05 facsimile from Turner Branch regarding telephone conference with the State Liaison Committee members | JRW | 0.25 |
| 05/23/05 | 4 | Receipt and review of 5/23/05 e-mail regarding Seeger's , Cabraser's and Lewis' comments regarding Defendant's Proposed Trial Plan | JRW | 0.25 |
| 05/27/05 | 2 | Receipt and review of 5/26/05 e-mail from Lenny Davis attaching Plaintiffs' Supplemental Memorandum Regarding ExParte Communication with Treating Physicians | JRW | 0.25 |
| 04/08/05 | 3 | Work on trial cuts of Recin at depository | MB | 4.00 |
| 04/08/05 | 3 | Return travel from Montgomery, AL to New Orleans, LA associated with document review work | MB | 5.00 |
| 04/11/05 | 3 | Travel to Montgomery, AL associated with document review work | MB | 5.00 |
| 04/11/05 | 3 | Work on trial cuts of Recin at depository | MB | 8.25 |
| 04/12/05 | 3 | Work on Brakewood document search/trial cuts of Daniels at depository | MB | 10.00 |
| 04/13/05 | 3 | Work on trial cuts of Daniels at depository | MB | 10.00 |
| 04/14/05 | 3 | Work on trial cuts of Daniels at depository | MB | 9.00 |
| 04/14/05 | 3 | Return travel from Montgomery, AL to New Orleans, LA associated with document review work | MB | 5.00 |
| 04/18/05 | 3 | Travel to Montgomery, AL associated with document review work | MB | 5.00 |
| 04/18/05 | 3 | Review of Buttala document production at depository in preparation for upcoming depositions | MB | 7.50 |
| 04/19/05 | 3 | Review of Buttala document production and worked on Coxibs in EU at depository in preparation for upcoming depositions | MB | 10.00 |
| 04/20/05 | 3 | Review of Buttala document production at depository in preparation for upcoming depositions | MB | 10.00 |
| 04/21/05 | 3 | Review of Buttala document production at depository in preparation for upcoming depositions | MB | 10.00 |
| 04/22/05 | 3 | Review of marketing documents at depository | MB | 4.00 |

| 04/22/05 | 3 | Return travel from Montgomery, AL to New Orleans, LA associated with document review work | MB | 5.00 |
|---|---|---|---|---|
| 05/16/05 | 3 | Work on Vioxx Exhibits at depository | MB | 1.00 |
| 05/17/05 | 3 | Work on Vioxx Exhibits at depository | MB | 10.00 |
| 05/18/05 | 3 | Work on Vioxx Exhibits at depository | MB | |
| 05/19/05 | 3 | Work on Vioxx Exhibits at depository | MB | 10.00 |
| 05/20/05 | 3 | Work on Vioxx Exhibits at depository | MB | 6.00 |
| 05/20/05 | 3 | Travel to and from Montgomery, AL | MB | 10.00 |
| 05/23/05 | 3 | Work on Vioxx Exhibits at depository | MB | 6.00 |
| 05/24/05 | 3 | Work on Vioxx Exhibits at depository | MB | 10.00 |
| 05/25/05 | 3 | Work on Vioxx Exhibits at depository | MB | 10.00 |
| 05/26/05 | 3 | Work on Vioxx Exhibits at depository | MB | 10.00 |
| 05/27/05 | 3 | Work on Vioxx Exhibits at depository | MB | 4.00 |
| 05/27/05 | 3 | Travel to and from Montgomery, AL associated with document review work | MB | 10.00 |
| 04/08/05 | 3 | Document review of Buttala document production at depository in preparation for upcoming depositions | ML | 3.00 |
| 04/08/05 | 3 | Return travel from Montgomery, AL to New Orleans, LA associated with document review work | ML | 5.00 |
| 04/11/05 | 3 | Travel to Montgomery, AL associated with document review work | ML | 5.00 |
| 04/11/05 | 3 | Document review of Buttala document production at depository in preparation for upcoming depositions | ML | 8.75 |
| 04/12/05 | 3 | Review of Buttala document production and work on trial cuts of Simon at depository in preparation for upcoming depositions | ML | 10.50 |
| 04/13/05 | 3 | Review of Buttala document production  and work on/pull CV data at depository in preparation for upcoming depositions | ML | 10.50 |
| 04/14/05 | 3 | Review of Buttala document production at depository in preparation for upcoming depositions | ML | 9.00 |
| 04/14/05 | 3 | Return travel from Montgomery, AL to New Orleans, LA associated with document review work | ML | 5.00 |
| 04/18/05 | 3 | Travel to Montgomery, AL associated with document review work | ML | 5.00 |
| 04/18/05 | 3 | Review of Buttala document production and work on trial cuts of Hostelley in preparation for upcoming depositions | ML | 7.00 |
| 04/19/05 | 3 | Review of Buttala document production at depository in preparation for upcoming depositions | ML | 9.50 |
| 04/20/05 | 3 | Review of Buttala document production at depository in preparation for upcoming depositions | ML | 10.00 |
| 04/21/05 | 3 | Review of Buttala document production/boxing pulled documents at depository in preparation for upcoming depositions | ML | 9.50 |
| 04/22/05 | 3 | Review of Buttala document production at depository in preparation for upcoming depositions | ML | 3.00 |
| 04/22/05 | 3 | Return travel from Montgomery, AL to New Orleans, LA associated with document review work | ML | 5.00 |
| 04/08/05 | 1 | Receipt and review of 4/8/05 e-mail from Application of T. Scott Allen for appointment to the defendants steering committee | RJA | 0.25 |

| | | | | |
|---|---|---|---|---|
| 04/08/05 | 2 | Receipt and review of 4/8/05 e-mail from Regina Westenfeld re: Minute Entry for proceedings held before Judge Fallon | RJA | 0.25 |
| 04/08/05 | 2 | Receipt and review of 4/18/05 e-mail from Regina Westenfeld re: Notice of filing Price Class Action Plaintiffs' supplement regarding structural protections for the putative class in the pricing class actions by Thomas Sobol | RJA | 0.25 |
| 04/11/05 | 1 | Receipt and review of 4/11/05 e-mail from Andy Birchfield re: PSC will meet with Judge Fallon after PSC meeting | RJA | 0.25 |
| 04/11/05 | 1 | Receipt and review of 4/11/05 e-mail from Troy Rafferty re: PSC meeting on Friday | RJA | 0.25 |
| 04/11/05 | 1 | Receipt and review of 4/11/05 e-mail from Elizabeth Cabraser re: discussing nominees for committee members at the PSC meeting | RJA | 0.25 |
| 04/11/05 | 1 | Receipt and review of 4/11/05 e-mail from Chris Seeger re: PSC meeting and committee nominations | RJA | 0.25 |
| 04/11/05 | 1 | Receipt and review of April 11, 2005 e-mail from Dawn Barrios re: State Liaison Chairmanship position. | RJA | 0.25 |
| 04/11/05 | 1 | Receipt and review of 4/11/05 e-mail from Gerald Meunier re: PSC meeting on Friday | RJA | 0.25 |
| 04/11/05 | 1 | Receipt and review of 4/11/05 e-mail from Chris Seeger re: PSC meeting will take place this Friday | RJA | 0.25 |
| 04/11/05 | 1 | Receipt and review of 4/11/05 e-mail from Lin Moen re: her vote is to meet with Judge Fallon on 4/26 at 11:00 and then meet as a committee thereafter | RJA | 0.25 |
| 04/11/05 | 1 | Receipt and review of 4/11/05 e-mail from Denise Martin re: email address for Gerald Meunier | RJA | 0.25 |
| 04/11/05 | 2 | Receipt and review of 4/11/05 e-mail from Regina Westenfeld re: summons issued as to all defendants by plaintiffs in case no. 05-953 | RJA | 0.25 |
| 04/11/05 | 2 | Receipt and review of 4/11/05 e-mail from Regina Westenfeld re: Pretrial Order No. 7 | RJA | 0.25 |
| 04/11/05 | 2 | Receipt and review of Pretrial Order No. 8 | RJA | 0.25 |
| 04/12/05 | 1 | Receipt and review of 4/12/05 e-mail from Daniel Becnel re: computers he has available | RJA | 0.25 |
| 04/12/05 | 1 | Receipt and review of 4/12/05 e-mail from Regina Westenfeld re: Letter to Clerk from Michelle Tiger dated 4/1/05 requesting the firm of Kline & Specter be added to the panel service list | RJA | 0.25 |
| 04/13/05 | 1 | Receipt and review 4/13/05 e-mail from Russ Herman re: Legal Talk Network Skyways Communication Proposal | RJA | 0.25 |
| 04/13/05 | 1 | Prepare suggested organizational structure for committees in connection with upcoming PSC meeting; review position papers in connection with assisting in identifying committee structure; review applications made by various plaintiff counsel to determine which of these individuals might be suitable for committee assignments; confer with Gerald Meunier regarding committee structure | RJA | 1.75 |
| 04/13/05 | 1 | Receipt and review of correspondence from Michelle Tiger dated April 1, 2005 to Clerk asking to be added to the Panel Service List. | RJA | 0.25 |

| 04/13/05 | 1 | Receipt and review of 4/12/05 e-mail from Daniel Becnel re: mock trial | RJA | 0.25 |
|---|---|---|---|---|
| 04/13/05 | 1 | Receipt and review of 4/13/05 e-mail from Regina Westenfeld re: PSC meeting will take place on Friday | RJA | 0.25 |
| 04/13/05 | 2 | Receipt and review of April 6, 2005 correspondence from T. Scott Allen to Clerk with his Application for Appointment to Defendants' Steering Committee attached. | RJA | 0.25 |
| 04/13/05 | 2 | Receipt and review of 4/12/05 e-mail and attachments from Regina Westenfeld re: Motion to Dismiss Party Express Scripts in case no. 05-1035 | RJA | 0.50 |
| 04/13/05 | 2 | Receipt and review of 4/13/05 e-mail from Regina Westenfeld re: Transfer Order from the MDL Panel lifting the stay and transferring one case | RJA | 0.25 |
| 04/13/05 | 2 | Receipt and review of 4/12/05 e-mail from Regina Westenfeld re: Opposition by plaintiff Reginald Fears | RJA | 0.25 |
| 04/14/05 | 1 | Receipt and review of 4/14/05 e-mail from Chris Seeger re: responding to Lenny Davis' email requesting head count for PSC meeting | RJA | 0.25 |
| 04/14/05 | 1 | Receipt and review of 4/14/05 e-mail from Lenny Davis re: preliminary agenda for PSC meeting | RJA | 0.25 |
| 04/14/05 | 1 | Travel from Baton Rouge to New Orleans in connection with attending the PSC meeting | RJA | 1.00 |
| 04/14/05 | 1 | Receipt and review of 4/14/05 e-mail from Regina Westenfeld re: contact list for PSC members | RJA | 0.25 |
| 04/14/05 | 1 | Receipt and review of 4/14/05 e-mail from Carlene Lewis re: meeting prior to PSC meeting | RJA | 0.25 |
| 04/14/05 | 1 | Receipt and review of 4/14/05 e-mail from Arnold Levin re: he will attend the PSC meeting | RJA | 0.25 |
| 04/14/05 | 1 | Receipt and review of 4/14/05 e-mail from Thomas Kline re: he will attend the PSC meeting | RJA | 0.25 |
| 04/14/05 | 1 | Receipt and review of 4/14/05 email from Chris Tisi re: he will attend the PSC meeting | RJA | 0.25 |
| 04/14/05 | 3 | Receipt and review of 4/14/05 e-mail from Daniel Becnel re: liability depositions | RJA | 0.25 |
| 04/15/05 | 2 | Prepare for and attend meeting before Judge Fallon with the entire PSC; meetings with Jerry Meunier and Carlene Lewis regarding committee structure, committee assignments, and committee leadership roles; travel from New Orleans to Alexandria | RJA | 11.75 |
| 04/16/05 | 1 | Additional work on organizing committee structure and preparing recommendations to court for Fed/State committee. | RJA | 1.00 |
| 04/18/05 | 1 | Receipt and review of Order granting Motion to Substitute Attorney in case no. 05-1129 | RJA | 0.25 |
| 04/18/05 | 1 | Receipt and review of April 15th e-mail from Regina Westenfeld (Paralegal to Russ Herman ) attaching Order granting Motion to Dismiss Case signed by Judge Fallon on 4/6/05 | RJA | 0.25 |
| 04/18/05 | 1 | E-mail to Andy Birchfield regarding committee structure. | RJA | 0.25 |
| 04/18/05 | 1 | Conference with Carlene Lewis regarding committee structure | RJA | 0.25 |

| 04/18/05 | 1 | Conference with Andy Birchfield regarding committee structure. | RJA | 0.25 |
|----------|---|----------------------------------------------------------------|-----|------|
| 04/18/05 | 1 | Conference with Russ Herman regarding Texas coordination. | RJA | 0.25 |
| 04/18/05 | 1 | Telephone call to Heather Laborde at Herman law firm to obtain copy of billing summary report forms | RJA | 0.25 |
| 04/18/05 | 2 | Receipt and review of Order granting Motion to Appear in case no. 05-470 | RJA | 0.25 |
| 04/18/05 | 2 | Receipt and review of April 11, 2005 3 page correspondence from Dennis Johnson to PSC with his application for Appointment to PSC attached. | RJA | 0.25 |
| 04/18/05 | 2 | Receipt and review of PreTrial Order No. 9 | RJA | 0.50 |
| 04/18/05 | 3 | Receipt and review of 4/18/05 e-mail from David Buchanan re: he approves of PTO 9 regarding depositions | RJA | 0.25 |
| 04/19/05 | 1 | Correspondence to Leonard Davis re: my appointment to the Administrative Committee | RJA | 0.25 |
| 04/19/05 | 1 | Receipt and review of 4/19/05 e-mail from Chris Seeger re: objectives of PSC | RJA | 0.25 |
| 04/19/05 | 1 | Receipt and review of 4/19/05 e-mail from Lenny Davis re: PSC conference call will take place on 4/20/05 | RJA | 0.25 |
| 04/19/05 | 1 | Receipt and review of 4/18/05 e-mail from Lenny Davis re: assessment is due | RJA | 0.25 |
| 04/19/05 | 1 | Conference with Sol Weiss re: Federal State coordination | RJA | 0.25 |
| 04/19/05 | 1 | Confer with Richard J. Arsenault and receipt of Vioxx MDL 1657 Time and Expense Guidelines | RJA | 0.25 |
| 04/19/05 | 3 | Receipt and review of 4/18/05 e-mail from Troy Rafferty re: PTO 9 re depositions will be helpful in negotiating plaintiffs fact sheet | RJA | 0.25 |
| 04/19/05 | 3 | Receipt and review of 4/18/05 e-mail from Carlene Lewis re: PTO 9 re: depositions | RJA | 0.25 |
| 04/19/05 | 3 | Receipt and review of 4/19/05 e-mail from Troy Rafferty re: potential discovery requests | RJA | 0.25 |
| 04/19/05 | 3 | Receipt and review of 4/18/05 e-mail from Steve Herman re: potential discovery requests | RJA | 0.25 |
| 04/20/05 | 1 | Attend and participate in weekly conference call; discussed 12 key agenda items dealing with organization and discovery. | RJA | 1.75 |
| 04/20/05 | 1 | Conferences with Chris Seeger and Jerry Meunier, along with calls to other PSC members and associated work on Fed-State Committee organization; prepare for PSC meeting. | RJA | 0.75 |
| 04/20/05 | 1 | Receipt and review of 4/20/05 e-mail from Chris Tisi re: PSC assessment | RJA | 0.25 |
| 04/20/05 | 1 | Receipt and review of 4/20/05 e-mail from Denise Martin re: PSC assessment | RJA | 0.25 |
| 04/20/05 | 1 | Receipt and review of 4/20/05 e-mail from Carlene Lewis re: PSC assessment | RJA | 0.25 |
| 04/20/05 | 1 | Receipt and review of 4/20/05 e-mail from Elizabeth Cabraser re: PSC assessment | RJA | 0.25 |
| 04/20/05 | 3 | Receipt and review of 4/20/05 e-mail from Troy Rafferty re: discovery requests | RJA | 0.25 |

| 04/20/05 | 3 | Receipt and review of 4/20/05 e-mail from Chris Tisi re: potential discovery requests | RJA | 0.25 |
|---|---|---|---|---|
| 04/21/05 | 1 | Receipt and review of 4/20/05 e-mail from Regina Westenfeld re: memo from Russ Herman | RJA | 0.25 |
| 04/21/05 | 1 | Receipt and review of 4/20/05 e-mail from David Buchanan re: circulating the PDF of the pertinent FDA prior to conference call | RJA | 0.25 |
| 04/21/05 | 1 | Receipt and review of 4/20/05 e-mail from Chris Tisi re: scheduling conference call | RJA | 0.25 |
| 04/21/05 | 1 | Receipt and review of 4/20/05 e-mail from David Buchanan re: circulating copies of subpoenas issued to third parties | RJA | 0.25 |
| 04/21/05 | 1 | Receipt and review of 4/20/05 e-mail from Chris Tisi re: time for conference call | RJA | 0.25 |
| 04/21/05 | 1 | Receipt and review of 4/20/05 e-mail from David Buchanan re: not able to participate in conference call on Friday because they have NJ status conference | RJA | 0.25 |
| 04/21/05 | 1 | Receipt and review of 4/20/05 e-mail from Chris Seeger re: federal/state coordination | RJA | 0.25 |
| 04/21/05 | 1 | Receipt and review of 4/21/05 e-mail from Troy Rafferty re: Lenny Davis participating on conference call | RJA | 0.25 |
| 04/21/05 | 1 | Receipt and review of 4/20/05 e-mail from Chris Tisi re: FDA motion filed in Zyprexa MDL | RJA | 0.25 |
| 04/21/05 | 1 | Receipt and review of 4/19/05 e-mail from Tara Sutton re: assisting with subcommittees | RJA | 0.25 |
| 04/21/05 | 1 | Receipt and review of 4/21/05 -email from Carmen Dugas re: assessment was sent to Russ Herman | RJA | 0.25 |
| 04/21/05 | 1 | Receipt and review of 4/19/05 e-mail from Chris Seeger re: he can be reached on this cell | RJA | 0.25 |
| 04/21/05 | 1 | Receipt and review of 4/19/05 e-mail from Carlene Lewis re: including Shelly and herself on the committee | RJA | 0.25 |
| 04/21/05 | 3 | Receipt and review of 4/21/05 email from Chris Tisi re: he will work on getting the FDA Subpoena ready | RJA | 0.25 |
| 04/21/05 | 3 | Receipt and review of 4/20/05 e-mail from Troy Rafferty re: conference call  re: FDA subpoena | RJA | 0.25 |
| 04/21/05 | 3 | Receipt and review of 4/21/05 e-mail from Lenny Davis re: do not have permission to serve third party subpoenas | RJA | 0.25 |
| 04/21/05 | 3 | Receipt and review of 4/20/05 e-mail from David Buchanan re: don't have permission to serve third party subpoenas | RJA | 0.25 |
| 04/21/05 | 3 | Conference with Troy Rafferty regarding scheduling discovery call. | RJA | 0.25 |
| 04/21/05 | 3 | Work on drafts of subpoenas to third parties | RJA | 1.00 |
| 04/21/05 | 3 | E-mail to Dave Buchanan, Troy Rafferty and Chris Tisi transmitting copies of examples of subpoenas to third parties | RJA | 0.25 |
| 04/21/05 | 3 | Receipt and review of 4/20/05 e-mail from Steve Herman re: potential discovery requests | RJA | 0.25 |
| 04/22/05 | 1 | Receipt and review of April 22, 2005 e-mail from Chris Seeger re: combating Merck's PR spin. | RJA | 0.25 |
| 04/22/05 | 1 | Receipt and review of April 22, 2005 e-mail from Paul Pennock re: MDL Fact Sheets | RJA | 0.25 |

| 04/22/05 | 1 | Receipt and review of 4/21/05 e-mail from Carlene Lewis re: idea of a defense fact sheet | RJA | 0.25 |
|---|---|---|---|---|
| 04/22/05 | 1 | Receipt and review of 4/21/05 e-mail from Elizabeth Cabraser re: she likes the adverse reaction questions on the defense fact sheet (version 2) | RJA | 0.25 |
| 04/22/05 | 1 | Receipt and review of 4/21/05 e-mail from Chris Tisi re: defense fact sheet, version 2 | RJA | 0.25 |
| 04/22/05 | 1 | Receipt and review of 4/22/05 e-mail from Lenny Davis re: e-mail address for Mark Robinson | RJA | 0.25 |
| 04/22/05 | 1 | Receipt and review of Master Plaintiff Counsel List. | RJA | 0.25 |
| 04/22/05 | 1 | Receipt and review of Master Defense Counsel List. | RJA | 0.25 |
| 04/22/05 | 1 | Receipt and review of 4/22/05 email from Chris Tisi re: questions regarding defense fact sheet | RJA | 0.25 |
| 04/22/05 | 1 | Receipt and review of two articles regarding Daubert sent by Russ Herman | RJA | 0.25 |
| 04/22/05 | 1 | Receipt and review of 4/22/05 email from Chris Tisi re: defense fact sheet version 2 | RJA | 0.25 |
| 04/22/05 | 1 | Receipt and review of 4/22/05 e-mail from Carlene Lewis re: Wall Street Journal article | RJA | 0.25 |
| 04/22/05 | 1 | Receipt and review of 4/22/05 e-mail from Andy Birchfield re: defense fact sheet | RJA | 0.25 |
| 04/22/05 | 1 | Receipt and review of 4/22/05 email from Troy Rafferty re: requesting an electronic version of CMO | RJA | 0.25 |
| 04/22/05 | 1 | E-mail to Dave Buchannan regarding Plaintiff Fact Sheet. | RJA | 0.25 |
| 04/22/05 | 1 | Receipt and review of 4/22/05 e-mail from Regina Westenfeld re: correct email addresses for Mark Robinson and Drew Ranier | RJA | 0.25 |
| 04/22/05 | 1 | Receipt and review of hand written memorandum from Russ Herman to Andrew Lemmon regarding the Vioxx security case and Lemmon serving as Liaison Counsel. | RJA | 0.25 |
| 04/22/05 | 1 | Receipt, review and analysis of defendants' proposed plaintiff fact sheet | RJA | 1.00 |
| 04/22/05 | 1 | E-mail to Paul Pennock re: defendants' proposed fact sheet | RJA | 0.25 |
| 04/22/05 | 1 | Receipt and review of 4/22/05 e-mail from Paul Pennock re: he will be available on Sunday | RJA | 0.25 |
| 04/22/05 | 1 | Receipt and review of 4/22/05 e-mail from Troy Rafferty requesting Lillian to send him a copy of the CMO | RJA | 0.25 |
| 04/22/05 | 1 | Receipt and review of 4/22/05 email from Chris Tisi re: latest version of CMO | RJA | 0.25 |
| 04/22/05 | 1 | Receipt and review of 4/22/05 email from Chris Tisi re: order where Judge Fallon ordered FDA production in Propulsid | RJA | 0.25 |
| 04/22/05 | 1 | Receipt and review of 4/22/05 email from David Buchanan re: FDA action lists | RJA | 0.25 |
| 04/22/05 | 1 | Receipt and review of 4/22/05 email from Chris Tisi re: defense fact sheet | RJA | 0.25 |
| 04/22/05 | 1 | Receipt and review of background points on the New Jersey class actions. | RJA | 0.25 |
| 04/22/05 | 3 | Receipt and review of 4/22/05 email from Michael Wagner re: subpoena, FOIA request and correspondence with the FDA regarding Vioxx | RJA | 0.25 |

| | | | | |
|---|---|---|---|---|
| 04/22/05 | 3 | Receipt and review of 4/22/05 e-mail from Lenny Davis re: he will circulate the motion to compel which was filed in Propulsid | RJA | 0.25 |
| 04/22/05 | 3 | Receipt and review of Motion to Compel Production of Documents which was filed in the Propulsid case to see if we can use portions of same in the Vioxx case. | RJA | 0.25 |
| 04/23/05 | 3 | Receipt, review and analysis of amended Plaintiff Fact Sheet in the New Jersey case in preparing for upcoming meeting and negotiation in establishing Vioxx MDL Plaintiff Fact Sheet. | RJA | 1.00 |
| 04/23/05 | 3 | Receipt and review of Declaration by Attorney Jeffrey Grand in support of and in connection with our Motion to Compel against the FDA | RJA | 0.25 |
| 04/23/05 | 3 | Receipt and review of Schedule of Documents to be produced by the U.S. Food & Drug Administration | RJA | 0.25 |
| 04/25/05 | 1 | Receipt and review of 4/25/05 e-mail from Troy Rafferty re: he will be at the Windsor Court at 7:30 | RJA | 0.25 |
| 04/25/05 | 1 | Email to Chris Tisi and Paul Pennock transmitting the patient profile form in the Propulsid case | RJA | 0.25 |
| 04/25/05 | 1 | Receipt and review of 4/25/05 e-mail from Chris Tisi re: FDA action lists | RJA | 0.25 |
| 04/25/05 | 1 | Receipt and review of 4/24/05 email from Troy Rafferty re: time for meet & confer on Thursday | RJA | 0.25 |
| 04/25/05 | 1 | Receipt and review of 4/24/05 e-mail form Troy Rafferty re: he will drive over on Tuesday | RJA | 0.25 |
| 04/25/05 | 1 | Email to Paul Pennock re: conference call scheduled for 1:00 p.m. today | RJA | 0.25 |
| 04/25/05 | 1 | Receipt and review of 4/24/05 email from Lenny Davis re: meet & confer | RJA | 0.25 |
| 04/25/05 | 1 | Receipt and review of 4/23/05 e-mail from Chris Tisi re: FDA action lists | RJA | 0.25 |
| 04/25/05 | 1 | Receipt and review of 4/25/05 e-mail from Heather Laborde re: PSC conference call | RJA | 0.25 |
| 04/25/05 | 1 | Receipt and review of facsimile dated April 19, 2005 with December 28, 2004 correspondence attached stating Alford's Pharmacy has been sued in a Vioxx matter which was removed to federal court. | RJA | 0.25 |
| 04/25/05 | 1 | Receipt and review of 4/25/05 e-mail from Troy Rafferty re: conference call is regarding plaintiffs fact sheet | RJA | 0.25 |
| 04/25/05 | 1 | Review of Talking Points on Florida Discovery Issue | RJA | 0.25 |
| 04/25/05 | 1 | Receipt and review of April 22, 2005 e-mail from David Buchanan re: confusion regarding conference call. | RJA | 0.25 |
| 04/25/05 | 1 | Receipt and review of 4/25/05 e-mail from Lenny Davis re: ex parte interviews with treating doctors | RJA | 0.25 |
| 04/25/05 | 1 | Receipt and review of 4/25/05 e-mail from Troy Rafferty re: ex parte interview with treating doctors | RJA | 0.25 |
| 04/25/05 | 1 | Receipt and review of 4/25/05 e-mail from Troy Rafferty re: his impression was Judge just wanted an order and the issue had been argued (re: ex parte interviews with treating doctors) | RJA | 0.25 |

| 04/25/05 | 2 | Receipt and review of April 22, 2005 e-mail from Lillian Flemming and review of attached Plaintiffs' Proposed Case Management Order and Pre-Trial Order. | RJA | 0.75 |
|---|---|---|---|---|
| 04/25/05 | 3 | Conference with Chris Tisi re: Propulsid Fact Sheet | RJA | 0.25 |
| 04/25/05 | 3 | Prepare for and attend conference call with Chris Tisi re: Plaintiff Fact Sheet; work on review of various Fact Sheets from other MDL's in an attempt to develop a proposed Fact Sheet for consideration by Russ Herman | RJA | 1.75 |
| 04/25/05 | 3 | Receipt and review of 4/25/05 e-mail from Troy Rafferty re: suggested changes to  motion to compel FDA | RJA | 0.25 |
| 04/25/05 | 3 | Receipt and review of 4/25/05 e-mail from Chris Tisi re: rough draft of motion to compel FDA | RJA | 0.25 |
| 04/25/05 | 3 | Receipt and review of 4/25/05 e-mail from Chris Seeger re: he will happy to argue the ex parte interview with treating doctors motion | RJA | 0.25 |
| 04/26/05 | 1 | Receipt and review of April 25, 2005 e-mail from Lenny Davis Discovery Committee Conference call. | RJA | 0.25 |
| 04/26/05 | 1 | Receipt and review of April 25, 2005 e-mail from David Buchanan Discovery Committee Conference call. | RJA | 0.25 |
| 04/26/05 | 1 | Receipt and review of April 25, 2005 e-mail from Chris Tisi regarding plaintiff and defense fact sheet proposals. | RJA | 0.25 |
| 04/26/05 | 1 | Receipt and review of April 26, 2005 e-mail from Michael Wagner re: asking if people on Discovery Committee have been notified and has list been circulated. | RJA | 0.25 |
| 04/26/05 | 1 | Receipt and review of April 25, 2005 e-mail from Troy Rafferty re: breakfast meeting with me in New Orleans. | RJA | 0.25 |
| 04/26/05 | 1 | Receipt and review of April 26, 2005 e-mail from Paul Pennock re: Federal Propulsid Fact Sheet being a great template. | RJA | 0.25 |
| 04/26/05 | 1 | Receipt and review of April 26, 2005 e-mail from Chris Seeger re: making substantial changes to Plaintiffs' Fact Sheet and not presenting it today. | RJA | 0.25 |
| 04/26/05 | 1 | Receipt and review of April 26, 2005 e-mail from Troy Rafferty asking me to call him on his cell phone. | RJA | 0.25 |
| 04/26/05 | 1 | Receipt and review of April 25, 2005 e-mail from Chris Tisi with most recent revisions Plaintiffs' Fact Sheet and Defense Fact Sheet attached. Stating he sent them to the Discovery and Science Committee Chairs. | RJA | 0.25 |
| 04/26/05 | 1 | Receipt and review of April 22, 2005 e-mail from Andy Birchfield next Tuesday deposing Merck's corporate representative. on tracking of samples. | RJA | 0.25 |
| 04/26/05 | 2 | Receipt and review of April 25, 2005 e-mail from Troy Rafferty re: Draft order re: Ex Parte Interviews with Treating Doctors & his speaking with Russ. | RJA | 0.25 |
| 04/26/05 | 3 | Receipt and review of April 26, 2005 e-mail from Troy Rafferty re: Discovery Committee Conference call | RJA | 0.25 |
| 04/26/05 | 3 | Receipt and review of April 26, 2005 e-mail from Don Arbitblit his contacting Chris Seeger to see about moving the deposition of Dr. Thomas Bold. | RJA | 0.25 |
| 04/26/05 | 3 | E-mail to Don Arbitblit re: postponing depositions of Dr. Thomas Bold. | RJA | 0.25 |

