Reporting Period:

From Nov. 1. 2005

To Nov. 30. 2005

**MDL 1657**
**Vioxx Products Liability Litigation Report of Member Firm Time**

Firm Name: Law Offices of Daniel E. Becnel, Jr.

| Name of Individual | Identify if Attorney (A), Paralegal (P), Law Clerk (L), or Other (O) | Case Assessment Development, and Administration (insert number of hours) | Pre-Trial Pleadings and Motions (insert number of hours) | Discovery (insert number of hours) | Trial Preparation and Trial (insert number of hours) | Appeal (insert number of hours) | Total Hours by Individual | Summary Total Hours of All Firm Personnel |
|---|---|---|---|---|---|---|---|---|
| Daniel E. Becnel Jr. | ✓A _P _L _O | 6.00 | | | | | 6.00 | |
| Michael Breinin | ✓A _P _L _O | | | 132.00 | | | 132.00 | |
| Monica Gant | ✓A _P _L _O | | | 109.30 | | | 109.30 | |
| Holly Lamarche | ✓A _P _L _O | | | 85.75 | | | 85.75 | |
| Mary Lorenz | ✓A _P _L _O | | | 85.25 | | | 85.25 | |
| Will Percy | ✓A _P _L _O | | | 144.00 | | | 144.00 | |
| Darla Sanderson | ✓A _P _L _O | | | 140.75 | | | 140.75 | |
| Rebecca F. Todd | ✓A _P _L _O | | | 174.00 | | | 174.00 | |
| | _A _P _L _O | | | | | | | |
| | _A _P _L _O | | | | | | | |
| | _A _P _L _O | | | | | | | |
| | _A _P _L _O | | | | | | | |
| | _A _P _L _O | | | | | | | |
| | _A _P _L _O | | | | | | | |
| **Total Firm Time** | | | | | | | | 877.05 |

I certify that the time documented above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657.

Signature: _____   Date: 12-8-05

Confidential Attorney Work Product

Last Printed: 6/13/2005

Exhibit F

Attachment "C"

**Reporting Period:**
From _Nov. 1, 2005_
To _Nov. 30, 2005_      Firm Name: _Law Offices of Daniel E Becnel, Jr._

| MDL 1657 - VIOXX PRODUCTS LIABILITY LITIGATION COMMON HELD COSTS AND EXPENSES FROM:                 THROUGH: | |
|---|---|
| **CLIENT COSTS/EXPENSES** | **TOTAL** |
| Telefax charges | |
| Postage, shipping, courier, certified mail | |
| Printing and photocopying (in-house) | |
| Computerized research - Lexis/Westlaw | |
| Telephone - long distance (actual charges only) | |
| Travel | 10,810.17 |
| Secretarial and clerical overtime | |
| **TOTAL COSTS** | $10,810.17 |

*Please attach documentation for each expense reported.

I certify that these expenses are properly documented, complete and accurate and have been incurred for the common benefit.

_____          _12·8·05_____
Signature                                        Date

VIOXX
TIME/EXPENSES
NOVEMBER 2005

| | |
|---|---|
| Daniel E. Becnel, Jr. | 6.00 hrs. |
| Michael Breinin | 132.00 |
| Monica E. Gant | 109.30 |
| Holly Lamarche | 85.75 |
| Mary Lorenz | 85.25 |
| Will Percy | 144.00 |
| Darla Sanderson | 140.75 |
| Rebecca F. Todd | 174.00 |

NEW YORK, NY EXPENSES
WEEKS OF 11/01-11/30/2005
FOR REBECCA F. TODD

| | |
|---|---|
| Hotel | 5,228.60 |
| Meals | 376.43 |
| Transportation | 405.97 |

TOTAL $6,011.00

MONTGOMERY, ALABAMA EXPENSES
NOVEMBER 2005
(MICHAEL BREININ & WILL PERCY)

| | |
|---|---|
| Gas | 261.06 |
| Hotel | 2,142.08 |
| Meals | 1,116.03 |
| Mileage (3200 x .40) | 1,280.00 |

TOTAL $4,799.17

Exhibit F

Vioxx Time and Expense Report
Daniel E. Becnel, Jr.
November, 2005

| Date | Description | Hours |
|---|---|---|
| 11/04/05 | Review of e-mail from Regina Westenfeld in reference to A Full Participation Option Agreement | .25 hrs. |
| 11/05/05 | Review of e-mails regarding Merck's "bleeding time" argument And review of the summary of the African Green Monkey Study in Gaziano's reliance materials | .50 hrs. |
| 11/11/05 | Participating in Vioxx Science Committee call (1 hr.) and Participating in Vioxx Discovery Committee call (1 hr.) | 2.00 hrs. |
| 11/23/05 | Review of CTO-31 & CTO-5 | .25 hrs. |
| 11/30/05 | Trip to airport for flight to Houston to attend status conference, Flight to Houston | 3.00 hrs. |
| | **TOTAL** | **6.00 hrs.** |

The above time and expense report is true and correct to the best of my knowledge.

Daniel E. Becnel, Jr.

Exhibit F

HOURS FOR MICHAEL D. BREININ
MONTH OF NOVEMBER, 2005
VIOXX MDL LITIGATION

| | |
|---|---|
| NOVEMBER 1, 2005 | 9.0 |
| NOVEMBER 2, 2005 | 9.0 |
| NOVEMBER 3, 2005 | 9.0 |
| NOVEMBER 4, 2005 | 4.0 |
| NOVEMBER 7, 2005 | 7.0 |
| NOVEMBER 8, 2005 | 9.0 |
| NOVEMBER 9, 2005 | 9.0 |
| NOVEMBER 10, 2005 | 9.0 |
| NOVEMBER 11, 2005 | 4.0 |
| NOVEMBER 14, 2005 | 7.0 |
| NOVEMBER 15, 2005 | 9.0 |
| NOVEMBER 16, 2005 | 9.0 |
| NOVEMBER 17, 2005 | 9.0 |
| NOVEMBER 18, 2005 | 4.0 |
| NOVEMBER 28, 2005 | 7.0 |
| NOVEMBER 29, 2005 | 9.0 |
| NOVEMBER 30, 2005 | 9.0 |

**TOTAL HOURS**      **132.00**

**VIOXX COMMON BENEFIT TIMESHEET FOR MONICA E. GANT
FOR OCTOBER 31, 2005 – NOVEMBER 30, 2005**

**OCTOBER 31, 2005**

1.  Review of custodial file for Merck employee, Dr. Gregory Geba.   **5.15 hours**

**NOVEMBER 1, 2005**

2.  Review of custodial file for Merck employee, Dr. Gregory Geba.   **7.15 hours**

**NOVEMBER 2, 2005**

3.  Review of custodial for Merck employee, Dr. Gregory Geba.  **7.15 hours**

**NOVEMBER 3, 2005**

4.  Review of custodial file for Merck employee, Dr. Gregory Geba.  **7.15 hours**

**NOVEMBER 4, 2005**

5.  Review custodial file for Merck employee, Dr. Gregory Geba.  **5.0 hours**

**NOVEMBER 7, 2005**

6.  Review of custodial file for Merck employee, Dr. Gregory Geba.  **5.0 hours**

**NOVEMBER 8, 2005**

7.  Review of custodial file for Merck employee, Dr. Gregory Geba.  **6.30 hours**

**NOVEMBER 9, 2005**

8.  Review of custodial file for Merck employee, Dr. Gregory Geba.  **6.30 hours**

**NOVEMBER 10, 2005**

9.  Review of custodial file for Merck employee, Dr. Gregory Geba.  **5.15 hours**

**NOVEMBER 11, 2005**

10. Review of custodial file for Merck employee, Dr. Gregory Geba.  **6.30 hours**

Exhibit F

**NOVEMBER 14, 2005**

11. Review of custodial file for Merck employee, Dr. Gregory Geba. **6.30 hours**

**NOVEMBER 17, 2005**

12. Review of custodial file for Merck employee, Reid Miller.  **5.45 hours**

**NOVEMBER 18, 2005**

13. Review of custodial file for Merck employee, Reid Miller.  **6.15 hours**

**NOVEMBER 21, 2005**

14. Review of custodial file for Merck employee, Reid Miller.  **6.15 hours**

**NOVEMBER 22, 2005**

15. Review of custodial file for Merck employee, Reid Miller.  **6.15 hours**

**NOVEMBER 28, 2005**

16. Review of custodial file for Merck employee, Reid Miller. **6.15 hours**

**NOVEMBER 29, 2005**

17. Review of custodial file for Merck employee, Reid Miller.  **6.15 hours**

**NOVEMBER 30, 2005**

18. Review of custodial file for Merck employee, Scott Summers.  **6.15 hours**

109.3hrs

# Vioxx Timesheet

Law Firm:  The Law Offices of Daniel E. Becnel, Jr.
106 West 7th Street
P.O. Drawer H
Reserve, LA 70084
985/ 536-1186

Name: Holly Lamarche
Status:  Attorney
Period:   From  11/1/05-11/30/05

| Date | Hours | Description |
|------|-------|-------------|
| 11/7/2005 | 7.25 | Review and Coding of Vioxx Documents- Straus |
| 11/8/2005 | 7.5 | Review and Coding of Vioxx Documents- Straus |
| 11/9/2005 | 6.75 | Review and Coding of Vioxx Documents- Straus |
| 11/10/2005 | 7.25 | Review and Coding of Vioxx Documents- Ritchie |
| 11/11/2005 | 6.25 | Review and Coding of Vioxx Documents- Ritchie |
| 11/14/2005 | 6.75 | Review and Coding of Vioxx Documents- Ritchie |
| 11/15/2005 | 6.75 | Review and Coding of Vioxx Documents- Ritchie |
| 11/16/2005 | 6.5 | Review and Coding of Vioxx Documents- Ritchie |
| 11/18/2005 | 6.5 | Review and Coding of Vioxx Documents- Ritchie |
| 11/21/2005 | 6.75 | Review and Coding of Vioxx Documents- Ritchie |
| 11/22/2004 | 6.75 | Review and Coding of Vioxx Documents- Ritchie |
| 11/23/2005 | 3.5 | Review and Coding of Vioxx Documents- Ritchie |
| 11/28/2005 | 7.25 | Review and Coding of Vioxx Documents- Ritchie |
| | | at doc #13950 of the 21570 documents in production |

TOTAL        85.75

_Lamarche_        11-28-2005
Name                          Date

# Vioxx Timesheet

Law Firm:  The Law Offices of Daniel E. Becnel, Jr.
106 West 7th Street
P.O. Drawer H
Reserve, LA 70084
985/ 536-1186

Name: Mary Lorenz
Status:  Attorney
Period:   From  11/1-30/05

| Date | Hours | Description |
|------|-------|-------------|
| 11/1/2005 | 6.5 | Review and Coding Documents - Huang / Geba |
| 11/2/2005 | 7.25 | Review and Coding Documents - Geba |
| 11/3/2005 | 5.5 | Review and Coding Documents - Huang / Geba |
| 11/4/2005 | 4 | Review and Coding Documents - Huang |
| 11/14/2005 | 6.5 | Review and Coding Documents - Huang |
| 11/15/2005 | 6.5 | Review and Coding Documents - Huang |
| 11/16/2005 | 4.75 | Review and Coding Documents - Huang |
| 11/17/2005 | 7.25 | Review and Coding Documents - Huang |
| 11/21/2005 | 6.75 | Review and Coding Documents - Huang |
| 11/22/2005 | 6.5 | Review and Coding Documents - Huang |
| 11/23/2005 | 3.5 | Review and Coding Documents - Huang |
| 11/28/2005 | 7 | Review and Coding Documents - Huang |
| 11/29/2005 | 7 | Review and Coding Documents - Huang |
| 11/30/2005 | 6.25 | Review and Coding Documents - Huang |

TOTAL        85.25

_____    12.3.05
Name                              Date

# VIOXX Timesheet
# Will Percy
# (NOVEMBER 2005)

Law Firm:  The Law Offices of Daniel E. Becnel, Jr.
106 West 7th Street
P.O. Drawer H
Reserve, LA 70084
985/ 536-1186

Name:  Will Percy
Status:  Attorney
Period/Month: November 2005

| Date | | Hours | Description |
|------|---|-------|-------------|
| Tues (NOV.) | 1 | 10.5 | Montgomery, AL: Review Custodial docs |
| Wed, | 2 | 10.5 | Montgomery, AL: Review Custodial docs |
| Th, | 3 | 10 | Montgomery, AL: Review Custodial docs |
| Fri, | 4 | 4.5 | Montgomery, AL: Review Custodial docs |
| Sat, | 5 | x | x |
| Sun, | 6 | x | x |
| Mon, | 7 | 6 | Montgomery, AL: Review Custodial docs |
| Tues, | 8 | 10 | Montgomery, AL: Review Custodial docs |
| Wed, | 9 | 10 | Montgomery, AL: Review Custodial docs |
| Th | 10 | 10.5 | Montgomery, AL: Review Custodial docs |
| Fri, | 11 | 4.5 | Montgomery, AL: Review Custodial docs |
| Sat, | 12 | x | x |
| Sun, | 13 | x | x |
| Mon, | 14 | 6 | Montgomery, AL: Review Custodial docs |
| Tues, | 15 | 10 | Montgomery, AL: Review Custodial docs |
| Wed, | 16 | 10 | Montgomery, AL: Review Custodial docs |
| Th, | 17 | 10 | Montgomery, AL: Review Custodial docs |
| Fri, | 18 | 5 | Montgomery, AL: Review Custodial docs |
| Sat, | 19 | x | x |
| Sun, | 20 | x | x |
| Mon | 21 | x | Week off, per DEB |
| Tues, | 22 | x | Week off, per DEB |
| Wed, | 23 | x | Week off, per DEB |
| Th, | 24 | x | Week off. THANKSGIVING |
| Fri , | 25 | x | Week off, per DEB |
| Sat, | 26 | x | x |
| Sun, | 27 | x | x |
| Mon, | 28 | 5.5 | Montgomery, AL: Review Custodial docs |
| Tues, | 29 | 10.5 | Montgomery, AL: Review Custodial docs |
| Wed, | 30 | 10.5 | Montgomery, AL: Review Custodial docs |

END of NOVEMBER
TOTAL HOURS   144

SIGNED: _____ _Will Percy_

DATE SIGNED: _Sat, Dec. 3, 2005_

Exhibit F

**Vioxx Common Benefit Time, November 2005**

| | | |
|---|---|---|
| 11/9/2005 | 3 | Dibattiste MRK-ABA0013678 - 0013699 |
| 11/10/2005 | 6.25 | Dibattiste MRK-ABA0013700 - 0014166 |
| 11/11/2005 | 6.25 | Dibattiste MRK-ABA0014167 - 0015065 |
| 11/14/2005 | 7.25 | Dibattiste MRK-ABA0015066 - 0016330 |
| 11/15/2005 | 7.25 | Dibattiste MRK-ABA0016331 - 0017647 |
| 11/16/2005 | 6.25 | Dibattiste MRK-ABA0017648 - 0018191 |
| 11/17/2005 | 7.25 | Dibattiste MRK-ABA0018192 - 0019027 |
| 11/18/2005 | 7.25 | Dibattiste MRK-ABA0019027 - 0020093 |
| 11/21/2005 | 6.75 | Dibattiste MRK-ABA0020094 - 0021773 |
| 11/22/2005 | 7.25 | Dibattiste MRK-ABA0021774 - 0024854 |
| 11/23/2005 | 3.75 | Dibattiste MRK-ABA0024855 - 0025098 |
| 11/28/2005 | 7.25 | Dibattiste MRK-ABA0025099 - 0026971 |
| 11/29/2005 | 4 | Dibattiste MRK-ABA0026972 - 0028188 |
| 11/30/2005 | 6 | Dibattiste MRK-ABA0028189 - 0028355 |

Total:        85.75

Exhibit F

# VIOXX Timesheet

Law Firm:  The Law Offices of Daniel E. Becnel, Jr.
106 West 7th Street
P.O. Drawer H
Reserve, LA 70084
985/ 536-1186

