Kathryn Snapka Time Submission

April 2003 thru August 2003

Eller

**Report of Vioxx Hours**

Individual Name: __Kathryn Snapka - Dale Lee Eller__    For the Month of: _____    __April thru August 2003__

Time-Accepted
Held Cost-Accepted

| Date (MM/DD/YY) | Hours (Tenths) | Location | Description of Work | Case Assistance/ Case Administration/ Plaintiff | Total Pleadings and Motions | Discovery | Trial Preparation and Trial | Appeal | Settlement | Total Hours to be FINALLY ACCOUNTED/ ENTER CALCULATED | Contra Figure (Must Total) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/1/2003 | 0.75 | CC, TX | Receipt and review of correspondence with enclosed records from Joyce Heller on the Carolyn Eller case. | 0.75 | - | - | - | - | - | 0.75 | |
| 5/15/2003 | 2.00 | CC, Tx | Prepare initial draft of the Petition in Carolyn Eller case. | 2.00 | - | - | - | - | - | 2.00 | |
| 5/16/2003 | 1.00 | CC, Tx | Perform edits of the initial draft of the Petition in the Carolyn Eller case. | 1.00 | - | - | - | - | - | 1.00 | |
| 5/27/2003 | 3.00 | CC, Tx | Production of Petition in the Carolyn Eller file by Brenda Marshall. | 3.00 | - | - | - | - | - | 3.00 | |
| 5/28/2003 | 2.50 | CC, Tx | Review of draft Petition in the Carolyn Eller case. | 2.50 | - | - | - | - | - | 2.50 | |
| 5/29/2003 | 3.00 | CC, Tx | Finalization of the Carolyn Eller Petition; process for filing Petition in appropriate Court. | 3.00 | - | - | - | - | - | 3.00 | |
| 6/3/2003 | 0.20 | CC, Tx | Confirmation of filing of Plaintiffs' Original Petition in the Carolyn Eller matter by Brenda Marshall. | 0.20 | - | - | - | - | - | 0.20 | |
| 8/4/2003 | 0.15 | CC, Tx | Telepone conference with Joyce Heller regarding the Petition filed in the Carolyn Eller case\ | 0.15 | - | - | - | - | - | 0.15 | |
| 8/4/2003 | 0.45 | CC, Tx | Prepare correspondence to Joyce Heller forwarding file-stamped copies of Plaintiffs' Original Petition in the Carolyn Eller file; also forward Consent to | 0.45 | - | - | - | - | - | 0.45 | |
| | - | | | - | - | - | - | - | - | - | |
| | | | | - | - | - | - | - | - | - | |
| | - | | | - | - | - | - | - | - | - | |
| | | | | - | - | - | - | - | - | - | |
| | - | | | - | - | - | - | - | - | - | |
| | | | | - | - | - | - | - | - | - | |
| | | | | - | - | - | - | - | - | - | |
| **Total Hours** | **13.05** | | | **13.00** / 13.05 | - | - | - | - | - | **13.00** / 13.05 | |

Verification: By signing this document, I hereby verify that the information contained in this document is true and correct.

Signed: _____

Date: _____

Attachment "C"

**Time-Accepted**
**Held Cost-Accepted**

Report

From: _1·1·03_

To: _12·31·03_

Firm Name: __THE SNAPKA LAW FIRM__

CASE NAME: _____Eller, Carolyn_____

| MDL 1657 - VIOXX PRODUCTS LIABILITY LITIGATION COMMON HELD COSTS AND EXPENSES | |
| --- | --- |
| **CLIENT COSTS/EXPENSES** | **TOTAL** |
| Telefax charges | |
| Postage, shipping courier, certified mail | |
| Printing and photocopying (in-house) | 5.25 |
| Computerized research - Lexis/Westlaw | |
| Telephone - long distance (actual charges only) | |
| Travel | |
| Secretarial and clerical overtime | |
| Experts and consultants | |
| Depositions and court costs | 238.00 |
| **TOTAL COSTS** | 243.25 |

*Please attach documentation for each expense reported.

I certify that these expenses are properly documented, complete and accurate and have been incurred for the common benefit.

_____     __4/30/06__

Signature                              Date

Exhibit G

**Period:**
January 1 - December 31, 2003

## ELLER, CAROLYN
_2003 Costs Expenses_

The Snapka Law Firm

| TITLE OF EXPENSE | DATE | PROVIDER | DESCRIPTION | AMOUNT | OUTSTANDING |
|---|---|---|---|---|---|
| Telefax Charges | | | | | |
| **Telefax Charges Total** | | | | $ - | $0.00 |
| Postage, Shipping Courier, Certified Mail | | | | | |
| **Postage, Shipping Courier, Certified Mail Total** | | | | $ - | $0.00 |
| Printing and Photocopying | 04/07/03 - 08/02/03 | The Snapka Law Firm | Copies of Documents (21 copies @ $.25) | $ 5.25 | |
| **Printing and Photocopying Total** | | | | $ 5.25 | $0.00 |
| Computerized Research | | | | | |
| **Computerized Research Total** | | | | $ - | $0.00 |
| Telephone - Long Distance | | | | | |
| **Telephone - Long Distance Total** | | | | $ - | $0.00 |
| Travel | | | | | |
| **Travel Total** | | | | $ - | $0.00 |
| Secretarial and Clerical Overtime | | | | | |
| **Secretarial and Clerical Overtime Total** | | | | $ - | $0.00 |
| Experts and Consultants | | | | | |
| **Experts and Consultants Total** | | | | $ - | $0.00 |
| Depositions | | | | | |
| **Depositions Total** | | | | $ - | $0.00 |
| Court Costs | 05/29/03 | Victoria County District Clerk | Court Cost: Filing of Original Petition and Jury Fee | $ 238.00 | |
| **Court Costs Total** | | | | $ 238.00 | $0.00 |
| **Grand Total** | | | | $ 243.25 | $0.00 |

1

Exhibit G

**EQUITRAC**
THE TRACKING COMPANY

## Copies Report By Client

### Law Office Of Kathryn Snapka

Detail Report

*Ellen*

Report Start Date:   4/7/2003

Criteria: Client ID = 1959  AND

Report End Date:      6/6/2006

Date / Time >= 12/31/2002 AND Date / Time <=

Number Of Days:        1,157

| User ID | | | Date / Time | Elapsed Time | Copy Count | Amount |
|---------|---|---|-------------|--------------|------------|--------|
| | Client ID | 1959 | | | | |
| 8716 | | | 4/7/2003   2:23:00PM | 60 | 0 | $0.00 |
| 1544 | | | 8/1/2003   2:51:00PM | 240 | 13 | $3.25 |
| 1544 | | | 8/2/2003   4:31:00PM | 120 | 8 | $2.00 |
| 3333 | | | 10/21/2004   9:41:00AM | 60 | 1 | $0.25 |
| 3333 | | | 11/4/2004   12:21:00PM | 240 | 48 | $12.00 |
| 3333 | | | 11/4/2004   4:48:00PM | 120 | 24 | $6.00 |
| 3333 | | | 11/4/2004   4:57:00PM | 120 | 1 | $0.25 |
| 0001 | | | 12/21/2004   2:52:00PM | 360 | 0 | $0.00 |
| 3333 | | | 12/21/2004   3:13:00PM | 240 | 104 | $26.00 |
| 3333 | | | 12/22/2004   10:34:00AM | 180 | 15 | $3.75 |
| 3333 | | | 12/27/2004   2:37:00PM | 300 | 131 | $32.75 |
| 3333 | | | 12/27/2004   4:04:00PM | 300 | 128 | $32.00 |
| 3333 | | | 12/29/2004   1:21:00PM | 120 | 20 | $5.00 |
| 0001 | | | 1/17/2005   11:38:00AM | 120 | 17 | $4.25 |
| 0005 | | | 3/18/2005   4:15:00PM | 120 | 3 | $0.75 |
| 0005 | | | 3/18/2005   4:16:00PM | 120 | 1 | $0.25 |
| 0005 | | | 3/29/2005   10:59:00AM | 1,020 | 253 | $63.25 |
| 0005 | | | 4/4/2005   9:25:00AM | 180 | 79 | $19.75 |
| 0005 | | | 4/15/2005   3:19:00PM | 180 | 34 | $8.50 |
| 0005 | | | 5/2/2005   4:30:00PM | 360 | 162 | $40.50 |
| 05 | | | 9/6/2005   4:29:00PM | 420 | 42 | $10.50 |
| 0005 | | | 12/9/2005   4:25:00PM | 120 | 16 | $4.00 |
| 0005 | | | 1/12/2006   3:28:00PM | 180 | 38 | $9.50 |
| 0005 | | | 1/25/2006   12:40:00PM | 360 | 81 | $20.25 |
| 0005 | | | 1/25/2006   12:40:00PM | 60 | 2 | $0.50 |
| 0005 | | | 1/25/2006   12:48:00PM | 120 | 11 | $2.75 |
| 0005 | | | 1/25/2006   12:52:00PM | 120 | 2 | $0.50 |
| 0005 | | | 2/1/2006   11:42:00AM | 120 | 20 | $5.00 |
| 0001 | | | 3/7/2006   9:03:00AM | 60 | 0 | $0.00 |
| 0005 | | | 4/4/2006   3:35:00PM | 180 | 48 | $12.00 |
| 0005 | | | 5/1/2006   3:28:00PM | 120 | 28 | $7.00 |
| 0005 | | | 5/19/2006   4:36:00PM | 180 | 24 | $6.00 |
| 0001 | | | 5/30/2006   4:26:00PM | 120 | 12 | $3.00 |
| 0001 | | | 5/30/2006   5:47:00PM | 120 | 6 | $1.50 |
| 0001 | | | 5/30/2006   6:06:00PM | 120 | 12 | $3.00 |
| 0001 | | | 5/31/2006   10:14:00AM | 120 | 12 | $3.00 |
| 0001 | | | 6/6/2006   2:02:00PM | 60 | 6 | $1.50 |
| | **Totals for: Client ID** | | 1959 | 7,140 | 1,402 | $350.50 |
| | | ***Report Totals:*** | | 7,140 | 1,402 | $350.50 |

