**MDL 1657**
**Vioxx Products Liability Litigation Report of Member Firm Time**

Reporting Period:
From _____
To _____

Time Accepted

Expenses NR

Firm Name: **Branch Law Firm  December 2005**

| Name of Individual | Identify if Attorney (A), Paralegal (P), Law Clerk (L), or Other (O) | Case Assessment Development, and Administration (insert number of hours) | Pre-Trial Pleadings and Motions (insert number of hours) | Discovery (insert number of hours) | Trial Preparation and Trial (insert number of hours) | Appeal (insert number of hours) | Total Hours by Individual | Summary Total Hours of All Firm Personnel |
|---|---|---|---|---|---|---|---|---|
| Turner W. Branch | _X_A _P _L _O | 9.5 | 2 | 0 | 0 | 0 | 11.5 | |
| Margaret Moses Branch | _X_A _P _L _O | 9.75 | 0 | 0 | 0 | 0 | 9.75 | |
| Cynthia L. Zedalis | _X_A _P _L _O | 54 | 13 | 0 | 0 | 0 | 67 | |
| Richard A. Sandoval | _X_A _P _L _O | 10.25 | 0 | 0 | 0 | 0 | 10.25 | |
| Shelly Stephens Patterson | _A _X_P _L _O | 12 | 2 | 0 | 0 | 0 | 14 | |
| Dorothy Griego | _A _X_P _L _O | 29 | 8 | 0 | 0 | 0 | 37 | |
| Gloria Williams | _A _X_P _L _O | 4 | 0.5 | 0 | 0 | 0 | 4.5 | |
| Ryan Sanders | _A _P _X_L _O | 14 | 0 | 0 | 0 | 0 | 14 | |
| | _A _P _L _O | 0 | 0 | 0 | 0 | 0 | 0 | |
| | _A _P _L _O | 0 | 0 | 0 | 0 | 0 | 0 | |
| | _A _P _L _O | 0 | 0 | 0 | 0 | 0 | 0 | |
| | _A _P _L _O | 0 | 0 | 0 | 0 | 0 | 0 | |
| | _A _P _L _O | 0 | 0 | 0 | 0 | 0 | 0 | |
| | _A _P _L _O | 0 | 0 | 0 | 0 | 0 | 0 | |
| | _A _P _L _O | 0 | 0 | 0 | 0 | 0 | 0 | |
| **Total Firm Time** | | | | | | | 168 | |

I certify that the time documented above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657.
Signature: _____      Date: 6/30/08

## TURNER W. BRANCH

**DECEMBER 2005:**

| Date | Description | Time |
|---|---|---|
| 12/1/05 | **Analysis/Strategy**-Confs w/MMB, CZ and RAS re status and strategy of NJ, MDL and TX actions; conf w/co-counsel re status of NJ filings and future strategy | 1.5 |
| 12/2/05 | **Analysis/Strategy**-Review emails from NJ Plaintiffs' Group team; attend Vioxx meeting w/litigation team; | 2.0 |
| 12/9/05 | **Analysis/Strategy**-Review emails from NJ Plaintiffs' Group team | .5 |
| 12/13/05 | **Pleadings**-Review and revise 10 NJ complaints prior to filing; **Analysis/Strategy**-confs w/ MMB, CZ and RS re status and strategy of NJ, MDL and TX actions | 2.0 |
| 12/15/05 | **Pleadings**-review and revise 2 TX complaints; **Analysis/Strategy**-review summary of NJ case filings; Review emails from NJ Plaintiffs' Group team; | 1.5 |
| 12/16/05 | **Analysis/Strategy**-Confs w/MMB, CZ and RAS re aftermath of New England Journal of Medicine editorial and effect on litigation; review same; conf w/NJ Plaintiffs' Group re same | 1.5 |
| 12/19/05 | **Analysis/Strategy**-Review emails from NJ Plaintiffs' Group team; review update summary of NJ case filings and NM stroke cases; attend Vioxx meeting w/litigation | 3.5 |

Exhibit I

| | | |
|---|---|---|
| | team; **Pleadings**-review and revise 6 NJ complaints for filing | |
| 12/23/05 | **Analysis/Strategy**-confs w/ MMB, CZ and RS re status and strategy of NJ, MDL and TX actions; Review emails from NJ Plaintiffs' Group team | 1.0 |

