Kathryn Snapka Time Submission

January 2005 thru February 2005

Gomez

Exhibit L

## Report of Vioxx Hours

**Individual Name:** Kathryn Snapka - Alicia Gomez

**For the Month of:** January thru February 2005

Time-Accepted

| Date (MM/DD/YY) | Hours | Location | Description of Work | Case Assessment, Development and Communication (hours) | Pre-Trial Pleadings and Motions (hours) | Discovery (hours) | Trial Preparation and Trial (hours) | Appeal (hours) | Settlement (hours) | DO NOT TYPE | Check Figure MUST be zero |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/20/2005 | 0.50 | CC, Tx | Telephone conference with Zollie Steakley regarding reporter attempting to interview Alicia Gomez | 0.50 | - | - | - | - | - | 0.50 | - |
| 1/21/2005 | 0.25 | CC, Tx | Receipt and review of correspondence from Zollie Steakley regarding the reporter and areas of inquiry. | 0.25 | - | - | - | - | - | 0.25 | - |
| 2/25/2005 | 0.50 | CC, Tx | Receipt and review of Merck's Answer and defense to Plaintiffs' Original Complaint and Response to Disclosure Statement. | - | 0.50 | - | - | - | - | 0.50 | - |
|  | - |  |  | - | - | - | - | - | - | - |  |
|  | - |  |  | - | - | - | - | - | - | - |  |
|  | - |  |  | - | - | - | - | - | - | - |  |
|  | - |  |  | - | - | - | - | - | - | - |  |
|  | - |  |  | - | - | - | - | - | - | - |  |
|  | - |  |  | - | - | - | - | - | - | - |  |
|  | - |  |  | - | - | - | - | - | - | - |  |
|  | - |  |  | - | - | - | - | - | - | - |  |
|  | - |  |  | - | - | - | - | - | - | - |  |
| **Total Hours** | **1.25** |  |  | 0.75 | 0.50 | - | - | - | - | 1.25 |  |

Verification: By signing this document, I hereby verify that the information contained in this document is true and correct.

Signed: _[signature]_

Date: _6-30-05_

Exhibit L

Kathryn Snapka Time Submission

July 2006 thru November 2006

Gomez

Exhibit L

Time-Accepted
Held Cost-Accepted

## Report of Vioxx Hours

Individual Name: Kathryn Snapka - Alicia Gomez

For the Month of: July thru November 2006

| Date | Hours | Location | Description of Work | Case Assessment Development and Administration (hours) | Pre-Trial Pleadings and Motions (hours) | Discovery (hours) | Trial Preparation and Trial (hours) | Appeal (hours) | Settlement (hours) | Total Hours by Individual - DO NOT ENTER - CALCULATED FIELD | Check Figure - MUST be zero |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/7/2006 | 1.00 | CC, Tx | Receipt and review of Merck's Motion for Summary Judgment based on Preemption in Arnold and Gomez. | | 1.00 | | | | | 1.00 | |
| 7/7/2006 | 0.25 | CC, Tx | Receipt and review of Merck's request for setting regarding Motion for Summary Judgment | | 0.25 | | | | | 0.25 | |
| 7/7/2006 | 0.25 | CC, Tx | Receipt and review of Merck's Memorandum for additional pages for memorandum of law in support of its summary judgment. | | 0.25 | | | | | 0.25 | |
| 7/7/2006 | 0.25 | CC, Tx | Receipt and review of Memorandum of Law in support of Merck's Motion for Summary Judgment | | 0.25 | | | | | 0.25 | |
| 7/9/2006 | 0.50 | CC, Tx | Receipt and review of various emails with Zollie Steakley regarding Merck's Motion for Summary Judgment on Federal Preemption in Gomez and forwarding | 0.50 | | | | | | 0.50 | |
| 7/10/2006 | 3.00 | CC, Tx | Conference with Anita regarding research and draft Response to Motion for Summary Judgment Based on Preemption. | | 3.00 | | | | | 3.00 | |
| 7/11/2006 | 2.50 | CC, Tx | Research and draft Response to Motion for Summary Judgment Based on Preemption. | | 2.50 | | | | | 2.50 | |
| 7/14/2006 | 0.50 | CC, Tx | Receipt of correspondence from Zollie Steakley regarding preemption response. | | 0.50 | | | | | 0.50 | |
| 7/17/2006 | 0.50 | Philadelphia | Conference with Arnold Levin regarding coordination of preparation of reply brief in Alicia Gomez. | | 0.50 | | | | | 0.50 | |
| 7/17/2006 | 0.25 | CC, Tx | Receipt of email from Lisa Dagostino related to coordination of preemption brief. | | 0.25 | | | | | 0.25 | |
| 7/17/2006 | 0.50 | CC, Tx | Receipt and review of preemption information from Steakley. | | 0.50 | | | | | 0.50 | |
| 7/18/2006 | 4.50 | CC, Tx | Receipt and review of various memoranda briefs, articles and reported cases from Arnold Levin related to preemption. | | 4.50 | | | | | 4.50 | |
| 7/19/2006 | 5.00 | CC, Tx | Review of Levin materials, research and drafting with Anita Shahani, response to motion for summary judgment. | | 5.00 | | | | | 5.00 | |
| 7/20/2006 | 0.25 | CC, Tx | Receipt and review of emails regarding the preemption briefing schedule. | | 0.25 | | | | | 0.25 | |
| 7/26/2006 | 1.00 | CC, Tx | Receipt and review of correspondence from Arnold Levin enclosing treatise on preemption and review. | | 1.00 | | | | | 1.00 | |
| 7/26/2006 | 0.25 | CC, Tx | Receipt and review of correspondence to Court forwarding briefing schedule. | | 0.25 | | | | | 0.25 | |
| 7/28/2006 | 2.50 | CC, Tx | Research on preemption. | 2.50 | | | | | | 2.50 | |
| 8/24/2006 | 2.25 | CC, Tx | Receipt and review of Plaintiffs' Steering Committee preemption memo. | | 2.25 | | | | | 2.25 | |
| 8/24/2006 | 0.25 | CC, Tx | Receipt of request from Lisa Dagostino regarding additional information. | 0.25 | | | | | | 0.25 | |
| 8/28/2006 | 1.75 | CC, Tx | Receipt of correspondence from Arnold Levin attaching preemption memo. | | 1.75 | | | | | 1.75 | |
| 8/31/2006 | 0.50 | CC, Tx | Receipt and review of correspondence from Arnold Levin revising draft of his portion of memo. | 0.50 | | | | | | 0.50 | |
| 8/31/2006 | 0.50 | CC, Tx | Receipt and review of emails from Elizabeth Cabraser making suggestions to preemption memo. | 0.50 | | | | | | 0.50 | |
| 9/5/2006 | 0.25 | CC, Tx | Receipt of email from Lisa Dagostino resending preemption memo and update. | 0.25 | | | | | | 0.25 | |
| 9/8/2006 | 0.75 | CC, Tx | Receipt and review of revisions to preemption brief. | | 0.75 | | | | | 0.75 | |
| 9/11/2006 | 1.50 | CC, Tx | Preliminary drafting of factual portion of brief. | 1.50 | | | | | | 1.50 | |
| 9/12/2006 | 1.75 | CC, Tx | Review and drafting factual portion of brief. | | 1.75 | | | | | 1.75 | |
| 9/13/2006 | 2.75 | CC, Tx | Receipt and review of draft of the preemption brief in Gomez. | | 2.75 | | | | | 2.75 | |
| 10/12/2006 | 1.00 | CC, Tx | Receipt and review of Merck's Reply Memorandum in Support of Their Motion for Summary Judgment | | 1.00 | | | | | 1.00 | |

