UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L |
| THIS DOCUMENT RELATES TO:<br>*Chambers, et al. v. Merck & Co. Inc. et.<br>Al., 2:05-cv-01997-EEF-DEK (Plaintiff<br>Samuel Perry)* | JUDGE FALLON<br><br>MAG. JUDGE KNOWLES |

## ORDER

AND NOW, this 26th day of May, 2011, upon consideration of the MOTION TO AMEND COMPLAINT AND SUBSTITUTE PROPER PLAINTIFF, IT IS HEREBY ORDERED that this motion with respect to the instant matter is

GRANTED.

BY THE COURT:

*Eldon E. Fallon*
Eldon E. Fallon, U.S.D.J.