# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Mosby v. Merck & Co., Inc.*, 2:08-cv-00170-EEF-DEK | * | |
| | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

Merck & Co., Inc.'s Motion and Rule to Show Cause Why Case Should Not Be Dismissed With Prejudice (R.Doc. 62928) seeks dismissal of plaintiff's claims for failure to substitute a proper party within 90 days of a suggestion of death being made. In response to the motion, a motion to substitute was filed and the Court entered an Order substituting Betty D. Mosby as the proper party and plaintiff for her deceased mother (R.Doc. 62972). Accordingly,

**IT IS ORDERED** that Merck & Co., Inc.'s Motion and Rule to Show Cause Why Case Should Not Be Dismissed With Prejudice (R.Doc. 62928) be and it hereby is denied as moot.

**NEW ORLEANS, LOUISIANA**, this  31st  day of    May   , 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1057760v.1