UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Chambers, et al. v. Merck & Co. Inc., et al.*, 2:05-cv-01997-EEF-DEK (Plaintiff Samuel Perry) | * | |
| | * | |
| | * | |
| | * | |

**********************************************************************

## ORDER

Merck & Co., Inc.'s Motion and Rule to Show Cause Why Case Should Not Be Dismissed With Prejudice (R.Doc. 62927) seeks dismissal of plaintiff's claims for failure to substitute a proper party within 90 days of a suggestion of death being made. In response to the motion, a motion to substitute was filed and the Court entered an Order substituting Doris Perry as the proper party and plaintiff for the decedent. Accordingly,

**IT IS ORDERED** that Merck & Co., Inc.'s Motion and Rule to Show Cause Why Case Should Not Be Dismissed With Prejudice (R.Doc. 62927) be and it hereby is denied as moot.

**NEW ORLEANS, LOUISIANA**, this   31st   day of     May     , 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1057770v.1