AVRUM LEVICOFF†
ALAN T. SILKO
ELIZABETH E. DEEMER‡
EDWARD I. LEVICOFF
JONATHAN G. PRESTON✧‡
DENISE R. ABBOTT†
JULIE A. BRENNAN†
CHRISTOPHER T. SASADA
MARTY BROWN HOWARTH†
MELISSA A. WALLS
LAUREN M. DESPOT†
TIMOTHY M. MAZZOCCA

†Admitted in West Virginia
‡Admitted in Ohio
✧Admitted in New Jersey



LEVICOFF, SILKO & DEEMER, P.C.
ATTORNEYS AT LAW

Centre City Tower
Suite 1900
650 Smithfield Street
Pittsburgh, Pennsylvania 15222

Telephone (412) 434-5200
Facsimile (412) 434-5203
www.LSandD.net

May 27, 2011

*ALevicoff@LSandD.net*

Carolyn Stewart
United States District Court for the
  Eastern District of Louisiana
500 Poydras Street, Room C-456
New Orleans, LA  70130

      RE:      **ATTORNEY FEE LIEN CLAIM OF TERESA TORISEVA, ESQUIRE**
                  **VIOXX PRODUCTS LIABILITY LITIGATION MATTER**
      MDL NO.:     1657
      OUR FILE NO.:  02551.999

Dear Ms. Stewart:

    I am forwarding herewith the original of Teresa Toriseva's *Response to Motion for Entry of an Order Denying Teresa Toriseva's Attorneys' Fee Lien Claim* for filing with the Court in the above referenced matter MDL matter.  By copy of this correspondence all counsel of record related to this fee lien claim have been served with the same.

    If you have any questions or require any additional information please feel free to contact me at your convenience.

                                    Very truly yours,

                                    AVRUM LEVICOFF

AL/eak
Enclosure
    c:     Patrick Juneau, Special Master – w/enclosure
           Barry Hill, Esquire – w/enclosure
           Sol Weiss, Esquire – w/enclosure
           D. Andrew List, Esquire – w/enclosure
           James Peterson, Esquire – w/enclosure

{L0409046.1 }

**LEVICOFF, SILKO & DEEMER, P.C.**
ATTORNEYS AT LAW
SUITE 1900 CENTRE CITY TOWER
650 SMITHFIELD STREET
PITTSBURGH, PENNSYLVANIA 15222-3911

7013 0830 3973 0025

Carolyn Stewart
United States District Court for the
Eastern District of Louisiana
500 Poydras Street, Room C-456
New Orleans, LA 70130

02 1P
0002657184  $000.64⁰
MAILED FROM ZIP CODE
MAY 27 2011
PITNEY BOWES