AVRUM LEVICOFF†
ALAN T. SILKO
ELIZABETH E. DEEMER‡
EDWARD I. LEVICOFF
R. BRANDON McCULLOUGH
JONATHAN G. PRESTON◇
DENISE R. ABBOTT†
JOHN R. SEEDS‡
JULIE A. BRENNAN†
JENNIFER L. WEBSTER

† Admitted in West Virginia
‡ Admitted in Ohio
◇ Admitted in New Jersey



## LEVICOFF, SILKO & DEEMER, P.C.
### ATTORNEYS AT LAW

Centre City Tower
Suite 1900
650 Smithfield Street
Pittsburgh, Pennsylvania 15222

Telephone (412) 434-5200
Facsimile (412) 434-5203
www.LSandD.net

November 19, 2010

*ALevicoff@LSandD.net*

Carolyn Stewart
United States District Court for the
 Eastern District of Louisiana
500 Poydras Street, Room C-456
New Orleans, LA  70130

|  |  |
|---|---|
| RE: | VIOXX PRODUCTS LIABILITY LITIGATION MATTER |
| MDL NO.: | 1657 |
| OUR FILE NO.: | 02551/999 |

Dear Ms. Stewart:

In accordance with the Special Master's Report and Recommendation filed with the Court on November 12, 2010 in the above referenced matter, I am enclosing herewith a check in the amount of $500.00 made payable to the Clerk to cover the cost of sanctions imposed.

If you have any questions or require any additional information please feel free to contact me at your convenience.

Very truly yours,

AVRUM LEVICOFF

AL/eab
Enclosure

{L0377927.1}





LEVICOFF, SILKO & DEEMER, P.C. / GENERAL ACCOUNT  9012

Clerk, United States District Court                              11/19/2010
570 · Client Expenses            999/02551 - sanctions                        500.00

Citizens - General Acc   999/02551                                            500.00

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

MDL NO. 1657

IN RE: VIOXX
      PRODUCTS LIABILITY LITIGATION      SECTION: L

JUDGE FALLON

MAG. JUDGE KNOWLES

This Document Relates To:

**Attorney Fee Lien Claim of
Teresa Toriseva, Esquire**

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2011, I served a true and correct copy of the foregoing **Response To Motion For Entry Of An Order Denying Teresa Toriseva's Attorneys' Fee Lien Claim** to the following counsel via first class, U.S. Mail:

James Peterson, Esquire
Hill, Perterson, Carper, Bee & Deitzler
NorthGate Business Park
500 Tracy Way
Charleston, WV 25331

Barry Hill, Esquire
Anapol Schwartz
89 12th Street
Wheeling, WV 26003

D. Andrew List, Esquire
Clark Perdue
471 East Broad Street, Suite 1550
Columbus, OH 43215

Sol Weiss, Esquire
Anapol Schwartz
1710 Spruce Street
Philadelphia, PA 19103

Special Master, Patrick A. Juneau
Juneau David, APLC
1018 Harding Street, Suite 202
Lafayette, LA 70503