# United States District Court
## Eastern District of Louisiana

| | | |
|---|---|---|
| In Re: Vioxx | * | Case No: 208 CV 01422 |
| Products Liability Litigation | * | MDL Docket No. 1657 |
| Emmanuel Iwobi | * | Judge Fallon |
| Plaintiff | * | Magistrate Judge |
| Pro Se | * | Knowles |
| V. | * | |
| Merck & Co., INC | * | |
| Defendant | * | |

## Motion For Reconsideration

### To Honorable Court, Judge Fallon:

I come before your court and pray that you reconsider my request and reopen the above mentioned cause of action against the defendant which was dismissed with prejudice due to my attorney's failure to prosecute. I also request your court to grant me Pro Se.

1. My case has merit.
2. Copies of all my medical files indicating use of Vioxx as far back as 1999 to 2003, as well as evidence of injury was made available to my attorney.
3. My attorney, **Mr. Tekenari Wariboko**, assured me that my case was on the right course.
4. I have not been able to contact **Mr. Wariboko** for over a year.
5. I recently found out that my case was dismissed on February 2009 and **Mr. Wariboko** was disbarred by the State of Texas Bar Association as of February 2010.

I ask that your court not punish me for the misconduct of my former attorney. I pray my case be reopened and trialed on its merit.

Dated_____2010

Respectfully Submitted:

EMMANUEL IWOBI

22802 Willhanna Drive

Katy, TX 77449

713/398-8001

Cajun_Tony@hotmail.com