"EXHIBIT I"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                : MDL NO. 1657
     PRODUCTS LIABILITY LITIGATION   : SECTION: L
                                            :
                                            : JUDGE FALLON
                                            : MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO: *Emmanual Iwobi et al v. Merck & Co Inc.*, 08-cv-1422

### ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Emmanual Iwobi. Mr. Iwobi's claim was dismissed with prejudice by this Court on February 3, 2009. Mr. Iwobi has informed the Court that he was not notified of the motion to dismiss by his attorney and that his attorney has since been disbarred in Texas. Mr. Iwobi seeks reinstatement of his case. IT IS ORDERED that the attached correspondence be entered into the record. In addition, a copy of the correspondence shall be forwarded to the Claims Administrator and to liaison counsel. IT IS FURTHER ORDERED that Plaintiff's Liason Counsel review this matter and take any action they deem necessary.

New Orleans, Louisiana, this 28th day of April, 2010.

                                                UNITED STATES DISTRICT JUDGE

Clerk to Serve:
    Mr. Russ Herman                     Emmanual Iwobi
    Plaintiff's Liaison Counsel       22802 Willhanna Dr.
    Herman, Herman Katz & Cotlar, LLP  Katy, TX 77449
    820 O'Keefe Ave.
    New Orleans, LA 70113

1

"EXHIBIT I"

| | |
|---|---|
| Mr. Phillip Wittmann<br>Stone Pigman Walter Wittmann, LLC<br>546 Carondelet Street<br>New Orleans, LA 70130 | Vioxx Pro Se Curator<br>400 Poydras Street<br>Suite 2450<br>New Orleans, LA 70130 |

# HERMAN, HERMAN, KATZ & COTLAR
L.L.P.
Attorneys at Law

820 O'KEEFE AVENUE, NEW ORLEANS, LOUISIANA 70113-1116
TELEPHONE: (504) 581-4892    FACSIMILE: (504) 561-6024
HTTP://WWW.HHKC.COM

Harry Herman (1914-1987)
Russ M. Herman*
Maury A. Herman*
Morton H. Katz*
Sidney A. Cotlar*
Steven J. Lane
Leonard A. Davis*
James C. Klick†

Stephen J. Herman
Brian D. Katz
Soren E. Gisleson

Joseph E. Cain
Jennifer J. Greene‡
John S. Creevy
Jeremy S. Epstein†
Edmond H. Knoll
Joseph A. Kott, M.D. J.D. (Of Counsel)

Offices in New Orleans and Covington, Louisiana

* A Professional Law Corporation
† Also Admitted in Texas
‡ Also Admitted in Arkansas

This Firm and its Partners Are Also Partners in Herman Gerel, LLP (Formerly Herman, Mathis, Casey, Kitchens & Gerel, LLP)

May 6, 2010

**VIA E-MAIL ONLY**

Emmanuel T. Iwobi
22802 Willhanna Drive
Katy, TX 77449
Cajun_Tony@hotmail.com

Re:    *In re: Vioxx Products Liability Litigation*
       **MDL 1657**

Dear Mr. Iwobi:

This letter confirms our telephone conversation of today and yesterday. I informed you that our office was appointed as Plaintiffs' Liaison Counsel, by Judge Eldon Fallon, United States District Court Judge, Eastern District of Louisiana, and we have been requested to review your matter and take any action we deem necessary pursuant to an Order dated April 28, 2010 [Doc. 40840]. Pursuant to that Order, I contacted you yesterday and discussed with you your Motion for Reconsideration that was filed with the Court on March 29, 2010. I informed you that I would have further discussions with counsel for defendant, Merck & Co., Inc., and would be reporting back to Judge Fallon.

I have advised you that our office does not represent you. At this time, you informed me that you are not represented by counsel. I strongly recommended that you retain counsel or, alternatively, should you desire to proceed *pro se* as a litigant MDL 1657, that you may seek the assistance of the *pro se* curator appointed by the Court. Our office will not be handling your particular matter and we will not be performing any work on your behalf. We will be performing our duties as Plaintiffs' Liaison Counsel pursuant to Pre-Trial Order No. 2 entered by the Court on February 28, 2005.

In accordance with your directive earlier today, I am forwarding to Doug Marvin, counsel for Merck & Co., Inc., a copy of the medical records that you provided on May 6, 2010 (copy



May 6, 2010
Page 2

enclosed). You informed me that these records only represent a portion of your medical records relating to use of Vioxx and the injuries that you claim in this matter. Specifically, you have advised that you suffered heart injury and have had a pace maker inserted. I offered no opinion or advice regarding the medical records.

You asked me for the contact information for the Court appointed curator. Please feel free to contact Robert M. Johnston at Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, LA 70130, PH: (504) 561-7799, Fax: (504) 587-3794, E-mail: rmj@ahhclaw.com.

I have reported both to Merck and the Court information that I have obtained regarding your former attorney, Tekenari A. Wariboko, including information obtained from the State Bar of Texas regarding his disbarment of February 10, 2010. At this time, the Court has not ruled upon your Motion for Reconsideration. Pursuant to your request, I am advising the Court that we have communicated and that you have asked to receive notice in the event the Court takes action on your motion.

Finally, I wanted to advise you that you may want to keep track of what is happening in MDL 1657. You should feel free to visit the Court's website located at www.vioxx.laed.uscourts.gov. The Court routinely posts updates and you will be able to view monthly submissions of Joint Reports, status conference transcripts, court orders, etc.

Sincerely,

LEONARD A. DAVIS

LAD:lmf
Enclosures
cc: Doug Marvin, Esq.
    Russ M. Herman, Esq.
    Robert M. Johnston, Esq.
    Honorable Eldon E. Fallon, Esq.

I:\ProLaw Temp Documents\Vioxx\Cor\LTR Iwobi, Emmanuel 2010-5-6.wpd

