**United States District Court**
**Eastern District of Louisiana**

| | | |
|---|---|---|
| In Re: Vioxx | * | Case No: 208 CV 01422 |
| Products Liability Litigation | * | MDL Docket No. 1657 |
| Emmanuel Iwobi | * | Judge Fallon |
| Plaintiff | * | Magistrate Judge |
| Pro Se | * | Knowles |
| V. | * | |
| Merck & Co., INC | * | |
| Defendant | * | |

## Order Granting Motion for Reconsideration

Upon consideration of the Plaintiff, Emmanuel Iwobi's motion to reconsider the order dismissing his case with prejudice for lack of prosecution based on the information and findings of the court regarding the misconduct and disbarment of Mr. Iwobi's former attorney, **Mr. Tekenari Wariboko** from the State of Texas Bar Association; also based on the medical records which show injury as evidence in support of Vioxx use (see attached Exhibit 1, court order dated April 28$^h$ 2010 and Exhibit 2, letter from Plaintiffs' liaison counsel dated May 6th 2010).

It appears that the Plaintiff Emmanuel Iwobi's case is not egregious. Therefore, IT IS HEREBY ORDERED that the motion for reconsideration be granted and the case reinstated. IT IS FURTHER ORDERED that the court clerk's office docket this record forthwith.

Dated this _____ day of June, 2011

Hon. Judge Fallon

Respectfully Submitted:

Plaintiffs' Liaison Counsel
Russ M. Herman
Herman, Herman, Katz & Cotler
820 O'Keefe Avenue
New Orleans, LA 70113

Emmanuel Iwobi, Pro Se
22802 Willhanna Drive
Katy, TX 77449
713-398-8001
Cajun_Tony@hotmail.com

TENDERED FOR FILING

MAY 31 2011

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Douglas R. Marvin (Lead Counsel)
Williams & Connolly, LLP.
725 Twelfth St., NW
Washington, DC 2005