UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 1657 <br><br> Section: L <br><br> Judge Fallon <br> Magistrate Judge Knowles |
| THIS RELATES TO: <br><br> Attorney Fee Lien Claim of <br> Gary L. Eubanks, Esq. <br><br> (Document Records 35096, 55586, 61143, 63001) | | |

### MOTION FOR ENTRY OF AN ORDER ADOPTING THE NOVEMBER 12, 2010 REPORT & RECOMMENDATION OF SPECIAL MASTER JUNEAU AND GRANTING GARY L. EUBANKS' ATTORNEY FEE LIEN CLAIM FOR THE ADDITIONAL REASON THAT ENTRY OF THE ORDER SHOULD BE DEEMED UNOPPOSED

Gary Holt & Associates, P.A. f/k/a/ Gary Eubanks & Associates, P.A. hereby move the Court to enter the proposed order and judgment tendered with this motion for the reasons set out in the memorandum in support of this motion filed contemporaneously herewith.

Respectfully submitted,

GARY HOLT & ASSOCIATES, P.A.
 f/k/a Gary Eubanks & Associates, P.A.
P.O. Box 3887
Little Rock, Arkansas 72203-3887
Telephone:    (501) 372-0266
Facsimile:    (501) 372-2249
Email 1:      holtg@garyholtlaw.com
Email 2:      walasb@garyholtlaw.com
Email 3:      eubanksg@garyholtlaw.com

BY: _/s/ B—W_____
William Gary Holt, Ark. #81090
Breean Walas, Ark. #2006077
Gary L. Eubanks, Ark. #60014

1

## CERTIFICATE OF SERVICE

I, Breean Walas, hereby certify that on June 1, 2011:

(1) the above Motion for Entry of an Order Adopting the November 12, 2010 Report & Recommendation of Special Master Juneau and Granting Gary L. Eubanks' Attorney Fee Lien Claim for the Additional Reason that Entry of the Order Should be Deemed Unopposed,
(2) the Memorandum in Support of the above Motion,
(3) the proposed Order,
(4) the proposed Judgment,
(5) the notice of hearing of the above motion, and
(6) the request for oral argument of the above motion

were electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing in accordance with the procedure establishing in the MDL No. 1657; were served on Liaison Counsel, Russ Hermann and Phillip Wittmann, and Bob Stephens' counsel, Glenn Thames, Jr., by U.S. Mail and email, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8; and were served by email on the Claims Administrator, Orran Brown (obrown@browngreer.com) and Jennifer Goodwin (jgoodwin@browngreer.com) and by U.S. Mail on Special Master Patrick A. Juneau.

_/s/ Breean Walas_
Breean Walas