# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) THIS RELATES TO: ) ) Attorney Fee Lien Claim of ) Gary L. Eubanks, Esq. ) ) (Document Records 35096, 55586) ) | MDL NO. 1657<br><br>Section: L<br><br>Judge Fallon<br>Magistrate Judge Knowles |

## NOTICE OF FILING OF TRANSCRIPT OF
## OCTOBER 27, 2010 HEARING BEFORE SPECIAL MASTER JUNEAU

Gary Holt & Associates, P.A. f/k/a/ Gary Eubanks & Associates, P.A. hereby gives notice of the filing of the transcript of the October 27, 2010 hearing before Special Master Patrick A. Juneau in this attorney fees and expenses dispute of Gary L. Eubanks of Gary Holt & Associates, P.A. f/k/a Gary Eubanks & Associates, P.A. and Bob Stephens. A copy of the transcript is attached hereto as Exhibit 1.

Respectfully submitted,

GARY HOLT & ASSOCIATES, P.A.
f/k/a Gary Eubanks & Associates, P.A.
P.O. Box 3887
Little Rock, Arkansas 72203-3887
Telephone: (501) 372-0266
Facsimile: (501) 372-2249
Email 1: holtg@garyholtlaw.com
Email 2: walasb@garyholtlaw.com
Email 3: eubanksg@garyholtlaw.com

BY: /s/ B-- W--
William Gary Holt, Ark. #81090
Breean Walas, Ark. #2006077
Gary L. Eubanks, Ark. #60014


EXHIBIT D

1

## CERTIFICATE OF SERVICE

I, Breean Walas, hereby certify that on this 31st day of May, 2011, the above Notice of Filing of Transcript of October 27, 2010 Hearing Before Special Master Juneau was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing in accordance with the procedure establishing in the MDL No. 1657.

I further certify that the above and foregoing pleading has been served on Liaison Counsel, Russ Hermann and Phillip Wittmann, and Bob Stephens' counsel, Glenn Thames, Jr., by U.S. Mail and email, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8.

A copy of this pleading has also been served by email to the Claims Administrator, Orran Brown (obrown@browngreer.com) and Jennifer Goodwin (jgoodwin@browngreer.com) and by U.S. Mail to Special Master Patrick A. Juneau.

Breean Walas