1

```
             UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA

****************************************************

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION
                              MDL DOCKET NO. 1657
                              SECTION L
                              NEW ORLEANS, LOUISIANA
                              WEDNESDAY, OCTOBER 27, 2010, 9:00 A.M.

THIS DOCUMENT RELATES TO:

BOB STEPHENS, INDIVIDUALLY, AND
AS THE ADMINISTRATOR FOR THE
ESTATE OF JOHNIE STEPHENS,
DECEASED
                              CIVIL ACTION NO:  E.D. LA 06-CV-1678
                                                ARE 4-06-CV-0259 WRW
V

MERCK & CO., INC.

****************************************************

            TRANSCRIPT OF HEARING PROCEEDINGS
     HEARD BEFORE SPECIAL MASTER PATRICK A. JUNEAU
           AT THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA

APPEARANCES:


SPECIAL MASTER:        PATRICK A. JUNEAU
                       THE HARDING CENTER
                       1018 HARDING ST.
                       SUITE 202
                       P. O. DRAWER 51268
                       LAFAYETTE, LA 70505
```

EXHIBIT E

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR BOB STEPHENS:           POTTER MINTON
                                 BY:  E. GLENN THAMES, JR., ESQUIRE
 4                               110 N. COLLEGE, SUITE 500
                                 TYLER TX   75702
 5

 6
     FOR GARY HOLT
 7   & ASSOCIATES, P.A.,
     F/K/A GARY EUBANKS
 8   & ASSOCIATES, P.A.,
     AND GARY L. EUBANKS:        GARY HOLT & ASSOCIATES
 9                               BY:  BREEAN WALAS, ESQUIRE
                                      GARY HOLT, ESQUIRE
10                                    GARY L. EUBANKS, ESQUIRE
                                 708 WEST SECOND STREET
11                               LITTLE ROCK AR   72201

12

13   ALSO PRESENT:               BOB STEPHENS

14

15   OFFICIAL COURT REPORTER:    CATHY PEPPER, CCR, RMR, CRR
                                 CERTIFIED REALTIME REPORTER
16                               500 POYDRAS STREET, ROOM B406
                                 NEW ORLEANS, LOUISIANA 70130
17                               (504) 589-7779
                                 Cathy_Pepper@laed.uscourts.gov
18

19   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER.
20

21

22

23

24

25
```