## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  VIOXX® PRODUCTS<br>      LIABILITY LITIGATION | MDL NO. 1657 |
| | Section:  L |
| | Judge Fallon |
| | Magistrate Judge Knowles |
| THIS RELATES TO: | |
|    Attorney Fee Lien Claim of<br>   Gary L. Eubanks, Esq. | |
| (Document Records 35096, 55586,  61143, 63001) | |

*)* *)* *)* *)* *)* *)* *)* *)* *)* *)* *)* *)* *)*

## ORDER

On March 19, 2010, by Order of this Court, Special Master Patrick A. Juneau was authorized to evaluate the attorneys' fees and expenses lien dispute between the Firm and Stephens and to issue a report and recommendation to the Court.  (Rec. Doc. No. 37739).

On November 12, 2010, Special Master Juneau issued his Report and Recommendation, which found that the Firm was entitled to an attorney's fee of 32% of the amount awarded to Bob Stephens, plus incurred expenses of $834.93, less a deduction for the Common Benefit fee as awarded by the Court.  (Rec. Doc. No. 55586).

On January 31, 2011, the Firm filed and served a Motion for Entry of Order Adopting the Report and Recommendation of Special Master Juneau Regarding Attorney Fees and Expenses Dispute of Gary L. Eubanks and Bob Stephens.   (Rec. Doc. No. 61143).  No opposition to the motion for entry of the order was filed; therefore, the Court deems the motion for entry of an order as unopposed.

1

This Court, having carefully reviewed and considered Special Master Juneau's Report and Recommendation and the balance of the record relating to this fee lien dispute, hereby **accepts and adopts** the Report and Recommendation of the Special Master in its entirety.

The Court hereby **FINDS**:

1.    The Gary Holt & Associates, P.A. f/k/a Gary Eubanks & Associates, P.A. firm duly performed its obligations under the contractual agreement and it was not discharged for cause.

2.    The Gary Holt & Associates, P.A. f/k/a Gary Eubanks & Associates, P.A. firm is entitled to an attorney fee of 32% of the amount awarded to Bob Stephens, less a deduction for the Common Benefit fee as awarded by the Court.

3.    The Gary Holt & Associates, P.A. f/k/a Gary Eubanks & Associates, P.A. firm is entitled to the $834.93 in expenses it incurred on this case.

The Court hereby **ORDERS**:

1.    Judgment should, and separately will be, entered in favor of the Gary Holt & Associates, P.A. f/k/a Gary Eubanks & Associates, P.A. firm on the merits of its attorney's fee lien asserted in the case, *Bob Stephens, Individually, and as the Administrator of the Estate of Johnie Stephens, deceased v. Merck & Co., Inc.*

2.    The Claims Administrator and the Escrow Agent shall disburse and distribute all money currently being withheld in accordance with paragraph 10 of PTO 47A ("Withheld Amount") forthwith to the Gary Holt & Associates, P.A. f/k/a Gary Eubanks & Associates, P.A. firm.

**IT IS FURTHER ORDERED** that the fee lien of the Gary Holt & Associates, P.A. f/k/a Gary Eubanks & Associates, P.A. firm is resolved as of the date of disbursement of the Withheld Amount in accordance herewith.

New Orleans, Louisiana, this _____ day of _____, 2011.


_____

ELDON E. FALLON

UNITED STATES DISTRICT JUDGE

3