UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) THIS RELATES TO: ) ) Attorney Fee Lien Claim of ) Gary L. Eubanks, Esq. ) ) (Document Records 35096, 55586, 61143, 63001) ) | MDL NO. 1657<br><br>Section: L<br><br>Judge Fallon<br>Magistrate Judge Knowles |

## JUDGMENT

Judgment is hereby entered in favor of Gary L. Eubanks and the law firm of Gary Holt & Associates, P.A. f/k/a Gary Eubanks & Associates, P.A. on all claims set forth in its Notice of Attorney's Lien filed herein on March 26, 2009 , its Motion to Enforce Attorney's Lien filed herein on March 27, 2009, and all subsequent pleadings regarding the attorney fee lien dispute in the case of *Bob Stephens, Individually, and as the Administrator of the Estate of Johnie Stephens, deceased v. Merck & Co., Inc.*

New Orleans, Louisiana, this _____ day of _____, 2011.

_____

ELDON E. FALLON

UNITED STATES DISTRICT JUDGE