UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL NO. 1657<br><br>Section: L<br><br>Judge Fallon<br>Magistrate Judge Knowles |
| THIS RELATES TO:<br><br>Attorney Fee Lien Claim of<br>Gary L. Eubanks, Esq.<br><br>(Document Records 35096, 55586, 61143, 63001) | ) ) ) ) ) ) ) | |

### REQUEST FOR ORAL ARGUMENT

In accordance with LR 78.1, the movants request oral argument of the motion, and at the hearing identified below:

**Matter to be Heard:** Motion for Entry of an Order Adopting the November 12, 2010 Report & Recommendation of Special Master Juneau and Granting Gary L. Eubanks' Attorney Fee Lien Claim for the Additional Reason that Entry of the Order Should be Deemed Unopposed.

**Date and time of hearing:** June 22, 2011, at 9:00 am.

**Place of hearing:** United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, Fourth Floor, Courtroom C468.

**Judge:** Eldon E. Fallon

Respectfully submitted,

GARY HOLT & ASSOCIATES, P.A.
 f/k/a Gary Eubanks & Associates, P.A.
P.O. Box 3887
Little Rock, Arkansas 72203-3887
Telephone:   (501) 372-0266
Facsimile:   (501) 372-2249
Email 1:   holtg@garyholtlaw.com
Email 2:   walasb@garyholtlaw.com

                                      Email 3:       eubanksg@garyholtlaw.com

BY: _____

           William Gary Holt, Ark. #81090
           Breean Walas, Ark. #2006077
           Gary L. Eubanks, Ark. #60014