UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | |
| | : | JUDGE FALLON |
| | : | |
| | : | MAGISTRATE JUDGE KNOWLES |

This document relates to:

## MOTION FOR DEPOSITION OF THE CLAIMS ADMINISTRATOR PURSUANT TO ORDER SETTING PROCEDURE FOR ACCESS TO VIOXX RESOLUTION PROGRAM INFORMATION

COME NOW, Turner Branch and the Branch Law Firm, by and through undersigned counsel and hereby request the deposition of the Vioxx Claims Administrator in accordance with the Court's Order Setting the Procedure for Access to Vioxx Resolution Program Information dated May 11, 2011. In support of this Motion, Turner Branch and the Branch Law Firm (hereinafter "BLF") state as follows:

1. BLF represented the Estate of Willie S. Clay (the "Estate") in the above captioned Vioxx Products Liability Litigation (the "Vioxx Litigation"). The Personal Representative of the Estate for purposes of the Vioxx Litigation was Altina Pouncil. At the request of Ms. Pouncil, the Estate was enrolled into the Vioxx Master Settlement Agreement.

2. At Ms. Pouncil's direction, BLF shepherded the Estate's claim through the Vioxx Settlement Agreement process with the Vioxx Master Settlement Agreement Claims Administrator, BrownGreer PLC (the "Claims Administrator").

3. On September 18, 2008, BLF submitted the Claims Form required by the Vioxx Master Settlement Agreement.

4. The Claims Administrator issued a "Notice of Ineligibility" on March 3, 2009 citing failure of the primary and secondary injury gates.

5. In April 2009, at Ms. Pouncil's direction, BLF submitted a revised Claims Form and additional claims package materials, including medical records.

6. On May 6, 2009, the Claims Administrator issued a "Notice of Ineligibility After Receipt of Additional Claims Material" citing failure of the primary and secondary injury gates.

7. The Estate's claim was automatically sent to the Gate Committee for review pursuant to the terms of the Master Settlement Agreement. The Gate Committee issued its Notice of Ineligibility, citing failure of the primary and secondary injury gates on July 7, 2009.

8. At Ms. Pouncil's direction, the Estate's claim was appealed to the Special Master.

9. On July 20, 2009, Ms. Pouncil, Mr. Branch and others participated in a conference call with David Smith, one of BrownGreer PLC's designated Claims Administrators, regarding the Estate's claim.

10. Also on July 20, 2009, the Special Master issued its Notice of Ineligibility, citing failure of the primary and secondary injury gates.

11. Thereafter, Ms. Pouncil filed suit against BLF for alleged malpractice in representing the Estate in the Vioxx Master Settlement Agreement process. The case is captioned *Altina Pouncil, Administrator of the Estate of Willie Sue Clay v. Branch Law Firm and Turner Branch*, and is currently pending in the United States District Court for the District of Kansas, Civil Action No. 10-1314-JTM-DJM (the "Lawsuit").

12. Specifically, the Lawsuit alleges that the Estate's claim was denied because BLF failed to submit the proper injury codes and corresponding dates on the Claims Forms and failed to provide the Claims Administrator with all of the appropriate medical records.

13.     BLF is requesting the Court allow it to obtain the deposition of the Claims Administrator, in order to establish that BLF submitted the proper injury codes and dates on the Claims Forms and provided the Claims Administrator with <u>all</u> of the medical records and claims material necessary for its determination as to the eligibility of the Estate's claim for recovery pursuant to with the Vioxx Master Settlement Agreement.

14.     Pursuant to the Court's May 11, 2011 Order Setting the Procedure for Access to Vioxx Resolution Program Information, BLF will reimburse the Claims Administrator for its time spent in responding to this request and the reasonable costs incurred in connection with obtaining such deposition testimony.

15.     BLF further agrees to take all steps necessary to preserve the confidentiality of the information obtained.

16.     BLF has attached the proposed Order granting BLF's request to take the deposition of the Claims Administrator.

WHEREFORE, Turner Branch and the Branch Law Firm hereby request the Court grant this Motion to take the deposition of the Claims Administrator and for such other and further relief as the Court shall deem appropriate.

Respectfully submitted,

*[signature]*

M. Courtney Koger     KS #15271
Sarah A. Temps     KS #21799
KUTAK ROCK LLP
Suite 500
1010 Grand Blvd.
Kansas City, Missouri 64106
(816) 960-0090
(816) 960-0041 facsimile
Courtney.koger@kutakrock.com
Sarah.temps@kutakrock.com
*Attorneys for Turner Branch and the Branch Law Firm*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies a true and correct copy of the foregoing was served upon all counsel of record in the Lawsuit, via U.S. Mail, postage pre-paid, this ___1st___ day of June, 2011.

*[signature]*

*Attorney for Defendants Turner Brand and the Branch Law Firm*

4