**KUTAK ROCK LLP**

SUITE 500
1010 GRAND BOULEVARD
KANSAS CITY, MISSOURI 64106-2220

816-960-0090
FACSIMILE 816-960-0041

www.kutakrock.com

ATLANTA
CHICAGO
DENVER
DES MOINES
FAYETTEVILLE
IRVINE
LITTLE ROCK
LOS ANGELES
OKLAHOMA CITY
OMAHA
PHILADELPHIA
RICHMOND
SCOTTSDALE
WASHINGTON
WICHITA

SARAH A. TEMPS
sarah.temps@kutakrock.com
(816) 960-0090

June 1, 2011

**VIA FEDEX**

Ms. Carolyn Stewart
United States District Court
for the Eastern District of Louisiana
500 Poydras Street, Rm. C-151
New Orleans, LA 70130

   Re:   MDL-1657 Vioxx Products Liability Litigation

Dear Ms. Stewart:

   Pursuant to our telephone conversation, please find enclosed my clients' Motion for Deposition of the Claims Administrator Pursuant to Order Setting Procedure for Access to the Vioxx Resolution Program Information and a proposed Order for Judge Fallon to sign.

   Once Judge Fallon signs the Order, please return to me a file-stamped copy of the Motion and the executed Order, in the self-addressed, stamped envelope which I have provided.

   Should you have any questions, please do not hesitate to contact me.

Very truly yours,

Sarah A. Temps

SAT/jcr

Enclosures

4813-9290-8553.1



FedEx Express

From: (816) 960-0090
Sarah A. Temps
Kutak Rock LLP
1010 Grand Boulevard
Suite 500
Kansas City, MO 64106

Origin ID: MKCA

SHIP TO: (504) 589-7719         BILL SENDER
Attn: Carolyn Stewart
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS ST STE C151
NEW ORLEANS, LA 70130

Ship Date: 01JUN11
ActWgt: 1.0 LB
CAD: 9221598/INET3130

Delivery Address Bar Code

Ref # 11181-3/4933
Invoice #
PO #
Dept #         RE: MDL-1657 Vioxx Prod. Liab.

TRK# 0201  7948 1976 8914

XH NEWA

THU - 02 JUN A1
PRIORITY OVERNIGHT

70130
LA-US
MSY