# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | : MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : SECTION L |
| | : |
| | : JUDGE FALLON |
| | : |
| | : MAGISTRATE JUDGE |
| | : KNOWLES |

This document relates to:

## ORDER

**NOW, THIS DATE,** comes on for consideration Turner Branch and the Branch Law Firm's Motion for Deposition of the Claims Administrator Pursuant to Order Setting Procedure for Access to Vioxx Resolution Program Information. Upon review of the Motion and being fully apprised of the premises of the Motion, the Court finds, for good cause shown, that said Motion should be, and is hereby, **GRANTED**.

**IT IS SO ORDERED** that Turner Branch and The Branch Law Firm, shall be allowed to take the deposition of the Claims Administrator in the case captioned *Altina Pouncil, Administrator of the Estate of Willie Sue Clay v. Branch Law Firm and Turner Branch*, currently pending in the United States District Court for the District of Kansas, Civil Action No. 10-1314-JTM-DJM.

Dated: _____     _____

United States Judge