UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *See Attached Exhibit* | * | |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PROPOSED ORDER TO SHOW CAUSE WHY REMAINING
SETTLEMENT PROGRAM RELEASES AND STIPULATIONS
SHOULD NOT BE TENDERED TO MERCK**

**IT IS ORDERED** that plaintiffs and claimants identified in the attached exhibit show cause on the 4th day of August, 2011, at 9 o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and all remaining settlement program releases and stipulations of dismissals tendered to Merck.

**IT IS FURTHER ORDERED** that the aforementioned plaintiffs and/or claimants file and serve any oppositions to the Rule on or before the 23rd day of July, 2011.

**IT IS FURTHER ORDERED** that defendant Merck & Co., Inc., file and serve any reply to the opposition on or before the 1st day of August, 2011.

NEW ORLEANS, LOUISIANA, this _____ day of June, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE