**Exhibit A**

|  | VCN | Claimant Name | Case Name | Case No. | Primary Counsel |
|---|---|---|---|---|---|
| 1. | 1004491 | Webb, Debra A. | MDL Claimant | TOLLING | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 2. | 1053456 | Rothberger, Ellen | Carol Allen, et al. v. Merck & Co., Inc. | 2:06-cv-06437-EEF-DEK | Branch Law Firm |
| 3. | 1053498 | Samuels, Phyllis M. | Lonnie Allen, Jr., et al. v. Merck & Co., Inc. | 2:06-cv-06633-EEF-DEK | Branch Law Firm |
| 4. | 1096042 | Robinson, Joyce L. | Joseph Squillace, et al v. Merck & Co., Inc., et al | 2:05-cv-02931-EEF-DEK | Carey & Danis, LLC |
| 5. | 1096360 | Tiberio, Shirley | Albert Tiberio, et al v. Merck & Co., Inc. | 2:06-cv-01418-EEF-DEK | Carey & Danis, LLC |
| 6. | 1078636 | St. Jean, Wilfrid | Wilfrid St. Jean and Elza St. Jean v. Merck & Co., Inc. | ATL-L-6802-05-MT (NJ) | Dankner & Milstein, PC |
| 7. | 1089150 | Miller, Annie | Amanda Evans, as Testatrix of the Estate of Annie Miller a/k/a Annie Louise Miller v. Merck & Co., Inc. | 2:05-cv-06761-EEF-DEK | Dinkes & Schwitzer, P.C. |
| 8. | 1104441 | Comer, Ruby | Alberto Benitez, et al vs. Merck & Co., Inc. | 2005-59470 (TX) | Gallagher Law Firm (TX) |
| 9. | 1104480 | Epler, Patricia | Nona Adams, et al vs. Merck & Co. Inc. | 2:07-cv-07518-EEF-DEK | Gallagher Law Firm (TX) |
| 10. | 1104501 | Gallego, Margaret | William Berry, et al vs. Merck & Co., Inc. | 2006-62683 (TX) | Gallagher Law Firm (TX) |
| 11. | 1104601 | Hughes, Thomas | MDL Claimant | TOLLING | Gallagher Law Firm (TX) |
| 12. | 1104641 | Miller, Todd | William Berry, et al vs. Merck & Co., Inc. | 2006-62709 (TX) | Gallagher Law Firm (TX) |
| 13. | 1104669 | O'Brien, Naomi | Leo Calcavecchia, et al vs. Merck & Co., Inc. | 2:06-cv-07090-EEF-DEK | Gallagher Law Firm (TX) |
| 14. | 1104503 | Rivera, Maria De Jesus | MDL Claimant | TOLLING | Gallagher Law Firm (TX) |
| 15. | 1059237 | Villarreal, Genoveva | Genoveva Villarreal v. Merck | 2006-63396 (TX) | Houssiere Durant & Houssiere LLP |
| 16. | 1064591 | Horton, Estate Of Joan | Joan Horton v. Merck & Co., Inc. | 2006-62620 (TX) | Laminack, Pirtle & Martines |
| 17. | 1097516 | Young, Louise | Janet Avant, et al. v. Merck & Company, Inc. | 2:08-cv-00882-EEF-DEK | Langston & Langston, PLLC |
| 18. | 1072243 | Goodman, Ralph E. | MDL Claimant | TOLLING | Lopez, Hodes, Restaino, Milman & Skikos |
| 19. | 1092407 | Dane, Clayton, Jr. | Merry DeLorenzo and Clayton Dane, III, as | ATL-L-2227-06 (NJ) | Lopez, McHugh LLP |

