UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| This relates to all cases | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| | : | |

**THE PLAINTIFFS' STEERING COMMITTEE'S AND
PLAINTIFFS' LIAISON COUNSEL'S
MOTION FOR LEAVE OF COURT TO FILE
PLAINTIFFS' STEERING COMMITTEE'S AFFIDAVIT
IN SUPPORT OF APPLICATION FOR COMMON BENEFIT
FEE TO BE ASSESSED AGAINST STATE GOVERNMENTS,
POLITICAL SUBDIVISIONS, AND ATTORNEYS' GENERAL**

NOW INTO COURT, comes the Plaintiffs' Steering Committee ("PSC") and Russ M. Herman, Plaintiffs' Liaison Counsel, who hereby requests leave of court to file the attached Affidavit in Support of Application for Common Benefit Fee to be Assessed Against State Governments, Political Subdivisions, and Attorneys' General.

Respectfully submitted,

Date:  June 2, 2011

By:  /s/ Russ M. Herman
**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, L.L.P.*
820 O'Keefe Avenue
New Orleans, Louisiana  70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024

**For the Plaintiffs' Steering Committee/Plaintiffs'
Liaison Counsel**

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 2nd day of June, 2011.

    /s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
***Herman, Herman, Katz & Cotlar, LLP***
820 O'Keefe Avenue
New Orleans, LA  70113
PH:     (504) 581-4892
FAX:   (504) 561-6024
ldavis@hhkc.com