UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| This relates to all cases | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| | : | |

**O R D E R**

Considering the Plaintiffs' Steering Committee's and Plaintiffs' Liaison Counsel's Motion for Leave of Court to File Affidavit in Support of Application for Common Benefit Fee to be Assessed Against State Governments, Political Subdivisions, and Attorneys' General;

IT IS ORDERED THAT the Plaintiffs' Steering Committee and Plaintiffs' Liaison Counsel is hereby granted leave of Court to file the attached Affidavit in Support of Application for Common Benefit Fee, if any, to be Assessed Against State Governments, Political Subdivisions, and Attorneys' General into the record, and same is hereby filed.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
Honorable Eldon E. Fallon
United States District Court Judge