MINUTE ENTRY
FALLON, J.
JUNE 1, 2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  VIOXX | : | |
| | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| **THIS DOCUMENT RELATES TO:** | : | |
| ALL PENDING GOVERNMENT ACTION | : | JUDGE FALLON |
| CASES | : | MAG. JUDGE KNOWLES |
| | : | |

On this date, a status conference was held with Judge Eldon E. Fallon.  Counsel for Merck and Counsel for various Government Action Plaintiffs participated, as well as Special Master Patrick Juneau, Susan Winkler on behalf of the Department of Justice and Robert Patten on behalf of NAMFCU.  At the conference, the parties discussed the status of the cases.

IT IS ORDERED that all discovery will remain stayed until June 22, 2011.  The Court will schedule a telephone status conference with the parties at or before that time to inform the Court of the status of negotiations between Merck and NAMFCU, and to discuss a procedure for lifting the discovery stay with respect to the claims brought by the Commonwealth of Kentucky.

1

JS10(00:40)