**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re:  VIOXX

PRODUCTS LIABILITY LITIGATION

This document relates to:

 ALL COMMON
BENEFIT FEE APPLICANTS

MDL Docket No. 1657

SECTION L

JUDGE FALLON
MAG. JUDGE KNOWLES

<u>FEE ALLOCATION COMMITTEE'S RESPONSE TO OBJECTIONS TO
RECOMMEND COMMON BENEFIT FEE ALLOCATION</u>

# AMENDED EXHIBIT K

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and (2)** mail or overnight delivery no later than **December 16, 2010**, to:

   Russ M. Herman
   Chair of the Fee Allocation Committee
   820 O'Keefe Avenuc
   New Orleans, LA 70113
   rherman@HHKc.com

   Andy Birchfield
   Secretary of the Fee Allocation Committee
   218 Commerce Street
   Montgomery, AL 36104
   andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $364,036.87 |
|---|---|

Response to Recommended Award:  Check only one of the following:

☑ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award:  $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | | Date | 12 / 7 / 2010 |
|---|---|---|---|
| | | | (month) (day) (year) |
| Printed Name | First  JAMES | MI  D | Last  CLARK |
| Firm Name | Alley, Clark, Greiwe & Fulmer | | |

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $14,561.47 |
|---|---|

Response to Recommended Award: Check only one of the following:

☑ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award: $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | _(signature)_ | | | Date | 12 / 3 / 10 <br> (month) (day) (year) |
|---|---|---|---|---|---|
| Printed Name | First _Alex_ | | MI | Last _Alvnez_ | |
| Firm Name | Alvarez Law Firm | | | | |

#379620

Amended Exhibit K

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| **Recommended Award:** | $ 4,000,000.00 |
|---|---|

Response to Recommended Award: Check only one of the following:

☑ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award:  $

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| **Signature** | _Juell Wins_ | | **Date** | 5 /27 / 11 |
| | | | | (month) (day) (year) |
| **Printed Name** | First  SOL | M4 | Last  WSIC SS | |
| **Firm Name** | Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, P.C. | | | |

Amended Exhibit K

# COMMON BENEFIT FEES AWARD FORM

## A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than December 16, 2010.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; and (2) mail or overnight delivery no later than December 16, 2010, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

## B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $14,561.47 |
| --- | --- |

Response to Recommended Award:  Check only one of the following:

☒    I accept the Recommended Award as my award of common benefit fees.

☐    I object to the Recommended Award and request this amount as my award:   $ _____

(NOTE:  You must attach an Objection stating in detail the basis of the objection and for the award requested.)

## C. SIGNATURE

| Signature | *SK Allen* | Date | 12 / 8 / 2010 (month) (day) (year) |
| --- | --- | --- | --- |
| Printed Name | First: Samuel | MI: K | Last: Allen |
| Firm Name | Anastopoulo & Clore, LLC | | |

Amended Exhibit K

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.

2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").

3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.

4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.

5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.

6. Sign this Form in the appropriate space in Section C below.

7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $600,000.00 |
|---|---|

Response to Recommended Award: Check only one of the following:

☑ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award: $_____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *hlCia C* | | Date | 1 / 4 / 10 <br> (month) (day) (year) |
|---|---|---|---|---|
| Printed Name | First John C Thornton | MI | Last | |
| Firm Name | **Andrews & Thornton** | | | |

#379620

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $8,979,576.05 |
|---|---|

Response to Recommended Award:  Check only one of the following:

☑ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award:  $ _____

(NOTE:  You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | | Date | 12 / 6 / 10 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First CHRISTOPHC    MI V | Last HOT | |
| Firm Name | Ashcraft & Gerel LLP | | |

#379620

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days.  Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

| | |
|---|---|
| Russ M. Herman | Andy Birchfield |
| Chair of the Fee Allocation Committee | Secretary of the Fee Allocation Committee |
| 820 O'Keefe Avenue | 218 Commerce Street |
| New Orleans, LA  70113 | Montgomery, AL  36104 |
| rherman@hhkc.com | andy.birchfield@beasleyallen.com |

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $1,415,000.00 |
|---|---|

Response to Recommended Award:  Check only one of the following:

[X]   I accept the Recommended Award as my award of common benefit fees.

[ ]   I object to the Recommended Award and request this amount as my award:   $ _____

(NOTE:  You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *William M. Audet* | Date | 01 / 27 / 2011 <br> (month)  (day)  (year) |
|---|---|---|---|
| Printed Name | First  William | MI  M | Last  Audet |
| Firm Name | **Audet & Partners, LLP** | | |

Amended Exhibit K

#379620

*BAKER, Brian*

| COMMON BENEFIT FEES AWARD FORM |
|---|

## A. INSTRUCTIONS

1.  The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2.  The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3.  Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4.  If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5.  If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6.  Sign this Form in the appropriate space in Section C below.
7.  Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

## B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $130,000.00 |
|---|---|

Response to Recommended Award:  Check only one of the following:

☑  I accept the Recommended Award as my award of common benefit fees.

☐  I object to the Recommended Award and request this amount as my award:   $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

## C. SIGNATURE

| Signature | *[signature]* | Date | 12 / 28 / 2010 |
|---|---|---|---|
| | | | (month) (day) (year) |
| Printed Name | First *BRIAN* | MI *K* | Last *Balser* |
| Firm Name | Balser, Brian K., Co., LPA | | |

#379620

Amended Exhibit K

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

| | |
|---|---|
| Russ M. Herman | Andy Birchfield |
| Chair of the Fee Allocation Committee | Secretary of the Fee Allocation Committee |
| 820 O'Keefe Avenue | 218 Commerce Street |
| New Orleans, LA 70113 | Montgomery, AL 36104 |
| rherman@hhkc.com | andy.birchfield@beasleyallen.com |

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $14,561.47 |
|---|---|

Response to Recommended Award: Check only one of the following:

☑ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award: $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *Ben Barnow* | Date | 12/14/10 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First BEN | MI n/a | Last BARNOW |
| Firm Name | Barnow and Associates, P.C. | | |

#379620

Amended Exhibit K

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days.  Accordingly, you must return this completed Form no later than **December 16, 2010.**
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010,** to:

| | |
|---|---|
| Russ M. Herman | Andy Birchfield |
| Chair of the Fee Allocation Committee | Secretary of the Fee Allocation Committee |
| 820 O'Keefe Avenue | 218 Commerce Street |
| New Orleans, LA  70113 | Montgomery, AL  36104 |
| rherman@hhkc.com | andy.birchfield@beasleyallen.com |

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $1,698,838.71 |
|---|---|

Response to Recommended Award:  Check only one of the following:

☑  I accept the Recommended Award as my award of common benefit fees.

