UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL No. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**REPLY TO DANIEL H. BECNEL, JR.'S SUPPLEMENTAL BRIEF RE: VIOXX
FEE OBJECTIONS OF MAY 31, 2011, AND AN ADDITIONAL LETTER
AND CASE CITE OF JUNE 1, 2011**

NOW COMES, Russ M. Herman, who responds to Daniel H. Becnel, Jr.'s Supplemental

Opposition to the Fee Allocation Committee's Post-Hearing Brief and his letter to Special

Master Patrick Juneau, of June 1, 2011.

The Herman firm's total contemporaneously reported hours are 31,144 as of May 31,

2011. The hours are approximately 70% reported by partners, 20% reported by trial paralegals

with 15+ years experience, 7% reported by associates, and 3% by law clerks (Exhibit A).

**PARTNERS:**

| | |
|---|---:|
| Joseph Cain | 3.00 |
| Leonard Davis | 11,898.50 |
| Soren Gisleson | 33.75 |
| Russ Herman | 10,283.75 |
| Steve Herman | 1,441.50 |
| Brian Katz | 1.25 |
| Morton Katz | 2.50 |
| | 23,604.25 |

914215.1

**ASSOCIATES:**

| | |
|---|---:|
| Jeremy Epstein | 207.00 |
| Jennifer Greene | 31.25 |
| John Creevy | 1.00 |
| Ed Knoll | .75 |
| | 240.00 |

**PARALEGALS:**

| | |
|---|---:|
| Heather Laborde (15+ years) | 399.25 |
| Regina Valenti (15+ years) | 5,948.00 |
| | 6,347.25 |

Three of the partners, Russ Herman, Leonard Davis and Steve Herman, have been named as "Leading Lawyers" in the field of litigation – Mass Tort and Class Action by Legal 500, a national peer-review publication (Exhibit B).

The curriculum vitae of Russ Herman, Leonard Davis and Steve Herman are attached (Exhibits C, D, and E).

Recently, the *Times-Picayune* reported that the RTA (Regional Transit Authority) in New Orleans pays its counsel $800.00 per hour. The locality rule which averages community legal fees has no rational application in national (MDL) litigation. The undersigned has been paid as little as $0.00 in a pro bono case for the LSED which resulted in a $10,000,000 plus recovery; $0.00 in representing 10,000 survivors of the Bataan Death March who were auctioned as slaves to Japanese industries such as Mitsui and Mitsubishi (until the U.S. State Department intervened to insulate the industries from war crime reparations); and, $0.00 fees thus far for a successful trial against Big Tobacco that spanned more than 3 years, and is on the second round of writ applications to the United States Supreme Court. On the other hand, counsel has been paid more than $5,000 per hour plus expenses on 5 occasions for lectures to physicians and pharmaceutical companies on how to avoid medical negligence, and $700 to $1,000 per hour on a very few

914215.1                                                                 -2-

occasions. It is well observed that senior litigation attorneys in New Orleans often charge in excess of $700 per hour. Further, MDL defense lawyers often charge in excess of $700 per hour.

Undersigned counsel, if required to give an hourly rate, values his time at $850 per hour while a Court may not. The "Blended Rate" was less than $500 per hour in *Vioxx*[1].

Steve Herman is my son; he is an adjunct professor of complex litigation at Loyola and Tulane Law Schools, and his achievements locally, regionally, and nationally are reflected on his attached curriculum vitae.

Penny Herman-Grisamore is my daughter; she is a paralegal with a Master's Degree. She was not hired by Herman, Herman, Katz & Cotlar LLP in *Vioxx*, but was retained by a sub-committee of the PSC which contracted with her as an independent contractor. No common benefit fees were claimed as a result of her work. The remuneration she received was recovered by the PSC as costs. Ms. Grisamore's curriculum vitae is attached (Exhibit F).

Mr. Meunier under-reports his hours but every hour is a quality hour. Mr. Meunier was nominated as liaison counsel and was a worthy nominee. As Liaison Counsel, the undersigned never discriminated against Mr. Meunier or Mr. Becnel.

