Case 2:05-md-01657-EEF-DEK Document 63020-1 Filed 06/03/11 Page 1 of 21

Garrett Case Cost Management System - Vioxx
Products Liability Litigation

Phil Garrett
(Admin)

# Time Totals by Firm Report from January 2005 to May 2011

## Posted From 2006-06-01 to 2011-05-31

(as of 2011-05-31 10:48:59)

Summary / Detail

| Firm | Class | Employee | Assessment | PreTrial | Discovery | Trial | Appeal | Settlement | Grand Total |
|------|-------|----------|-----------:|---------:|----------:|------:|-------:|-----------:|------------:|
| Herman Herman | Attorney | CAIN, JOSEPH | 0.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 |
| Herman Herman | Attorney | CREEVY, JOHN | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| Herman Herman | Attorney | DAVIS, LEONARD | 5,754.00 | 4,990.00 | 95.25 | 475.00 | 6.00 | 578.25 | 11,898.50 |
| Herman Herman | Attorney | EPSTEIN, JEREMY | 7.50 | 0.00 | 0.00 | 0.00 | 0.00 | 199.50 | 207.00 |
| Herman Herman | Attorney | GISLESON, SOREN | 10.50 | 16.25 | 0.00 | 7.00 | 0.00 | 0.00 | 33.75 |
| Herman Herman | Attorney | GREENE, JENNIFER | 27.75 | 0.00 | 1.75 | 1.75 | 0.00 | 0.00 | 31.25 |
| Herman Herman | Attorney | HERMAN, RUSS | 6,314.00 | 985.00 | 83.50 | 43.00 | 103.50 | 2,754.75 | 10,283.75 |
| Herman Herman | Attorney | HERMAN, STEPHEN | 644.75 | 118.00 | 337.00 | 52.25 | 15.00 | 274.50 | 1,441.50 |
| Herman Herman | Attorney | KATZ, BRIAN | 1.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.25 |
| Herman Herman | Attorney | KATZ, MORTON | 2.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.50 |
| Herman Herman | Attorney | KNOLL, EDMOND | 0.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.75 |
| Herman Herman | Paralegal | BLISARD, BRANDY | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| Herman Herman | Paralegal | CATALANOTTO, AMY | 1.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.75 |
| Herman Herman | Paralegal | Carpenter, Colby | 8.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.75 |
| Herman Herman | Paralegal | INGRAM, OM | 69.00 | 0.75 | 0.00 | 0.00 | 0.00 | 0.00 | 69.75 |
| Herman Herman | Paralegal | LABORDE, HEATHER | 315.25 | 71.25 | 9.25 | 0.00 | 0.00 | 3.50 | 399.25 |
| Herman Herman | Paralegal | LINSCHIED, MARILYN | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| Herman Herman | Paralegal | LORY, VICKIE | 10.00 | 0.50 | 0.25 | 0.00 | 0.00 | 0.00 | 10.75 |
| Herman Herman | Paralegal | MARTIN, ERICA | 43.50 | 3.25 | 0.00 | 0.00 | 0.00 | 0.00 | 46.75 |
| Herman Herman | Paralegal | ROBEIN, LANE | 2.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.50 |

EXHIBIT

A

Case 2:05-md-01657-EEF-DEK Document 63020-1 Filed 06/03/11 Page 2 of 2

| Firm | Role | Name | | | | | | | |
|------|------|------|---|---|---|---|---|---|---|
| Herman Herman | Paralegal | RODRIGUEZ, FERNANDO | 8.25 | 0.00 | 0.00 | 0.00 | 0.00 | 269.25 | 277.50 |
| Herman Herman | Paralegal | VALENTI, REGINA | 4,309.25 | 832.75 | 392.50 | 195.25 | 7.50 | 210.75 | 5,948.00 |
| Herman Herman | Paralegal | VERGES, SARAH | 1.50 | 0.00 | 0.00 | 0.00 | 0.00 | 9.50 | 11.00 |
| Herman Herman | Law Clerk | ALTMONT, MICHAEL | 12.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12.25 |
| Herman Herman | Law Clerk | COMFORT, KELLY | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 6.50 | 7.00 |
| Herman Herman | Law Clerk | CONGER, ANN | 0.00 | 0.00 | 3.75 | 0.00 | 0.00 | 0.00 | 3.75 |
| Herman Herman | Law Clerk | HEFFERNAN, JOSEPH | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| Herman Herman | Law Clerk | RICHERSON, JASON | 0.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 |
| Herman Herman | Law Clerk | SIMPSON, BEN | 2.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.75 |
| Herman Herman | Law Clerk | SOSO, JEREMY | 0.00 | 0.00 | 4.50 | 1.00 | 0.00 | 0.00 | 5.50 |
| Herman Herman | Law Clerk | TANNER, KELLY | 1.50 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 2.50 |
| Herman Herman | Law Clerk | WOODS, CARL | 0.00 | 0.00 | 14.50 | 0.00 | 0.00 | 0.00 | 14.50 |
| Herman Herman | Other | CASANOVA, BONNIE | 141.25 | 0.00 | 0.00 | 0.50 | 0.00 | 0.00 | 141.75 |
| Herman Herman | Other | CASANOVA, DOMINIQUE | 267.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 267.75 |
| **Herman Herman Total** | | | **17,962.75** | **7,023.75** | **942.25** | **776.75** | **132.00** | **4,306.50** | **31,144.00** |
| | | Grand Total: | 17,962.75 | 7,023.75 | 942.25 | 776.75 | 132.00 | 4,306.50 | 31,144.00 |