# Russ Herman

| | |
|---|---|
| **From:** | Steven Lane |
| **Sent:** | Wednesday, June 01, 2011 8:32 AM |
| **To:** | All Staff |
| **Subject:** | FW: The Legal 500 US - 2011 rankings released |
| **Attachments:** | legal500_recommended_2011_tier_1.jpg; legal500_recommended_2011_tier_1_blue.jpg |

Congrats to russ,lenny,steve h,joe and the firm for having been recognized by U.S. 500 as a TOP TIER law firm in the country in mass torts and class actions.

Steven J. Lane
Managing Partner
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue, New Orleans, LA 70113 Direct Line: (504) 680-0527 / Phone: (504) 581-4892 / Fax: (504) 561-6024 <<http://www.hhkc.com/>> This Firm and its Partners are also Partners in Herman, Gerel, LLP This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.
CONFIDENTIAL ATTORNEY WORK PRODUCT

-----Original Message-----
From: David Burgess [mailto:editorial@legal500.com]
Sent: Tuesday, May 31, 2011 7:13 PM
To: Steven Lane
Subject: The Legal 500 US - 2011 rankings released

Dear Mr Lane,

The Legal 500 United States 2011 is now available to view online. You can view the results on your firm microsite here: http://www.legal500.com/firms/52324/offices/53531


Herman, Herman, Katz & Cotlar, LLP has been recommended as a TOP TIER FIRM in 1 practice area/s :

- Litigation - Mass tort and class action: plaintiff representation - pharmaceuticals and medical devices


1 Herman, Herman, Katz & Cotlar, LLP attorney/s are listed in the elite "Leading lawyers" list, The Legal 500 United States guide to outstanding attorneys nationwide.

Litigation - Mass tort and class action: plaintiff representation - pharmaceuticals and medical devices
    - Russ Herman


4 Herman, Herman, Katz & Cotlar, LLP attorney/s are recommended in The Legal 500 United States 2011 editorial (listed below).

- Joseph Kott (Litigation - Mass tort and class action: plaintiff representation - pharmaceuticals and medical devices)

1

EXHIBIT B

- Leonard Davis (Litigation - Mass tort and class action: plaintiff representation - pharmaceuticals and medical devices)

- Russ Herman (Litigation - Mass tort and class action: plaintiff representation - pharmaceuticals and medical devices)

- Stephen Herman (Litigation - Mass tort and class action: plaintiff representation - pharmaceuticals and medical devices)


Please find attached the "Top Tier recommended by The Legal 500" logo, which firms are encouraged to add to their websites, marketing materials and pitch documents.

The 2011 edition of The Legal 500 United States is now available for download to your Kindle, iPhone or iPad eReader. Click here for more details http://www.legal500.com/ebook/us/us.html

The Legal 500 Series, now in its 25th year, is widely acknowledged as the world's largest legal referral guide. This year, more than 180,000 in-house counsel and lawyers have been surveyed and interviewed globally. The Legal 500 is an independent guide, and firms and individuals are recommended purely on merit.

If you have any questions, please do not hesitate to contact me. Kind regards

David Burgess
Publishing Director, The Legal 500
Email: editorial@legal500.com
LinkedIn: http://www.linkedin.com/pub/david-burgess/6/881/23b
Twitter: http://twitter.com/thelegal500

# US > Litigation > Mass tort and class action: plaintiff representation – pharmaceuticals and medical devices

## Index of tables

1. Mass tort and class action: plaintiff representation – pharmaceuticals and medical devices
2. Leading lawyers

**Mass tort and class action: plaintiff representation – pharmaceuticals and medical devices**

| | |
|---|---|
| 1 | Herman, Herman, Katz & Cotlar, LLP<br>Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A. |
| 2 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.<br>The Lanier Law Firm<br>Seeger Weiss LLP |
| 3 | Ashcraft & Gerel LLP<br>Burg, Simpson, Eldredge, Hersh & Jardine, P.C. |