Exhibit E

| 04/27/05 | 1 | Receipt and review of 4/27/05 e-mail from Lenny Davis re: they can handle eight people on a conference call | RJA | 0.25 |
|---|---|---|---|---|
| 04/27/05 | 1 | Receipt and review of 4/27/05 e-mail from Lillian Fleming re: agenda for PSC meeting | RJA | 0.25 |
| 04/27/05 | 1 | Receipt and review of 4/27/05 e-mail from Bert Black re: meeting in New Orleans | RJA | 0.25 |
| 04/27/05 | 1 | Receipt and review of 4/27/05 e-mail from Lillian Fleming re: letter from Philip Garrett | RJA | 0.25 |
| 04/27/05 | 1 | Receipt and review of 4/27/05 e-mail from Steve Herman re: Insurance Sub Committee potential meeting dates | RJA | 0.25 |
| 04/27/05 | 1 | Prepare for and attend PSC meeting | RJA | 4.00 |
| 04/27/05 | 3 | Receipt and review of 4/27/05 e-mail from Troy Rafferty re: distribution list for Discovery Committee | RJA | 0.25 |
| 04/27/05 | 3 | Receipt and review of 4/27/05 e-mail from Michael Wagner re: he is finishing up the Discovery Committee distribution list | RJA | 0.25 |
| 04/27/05 | 3 | Receipt and review of 4/27/05 e-mail from Troy Rafferty re: first few discovery calls will have over thirty people participating | RJA | 0.25 |
| 04/27/05 | 3 | Receipt and review of 4/27/05 e-mail from Michael Wagner re: email distribution list is almost complete for Discovery Committee | RJA | 0.25 |
| 04/28/05 | 1 | Receipt and review of 4/27/05 e-mail from Troy Rafferty re: initial conference | RJA | 0.25 |
| 04/28/05 | 2 | Prepare for and attend status conference with Judge Fallon; meeting with Discovery Chairs and Lead Counsel; work on agenda for upcoming conference call; return travel from New Orleans to Alexandria | RJA | 10.00 |
| 04/29/05 | 1 | Receipt and review of 4/29/05 e-mail from Doug Marvin re: looking forward to working with RJA | RJA | 0.25 |
| 04/29/05 | 1 | Receipt and review of 4/29/05 e-mail from Lenny Davis re: next PSC conference call | RJA | 0.25 |
| 04/29/05 | 1 | Email to Gerald Meunier re: Judge Fallon's Minute Entry of 4/28/05 | RJA | 0.25 |
| 04/29/05 | 1 | Email to Lenny Davis requesting copy of court transcript | RJA | 0.25 |
| 04/29/05 | 1 | Receipt and review 4/29/05 e-mail from Denise Martin re: Judge Fallon's 4/28/05 minute entry | RJA | 0.25 |
| 04/29/05 | 1 | Review technical literature produced during presentation with court on April 28; brochures regarding information technology vendors and products | RJA | 0.50 |
| 04/29/05 | 1 | Receipt and review of materials from Russ Herman, and more particularly pricing sheet and instructions from Lexis Nexis | RJA | 0.25 |
| 04/29/05 | 2 | Receipt and review of April 28, 2005 Minute Entry | RJA | 0.25 |
| 04/29/05 | 2 | Receipt and review of  Pre-Trial Order #8 | RJA | 0.25 |
| 04/29/05 | 2 | Research regarding Master Complaint, choice of law issues and class certification along with memorandum to Jerry Meunier, Elizabeth Cabraser, Arnold Levin and Russ Herman along with five-page memorandum | RJA | 1.50 |
| 04/29/05 | 3 | Receipt and review of 4/28/05 e-mail from Troy Rafferty re: attachment for  Discovery Committee is blank | RJA | 0.25 |

| 04/29/05 | 3 | Receipt and review of 4/29/05 e-mail from Troy Rafferty along regarding Discovery Committee conference call | RJA | 0.50 |
|---|---|---|---|---|
| 04/29/05 | 3 | Receipt and review of 4/29/05 email from Troy Rafferty re: revised discovery committee list | RJA | 0.25 |
| 04/29/05 | 3 | Receipt and review of 4/29/05 e-mail from Troy Rafferty re: discovery issues | RJA | 0.25 |
| 04/29/05 | 3 | Conference with Troy Rafferty regarding composition of Discovery Committee | RJA | 0.25 |
| 04/30/05 | 1 | Receipt and review of 4/25/05 e-mail from Troy Rafferty re: Ex Parte Interviews with treating doctors | RJA | 0.25 |
| 04/30/05 | 1 | Receipt and review of 4/28/05 correspondence from Russ Herman directed to Judge Fallon which also included correspondence dated 9/22/05 from Seeger Weiss transmitting plaintiffs' subpoena duces tecum; correspondence dated 10/6/04 from Carmelina Allis in response to the subpoena directed to the FDA; correspondence dated 12/2/05 from Seeger Weiss making a FOIA request; and correspondence from Harold Stepper in response to the FOIA request | RJA | 0.75 |
| 04/30/05 | 2 | Receipt and review of 4/21/05 e-mail from Chris Tisi re: defense fact sheet | RJA | 0.25 |
| 05/01/05 | 1 | Receipt and review of 4/29/05 e-mail from Lillian Flemming re: time and expense guidelines | RJA | 0.25 |
| 05/01/05 | 1 | Receipt and review of 4/29/05 e-mail from Troy Rafferty re: agenda for conference call | RJA | 0.25 |
| 05/01/05 | 1 | Receipt and review of 4/25/05 email from David Buchanan re; ex parte interviews with treating doctors | RJA | 0.25 |
| 05/01/05 | 1 | Receipt and review of 4/27/05 correspondence from Chad Schulze congratulating the PSC on their appointment and requesting to serve on a committee | RJA | 0.25 |
| 05/01/05 | 1 | Receipt and review of 4/26/05 correspondence from Dennis Johnson to Judge Fallon re: a case seeking economic relief under the Vermont Consumer Fraud Act | RJA | 0.25 |
| 05/01/05 | 1 | Receipt and review of 45/05 e-mail from Chris Seeger re: draft order re: ex parte interviews with treating doctors | RJA | 0.25 |
| 05/01/05 | 1 | Receipt and review of 4/25/05 e-mail from David Buchanan re: formal briefing | RJA | 0.25 |
| 05/01/05 | 1 | Receipt and review of 4/27/05 e-mail from Lenny Davis re: Joint Report No. 2 | RJA | 0.25 |
| 05/01/05 | 3 | Receipt and review of 4/29/05 e-mail from Troy Rafferty re: identification of discovery items that need to be addressed or followed up on | RJA | 0.25 |
| 05/01/05 | 3 | Receipt and review of 4/28/05 e-mail from Steve Herman re: article from Business Week and regarding discovery | RJA | 0.25 |
| 05/01/05 | 3 | Receipt and review of 4/28/05 e-mail from Michael Wagner re: Discovery Committee Distribution List | RJA | 0.25 |
| 05/02/05 | 1 | Receipt and review of 5/1/05 e-mail from Sharon Harris re: email from Elizabeth Cabraser re: Ben Barnow's Vioxx cases | RJA | 0.25 |
| 05/02/05 | 1 | Receipt and review of 4/30/05 e-mail from Beach Lawyer re: initial requests | RJA | 0.25 |

| 05/02/05 | 1 | Receipt and review of 5/1/05 e-mail from Chris Tisi re: he is not available at noon for a conference call | RJA | 0.25 |
|---|---|---|---|---|
| 05/02/05 | 1 | Receipt and review of 4/30/05 e-mail from Chris Tisi requesting a copy of the plaintiffs' fact sheet and defendants' fact sheet in an electronic format | RJA | 0.25 |
| 05/02/05 | 1 | Receipt and review of 5/2/05 e-mail from Chris Tisi re: agenda for conference call | RJA | 0.25 |
| 05/02/05 | 1 | Receipt and review of 5/2/05 e-mail from Andy Birchfield re: he is available at 10:00 a.m. CST for a conference call | RJA | 0.25 |
| 05/02/05 | 1 | Receipt and review of 4/29/05 e-mail from Lenny Davis re: Regina will circulate a copy of the transcript to the PSC | RJA | 0.25 |
| 05/02/05 | 1 | Receipt and review of 5/2/05 e-mail from Chris Tisi re: conference call scheduled for 10:00 a.m. CST | RJA | 0.25 |
| 05/02/05 | 1 | Receipt and review of 5/2/05 e-mail from Lenny Davis re: he will have to check with Russ regarding his availability for a conference call | RJA | 0.25 |
| 05/02/05 | 1 | Receipt and review of 5/1/05 email from Chris Seeger re: need to have someone taking notes whenever PSC meets with the Judge | RJA | 0.25 |
| 05/02/05 | 1 | Receipt and review of 4/30/05 e-mail from Troy Rafferty re: he will make suggested edits and will circulate | RJA | 0.25 |
| 05/02/05 | 1 | Receipt and review of 5/1/05 e-mail from Troy Rafferty re: his availability for a conference call | RJA | 0.25 |
| 05/02/05 | 1 | Receipt and review of 5/2/05 e-mail from Troy Rafferty re: assignment list from conference call | RJA | 0.25 |
| 05/02/05 | 1 | Receipt and review of 5/2/05 e-mail from Chris Tisi re: his assignments | RJA | 0.25 |
| 05/02/05 | 1 | Receipt and review of 5/2/05 email from Chris Seeger re: fax from Andy | RJA | 0.25 |
| 05/02/05 | 1 | Receipt and review of 5/2/05 e-mail from Chris Seeger re: follow up to status conference | RJA | 0.25 |
| 05/02/05 | 1 | Receipt and review of 5/2/05 e-mail from Bert Black re: membership on Science Committee | RJA | 0.25 |
| 05/02/05 | 1 | Receipt and review of 5/2/05 email from John Restaino to Bert Black re: membership on the epidemiology subcommittee | RJA | 0.25 |
| 05/02/05 | 1 | Receipt and review of 5/2/05 e-mail from Troy Rafferty re: he will be out of the office on Thursday & Friday | RJA | 0.25 |
| 05/02/05 | 1 | Receipt and review of 5/2/05 e-mail from Carlene Lewis re: membership on Science Committee | RJA | 0.25 |
| 05/02/05 | 1 | Receipt and review of 5/2/05 e-mail from Lenny Davis re: CMOs | RJA | 0.25 |
| 05/02/05 | 2 | Receipt and review of 5/2/05 email from Troy Rafferty re: revised plaintiff fact sheet | RJA | 0.25 |
| 05/02/05 | 3 | Receipt and review of 4/30/05 e-mail from Chris Tisi re: changes on third party discovery | RJA | 0.25 |
| 05/02/05 | 3 | Receipt and review of 4/30/05 e-mail from Troy Rafferty re: specific requests in RFP | RJA | 0.25 |
| 05/02/05 | 3 | Prepare for and attend discovery conference call with discovery leadership and PEC; discussed items raised in last status conference | RJA | 1.00 |

| 05/03/05 | 1 | Receipt and review of 5/2/05 e-mail from Troy Rafferty re: ex parte brief | RJA | 0.25 |
|---|---|---|---|---|
| 05/03/05 | 1 | Receipt and review of 5/2/05 e-mail from Steve Herman re: remand and consumer claims | RJA | 0.25 |
| 05/03/05 | 1 | Receipt and review of 5/2/05 e-mail from Lillian Flemming re: conference call scheduled for 5/5/05 | RJA | 0.25 |
| 05/03/05 | 1 | Receipt and review of 5/2/05 e-mail from Regina Westenfeld re: document from Russ Herman | RJA | 0.25 |
| 05/03/05 | 1 | Receipt and review of 5/3/05 e-mail from Troy Rafferty re: he is unavailable today from 2:00 to 4:00 | RJA | 0.25 |
| 05/03/05 | 1 | Receipt and review of 5/3/05 e-mail from Chris Seeger re: ex parte brief | RJA | 0.25 |
| 05/03/05 | 1 | Receipt and review of 5/3/05 e-mail from Joyce Romano re: Russ is available on Thursday in the afternoon | RJA | 0.25 |
| 05/03/05 | 1 | Prepare for and attend weekly PSC telephone conference call | RJA | 1.00 |
| 05/03/05 | 1 | Receipt and review of 5/3/05 e-mail from Elizabeth Cabraser re: she is available anytime before 3:00 p.m. CST for conference call | RJA | 0.25 |
| 05/03/05 | 1 | Receipt and review of 5/2/05 email from Troy Rafferty re: response to Chris' questions /comments in anticipation of the conference call | RJA | 0.25 |
| 05/03/05 | 1 | Receipt and review of 5/3/05 e-mail from Regina Westenfeld re: Minute Entry for 4/15/05 conference | RJA | 0.25 |
| 05/03/05 | 1 | Receipt and review of 5/3/05 e-mail from Troy Rafferty re: HIPPA issue | RJA | 0.25 |
| 05/03/05 | 1 | Receipt and review of 5/3/05 e-mail from Troy Rafferty re: changes to communication to discovery committee | RJA | 0.25 |
| 05/03/05 | 1 | Email to Troy Rafferty re: ground rules suggestion makes sense | RJA | 0.25 |
| 05/03/05 | 1 | Receipt and review of 5/2/05 e-mail from Raul Bencomo re: foreign country representation and discovery | RJA | 0.25 |
| 05/03/05 | 1 | Email to Raul Bencomo re: discuss in detail when they meet in person the foreign country representation | RJA | 0.25 |
| 05/03/05 | 1 | Receipt and review of 5/3/05 e-mail from David Buchanan re: of all the people on the list there will only be half with federal cases | RJA | 0.25 |
| 05/03/05 | 1 | Receipt and review of 5/3/05 e-mail from Joyce Romano re: cc Steve Herman on all legal memos, briefs and other law committee materials | RJA | 0.25 |
| 05/03/05 | 1 | Receipt and review of 5/3/05 e-mail from Troy Rafferty re: changes to ex parte brief | RJA | 0.25 |
| 05/03/05 | 1 | Receipt and review of 5/3/05 e-mail from Chris Seeger re: HIPPA argument went no where with Higby | RJA | 0.25 |
| 05/03/05 | 1 | Receipt and review of 5/3/05 email from Troy Rafferty re: appendix which summarizes all the different state laws | RJA | 0.25 |
| 05/03/05 | 1 | Receipt and review of 5/3/05 e-mail from Chris Seeger re: report from Jon Cuneo | RJA | 0.25 |
| 05/03/05 | 1 | Receipt and review of 5/3/05 e-mail from Regina Westenfeld re: memo from Russ Herman | RJA | 0.25 |

| 05/03/05 | 1 | Receipt and review of 5/3/05 e-mail from David Buchanan re: HIPAA argument doesn't preclude contacts but requires a specifically tailored protective order | RJA | 0.25 |
|---|---|---|---|---|
| 05/03/05 | 1 | Receipt and review of 5/3/05 email from Lillian Flemming re: agenda for conference call | RJA | 0.25 |
| 05/03/05 | 2 | Receipt and review of Motion to File First Supplemental Amended Complaint by Plaintiff | RJA | 0.25 |
| 05/03/05 | 2 | Receipt and review of 5/2/05 e-mail from Troy Rafferty re: draft of ex parte brief | RJA | 0.25 |
| 05/03/05 | 2 | Receipt and review of 5/3/05 e-mail from Troy Rafferty re: current version of plaintiff and defendant fact sheet | RJA | 0.25 |
| 05/03/05 | 2 | Receipt and review of 5/3/05 e-mail from Lenny Davis re: comment regarding ex parte brief | RJA | 0.25 |
| 05/03/05 | 3 | Receipt and review 5/3/05 e-mail from Donald Arbitblit re: Bold and Wiholm depositions | RJA | 0.25 |
| 05/03/05 | 3 | Receipt and review of 5/2/05 e-mail from Donald Arbitblit re: he cannot attend the deposition of Dr. Bold on May 17th | RJA | 0.25 |
| 05/03/05 | 3 | Receipt and review of 5/2/05 e-mail from Steve Herman re: discovery blogs | RJA | 0.25 |
| 05/03/05 | 3 | Receipt and review of 5/2/05 e-mail from Troy Rafferty re: draft of email he will send around to lawyers that have been identified to us as the Discovery Committee | RJA | 0.25 |
| 05/03/05 | 3 | Email to Troy Rafferty re: suggestions and changes to email to be sent to Discovery Committee | RJA | 0.25 |
| 05/03/05 | 3 | Receipt and review of 5/3/05 e-mail from Steve Herman re: office of Inspector General guidelines | RJA | 0.50 |
| 05/03/05 | 3 | Receipt and review of 5/2/05 e-mail from Deonne Lingle re: letter to Russ Herman requesting to be on the Discovery Committee | RJA | 0.25 |
| 05/03/05 | 3 | Receipt and review of 5/3/05 e-mail from Chris Tisi re: Discovery Chairs should make it clear that on some tasks we will need seasoned attorneys | RJA | 0.25 |
| 05/03/05 | 3 | Receipt and review of 5/3/05 e-mail from Regina Westenfeld re: Discovery Committee | RJA | 0.25 |
| 05/03/05 | 3 | Receipt and review of 5/3/05 e-mail from Seth Rothman re: depositions of Bold and Wiholm | RJA | 0.25 |
| 05/05/05 | 1 | Conference call with Elizabeth Cabraser, Lenny Davis and Chris Seeger concerning Case Management Order and subsequent work on latest generation of Case Management Order draft; research regarding discretion MDL Judge has to not entertain class certification motions | RJA | 2.75 |
| 05/05/05 | 1 | Receipt and review of 5/5/05 e-mail from Lenny Davis re: Gilmartin's resignation from Merck | RJA | 0.25 |
| 05/05/05 | 1 | Receipt and review of 5/5/05 email from Regina Westenfeld re: Minute Entry for proceedings before Judge Fallon | RJA | 0.25 |
| 05/05/05 | 1 | Receipt and review of 5/4/05 e-mail from Regina Westenfeld re: letter to clerk from Robert L. Sachs to be added to service list | RJA | 0.25 |
| 05/05/05 | 1 | Receipt and review of 5/4/05 email from Elizabeth Cabraser re: ex parte brief | RJA | 0.25 |

| 05/05/05 | 1 | Receipt and review of 5/4/05 e-mail from Joyce Romano re: correspondence from Russ Herman | RJA | 0.25 |
|---|---|---|---|---|
| 05/05/05 | 1 | Receipt and review of 5/4/05 e-mail from Jesse Klaproth re: Gerald Meunier asked him to provide a memorandum re: Louisiana choice of law | RJA | 0.25 |
| 05/05/05 | 1 | Receipt and review of 5/4/05 email from Troy Rafferty re: ex parte brief and cites and arguments | RJA | 0.25 |
| 05/05/05 | 1 | Receipt and review of 5/5/05 email from Regina Westenfeld re: response from Russ Herman to Phil Wittman's email | RJA | 0.25 |
| 05/05/05 | 1 | Receipt and review of 5/5/05 e-mail from Joyce Gonsoulin attaching her resume | RJA | 0.25 |
| 05/05/05 | 1 | Receipt and review of 5/5/05 e-mail from Fred Longer re: confidentiality order | RJA | 0.25 |
| 05/05/05 | 1 | Receipt and review of 5/5/05 email from Lillian Flemming re: letter to Wittman with attachments | RJA | 0.25 |
| 05/05/05 | 2 | Receipt and review of 5/5/05 e-mail from Lenny Davis re: proposed confidentiality order | RJA | 0.25 |
| 05/05/05 | 2 | Receipt and review of Joint Proposed Case Management Order and Pretrial Order Draft #7, Proposed Pretrial Order provided by defendants and relates to individual cases; Proposed Pretrial Order provided by defendants and relates to class actions | RJA | 1.25 |
| 05/05/05 | 3 | Receipt and review of 5/5/05 email from John Climaco re: he accepts the invitation to be on the Discovery Committee | RJA | 0.25 |
| 05/06/05 | 1 | Receipt and review of 5/4/05 e-mail from Regina Westenfeld re: CTO-5 | RJA | 0.25 |
| 05/06/05 | 1 | Receipt and review of 5/6/05 email from Regina Westenfeld re: CTO-4 | RJA | 0.25 |
| 05/06/05 | 1 | Receipt and review of 5/6/05 e-mail from Chris Tisi re: Jenkins' response | RJA | 0.25 |
| 05/06/05 | 1 | Receipt and review of 5/6/05 e-mail from Chris Seeger re: House Committee on Government Reform | RJA | 0.25 |
| 05/06/05 | 1 | Receipt and review of 5/6/05 email from J.R. Whaley to Jesse Klaprot re: certification | RJA | 0.25 |
| 05/06/05 | 1 | Receipt and review of 5/5/05 e-mail from Regina Westenfeld re: defense letter to Judge re: Merck Employee Information | RJA | 0.25 |
| 05/06/05 | 1 | Receipt and review of 5/6/05 email from Brandy Blisard re: conference call scheduled for 5/9/05 | RJA | 0.25 |
| 05/06/05 | 2 | Receipt and review of 5/6/05 e-mail from David Buchanan re: proposed confidentiality order | RJA | 0.25 |
| 05/06/05 | 3 | Receipt and review o 5/5/05 email from Regina Westenfeld re: letter from Lundy re: discovery committee | RJA | 0.25 |
| 05/07/05 | 1 | Review materials forwarded by Lenny Davis regarding upcoming Case Management Order conference call; review a variety of Case Management Orders in other cases along with defendants' proposal | RJA | 1.50 |
| 05/07/05 | 1 | Receipt and review of 5/6/05 email from Eberhard Garrison re: requesting appointment to a subcommittee | RJA | 0.25 |
| 05/07/05 | 1 | Receipt and review of 5/6/05 email from Regina Westenfeld re: application of Turner Branch & Richard Sandoval to serve on State Liaison Committee | RJA | 0.25 |

| 05/08/05 | 1 | Receipt and review of motion to file first supplemental complaint by plaintiff in case no. 04-3472 | RJA | 0.25 |
|---|---|---|---|---|
| 05/08/05 | 1 | Receipt and review of Summons returned executed on defendant Merck | RJA | 0.25 |
| 05/08/05 | 1 | Receipt and review of 5/2/05 correspondence from Matthew Lundy to Russ Herman re: requesting to be appointed to the Plaintiffs' Discovery Committee | RJA | 0.25 |
| 05/08/05 | 2 | Research regarding power of court to defer class certification hearings | RJA | 1.25 |
| 05/09/05 | 1 | Receipt and review of Elizabeth Cabraser's memorandum re: plaintiffs' proposal on the timing of class certification | RJA | 0.50 |
| 05/09/05 | 1 | Receipt and review of 5/7/05 e-mail from Carlene Lewis to Lynn Swanson re: her being on the Science Committee | RJA | 0.25 |
| 05/09/05 | 1 | Receipt and review of 5/9/05 email from David Buchanan re: he is available for telephone conference at 2:00 p.m. CST | RJA | 0.25 |
| 05/09/05 | 1 | Receipt and review of 5/9/05 email from Troy Rafferty re: apologizing for missing the additions to agenda for conference call | RJA | 0.25 |
| 05/09/05 | 1 | Receipt and review of 5/9/05 email from Troy Rafferty re: having a pre-meeting conference call | RJA | 0.25 |
| 05/09/05 | 1 | Receipt and review of 5/6/05 email from Kevin Huddell requesting appointment to a subcommittee | RJA | 0.25 |
| 05/09/05 | 1 | Receipt and review of 5/9/05 email from Chris Tisi re: letter to the FDA counsel | RJA | 0.25 |
| 05/09/05 | 1 | Receipt and review of 5/9/05 email from Chris Tisi re: conference call scheduled for 5/9/05 at 2:00 p.m. CST | RJA | 0.25 |
| 05/09/05 | 1 | Receipt and review of 5/6/05 e-mail from Regina Westenfeld re: letter to P. Wittmann from Russ Herman re: detailer information | RJA | 0.25 |
| 05/09/05 | 1 | Receipt and review of 5/9/05 e-mail from Chris Seeger re: New Orleans radio ad | RJA | 0.25 |
| 05/09/05 | 1 | Receipt and review of 5/8/05 email from Regina Westenfeld re: letter from Kebodeaux regarding committees | RJA | 0.25 |
| 05/09/05 | 2 | Prepare for and attend supplemental conference call re: Case Management Order | RJA | 0.50 |
| 05/09/05 | 2 | Prepare for and attend Case Management Order conference call with PSC members | RJA | 2.25 |
| 05/09/05 | 2 | Receipt and review of Submission regarding scope & status of federal and state court class actions | RJA | 0.50 |
| 05/09/05 | 2 | Receipt and review of Submission regarding communications with plaintiffs' healthcare providers filed by Merck | RJA | 0.50 |
| 05/09/05 | 2 | Receipt and review of Plaintiffs' brief regarding ex parte contacts by defendant with plaintiffs' treating physicians | RJA | 0.50 |
| 05/09/05 | 3 | Prepare for and attend conference call with Vioxx Discovery Committee leadership in anticipation of upcoming discovery conference call with entire group of as many as potentially 100 committee members | RJA | 0.75 |
| 05/09/05 | 3 | Prepare for and attend discovery conference call with entire Discovery Committee | RJA | 0.50 |

| 05/09/05 | 3 | Receipt and review of 5/9/05 e-mail from Troy Rafferty re: draft of agenda for discovery conference call | RJA | 0.25 |
|---|---|---|---|---|
| 05/10/05 | 1 | Receipt and review of May 10, 2005 e-mail from Lenny Davis with reminder that PSC conference call will take place at 4:00 CST on May 10, 2005. | RJA | 0.25 |
| 05/10/05 | 1 | Receipt and review of May 9, 2005 e-mail from Elizabeth Cabraser with revision to Draft CMO | RJA | 0.25 |
| 05/10/05 | 1 | Receipt and review of May 10, 2005 e-mail from Elizabeth Cabraser with stating she is ending the CMO out this morning. | RJA | 0.25 |
| 05/10/05 | 1 | Receipt and review of 5/9/05 e-mail from Chris Seeger re: resignation of Merck's Gilmartin following the analysis of the FDA's memorandum | RJA | 0.25 |
| 05/10/05 | 1 | Receipt and review of May 10, 2005 e-mail form Troy Rafferty with latest defense proposed fact sheet attached. | RJA | 0.25 |
| 05/10/05 | 1 | Receipt and review of 5/5/05 email from Regina Westenfeld re: cases pending in state court except CA and NJ | RJA | 0.25 |
| 05/10/05 | 1 | Receipt and review of 5/9/05 e-mail from Troy Rafferty re: motion to prohibit contact with treating doctors | RJA | 0.25 |
| 05/10/05 | 1 | Receipt and review of 5/9/05 e-mail from Chris Tisi re: letter to the FDA | RJA | 0.25 |
| 05/10/05 | 1 | Receipt and review of 5/9/05 email from Regina Westenfeld re: transcript of 4/28/05 status conference | RJA | 0.25 |
| 05/10/05 | 1 | Receipt and review of May 10,2 005 e-mail from Brandy Blisard requesting Val Exnicios' contact information. | RJA | 0.25 |
| 05/10/05 | 1 | Receipt and review of 5/3/05 e-mail from Lillian Flemming re: committee welcome memorandum and confidentiality agreement | RJA | 0.25 |
| 05/10/05 | 1 | Receipt and review of 5/5/05 email from Regina Westenfeld re: letter from Dawn Barrios regarding committees | RJA | 0.25 |
| 05/10/05 | 2 | Receipt and review of May 9, 2005 e-mail from Regina Westenfeld attaching Motion to Substitute Attorneys Stephen Rovak and Deborah Druley. | RJA | 0.25 |
| 05/10/05 | 2 | Receipt and review of May 9, 2005 e-mail from Regina Westenfeld with Order granting Motion for Leave to File Reply signed 5/4/05 attached. | RJA | 0.25 |
| 05/10/05 | 2 | Receipt and review of May 9, 2005 e-mail from Regina Westenfeld with Motion for Leave to File reply by Defendant, ESI Mail Pharmacy attached. | RJA | 0.25 |
| 05/10/05 | 2 | Receipt and review of May 9, 2005 e-mail from Regina Westenfeld with Order that Plaintiffs' Liaison Counsel file a response to pro se inmates' motions by 6/6/05. | RJA | 0.25 |
| 05/10/05 | 2 | Receipt and review of 5/9/05 e-mail from Lillian Flemming re: revised draft of CMO | RJA | 0.25 |
| 05/10/05 | 2 | Receipt and review of 5/9/05 email from Lenny Davis re: letter to Herman sending draft PTO | RJA | 0.25 |
| 05/10/05 | 2 | Receipt and review of 5/9/05 e-mail from David Buchanan re: draft of production order | RJA | 0.25 |
| 05/10/05 | 2 | Receipt and review of 5/4/05 e-mail from David Buchanan re: plaintiffs' proposed confidentiality order | RJA | 0.25 |