Name: Rebecca F. Todd
Status:  Attorney
Period:   From  11/1-11/30/05

| Date | Hours | Description |
|------|-------|-------------|
| 11/1/2005 | 9 | Separation of FDA Document Production |
| 11/2/2005 | 10 | Separation of FDA Document Production |
| 11/3/2005 | 9 | Review of Lamond Docment Production |
| 11/4/2005 | 9 | Review of Lamond Docment Production |
| 11/5/2005 | 4 | Review of Lamond Docment Production |
| 11/6/2005 | 5 | Review of Lamond Docment Production |
| 11/7/2005 | 9 | Review of Lamond Docment Production |
| 11/8/2005 | 6 | Review of Lamond Docment Production |
| 11/9/2005 | 8 | Review of Lamond Docment Production |
| 11/10/2005 | 10 | Review of Lamond Docment Production |
| 11/11/2005 | 9 | Review of Lamond Docment Production |
| 11/12/2005 | 6 | Review of Lamond Docment Production |
| 11/13/2005 | 6 | Review of Lamond Docment Production |
| 11/14/2005 | 10 | Review of Lamond Docment Production |
| 11/15/2005 | 9 | Review of Geba Document Production |
| 11/16/2005 | 10 | Review of Geba Document Production |
| 11/17/2005 | 10 | Review of Ramey Document Production |
| 11/18/2005 | 6.5 | Review of Ramey Document Production |
| 11/18/2005 | 7.5 | Travel to Chicago |
| 11/28/2005 | 8 | Travel to New York City |
| 11/28/2005 | 3 | Review of Ramey Document Production |
| 11/29/2005 | 10 | Review of Ramey Document Production |

TOTAL        174

_Rebecca F. Todd_  11/05

Name                          Date

# VIOXX EXPENSES

New York City, NY
Week of 11/1/05 - 11/30/05

| | | |
|---|---|---|
| HOTEL - New York City (Rebecca) | $ | 5,228.60 |
| FOOD | $ | 376.43 |
| TRANSPORTATION | $ | 405.97 |
| **TOTAL EXPENSES** | $ | 6,011.00 |

Exhibit F

# Sheraton Hotels of New York

SHERATON MANHATTAN
SHERATON NEW YORK
SHERATON RUSSELL

SHERATON NEW YORK HOTEL & TOWERS
811 Seventh Avenue
New York, NY 10019
Tel: 212-581-1000 Fax: 212-262-4410

Mrs Rebecca Todd
American Bar Association/gp
One William Street
New York, NY 10004
T

| | |
|---|---|
| ROOM RATE | 2529 |
| NO. PERS | 285.00 |
| FOLIO | 1 |
| PAGE | 6153685 A |
| ARRIVE | 1 |
| DEPART | 01-NOV-05 17:33 |
| PAYMENT | 04-NOV-05 AX |

TRAVEL AGENT CHARGE TO

| DATE | REFERENCE | DESCRIPTION | DEBIT CREDIT |
|---|---|---|---|
| 01-NOV-05 | RT2529 | Room Chrg Corp Volumn LRA | 285.00 |
| 01-NOV-05 | RT2529 | Room Sales Tax | 23.87 |
| 01-NOV-05 | RT2529 | City/Local Tax | 14.25 |
| 01-NOV-05 | RT2529 | Occupan/Tourism Tax | 2.00 |
| 01-NOV-05 | RT2529 | NYS Javits Ctr Tax | 1.50 |
| 02-NOV-05 | RT2529 | Room Chrg Corp Volumn LRA | 285.00 |
| 02-NOV-05 | RT2529 | Room Sales Tax | 23.87 |
| 02-NOV-05 | RT2529 | City/Local Tax | 14.25 |
| 02-NOV-05 | RT2529 | Occupan/Tourism Tax | 2.00 |
| 02-NOV-05 | RT2529 | NYS Javits Ctr Tax | 1.50 |
| 03-NOV-05 | RT2529 | Room Chrg Corp Volumn LRA | 285.00 |
| 03-NOV-05 | RT2529 | Room Sales Tax | 23.87 |
| 03-NOV-05 | RT2529 | City/Local Tax | 14.25 |
| 03-NOV-05 | RT2529 | Occupan/Tourism Tax | 2.00 |
| 03-NOV-05 | RT2529 | NYS Javits Ctr Tax | 1.50 |
| 04-NOV-05 | AX | American Express NY | 979.86- |

***For Authorization Purposes Only***
xxxx65008
Auth Date      Code       Authorized
01-NOV-05     543120       1197.00
              Total Due                        0.00

** continued on the next page **

Mrs Rebecca Todd
FOLIO: 6153685   01-NOV-05

ROOM
2529

DEPART

AGENT

Sheraton New York
Tel: 212-581-1000

CUSTOMER SERVICE SHERATON MANHATTAN / NEW YORK / RUSSELL 800-538-5558          Exhibit F

# Sheraton Hotels of New York

SHERATON MANHATTAN
SHERATON NEW YORK
SHERATON RUSSELL

SHERATON NEW YORK HOTEL & TOWERS
811 Seventh Avenue
New York, NY 10019
Tel: 212-581-1000 Fax: 212-262-4410

Mr Rebecca Todd
American Bar Association/gp
Po Box H
Reserve, LA 70084
T

ROOM
RATE 1036
NO. PERS. 285.00
FOLIO 1
PAGE 6193269    EX-A
ARRIVE 1
DEPART 07-NOV-05  21:17
PAYMENT 11-NOV-05
        AX

TRAVEL AGENT

CHARGE TO

| DATE | REFERENCE | DESCRIPTION | DEBIT CREDIT |
|------|-----------|-------------|--------------|
| 07-NOV-05 | RT1036 | Room Chrg Corp Volumn LRA | 285.00 |
| 07-NOV-05 | RT1036 | Room Sales Tax | 23.87 |
| 07-NOV-05 | RT1036 | City/Local Tax | 14.25 |
| 07-NOV-05 | RT1036 | Occupan/Tourism Tax | 2.00 |
| 07-NOV-05 | RT1036 | NYS Javits Ctr Tax | 1.50 |
| 08-NOV-05 | RT1036 | Room Chrg Corp Volumn LRA | 285.00 |
| 08-NOV-05 | RT1036 | Room Sales Tax | 23.87 |
| 08-NOV-05 | RT1036 | City/Local Tax | 14.25 |
| 08-NOV-05 | RT1036 | Occupan/Tourism Tax | 2.00 |
| 08-NOV-05 | RT1036 | NYS Javits Ctr Tax | 1.50 |
| 09-NOV-05 | RT1036 | Room Chrg Corp Volumn LRA | 285.00 |
| 09-NOV-05 | RT1036 | Room Sales Tax | 23.87 |
| 09-NOV-05 | RT1036 | City/Local Tax | 14.25 |
| 09-NOV-05 | RT1036 | Occupan/Tourism Tax | 2.00 |
| 09-NOV-05 | RT1036 | NYS Javits Ctr Tax | 1.50 |
| 10-NOV-05 | RT1036 | Room Chrg Corp Volumn LRA | 285.00 |
| 10-NOV-05 | RT1036 | Room Sales Tax | 23.87 |
| 10-NOV-05 | RT1036 | City/Local Tax | 14.25 |
| 10-NOV-05 | RT1036 | Occupan/Tourism Tax | 2.00 |
| 10-NOV-05 | RT1036 | NYS Javits Ctr Tax | 1.50 |
| 11-NOV-05 AX | American Express NY | | 1305.48- |
| | Total Due | | 0.00 |

For your convenience, we have prepared this zero-balance folio indicating a
$0 balance on your account. Please be advised that any charges not reflected
on this folio will be charged to the credit card on file with the hotel.
While this folio reflects a $0 balance, your credit card may not be charged
until after your departure. You are ultimately responsible for paying all of
your folio charges in full.

** continued on the next page **

Mr Rebecca Todd              ROOM    DEPART      AGENT        Sheraton New York
FOLIO: 6193269  07-NOV-05    1036                             Tel: 212-581-1000

CUSTOMER SERVICE SHERATON MANHATTAN / NEW YORK / RUSSELL 800-538-5558        Exhibit F

# Sheraton Hotels of New York

SHERATON MANHATTAN
SHERATON NEW YORK
SHERATON RUSSELL

SHERATON NEW YORK HOTEL & TOWERS
811 Seventh Avenue
New York, NY 10019
Tel: 212-581-1000 Fax: 212-262-4410

Mrs. Rebecca Todd
American Bar Association/gp
Po Box H
Reserve, LA 70084

| | |
|---|---|
| ROOM RATE | 1230 |
| NO. PERS | 285.00 |
| FOLIO | 1 |
| PAGE | 6193270    EX-A |
| ARRIVE | 1 |
| DEPART | 14-NOV-05    08:41 |
| PAYMENT | 18-NOV-05    15:00 |
| | AX |

| DATE | REFERENCE | DESCRIPTION | DEBIT | CREDIT |
|---|---|---|---|---|
| 14-NOV-05 | RT1230 | Room Chrg Corp Volumn LRA | 285.00 | |
| 14-NOV-05 | RT1230 | Room Sales Tax | 23.87 | |
| 14-NOV-05 | RT1230 | City/Local Tax | 14.25 | |
| 14-NOV-05 | RT1230 | Occupan/Tourism Tax | 2.00 | |
| 14-NOV-05 | RT1230 | NYS Javits Ctr Tax | 1.50 | |
| 15-NOV-05 | RT1230 | Room Chrg Corp Volumn LRA | 285.00 | |
| 15-NOV-05 | RT1230 | Room Sales Tax | 23.87 | |
| 15-NOV-05 | RT1230 | City/Local Tax | 14.25 | |
| 15-NOV-05 | RT1230 | Occupan/Tourism Tax | 2.00 | |
| 15-NOV-05 | RT1230 | NYS Javits Ctr Tax | 1.50 | |
| 16-NOV-05 | RT1230 | Room Chrg Corp Volumn LRA | 285.00 | |
| 16-NOV-05 | RT1230 | Room Sales Tax | 23.87 | |
| 16-NOV-05 | RT1230 | City/Local Tax | 14.25 | |
| 16-NOV-05 | RT1230 | Occupan/Tourism Tax | 2.00 | |
| 16-NOV-05 | RT1230 | NYS Javits Ctr Tax | 1.50 | |
| 17-NOV-05 | RT1230 | Room Chrg Corp Volumn LRA | 285.00 | |
| 17-NOV-05 | RT1230 | Room Sales Tax | 23.87 | |
| 17-NOV-05 | RT1230 | City/Local Tax | 14.25 | |
| 17-NOV-05 | RT1230 | Occupan/Tourism Tax | 2.00 | |
| 17-NOV-05 | RT1230 | NYS Javits Ctr Tax | 1.50 | |
| 17-NOV-05 | 3890820 | Hudson's | 18.99 | |
| 18-NOV-05 AX | | American Express NY | 1327.47- |
| | | Total Due | 0.00 |

For your convenience, we have prepared this zero-balance folio indicating a
$0 balance on your account. Please be advised that any charges not reflected
on this folio will be charged to the credit card on file with the hotel.
While this folio reflects a $0 balance, your credit card may not be charged
until after your departure. You are ultimately responsible for paying all of
your folio charges in full.

** continued on the next page **

| | ROOM | DEPART | AGENT | |
|---|---|---|---|---|
| Mrs. Rebecca Todd | 1230 | | | Sheraton New York |
| FOLIO: 6193270   14-NOV-05 | | | | Tel: 212-581-1000 |

CUSTOMER SERVICE SHERATON MANHATTAN / NEW YORK / RUSSELL 800-538-5558    Exhibit F



# Sheraton Hotels of New York

SHERATON MANHATTAN
SHERATON NEW YORK
SHERATON RUSSELL

SHERATON NEW YORK HOTEL & TOWERS
811 Seventh Avenue
New York, NY 10019
Tel: 212-581-1000 Fax: 212-262-4410

Mr Rebecca Todd
American Bar Association/gp
Po Box H
Reserve, LA 70084

| | |
|---|---|
| ROOM | 1026 |
| RATE | 285.00 |
| NO. PERS | 1 |
| FOLIO | 6153690   EX-A |
| PAGE | 1 |
| ARRIVE | 28-NOV-05   17:01 |
| DEPART | 01-DEC-05   12:00 |
| PAYMENT | AX |

TRAVEL AGENT

CHARGE TO

| DATE | REFERENCE | DESCRIPTION | DEBIT CREDIT |
|---|---|---|---|
| 28-NOV-05 | RT1026 | Room Chrg Corp Volumn LRA | 285.00 |
| 28-NOV-05 | RT1026 | Room Sales Tax | 23.87 |
| 28-NOV-05 | RT1026 | City/Local Tax | 14.25 |
| 28-NOV-05 | RT1026 | Occupan/Tourism Tax | 2.00 |
| 28-NOV-05 | RT1026 | NYS Javits Ctr Tax | 1.50 |
| 29-NOV-05 | RT1026 | Room Chrg Corp Volumn LRA | 285.00 |
| 29-NOV-05 | RT1026 | Room Sales Tax | 23.87 |
| 29-NOV-05 | RT1026 | City/Local Tax | 14.25 |
| 29-NOV-05 | RT1026 | Occupan/Tourism Tax | 2.00 |
| 29-NOV-05 | RT1026 | NYS Javits Ctr Tax | 1.50 |
| 30-NOV-05 | RT1026 | Room Chrg Corp Volumn LRA | 285.00 |
| 30-NOV-05 | RT1026 | Room Sales Tax | 23.87 |
| 30-NOV-05 | RT1026 | City/Local Tax | 14.25 |
| 30-NOV-05 | RT1026 | Occupan/Tourism Tax | 2.00 |
| 30-NOV-05 | RT1026 | NYS Javits Ctr Tax | 1.50 |
| 30-NOV-05 | 10020960 | Room Service NY | 24.64 |
| 01-DEC-05 AX | | American Express NY | 1,004.50- |
| | | Total Due | 0.00 |

For your convenience, we have prepared this zero balance folio indicating a
$0 balance on your account. Please be advised that any charges not reflected
on this folio will be charged to the credit card on file with the hotel.
While this folio reflects a $0 balance, your credit card may not be charged
until after your departure. You are ultimately responsible for paying all of
your folio charges in full.

** continued on the next page **

Mr Rebecca Todd                    ROOM      DEPART      AGENT         Sheraton New York
FOLIO: 6153690   28-NOV-05         1026                                Tel: 212-581-1000

Passengers:

Mrs. Rebecca Todd
Seat Assignments:        16C | 10D
Special Meal Requests    Not applicable for this itinerary
TripAlert:               Not Active
Frequent Flyer:          CO-TU217851
E-mail Address:          rtodd@becnellaw.com
Home Phone:              (337) 794-0506 - United States
Business/Other Phone:    (337) 478-8888 - United States

Price:                                        Payment Information:

1 Adult     $193.49                    Name of Cardholder:    Daniel E. Be
Taxes/Fees  $33.41                     Card Type:             American Ex
Total Price $226.90                    Expiration Date:       07/08

Manage Your Reservations:

To view your reservation at any time, visit Manage Reservations. Your direct link to this reservation is Flight: New York/Newark
Chicago, IL (MDW - Midway).

Think You Can Check Yourself In Faster? You're Right.

Continental.com Check-In is the fastest and easiest way to check in for your Continental Airlines flights. You can check in up
flight from your own computer and print your boarding pass. This gives you everything you need to bypass the lines at the a
security and go directly to your gate. Read more about continental.com Check-In.

Take AirTrain Newark for Easy Access to Manhattan

AirTrain Newark offers direct train service from Liberty International Airport Station to New York Penn Station in Manhattan I
No need to worry about traffic problems, bridge and tunnel congestion, or the high cost of taxi and car service. See more inf
Newark.

Insure Your Travel Plans

Be Secure While Traveling

Protect your vacation with the new American Express® Travelers Cheque Card. The pre-paid, reloadable Card that's not linked
Plus, if it's lost or stolen your balance is refundable, usually in 24 hours. See details.

Set Up Trip Status Reminders for Your Itinerary

Automatically receive flight status reminders for all your trips that notify you of your flight's status and when you are able to ch
boarding passes.

Do you need a hotel or car?

  Hotel rates are available for Chicago        Save up to $20 and earn up to 1,
                      starting at **$54.99**.                       OnePass Miles with Hertz.