Copyright © 2000, Equitrac Corporation

Exhibit G

SNAPKA & TURMA
P.O. BOX 26017
CORPUS CHRISTI, TEXAS 78403
(361) 888-7676

FROST BANK N                    0-9/1140

CHECK NO.
002638

DATE          AMOUNT
5/29/2003     $238.00

F

TWO HUNDRED THIRTY-EIGHT AND XX/100                                $238.00

TO THE
ORDER
OF

Victoria County District Clerk
Victoria County Courthouse
115 N. Bridge Street
Victoria, TX 77901

VOID AFTER 90 DAYS

⑆002638⑆ ⑈114000093⑈          664020014⑈

| Date | Invoice Number | Invoice Description | Account | Invoice Amount | Amount Paid |
|------|----------------|--------------------|---------|----------------|-------------|
| 5/29/2003 | 052903 | Carolyn Eller | 7125.1959 | $238.00 | $238.00 |


POSTED

Vendor: VCDC        Check #: 2638        Check Date: 5/29/2003          $238.00          $238.00

| Date | Invoice Number | Invoice Description | Account | Invoice Amount | Amount Paid |
|------|----------------|--------------------|---------|----------------|-------------|
| 5/29/2003 | 052903 | Carolyn Eller | 7125.1959 | $238.00 | $238.00 |

Vendor: VCDC        Check #: 2638        Check Date: 5/29/2003          $238.00   Exhibit G   $238.00
REORDER FORM NO. 345-LB1 (1 PART)                                        USE WITH COMPANION ENVELOPE #44-808



ORIGINAL

Cathy Stuart,
District Clerk
P. O. Box 2238
Victoria, Texas  77902

Snapka, Kathryn
P. O Drawer 23017
Corpus Christi, Texas 78403

Exhibit G

Kathryn Snapka Time Submission

September 2004 thru December 2004

Eller

Time-Accepted
Held Cost- Accepted

# Report of Vioxx Hours

Individual Name: Kathryn Snapka - Dale Lee Eller     For the Month of: _____     September thru December 2004

| Date | Hours | Location | Description of Work | Filing of Court Motions and Pleadings | Research and preparation | Total Hours |
|---|---|---|---|---|---|---|
| 9/22/2004 | 1.50 | CC, Tx | Prepare drafts of Plaintiff First Amended Original Petitions in Charles Zajleck and Carolyn Eller cases. | 1.50 | - | 1.50 |
| 9/28/2004 | 0.50 | CC, Tx | Review of citations in Carolyn Eller matter. | 0.50 | - | 0.50 |
| 9/30/2004 | 0.50 | CC, Tx | Preparation and filing of citations for service in Charles Zajleck and Carolyn Eller. | 0.50 | - | 0.50 |
| 10/1/2004 | 0.50 | CC, Tx | Brenda Marshall filing First Amended Petition in Eller case | 0.50 | - | 0.50 |
| 10/8/2004 | 0.25 | CC, Tx | Receipt and review of Notice of Service on Amerisource in the Eller case. | 0.25 | - | 0.25 |
| 10/13/2004 | 0.25 | CC, Tx | Receipt and review of Notification of Service on Defendant Dr. Plowman in the Eller case. | 0.25 | - | 0.25 |
| 10/20/2004 | 1.00 | CC, Tx | Receipt and review of Merck's Notice of Removal in the Eller matter. | 1.00 | - | 1.00 |
| 10/21/2004 | 1.00 | CC, Tx | Research and preparation of Motion to Remand. | - | 1.00 | 1.00 |
| 10/25/2004 | 0.25 | CC, Tx | Preparation and filing of Motion to Remand | 0.25 | - | 0.25 |
| 10/27/2004 | 0.50 | CC, Tx | Receipt and review of Notice of Return of Service in the Eller case. | 0.50 | - | 0.50 |
| 11/1/2004 | 1.00 | CC, Tx | Receipt and review of Answer of Dr. Plowman in the Eller case. | 1.00 | | 1.00 |
| 11/2/2004 | 1.00 | CC, Tx | Receipt and review of Answer filed by Merck & Co., Inc. in the Eller case. | 1.00 | | 1.00 |
| 11/8/2004 | 0.50 | CC, Tx | Receipt and review of Amerisource's Answer in the Eller case. | 0.50 | | 0.50 |
| 11/12/2004 | 10.00 | CC, Tx | Draft, edit and finalize Motion and __ to Remand, compile exhibits and prepare for filing with Court in Eller matter. | 10.00 | | 10.00 |
| 11/23/2004 | 1.00 | CC, Tx | Receipt and review of Defendant Amerisource's Reply to Plaintiff Eller's Motion to Remand. | 1.00 | | 1.00 |
| 11/30/2004 | 1.00 | CC, Tx | Preparation and filing of Reply to Motions to Stay Pending Transfer. | 1.00 | | 1.00 |
| 12/1/2004 | 1.50 | CC, Tx | Receipt and review of Merck's Response to Plaintiff Eller's Motion to Remand. | 1.50 | | 1.50 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total Hours** | **22.25** | | | 21.25 | 1.00 | 22.25 |

Signed: _____

Date: _____

Verification: By signing this document, I hereby verify that the information contained in this document is true and correct.

Exhibit G

**Reporting Period:**
From: _1-1-04_
To: _12-31-04_

Firm Name: <u>THE SNAPKA LAW FIRM</u>

CASE NAME: _Eller, Carolyn_

| MDL 1657 - VIOXX PRODUCTS LIABILITY LITIGATION<br>COMMON HELD COSTS AND EXPENSES | |
|---|---|
| **CLIENT COSTS/EXPENSES** | **TOTAL** |
| Telefax charges | |
| Postage, shipping courier, certified mail | |
| Printing and photocopying (in-house) | 118.00 |
| Computerized research - Lexis/Westlaw | |
| Telephone - long distance (actual charges only) | |
| Travel | |
| Secretarial and clerical overtime | |
| Experts and consultants | |
| Depositions and court costs | |
| **TOTAL COSTS** | 118.00 |

*Please attach documentation for each expense reported.

I certify that these expenses are properly documented, complete and accurate and have been incurred for the common benefit.

_____
Signature

_____
Date

Exhibit G

**Period:**
January 1 - December 31, 2004

**ELLER, CAROLYN**

The Snapka Law Firm

2004 Costs Expenses

| TITLE OF EXPENSE | DATE | PROVIDER | DESCRIPTION | AMOUNT | | OUTSTANDING |
|---|---|---|---|---|---|---|
| Telefax Charges | | | | | | |
| **Telefax Charges Total** | | | | $ | - | $0.00 |
| Postage, Shipping Courier, Certified Mail | | | | | | |
| **Postage, Shipping Courier, Certified Mail Total** | | | | $ | - | $0.00 |
| Printing and Photocopying | 10/21/04 - 12/29/04 | The Snapka Law Firm | Copies of Documents (472 copies @ $.25) | $ | 118.00 | |
| **Printing and Photocopying Total** | | | | $ | 118.00 | $0.00 |
| Computerized Research | | | | | | |
| **Computerized Research Total** | | | | $ | - | $0.00 |
| Telephone - Long Distance | | | | | | |
| **Telephone - Long Distance Total** | | | | $ | - | $0.00 |
| Travel | | | | | | |
| **Travel Total** | | | | $ | - | $0.00 |
| Secretarial and Clerical Overtime | | | | | | |
| **Secretarial and Clerical Overtime Total** | | | | $ | - | $0.00 |
| Experts and Consultants | | | | | | |
| **Experts and Consultants Total** | | | | $ | - | $0.00 |
| Depositions | | | | | | |
| **Depositions Total** | | | | $ | - | $0.00 |
| **Grand Total** | | | | $ | 118.00 | $0.00 |

1

Exhibit G

## Copies Report By Client

## Law Office Of Kathyrn Snapka

**Detail Report**

Criteria: Client ID = 1959  AND    *Ellen*    Date / Time >= 12/31/2002 AND Date / Time <=