Exhibit I

## MARGARET MOSES BRANCH

**DECEMBER 2005:**

| Date | Description | Time |
|---|---|---|
| 12/1/05 | **Analysis/Strategy**-Confs w/TWB, CZ and RAS re status and strategy of NJ, MDL and TX actions; conf w/co-counsel re status of NJ filings and future strategy | 1.5 |
| 12/2/05 | **Analysis/Strategy**-Review emails from NJ Plaintiffs' Group team; attend Vioxx meeting w/litigation team; | 2.0 |
| 12/9/05 | **Analysis/Strategy**-Review emails from NJ Plaintiffs' Group team | .5 |
| 12/13/05 | **Analysis/Strategy**-confs w/ TWB, CZ and RS re status and strategy of NJ, MDL and TX actions | .5 |
| 12/15/05 | **Analysis/Strategy**-review summary of NJ case filings; Review emails from NJ Plaintiffs' Group team; | .75 |
| 12/16/05 | **Analysis/Strategy**-Confs w/TWB, CZ and RAS re aftermath of New England Journal of Medicine editorial and effect on litigation; read article | 1.5 |
| 12/19/05 | **Analysis/Strategy**-Review emails from NJ Plaintiffs' Group team; review update summary of NJ case filings and NM stroke cases; attend Vioxx meeting w/litigation team | 2.0 |
| 12/23/05 | **Analysis/Strategy**-confs w/ TWB, CZ and RS re status and strategy of NJ, MDL and TX actions; Review emails from NJ Plaintiffs' Group team | 1.0 |

Exhibit I

## CYNTHIA L. ZEDALIS

**DECEMBER 2005:**

| Date | Description | Time |
|------|-------------|------|
| 12/1/05 | **Analysis/Strategy**-Confs w/TWB, MMB, and RAS re status and strategy of NJ, MDL and TX actions; confs w/DG re verification of filing of NJ complaints and pro hac vice applications | 1.75 |
| 12/2/05 | **Analysis/Strategy**-Research NJ Vioxx filing rules re multiple plaintiff actions; Review emails from NJ Plaintiffs' Group team; attend Vioxx meeting w/litigation team | 3.0 |
| 12/5/05 | **Analysis/Strategy**-Continue review of heart attack files | 5.0 |
| 12/6/05 | **Analysis/Strategy**-Continue review of heart attack files | 5.0 |
| 12/7/05 | **Analysis/Strategy**-Continue review of NM resident stroke files | 5.0 |
| 12/8/05 | **Analysis/Strategy**-Continue review of NM resident stroke files | 5.0 |
| 12/9/05 | **Analysis/Strategy**-Review emails from NJ Plaintiffs' Group team | .5 |
| 12/12/05 | **Pleadings**-Draft and revise 10 NJ complaints for filing | 4.0 |
| 12/13/05 | **Pleadings**-Revise 10 NJ complaints; conf w/SSP re TX litigation; **Analysis/Strategy**-confs w/TWB, MMB, and RS re status and strategy of NJ, MDL and TX actions | 5.0 |
| 12/14/05 | **Pleadings**-Draft and revise TX complaint; **Analysis/Strategy**-draft | 5.0 |

Exhibit I

| | | |
|---|---|---|
| | and prepare summary of NJ case filings | |
| 12/15/05 | **Analysis/Strategy**-Review emails from NJ Plaintiffs' Group team; **Pleadings-** draft and revise TX complaint | 2.25 |
| 12/16/05 | **Analysis/Strategy**-Confs w/TWB, MMB, and RAS re aftermath of New England Journal of Medicine editorial and effect on litigation; read article | 1.5 |
| 12/19/05 | **Analysis/Strategy**-Review emails from NJ Plaintiffs' Group team; update summary of NJ case filings for Vioxx meeting; draft memo to Vioxx team re NM residents stroke cases; attend Vioxx meeting with litigation team; **Pleadings-** draft and revise 6 NJ complaints for filing; | 8.0 |
| 12/20/05 | **Analysis/Strategy-** Continue review of heart attack files for filing in NJ; attend Vioxx team meeting; confs w/GW re procedures for Texas complaints | 8.0 |
| 12/23/05 | **Analysis/Strategy**-confs w/TWB, MMB, and RS re status and strategy of NJ, MDL and TX actions; Review emails from NJ Plaintiffs' Group team; review NM Death cases | 8.0 |
| 12/27/05 | **Analysis/Strategy-** Continue review of heart attack and stroke files for filing in NJ | 8.0 |