Exhibit L

| Date | Hours | Location | Description | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10/24/2006 | 0.25 | CC, Tx | Receipt and review of correspondence from Arnold Levin regarding scheduling of Alicia Gomez preemption argument. | - | 0.25 | - | - | 0.25 |
| 10/26/2006 | 0.25 | CC, Tx | Receipt and review of Order Granting Plaintiffs' Leave of Court to File Fourth Supplemental Authority in Opposition to Merck's Motion for Summary Judgment. | - | 0.25 | - | - | 0.25 |
| 10/27/2006 | 0.25 | CC, Tx | Receipt, review and calendaring of change of preemption argument to 11/17. | - | 0.25 | - | - | 0.25 |
| 10/30/2006 | 0.25 | CC, Tx | Receipt and review of correspondence from Arnold Levin advising Vioxx MDL preemption motion is now scheduled Friday, November 17, 2006. | - | 0.25 | - | - | 0.25 |
| 11/13/2006 | 0.25 | CC, Tx | Receipt and review of correspondence from Zollie Steakley, regarding preemption hearing. | - | 0.25 | - | - | 0.25 |
| 11/14/2006 | 1.00 | CC, Tx | Review and preparation for preemption argument in New Orleans. | 1.00 | - | - | - | 1.00 |
| 11/15/2006 | 2.25 | CC, Tx | Review and preparation for argument in New Orleans on preemption argument. | 2.25 | - | - | - | 2.25 |
| 11/16/2006 | 5.50 | New Orleans | Travel to New Orleans for hearing regarding preemption. | 5.50 | - | - | - | 5.50 |
| 11/16/2006 | 4.50 | New Orleans | Conference with lawyers regarding argument at preemption. | 4.50 | - | - | - | 4.50 |
| 11/17/2006 | 2.50 | New Orleans | Attendance and argument at preemption hearing | - | 2.50 | - | - | 2.50 |
| 11/17/2006 | 5.50 | New Orleans | Return travel from New Orleans to Corpus Christi, Tx. | 5.50 | - | - | - | 5.50 |
| | | | | | | | | |
| **Total Hours** | **58.75** | | | 24.75 | 34.00 | - | - | 58.75 |

Verification: By signing this document, I hereby verify that the information contained in this document is true and correct.

Signed: _____

Date: 10-30-08

Exhibit L

# Report of Vioxx Hours

Individual Name: **Anita Shahani - Alicia Gomez**    For the Month of: _____

| Date | Hours | Location | Description of Work | Case assessment Development and Administration (hours) | Pre-trial Pleadings and Motions (hours) | Discovery (hours) | Trial Preparation and Trial (hours) | Appeal (hours) | Settlement (hours) | Total Hours by individual **DO NOT ENTER** CALCULATED FIELD | Check Runs MUST be zero |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/7/2006 | 1.00 | | Receipt and review of Merck's Motion for Summary Judgment based on Preemption | | 1.00 | | | | | 1.00 | |
| 7/7/2006 | 1.00 | | Various telephone conversations with co-counsel Zollie Steakley regarding Merck's Motion for Summary Judgment based on Preemption | 1.00 | | | | | | 1.00 | |
| 7/8/2006 | 0.25 | | Receipt and review of communication from PSC regarding the need to discuss and provides plaintiff profile form and information regarding Gomez case | 0.25 | | | | | | 0.25 | |
| 7/8/2006 | 0.25 | | Receipt and review of various emails between all counsel for Gomez regarding presenting facts of case to Court on behalf of Alicia Gomez. | 0.25 | | | | | | 0.25 | |
| 7/9/2006 | 0.50 | | Receipt and review of various emails with Zollie Steakley regarding Merck's Motion for Summary Judgment on Federal Preemption in Gomez and forwarding correpondence from Davis. | 0.50 | | | | | | 0.50 | |
| 7/13/2006 | 0.50 | | Receipt and review of various e-mails with Zollie Steakley regarding Merck's Motion for Summary Judgment, status conference and conversations with Arnold Levin | | 0.50 | | | | | 0.50 | |
| 7/10/2006 | 3.00 | | Research and draft Response to Motion for Summary Judgment Based on Preemption. | | 3.00 | | | | | 3.00 | |
| 7/11/2006 | 0.25 | | Receipt of fax correspondence from PSC | 0.25 | | | | | | 0.25 | |
| 7/11/2006 | 0.25 | | Receipt of various email correspondence with Zollie Steakley regarding PSC correspondence | 0.25 | | | | | | 0.25 | |
| 7/12/2006 | 5.50 | | Travel from CC, Tx to New Orleans, LA for Vioxx MDL Monthly Status Conference held 7/13/2006 | 5.50 | | | | | | 5.50 | |
| 7/13/2006 | 1.50 | | Attended MDL Monthly Status Conference | | 1.50 | | | | | 1.50 | |
| 7/13/2006 | 0.25 | | Attended pre-conference teleconference and meeting with Arnold Levin of PSC to discuss Gomez case | | 0.25 | | | | | 0.25 | |
| 7/13/2006 | 0.50 | | Receipt and review of various e-mails with Zollie Steakley regarding Merck's Motion for Summary Judgment, status conference and conversations with Arnold Levin | | 0.50 | | | | | 0.50 | |
| 7/13/2006 | 5.50 | | Return travel from New Orleans, LA back to CC, Tx | 5.50 | | | | | | 5.50 | |
| 7/14/2006 | 0.25 | | Receipt of correspondence from Zollie Steakley regarding preemption response. | | 0.25 | | | | | 0.25 | |
| 7/14/2006 | 5.00 | | Researched pre-emption issue | 5.00 | | | | | | 5.00 | |
| 7/15/2006 | 4.00 | | Continued researching pre-emption issue | 4.00 | | | | | | 4.00 | |
| 7/17/2006 | 4.00 | | Reviewed pre-emption brief part 1 of 8 | | 4.00 | | | | | 4.00 | |
| 7/17/2006 | 0.50 | | Various email communications with Lisa Dagostino regarding preemption brief | | 0.50 | | | | | 0.50 | |
| 7/17/2006 | 0.50 | | Forwarded plaintiff's profile form and complaint to Lisa Dagostino | 0.50 | | | | | | 0.50 | |
| 7/17/2006 | 0.50 | | Receipt and review of preemption information from Steakley. | | 0.50 | | | | | 0.50 | |
| 7/19/2006 | 5.00 | | Review of Levin materials, research and drafting with Kathy Snapka, response to motion for summary judgment. | | 5.00 | | | | | 5.00 | |
| 7/20/2006 | 0.25 | | Receipt and review of emails regarding the preemption briefing schedule. | | 0.25 | | | | | 0.25 | |
| 7/26/2006 | 0.25 | | Receipt and review of Briefing schedule for preemption Motion for Summary Judgment | | 0.25 | | | | | 0.25 | |
| 7/27/2006 | 0.25 | | Receipt and review of information regarding FDA presumption hearing | | 0.25 | | | | | 0.25 | |
| 8/24/2006 | 0.25 | | Receipt and review of Plaintiffs' Steering Committee preemption memo. | | 0.25 | | | | | 0.25 | |
| 8/24/2006 | 0.25 | | Receipt of request from Lisa Dagostino regarding additional information. | 0.25 | | | | | | 0.25 | |
| 8/24/2006 | 0.50 | | Prepared and forwarded medical records of Joe Gomez to Lisa Dagostino | 0.50 | | | | | | 0.50 | |