|  | VCN | Claimant Name | Case Name | Case No. | Primary Counsel |
|---|---|---|---|---|---|
|  |  |  | Personal Representatives of the Estate of Clayton A. Dane, Jr v. Merck & Co., Inc. |  |  |
| 20. | 1092424 | Effinger, Ernest | MDL Claimant | TOLLING | Lopez, McHugh LLP |
| 21. | 1092627 | Pierce, Lionel L. | MDL Claimant | TOLLING | Lopez, McHugh LLP |
| 22. | 1084038 | Bekier, Robert P. | Frank Ackenback, et al vs. Merck & Co., Inc. | 2:06-cv-06943-EEF-DEK | Matthews & Associates |
| 23. | 1082674 | Campbell, Patricia | Thelma L. Curtis, et al vs. Merck & Co., Inc. | 2:06-cv-06946-EEF-DEK | Matthews & Associates |
| 24. | 1083821 | Crowder, Betty G. | Clara E. Clark, et al vs. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK | Matthews & Associates |
| 25. | 1084165 | Jimenez Frean, Maria D. | Edgardo Rivera Marieti, Individually and on behalf of the Estate of Julio Rivera Olivieri, et al. v. Merck & Co., Inc. | 2:06-CV-07041-EEF-DEK | Matthews & Associates |
| 26. | 1083752 | Gordon, Joann | Joann Gordon v. Merck & Co., Inc. | 2006-61135 (TX) | Matthews & Associates |
| 27. | 1083098 | Harbold, Mary L. | Lucille Ballard, et al vs. Merck & Co., Inc. | 2:05-cv-04767-EEF-DEK | Matthews & Associates |
| 28. | 1083985 | McCune, Joe L. | James McBride, Individually and as Representative of the Estate of Kathy D. McBride vs. Merck & Co., Inc. | 2:06-cv-06947-EEF-DEK | Matthews & Associates |
| 29. | 1083660 | Myers, Mattie | Karen A. Montalto, et al vs. Merck & Co., Inc. | 2:06-cv-06945-EEF-DEK | Matthews & Associates |
| 30. | 1083227 | Rhodes, Catherine L. | Linda M. Cable, et al vs. Merck & Co., Inc. | 2:05-cv-04759-EEF-DEK | Matthews & Associates |
| 31. | 1084135 | Robertson, Tammy S. | Karen A. Montalto, et al vs. Merck & Co., Inc. | 2:06-cv-06945-EEF-DEK | Matthews & Associates |
| 32. | 1056117 | Moore, Karen S. | Karen Sue Moore and Richard Moore v. Merck and Co., Inc. | 2:06-cv-05783-EEF-DEK | Meshbesher and Spence, Ltd. |
| 33. | 1009416 | Nash, Harold C. | Harold Nash and Shirley Nash v. Merck & Co., Inc. | ATL-L-3656-06-MT (NJ) | Morelli Ratner PC |
| 34. | 1026669 | Monroe, Lessie (dec.) | Allian Craft as Proposed Administrator for the Estate of Lessie Monroe v. Merck & Co., Inc. | ATL-L-15946-06 (NJ) | Motley, Rice LLC |
| 35. | 1024765 | Struble, Shirley J. | Josephine Evans, et al vs Merck & Co, Inc | 2:06-cv-06469-EEF-DEK | Myler, Brad & Associates |
| 36. | 1113935 | Bezio, Norman V. | MDL Claimant | TOLLING | Pro - Se |
| 37. | 1113795 | Chisley, Joseph Sylvester | MDL Claimant | TOLLING | Pro - Se |

|     | VCN | Claimant Name | Case Name | Case No. | Primary Counsel |
|---|---|---|---|---|---|
| 38. | 1080726 | Caeser, Rachel A. | Racheal Ceaser vs. Merck & Co., Inc. | 1:05cv0276 (MDL - 1657) | Reaud, Morgan & Quinn L.L.P. |
| 39. | 1021184 | Donaldson, Esther A. | Carole Dawson, Individually and as Personal Representative of the Estate of Esther A. Donaldson, Deceased v. Merck & Co., Inc. | ATL-L-8872-06-MT (NJ) | Seeger Weiss LLP |
| 40. | 1021469 | McClure, Drucilla R. | Drucilla R Mcclure v. Merck & Co., Inc. | ATL-L-11304-06-MT (NJ) | Seeger Weiss LLP |
| 41. | 1070592 | Labasano, Elsia P. | MDL Claimant | TOLLING | The Law Group, Ltd. |
| 42. | 1059557 | Marshall, William A. | William A.Marshalland Marsha Marshall vs.Merck and Co. | ATL-L-953-05MT (NJ) | Weinberg, Eric H., Law Firm of |
| 43. | 1032000 | Lauber, Esther | Faigie Schwartz as Proposed Administrator of the Estate of Esther Lauber deceased v. Merck & Co., Inc., Pfizer, Inc. and Pharmacia Corp. | ATL L 15786 06 MT (NJ) | Weitz & Luxenberg, P.C. |
| 44. | 1032638 | Pearsall, Margery S. | MDL Claimant | TOLLING | Weitz & Luxenberg, P.C. |
| 45. | 1094607 | Fletcher, Wilma | Daryl Hill, et al v. Merck & Co., Inc. | 2:05-cv-04325-EEF-DEK | Carey & Danis, LLC |
| 46. | 1104427 | Carter, Barbara Ann | Nona Adams, et al vs. Merck & Co. Inc. | 2:07-cv-07518-EEF-DEK | Gallagher Law Firm (TX) |
| 47. | 1028113 | Lammers, Karla R. | Danny Slates, Individually and OBO Karla Lammers, deceased, v. Merck & Co., Inc. | 2:07-cv-01487 EEF-DEK | Bartimus, Frickleton, Robertson & Gorny |

*Claimants with lien issues*

|     | VCN | Jurisdiction | Claimant Name | Case Name | Case No. | Primary Counsel |
|---|---|---|---|---|---|---|
| **1.** | 1002852 | Tolling | Gortney, Earcle | MDL Claimant | TOLLING | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| **2.** | 1021505 | NJ | Walker, Freda S. | Freda Walker and Elwin Walker v. Merck & Co., Inc. | ATL-L-5139-06-MT | Seeger Weiss LLP |
| **4.** | 1061644 | MDL | Vaughn, Jack E. | Jack Vaughn v. Merck & Co., Inc. | 2:06-cv-03008-EEF-DEK | Goldenberg & Johnson, PLLC |