☐  I object to the Recommended Award and request this amount as my award:   $ _____

(NOTE:  You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *Dawn Barrios* | Date | 12 / 2 / 10 |
|---|---|---|---|
| | | | (month) (day) (year) |
| Printed Name | First: DAWN | MI: M | Last: BARRIOS |
| Firm Name | Barrios, Kingsdorf & Casteix, LLP | | |

#379620

Amended Exhibit K

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $14,561.47 |
|---|---|

Response to Recommended Award: Check only one of the following:

☒ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award: $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *(signature)* | Date | 12 / 08 / 2010 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First: James | MI: P | Last: Frickleton |
| Firm Name | Bartimus, Frickleton, Robertson & Gorny | | |

Amended Exhibit K

#379620

| COMMON BENEFIT FEES AWARD FORM |
|---|

## A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

| Russ M. Herman | Andy Birchfield |
|---|---|
| Chair of the Fee Allocation Committee | Secretary of the Fee Allocation Committee |
| 820 O'Keefe Avenue | 218 Commerce Street |
| New Orleans, LA 70113 | Montgomery, AL 36104 |
| rherman@hhkc.com | andy.birchfield@beasleyallen.com |

## B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $40,954,147.54 |
|---|---|

Response to Recommended Award: Check only one of the following:

[X] I accept the Recommended Award as my award of common benefit fees.

[ ] I object to the Recommended Award and request this amount as my award: $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

## C. SIGNATURE

| Signature | | Date | 12 / 3 / 10 |
|---|---|---|---|
| | | | (month) (day) (year) |
| Printed Name | First Andy   MI B | Last Birchfield | |
| Firm Name | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | | |

Amended Exhibit K

# COMMON BENEFIT FEES AWARD FORM

## A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 15, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email and (2) mail or overnight delivery no later than **December 15, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

## B. RESPONSE TO RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $ |
|---|---|

Response to Recommended Award:  Check only one of the following:

[✓]   I accept the Recommended Award as my award of common benefit fees.

[ ]   I object to the Recommended Award and request this amount as my award:   $ 327,500 _net_

(NOTE:  You must attach an Objection stating in detail the basis for the objection and the award requested.)

## SIGNATURE

| Signature | *Raul R. Benco* | Date | 12 / 16 / 10 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First: RAUL R. BENCOMO   MI: | | Last: |
| Firm Name | Bencomo & Associates | | |

#379620

Amended Exhibit K

| COMMON BENEFIT FEES AWARD FORM |
|---|

## A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

## B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $11,649,179.74 |
|---|---|

Response to Recommended Award: Check only one of the following:

☒    I accept the Recommended Award as my award of common benefit fees.

☐    I object to the Recommended Award and request this amount as my award:    $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

## C. SIGNATURE

| Signature | _signature_ | Date | 12 / 6 / 2010 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First Edward | MI F. | Last Blizzard |
| Firm Name | Blizzard, McCarthy & Nabers, LLP | | |

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

**Recommended Award:** $20,000.00

Response to Recommended Award: Check only one of the following:

☑ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award: $

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | V. Bossy | | Date | 01 / 07 / 2010 <br> (month) (day) (year) |
|-----------|----------|---|------|-------------------------------|
| **Printed Name** | First SHEILA | MI m. | Last BOSSIER | |
| **Firm Name** | Bossier & Associates, PLLC | | | |

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $970,764.98 |
|---|---|

Response to Recommended Award: Check only one of the following:

☒ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award: $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *Thomas J Brandi* | Date | 12 / 2 / 2010 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First *Thomas* | MI *J.* | Last *BRANDI* |
| Firm Name | Brandi Law Firm | | |

#379620

Amended Exhibit K

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $ 75,000.00 |
|---|---|

Response to Recommended Award: Check only one of the following:

☑ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award:  $_____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *Joseph M. Bruno* | Date | 5 / 5 / 2011<br>(month) (day) (year) |
|---|---|---|---|
| Printed Name | First *Joseph* | MI *M* | Last *Bruno* |
| Firm Name | Bruno & Bruno Law | | |

Amended Exhibit K

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.

2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").

3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.

4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.

5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.

6. Sign this Form in the appropriate space in Section C below.

7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $500,000.00 |
|---|---|

Response to Recommended Award: Check only one of the following:

☒ . I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award:  $_____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *(signature)* | Date | 1 / 12 / 11 |
| | | | (month) (day) (year) |
| Printed Name | First *Michael* | MI *S* | Last *BURG.* |
| Firm Name | **Burg, Simpson, Eldredge, Hersh & Jardine, PC** | | |

#379620

Amended Exhibit K

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

| | |
|---|---|
| Russ M. Herman | Andy Birchfield |
| Chair of the Fee Allocation Committee | Secretary of the Fee Allocation Committee |
| 820 O'Keefe Avenue | 218 Commerce Street |
| New Orleans, LA 70113 | Montgomery, AL 36104 |
| rherman@hhkc.com | andy.birchfield@beasleyallen.com |

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $29,122.95 |
|---|---|

Response to Recommended Award:  Check only one of the following:

☑  I accept the Recommended Award as my award of common benefit fees.

☐  I object to the Recommended Award and request this amount as my award:  $ _____

(NOTE:  You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *Ellen Meriwether* | Date | 12 / 8 / 2010 |
|---|---|---|---|
| | | | (month) (day) (year) |
| Printed Name | First *Ellen* | MI | Last *Meriwether* |
| Firm Name | Cafferty Faucher | | |

Amended Exhibit K

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.

2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").

3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010.**

4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.

5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.

6. Sign this Form in the appropriate space in Section C below.

7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010,** to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA  70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL  36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $350,000.00 |
|---|---|

Response to Recommended Award:  Check only one of the following:

[X]  I accept the Recommended Award as my award of common benefit fees.

[ ]  I object to the Recommended Award and request this amount as my award:   $ _____

(NOTE:  You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | | Date | 2 / 3 / 11 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First Jeffrey | MI J. | Last Lowe |
| Firm Name | Carey & Danis, LLC | | |

#379620

Amended Exhibit K

| COMMON BENEFIT FEES AWARD FORM |
| --- |

## A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

## B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $0.00 |
| --- | --- |

Response to Recommended Award: Check only one of the following:

[X] I accept the Recommended Award as my award of common benefit fees.