Herman and Meunier agreed to share the expense, prepare and try the *Diaz* case (a Merck selection). The plaintiff and his attorney were interviewed, and experts wre consulted and retained. However, Mr. Diaz and his attorney, Ms. Zabotnick would not agree that trial discovery, strategy and decisions were to be the province of Herman and Meunier. As a result, Mr. Diaz' attorney withdrew his case. Further, Mr. Meunier was local counsel at two trials.

---

[1] Counsel adopts the criticisms of lodestar except as a crosscheck. The analysis is only provided in order to correct misstatements regarding Herman, Herman, Katz & Cotlar's participation in MDL 1657.

914215.1                                              -3-

Herman assisted in venire review at three trials, and monitored trials in Houston, New Orleans and Atlantic City.

There was no involvement by the partnership of Herman-Gerel in the *Vioxx* litigation. Chris Tisi, a partner in the firm of Ashcraft Gerel, and member of the PSC, began litigating *Vioxx* more than a year before the Herman firm began litigation in 2004.  There was no cost sharing, no time sharing and no fee sharing or any other agreement.  Chris Tisi's work product and contribution to common benefit was primarily assessed by Andy Birchfield and Chris Seeger, who began working with Tisi and Ashcraft Gerel in 2002-2003.

No one named Irpino or related to Anthony Irpino has been employed directly or indirectly by the Herman firm.  Irpino was assigned work based on his competence, diligence and team spirit.

Mr. Becnel opines that as a placeholder on the *Vioxx* PSC, he would have netted 2,000 clients.  The firm of Herman, Herman, Katz & Cotlar, LLP refused to accept new clients after the undersigned was appointed as Liaison Counsel, and referred inquiries to other law firms (without referral fees).

Any comments made by Mr. Becnel with reference to the Chinese Drywall litigation and Propulsid litigation are irrelevant but also are expressly denied.

Respectfully submitted,

Dated: June 3, 2011     By:   /s/ Russ M. Herman
                              Russ M. Herman (Bar No. 6819)
                              Leonard A. Davis (Bar No. 14190)
                              Herman, Herman, Katz & Cotlar, L.L.P.
                              820 O'Keefe Avenue
                              New Orleans, Louisiana 70113
                              Telephone: (504) 581-4892

Facsimile: (504) 561-6024
**PLAINTIFFS' LIAISON COUNSEL, CHAIR OF THE FEE ALLOCATION COMMITTEE, AND LIAISON COUNSEL FOR COMMON BENEFIT COUNSEL**

Russ M. Herman (Bar No. 6819)
*Herman, Herman, Katz & Cotlar, L.L.P.*
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892

Andy D. Birchfield, Jr., Esquire
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
(800) 898-2034 (telephone)
(334) 954-7555 (telecopier)

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)

Edward F. Blizzard, Esquire
BLIZZARD, MCCARTHY & NABERS, L.L.P
Lyric Centre, 400 Louisiana
Suite 1710
Houston, TX 77002-1689
(713) 581-8451 (telephone)
(713) 844-3755 (telecopier)

Thomas V. Girardi, Esquire
GIRARDI & KEESE
1126 Wilshire Blvd.
Los Angeles, CA 90017
(213) 977-0211 (telephone)
(213) 481-1554 (telecopier)

W. Mark Lanier, Esquire
THE LANIER LAW FIRM
6810 FM 1960 West
Houston, TX 77069
(713) 659-2500 (telephone)
(713) 659-2204 (telecopier)

Arnold Levin, Esquire
Fred S. Longer, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Perry Weitz, Esquire
WEITZ & LUXENBERG
180 Maiden Lane
New York, NY 10038
(212) 558-5500 (telephone)
(212) 344-5461 (telecopier)

**FEE ALLOCATION COMMITTEE**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Liaison Counsel, Philip Wittmann, by U.S mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 3rd day of June, 2011.

    /s/ *Leonard A. Davis*
Russ M. Herman (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024