**Leading lawyers**

Andy Birchfield **Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.**
Russ Herman **Herman, Herman, Katz & Cotlar, LLP**
W Mark Lanier **The Lanier Law Firm**
Mike Papantonio **Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A.**
Michelle Parfitt **Ashcraft & Gerel LLP**
Christopher Seeger **Seeger Weiss LLP**

Based in New Orleans, **Herman, Herman, Katz & Cotlar, LLP** is recognized as '*one of the premier firms in the country*' for plaintiff representation in mass torts and class actions. Russ Herman, an '*outstanding trial lawyer and leader in all matters*', and the '*highly skilled*' and '*very professional*' Leonard Davis have developed into key figures for medical and pharmaceutical cases. Davis was recently appointed to the plaintiffs' steering committee in the DePuy defective hip replacement MDL; the firm filed one of the earliest such cases, in Louisiana federal court. The firm's '*talented litigators*' have also played leading roles in a number of significant pharmaceutical MDLs including *In re Vioxx Products Liability Litigation* and *In re Propulsid Products Liability Litigation*. The latter case, although aspects remain ongoing, has reached a national settlement of between $69 and $90m. Other recommended attorneys are Stephen Herman and of counsel Joe Bruno, a qualified neurosurgeon who brings invaluable medical expertise to matters.

A '*standout firm*', Pensecola-based **Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A.** has a well-established reputation in mass tort cases and has significant experience in litigation concerning defective drugs – such as Accutane, Bextra and Vioxx – as well as defective medical products or devices. Timothy O'Brien is acting as lead counsel for plaintiff Shirley Boles in *In re Fosamax Products Liability Litigation*. The original complaint, which was filed against Merck Sharp & Dohme in 2006, alleged failure to warn and a design defect in the prescription drug Fosamax leading to harmful side effects. The action was transferred to the US District Court for the Southern District of New York and, following a 2009 mistrial in which the jury failed to reach a unanimous verdict, the 2010 retrial culminated with a $8m verdict for the plaintiff. Subsequent motions challenging the verdict and seeking a new trial were denied, although the $8m damage award was held to be excessive and the Court ordered remittance of a portion of the award. Of counsel Ben Gordon has recently been appointed to the plaintiffs' executive committee for the DePuy defective hip replacement MDL. Mike Papantonio impresses across the board for his expertise in the field.

Headquartered in Montgomery, Alabama, **Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.**'s mass tort practice is '*certainly visible*' in various major drug product liability complex litigation cases. The firm was part of the plaintiff alliance in the historic and sprawling Vioxx litigation, which saw a $4.85bn settlement made by Merck & Co and its subsidiary Merck Sharp & Dohme. The settlement resolved certain plaintiffs' claims and came after more than five years of litigation. Recently, Navan Ward was selected, along with another 19 lawyers from other firms, to the plaintiffs' steering committee to help direct the litigation arising from the recall of ASR, DePuy Orthopaedics' defective hip implant products. The cases have been consolidated in the US District Court for the Northern District of Ohio. Andy Birchfield is a pivotal figure in the practice.

**The Lanier Law Firm** has built a reputation as a capable and robust litigation practice with '*a strong team*', and for which pharmaceutical product liability is one of the firm's core areas of expertise. It has offices in Houston, New York, Los Angeles and Palo Alto. The firm's founder is the '*focused, dynamic and experienced*' W Mark Lanier, who heads the practice, and has '*a high profile and is well recognized by opposing legal counsel*'. The firm achieved an impressive

winning verdict in one of the nation's first Vioxx trials, and also successfully represented many Avandia users who suffered heart attacks, and related problems, after using the diabetic medication. It also represents clients who have suffered injuries involving Accutane and Ortho Evra. The practice is currently exploring claims in relation to patients who are suffering problems with Zimmer-manufactured knee replacement devices. It represents a number of patients who have used the Zimmer NexGen CR Flex knee implants and required additional surgery to resolve problems.