Exhibit E

| 05/11/05 | 1 | Receipt and review of 5/10/05 email from Regina Westenfeld re: motion for extension of time to serve complaint by plaintiff, Paulette Jackson | RJA | 0.25 |
|---|---|---|---|---|
| 05/11/05 | 1 | Receipt and review of 5/10/05 e-mail from Regina Westenfeld re: order granting motion for leave to file excess pages | RJA | 0.25 |
| 05/11/05 | 1 | Receipt and review of 5/10/05 email from Regina Westenfeld re: notice of appearance of Stephen Dryden | RJA | 0.25 |
| 05/11/05 | 1 | Receipt and review of 5/10/05 email from Regina Westenfeld re: motion for extension of time to answer complaint by defendant, Publix Super Markets | RJA | 0.25 |
| 05/11/05 | 1 | Receipt and review of 5/10/05 e-mail from Regina Westenfeld re: Motion & Order for Andy Birchfield to Appear as Counsel for Plaintiffs | RJA | 0.25 |
| 05/11/05 | 1 | Receipt and review of May 9, 2005 e-mail from Troy Rafferty with latest defense proposed fact sheet attached asking for my comments/revisions. | RJA | 0.25 |
| 05/11/05 | 1 | Receipt and review of May 10, 2005 e-mail from Lillian Flemming with e-mail and attachments forwarded to Phillip Wittmann from Leonard A. Davis on May 10, 2005. | RJA | 0.25 |
| 05/11/05 | 1 | Receipt and review May 10, 2005 e-mail from Lillian Flemming re: proposed PTO from Dorothy Wimberly with attachment from Leonard Davis. | RJA | 0.25 |
| 05/11/05 | 2 | Receipt and review of e-mail from Regina Westenfeld dated May 9, 2005 with Reply to Response to Motion filed by Defendant ESI Mail Pharmacy re: Motion to Dismiss Party Express Scripts, Inc. attached. | RJA | 0.25 |
| 05/12/05 | 1 | Receipt and review of 5/12/05 e-mail from Dawn Barrios re: Motion to Remand to CDC was heard on 5/11/05 by Judge Fallon | RJA | 0.25 |
| 05/12/05 | 1 | Receipt and review of 5/12/05 e-mail from Lillian Flemming re: letter from Leonard Davis | RJA | 0.25 |
| 05/12/05 | 1 | Receipt and review of 5/12/05 e-mail from Dawn Barrios re: request for oral argument by plaintiffs | RJA | 0.25 |
| 05/12/05 | 1 | Receipt and review of 5/11/05 email from Tobias Millrood re: fact sheet | RJA | 0.25 |
| 05/12/05 | 1 | Receipt and review of 5/12/05 e-mail from Lenny Davis re: contact with doctors and defendants filed a reply memo | RJA | 0.25 |
| 05/12/05 | 1 | Receipt and review of 5/12/05 e-mail from Lillian Flemming re: re: email sent to Phil Wittman | RJA | 0.25 |
| 05/12/05 | 1 | Receipt and review of 5/11/05 e-mail from Regina Westenfeld re: Order re notice of voluntary dismissal | RJA | 0.25 |
| 05/12/05 | 1 | Receipt and review of 5/12/05 email from Regina Westenfeld re: Order lifting stay of Conditional Transfer and transferring one case | RJA | 0.25 |
| 05/12/05 | 1 | Receipt and review of 5/12/05 email from Regina Westenfeld re: letter to clerk from attorney Elizabeth Cowen | RJA | 0.25 |
| 05/12/05 | 1 | Receipt and review of 5/11/05 e-mail from Regina Westenfeld re: Order granting motion to withdraw as attorney | RJA | 0.25 |

| 05/12/05 | 1 | Receipt and review of 5/12/05 email from Regina Westenfeld re: motion to withdraw Sarah Merriam as attorney by defendant Merck | RJA | 0.25 |
|---|---|---|---|---|
| 05/12/05 | 1 | Receipt and review of May 5, 2005 e-mail from Regina Westenfeld (Russ Herman) with letter from Vernon Thomas re: committees attached. | RJA | 0.25 |
| 05/12/05 | 1 | Receipt and review of May 4, 2005 e-mail from Joyce Romano re: Plaintiffs' Proposed Confidentiality Order with attached comments from Russ | RJA | 0.25 |
| 05/12/05 | 1 | Receipt and review of May 4, 2005 e-mail from Robert Shelquist re: science subcommittees | RJA | 0.25 |
| 05/12/05 | 2 | Receipt and review of May 6, 2005 e-mail from Regina Westenfeld filing order denying Motion for Conditional Remand signed 4/29/05 | RJA | 0.25 |
| 05/12/05 | 2 | Receipt and review of May 6, 2005 facsimile from Dianne Nast with May 6, 2005 correspondence from her to Brandy Blissard enclosing copy of executed Confidentiality Agreement. | RJA | 0.25 |
| 05/12/05 | 2 | Receipt and review of May 6, 2005 e-mail from Regina Westenfeld with order that FDA counsel Carmelian Allis & FDA paralegal specialist Harold Stepper appear for 5/23/05 pre-trial conference. | RJA | 0.25 |
| 05/12/05 | 2 | Receipt and review of May 4, 2005 e-mail from Regina Westenfeld with Request by Plaintiff for Summons attached. | RJA | 0.25 |
| 05/12/05 | 2 | Receipt and review of May 9, 2005 e-mail from Lillian Flemming re: Draft CMO attaching revised reline draft of the CMO. | RJA | 0.25 |
| 05/12/05 | 2 | Receipt and review of May 7, 2005 e-mail from Regina Westenfeld attaching Notice by plaintiff regarding extension of expert report deadlines. | RJA | 0.25 |
| 05/12/05 | 2 | Receipt and review of May 7, 2005 e-mail from Regina Westenfeld with Order that claims involving a prescription drug other than Vioxx are separated from MDL 1657 to be handled at a future date. | RJA | 0.25 |
| 05/12/05 | 2 | Receipt and review of May 7, 2005 e-mail from Regina Westenfeld with order directing Plaintiffs' Liaison Counsel to take appropriate action with regard to pro se parties motions to appoint counsel signed 5/2/05. | RJA | 0.25 |
| 05/12/05 | 2 | Receipt and review of May 7, 2005 e-mail from Regina Westenfeld with memorandum in Support filed by Plaintiff re: motion to appoint counsel attached. | RJA | 0.25 |
| 05/12/05 | 2 | Receipt and review of May 7, 2005 e-mail from Regina Westenfeld with summons returned executed as to defendant, Pfizer, Inc. | RJA | 0.25 |
| 05/12/05 | 2 | Receipt and review of May 7, 2005 e-mail from Regina Westenfeld with Waiver of Service returned executed as to defendant Merck & Co attached. | RJA | 0.25 |
| 05/12/05 | 2 | Receipt and review of May 7, 2005 e-mail from Regina Westenfeld with answer to complaint with jury demand by defendant, Amerisource Corporation, etc. attached. | RJA | 0.25 |

Exhibit E

| 05/12/05 | 2 | Receipt and review of May 7, 2005 e-mail from Regina Westenfeld with Order - Court directs Plaintiffs' Liaison Counsel to take appropriate action to the attached motion filed by a pro se party signed by Judge Fallon. | RJA | 0.25 |
|---|---|---|---|---|
| 05/14/05 | 1 | Receipt and review 5/13/05 e-mail from Lillian Flemming re: letter to Regis Realty | RJA | 0.25 |
| 05/14/05 | 1 | Receipt and review 5/13/05 e-mail from Russ Herman re: letter from Jeffrey Fink | RJA | 0.25 |
| 05/14/05 | 1 | Receipt and review 5/13/05 e-mail from Dawn Barrios re: law, briefing and class committee | RJA | 0.25 |
| 05/14/05 | 2 | Receipt and review of May 12, 2005 e-mail from LexisNexis File & Serve and Defendant Merck's Supplemental Brief re: Health Care Providers with Exhibits A & B attached. | RJA | 0.25 |
| 05/16/05 | 1 | Receipt and review of May 13, 2005 e-mail from Dawn Barrios re: Vioxx Timeline - regarding Woodson sending a timeline to the sales re/detailman subcommittee. | RJA | 0.25 |
| 05/16/05 | 1 | Prepare for and attend Administrative Committee conference call | RJA | 0.25 |
| 05/16/05 | 1 | Receipt and review 5/16/05 e-mail from Val Exnicios re: Vioxx Discovery Committee | RJA | 0.25 |
| 05/16/05 | 1 | Receipt and review 5/12/05 e-mail from Russ Herman with attached Defendants Supplemental Submission Regarding Health Care Providers | RJA | 0.25 |
| 05/16/05 | 1 | Receipt and review 5/15/05 e-mail from Mark Robinson re: draft master doc requests - sales and marketing | RJA | 0.25 |
| 05/16/05 | 1 | Receipt and review 5/15/05 e-mail from Troy Rafferty re: revised RFP's | RJA | 0.25 |
| 05/16/05 | 1 | Receipt and review 5/13/05 e-mail from Troy Rafferty re: plaintiff's supplemental brief regarding ex parte contact | RJA | 0.25 |
| 05/16/05 | 1 | Receipt and review 5/15/05 e-mail from Christopher Tisi re: draft master doc requests | RJA | 0.25 |
| 05/16/05 | 1 | Receipt and review 5/16/05 e-mail from Fred Longer re: plaintiff's supplemental brief regarding ex parte contact | RJA | 0.25 |
| 05/16/05 | 1 | Receipt and review 5/16/05 e-mail from Leonard Davis re: PSC conference call 5/17/05 | RJA | 0.25 |
| 05/16/05 | 1 | Receipt and review 5/13/05 e-mail from David Buchanan with attached redline to proposed confidentiality order | RJA | 0.25 |
| 05/16/05 | 1 | Receipt and review 5/16/05 e-mail from Charles Cohen re: MDL protective order | RJA | 0.25 |
| 05/16/05 | 1 | Receipt and review 5/14/05 e-mail from Lenny Davis re: MDL protective order | RJA | 0.25 |
| 05/16/05 | 1 | Receipt and review 5/15/05 e-mail from Russ Herman with attached Order dismissing as premature [253] Motion to Dismiss filed by Express Scripts | RJA | 0.25 |
| 05/16/05 | 1 | Receipt and review 5/13/05 e-mail from Michael Wagner re: resumes regarding depository work | RJA | 0.25 |
| 05/16/05 | 1 | Receipt and review 5/15/05 e-mail from Steve Herman re: additional wording changes to draft master document requests - sales and marketing | RJA | 0.25 |
| 05/16/05 | 1 | Receipt and review 5/15/05 e-mail from Steven Herman re: changes to Nos. 12 and 15 of master document requests | RJA | 0.25 |

| 05/16/05 | 1 | Receipt and review 5/15/05 e-mail from Robert Shelquist re: assignments to committees | RJA | 0.25 |
|---|---|---|---|---|
| 05/16/05 | 1 | Receipt and review 5/14/05 e-mail from Russ Herman re: LexisNexis running in the Vioxx MDL #1657 | RJA | 0.25 |
| 05/16/05 | 1 | Receipt and review 5/15/05 e-mail from Russ Herman with attached supplemental submission regarding communications with plaintiffs' healthcare providers by Defendant Merck & Company, Inc. | RJA | 0.25 |
| 05/16/05 | 1 | Receipt and review 5/12/05 e-mail from Lenny Davis re: contact with doctors | RJA | 0.25 |
| 05/16/05 | 1 | Receipt and review 5/15/05 e-mail from David Buchanan re: MDL protective order and suggested changes | RJA | 0.25 |
| 05/16/05 | 1 | Receipt and review 5/12/05 e-mail from Chris Seeger re: proposed PTO regarding service, answer | RJA | 0.25 |
| 05/16/05 | 1 | Receipt and review 5/12/05 e-mail from Russ Herman re: proposed PTO regarding service, answer | RJA | 0.25 |
| 05/16/05 | 2 | Receipt and review of Draft of Plaintiffs' Reply to Defendant Merck's Supplemental Submission regarding Ex Parte Contacts with Plaintiffs' Treating Physicians. | RJA | 0.25 |
| 05/16/05 | 2 | Receipt and review of May 13, 2005 e-mail from Troy Rafferty attaching first draft of plaintiffs' supplemental brief regarding ex parte contact. | RJA | 0.25 |
| 05/16/05 | 2 | Receipt and review of draft of Plaintiffs' First Request for Production of Documents Directed to Defendant. | RJA | 0.50 |
| 05/16/05 | 2 | Receipt and review 5/12/05 e-mail from Russ Herman with attached Defendants' supplemental Submission Regarding Health Care Providers | RJA | 0.25 |
| 05/16/05 | 2 | Receipt and review 5/15/05 e-mail from Russ Herman with attached Minue Entry for proceedings held before Judge Fallon on 5/12/05 | RJA | 0.25 |
| 05/17/05 | 1 | Receipt and review of May 11, 2005 correspondence from T. Scott Allen and J. Henderson regarding their Doctor Clients and their position regarding master answers and case management order. | RJA | 1.25 |
| 05/17/05 | 1 | Receipt and review 5/17/05 e-mail from Lillian Flemming re: letter to Judge Fallon with attachments | RJA | 0.25 |
| 05/17/05 | 1 | Receipt and review 5/17/05 e-mail from Leonard Davis re: agenda for 5/17/05 PSC conference call | RJA | 0.25 |
| 05/17/05 | 1 | Receipt and review 5/17/05 e-mail from Russ Herman and his memos regarding his meetings with the Court and Defense Counsel | RJA | 0.25 |
| 05/17/05 | 2 | Receipt and review two revised CMO's from Leonard Davis provided by the defendants. | RJA | 1.25 |
| 05/17/05 | 2 | Receipt and review 5/16/05 e-mail from Russ Herman with attached Order denying [342] Motion to Expedite hearing of magistrate's remand order signed by Judge Fallon | RJA | 0.25 |
| 05/17/05 | 2 | Receipt and review 5/16/05 e-mail from Russ Herman with attached Motion to Substitute Party USA as defendant in place of Praven Deshmukh, MD | RJA | 0.25 |

| 05/17/05 | 2 | Receipt and review 5/16/05 e-mail from Russ Herman with attached Motion to Expedite Hearing of Magistrate's Remand Order by Plaintiff | RJA | 0.25 |
|----------|---|---|-----|------|
| 05/18/05 | 1 | Receipt and review of May 18, 2005 e-mail from Drew Ranier re: assessment issue requesting I give him a call. | RJA | 0.25 |
| 05/18/05 | 1 | Receipt and review of May 4, 2005 e-mail from Regina Westenfeld with Transfer Order from the MDL Panel transferring one case to the Eastern District of LA to become part of MDL 1657 attached. | RJA | 0.25 |
| 05/18/05 | 1 | Receipt and review of May 10, 2005 e-mail from Regina Westenfeld with Order granting Motion to appear signed by Judge Fallon on 5/3/05 attached. | RJA | 0.25 |
| 05/18/05 | 1 | Receipt and review of May 10, 2005 e-mail from Regina Westenfeld re: filing request /statement of oral argument by plaintiffs regarding Motion to Remand. | RJA | 0.25 |
| 05/18/05 | 1 | Receipt and review of May 5, 2005 e-mail from Regina Westenfeld/Russ Herman with request from Flaherty re: committees attached. | RJA | 0.25 |
| 05/18/05 | 1 | Receipt and review of May 4, 2005 e-mail from Regina Westenfeld with Response to Merck's Objection to Remand Order or alternative Motion to adopt Remand Order entered by Mag. Judge Robert Armstrong by plaintiff attached. | RJA | 0.25 |
| 05/18/05 | 1 | Receipt and review of May 10, 2005 e-mail from Regina Westenfeld re: Text Order granting Motion to appear signed by Judge Fallon on 5/6/05 | RJA | 0.25 |
| 05/18/05 | 1 | Receipt and review 5/17/05 e-mail from Russ Herman with attached Minute Entry for 5/16/05 status conference | RJA | 0.25 |
| 05/18/05 | 1 | Receipt and review 5/17/05 e-mail from Russ Herman with attached Summons returned executed on Merck & Company served 5/6/05 | RJA | 0.25 |
| 05/19/05 | 1 | Receipt and review of 5/19/05 e-mail from Chris Tisi along with detailed memo re: status of FDA negotiations | RJA | 0.25 |
| 05/19/05 | 1 | Email to Chris Tisi re: getting documents from Congress via FOIA request and requesting that the FDA comply with requests on a time table set by Judge Fallon | RJA | 0.25 |
| 05/19/05 | 1 | Receipt and review of May 18, 2005 e-mail from Connie Lyons re: Response letter to MDL Liaison Counsel re: Order Language | RJA | 0.25 |
| 05/19/05 | 1 | Receipt and review 5/18/05 e-mail from Samuel Davis re: Vioxx Science Committee assignments requested | RJA | 0.25 |
| 05/19/05 | 1 | Receipt and review 5/18/05 e-mail from Chris Coffin re: when is next Vioxx status conference | RJA | 0.25 |
| 05/19/05 | 1 | Receipt and review 5/18/05 e-mail from Russ Herman re: PSC objection to inclusion of language proposed to Mr. Wittman | RJA | 0.25 |
| 05/19/05 | 1 | Receipt and review 5/18/05 e-mail from Russ Herman re: numerous e-mails from the PSC to Defense Counsel transmitting drafts to which there are no responses | RJA | 0.25 |
| 05/19/05 | 1 | Receipt and review Notice of Change of Address by Plaintiff, Danny Bell | RJA | 0.25 |

Exhibit E

| 05/19/05 | 1 | Receipt and review  5/18/05 e-mail from Russ Herman with attached response from Wittman to Texas doctor defendants | RJA | 0.25 |
|---|---|---|---|---|
| 05/19/05 | 1 | Receipt and review 5/19/05 e-mail from Troy Rafferty re: availability for conference call | RJA | 0.25 |
| 05/19/05 | 1 | Receipt and review 5/19/05 e-mail from Christopher Tisi re: availability for conference call | RJA | 0.25 |
| 05/19/05 | 1 | Receipt and review 5/19/05 e-mail from Steven Herman re: 5/20/05 conference call to discuss sales and marketing requests and strategy | RJA | 0.25 |
| 05/19/05 | 1 | Receipt and review 5/19/05 e-mail from Carlene Lewis re: FDA getting documents directly from Congress via FOIA | RJA | 0.25 |
| 05/19/05 | 1 | Receipt and review 5/19/05 e-mail from Connie Lyons re: sending proposal again | RJA | 0.25 |
| 05/19/05 | 1 | Receipt and review 5/19/05 e-mail from Christopher Tisi re: asking Congressional contacts FOIA question | RJA | 0.25 |
| 05/19/05 | 1 | Receipt and review 5/19/05 e-mail from Troy Rafferty re: conference call information | RJA | 0.25 |
| 05/19/05 | 1 | Receipt, review and analysis of FDA executive summary and complete 19 page memorandum dated April 6, 2005. | RJA | 1.00 |
| 05/19/05 | 1 | Receipt and review 5/19/05 e-mail from Christopher Tisi re: availability for conference call | RJA | 0.25 |
| 05/19/05 | 1 | Receipt and review 5/19/05 e-mail from Scott Allen re: doctor's proposal for pre-trial case management orders | RJA | 0.25 |
| 05/19/05 | 1 | Receipt and review 5/19/05 e-mail from Frank Woodson re: availability for conference call | RJA | 0.25 |
| 05/19/05 | 1 | Receipt and review 5/19/05 e-mail from Steven Herman re: conference call and 5/18/05 e-mail regarding insurance issues | RJA | 0.25 |
| 05/19/05 | 1 | Receipt and review 5/19/05 e-mail from Brett Powers re: suggestions for changes to Interrogatories and Request for Production | RJA | 0.25 |
| 05/19/05 | 2 | Receipt and review 5/18/05 e-mail from Russ Herman with attached Response to Motion filed by Defendant Merck re: [96] Motion to Amend/Correct | RJA | 0.50 |
| 05/19/05 | 2 | Receipt and review 5/18/05 e-mail from Russ Herman with attached Request/Statement of Oral Argument by Pfizer, Inc. regarding [349] Motion to Dismiss Case | RJA | 0.25 |
| 05/19/05 | 2 | Receipt and review 5/18/05 e-mail from Russ Herman with attached Motion challenging re-designation of documents as privileged by plaintiff | RJA | 0.25 |
| 05/19/05 | 2 | Receipt and review PreTrial Order #10 | RJA | 0.25 |
| 05/19/05 | 2 | Receipt and review Order Dismissing as Premature [356] Motion Challenging Defendant's Re-Designation of Documents | RJA | 0.25 |
| 05/19/05 | 2 | Receipt and review Request/Statement of Oral Argument by Plaintiff Regarding Motion to Remand | RJA | 0.25 |
| 05/19/05 | 2 | Receipt and review Motion challenging re-designation of documents as privileged by plaintiff | RJA | 0.25 |
| 05/19/05 | 3 | Conference with Steve Herman regarding discovery issues | RJA | 0.25 |

Exhibit E

| 05/19/05 | 3 | Review and editing latest generation of plaintiff management committee's first set of interrogatories | RJA | 1.00 |
|---|---|---|---|---|
| 05/19/05 | 3 | Email to Chris Tisi re: suggestions/changes to interrogatories | RJA | 0.25 |
| 05/20/05 | 1 | Receipt and review of 5/20/05 e-mail from Lin Moen (Mark Robinson) re: meeting on Sunday at the Ritz Carlton | RJA | 0.25 |
| 05/20/05 | 1 | Email to Lin Moen (Mark Robinson) regarding attendance at the meeting on Sunday | RJA | 0.25 |
| 05/20/05 | 1 | Receipt and review of 5/13/05 e-mail from Regina Westenfeld re: derivative litigation | RJA | 0.25 |
| 05/20/05 | 1 | Telephone conference with James Singleton regarding State Liaison Committee. | RJA | 0.25 |
| 05/20/05 | 1 | Receipt and review of 5/20/05 e-mail from Dawn Barrios re: she will attend breakfast meeting | RJA | 0.25 |
| 05/20/05 | 1 | Receipt and review of 5/20/05 e-mail from Dawn Barrios re: appointment to State Liaison Counsel | RJA | 0.25 |
| 05/20/05 | 1 | Receipt and review of 5/20/05 e-mail from Dawn Barrios re: she called and left messages for everyone on the Committee | RJA | 0.25 |
| 05/20/05 | 1 | Receipt and review of 5/20/05 email from Michael Burg re: looking forward to seeing everyone on Monday at status conference | RJA | 0.25 |
| 05/20/05 | 1 | Receipt and review of 5/20/05 e-mail from Michael Burg re: looks forward to working with RJA | RJA | 0.25 |
| 05/20/05 | 1 | Receipt and review of 5/20/05 e-mail from Justin Witkin re: he is looking forward to working on the State Liaison Committee | RJA | 0.25 |
| 05/20/05 | 3 | Receipt and review of 5/20/05 e-mail from Troy Rafferty agreeing with RJA's suggestions to changes on interrogatories | RJA | 0.25 |
| 05/20/05 | 3 | Receipt and review of 5/19/05 e-mail from Chris Tisi re: changes to interrogatories | RJA | 0.25 |
| 05/20/05 | 3 | Receipt and review of 5/20/05 email from Troy Rafferty re: interrogatories | RJA | 0.25 |
| 05/20/05 | 3 | Receipt and review of 5/17/05 email from Chris Tisi re: draft of master set of interrogatories | RJA | 0.25 |
| 05/20/05 | 3 | Prepare for and attend conference calls re: latest generation of interrogatories and requests for production of documents; participate in marketing conference call | RJA | 2.50 |
| 05/22/05 | 1 | Prepare for meeting associated with marketing issues. | RJA | 2.00 |
| 05/22/05 | 2 | Travel from Alexandria to New Orleans to attend meeting with Marketing Committee Members, Federal/State Liaison Committee members and status conference. | RJA | 3.50 |
| 05/22/05 | 2 | Receipt and review of Conditional Transfer Orders No.s 6 & 7 | RJA | 0.25 |
| 05/22/05 | 2 | Receipt and review of Conditional Transfer Order from the MDL Panel transferring one case to the Eastern District. | RJA | 0.25 |
| 05/22/05 | 2 | Receipt and review of Conditional Transfer Order transferring 89 actions to the Eastern District | RJA | 0.25 |
| 05/22/05 | 2 | Receipt and review of Order Lifting Stay of Conditional Transfer Order. | RJA | 0.25 |

| 05/22/05 | 3 | Review deposition of Merlin Wilson (defense expert) | RJA | 1.00 |
|---|---|---|---|---|
| 05/23/05 | 1 | Prepare for and attend meeting with Federal/State Liaison Committee members; prepare for and attend status conference, attend post-status conference PSC meeting; prepare for and attend meetings at Phil Wittmann's office to work on Case Management Order and issues associated with exparte contact with physicians; work on issues associated with healthcare provider submissions to Case Manager Order and communications with counsel for healthcare providers, Scott Allen. | RJA | 11.00 |
| 05/23/05 | 1 | Receipt and review of 5/23/05 e-mail from Dawn Barrios to Phil Whittmann re: thanking him for listing of cases in the MDL | RJA | 0.25 |
| 05/24/05 | 1 | Receipt and review of May 23, 2004 e-mail from Dawn Barrios to Dorothy Wimberly attaching most current list of plaintiffs' counsel and asking if there was any further delineation on counsel in federal court vs. counsel in state court cases? | RJA | 0.25 |
| 05/24/05 | 1 | E-mail to Vioxx MDL PSC attaching Levy Cites excerpt re: ex parte physician communication issue. | RJA | 0.25 |
| 05/24/05 | 1 | Correspondence to Troy Rafferty enclosing signed requisite agreement by J.R. Whaley in connection with his work on the Discovery Committee | RJA | 0.25 |
| 05/24/05 | 1 | Receipt and review of 5/21/05 e-mail from Regina Westenfeld re: minute entry | RJA | 0.25 |
| 05/24/05 | 1 | Receipt and review of 5/20/05 email from Regina Westenfeld re: Joint Report No. 3 | RJA | 0.25 |
| 05/24/05 | 1 | Email to State Liaison Committee regarding contact information list | RJA | 0.25 |
| 05/24/05 | 1 | Receipt and review of 5/20/05 e-mail from Dawn Barrios re: her conference with Tom Girardi | RJA | 0.25 |
| 05/24/05 | 1 | Receipt and review of 5/24/05 e-mail form Chris Seeger re: conference with Beisner | RJA | 0.25 |
| 05/24/05 | 1 | Receipt and review of 5/23/05 e-mail from Regina Westenfeld re: article re: tens of thousands of cases seen in Vioxx litigation | RJA | 0.25 |
| 05/24/05 | 1 | Receipt and review of Joint Report No. 3 | RJA | 0.25 |
| 05/24/05 | 1 | Receipt and review of 5/23/05 email from Regina Westenfeld re: Amended Order extending defendant Publix Super Market's time to respond | RJA | 0.25 |
| 05/24/05 | 1 | Receipt and review of 5/20/05 email from Regina Westenfeld re: two letters from the FDA | RJA | 0.25 |
| 05/24/05 | 1 | Receipt and review of 5/23/05 email from Chris Seeger re: will Beisner agree to withdraw the ex parte motion | RJA | 0.25 |
| 05/24/05 | 1 | Receipt and review of 5/24/05 e-mail from Troy Rafferty re: defense counsel's position on ex parte physician issue | RJA | 0.25 |
| 05/24/05 | 1 | Receipt and review of 5/24/05 e-mail from Troy Rafferty re: Chris Seeger is taking the lead on the CMO | RJA | 0.25 |
| 05/24/05 | 1 | Receipt and review of 5/24/05 email from Denise Martin re: Gerald Meunier is in a deposition and she will have him call RJA | RJA | 0.25 |

| 05/24/05 | 1 | Receipt and review of 5/23/05 email from Barbara Webster re: contact information for James Singleton | RJA | 0.25 |
|---|---|---|---|---|
| 05/24/05 | 1 | Email to PSC regarding whether or not the weekly conference call is taking place | RJA | 0.25 |
| 05/24/05 | 1 | Receipt and review of 5/24/05 e-mail from Chris Seeger re: ex parte physician  issue | RJA | 0.25 |
| 05/24/05 | 1 | Receipt and review of 5/23/05 e-mail from Dawn Barrios requesting copy of court transcripts | RJA | 0.25 |
| 05/24/05 | 1 | Receipt and review of 5/24/05 email from Elizabeth Cabraser re: Judge Diana Murphy | RJA | 0.25 |
| 05/24/05 | 1 | Receipt and review of 5/24/05 email from Chris Seeger re: brief from NJ | RJA | 0.25 |
| 05/24/05 | 1 | Receipt and review of 5/24/05 email from Marilyn Arnold re: list of MDL Insurance Committee members | RJA | 0.25 |
| 05/24/05 | 1 | Receipt and review of Minute Entry regarding FDA's Production of Documents | RJA | 0.25 |
| 05/24/05 | 1 | Receipt and review of 5/21/05 e-mail from Chris Tisi regarding scheduling a meeting | RJA | 0.25 |
| 05/24/05 | 1 | Receipt and review of 5/21/05 email from Thomas Kline re: article in the New York Times | RJA | 0.25 |
| 05/24/05 | 1 | Receipt and review of 5/21/05 e-mail from Mark re: theme grid | RJA | 0.25 |
| 05/24/05 | 1 | Receipt and review of 5/21/05 email from Chris Seeger re: letters from the FDA | RJA | 0.25 |
| 05/24/05 | 1 | Calls to and from John Biesner regarding issues associated with ex parte doctor communication, along with calls regarding same topic to Troy Rafferty and work on supplemental memorandum regarding same. | RJA | 1.50 |
| 05/24/05 | 1 | Receipt and review of 5/21/05 email from Lenny Davis re: letters from the FDA | RJA | 0.25 |
| 05/24/05 | 1 | Telephone conference with Gerald Meunier re: ex parte physician contact issue | RJA | 0.25 |
| 05/24/05 | 1 | Conference with Scott Allen who represents health care providers regarding their insert to the Case Management Order. | RJA | 0.25 |
| 05/24/05 | 2 | Receipt and review of 5/21/05 e-mail from Chris Seeger re: draft of tolling agreement | RJA | 0.25 |
| 05/24/05 | 2 | Receipt and review of 5/20/05 email from Regina Westenfeld re: draft of tolling agreement | RJA | 0.25 |
| 05/24/05 | 4 | Receipt and review of 5/21/05 email from Chris Seeger re: defendant's trial proposal | RJA | 0.25 |
| 05/24/05 | 4 | Receipt and review of 5/21/05 email from Elizabeth Cabraser re: she will draft a document responding to defendants' trial proposal | RJA | 0.25 |
| 05/24/05 | 4 | Receipt and review of 5/21/05 e-mail from Carlene Lewis re: she agrees with Elizabeth Cabraser regarding response to defendants' trial proposal | RJA | 0.25 |
| 05/24/05 | 4 | Receipt and review of 5/21/05 email from Elizabeth Cabraser re: defendants' trial proposal | RJA | 0.25 |
| 05/24/05 | 4 | Receipt and review of 5/23/05 email from Chris Seeger re: defendants' trial proposal | RJA | 0.25 |