                                    ⊱ **Search Now**

Important Travel Information:

Any changes to your flight reservations may incur additional charges.
Airlines require government issued photo identification upon check-in, such as a driver's license or passport.
Passport, visa and health requirements may apply for this itinerary. Each passenger must ensure he or she has all require
stated in Rule 19 of the Contract of Carriage. Information on this site is provided as a courtesy and should be verified by I
travel. Other resources include the consulate of the destination country and the U.S. Department of State.
Please read important information governing airline baggage liability limitations.
You will be contacted with any changes or additional information such as schedule changes, itinerary changes, etc.
Special services are on a request basis and cannot be guaranteed.
Specials meal requests must be received at least 24 hours before the departure of your flight and cannot be guaranteed.
Non-Elite OnePass members traveling on Y, H, K, N, or B (or equivalent) fares are eligible for mileage-deduct upgrades wi

                                                                    Exhibit F

MED #          8M67
11/01/05 TR 9852
START  END MILES
16:51 17:20  2.9
FARE : $  11.30
EXTRA: $   1.00
TOTAL: $  12.30
NO THANKS
TO CONTACT TLC
DIAL 3-1-1
13.00

. . . . . . . . . . . . . . . . .
Cafe Hanover
5 Hanover Square
New York, NY 10004
(212) 809-6808

C O P Y
11/02/2005  03:48
Sale:

Transaction #       34
Card Type:        AMEX
Acc:    372899669165008
Exp. Date:        0708
Entry:           Swiped
Bse Amt:        7.53

Tip Amount  $_____.___

Total Amt:  $_____.___

Reference No.: 0034:0946
Auth.Code:        506488
Response:            AP

UNION SQUARE STADIUM 14
850 Broadway
New York, NY  10003
212-253-6266

Date        :11/02/2005 05:42 PM
Station ID  :17
Card Type   :Master
Acct#       :*************4335
Exp Date    :1108
Auth Code   :Code o
Transaction#:171130971340763
TID :132094

Total                    $9.75

<Customer COPY>

**UNDERGROUND PI**                    vIE_____  33914
**205 PEARL STREET**                  AUDRESS_____
**NEW YORK, N.Y. 10038**
**(212) 425-8770**   MAJOR CREDIT CARDS ACCEPTED  _____
**FAX (212) 425-0080**  ACCOUNT NO. _____  TEL. #_____

| PIZZA & CALZONES | | PRICE |
|---|---|---|
| SICILIAN | | |
| PLAIN | | |
| SPECIAL | | |
| SAUSAGE | | |
| PEPPERONI | | |
| HAM | | |
| BLACK OLIVES | | |
| GREEN PEPPER | | |
| BROCCOLI | | |
| ONION | | |
| ANCHOVIES | | |
| MUSHROOM | | |
| EGGPLANT | | |
| SODA | | |
| | NYS TAXES | |
| | TOTAL: | |

Exhibit F

THE BARKING DOG LUNCHEONETTE
3RD AVE AT 94TH ST
(212) 831-1800

29 RIJEN

TBL 12/1    CHK 1786       GST 6
NOV06'05 12:28PM

1 GINGER ALE        2.00
1 BURGER            7.50
  BACON             0.95
  CHEDDAR           0.95
1 BURGER            7.50
  DELX FRIES        1.95
1 BURGER            7.50
1 MIMOSA            2.35
1 TEA               1.25

SUBTOTAL           32.55
TAX                 2.73
AMOUNT DUE         35.28

=======================================
BREAKFAST DAILY FROM 8AM
- * -
DAILY BLUE PLATE SPECIALS
- * -
SIT  -  STAY

**Sheraton**
HOTELS & RESORTS

11/07/05

Cash Tips

- Bellhop unload car, store
  luggage while at
  work.

- Bellhop retrieve luggage &
  deliver to room.
                    $10

SHERATON.COM

0076
Server: TERESA D (#112)         Rec: 44
11/03/05 13:50, Swiped       Terminal: 7

WATERSTONE GRILL
79 PEARL ST
NYC, NY
(212)943-1602
ME   ANT #:

CARD TYPE      ACCOUNT NUMBER      EXP
AMERICAN EXPRES 372899669185008    0807
Name: DE JR
00 TRANSACTION APPROVED
AUTHORIZATION #: 582878
Reference: 110310076

CHECK:                      24.40

TIP:                        5 00

TOTAL:                      29 40

X_____

PHONE: (     )    -        Exhibit F

DON PEDRO RESTAURANT
1865 SECOND AVENUE
NEW YORK, NY 10829

TIME  7:53 PM   DATE 11/07/05
TERM# 08072823    MERH 00946924374885
TRAN TYPE SALE
#xxxxxxxxxxxx5008
CARD TYPE AMEX
SEQ # 013
TICKET # 0008020289
AUTH CODE 548459

BASE        $16.24
TIP          2.76
TOTAL       18.00

CUSTOMER COPY

V Steakhouse
10 Columbus Circle
212.823.9500
CHECK:       684
TABLE:       50/1
SERVER:      111 RYAN
DATE:        NOV09'05  7:51PM
CARD TYPE:   American Express
ACCT #:      XXXXXXXXXX5008
EXP DATE:    XX/XX
AUTH CODE:   5BB643
RESEARCH:    000000000000

TOTAL:              48.00

TIP                  8.00

TOTAL $             56.00

X _____
        Signature

Signed Copy-Restaurant
Second Copy-Customer

F-1019
Server: SOBEIDA M (#360)    Rec: 22
11/10/05 13:32, Swiped    Terminal: 1

HANOVER GOURMET DELI
3 HANOVER SQUARE
(212)797-3776
MERCHANT #:

CARD TYPE      ACCOUNT NUMBER   EXP
AMERICAN EXPRES  XXXXXXXXXX5008  0708
Name: DE JR
00 TRANSACTION APPROVED
AUTHORIZATION #: 604768
Reference: 111021019

CHECK:              6.45

TIP:          _____.___

TOTAL:        _____.___

X_____

PHONE: (   )   -
***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
top copy -> customer

NEW YORK
MED #        1C10
DATE: 11/11/2005
START TIME 20:50
END TIME   21:06
TRIP #      3457
RATE NO.       1
MILES       3.30
FARE $     10.10
EXTRAS $    0.50
TOTAL $    10.60

Contact TLC Dial
3-1-1

Sheraton

Cash - No receipt
available

Car from Normandy
Court to Sheraton

$10

PAID
$62
NOV 11 PM 8:48

Exhibit F

Mary Ann's 'Latina'
212-426-8350
1803 Second Ave.
New York, NY
(212) 426-8350

Server: Caba                    DOB: 11/12/2005
05:00 PM                             11/12/2005
Table 6/1                             1/10008

M/C                                      3146734
Card #XXXXXXXXXXXX4335        Exp:1108
Magnetic card present: TODD REBECCA
Approval: 040758

                    Amount:        12.41

                    + Tip:         2.00

                    = Total:       14.41

X _____
Approval: 040758

Merchant Copy.

THE DELTA GRILL
700/9TH AVE
NEW YORK, NY 10036

TERMINAL I.D.: 00010001
MERCHANT # : 000000370002045

AMEX                            SRV: 1
XXXXXXXX5008
SALE                            07/09
BATCH: 000789    INVOICE: 558225
DATE: NOV 10, 04  TIME:20:42
RRN: 000027078063  AUTH NO: 567592

BASE                          $34.15

TIP                            6.00

TOTAL                         40.15

CE JR

X _____
    I AGREE TO PAY ABOVE TOTAL AMOUNT
    ACCORDING TO CARD ISSUER AGREEMENT
    (MERCHANT AGREEMENT IF CREDIT VOUCHER)

GIGINO AT WAGNER PARK
20 Battery Place
New York, NY 10004
212-528-2228

Server: PAVEL                   DOB: 11/04/2005
02:12 PM                             11/04/2005
73/1                                  2/20015

AMEX                                    2097162
Card #37289966916XXXX          Exp:0708
Magnetic card present: JRDE
Approval: 581291

                    Amount:        48.75

                    + Tip:         7.25

                    = Total:       56.00

X _____
Approval: 581291

20 BATTERY PLACE
N.Y N.Y 10004
TEL: 212-528-2228
FAX: 212-528-1758

Sheraton
HOTELS & RESORTS

11/14/05

Cash Tip

- Bellhop - unload tofi, store
  luggage while room not
  ready

- Bellhop - retrieve luggage
  from storage's deliver

$ 5

Exhibit F

MTA NYC TRANSIT
5TH STREET
NEW YORK CITY NY

VM #: 0772(R251  0700)

13 Nov 05 18:13

Trans: Sale OK
Payment Mode: Credit
Amount:        $ 76.00
Card Value:    $  0.00

Credit Card #: XX5008
Auth#: 524859
Ref #: 052490771585

Serial #:1240925913
Type: 059
30-DAY UNLIMITED

          Questions?
Call (212) METROCARD

---

**F-0807**
Server: SOBEIDA M (#360)        Rec: 12
11/15/05 12:40, Swiped      Terminal: 1

HANDVER GOURMET DELI
3 HANOVER SQUARE
(212)797-3776
MERCHANT #:

CARD TYPE    ACCOUNT NUMBER    EXP
AMERICAN EXPRES  XXXXXXXXXXX5008  0708
OO TRANSACTION APPROVED
AUTHORIZATION #: 545961
Reference: 111520807

CHECK:              7.55

TIP:        _____.___

TOTAL:      _____.___

X_____

PHONE: (    )    -
***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
top copy -> customer

---

0119
Server: SHAWN C (#340)         Rec: 38
11/14/05 21:57, Swiped  T: 22 Term: 4

UNO CHICAGO GRILL #301
391 6th Ave.
New York, NY. 10014
(212)242-5230
MERCHANT #:

CARD TYPE    ACCOUNT NUMBER
AMERICAN EXPRES  XXXXXXXXXXX5008
Name: DE JR
OO TRANSACTION APPROVED
AUTHORIZATION #: 568664
Reference: 1114010000119
TRANS TYPE: Credit Card SALE

CHECK:             11.79

TIP:          _____2.21

TOTAL:        ____14.00

---

*** 01 Cash Tender: Cashe    $10.75
***   01 Cha-62 S2, cup
***   01 Cha Tender Conse 06
***   02 Cha Tender

    Subtotal:   $10.25
    Tax:        $0.38
    Total:      $11.59

    Tendered
    CREDIT CARD   $11.65
    Acct: XXXXXXXXXX5008
    Auth: 097441

CREDIT CARD     $11.65

        AUTH: 097441
        ACCT: XXXXXXXXXX5008
        EXP: 1108
        NAME: TODD-REBECCA

        RC Judd

    STEVEN



West Village, NY. #301
TEL:(212)242-5230  FAX:(212)366-9737

O119  Table 22  #Party 1
SHAWN C    SvrCk: 12 21:12 11/14/05
DINING ROOM

1 ICE TEA                        2.29
1 IND DEEP DISH, *chef's choice d,
  sausage, roni, spec ins*       8.59

              Sub Total:   10.88
              Tax:          0.91
11/14 21:56 TOTAL:      11.79

PLEASE PAY SERVER

Customer Comments:  1  6-600-UNOS
            or
email: comments@unos.com
----------------------------------------
A PERFECT GIFT!
Share all the great things on our
new menu with friends and family by
giving them an Uno Gift Card.
----------------------------------------

                        Exhibit F

---

MED #
11/14/05
START  END
18:13  08:1
FARE
EXTRA
TOTAL:
     THANKS
CONN
DIAL

JOSEPHINA
NEW YORK, NY
631142286900000 01
NOV 29, 05 APPROVAL
584325

DE JR
************5008
AMEX          *****

SALE          0019
ROC #     TERMINAL #
420195    22905898

FOOD AND BEVERAGE

BASE AMOUNT    $33.46

TIP AMOUNT     6.00

TOTAL          39.46

X
I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)
CUSTOMER COPY

---

THE GROVE - EWS

GROVE - SUBWAY
NEWARK INT'L TERM A
NEWARK, NJ 07114

11/18/2005  16:25  Store 61002  Reg 001
Cashier 1354/Edelyn Trx 007625
Clerk 130/Imar

20 oz soft drink              1.99 T

Subtotal                      1.99
Tax State Tax                 0.12

TOTAL                         2.11
CASH                         20.00
Change Due          17.89

Item Count: 1

Thank You!

---

CAFE HANOVER
5 HANOVER SQUARE
NEW YORK, NY 10004
212-809-6808
THANK YOU!

C O P Y
11/17/2005  14:55:35
Sale:

Transaction #        45
Card Type:         AMEX
Aco:        ***********5008
Entry:            Swiped
Bse Amt:           2.49

Tip       : $_____

Total Amt: $_____

Reference No.:
            532119252941
Auth.Code:       562098
Response:APPROVAL 562098
Sequence Number:    0045
Merchant Number:
            797900222619
Terminal_ID:    77726174
Terminal_Number:    0001

CUSTOMER COPY

---

MED # 8C29
THANK YOU
Date  11/17/05
20:52 TO 21:10
TRIP #  20661
DIST   2.98 mi
FARE   $ 9.70
EXTRAS  $ 0.50
TOTAL  $ 10.20
CONTACT TLC
DIAL 3-1-1

---

THE BARKING DOG LUNCHEONETTE
203 EAST 94TH ST
(212) 831-1800

?T 2L?

TBL 2/1    GL 70    GST 3
NOV 17 05 16:27

1 MIX GREEN SMALL     4.95
1 BACON               7.50
  COKE                0.95

SUBTOTAL             13.40
TAX                   1.12
AMOUNT DUE    14.52

tip 3.00

BREAKFAST DAILY FROM 8AM
- 17.52
DAILY BLUE PLATE SPECIALS

EAT     STAY

---



PAID

$33.00

2005 NOV 28 PM

Exhibit F

I ♡ NEW YORK
MED #
TRIP #         4058
DATE DEC-01-2005
ST. TIME 09:58AM
END TIME 10:07AM
RATE
MILES
FARE $        6.37
Contact TLC Dial 17.50

I ♡ NEW YORK
MED #        7E63
TRIP #        8539
ST. TIME 08:57PM
END TIME 09:04PM
DATE   NOV-29-05
DIST       .83
FARE $      4.50
EXTRA $     0.50
TOT FARE$   5.00
to Contact TLC
Dial 3-1-1

MED #        6853
11/18/05 TR 4041
START   END MILES
14:11  14:19  0.7
FARE :   $   4.50
EXTRA:   $   0.00
TOTAL:   $   4.50
THANKS
TO CONTACT TLC
DIAL 3-1-1

MED # 5D83
THANK YOU
Date   12/02/05
00:59 TO 01:10
TRIP #   17494
DIST   4.63 mi
FARE   $ 12.10
EXTRAS   $ 0.50
TOTAL   $ 12.60
CONTACT TLC
DIAL 3-1-1

13.00

MED #        9L73
11/29/05 TR 1480
START   END MILES
16:50  16:55  1.4
FARE :   $   5.70
EXTRA:   $   1.00
TOTAL:   $   6.70
THANKS
TO CONTACT TLC
DIAL 3-1-1

7.00

MANHATTAN SEAPORT SUITES

12/1/05

Cash Tip

- Bellhop - _____ ____ge from
_____ Store Lobby while _____
SEAPORT SUITES
seaportsuites.com

- Bellhop - retrieve luggage's
take to room

$ 10

129 FRONT STREET · NEW YORK, NY  10005
P 212-742-0008 · F 212-742-0124
WWW.SEAPORTSUITES.COM

Newark Airport Express
CUSTOMER COPY

AMEX 13.00
CARD:XXXXXXXXXXXX5008
EXPIRY:07/08
AUTH NUMBER:28332029

TRANS TYPE :Purchase/Achat

Merchant Number:
174033936996
Term ID:
EA129703253302

DATE  :11/28/2005
TIME  : 3:15 PM
TRANS :155352
NUMBER:010 316316
AGENCY:EWR Term A
AGENT :34
FORM  :55 01/21/03

# Sheraton Hotels of New York
### SHERATON MANHATTAN
### SHERATON NEW YORK
### SHERATON RUSSELL

SHERATON NEW YORK HOTEL & TOWERS
811 Seventh Avenue
New York, NY 10019
Tel: 212-581-1000 Fax: 212-262-4410