**Report Start Date:**  4/7/2003          **Report End Date:**        6/6/2006          **Number Of Days:**        1,157

| User ID | Date / Time | Elapsed Time | Copy Count | Amount |
|---|---|---|---|---|
| **Client ID      1959** | | | | |
| 8716 | 4/7/2003  2:23:00PM | 60 | 0 | $0.00 |
| 1544 | 8/1/2003  2:51:00PM | 240 | 13 | $3.25 |
| 1544 | 8/2/2003  4:31:00PM | 120 | 8 | $2.00 |
| 3333 | 10/21/2004  9:41:00AM | 60 | 1 | $0.25 |
| 3333 | 11/4/2004  12:21:00PM | 240 | 48 | $12.00 |
| 3333 | 11/4/2004  4:48:00PM | 120 | 24 | $6.00 |
| 3333 | 11/4/2004  4:57:00PM | 120 | 1 | $0.25 |
| 0001 | 12/21/2004  2:52:00PM | 360 | 0 | $0.00 |
| 3333 | 12/21/2004  3:13:00PM | 240 | 104 | $26.00 |
| 3333 | 12/22/2004  10:34:00AM | 180 | 15 | $3.75 |
| 3333 | 12/27/2004  2:37:00PM | 300 | 131 | $32.75 |
| 3333 | 12/27/2004  4:04:00PM | 300 | 128 | $32.00 |
| 3333 | 12/29/2004  1:21:00PM | 120 | 20 | $5.00 |
| 0001 | 1/17/2005  11:36:00AM | 120 | 17 | $4.25 |
| 0005 | 3/18/2005  4:15:00PM | 120 | 3 | $0.75 |
| 0005 | 3/18/2005  4:16:00PM | 120 | 1 | $0.25 |
| 0005 | 3/29/2005  10:59:00AM | 1,020 | 253 | $63.25 |
| 0005 | 4/4/2005  9:25:00AM | 180 | 79 | $19.75 |
| 0005 | 4/15/2005  3:19:00PM | 180 | 34 | $8.50 |
| 0005 | 5/2/2005  4:30:00PM | 360 | 162 | $40.50 |
| 005 | 9/6/2006  4:29:00PM | 420 | 42 | $10.50 |
| 0005 | 12/9/2005  4:26:00PM | 120 | 16 | $4.00 |
| 0005 | 1/12/2006  3:28:00PM | 180 | 38 | $9.50 |
| 0005 | 1/25/2006  12:40:00PM | 360 | 81 | $20.25 |
| 0005 | 1/25/2006  12:40:00PM | 60 | 2 | $0.50 |
| 0005 | 1/25/2006  12:48:00PM | 120 | 11 | $2.75 |
| 0005 | 1/25/2006  12:52:00PM | 120 | 2 | $0.50 |
| 0005 | 2/1/2006  11:42:00AM | 120 | 20 | $5.00 |
| 0001 | 3/7/2006  9:03:00AM | 60 | 0 | $0.00 |
| 0005 | 4/4/2006  3:35:00PM | 180 | 48 | $12.00 |
| 0005 | 5/1/2006  3:28:00PM | 120 | 28 | $7.00 |
| 0005 | 5/19/2006  4:36:00PM | 180 | 24 | $6.00 |
| 0001 | 5/30/2006  4:26:00PM | 120 | 12 | $3.00 |
| 0001 | 6/30/2006  5:47:00PM | 120 | 6 | $1.50 |
| 0001 | 5/30/2006  6:06:00PM | 120 | 12 | $3.00 |
| 0001 | 6/31/2006  10:14:00AM | 120 | 12 | $3.00 |
| 0001 | 6/6/2006  2:02:00PM | 60 | 6 | $1.50 |
| **Totals for: Client ID** | **1959** | **7,140** | **1,402** | **$350.50** |
| | ***Report Totals:*** | **7,140** | **1,402** | **$350.50** |

*Handwritten notes:* 2004 / $118.00 ; 472 copies x .25 $118.05

Copyright © 2000, Equitrac Corporation

Page     1

Exhibit G

Kathryn Snapka Time Submission

January 2005 thru November 2005

Eller

**Time-Accepted**
**Held Costs- Accepted**

## Report of Vioxx Hours

Individual Name: __Kathryn Snapka - Dale Lee Eller_____   For the Month of: _____January thru November 2005_____

| Date | Hours | Location | Description of Work | Case Assessment, Description and Case Contributions | Pre-Trial Pleadings and Motions | Discovery | Trial Preparation and Trial | Appeal | Settlement | Total Hours In Which IS DO NOT ENTER CALCULATED WRITE IN |
|------|-------|----------|---------------------|------|------|------|------|------|------|------|
| 1/11/2005 | 0.25 | CC, Tx | Receipt and review of Order Granting Plaintiffs' Motion for Remand. | | 0.25 | | | | | 0.25 |
| 3/2/2005 | 0.50 | CC, Tx | Receipt and review of request from Amerisource to be released from both the Zajicek and Eller cases. | | 0.50 | | | | | 0.50 |
| 3/8/2005 | 2.50 | CC, Tx | Receipt and review of discovery propounded by Defendants in the Carolyn Eller file. | | | 2.50 | | | | 2.50 |
| 3/18/2005 | 0.50 | CC, Tx | Receive and forward discovery from Defendant Amerisource to Joyce Heller for review and initial responses regarding Carolyn Eller file. | | | 0.50 | | | | 0.50 |
| 3/24/2005 | 2.00 | CC, Tx | Draft and assemble production in response to Defendant's Request for Disclosure in Carolyn Eller file. | | | 2.00 | | | | 2.00 |
| 3/25/2005 | 2.50 | CC, Tx | Edit, finalize and submit Plaintiffs' Responses to Defendant's Request for Disclosure in Eller case. | | | 2.50 | | | | 2.50 |
| 3/29/2005 | 3.00 | CC, Tx | Draft, assemble production, edit, and finalize Plaintiffs' Objections and Responses to Defendant Merck's discovery in Carolyn Eller file. | | | 3.00 | | | | 3.00 |
| 4/4/2005 | 1.50 | CC, Tx | Draft, edit, assemble documentation and finalize Plaintiffs' Responses to Request for Production to Defendant Merck in the Carolyn Eller case. | | | 1.50 | | | | 1.50 |
| 5/9/2005 | 0.25 | CC, Tx | Receipt and review of correspondence from Defendant doctor in Eller file. | 0.25 | | | | | | 0.25 |
| 6/15/2005 | 0.25 | | Receipt and review of correspondence from Attorney Joyce Heller regarding trial dates in 2006. | | | | 0.25 | | | 0.25 |
| 8/2/2005 | 1.00 | CC, Tx | Preparation and filing of Carolyn Eller Plaintiffs Motion to Quash Merck's Cross Notice of Charlotte McKines and Peter Honig. | | 1.00 | | | | | 1.00 |
| 10/20/2005 | 0.50 | CC, Tx | Telephone conference with client and prepare transmittal letter to client forwarding Plaintiff Profile Form regarding Carolyn Eller. | | | 0.50 | | | | 0.50 |
| 11/10/2005 | 0.50 | CC, Tx | Receipt and review of Carolyn Eller's Plaintiff Profile Form. | | | 0.50 | | | | 0.50 |
| 11/21/2005 | 2.00 | CC, Tx | Obtain record and prepare correspondence to Richard Josephson regarding request for removal of Zajicek and Eller from the MDL. | | 2.00 | | | | | 2.00 |
| | - | | | | - | | | | | - |
| | | | - | | - | | - | | | - |
| | | | | | - | | | | | - |
| | - | | | | | | | | | - |
| | | | | | - | | | | | - |
| **Total Hours** | **17.25** | | | 0.25 | 3.75 | 13.00 | 0.25 | - | - | 17.25 |

Verification: By signing this document, I hereby verify that the information contained
in this document is true and correct.

Signed: _____

Date: ____10-30-08_____

Exhibit G

## Report of Vioxx Hours

Individual Name:  **Anita Shahani - Carolyn Eller**                    For the Month of:

| Date MM/DD/YY | Hours | Location | Description of Work | Case Assessment Development and Administration | Pretrial Pleadings and Motions | Discovery | Trial Preparation and Trial | Appeal | Settlement | Total Hours by Individual DO NOT ENTER - CALCULATED FIELD | Check figure MUST be zero |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/28/2005 | 3.00 | | Draft Carolyn Eller's Answers, Responses and Objections to Defendant's Interrogatories and Requests for Production. | | | 3.00 | | | | 3.00 | |
| 3/28/2005 | 1.50 | | Draft Heidi Yarborough's Answers, Responses and Objections to Defendant's Interrogatories and Requests for Production. | | | 1.50 | | | | 1.50 | |
| 3/28/2005 | 1.50 | | Draft Kenneth Eller's Answers, Responses and Objections to Defendant's Interrogatories and Requests for Production. | | | 1.50 | | | | 1.50 | |
| 3/28/2005 | 1.50 | | Draft Kevin Eller's Answers, Responses and Objections to Defendant's Interrogatories and Requests for Production. | | | 1.50 | | | | 1.50 | |
| 12/5/2005 | 0.25 | | Telephone conference with Zack Hughes regarding coordinating production of documents and protective orders | | | 0.25 | | | | 0.25 | |
| 12/6/2005 | 1.00 | | Receipt and extensive review of protective orders from Zach Hughs | | 1.00 | | | | | 1.00 | |
| 12/6/2005 | 0.50 | | Extended telephone conversation with Zach Hughs regarding revisions to be made to protective orders | | 0.50 | | | | | 0.50 | |
| 12/6/2005 | 1.00 | | Made extensive revisions to Zach Hughs' protective orders to be filed with the court | | 1.00 | | | | | 1.00 | |
| 1/4/2006 | 0.50 | | Receipt and review of second draft of Protective Orders from Zach Hughes | | 0.50 | | | | | 0.50 | |
| 1/10/2006 | 0.25 | | Submitted Protective Orders to Merck | | 0.25 | | | | | 0.25 | |
| 1/17/2006 | 1.50 | | Conference with Zach Hughes for Merck regarding production of documents on hard drives and subsequent conversation with IT people regarding same | | | 1.50 | | | | 1.50 | |
| 3/9/2006 | 0.25 | | Received 25 CDs and DVDs as supplemental production. Forwarded to IT team for integration into system | | | 0.25 | | | | 0.25 | |
| 5/11/2006 | 1.00 | | Prepared cross notices of Plaintiff experts in Texas MDL | | | 1.00 | | | | 1.00 | |
| 5/26/2006 | 1.50 | | Prepared Cross notices of Plunkett and Maye depositions | | | 1.50 | | | | 1.50 | |
| 7/5/2006 | 0.25 | | Receipt and review of production in CDs and hard drive, forwarded to IT | | | 0.25 | | | | 0.25 | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| **Total Hours** | **15.50** | | | | 3.25 | 12.25 | | | | 15.50 | |

Verification: By signing this document, I hereby verify that the information contained in this document is true and correct.