Exhibit I

## RICHARD A. SANDOVAL

**DECEMBER 2005:**

| Date | Description | Time |
|---|---|---|
| 12/1/05 | **Analysis/Strategy**-Confs w/TWB, MMB and RAS re status and strategy of NJ, MDL and TX actions | 1.0 |
| 12/2/05 | **Analysis/Strategy**-Review emails from NJ Plaintiffs' Group team; attend Vioxx meeting w/litigation team; | 2.0 |
| 12/9/05 | **Analysis/Strategy**-Review emails from NJ Plaintiffs' Group team | .5 |
| 12/13/05 | **Analysis/Strategy**-confs w/ TWB, MMB and RS re status and strategy of NJ, MDL and TX actions | 1.0 |
| 12/15/05 | **Analysis/Strategy**-review summary of NJ case filings; Review emails from NJ Plaintiffs' Group team; | 1.0 |
| 12/16/05 | **Analysis/Strategy**-Confs w/TWB, MMB and RAS re aftermath of New England Journal of Medicine editorial and effect on litigation; read article | 1.5 |
| 12/19/05 | **Analysis/Strategy**-Review emails from NJ Plaintiffs' Group team; review update summary of NJ case filings and NM stroke cases; attend Vioxx meeting w/litigation team | 2.25 |
| 12/23/05 | **Analysis/Strategy**-confs w/ TWB, MMB and RS re status and strategy of NJ, MDL and TX actions; Review emails from NJ Plaintiffs' Group team | 1.0 |

Exhibit I

## SHELLY STEPHENS PATTERSON

**DECEMBER 2005:**

| Date | Description | Time |
|---|---|---|
| 12/2/05 | **Analysis/Strategy-**Attend Vioxx meeting w/litigation team | 1.5 |
| 12/13/05 | **Analysis/Strategy-**conf w/ CZ re TX litigation; review TX resident cases in prep of filing TX complaint | 8.0 |
| 12/15/05 | **Pleadings-**review TX complaint and prep same for service and filing | 2.0 |
| 12/16/05 | **Analysis/Strategy-**Review New England Journal of Medicine editorial and effect on litigation | 1.0 |
| 12/19/05 | **Analysis/Strategy-**attend Vioxx meeting w/litigation team | 1.5 |

Exhibit I

## DOROTHY GRIEGO

**DECEMBER 2005:**

| Date | Description | Time |
|------|-------------|------|
| 12/1/05 | **Analysis/Strategy**-confs w/CZ re verification of filing of NJ complaints and pro hac vice applications; conf/Lexis Nexis and A. Gabe at W&L re same | 3.0 |
| 12/5/05 | **Analysis/Strategy**-assist CZ in review of heart attack files | 5.0 |
| 12/6/05 | **Analysis/Strategy**- assist CZ in review of heart attack files | 5.0 |
| 12/7/05 | **Analysis/Strategy**- assist CZ in review of NM stroke files | 5.0 |
| 12/8/05 | **Analysis/Strategy**- assist CZ in review of NM stroke files | 5.0 |
| 12/13/05 | **Pleadings**-prepare 10 NJ complaints for filing | 3.0 |
| 12/16/05 | **Analysis/Strategy**-Review New England Journal of Medicine editorial and effect on litigation | 1.0 |
| 12/19/05 | **Analysis/Strategy**-review memo from CZ re NM residents stroke cases; attend Vioxx meeting with litigation team; **Pleadings**-prepare 6 NJ complaints for filing; | 4.0 |
| 12/20/05 | **Analysis/Strategy**-assist CZ w/review of heart attack files for filing in NJ; attend Vioxx team meeting; **Pleadings**-prepare 6 NJ complaints for filing; update Higbee spreadsheet; conf w/A. Gabe at W&L re service and filing | 6.0 |

Exhibit I

## GLORIA WILLIAMS

**DECEMBER 2005:**

| Date | Description | Time |
|------|-------------|------|
| 12/2/05 | **Analysis/Strategy**-Attend Vioxx meeting w/litigation team | 1.5 |
| 12/16/05 | **Analysis/Strategy**-Review New England Journal of Medicine editorial and effect on litigation | 1.0 |
| 12/19/05 | **Analysis/Strategy**-attend Vioxx meeting w/litigation team | 1.5 |
| 12/20/05 | **Pleadings**-conf w/CZ re procedures of service and filing of TX complaint; review rules | .5 |

Exhibit I

## RYAN SANDERS

**DECEMBER 2005:**

| Date | Description | Time |
|------|-------------|------|
| 12/2/05 | **Analysis/Strategy-**Attend Vioxx meeting w/litigation team | 1.5 |
| 12/5/05 | **Analysis/Strategy-**assist CZ in review of heart attack files | 3.0 |
| 12/6/05 | **Analysis/Strategy-** assist CZ in review of heart attack files | 2.0 |
| 12/7/05 | **Analysis/Strategy-** assist CZ in review of NM stroke files | 2.0 |
| 12/8/05 | **Analysis/Strategy-** assist CZ in review of NM stroke files | 3.0 |
| 12/16/05 | **Analysis/Strategy-**Review New England Journal of Medicine editorial and effect on litigation | 1.0 |
| 12/19/05 | **Analysis/Strategy-**attend Vioxx meeting w/litigation team | 1.5 |

Exhibit I