Exhibit L

| Date | Hours | Description | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/28/2006 | 1.75 | Receipt of correspondence from Arnold Levin attaching preemption memo. | | | | | 1.75 | | | | 1.75 |
| 8/28/2006 | 2.50 | Travel from CC, Tx to Houston, Tx for Vioxx Presumption Meeting | 2.50 | | | | | | | | 2.50 |
| 8/28/2006 | 4.00 | Attended Vioxx Presumption Meeting | 4.00 | | | | | | | | 4.00 |
| 8/28/2006 | 2.50 | Return travel from Houston, Tx | 2.50 | | | | | | | | 2.50 |
| 8/28/2006 | 0.50 | Review communication with co-counsel regarding preemption issues and Motion for Summary Judgment response | 0.50 | | | | | | | | 0.50 |
| 9/5/2006 | 0.25 | Review of communication with Lisa Dagostino regarding draft of preemption brief | 0.25 | | | | | | | | 0.25 |
| 9/5/2006 | 2.50 | Reviewed draft preemption brief | | | | | 2.50 | | | | 2.50 |
| 9/5/2006 | 0.25 | Forwarded draft preemption brief to co-counsel for discussion on conference call | 0.25 | | | | | | | | 0.25 |
| 9/5/2006 | 0.25 | Telephone conference with co-counsel regarding times for conference call | 0.25 | | | | | | | | 0.25 |
| 9/11/2006 | 4.00 | Receipt and review of draft of the preemption brief | | | | | 4.00 | | | | 4.00 |
| 9/12/2006 | 3.00 | Receipt and review of Statement of Facts Response | | | | | 3.00 | | | | 3.00 |
| 9/13/2006 | 4.50 | Receipt and review of Penultimate draft of preemption brief and final draft of statement of facts | | | | | 4.50 | | | | 4.50 |
| 10/24/2006 | 0.25 | Receipt and review of correspondence from Arnold Levin regarding scheduling of Alicia Gomez preemption argument. | | | | | 0.25 | | | | 0.25 |
| 10/26/2006 | 0.25 | Receipt and review of Order Granting Plaintiffs' Leave of Court to File Fourth Supplemental Authority in Opposition to Merck's Motion for Summary Judgment. | | | | | 0.25 | | | | 0.25 |
| 10/27/2006 | 0.25 | Receipt, review and calendaring of change of preemption argument to 11/17. | | | | | 0.25 | | | | 0.25 |
| 10/30/2006 | 0.25 | Receipt and review of correspondence from Arnold Levin advising Vioxx MDL preemption motion is now scheduled Friday, November 17, 2006. | | | | | 0.25 | | | | 0.25 |
| 11/14/2006 | 0.75 | Located, prepared and forwarded to co-counsel all Ernst trial exhibits | | | | | 0.75 | | | | 0.75 |
| 11/14/2006 | 0.25 | E-mail communication with co-counsel regarding hearing on Motion for Summary Judgment | | | | | 0.25 | | | | 0.25 |
| 11/16/2006 | 5.50 | Travel from CC, Tx to New Orleans, LA for Motion for Summary Judgment hearing | 5.50 | | | | | | | | 5.50 |
| ...16/2006 | 0.50 | Telephone conference with co-counsel requesting link for news story of Alicia Gomez to prepare for hearing along with key plaintiffs to address | | | | | 0.50 | | | | 0.50 |
| 11/16/2006 | 0.50 | Extended telephone conference with Doug Morrison regarding research performed for preemption hearing | | | | | 0.50 | | | | 0.50 |
| 11/16/2006 | 0.25 | Viewed video of Alicia Gomez' news story in preparation for preemption hearing | | | | | 0.25 | | | | 0.25 |
| 11/16/2006 | 3.00 | Attended meeting with co-counsel and Kathy Snapka regarding issues for preemption hearing | 3.00 | | | | | | | | 3.00 |
| 11/16/2006 | 1.50 | Various email communications with Doug Morrison regarding research in preparation for preemption hearing | 1.50 | | | | | | | | 1.50 |
| 11/17/2006 | 2.00 | Attendance at Motion for Summary Judgment hearing | | | | | 2.00 | | | | 2.00 |
| 11/17/2006 | 5.50 | Return travel from New Orleans, LA | 5.50 | | | | | | | | 5.50 |
| 1/25/2007 | 0.25 | Correspondence to Lenny Davis regarding additional briefing for Motion for Summary Judgment | | | | | 0.25 | | | | 0.25 |
| 3/5/2007 | 0.25 | Receipt and review of copy of letter from Zoillie Steakley regarding deficiencies. | | | | | 0.25 | | | | 0.25 |
| 7/7/2007 | 0.75 | Receipt and review of Judge Fallon's Order denying Merck's Motion for Summary Judgment. | | | | | 0.75 | | | | 0.75 |
| 8/14/2007 | 1.00 | Receipt and review of Motion for Leave of Court to File Notice of Supplemental Authority regarding Merck's Motion and Memorandum to Alter or Amend the Court's Order with proposed Order and supplemental authority | | | | | 1.00 | | | | 1.00 |
| **Total Hours** | **90.75** | | 49.50 | | | | 41.25 | | | | 90.75 |

Verification: By signing this document, I hereby verify that the information contained in this document is true and correct.

Signed: [signature]
Date: 6/30/08

Exhibit L

Re[~~~] 
From: [~~~]
To: Dec 31, 2006

**Time-Accepted**
**Held Cost-Accepted**

Firm Name: <u>THE SNAPKA LAW FIRM</u>

CASE NAME: Gomez, Alicia

| MDL 1657 - VIOXX PRODUCTS LIABILITY LITIGATION COMMON HELD COSTS AND EXPENSES | |
|---|---|
| CLIENT COSTS/EXPENSES | TOTAL |
| Telefax charges | |
| Postage, shipping courier, certified mail | |
| Printing and photocopying (in-house) | |
| Computerized research - Lexis/Westlaw | |
| Telephone - long distance (actual charges only) | |
| Travel | $1,133.85 |
| Secretarial and clerical overtime | |
| Experts and consultants | |
| Depositions and court costs | |
| TOTAL COSTS | $1,133.85 |

*Please attach documentation for each expense reported.

I certify that these expenses are properly documented, complete and accurate and have been incurred for the common benefit.

_____     11-25-08
Signature                                             Date

Exhibit L

| Period: January 1 - December 31, 2006 | | **GOMEZ, ALICIA** 2006 Costs Expenses | | | The Snapka Law Firm |
|---|---|---|---|---|---|
| **TITLE OF EXPENSE** | **DATE** | **PROVIDER** | **DESCRIPTION** | **AMOUNT** | **OUTSTANDING** |
| Te Charges | | | | | |
| **Telefax Charges Total** | | | | $      - | $0.00 |
| Postage, Shipping Courier, Certified Mail | | | | | |
| **Postage, Shipping Courier,** | | | | $      - | $0.00 |
| Printing and Photocopying | | | | | |
| **Printing and Photocopying** | | | | $      - | $0.00 |
| Computerized Research | | | | | |
| **Computerized Research Total** | | | | $      - | $0.00 |
| Telephone - Long Distance | | | | | |
| **Telephone - Long Distance** | | | | $      - | $0.00 |
| Travel | 11/16/06 | Southwest Airlines | Anita Shahani, attorney - airline ticket to New Orleans to attend preemption arguments on 11/17/06 | $ 382.20 | |
| Travel | 11/15/06 | Southwest Airlines | Kathryn Snapka, attorney -- airline ticket to New Orleans to attend preemption arguments on 11/17/06 | $ 382.20 | |
| Tra | 11/16/06 | Pappas Burgers | Kathryn Snapka, attorney - meal for K Snapka and A Shahani - trip to New Orleans to attend 11/17/06 hearing | $ 27.22 | |
| Travel | 11/17/06 | Wyndham Hotels | Kathryn Snapka, attorney - hotel room on trip to New Orleans to attend 11/17/06 preemption arguments | $ 141.12 | |
| Travel | 11/17/06 | Wyndham Hotels | Anita Shahani, attorney - hotel room on trip to New Orleans to attend 11/17/06 preemption arguments | $ 181.11 | |

Exhibit L

| Period: January 1 - December 31, 2006 | | GOMEZ, ALICIA 2006 Costs Expenses | | | The Snapka Law Firm | |
|---|---|---|---|---|---|---|
| Travel | 11/17/06 | City of CC - Aviation | Anita Shahani & Kathryn Snapka, attorneys -- airport parking while on trip to New Orleans to attend 11/17/06 preemption arguments | $ | 20.00 | |
| Travel Total | | | | $ | 1,133.85 | $0.00 |
| Depositions | | | | | | |
| Depositions Total | | | | $ | - | $0.00 |
| Court Costs | | | | | | |
| Court Costs Total | | | | $ | - | $0.00 |
| Grand Total | | | | $ | 1,133.85 | $0.00 |

Exhibit L

# Commercial Card Statement

**JPMorganChase**

| ACCOUNT NUMBER | BILLING DATE | DUE DATE | NEW BALANCE | ENTER PAYMENT AMT |
|---|---|---|---|---|
| 4788 2200 0051 2677 | 12/05/06 | 01/02/07 | 6,839.13 | 6839.13 |

KATHRYN SNAPKA
LAW OFFICES OF KATHRYN SNAPKA    4736
PO BOX 23017
CORPUS CHRISTI TX 78403-3017

*Re: Gomez, Alicia*

Please make check payable to:

COMMERCIAL CARD SOLUTIONS
P.O. BOX 4471
CAROL STREAM IL 60197-4471

47882200005126770000068391300000273560

Please detach here and send top portion with payment in enclosed envelope.