[ ] I object to the Recommended Award and request this amount as my award: $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

## C. SIGNATURE

| Signature | *J.W. Peters* | Date | 12 / 4 / 10 (month) (day) (year) |
| --- | --- | --- | --- |
| Printed Name | First: John | MI: D. | Last: Peters |
| Firm Name | Charfoos & Christensen, P.C. | | |

#379620

Amended Exhibit K

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $750,000.00 |
|---|---|

Response to Recommended Award: Check only one of the following:

[✓] I accept the Recommended Award as my award of common benefit fees.

[ ] I object to the Recommended Award and request this amount as my award: $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *Steven Toll* | Date | 12 / 23 / 10 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First Steven | MI J | Last TOLL |
| Firm Name | **Cohen Milstein** | | |

#379620

Amended Exhibit K

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

| | |
|---|---|
| Russ M. Herman | Andy Birchfield |
| Chair of the Fee Allocation Committee | Secretary of the Fee Allocation Committee |
| 820 O'Keefe Avenue | 218 Commerce Street |
| New Orleans, LA  70113 | Montgomery, AL  36104 |
| rherman@hhkc.com | andy.birchfield@beasleyallen.com |

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $ 3,500,000.00 |
|---|---|

Response to Recommended Award:  Check only one of the following:

[✓]   I accept the Recommended Award as my award of common benefit fees.

[ ]   I object to the Recommended Award and request this amount as my award:  $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | _Christopher Placitella_ | Date | 5 / 124 / 2011 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First Christopher | MI M. | Last Placitella |
| Firm Name | Cohen, Placitella & Roth | | |

#379620

Amended Exhibit K

| **COMMON BENEFIT FEES AWARD FORM** |
|---|

## A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010.**
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010,** to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA  70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL  36104
andy.birchfield@beasleyallen.com

## B. RECOMMENDED AWARD AND RESPONSE

| **Recommended Award:** | $ 375,000.00 |
|---|---|

Response to Recommended Award:  Check only one of the following:

[✓]  I accept the Recommended Award as my award of common benefit fees.

[ ]  I object to the Recommended Award and request this amount as my award: | $ |

(NOTE:  You must attach an Objection stating in detail the basis of the objection and for the award requested.)

## C. SIGNATURE

| **Signature** | _(signature)_ | | | **Date** | 05 / 05 / 11 |
|---|---|---|---|---|---|
| | | | | | (month)  (day)  (year) |
| **Printed Name** | First Rebecca | | MI H. | Last Cunard | |
| **Firm Name** | Cunard Law Firm | | | | |

#379620

| COMMON BENEFIT FEES AWARD FORM |
|---|

## A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

## B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $388,305.99 |
|---|---|

Response to Recommended Award: Check only one of the following:

☑ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award: $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

## C. SIGNATURE

| Signature | *Walter Lack* | | Date | 12 / 3 / 10 (month) (day) (year) |
|---|---|---|---|---|
| Printed Name | First WALTER LACK | MI J. | Last LACK | |
| Firm Name | Engstrom, Lipscomb & Lack | | | |

Amended Exhibit K

#379620

# COMMON BENEFIT FEES AWARD FORM

## A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

| | |
|---|---|
| Russ M. Herman | Andy Birchfield |
| Chair of the Fee Allocation Committee | Secretary of the Fee Allocation Committee |
| 820 O'Keefe Avenue | 218 Commerce Street |
| New Orleans, LA 70113 | Montgomery, AL 36104 |
| rherman@hhkc.com | andy.birchfield@beasleyallen.com |

## B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $14,561.47 |
|---|---|

Response to Recommended Award: Check only one of the following:

☑ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award:  $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

## C. SIGNATURE

| Signature | *Wanda J Edwards* | Date | 12 / 8 / 10 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First *Wanda* | MI *J.* | Last *Edwards* |
| Firm Name | Fayard & Honeycutt | | |

#379620

Amended Exhibit K

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

| | |
|---|---|
| Russ M. Herman | Andy Birchfield |
| Chair of the Fee Allocation Committee | Secretary of the Fee Allocation Committee |
| 820 O'Keefe Avenue | 218 Commerce Street |
| New Orleans, LA 70113 | Montgomery, AL 36104 |
| rherman@hhkc.com | andy.birchfield@beasleyallen.com |

### B. RECOMMENDED AWARD AND RESPONSE

| **Recommended Award:** | $606,728.11 |
|---|---|

Response to Recommended Award: Check only one of the following:

☑ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award:    $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *[signature]* | Date | 12 08 10 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First *KENNETH* | MI *T* | Last *Fibich* |
| Firm Name | Fibich, Hampton & Leebron, LLP | | |

#379620

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $25,000.00 |
| --- | --- |

Response to Recommended Award: Check only one of the following:

[✓] I accept the Recommended Award as my award of common benefit fees.

[ ] I object to the Recommended Award and request this amount as my award: $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | _(signature)_ | | Date | 2 / 4 / 11 |
| --- | --- | --- | --- | --- |
| | | | | (month) (day) (year) |
| Printed Name | First: Richard | MI: A. | Last: Freese | |
| Firm Name | Freese & Goss, PLLC | | | |

Amended Exhibit K

| COMMON BENEFIT FEES AWARD FORM |
|---|

## A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

## B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $2,688,606.00 |
|---|---|

Response to Recommended Award:  Check only one of the following:

☑ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award:   $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

## C. SIGNATURE

| Signature | *Meunier* | | Date | 12 / 16 / 10 (month) (day) (year) |
|---|---|---|---|---|
| Printed Name | First GERALD | MI E. | Last MEUNIER | |
| Firm Name | Gainsburgh, Benjamin, Davis, Meunier & Warshauer, LLC | | | |

#379620

Amended Exhibit K

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010.**
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010,** to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $700,000.00 |
|---|---|

Response to Recommended Award: Check only one of the following:

☒ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award:  $

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | _(signature)_ | Date | 02 / 01 / 2011 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First  *HECTOR* | MI  *G.* | Last  *GANCEDO* |
| Firm Name | **Gancedo & Nieves LLP** | | |

#379620

Amended Exhibit K

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1.  The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2.  The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3.  Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days.  Accordingly, you must return this completed Form no later than **December 16, 2010**.
4.  If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5.  If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6.  Sign this Form in the appropriate space in Section C below.
7.  Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

| | |
|---|---|
| Russ M. Herman | Andy Birchfield |
| Chair of the Fee Allocation Committee | Secretary of the Fee Allocation Committee |
| 820 O'Keefe Avenue | 218 Commerce Street |
| New Orleans, LA 70113 | Montgomery, AL 36104 |
| rherman@hhkc.com | andy.birchfield@beasleyallen.com |

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $29,122.95 |
|---|---|

Response to Recommended Award:  Check only one of the following:

☑  I accept the Recommended Award as my award of common benefit fees.