**Seeger Weiss LLP** achieved a series of notable successes in 2010, particularly in pharmaceutical product liability cases, which is one of the firm's core areas. The highly regarded Christopher Seeger has been appointed to the plaintiffs' steering committee in the *Yasmin and YAZ (Drospirenone) Marketing, Sales Practices and Product Liability Litigation*, involving Yaz, Yasmin and Ocella birth control pills which are linked to an increased incidence of blood clots. The *'terrific rising star'* David Buchanan recently obtained a significant victory in an Accutane case, *Andrew McCarrell v Hoffman-La Roche Inc and Roche Laboratories Inc*, when the Superior Court of New Jersey, Atlantic County Court Civil Division, awarded $25.2m to plaintiff Andrew McCarrell. The Court found that defendant Hoffman-La Roche had failed to adequately warn doctors that the drug could cause serious intestinal problems. The award was the largest to date in Accutane cases, and marked a fifth consecutive win for Buchanan.

Recognized as a *'fine firm'* for personal injury cases, **Ashcraft & Gerel LLP** is based in Washington DC with several offices throughout Maryland and Virginia. Head of the mass tort practice Michelle Parfitt specializes in product liability cases pertaining to pharmaceuticals and medical devices, and is regarded as a leading individual in the area. The firm is representing clients in litigation regarding Yaz, Yasmin and Ocella birth control pills; gadolinium-based contrast agents; Fosamax and other bisphosphonate drugs; Avandia; Accutane; and the DePuy hip implant recall cases. James Green was heavily involved in discovery for the Fosamax cases and the firm has been preparing for trial in the bisphosphonate litigation, which is due to gain traction and speed over the coming months.

**Burg, Simpson, Eldredge, Hersh & Jardine, P.C.** has been appointed as co-lead counsel on a number of significant cases alleging defects in drugs or medical devices. The firm is based in Denver, but its pharmaceutical mass tort and class action work is handled predominantly from the Cincinnati office; the firm also has offices in Arizona and Wyoming. The US District Court for the Southern District of Illinois recently appointed Michael Burg as co-lead counsel in the MDL involving the oral contraceptive birth control pills Yaz, Yasmin and Ocella. In addition, Janet Abaray and Seth Katz have been appointed to leadership positions on the MDL discovery committee. The claims allege that the drugs' manufacturers – Bayer, as well as Teva and its subsidiary Barr Laboratories – failed to adequately warn about the increased risks of stroke, heart attacks and other ailments associated with the drugs. Peter Burg is co-lead counsel for plaintiffs in the gadolinium-based contrast agents MDL, which alleges a link between the use of gadolinium contrast dyes and the onset of nephrogenic systemic fibrosis for patients with advanced kidney disease.

# Herman, Herman, Katz & Cotlar, LLP

820 OKEEFE AVE, NEW ORLEANS, LA, USA

**What we say about this firm...**   What the firm says...

## What we say about the firm's legal practice in US
### Litigation
Within **Mass tort and class action: plaintiff representation – pharmaceuticals and medical devices**, Herman, Herman, Katz & Cotlar, LLP is a first tier firm,

> Based in New Orleans, **Herman, Herman, Katz & Cotlar, LLP** is recognized as 'one of the premier firms in the country' for plaintiff representation in mass torts and class actions. Russ Herman, an 'outstanding trial lawyer and leader in all matters', and the 'highly skilled' and 'very professional' Leonard Davis have developed into key figures for medical and pharmaceutical cases. Davis was recently appointed to the plaintiffs' steering committee in the DePuy defective hip replacement MDL; the firm filed one of the earliest such cases, in Louisiana federal court. The firm's 'talented litigators' have also played leading roles in a number of significant pharmaceutical MDLs including In re Vioxx Products Liability Litigation and In re Propulsid Products Liability Litigation. The latter case, although aspects remain ongoing, has reached a national settlement of between $69 and $90m. Other recommended attorneys are Stephen Herman and of counsel Joseph Kott, a qualified neurosurgeon who brings invaluable medical expertise to matters.

## What we say worldwide
Please choose another Herman, Herman, Katz & Cotlar, LLP office to view full details of what we say in that region, or choose from this list to view a specific editorial reference in context.

### US
Offices in **New Orleans**

- **Litigation : Mass tort and class action: plaintiff representation – pharmaceuticals and medical devices**