| 05/25/05 | 1 | Receipt and review of Pretrial Order #12 | RJA | 0.25 |
|---|---|---|---|---|
| 05/25/05 | 1 | Email to Leonard Davis requesting copy of transcript from hearing on May 23, 2005 | RJA | 0.25 |
| 05/25/05 | 1 | Email to Dawn Barrios transmitting court transcripts from March 18th and April 28th hearings | RJA | 0.25 |
| 05/25/05 | 1 | Receipt and review of 5/24/05 email from Lexis Nexis re: Joint Report No. 3 | RJA | 0.25 |
| 05/25/05 | 1 | Receipt and review of 5/24/05 email from Troy Rafferty re: ex parte contact issue and response from Merck | RJA | 0.25 |
| 05/25/05 | 1 | Receipt and review of 5/25/05 email from Denis Martin re: CMO | RJA | 0.25 |
| 05/25/05 | 1 | Receipt and review of notice from Lexis Nexis regarding upcoming status conference | RJA | 0.25 |
| 05/25/05 | 1 | Receipt and review of 5/25/05 e-mail from Steve Herman re: regarding the Dumas case and brief on contact with physicians | RJA | 0.25 |
| 05/25/05 | 1 | Receipt and review of 5/25/05 e-mail from Dawn Barrios re: Louisiana Choice of Law memo from Richard Arsenault | RJA | 0.25 |
| 05/25/05 | 1 | Receipt and review of 5/25/05 e-mail from Denise Martin re: excerpt for inclusion in brief re: ex parte contact | RJA | 0.25 |
| 05/25/05 | 1 | Receipt and review of 5/24/05 email from Troy Rafferty re: New Jersey brief | RJA | 0.25 |
| 05/25/05 | 1 | Receipt and review of 5/24/05 email from Troy Rafferty re: ex parte communication with doctors | RJA | 0.25 |
| 05/25/05 | 1 | Receipt and review of 5/24/05 email from Mark Robinson re: conference call | RJA | 0.25 |
| 05/25/05 | 1 | Receipt and review of 5/25/05 email from Denise Martin re: email from Jerry Meunier | RJA | 0.25 |
| 05/25/05 | 1 | Receipt and review 5/25/05 e-mail from Dana Lunsford re: proposed response to Merck's supplemental brief regarding ex parte contacts | RJA | 0.25 |
| 05/25/05 | 1 | Receipt and review 5/25/05 e-mail from Dana Lunsford re: information discussed with Mr. Rafferty | RJA | 0.25 |
| 05/25/05 | 1 | Receipt and review 5/25/05 e-mail from Leslie Bryan re: Louisiana choice-of-law materials | RJA | 0.25 |
| 05/25/05 | 1 | Additional call with Mark Robinson regarding marketing issues. | RJA | 0.25 |
| 05/25/05 | 1 | Conference call with Troy Rafferty and more particularly CMO and Doctor Exparte Contact issue. | RJA | 0.25 |
| 05/25/05 | 1 | Receipt and review of 5/25/05 e-mail from Dana Lunsford re: resending attachments regarding proposed response to Merck's supplemental brief regarding ex parte contacts | RJA | 0.25 |
| 05/25/05 | 2 | Receipt and review of 5/25/05 emails from Dana Lunsford and attachments regarding proposed response to Merck's supplemental brief regarding ex parte contacts | RJA | 1.00 |
| 05/25/05 | 2 | Work on drafting and editing of ex parte memorandum regarding ex parte communication with doctors | RJA | 2.00 |
| 05/26/05 | 1 | Email to Troy Rafferty re: status of CMO | RJA | 0.25 |
| 05/26/05 | 1 | Receipt and review of 5/25/05 e-mail from Turner Branch re: telephonic meetings | RJA | 0.25 |

| 05/26/05 | 1 | Email to Turner Branch re: looking forward to working with him | RJA | 0.25 |
|---|---|---|---|---|
| 05/26/05 | 1 | Receipt and review of 5/25/05 e-mail from Regina Westenfeld re: Order re: hearing on plaintiffs' motion to remand is continued | RJA | 0.25 |
| 05/26/05 | 1 | Receipt and review of 5/25/05 e-mail from Regina Westenfeld re: Order granting motion to substitute attorney | RJA | 0.25 |
| 05/26/05 | 1 | Receipt and review of 5/25/05 e-mail from Regina Westenfeld re: order to dismiss case | RJA | 0.25 |
| 05/26/05 | 1 | Receipt and review of 5/25/05 e-mail from Regina Westenfeld along with returned summons executed as to defendant Merck | RJA | 0.25 |
| 05/26/05 | 1 | Receipt and review of 5/25/05 e-mail from Regina Westenfeld re: Order directing plaintiffs liaison counsel to take appropriate action to note the change of address of a pro se inmate | RJA | 0.25 |
| 05/26/05 | 1 | Receipt and review of 5/25/05 e-mail from Regina Westenfeld re: Minute Entry | RJA | 0.25 |
| 05/26/05 | 1 | Receipt and review of 5/26/05 e-mail from Scott Allen | RJA | 0.25 |
| 05/26/05 | 1 | Receipt and review of 5/25/05 e-mail from Regina Westenfeld re: Pretrial Order #13 | RJA | 0.25 |
| 05/26/05 | 1 | Receipt and review of 5/25/05 e-mail from Regina Westenfeld re: Pretrial Order #12 | RJA | 0.25 |
| 05/26/05 | 1 | Receipt and review of 5/25/05 e-mail from Regina Westenfeld re: letter to clerk from Pat Morrow | RJA | 0.25 |
| 05/26/05 | 1 | Conference with Dave Buchannan & Chris Seeger regarding exparte communication with physician's brief. | RJA | 0.25 |
| 05/26/05 | 1 | Receipt and review of 5/26/05 e-mail from Lenny Davis re: file the brief today | RJA | 2.50 |
| 05/26/05 | 1 | Receipt and review of 5/26/05 email from Troy Rafferty re: he added Val Exnicios to Discovery Committee | RJA | 0.25 |
| 05/26/05 | 2 | Receipt and review of 5/25/05 e-mail from Chris Seeger re: he will review the memo re: ex parte communication | RJA | 0.25 |
| 05/26/05 | 2 | Receipt and review of 5/25/05 e-mail from Dawn Barrios re: suggestions to changes on the memo re: ex parte communication | RJA | 0.25 |
| 05/26/05 | 2 | E-mail to group transmitting latest generation of Plaintiffs' Supplemental Memorandum Regarding Ex parte Communication With Treating Physicians | RJA | 0.25 |
| 05/26/05 | 2 | E-mail to group transmitting handwritten changes to Plaintiffs' Supplemental Memorandum Regarding Ex parte Communication With Treating Physicians | RJA | 0.25 |
| 05/26/05 | 2 | Receipt and review of 5/25/05 e-mail from Regina Westenfeld along with Response/Reply by Plaintiff to Defendant Merck's Supplemental Submission Regarding Ex Parte Contacts with Treating Physicians | RJA | 0.25 |
| 05/26/05 | 2 | Receipt and review of 5/25/05 e-mail from Dawn Barrios re: changes to Plaintiffs' Supplemental Memorandum Regarding Ex parte Communication With Treating Physicians | RJA | 0.25 |

| 05/26/05 | 2 | Receipt and review of 5/26/05 email from Elizabeth Cabraser re: she agrees with Dawn's changes to Plaintiffs' Supplemental Memorandum Regarding Ex parte Communication With Treating Physicians | RJA | 0.25 |
|---|---|---|---|---|
| 05/26/05 | 2 | Receipt and review of 5/26/05 e-mail from Troy Rafferty re: changes to Plaintiffs' Supplemental Memorandum Regarding Ex parte Communication With Treating Physicians | RJA | 0.25 |
| 05/26/05 | 2 | E-mail to Troy Rafferty re: changes to Plaintiffs' Supplemental Memorandum Regarding Ex parte Communication With Treating Physicians | RJA | 0.25 |
| 05/26/05 | 2 | Receipt and review of 5/26/054 e-mail from Lenny Davis re: exhibits to Plaintiffs' Supplemental Memorandum Regarding Ex parte Communication With Treating Physicians | RJA | 0.25 |
| 05/26/05 | 2 | Receipt and review of 5/26/05 e-mail from Troy Rafferty re: Plaintiffs' Supplemental Memorandum Regarding Ex Parte Communication With Treating Physicians | RJA | 0.25 |
| 05/26/05 | 2 | E-mail to plaintiff group re: final version of Plaintiffs' Supplemental Memorandum Regarding Ex Parte Communication With Treating Physicians | RJA | 0.25 |
| 05/26/05 | 2 | Final drafting and editing of Plaintiffs' Supplemental Memorandum Regarding Ex Parte Communication With Treating Physicians | RJA | 1.00 |
| 05/26/05 | 2 | Receipt and review of 5/26/05 e-mail from Fred Longer re: brief is well done | RJA | 0.25 |
| 05/26/05 | 3 | Receipt and review o 5/25/05 e-mail from Troy Rafferty re: draft of Requests for Production are ready to be finalized | RJA | 0.25 |
| 05/26/05 | 3 | Receipt and review of 5/25/05 e-mail from Donald Arbitblit re: draft of Requests for Production | RJA | 0.25 |
| 05/26/05 | 3 | Receipt and review of 5/25/05 email from David Buchanan along with final draft of Requests for Production | RJA | 0.75 |
| 05/26/05 | 3 | Receipt and review of 5/26/05 e-mail from David Buchanan re: final draft of requests for production | RJA | 0.25 |
| 05/26/05 | 3 | Receipt and review of 5/26/05 e-mail from Lenny Davis re: final draft of request for production | RJA | 0.25 |
| 05/26/05 | 3 | Receipt and review of 5/26/05 e-mail from David Buchanan re: requests for production is final | RJA | 0.25 |
| 05/27/05 | 1 | Receipt and review of 5/13/05 correspondence from Dawn Barrios to Arnold Levin re: executed Agreement accepting the invitation to become a member on the Law, Briefing and Class Committee | RJA | 0.25 |
| 05/27/05 | 1 | Receipt and review 5/16/05 Minute Entry of Court meeting with Liaison Counsel to discuss status | RJA | 0.25 |
| 05/27/05 | 1 | Receipt and review of 5/27/05 e-mail from Brandy Blisard re: Discovery Committee Conference Call | RJA | 0.25 |
| 05/27/05 | 2 | Receipt, review and editing of Plaintiffs' First Request for Production of Documents Directed to Defendant | RJA | 1.00 |
| 05/29/05 | 1 | Receipt and review of 5/24/05 e-mail from Chris Seeger re: moving forward on our opposition brief | RJA | 0.25 |
| 05/29/05 | 1 | Receipt and review of 5/17/05 email from Regina Westenfeld re: motion to dismiss pursuant to FRCP 12(b)(6) by defendant Pfizer | RJA | 0.25 |

| 05/29/05 | 1 | Receipt and review of Answer and Defenses of Defendant Pfizer, Inc. to Plaintiffs' Complaint, Excluding the First, Second, Third, Fourth, Sixth and Seventh Causes of Action | RJA | 0.25 |
|---|---|---|---|---|
| 05/29/05 | 1 | Receipt and review of Minute Entry Concerning Plaintiff and Defendant Profile Forms | RJA | 0.25 |
| 05/31/05 | 1 | Receipt and review of 5/31/05 e-mail from Troy Rafferty re: he will not be able to attend the PSC conference call | RJA | 0.25 |
| 05/31/05 | 1 | Receipt and review of 5/31/05 e-mail from Lillian Flemming re: the PSC conference call will take place at 4:00 p.m. CST | RJA | 0.25 |
| 05/31/05 | 1 | Receipt and review of 5/31/05 e-mail from Lillian Flemming along with  letter from Phil Wittmann with Proposed PTO | RJA | 0.25 |
| 05/31/05 | 1 | Receipt and review of 5/29/05 e-mail from Regina Westenfeld re: notice of appearance of Paul Pennock as additional counsel | RJA | 0.25 |
| 05/31/05 | 1 | Receipt and review of 5/29/05 e-mail from Regina Westenfeld re: Motion for Thomas Anzelmo, Sr. And Catherine Williams to appear as counsel for defendant McKesson | RJA | 0.25 |
| 05/31/05 | 1 | Receipt and review of 5/29/05 e-mail from Regina Westenfeld re: Order granting motion for extension of time to answer as to defendant McKesson Drug Company | RJA | 0.25 |
| 05/31/05 | 1 | Receipt and review of 5/28/05 e-mail from Chris Seeger re: work assignments | RJA | 0.25 |
| 05/31/05 | 1 | Receipt and review of 5/29/05 e-mail from Regina Westenfeld re: Motion for extension of time in case No. 05-1200 | RJA | 0.25 |
| 05/31/05 | 1 | Receipt and review of 5/26/05 e-mail from Regina Westenfeld re: list of pending cases as of 5/16/05, federal cases in MDL #1657 and federal cases pending not yet filed in MDL #1657 | RJA | 0.25 |
| 05/31/05 | 1 | Receipt and review of 5/31/05 e-mail from Lexis Nexis re: second minute entry regarding plaintiff and defendant profile form | RJA | 0.25 |
| 05/31/05 | 1 | Receipt and review of 5/27/05 e-mail from Lexis Nexis re: Randy Tillman and William Barr's Notice of Opposition to the Judicial Panel on Multidistrict Litigation's Separation of Claims and Conditional Remand Order | RJA | 0.25 |
| 05/31/05 | 1 | Receipt and review of 5/27/05 e-mail from Lexis Nexis re: Pretrial Order No. 14 | RJA | 0.25 |
| 05/31/05 | 1 | Receipt and review of 5/27/05 e-mail from Lexis Nexis re: Defendant Merck's Additional Submission Regarding Communications with Plaintiffs' Healthcare Providers | RJA | 0.25 |
| 05/31/05 | 1 | Receipt and review of 5/27/05 e-mail from Lexis Nexis re: Plaintiffs' Supplemental Memorandum Regarding ex parte Communication with Treating Physicians | RJA | 0.25 |
| 05/31/05 | 1 | Receipt and review of 5/27/05 e-mail from Lillian Flemming re: Plaintiffs' Supplemental Memorandum Regarding ex parte Communication with Treating Physicians | RJA | 0.25 |
| 05/31/05 | 1 | Receipt and review of 5/31/05 e-mail from Lexis Nexis re: CTO-9 | RJA | 0.25 |

| 05/31/05 | 1 | Conference with Mike Robertson regarding marketing issues and associated briefing. | RJA | 0.25 |
|---|---|---|---|---|
| 05/31/05 | 1 | Receipt and review of 5/31/05 e-mail from Lillian Flemming re: agenda for PSC call | RJA | 0.25 |
| 05/31/05 | 1 | Receipt and review of 5/27/05 e-mail from Lillian Flemming re: PSC's Report re: Defense Fact Sheet | RJA | 0.25 |
| 05/31/05 | 1 | Prepare for and attend weekly Vioxx PSC call. | RJA | 0.25 |
| 04/21/05 | 1 | Telephone conference with Chris Tisi's office regarding discovery conference call | RLM | 0.25 |
| 04/29/05 | 1 | Left voice mail message for Regina with Russ Herman's office regarding copies of manuals (Russ mentioned at the PSC meeting) | RLM | 0.25 |
| 05/03/05 | 1 | Left voice mail message for Michael Wagner with Seeger Weiss regarding access to their intranet site | RLM | 0.25 |
| 05/03/05 | 1 | Left additional voice mail message for Regina with Russ Herman's office regarding copies of manuals mentioned at PSC meeting | RLM | 0.25 |
| 05/04/05 | 1 | Left another voice mail message for Michael Wagner with Seeger Weiss regarding access to their intranet site | RLM | 0.25 |
| 05/04/05 | 1 | Telephone conference with Michael Wagner with Seeger Weiss regarding their intranet site; walked through accessing site and printing documents | RLM | 0.25 |
| 05/04/05 | 1 | Left additional voice mail message for Regina with Russ Herman's office regarding copies of manuals mentioned at PSC meeting | RLM | 0.25 |
| 05/19/05 | 1 | Telephone conference with Margaret Walker with Joseph Saunders' office requesting a copy of the remand order in a Vioxx case in the U.S. District Court in Miami remanding to state court where the sales rep was joined | RLM | 0.25 |
| 05/19/05 | 1 | Prepared draft of email to Joseph Saunders requesting copy of the remand order in a Vioxx case in the U.S. District Court in Miami remanding to state court where the sales rep was joined | RLM | 0.25 |
| 05/19/05 | 1 | Telephone conference with Drew Ranier's secretary regarding conference call regarding master document requests and sales & marketing | RLM | 0.25 |
| 05/24/05 | 1 | Telephone conference with Mark Lanier's office to obtain contact information | RLM | 0.25 |
| 05/24/05 | 1 | Left voice mail message for Tom Girardi's secretary regarding meeting on June 3rd | RLM | 0.25 |
| 05/24/05 | 1 | Telephone conference with John Beisner's office to obtain his contact information | RLM | 0.25 |
| 05/25/05 | 1 | Telephone conference with Denise Martin with Gerald Meunier's office regarding excerpt to be including in brief re: ex parte physician contact | RLM | 0.25 |
| 05/25/05 | 1 | Left voice mail message for Thomas Girardi's secretary regarding June 3rd meeting | RLM | 0.25 |
| 05/25/05 | 2 | Made numerous changes to Memorandum in Support of Ex Parte Communication By Plaintiffs' Counsel With Treating Physicians | RLM | 1.00 |

| 05/26/05 | 2 | Made numerous changes to Plaintiffs' Supplemental Memorandum Regarding Ex parte Communication With Treating Physicians | RLM | 0.75 |
|---|---|---|---|---|
| 05/31/05 | 1 | Left voice mail message for Regina with Russ Herman's office re: whether or not the PSC telephone conference will take place today | RLM | 0.25 |
| 05/31/05 | 1 | Telephone conference with Regina with Russ Herman's office regarding number for PSC telephone conference this afternoon | RLM | 0.25 |
| 04/22/05 | 4 | Continued preparation on science portion of mock defense for ATLA conference | SMR | 4.25 |
| 04/27/05 | 4 | Prepared position paper for 5/19/05 ATLA presentation/mock defense for Vioxx | SMR | 5.25 |
| 04/27/05 | 4 | Attended conference call regarding 5/19/05 ATLA presentation/mock trial for Vioxx | SMR | 1.25 |
| 05/16/05 | 4 | Reviewed/Analyzed final draft of slides for 5/19/05 Mock Trial (Defense) presentation to the ATLA | SMR | 1.75 |
| 05/16/05 | 4 | Telephone conference with Vance Andrus regarding 5/19/05 Mock Trial (Defense) presentation to the ATLA | SMR | 0.50 |
| 05/19/05 | 4 | Travel to and attend Mock Trial Presentation to ATLA in New Orleans | SMR | 11.00 |
| 05/23/05 | 1 | Research to prepare Memorandum regarding ethical considerations in contacting former Merck employees | SMR | 2.25 |
| 05/23/05 | 1 | Prepared Memorandum regarding ethical considerations in contacting former Merck employees | SMR | 1.75 |
| 05/24/05 | 2 | Research to respond to Merck's challenge to Plaintiffs' ex parte communications with treating physicians | SMR | 3.25 |
| 05/24/05 | 2 | Initial draft of Memorandum to oppose Merck's challenge to Plaintiffs' ex parte communications with treating physicians | SMR | 1.25 |
| 05/25/05 | 2 | Additional research to respond to Merck's challenge to Plaintiffs' ex parte communications with treating physicians | SMR | 2.75 |
| 05/25/05 | 2 | Draft revisions of Memorandum to oppose Merck's challenge to Plaintiffs' ex parte communications with treating physicians | SMR | 3.75 |
| 04/08/05 | 3 | Review of Bourdow document production at depository in preparation for upcoming depositions | WP | 4.00 |
| 04/08/05 | 3 | Return travel from Montgomery, AL to New Orleans, LA associated with document review work | WP | 5.00 |
| 04/11/05 | 3 | Travel to Montgomery, AL associated with document review work | WP | 5.00 |
| 04/11/05 | 3 | Review of Bourdow document production at depository in preparation for upcoming depositions | WP | 8.75 |
| 04/12/05 | 3 | Review of Bourdow document production at depository in preparation for upcoming depositions | WP | 10.50 |
| 04/13/05 | 3 | Review of Bourdow document production at depository in preparation for upcoming depositions | WP | 10.50 |
| 04/14/05 | 3 | Review of Bourdow document production at depository in preparation for upcoming depositions | WP | 9.00 |
| 04/14/05 | 3 | Return travel from Montgomery, AL to New Orleans, LA associated with document review work | WP | 5.00 |

Exhibit E

| 04/18/05 | 3 | Travel to Montgomery, AL associated with document review work at depository | WP | 5.00 |
|---|---|---|---|---|
| 04/18/05 | 3 | Review of Braunstein document production at depository in preparation for upcoming depositions | WP | 7.50 |
| 04/19/05 | 3 | Review of Braunstein document production at depository in preparation for upcoming depositions | WP | 10.00 |
| 04/20/05 | 3 | Review of Braunstein document production at depository in preparation for upcoming depositions | WP | 10.00 |
| 04/21/05 | 3 | Review of Braunstein document production at depository in preparation for upcoming depositions | WP | 10.00 |
| 04/22/05 | 3 | Work on marketing documents at depository | WP | 4.00 |
| 04/22/05 | 3 | Return travel from Montgomery, AL to New Orleans, LA associated with document review work | WP | 5.00 |
| 05/16/05 | 3 | Work on organizing trial exhibits at depository | WP | 1.00 |
| 05/17/05 | 3 | Work on organizing trial exhibits at depository | WP | 10.50 |
| 05/18/05 | 3 | Work on organizing trial exhibits at depository | WP | 10.50 |
| 05/19/05 | 3 | Work on organizing trial exhibits at depository | WP | 10.50 |
| 05/20/05 | 3 | Work on organizing trial exhibits at depository | WP | 6.50 |
| 05/23/05 | 3 | Work on organizing trial exhibits at depository | WP | 6.50 |
| 05/24/05 | 3 | Work on organizing trial exhibits at depository | WP | 10.50 |
| 05/25/05 | 3 | Work on organizing trial exhibits at depository | WP | 11.00 |
| 05/26/05 | 3 | Work on organizing trial exhibits at depository | WP | 11.00 |
| 05/27/05 | 3 | Work on organizing trial exhibits at depository | WP | 4.00 |
| | | **TOTAL HOURS** | | **951.50** |

Attachment "C"

**Reporting Period:**

From   April 2005

To   May 2005          Firm Name:   Neblett, Beard & Arsenault

May 31, 2005

| MDL 1657 - VIOXX PRODUCTS LIABILITY LITIGATION<br>COMMON HELD COSTS AND EXPENSES | |
| --- | --- |
| **CLIENT COSTS/EXPENSES** | **TOTAL** |
| Telefax charges | $156.00 ✓ |
| Postage, shipping courier, certified mail | $6.33 ✓ |
| Printing and photocopying | |
| Computerized research - Lexis/Westlaw | $8.00 ✓ |
| Telephone - long distance (actual charges only) | $161.12 ✓ |
| Travel | $7,091.30 ✓ |
| Secretarial and clerical overtime | |
| Experts and consultants | |
| Depositions and court costs | |
| | |
| | |
| **TOTAL COSTS** | $7,422.75 ✓ |

*Please attach documentation for each expense reported.

I certify that these expenses are properly documented, complete and accurate and have been incurred for the common benefit.

Richard Arsenault / jmo          6-11-09
Signature                                   Date

Exhibit E

| | | Neblett, Beard & Arsenault | | |
|---|---|---|---|---|
| | | Vioxx Expenses | | |
| Date | Check # | Description | | Amount |
| 05/06/2005 | 127737 | VIOXX-PHONE CONFERENCE 4/7/05 - PREMIERE CONFERENCING | | 20.02 |
| 05/06/2005 | 127737 | VIOXX-PHONE CONFERENCE 4/5/05 - PREMIERE CONFERENCING | | 46.66 |
| 05/06/2005 | 127737 | VIOXX PHONE CONFERENCING 4/12/05-PREMIERE CONFERENCING | | 38.75 |
| 05/06/2005 | 127737 | VIOXX PHONE CONFERENCE 4/16/05-PREMIERE CONFERENCING | | 55.69 |
| | | | TOTAL | 161.12 |

Exhibit E

| 05/16/2005 | | VIOXX ATTORNEY TEAM TO MONTGOMERY ALABAMA | |
| | | DOCUMENT REVIEW FOR UPCOMING DEPOSITIONS | |
| | | MIKE BREININ-WILLIAM PERCY | |
| | | MILEAGE-800 MILES | 320.00 |
| | | HOTEL-ONE ROOM | 580.52 |
| | | MEALS | 265.59 |
| | | | |
| 05/17/2005 | | FAX | 49.00 |
| | | | |
| 05/20/2005 | COPITRAX | Postage | 3.33 |
| | | | |
| 05/23/2005 | | FAX | 1.00 |
| | | | |
| 05/23/2005 | | VIOXX ATTORNEY TEAM TO MONTGOMERY ALABAMA | |
| | | DOCUMENT REVIEW FOR UPCOMING DEPOSITIONS | |
| | | MIKE BREININ-WILLIAM PERCY | |
| | | MILEAGE-800 MILES | 320.00 |
| | | HOTEL-ONE ROOM | 535.52 |
| | | MEALS | 380.86 |
| | | | |
| 05/24/2005 | 127832 | RJA-NEW ORLEANS-STATUS CONFERNECE WITH JUDGE FALLON | |
| | | MEETING WITH LEAD COUNSEL & DISCOVERY CHAIR | |
| | | VIOXX-GRATUITIES-4/27-28/05 | 10.00 |
| | | VIOXX-MILEAGE-4/27-28/05 | 84.80 |
| | | | |
| | | STEVEN RACHAL-PHILADELPHIA-DEPOSITION OF THOMAS BOLD | |
| 05/24/2005 | 127834 | VIOXX-MILEAGE TO NEW ORLEANS-3/10-11/05 | 182.00 |
| | | VIOXX-MEALS-3/10-11/05 | 10.85 |
| | | VIOXX-PARKING-3/10-11/05 | 9.00 |
| | | | |
| 05/24/2005 | COPITRAX | Postage | 0.60 |
| | | | |
| 05/25/2005 | | FAX | 1.50 |
| | | | |
| 05/25/2005 | | FAX | 5.00 |
| | | | |
| 05/25/2005 | | FAX | 9.00 |
| | | | |
| 05/25/2005 | | FAX | 9.00 |
| | | | |
| 05/25/2005 | | FAX | 21.00 |
| | | | |
| 05/25/2005 | | FAX | 5.00 |
| | | | |
| 05/25/2005 | 127848 | VIOXX - RESEARCH-PACER SERVICE CENTER | 8.00 |
| | | **TOTAL** | **7,261.63** |

Exhibit E

## NEBLETT, BEARD & ARSENAULT
### VIOXX EXPENSES

| DATE | CHECK # | DESCRIPTION | AMOUNT |
|------|---------|-------------|--------|
| 04/08/2005 | | FAX | 3.00 |
| | | | |
| 04/11/2005 | | VIOXX ATTORNEY TEAM TO MONTGOMERY ALABAMA | |
| | | DOCUMENT REVIEW FOR UPCOMING DEPOSITIONS | |
| | | REBECCA TODD-MIKE BREININ-MARY LORENZ-HOLLY LAMARCHE-WILLIAM PERCY | |
| | | MILEAGE-800 MILES | 320.00 |
| | | HOTEL-THREE ROOMS | 1,204.92 |
| | | MEALS | 456.09 |
| | | | |
| 04/12/2005 | | FAX | 1.00 |
| | | | |
| 04/12/2005 | | FAX | 6.00 |
| | | | |
| 04/13/2005 | | FAX | 3.00 |
| | | | |
| 04/14/2005 | | FAX | 2.00 |
| | | | |
| 04/18/2005 | | VIOXX ATTORNEY TEAM TO MONTGOMERY ALABAMA | |
| | | DOCUMENT REVIEW FOR UPCOMING DEPOSITIONS | |
| | | MARY LORENZ-HOLLY LAMARCHE-MIKE BREININ-WILLIAM PERCY | |
| | | MILEAGE-800 MILES | 320.00 |
| | | HOTEL-TWO ROOMS | 1,071.04 |
| | | MEALS | 539.36 |
| | | | |
| 04/19/2005 | | FAX | 9.50 |
| | | | |
| 04/28/2005 | | FAX | 5.00 |
| | | | |
| 05/04/2005 | 127706 | RJA-NEW ORLEANS-PLAINTIFF STEERING COMMITTEE MEETING | |
| | | VIOXX-GRATUITIES-4/4 & 15 | 8.00 |
| | | VIOXX-MILEAGE-4/4 & 15 | 120.00 |
| | | VIOXX-MEAL-4/14/05 | 24.00 |
| | | VIOXX-PARKING-4/14/05 | 28.00 |
| | | VIOXX-HOTEL-4/14/05 | 195.00 |
| | | VIOXX-HOTEL TAX-4/14/05 | 27.35 |
| | | VIOXX-MEAL-4/15/05 | 78.40 |
| | | | |
| 05/02/2005 | COPITRAX | Postage | 1.20 |
| | | | |
| 05/03/2005 | | FAX | 20.00 |
| | | | |
| 05/05/2005 | | FAX | 2.00 |
| | | | |
| 05/13/2005 | COPITRAX | Postage | 0.83 |
| | | | |
| 05/16/2005 | | FAX | 4.00 |
| | | | |
| 05/16/2005 | COPITRAX | Postage | 0.37 |

Exhibit E

Attachment "B"

## MDL 1657: VIOXX PRODUCTS LIABILITY LITIGATION
### CHECK REQUEST FORM FOR SHARED EXPENSE

| | | GENERAL CHECK REQUEST INFORMATION |
|---|---|---|
| 1. | Date: | June 7, 2005 |
| 2. | I am requesting a check from: | Plaintiffs' Liaison Counsel, Russ M. Herman |
| 3. | Payable To: (Name & Address) | Neblett, Beard & Arsenault PO Box 1190 Alexandria, La. 71309-1190 |
| 4. | Social Security # or TIN # of the payee: | Tax ID # 72-0900664 |
| 5. | Invoice No.: | 034415-APR2105 |
| 6. | Date check needed (check one): | Now_____ 30 Days_____ 60 Days_____ 90 Days_____ Other___X___ |
| 7. | Purpose of Check: | Reimburse Conference Call Charges |
| 8. | Amount of Check: | $38.75 ✓ |
| 9. | Documentation[1] | Yes: _____X_____        No: _____ |
| 10. | Send Check To (check one): | Requestor ____X_____   OR   Payee_____ |
| 11. | Requesting Attorney's Signature[2] | |

---

**Liaison Counsel Accounting Use Only:**
Check #_____
Approved by Plaintiffs' Liaison Counsel:_____ Date:_____

---

[1] Documentation must be provided with check request.