Mrs Rebecca Todd
American Bar Association/gp
One William Street
New York, NY 10004

| | | |
|---|---|---|
| ROOM | 2529 | |
| RATE | 285.00 | |
| NO. PERS | | |
| FOLIO | 1 | |
| PAGE | 6153685 | A |
| ARRIVE | 1 | |
| DEPART | 01-NOV-05 | 17:33 |
| PAYMENT | 04-NOV-05 | |
| | AX | |

T R A V E L   A G E N T   C H A R G E   T O

| DATE | REFERENCE | DESCRIPTION | DEBIT CREDIT |
|---|---|---|---|
| 01-NOV-05 | RT2529 | Room Chrg Corp Volumn LRA | 285.00 |
| 01-NOV-05 | RT2529 | Room Sales Tax | 23.87 |
| 01-NOV-05 | RT2529 | City/Local Tax | 14.25 |
| 01-NOV-05 | RT2529 | Occupan/Tourism Tax | 2.00 |
| 01-NOV-05 | RT2529 | NYS Javits Ctr Tax | 1.50 |
| 02-NOV-05 | RT2529 | Room Chrg Corp Volumn LRA | 285.00 |
| 02-NOV-05 | RT2529 | Room Sales Tax | 23.87 |
| 02-NOV-05 | RT2529 | City/Local Tax | 14.25 |
| 02-NOV-05 | RT2529 | Occupan/Tourism Tax | 2.00 |
| 02-NOV-05 | RT2529 | NYS Javits Ctr Tax | 1.50 |
| 03-NOV-05 | RT2529 | Room Chrg Corp Volumn LRA | 285.00 |
| 03-NOV-05 | RT2529 | Room Sales Tax | 23.87 |
| 03-NOV-05 | RT2529 | City/Local Tax | 14.25 |
| 03-NOV-05 | RT2529 | Occupan/Tourism Tax | 2.00 |
| 03-NOV-05 | RT2529 | NYS Javits Ctr Tax | 1.50 |
| 04-NOV-05 | AX | American Express NY | 979.86- |

***For Authorization Purposes Only***
xxxx65008
Auth Date    Code      Authorized
01-NOV-05    543120    1197.00

                    Total Due         0.00
       ** continued on the next page **

Mrs Rebecca Todd
FOLIO: 6153685   01-NOV-05

ROOM        DEPART        AGENT
2529

Sheraton New York
Tel: 212-581-1000

CUSTOMER SERVICE SHERATON MANHATTAN / NEW YORK / RUSSELL 800-538-5558        Exhibit F

# Sheraton Hotels of New York

**SHERATON MANHATTAN
SHERATON NEW YORK
SHERATON RUSSELL**

SHERATON NEW YORK HOTEL & TOWERS
811 Seventh Avenue
New York, NY 10019
Tel: 212-581-1000 Fax: 212-262-4410

| | | |
|---|---|---|
| Mr Rebecca Todd | ROOM | |
| American Bar Association/gp | RATE 1036 | |
| Po Box H | NO. PERS 285.00 | |
| Reserve, LA 70084 | 1 | |
| T | FOLIO 1 | |
| | PAGE 6193269   EX-A | |
| | ARRIVE 1 | |
| | DEPART 07-NOV-05   21:17 | |
| | PAYMENT 11-NOV-05 | |
| | AX | |

(right margin vertical text: TRAVEL AGENT CHARGE)

| DATE | REFERENCE | DESCRIPTION | DEBIT CREDIT |
|---|---|---|---|
| 07-NOV-05 | RT1036 | Room Chrg Corp Volumn LRA | 285.00 |
| 07-NOV-05 | RT1036 | Room Sales Tax | 23.87 |
| 07-NOV-05 | RT1036 | City/Local Tax | 14.25 |
| 07-NOV-05 | RT1036 | Occupan/Tourism Tax | 2.00 |
| 07-NOV-05 | RT1036 | NYS Javits Ctr Tax | 1.50 |
| 08-NOV-05 | RT1036 | Room Chrg Corp Volumn LRA | 285.00 |
| 08-NOV-05 | RT1036 | Room Sales Tax | 23.87 |
| 08-NOV-05 | RT1036 | City/Local Tax | 14.25 |
| 08-NOV-05 | RT1036 | Occupan/Tourism Tax | 2.00 |
| 08-NOV-05 | RT1036 | NYS Javits Ctr Tax | 1.50 |
| 09-NOV-05 | RT1036 | Room Chrg Corp Volumn LRA | 285.00 |
| 09-NOV-05 | RT1036 | Room Sales Tax | 23.87 |
| 09-NOV-05 | RT1036 | City/Local Tax | 14.25 |
| 09-NOV-05 | RT1036 | Occupan/Tourism Tax | 2.00 |
| 09-NOV-05 | RT1036 | NYS Javits Ctr Tax | 1.50 |
| 10-NOV-05 | RT1036 | Room Chrg Corp Volumn LRA | 285.00 |
| 10-NOV-05 | RT1036 | Room Sales Tax | 23.87 |
| 10-NOV-05 | RT1036 | City/Local Tax | 14.25 |
| 10-NOV-05 | RT1036 | Occupan/Tourism Tax | 2.00 |
| 10-NOV-05 | RT1036 | NYS Javits Ctr Tax | 1.50 |
| 11-NOV-05 AX | | American Express NY | 1306.48- |
| | | Total Due | 0.00 |

For your convenience, we have prepared this zero-balance folio indicating a
$0 balance on your account. Please be advised that any charges not reflected
on this folio will be charged to the credit card on file with the hotel.
While this folio reflects a $0 balance, your credit card may not be charged
until after your departure.  You are ultimately responsible for paying all of
your folio charges in full.

** continued on the next page **

| | | | | |
|---|---|---|---|---|
| Mr Rebecca Todd | ROOM | DEPART | AGENT | Sheraton New York |
| FOLIO: 6193269   07-NOV-05 | 1036 | | | Tel: 212-581-1000 |

CUSTOMER SERVICE SHERATON MANHATTAN / NEW YORK / RUSSELL 800-538-5558          Exhibit F

# Sheraton Hotels of New York

SHERATON MANHATTAN
SHERATON NEW YORK
SHERATON RUSSELL

SHERATON NEW YORK HOTEL & TOWERS
811 Seventh Avenue
New York, NY 10019
Tel: 212-581-1000 Fax: 212-262-4410

Mrs. Rebecca Todd
American Bar Association/gp
Po Box H
Reserve, LA 70084

| | |
|---|---|
| ROOM RATE | 1230 |
| NO. PERS | 285.00 |
| FOLIO | 1 |
| PAGE | 6193270    EX-A |
| ARRIVE | 1 |
| DEPART | 14-NOV-05   08:41 |
| PAYMENT | 18-NOV-05   15:00 |
| | AX |

TRAVEL AGENT CHARGE TO

| DATE | REFERENCE | DESCRIPTION | DEBIT CREDIT |
|---|---|---|---|
| 14-NOV-05 | RT1230 | Room Chrg Corp Volumn LRA | 285.00 |
| 14-NOV-05 | RT1230 | Room Sales Tax | 23.87 |
| 14-NOV-05 | RT1230 | City/Local Tax | 14.25 |
| 14-NOV-05 | RT1230 | Occupan/Tourism Tax | 2.00 |
| 14-NOV-05 | RT1230 | NYS Javits Ctr Tax | 1.50 |
| 15-NOV-05 | RT1230 | Room Chrg Corp Volumn LRA | 285.00 |
| 15-NOV-05 | RT1230 | Room Sales Tax | 23.87 |
| 15-NOV-05 | RT1230 | City/Local Tax | 14.25 |
| 15-NOV-05 | RT1230 | Occupan/Tourism Tax | 2.00 |
| 15-NOV-05 | RT1230 | NYS Javits Ctr Tax | 1.50 |
| 16-NOV-05 | RT1230 | Room Chrg Corp Volumn LRA | 285.00 |
| 16-NOV-05 | RT1230 | Room Sales Tax | 23.87 |
| 16-NOV-05 | RT1230 | City/Local Tax | 14.25 |
| 16-NOV-05 | RT1230 | Occupan/Tourism Tax | 2.00 |
| 16-NOV-05 | RT1230 | NYS Javits Ctr Tax | 1.50 |
| 17-NOV-05 | RT1230 | Room Chrg Corp Volumn LRA | 285.00 |
| 17-NOV-05 | RT1230 | Room Sales Tax | 23.87 |
| 17-NOV-05 | RT1230 | City/Local Tax | 14.25 |
| 17-NOV-05 | RT1230 | Occupan/Tourism Tax | 2.00 |
| 17-NOV-05 | RT1230 | NYS Javits Ctr Tax | 1.50 |
| 17-NOV-05 | 3890820 | Hudson's | 18.99 |
| 18-NOV-05 AX | | American Express NY | 1325.47- |
| | | Total Due | 0.00 |

For your convenience, we have prepared this zero-balance folio indicating a
$0 balance on your account. Please be advised that any charges not reflected
on this folio will be charged to the credit card on file with the hotel.
While this folio reflects a $0 balance, your credit card may not be charged
until after your departure. You are ultimately responsible for paying all of
your folio charges in full.

** continued on the next page **

| | | | | |
|---|---|---|---|---|
| Mrs. Rebecca Todd | ROOM | DEPART | AGENT | Sheraton New York |
| FOLIO: 6193270   14-NOV-05 | 1230 | | | Tel: 212-581-1000 |

CUSTOMER SERVICE SHERATON MANHATTAN / NEW YORK / RUSSELL 800-538-5558          Exhibit F

# Sheraton Hotels of New York

**SHERATON MANHATTAN**
**SHERATON NEW YORK**
**SHERATON RUSSELL**

SHERATON NEW YORK HOTEL & TOWERS
811 Seventh Avenue
New York, NY 10019
Tel: 212-581-1000 Fax: 212-262-4410

| | |
|---|---|
| Mr Rebecca Todd | ROOM 1026 |
| American Bar Association/gp | RATE 285.00 |
| Po Box H | NO. PERS. 1 |
| Reserve, LA 70084 | FOLIO 6153690  EX-A |
| | PAGE 1 |
| | ARRIVE 28-NOV-05  17:01 |
| | DEPART 01-DEC-05  12:00 |
| | PAYMENT AX |

TRAVEL AGENT

CHARGE TO

| DATE | REFERENCE | DESCRIPTION | DEBIT CREDIT |
|------|-----------|-------------|-------------|
| 28-NOV-05 | RT1026 | Room Chrg Corp Volumn LRA | 285.00 |
| 28-NOV-05 | RT1026 | Room Sales Tax | 23.87 |
| 28-NOV-05 | RT1026 | City/Local Tax | 14.25 |
| 28-NOV-05 | RT1026 | Occupan/Tourism Tax | 2.00 |
| 28-NOV-05 | RT1026 | NYS Javits Ctr Tax | 1.50 |
| 29-NOV-05 | RT1026 | Room Chrg Corp Volumn LRA | 285.00 |
| 29-NOV-05 | RT1026 | Room Sales Tax | 23.87 |
| 29-NOV-05 | RT1026 | City/Local Tax | 14.25 |
| 29-NOV-05 | RT1026 | Occupan/Tourism Tax | 2.00 |
| 29-NOV-05 | RT1026 | NYS Javits Ctr Tax | 1.50 |
| 30-NOV-05 | RT1026 | Room Chrg Corp Volumn LRA | 285.00 |
| 30-NOV-05 | RT1026 | Room Sales Tax | 23.87 |
| 30-NOV-05 | RT1026 | City/Local Tax | 14.25 |
| 30-NOV-05 | RT1026 | Occupan/Tourism Tax | 2.00 |
| 30-NOV-05 | RT1026 | NYS Javits Ctr Tax | 1.50 |
| 30-NOV-05 | 10020960 | Room Service NY | 24.64 |
| 01-DEC-05 AX | | American Express NY | 1004.50- |
| | | Total-Due | 0.00 |

For your convenience, we have prepared this zero balance folio indicating a
$0 balance on your account. Please be advised that any charges not reflected
on this folio will be charged to the credit card on file with the hotel.
While this folio reflects a $0 balance, your credit card may not be charged
until after your departure.  You are ultimately responsible for paying all of
your folio charges in full.
                    ** continued on the next page **

| | | | | |
|---|---|---|---|---|
| Mr Rebecca Todd | ROOM | DEPART | AGENT | Sheraton New York |
| FOLIO: 6153690   28-NOV-05 | 1026 | | | Tel: 212-581-1000 |

Passengers:

Mrs. Rebecca Todd
| | |
|---|---|
| Seat Assignments: | 16C | 10D |
| Special Meal Requests | Not applicable for this itinerary |
| TripAlert: | Not Active |
| Frequent Flyer: | CO-TU217851 |
| E-mail Address: | rtodd@becnellaw.com |
| Home Phone: | (337) 794-0506 - United States |
| Business/Other Phone: | (337) 478-8888 - United States |

Price:

| | | Payment Information: | |
|---|---|---|---|
| 1 Adult | $193.49 | Name of Cardholder: | Daniel E. Be |
| Taxes/Fees | $33.41 | Card Type: | American Ex |
| Total Price | $226.90 | Expiration Date: | 07/08 |

Manage Your Reservations:

To view your reservation at any time, visit Manage Reservations. Your direct link to this reservation is Flight: New York/Newark
Chicago, IL (MDW - Midway).

Think You Can Check Yourself In Faster? You're Right.

Continental.com Check-in is the fastest and easiest way to check in for your Continental Airlines flights. You can check in up
flight from your own computer and print your boarding pass. This gives you everything you need to bypass the lines at the a
security and go directly to your gate. Read more about continental.com Check-in.

Take AirTrain Newark for Easy Access to Manhattan

AirTrain Newark offers direct train service from Liberty International Airport Station to New York Penn Station in Manhattan i
No need to worry about traffic problems, bridge and tunnel congestion, or the high cost of taxi and car service. See more inf
Newark.

Insure Your Travel Plans

Be Secure While Traveling

Protect your vacation with the new American Express® Travelers Cheque Card. The pre-paid, reloadable Card that's not linked
Plus, if it's lost or stolen your balance is refundable, usually in 24 hours. See details.

Set Up Trip Status Reminders for Your Itinerary

Automatically receive flight status reminders for all your trips that notify you of your flight's status and when you are able to ch
boarding passes.

Do you need a hotel or car?

 Hotel rates are available for Chicago
starting at $54.99.

➢ **Search Now**

 Save up to $20 and earn up to 1,
OnePass Miles with Hertz.