Signed: _[signature]_

Date: 6/30/08

Exhibit G

Attachment "C"

**Time-Accepted**
**Held Cost- Accepted**

From: _1/1-05_

To: _12-31-05_          Firm Name: __THE SNAPKA LAW FIRM__

CASE NAME: _____ *Eller, Carolyn* _____

| MDL 1657 - VIOXX PRODUCTS LIABILITY LITIGATION<br>COMMON HELD COSTS AND EXPENSES | |
|---|---|
| **CLIENT COSTS/EXPENSES** | **TOTAL** |
| Telefax charges | |
| Postage, shipping courier, certified mail | 67.89 |
| Printing and photocopying (in-house) | 151.75 |
| Computerized research - Lexis/Westlaw | |
| Telephone - long distance (actual charges only) | 6.91 |
| Travel | |
| Secretarial and clerical overtime | |
| Experts and consultants | |
| Depositions and court costs | |
| TOTAL COSTS | 226.55 |

*Please attach documentation for each expense reported.

I certify that these expenses are properly documented, complete and accurate and have been incurred for the common benefit.

_____          _6/30/08_____
Signature                        Date

Exhibit G

**Period:**
**January 1 - December 31, 2005**

# ELLER, CAROLYN
## 2005 Costs Expenses

**The Snapka Law Firm**

| TITLE OF EXPENSE | DATE | PROVIDER | DESCRIPTION | | AMOUNT | OUTSTANDING |
|---|---|---|---|---|---|---|
| Telefax Charges | | | | | | |
| **Telefax Charges Total** | | | | $ | - | $0.00 |
| Postage, Shipping Courier, Certified Mail | 03/18/05 | The Snapka Law Firm | Postage - Ltr to J. Heller | $ | 1.29 | |
| Postage, Shipping Courier, Certified Mail | 04/15/05 | The Snapka Law Firm | Postage - Transmittal letter to Dist Clerk for filing of notice of nonsuit | $ | 0.83 | |
| Postage, Shipping Courier, Certified Mail | 05/02/05 | The Snapka Law Firm | Postage by CM - Transmittal letter to Richard Josephson and Jay Henderson with discovery responses | $ | 6.15 | |
| Postage, Shipping Courier, Certified Mail | 09/06/05 | The Snapka Law Firm | Postage  - Transmittal letter to Dist Clerk for filing of motion to quash cross-notice of Charlotte McKines | $ | 7.09 | |
| Postage, Shipping Courier, Certified Mail | 12/09/05 | The Snapka Law Firm | Postage by CM - Transmittal letter to defense counsel with plaintiff's requests for dislcosures | $ | 5.57 | |
| Postage, Shipping Courier, Certified Mail | 03/11/05 | Unishippers | Overnight mail to J. Heller - discovery | $ | 46.96 | |
| **Postage, Shipping Courier, Certified Mail Total** | | | | $ | 67.89 | $0.00 |
| Printing and Photocopying | 01/17/05 - 12/09/05 | The Snapka Law Firm | Copies of Documents (607 copies @ $.25) | $ | 151.75 | |
| **Printing and Photocopying Total** | | | | $ | 151.75 | $0.00 |
| Computerized Research | | | | | | |
| **Computerized Research Total** | | | | $ | - | $0.00 |
| Telephone - Long Distance | 03/28/05 | AT&T | Long Distance Call/Fax | $ | 0.08 | |
| Telephone - Long Distance | 05/06/05 | AT&T | Long Distance Call/Fax | $ | 1.53 | |
| Telephone - Long Distance | 06/22/05 | AT&T | Long Distance Call/Fax | $ | 1.60 | |
| Telephone - Long Distance | 08/08/05 | AT&T | Long Distance Call/Fax | $ | 0.23 | |
| Telephone - Long Distance | 09/09/05 | AT&T | Long Distance Call/Fax | $ | 2.39 | |
| Telephone - Long Distance | 10/21/05 | AT&T | Long Distance Call/Fax | $ | 0.64 | |

1

Exhibit G

**Period:**
**January 1 – December 31, 2005**

## ELLER, CAROLYN
 **2005 Costs Expenses**

**The Snapka Law Firm**

| | | | | | | |
|---|---|---|---|---|---|---|
| Telephone - Long Distance | 11/03/05 | AT&T | Long Distance Call/Fax | $ | 0.44 | |
| **Telephone - Long Distance Total** | | | | $ | 6.91 | $0.00 |
| Travel | | | | | | |
| **Travel Total** | . | | | $ | - | $0.00 |
| Secretarial and Clerical Overtime | | | | | | |
| **Secretarial and Clerical Overtime Total** | | | | $ | - | $0.00 |
| Experts and Consultants | | | | | | |
| **Experts and Consultants Total** | | | | $ | - | $0.00 |
| Depositions | | | | | | |
| **Depositions Total** | | | | $ | - | $0.00 |
| **Grand Total** | | | | $ | 226.55 | $0.00 |

2

Exhibit G

# Postage Sheet

DATE: _March 18, 2005_

1. ~~Stop~~ $1.29

2. _____

3. _____

4. _____

AMOUNT: ~~Stop~~ $1.29

CASE NAME: _Carolyn Eller_

BY: _Anette_

DESCRIPTION: _fwd to Joyce Hellen_
_& Amerisourcebergen's first INT +_
_RFP to π._

_____

Exhibit G

# Postage Sheet

**DATE:** _April 15, 2005_

1. _83¢_
2. _____
3. _____     (POSTED)
4. _____

**AMOUNT:** _83¢_

**CASE NAME:** _Carolyn Eller_

**BY:** _Annette_

**DESCRIPTION:** _file w/ District Clerk Notice & Non-suit as to Amerisource Bergen._

Exhibit G

# Postage Sheet

DATE: _May 2, 2005_

    1. _6.15_
    2. _6.15_
    3. _____
    4. _____

AMOUNT: _$6.15_

CASE NAME: _Carolyn Eller (VIOXX)_

BY: _Annette_

DESCRIPTION: _fwd to Richard
Josephson + Jay Henderson a copy of
Kenneth Eller's (Ind + as Heir's Dale Eller)
Obj + Resp to RFP + Obj + Resp to INT_

Exhibit G

# Postage Sheet

**DATE:** September 6, 2005

1. 1.29
2. 2.90
3. 2.90
4. _____



**AMOUNT:** $7.09

**CASE NAME:** Carolyn Eller

**BY:** Annette

**DESCRIPTION:** ~~fwd~~ file w/ clerk
T/s' Motion to Quash Cross-Notice
of Charlotte McKenies

Exhibit G

*Unt [ ] Carolyn Eller*

# Postage Sheet

**DATE:**  *December 9, 2005*

    1. *2.90*
    2. *2.67*
    3. _____
    4. _____

**AMOUNT:**  *$5.57*

**CASE NAME:** *Carolyn Eller*

(POSTED)

**BY:** *Annette*

**DESCRIPTION:** *Fwd to Δs Plaintiffs) Request for Disclosure*

Exhibit G

# UNISHIPPERS®
THE SHIPPING COMPANY THAT WORKS FOR YOU℠

## Invoice

| DATE | DUE BY | INVOICE No. | CUSTOMER No. |
|------|--------|-------------|--------------|
| 04-15-2005 | 04-30-2005 | 1001094677 | UM29053 |

| YOU SAVED  $52.42 BY CHOOSING UNISHIPPERS | AFTER 04-30-2005 | PAY LIST $182.43 |
|---|---|---|

| AMOUNT DUE* | AMOUNT ENCLOSED |
|-------------|-----------------|
| $130.01 | |

13103 F.M. 1960 W.
Houston, TX  77065

**RETURN SERVICE REQUESTED**

Phone:  (888) 875-3011
Fax:  (888) 875-3012

PLEASE NOTE:  Any service claims must be reported to
Unishippers within 3 days of occurence.
Please return this stub with your payment. Make checks payable to:

27

KATHRYN SNAPKA
PO BOX 23017
CORPUS CHRISTI TX  78403-3017

Unishippers
P.O. Box 690305-CC
Houston, TX  77269-0305

THANK YOU FOR CHOOSING UNISHIPPERS!