ACCOUNT NO. 4788 2200 0051 2677   BILLING DATE: 12/05/06   DUE DATE: 01/02/07   CREDIT LIMIT: 50,000.00   AVAILABLE CREDIT: 43,160.87

### ACCOUNT SUMMARY

| Previous Balance | (-) Payments, Credits | (+) Charges, Cash Debits | (+) Finance Charges | (+) Fees | (=) New Balance | Payment Due |
|---|---|---|---|---|---|---|
| 2,815.10 | 2,815.10- | 6,839.13 | 0.00 | 0.00 | 6,839.13 | 273.56 |

CURRENT TRANSACTIONS ( - OUTSTANDING DISPUTES ) 273.56  +  PAST DUE AMOUNT 0.00  =  TOTAL 273.56

| POST | TRAN | TRANSACTION DETAIL | CHARGES | CREDITS | NOTES |
|---|---|---|---|---|---|
| | 11/07 | SOUTHWESTAIR5262754737811 DALLAS TX<br>REF NO: 24792626312624525165845   AUTH NO: 012138<br>DEPARTURE DATE: 11/07/06   PASSENGER NAME: SHAHANI/ADITI   TICKET ISSUED: 00/00/00<br>TRAVEL AGENCY CODE:   TRAVEL AGENCY NAME:<br>TICKET: 5262754737811  RESTRICTED:   ORIGINATION CITY: CRP/Corpus Christi, TX, USA -<br>TOTAL FARE AMT:   0.00   TOTAL TAX AMOUNT:   0.00   INTERNET IND:<br>NATIONAL TAX:   0.00   TOTAL FEE AMOUNT:   0.00<br>EXCHG TICKET #:   EXCHG TICKET AMOUNT:   0.00   CURRENCY:<br>FARE STOP<br>LEG AIRLINES   BASIS OVER DESTINATION CITY   DATE<br>1  WN/Southwest   Y   O   HOU/Houston, TX, USA - W   0000<br>FLIGHT COUPON #  CONJUNCTION TICKET #   DEPARTURE TIME:   ARRIVAL TIME:<br>0   0000   0000<br>2  WN/Southwest   Y   O   CRP/Corpus Christi, TX,   0000<br>FLIGHT COUPON #  CONJUNCTION TICKET #   DEPARTURE TIME:   ARRIVAL TIME:<br>0   0000   0000 | 245.10 | | 11/8/06<br>Hrg - Houston<br>admissibly of case<br>exhibits &<br>mots/limine. |
| 11/13 | 11/09 | SOUTHWESTAIR5262755095144 DALLAS TX<br>REF NO: 24792626314624528709357   AUTH NO: 067498 | 245.10 | | |

8920

| AVERAGE DAILY BALANCE | MONTHLY PERIODIC RATE | ANNUAL PERCENTAGE RATE | NUMBER OF DAYS IN THIS BILLING CYCLE | NEW CASH ADVANCES | CASH ADVANCE FEE |
|---|---|---|---|---|---|
| PURCHASES: 6,301.45<br>CASH ADVANCES: 0.00 | 0.0000 %<br>0.0000 % | 0.00%<br>0.00% | 29 | 0.00 | 0.00 |

...ments or credits received after billing date above will appear on next month's statement.

FOR INQUIRIES ABOUT YOUR ACCOUNT, PLEASE CALL 1-800-270-7760 OR WRITE US: COMMERCIAL CARD SOLUTIONS, PO BOX 57510, SALT LAKE CITY, UTAH 84157-0510.

Do not deduct any amount that is showing in dispute on your statement, this amount has already been deducted from the amount due.
Please see reverse side for important information regarding certain types of charges or disputed charges.

RECEIVED DEC 15 2006

Page 1 of 8

Exhibit L

| POST | TRAN | TRANSACTION DETAIL | | | | CHARGES | CREDITS | NOTES |
|---|---|---|---|---|---|---|---|---|
| | | 2 | CO/Continental | Y X | SAN/San Diego, CA, USA - | 0000 | | |
| | | | FLIGHT COUPON # 0 | CONJUNCTION TICKET # | DEPARTURE TIME: 0000 | ARRIVAL TIME: 0000 | | |
| | | 3 | CO/Continental | S O | IAH/Houston, TX, USA - B | 0000 | | |
| | | | FLIGHT COUPON # 0 | CONJUNCTION TICKET # | DEPARTURE TIME: 0000 | ARRIVAL TIME: 0000 | | |
| | | 4 | CO/Continental | S X | CRP/Corpus Christi, TX, | 0000 | | |
| | | | FLIGHT COUPON # 0 | CONJUNCTION TICKET # | DEPARTURE TIME: 0000 | ARRIVAL TIME: 0000 | | |
| 11/16 | 11/14 | CONTINENTAL 0052178572060 HOUSTON TX | | | | 556.20 | | |
| | | REF NO: 24792626319655319152188   AUTH NO: 048488 | | | | | | |
| | | DEPARTURE DATE: 11/27/06   PASSENGER NAME: SNAPKA/KATHRYNMS   TICKET ISSUED: 00/00/00 | | | | | | |
| | | TRAVEL AGENCY CODE:   TRAVEL AGENCY NAME: | | | | | | |
| | | TICKET: 0052178572060   RESTRICTED:   ORIGINATION CITY: CRP/Corpus Christi, TX, USA - | | | | | | |
| | | TOTAL FARE AMT:   0.00   TOTAL TAX AMOUNT:   0.00   INTERNET IND: | | | | | | |
| | | NATIONAL TAX:   0.00   TOTAL FEE AMOUNT:   0.00 | | | | | | |
| | | EXCHG TICKET #:   EXCHG TICKET AMOUNT:   0.00   CURRENCY: | | | | | | |
| | | | | FARE STOP | | | | |
| | | LEG AIRLINES | | BASIS OVER | DESTINATION CITY | DATE | | |
| | | 1 | CO/Continental | X | IAH/Houston, TX, USA - B | 0000 | | |
| | | | FLIGHT COUPON # 0 | CONJUNCTION TICKET # | DEPARTURE TIME: 0000 | ARRIVAL TIME: 0000 | | |
| | | 2 | CO/Continental | H O | SAN/San Diego, CA, USA - | 0000 | | |
| | | | FLIGHT COUPON # 0 | CONJUNCTION TICKET # | DEPARTURE TIME: 0000 | ARRIVAL TIME: 0000 | | |
| | | 3 | CO/Continental | Q O | IAH/Houston, TX, USA - B | 0000 | | |
| | | | FLIGHT COUPON # 0 | CONJUNCTION TICKET # | DEPARTURE TIME: 0000 | ARRIVAL TIME: 0000 | | |
| | | 4 | CO/Continental | Q X | CRP/Corpus Christi, TX, | 0000 | | |
| | | | FLIGHT COUPON # 0 | CONJUNCTION TICKET # | DEPARTURE TIME: 0000 | ARRIVAL TIME: 0000 | | |
| 11/17 | 11/15 | SOUTHWESTAIR5262756208409 DALLAS TX | | | | 382.20 | | Vioxx MDL 1657 #2159 Preemption argument Gomez |
| | | REF NO: 24792626320624537840310   AUTH NO: 008332 | | | | | | |
| | | DEPARTURE DATE: 11/16/06   PASSENGER NAME: SHAHANI/ADITI   TICKET ISSUED: 00/00/00 | | | | | | |
| | | TRAVEL AGENCY CODE:   TRAVEL AGENCY NAME: | | | | | | |
| | | TICKET: 5262756208409   RESTRICTED:   ORIGINATION CITY: CRP/Corpus Christi, TX, USA - | | | | | | |
| | | TOTAL FARE AMT:   0.00   TOTAL TAX AMOUNT:   0.00   INTERNET IND: | | | | | | |
| | | NATIONAL TAX:   0.00   TOTAL FEE AMOUNT:   0.00 | | | | | | |
| | | EXCHG TICKET #:   EXCHG TICKET AMOUNT:   0.00   CURRENCY: | | | | | | |
| | | | | FARE STOP | | | | |
| | | LEG AIRLINES | | BASIS OVER | DESTINATION CITY | DATE | | |
| | | 1 | WN/Southwest | Y O | HOU/Houston, TX, USA - W | 0000 | | |
| | | | FLIGHT COUPON # 0 | CONJUNCTION TICKET # | DEPARTURE TIME: 0000 | ARRIVAL TIME: 0000 | | |
| | | 2 | WN/Southwest | Y X | MSY/New Orleans, LA, USA | 0000 | | |
| | | | FLIGHT COUPON # 0 | CONJUNCTION TICKET # | DEPARTURE TIME: 0000 | ARRIVAL TIME: 0000 | | |
| | | 3 | WN/Southwest | Y O | HOU/Houston, TX, USA - W | 0000 | | |
| | | | FLIGHT COUPON # 0 | CONJUNCTION TICKET # | DEPARTURE TIME: 0000 | ARRIVAL TIME: 0000 | | |
| | | 4 | WN/Southwest | Y X | CRP/Corpus Christi, TX, | 0000 | | |
| | | | FLIGHT COUPON # 0 | CONJUNCTION TICKET # | DEPARTURE TIME: 0000 | ARRIVAL TIME: 0000 | | |
| 11/17 | 11/15 | SOUTHWESTAIR5262756177867 DALLAS TX | | | | 382.20 | | Vioxx MDL 1657 #2159 Gomez |
| | | REF NO: 24792626320624537840328   AUTH NO: 052056 | | | | | | |
| | | DEPARTURE DATE: 11/16/06   PASSENGER NAME: SNAPKA/KATHRYN   TICKET ISSUED: 00/00/00 | | | | | | |
| | | TRAVEL AGENCY CODE:   TRAVEL AGENCY NAME: | | | | | | |
| | | TICKET: 5262756177867   RESTRICTED:   ORIGINATION CITY: CRP/Corpus Christi, TX, USA - | | | | | | |
| | | TOTAL FARE AMT:   0.00   TOTAL TAX AMOUNT:   0.00   INTERNET IND: | | | | | | |
| | | NATIONAL TAX:   0.00   TOTAL FEE AMOUNT:   0.00 | | | | | | |
| | | EXCHG TICKET #:   EXCHG TICKET AMOUNT:   0.00   CURRENCY: | | | | | | |
| | | | | FARE STOP | | | | |
| | | LEG AIRLINES | | BASIS OVER | DESTINATION CITY | DATE | | |