☐  I object to the Recommended Award and request this amount as my award:   $ _____

(NOTE:  You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | _[signature]_ | | Date | 12 /13 / 2010 <br> (month)  (day)   (year) |
|---|---|---|---|---|
| Printed Name | First  Laura | MI  A | Last  Gianni | |
| Firm Name | Gianni-Petoyan, Attorneys at Law | | | |

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $20,094,835.06 |
| --- | --- |

Response to Recommended Award: Check only one of the following:

☑ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award:  $_____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | | Date | 12 / 10 / 10 (month) (day) (year) |
| --- | --- | --- | --- |
| Printed Name | First  THOMAS | MI  V. | Last  GIRARDI |
| Firm Name | Girardi & Keese | | |

| COMMON BENEFIT FEES AWARD FORM |
| --- |
| **A. INSTRUCTIONS** |

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010.**
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010,** to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

| **B. RECOMMENDED AWARD AND RESPONSE** |
| --- |

| **Recommended Award:** | $0.00 |
| --- | --- |

Response to Recommended Award:  Check only one of the following:

☒   I accept the Recommended Award as my award of common benefit fees.

☐   I object to the Recommended Award and request this amount as my award:  $ _____

(NOTE:  You must attach an Objection stating in detail the basis of the objection and for the award requested.)

| **C. SIGNATURE** | | | |
| --- | --- | --- | --- |
| **Signature** | *Robt D Rowld* | **Date** | 12 / 2 / 10 (month) (day) (year) |
| **Printed Name** | First *Robert* | MI *D* | Last *Rowland* |
| **Firm Name** | Goldenberg Heller | | |

#379620

Amended Exhibit K

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

| | |
|---|---|
| Russ M. Herman | Andy Birchfield |
| Chair of the Fee Allocation Committee | Secretary of the Fee Allocation Committee |
| 820 O'Keefe Avenue | 218 Commerce Street |
| New Orleans, LA 70113 | Montgomery, AL 36104 |
| rherman@hhkc.com | andy.birchfield@beasleyallen.com |

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $70,000.00 |
|---|---|

Response to Recommended Award: Check only one of the following:

☒ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award:   $ 

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *Bradley Honnold (signature)* | Date | 2 / 4 / 2011 |
|---|---|---|---|
| | | | (month) (day) (year) |
| Printed Name | First: *Bradley* | MI: *D.* | Last: *Honnold* |
| Firm Name | **Goza & Honnold, LLC** | | |

#379620

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA  70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL  36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $4,000.00 |
|---|---|

Response to Recommended Award:  Check only one of the following:

[X]  I accept the Recommended Award as my award of common benefit fees.

[ ]  I object to the Recommended Award and request this amount as my award:  $ _____

(NOTE:  You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | | Date | 2 / 3 / 2011 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First Vincent | MI J | Last Esades |
| Firm Name | **Heins Mills & Olson, PLC** | | |

#379620

Amended Exhibit K

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days.  Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA  70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL  36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $1,300,000.00 |
|---|---|

Response to Recommended Award:  Check only one of the following:

☑  I accept the Recommended Award as my award of common benefit fees.

☐  I object to the Recommended Award and request this amount as my award:    $ _____

(NOTE:  You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | | Date | / 3/ / / / (month) (day) (year) |
|---|---|---|---|
| Printed Name | First  W. Lewis Garrison, Jr   MI | Last | |
| Firm Name | Heninger Garrison Davis, LLC | | |

Amended Exhibit K

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman                                    Andy Birchfield
Chair of the Fee Allocation Committee              Secretary of the Fee Allocation Committee
820 O'Keefe Avenue                                 218 Commerce Street
New Orleans, LA 70113                              Montgomery, AL 36104
rherman@hhkc.com                                   andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $32,537,615.17 |
|---|---|

Response to Recommended Award: Check only one of the following:

☑ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award:  $

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *Quso M Herman* | Date | 12 / 3 / 2010 |
|---|---|---|---|
| | | | (month) (day) (year) |
| Printed Name | First: RUSS | MI: M | Last: HERMAN |
| Firm Name | Herman, Herman, Katz & Cotler, LLP | | |

Amended Exhibit K

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $1,415,000.00 |
| --- | --- |

Response to Recommended Award: Check only one of the following:

☑ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award: $

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | | Date | 1 / 28 / 2011 |
| --- | --- | --- | --- |
| | | | (month) (day) (year) |
| Printed Name | First Robert | MI T | Last Dassow |
| Firm Name | Hovde Dassow & Deets, LLC | | |

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $876,612.00 |
|---|---|

Response to Recommended Award: Check only one of the following:

☒  I accept the Recommended Award as my award of common benefit fees.

☐  I object to the Recommended Award and request this amount as my award:   $

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | | | Date | 12 / 16 / 10 (month) (day) (year) |
|---|---|---|---|---|
| Printed Name | First ANTHONY | MI D. | Last IRPINO | |
| Firm Name | Irpino | | | |

#379620

Amended Exhibit K

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010.**
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010,** to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $0.00 |
| --- | --- |

Response to Recommended Award:  Check only one of the following:

[✓]  I accept the Recommended Award as my award of common benefit fees.

[ ]  I object to the Recommended Award and request this amount as my award: $ _____

(NOTE:  You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | _(signature)_ | | Date | 12 / 16 / 2010 (month) (day) (year) |
| --- | --- | --- | --- | --- |
| Printed Name | First  Thomas | MI  J. | Last  Angell | |
| Firm Name | Jacobs Burns | | | |

Amended Exhibit K

# COMMON BENEFIT FEES AWARD FORM

## A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104

## B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $14,561.47 |
| --- | --- |

Response to Recommended Award:  Check only one of the following:

[✓]   I accept the Recommended Award as my award of common benefit fees.

[ ]   I object to the Recommended Award and request this amount as my award:   $ _____

(NOTE:  You must attach an Objection stating in detail the basis of the objection and for the award requested.)