[2] By signing this request, you certify that the expense request is properly documented, complete and accurate and is being incurred for the common benefit.

Exhibit E

**Premiere Conferencing**

P.O. Box 875450
Kansas City, MO 64187-5450

| | |
|---|---|
| **Invoice:** | 033415-APR2105 |
| **Invoice Date:** | 04/21/2005 |
| **Billing Inquiry:** | 800-952-9108 |
| **Tax Id:** | 58-2421656 |
| **Terms:** | Payment Due Upon Receipt |

Moderator:   437082     Mr. Richard J. Arsenault          NEBLETT, BEARD, & ARSENAULT

| Confirmation | Invoice | Event Dt | Event Title | Participants | Billing Reference Number: |
|---|---|---|---|---|---|
| 337743 | US19538944 | 04/12/05 | | 7 | 10488888- |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Qty: | 219 | Description: | 2:00 pm to 3:04 pm ReadyConference Min - Toll | | Rate: | 0.1200 | Total: | $27.07 |
| Qty: | 63 | Description: | 2:00 pm to 3:04 pm ReadyConference Min - TF | | Rate: | 0.1800 | Total: | $11.68 |

**Pre-Tax Total:**          $37.62     **Discounts:**          $0.00     **Tax:**          $1.13     **Invoice Total:**          $38.75

| Confirmation | Invoice | Event Dt | Event Title | Participants | Billing Reference Number: |
|---|---|---|---|---|---|
| | | | | | |

Exhibit E

Attachment "B"

## MDL 1657: VIOXX PRODUCTS LIABILITY LITIGATION
## CHECK REQUEST FORM FOR SHARED EXPENSE

| | | GENERAL CHECK REQUEST INFORMATION |
|---|---|---|
| 1. | Date: | June 7, 2005 |
| 2. | I am requesting a check from: | Plaintiffs' Liaison Counsel, Russ M. Herman |
| 3. | Payable To: (Name & Address) | Neblett, Beard & Arsenault PO Box 1190 Alexandria, La. 71309-1190 |
| 4. | Social Security # or TIN # of the payee: | Tax ID # 72-0900664 |
| 5. | Invoice No.: | 034415-APR2105 |
| 6. | Date check needed (check one): | Now_____ 30 Days_____ 60 Days_____ 90 Days_____ Other___X___ |
| 7. | Purpose of Check: | Reimburse Conference Call Charges |
| 8. | Amount of Check: | $55.69 ✓ |
| 9. | Documentation[1] | Yes: _____X_____      No: _____ |
| 10. | Send Check To (check one): | Requestor ____X____    OR    Payee_____ |
| 11. | Requesting Attorney's Signature[2] | |

| Liaison Counsel Accounting Use Only: |
|---|
| Check # |
| Approved by Plaintiffs' Liaison Counsel: _____ Date: _____ |

[1] Documentation must be provided with check request.

[2] By signing this request, you certify that the expense request is properly documented, complete and accurate and is being incurred for the common benefit.

Exhibit E



**PremiereConferencing**

P.O. Box 875450
Kansas City, MO 64187-5450

| Invoice: | 033415-APR2105 |
|---|---|
| Invoice Date: | 04/21/2005 |
| Billing Inquiry: | 800-952-9108 |
| Tax Id: | 58-2421656 |
| Terms: | Payment Due Upon Receipt |

| Confirmation | Invoice | Event Dt | Event Title | Participants | Billing Reference Number |
|---|---|---|---|---|---|
| 337743 | US19688290 | 04/16/05 | | 9 | 10488888- |

| | | | | | | |
|---|---|---|---|---|---|---|
| Qty: | 335 | Description: | 2:00 pm | to | 3:17 pm | ReadyConference Min - Toll | Rate: 0.1200 Total: $41.41 |
| Qty: | 77 | Description: | 2:00 pm | to | 3:17 pm | ReadyConference Min - TF | Rate: 0.1800 Total: $14.28 |

| Pre-Tax Total: | $54.06 | Discounts: | $0.00 | Tax: | $1.63 | Invoice Total: | $55.69 ✓ |
|---|---|---|---|---|---|---|---|

| Confirmation | Invoice | Event Dt | Event Title | Participants | Billing Reference Number |
|---|---|---|---|---|---|

Exhibit E



**EMBASSY SUITES**
**HOTEL®**

Name & Address

REBECCA
J. DRAWER H
ESERVE, LA 70084

Room:
Arrival Date: 234/TDBN
Departure Date: 04/04/05 7:02AM
04/08/05 6:55AM

Adult / Child
Room Rate: 1/0
139.00

**Montgomery**
300 Interstate Street
Montgomery, AL 36104
Phone: (334) 269-5055  Fax: (334) 269-6380

Hilton HHonors

RATE PLAN
HH#009783/08 BLUE
AL   CO  #TU217851
CAR:

Rate quoted based on arrival date and length of stay. Should you depart early, the rate is subject to change. INIT _____

CONFIRMATION NUMBER : 80234542

1/08/05   PAGE   1

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. IN THE EVENT OF AN EMERGENCY I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE ☐
A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX

GUEST SIGNATURE

X

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 04/04/05 | 1200590 | GUEST ROOM | $119.00 |
| 04/04/05 | 1200590 | LODGING TAX | $14.88 |
| 04/05/05 | 1200983 | MONTGOMERY'S | $8.75 |
| 04/05/05 | 1201082 | GUEST ROOM | $119.00 |
| 04/05/05 | 1201082 | LODGING TAX | $14.88 |
| 04/06/05 | 1201715 | MONTGOMERY'S | $18.39 |
| 04/06/05 | 1201834 | GUEST ROOM | $119.00 |
| 05 | 1201834 | LODGING TAX | $14.88 |
| 05 | 1202459 | MONTGOMERY'S | $14.78 |
| 04/07/05 | 1202546 | GUEST ROOM | $119.00 |
| 04/07/05 | 1202546 | LODGING TAX | $14.88 |
| 04/08/05 | 1202726 | MC ************1113 | ($577.44) |
| | | ** BALANCE ** | $0.00 |

**EXPENSE REPORT SUMMARY**

| | 04/04/05 | 04/05/05 | 04/06/05 | 04/07/05 | STAY TOTAL |
|---|----------|----------|----------|----------|------------|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $133.88 | $535.52 |
| FOOD & BEVERAGE | $0.00 | $8.75 | $18.39 | $14.78 | $41.92 |
| DAILY TOTAL | $133.88 | $142.63 | $152.27 | $148.66 | $577.44 |

MC ************1113                04/04/05        306908    A

TODD, REBECCA                      204174

The Hilton Family

       

Hilton   CONRAD   DoubleTree   EMBASSY SUITES HOTELS®   Hampton   Hilton Garden Inn   HOMEWOOD SUITES

577.44

Exhibit E

P.78/90



**EMBASSY SUITES**

**H O T E L*°**

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055   Fax: (334) 263-3396

Name & Address

REBECCA
, DRAWER H
ESERVE, LA 70084

Room:
Arrival Date: 334/TDBN
Departure Date: 04/04/05 7:01AM
                04/08/05 6:55AM
Adult / Child
Room Rate: 1/0
           139.00

Rate quoted based on arrival date and length of stay. Should rate change during your stay, Vault is     RATE PLAN     in depart card Vault is
subject to change.     INIT                                                HH# 609753408 BLUE
                                                                            AL    CO  #TU217851
                                                                            CAR

Hilton HHonors
Points & Miles

CONFIRMATION NUMBER : 80234542

04/08/05     PAGE     1

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY, IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. IN THE EVENT OF AN EMERGENCY I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE ☐
A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

GUEST SIGNATURE

X

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 04/04/05 | 1200528 | MONTGOMERY'S | $59.94 |
| 04/04/05 | 1200620 | GUEST ROOM | $119.00 |
| 04/04/05 | 1200620 | LODGING TAX | $14.88 |
| 04/05/05 | 1200930 | MONTGOMERY'S | $22.00 |
| 04/05/05 | 1201014 | MONTGOMERY'S | $49.14 |
| 04/05/05 | 1201107 | GUEST ROOM | $119.00 |
| 04/05/05 | 1201107 | LODGING TAX | $14.88 |
| 04/06/05 | 1201866 | GUEST ROOM | $119.00 |
| 04/06/05 | 1201866 | LODGING TAX | $14.88 |
| 04/07/05 | 1202456 | MONTGOMERY'S | $40.00 |
| 04/07/05 | 1202572 | GUEST ROOM | $119.00 |
| 04/07/05 | 1202572 | LODGING TAX | $14.88 |
| 04/08/05 | 1202725 | MC ***********1113 | ($706.60) |

** BALANCE **     $0.00

### EXPENSE REPORT SUMMARY

|  | 04/04/05 | 04/05/05 | 04/06/05 | 04/07/05 | STAY TOTAL |
|--|----------|----------|----------|----------|------------|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $133.88 | $535.52 |
| FOOD & BEVERAGE | $59.94 | $71.14 | $0.00 | $40.00 | $171.08 |
| DAILY TOTAL | $193.82 | $205.02 | $133.88 | $173.88 | $706.60 |

MC ***********1113          04/04/05          304261     A

TODD, REBECCA               4174

The Hilton Family

       

Exhibit E

Reservations: www.embassysuites.com or 1-800-EMBASSY



**Name & Address**

EBECCA
), DRAWER H
SERVE, LA 70084

**EMBASSY SUITES**
**HOTEL®**

Montgomery

Room:
Arrival Date: 307/TDBN
Departure Date: 04/04/05 3:29PM
04/08/05
Adult / Child
Room Rate: 1/0
119.00

Rate quoted based on arrival date and length of stay. GUEST PLAN to depart each \_\_\_ TT39
subject to change.   INIT _____  HH# 914043375 BLUE

AL\_\_\_  CO #TU217851

**Hilton HHonors**

**CONFIRMATION NUMBER : 80234542**

/08/05     PAGE     1

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY, PLEASE INDICATE YES BY CHECKING HERE □

**GUEST SIGNATURE**

X

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 04/04/05 | 1200595 | GUEST ROOM | $119.00 |
| 04/04/05 | 1200595 | LODGING TAX | $14.88 |
| 04/05/05 | 1201086 | GUEST ROOM | $119.00 |
| 04/05/05 | 1201086 | LODGING TAX | $14.88 |
| 04/06/05 | 1201841 | GUEST ROOM | $119.00 |
| 04/06/05 | 1201841 | LODGING TAX | $14.88 |
| 04/07/05 | 1202550 | GUEST ROOM | $119.00 |
| 04/07/05 | 1202550 | LODGING TAX | $14.88 |
| 05 | 1202727 | MC ***********1113 | ($535.52) |

| | | ** BALANCE ** | $0.00 |

**EXPENSE REPORT SUMMARY**

| | 04/04/05 | 04/05/05 | 04/06/05 | 04/07/05 | STAY TOTAL |
|---|---|---|---|---|---|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $133.88 | $535.52 |
| DAILY TOTAL | $133.88 | $133.88 | $133.88 | $133.88 | $535.52 |

MC ***********1113                     04/04/05        306909    A

TODD, REBECCA                          4883

**The Hilton Family**








Exhibit E

Reservations: www.embassysuites.com or 1-800-EMBASSY

```
                    ********************
                ***   TX REPORT   ***
                    ********************

    TRANSMISSION OK

    TX/RX NO              4058
    CONNECTION TEL             6619855366445
    SUBADDRESS
    CONNECTION ID
    ST. TIME              04/08 08:12
    USAGE T               01'08
    PGS.                      3
    RESULT                OK
```

3.00



RICHARD J. ARSENAULT *
C. MICHAEL BOLLINGER
DAVID O. WALKER **
PAUL J. TELLARICO
WILLIAM S. NEBLETT***
MICHAEL S. KOCH
WESLEY J. GRALAPP
GARY J. ARSENAULT
EDWARD E. ROBERTS, III
STEVEN M. RACHAL
JOHN R. WHALEY
L. LARAMIE HENRY

A REGISTERED LIMITED LIABILITY PARTNERSHIP, INCLUDING LAW CORPORATIONS

ROBERT B. NEBLETT (1991)
RICHARD W. BEARD (1988)

* LAW CORPORATION
ALSO ADMITTED IN
COLORADO, TEXAS
AND WASHINGTON, D.C.
** LAW CORPORATION
ALSO ADMITTED IN TEXAS
***ALSO ADMITTED IN TEXAS

J. PHILLIP TERRELL, JR.
OF COUNSEL

## FACSIMILE TRANSMITTAL SHEET

POSTED-CAR

### April 8, 2005

TO:        Daniel E. Becnel, Jr.              985-536-6445

FROM:      Richard J. Arsenault

RE:        Vioxx                    NO. PAGES: 3
           104.88888

CONFIDENTIALITY NOTICE

# CLASS ACTION / MASS TORT REIMBURSEMENT REQUEST

Who is requesting reimbursement? Neblett, Beard & Arsenault

Attorney Team
Rebecca Todd-Mike Breinin-Mary Lorenz-Holly Lamarche-William Percy

Who is being asked to pay this?   ☒  Neblett, Beard & Arsenault

                                     ☐  Litigation Group _____
                                                        (Name of Litigation Group)

Which mass tort / class action case does this involve?    Vioxx - 104.88888

| MAKE CHECK PAYABLE TO | EXPENSE REIMBURSEMENT | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | Mileage | Team - 800 miles | 320.00 |
| | Hotel | 3 Rooms - Team | 1204.92 |
| | Airfare | | |
| | Meals | Team | 456.09 |
| | Parking | | |
| | Seminar | | |
| | Miscellaneous | | |
| | Gratuities | | |
| | | **TOTAL** | 1981.01 |

Date(s) Expense Incurred: Week of April 11, 2005 | Location of Activity: Montgomery, AL.

Reason for Expense:   Travel to Montgomery, Alabama for Vioxx document review in preparation for upcoming depositions

How is this expense to be charged?

☐  Do not charge to any client; this represents a non-reimbursable operating expense.

> Note to Accounting: "Operating Overhead Deductible Expenses" cost sheet

☐  Charge to all clients involved in this litigation on a shared basis.

> Note to Accounting: "General Shared Client Reimbursable Expenses" cost sheet

☐  Only charge to Individual Client involved with expense in question. _____
                                                           (Name of Client)

> Note to Accounting: "Specific Client Reimbursable Expenses" cost sheet

  ☒  Charge to PSC/MDL.

> Note to Accounting: These are expenses we expect to receive reimbursement for from a PSC (possibly a MDL PSC if applicable). Post this charge to the "PSC/MDL" cost sheet.

Exhibit E

```
*************************************
*       Customer Copy            *
*************************************
```

Montgomery Brewing
12 W. JEFFERSON ST.
MONTGOMERY, ALABAMA 36104
(334) 834-BREW

| | |
|---|---|
| Date: | 04/14/05 |
| Time: | 12:00 PM |
| Server: | 47. ERIK |
| Order: | 387250 |
| Description: | Table 65 |

| | |
|---|---|
| Card Type: | AMEX |
| Card No: | **********5008 |
| Expires: | 0708 |
| Appr Code: | 542029 |

Purchases:      $    18.04

Tip:            $    3.00

Total:          $    21.04
                JR/DE

I agree to pay the above total amount
according to the card issuer agreement.

SIGN ONE COPY
KEEP ONE COPY

251-578-1983/1-877-799-STAR
HWY I-65 &83/RT 2

EVERGREEN, AL 36401
251-578-1983

Term ID: 1501391
Ref #: 2S400160

## Sale

```
**********5008
Entry Method: Swiped
AMER EXPR
04/14/05                      17:54:06
Inv#: 0400160
Appr Code: 100074
```

Total:              $    22.18

Customer Copy
THANK YOU!
FOR CHOOSING HARDEES



SOUTHWEST GRILL
7028 E CHASE PKWY
MONTGOMERY, AL 36117

PM      DATE 04/11/05
        MER# 000903218060999
LE
xxxxxxx5008
MEX

000037621
36277

            $25.60

USTOMER COPY

**SUBWAY I**
**22 DEXTER AVE**
**MONTGOMERY, AL 36104**
**334-265-1213**

BATCH: 058
S-A-L-E-S  D-R-A-F-T
73285001
010364436000

REF:    0039
CD TYPE: AMEX
TX TYPE: PURCHASE
DATE:   APR 13 05  12:41:08

**TOTAL**          **$6.03**

ACCT: 172899669165008      EXP: 07/08
AP: 520100
NAME: DE JR

Cardmember acknowledges receipt of goods
and/or services in the amount of the
total shown hereon and agrees to perform
the obligations set forth by the
cardmember's agreement with the issuer

CUSTOMER COPY

---

SUBWAY #1300
625 MADISON AVENUE
MONTGOMERY, AL 36104

TERMINAL I.D.:           13400002
MERCHANT #:      000000197813147
AMEX                   SRU: 3
XXXXXXXXXXX5008
**SALE**
BATCH: 000849       INVOICE: 000017
DATE: APR 11, 05       TIME: 12:24
RRN: 000094645023    AUTH NO: 523625

**TOTAL**          **$21.26**

CUSTOMER COPY

---

**SUBWAY I**
**22 DEXTER AVE**
**MONTGOMERY, AL 36104**
**334-265-1213**

BATCH: 057
S-A-L-E-S  D-R-A-F-T
73285001
010364436000

REF:    0041
CD TYPE: VISA
TX TYPE: PURCHASE
DATE:   APR 12, 05  13:19:44

**TOTAL**          **$5.48**

ACCT: 4011740001547199      EXP: 01/06
AP: 640151
NAME: MARY E LORENZ
TRAN. 09510265984109B
VALID. WKC+ AUDIT 0590E

Cardmember acknowledges receipt of goods
and/or services in the amount of the
total shown hereon and agrees to perform
the obligations set forth by the
cardmember's agreement with the issuer

THANKS FOR USING VISA

CUSTOMER COPY

---

251-578-1983/1-877-799-STAR
HWY I-65 &83/RT 2

EVERGREEN, AL 36401
251-578-1983

Term ID: 15Q1391
Ref #: 23500067

**Sale**

**********5008
Entry Method: Swiped
AMER EXPR
04/11/05                    08:10:45
Inv#: 0500067
Appr Code: 100064

Total:              $    12.36

Customer Copy
THANK YOU!
FOR CHOOSING HARDEES

Exhibit E

Lek's Railroad Thai
300 B Water Street
Montgomery, AL 36104
334-269-0708

Server: Amanda

DOB: 04/13/2005
04/13/2005
3/30032

3145779
Exp:07C8

16XXXX
gent: JRDE

Amount:          15.07
+ Tip:          $1.00
Total:          $16.07

Guest******
CHECKS PLEASE
PAY YOUR SERVER
*Guest's Copy******



VETERANS BOULE, 4718052

KENNER , LA

04/11/2005 4:46:04 AM
Register: 2 Trans #: 5051 Op ID: 9738
Your cashier: Cathy

Spicy - Beef N          $ 5.99 102
                        $ 5.69 102
20oz                    $ 1.19 102
Bubbl Plenty            $ 1.19 101
                    ------------
Subtotal =    $ 14.06
Tax =     $ 0.71
                    ------------
Total =    $ 14.77

Change Due =     $ 0.00

                        $ -14.77

008    , AMEX

795

0881

I will pay the total according to the
terms of agreement with the card issuer.

Footer

**EXXON EXPRESS PAY**

VETERANS BOULE, 4718052

KENNER , LA

4/11/2005 4:47:18 AM T382

XXXXXXXXXXX5008      AMEX
JR/DE
INVOICE AKT3403
AUTH 527413

PUMP#3
Regular                    21.6556
PRICE/GAL                  $ 2.159
FUEL TOTAL                 $ 46.75
                           ------------
                      Total =$ 46.75

CR1#0 Credit               $ 46.75

Credit



EMBASSY SUITES

HOTEL

**Montgomery**
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055   Fax: (334) 268-0369

Hilton HHonors

Name & Address

_OD, REBECCA
P.O. DRAWER H

RESERVE, LA 70084

Room:
Arrival Date: 307/TDBN
Departure Date: 04/11/05 6:27PM
04/14/05
Adult / Child
Room Rate:      1/0
119.00

Rate quoted based on arrival date and length of stay. Should you plan to depart early, a $119
RATE PLAN
HH# 609753408 GOLD
AL    CO  #TU217851

subject to change.   INIT _____

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE: ___*

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

GUEST SIGNATURE

X

CONFIRMATION NUMBER : 80234542

04/14/05      PAGE      1

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 04/11/05 | 1204238 | GUEST ROOM | $119.00 |
| 04/11/05 | 1204238 | LODGING TAX | $14.88 |
| 04/12/05 | 1204659 | GUEST ROOM | $119.00 |
| 04/12/05 | 1204659 | LODGING TAX | $14.88 |
| 04/13/05 | 1205145 | MONTGOMERY'S | $13.00 |
| 04/13/05 | 1205278 | GUEST ROOM | $119.00 |
| 04/13/05 | 1205278 | LODGING TAX | $14.88 |
| 04/14/05 | 1205459 | AX ***********5008 | ($414.64) |

** BALANCE **      $0.00

### EXPENSE REPORT SUMMARY

| | 04/11/05 | 04/12/05 | 04/13/05 | STAY TOTAL |
|------|----------|----------|----------|------------|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $401.64 |
| FOOD & BEVERAGE | $0.00 | $0.00 | $13.00 | $13.00 |
| DAILY TOTAL | $133.88 | $133.88 | $146.88 | $414.64 |

AX ***********5008                    04/11/05          304262    A

TODD, REBECCA                         169616


The Hilton Family

414.64
Garden Inn

Exhibit E

Hilton

**EMBASSY SUITES**

H O T E L

**Montgomery**

300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055   Fax: (334) 260-0380

Name & Address

..D, REBECCA
P.O. DRAWER H

RESERVE, LA 70084

Room:
Arrival Date: 234/TDBN
Departure Date: 04/11/05 9:29AM
04/14/05
Adult / Child
Room Rate: 1/0
119.00

Hilton HHonors

Rate quoted based on arrival date and length of stay ..........

subject to change.   INIT _____

RATE PLAN
HH# 609753408 GOLD
AL-    CO  #TU217851
CAR:

CONFIRMATION NUMBER : 80234542

04/14/05      PAGE      1

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL
ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE
RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS
OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO
BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE
CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT
OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR
SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A
PHYSICAL DISABILITY PLEASE INDICATE YES BY CHECKING HERE:* ___
A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

GUEST SIGNATURE

X

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 04/11/05 | 1204102 | MONTGOMERY'S | $11.00 |
| 04/11/05 | 1204103 | MONTGOMERY'S | $11.00 |
| 04/11/05 | 1204170 | MONTGOMERY'S | $29.37 |
| 04/11/05 | 1204235 | GUEST ROOM | $119.00 |
| 04/11/05 | 1204235 | LODGING TAX | $14.88 |
| 04/12/05 | 1204450 | MONTGOMERY'S | $32.75 |
| 04/12/05 | 1204551 | MONTGOMERY'S | $120.53 |
| 04/12/05 | 1204651 | GUEST ROOM | $119.00 |
| 04/12/05 | 1204651 | LODGING TAX | $14.88 |
| 04/13/05 | 1205027 | MONTGOMERY'S | $22.00 |
| 04/13/05 | 1205154 | MONTGOMERY'S | $33.97 |
| 04/13/05 | 1205271 | GUEST ROOM | $119.00 |
| 04/13/05 | 1205271 | LODGING TAX | $14.88 |
| 04/14/05 | 1205458 | AX ***********5008 | ($662.26) |
| | | ** BALANCE ** | $0.00 |

EXPENSE REPORT SUMMARY

| | 04/11/05 | 04/12/05 | 04/13/05 | STAY TOTAL |
|---|---|---|---|---|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $401.64 |
| FOOD & BEVERAGE | $51.37 | $153.28 | $55.97 | $260.62 |
| DAILY TOTAL | $185.25 | $287.16 | $189.85 | $662.26 |

AX ***********5008                    04/11/05          307665     A

TODD, REBECCA                         527173

The Hilton Family

Hilton                                                           -662.26

Exhibit E

**EMBASSY SUITES**

**HOTEL**

Name & Address

J, REBECCA
P.O. DRAWER H

RESERVE, LA 70084

Room:
Arrival Date: 207/TDBN
Departure Date: 04/11/05 6:27PM
04/14/05

Adult / Child
Room Rate: 1/0
119.00

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055   Fax: (334) 269-3390

Rate quoted based on arrival date and length of stay. Should length of stay change, room rate is
subject to change.   INIT

RATE PLAN          L-P19
HH#914043375 GOLD
AL:    CO  #TU217851
CAR:

**Hilton HHonors**
Platinum & Silver

CONFIRMATION NUMBER : 80234542

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL
ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE
RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS
OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO
BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE
CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT
OF $0.75 WILL BE APPLIED TO MY ACCOUNT. IN THE EVENT OF AN EMERGENCY, I, OR
SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A
PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE: __
A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES · THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

04/14/05        PAGE      1

**GUEST SIGNATURE**

X

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 04/11/05 | 1204220 | GUEST ROOM | $119.00 |
| 04/11/05 | 1204220 | LODGING TAX | $14.88 |
| 04/12/05 | 1204528 | MONTGOMERY'S | $10.75 |
| 04/12/05 | 1204627 | GUEST ROOM | $119.00 |
| 04/12/05 | 1204627 | LODGING TAX | $14.88 |
| 04/13/05 | 1205051 | MONTGOMERY'S | $11.25 |
| 04/13/05 | 1205139 | MONTGOMERY'S | $15.68 |
| 13/05 | 1205249 | GUEST ROOM | $119.00 |
| 13/05 | 1205249 | LODGING TAX | $14.88 |
| 04/14/05 | 1205457 | AX ***********5008 | ($439.32) |

* * BALANCE * *        $0.00

### EXPENSE REPORT SUMMARY

|  | 04/11/05 | 04/12/05 | 04/13/05 | STAY TOTAL |
|--|----------|----------|----------|------------|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $401.64 |
| FOOD & BEVERAGE | $0.00 | $10.75 | $26.93 | $37.68 |
| DAILY TOTAL | $133.88 | $144.63 | $160.81 | $439.32 |

AX ***********5008                04/11/05        307664    A

TODD, REBECCA                     585231

**The Hilton Family**

     -439.32
Hilton
Garden Inn


Exhibit E

**BENCOMO & ASSOCIATES**
ATTORNEYS & COUNSELORS AT LAW
ENTERGY BUILDING
639 LOYOLA AVENUE, SUITE 2110
NEW ORLEANS, LOUISIANA 70113
(504) 529-2929
(504) 529-2018 - FAX

1.00

RAÚL R. BENCOMO                                    HELEN H. BABIN

## FACSIMILE COVER SHEET

Date: __APRIL 12, 2005__

From: __Raúl R. Bencomo_____

TO:   Richard Arsenault, Esq.

IN RE: VIOXX MDL 1657

104.88888

### PLEASE DELIVER THE FOLLOWING PAGES TO:

Name:      Fax No. __318-561-2592_____

our File No. __VO105_____

Re:
_____

_____2_____ PAGES INCLUDING COVER

HARD COPY WILL BE SENT   __x____ Yes   _____No

### CONFIDENTIALITY NOTICE

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney/client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us at the above letterhead number to arrange for return of the documents.

COMMENTS: _____
_____

### IF YOU DO NOT RECEIVE ALL PAGES INDICATED, PLEASE CALL (504) 529-2929

POSTED-CAR

Exhibit E

```
04/12/05  TUE 10:42 FAX 3183512002       NEBLETT BEARD ARSENAULT         ☒001
```

```
*********************
***    TX REPORT    ***
*********************


TRANSMISSION OK

TX/RX NO              4072
CONNECTION TEL              6619855366445
SUBADDRESS
CONNECTION ID                              6.00
ST. TIME         04/12 10:39
USAGE T          02'13
PGS.                  6
RESULT           OK
```

RICHARD J. ARSENAULT *
C. MICHAEL BOLLINGER
DAVID O. WALKER **
PAUL J. TELLARICO
WILLIAM S. NEBLETT***
MICHAEL S. KOCH
WESLEY J. GRALAPP
GARY J. ARSENAULT
EDWARD E. ROBERTS, III
STEVEN M. RACHAL
JOHN R. WHALEY
L. LARAMIE HENRY

# NEBLETT, BEARD & ARSENAULT
## Attorneys At Law
A REGISTERED LIMITED LIABILITY PARTNERSHIP, INCLUDING LAW CORPORATIONS

ROBERT B. NEBLETT (1991)
RICHARD W. BEARD (1988)

---
* LAW CORPORATION
ALSO ADMITTED IN
COLORADO, TEXAS
AND WASHINGTON, D.C.
** LAW CORPORATION
ALSO ADMITTED IN TEXAS
***ALSO ADMITTED IN TEXAS
---

J. PHILLIP TERRELL, JR.
OF COUNSEL

## FACSIMILE TRANSMITTAL SHEET

**TO:**        (985) 536-6445     **Matt Moreland**

**FROM:**      Rebecca

**NUMBER OF PAGES:**    6
(includes transmittal)

POSTED-CAR

**RE:**        Vioxx
               104.88888

### CONFIDENTIALITY NOTICE

THE ENCLOSED MATERIAL IS INTENDED ONLY FOR THE RECIPIENT NAMED ABOVE AND, UNLESS OTHERWISE EXPRESSLY INDICATED, IS CONFIDENTIAL AND PRIVILEGED INFORMATION. ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THE ENCLOSED MATERIAL, OTHER THAN AS INTENDED, IS PROHIBITED. IF YOU HAVE RECEIVED THIS MATERIAL IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AT OUR EXPENSE, AND DESTROY THE ENCLOSED MATERIAL. YOUR COOPERATION IS APPRECIATED.