Important Travel Information:

Any changes to your flight reservations may incur additional charges.
Airlines require government issued photo identification upon check-in, such as a driver's license or passport.
Passport, visa and health requirements may apply for this itinerary. Each passenger must ensure he or she has all require
stated in Rule 19 of the Contract of Carriage. Information on this site is provided as a courtesy and should be verified by
travel. Other resources include the consulate of the destination country and the U.S. Department of State.
Please read important information governing airline baggage liability limitations.
You will be contacted with any changes or additional information such as schedule changes, itinerary changes, etc.
Special services are on a request basis and cannot be guaranteed.
Specials meal requests must be received at least 24 hours before the departure of your flight and cannot be guaranteed.
Non-Elite OnePass members traveling on Y, H, K, N, or B (or equivalent) fares are eligible for mileage-deduct upgrades wi

Exhibit F

MED #        BM67
11/01/05 TR 9552
START  END MILES
16:51 17:20   2.9
FARE :  $ 11.30
EXTRA:  $  1.00
TOTAL:  $ 12.30
NO THANKS    TO
TO CONTACT TLC
DIAL 3-1-1
              13.00

```
Cafe Hanover
5 Hanover Square
New York, NY 10004
(212) 809-6808

C O P Y
11/02/2005  03:48
Sale:

Transaction #        34
Card Type:
Acc:          AMEX
              372899669165008
Exp. Date:
              0708
Entry:        Swiped
Bse Amt:      7.53


Tip Amount   $_____.___


Total Amt:   $_____.___


Reference No.: 0034:0946
Auth.Code:     506488
Response:         AP
```

UNION SQUARE STADIUM 14
850 Broadway
New York, NY  10003
212-253-6266

Date       :11/02/2005 05:42 PM
Station ID :17
Card Type  :Master
Acct#      :************4335
Exp Date   :1108
Auth Code  :Code-0
Transaction#:171130971340768
TID :132094

Total                    $9.75


<Customer COPY>

**UNDERGROUND PI**                          NAME _____  **33914**
**205 PEARL STREET**                        ADDRESS _____
**NEW YORK, N.Y. 10038**
**(212) 425-8770**   MAJOR CREDIT CARDS ACCEPTED  _____
**FAX (212) 425-0080**  ACCOUNT NO. _____  TEL. # _____

| PIZZA & CALZONES | | PRICE |
|---|---|---|
| SICILIAN | | |
| PLAIN | | |
| SPECIAL | | |
| SAUSAGE | | |
| PEPPERONI | | |
| HAM | | |
| BLACK OLIVES | | |
| GREEN PEPPER | | |
| BROCCOLI | | |
| ONION | | |
| ANCHOVIES | | |
| MUSHROOM | | |
| EGGPLANT | | |
| SODA | | |
| | NYS TAXES | |
| | TOTAL: | Exhibit F |

THE BARKING DOG LUNCHEONETTE
3RD AVE AT 94TH ST
(212) 831-1800

29 RIJEN

TBL 12/1    CHK 1786       GST 6
       NOV06'05 12:28PM

1 GINGER ALE          2.00
1 BURGER              7.50
    BACON             0.95
    CHEDDAR           0.95
1 BURGER              7.50
    DELX FRIES        1.95
1 BURGER              7.50
1 MIMOSA              2.95
1 TEA                 1.25

  SUBTOTAL           32.55
  TAX                 2.73
  AMOUNT DUE         35.28

============================
  BREAKFAST DAILY FROM 8AM
       - * -
  DAILY BLUE PLATE SPECIALS
       - * -
      SIT  -  STAY

+ tip tip

---

11/7/05

Ⓢ
**Sheraton**
HOTELS & RESORTS

*Cash Tips*

- Bellhop unload car, store
  luggage while at
  work.

- Bellhop retrieve luggage &
  deliver to room.
                    $
                   10

SHERATON.COM    MEMBER OF ⓈSTARWOOD PREFERRED GUEST

---

0076
Server: TERESA D (#112)          Rec: 44
11/03/05 13:50, Swiped      Terminal: 7

WATERSTONE GRILL
79 PEARL ST
NYC, NY
(212)943-1602
ME  ANT #:

CARD TYPE      ACCOUNT NUMBER     EXP
AMERICAN EXPRES  372899669165008   0807
Name: DE JR
OO TRANSACTION APPROVED
AUTHORIZATION #: 582878
Reference: 110310076

CHECK :            24.40

TIP :               5.00

TOTAL :            29.40

X_____

PHONE: (    )    -
CARDHOLDER WILL PAY CARD ISSUER ABOVE

---

DON PEDRO RESTAURANT
1865 SECOND AVENUE
NEW YORK, NY 10029

TIME  7:53 PM   DATE 11/07/05
TERM# 00072823   MERH# 000469246374005
TRAN TYPE SALE
#xxxxxxxxxxxxx5008
CARD TYPE AMEX
SEQ # 013
TICKET # 0000020289
AUTH CODE 548459

BASE          $16.24
TIP            2.76
TOTAL         18.00

    OMER COPY

I ♡ NEW YORK
MED #          1C10
DATE: 11/11/2005
START TIME 20:50
END TIME   21:06
TRIP #       3457
RATE No.        1
MILES        3.30
FARE $      10.10
EXTRAS $     0.50
TOTAL $     10.60
           tip  10.00
Contact TLC Dial
     3-1-1

V Steakhouse
10 Columbus Circle
212.823.9500
CHECK:       6 8 4
TABLE:       5 0 / 1
SERVER:      111 RYAN
DATE:        NOV09'05  7:51PM
CARD TYPE:   American Express
ACCT #:      XXXXXXXXXXX5008
EXP DATE:    XX/XX
AUTH CODE:   586643
RESEARCH:    000000000000

TOTAL:              48.00

TIP                  8.00
_____
TOTAL $    5 6 .00
_____

X _____
          Signature

Signed Copy-Restaurant
Second Copy-Customer

F-1019
Server: SOBEIDA M (#360)        Rec: 22
11/10/05 13:32, Swiped    Terminal: 1

HANOVER GOURMET DELI
3 HANOVER SQUARE
(212)797-3776
MERCHANT #:

CARD TYPE      ACCOUNT NUMBER    EXP
AMERICAN EXPRES  XXXXXXXXXXX5008  0708
Name: DE JR
OO TRANSACTION APPROVED
AUTHORIZATION #: 504758
Reference: 111021019

CHECK:                 6.45

TIP:          _____.____

TOTAL:        _____.____

X_____

PHONE: (    )   -
***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
top copy -> customer



Sheraton
HOTELS & RESORTS

11/7/05

Cash - No receipt available

Car from Normandy Court to Sheraton

$10



✓ PAID

$62

NOV 11 PM 8:48

Exhibit F

Mary Ann's 'Latina'
212-426-8350
1803 Second Ave.
New York, NY
(212) 426-8350

Server: Caba                DOB: 11/12/2005
05:00 PM                         11/12/2005
Table 6/1                          1/10008

M/C                                  3145734
Card #XXXXXXXXXXXX4335        Exp:1108
Magnetic card present: TODD REBECCA
Approval: 040758

                    Amount:        12.41

                  + Tip: ___2.00___

                = Total: __14.41__

        X _____
        Approval: 040758

                Merchant Copy.

---



THE DELTA GRILL
700/9TH AVE
NEW YORK, NY 10036

TERMINAL I.D.: 00010001
MERCHANT H   : 000000390005545

AMEX                            SRV: 1
XXXXXXXX5008
SALE                            07/08
BATCH: 040789    INVOICE: 558225
DATE: NOV 10, 04   TIME20:02
RRN: 000027870653  AUTH NO: 567592

BASE                   $34.15

TIP                     6.00

TOTAL                  40.15

DE JR    R (Todd)

X _____
    I AGREE TO PAY ABOVE TOTAL AMOUNT
    ACCORDING TO CARD ISSUER AGREEMENT
  (MERCHANT AGREEMENT IF CREDIT VOUCHER)

---

GIGINO AT WAGNER PARK
20 Battery Place
New York, NY 10004
212-528-2228

Server: PAVEL              DOB: 11/04/2005
02:12 PM                        11/04/2005
73/1                               2/20015

AMEX                             2097162
Card #37289966916XXXX      Exp:0708
Magnetic card present: JRDE
Approval: 581291

                  Amount:        48.75

                  + Tip: ___7.25___

                = Total: __56.00__

X _____
Approval: 581291

20 BATTERY PLACE
N.Y N.Y 10004
TEL: 212-528-2228
FAX: 212-528-1756

---



Sheraton
HOTELS & RESORTS

4/14/05

Cash Tip

- Bellhop- unload taxi, store
     luggage while room not
     ready

- Bellhop - retrieve luggage
     from storage's deliver

                 $5
                          Exhibit F

SHERATON.COM        MEMBER OF ... STARWOOD PREFERRED GUEST

MVM RECEIPT
TA NYC TRANSIT
5TH STREET
EW YORK CITY NY

VM #: 0772(R251  0700)

un ?3 Nov 05 18:13

rans: Sale OK
ayment Mode: Credit
mount:        $ 76.00
ard Value:     $  0.00

redit Card #: XX5008
th#: 524859
ef #: 052490771585

erial #:1240925913
ype: 059
  30-DAY UNLIMITED

    Questions?
all (212) METROCARD

MED # "?
 11/14/05 TA
START  END
08:18 08:?3
FARE :
EXTRA:
TOTAL:
    THANK
 T CONTRO
IAL...

---

F-0807
Server: SOBEIDA M (#360)          Rec: 12
11/15/05 12:40, Swiped      Terminal: 1

HANOVER GOURMET DELI
3 HANOVER SQUARE
(212)797-3776
MERCHANT #:

CARD TYPE     ACCOUNT NUMBER    EXP
AMERICAN EXPRES  XXXXXXXXXXXX5008  0708
00 TRANSACTION APPROVED
AUTHORIZATION #: 545961
Reference: 111520807

CHECK:                    7.55

TIP:         _____ . ___

TOTAL:       _____ . ___


X_____

PHONE: (    )    -
***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
top copy -> customer

---

0119
Server: SHAWN C (#340)          Rec: 38
11/14/05 21:57, Swiped    T: 22 Term: 4

UNO CHICAGO GRILL #301
391 6th Ave.
New York, NY. 10014
(212)242-5230
MERCHANT #:

CARD TYPE     ACCOUNT NUMBER
AMERICAN EXPRES  XXXXXXXXXXXX5008
Name: DE JR
00 TRANSACTION APPROVED
AUTHORIZATION #: 568664
Reference: 1114010000119
TRANS TYPE: Credit Card SALE

CHECK:              11.79

TIP:           2.21

TOTAL:          14.00

---

STATION: 506

*** 01 Ckn Tenders Combo    $10.75
***   31 Ice-32 Oz. Cup
***   01 Ckn Tender Combo Cd
***   02 Ckn Tender

   Subtotal: $10.75
   Tax:       $0.98
   Total:    $11.65

TENDERED:
   CREDIT CARD  $11.65
   Acct: XXXXXXXXXXXX4335
   Auth: 097441

CREDIT CARD    $11.65

   AUTH: 097441
   ACCT: XXXXXXXXXXXX4335
   EXP: 1108
   NAME: TODD/REBECCA

SIGNED:

**UNO CHICAGO GRILL**

West Village, NY. #301
TEL:(212)242-5230  FAX:(212)366-9737

0119  Table 22  #Party 1
SHAWN C    SvrCk: 12 21:12 11/14/05
DINING ROOM

1 ICE TEA                     2.29
1 IND DEEP DISH, *chef's choice d,
  sausage, roni, spec inst     8.59

              Sub Total:  10.88
                   Tax:    0.91
11/14 21:56 TOTAL:        11.79

PLEASE PAY SERVER

Customer Comments:  1  6-600-UNOS
             or
    email: comments@unos.com
--------------------------------------
A  PERFECT  GIFT!
Share all the great things on our
new menu with friends and family by
giving them an Uno Gift Card.
--------------------------------------

Exhibit F

JOSEPHINA
NEW YORK, NY
63114228690000 01
NOV 29, 05  APPROVAL
584325

DE JR
************5008
AMEX          *****

SALE        0019
ROC #      TERMINAL #
420195      22905898

FOOD AND BEVERAGE

BASE AMOUNT    $33.46

TIP AMOUNT     6.00

TOTAL         39.46

X_____
I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)
CUSTOMER COPY

---

THE GROVE - EWS

GROVE - SUBWAY
NEWARK INT'L TERM A
NEWARK, NJ  07114

11/18/2005  16:25  Store 61002  Reg 001
Cashier 1354/Edelyn  Trx 007625
Clerk 130/Imar

20 oz soft drink              1.99 T

Subtotal                      1.99
Tax State Tax                 0.12

TOTAL                         2.11
CASH                         20.00
Change Due           17.89

Item Count: 1

Thank You!

---

CAFE HANOVER
5 HANOVER SQUARE
NEW YORK, NY 10004
212-809-6808
THANK YOU!

C O P Y
11/17/2005  14:55:35
Sale:

Transaction #        45
Card Type:         AMEX
Acc:      ***********5008
Entry:            Swiped
Bse Amt:           2.49

Tip        : $_____.____

Total Amt:  $_____.____

Reference No.:
532119252941
Auth.Code:        562098
Response:APPROVAL 562098
Sequence Number:    0045
Merchant_Number:
797900222619
Terminal_ID:    77726174
Terminal_Number:    0001

CUSTOMER COPY

---

MED # 8C29
THANK YOU
Date   11/17/05
20:52 TO 21:10
TRIP #   20661
DIST   2.98 mi
FARE   $ 9.70
EXTRAS  $ 0.50
TOTAL  $ 10.20
CONTACT TLC
DIAL 3-1-1

---

THE BARKING DOG LUNCHEONETTE
389 PARK AV 94TH ST

AT EWS

TBL 2/1      CHK 701      GST 3

1 MIX GREEN SMALL      4.95
1 BURGER               7.50
  CHEESE               0.95

SUBTOTAL              13.40
TAX                    1.12
AMOUNT DUE            14.52
                    tip 3.00
                       17.52

BREAKFAST DAILY FROM 8AM
DAILY BLUE PLATE SPECIALS
SIT - STAY

---

PAID
$33.00
2006 NOV 28 PM 4

Exhibit F

I ♡ NEW YORK
MED #
TRIP #          4G50
DATE DEC-01-2005   5324
ST. TIME 09:38AM
END TIME 10:07AM
RATE
MILES            1
FARE $        6.37
Contact TIP Dial    17.30

I ♡ NEW YORK
MED #           7E63
TRIP #          8539
ST. TIME 08:57PM
END TIME 09:04PM
DATE   NOV-29-05
DIST            .83
FARE $         4.50
EXTRA $        0.50
TOT FARE$      5.00
to Contact TLC
Dial 3-1-1

MED #          6B53
11/18/05 TR 4841
START   END MILES
14:11 14:19      0.7
FARE :  $      4.50
EXTRA:  $      0.00
TOTAL:  $      4.50
THANKS
TO CONTACT TLC
DIAL 3-1-1

MED # 5D83
THANK YOU
Date   12/02/05
00:59 TO  01:10
TRIP #   17494
DIST   4.63 mi
FARE    $ 12.10
EXTRAS  $ 0.50
TOTAL   $ 12.60
CONTACT TLC
DIAL 3-1-1

13.00

MED #          9L73
11/28/05 TR 1480
START   END MILES
16:50 16:59     1.4
FARE :  $      5.70
EXTRA:  $      1.00
TOTAL:  $      6.70
THANKS
TO CONTACT TLC
DIAL 3-1-1

7.00

# MANHATTAN SEAPORT SUITES

12/1/05

Cash Tip

- Bellhop - unload luggage from
  taxi store luggage while
  guest checks in

- Bellhop - retreive luggage &
  take to room

$10

129 FRONT STREET · NEW YORK, NY 10005
P 212·742·0003 F 212·742·0124
WWW.SEAPORTSUITES.COM

seaportsuites.com

# Newark Airport Express
## CUSTOMER COPY

AMEX 13.00
CARD:XXXXXXXXXX5008
EXPIRY:07/08
AUTH NUMBER:28332029

TRANS TYPE :Purchase/Achat

Merchant Number:
174038936996

Term ID:
EA1297032530Z

DATE  :11/28/2005
TIME  : 3:15 PM
TRANS :155352
NUMBER:010 316316
AGENCY:EWR Term A
AGENT :34
FORM  :55 01/21/03

SUBWAY #25304
15 S WILLIAM STREET
NEW YORK, NY 10004

Merchant ID: 1
Term ID: KT3534G018602

Sale

XXXXXXXXXX5008
AMEX                    Exp: 07/08
                        Entry Method: Swiped

Total:           $    5.45

11/18/05                    13:18:5
Trace#: 000635   Appr Code: 56974
Approved: Online    Batch#: 00002

Customer Copy
THANK YOU!