*If paid by due date

## INVOICE SUMMARY

**YOU SAVED $52.42 BY CHOOSING UNISHIPPERS.***
Please direct billing inquiries to (888) 875-3011.

| DATE | INVOICE No | CUSTOMER No |
|------|-----------|-------------|
| 04-15-2005 | 1001094677 | UM29053 |

| AMOUNT DUE BY DATE | 04-30-2005 | $130.01 |
|---|---|---|
| AFTER  04-30-2005 | PAY LIST AMOUNT | $182.43 |

POSTED

Invoice No: 1001094677       Page 1

| INVOICE DETAIL | | | BILLING | LIST PRICE | DISCOUNT PRICE |
|---|---|---|---|---|---|
| **Air Waybill** | 013255905740 | **SENDER** | Freight | $60.45 | $42.32 |
| **Pickup Date** | 03-11-2005 | SNAPKA TURMAN, & | Fuel Surcharge | $6.65 | $4.65 |
| **Carrier** | ABX | 606 N CARANCAHUA | | | |
| **Service Level** | Overnight | WATERHOUSE LLP | | | |
| **Pieces** | 1 | CORPUS CHRISTI, TX  78476  US | **Total Charges** | **$67.10** | **$46.96** |
| **Weight** | 7 LB | Sent By:  361-888-7676 | | | |
| **Zone** | Zone :2 | | | | |
| **Sender Ref.** | AA1388 2143 | **RECEIVER** | | | |
| **Description** | Shipment | KORTH HELLER & GARCIA | | | |
| | | 412 N MAIN ST | | | |
| | | VICTORIA, TX  77902  US | | | |
| | | Attn: JOYCE HELLER 361-578-9987 | | | |
| **Air Waybill** | 022226124045 | **SENDER** | Freight | $16.43 | $11.50 |
| **Pickup Date** | 03-17-2005 | SNAPKA TURMAN, & | Fuel Surcharge | $1.81 | $1.26 |
| **Carrier** | ABX | 606 N CARANCAHUA | Res Del Srvc | $2.00 | $2.00 |
| **Service Level** | Overnight | WATERHOUSE LLP | Surcharge | $0.75 | $0.75 |
| **Pieces** | 1 | CORPUS CHRISTI, TX  78476  US | | | |
| **Weight** | 1 Letter | Sent By:  361-888-7676 | **Total Charges** | **$20.99** | **$15.51** |
| **Zone** | Zone :3 | | | | |
| **Description** | Shipment | **RECEIVER** | | | |
| | | YEM SOPHEAK | | | |
| | | 13127 WOODVINE TRAIL | | | |
| | | HOUSTON, TX  77072  US | | | |
| | | Attn: YEM 832-328-1780 | | | |
| **Air Waybill** | 022226122844 | **SENDER** | Freight | $34.43 | $24.10 |
| **Pickup Date** | 03-18-2005 | SNAPKA TURMAN, & | Fuel Surcharge | $3.79 | $2.65 |
| **Carrier** | ABX | 606 N CARANCAHUA | 10:30 Service Fee | $3.00 | $3.00 |
| **Service Level** | Overnight | WATERHOUSE LLP | Res Del Srvc | $2.00 | $2.00 |
| **Pieces** | 1 | CORPUS CHRISTI, TX  78476  US | | | |
| **Weight** | 2 LB | Sent By:  361-888-7676 | **Total Charges** | **$43.22** | **$31.75** |
| **Zone** | Zone :3 | | | | |
| **Description** | Shipment | **RECEIVER** | | | |
| | | MR YEM SOPHEAK | | | |
| | | 13127 WOODVINE TRAIL | | | |
| | | HOUSTON, TX  77072  US | | | |
| | | Attn: YEM 361-888-7676 | | | |

# UNISHIPPERS®
Exhibit G

**UNISHIPPERS®**
THE SHIPPING COMPANY THAT WORKS FOR YOU.™

Invoice No: 1001094677   Page  2

| INVOICE DETAIL | | | BILLING | LIST PRICE | DISCOUNT PRICE |
|---|---|---|---|---|---|

**Air Waybill** 022226122741
**Pickup Date** 03-23-2005
**Carrier** ABX
**Service Level** Overnight
**Pieces** 1
**Weight** 1 LB
**Zone** Zone :4
**Sender Ref.** #0001-MISC
**Description** Shipment

**SENDER**
SNAPKA TURMAN, &
606 N CARANCAHUA
WATERHOUSE LLP
CORPUS CHRISTI, TX  78476  US
Sent By: ANNETTE/GREG 361-888-7676

**RECEIVER**
MCCARTLAND & BORCHARDT
1300 S UNIV DR #500
FORT WORTH, TX  76107  US
**Attn:** GENO BORCHARDT

| | LIST PRICE | DISCOUNT PRICE |
|---|---|---|
| Freight | $31.13 | $21.79 |
| Fuel Surcharge | $3.42 | $2.40 |
| **Total Charges** | **$34.55** | **$24.19** |

**Air Waybill** 008831160251
**Pickup Date** 03-23-2005
**Carrier** ABX
**Service Level** Next Afternoon
**Pieces** 1
**Weight** 1 Letter
**Zone** Zone :5
**Description** Shipment

**SENDER**
SNAPKA TURMAN, &
606 N CARANCAHUA
WATERHOUSE LLP
CORPUS CHRISTI, TX  78476  US
Sent By: WHITTINGTON-LINDA 361-888

**RECEIVER**
RESERVE ACCOUNT
5101 INTERCHANGE WAY
LOUISVILLE, KY  40229  US
**Attn:** 800-243-7800

| | LIST PRICE | DISCOUNT PRICE |
|---|---|---|
| Freight | $14.93 | $10.45 |
| Fuel Surcharge | $1.64 | $1.15 |
| **Total Charges** | **$16.57** | **$11.60** |

Thank you for choosing Unishippers!
Please direct billing or customer service inquiries to (888) 875-3011.



**UNISHIPPERS®**

Exhibit G

## Copies Report By Client

### Law Office Of Kathyrn Snapka

**Detail Report**
Criteria: Client ID = 1959  AND   Date / Time >= 12/31/2002 AND Date / Time <=

*Ellen* (handwritten)

**Report Start Date:**  4/7/2003     **Report End Date:**     6/6/2006        **Number Of Days:**      1,157

| User ID | | | Date / Time | Elapsed Time | Copy Count | Amount |
|---------|--|--|-------------|--------------|------------|--------|
| | Client ID | 1959 | | | | |
| 8716 | | | 4/7/2003  2:23:00PM | 60 | 0 | $0.00 |
| 1544 | | | 8/1/2003  2:51:00PM | 240 | 13 | $3.25 |
| 1544 | | | 8/2/2003  4:31:00PM | 120 | 8 | $2.00 |
| 3333 | | | 10/21/2004  9:41:00AM | 60 | 1 | $0.25 |
| 3333 | | | 11/4/2004  12:21:00PM | 240 | 48 | $12.00 |
| 3333 | | | 11/4/2004  4:48:00PM | 120 | 24 | $6.00 |
| 3333 | | | 11/4/2004  4:57:00PM | 120 | 1 | $0.25 |
| 0001 | | | 12/21/2004  2:52:00PM | 360 | 0 | $0.00 |
| 3333 | | | 12/21/2004  3:13:00PM | 240 | 104 | $26.00 |
| 3333 | | | 12/22/2004  10:34:00AM | 180 | 15 | $3.75 |
| 3333 | | | 12/27/2004  2:37:00PM | 300 | 131 | $32.75 |
| 3333 | | | 12/27/2004  4:04:00PM | 300 | 128 | $32.00 |
| 3333 | | | 12/29/2004  1:21:00PM | 120 | 20 | $5.00 |
| 0001 | | | 1/17/2005  11:38:00AM | 120 | 17 | $4.25 |
| 0005 | *2005* | | 3/18/2005  4:15:00PM | 120 | 3 | $0.75 |
| 0005 | | | 3/18/2005  4:16:00PM | 120 | 1 | $0.25 |
| 0005 | *$151.75* | | 3/29/2005  10:59:00AM | 1,020 | 253 | $63.25 |
| 0005 | | | 4/4/2005  9:25:00AM | 180 | 79 | $19.75 |
| 0005 | | | 4/15/2005  3:19:00PM | 180 | 34 | $8.50 |
| 0005 | | | 5/2/2005  4:30:00PM | 360 | 162 | $40.50 |
| 0005 | | | 9/6/2005  4:29:00PM | 420 | 42 | $10.50 |
| 0005 | | | 12/9/2005  4:25:00PM | 120 | 16 | $4.00 |
| 0005 | | | 1/12/2006  3:28:00PM | 180 | 38 | $9.50 |
| 0005 | | | 1/25/2006  12:40:00PM | 360 | 81 | $20.25 |
| 0005 | | | 1/25/2006  12:40:00PM | 60 | 2 | $0.50 |
| 0005 | | | 1/25/2006  12:48:00PM | 120 | 11 | $2.75 |
| 0005 | | | 1/25/2006  12:52:00PM | 120 | 2 | $0.50 |
| 0005 | | | 2/1/2006  11:42:00AM | 120 | 20 | $5.00 |
| 0001 | | | 3/7/2006  9:03:00AM | 60 | 0 | $0.00 |
| 0005 | | | 4/4/2006  3:35:00PM | 180 | 48 | $12.00 |
| 0005 | | | 5/1/2006  3:28:00PM | 120 | 28 | $7.00 |
| 0005 | | | 5/19/2006  4:36:00PM | 180 | 24 | $6.00 |
| 0001 | | | 5/30/2006  4:26:00PM | 120 | 12 | $3.00 |
| 0001 | | | 5/30/2006  5:47:00PM | 120 | 6 | $1.50 |
| 0001 | | | 5/30/2006  6:06:00PM | 120 | 12 | $3.00 |
| 0001 | | | 5/31/2006  10:14:00AM | 120 | 12 | $3.00 |
| 0001 | | | 6/6/2006  2:02:00PM | 60 | 6 | $1.50 |
| | Totals for: Client ID | 1959 | | 7,140 | 1,402 | $350.50 |
| | **Report Totals:** | | | 7,140 | 1,402 | $350.50 |