**Commercial Card Statement**                              JPMorganChase

| POST | TRAN | TRANSACTION DETAIL | CHARGES | CREDITS | NOTES |
|---|---|---|---|---|---|
| | | 1  WN/Southwest                Y  O  HOU/Houston, TX, USA - W   0000 | | | |
| | | FLIGHT COUPON #   CONJUNCTION TICKET #   DEPARTURE TIME:   ARRIVAL TIME: | | | |
| | | 0                                        0000             0000 | | | |
| | | 2  WN/Southwest                Y  X  MSY/New Orleans, LA, USA  0000 | | | |
| | | FLIGHT COUPON #   CONJUNCTION TICKET #   DEPARTURE TIME:   ARRIVAL TIME: | | | |
| | | 0                                        0000             0000 | | | |
| | | 3  WN/Southwest                Y  O  HOU/Houston, TX, USA - W   0000 | | | |
| | | FLIGHT COUPON #   CONJUNCTION TICKET #   DEPARTURE TIME:   ARRIVAL TIME: | | | |
| | | 0                                        0000             0000 | | | |
| | | 4  WN/Southwest                Y  X  CRP/Corpus Christi, TX,    0000 | | | |
| | | FLIGHT COUPON #   CONJUNCTION TICKET #   DEPARTURE TIME:   ARRIVAL TIME: | | | |
| | | 0                                        0000             0000 | | | |
| 11/17 | 11/15 | OFFICE DEPOT #468 CORPUS CHRISI TX | 86.59 | | |
| | | REF NO: 24445746320637887461294    AUTH NO: 018461 | | | |
| | | CUSTOMER ID           LOCAL TAX    INCL    NAT'L TAX    INCL   OTHER TAX | | | |
| | |                         6.60         1         0.00       0         0.00 | | | |
| | | MERCHANT VAT/GST ID    CUSTOMER VAT/GST ID      SUMM COMM CD | | | |
| | | DISCOUNT    FREIGHT    DUTY       VAT REG #     ORDER DATE | | | |
| | |   0.00       0.00      0.00                      11/16/06 | | | |
| | | DESTINATION   CNTRY   SHIP FROM | | | |
| | |                000 | | | |
| | | ITEM COMM. CODE   ITEM DESCRIPTION   QTY   UNIT   UNIT COST   VAT/TAX | | | |
| | | 1     0468333    CASE,WHEELED,21",BLACK   1.00   NMB   79.99   0.00 | | | |
| 11/20 | (11/16) | PAPPAS BURGER #610 Q80 HOUSTON TX | ✓ (27.22) | | Vioxx MDL 1657 #2159 Gomez |
| | | REF NO: 24610436321004123296347    AUTH NO: 081582 | | | |
| 11/20 | 11/17 | WYNDHAM HOTELS WHITNEY NEW ORLEANS LA | ✓ (141.12) | | Gomez Vioxx MDL 1657 #2159 |
| | | REF NO: 24610436322072019151511    AUTH NO: 024242 | | | |
| | | CHECK IN DATE: 11/17/06    NO SHOW: 0    EXTRAS: | | | |
| | | DAILY ROOM RATE   FOOD / BEVERAGE   MINI BAR   LAUNDRY   TELEPHONE | | | |
| | |      0.00           0.00          0.00      0.00       0.00 | | | |
| | | MOVIES   BUSINESS CENTER   HEALTH CLUBS   PARKING / VALET   PREPAID EXPENSES | | | |
| | |  0.00        0.00           0.00           0.00           0.00 | | | |
| | | NON-ROOM CHARGES   FOLIO CASH   CONCESSION   TOTAL TAXES   OTHER | | | |
| | |      0.00           0.00        0.00         0.00        0.00 | | | |
| 11/20 | 11/17 | WYNDHAM HOTELS WHITNEY NEW ORLEANS LA | ✓ (181.11) | | Vioxx #2159 Gomez |
| | | REF NO: 24610436322072019151578    AUTH NO: 13221 | 294.60 | | Dallas KS-TX ABOTA mtg |
| 11/20 | 11/17 | AMERICAN AIR0012122700759 TICKET MAILED TX | | | |
| | | REF NO: 24036216322149060183791    AUTH NO: 030202 | | | |
| | | DEPARTURE DATE: 11/17/06   PASSENGER NAME: SNAPKA/KATHRYN   TICKET ISSUED: 00/00/00 | | | |
| | | TRAVEL AGENCY CODE: 4510739        TRAVEL AGENCY NAME: | | | |
| | | TICKET: 0012122700759   RESTRICTED:   ORIGINATION CITY: CRP/Corpus Christi, TX, USA - | | | |
| | | TOTAL FARE AMT:       0.00   TOTAL TAX AMOUNT:    0.00   INTERNET IND: | | | |
| | | NATIONAL TAX:         0.00   TOTAL FEE AMOUNT:    0.00 | | | |
| | | EXCHG TICKET #:             EXCHG TICKET AMOUNT:  0.00   CURRENCY: | | | |
| | |                              FARE   STOP | | | |
| | | LEG  AIRLINES               BASIS  OVER   DESTINATION CITY       DATE | | | |
| | | 1    AA/American Airlines     Y            DFW/Dallas / Ft Worth, T   0000 | | | |
| | | FLIGHT COUPON #   CONJUNCTION TICKET #   DEPARTURE TIME:   ARRIVAL TIME: | | | |
| | | 0                                        0000             0000 | | | |
| | | 2    AA/American Airlines     Y     O     CRP/Corpus Christi, TX,     0000 | | | |
| | | FLIGHT COUPON #   CONJUNCTION TICKET #   DEPARTURE TIME:   ARRIVAL TIME: | | | |
| | | 0                                        0000             0000 | | | |
| 11/20 | 11/17 | CONTINENTAL 0050325789699 CORPUS CHRIST TX | 100.00 | | |
| | | REF NO: 24792626322655322327889    AUTH NO: 039687 | | | |
| | | DEPARTURE DATE: 11/26/06   PASSENGER NAME: GOMEZ/LILLIAN   TICKET ISSUED: 00/00/00 | | | |
| | | TRAVEL AGENCY CODE:              TRAVEL AGENCY NAME: | | | |
| | | TICKET: 0050325789699   RESTRICTED:   ORIGINATION CITY: CRP/Corpus Christi, TX, USA - | | | |
| | | TOTAL FARE AMT:       0.00   TOTAL TAX AMOUNT:    0.00   INTERNET IND: | | | |
| | | NATIONAL TAX:         0.00   TOTAL FEE AMOUNT:    0.00 | | | |
| | | EXCHG TICKET #:             EXCHG TICKET AMOUNT:  0.00   CURRENCY: | | | |