## C. SIGNATURE

| Signature | *Dennis Johnson* | Date | 12 / 16 / 2010 (month) (day) (year) |
| --- | --- | --- | --- |
| Printed Name | First  Dennis | MI  J | Last  JOHNSON |
| Firm Name | Johnson & Perkinson | | |

#379620

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

| | |
|---|---|
| Russ M. Herman | Andy Birchfield |
| Chair of the Fee Allocation Committee | Secretary of the Fee Allocation Committee |
| 820 O'Keefe Avenue | 218 Commerce Street |
| New Orleans, LA 70113 | Montgomery, AL 36104 |
| rherman@hhkc.com | andy.birchfield@beasleyallen.com |

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $ 350,000.00 |
|---|---|

Response to Recommended Award: Check only one of the following:

☒    I accept the Recommended Award as my award of common benefit fees.

☐    I object to the Recommended Award and request this amount as my award:   $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *Lynn E Swanson* | Date | 5 / 5 / 11 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First *Lynn* | MI *E.* | Last *Swanson* |
| Firm Name | Jones, Swanson, Huddell & Garrison, LLC | | |

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA  70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL  36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $1,100,000.00 |
| --- | --- |

Response to Recommended Award:  Check only one of the following:

☑  I accept the Recommended Award as my award of common benefit fees.

☐  I object to the Recommended Award and request this amount as my award:   $ _____

(NOTE:  You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *Marc E. K—* | Date | 12 / 12 / 10 |
| --- | --- | --- | --- |
| | | | (month) (day) (year) |
| Printed Name | First MARC | MI E. | Last KASOWITZ |
| Firm Name | **Kasowitz, Benson, Torres & Friedman LLP** | | |

#379620

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $ 15,000,000.00 |
|---|---|

Response to Recommended Award: Check only one of the following:

☒ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award: $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *Thomas R. Kline* | | Date | 5 / 10 / 11 (month) (day) (year) |
|---|---|---|---|---|
| Printed Name | First THOMAS R. KLINE | MI | Last | |
| Firm Name | Kline & Specter | | | |

Amended Exhibit K

# COMMON BENEFIT FEES AWARD FORM

## A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.

2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").

3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than December 16, 2010.

4. If you accept the Recommended Award, indicate your acceptance by checking the appropriate box in Section B below.

5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.

6. Sign this Form in the appropriate space in Section C below.

7. Return this completed Form (and attachment, if there is an Objection) by (1) email; and (2) mail or overnight delivery no later than December 16, 2010, to:

Russ M. Herman                          Andy Birchfield
Chair of the Fee Allocation Committee    Secretary of the Fee Allocation Committee
820 O'Keefe Avenue                       218 Commerce Street
New Orleans, LA 70113                    Montgomery, AL 36104
rherman@hhkc.com                         andy.birchfield@beasleyallen.com

## B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $27,062,015.31 |
|---|---|

Response to Recommended Award: Check only one of the following:

[X]   I accept the Recommended Award as my award of common benefit fees.

[ ]   I object to the Recommended Award and request this amount as my award:      $

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

## C. SIGNATURE

| Signature | M. Lanier | | Date | 12 / 13 / 2010 |
|---|---|---|---|---|
| | | | | (month) (day) (year) |
| Printed Name | First  Mark | MI | Last  Lanier | |
| Firm Name | Lanier Law Firm, PC | | | Amended Exhibit K |

| COMMON BENEFIT FEES AWARD FORM |
| --- |

## A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

## B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $21,473,321.33 |
| --- | --- |

Response to Recommended Award: Check only one of the following:

☑ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award: $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

## C. SIGNATURE

| Signature | *Arnold Levin* | Date | 12 / 3 / 10 (month) (day) (year) |
| --- | --- | --- | --- |
| Printed Name | First Arnold | MI | Last Levin |
| Firm Name | Levin Fishbein Sedran & Berman | | |

#379620

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.

2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").

3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.

4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.

5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.

6. Sign this Form in the appropriate space in Section C below.

7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

| | |
|---|---|
| Russ M. Herman | Andy Birchfield |
| Chair of the Fee Allocation Committee | Secretary of the Fee Allocation Committee |
| 820 O'Keefe Avenue | 218 Commerce Street |
| New Orleans, LA  70113 | Montgomery, AL  36104 |
| rherman@hhkc.com | andy.birchfield@beasleyallen.com |

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $15,629,316.16 |
|---|---|

Response to Recommended Award:  Check only one of the following:

☒  I accept the Recommended Award as my award of common benefit fees.

☐  I object to the Recommended Award and request this amount as my award:  $ _____

(NOTE:  You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *[signature]* | Date | 12 / 3 / 2010 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First Troy | MI A. | Last RAFFERTY |
| Firm Name | Levin, Papantonio, Thomas, Mitchell, Eshner & Proctor P.A. | | |

#379620

Amended Exhibit K

| COMMON BENEFIT FEES AWARD FORM |
|---|

| A. INSTRUCTIONS |
|---|

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

| B. RECOMMENDED AWARD AND RESPONSE |
|---|

| Recommended Award: | $14,561.47 |
|---|---|

Response to Recommended Award: Check only one of the following:

[✓] I accept the Recommended Award as my award of common benefit fees.

[ ] I object to the Recommended Award and request this amount as my award: $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

| C. SIGNATURE | | | | |
|---|---|---|---|---|
| Signature | _(signature)_ | | Date | 12 / 09 / 2010 <br> (month) (day) (year) |
| Printed Name | First Steven | MI B. | Last Stein | |
| Firm Name | Levin Simes Kaiser & Gornick, LLP | | | |

#379620

Amended Exhibit K

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

| | |
|---|---|
| Russ M. Herman | Andy Birchfield |
| Chair of the Fee Allocation Committee | Secretary of the Fee Allocation Committee |
| 820 O'Keefe Avenue | 218 Commerce Street |
| New Orleans, LA  70113 | Montgomery, AL  36104 |
| rherman@hhkc.com | andy.birchfield@beasleyallen.com |

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $225,000.00 |
|---|---|

Response to Recommended Award:  Check only one of the following:

☒   I accept the Recommended Award as my award of common benefit fees.