Exhibit E

Please call (318) 487-9874 and ask for Rebecca if there are any difficulties with transmittal.

```
*********************
***  TX REPORT  ***
*********************

TRANSMISSION OK

TX/RX NO              4077
CONNECTION TEL          6619855366445
SUBADDRESS
CONNECTION ID
ST. TIME          04/13 13:23
USAGE T           01'24
PGS.                  3
RESULT            OK
```

3.00



RICHARD J. ARSENAULT *
C. MICHAEL BOLLINGER
DAVID O. WALKER **
PAUL J. TELLARICO
WILLIAM S. NEBLETT***
MICHAEL S. KOCH
WESLEY J. GRALAPP
GARY J. ARSENAULT
EDWARD E. ROBERTS, III
STEVEN M. RACHAL
JOHN R. WHALEY
L. LARAMIE HENRY

ROBERT B. NEBLETT (1991)
RICHARD W. BEARD (1988)

_____

* LAW CORPORATION
  ALSO ADMITTED IN
  COLORADO, TEXAS
  AND WASHINGTON, D.C.
** LAW CORPORATION
   ALSO ADMITTED IN TEXAS
*** ALSO ADMITTED IN TEXAS

J. PHILLIP TERRELL, JR.
OF COUNSEL

## FACSIMILE TRANSMITTAL SHEET

POSTED-CAR

April 13, 2005

TO:        Daniel E. Becnel, Jr.                985-536-6445

FROM:      Richard J. Arsenault

RE:                          104.88888

NO. PAGES: 3

```
04/14/05  Inc 00.02 FAX 01000100L
```

```
**********************
***   TX REPORT   ***
**********************

TRANSMISSION OK

TX/RX NO              4080
CONNECTION TEL               6616628342628
SUBADDRESS
CONNECTION ID
ST. TIME             04/14 08:31
USAGE T              00'53
PGS.                     2
RESULT               OK
```

2.00



RICHARD J. ARSENAULT *
C. MICHAEL BOLLINGER
DAVID O. WALKER **
PAUL J. TELLARICO
WILLIAM S. NEBLETT***
MICHAEL S. KOCH
WESLEY J. GRALAPP
GARY J. ARSENAULT
EDWARD E. ROBERTS, III
STEVEN M. RACHAL
JOHN R. WHALEY
L. LARAMIE HENRY

A REGISTERED LIMITED LIABILITY PARTNERSHIP, INCLUDING LAW CORPORATIONS

ROBERT B. NEBLETT (1991)
RICHARD W. BEARD (1988)

-------------------------

* LAW CORPORATION
ALSO ADMITTED IN
COLORADO, TEXAS
AND WASHINGTON, D.C.
** LAW CORPORATION
ALSO ADMITTED IN TEXAS
***ALSO ADMITTED IN TEXAS

-------------------------

J. PHILLIP TERRELL, JR.
OF COUNSEL

## FACSIMILE TRANSMITTAL SHEET

### April 14, 2005

**ATTENTION:**       **Mr. Don Barrett**        **662-834-2628**

**FROM:**            **RICHARD J. ARSENAULT**

**NUMBER OF PAGES:**    2
(includes transmittal)

POSTED-CAR

**RE:**              Vioxx

104.88888

**CONFIDENTIALITY NOTICE**

THE ENCLOSED MATERIAL IS INTENDED ONLY FOR THE RECIPIENT NAMED ABOVE AND, UNLESS OTHERWISE EXPRESSLY INDICATED, IS

Exhibit E

# CLASS ACTION / MASS TORT REIMBURSEMENT REQUEST

Who is requesting reimbursement? Neblett, Beard & Arsenault

Attorney Team
Mary Lorenz-Holly Lamarche- Mike Breinin-William Percy

Who is being asked to pay this?   ☒ Neblett, Beard & Arsenault

☐ Litigation Group _____

(Name of Litigation Group)

Which mass tort / class action case does this involve?   Vioxx - 104.88888

| MAKE CHECK PAYABLE TO | EXPENSE REIMBURSEMENT | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | Mileage | Team - 800 miles | 320.00 |
| | Hotel | 2 Rooms - Team | 1071.04 |
| | Airfare | | |
| | Meals | Team | 539.36 |
| | Parking | | |
| | Seminar | | |
| | Miscellaneous | | |
| | Gratuities | | |
| | | TOTAL | 1930.40 |

Date(s) Expense Incurred: Week of April 18, 2005    Location of Activity: Montgomery, AL.

Reason for Expense:   Travel to Montgomery, Alabama for Vioxx document review in preparation for upcoming depositions

How is this expense to be charged?

☐ Do not charge to any client; this represents a non-reimbursable operating expense.

Note to Accounting: "Operating Overhead Deductible Expenses" cost sheet

☐ Charge to all clients involved in this litigation on a shared basis.

Note to Accounting: "General Shared Client Reimbursable Expenses" cost sheet

☐ Only charge to Individual Client involved with expense in question. _____

(Name of Client)

Note to Accounting: "Specific Client Reimbursable Expenses" cost sheet

 ☒ Charge to PSC/MDL.   Note to Accounting: These are expenses we expect to receive reimbursement for from a PSC (possibly a MDL PSC if applicable). Post this charge to the "PSC/MDL" cost sheet.

Exhibit E



**EMBASSY SUITES**
H O T E L

Montgomery

300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055   Fax: (334) 269-0386

Name & Address

OD, REBECCA
J. DRAWER H

RESERVE, LA 70084

Room:
Arrival Date: 207/TDBN
Departure Date: 04/18/05 3:14PM
04/22/05

Adult / Child
Room Rate: 1/0
119.00

Hilton HHonors

Rate quoted based on arrival date and length of stay. Should the dates or length of stay is
subject to change.  INIT _____

RATE PLAN        L-P19
HH# 914043375 GOLD
Al   CO #TU217851
CAR.

CONFIRMATION NUMBER : 80234542

04/22/05      PAGE    1

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. IN THE EVENT OF AN EMERGENCY, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY, PLEASE INDICATE YES BY CHECKING HERE. ___

GUEST SIGNATURE

X

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES. THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 04/18/05 | 1207387 | MONTGOMERY'S | $22.00 |
| 04/18/05 | 1207621 | GUEST ROOM | $119.00 |
| 04/18/05 | 1207621 | LODGING TAX | $14.88 |
| 04/19/05 | 1208027 | MONTGOMERY'S | $22.00 |
| 04/19/05 | 1208179 | MONTGOMERY'S | $46.28 |
| 04/19/05 | 1208261 | GUEST ROOM | $119.00 |
| 04/19/05 | 1208261 | LODGING TAX | $14.88 |
| 4/20/05 | 1208730 | MONTGOMERY'S | $21.50 |
| )/20/05 | 1208947 | GUEST ROOM | $119.00 |
| 04/20/05 | 1208947 | LODGING TAX | $14.88 |
| 04/21/05 | 1209305 | MONTGOMERY'S | $22.00 |
| 04/21/05 | 1209515 | MONTGOMERY'S | $20.88 |
| 04/21/05 | 1209599 | GUEST ROOM | $119.00 |
| 04/21/05 | 1209599 | LODGING TAX | $14.88 |
| 04/22/05 | 1209822 | AX ***********5008 | ($690.18) |
| | | * * BALANCE * * | $0.00 |

308572    A

The Hilton Family

0.00

Hilton

Exhibit E



**EMBASSY SUITES**
HOTEL

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055    Fax: (334) 260-0360

Name & Address

OD, REBECCA
J, DRAWER H

RESERVE, LA 70084

Room:
Arrival Date: 207/TDBN
Departure Date: 04/18/05 3:14PM
04/22/05

Adult · Child
Room Rate: 1/0
119.00

Hilton HHonors

RATE PLAN           L-P19
FF#914043375 GOLD
AL   CO #TU217851
CAR

Rate quoted based on arrival date and length of stay. Should you change your departure, your rate is subject to change.  INIT _____

CONFIRMATION NUMBER : 80234542

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY, PLEASE INDICATE YES BY CHECKING HERE* _____

GUEST SIGNATURE

X

04/22/05       PAGE      2

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES.  THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|

### EXPENSE REPORT SUMMARY

|                | 04/18/05 | 04/19/05 | 04/20/05 | 04/21/05 | STAY TOTAL |
|----------------|----------|----------|----------|----------|------------|
| ROOM & TAX     | $133.88  | $133.88  | $133.88  | $133.88  | $535.52    |
| FOOD & BEVERAGE| $22.00   | $68.28   | $21.50   | $42.88   | $154.66    |
| DAILY TOTAL    | $155.88  | $202.16  | $155.38  | $176.76  | $690.18    |

AX ***********5008                                04/18/05        308572    A

TODD, REBECCA                                     104398

The Hilton Family

-690.18

Exhibit E

**E**

EMBASSY SUITES

H O T E L '

**Montgomery**
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055   Fax: (334) 269-0360

Name & Address

ND, REBECCA
DRAWER H
RESERVE, LA 70084

Room:
Arrival Date: 234/TDBN
Departure Date: 04/18/05 10:29AM
04/22/05 6:44AM
Adult . Child
Room Rate: 1/0
119.00

Rate quoted based on arrival date and length of stay. Subject to change. INIT _____

RATE PLAN        L-P19
HH# 91404375 GOLD
AL:        CO #TU217851
CAR:

(H)
Hilton HHonors

CONFIRMATION NUMBER : 80234542

04/22/05        PAGE        1

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. IN THE EVENT OF AN EMERGENCY, I OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY PLEASE INDICATE YES BY CHECKING HERE
A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

GUEST SIGNATURE

X

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 04/18/05 | 1207644 | GUEST ROOM | $119.00 |
| 04/18/05 | 1207644 | LODGING TAX | $14.88 |
| 04/19/05 | 1208288 | GUEST ROOM | $119.00 |
| 04/19/05 | 1208288 | LODGING TAX | $14.88 |
| 04/20/05 | 1208966 | GUEST ROOM | $119.00 |
| 04/20/05 | 1208966 | LODGING TAX | $14.88 |
| 04/21/05 | 1209483 | MONTGOMERY'S | $16.78 |
| 04/21/05 | 1209507 | MONTGOMERY'S | $12.89 |
| 21/05 | 1209512 | MONTGOMERY'S | $6.04 |
| 21/05 | 1209621 | GUEST ROOM | $119.00 |
| 04/21/05 | 1209621 | LODGING TAX | $14.88 |
| 04/22/05 | 1209821 | AX ***********5008 | ($571.23) |

* * BALANCE * *        $0.00

EXPENSE REPORT SUMMARY

| | 04/18/05 | 04/19/05 | 04/20/05 | 04/21/05 | STAY TOTAL |
|---|----------|----------|----------|----------|------------|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $133.88 | $535.52 |
| FOOD & BEVERAGE | $0.00 | $0.00 | $0.00 | $35.71 | $35.71 |
| DAILY TOTAL | $133.88 | $133.88 | $133.88 | $169.59 | $571.23 |

Hilton HHonors (R) stays post to your account within 72 hours of checkout. To check your earnings
for this stay or any other stay at more than 2,700 hotels worldwide visit www.hiltonhhonors.com

| AX ***********5008 | 04/18/05 | 305019 | A |
|---|---|---|---|
| TODD, REBECCA | 183506 | | |

The Hilton Family

-571.23

Exhibit E

## SHELL FOOD MART
BOX 396A1 ROUTE 2
EVERGREEN AL 36401
334-578-3767

SHELL                          50 128 600017
I-65 & HWY 83                      S1R0613
EVERGREEN    AL  36401

| Descr. | qty | amount |
|--------|-----|--------|
| <CUSTOMER COPY> | | |
| T GROCERY | 1 | 1.09 |
| T GROCERY | 1 | 1.09 |
| T GROCERY | 1 | 0.69 |
| T CANDY/GUM | 1 | 1.19 |
| T GROCERY | 1 | 1.09 |
| T GROCERY | 1 | 0.69 |
| T GROCERY | 1 | 0.85 |

Sub Total          6.69
Tax          0.54
**TOTAL**       **7.23**
CREDIT  $     7.23

XXXX XXXXXX X5008          AMEX
NAME: JR/DE
INVOICE: 934034          AUTH #: 522232

## THANK YOU
Please Come Again

REG# 0001 CSH# 012 DR# 01  TRAN# 15266
04/18/05  09:09:23          ST# SFM01

Carrabba's Italian Grill
1510 Eastern Boulevard
Montgomery, AL. 36117
334-271-7500

Server: Niki                DOB: 04/18/2005
09:57 PM                        04/18/2005
Table 26/1                      1/10068

Amex                          1048627
Card #XXXXXXXXXXX5008         Exp:0708
Magnetic card present: JR DE
Approval: 507925

Amount:          34.93

+ Tip: _____

= Total: _____

X_____
Approval: 507925

Customer Copy

Exhibit E

SUBWAY #27718
4095 JACK SPRING RD
ATMORE, AL 36502

MERCHANT : 00824983 0001 01
AMEX ID :
DATE     : FRI 4/22/05 11:53:25
REF NO.  : 4732
CARD NO. : XXXXXXXXXXX5008E
EXP DATE : 7/08
INVOICE #: 1165008
AUTH NO. : APPRVD # 541608



SALE        $      8.37

THANK YOU
COME AGAIN!

X_____
            DE JR

RETAIN THIS COPY FOR YOUR RECORDS
TOP COPY-MERCHANT
BOTTOM COPY-CUSTOMER



# Order #236

04/19/2005  19:29
2. TO-GO for

SERVER: TYRE S
------------------------------------
1  # 2                        $6.45
1  FRUIT                      $2.95
      BOWL
1  QUESADILLA                 $7.45
      CHICKEN

   SUB TOTAL                 $16.85
   TAX                        $1.68
   TOTAL                     $18.53

   AMOUNT DUE                 $0.00
C-C AMEX                    $-18.53
3xxxxxxxxxxxx5008 /08

******************************
******** GUEST COPY *******
******************************

THANK YOU FOR VISITING ZOE'S

Exhibit E

************************************
*          Customer Copy           *
************************************

The Olive Room / Nobles
Montgomery Street
Montgomery, AL 36104

Date:          04/20/05
Time:          8:19 PM
Server:        5. Audria
Order:         35722
Description:   Table 15:2

Card Type:     AMEX
Card No:       ***********5008
Expires:       0708
Appr Code:     566626

Purchases:        $   118.60

Tip:              $   21.20

Total:            $ 137.80
                  JR/DE

I agree to pay the above total amount
according to the card issuer agreement.

************************************
*          Customer Copy           *
************************************

Montgomery Brewing
12 W. JEFFERSON ST.
MONTGOMERY, ALABAMA 36104
(334) 834-BREW

Date:          04/21/05
Time:          12:08 PM
Server:        12. AMY
Order:         389475
Description:   Table 53

Card Type:     AMEX
Card No:       ***********5008
Expires:       0708
Appr Code:     506310

Purchases:        $    24.37

Tip:              $   4.00

Total:            $ 28.37
                  JR/DE

I agree to pay the above total amount
according to the card issuer agreement.

SIGN ONE COPY
KEEP ONE COPY

Exhibit E

```
***************************
   C U C O S
MEXICAN CAFE
  E X P R E S S
***************************
```

TERMINAL:
MERCHANT #   REG  04-20-2005  01:12 PM
             TO GO              000085

AMEX
#xxxx        Faj. W/Guac.        $7.49
SUR: 5       Faj. W/Guac.        $7.49
SALE         TL                 $16.48
BATCH: 000   TAX-AMT 1    10%    $1.50
DATE: APR .  TAX 1               $1.50
             TAX
             CHARGE      $16.48
PRE-TIP AMT        2 No   1.00 hr

TIP           G R A C I A S !!!
                COME AGAIN
TOTAL    ***************************

        CU           $17.48
                      total

```
6714489-01
DIAMOND GAS STA #21
4095 JACK SPRINGS RD
   ATMORE AL
```

Descr.            qty        amount

  <CUSTOMER COPY>
T GROCERY          2          2.18

              Sub Total       2.18
                    Tax       0.17
   TOTAL              2.35
              CREDIT $        2.35
AMERICAN EXP RCPT
JR/DE            ***********5008
         00 547661 REF 61522013

PROD CD: 41

SIGNATURE ON FILE
THANKS. COME AGAIN
REG# 0001 CSH# 007 DR# 01  TRAN# 14218
  04/22/05  11:53:10         ST#   21

```
***************************************
*          Customer Copy              *
***************************************
```

Montgomery Brewing
12 W. JEFFERSON ST.
MONTGOMERY, ALABAMA 36104
(334) 834-BREW

Date:            04/19/05
Time:            11:58 AM
Server:          6. JENNIFER
Order:           388866
Description:     Table 31

Card Type:       AMEX
Card No:         ***********5008
Expires:         0708
Appr Code:       584179

Purchases:       $     24.15

Tip:             $    4.00

Total:           $    28.15
                 JR/DE

I agree to pay the above total amount
according to the card issuer agreement.

SIGN ONE COPY
KEEP ONE COPY

Exhibit E



**Japanese Restaurant**
8173 Vaughn Road
Montgomery , Alabama 36116
(334) 215-2275

Date:       Apr18'05 06:57PM
Card Type:  Amex
Acct #:     XXXXXXXXXXX5008
Exp Date:   07/08
Auth Code:  529764
Check:      1426
Table:      205/1
Server:     7 Hyeran
            DE JR

Subtotal:        45.43

Tip:_____8.00

Total _____53.43

* * * * Customer Copy * * * *

SUBWAY I
22 DEXTER AVE
MONTGOMERY, AL 36104
334-265-1213

BATCH: 061
S-A-L-E-$  D-R-A-F-T
73285001
010364436000

REF:      0003
CD TYPE: AMEX
TR TYPE: PURCHASE
DATE:     APR 18, 05  09:21:15

TOTAL              $5.35

ACCT: 37289669165000      EXP: 07/08
AP: 543141
NAME: DE JR

CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICES IN THE AMOUNT OF THE
TOTAL SHOWN HEREON AND AGREES TO PERFORM
THE OBLIGATIONS SET FORTH BY THE
CARDMEMBER'S AGREEMENT WITH THE ISSUER

CUSTOMER COPY

Exhibit E

**EXXON EXPRESS PAY**

EXXON LION' SPRIDE
8095 VAUGHN RD
MONTGOMERY, AL 36117

DLR# 4234373
COUNTRY CONVEN
MONTGOME              AL
04/18/05         18:20
                  ACCT#
XXXXXXXXXXXX5008 500
INV# HLA631B
AUTH# 549532
PUMP# 1
REG              19.599G
SELF
PRICE/GAL         $2.199
FUEL TOTAL        $43.10

TOTAL             $43.10

THANK YOU AND
COME AGAIN!!!

-THANK YOU-

---

WELCOME

6714489-01

DIAMOND GAS STA #21
4095 JACK SPRINGS RO
ATMORE             AL

AMERICAN EXP RCPT
JR/DE
************5008
524613 REF# 13622011
DATE 04/22/05   11:44

PUMP #          05
PRODUCT         BLUE
SELF SERVICE LEVEL
GALLONS         6.886
PRICE/GAL:    * 2.179
FUEL  SALE    * 15.00

THANK YOU

HAVE A NICE DAY

---

**EXXON EXPRESS PAY**

CARROLLTON EXX, 4747812

NEW ORLE, LA

4/18/2005 5:56:46 AM 7653

XXXXXXXXXXXX5008      AMEX
JR/DE
INVOICE ATU7869
AUTH 522395

PUMP#7
Plus                11.062G
PRICE/GAL          $ 2.219
FUEL TOTAL         $ 24.55

                  -----------
                  Total =$ 24.55

CRIND Credit       $ 24.55

Credit

Exhibit E

# CROUCH
# — & —
# RAMEY
### A REGISTERED LIMITED LIABILITY PARTNERSHIP
### ATTORNEYS AND COUNSELORS

VIOXX
104.88888

9.50

## TELECOPY COVER LETTER

### Date:  April 19, 2005

### Client No.:   70587.1

POSTED-CAR

## PLEASE DELIVER THE FOLLOWING PAGES TO:

**Name:**

| | |
|---|---|
| Bryan F. Aylstock | (850) 916-7449 |
| Richard J. Arsenault | (318) 561-2591 |
| David A. Barrett | (212) 446-2350 |
| Daniel E. Becnel, Jr. | (985) 536-6445 |
| Joseph Bruno | (504) 581-1493 |
| Shirley Burt/Troy Rafferty | (850) 435-7020 |
| Elizabeth J. Cabraser | (415) 956-1008 |
| Stephen W. Burrow | (228) 762-7589 |
| Leslie M. Ballantyne | (212) 422-4726 |
| W. Mark Lanier | (713) 659-2204 |
| Robert E. Piper, Jr. | (318) 424-9900 |
| Eric M. Quetglas-Jordan | (787) 725-3970 |
| Thomas E. Walker | (205) 458-9500 |
| Don Barrett | (662) 834-2409 |
| Vance Andrus | (337) 233-3375 |
| Roberta B. Walburn | (612) 339-4181 |
| Ellen A. Presby | (214) 520-1181 |
| Rickey J. Brantley | (817) 338-9109 |
| Ben Barnow | (312) 641-5504 |
| Michael Hingle | (985) 616-1471 |
| Dawn M. Barrios | (504) 524-3313 |
| Ann B. Oldfather | (502) 637-3999 |
| Gregory J. Bubalo | (502) 753-1627 |
| Thomas Kline/Michelle Tiger | (215) 735-0960 |
| Rebecca Langston | (601) 968-3866 |
| Tobias L. Millrood | (610) 822-0252 |
| Roy F. Amedee, Jr. | (504) 713-1375 |

From:  **Kim Meaders**
Telephone No.:   **(214) 922-7153**

## TOTAL NUMBER OF PAGES: _19_ INCLUDING THIS COVER SHEET

Exhibit E

Date:          April 18, 2005

| TO: | Accounting |
|---|---|
| VENDOR #: | |
| FROM: | Jane |
| AMOUNT: | $ 25,000 |
| PAYABLE TO: | Herman, Herman, Katz & Cotlar *MDL 1657* |
| TAX ID#: | |
| PURPOSE: | PSC Assessment |
| CLIENT: | Vioxx |
| ACCOUNT #: | 104.88888 |
| GIVE CHECK: | To Jane |

PAID
APR 20 2005
*127633*

Exhibit E

Check No.   127633

| Inv No | Inv Date | Due Date | G/L No | | Amount | Description |
|--------|----------|----------|--------|---|--------|-------------|
| SG01-37102 | 04/20/2005 | 04/20/2005 | 119999 | | 25,000.00 | VIOXX-ASSESSMENT |
| | | | 104.88888 | | | Vioxx-MDL/PSC |

04/20/2005

25,000.00   HERMAN, HERMAN, KATZ & COTLA

TWENTY-FIVE THOUSAND AND XX / 100   DOLLARS

04/20/2005          $****25,000.00

HERMAN, HERMAN, KATZ & COTLAR
MDL 1657

Check No.   127633

| Inv No | Inv Date | Due Date | G/L No | | Amount | Description |
|--------|----------|----------|--------|---|--------|-------------|
| SG01-37102 | 04/20/2005 | 04/20/2005 | 119999 | | 25,000.00 | VIOXX-ASSESSMENT |
| | | | 104.88888 | | | Vioxx-MDL/PSC |

04/20/2005

25,000.00   HERMAN, HERMAN, KATZ & COTLAR

Exhibit E

04/28/2005  15:24   9529206869                              MILAVETZLAW-IRM

ROBERT J. MILAVETZ
JONATHAN D. GALLOP*
ALAN S. MILAVETZ
STEVEN A. LEVINE
BARBARA N. NEVIN
GREGORY S. MALUSH
SEPH A. RYMANOWSKI, JR.**
ERIC R. LEE
CHAD WM. SCHULZE
ADAM C. WADO**
LOUIS N. REDENBERG**
ADAM M. WALDOCH

** OF COUNSEL

# MILAVETZ, GALLOP & MILAVETZ, P.A.

### —— ATTORNEYS AT LAW ——
8800 FRANCE AVENUE SOUTH
EDINA, MINNESOTA 55435

(952) 920-7777
TOLL FREE: 1-800-365-6868
FAX (952) 920-6869

www.milavetzlaw.com
E-Mail: lawpage@usinternet.com

LEGAL ASSISTANTS:

DALE B. ELHART
AMY J. WESTBY
JULIE L. BUTTRAM
NANCY HAGAN
JOSHUA J. LUNDERBY
SARAH J. PHELPS
ROBIN R. JOHNSON
CLARICE VON BEHREN
TAMMY J. TOLLEFSON
LORI A. UTKE

INVESTIGATOR:

PATRICK O. SHAEFFER, JR.

April 27, 2005

5.00

VIOXX
10 pages
104.88888

POSTED-CAR

**VIA FACSIMILE**

Andy D. Birchfield, Jr., Esq.
Beasley, Allen, Crow, Methvin,
Portis & Miles, P.C.
P.O. Box 4160
Montgomery, AL 36104

Christopher A. Seeger, Esq.
Seeger Weiss, LLP
One William Street
New York, NY 10004

Richard J. Arsenault, Esq.
Neblett, Beard & Arsenault
P.O. Box 1190
Alexandria, VA 71309

Elizabeth J. Cabraser, Esq.
Lieff, Cabraser, Heimann
& Bernstein, LLP
Embarcadero Center West
275 Battery St., 30th Fl.
San Francisco, CA 94111

Troy A. Rafferty, Esq.
Levin, Papantonio, Thomas
Mitchell, Echsner & Proctor, PA
P.O. Box 12308
Pensacola, FL 32591

Thomas R. Kline, Esq.
Kline & Specter, PC
1525 Locust St.
Philadelphia, PA 19102

Arnold Levin, Esq.
Levin, Fishbein, Sedran
& Berman
510 Walnut St., Ste. #500
Philadelphia, PA 19106

Carlene Rhodes Lewis, Esq.
Goforth, Lewis & Sanford, LLP
1111 Bagby, Ste. #2200
Houston, TX 77002

Gerald E. Meunier, Esq.
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre, 1100 Poydras
New Orleans, LA 70162-2800

Mark P. Robinson, Jr., Esq.
Robinson, Calcagnie & Robinson, Inc.
620 Newport Center Dr., 7th Fl.
Newport Beach, CA 92660

Drew Ranier, Esq.
Ranier, Gayle & Elliot, LLC
1419 Ryan St.
Lake Charles, LA 70601

Christoper V. Tisi, Esq.
Ashcraft & Gerel, LLP
2000 L St., NW, Ste. #400
Washington, DC 20036

Re: **In Re VIOXX Products Liability Litigation, MDL No. 1657, Section L**

GM - VIOXX\MDL\subcommittee001.wpd

# CLASS ACTION / MASS TORT REIMBURSEMENT REQUEST

Who is requesting reimbursement?   Neblett, Beard & Arsenault          Richard J. Arsenault
                                   (Firm Name)                        (Individual Name)

Who is being asked to pay this?   ☑ Neblett, Beard & Arsenault

                                  ☐ Litigation Group  _____
                                                      (Name of Litigation Group)

Which mass tort / class action case does this involve?   Vioxx   104.88888

| MAKE CHECK PAYABLE TO | EXPENSE REIMBURSEMENT | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Richard J. Arsenault | Mileage   300 miles | Travel from Baton Rouge to New Orleans and return travel from New Orleans to Alexandria. | $120.00 |
| American Express | Hotel | | 195.00 ✓ |
| American Express | Hotel Tax & Fees | | 27.35 ✓ |
| | Airfare | | |
| American Express | Meal | Breakfast meeting with PSC members, Carlene Lewis & Jerry Meunier to discuss committee structure | 78.40 ✓ |
| American Express | Meals | | 24.00 ✓ |
| | Cabs | | |
| American Express | Parking | | 28.00 ✓ |
| Richard J. Arsenault | Gratuities | | 8.00 |
| | | TOTAL | $480.75 |

| | |
|---|---|
| Date(s) Expense Incurred: April 14 & 15, 2005 | Location of Activity: New Orleans |
| Reason for Expense: Attended Plaintiffs' Steering Committee meeting. | |

## How is this expense to be charged?

☐ Do not charge to any client; this represents a non-reimbursable operating expense.

> Note to Accounting: "Operating Overhead Deductible Expenses" cost sheet

APR 28 2005

☐ Charge to all clients involved in this litigation on a shared basis.

> Note to Accounting: "General Shared Client Reimbursable Expenses" cost sheet

127682

☐ Only charge to Individual Client involved with expense in question.  _____
                                                                       (Name of Client)

> Note to Accounting: "Specific Client Reimbursable Expenses" cost sheet

☑ Charge to PSC/MDL

> Note to Accounting: These are expenses we expect to receive reimbursement for from a PSC (possibly a MDL PSC if applicable). Post this charge to the "PSC/MDL" cost sheet.