Exhibit F

**Sheraton Hotels of New York**

SHERATON MANHATTAN
SHERATON NEW YORK
SHERATON RUSSELL

SHERATON NEW YORK HOTEL & TOWERS
811 Seventh Avenue
New York, NY 10019
Tel: 212-581-1000 Fax: 212-262-4410

Mrs. Rebecca Todd
American Bar Association/gp
Po Box H
Reserve, LA 70084

| | | | |
|---|---|---|---|
| ROOM | | | T A |
| RATE | 1230 | | R G |
| NO. PERS. | 285.00 | | A E |
| FOLIO | 1 | | V N |
| PAGE | 6193270 | EX-A | E T |
| ARRIVE | 1 | | L |
| DEPART | 14-NOV-05 | 08:41 | C |
| PAYMENT | 18-NOV-05 | 15:00 | H T |
| | AX | | A O |
| | | | R G |
| | | | G E |

| DATE | REFERENCE | DESCRIPTION | DEBIT CREDIT |
|---|---|---|---|
| 14-NOV-05 | RT1230 | Room Chrg Corp Volumn LRA | 285.00 |
| 14-NOV-05 | RT1230 | Room Sales Tax | 23.87 |
| 14-NOV-05 | RT1230 | City/Local Tax | 14.25 |
| 14-NOV-05 | RT1230 | Occupan/Tourism Tax | 2.00 |
| 14-NOV-05 | RT1230 | NYS Javits Ctr Tax | 1.50 |
| 15-NOV-05 | RT1230 | Room Chrg Corp Volumn LRA | 285.00 |
| 15-NOV-05 | RT1230 | Room Sales Tax | 23.87 |
| 15-NOV-05 | RT1230 | City/Local Tax | 14.25 |
| 15-NOV-05 | RT1230 | Occupan/Tourism Tax | 2.00 |
| 15-NOV-05 | RT1230 | NYS Javits Ctr Tax | 1.50 |
| 16-NOV-05 | RT1230 | Room Chrg Corp Volumn LRA | 285.00 |
| 16-NOV-05 | RT1230 | Room Sales Tax | 23.87 |
| 16-NOV-05 | RT1230 | City/Local Tax | 14.25 |
| 16-NOV-05 | RT1230 | Occupan/Tourism Tax | 2.00 |
| 16-NOV-05 | RT1230 | NYS Javits Ctr Tax | 1.50 |
| 17-NOV-05 | RT1230 | Room Chrg Corp Volumn LRA | 285.00 |
| 17-NOV-05 | RT1230 | Room Sales Tax | 23.87 |
| 17-NOV-05 | RT1230 | City/Local Tax | 14.25 |
| 17-NOV-05 | RT1230 | Occupan/Tourism Tax | 2.00 |
| 17-NOV-05 | RT1230 | NYS Javits Ctr Tax | 1.50 |
| 17-NOV-05 | 3890820 | Hudson's | 18.99 |
| 18-NOV-05 AX | | American Express NY | 1325.47- |
| | | Total-Due | 0.00 |

For your convenience, we have prepared this zero-balance folio indicating a
$0 balance on your account. Please be advised that any charges not reflected
on this folio will be charged to the credit card on file with the hotel.
While this folio reflects a $0 balance, your credit card may not be charged
until after your departure.  You are ultimately responsible for paying all of
your folio charges in full.

** continued on the next page **

Mrs. Rebecca Todd
FOLIO: 6193270  14-NOV-05

ROOM
1230

DEPART

AGENT

Sheraton New York
Tel: 212-581-1000

CUSTOMER SERVICE SHERATON MANHATTAN / NEW YORK / RUSSELL 800-538-5558          Exhibit F



# Sheraton Hotels of New York

SHERATON MANHATTAN
SHERATON NEW YORK
SHERATON RUSSELL

SHERATON NEW YORK HOTEL & TOWERS
811 Seventh Avenue
New York, NY 10019
Tel: 212-581-1000 Fax: 212-262-4410

Mr Rebecca Todd
American Bar Association/gp
Po Box H
Reserve, LA 70084

| | |
|---|---|
| ROOM | 1026 |
| RATE | 285.00 |
| NO. PERS | 1 |
| FOLIO | 6153690    EX-A |
| PAGE | 1 |
| ARRIVE | 28-NOV-05   17:01 |
| DEPART | 01-DEC-05   12:00 |
| PAYMENT | AX |

TRAVEL AGENT

CHARGE TO

| DATE | REFERENCE | DESCRIPTION | DEBIT CREDIT |
|---|---|---|---|
| 28-NOV-05 | RT1026 | Room Chrg Corp Volumn LRA | 285.00 |
| 28-NOV-05 | RT1026 | Room Sales Tax | 23.87 |
| 28-NOV-05 | RT1026 | City/Local Tax | 14.25 |
| 28-NOV-05 | RT1026 | Occupan/Tourism Tax | 2.00 |
| 28-NOV-05 | RT1026 | NYS Javits Ctr Tax | 1.50 |
| 29-NOV-05 | RT1026 | Room Chrg Corp Volumn LRA | 285.00 |
| 29-NOV-05 | RT1026 | Room Sales Tax | 23.87 |
| 29-NOV-05 | RT1026 | City/Local Tax | 14.25 |
| 29-NOV-05 | RT1026 | Occupan/Tourism Tax | 2.00 |
| 29-NOV-05 | RT1026 | NYS Javits Ctr Tax | 1.50 |
| 30-NOV-05 | RT1026 | Room Chrg Corp Volumn LRA | 285.00 |
| 30-NOV-05 | RT1026 | Room Sales Tax | 23.87 |
| 30-NOV-05 | RT1026 | City/Local Tax | 14.25 |
| 30-NOV-05 | RT1026 | Occupan/Tourism Tax | 2.00 |
| 30-NOV-05 | RT1026 | NYS Javits Ctr Tax | 1.50 |
| 30-NOV-05 | 10020960 | Room Service NY | 24.64 |
| 01-DEC-05 AX | | American Express NY | 1004.50- |
| | | Total-Due | 0.00 |

For your convenience, we have prepared this zero-balance folio indicating a
$0 balance on your account. Please be advised that any charges not reflected
on this folio will be charged to the credit card on file with the hotel.
While this folio reflects a $0 balance, your credit card may not be charged
until after your departure.  You are ultimately responsible for paying all of
your folio charges in full.

** continued on the next page **

| | | | |
|---|---|---|---|
| Mr Rebecca Todd | ROOM | DEPART | AGENT | Sheraton New York |
| FOLIO: 6153690   28-NOV-05 | 1026 | | | Tel: 212-581-1000 |

# Sheraton Hotels of New York

**SHERATON MANHATTAN**
**SHERATON NEW YORK**
**SHERATON RUSSELL**

SHERATON NEW YORK HOTEL & TOWERS
811 Seventh Avenue
New York, NY 10019
Tel: 212-581-1000 Fax: 212-262-4410

Mr Rebecca Todd
American Bar Association/gp
Po Box H
Reserve, LA 70084

| | |
|---|---|
| ROOM | |
| RATE | 1036 |
| NO. PERS. | 285.00 |
| FOLIO | 1 |
| PAGE | 6193269    EX-A |
| ARRIVE | 1 |
| DEPART | 07-NOV-05   21:17 |
| PAYMENT | 11-NOV-05 |
| | AX |

TRAVEL CHARGE

| DATE | REFERENCE | DESCRIPTION | DEBIT CREDIT |
|---|---|---|---|
| 07-NOV-05 | RT1036 | Room Chrg Corp Volumn LRA | 285.00 |
| 07-NOV-05 | RT1036 | Room Sales Tax | 23.87 |
| 07-NOV-05 | RT1036 | City/Local Tax | 14.25 |
| 07-NOV-05 | RT1036 | Occupan/Tourism Tax | 2.00 |
| 07-NOV-05 | RT1036 | NYS Javits Ctr Tax | 1.50 |
| 08-NOV-05 | RT1036 | Room Chrg Corp Volumn LRA | 285.00 |
| 08-NOV-05 | RT1036 | Room Sales Tax | 23.87 |
| 08-NOV-05 | RT1036 | City/Local Tax | 14.25 |
| 08-NOV-05 | RT1036 | Occupan/Tourism Tax | 2.00 |
| 08-NOV-05 | RT1036 | NYS Javits Ctr Tax | 1.50 |
| 09-NOV-05 | RT1036 | Room Chrg Corp Volumn LRA | 285.00 |
| 09-NOV-05 | RT1036 | Room Sales Tax | 23.87 |
| 09-NOV-05 | RT1036 | City/Local Tax | 14.25 |
| 09-NOV-05 | RT1036 | Occupan/Tourism Tax | 2.00 |
| 09-NOV-05 | RT1036 | NYS Javits Ctr Tax | 1.50 |
| 10-NOV-05 | RT1036 | Room Chrg Corp Volumn LRA | 285.00 |
| 10-NOV-05 | RT1036 | Room Sales Tax | 23.87 |
| 10-NOV-05 | RT1036 | City/Local Tax | 14.25 |
| 10-NOV-05 | RT1036 | Occupan/Tourism Tax | 2.00 |
| 10-NOV-05 | RT1036 | NYS Javits Ctr Tax | 1.50 |
| 11-NOV-05 AX | | American Express NY | 1306.48- |
| | | Total-Due | 0.00 |

For your convenience, we have prepared this zero-balance folio indicating a
$0 balance on your account. Please be advised that any charges not reflected
on this folio will be charged to the credit card on file with the hotel.
While this folio reflects a $0 balance, your credit card may not be charged
until after your departure. You are ultimately responsible for paying all of
your folio charges in full.

**\*\* continued on the next page \*\***

| | | | | |
|---|---|---|---|---|
| Mr Rebecca Todd | ROOM | DEPART | AGENT | Sheraton New York |
| FOLIO: 6193269   07-NOV-05 | 1036 | | | Tel: 212-581-1000 |

CUSTOMER SERVICE SHERATON MANHATTAN / NEW YORK / RUSSELL 800-538-5558          Exhibit F

# Sheraton Hotels of New York

SHERATON MANHATTAN
SHERATON NEW YORK
SHERATON RUSSELL

SHERATON NEW YORK HOTEL & TOWERS
811 Seventh Avenue
New York, NY 10019
Tel: 212-581-1000 Fax: 212-262-4410

Mrs Rebecca Todd
American Bar Association/gp
One William Street
New York, NY 10004

| | |
|---|---|
| ROOM | |
| RATE | 2529 |
| NO. PERS. | 285.00 |
| FOLIO | 1 |
| PAGE | 6153685    A |
| ARRIVE | 01-NOV-05   17:33 |
| DEPART | 04-NOV-05 |
| PAYMENT | AX |

TRAVEL

CHARGE

| DATE | REFERENCE | DESCRIPTION | DEBIT CREDIT |
|---|---|---|---|
| 01-NOV-05 | RT2529 | Room Chrg Corp Volumn LRA | 285.00 |
| 01-NOV-05 | RT2529 | Room Sales Tax | 23.87 |
| 01-NOV-05 | RT2529 | City/Local Tax | 14.25 |
| 01-NOV-05 | RT2529 | Occupan/Tourism Tax | 2.00 |
| 01-NOV-05 | RT2529 | NYS Javits Ctr Tax | 1.50 |
| 02-NOV-05 | RT2529 | Room Chrg Corp Volumn LRA | 285.00 |
| 02-NOV-05 | RT2529 | Room Sales Tax | 23.87 |
| 02-NOV-05 | RT2529 | City/Local Tax | 14.25 |
| 02-NOV-05 | RT2529 | Occupan/Tourism Tax | 2.00 |
| 02-NOV-05 | RT2529 | NYS Javits Ctr Tax | 1.50 |
| 03-NOV-05 | RT2529 | Room Chrg Corp Volumn LRA | 285.00 |
| 03-NOV-05 | RT2529 | Room Sales Tax | 23.87 |
| 03-NOV-05 | RT2529 | City/Local Tax | 14.25 |
| 03-NOV-05 | RT2529 | Occupan/Tourism Tax | 2.00 |
| 03-NOV-05 | RT2529 | NYS Javits Ctr Tax | 1.50 |
| 04-NOV-05 | AX | American Express NY | 979.86- |

```
                ***For Authorization Purposes Only***
                xxxx65008
                Auth Date   Code    Authorized
                01-NOV-05  543120     1197.00
                        Total Due              0.00
```

** continued on the next page **

| | | | | | |
|---|---|---|---|---|---|
| Mrs Rebecca Todd | | ROOM | DEPART | AGENT | Sheraton New York |
| FOLIO: 6153685  01-NOV-05 | | 2529 | | | Tel: 212-581-1000 |

Case 2:05-md-01657-EEF-DEK   Document 62993-8   Filed 05/27/11   Page 42 of 71

Passengers:

Mrs. Rebecca Todd
Seat Assignments:        16C | 10D
Special Meal Requests    Not applicable for this itinerary
TripAlert:               Not Active
Frequent Flyer:          CO-TU217851
E-mail Address:          rtodd@becnellaw.com
Home Phone:              (337) 794-0506 - United States
Business/Other Phone:    (337) 478-8888 - United States

Price:                                          Payment Information:

1 Adult      $193.49                            Name of Cardholder:  Daniel E. Bec
Taxes/Fees   $33.41                             Card Type:           American Ex
Total Price  $226.90                            Expiration Date:     07/08

Manage Your Reservations:

To view your reservation at any time, visit Manage Reservations. Your direct link to this reservation is Flight: New York/Newark
Chicago, IL (MDW - Midway).

Think You Can Check Yourself In Faster? You're Right.

  Continental.com Check-in is the fastest and easiest way to check in for your Continental Airlines flights. You can check in up
  flight from your own computer and print your boarding pass. This gives you everything you need to bypass the lines at the a
  security and go directly to your gate. Read more about continental.com Check-in.

Take AirTrain Newark for Easy Access to Manhattan

  AirTrain Newark offers direct train service from Liberty International Airport Station to New York Penn Station in Manhattan i
  No need to worry about traffic problems, bridge and tunnel congestion, or the high cost of taxi and car service. See more inf
  Newark.

Insure Your Travel Plans

Be Secure While Traveling

Protect your vacation with the new American Express® Travelers Cheque Card. The pre-paid, reloadable Card that's not linked
Plus, if it's lost or stolen your balance is refundable, usually in 24 hours. See details.

Set Up Trip Status Reminders for Your Itinerary

Automatically receive flight status reminders for all your trips that notify you of your flight's status and when you are able to ch
boarding passes.

Do you need a hotel or car?

 Hotel rates are available for Chicago
starting at $54.99.

 Save up to $20 and earn up to 1,
OnePass Miles with Hertz.

⇒ **Search Now**

Important Travel Information:

  Any changes to your flight reservations may incur additional charges.
  Airlines require government issued photo identification upon check-in, such as a driver's license or passport.
  Passport, visa and health requirements may apply for this itinerary. Each passenger must ensure he or she has all require
  stated in Rule 19 of the Contract of Carriage. Information on this site is provided as a courtesy and should be verified by t
  travel. Other resources include the consulate of the destination country and the U.S. Department of State.
  Please read important information governing airline baggage liability limitations.
  You will be contacted with any changes or additional information such as schedule changes, itinerary changes, etc.
  Special services are on a request basis and cannot be guaranteed.
  Specials meal requests must be received at least 24 hours before the departure of your flight and cannot be guaranteed.
  Non-Elite OnePass members traveling on Y, H, K, N, or B (or equivalent) fares are eligible for mileage-deduct upgrades wi

Exhibit F

UNDERGROUND PIZZA

205 PEARL STREET

NEW YORK, N.Y. 10038

(212) 425-8770   MAJOR CREDIT CARDS ACCEPTED

FAX (212) 425-0080   ACCOUNT NO. _____

NAME _____

ADDRESS _____

TEL. # _____

33914

| PIZZA & CALZONES | PRICE |
|---|---|
| SICILIAN | |
| PLAIN | |
| SPECIAL | |
| SAUSAGE | |
| PEPPERONI | |
| HAM | |
| BLACK OLIVES | |
| GREEN PEPPER | |
| BROCCOLI | |
| ONION | |
| ANCHOVIES | |
| MUSHROOM | |
| EGGPLANT | |
| SODA | |
| | |
| | |
| NYS TAXES | |
| TOTAL: | |

Exhibit F

. . . . . . . . . . . . . . . . . . . .
Cafe Hanover
5 Hanover Squar
New York, NY 100
(212) 809-6808

C O P Y
11/02/2005  03:4
ale:

ansaction #
d Type
:         3728996691
. Date:
try:              S
Amt:          7.

p Amount  $_____

tal Amt:  $_____

ference No.: 0034
th.Code:        5
sponse:

0807
er: SOBEIDA M (#360)        Rec: 12
5/05 12:40, Swiped     Terminal: 1

VER GOURMET DELI
NOVER SQUARE
)797-3776
MF  HANT #:

    TYPE        ACCOUNT NUMBER    EXP
    ICAN EXPRES  XXXXXXXXXXX5008  0708
    RANSACTION APPROVED
A   IORIZATION #: 545961
    rence: 111520807