*(handwritten annotations: 607 copies, x .25, $151.75)*

Copyright © 2000, Equitrac Corporation

Page        1

Exhibit G

Kathryn Snapka Time Submission

February 2006

Eller

Time-Accepted
Held Cost- Accepted

# Report of Vioxx Hours

Individual Name: __Kathryn Snapka - Dale Lee Eller__

For the Month of: _____    Feb-06

| Date | Hours | Location | Description of Work | Call to Discuss Lead Distributor and Communication | Distribution Plan (ECF 17658) | Discovery | Fee Preparation and ECF | Appeal | Settlement | Total Hours to Add to DO NOT ENTER - CALCULATED IN THIS COLUMN | Total Hours MUST be Greater than Zero |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/1/2006 | 1.00 | CC, Tx | Telephone conference with and prepare correspondence to Richard Josesphson confirming there are no current deadlines. | - | 1.00 | - | - | - | - | 1.00 | |
| 2/17/2006 | 0.25 | CC, Tx | Receipt and review of correspondence from Baker Botts cancelling the cross-notices of the depositions of Tracy Ogden and Art Kaufman. | - | - | 0.25 | - | - | - | 0.25 | |
| | - | | | - | - | - | - | - | - | - | |
| | | | | - | - | - | - | - | - | - | |
| | - | | | - | - | - | - | - | - | - | |
| | | | | - | - | - | - | - | - | - | |
| | - | | | - | - | - | - | - | - | - | |
| | | | | - | - | - | - | - | - | - | |
| | - | | | - | - | - | - | - | - | - | |
| **Total Hours** | **1.25** | | | - | 1.00 | 0.25 | - | - | - | 1.25 | |

Verification: By signing this document, I hereby verify that the information contained
in this document is true and correct.

Signed: _____

Date: _____

Exhibit G

Attachment "C"

Time- Accepted
Held Cost- Accepted

R

**From:** 1-1-06
**To:** 12-31-06

**Firm Name:** <u>THE SNAPKA LAW FIRM</u>

**CASE NAME:** <u>Eller, Carolyn</u>

## MDL 1657 - VIOXX PRODUCTS LIABILITY LITIGATION
## COMMON HELD COSTS AND EXPENSES

| CLIENT COSTS/EXPENSES | TOTAL |
|---|---|
| Telefax charges | |
| Postage, shipping courier, certified mail | 117.88 |
| Printing and photocopying (in-house) | 75.50 |
| Computerized research - Lexis/Westlaw | |
| Telephone - long distance (actual charges only) | 4.25 |
| Travel | |
| Secretarial and clerical overtime | |
| Experts and consultants | |
| Depositions and court costs | |
| TOTAL COSTS | 197.63 |

*Please attach documentation for each expense reported.

I certify that these expenses are properly documented, complete and accurate and have been incurred for the common benefit.

_____
Signature

_____6/30/08_____
Date

Exhibit G

**Period:**
January 1 - December 31, 2006

# ELLER, CAROLYN
_2006 Costs Expenses_

**The Snapka Law Firm**

| TITLE OF EXPENSE | DATE | PROVIDER | DESCRIPTION | AMOUNT | OUTSTANDING |
|---|---|---|---|---|---|
| Te. ⟨ Charges | | | | | |
| **Telefax Charges Total** | | | | $    - | $0.00 |
| Postage, Shipping Courier, Certified Mail | 01/12/06 | The Snapka Law Firm | Postage - Ltr to W Zachary Hughes - Agreed Protective Order | $    1.35 | |
| Postage, Shipping Courier, Certified Mail | 01/25/06 | The Snapka Law Firm | Postage - Letter to opposing counsel with motion to quash and cross-notice of Mal Mixon | $    6.54 | |
| Postage, Shipping Courier, Certified Mail | 02/01/06 | The Snapka Law Firm | Postage - Letter to attorneys Josephson and Henderson with motion to remand for signature | $    1.26 | |
| Postage, Shipping Courier, Certified Mail | 04/28/06 | The Snapka Law Firm | Postage  - Letter to J. Heller | $    0.39 | |
| Postage, Shipping Courier, Certified Mail | 05/01/06 | The Snapka Law Firm | Postage - Forward to attorneys Josephson and Henderson Cross-Notice of Dr D. Graham Depo | $    7.02 | |
| Postage, Shipping Courier, Certified Mail | 08/01/06 | The Snapka Law Firm | Postage  - Letter to Zachary Hughes returning hard drive containing production of Susan Loftus | $    5.33 | |
| Postage, Shipping Courier, Certified Mail | 05/19/06 | The Snapka Law Firm | Postage - Forward to attorneys Josephson and Henderson Cross-Notices for Depos of Drs. L. Moye and L. Plunkett | $    6.54 | |
| Postage, Shipping Courier, Certified Mail | 01/25/06 | Unishippers | Overnight delivery to Victoria County District Clerk | $    20.05 | |
| Postage, Shipping Courier, Certified Mail | 04/04/06 | Unishippers | Overnight delivery to C. Bacarisse, Harris County District Clerk, Houston, Tx | $    17.35 | |
| Postage, Shipping Courier, Certified Mail | 04/04/06 | Unishippers | Overnight delivery to T. Fibich, Fibich Hampton & Leebron, Houston, Tx | $    17.35 | |

**Period:**            **ELLER, CAROLYN**         The Snapka Law Firm
**January 1 - December 31, 2006**    **2006 Costs Expenses**

| | | | | | | |
|---|---|---|---|---|---:|---:|
| Postage, Shipping Courier, Ce___d Mail | 04/04/06 | Unishippers | Overnight delivery to J. Henderson, Cruse Scott Henderson & Allen, Houston, Tx | $ | 17.35 | |
| Postage, Shipping Courier, Certified Mail | 04/04/06 | Unishippers | Overnight delivery to R. Josephson, Baker Botts, Houston, Tx | $ | 17.35 | |
| **Postage, Shipping Courier, Certified Mail Total** | | | | $ | 117.88 | $0.00 |
| Printing and Photocopying | 01/12/06 - 06/06/06 | The Snapka Law Firm | Copies of documents: 302 copies @ $.25 | $ | 75.50 | |
| **Printing and Photocopying Total** | | | | $ | 75.50 | $0.00 |
| Computerized Research | | | | | | |
| **Computerized Research Total** | | | | $ | - | $0.00 |
| Telephone - Long Distance | 03/07/06 | AT&T | Long Distance Call/Fax | $ | 1.81 | |
| Telephone - Long Distance | 07/26/06 | AT&T | Long Distance Call/Fax | $ | 1.42 | |
| Telephone - Long Distance | 08/07/06 | AT&T | Long Distance Call/Fax | $ | 0.45 | |
| Telephone - Long Distance | 09/06/06 | AT&T | Long Distance Call/Fax | $ | 0.57 | |
| **Te___hone - Long Distance To___** | | | | $ | 4.25 | $0.00 |
| Travel | | | | | | |
| **Travel Total** | | | | $ | - | $0.00 |
| Secretarial and Clerical Overtime | | | | | | |
| **Secretarial and Clerical Overtime Total** | | | | $ | - | $0.00 |
| Experts and Consultants | | | | | | |
| **Experts and Consultants Total** | | | | $ | - | $0.00 |
| Depositions | | | | | | |
| **Depositions Total** | | | | $ | - | $0.00 |
| **Grand Total** | | | | $ | 197.63 | $0.00 |

2

# Postage Sheet

DATE: _January 12, 2006_

1. ~~90¢~~ $1.35
2. _____
3. _____     (POSTED)
4. _____

AMOUNT: _____ ~~90¢~~ $1.35

CASE NAME: _Carolyn Eller_

BY: _Annette_

DESCRIPTION: _fwd to W. Zachary Hughes the signed Agreed Protective Order._

Exhibit G

# Postage Sheet

DATE:        _January 25, 2006_

    1. _3.27_
    2. _3.27_
    3. _____
    4. _____

AMOUNT:        _$6.54_

CASE NAME:   _Carolyn Eller_

BY:        _Annette_

DESCRIPTION: _two copies of_
_Mtn to Quash X-notice of Trial_
_Mixon to opposing counsel._

POSTED

Exhibit G

# Postage Sheet

DATE: _February 1, 2006_

   1. _634_
   2. _639_
   3. _____
   4. _____

AMOUNT: _$1.26_

CASE NAME: _Carolyn Ellen_ Vioxx -Litigation

BY: _Annette_

DESCRIPTION: _two copies of the Motion to Remand to Josephson + Henderson for signature + return._

POSTED

Exhibit G

# Postage Sheet

**DATE:** 4.28-06

1. 39
2. _____
3. _____
4. _____

**AMOUNT:** _____

POSTED

**CASE NAME:** Keller

**BY:** Liz

**DESCRIPTION:** ltr to Keller re.
nd pharmacy on reis given
_____
_____

Exhibit G

# Postage Sheet

DATE:          May 1, 2006

1.  $ 3.51
2.  $3.51
3.  _____
4.  _____

AMOUNT:     $7.02

CASE NAME:   Carolyn Eller

BY:          Annette

DESCRIPTION:    Fwd to Richard Josephson
and Jay Henderson Plaintiffs' Cross-Notice of
the Deposition of Dr. David Graham.