| POST | TRAN | TRANSACTION DETAIL | CHARGES | CREDITS | NOTES |
|---|---|---|---|---|---|
| | | FARE STOP<br>LEG AIRLINES  BASIS OVER DESTINATION CITY  DATE<br>1   CO/Continental  Y  O  IAH/Houston, TX, USA - B  0000<br>  FLIGHT COUPON #  CONJUNCTION TICKET #  DEPARTURE TIME:  ARRIVAL TIME:<br>  0  0000  0000 | | | |
| 11/20 | 11/17 | CONTINENTAL 0050325789700 CORPUS CHRIST TX<br>REF NO: 24792626322655322327897   AUTH NO: 039687<br><br>DEPARTURE DATE: 11/26/06   PASSENGER NAME: GOMEZ/LILLIAN   TICKET ISSUED: 00/00/00<br>TRAVEL AGENCY CODE:   TRAVEL AGENCY NAME:<br>TICKET: 0050325789700   RESTRICTED:   ORIGINATION CITY: CRP/Corpus Christi, TX, USA -<br>TOTAL FARE AMT:  0.00   TOTAL TAX AMOUNT:  0.00   INTERNET IND:<br>NATIONAL TAX:  0.00   TOTAL FEE AMOUNT:  0.00<br>EXCHG TICKET #:   EXCHG TICKET AMOUNT:  0.00   CURRENCY: | 100.00 | L6 | |
| | | FARE STOP<br>LEG AIRLINES  BASIS OVER DESTINATION CITY  DATE<br>1   CO/Continental  Y  O  IAH/Houston, TX, USA - B  0000<br>  FLIGHT COUPON #  CONJUNCTION TICKET #  DEPARTURE TIME:  ARRIVAL TIME:<br>  0  0000  0000 | | | |
| 11/20 | 11/17 | CONTINENTAL 0050325789701 CORPUS CHRIST TX<br>REF NO: 24792626322655322327905   AUTH NO: 039687<br><br>DEPARTURE DATE: 11/26/06   PASSENGER NAME: GOMEZ/LILLIAN   TICKET ISSUED: 00/00/00<br>TRAVEL AGENCY CODE:   TRAVEL AGENCY NAME:<br>TICKET: 0050325789701   RESTRICTED:   ORIGINATION CITY: CRP/Corpus Christi, TX, USA -<br>TOTAL FARE AMT:  0.00   TOTAL TAX AMOUNT:  0.00   INTERNET IND:<br>NATIONAL TAX:  0.00   TOTAL FEE AMOUNT:  0.00<br>EXCHG TICKET #:   EXCHG TICKET AMOUNT:  0.00   CURRENCY: | 100.00 | L6 | |
| | | FARE STOP<br>LEG AIRLINES  BASIS OVER DESTINATION CITY  DATE<br>1   CO/Continental  Y  O  IAH/Houston, TX, USA - B  0000<br>  FLIGHT COUPON #  CONJUNCTION TICKET #  DEPARTURE TIME:  ARRIVAL TIME:<br>  0  0000  0000 | | | |
| 11/20 | 11/17 | CONTINENTAL 0050325789702 CORPUS CHRIST TX<br>REF NO: 24792626322655322327913   AUTH NO: 039687<br><br>DEPARTURE DATE: 11/26/06   PASSENGER NAME: GOMEZ/LILLIAN   TICKET ISSUED: 00/00/00<br>TRAVEL AGENCY CODE:   TRAVEL AGENCY NAME:<br>TICKET: 0050325789702   RESTRICTED:   ORIGINATION CITY: CRP/Corpus Christi, TX, USA -<br>TOTAL FARE AMT:  0.00   TOTAL TAX AMOUNT:  0.00   INTERNET IND:<br>NATIONAL TAX:  0.00   TOTAL FEE AMOUNT:  0.00<br>EXCHG TICKET #:   EXCHG TICKET AMOUNT:  0.00   CURRENCY: | 100.00 | L6 | |
| | | FARE STOP<br>LEG AIRLINES  BASIS OVER DESTINATION CITY  DATE<br>1   CO/Continental  Y  O  IAH/Houston, TX, USA - B  0000<br>  FLIGHT COUPON #  CONJUNCTION TICKET #  DEPARTURE TIME:  ARRIVAL TIME:<br>  0  0000  0000 | | | |
| 11/20 | 11/17 | LITIGATION MANAGEMENT INC 440-4842000 OH<br>REF NO: 24717056321133216318144   AUTH NO: 081182<br><br>CUSTOMER ID   LOCAL TAX  INCL   NAT'L TAX  INCL   OTHER TAX<br>na   .00  2   0.00  0   0.00<br>MERCHANT VAT/GST ID   CUSTOMER VAT/GST ID   SUMM COMM CD<br><br>DISCOUNT   FREIGHT   DUTY   VAT REG #   ORDER DATE<br>0.00   0.00   0.00   00/00/00<br>DESTINATION   CNTRY   SHIP FROM | | 25.00   Vioxx<br>Med Records | |
| 11/20 | 11/17 | CITY OF CC - AVIATION CORPUS CHRSTI TX<br>REF NO: 24323016322116321010861   AUTH NO: 008863 | | ✓ 20.00   Vioxx MDL 1657<br>Gomez | |