☐   I object to the Recommended Award and request this amount as my award:     $ _____

(NOTE:  You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| | | | |
|---|---|---|---|
| Signature | *(signature)* | Date | 1 / 31 / 2011 <br> (month) (day) (year) |
| Printed Name | First  Kimberly R Wilson | MI | Last |
| Firm Name | **Lewis & Roberts, PLLC** | | |

#379620

Amended Exhibit K

| COMMON BENEFIT FEES AWARD FORM |
|---|

## A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

## B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $6,000,000.00 |
|---|---|

Response to Recommended Award: Check only one of the following:

☒ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award: $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

## C. SIGNATURE

| Signature | *[signature]* | Date | _____/_____/_____ (month) (day) (year) |
|---|---|---|---|
| Printed Name | First Donald | MI C | Last Arbitblit |
| Firm Name | **Lieff, Cabraser, Heimann & Bernstein, LLP** | | |

Amended Exhibit K

#379620

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days.  Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman                               Andy Birchfield
Chair of the Fee Allocation Committee        Secretary of the Fee Allocation Committee
820 O'Keefe Avenue                           218 Commerce Street
New Orleans, LA  70113                        Montgomery, AL  36104
rherman@hhkc.com                             andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $ 1,100,000.00 |
|---|---|

Response to Recommended Award:  Check only one of the following:

☑  I accept the Recommended Award as my award of common benefit fees.

☐  I object to the Recommended Award and request this amount as my award:   $

(NOTE:  You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *(signature)* | Date | 5 / 5 / 11 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First RICHARD | MI A | Last LOCKRIDGE |
| Firm Name | Lockridge Grindal Nauen P.L.L.P | | |

Amended Exhibit K

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $ 1,700,000.00 |
|---|---|

Response to Recommended Award: Check only one of the following:

☑ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award: $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | _(signature)_ | Date | 5 / 11 / 2011 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First Michael | MI A | Last Galpern |
| Firm Name | Locks Law Firm | | |

# COMMON BENEFIT FEES AWARD FORM

## A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

## B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $1,500,000.00 |
|---|---|

Response to Recommended Award: Check only one of the following:

☐ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award: $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

## C. SIGNATURE

| Signature | *[signature]* | Date | 12 / 28 / 2010 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First: Steve Skikos | MI: S | Last: Skikos |
| Firm Name | Lopez, Hodes, Restaino, Milman & Skikos | | |

Amended Exhibit K

#379620

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.

2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").

3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.

4. I f you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.

5. I f you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.

6. Si gn this Form in the appropriate space in Section C below.

7. Retur n this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $150,000.00 |
|---|---|

Response to Recommended Award: Check only one of the following:

☒ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award:   $ 

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *Forest Horne, member-manager* | Date | 1 / 28 / 2011 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First FOREST | MI | Last HORNE |
| Firm Name | Martin & Jones, PLLC | | |

Amended Exhibit K

#379620

| COMMON BENEFIT FEES AWARD FORM |
|---|

## A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

## B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $1,750,000.00 |
|---|---|

Response to Recommended Award: Check only one of the following:

[✓] I accept the Recommended Award as my award of common benefit fees.

[ ] I object to the Recommended Award and request this amount as my award:    $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

## C. SIGNATURE

| Signature | *(signature)* | | Date | 2 / 1 /2011 (month) (day) (year) |
|---|---|---|---|---|
| Printed Name | First David | MI P. | Last Matthews | |
| Firm Name | Matthews & Associates | | | |

#379620

Amended Exhibit K

| COMMON BENEFIT FEES AWARD FORM |
|---|

## A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA  70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL  36104
andy.birchfield@beasleyallen.com

## B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $14,561.47 |
|---|---|

Response to Recommended Award:  Check only one of the following:

☒   I accept the Recommended Award as my award of common benefit fees.

☐   I object to the Recommended Award and request this amount as my award:     $

(NOTE:  You must attach an Objection stating in detail the basis of the objection and for the award requested.)

## C. SIGNATURE

| Signature | | Date | 12 / 3 / 2010 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First Joseph | MI R | Last Alexander, Jr |
| Firm Name | Mithoff Law Firm | | |

#379620

Amended Exhibit K

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

| | |
|---|---|
| Russ M. Herman | Andy Birchfield |
| Chair of the Fee Allocation Committee | Secretary of the Fee Allocation Committee |
| 820 O'Keefe Avenue | 218 Commerce Street |
| New Orleans, LA 70113 | Montgomery, AL 36104 |
| rherman@hhkc.com | andy.birchfield@beasleyallen.com |

### B. RECOMMENDED AWARD AND RESPONSE

| **Recommended Award:** | $ 2,250,000.00 |
|---|---|

Response to Recommended Award:  Check only one of the following:

[V]   I accept the Recommended Award as my award of common benefit fees.

[ ]   I object to the Recommended Award and request this amount as my award:   $ _____

    (NOTE:  You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | _(signature)_ | Date | 5 / 6 / 11 |
|---|---|---|---|
| | | | (month) (day) (year) |
| Printed Name | First BENEDICT | MI P | Last MORELLI |
| Firm Name | Morelli Ratner, P.C. | | |

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $ 1,250,000.00 |
|---|---|

Response to Recommended Award:  Check only one of the following:

☒ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award:   $ _____

(NOTE:  You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *[signature]* | Date | 5 / 5 / 2011 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First FRED | MI | Last THompson |
| Firm Name | Motley Rice, LLC | | |

Amended Exhibit K

#379620

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $ 850,000.00 |
|---|---|

Response to Recommended Award: Check only one of the following:

[✓] I accept the Recommended Award as my award of common benefit fees.

[ ] I object to the Recommended Award and request this amount as my award:  $ [        ]

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | Stephen B. Murray | | Date | 05 / 17 / 2011 (month) (day) (year) |
|---|---|---|---|---|
| Printed Name | First  Stephen | MI  B. | Last  Murray | |
| Firm Name | Murray Law Firm | | | |

#379620

Amended Exhibit K

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

| | |
|---|---|
| Russ M. Herman | Andy Birchfield |
| Chair of the Fee Allocation Committee | Secretary of the Fee Allocation Committee |
| 820 O'Keefe Avenue | 218 Commerce Street |
| New Orleans, LA  70113 | Montgomery, AL  36104 |
| rherman@hhkc.com | andy.birchfield@beasleyallen.com |

### B. RECOMMENDED AWARD AND RESPONSE

| **Recommended Award:** | **$1,450,000.00** |
|---|---|

Response to Recommended Award:  Check only one of the following:

☑ ✱ I accept the Recommended Award as my award of common benefit fees.

☐    I object to the Recommended Award and request this amount as my award:    $

   (NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | | | Date | 1 / 11 / 11 <br> (month) (day) (year) |
|---|---|---|---|---|
| **Printed Name** | First  Richard | MI J. | Last | Arsenault |
| **Firm Name** | Neblett, Beard & Arsenault | | | |

*I accept the recommended award with the understanding reflected in the attached January 6, 2011 email string that I am waiving my interest in the contract labor included in my submission and the Fee Allocation Committee will deal directly with the remaining five law firms in connection with their interest in that contract labor submission.