Signature: _____          Receipt Attached: _____✓_____  Exhibit E



## WINDSOR COURT HOTEL

ORIENT-EXPRESS HOTELS
TRAINS & CRUISES

ARSENAULT*, MR. RICHARD J.
NEBLETT, BEARD, ARSENAULT
PO BOX 1190
ALEXANDRIA, LA  71309

**Room Number:** 1411
**Daily Rate:** 195.00
**Room Type:** JSK
**No. of Guests:** 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---|---|---|---|---|---|
| 04/14/05 | 04/15/05 | XXXX XXXX XXXX 1005 | 2LOC | 1LOC | 10600296187 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|---|---|---|---|---|
| 04/14/05 | 1411 | LOCAL PHONE | 1411/16:24/1/8314949 | $1.00 |
| 04/14/05 | 1411 | LOCAL PHONE | 1411/16:25/1/4814602 | $1.00 |
| 04/14/05 | 1411 | PARKING | ONE CAR VALET | $28.00 |
| 04/14/05 | 1411 | ROOM CHARGE | #1411 ARSENAULT*, MR. RICHARD J. | $195.00 |
| 04/14/05 | 1411 | ROOM SALES TAX | ROOM SALES TAX | $25.35 |
| 04/14/05 | 1411 | ROOM OCCUPANCY TAX | ROOM OCCUPANCY TAX | $2.00 |
| 04/15/05 | 1411 | ROOM SERVICE | 1411/2658/07:10/ROOM SERVICE | $24.00 |
| 04/15/05 | 1411 | RM PANTRY/RM FAX | RM PANTRY/RM FAX | $4.47 |
| 04/15/05 | 1411 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($280.82) |

**TOTAL DUE:**          $0.00

TERMS:   DUE AND PAYABLE UPON PRESENTATION.  I AGREE THAT MY LIABILITY FOR THIS
BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE
INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL
AMOUNT OF THESE CHARGES.

Exhibit E

300 Gravier Street, New Orleans, Louisiana 70130
Telephone 504.523.6000 • 800.262.2662  Facsimile 504.596.4513

```
        The New Orleans Grill
           Windsor Court Hotel
             300 Gravier Street
        New Orleans, Louisiana 70130
              (504) 523-6000
      e:        Apr15'05 08:32AM
     rd Type:   Amex
      t #:      XXXXXXXXXX1005
      p Date:   10/06
     th Code:   530168
   eck:         239
   able:        12/1
   rver:        432 Sigers
    CA: Auth Driver
              RJ ARSENAULT

   btotal:            66.40

   P:_____  12___

   TAL:_____  78.40


   _____

   GNATURE
   agree to pay above total
   cording to my card issuer
   reement.
```

**\* \* \* Customer Copy \* \* \* \***

Exhibit E

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              4166
CONNECTION TEL            6615045964513
SUBADDRESS
CONNECTION ID
ST. TIME              05/03 07:48
USAGE T               10'10
PGS.                    20
RESULT                OK
```

*20.00*



ROBERT B. NEBLETT (1991)
RICHARD W. BEARD (1988)

RICHARD J. ARSENAULT *
C. MICHAEL BOLLINGER
DAVID O. WALKER **
PAUL J. TELLARICO
WILLIAM S. NEBLETT***
MICHAEL S. KOCH
WESLEY J. GRALAPP
GARY J. ARSENAULT
EDWARD E. ROBERTS, III
STEVEN M. RACHAL
JOHN R. WHALEY
L. LARAMIE HENRY

* LAW CORPORATION
  ALSO ADMITTED IN
  COLORADO, TEXAS
  AND WASHINGTON, D.C.
** LAW CORPORATION
  ALSO ADMITTED IN TEXAS
***ALSO ADMITTED IN TEXAS

J. PHILLIP TERRELL, JR.
OF COUNSEL

## FACSIMILE TRANSMITTAL SHEET

May 3, 2005

504-596-4513

POSTED-CAR

**ATTENTION:**   MR. RICHARD J. ARSENAULT  (GUEST)
%WINDSOR COURT HOTEL

**FROM:**   Rebecca

**NUMBER OF PAGES:**   20
(Includes transmittal)

**RE:**   Vioxx

*104.88888*

### CONFIDENTIALITY NOTICE

THE ENCLOSED MATERIAL IS INTENDED ONLY FOR THE RECIPIENT NAMED ABOVE AND, UNLESS OTHERWISE EXPRESSLY INDICATED, IS CONFIDENTIAL AND PRIVILEGED INFORMATION. ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THE ENCLOSED MATERIAL, OTHER THAN AS INTENDED, IS PROHIBITED. IF YOU HAVE RECEIVED THIS MATERIAL IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AT OUR EXPENSE, AND DESTROY THE ENCLOSED MATERIAL. YOUR COOPERATION IS APPRECIATED.

# BARRIOS, KINGSDORF & CASTEIX, L.L.P.
## 701 Poydras Street, Suite 3650
### New Orleans, Louisiana 70139-3650
### (504) 524-3300
### FAX #:  (504) 524-3313

*2.00*

| TO: | Matt Lundy, Esq. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 281-272-0781 |
| | Clayton Davis, Esq. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 337-439-1029 |
| | Richard Arsenault, Esq. . . . . . . . . . . . . . . . . . . . . . . . 318-561-2591 |

**FROM:** Dawn M. Barrios, Esq./Bruce S. Kingsdorf, Esq. *(Lisa Vinson – Secretary)*

**DATE SENT:** May 5, 2005

**TIME SENT:** 10:26 a.m./p.m.

**RE/OUR FILE NO.:** 3508

**NO. OF PAGES:** 4     VIOXX     104.33333

## COMMENTS AND SPECIAL INFORMATION:

POSTED-CAR

- - - - - - - - - - - - - -

## IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL:
## LISA VINSON AT (504) 524-3300

Exhibit E

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO           4185
CONNECTION TEL          6615045616024
SUBADDRESS
CONNECTION ID
ST. TIME           05/16 12:49
USAGE T            03'32
PGS.               4
RESULT             OK
```

4.00



NEBLETT, BEARD & ARSENAULT
Attorneys At Law

A REGISTERED LIMITED LIABILITY PARTNERSHIP, INCLUDING LAW CORPORATIONS

RICHARD J. ARSENAULT *
C. MICHAEL BOLLINGER
DAVID O. WALKER **
PAUL J. TELLARICO
WILLIAM S. NEBLETT***
MICHAEL S. KOCH
WESLEY J. GRALAPP
GARY J. ARSENAULT
EDWARD E. ROBERTS, III
STEVEN M. RACHAL
JOHN R. WHALEY
L. LARAMIE HENRY

ROBERT B. NEBLETT (1991)
RICHARD W. BEARD (1988)

* LAW CORPORATION
ALSO ADMITTED IN
COLORADO, TEXAS
AND WASHINGTON, D.C.
** LAW CORPORATION
ALSO ADMITTED IN TEXAS
*** ALSO ADMITTED IN TEXAS

J. PHILLIP TERRELL, JR.
OF COUNSEL

POSTED-CAR

## FACSIMILE TRANSMITTAL SHEET

May 16, 2005

504-561-6024

**Mr. Leonard A. Davis**

**FROM:**          **RICHARD J. ARSENAULT**

                   4

**NUMBER OF PAGES:**
(includes transmittal)

**RE:**            **Vioxx (104.88888)**

Exhibit E

CONFIDENTIALITY NOTICE

# CLASS ACTION / MASS TORT REIMBURSEMENT REQUEST

Who is requesting reimbursement? Neblett, Beard & Arsenault

Attorney Team
Mike Breinin-William Percy

Who is being asked to pay this?   ☒  Neblett, Beard & Arsenault

☐  Litigation Group _____

(Name of Litigation Group)

Which mass tort / class action case does this involve?   Vioxx - 104.88888

| MAKE CHECK PAYABLE TO | EXPENSE REIMBURSEMENT | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | Mileage | Team - 800 miles | 320.00 |
| | Hotel | 1 Rooms - Team | 580.52 |
| | Airfare | | |
| | Meals | Team | 265.59 |
| | Parking | | |
| | Seminar | | |
| | Miscellaneous | | |
| | Gratuities | | |
| | | TOTAL | 1166.11 |

| Date(s) Expense Incurred: Week of May 16, 2005 | Location of Activity: Montgomery, AL. |
|---|---|

Reason for Expense: Travel to Montgomery, Alabama for Vioxx document review in preparation for upcoming depositions

How is this expense to be charged?

☐ Do not charge to any client; this represents a non-reimbursable operating expense.

Note to Accounting: "Operating Overhead Deductible Expenses" cost sheet

☐ Charge to all clients involved in this litigation on a shared basis.

Note to Accounting: "General Shared Client Reimbursable Expenses" cost sheet

☐ Only charge to Individual Client involved with expense in question. _____

(Name of Client)

Note to Accounting: "Specific Client Reimbursable Expenses" cost sheet

☒ Charge to PSC/MDL.

Note to Accounting: These are expenses we expect to receive reimbursement for from a PSC (possibly a MDL PSC if applicable). Post this charge to the "PSC/MDL" cost sheet.

Exhibit E

**E**

EMBASSY SUI

HOTEL

Name & Address

BECNEL, DANIEL
PO BOX H
RESERVE, LA 70084

Room:
Arrival Date: 607/TDBN
Departure Date: 05/16/08 4:09PM
05/19/05
Adult / Child
Room Rate: 1/0
119.00

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055   Fax: (334) 261

Hilton HHon

Rate quoted based on arrival date and length of stay, should the length or dates of stay change, rate is
subject to change.   INIT _____

RATE PLAN   L-R39
HH# 856843561 GOLD
AL.   DL   #4023302765
CAR:

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE F
ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT
RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITE
OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE
BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF TH
CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT   **GUEST SIGNATURE**
OF $0.75 WILL BE APPLIED TO MY ACCOUNT. IN THE EVENT OF AN EMERGENCY, I, OR
SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A   X
PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE ___
A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES : THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

CONFIRMATION NUMBER : 82998084

05/19/05   PAGE   1

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 05/16/05 | 1221296 | GUEST ROOM | $119.00 |
| 05/16/05 | 1221296 | LODGING TAX | $14.88 |
| 05/17/05 | 1221548 | MONTGOMERY'S | $21.00 |
| 05/17/05 | 1221626 | MONTGOMERY'S | $40.00 |
| 05/17/05 | 1221784 | GUEST ROOM | $119.00 |
| 05/17/05 | 1221784 | LODGING TAX | $14.88 |
| 05/18/05 | 1222032 | MONTGOMERY'S | $22.00 |
| 05/18/05 | 1222143 | MONTGOMERY'S | $45.93 |
| 05/18/05 | 1222317 | GUEST ROOM | $119.00 |
| 05/18/05 | 1222317 | LODGING TAX | $14.88 |
| 06/19/05 | 1222468 | AX **********5008 | ($530.57) |

** BALANCE **   $0.00

### EXPENSE REPORT SUMMARY

| | 05/16/05 | 05/17/05 | 05/18/05 | STAY TOTAL |
|---|---|---|---|---|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $401.64 |
| FOOD & BEVERAGE | $0.00 | $61.00 | $67.93 | $128.93 |
| DAILY TOTAL | $133.88 | $194.88 | $201.81 | $530.57 |

*Hilton HHonors (R) stays post to your account within 72 hours of checkout. To check your earnings
for this stay or any other stay at more than 2,700 hotels worldwide visit www.hiltonhhonors.com*

AX **********5008   05/16/05   312037   A

BECNEL, DANIEL   688961

The **Hilton** Family

       

Hilton

-530.57
Garden Inn

Exhibit E

Reservations: www.embassysuites.com or 1-800-EMBASSY

P.82/90



**Name & Address**

P _ BOX H

RESERVE, LA 70084

Room:
Arrival Date: 732/KNGN
Departure Date: 05/19/05 6:37PM
05/20/05

Adult / Child
Room Rate: 1/0
159.00

**EMBASSY SUITES**
**H O T E L**

Montgomery
300 Tallapoosa Street
Montgomery AL 36104
Phone: (334) 269-5055   Fax: (334) 269-0300

RATE PLAN        LV2
HHW
Rate quoted based on arrival date and length of stay. Should you choose to depart early there is
subject to change.   INIT _____  AL
CAR

**Hilton HHonors**

CONFIRMATION NUMBER : 86870796

05/20/05      PAGE      1

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE __

**GUEST SIGNATURE**

X

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES. THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 05/19/05 | 1222676 | MONTGOMERY'S | $17.08 |
| 05/19/05 | 1222948 | GUEST ROOM | $159.00 |
| 05/19/05 | 1222948 | LODGING TAX | $19.88 |
| 05/20/05 | 1223065 | AX ***********5008 | ($195.96) |

** BALANCE **         $0.00

### EXPENSE REPORT SUMMARY

|  | 05/19/05 | STAY TOTAL |
|---|---|---|
| ROOM & TAX | $178.88 | $178.88 |
| FOOD & BEVERAGE | $17.08 | $17.08 |
| DAILY TOTAL | $195.96 | $195.96 |

AX ***********5008          05/19/05          312632     A

JR, DE                     503429

The Hilton Family

    

-195.96

Exhibit E

Reservations: www.embassysuites.com or 1-800-EMBASSY

P.83/90

JUN 09-2005  12:00

**CHEVRON**
**1400 S. CAROLLTON**
**NEW ORLEANS, LA**

Chevron
1400 South Carrolt New Orleans       LA
STN# 00108938

Credit Card Receipt

xxxxxxxxxxx5008       E/AMEX
JR/DE

Supreme            Fuel Ticket #180507
Pump #1   16.748 @ $ 2.219   37.16

Items:  1       Subtotal      37.16

Tax                    0.00
**Total**               37.16

Credit Card(USD$)        $37.16
   Invoice#:  3838901
   Auth#:     527641

*** Customer signature on file ***

506227e37s1067tl 05/16/05 09:06:48

**ONLY CHEVRON**
**HAS   TECHRON**

*** DUPLICATE RECEIPT ***

Herron Street Chevron
215 Dickerson St
Montgomery, AL
STN 00210321

05/20/05   14:03:46

AMEX
xxxxxxxxxx5008
Invoice#   2108360
Auth#      569403

Pump#: 3
  17.982 @ @ $ 2.219
Supr/Self  $ 39.90

Total      $ 39.90

THANK YOU FOR
CHOOSING CHEVRON

              ort Blvd.
            Mobile, AL
             36606
          (251) 473-2920
       Gratuity not included
     Thank you for your patronage

**AMEX**    XXXXXXXXXXXXXXX5008 S
AUTH 568450    TBL X75    CHECK   156182
PURCHASE       BAR/SA/IND         IFA

AMOUNT                   19.26
TAX                       1.93

SUBTOTAL  $      21.19

TIP  $........    40.00
                  25 /9

TOTAL  $..........

**CUSTOMER COPY**

Exhibit E

```
****************************************
*            Customer Copy             *
****************************************

            Montgomery Brewing
            12 W. JEFFERSON ST.
         MONTGOMERY, ALABAMA 36104
            (334) 834-BREW

Date:            05/16/05
Time:            7:52 PM
Server:          36. MYCUL
Order:           398717
Description:     Table 64

Card Type:       AMEX
Card No:         ***********5008
Expires:         0708
Appr Code:       529250


Purchases:       $      42.30


Tip:             $    8,00


Total:           $    50.30
         JR/DE

I agree to pay the above total amount
according to the card issuer agreement.

            SIGN ONE COPY
            KEEP ONE COPY
```

```
****************************************
*            Customer Copy             *
****************************************

            Montgomery Brewing
            12 W. JEFFERSON ST.
         MONTGOMERY, ALABAMA 36104
            (334) 834-BREW

Date:            05/20/05
Time:            1:08 PM
Server:          36. MYCUL
Order:           400221
Description:     Table 118

Card Type:       AMEX
Card No:         ***********5008
Expires:         0708
Appr Code:       508616


Purchases:       $      18.59


Tip:             $    3,50


Total:           $    22.09
         JR/DE

I agree to pay the above total amount
according to the card issuer agreement.

            SIGN ONE COPY
            KEEP ONE COPY
```

Exhibit E

```
        Embassy Suites Montgomery
           Montgomery's Cafe
             (334) 269-5055

208 Sharon
------------------------------------
TBL 14/1      CHK 1489      GST 2
         MAY19'05 12:38PM
------------------------------------

   2 @ 8.41
     *EXPRESS BUFFET        16.82

     Food                   16.82
     Sales Tax               1.68
     Amount Due         $18.50
                          5 50
Gratuity_____._____

Total_____22 00

Signature_____

Print Name_____

Room #_____
          THANK YOU
```

Exhibit E

```
*********************
***    TX REPORT    ***
*********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 4188 |
| CONNECTION TEL | 6615046702910 |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 05/17 10:32 |
| USAGE T | 31'47 |
| PGS. | 49 |
| RESULT | OK |

*49.00*



NEBLETT, BEARD & ARSENAULT
Attorneys At Law

A REGISTERED LIMITED LIABILITY PARTNERSHIP, INCLUDING LAW CORPORATIONS

ROBERT B. NEBLETT (1991)
RICHARD W. BEARD (1988)

RICHARD J. ARSENAULT *
C. MICHAEL BOLLINGER
DAVID O. WALKER **
PAUL J. TELLARICO
WILLIAM S. NEBLETT***
MICHAEL S. KOCH
WESLEY J. GRALAPP
GARY J. ARSENAULT
EDWARD E. ROBERTS, III
STEVEN M. RACHAL
JOHN R. WHALEY
L. LARAMIE HENRY

* LAW CORPORATION
ALSO ADMITTED IN
COLORADO, TEXAS
AND WASHINGTON, D.C.
** LAW CORPORATION
ALSO ADMITTED IN TEXAS
***ALSO ADMITTED IN TEXAS

J. PHILLIP TERRELL, JR.
OF COUNSEL

*POSTED-CAR*

## FACSIMILE TRANSMITTAL SHEET

May 17, 2005

*504 - 670 - 2910*

TO:   GUEST, VANCE ANDRUS
      RITZ CARLTON

504-524-7675

FROM:  STEVEN M. RACHAL

NO. PAGES: *49*

RE:   VIOXX
      104.88888

MAY-23-2005  16:49   FROM:BRANCH LAW FIRM 5052433554                  TO:91318561-2591        P:1/2

TURNER W. BRANCH
  Admitted to practice in
  New Mexico, Texas,
  Colorado and the District
  of Columbia

MARGARET MOSES BRANCH
  Also admitted to practice
  in Colorado

BRIAN P. BRACK
  Also admitted to practice
  in Texas

ROBERT B. BLISS

RICHARD A. SANDOVAL

ARTHUR M. ROLON
  (1949-2000)

# BRANCH LAW FIRM®

## ATTORNEYS AND COUNSELORS AT LAW

*"In the Historic Rio Grande Corridor"*

2025 Rio Grande Boulevard, NW
Albuquerque, New Mexico 87104

Telephone (505) 243-3500
1-800-828-4529
Fax (505) 243-3534
www.branchlawfirm.com
e-mail: mexplon@branchlawfirm.com

Of Counsel:
HARRY STOWERS, JR.
Former Chief Justice,
New Mexico Supreme Court

HOUSTON TEXAS OFFICE

808 Travis Street, Suite 1303
Houston, Texas 77002
(800) 243-3545
Fax (713) 224-1022

*1.00*

BLF Case # **802.0000**

## FACSIMILE TRANSMITTAL

TO: **Richard J. Arsenault**

FAX: **(318) 561-2591**

FROM: Juana Martinez

DATE: **May 23, 2005**

RE: **Vioxx         104.88888**

MESSAGE: _____

PAGES: **2** including cover sheet

**(If you have problems with this fax, please contact Angela White at 505-243-3500)**

**CONFIDENTIALITY NOTICE:** The information contained in this facsimile message is intended only for the personal and confidential use of the designated recipient(s) named above. Unless otherwise indicated or obvious from the nature of the transmittal, the information may be an attorney/client communication or attorney work product which is privileged and confidential. If the reader of this message is not the intended recipient(s), or the employee(s) or agent(s) responsible to deliver it to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone and return the original message by mail.



POSTED-CAR

Exhibit E

# CLASS ACTION / MASS TORT REIMBURSEMENT REQUEST

Who is requesting reimbursement? Neblett, Beard & Arsenault

Attorney Team
Mike Breinin-William Percy

Who is being asked to pay this?   ☒  Neblett, Beard & Arsenault

☐  Litigation Group _____

(Name of Litigation Group)

Which mass tort / class action case does this involve?      Vioxx - 104.88888

| MAKE CHECK PAYABLE TO | EXPENSE REIMBURSEMENT | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | Mileage | Team - 800 miles | 320.00 |
| | Hotel | 1 Rooms - Team | 535.52 |
| | Airfare | | |
| | Meals | Team | 380.86 |
| | Parking | | |
| | Seminar | | |
| | Miscellaneous | | |
| | Gratuities | | |
| | | TOTAL | 1236.38 |

| Date(s) Expense Incurred: Week of May 23,2005 | Location of Activity: Montgomery, AL. |
|---|---|
| Reason for Expense:    Travel to Montgomery, Alabama for Vioxx document review in preparation for upcoming depositions | |

How is this expense to be charged?

☐  Do not charge to any client; this represents a non-reimbursable operating expense.

> Note to Accounting: "Operating Overhead Deductible Expenses" cost sheet

☐  Charge to all clients involved in this litigation on a shared basis.

> Note to Accounting: "General Shared Client Reimbursable Expenses" cost sheet

☐  Only charge to Individual Client involved with expense in question. _____

(Name of Client)

> Note to Accounting: "Specific Client Reimbursable Expenses" cost sheet

☒  Charge to PSC/MDL.

> Note to Accounting: These are expenses we expect to receive reimbursement for from a PSC (possibly a MDL PSC if applicable). Post this charge to the "PSC/MDL" cost sheet.

Exhibit E

P.87/90

**Name & Address**

xxxNEL, DANIEL
xOX H

RESERVE, LA 70084
US

Room:
Arrival Date: 534/TDBN
Departure Date: 05/23/05 1:02PM
05/27/05
Adult / Child
Room Rate: 2/0
119.00

**EMBASSY SUITE**
**HOTEL**

Montgomery
300 Tallassee Street
Montgomery, AL 36104
Phone: (334) 269-5055   Fax: (334) 269-5020

Hilton HHonors

Rate quoted based on arrival date and length of stay. Rates subject to change. INIT _____

**RATE PLAN**      L-P19
BONUS: AL:      DL #4023302785
AL:    DL    #4023302785

CONFIRMATION NUMBER : 83772356

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECKIN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY, PLEASE INDICATE YES BY CHECKING HERE ☐
A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES. THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

GUEST SIGNATURE
X

05/27/05      PAGE      1

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 05/23/05 | 1224872 | MONTGOMERY'S | $11.25 |
| 05/23/05 | 1225259 | GUEST ROOM | $119.00 |
| 05/23/05 | 1225259 | LODGING TAX | $14.88 |
| 05/24/05 | 1226504 | MONTGOMERY'S | $22.00 |
| 05/24/05 | 1225660 | MONTGOMERY'S | $41.79 |
| 05/24/05 | 1225869 | GUEST ROOM | $119.00 |
| 05/24/05 | 1225869 | LODGING TAX | $14.88 |
| 05/25/05 | 1226075 | MONTGOMERY'S | $23.75 |
| 05/25/05 | 1226274 | MONTGOMERY'S | $9.65 |
| 05/25/05 | 1226290 | MONTGOMERY'S | $30.25 |
| ?5/06 | 1226453 | GUEST ROOM | $119.00 |
| ?5/05 | 1226453 | LODGING TAX | $14.88 |
| 05/26/05 | 1226748 | MONTGOMERY'S | $11.00 |
| 05/26/05 | 1226749 | MONTGOMERY'S | $11.00 |
| 05/26/05 | 1227287 | GUEST ROOM | $119.00 |
| 05/26/05 | 1227287 | LODGING TAX | $14.88 |

WILL BE SETTLED TO AX ***********5008      $696.21

**EXPENSE REPORT SUMMARY**

| | 05/23/05 | 05/24/05 | 05/25/05 | 05/26/05 | STAY TOTAL |
|---|----------|----------|----------|----------|------------|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $133.88 | $535.52 |
| FOOD & BEVERAGE | $11.25 | $63.79 | $63.65 | $22.00 | $160.69 |

312032      A



The Hilton Family

 Hilton   CONRAD   DoubleTree       Garden Inn   HOMEWOOD SUITES

Exhibit E

Reservations: www.embassysuites.com or 1-800-EMBASSY

P. 88/90

JUN-03-2005  12:06

**E**

EMBASSY SUITES
HOTEL

Name & Address

B    EL, DANIEL
PL    )X H

RESERVE, LA 70084
US

Room:
Arrival Date: 534/TDBN
Departure Date: 05/23/05 1:02PM
                          06/27/05
Adult / Child
Room Rate: 2/0
                    119.00

Montgomery
300 Interstate Street
Montgomery, AL 36104
Phone: (334) 269-5055   Fax: (334) 269-5238

Hilton HHonors

RATE PLAN                    L-P19

Rate quoted based on arrival date and length of stay.
subject to change.   INIT _____

CONFIRMATION NUMBER : 83772356

05/27/05        PAGE        2

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE ☐

GUEST SIGNATURE

X

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES · THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

| DATE | REFERENCE | DESCRIPTION | | | | AMOUNT |
|------|-----------|-------------|--|--|--|--------|
| DAILY TOTAL | $145.13 | $197.67 | $197.53 | $155.88 | $696.21 | |

Hilton HHonors (R) stays post to your account within 72 hours of checkout.  To check your earnings for this stay or any other stay at more than 2,700 hotels worldwide visit www.hiltonhhonors.com

Thank you for staying with us.  Be sure to visit embassysuites.com for information on your next business or leisure stay, reservations or subscribe to E-nnouncements e-newsletter with news and offers.

312032      A

The Hilton Family

      

Hilton    CONRAD    DoubleTree    EMBASSY SUITES HOTELS    Hampton Inn    Hilton Garden Inn    HOMEWOOD SUITES Hilton

Exhibit E

Reservations: www.embassysuites.com or 1-800-EMBASSY

SINCLAIR'S FAIRVIEW
1051 EAST FAIRVIEW
MONTGOMERY, AL 36106
TERMINAL 1

BATCH: 754
S-A-L-E-S  D-R-A-F-T
75135739
000342217000

SERVER: 34

REF:    0066
CD TYPE: AMEX
TR TYPE: PURCHASE
DATE:   MAY 23, 05  21:04:00

AMOUNT              $57.09

TIP                  12.00

TOTAL                69.09

ACCT:      5008      EXP: **/**
AP: 543908
NAME: DE JR

CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICES IN THE AMOUNT OF THE
TOTAL SHOWN HEREON AND AGREES TO PERFORM
THE OBLIGATIONS SET FORTH BY THE
CARDMEMBER'S AGREEMENT WITH THE ISSUER

CUSTOMER COPY

*****************************************
*           Customer Copy               *
*****************************************

Jubilee Seafood
1057 Woodley Rd.
Montgomery, AL 36106
(334) 262-6224

Date:           05/26/05
Time:           9:04 PM
Server:         12. BOBBY
Order:          63508
Description:    Table 24

Card Type:      AMEX
Card No:        ************5008
Expires:        0708
Appr Code:      540255

Purchases:      $      61.39

Tip:            $      12.00

Total:          $      73.39
                JR/DE

I agree to pay the above total amount
according to the card issuer agreement.

Exhibit E

JUN-03-2003  12:11                                                    P.89/90

SINCLAIR'S FAIRVIEW
1051 EAST FAIRVIEW
MONTGOMERY, AL 36106
TERMINAL 1

BATCH: 754
S-A-L-E-S  D-R-A-F-T
75135739
000342217000

SERVER: 34

REF:      0066
CD TYPE: AMEX
TR TYPE: PURCHASE
DATE:    MAY 23, 05  21:04:00

AMOUNT          $57.09

TIP             12.00

TOTAL           69.09

ACCT:      5008     EXP: **/**
AP: 543908
NAME: DE JR

CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICES IN THE AMOUNT OF THE
TOTAL SHOWN HEREON AND AGREES TO PERFORM
THE OBLIGATIONS SET FORTH BY THE
CARDMEMBER'S AGREEMENT WITH THE ISSUER

CUSTOMER COPY

***********************************
*          Customer Copy          *
***********************************

Jubilee Seafood
1057 Woodley Rd.
Montgomery, AL 36106
(334) 262-6224

Date:          05/26/05
Time:          9:04 PM
Server:        12. BOBBY
Order:         63508
Description:   Table 24

Card Type:     AMEX
Card No:       ***********5008
Expires:       0708
Appr Code:     540255

Purchases:     $      61.39

Tip:           $     12.00

Total:         $     73.39
               JR/DE

I agree to pay the above total amount
according to the card issuer agreement.

Exhibit E

JUN-05-2005  12:11                                                                                   P.90/90

**Herron St Chevron**
**215 Dickerson**
**Montgomery, AL**

Herron Street Chevro
215 Dickerson St   Montgomery   AL
STN# 00210321

Credit Card Receipt

xxxxxxxxxxx5008        E/AMEX
JR/DE
Plus Blend     Fuel Ticket #330446
Pump #5    13.791 6 @ 2.099    28.95

Items:   1     Subtotal      28.95

Tax                          0.00
**Total**                    28.95

Credit Card                 $28.95
Invoice#:   2110928
Auth#:      505228

xxx Customers signature on file xxx

967198e6s1565t1 05/27/05 08:18:37

**Thank You**
**Call  Again**

WELCOME

SALES RECEIPT
21 765 652835
SHELL
600 S CARROLLTON
NEW ORLEANS  LA 70118
INVOICE # 526343
05/23/05     7:05 AM
AUTH #   505903

AMEX
ACCOUNT NUMBER
XXXX XXXXXX X5008
JR/DE

PUMP PRODUCT $/G
04    MIDI  $2.099
GALLONS   FUEL TOTAL
14.915        $31.31

THANK YOU
COME BACK SOON

-----------------------------

**SHELL V-POWER**
**OUR MOST ADVANCED**
SHELL              91 002 544704
I-65 &HW 113             SIM0437
BREWTON    AL 36427

| Descr. | qty | amount |
| --- | --- | --- |
| <CUSTOMER COPY> | | |
| T  TAX/MDSE | 1 | 2.79 |
| T  TAX/MDSE | 1 | 1.19 |
| T  TAX/MDSE | 1 | 2.49 |
| T  DELI | 1 | 1.59 |

Sub Total      8.06
Tax       0.64
**TOTAL**      8.70
CREDIT $     8.70

XXXX XXXXXX X5008        AMEX
INVOICE: 803585        AUTH #: 500855

**FUEL EVER**
REG# 0001 CSH# 014 DRW 01  TRAN# 11282
05/23/05  10:17:00        STN# 150

Exhibit E

TOTAL P.90

# CLASS ACTION / MASS TORT REIMBURSEMENT REQUEST

Who is requesting reimbursement?   Neblett, Beard & Arsenault        Richard J. Arsenault
                                   (Firm Name)                       (Individual Name)

Who is being asked to pay this?    ☑  Neblett, Beard & Arsenault

                                   ☐  Litigation Group  _____
                                                        (Name of Litigation Group)

Which mass tort / class action case does this involve?   Vioxx   104.88888

| MAKE CHECK PAYABLE TO | EXPENSE REIMBURSEMENT | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Richard J. Arsenault | Mileage   212 miles | Travel from New Orleans to Alexandria | $84.80 |
| American Express | Hotel | Two nights | 420.00 |
| American Express | Hotel Tax & Fees | | 58.60 |
| | Airfare | | |
| American Express | Meal | Meeting with Plaintiffs' Steering Committee members | 92.92 |
| | Cabs | | |
| American Express | Parking | | 56.00 |
| Richard J. Arsenault | Gratuities | | 10.00 |
| | | TOTAL | $722.32 |

| Date(s) Expense Incurred: April 27 & 28, 2005 | Location of Activity: New Orleans |
|---|---|

Reason for Expense: Attended status conference with Judge Fallon; meeting with Discovery Chairs and Lead Counsel; work on agenda for upcoming conference call; return travel from New Orleans to Alexandria

How is this expense to be charged?

☐ Do not charge to any client; this represents a non-reimbursable operating expense.

> Note to Accounting: "Operating Overhead Deductible Expenses" cost sheet

☐ Charge to all clients involved in this litigation on a shared basis.

> Note to Accounting: "General Shared Client Reimbursable Expenses" cost sheet

MAY 2 4 2005

127832

☐ Only charge to Individual Client involved with expense in question.  _____
                                                                       (Name of Client)

> Note to Accounting: "Specific Client Reimbursable Expenses" cost sheet

☑ Charge to PSC/MDL

> Note to Accounting: These are expenses we expect to receive reimbursement for from a PSC (possibly a MDL PSC if applicable). Post this charge to the "PSC/MDL" cost sheet.

Signature: _____        Receipt Attached: _____

Exhibit E

# CLASS ACTION / MASS TORT REIMBURSEMENT REQUEST

Who is requesting reimbursement?    NBA                        Steven M. Rachal
                                  (Firm Name)                 (Individual Name)

Who is being asked to pay this?    ☐  Neblett, Beard & Arsenault

                                   ☐  Litigation Group      _____
                                                            (Name of Litigation Group)

Which mass tort / class action case does this involve?  Vioxx (MDL)

| MAKE CHECK PAYABLE TO | EXPENSE REIMBURSEMENT | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Steven M. Rachal | Mileage | Round trip to New Orleans, LA (455 Miles@$0.40/mile) | $182.00 |
| Steven M. Rachal | Meals | See receipts | $10.85 |
| Steven M. Rachal | Parking | See receipt | $9.00 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | TOTAL | $201.85 |

| | |
|---|---|
| Date(s) Expense Incurred:3/10 thru 3/11/2005 | Location of Activity: Philadelphia, PA |

Reason for Expense: Attend deposition of Dr. Thomas Bold, Merck employee

How is this expense to be charged?

☐  Do not charge to any client; this represents a non-reimbursable operating expense.

> Note to Accounting:  "Operating Overhead Deductible Expenses" cost sheet

☐  Charge to all clients involved in this litigation on a shared basis.

> Note to Accounting:  "General Shared Client Reimbursable Expenses" cost sheet

☐  Only charge to Individual Client involved with expense in question.

> Note to Accounting: "Specific Client Reimbursable Expenses" cost sheet

☐  Charge to PSC/MDL.

> Note to Accounting: These are expenses we expect to receive reimbursement for from a PSC (possibly a MDL PSC if applicable). Post this charge to the "PSC/MDL" cost sheet.

Signature: _____

Date:  05-23-05

Receipt Attached

(Rev. 4/29/03)

Exhibit E

CENTRAL PARKING SYSTEM
THE GARAGE AT CANAL PLACE
333 CANAL STREET
NEW ORLEANS, LA 70130
(504) 529 1687

Rcpt# 21970
05/19/05 14:15    Lot 3 AH 10   Txn#141668
05/19/05 10:37 In   05/19/05 14:15 Out
Tkt# 152994
REG. RATES    $    9.00
Total Fee     $    9.00
CASH PAID     $    9.00-
Cash Tender   $    9.00
Change Due    $    0.00
THANK YOU
HAVE A NICE DAY

CUSTOMER RECEIPT
————————————————————

Order Number:   **334**
Burger King #10762 Geismar, LA

TO GO   ***

-Md VM 211                5.49
Md.Fries
Med. Shake               0.60
       Choc    M
CKWhopper
     Only  Ketchup
Sales Tax                0.52
Grand Total ===============  6.61
Cash                     7.00
       Change            0.39

YOU SAVED               0.78

If you have any comments
Please call us at 225-677-8606
or e-mail us at:
comments10762@strategicrestaurants.com
Register # 3   Sale Number 109909414
Thu May 19, 2005        05:40:12 pm

WENDY'S REG 4
2005-05-19      L4T4            11:09AM
     17808154 4 5 4013
     1916 REES STREET
     BREAUX BRIDGE, LA
————————————————————
   CL SINGLE COMBO      3.69
      ADD CHEESE        0.25
      PLAIN
COKE
      Tax               0.30
   ***TO GO***          4.24
   AMOUNT TENDER        5.25
   CHANGE DUE           1.01
      How was your visit?
   Call us at (337) 332-3621
        Total Items 3

Exhibit E

MAY-25-05 13:39  FROM:

T-778  P.01  Job-989

1.50

LAW OFFICES

# GAINSBURGH, BENJAMIN,
## DAVID, MEUNIER & WARSHAUER, L.L.C.

2800 ENERGY CENTRE
1100 POYDRAS

**NEW ORLEANS 70163-2800**

ROBERT J. DAVID
GERALD E. MEUNIER
IRVING J. WARSHAUER
STEVAN C. DITTMAN
TRACEY L. RANNALS
TODD R. SLACK
MICHAEL J. ECUYER
KARA M. HADICAN
TODD J. BIALOUS

OF COUNSEL
JACK C. BENJAMIN
SAMUEL C. GAINSBURGH
(1926-2003)

TELEPHONE
(504) 522-2304

TELECOPIER
(504) 528-9973

Date: _5_/_25_/_05_

Time: _____

Fax Number Dialed:
_318_/_487_/_9874_

TO: _Rebecca_

         ****

FROM: _Denise_          Vioxx 3 104.88888

NUMBER OF PAGES INCLUDING THIS COVER PAGE: _____

MESSAGE: _Hope you can read this_

### CONFIDENTIALITY   NOTICE

POSTED-CAR

   This facsimile transmission (and/or the documents accompanying
it) may contain confidential information belonging to the sender
which is protected by the attorney-client privilege.  The information
is intended only for the use of the individual  or entity named above.
If you are not the intended recipient, you are hereby notified that
any disclosure;  copying, distribution or the taking of any action
in reliance on the contents of this  information is strictly prohibited.
If you have received this transmission in error, please immediately
notify us by telephone to arrange for return of the documents.

                              **THANK YOU.**

Exhibit E

05/25/05   WED 09:47 FAX 3185612582          NEBLETT BEARD ARSENAULT

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                    4200
CONNECTION TEL                    6615045964513
SUBADDRESS
CONNECTION ID
ST. TIME                    05/25 09:43
USAGE T                     04'29
PGS.                        5
RESULT                      OK
```