    ECK:                    7.5

    P:            _____ . ___

    TAL:          _____ . ___

    _____

  E: (     )    -
    *Duplicate Copy***

  HOLDER WILL P         ISSUER ABOVE
  NT PURSUANT TO CARDHOLDER AGREEMENT
  copy -> customer

MVM RECEIPT

MTA NYC TRANSIT
96TH STREET
NEW YORK CITY NY

MVM #: 0772(R251  0700)

Sun 13 Nov 05 18:13

Trans: Sale OK
Payment Mode: Credit
Amount:      $ 76.00
Card Value:  $  0.00

Credit Card #: XX5008
Auth#: 524859
Ref #: 052490771585

Serial #:1240925913
Type: 059
  30-DAY UNLIMITED

    Questions?
Call (212) METROCARD



PAID
$33.00
2006 NOV 28 PM 4:5

Exhibit F



est Village, NY, #30
EL:(212)242-5230  FAX.(212)366-9737

119  Table 22  #Party 1
WN-C    Swpck: 1z 21 12 11/14/05
FNING ROOM

CE TEA                              2.29
ND      DISH  xunsi e spo           .50
satsuse  suss  spe                  .50

                        Su           38
                              =    0.91
14 21:56  TOTAL :          11.79

PLEASE  PAY  SERVER

us----  comme        600-UNOS

      www....commets...unos.com

A PERFECT GIFT!
She a all the great things on our
ev renu wit'  a is und family by
gi ng         Gift Card

       Un mens walt o loshi en

19
er: SHAWN C (#340)              Rec: 38
4'05 21 57. Swiped     T: 22 Term:

Uri AM GRILL #30!
         NY. 1001
         230

           ACCOUNT NUMBER
ICAN EXPRES  xxxx(xXXXXXx5008
: DE JR
RANSA TION APPROVED.
IORIZATION #: 568664
rence  1114010000119
iS TYPE  Credit Card SALE

IECP :                    11.79
Pa                  2.21
TAL :             19 00

*xDuplicate Copy*x*

2.27' SIGN TOSLED ABOVE
      AGREEMENT

UNION SQUARE STADIUM 14
950 Broadway
New York, NY  10003
212-253-6266

Da      :11/02/2005 05:42 PM
Station ID  :17
Card Type   :Master
Acct#       :****4335
Exp Date    :1108
Auth Code
Transaction:1711306/1340768
HD :     04

Total                        $9

THE BARKING DOG LUNCHEONETTE
3RD AVE AT 94TH ST
(212) 831-1800

ST EWF

TBL 2/1      CHK 70      GST 0
NOV13'05 08:48PM

1 MIX GREEN SMALL        4.95
1 BURGER                 7.50
   CHEDDAR               0.95

   SUBTOTAL             13.40
   TAX                   1.12
   AMOUNT DUE          14.52
          tip  3.00

BREAKFAST DAILY FROM 8AM
     - * -  17.52
DAILY BLUE PLATE SPECIALS
     - * -
   SIT  -  STAY

---

!OSEPHINA
! W YORK, NY
.. 114228690000
NOV 29, 05   APPRO
              58

DE JR
*************5008
AMEX              *

        SALE         |
ROC #        TERMINAL  A
  420195        2290!

   FOOD AND BEVERAT

BASE AMOUNT      $3:

TIP AMOUNT      6.00

TOTAL          39.46

X ........
   I AGREE TO PAY ABOVE
   ACCORDING TO CARD ISS.
   MERCHANT AGREEMENT IF :  (
            CUSTOMER CL /

---

MED # 8C2
THANK YOU
te    11/1
52  TC  :
? #    20
        2.98
       $ 9
18     $ 8
       $ 10
'ACT TLC
L 3-1-1

---

MED #**·*·
11/14/05 T/
START    END
08:18 08:33
FARE :
EXTRA:
TOTAL:
   THANK
TO CONTACT
  DIAL

---

MED #      3MG7
11 01 05 TR
START   END MILES
16:51 17:20   2.9
FARE :  $  11.30
EXTRA:  $   1.00
TOTAL:  $  12.30
   THANKS
TO CONTACT TLC
  DIAL 3-1-1
              13.00

---

MED # 5L
THANK YOU
Da .   12/02/0:
88:1  TO 01:10
79. s     17494
DIST   4.63 mi
'RE    $ 12.10
  S    $ 0.50
      $ 12.60
tip  40
              13.00

---

:HE GROVE '-E!

GROVE   SUBWAY
NEWARK INT'L TERM A
NEWARK, NJ 07114

     ..  Store 01002 Reg
    ../03/05   Trx 007625
    -:inst

     :t drink          1.99

                       1.99
                       0.12

                       2.11
                      20.00
  range fare          17.89

em Count : 1

Thank You!   Exhibit F.



CAFE HANOVER
5 HANOVER SQUD
NEW YORK, NY 100
212 809 1000
Thank you!

C    O   F
11/12/    1
=a  c  '

Mary Ann's 'Latina'
212-426-8350
1803 Second Ave.
New York, NY
(212) 426-8350

/er: Caba                    DOB: 11/12/
)0 PM                           11/12/
le 6/1                            1/1:

314:
 #XXXXXXXXXXXX4335        Exp:
netic card present: TODD REBECCA
roval: 040758

Amount:            1:

+ Tip: ____2.00

= Total: ___14.41

roval: 040758

Merchant Copy.

Exhibit F

MANHATTAN SEAPORT SUITES

12\1\05

Cash Tip

- Bellhop - unload luggage from taxi - store luggage while room ready

- Bellhop - retrieve luggage's take to room

$10

129 FRONT STREET - NEW YORK, NY 10005
P 212-742-0003 F 212-742-0124
WWW.SEAPORTSUITES.COM

THE DELTA GRILL
700/9TH AVE
NEW YORK, NY 10036

TERMINAL I.D.: 00010001
MERCHANT # : 000000390005545

AMEX                    SRV:
##########5008
SALE                    07/0?
BATCH: 000789    INVOICE: 558225
DATE: NOV 10, 04   TIME20:02
RRN: 000027878653  AUTH NO: 567592

BASE              $34.15

TIP               6.00

TOTAL             40.15

BE JR    R C(ahodd

X

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

Exhibit F

GIGINO AT WAGNER PARK
20 Battery Place
New York, NY 10004
212-528-2228

ɘr: PAVEL                    DOB: 11/04/2C
2 PM                              11/04/2C
                                  2/20C

                                  20971
#37289966916XXXX             Exp:07
ɘtic card present: JRDE
ɪval: 581291

            Amount:        48.

            + Tip:         7.25

            = Total:       56.00


─────────────────────────────────
ɪval: 581291

        20 BATTERY PLACE
        N.Y N.Y 10004
        TEL: 212-528-2228
        FAX: 212-528-1756
    GIGINO AT WAGNER PARK WILL
  REMAIN OPEN ALL YEAR ROUND!!!

        Customer Copy


1019
er: SOBEIDA M (#360)        Rec: 2
0/05 13:32, Swiped      Terminal:

VER GOURMET DELI
ɔ ʜʌNOVER SQUARE
)797-3776
HANT #:

 TYPE      ACCOUNT NUMBER      EXP
 ICAN EXPRES  XXXXXXXXXXXX5008  0708
 : DE JR
RANSACTION APPROVED
ORIZATION #: 504758
rence: 111021019

ECK :                    6.45

P :              _____ . ___

TAL :            _____ . ___


─────────────────────────────────

E: (     )      -
*Duplicate Copy***

HOLDER WILL PAY CARD ISSUER ABOVE
NT PURSUANT TO CARDHOLDER AGREEMENT
copy -> customer





11/14/05

# Cash Tip

- Bellhop - unload taxi, store
  luggage while room not
  ready

- Bellhop - retreave luggage
  from storage's deliver

  $5

SHERATON.COM   MEMBER OF STARWOOD PREFERRED GUEST



11/17/05

# Cash - No receipt
available

Car from Normandy
Court to Sheraton

$10

SHERATON.COM   MEMBER OF STARWOOD PREFERRED GUEST

Exhibit F

8.00
56.00

76
TERESA D (#112)                    4
Swiped              t         7

STONE GRID
ARL ST

TYPE
LOAN
OF
R

5 00
29 40

WILL BE ORDER ABOVE
PURSUANT TO ORDER AGREEMENT
customer.

Exhibit F

THE BARKING DOG LUNCHEONETTE
3RD AVE AT 94TH ST
(212) 831-1800

29 RIJEN
--------------------------------
TBL 12/1    CHK 1786        GST 6
      NOV06'05 12:28PM
--------------------------------
 1 GINGER ALE            2.00
 1 BURGER                7.50
     BACON               0.95
     CHEDDAR             0.95
 1 BURGER                7.50
     DELX FRIES          1.95
 1 BURGER                7.50
 1 MIMOSA                2.95
 1 TEA                   1.25

   SUBTOTAL            32.55
   TAX                  2.73
   AMOUNT DUE          35.28

================================
   BREAKFAST DAILY FROM 8AM
          - * -
   DAILY BLUE PLATE SPECIALS
          - * -
        SIT  -  STAY

---

SUBWAY N26904
15 S WILLIAM STREET
NEW YORK, NY 10004

Merchant ID: 1
Term ID: K736345016002

## Sale

XXXXXXXXX5000          Exp

AMEX                -Entry Method:

tal:             $

18/05                   1:
 :N: 000635       Appr Code:
ved: Online       Batch#:

Customer Copy
THANK YOU

*** 0. Ckn Tenders Combo      $10.75
      01 Lce-32 Oz. Cup
      01 Ckn Tender Combo Cd
      02 Ckn Tender

   Total: $10.75
   :       $0.90
   al:    $11.

   ERED:
   EDIT CARD    $11.65
   ct: XXXXXXXXXXXXX4335
   th: 097441
--------------------------------

CARD        $11.65

   AUTH: 097441
   ACCT: XXXXXXXXXXXXX4335
   EXP: 1108
   NAME: TODD/REBECCA



11/7/05

**Sheraton**
HOTELS & RESORTS

Cash Tips

— Bellhop unload car, store
luggage while at
work.

— Bellhop retrieve luggage &
deliver to room.
$10

SHERATON.COM        MEMBER OF (S) STARWOOD PREFERRED GUEST

DON PEDRO RESTAURANT

BASE        $16.24
TIP          2.76
TT          18.00

☑ **PAID**
$6²

NOV 11 PM 8:48

```
Newark Airport Express
   CUSTOMER COPY

AMEX 13.00
CARD:XXXXXXXXXXX5008
EXPIRY:07/08
AUTH NUMBER:28332029

TRANS TYPE :Purchase/Achat

Merchant Number:
174038936996
Term ID:
ER12970325302

DATE  :11/28/2005
TIME  : 3:15 PM
TRANS :155352
NUMBER:010 316316
AGENCY:EWR Term A
AGENT :34
FORM  :55 01/21/03
```

Exhibit F

```
I ♡ NEW YORK
MED #       4G50
TRIP #      5324
DATE DEC-01-2005
ST. TIME 09:38AM
END TIME 10:07AM
RATE           1
MILES       6.37
FARE $     17.30
Contact TLC Dial
```

```
I ♡ NEW YORK
MED #       7E63
TRIP #      8539
ST. TIME 08:57PM
END TIME 09:04PM
DATE    NOV-29-05
DIST         .83
FARE $      4.50
EXTRA $     0.50
TOT FARE$   5.00
to Contact TLC
Dial 3-1-1
```

```
I ♡ NEW YORK
                  1C10
MED #
DATE: 11/11/2005
START TIME 20:50
END TIME   21:06
TRIP #      3457
RATE No.       1
MILES       3.30
FARE $     10.10
EXTRAS $    0.50
TOTAL $    10.60
He           40
Contact TLC Dial
    3-1-1
```

```
MED #       6B53
11/18/05 TR 4841
START  END MILES
14:11.14:19  0.7
FARE :  $   4.50
EXTRA:  $   0.00
TOTAL:  $   4.50
     THANKS
 TO CONTACT TLC
   DIAL 3-1-1
```

```
MED #       TR
START  END MILES
16:50 16:59  1.4
FARE :  $   5.70
EXTRA:  $   1.00
TOTAL:  $   6.70
     THANKS  30
 TO CONTACT TLC
   DIAL 3-1-1
        7.00
```

**EXPENSES FOR MONTGOMERY, ALABAMA**
**VIOXX MDL LITIGATION**
**MONTH OF NOVEMBER, 2005**

### LODGING FOR MICHAEL BREININ & WILL PERCY

$2142.08

### GASOLINE

$261.06

### FOOD AND BEVERAGE

$1289.93
Subtract $173.90 Meghan Becnel Celebrex shared meals
$1116.03

### TOTAL                                    $3519.17

### MILEAGE                                  3200 miles

Exhibit F

**Name & Address**

NEL, DANIEL
BOX H

RESERVE, LA 70084-0
US

**EMBASSY SUITES**
H O T E L ®

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055   Fax: (334) 269-0360

Room:
Arrival Date: 734/TDBN
Departure Date: 11/28/0511:08AM
12/02/05
Adult / Child
Room Rate: 1/0
119.00

RATE PLAN         L-P19
HH# 65564356   DIAMOND
AL:
BONUS AL:         CAR:

Hilton HHonors®
Points & Miles

Rate quoted based on arrival date and length of stay. Should your departure date not remain the same, your rate is subject to change.   INIT _____

CONFIRMATION NUMBER : 86942949

12/02/05        PAGE        1

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE:* ☐

GUEST SIGNATURE

X

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 11/28/05 | 1320689 | MONTGOMERY'S | $11.00 |
| 11/28/05 | 1320919 | GUEST ROOM | $119.00 |
| 11/28/05 | 1320919 | LODGING TAX | $14.88 |
| 11/29/05 | 1321072 | MONTGOMERY'S | $21.00 |
| 11/29/05 | 1321347 | GUEST ROOM | $119.00 |
| 11/29/05 | 1321347 | LODGING TAX | $14.88 |
| 11/30/05 | 1321496 | MONTGOMERY'S | $22.00 |
| 11/30/05 | 1321843 | GUEST ROOM | $119.00 |
| 11/30/05 | 1321843 | LODGING TAX | $14.88 |
| 12/01/05 | 1321978 | MONTGOMERY'S | $18.80 |
| 12/01/05 | 1322146 | MONTGOMERY'S | $10.75 |
| 12/01/05 | 1322452 | GUEST ROOM | $119.00 |
| 12/01/05 | 1322452 | LODGING TAX | $14.88 |

WILL BE SETTLED TO AX ***********5008        $619.07

EXPENSE REPORT SUMMARY

|  | 11/28/05 | 11/29/05 | 11/30/05 | 12/01/05 | STAY TOTAL |
|--|----------|----------|----------|----------|-----------|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $133.88 | $535.52 |
| FOOD & BEVERAGE | $11.00 | $21.00 | $22.00 | $29.55 | $83.55 |
| DAILY TOTAL | $144.88 | $154.88 | $155.88 | $163.43 | $619.07 |

335858      A

TheHilton Family

       

0.00

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit F



**EMBASSY SUITES**

H O T E L *

Name & Address

CNEL, DANIEL
BOX H

RESERVE, LA 70084-0
US

Room:
Arrival Date: 734/TDBN
Departure Date: 11/28/05 11:08AM
12/02/05
Adult / Child
Room Rate: 1/0
119.00

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055   Fax: (334) 269-0360

Rate quoted based on arrival date and length of stay. Should you choose to depart early, there is
subject to change.   INIT _____

RATE PLAN        L-P19
HH# 756684356T DIAMOND
AL:
BONUS AL:               CAR:

Hilton HHonors*

Points & Miles

CONFIRMATION NUMBER : 86942949

12/02/05      PAGE      2

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL
ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE
RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS
OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO
BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE
CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT
OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR
SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A
PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE:* ☐

**GUEST SIGNATURE**

X

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|

You have earned 8392 HHonors points and 559 miles with DELTA AIR LINES for this stay. Please
visit hiltonhhonors.com to check your current account balance or make additional hotel reservations.

Thank you for staying with us.  Be sure to visit embassysuites.com for information on your next
business or leisure stay, reservations or subscribe to E-nnouncements e-newsletter with news and
offers.