# Postage Sheet

*POSTED*

DATE:          May 19, 2006

1. $ 3.27

2. 3.27

3. _____

4. _____

AMOUNT:    $ 6.54

CASE NAME:    Carolyn Eller

BY:              Annette

DESCRIPTION:    Fwd transmittal letter to
Richard Josephson and Jay Henderson enclosing
the Cross-Notice of the Depos of Drs. Lemuel
Moye and Laura Plunkett for May 24 and 25
respectively.

Exhibit G

# Postage Sheet

DATE:          August 1, 2006

1. $5.33
2. _____
3. _____
4. _____



AMOUNT:     $5.33 _____

CASE NAME:   Carolyn Eller

BY:           Annette

DESCRIPTION:   Fwd letter to Zachary Hughes
returning the hard drive containing production
of Susan Loftus (per their request).

Exhibit G

**U**NISHIPPERS®
THE SHIPPING COMPANY THAT WORKS FOR *YOU*.™

Invoice No: 1001914953    Page  4

| INVOICE DETAIL | | | BILLING | LIST PRICE | DISCOUNT PRICE |
|---|---|---|---|---|---|
| Air Waybill | 013255908046 | SENDER | Freight | $52.88 | $37.02 |
| Pickup Date | 01-25-2006 | SNAPKA TURMAN, & | Fuel Surcharge EX | $8.20 | $5.74 |
| Carrier | ABX | 606 N CARANCAHUA | | | |
| Service Level | Overnight | WATERHOUSE LLP | | | |
| Pieces | 1 | CORPUS CHRISTI, TX  78476  US | Total Charges | $61.08 | $42.76 |
| Weight | 5 LB | Sent By: B MIRSHAIL 361- | | | |
| Zone | Zone :6 | | | | |
| Sender Ref. | FEN PHEN | RECEIVER | | | |
| Description | Shipment | BROWN GREEN GSP TEAM | | | |
| | | 115 S 115TH ST STE 400 | | | |
| | | RICHMOND, VA  23219  US | | | |
| | | Attn:  804-521-7200 | | | |

*7155-1671*

| Air Waybill | 041196543146 | SENDER | Freight | $17.36 | $12.15 |
|---|---|---|---|---|---|
| Pickup Date | 01-25-2006 | SNAPKA TURMAN, & | Fuel Surcharge EX | $3.16 | $2.35 |
| Carrier | ABX | 606 N CARANCAHUA | 10:30 Service Fee | $3.00 | $3.00 |
| Service Level | Overnight | WATERHOUSE LLP | | | |
| Pieces | 1 | CORPUS CHRISTI, TX  78476  US | Total Charges | $23.52 | $17.50 |
| Weight | 1 Letter | Sent By: ANNETTE 361-888 | | | |
| Zone | Zone :6 | | | | |
| Sender Ref. | # 2234 | RECEIVER | | | |
| Description | Shipment | CLERK OF THE PANEL | | | |
| | | ONE COLUMBUS CIRCLE NE | | | |
| | | #G-255 | | | |
| | | WASHINGTON, DC  20002  US | | | |
| | | Attn: MICHAEL J BECK | | | |

*7155-2234*

| Air Waybill | 041196553941 | SENDER | Freight | $17.36 | $12.15 |
|---|---|---|---|---|---|
| Pickup Date | 01-25-2006 | SNAPKA TURMAN, & | Fuel Surcharge EX | $2.69 | $1.88 |
| Carrier | ABX | 606 N CARANCAHUA | | | |
| Service Level | Overnight | WATERHOUSE LLP | | | |
| Pieces | 1 | CORPUS CHRISTI, TX  78476  US | Total Charges | $20.05 | $14.03 |
| Weight | 1 Letter | Sent By: ANNETTE 361-888 | | | |
| Zone | Zone :2 | | POSTED | | |
| Sender Ref. | #1959 | RECEIVER | | | |
| Description | Shipment | VICTORIA COUNTY DISTRICT | | | |
| | | 115 N BRIDGE ST #330 | | | |
| | | CLERK | | | |
| | | VICTORIA, TX  77901  US | | | |
| | | Attn: CATHY STUART | | | |

*7155-1959*   *Carolyn Green*

| Air Waybill | 041196554044 | SENDER | Freight | $17.36 | $12.15 |
|---|---|---|---|---|---|
| Pickup Date | 01-25-2006 | SNAPKA TURMAN, & | Fuel Surcharge EX | $3.00 | $2.19 |
| Carrier | ABX | 606 N CARANCAHUA | Del Area Fee | $2.00 | $2.00 |
| Service Level | Overnight | WATERHOUSE LLP | | | |
| Pieces | 1 | CORPUS CHRISTI, TX  78476  US | | | |
| Weight | 1 Letter | Sent By: ANNETTE 361-888 | Total Charges | $22.36 | $16.34 |
| Zone | Zone :2 | | | | |
| Sender Ref. | #1960 | RECEIVER | | | |
| Description | Shipment | JACKSON COUNTY DISTRICT | | | |
| | | 115 W MAIN ST #203 | | | |
| | | CLERK | | | |
| | | EDNA, TX  77957  US | | | |
| | | Attn: SHARON WHITTLEY | | | |

*7155-1960*   *Charles Zajicek*

**U**NISHIPPERS®

Exhibit G

# ⓊNISHIPPERS®
THE SHIPPING COMPANY THAT WORKS FOR YOU.™

Invoice No: 1002104098   Page 2

| INVOICE DETAIL | | BILLING | LIST PRICE | DISCOUNT PRICE |
|---|---|---|---|---|

**Air Waybill** 040294929345
**Pickup Date** 04-04-2006
**Carrier** ABX
**Service Level** Overnight
**Pieces** 1
**Weight** 1 Letter
**Zone** Zone :3
**Sender Ref.** #1960
**Description** Shipment

**SENDER**
SNAPKA TURMAN, &
WATERHOUSE LLP
606 N CARANCAHUA
CORPUS CHRISTI, TX  78476  US
Sent By: ANNETTE 361-888

**RECEIVER**
DAVIS & DAVIS
HWY #950
9422 CAPITAL OF TEXAS
AUSTIN, TX  78759  US
**Attn:** MARK KEENE

| Freight | $17.36 | $12.15 |
| Fuel Surcharge EX | $2.95 | $2.20 |
| 10:30 Service Fee | $3.00 | $3.00 |
| **Total Charges** | **$23.31** | **$17.35** |

*1155-#1960*

---

**Air Waybill** 040294929441
**Pickup Date** 04-04-2006
**Carrier** ABX
**Service Level** Overnight
**Pieces** 1
**Weight** 1 Letter
**Zone** Zone :3
**Sender Ref.** #1960
**Description** Shipment

**SENDER**
SNAPKA TURMAN, &
WATERHOUSE LLP
606 N CARANCAHUA
CORPUS CHRISTI, TX  78476  US
Sent By: ANNETTE 361-888

**RECEIVER**
FIBICH HAMPTON & LEEBRON
1401 MCKINNEY #1800
HOUSTON, TX  77010  US
**Attn:** TOMMY FIBICH

| Freight | $17.36 | $12.15 |
| Fuel Surcharge EX | $2.95 | $2.20 |
| 10:30 Service Fee | $3.00 | $3.00 |
| **Total Charges** | **$23.31** | **$17.35** |

*1155-#1960*

---

**Air Waybill** 040294929544
**Pickup Date** 04-04-2006
**Carrier** ABX
**Service Level** Overnight
**Pieces** 1
**Weight** 1 Letter
**Zone** Zone :3
**Sender Ref.** #1960
**Description** Shipment

**SENDER**
SNAPKA TURMAN, &
WATERHOUSE LLP
606 N CARANCAHUA
CORPUS CHRISTI, TX  78476  US
Sent By: ANNETTE 361-888

**RECEIVER**
CRUSE SCOTT ALLEN ET AL
7TH FL
2777 ALLEN PARKWAY
HOUSTON, TX  77057  US
**Attn:** THOMAS S ALLEN

| Freight | $17.36 | $12.15 |
| Fuel Surcharge EX | $2.95 | $2.20 |
| 10:30 Service Fee | $3.00 | $3.00 |
| Address Correct | $15.00 | $15.00 |
| **Total Charges** | **$38.31** | **$32.35** |

*1155-#1960*

---

**Air Waybill** 040294929640
**Pickup Date** 04-04-2006
**Carrier** ABX
**Service Level** Overnight
**Pieces** 1
**Weight** 1 Letter
**Zone** Zone :3
**Sender Ref.** 1959
**Description** Shipment