Kathryn Snapka Time Submission

March 2007 thru August 2007

Gomez

Exhibit L

Time-Accepted
Held Cost- Accepted

## Report of Vioxx Hours

Individual Name: Kathryn Snapka - Alicia Gomez     For the Month of: March thru August 2007

| Date (MM/DD/YY) | Hours | Location | Description of Work | Case Assessment Development and Administration (hours) | Pre-Trial Pleadings and Motions (hours) | Discovery (hours) | Trial Preparation and Trial (hours) | Appeal (hours) | Settlement (hours) | Total Hours by Individual - DO NOT ENTER CALCULATED FIELD | Check figure MUST be zero |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/5/2007 | 0.25 | CC, Tx | Receipt and review of copy of letter from Zollie Steakley regarding deficiencies. | - | 0.25 | - | - | - | - | 0.25 | |
| 7/7/2007 | 1.50 | CC, Tx | Receipt and review of Judge Fallon's Order denying Merck's Motion for Summary Judgment. | - | 1.50 | - | - | - | - | 1.50 | |
| 8/9/2007 | | New Orleans | Attendance at hearing on Merck's Motion to Alter or Amend the Court's July 3, 2007 Order Denying Merck's Motion for Summary Judgment??????? | - | - | - | - | - | - | - | |
| 8/14/2007 | 1.00 | CC, Tx | Receipt and review of Motion for Leave of Court to File Notice of Supplmenetal Authority regarding Merck's Motion and Memorandum to Alter or Amend the | - | 1.00 | - | - | - | - | 1.00 | |
| | - | | | - | - | - | - | - | - | - | |
| | | | | - | - | - | - | - | - | - | |
| | - | | | - | - | - | - | - | - | - | |
| | | | | - | - | - | - | - | - | - | |
| | - | | | - | - | - | - | - | - | - | |
| | | | | - | - | - | - | - | - | - | |
| | - | | | - | - | - | - | - | - | - | |
| | | | | - | - | - | - | - | - | - | |
| Total Hours | 2.75 | | | - | 2.75 | - | - | - | - | 2.75 | |

Verification: By signing this document, I hereby verify that the information contained in this document is true and correct.

Signed: _[signature]_
Date: 6/30-08

Exhibit L

Time-Accepted
Held Cost- Accepted

**Reporting Period:**
From: Jan 1, 2007
To: Dec. 31, 2007

Firm Name: <u>THE SNAPKA LAW FIRM</u>

CASE NAME: <u>Gomez, Alicia</u>

| MDL 1657 - VIOXX PRODUCTS LIABILITY LITIGATION COMMON HELD COSTS AND EXPENSES ||
|---|---|
| **CLIENT COSTS/EXPENSES** | **TOTAL** |
| Telefax charges | |
| Postage, shipping courier, certified mail | |
| Printing and photocopying (in-house) | |
| Computerized research - Lexis/Westlaw | |
| Telephone - long distance (actual charges only) | |
| Travel | $409.60 |
| Secretarial and clerical overtime | |
| Experts and consultants | |
| Depositions and court costs | |
| **TOTAL COSTS** | $409.60 |

*Please attach documentation for each expense reported.

I certify that these expenses are properly documented, complete and accurate and have been incurred for the common benefit.

_____   11-25-08
Signature                          Date

Exhibit L

| Period: January 1 - December 31, 2007 | | **GOMEZ, ALICIA** 2007 Costs Expenses | | | The Snapka Law Firm |
|---|---|---|---|---|---|

| TITLE OF EXPENSE | DATE | PROVIDER | DESCRIPTION | AMOUNT | OUTSTANDING |
|---|---|---|---|---|---|
| Te   Charges | | | | | |
| **Telerax Charges Total** | | | | $ - | $0.00 |
| Postage, Shipping Courier, Certified Mail | | | | | |
| **Postage, Shipping Courier,** | | | | $ - | $0.00 |
| Printing and Photocopying | | | | | |
| **Printing and Photocopying** | | | | $ - | $0.00 |
| Computerized Research | | | | | |
| **Computerized Research Total** | | | | $ - | $0.00 |
| Telephone - Long Distance | | | | | |
| **Telephone - Long Distance** | | | | $ - | $0.00 |
| Travel | 08/08/07 | Southwest Airlines | Kathryn Snapka, attorney -- airline ticket to New Orleans to attend hearing - re: Merck's motion to alter or amend court's July 3, 2007 order | $ 398.60 | |
| Travel | 08/09/07 | City of CC - Aviation | Kathryn Snapka, attorney -- airport parking while on trip to New Orleans to attend hearing - re: Merck's motion to alter or amend court's July 3, 2007 order | $ 11.00 | |
| **Travel Total** | | | | $ 409.60 | $0.00 |
| Depositions | | | | | |
| **Depositions Total** | | | | $ - | $0.00 |
| Court Costs | | | | | |
| **Court Costs Total** | | | | $ - | $0.00 |
| **Grand Total** | | | | $ 409.60 | $0.00 |

1

Exhibit L

## Commercial Card Statement — JPMorganChase

| ACCOUNT NUMBER | BILLING DATE | DUE DATE | NEW BALANCE | ENTER PAYMENT AMT |
|---|---|---|---|---|
| 4788 2200 0051 2677 | 09/05/07 | 10/01/07 | 4,985.22 | |

KATHRYN SNAPKA
LAW OFFICES OF KATHRYN SNAPKA
PO BOX 23017
CORPUS CHRISTI TX  78403-3017

Snapka & Turman  3591

*Re: Alicia Gomez*

SEP 10 2007 RCV'D

Please make check payable to:

COMMERCIAL CARD SOLUTIONS
P.O. BOX 4471
CAROL STREAM IL 60197-4471

4788220000512677000004985220000000199407

Please detach here and send top portion with payment in enclosed envelope.

ACCOUNT NO. 4788 2200 0051 2677    BILLING DATE: 09/05/07    DUE DATE: 10/01/07    CREDIT LIMIT: 50,000.00    AVAILABLE CREDIT: 45,014.78

### ACCOUNT SUMMARY

| Previous Balance | (-) Payments, Credits | (+) Charges, Cash Debits | (+) Finance Charges | (+) Fees | (=) New Balance | Payment Due |
|---|---|---|---|---|---|---|
| 3,419.09 | 3,419.09- | 4,985.22 | 0.00 | 0.00 | 4,985.22 | 199.40 |

CURRENT TRANSACTIONS ( - OUTSTANDING DISPUTES )  199.40  +  PAST DUE AMOUNT  0.00  =  TOTAL  199.40

| POST | TRAN | TRANSACTION DETAIL | CHARGES | CREDITS | NOTES |
|---|---|---|---|---|---|
| 8/09 | 08/08 | MH SW ROI 713-456-4591 TX<br>REF NO: 24055247221207355500054   AUTH NO: 084278<br>CUSTOMER ID   LOCAL TAX  INCL   NAT'L TAX  INCL   OTHER TAX<br>              .00       2     0.00       0      0.00<br>MERCHANT VAT/GST ID   CUSTOMER VAT/GST ID   SUMM COMM CD<br>DISCOUNT   FREIGHT   DUTY   VAT REG #   ORDER DATE<br>  0.00      0.00     0.00               00/00/00<br>DESTINATION   CNTRY   SHIP FROM<br>000000000     USA     77074 | 206.65 | | *pirn* |
| 08/10 | 08/08 | SOUTHWESTAIR5262328210081 DALLAS TX<br>REF NO: 24792627221624987576214   AUTH NO: 001360<br>DEPARTURE DATE: 08/08/07   PASSENGER NAME: SNAPKA/KATHRYN   TICKET ISSUED: 00/00/00<br>TRAVEL AGENCY CODE:        TRAVEL AGENCY NAME:<br>TICKET: 5262328210081  RESTRICTED:   ORIGINATION CITY: CRP/Corpus Christi, TX, USA -<br>TOTAL FARE AMT:       0.00   TOTAL TAX AMOUNT:     0.00   INTERNET IND:<br>NATIONAL TAX:         0.00   TOTAL FEE AMOUNT:     0.00<br>EXCHG TICKET #:              EXCHG TICKET AMOUNT:  0.00   CURRENCY:<br>                      FARE    STOP<br>LEG  AIRLINES       BASIS   OVER  DESTINATION CITY            DATE<br> 1   WN/Southwest   Y       O     HOU/Houston, TX, USA - W    0000<br>     FLIGHT.COUPON #   CONJUNCTION TICKET #   DEPARTURE TIME:   ARRIVAL TIME:<br>     0                                       0000              0000 | ✓ 398.60 | | *Alicia Gomez #05-2208* |

| | AVERAGE DAILY BALANCE | MONTHLY PERIODIC RATE | ANNUAL PERCENTAGE RATE | NUMBER OF DAYS IN THIS BILLING CYCLE | NEW CASH ADVANCES | CASH ADVANCE FEE |
|---|---|---|---|---|---|---|
| PURCHASES: | 6,915.74 | 0.0000 % | 0.00% | 30 | 0.00 | 0.00 |
| CASH ADVANCES: | 0.00 | 0.0000 % | 0.00% | | | |

Payments or credits received after billing date above will appear on next month's statement.