Amended Exhibit K

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $1,638,165.9 |
| --- | --- |

Response to Recommended Award: Check only one of the following:

[X]   I accept the Recommended Award as my award of common benefit fees.

[ ]   I object to the Recommended Award and request this amount as my award:    $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | | Date | 12 / 06 / 2010 (month) (day) (year) |
| --- | --- | --- | --- |
| Printed Name | First   BRIAN | MI   J. | Last   PANISH |
| Firm Name | ~~Panish & Shea~~   PANISH, SHEA & BOYLE, LLP | | |

#379620

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $14,561.47 |
|---|---|

Response to Recommended Award: Check only one of the following:

☒ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award:  $ 

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | _(signature)_ | Date | 12 / 06 / 10 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First William | MI N. | Last Riley |
| Firm Name | Price Waicukauski & Riley, LLC | | |

#379620

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $14,561.47 |
| --- | --- |

Response to Recommended Award: Check only one of the following:

☑ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award:  $_____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *Elizabeth M. Burke* | Date | 12 / 3 / 2010 (month) (day) (year) |
| --- | --- | --- | --- |
| Printed Name | First *Elizabeth* MI *M.* | | Last *Burke* |
| Firm Name | Richardson, Patrick, Westbrook & Brickman | | |

#379620

Amended Exhibit K

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

| | |
|---|---|
| Russ M. Herman | Andy Birchfield |
| Chair of the Fee Allocation Committee | Secretary of the Fee Allocation Committee |
| 820 O'Keefe Avenue | 218 Commerce Street |
| New Orleans, LA  70113 | Montgomery, AL  36104 |
| rherman@hhkc.com | andy.birchfield@beasleyallen.com |

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $29,122.95 |
|---|---|

Response to Recommended Award:  Check only one of the following:

☒  I accept the Recommended Award as my award of common benefit fees.

☐  I object to the Recommended Award and request this amount as my award:   $ 

(NOTE:  You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | _T. C. Sm̄…_ | | Date | 12 / 3 / 10 |
|---|---|---|---|---|
| | | | | (month) (day) (year) |
| Printed Name | First  ROBERT | MI  M. | Last  Becnel | |
| Firm Name | Robert M. Becnel | | | |

#379620

Amended Exhibit K

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 15, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email and (2) mail or overnight delivery no later than **December 15, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RESPONSE TO RECOMMENDED AWARD AND RESPONSE

| **Recommended Award:** | $ 14,561.47 |
|---|---|

Response to Recommended Award: Check only one of the following:

☑ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award:   $

(NOTE: You must attach an Objection stating in detail the basis for the objection and the award requested.)

### SIGNATURE

| Signature | NANMismash | | Date | 12 / 15 / 2010 (month) (day) (year) |
|---|---|---|---|---|
| Printed Name | First Nancy | MI A. | Last Mismash | |
| ·m Name | Robert J Debry | | | |

#379620

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.

2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").

3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.

4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.

5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.

6. Sign this Form in the appropriate space in Section C below.

7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

| | |
|---|---|
| Russ M. Herman | Andy Birchfield |
| Chair of the Fee Allocation Committee | Secretary of the Fee Allocation Committee |
| 820 O'Keefe Avenue | 218 Commerce Street |
| New Orleans, LA 70113 | Montgomery, AL 36104 |
| rherman@hhkc.com | andy.birchfield@beasleyallen.com |

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $850,000.00 |
|---|---|

Response to Recommended Award: Check only one of the following:

[X]  I accept the Recommended Award as my award of common benefit fees.

[ ]  I object to the Recommended Award and request this amount as my award:  $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *GWilson* | Date | 12 / 22 / 10 |
|---|---|---|---|
| | | | (month) (day) (year) |

| Printed Name | First: Gary | MI: L. | Last: Wilson |
|---|---|---|---|

| Firm Name | Robins, Kaplan, Miller & Ciresi L.L.P. |
|---|---|

#379620

Amended Exhibit K

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010.**
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010,** to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $6,000,000.00 |
| --- | --- |

Response to Recommended Award:  Check only one of the following:

☑  I accept the Recommended Award as my award of common benefit fees.

☐  I object to the Recommended Award and request this amount as my award:   $

(NOTE:  You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *Mark P. Robinson, Jr.* | | Date | 12 / 21 / 10 (month) (day) (year) |
| --- | --- | --- | --- | --- |
| Printed Name | First  MARK | MI  P | Last  ROBINSON | |
| Firm Name | **Robinson, Calcagnie & Robinson** | | | |

Amended Exhibit K

#379620

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010.**
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010,** to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $ 300,000.00 |
|---|---|

Response to Recommended Award:  Check only one of the following:

☑ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award:   $

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *Dianne M Nast* | Date | 5 / 6 / 11 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First *Dianne M. Nast* | MI *M.* | Last *Nast* |
| Firm Name | Roda Nast, P.C. | | |

#379620

Amended Exhibit K

| COMMON BENEFIT FEES AWARD FORM |
| --- |

## A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

## B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $14,561.47 |
| --- | --- |

Response to Recommended Award:  Check only one of the following:

☒  I accept the Recommended Award as my award of common benefit fees.

☐  I object to the Recommended Award and request this amount as my award:  $

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

## C. SIGNATURE

| Signature | | Date | 12/3/2010 |
| --- | --- | --- | --- |
| | | | (month) (day) (year) |
| Printed Name | First  Marc          MI | Last  Grossman | |
| Firm Name | Sanders Viener Grossman, LLP | | |

#379620

Amended Exhibit K

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $40,954,147.54 |
|---|---|

Response to Recommended Award: Check only one of the following:

[X] I accept the Recommended Award as my award of common benefit fees.