5.00



RICHARD J. ARSENAULT *
C. MICHAEL BOLLINGER
DAVID O. WALKER **
PAUL J. TELLARICO
WILLIAM S. NEBLETT***
MICHAEL S. KOCH
WESLEY J. GRALAPP
GARY J. ARSENAULT
EDWARD E. ROBERTS, III
STEVEN M. RACHAL
JOHN R. WHALEY
L. LARAMIE HENRY

ROBERT B. NEBLETT (1991)
RICHARD W. BEARD (1988)

------------------------------

* LAW CORPORATION
ALSO ADMITTED IN
COLORADO, TEXAS
AND WASHINGTON, D.C.
** LAW CORPORATION
ALSO ADMITTED IN TEXAS
***ALSO ADMITTED IN TEXAS

------------------------------

J. PHILLIP TERRELL, JR.
OF COUNSEL

## FACSIMILE TRANSMITTAL SHEET

May 25, 2005

504-596-4513

**ATTENTION:**          **MR. RICHARD J. ARSENAULT  (GUEST)**
                        **%WINDSOR COURT HOTEL**

**FROM:**               **Rebecca Monk**

**NUMBER OF PAGES:**    **5**
(includes transmittal)

**RE:**                 **Vioxx**

104.88888

POSTED-CAR

## CONFIDENTIALITY NOTICE

THE ENCLOSED MATERIAL IS INTENDED ONLY FOR THE RECIPIENT NAMED ABOVE AND, UNLESS OTHERWISE EXPRESSLY INDICATED, IS CONFIDENTIAL AND PRIVILEGED INFORMATION. ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THE ENCLOSED MATERIAL [OTHER THAN AS INTENDED, IS PROHIBITED. IF YOU HAVE RECEIVED THIS MATERIAL IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, THAN AS INTENDED, IS PROHIBITED. IF YOU HAVE RECEIVED THIS MATERIAL IN ERROR, YOUR COOPERATION IS APPRECIATED.

05/25/2005 13:51 FAX 3185612524          NEBLETT BEARD ARSENAULT          ☑001

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              1216
CONNECTION TEL                    6615045964513
CONNECTION ID
ST. TIME             05/25 13:44
USAGE T              07'05
PGS. SENT            9
RESULT               OK
```

9.00



RICHARD J. ARSENAULT *
C. MICHAEL BOLLINGER
DAVID O. WALKER **
PAUL J. TELLARICO
WILLIAM S. NEBLETT ***
MICHAEL S. KOCH
WESLEY J. GRALAPP
GARY J. ARSENAULT
EDWARD E. ROBERTS, III
STEVEN M. RACHAL
JOHN R. WHALEY
L. LARAMIE HENRY

A REGISTERED LIMITED LIABILITY PARTNERSHIP, INCLUDING LAW CORPORATIONS

ROBERT B. NEBLETT (1991)
RICHARD W. BEARD (1988)

---------------------------------

* LAW CORPORATION
   ALSO ADMITTED IN
   COLORADO, TEXAS
   AND WASHINGTON, D.C.
** LAW CORPORATION
   ALSO ADMITTED IN TEXAS
*** ALSO ADMITTED IN TEXAS

---------------------------------

J. PHILLIP TERRELL, JR.
   OF COUNSEL

## FACSIMILE TRANSMITTAL SHEET

May 25, 2005

504-596-4513

**ATTENTION:**          **MR. RICHARD J. ARSENAULT  (GUEST)**
                        **%WINDSOR COURT HOTEL**

**FROM:**               **JANE**

**NUMBER OF PAGES:**    9
(includes transmittal)

**RE:**                 **VIOXX**
                        **104.88888**

POSTED-CAR

**CONFIDENTIALITY NOTICE**

THE ENCLOSED MATERIAL IS INTENDED ONLY FOR THE RECIPIENT NAMED ABOVE AND, UNLESS OTHERWISE EXPRESSLY INDICATED, IS
CONFIDENTIAL AND PRIVILEGED INFORMATION. ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THE ENCLOSED MATERIAL, OTHER

Exhibit E

```
*********************
***   TX REPORT   ***
*********************


TRANSMISSION OK

TX/RX NO           4203
CONNECTION TEL         6615045289973
SUBADDRESS
CONNECTION ID
ST. TIME           05/25 14:43
USAGE T            08'18
PGS.               9
RESULT             OK
```

9.00



RICHARD J. ARSENAULT *
C. MICHAEL BOLLINGER
DAVID O. WALKER **
PAUL J. TELLARICO
WILLIAM S. NEBLETT***
MICHAEL S. KOCH
WESLEY J. GRALAPP
GARY J. ARSENAULT
EDWARD E. ROBERTS, III
STEVEN M. RACHAL
JOHN R. WHALEY
L. LARAMIE HENRY

A REGISTERED LIMITED LIABILITY PARTNERSHIP, INCLUDING LAW CORPORATIONS

ROBERT B. NEBLETT (1991)
RICHARD W. BEARD (1988)

-------------------------------
* LAW CORPORATION
  ALSO ADMITTED IN
  COLORADO, TEXAS
  AND WASHINGTON, D.C.
** LAW CORPORATION
  ALSO ADMITTED IN TEXAS
***ALSO ADMITTED IN TEXAS
-------------------------------

J. PHILLIP TERRELL, JR.
  OF COUNSEL

## FACSIMILE TRANSMITTAL SHEET

**May 25, 2005**

**504-528-9973**       **Mr. Gerald E. Meunier**

**FROM:**              **RICHARD J. ARSENAULT**

                       9

**NUMBER OF PAGES:**
(includes transmittal)

**RE:**                **Vioxx**

                       104.83333

POSTED-CAR

### CONFIDENTIALITY NOTICE

THE ENCLOSED MATERIAL IS INTENDED ONLY FOR THE RECIPIENT NAMED ABOVE AND, UNLESS OTHERWISE EXPRESSLY INDICATED, IS
CONFIDENTIAL AND PRIVILEGED INFORMATION. ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THE ENCLOSED MATERIAL, OTHER
THAN AS INTENDED, IS PROHIBITED. IF YOU HAVE RECEIVED THIS MATERIAL IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE,

05/25/05  WED 16:45 FAX 3185612592        NEBLETT BEARD ARSENAULT

```
**********************
***  TX REPORT  ***
**********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 4204 |
| CONNECTION TEL | 6615045964513 |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 05/25 16:30 |
| USAGE T | 15'37 |
| PGS. | 21 |
| RESULT | OK |

21.00



**RICHARD J. ARSENAULT** *
**C. MICHAEL BOLLINGER**
**DAVID O. WALKER** **
**PAUL J. TELLARICO**
**WILLIAM S. NEBLETT***
**MICHAEL S. KOCH**
**WESLEY J. GRALAPP**
**GARY J. ARSENAULT**
**EDWARD E. ROBERTS, III**
**STEVEN M. RACHAL**
**JOHN R. WHALEY**
**L. LARAMIE HENRY**

A REGISTERED LIMITED LIABILITY PARTNERSHIP, INCLUDING LAW CORPORATIONS

**ROBERT B. NEBLETT** (1991)
**RICHARD W. BEARD** (1988)

----------------------------
* LAW CORPORATION
  ALSO ADMITTED IN
  COLORADO, TEXAS
  AND WASHINGTON, D.C.
** LAW CORPORATION
  ALSO ADMITTED IN TEXAS
*** ALSO ADMITTED IN TEXAS
----------------------------

J. PHILLIP TERRELL, JR.
OF COUNSEL

## FACSIMILE TRANSMITTAL SHEET

May 25, 2005

504-596-4513

**ATTENTION:**      **MR. RICHARD J. ARSENAULT  (GUEST)**
                    **%WINDSOR COURT HOTEL**

**FROM:**           **Rebecca**

**NUMBER OF PAGES:**   21
(includes transmittal)

**RE:**             **Vioxx**

104.88888

POSTED-CAR

**CONFIDENTIALITY NOTICE**

THE ENCLOSED MATERIAL IS INTENDED ONLY FOR THE RECIPIENT NAMED ABOVE AND, UNLESS OTHERWISE EXPRESSLY INDICATED, IS
CONFIDENTIAL AND PRIVILEGED INFORMATION. ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THE ENCLOSED MATERIAL, OTHER

```
        ********************
   ***    TX REPORT    ***
        ********************

   TRANSMISSION OK

   TX/RX NO              4201
   CONNECTION TEL          6615045964513
   SUBADDRESS
   CONNECTION ID
   ST. TIME            05/25 12:43
   USAGE T             03'18
   PGS.                   5
   RESULT              OK
```

5.00



RICHARD J. ARSENAULT *
C. MICHAEL BOLLINGER
DAVID O. WALKER **
PAUL J. TELLARICO
WILLIAM S. NEBLETT***
MICHAEL S. KOCH
WESLEY J. GRALAPP
GARY J. ARSENAULT
EDWARD E. ROBERTS, III
STEVEN M. RACHAL
JOHN R. WHALEY
L. LARAMIE HENRY

A REGISTERED LIMITED LIABILITY PARTNERSHIP, INCLUDING LAW CORPORATIONS

ROBERT B. NEBLETT (1991)
RICHARD W. BEARD (1988)

* LAW CORPORATION
  ALSO ADMITTED IN
  COLORADO, TEXAS
  AND WASHINGTON, D.C.
** LAW CORPORATION
   ALSO ADMITTED IN TEXAS
***ALSO ADMITTED IN TEXAS

J. PHILLIP TERRELL, JR.
    OF COUNSEL

## FACSIMILE TRANSMITTAL SHEET

May 25, 2005

504-596-4513

**ATTENTION:**          **MR. RICHARD J. ARSENAULT  (GUEST)**
                        **%WINDSOR COURT HOTEL**

**FROM:**               **JANE**

**NUMBER OF PAGES:**    5
(includes transmittal)

**RE:**                 **VIOXX**
                        **104.88888**

POSTED-CAR

**CONFIDENTIALITY NOTICE**

Exhibit E

THE ENCLOSED MATERIAL IS INTENDED ONLY FOR THE RECIPIENT NAMED ABOVE AND, UNLESS OTHERWISE EXPRESSLY INDICATED, IS

PACER SERVICE CENTER

P.O. BOX 277773
ATLANTA, GA 30384-7773

Check No.     127848

| Inv No | Inv Date | Due Date | G/L No |
|--------|----------|----------|--------|
| SG01-38124 | 05/25/2005 | 05/25/2005 | 120000 |
| | | | 080.92005 |
| SG01-38124 | 05/25/2005 | 05/25/2005 | 120000 |
| | | | 112.88888 |
| SG01-38124 | 05/25/2005 | 05/25/2005 | 120000 |
| | | | 136.88888 |
| SG01-38124 | 05/25/2005 | 05/25/2005 | 120000 |
| | | | 151.88888 |
| SG01-38124 | 05/25/2005 | 05/25/2005 | 120000 |
| | | | 188.00000 |
| SG01-38124 | 05/25/2005 | 05/25/2005 | 120000 |
| | | | 157.88888 |
| SG01-38124 | 05/25/2005 | 05/25/2005 | 120000 |
| | | | 155.88888 |
| SG01-38124 | 05/25/2005 | 05/25/2005 | 120000 |
| | | | 104.88888 |

8.00   VIOXX - RESEARCH
Vioxx-MDL/PSC

PACER SERVICE CENTER

05/25/2005

Exhibit E

Attachment "B"

## MDL 1657: VIOXX PRODUCTS LIABILITY LITIGATION
### CHECK REQUEST FORM FOR SHARED EXPENSE

| | | GENERAL CHECK REQUEST INFORMATION |
|---|---|---|
| 1. | Date: | June 7, 2005 |
| 2. | I am requesting a check from: | Plaintiffs' Liaison Counsel, Russ M. Herman |
| 3. | Payable To: (Name & Address) | Neblett, Beard & Arsenault PO Box 1190 Alexandria, La. 71309-1190 |
| 4. | Social Security # or TIN # of the payee: | Tax ID # 72-0900664 |
| 5. | Invoice No.: | 034415-APR2105 |
| 6. | Date check needed (check one): | Now_____ 30 Days_____ 60 Days_____ 90 Days_____ Other__X__ |
| 7. | Purpose of Check: | Reimburse Conference Call Charges |
| 8. | Amount of Check: | $20.02 |
| 9. | Documentation[1] | Yes: _____X_____            No: _____ |
| 10. | Send Check To (check one): | Requestor ____X_____     OR     Payee_____ |
| 11. | Requesting Attorney's Signature[2] | |

Liaison Counsel Accounting Use Only:
Check #_____
Approved by Plaintiffs' Liaison Counsel:_____ Date:_____

---

[1] Documentation must be provided with check request.

[2] By signing this request, you certify that the expense request is properly documented, complete and accurate and is being incurred for the common benefit.

Exhibit E



**PremiereConferencing**

P.O. Box 875450
Kansas City, MO 64187-5450

| Invoice: | 033415-APR2105 |
|---|---|
| Invoice Date: | 04/21/2005 |
| Billing Inquiry: | 800-952-9108 |
| Tax Id: | 58-2421656 |
| Terms: | Payment Due Upon Receipt |

Moderator:   437082        Mr. Richard J. Arsenault        NEBLETT, BEARD, & ARSENAULT

| Confirmation | Invoice | Event Dt | | | | Event Title | Participants | Billing Reference Number: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 337743 | US19421511 | 04/07/05 | | | | | 5 | 0488888- | | | |
| Qty: | 117 | Description: | 12:15 pm | to | 12:51 pm | ReadyConference Min - Toll | | Rate: | 0.1200 | Total: | $14.46 |
| Qty: | 30 | Description: | 12:15 pm | to | 12:51 pm | ReadyConference Min - TF | | Rate: | 0.1800 | Total: | $5.56 |

| Pre-Tax Total: | $19.44 | Discounts: | $0.00 | Tax: | $0.58 | Invoice Total: | $20.02 ✓ |
|---|---|---|---|---|---|---|---|

Exhibit E

Attachment "B"

## MDL 1657: VIOXX PRODUCTS LIABILITY LITIGATION
### CHECK REQUEST FORM FOR SHARED EXPENSE

| | | GENERAL CHECK REQUEST INFORMATION |
|---|---|---|
| 1. | Date: | June 7, 2005 |
| 2. | I am requesting a check from: | Plaintiffs' Liaison Counsel, Russ M. Herman |
| 3. | Payable To: (Name & Address) | Neblett, Beard & Arsenault PO Box 1190 Alexandria, La. 71309-1190 |
| 4. | Social Security # or TIN # of the payee: | Tax ID # 72-0900664 |
| 5. | Invoice No.: | 034415-APR2105 |
| 6. | Date check needed (check one): | Now_____ 30 Days_____ 60 Days_____ 90 Days_____Other___X___ |
| 7. | Purpose of Check: | Reimburse Conference Call Charges |
| 8. | Amount of Check: | $46.66 |
| 9. | Documentation[1] | Yes: _____X_____             No: _____ |
| 10. | Send Check To (check one): | Requestor ____X_____     OR     Payee_____ |
| 11. | Requesting Attorney's Signature[2] | |

Liaison Counsel Accounting Use Only:
Check #_____
Approved by Plaintiffs' Liaison Counsel:_____ Date:_____

---

[1] Documentation must be provided with check request.

[2] By signing this request, you certify that the expense request is properly documented, complete and accurate and is being incurred for the common benefit.

Exhibit E



**PremiereConferencing**

P.O. Box 875450
Kansas City, MO 64187-5450

| | |
|---|---|
| **Invoice:** | 033415-APR2105 |
| **Invoice Date:** | 04/21/2005 |
| **Billing Inquiry:** | 800-952-9108 |
| **Tax Id:** | 58-2421656 |
| **Terms:** | Payment Due Upon Receipt |

Moderator:     437082     Mr. Richard J. Arsenault          NEBLETT, BEARD, & ARSENAULT

| Confirmation | Invoice | Event Dt | Event Title | Participants | Billing Reference Number |
|---|---|---|---|---|---|
| 337743 | US19326561 | 04/05/05 | | 6 | 10488888- |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Qty: | 283 | Description: | 12:14 pm | to | 1:20 pm | ReadyConference Min - Toll | Rate: 0.1200 | Total: $34.98 |
| Qty: | 63 | Description: | 12:14 pm | to | 1:20 pm | ReadyConference Min - TF | Rate: 0.1800 | Total: $11.68 |

Pre-Tax Total:        $45.30      Discounts:         $0.00      Tax:         $1.36      Invoice Total:                    $46.66 ✓

Exhibit E

Attachment "B"

## MDL 1657: VIOXX PRODUCTS LIABILITY LITIGATION
### CHECK REQUEST FORM FOR SHARED EXPENSE

| | | GENERAL CHECK REQUEST INFORMATION |
|---|---|---|
| 1. | Date: | June 7, 2005 |
| 2. | I am requesting a check from: | Plaintiffs' Liaison Counsel, Russ M. Herman |
| 3. | Payable To: (Name & Address) | Neblett, Beard & Arsenault PO Box 1190 Alexandria, La. 71309-1190 |
| 4. | Social Security # or TIN # of the payee: | Tax ID # 72-0900664 |
| 5. | Invoice No.: | 034415-APR2105 |
| 6. | Date check needed (check one): | Now_____ 30 Days_____ 60 Days_____ 90 Days_____ Other__X__ |
| 7. | Purpose of Check: | Reimburse Conference Call Charges |
| 8. | Amount of Check: | $38.75 |
| 9. | Documentation[1] | Yes: _____X_____          No: _____ |
| 10. | Send Check To (check one): | Requestor ____X____     OR     Payee_____ |
| 11. | Requesting Attorney's Signature[2] | |

Liaison Counsel Accounting Use Only:
Check #_____
Approved by Plaintiffs' Liaison Counsel:_____ Date:_____

---

[1] Documentation must be provided with check request.

[2] By signing this request, you certify that the expense request is properly documented, complete and accurate and is being incurred for the common benefit.

Exhibit E



**Premiere Conferencing**

P.O. Box 875450
Kansas City, MO 64187-5450

| | |
|---|---|
| Invoice: | 033415-APR2105 |
| Invoice Date: | 04/21/2005 |
| Billing Inquiry: | 800-952-9108 |
| Tax Id: | 58-2421656 |
| Terms: | Payment Due Upon Receipt |

Moderator:  437082    Mr. Richard J. Arsenault    NEBLETT, BEARD, & ARSENAULT

| Confirmation | Invoice | Event Dt | Event Title | Participants | Billing Reference Number: |
|---|---|---|---|---|---|
| 337743 | US19538944 | 04/12/05 | | 7 | 10488888- |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Qty: | 219 | Description: | 2:00 pm | to | 3:04 pm | ReadyConference Min - Toll | Rate: 0.1200  Total: $27.07 |
| Qty: | 63 | Description: | 2:00 pm | to | 3:04 pm | ReadyConference Min - TF | Rate: 0.1800  Total: $11.68 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Pre-Tax Total: | $37.62 | Discounts: | $0.00 | Tax: | $1.13 | Invoice Total:   $38.75 ✓ |

| Confirmation | Invoice | Event Dt | Event Title | Participants | Billing Reference Number: |
|---|---|---|---|---|---|
| | | | | | |

Exhibit E

Attachment "B"

## MDL 1657: VIOXX PRODUCTS LIABILITY LITIGATION
### CHECK REQUEST FORM FOR SHARED EXPENSE

| | | GENERAL CHECK REQUEST INFORMATION |
|---|---|---|
| 1. | Date: | June 7, 2005 |
| 2. | I am requesting a check from: | Plaintiffs' Liaison Counsel, Russ M. Herman |
| 3. | Payable To: (Name & Address) | Neblett, Beard & Arsenault PO Box 1190 Alexandria, La. 71309-1190 |
| 4. | Social Security # or TIN # of the payee: | Tax ID # 72-0900664 |
| 5. | Invoice No.: | 034415-APR2105 |
| 6. | Date check needed (check one): | Now_____ 30 Days_____ 60 Days_____ 90 Days_____ Other__X__ |
| 7. | Purpose of Check: | Reimburse Conference Call Charges |
| 8. | Amount of Check: | $55.69 |
| 9. | Documentation[1] | Yes: _____X_____        No: _____ |
| 10. | Send Check To (check one): | Requestor ___X_____   OR   Payee_____ |
| 11. | Requesting Attorney's Signature[2] | |

Liaison Counsel Accounting Use Only:
Check #_____
Approved by Plaintiffs' Liaison Counsel:_____ Date:_____

---

[1] Documentation must be provided with check request.

[2] By signing this request, you certify that the expense request is properly documented, complete and accurate and is being incurred for the common benefit.

Exhibit E



**PremiereConferencing**

P.O. Box 875450
Kansas City, MO 64187-5450

| | |
|---|---|
| **Invoice:** | 033415-APR2105 |
| **Invoice Date:** | 04/21/2005 |
| **Billing Inquiry:** | 800-952-9108 |
| **Tax Id:** | 58-2421656 |
| **Terms:** | Payment Due Upon Receipt |

| Confirmation | Invoice | Event Dt | Event Title | Participants | Billing Reference Number: |
|---|---|---|---|---|---|
| 337743 | US19688290 | 04/16/05 | | 9 | 10488888- |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Qty: | 335 | Description: | 2:00 pm to 3:17 pm ReadyConference Min - Toll | | Rate: | 0.1200 Total: | $41.41 |
| Qty: | 77 | Description: | 2:00 pm to 3:17 pm ReadyConference Min - TF | | Rate: | 0.1800 Total: | $14.28 |

| **Pre-Tax Total:** | $54.06 | **Discounts:** | $0.00 | **Tax:** | $1.63 | **Invoice Total:** | $55.69 ✓ |
|---|---|---|---|---|---|---|---|

| Confirmation | Invoice | Event Dt | Event Title | | Billing Reference Number |
|---|---|---|---|---|---|

Exhibit E