335858     A

TheHiltonFamily

       

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit F

E

**EMBASSY SUITES**

H O T E L °

Name & Address

CNEL, DANIEL
BOX H

RESERVE, LA 70084

Room:
Arrival Date: 534/TDBN
Departure Date: 11/14/0512:32PM
11/18/05
Adult / Child
Room Rate: 1/0
119.00

**Montgomery**
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055   Fax: (334) 269-0360

Rate quoted based on arrival date and length of stay. Unable to depart early, end a...  Rate Plan:   119
HH# 856843561 DIAMOND
subject to change.   INIT _____   AL    DL  #4023302765
CAR:

**Hilton HHonors°**
Points & Miles

CONFIRMATION NUMBER : 82506971

11/18/05        PAGE     1

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY PLEASE INDICATE YES BY CHECKING HERE* ☐

**GUEST SIGNATURE**

X

A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 11/14/05 | 1313517 | MONTGOMERY'S | $15.09 |
| 11/14/05 | 1313904 | GUEST ROOM | $119.00 |
| 11/14/05 | 1313904 | LODGING TAX | $14.88 |
| 11/15/05 | 1314298 | MONTGOMERY'S | $16.00 |
| 11/15/05 | 1314573 | GUEST ROOM | $119.00 |
| 11/15/05 | 1314573 | LODGING TAX | $14.88 |
| 11/16/05 | 1314879 | MONTGOMERY'S | $16.09 |
| 11/16/05 | 1315165 | GUEST ROOM | $119.00 |
| 11/16/05 | 1315165 | LODGING TAX | $14.88 |
| 11/17/05 | 1315436 | MONTGOMERY'S | $18.80 |
| 11/17/05 | 1315719 | GUEST ROOM | $119.00 |
| 11/17/05 | 1315719 | LODGING TAX | $14.88 |
| 11/18/05 | 1315836 | AX ***********5008 | ($601.50) |

* * BALANCE * *        $0.00

EXPENSE REPORT SUMMARY

| | 11/14/05 | 11/15/05 | 11/16/05 | 11/17/05 | STAY TOTAL |
|---|---|---|---|---|---|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $133.88 | $535.52 |
| FOOD & BEVERAGE | $15.09 | $16.00 | $16.09 | $18.80 | $65.98 |
| DAILY TOTAL | $148.97 | $149.88 | $149.97 | $152.68 | $601.50 |

AX ***********5008                    11/17/05          334552      A

BECNEL, DANIEL                              189362

─── The Hilton Family ───

       

Reservations: www.embassysuites.com or 1-800-EMBASSY          Exhibit F

Name & Address

CNEL, DANIEL
BOX H

RESERVE, LA 70084

Room:
Arrival Date: 434/TDBN
Departure Date: 11/07/05 9:13AM
11/11/05 9:13AM

Adult / Child
Room Rate: 1/0
169.00

**EMBASSY SUITES**
HOTEL®

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055   Fax: (334) 269-0360

Rate quoted based on arrival date and length of stay. Should this change to depart earlier this is subject to change.   INIT _____

RATE PLAN      LV0
TH# 85684356 1 DIAMOND
AL   DL #4023302765

CAR:

Hilton H Honors®
Points & Miles

CONFIRMATION NUMBER : 85659059

12/02/05      PAGE      1

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY. PLEASE INDICATE YES BY CHECKING HERE* ☐
A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

GUEST SIGNATURE

X

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 11/07/05 | 1309582 | MONTGOMERY'S | $18.80 |
| 11/07/05 | 1309729 | MONTGOMERY'S | $10.75 |
| 11/07/05 | 1309890 | GUEST ROOM | $119.00 |
| 11/07/05 | 1309890 | LODGING TAX | $14.88 |
| 11/08/05 | 1310170 | MONTGOMERY'S | $30.05 |
| 11/08/05 | 1310411 | GUEST ROOM | $119.00 |
| 11/08/05 | 1310411 | LODGING TAX | $14.88 |
| 11/09/05 | 1310722 | MONTGOMERY'S | $30.05 |
| 11/09/05 | 1311059 | GUEST ROOM | $119.00 |
| 11/09/05 | 1311059 | LODGING TAX | $14.88 |
| 11/10/05 | 1311365 | MONTGOMERY'S | $32.75 |
| 11/10/05 | 1311566 | GUEST ROOM | $119.00 |
| 11/10/05 | 1311566 | LODGING TAX | $14.88 |
| 11/11/05 | 1311739 | AX ***********5008 | ($657.92) |

* * BALANCE * *      $0.00

EXPENSE REPORT SUMMARY

|  | 11/07/05 | 11/08/05 | 11/09/05 | 11/10/05 | STAY TOTAL |
|--|----------|----------|----------|----------|------------|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $133.88 | $535.52 |
| FOOD & BEVERAGE | $29.55 | $30.05 | $30.05 | $32.75 | $122.40 |
| DAILY TOTAL | $163.43 | $163.93 | $163.93 | $166.63 | $657.92 |

AX ***********5008      11/11/05      333632      A

BECNEL, DANIEL      163367

TheHiltonFamily

     -657.92   

Reservations: www.embassysuites.com or 1-800-EMBASSY      Exhibit F

**EMBASSY SUITES**

HOTEL®

Montgomery
300 Tallapoosa Street
Montgomery, AL 36104
Phone: (334) 269-5055   Fax: (334) 269-0360

Name & Address

CNEL, DANIEL
BOX H
RESERVE, LA 70084

Room:
Arrival Date: 434/TDBN
Departure Date: 10/31/0512:03PM
11/04/0510:58AM

Adult / Child
Room Rate: 1/0
119.00

Rate quoted based on arrival date and length of stay. Should I be forced to depart early, the rate is subject to change. INIT _____

RATE PLAN
HH#
AL:
CAR:

Hilton HHonors®
Points & Miles

CONFIRMATION NUMBER : 80428073

12/02/05      PAGE      1

IF THE DEBIT/CREDIT CARD YOU ARE USING FOR CHECK-IN IS ATTACHED TO A BANK OR CHECKING ACCOUNT, A HOLD WILL BE PLACED ON THE ACCOUNT FOR THE FULL ANTICIPATED DOLLAR AMOUNT TO BE OWED TO THE HOTEL, INCLUDING ESTIMATED INCIDENTALS, THROUGH YOUR DATE OF CHECK-OUT AND SUCH FUNDS WILL NOT BE RELEASED FOR 72 HOURS FROM THE DATE OF CHECK-OUT. RATES SUBJECT TO APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. PLEASE DO NOT LEAVE ANY MONEY OR ITEMS OF VALUE UNATTENDED IN YOUR ROOM. A SAFE DEPOSIT BOX IS AVAILABLE FOR YOU IN THE LOBBY. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES. I HAVE REQUESTED WEEKDAY DELIVERY OF USA TODAY. IF REFUSED, A CREDIT OF $0.75 WILL BE APPLIED TO MY ACCOUNT. *IN THE EVENT OF AN EMERGENCY, I, OR SOMEONE IN MY PARTY, REQUIRE SPECIAL EVACUATION ASSISTANCE DUE TO A PHYSICAL DISABILITY PLEASE INDICATE YES BY CHECKING HERE:* ☐
A SAFE DEPOSIT BOX IS PROVIDED FOR THE DEPOSIT OF VALUABLES - THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT LEFT IN THE SAFE DEPOSIT BOX.

GUEST SIGNATURE
X

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 10/31/05 | 1305693 | MONTGOMERY'S | $16.09 |
| 10/31/05 | 1305939 | GUEST ROOM | $119.00 |
| 10/31/05 | 1305939 | LODGING TAX | $14.88 |
| 11/01/05 | 1306166 | MONTGOMERY'S | $16.09 |
| 11/01/05 | 1306422 | GUEST ROOM | $119.00 |
| 11/01/05 | 1306422 | LODGING TAX | $14.88 |
| 11/02/05 | 1306752 | MONTGOMERY'S | $16.09 |
| 11/02/05 | 1307024 | GUEST ROOM | $119.00 |
| 11/02/05 | 1307024 | LODGING TAX | $14.88 |
| 11/03/05 | 1307389 | MONTGOMERY'S | $22.00 |
| 11/03/05 | 1307687 | GUEST ROOM | $119.00 |
| 11/03/05 | 1307687 | LODGING TAX | $14.88 |
| 11/04/05 | 1307978 | AX ***********5008 | ($605.79) |

* * BALANCE * *      $0.00

EXPENSE REPORT SUMMARY

|  | 10/31/05 | 11/01/05 | 11/02/05 | 11/03/05 | STAY TOTAL |
|---|---|---|---|---|---|
| ROOM & TAX | $133.88 | $133.88 | $133.88 | $133.88 | $535.52 |
| FOOD & BEVERAGE | $16.09 | $16.09 | $16.09 | $22.00 | $70.27 |
| DAILY TOTAL | $149.97 | $149.97 | $149.97 | $155.88 | $605.79 |

AX ***********5008                    10/31/05          332636      A

BECNEL, DANIEL                        106251

The Hilton Family

       

Reservations: www.embassysuites.com or 1-800-EMBASSY

Exhibit F

*** DUPLICATE RECEIPT ***

on street the use
Dickerson st
somers, AL
00/10-5 t

9/05   :: 05 1i

1
XXXXXXXX 1:81
th e#   :::::31
d#   h:::II
-- --
#. J
195 h J :    .:45
Shell   :: 54 : :

di   :: a: 1

1
tt :dea, 194
ret feh:e ::
11/ey un::
vey chee:55 ::.

IK You :4P
(S.IH6 :.III :.ng

```
+------------------------+
|       *REPRINT*        |
+------------------------+
INTERSTATE #43
7100 HWY 63
MOSS POINT,MS39563

10/28/05    14:42
STN #     00302485

VISA
XXXXXXXXXXXX2480

AUTH#       07099A
INV #      8565830
CREDIT
PUMP#03     SUPUNL
GALLONS     15.164
   @ $2.699/GAL
FUEL        $40.93


TL/NOTAX    $40.93
TOTAL       $40.93

THANK YOU FOR
YOUR BUSINESS
```

> Dickerson St
tgomerna, AL
: 00210321

:1./28    11:15:24

3A
xxxxxxxxxx2480
voice#   2::2453
:>#   05725A

COE:   :
4.7:2 :: : 3   2.999
:5/Se1*   $ 35.28

:al   $ 35.29

ell us accout
p:v shopping

:gs
::: e   :: 151 :.::

```
**********************************
            Customer Copy          *
**********************************


        Jubilee Seafood
         1057 Woodley Rd.
       Montgomery, AL 36106
          (334) 262-6224


Date:            11/29/05
Time:            8:52 PM
Server:          29. Sharon Elise Reyn
ds
Order:           75155
Description:     Table 14

Card Type:       Visa/MC
Card No:         ***********2480
Expires:         0807
Appr Code:       05034A


Purchases:       $    114.67

                      30.00
Tip:             $_____

                     144.10
Total:           $_____
                 BECNEL JR/DANIEL E

agree to pay the above total amount
cording to the card issuer agreement.
```

```
*********************************
*          Customer Copy        *
*********************************


        The Olive Room / Nobles
           Montgomery Street
        Montgomery, AL  36104


Date:             11/10/05
Time:             9:25 PM
Server:           85. Michael
Order:            53291
Description:      Table KNGPIN:2

Card Type:        VISA/ M.C.
Card No:          ************2480
Expires:          9807
Appr Code:        00180A


Purchases:        $    140.25


Tip:              $    20.25


Total:            $    160.0
                  BECNEL JR/DANIEL E


Agree to pay the above total amount
according to the card issuer agreement.
```

Sandy
M
771

6.00
32.57

*****Attn. Guest*****
NO CHECKS PLEASE
PLEASE...

```
:************************************
:          Customer Copy          *
:************************************
```

Jubilee Seafood
1057 Woodley Rd.
Montgomery, AL 36106 ;
(334) 262-6224~

Date:           11/15/05
Time:           8:06 PM
Server:         12. BOBBY
Order:          74286
Description:    Table 31

Card Type:      Visa/MC
Card No:        ***********2480
Expires:        0807
Appr Code:      06025A

Purchases:      $    65.38

Tip:            $   13.00

Total:          $   78.38
                BECNEL JR/DANIEL E

I agree to pay the above total amount
according to the card issuer agreement.

6.00
38.62

**NO CHECKS PLEASE**
PLEASE PAY YOUR SERVER

```
******************************
*       Customer Copy        *
******************************


        Jubilee Seafood
        1057 Woodley Rd.
      Montgomery, AL 36106
         (334) 262-6224


  Date:            11/16/05
  Time:            8:23 PM
  Server:          29. Sharon Elise R
 olds
  Order:           74355
  Description:     Table 25

  Card Type:       Visa/MC
  Card No:         ***********2480
  Expires:         0807
  Appr Code:       07867A


  Purchases:       $    47.14


  Tip:             $   10.00


  Total:           $   57.14
            BECNEL JR/DANIEL E

  agree to pay the above total amount
  cording to the card issuer agreement.
```

INTERSTATE #43
7100 HWY 63
MOSS PT. MS STN #88392485

COME TO
ERSTATE 43

| ITEM | QTY | PRICE | AMOUNT |
|------|-----|-------|--------|
| OTCHVANDRP | 1EA | $1.29 | $1.29 |
| COMBOCHED | | | $1.38 |
| 4HABEV | 1EA | $0.99 | $0.99 |
| HOTDOG | 2EA | $1.39 | $2.78 |

#: 8565833
#: 01425A          TAX:      $0.45
IER: SUE-C        TOTAL     $6.89
3/05 14:47
XXXXXXXX2486       E/VISA

SIGNATURE:

THANK YOU FOR
ING.

Date:                   07 05
Time:              2:15 PM
Server:            SUE   Station 43   Reg #
#s
Order:             27383
Description:       VISA 25

Card Type:         VISA X
Card No:           XXXXXXXX*****  25.
Expires:           1307
Appr Code:         903649

Purchase           $    55.00

$

Total:             $
                   DECLINE

I agree to pay the above total amount
according to card issuer agreement

6:01
3/.09

10:00
61.82

CLARK S EXXON
SARALAND AL
DEALER # 4546693
11/04/05 01:36PM

ACCT/CARD #: XXXXXXXXXXX2480 248
AUTH #        08293A
INVOICE #     C780476

| ITEM | QTY | PRICE | AMT |
|------|-----|-------|-----|
| SUBWAY | 0001 | $12.74 | 12.74 |
| | | TAX | 0.00 |
| | | TOTAL | $12.74 |

CREDIT
CUSTOMER COPY

SHIFT 002519

Exhibit F

www

3520 N.CAUSEWAY BLVD.
METAPIE LA 70002

SEWAY BLV. 4747903
N Causeway
RIE, LA

/2005 4:47:28 PM 5393

XXXXXXX2488      VISA
L JR/DANIEL E
CE ATK9686.
05740A

114                         15.93I
ure                         $ 2.4'
/GAL                        $39.
TOTAL

Total =$ 39.l

B Credit          $ 39.l
The E

osprey

ERSTATE   #53
PINGTON LA.
COME TO #53

/14/05        07:0'
N #       00302491

SA
KXXXXXXXXX2480

THH           012041
/ #          967484'
DIT
P#01          PLSUNI
LONS          13.77'
@ $2.569/GAL
L             $35.3'

NOTAX         $35.3'
AL            $35.3'

NK YOU
'E AGAIN

Exhibit F

**FastPay**

ITERSTATE #53
)VINGTON LA.
:LCOME TO #53

3/31/05     07::
IN #      003024!

ISA
(XXXXXXXXXX2480

UTH#        07144
VU #      96641(
REDIT
UMP#05      REGUN
ALLONS      11.56
    @ $2.699/GAL
UEL        $31.7`

L/NOTAX    $31.:
OTAL       $31.:

'HANK YOU
:OME AGAIN



RSTATE #53
NGTON LA.
OME TO #53

·1/67/05    07:15
    #     00302496

XXXXXXXXX2480

i#        04176A
#         9669757
IT
#07        PLSUNI
.ONS       14.704
. $2.699/GAL
           $39.69

lOTAX      $39.6!
1L         $39.6!

lK YOU
: AGAIN