**SENDER**
SNAPKA TURMAN, &
WATERHOUSE LLP
606 N CARANCAHUA
CORPUS CHRISTI, TX  78476  US
Sent By: ANNETTE 361-888

**RECEIVER**
HARRIS COUNTY DISTRICT
CLERK
301 FANNIN ST #400
HOUSTON, TX  77002  US
**Attn:** CHARLES BACARISSE

| Freight | $17.36 | $12.15 |
| Fuel Surcharge EX | $2.95 | $2.20 |
| 10:30 Service Fee | $3.00 | $3.00 |
| **Total Charges** | **$23.31** | **$17.35** |

*1155-#1959*



POSTED



ⓊNISHIPPERS®

Exhibit G

# UNISHIPPERS®
THE SHIPPING COMPANY THAT WORKS FOR YOU.™

Invoice No: 1002104098    Page 3

## INVOICE DETAIL

| | | | BILLING | LIST PRICE | DISCOUNT PRICE |
|---|---|---|---|---|---|
| Air Waybill | 040294930045 | SENDER | Freight | $17.36 | $12.15 |
| Pickup Date | 04-04-2006 | SNAPKA TURMAN, & | Fuel Surcharge EX | $2.95 | $2.20 |
| Carrier | ABX | WATERHOUSE LLP | 10:30 Service Fee | $3.00 | $3.00 |
| Service Level | Overnight | 606 N CARANCAHUA | | | |
| Pieces | 1 | CORPUS CHRISTI, TX 78476 US | | | |
| Weight | 1 Letter | Sent By: ANNETTE 361-888 | | | |
| Zone | Zone :3 | | Total Charges | $23.31 | $17.35 |
| Sender Ref. | 1959 | RECEIVER | | | |
| Description | Shipment | FIBICH HAMPTON & LEEBRON | | | |
| | | 1401 MCKINNEY #1800 | | | |
| | | HOUSTON, TX 77010 US | | | |
| | | Attn: TOMMY FIBICH | | | |

*7155-# 1959 ✓*

| | | | BILLING | LIST PRICE | DISCOUNT PRICE |
|---|---|---|---|---|---|
| Air Waybill | 040294930141 | SENDER | Freight | $17.36 | $12.15 |
| Pickup Date | 04-04-2006 | SNAPKA TURMAN, & | Fuel Surcharge EX | $2.95 | $2.20 |
| Carrier | ABX | WATERHOUSE LLP | 10:30 Service Fee | $3.00 | $3.00 |
| Service Level | Overnight | 606 N CARANCAHUA | | | |
| Pieces | 1 | CORPUS CHRISTI, TX 78476 US | | | |
| Weight | 1 Letter | Sent By: ANNETTE 361-888 | | | |
| Zone | Zone :3 | | Total Charges | $23.31 | $17.35 |
| Sender Ref. | 1959 | RECEIVER | | | |
| Description | Shipment | CRUSE SCOTT HENDERSON & | | | |
| | | ALLEN | | | |
| | | 2777 ALLEN PARKWAY 7TH FL | | | |
| | | HOUSTON, TX 77019 US | | | |
| | | Attn: JAY HENDERSON | | | |

*,55-# 1959 ✓*

| | | | BILLING | LIST PRICE | DISCOUNT PRICE |
|---|---|---|---|---|---|
| Air Waybill | 040294930244 | SENDER | Freight | $17.36 | $12.15 |
| Pickup Date | 04-04-2006 | SNAPKA TURMAN, & | Fuel Surcharge EX | $2.95 | $2.20 |
| Carrier | ABX | WATERHOUSE LLP | 10:30 Service Fee | $3.00 | $3.00 |
| Service Level | Overnight | 606 N CARANCAHUA | | | |
| Pieces | 1 | CORPUS CHRISTI, TX 78476 US | | | |
| Weight | 1 Letter | Sent By: ANNETTE 361-888 | | | |
| Zone | Zone :3 | | Total Charges | $23.31 | $17.35 |
| Sender Ref. | 1959 | RECEIVER | | | |
| Description | Shipment | BAKER BOTTS | | | |
| | | 910 LOUISIANA | | | |
| | | HOUSTON, TX 77002 US | | | |
| | | Attn: RICHARD JOSEPHSON | | | |

*7155-# 1959 ✓*

| | | | BILLING | LIST PRICE | DISCOUNT PRICE |
|---|---|---|---|---|---|
| Air Waybill | 040294927945 | SENDER | Freight | $17.36 | $12.15 |
| Pickup Date | 04-06-2006 | SNAPKA TURMAN, & | Fuel Surcharge EX | $2.52 | $1.76 |
| Carrier | ABX | WATERHOUSE LLP | | | |
| Service Level | Overnight | 606 N CARANCAHUA | | | |
| Pieces | 1 | CORPUS CHRISTI, TX 78476 US | | | |
| Weight | 1 Letter | Sent By: LINDA S ZUNIGA | | | |
| Zone | Zone :5 | | Total Charges | $19.88 | $13.91 |
| Sender Ref. | LVZ PERSONAL | RECEIVER | | | |
| Description | Shipment | CUSTOMER SVC CTR | | | |
| | | 4300 WESTOWN PKWY | | | |
| | | WEST DES MOINES, IA 50266 US | | | |
| | | Attn: DEPT CCS 911 | | | |

# UNISHIPPERS®

Exhibit G

# EQUITRAC
THE TRACKING COMPANY

## Copies Report By Client

**Detail Report**

Ellen

Criteria: Client ID = 1959 AND

**Report End Date:**     6/6/2006

## Law Office Of Kathryn Snapka

Date / Time >= 12/31/2002 AND Date / Time <=

**Report Start Date:**   4/7/2003

**Number Of Days:**      1,157

| User ID | | Date / Time | Elapsed Time | Copy Count | Amount |
|---|---|---|---|---|---|
| | **Client ID**      **1959** | | | | |
| 8716 | | 4/7/2003  2:23:00PM | 60 | 0 | $0.00 |
| 1544 | | 8/1/2003  2:51:00PM | 240 | 13 | $3.25 |
| 1544 | | 8/2/2003  4:31:00PM | 120 | 8 | $2.00 |
| 3333 | | 10/21/2004  9:41:00AM | 60 | 1 | $0.25 |
| 3333 | | 11/4/2004  12:21:00PM | 240 | 48 | $12.00 |
| 3333 | | 11/4/2004  4:48:00PM | 120 | 24 | $6.00 |
| 3333 | | 11/4/2004  4:57:00PM | 120 | 1 | $0.25 |
| 0001 | | 12/21/2004  2:52:00PM | 360 | 0 | $0.00 |
| 3333 | | 12/21/2004  3:13:00PM | 240 | 104 | $26.00 |
| 3333 | | 12/22/2004  10:34:00AM | 180 | 15 | $3.75 |
| 3333 | | 12/27/2004  2:37:00PM | 300 | 131 | $32.75 |
| 3333 | | 12/27/2004  4:04:00PM | 300 | 128 | $32.00 |
| 3333 | | 12/29/2004  1:21:00PM | 120 | 20 | $5.00 |
| 0001 | | 1/17/2005  11:38:00AM | 120 | 17 | $4.25 |
| 0005 | | 3/18/2005  4:15:00PM | 120 | 3 | $0.75 |
| 0005 | | 3/18/2005  4:16:00PM | 120 | 1 | $0.25 |
| 0005 | | 3/29/2005  10:59:00AM | 1,020 | 253 | $63.25 |
| 0005 | | 4/4/2005  9:25:00AM | 180 | 79 | $19.75 |
| 0005 | | 4/15/2005  3:19:00PM | 180 | 34 | $8.50 |
| 0005 | | 5/2/2005  4:30:00PM | 360 | 162 | $40.50 |
| 005 | | 9/6/2005  4:29:00PM | 420 | 42 | $10.50 |
| 0005 | | 12/9/2005  4:25:00PM | 120 | 16 | $4.00 |
| 0005 | | 1/12/2006  3:28:00PM | 180 | 38 | $9.50 |
| 0005 | | 1/25/2006  12:40:00PM | 360 | 81 | $20.25 |
| 0005 | | 1/25/2006  12:40:00PM | 60 | 2 | $0.50 |
| 0005 | | 1/25/2006  12:48:00PM | 120 | 11 | $2.75 |
| 0005 | | 1/25/2006  12:52:00PM | 120 | 2 | $0.50 |
| 0005 | | 2/1/2006  11:42:00AM | 120 | 20 | $5.00 |
| 0001 | | 3/7/2006  9:03:00AM | 60 | 0 | $0.00 |
| 0005 | | 4/4/2006  3:35:00PM | 180 | 48 | $12.00 |
| 0005 | | 5/1/2006  3:28:00PM | 120 | 28 | $7.00 |
| 0005 | | 5/19/2006  4:36:00PM | 180 | 24 | $6.00 |
| 0001 | | 5/30/2006  4:26:00PM | 120 | 12 | $3.00 |
| 0001 | | 5/30/2006  5:47:00PM | 120 | 6 | $1.50 |
| 0001 | | 5/30/2006  6:06:00PM | 120 | 12 | $3.00 |
| 0001 | | 6/31/2006  10:14:00AM | 120 | 12 | $3.00 |
| 0001 | | 6/6/2006  2:02:00PM | 60 | 6 | $1.50 |
| **Totals for: Client ID** | | **1959** | **7,140** | **1,402** | **$350.50** |
| | ***Report Totals:*** | | **7,140** | **1,402** | **$350.50** |

*(handwritten annotations: "2006", "$75.50", "302 Copies x .25 $75.50")*

Copyright © 2000, Equitrac Corporation

Page      1

Exhibit G