FOR INQUIRIES ABOUT YOUR ACCOUNT, PLEASE CALL 1-800-270-7760 OR WRITE US: COMMERCIAL CARD SOLUTIONS, PO BOX 57510, SALT LAKE CITY, UTAH 84157-0510.

Do not deduct any amount that is showing in dispute on your statement, this amount has already been deducted from the amount due.
Please see reverse side for important information regarding certain types of charges or disputed charges.

Page 1 of 4

Exhibit L  Pg 1 of 2

**Commercial Card Statement**                                                                 **JPMorganChase**

| POST | TRAN | TRANSACTION DETAIL | CHARGES | CREDITS | NOTES |
|------|------|--------------------|---------|---------|-------|
|      |      | 2  WN/Southwest         Y   . X   MSY/New Orleans, LA, USA      0000 |  |  |  |
|      |      |     FLIGHT COUPON #  CONJUNCTION TICKET #  DEPARTURE TIME:     ARRIVAL TIME: |  |  |  |
|      |      |         0                                      0000                      0000 |  |  |  |
|      |      | 3  WN/Southwest         Y    O    HOU/Houston, TX, USA - W    0000 |  |  |  |
|      |      |     FLIGHT COUPON #  CONJUNCTION TICKET #  DEPARTURE TIME:     ARRIVAL TIME: |  |  |  |
|      |      |         0                                      0000                      0000 |  |  |  |
|      |      | 4  WN/Southwest         Y    X    CRP/Corpus Christi, TX,     0000 |  |  |  |
|      |      |     FLIGHT COUPON #  CONJUNCTION TICKET #  DEPARTURE TIME:     ARRIVAL TIME: |  |  |  |
|      |      |         0                                      0000                      0000 |  |  |  |
| 08/13 | 08/10 | SOUTHWESTAIR5262328790198 DALLAS TX | 10.00 (firm expense) |  |  |
|      |      | REF NO: 24792627223624991362617      AUTH NO: 022632 |  |  |  |
|      |      | DEPARTURE DATE: 08/15/07   PASSENGER NAME: SNAPKA/KATHRYN    TICKET ISSUED: 00/00/00 |  |  |  |
|      |      | TRAVEL AGENCY CODE:            TRAVEL AGENCY NAME: |  |  |  |
|      |      | TICKET: 5262328790198   RESTRICTED:   ORIGINATION CITY: CRP/Corpus Christi, TX, USA - |  |  |  |
|      |      | TOTAL FARE AMT:       0.00   TOTAL TAX AMOUNT:       0.00   INTERNET IND: |  |  |  |
|      |      | NATIONAL TAX:         0.00   TOTAL FEE AMOUNT:       0.00 |  |  |  |
|      |      | EXCHG TICKET #:              EXCHG TICKET AMOUNT:    0.00   CURRENCY: |  |  |  |
|      |      |                                FARE   STOP |  |  |  |
|      |      | LEG  AIRLINES                  BASIS  OVER  DESTINATION CITY         DATE |  |  |  |
|      |      | 1   WN/Southwest                K     O     HOU/Houston, TX, USA - W  0000 |  |  |  |
|      |      |     FLIGHT COUPON #  CONJUNCTION TICKET #  DEPARTURE TIME:     ARRIVAL TIME: |  |  |  |
|      |      |         0                                      0000                      0000 |  |  |  |
|      |      | 2   WN/Southwest                K     X     LAX/Los Angeles, CA, USA   0000 |  |  |  |
|      |      |     FLIGHT COUPON #  CONJUNCTION TICKET #  DEPARTURE TIME:     ARRIVAL TIME: |  |  |  |
|      |      |         0                                      0000                      0000 |  |  |  |
|      |      | 3   WN/Southwest                K     O     HOU/Houston, TX, USA - W    0000 |  |  |  |
|      |      |     FLIGHT COUPON #  CONJUNCTION TICKET #  DEPARTURE TIME:     ARRIVAL TIME: |  |  |  |
|      |      |         0                                      0000                      0000 |  |  |  |
|      |      | 4   WN/Southwest                K     X     CRP/Corpus Christi, TX,    0000 |  |  |  |
|      |      |     FLIGHT COUPON #  CONJUNCTION TICKET #  DEPARTURE TIME:     ARRIVAL TIME: |  |  |  |
|      |      |         0                                      0000                      0000 |  |  |  |
| 08/13 | 08/12 | FEDEX SHP 08/08/07 AB# 860-286304984 TN | 27.59 firm |  |  |
|      |      | REF NO: 24761977224070224874710   AUTH NO: 002132 |  |  |  |
|      |      | CUSTOMER ID            LOCAL TAX    INCL    NAT'L TAX    INCL    OTHER TAX |  |  |  |
|      |      |                         .00          2       0.00        0        0.00 |  |  |  |
|      |      | MERCHANT VAT/GST ID   CUSTOMER VAT/GST ID    SUMM COMM CD |  |  |  |
|      |      | DISCOUNT    FREIGHT    DUTY    VAT REG #    ORDER DATE |  |  |  |
|      |      | 0.00        0.00       0.00                  00/00/00 |  |  |  |
|      |      | DESTINATION   CNTRY    SHIP FROM |  |  |  |
|      |      |               USA |  |  |  |
| 08/13 | 08/09 | CITY OF CC - AVIATION 1111111111 TX | 11.00 | | A. Gomez Zajicek # 03-1960 |
|      |      | REF NO: 24323017222116221010325   AUTH NO: 032506 |  |  |  |
|      |      | CUSTOMER ID            LOCAL TAX    INCL    NAT'L TAX    INCL    OTHER TAX |  |  |  |
|      |      |                         .00          0       0.00        0        0.00 |  |  |  |
|      |      | MERCHANT VAT/GST ID   CUSTOMER VAT/GST ID    SUMM COMM CD |  |  |  |
|      |      | DISCOUNT    FREIGHT    DUTY    VAT REG #    ORDER DATE |  |  |  |
|      |      | 0.00        0.00       0.00                  00/00/00 |  |  |  |
|      |      | DESTINATION   CNTRY    SHIP FROM |  |  |  |
|      |      |               USA |  |  |  |
| 08/16 | 08/14 | CONTINENTAL 0052152053319 HOUSTON TX | 915.60 | | Zajicek # 03-1960 |
|      |      | REF NO: 24792627227655227159779   AUTH NO: 026232 |  |  |  |
|      |      | DEPARTURE DATE: 08/15/07   PASSENGER NAME: SNAPKA/KATHRYNMS    TICKET ISSUED: 00/00/00 |  |  |  |
|      |      | TRAVEL AGENCY CODE:            TRAVEL AGENCY NAME: |  |  |  |
|      |      | TICKET: 0052152053319   RESTRICTED:    ORIGINATION CITY: CRP/Corpus Christi, TX, USA - |  |  |  |
|      |      | TOTAL FARE AMT:       0.00   TOTAL TAX AMOUNT:       0.00   INTERNET IND: |  |  |  |
|      |      | NATIONAL TAX:         0.00   TOTAL FEE AMOUNT:       0.00 |  |  |  |
|      |      | EXCHG TICKET #:              EXCHG TICKET AMOUNT:    0.00   CURRENCY: |  |  |  |
|      |      |                                FARE   STOP |  |  |  |
|      |      | LEG  AIRLINES                  BASIS  OVER  DESTINATION CITY         DATE |  |  |  |
|      |      | 1    CO/Continental              B          IAH/Houston, TX, USA - B   0000 |  |  |  |
|      |      |     FLIGHT COUPON #  CONJUNCTION TICKET #  DEPARTURE TIME:     ARRIVAL TIME: |  |  |  |
|      |      |         0                                      0000                      0000 |  |  |  |