[ ] I object to the Recommended Award and request this amount as my award: $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *(signature)* | Date | 12 / 3 / 10 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First: Christopher | MI: A | Last: Seeger |
| Firm Name | Seeger Weiss LLP | | |

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

| | |
|---|---|
| Russ M. Herman | Andy Birchfield |
| Chair of the Fee Allocation Committee | Secretary of the Fee Allocation Committee |
| 820 O'Keefe Avenue | 218 Commerce Street |
| New Orleans, LA 70113 | Montgomery, AL 36104 |
| rherman@hhkc.com | andy.birchfield@beasleyallen.com |

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $ 325,000.00 |
|---|---|

Response to Recommended Award: Check only one of the following:

☑ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award:  $

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *Bl McC* | | Date | 5 / 6 / 2011 (month) (day) (year) |
|---|---|---|---|---|
| Printed Name | First  Brian | MI  J | Last  McCormick, Jr. | |
| Firm Name | Sheller, P.C. | | | |

#379620

Amended Exhibit K

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $6,795,354.85 |
|---|---|

Response to Recommended Award: Check only one of the following:

☑ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award: $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *Shelly A. Sanford (signature)* | Date | 12 / 6 / 2010 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First Shelly | MI A. | Last SANFORD |
| Firm Name | Sanford, Shelly A., PLLC | | |

#379620

Amended Exhibit K

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days.  Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA  70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL  36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $72,807.37 |
|---|---|

Response to Recommended Award:  Check only one of the following:

☒  I accept the Recommended Award as my award of common benefit fees.

☐  I object to the Recommended Award and request this amount as my award:   $ _____

(NOTE:  You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *[signature]* | Date | 12 / 03 / 2010 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First *Leonard* | MI *V* | Last *Fodera* |
| Firm Name | Silverman & Fodera | | |

#379620

Amended Exhibit K

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $157,749.31 |
|---|---|

Response to Recommended Award: Check only one of the following:

☑ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award: $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | | Date | 12 / 15 / 10<br>(month) (day) (year) |
|---|---|---|---|
| Printed Name | First Willie | MI | Last Singleton |
| Firm Name | Singleton Law Firm | | |

#379620

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA  70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL  36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $1350.00 |
|---|---|

Response to Recommended Award:  Check only one of the following:

☒   I accept the Recommended Award as my award of common benefit fees.

☐   I object to the Recommended Award and request this amount as my award:   $_____

(NOTE:  You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *[signature]* | Date | 12 / 30 / 10 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First Ted | MI M | Last Kanner |
| Firm Name | **The Ted Kanner Law Office** | | |

#379620

Amended Exhibit K

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.

2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").

3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.

4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.

5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.

6. Sign this Form in the appropriate space in Section C below.

7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $20,094,835.06 |
|---|---|

Response to Recommended Award: Check only one of the following:

[X] I accept the Recommended Award as my award of common benefit fees.

[ ] I object to the Recommended Award and request this amount as my award: $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | | Date | 12 / 8 / 2010 |
|---|---|---|---|
| | | | (month) (day) (year) |

| Printed Name | First John | MI E. | Last WILLIAMS |
|---|---|---|---|

| Firm Name | Texas Consortium (Ranier, Gayle & Elliot, L.L.C.; Williams Kherkher; Provost Umphrey; Watts Law Firm; Grant Kaiser) |
|---|---|

#379620

Amended Exhibit K

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $0.00 |
| --- | --- |

Response to Recommended Award: Check only one of the following:

☒ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award: $

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | | Date | 12 / 3 / 10 (month) (day) (year) |
| --- | --- | --- | --- |
| Printed Name | First NEAL | MI L | Last MOSKOW |
| Firm Name | Ury & Moskow LLC | | |

#379620

Amended Exhibit K

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA  70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL  36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $ 3,500,000.00 |
|---|---|

Response to Recommended Award:  Check only one of the following:

☑  I accept the Recommended Award as my award of common benefit fees.

☐  I object to the Recommended Award and request this amount as my award:   $ _____

(NOTE:  You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | _Eff Wa_ | Date | 05 / 24 / 11 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First  ERIC | MI  H | Last  WEINBERG |
| Firm Name | Law Offices of Eric Weinberg | | |

Amended Exhibit K

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $20,022,027.68 |
|---|---|

Response to Recommended Award: Check only one of the following:

☒ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award:  $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *(signature)* | Date | 12 / 5 / 10 |
|---|---|---|---|
| | | | (month) (day) (year) |
| Printed Name | First  PERRY | MI | Last  WEITZ |
| Firm Name | Weitz & Luxenberg, P.C. | | |

#379620

Amended Exhibit K

| **COMMON BENEFIT FEES AWARD FORM** |
|---|

| **A. INSTRUCTIONS** |
|---|

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

| **B. RECOMMENDED AWARD AND RESPONSE** | |
|---|---|
| **Recommended Award:** | **$160,000.00** |

Response to Recommended Award: Check only one of the following:

☒ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award:  $ ____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

| **C. SIGNATURE** | | | |
|---|---|---|---|
| **Signature** | *[signature]* | **Date** | 1 / 28 / 11 <br> (month) (day) (year) |
| **Printed Name** | | First: *J.*   MI: *Stewart*   Last: *White* | |
| **Firm Name** | **White Meany & Wetherall** | | |

Amended Exhibit K

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $43,684.42 |
|---|---|

Response to Recommended Award: Check only one of the following:

[X]   I accept the Recommended Award as my award of common benefit fees.

[ ]   I object to the Recommended Award and request this amount as my award:   $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | | Date | 12 / 7 / 2010 |
|---|---|---|---|
| | | | (month)  (day)  (year) |
| Printed Name | First Clarence | MI M | Last Whitehead |
| Firm Name | Whitehead Law Firm | | |

#379620

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $14,561.47 |
|---|---|

Response to Recommended Award: Check only one of the following:

[X] I accept the Recommended Award as my award of common benefit fees.

[ ] I object to the Recommended Award and request this amount as my award: | $ |

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *Kim A. Williams* | Date | 12 / 02 / 2010 (month) (day) (year) |
|---|---|---|---|
| Printed Name | First *Kim* | MI *A* | Last *Williams* |
| Firm Name | Williamson & Williams | | |

#379620

Amended Exhibit K

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman                          Andy Birchfield
Chair of the Fee Allocation Committee    Secretary of the Fee Allocation Committee
820 O'Keefe Avenue                       218 Commerce Street
New Orleans, LA 70113                    Montgomery, AL 36104
rherman@hhkc.com                         andy.birchfield@beasleyallen.com

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $580.00 |
|---|---|

Response to Recommended Award: Check only one of the following:

☒   I accept the Recommended Award as my award of common benefit fees.

☐   I object to the Recommended Award and request this amount as my award:   $ _____

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *DWold* (signature) | | Date | 12 / 28 / 10 |
|---|---|---|---|---|
| | | | | (month) (day) (year) |
| Printed Name | First: DOUGLAS | MI: J. | Last: Wold | |
| Firm Name | Wold Law Firm, P.C. | | | |

Amended Exhibit K