

**RUSS M. HERMAN**
Partner

Tulane University School of Law
L.L.B. Degree (now J.D.) 1966

Tulane University
B.A. 1983

rherman@hhkc.com



# RUSS M. HERMAN
## 820 O'Keefe Avenue, New Orleans, Louisiana 70113
## Telephone (504) 581-4892, Facsimile (504) 561-6024

## BIOGRAPHY

RUSS HERMAN is a Senior Partner in the firm of Herman, Herman, Katz & Cotlar of New Orleans, Louisiana. He graduated from Tulane University with a B.A. Degree and L.L.B. in 1966. In 1977, he was chosen "Outstanding Trial Lawyer" by the Louisiana Trial Lawyers Association, and was LTLA President in 1980-81.

He has authored over 200 articles, papers and books in various aspects of Civil Trial Practice and has been published in various works including Am Jur; Trials; Shepard's/McGraw Hill; The National Business Institute; Trial Magazine; The Forum; and Personal Injury Annual by Matthew Bender.

Mr. Herman has served on the faculty of the Practicing Law Institute - The National College of Trial Advocacy and has lectured at Tulane, L.S.U., Loyola, Georgetown, Hastings and other law schools.

Mr. Herman served as President of the (ATLA) Association of Trial Lawyers of America (1989-1990); President of the Civil Justice Foundation (1987-1988); and President of the Roscoe Pound Foundation (1991-1993). He is a Diplomate of the American Board of Professional Liability attorneys; a Diplomate of the National College of Advocacy, a Fellow and Director of the International Academy of Trial Lawyers, a member of the American Board of Trial Advocates (ABOTA),a Fellow of the International Society of Barristers, a Barrister of the American College of Barristers. In July of 2001, Mr. Herman was selected for The Leonard M. Ring Champion of Justice Award, which is the highest honor bestowed by ATLA. He has also received the ATLA Lifetime Achievement Award (1999) and the Joe Tonahill Award (1998); Pursuit of Justice Award (American Bar Association Tort Trial & Insurance Practice Section (TIPS) 2005).

Mr. Herman has been selected for listing by Naifeth and Smith in their book "Best Lawyers in America" in Personal Injury, Maritime, Complex Litigation and Appellate Trial Practice areas.

He is the author and performer of ATLA's best selling, 6-Volume Video Trial Practice Series, "Courtroom Persuasion: Art, Drama & Science" and a 443-page book by the same title published by West Group, Clark Boardman Thomson and ATLA Press and is the author for West Group's two-volume series Louisiana Personal Injury.

The National Law Journal named Mr. Herman as one of Louisiana's top ten litigators and the American Law Journal highlighted Mr. Herman in its June 1999 issue, and Fortune Magazine featured his litigation accomplishments in the July 3, 2000, issue.

In April 2003, the Third Edition of Chamber's USA "America's Leading Business Lawyers" (2003-2004) listed Mr. Herman as the leading individual trial lawyer in Louisiana in General and Commercial Litigation and he has been listed in the top tier lawyers continuously. Peer comments from 2004 through 2009 have described him thus:

> 2004 - "Extraordinarily talented" Russ Herman - was singled out for his trial skills";
> 2005 - "Russ Herman's "tenacity personified" in the eyes of commentators";
> 2006 - "Is phenomenal in Court" which sees him involved in a great deal of national litigation cases";
> 2007 - "Hugely amicable personality before juries. A "star" both at the Bar and in his firm".
> Best Lawyers In America continuously since 1ˢᵗ publication in 1983 - "Personal Injury"; "Maritime"; "Complex Litigation"; and "Appellate Practice";
> 2009 - "As tenacious as a Bulldog"; "Smart and Highly Able".

In 2004, a jury returned a $591,000,000 verdict in Scott v American Tobacco, et al. (96-8461, Orleans Parish, Civil District Court). Mr. Herman was lead trial counsel in this case. Mr. Herman is Court Appointed: Liaison and Lead Counsel in In Re: Propulsid: MDL 1355 case; Liaison Counsel and Member of PSC Executive Committee in In Re: Vioxx: MDL1657; Appointed as Liaison Counsel In Re: Chinese Drywall: MDL 2047. Mr. Herman as Liaison Counsel and lead negotiator, was successful in concluding a $4.85 billion dollar settlement with Merck.

Since 2005, Mr. Herman has been selected from over 15,000 nation-wide nominees as one of American's 500 Leading Lawyers and Jurists by "Lawdragon" publications and since 2005 , as one of America's Top 500 Litigators. From 2007 to date, he was selected by "The Legal 500" as one of the 500 top litigators in the country. In December 2007, was selected by Lawyers' Weekly, USA as "Lawyer Of The Year". In 2008-2009 was selected as one of the "Top 100 Trial Lawyers" in the country by the American Trial Lawyers Association. In 2009, The Federal Bar Association (EDLA) selected Mr. Herman to receive the John R. Martzell "Professionalism" award. The selection committee was composed of Federal Judges and lawyers.

In November, 2009, Russ was named the Best Lawyers' 2010 New Orleans Personal Injury Litigator of the Year.

Mr. Herman's most recent publication: Courtroom Persuasion II, Winning with Art, Drama and Science, 653pp will be released by West Group on March 28, 2010.

On April 22 -23, 2010, Russ was honored at the Induction Ceremony of The American Trial Lawyer Hall of Fame during the Mass Torts Made Perfect Seminar with Clarence Darrow, John Adams, Jerry Spence, Justice Thurgood Marshall, Morris Dees, Fred Levin and others.

On October 22, 2010, The American Law Litigation Daily named Herman, National Litigator of the Week. On June 1, 2011, the national peer review journal, Legal 500, named Herman one of five tier one lawyers in Mass Torts and Class Actions•••he was described by peers as an "outstanding trial lawyer and leader in all matters".

# RUSS M. HERMAN

Herman, Herman, Katz & Cotlar. L.L.P.
Herman, Mathis, Casey, Kitchens & Gerel, L.L.P.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504)581-4892
Facsimile: (504)561-6024

---

**Personal**

---

*Born:*      April 26, 1942
*Married:*   *Sandra Thompson on July 26, 2008*; B.A. S. E. La. University LSU
*Children:*  Stephen J. Herman, DOB 11/22/68
             Attorney, Herman, Herman, Katz & Cotlar
             Dartmouth, B.A., Cum Laude with honors, 1991
             Tulane, J.D., Cum Laude, Order of the Coif, 1995
             Law Clerk, Louisiana Supreme Court, 1995-1996
             Penny Lynn Herman, DOB 1/14/73
             Paralegal, Herman, Mathis, Casey, Kitchens & Gerel
             Tulane, B.A., Cum Laude, 1995
             John Jay University, M.A., Magna Cum Laude, 2001
             Elizabeth Rose Herman, DOB 8/02/77
             Middlebury College, Vermont, B.A., Cum Laude with honors, 1999
             Middlebury College, Madrid, M.A., Magna Cum Laude, 2001
             University of Virginia, PHD candidate June, 2010

---

           Education

---

### Preparatory
Eleanor McMain Junior High School (public), New Orleans, Louisiana
Alcee Fortier Senior High School (public), New Orleans, Louisiana
Air National Guard Louisiana (1959-1965); Honorable Discharge AF 25586965

### University
Tulane University, New Orleans, Louisiana, B.A. Degree, 1959-1963
### Professional
Tulane University School of Law, New Orleans, Louisiana, L.L.B. Degree (now J.D.), 1963-1966
Moot Court Competition, Winner, 1965-1966
Senior Class, Vice-President, 1966

***Current Directorships***
Appleseed Foundation - Director
Arts Council of New Orleans - Director
Roscoe Pound Foundation (Honorary Trustee)
Civil Justice Foundation (Honorary Trustee)
"A Studio in the Woods" (New Orleans)
Jewish Endowment Fund -Trustee (New Orleans)
Esquire Bank – New York, New York - Director
Louisiana Racing Commission (2006-2008)
Louisiana Board of Zoning Adjustments (1980-1984)

***Extra-curricular Activities***
Tulane University Student Council, Member at Large
Phi Delta Phi Legal Fraternity, Member
"Comprehensive Budget for Student Activities," Co-author
Tulane *Hullabaloo*, Editorial Staff
No Love Lost, and T'Aint So, Co-author
Campus Night Musical Productions, Vice-President
Glendy Burke Debating Society, Member
WHO'S WHO AMONG STUDENTS IN AMERICAN UNIVERSITIES AND COLLEGES, listed 1963
Tulane University, Student Activity Key, 1964


## Professional Qualifications

Louisiana Court of Appeal, Fourth Circuit, Law Clerk 1965-1966
Tulane Moot Court Competition, Winner 1965-1966
Louisiana Supreme Court, admitted 1966
U.S. District Court, Eastern District of Louisiana, admitted 1966
U.S. District Court, Middle District of Louisiana, admitted
U.S. District Court, Western District of Louisiana, admitted
Notary Public, Parish of Orleans, commissioned for life 1968
U.S. Court of Appeals, Fifth Circuit, admitted 1970
U.S. Supreme Court, admitted 1972
U.S. Court of Appeals, Second Circuit, admitted 1979
U.S. Court of Appeals, Eleventh Circuit, admitted 1980
U. S. Court of Appeals, Ninth Circuit, admitted 2004
Martindale Hubbell Legal Directory, A-V Rating
Herman, Herman, Katz & Cotlar, L.L.P. (A-V Partnership Rating), Partner
Herman Gerel, L.L.P., Partner

## Professional Certifications

American Board of Professional Liability Attorneys (ABPLA), Diplomate, October 1989-present
International Academy of Trial Lawyers, Fellow, July 1990-present
National College of Advocacy, Diplomate, 1993-present
American Board of Trial Advocates (ABOTA), Member, 1998-present
American Society of Barristers, Fellow, 1999-present
International Society of Barristers, Fellow, 1999-present

## Professional Associations

### *Louisiana Trial Lawyers Association (LTLA)*

**Offices Held**
Board of Governors, 1972-1977
Executive Committee, 1976 & 1977
Secretary-Treasurer, 1978-1979
President-Elect, 1979-1980
President, 1980-1981

Member, 1966-present
Legislative Committee, 1966-present, Chair for 5 years
Amicus Curiae, Medical Malpractice Liability, 1973-present
Building Committee, 1976-present
Key Person Committee, 1976-present
US and LA Legislative Committees, testified on more than 60 occasions, 1976-present
LTLA, President's "Outstanding Louisiana Trial Lawyer" Award, 1977
PAC Fund-Raising Chair, 1978, 1979, 1980 & 1981
PAC Trustee, 1979-1985
Seminar Chair, 1980-1984
Nominating Committee, 1980-1985
LTLA, "Leadership" Award, 1981-1982
Annual Convention Committee, 1981, 1982, 1984 & 1987
Long-Range Planning Committee, 1984-present
Past-President's Council, 1984-present
Life Member, 1984-present
Tort Reform Committee, 1985-present
Louisiana Foundation for Law & Society, Trustee, 1986
Political Research Committee, 1986 & 1987

### *Association of Trial Lawyers of America (ATLA) - Now American Association for Justice and Affiliated Groups and Foundations*

**Offices Held**
Board of Governors, 1984-1988
Executive Committee, 1986-1991 & 1998-1999

Page 3 of 39

       Parliamentarian, 1987-1988
       President-Elect, 1988-1989
       President, 1989-1990
Member, 1966-present
M Club, 1980-present
ATLA, New Lawyers Division, "Joe Tonahill" Award, 1997
Sustaining Member, 1984-present
Key Person Committee, Chair, 1985
Public Relations Committee, 1985-present
Public Affairs Committee, 1985-present
Elections Committee, 1985-1986
ATLA, "Admiralty and Maritime" Award, 1986
PAC Task Force, 1986-1990
National College of Advocacy, Basic & Advance Course Faculty, 1986-present
Lambert Chair, 1987-present
Convention Committee, Chair, 1988-1989
Home Office and Budget Committee, 1988-1991
PAC, Trustee 1988-1998
Organization Review Committee, Chair, 1988-1993
Immediate Past-President, 1990-1991
ATLA, "Lifetime Achievement" Award, 1999
ATLA, "Leonard M. Ring Champion of Justice" Award, 2001
Hall of Fame Committee 1993-1995

### *Civil Justice Foundation*
President, 1988-1989
Trustee, 1988-2001
Honorary Trustee for Life, 2002

### *Roscoe Pound Foundation*
Lifetime Fellow, 1970
Trustee, 1988-1999
Vice President, 1989-1992
President, 1992-1994
Honorary Trustee for Life, 2000

### *Others*
Academy of Florida Trial Lawyers, 1986
Advisory Council of the National Judicial Council, 2001
Alabama Trial Lawyers Association, 1987
American Bar Assocation (TIPS) 1972 -present
American Board of Professional Liability Attorneys (ABPLA), Diplomate, 1989-present
American Board of Trial Advocates (ABOTA), Member, 1998-present

Arizona Trial Lawyers Association, 1987
American Bar Association (ABA), 1966-present
California Trial Lawyers Association, 1986- (Honorary Life Member)
Citizens for Justice, Inc., Secretary 1980-1981
Federal Bar Association, 1978-present
Federal Fifth Circuit Bar Association, 1984-present
International Academy of Trial Lawyers, Fellow 1991-present
International Society of Barristers, Fellow 1999
Kentucky Association of Trial Attorneys, 1985-present
Mississippi Trial Lawyers Association, 1986-present
National College of Advocacy, Trustee 1990-1993
National Paralegal Association, Director 1993-1996
New Hampshire Trial Lawyers Association
New York State Trial Lawyers Association, 1985-1986
Pennsylvania Trial Lawyers Association, 1986
Propulsid Litigation Group, Co-chair 2000-present
Railroad Crossing and Highway Litigation Group, Founder-Chairperson 1994-2002
Shepard's/McGraw-Hill "Expert Evidence Reporter," Board of Advisors 1989-1991
*Trial Diplomacy Journal* , Board of Editors 1991-1995
Trial Lawyers for Public Justice, Founder & Trustee 1987-1989 & 1990-1992
Tulane University Law School, Alumni Advisory Committee 2000-2002

## Awards, Certifications, and Commendations

LTLA, President's Outstanding Louisiana Trial Lawyer Award, 1977
ATLA, New Lawyers Division, Joe Tonahill Award, 1997
Florida Bar Association, Champion of Justice, 2001
ATLA, Lifetime Achievement Award, 1999
ATLA, Leonard M. Ring Champion of Justice Award, 2001
BEST LAWYERS IN AMERICA, Naifeh and Smith, ed., Seaview/Putnam Presses, listed, June 1983
& all other years (Maritime, Personal Injuries and Complex Litigation)
CHAMBERS USA – AMERICA'S LEADING BUSINESS LAWYERS, Top Five Lawyers in Louisiana,
2003-2008
MARQUI'S "WHO'S WHO IN AMERICAN LAW," listed, 1985-present
Wiedemann-Wysocki Award 1992, 1993, 1994 & 1996
Florida Academy of Trial Lawyers, 7/14/89
American Board of Professional Liability Attorneys (ABPLA), Diplomate, October 1989-present
International Academy of Trial Lawyers, Fellow, July 1990-present
National College of Advocacy, Diplomate, 1993-present
American Board of Trial Advocates (ABOTA), Member, 1998-present
American Society of Barristers, Fellow, 1999-present

International Society of Barristers, Fellow, 1999-present
LTLA, Leadership Award, 1981-1982
New Orleans Legal Secretaries Association, Boss of the Year, 1981-1982
ATLA, Admiralty and Maritime Award, 1986
ABA-Torts and Insurance Section Outstanding Lawyer Award (2005)
Alpha Epsilon Pi, Arthur and Simi Tech Distinguished Alumnus Award for
        National Recognition in the Practice of Trial Law, 7/03
Law Dragon – Top 500 Litigators in the United States 2005-present
Super Lawyers- Top Five Lawyers in Louisiana 2006-present
Lawyers in Leadership
Legal – 500 "Top 500 Litigators in the United States 2007-present

## Awards From State Bar Associations

Arizona Trial Lawyers Association, 1987
Arkansas Bar Association, 3/26/88
South Dakota Trial Lawyers, 4/29/88
Nevada Trial Lawyers Association, 9/18/88
South Carolina Trial Lawyers Association, 1989
Wyoming Trial Lawyers Association, 1990
Texas Trial Lawyers Association, 6/24/92
California Consumer Lawyers Association, 1989
Kansas Trial Lawyers, 1988
Mississippi Trial Lawyers Association, 1999
Association of Personal Injury Lawyers of Great Britain ,Co-Founder Award - 1991

## Appointments

New Orleans Aviation Board, Special Trial Counsel, 1974-1976, 1988-1989
City of New Orleans, Board of Zoning Appeals, 12/74-1980
Construction Industry Rules and Procedures of American Arbitration Association, Advisory
Council, 1976-1986
Civil District Court, Commission on Local Rules and Forms, 1979-1980
U. S. District Court, Committee on Disciplinary Rule and Revision of Local Rules, 1979-1980
States' Supreme Courts' National Conference on Court Delay, Delegate, 1980-1981
U. S. District Court, Eastern District of Louisiana, Disciplinary Committee, 1980-present
State of Louisiana, Worker's Compensation Advisory Board, 1985, 1986 & 1987
Louisiana Judicial College, Judges' Civil Benchbook Committee, 1985
Louisiana State Bar Association (LSBA), Commission to Review Disciplinary Rules and
Procedures, 1988-1990
Louisiana Supreme Court, Committee on Television in the Courts, 1993-1994
Louisiana Supreme Court, Committee on Louisiana Manual for Complex Litigation, 1995-1997

Louisiana Federal and State Court Committee on Professionalism, 1999-2000
Tulane Law School, Alumni Advisory Committee, 2000-2001
Louisiana Judicial College, Lecturer on Evidence, Professional Liability, Products Liability,
Ethics, Complex Litigation, 1999-2000
Civil District Court, Co-Chair of "Courthouse Planning Committee", 2003-2005

## Teaching

### *Guest Lecturer*
Alabama Law School, Association of Trial Lawyers of America (ATLA), Georgetown Law
School, Harvard Law School, Hastings College of Law, Louisiana State Bar Association (LSBA),
Louisiana State University Law School, Louisiana Trial Lawyers Association (LTLA), Loyola
University Law School, National Business Institute, Practicing Law Institute, Tulane University
Law School

### *Faculty*
Louisiana and 50 States for Bar Associations, Lecturer and Seminar Speaker, over
    200 appearances
Tulane University Law School, Adjunct Professor of Law, Trial Advocacy, 1979-1980,
    1980-1981, 1982-1983, 1983-1984, 1985-1986, 1986-1987
Practicing Law Institute, "Products Liability," 1980
Louisiana Judicial College, Guest Lecturer, 1986, 1987, 1988, 1989
ATLA Annual and Midwinter Conventions, Lecturer, 1986-present
Shepard's/McGraw-Hill, Board of Advisors, Member, "Expert Evidence Reporter," 1989, 1990,
    1991
American Bar Association (ABA), Guest Lecturer, 1989-present
National College of Advocacy, 1989-present
Association of Personal Injury Lawyers of Great Britain, Guest Lecturer, 1991, 1992, 1994, 1995
Trial Diplomacy Journal, Board of Editors, Member, 1991-1995
International Bar Association, Guest Lecturer, 1993

## Publications

### *CLE Video Series, ATLA Press 1992*
### *The Art of Courtroom Persuasion*
"Courtroom Environment"
"Telling the Story"
"Jury Selection," Vol. I and Vol. II
"Opening Statement"
"Closing Argument"

### *Author*
LOUISIANA TRIAL PRACTICE MANUAL, "Direct Examination of Lay Witness," Co-editor, Loyola
    University 8/5/81

LOUISIANA DAMAGES, "For the Plaintiff: Determining and Proving Damages; For the Defense: Limiting Damages," co-author with Melville Z. Wolfson, Ph.D., National Business Institute, Inc. 12/12/85 (240 pages)

MEDICAL MALPRACTICE IN LOUISIANA, National Business Institute, New Orleans, LA 7/31/87 (263 pages)

SUCCESSFUL TRIAL TECHNIQUES OF EXPERT PRACTITIONERS, 1990 Supplement, "Opening Statement"

PERSONAL INJURY REVIEW - 1990, "Preparing the Difficult Medical Causation Case and the Cross-Examination of Physicians from Medical Texts," p. 781, 1990 Ed.

COURTROOM PERSUASION, WINNING WITH ART, DRAMA & SCIENCE, 556 pages, Clark-Boardman Thompson and West Group (1997)

WEST GROUP PRACTICE SERIES: LOUISIANA PERSONAL INJURY, VOL. I & VOL. II, 17 chapters, West Group 1999 - present

***Contributing Author***

BEST OF TRIAL, ATLA Press, 1990 (417 pages)

PERSONAL INJURY REVIEW – 1990, Matthew Bender & Co., 1990 (874 pages)

BEST OF TRIAL PRODUCTS LIABILITY, ATLA Press, 1991

CIVIL TRIAL PRACTICE - 2000 AND BEYOND, Myron Papadakis, Esq., ed., Lawyers & Judges Publishing Co., March 2000 (900 pages)

CIVIL TRIAL PRACTICE - WINNING TECHNIQUES OF SUCCESSFUL TRIAL ATTORNEYS, M.P. Papadakis, Esq., ed., The Lawyers & Judges Publishing Company, 2000

AMERICAN JURISPRUDENCE, PROOF OF FACTS 2d, "Form Interrogatories in Workmen's Compensation Cases"

LITIGATING TORT CASES, ATLA Press, 2003

## Legal Writings, Published Speeches, Presentations, and Interviews

### *1978*

LTLA, 1/1/78, "Preparation and Proof of the Difficult Medical Causation Case"
LTLA, 4/4/78, "Jury Selection - Civil Jury Trials in State and Federal Courts"
LTLA, 10/20/78, "Second Accident Dilemma"

### *1979*

LTLA, 10/13/79, "National Tort Trends"
LTLA, 11/6/79, "Federal Rules of Evidence Special Problems"

### *1980*

LSBA, 1/10/80, "Use of Demonstrative Evidence at Various Stages of Trial"
LTLA, 1/12/80 Vail, CO, "Use of Demonstrative Evidence at Various Stages of Trial"
New Orleans Academy of Trial Lawyers, 10/15/80, "Direct and Cross-Examination of a Medical Expert"

LTLA, 11/5/80, "Products Liability, the Insurance Lobby and Efforts to Limit Contingency Fees"

LTLA, 11/20/80, "Structured Settlements"
### *1981*

Jefferson Parish Bar Ass'n, 2/20/81, "The Dirty Dozen of Demonstrative Evidence"
LTLA, and Texas Trial Lawyers, 12/4/81, "Discovery in Product's Liability Cases"

### *1982*

LSBA, 4/22/82, "Comparative Fault:  A Plaintiff's Perspective"
Jefferson Parish Legal Secretaries Ass'n, The Medical/Legal Seminar for Paralegals and Legal Secretaries, 9/11/82, "The Medical Malpractice Act/The Medical Malpractice Review Panel"
Loyola University Law Symposium, Louisiana Appellate Practice, 10/22/82, "Protecting the Record and Preparing the Brief on Civil Appeal"
Louisiana State University Law School, 10th Annual Law and Medicine Seminar, 11/12/82, "Cross Examination of a Medical Expert from Published Texts"
LTLA, 12/4/82 Houston, TX, "Survey of Recent Products Liability Cases in the Fifth Circuit - The Projected Defense"

### *1983*

LTLA, 1/6/83, "Videotape Depositions Taken to Preserve Testimony of Dying Plaintiffs"
LSBA, Products Liability and Tactics Seminar, 1/15/83, "Survey of Recent Products Liability Cases in the Fifth Circuit - The Projected Defense"
LTLA, 10/7/83, "Loss of Consortium:  Its Elements, Proof, and How to Argue it"
Louisiana State University Law Center, 10/15/83, "Evidentiary Aspects of Medical Proof"

### *1984*

Louisiana Bar Ass'n, 1/17/84, "A Survey of the Most Recent Developments in the Louisiana Law of Products Liability and Comparative Fault"
LTLA, 3/2/84, "Preparation and Presentation of Opening Statements"
Louisiana State University Law Center, 11/3/84, "Various Techniques of Impeachment of Lay and Expert Witnesses"
Tulane University Law School Symposium, 10/11/84, "Increasing Damages:  Demonstrative Evidence at Trial"
LTLA, 10/26/84, "Recent Developments in the Law of Medical and Other Professional Malpractice"
Tulane University Law School, 11/30/84, "Psychiatry and the Law:  Direct and Cross Examination of Experts at Trial"

### 1985

LTLA, 13th Annual Winter Seminar, 2/16-23/85, "Problems and Procedures Re: Louisiana Medical Malpractice Act, The Panel Proceeding"
*New Orleans City Business*, 6/85, "Trial Lawyers Make it Big on the Little Guy," by Kit Gorman
*The Times-Picayune*, 8/25/85, "Suite Set Kicks off The Party Season," by Renee Peck
LTLA, 10/24/85, "General Trial Tactics:  Feeling at Home in the Courtroom Environment"
*The Times-Picayune*, 11/85, "Jump in Water's Fine, Say Political Swimmers," by Ted Landphair

### 1986

ATLA, Midwinter Convention, 1/19-22/86 Orlando, FL, "Victims in the Workplace:  Inadequate Warnings and Instructions as Traps for the Unsuspecting"
Kentucky Trial Lawyers Ass'n, Midwinter Meeting, 2/21/86 Frankfort, KY, "Preparation and Conduct of Direct Examination of Lay Witnesses"
*Lawyer's Alert*, 3/10/86, "When a Worker is Injured by a Machine, Whom Do You Sue," by Russ Herman
Tulane University, Seminar, 4/4/86, "Evaluation, Negotiation and Settlement"
ATLA, 4/12/86 New Orleans, LA, "New Developments in Maritime Products Liability"
*Trial Magazine*, 6/86, "Pre-Suit Discovery for Product Cases Arising at Work," by Russ Herman
Mississippi Trial Lawyers Ass'n, 9/5/86 Jackson, MS, "Maximizing Settlement Opportunities through the Use of Brochures, Video-Tape and other Demonstrative Techniques"
LTLA, 9/18-19/86 New Orleans, LA, "The Proposed Louisiana Rule of Evidence:  Rule 407, Relevancy and Post Incident Remedial Measures"
Kentucky Academy of Trial Attorneys, 10/16/86 Lexington, KY, "The Dirty Dozen of Demonstrative Evidence"
Louisiana State University, 10/24-25/86, "Opinions and Expert Testimony"
Academy of Florida Trial Lawyers, 11/1/86 Key Biscayne, FL, "Proving 'Failure to Warn' in Opening Statement, The Right Approach"
*The Times-Picayune*, 11/2/86, "Applause - Herman Named to ATLA Executive Committee"
Louisiana State University, 11/21/86, "Utilizing Medical Research and Literature to Impeach Medical Experts"
Indiana Trial Lawyers Ass'n, Annual Convention, 12/4/86 Indianapolis, IN, "The Challenge of the Eighties: Preserving the Constitutional Right to Trial by Jury, the American Adversary System:  The Insurance Crisis As Unconscionable Myth"

### 1987

*Trial Magazine*, 1/87, "Use of Videotape and Other Techniques in the Preparation and Settlement of Substantial Cases," by Russ Herman
LSBA, 1/16/87 Lafayette, LA, "Recent Development in Professional Liability; Architect, Attorney and Physician Negligence"
ATLA, Mid-Winter Convention, 1/18-23/87 Phoenix and Scottsdale, AZ, "Use of Videotaped Settlement Brochures and Other Techniques in Presenting Medical Negligence Cases"

<u>West Virginia Trial Lawyers Ass'n</u>, Annual Seminar, 6/87,
    "How to Handle the Courtroom and the Judge;" and
    "The Invidious Cycle:  A Historical View of the 1975 and 1985 Medical Malpractice
    Insurance Crisis:  As Revealed by the Louisiana Experience"
<u>LSBA</u>, Medical Malpractice Torts Seminar, 1/16/87 Lafayette, LA
<u>Academy of Florida Trial Lawyers</u>, Spring Seminar, 4/3/87 Fort Lauderdale, FL, "Using the
Opening Statement to Maximum Advantage"
<u>North Carolina Academy of Trial Lawyers, and South Carolina Trial Lawyers Ass'n</u>, Nashville,
NC , "Structured Settlement: Plaintiff Counsel's Perspective,"
<u>California Trial Lawyers Ass'n Forum</u>, 5/87, "The Challenge of the Eighties"
<u>Trial Lawyers Ass'n of Metropolitan Washington, DC</u>, 5/12/87 Washington, DC, "Use of
Videotape and Other Techniques in the Preparation and Settlement of Substantial Cases"
<u>South Dakota Trial Lawyers Ass'n</u>, 5/15/87 Rapid City, SD, "Use of Videotape and Other
Techniques in the Preparation and Settlement of Substantial Cases"
<u>Tulane University Law School</u>, 5/23/87 New Orleans, LA, "Winning Trial Techniques:  Cross-
Examination of the Defendant"
<u>Colorado Trial Lawyers Ass'n</u>, 6/87, "Direct Examination of Expert and Eye Witnesses with Use
of Demonstrative Evidence"
<u>Pennsylvania Trial Lawyers Ass'n</u>, 6/4/87 Philadelphia, PA, "Arguing Damages in the Soft
Tissue Injury Case"
<u>West Virginia Trial Lawyers Ass'n</u>, 29th Annual Seminar and Convention, 6/5/87 Charleston,
WV, "The Courtroom As It Relates to Voir Dire, Opening Statement, Witness Examination,
Closing Statement"
<u>Tennessee Trial Lawyers Ass'n</u>, 6/11/87 Knoxville, TN, "Impeachment and Cross Examination
of the Expert Witness in Products Liability Cases"
<u>Oklahoma Trial Lawyers Ass'n</u>, Annual Summer Meeting, 6/13/87, Banquet Speech "The Beasts
of Prey and the Trial Lawyer"
<u>Kansas Trial Lawyers Ass'n</u>, Convention, 6/26/87 Lake of the Ozarks, MO, "The Courtroom
Environment - Voir Dire, Opening Statement, Witness Examination, Closing Argument"
<u>Georgia Trial Lawyers Ass'n</u>, 8/7/87 Atlanta, GA, "Setting the Courtroom Environment As It
Relates to Each Stage of the Trial"
<u>Alabama Trial Lawyers Ass'n</u>, 8/13-14/87 Perdido Key, AL, "Challenge of the Eighties and Tort
Reform"
<u>North Carolina Academy of Trial Lawyers</u>, 8/21/87 Greensboro, NC, "Pre-Suit Discovery in a
Products Liability Lawsuit"
<u>ATLA</u>, National College of Advocacy, 8/23-28/1987 Vail, CO, "Opening Statements in
Commercial Cases," and "Direct Examination of Lay Witness"
<u>Nevada Trial Lawyers Ass'n</u>, Annual Convention, 9/17-20/87 Monterey, CA, "Challenge of the
Eighties"
<u>Trial Lawyers Ass'n of British Columbia</u>, 10/16-17/87 Vancouver, BC, "The Courtroom
Environment As It Relates to the Detection and Proof of the Courtroom Lie"
<u>Idaho Trial Lawyers Ass'n</u>, 10/18/87 Boise, ID, "Pre-Suit Discovery:  How to Discover
Everything You Need Before You File; Failure to Warn and the Expert Witness"

U.S. Conferences of Local Health Officers, Annual Convention, 10/20/87, "The Medical
Liability Crisis - Cause and Policy Discretion"
Kentucky Academy of Trial Attorneys, Annual Convention, 10/22/87 Louisville, KY, "An
Overview:  Trial of a Personal Injury Case"
*The Trial Practice Newsletter*, Vol. 2, No. 3 (12/87), "Settlement Negotiations and the Use of
Videotape Settlement Brochures," by Russ Herman

***1988***

*The Trial Practice Newsletter*, Vol. 2, No. 4 (1/88), "Settlement Negotiations and the Use of
Videotape Settlement Brochures," by Russ Herman
ATLA, Mid-Winter Convention, 1/20/88 Maui, HI, "Opening Statements in Products Case"
Alabama Trial Lawyers Ass'n, 1/29/88 Birmingham, AL, "The Beasts of Prey," and "Cross
Examination of Expert Witness"
*Trial Magazine*, 2/88, "Direct Examination of Lay Witnesses," by Russ Herman
Southern Trial Lawyers Ass'n, 2/6/88 New Orleans, LA, "Advanced Video and Film
Techniques"
Idaho Trial Lawyers Ass'n, 2/13/88 Boise, ID, "Using Humor in the Courtroom"
Colorado Trial Lawyers Ass'n, 3/11/88 Denver, CO, Luncheon Speech "Political Funding State
and Federal Elections"
LTLA, 3/18/88 New Orleans, LA, "Cross Examination of Experts"
ATLA, 3/25/88 Atlanta, GA, "Examination and Use of Medical Records"
Arkansas Bar Ass'n, 3/26/88 Hot Springs, AR, "Advanced Video Techniques and Other Forms
of Demonstrative Evidence to Increase Damages"
American Welding Society, Annual Convention, 4/18/88 New Orleans, LA, "The Tort Reform
Issue - A False Insurance Crisis and How to Protect"
Illinois Trial Lawyers Ass'n, 4/22/88 St. Louis, MO, "Humor in the Courtroom"
South Dakota Trial Lawyers Ass'n, 4/28-29/88 Sioux Falls, SD,
        "How Andrew Jackson Got Elected President and Other Courtroom Stories;" and
        "Cross Examination of Expert Witness"
Maine Trial Lawyers Ass'n, 5/13/88 Portland, ME, "The Total Courtroom Environment: Jury
Trial"
West Virginia Trial Lawyers Ass'n, 6/4/88 Charleston, WV, "Humanity and the Trial Lawyer"
Michigan Trial Lawyers Ass'n, 6/3-4/88, "Basic Trial Skills:  The Courtroom Environment"
Missouri Ass'n of Trial Lawyers, 6/24-26/88 Lake Ozarks, MO, "Winning in Summation - The
Money!"
Ass'n Trial Lawyers Ass'n, Annual Convention, 7-8/88 Kansas City, MO, "The Difficult
Medical Causation Case"
*The National Law Journal*, 8/1/88, "Secrecy, Discovery Abuse Breed Unethical Conduct,"
interview
Oregon Trial Lawyers Ass'n, 8/11-13/88 Sun River, OR, "Techniques of Persuasion in the
Courtroom"
ATLA, National College of Trial Advocacy, 8/14/88 Harvard University, Cambridge, MA,
"Opening Statements in Products Cases"

Page 12 of 39

Minnesota Trial Lawyers Ass'n, 8/27/88 Alexandria, MN, "Basic Trial Skills:  The Courtroom Environment"
*Jewish Times*, 9/3/88, "Russ M. Herman President-Elect of ATLA"
Nevada Trial Lawyers Ass'n, 9/15/88, Keynote Speech
*The Times-Picayune*, 9/18/88, "Applause - Trial Lawyer Chief Picked"
*The Lion*, Fall 1988, "Alumni Spotlight -- Herman Chosen as President-Elect of ATLA"
Judicial College of Louisiana, 10/3/88 New Orleans, LA, "Legal and Judicial Ethics, New Developments and Old Problems"
*Jewish Civic Press*, 10/88, "Mr. Russ M. Herman elected President-Elect at Trial Lawyers Convention"
*Louisiana Bar Journal*, 10/88, "Russ M. Herman elected ATLA President-Elect"
LTLA, 10/6-8/88, "Basic Trial Skills:  The Courtroom Environment"
Nebraska Ass'n of Trial Attorneys, 10/18/88 Omaha, NE, "Impeachment and Cross-Examination of the Expert Witness in Products Liability Cases"
Academy of Florida Trial Lawyers, 10/19-22/88, "Jury Spells Justice"
*The Times-Picayune*, 11/6/88, "Applause - Russ M. Herman named President-Elect of ATLA,"
ATLA, 11/11/88 Washington, DC, "Evaluating a Products Liability Case Before Discovery"
The Kentucky Academy of Trial Attorneys, 11/18/88 Louisville, KY,
        "Analysis and Proof in the Difficult Medical Case;" and
        Keynote Speech
*Tulanian*, Winter 1988, "Herman Elected President-Elect of ATLA"

### *1989*

*Trial Magazine*, 1/89, "Jury Selection in Civil Litigation:  Using Voir Dire as a Foundation to Win Your Case," by Russ Herman
Alabama Trial Lawyers Ass'n, 1/26-28/89 Birmingham, AL, "A Basic Approach to Jury Selection in Civil Cases -- Jury Spells Justice"
Mississippi Trial Lawyers Ass'n, 2/4/89 Jackson, MS, "11th Hour Trial Preparation and Demonstrative Evidence"
ATLA, and Montana, Nevada, Oklahoma, South Dakota, and Utah Trial Lawyers Associations, 3/6/89 Lake Tahoe, NV, "Drug Litigation Overview"
ATLA, Basic Course in Trial Advocacy, 3/13/89 Detroit, MI, "Opening Statement"
Virginia Trial Lawyers Ass'n, 3/30/89 Williamsburg, VA, "The Total Courtroom Environment: Jury Trial -- Opening Statement and Closing Argument"
California Trial Lawyers Ass'n, 24th Annual Tahoe Seminar, 4/1/89 Lake Tahoe, NV, "Closing Argument"
*The National Law Journal*, 4/4/89 "More Suing Over Lost Joy of Life," by Andrew Blum
ATLA, 5/12/89 Baltimore, MD, "Utilizing Demonstrative Evidence for the Purposes of Damages"
ATLA, Missouri Ass'n of Trial Lawyers, and Oklahoma Trial Lawyers Ass'n, 5/19/89 St. Louis, MO, "Evaluating a Products Liability Case Before Discovery"
*The Times-Picayune*, 5/31/89, "Court OK's Sale of Pallas Suites," by Susan Finch

Academy of Florida Trial Lawyers, and Georgia Trial Lawyers, 6/89 Panama City, FL, "Dynamics of Demonstration and Domination in the Courtroom"

West Virginia Trial Lawyers Ass'n, Annual Convention and Seminar 6/89 Charleston, WV, "Inexpensive Demonstrative Evidence"

Western Trial Lawyers Ass'n, 6/16/89 Maui, HI, "An Overview of Maritime/Admiralty Law -- How Does it Apply to the Desert West?"

The North Carolina Academy of Trial Lawyers, 6/24/89 Myrtle Beach, NC, "Closing Argument"

New Mexico Trial Lawyers Ass'n, 6/29/89 Albuquerque, NM, "Trial Tactics: How to Control the Courtroom Environment"

*Voir Dire*, Summer 1989, "Herman Becomes President of ATLA"

*New Orleans Magazine*, 7/89, "How New Orleans Works," by Errol Laborde and Ed Renwick

*The Times-Picayune*, 7/89, "Lagniappe -- It's All Legal - Herman President of ATLA," by Betty Guillard

ATLA, 7/89 Boston, MA , Keynote Speech

*Lawyers Alert*, 7/21/89, "New Orleans' Herman is New President of ATLA"

*The National Law Journal*, 7/24/89, "Rule 11 Is Prejudicial to Plaintiff," by Russ Herman

*The National Law Journal*, 7/24/89, "ATLA Forces Gather in Boston," by Andrew Blum

*Trial Magazine*, 7/89, "The Trial Lawyer and the Next 25 Years," by Russ Herman

*The Times-Picayune*, 6/6/89, "Lagniappe -- Bash is Entirely Legal," by Betty Guillard

*BNA, Civil Trial Manual*, 8/7/89, "ATLA Blasts Secrecy Orders..."

*The Wall Street Journal*, 8/8/89, "Infidelity Becomes Factor in Wrongful Death Suits," by Amy Dockser

ATLA, 8/10/89 Snowmass Village, CO, "Plain Speaking:  The Court, The Jury, and The Other Side"

South Carolina Trial Lawyers Ass'n, Annual Convention, 8/19/89 Hilton Head Island, SC, "Dynamics of Demonstration and Domination in the Courtroom"

*Trial Magazine*, 8/89, "President's Page -- An Open Letter to President Bush," by Russ Herman

*Sunday Advocate*, 8/20/89, "People in Business -- Herman New President of ATLA"

*The Times-Picayune* 8/20/89, "Herman New President of ATLA"

Minnesota Trial Lawyers Ass'n, Annual Convention, 8/25/89 Alexandria, MN, "Trial Tactics: How to Control the Courtroom Environment"

NBC Today Show, 8/30/89, "Should Jurors Be Allowed to Ask Questions of Witnesses," interview by Jane Pauley

*Litigation*, 8/89, "The Trial Lawyer and the Next 25 Years," by Russ Herman

*Trial Magazine*, 8/89, "The Opening Statement -- Using It to Maximum Advantage," by Russ Herman

*Voir Dire*, Summer 1989, "Portrait of a Trial Lawyer," by Russ Herman

Kansas Trial Lawyers Ass'n, 9/8/89 Manhattan, KS,
      "Back to Basics -- Opening Statements and Closing Arguments;" and
      "Your Case From Start To Finish"

*USA Today*, 9/14/89, "Stop Blaming Lawyers," by Russ Herman

Toy Safety Conference, A Forum For Those Committed To Preventing Injuries To Children, sponsored by ATLA and John Hopkins Injury Prevention Center, 9/13/89 Washington, DC; "Toy Safety: More Than Child's Play," CBS, NBC, CNN broadcast
*Trial Magazine*, 9/89, "ATLA Officer Slate for 1989-90 Term"
*The Washington Post*, 9/15/89, "The Perils of Playthings, Consummate Consumer," interview by Kara Swisher
*The Washington Post*, 9/15/89, "No More Dirty Little Secrets in The Courts," by Russ Herman
*Louisiana Bar Journal*, 9/89, "President's Message," by Leslie J. Schiff
*Louisiana Advocates*, 9/89, "Russ Herman on National T.V. Criticizes Jurors Questioning Witnesses"
*CTLA Forum*, 9/89, "The Trial Lawyers and the Next 25 Years," by Russ Herman
*Trial Magazine*, 9/89, "A Voice for the Voiceless," by Russ Herman
*Liability Week*, 9/18/89, "Trial Lawyers Urged to Take the Lead on Toy Safety"
*U.S. News and World Report*, 9/26/89, "The Invasion of Expert Witnesses," by Ted Gest
ATLA, 1st Annual Workhorse Seminar, 9/28/89, "Closing Arguments Which Win"
*ATLA Advocate*, 10/89, "No More Dirty Little Secrets in Court," by Russ Herman
*Expert Evidence Reporter*, 10/89, "Proving Hedonic Damages," by Russ Herman with Chuck Taylor
Washington State Trial Lawyers Ass'n, 10/13/89, "Sparta: The Sword and the Shield of Justice," by Russ Herman
*ATLA Advocate*, 10/89, "Toy Conference Urges End to Secrecy Agreements, Demands CPSC Revival," interview
*The Den*, 10/13/89, "Denver Woman's Injuries Lead to Lawyers' Drain Cleaner 'Alert'," by Howard Pankratz
*Philadelphia Inquirer*, 10/13/89, "Consumer Panel is Investigating 2 Drain Cleaners," by Christopher Scanlan
*The Times-Picayune*, 10/13/89, "Drain Cleaner Poses Risk of Explosion, Lawyers' Group Says"
*USA Today*, 10/13/89, "A Call to Pull Plug on All Lye Drain Cleaner," by Michelle Healy
*New York Times*, 10/14/89, "Lawyers Work to Publicize Risks in Household Products," by Barry Meier
Oregon State Trial Lawyers Ass'n, 10/14/89, "Shakespeare, On Praise of the Trial Lawyer"
*McComb Enterprise Journal*, 10/15/89, "Let's Don't Kill the Lawyers," by Charles Dunagin
*Corporate Crime Reporter*, 10/16/89, "Trial Lawyers Set Up Group to Bring Attention to Dangerous Products"
It's the Law, Cox Cable TV, 10/16/89, "Tort Reform," Hosted by Appellate Judge Stephen Plotkin, Guests Russ Herman and Wood Brown, III
*F.O.I.*, 1989-90 Report of the Society of Professional Journalists, 10/17/89, "Media Join Other Groups to Keep Legal Fights on the Record," by Lori Grange
Massachusetts Trial Lawyers Ass'n, 10/18/89, "Raptos: Why we are Bound Together to Serve the Law," by Russ Herman
ATLA, Seminar Luncheon, 10/27/89, "The Client and the Profession"
*The National Law Journal*, 10/30/89, "Protective Orders Again Are At Issue," by Andrew Blum
*The Verdict*, 10/89, "President's Comment," by David J. Stuart

*Trial Magazine*, 10/89, "President's Page -- Portrait of a Trial Lawyer," by Russ Herman
*ABA Journal*, 11/89, "Keeping Secrets:  Plaintiffs' Lawyers Claim Sealed Records Harm The Public," by Paul Marcotte
*Trial Magazine*, 11/89, "President's Page -- Secrecy: More Than a Kid's Game," by Russ Herman
*Journal of the Kansas Trial Lawyers Association*, 11/89, "Sign Posts to Success, Interview with Russ Herman," by Robert V. Wells
Iowa Trial Lawyers Ass'n, 11/2/89 Des Moines, IA, "Techniques of Persuasion in the Courtroom"
*The Times-Picayune*, 11/3/89, "FAA: Airport Land Consultant Should be Ditched," by Robert Rhoden
*The New York Times*, 11/5/89, "Concern Over the Costs of Malpractice Liability," by Martin Tolchin
*The National Law Journal*, 11/6/89, "On Court Secrecy," by Staff Writer
*The Times-Picayune*, 11/7/89, "N.O. Aviation Panel Looks at Options," by Robert Rhoden
*The Times-Picayune*, 11/9/89, "Mortgage Authority Replacing Director," by Lynn Cunningham
*The New York Times*, 11/11/89 "Tests Pit Doctors Against Lawyers," by Martin Tolchin
Academy of Florida Trial Lawyers, 11/10/89 Orlando, FL, "Closing Argument: Do's and Don'ts, Theme Development"
California Trial Lawyers Ass'n, 11/11/89 San Francisco, CA, "Winning Themes in Closing Argument"
*Trial Magazine*, 12/89, "President's Page -- Drug Industry Delusions," by Russ Herman
*ATLA Law Reporter*, 12/89, Tribute to Tom Lambert, "A Voice of Passion and Compassion," by Russ Herman
ATLA, Weekend with the Stars, 12/1/89 New York, NY, "Case Evaluation and Acceptance"
*The Philadelphia Inquirer*, 12/5/89, "Sending Up a Trial Balloon on Juries' Role," by Dianna Marder
NBC Today Show, 12/7/89, "Toy Safety and Secrecy in the Courts," interview by Betty Furness
Colorado Trial Lawyers Ass'n, 12/8/89 Denver, CO, "Investigation and Discovery in Product Liability Cases Part II:  Discovery of the Smoking Gun"
Oklahoma Trial Lawyers Ass'n, Annual Winter Convention, 12/9/89 Oklahoma City, OK, Keynote Dinner Speech
*Trial Magazine*, 12/89, "Investors Draft 'Valdez Principles' To Guide Corporate Environmental Conduct," by Russ Herman
LTLA, Win With the Masters, 12/14-15/89 New Orleans, LA, "Case Evaluation and Acceptance"

## *1990*

*Trial Magazine*, 1/90, "President's Page -- The Sign of Democracy," by Russ Herman
*The National Law Journal*, 1/90, "Back In Vogue? -- Raiders' at 20 Look Forward," by Andrew Blum
*Governing Magazine*, 1/90, "Judges Experiment, Reshaping the Role the Jury Plays," by Bruce Maxwell

Good Morning America television show, 1/90, "Electrical Heat Tapes," Guest Russ Herman
*The Times Picayune*, 1/90, "Electrical Heat Tapes for Pipes Too Dangerous, Lawyer Says," by Susan Finch
Mississippi Trial Lawyers Ass'n, 1/6/90 Jackson, MS, "Legal Review III" -- "Toys and Proposals That Can Kill"
*Product Safety and Liability Reporter*, 1/19/90, "ATLA Cites Heat Tape Fire Hazard; Urges CPSC to Set Mandatory Standard"
ATLA, Winter Convention, 1/21-25/90 Orlando, FL
*The Christian Science Monitor*, 1/23/90, "Reforming Liability Laws," by Ron Scherer
Academy of Florida Trial Lawyers, Workhorse Seminar, 1/31/90 Tampa, FL, "The Role of the Trial Lawyer in Society -- Making the Jury Understand"
*Trial Magazine*, 2/90, "President's Page -- In Memoriam," by Russ Herman
Delaware Trial Lawyers Ass'n, 2/2/90 Wilmington, DE, "Setting the Courtroom Environment as it Relates to Each Stage of the Trial"
*The Washington Post*, 2/8/90, "Heat Tape's Bad Wrap," by Terri Shaw
*The Boston Globe*, 2/9/90, "Juries Award $475 Million Plus in 1989's 10 Largest Suits," by Tony Rogers
*The Wall Street Journal*, 2/9/90, "Juries Rule Against 'Tort Reform' with Huge Awards," by Amy Dockser Marcus
*The Wall Street Journal*, "Lawyers Join Forces re: L-Tryptophan"
*The Journal of Commerce*, 2/12/90, "$475 Million Won in 10 Top '89 Suits"
Southern Trial Lawyers Ass'n, 3rd Annual Mardi Gras Seminar and Conference, 2/16/90 New Orleans, LA, Keynote Luncheon Speech
Louisiana Shorthand Reporters Ass'n Stenofair, 2/17/90 New Orleans, LA, "Court Reporters: Life in the 1990's and the 21st Century From A Trial Lawyer's Perspective"
ATLA, National College and Faculty, Training Seminar, 2/22/90 Atlanta, GA
*Trial Magazine*, 3/90, "President's Page -- The Harvard Study Or Why the AMA Must Change Its Tune," by Russ Herman
*The Times-Picayune*, 2/2/90, "Chief Justice Dixon Retires," by Susan Finch
*USA Today*, 3/90, "Keep Consumer Safety in the Front Seat," by Russ Herman
*People Magazine*, 3/26/90, "L-Tryptophan, Once Touted As A Cure For Insomnia, Is Implicated In A Mysterious Illness," by Gerald Gleich
*The National Law Journal*, 3/19/90, "Ammunition for Critics, Lawyers Charged in RICO Suits," by Andrew Blum
ATLA, Ski With the Stars, 3/26/90 Steamboat Springs, CO, "Risk Management: How Physicians and Hospitals Can Avoid Malpractice"
*USA Today*, 3/27/90, "Face-Off: Consumers vs. Manufacturers -- Don't Reform Away Consumer Protection," by Russ Herman with Jerry Jasinowski
*Trial Magazine*, 4/90, "President's Page -- The True Measure of the American Jury," by Russ Herman
British Ass'n of Personal Injury Lawyers, 4/2/90 London, England, Keynote Dinner Speech
*San Francisco Banner Daily Journal*, 4/3/90, "Court to Hear Key Punitive Damages Case," by Charley Roberts

San Antonio Trial Lawyers Ass'n, 4/12/90 San Antonio, TX, "Tort Reformers Favorite Song - 'Please Release Me, Let Me Go'"

*Macon Telegraph and News*, 4/14/90, "Public Often Doesn't Hear That Products are Dangerous," by Christopher Scanlan

ATLA, Basic College, 4/18-24/90 Scottsdale, AZ, "The Role of the Advocate in Today's Society"

*ABA Journal*, 4/90, "Lost Pleasure Suit," by Paul Marcotte

*The New York Times*, 4/23/90, "Texas High Court Cuts Into Secrecy in Civil Suits," by Staff Reporter

*The National Law Journal*, 4/23/90, "ATLA's Long Wait for an OK," by Andrew Blum

CNN "Sonja Live," 4/24/90, "Secrecy in the Courts" syndicated television interview

*Louisiana Bar Journal*, Vol. 37, No. 5, "An Appellate Judge's Opinion," by Hon. Charles A. Marvin

ATLA, and Society of Professional Journalists, Safety Conference, 4/25/90 Washington, DC, "Keeping Secrets: Justice on Trial"

*Chicago Daily Law Bulletin*, 4/26/90, "Trial Lawyers Criticize Court Secrecy Agreements," by Denise Cabrera

*The Times-Picayune*, 5/1/90, "Lawyers Seeking Limits on Sealing Court Documents," by Bruce Alpert

*Trial Magazine*, 5/90, "President's Page -- For The People," by Russ Herman

ATLA, Spring Board Meeting, 5/3-5/90 New Orleans, LA

*The National Law Journal*, 5/7/90, "Will Clients See the Virtues Of Preventing Legal Woes?," by Andrew Blum

*The National Law Journal*, 5/7/90, "A Public Gathering Discusses Trial Secrecy," by Andrew Blum

*The Times-Picayune*, 5/8/90, "Buyers Beware," by Christopher Scanlan

NBC/TKHI Nightly News, 5/9/90 Fargo, ND, interview by Doug Hamilton

*The Forum*, 5/10/90, "Trial Lawyer Lashes Out Against Secrecy in Government, Courts," by Philip Matthews

North Dakota Trial Lawyers Ass'n, Spring and Civil Seminar, 5/10/90 Fargo, ND,
    "Controlling The Courtroom Environment," and
    Keynote Luncheon Speech

ATLA, and Pennsylvania, and Delaware Trial Lawyer Associations, 5/11/90,
    "Selecting, Preparing and Presenting Expert Witnesses Seminar;" and
    Keynote Luncheon Speech

*American Medical News*, 5/11/90, "Witnesses Agree:  Medical Liability System Needs Overhaul," by Laurie Jones

Idaho Trial Lawyers Ass'n, 5/18/90 Boise, ID,
    "Controlling The Courtroom Environment;" and
    Keynote Dinner Speech

It's the Law, Cox Cable TV, 5/21/90, Selection of Judges," Hosted by Appellate Judge Stephen Plotkin, Guests Russ Herman and Sen. John Hainkel

*Mobile Register*, 5/23/90, "No-Fault, No Answer," by Russ Herman

*The Washington Times*, 5/24/90, "Can No-Fault Hold Insurance Costs Down?," by Russ Herman
LTLA, 5/25/90 Baton Rouge, LA, "Theme Building in Closing Argument"
*The New York Times*, 5/25/90, "At the Bar - Trouble in the Trial Bar:  a Lawyers' Group Chases after Ambulance Chasers," by David Margolick
*The Wall Street Journal*, 5/31/90, "Workloads of State Courts in U.S. Surged by 98 Million Cases in 1988," by Edward Felsenthal and Wade Lambert
*The Washington Post*, 5/31/90, "Garage Door Openers Draw New Safety Concern," by Terri Shaw
*Trial Magazine*, 6/90, "President's Page -- Danger: Expediency and Elitism," by Russ Herman
American Inns of Court, 6th Annual Meeting, 6/1/90 Washington, DC, "Law: Business or Profession" Panel Discussion, Moderated by Prof. Charles Ogletree
*The Missouri Trial Attorney*, Vol. VIII, No. 3 6/90, "An Editorial Tribute to Russ M. Herman," by Fred Wilkins
Texas Trial Lawyers Ass'n, 6/7/90 Dallas, TX, "The Higher You Climb" Keynote Address
*Gannett News Service*, 6/7/90, "Family Warns Garage Doors Can Kill," by Victoria Bennington
Western Trial Lawyers Ass'n, 6/15/90 Kauai, HI, "Strategies and Tactics in Trial Practice"
Wyoming Trial Lawyers Ass'n, 6/21/90 Cheyenne, WY,
    "Investigation and Discovery in Product Liability Cases – Part II: Discovery of the Smoking Gun;" and
    Keynote Luncheon Speech
ATLA, 44th Annual Convention, 7/22-23/90 San Diego, CA,
    Exposition Grand Opening and Ribbon Cutting Grand Marshal of Ceremonies;
    "Trial Advocacy Track" Keynote Speech;
    Opening Address and Plenary Session; and
    Pound Fellows Forum:  "What Price Safety?"
*ATLA Daily*, 7/23/90, "Welcome to the ATLA Convention," by Russ Herman
*ATLA Daily*, 7/24/90, "Utter Stresses State Guarantees 'Herman Will Keep Fighting'," by: Karen F. Donovan
*ATLA Daily*, 7/25/90, "ATLA Alert Warns of Hazards"
ABC TV World News Tonight, 6:30 p.m. 7/25/90, "Courtroom Secrecy"
San Diego Press Club, Press Conference, 7/26/90  San Diego, CA, "Secrets That Can Kill: A Look at Courtroom Secrecy"
*ATLA Daily*, 7/26/90, "How to Act' Like a Lawyer," by Karen F. Donovan
*ATLA Daily*, 7/27/90, "A Farewell from Russ Herman," by Russ Herman
*San Diego Daily Transcript*, 7/27/90, "Secret Court Deals Considered Menace to Life and H ealth," by Pamela Wilson
*Chicago Tribune Magazine*, 7/29/90, "Police Thyself," by Richard E. Peterson
*Los Angeles Times*, Business Section, pg. 1, 7/29/90, "Besides Cancer, Asbestos Legacy Is A Legal Morass," by Scot J. Paltrow
*The National Law Journal*, 7/30/90, "Allowing the Jurors to Decide," by Russ Herman
*The National Law Journal*, 7/30/90, "Sunshine in San Diego for ATLA," by Gail Diane Cox
*Trial Magazine*, 8/90, "Tribute to a Leader," by Michael C. Maher
*The Times-Picayune*, 8/90, "Applause – Russ Herman Accepted"

*ATLA Advocate*, 8/90, "Florida Law Forbids Courts from Concealing Hazards"

ABA, Annual Meeting, 8/6/90 Chicago, IL, "No-Fault Auto Insurance:  A Debate - All Innocent Victims Should Have the Right to Sue"

ABA, Public Regulation of Insurance Committee, 8/6/90, "No Fault:  A Flawed Alternative," by Russ M. Herman

*The National Law Journal*, 8/13/90, "ATLA Meets:  Consensus on Group's 'Mission'," by Gail Diane Cox

ATLA, Advanced Seminars, 8/16/90 Vail, CO, "Medical Negligence - Proof of Causation In Medical Negligence Cases"

ATLA, Advanced Seminars, 8/18/90 Vail, CO, "Proof and Argument of Hedonic Damages:  The Value of Life"

ATLA, Advanced Seminars, 8/26/90 Vail, CO, "Medical Negligence - Proof of Causation in Medical Negligence Cases"

*The Brief*, Fall 1990, "No-Fault Auto Insurance:  A Debate, 'All Innocent Victims Should Have the Right to Sue'," by Russ Herman

*Shreveport Journal*, 9/90, "Soliciting Clients by Mail Legal, But Many Attorneys Disapprove," by Leslie Burleson

*The American Spectator*, 9/90, "Congress, Nader, and the Ambulance Chasers," by Robert Stowe England

*ABA Journal*, 9/90, "ATLA Alerts Consumers," by Paul Marcotte

Louisiana State Paralegal Ass'n, 9/15/90 New Orleans, LA, "Opening Remarks"

It's Your Business, U.S. Chamber of Commerce Television Program, 10/15/90 Washington, DC, Focus on Punitive Damages with Dr. Richard Lesher, Victor Schwartz, Linda Lipsen and Russ Herman

Nebraska Ass'n of Trial Attorneys, 10/2090 Omaha, NE, "Environment, Preparation and Delivery of Closing Argument"

*San Francisco Daily Journal*, 10/20/90, "Secrecy Seen As the Tie That Binds," by Dolores Ziegler

National College of Advocacy, 11/9/90 New Orleans, LA, "Direct Examination of an Expert Witness:  Utilizing Demonstrative Evidence"

All Star Trial Advocacy Institute, 11/9-10/90 Georgetown University Law Center, Continuing Education, Washington, DC,
 "A Basic Approach to Jury in Civil Cases - Jury Spells Justice;"
 "Using the Opening Statement to Maximum Advantage;"
 "Techniques of Using Demonstrative Evidence in Witness Examination;" and
 "Environment, Preparation and Delivery of Closing Argument"

NATLE/ATLA, Legislative Conference, 11/18/90 New Orleans, LA, "Being a Trial Lawyer; Working for and Supporting the Causes Espoused by Trial Lawyers--What's It All About?"

*Georgetown Law Weekly*, Vol. 26, No. 12, 11/19/90, "Trial Advocacy Program Big Success"

12/90 Raleigh, NC, "Winning Your Case in Opening Statements," by Howard F. Twiggs

Maryland Trial Lawyers Ass'n, 12/1/90 Baltimore, MD,
 "How to Relate to, Communicate With, and Influence Juries;" and

"Principles of Closing Argument in a Soft Tissue Case"

ATLA, National College of Advocacy Satellite Video Conference, 12/4/90 New York, NY, "Techniques of Using Demonstrative Evidence in Witness Examination"

*National Journal*, 12/8/90, "Trial Lawyers on Trial," by W. John Moore

ATLA, 4th Annual Weekend with the Stars of ATLA and Broadway, 12/13-15/90 New York, NY, "Direct Examination of an Expert Witness:  Utilizing Demonstrative Evidence"

## *1991*

Supreme Court of Mississippi, Investiture of Justice Chuck McRae, 1/7/91 Jackson, MS, Master of Ceremonies

*The National Law Journal*, Spring Board of Governors Meeting, 5/9-11/91 Southampton, Bermuda

North Academy of Trial Attorneys, 27th Annual Convention and Masters in Advocacy Seminars, 6/15-19/91 North Myrtle Beach, SC

Louisiana State Senate, 6/18/91, Judiciary A Senate Committee Hearing Testimony on the Secrecy Bill

American Inns of Court Foundation, 6/28/91 New Orleans, LA, Panel Discussion

Missouri Ass'n of Trial Lawyers, 33rd Annual Convention, 6/22/91 Lake Ozark, MO

ATLA, Annual Convention, 7/91 Toronto, Ontario, "Use of Hospital Records in Preparation of Medical Negligence Cases"

*Trial*, 8/91, "Going By the Book:  Direct and Cross-Examination of Medical Experts," by Russ Herman

ATLA, National College of Advocacy, and Hastings College of Law, 8/10-16/91 San Francisco, CA, Lecturer

ATLA, National College of Advocacy, Retreat, 9/13-15/91 Mount Holly, VT

*Woman's Day*, 10/15/91, "How Secret Settlements Endanger You," by Mary-Lou Weisman

Tulane Law School, 11/6/91, Presentation Commentator

It's the Law, Cox Cable TV, 11/18/91, Hosted by Appellate Judge Steven Plotkin, Guest Russ Herman

Texas Trial Lawyers Ass'n, Voir dire Seminar, 12/5/91 Houston, TX

LTLA, Last Chance Seminar, Updates on Jurisprudence and Legislation, 12/12-13/91 New Orleans, LA, "Update on Damages"

ATLA, Weekend With the Stars, 12/14-15/91 New York, NY, "Preparing to Impeach Expert Witnesses," by Russ M. Herman

*The New York Times*, 12/20/91, "Kennedy Film Puts the Originator of Conspiracy Theory in Spotlight," by Frances Frank Marcus

## *1992*

ATLA, National College of Advocacy and Winter Convention, 1/12/92 Boca Raton, FL, "Opening Statement:  How to Argue Damages in Soft Tissue Cases"

Oklahoma Trial Lawyers Ass'n, 1/24/92 Oklahoma City, OK, "The Art, Science and Mystery of a Personal Injury Trial," A Day with Russ Herman

*Liability Week*, 2/18/92, "Dow Corning Revelations Revive Issue of Secrecy Orders"

National College of Advocacy, 3/9-10/92 Washington, DC, "The Opening Statement"

SCP Communications, Inc., 3/14/92 Los Angeles, CA,
    "Medical Negligence:  Avoiding and Winning Lawsuits;" and
    "Advances in Infectious Disease Symposia"

SCP Communications, Inc., 3/21/92 Detroit, MI,
    "Medical Negligence:  Avoiding and Winning Lawsuits;" and
    "Advances in Infectious Disease Symposia"

SCP Communications, Inc., 3/28/92 Chicago, IL,
    "Medical Negligence:  Avoiding and Winning Lawsuits;" and
    "Advances in Infectious Disease Symposia"

*Texas Evidence Reporter*, Vol. 8, No. 6 (1992), "Preparing the Difficult Medical Causation Case and the Cross-Examination of Physicians from Medical Texts," by Russ M. Herman

Virginia Trial Lawyers Ass'n, Annual Convention, 4/3-4/92 Williamsburg, VA, "Closing the Door - In Closing Argument"

SCP Communications, Inc., 4/4/92 Atlanta, GA,
    "Medical Negligence:  Avoiding and Winning Lawsuits;" and
    "Advances in Infectious Disease Symposia"

SCP Communications, Inc., 4/11/92 New York, NY,
    "Medical Negligence:  Avoiding and Winning Lawsuits;" and
    "Advances in Infectious Disease Symposia"

*Wall Street Journal*, 4/20/92, "Study Suggests Jurors Are Not Anti-Business," by Milo Geyelin

*Queen's Counsel*, 4/92 "For All People, Let Justice Be Done," by John Johnson

*The Wall Street Journal*, 5/12/92 "Litigation Liberalism"

Mississippi Trial Lawyers Ass'n, Annual Convention, 5/22/92 Jackson, MS, "Closing Argument - L. A. Law Style"

*Infections in Urology*, May/June 1992, "Therapeutic Adversary," by Stacy J. Childs, M.D.

New Mexico Trial Lawyers Ass'n, 6/12-13/92 Santa Fe, NM,
    "Telling the Story and the Importance of Rhetorical Devices and Techniques;" and
    "Power of Persuasion:  Art, Drama and Science"

West Virginia Trial Lawyers Ass'n, June 1992 Convention, 6/11/92 Charleston, WV, "The Art of Storytelling in Opening Statements and Closing Arguments"

South Dakota Bar Ass'n, Convention, 6/19/92 Rapid City, SD, Keystone Speech

ATLA, Annual Convention, 7/26-30/92 Washington, DC, "The Art, Science and Mystery of a Personal Injury Trial - A Day with Russ Herman"

LTLA, Annual Convention, 10/16-17/92 New Orleans, LA,
    "A View From the Bench;" and
    "Voir dire:  Bench or Bar - What's the Difference?"

It's the Law, Cox Cable TV, 11/25/92, "Humor in the Courtroom," Hosted by Appellate Judge Steven Plotkin, Guest Russ Herman

ATLA, Weekend With the Stars, 12/13/92 New York, NY, "In the Heat of Battle:  Getting Out

of Tough Situations"
South Carolina Trial Lawyers Ass'n, 12/5/92 Atlanta, GA, "Telling the Story and the Importance
    of Rhetorical Devices and Techniques"
The Angela Hill Show WWL-TV, 12/17/92, "Frivolous Lawsuits," Guest Russ Herman
*National Paralegal Reporter*, Vol. 17, No. 2 (Winter 1992), "Advisors Should Advise, A Profile
    of Russ Herman, NFPA Advisor," by Joan Sheehan and Maureen Tydlaska

### *1993*

Alabama Trial Lawyers Ass'n, 1992 Mid-Winter Conference, 1/15/93 Birmingham, AL, "The Art
    of Storytelling - Advanced Techniques in Summation"
ABA, National Institute Transportation and MEGA-Conference, Trucking and  Motor Carrier
    Litigation and Catastrophic Motor Vehicle Accident, 3/5/93 New Orleans, LA, "Litigation
    of the Trucking Case Plaintiffs' Perspective and Resource"
National College of Trial Advocacy, 3/30/93 Harvard University, Ultimate Course Faculty
ATLA, Rising Stars Jazz Fess Seminar, 5/1/93 New Orleans, LA, "Trial Lawyers - The Unsung
    Heroes" Keynote Address
Massachusetts Academy of Trial Lawyers, One-Day Seminar, 5/20/93, "Mastering Jury Trials"
Vermont Trial Lawyers, 5/21/93, "Secrets of Summation" CLE and "The 21st Century Trial
    Lawyer" Keynote Address
*Harvard Law Bulletin*, 6/93, "Pound's Library Enriches School's Collection," by David
    Warrington
ATLA, National Conference on "Preventing Injuries to Women," 6/3/93 Washington, DC,
    Conference Chair
New York Trial Lawyers Ass'n, 2nd Annual Convention, Effective Communication Seminar,
    6/12/93 Lake Kiamesha, NY, "Telling the Story and the Importance of Rhetorical Devices
    and Techniques"
Dallas Trial Lawyers Ass'n, 6/16/93, "Sword and Shield:  Trial Lawyers as Constitutional
    Protectors"
Roscoe Pound Foundation, Roundtable on the State of The Judiciary, 6/19/93 Washington, DC,
    "Funding of Federal and State Courts"
Academy of Florida Trial Lawyers, and Georgia Trial Lawyers, 7/8-10/93 Panama City Beach,
    FL, "Winning Verdicts and Power Advocacy:  The Storyteller's Art"
ATLA, Annual Convention, 8/1/93, "Power of Persuasion:  A One Day Presentation on Jury
    Techniques"
*Lawyer's Weekly USA*, 8/2/93, "Trial Lawyers Must Learn How to Tell A Story:  Russ Herman
    Uses Principles of Storytelling to Persuade Juries"
ATLA, Annual Convention, 8/3/93, "Demonstration of Techniques in Jury Selection"
CBS/WWL-TV Good Morning Show, 9/20/93 New Orleans, LA, "President Clinton's Health
    Care Plan" Panel Discussion
*Trial Lawyers Quarterly*, NYSTLA, 10/93, "Telling the Story:  Devices and Techniques," by Russ
    Herman

International Bar Ass'n, 11th Biennial Conference, 12/12/93 Section on Business Law, "Punitive
    Damages and the Perspective of the Consumer - Plaintiff or Wronged Commercial
    Venture In American Law"
Shreveport Bar Ass'n, 10/27/93, Bench and Bar Luncheon Address
Massachusetts Academy of Trial Attorneys, Annual Convention, 10/29/93 Boston, MA, "Get on
    The Fast Tracks to Success:  The Russ Herman Show"
Tulane University Law School, 11/11/93 New Orleans, LA, "The Big Case - Ethical
    Considerations"
ATLA, Weekend With The Stars, Trial Masters Forum, 12/11-12/93 New York, NY, Summation
LTLA, 12/16/93 New Orleans, LA, "Updates in Jurisprudence and Legislation - Advanced
Techniques:  The Art of Summation"

### *1994*

American Society of Law, Medicine and Ethics, and Boston University School of Medicine, 10th
    Anniversary, 1/2-6/94 Maui, HI, "Obstetrics, Gynecology, Perinatal Medicine,
    Neonatology and The Law"
ATLA, Mid-Winter Convention, 1/9-13/94 San Diego, CA, Summation, Direct Examination
Southern Trial Lawyers Ass'n, 7th Annual Convention, 2/12-14/94 New Orleans, LA, "Cicero,
    Shakespeare and Louis Lamour and Persuasion and The Art of Storytelling"
ATLA, National College of Advocacy, Paralegal's Role in Settlement Negotiations and Trial
    Preparation, 4/8/94 Houston, TX, "Preparing for Trial:  Working With Clients, Experts
    and Witnesses"
Mississippi Trial Lawyers Ass'n, Beale Street Seminar, 4/22/94 Memphis, TN, "Advanced
    Techniques in Summation"
ATLA, National College of Advocacy, Annual Jazz Fest Seminar, 4/28-30/94 New Orleans, LA,
    "Crashworthiness Overview"
Trial Lawyers of Metro Washington, DC, The Key to Litigating in the 90's, 5/6-7/94 Washington,
    DC, "Closing Arguments with Example"
ATLA, Board of Governors' Meeting, 4/14-16/94 Washington, DC
Ontario Trial Lawyers Ass'n, One-day Seminar, 5/28/94 Toronto, Ontario, "Maximizing the
Courtroom/Hearing Environment and Demonstrative Evidence"
*Lawyers Weekly USA*, 6/6/94, "For PI Lawyers, What's Next," by Alexandra Varney
Missouri Ass'n of Trial Attorneys, Masters of Trial Advocacy, 6/25/94 Lake Ozark, MO, Keynote
    Address
Montana Trial Lawyers, Annual Convention, 7/21/94 Whitefish, MT, "Communicating with the
Jury - Plain Talk, Real People, and the Art of Storytelling"
ATLA, Annual Convention, 7/23/94 and 7/27/94 Chicago, IL,
    "Cross-Examination of Experts;" and
    "Summation by the Masters"

ABA, Tort and Insurance Practice Section Annual Meeting, 8/6-9/94 New Orleans, LA,
        "Emerging Issues – 'Tobacco Litigation;'"
        "The Practical Use of Mock Jurors, Shadow Jurors and Other Innovative Psychological
        Techniques in Case Preparation, Evaluation and Trial; " and
        "The Nuts and Bolts of a Personal Injury Automobile Case"
Colorado Bar Litigation Section, 9/10/94 Keystone, CO, "The Trial Lawyer as Storyteller"
Tulane Law School, 11/3/94, "Junk Science -Yes or No?" Panel Discussion

### *1995*

ABA, 12/10-11/95 New York, NY, "Stunning Summations"
LTLA, Winning With the Masters and Updates in Jurisprudence and Legislation, 12/15-16/94,
        "Jury Selection in Civil Litigation"
Tulane Law School, Preparation by the Masters, 12/16/94 New Orleans, LA, "Jury Selection -
        Demonstration"
ABA, National Institute, Transportation Megaconference, 3/16-17/95 Chicago, IL, "Advanced
        Discovery and Proofs in Highway Railroad Crossing Cases"
California Trial Lawyers Ass'n, 30th Annual Tahoe Seminar, 4/1/95, "Trial Masters, Part I," and
        "Problem Clients"
New Mexico Trial Lawyers, Roll with the Stars of Trial Advocacy, 5/12/95 Tahoe, NV,
        "Storytelling"
Mississippi Trial Lawyers Ass'n, Shooting Stars Seminar, 5/18/95 Biloxi, MS, "Problem Clients
        and Problem Solving Lawyers"
Rutter Group Jury Selection, 5/20/95 New Orleans, LA, "Jury Selection"
ATLA, 7/17/95 New York, NY, "Power of Persuasion"
Colorado Trial Lawyers Ass'n, Annual Convention, 8/13/95 Steamboat Springs, CO, "Reflections
        of a Lawyer Who Represents Consumers"
WDSM Radio "Observations of the Law," 9/3/95 New Orleans, LA, Guest Russ Herman
Louisiana State University Law School, Litigation Course, 9/14/95 Baton Rouge, LA, used
        "Preparation and Presentation of Opening Statements" by Russ Herman
Kentucky Academy of Trial Lawyers, Annual Seminar and Convention, 9/15/95 Louisville, KY,
        "Art of Persuasion: Telling the Story"
ATLA, Workhorse Seminar, 9/22/95 Dallas, TX, "Psychology of a Trial"
LTLA, Annual Convention, 10/5/95 New Orleans, LA, "Storytelling"
California Trial Lawyers Ass'n, 10/10/95 Trumbull, CA, "Tell Me a Story Before I Begin
        Deliberations"
Ohio Academy of Trial Lawyers, Medical Malpractice Seminar, 12/17/95 Columbus, OH,
        "Medical Records and Developing the Theme in Closing Argument"
Tulane Law School, From Classroom to Courtroom:  Trial Techniques for the New Lawyer,
        11/3/95 New Orleans, LA, "Closing the Circle: How to Give a Stunning Summation"
LTLA, Last Chance Seminar, 11/20/95 New Orleans, LA, "Problem Clients and the Client
        Interview"

New York Trial Lawyers of America, Weekend with the Stars, 12/9/95 New York, NY,
    "Enhancing Damages Arguments with Analogies, Proverbs, Songs and Poetry"

Tulane Law School, Trial by Masters, Anatomy of a Trial, 12/15/95 New Orleans, LA, "Opening
    Statements and Closings Arguments"

LTLA, Holiday Seminar, 12/16/95 New Orleans, LA, "Discovery of Medical Records and Their
    Use in Opening Statements to Tell the Story"

### *1996*

Florida Trial Lawyers Ass'n, Workhorse Seminar, 1/17/96 Disneyland, FL, "Storytelling"

ATLA, Winter Convention, 2/7/96 New Orleans, LA, Closing Speech

Southern Trial Lawyers Ass'n, New Orleans Event, 2/16-19/96 New Orleans, LA, "Storytelling"

Ohio Academy of Trial Lawyers, 39th Annual Convention, 4/17-19/96 Columbus, OH, "Passion,
    Perseverance, Principle - Trial Lawyers in Pursuit of Justice"

ATLA, 1996 Annual Jazz Festival Seminar, Jury Selection and Jury Persuasion, 5/2-5/96 New
    Orleans, LA, "Introduction and Welcome"

Georgia Trial Lawyers Ass'n, 1996 Annual Seminar and Convention, 5/10-11/96 Atlanta, GA,
    "Art of Storytelling"

Alberta Trial Lawyers Ass'n, 5/23-24/96 Calgary and Edmonton, Alberta, One-Man Program -
    Russ M. Herman

New Mexico Trial Lawyers Ass'n, Summer in Santa Fe with the Stars of Trial Advocacy II,
    6/7/96 Santa Fe, NM, "Mistakes I have Made and Problem Clients"

Tennessee Trial Lawyers Ass'n, Annual Convention, 6/14/96 Knoxville, TN, Keynote Speech

ATLA, Annual Convention, 7/17-31/96 Boston, MA, "Problem Clients"

ATLA, Workhorse Seminar, 9/20/96 Atlanta, GA, "The Psychology of a Trial" with Howard
    Nations

Nevada State Bar Ass'n, Art of Winning Before Trial, 9/26/96 Las Vegas, NV, "Storytelling -
    Establishing a Theme Before Trial"

### *1997*

ATLA, Midwinter Convention, 1/21/97 Boca Raton, FL, "Jury Selection and Current Trends and
    Problems"

New Hampshire Trial Lawyers, 3/21/97 Manchester, NH, "Cutting Edge in Courtroom
    Persuasion"

ATLA, Annual Seminar, 4/24/97 New Orleans, LA, Products That Injure and Kill People,
    "Introduction and Welcome"

Bar Ass'n of Metropolitan St. Louis, 4/30/97 St. Louis, MO, "Client Interviewing; Courtroom;
    Storytelling; Voir Dire"

Ohio State Bar Ass'n Annual Meeting, 6/5/97 Columbus, OH, "Voir Dire, Storytelling and the
    Model for Winning a Trial, and Closing Arguments"

Georgia Bar Ass'n Annual Meeting, 6/12/97 Hilton Head, SC, "Client Interviewing; Courtroom;
    Storytelling; Voir Dire"

Colorado Trial Lawyers Ass'n, Annual Convention, 7/10/97 Snowmass Village, CO, "How to Try
a Lawsuit"

ATLA, Annual Convention, 7/22/97 San Diego, CA, "Cross-Examination of Plaintiff's Expert
Witness"

Institute for CLE in Georgia, Alaska Cruise, 8/8-15/97 Vancouver, BC

South Carolina Bar Ass'n, All-day Lecture, 10/17/97 Columbia, SC, "Voir Dire through
Summation"

Georgetown University Law Center, All-day Lecture, 11/21/97 Washington, DC, "The Cutting
Edge in Courtroom Persuasion"

ATLA, 11th Annual Weekend with the Stars, 12/13-14/97 New York, NY, "Psychology of Trial
Strategy"

LTLA, 1997 Yours to Choose Seminar, 12/29/97 New Orleans, LA, "Storytelling in
Opening/Closing Arguments"

### *1998*

Tulane Law School,  Trial Advocacy Program, 2/5/98 New Orleans, LA, "Storytelling in Opening
and Closing Statements"

Pennsylvania Bar Institute, All-day Lecture, 2/10/98 Pittsburgh, PA, "The Cutting Edge in
Courtroom Persuasion"

Pennsylvania Bar Institute, All-day Lecture, 2/11/98 Mechanicsburg, PA, "The Cutting Edge in
Courtroom Persuasion"

Pennsylvania Bar Institute, All-day Lecture, 2/12/98 Philadelphia, PA, "The Cutting Edge in
Courtroom Persuasion"

Mississippi Trial Lawyers Ass'n, All-day Lecture, 2/19/98 Biloxi, MS, "The Cutting Edge in
Courtroom Persuasion"

Illinois Trial Lawyers Ass'n, Two-day Seminar, 3/6-7/98 Las Vegas, NV, "The Cutting Edge of
Courtroom Persuasion"

LTLA, 1998 Spring CLE Video Presentation, 3/19-20/98 Williamsburg, VA, "Courtroom
Persuasion, Telling the Story"

North Carolina Academy of Trial Lawyers, Business Tort Seminar, 3/20/98 Raleigh, NC,
"Leveraging Your Practice Through Business Torts"

Massachusetts Academy of Trial Attorneys, Opening Statement/Closing Statement Program,
3/20/98 Boston, MA, "Closing Argument - Plaintiff"

ATLA, Ultimate Trial Advocacy Course -- Art of Persuasion, 3/20/98 Harvard Law School,
"Advocacy Beyond the Courtroom;" and
"Final Impact:  Making Summation Count"

Colorado Trial Lawyers Ass'n, Spring Membership Dinner, 4/16/98 Denver, CO, Keynote Speech

ATLA, Annual Jazz Fest Seminar, 4/30-5/2/98 New Orleans, LA, Introduction and Welcome

Louisville Bar Ass'n, The Cutting Edge in Courtroom Persuasion Program, 5/28/98 Louisville,
KY

New Orleans Dental Conference, 9/3/98 New Orleans, LA, "Medical Malpractice: Avoiding
Lawsuits"

ABOTA, Masters in Trial Program, 9/11/98 Columbus, OH, Plaintiff Trial Team Member, "Closing Argument"

LTLA, 10/29/98 New Orleans, LA, "The Big Picture of Your Case"

### *1999*

Association of American Law Schools, Annual Meeting, 1/8/99 New Orleans, LA, Section on Litigation

ICLE in Georgia Seminar (televised on Georgia Public Television), 3/5/99 Atlanta, GA, "Storytelling, Opening Statements and Direct Examination"

Missouri Trial Lawyers Ass'n, 4/7-9/99 Kansas City and St. Louis, MO, "Trial Strategies that Win Cases," with one hour of Ethics

New Orleans Paralegal Ass'n, NFPA Spring Convention, 4/22/99 New Orleans, LA, "Products Liability"

ATLA, Annual Jazz Fest Seminar, 4/29-5/1/99 New Orleans, LA, "Introduction and Welcome"

Texas Trial Lawyers Ass'n, Advanced Personal Injury Course, 5/7/99 Dallas, TX, "Storytelling in Opening and Closing Argument"

New York State Trial Lawyer's Ass'n, The Broadway Seminar Series, National Superstars, 6/9-13/99 New York, NY

Kansas Trial Lawyers Ass'n, Biannual Convention, 6/17/99 New Orleans, LA, "Understanding Courtroom Environment and the Keys to Winning Trial Preparation"

ATLA, Annual Summer Convention, 7/17-21/99 San Francisco, CA, Stallwart Education Program, "Closing Argument;" and
Trial Advocacy Track "Closing Argument: Demonstration/Soft Tissue - Auto/Trip and Fall"

Iowa Trial Lawyers Ass'n, 11/5/99 Des Moines, IA, "Storytelling and the Model for Winning at Trial: Rhetoric, Oratory and Psychology"

ABOTA, Masters in Trial, 11/19/99 New Orleans, LA, "Opening Statement"

Louisiana Ass'n of Criminal Defense Lawyers, Last Chance Seminar, 12/9/99 New Orleans, LA, "Storytelling"

LTLA, Yours to Choose Seminar, 12/29/99 New Orleans, LA, "Professionalism: Spoilation of Evidence; Deposition and Trial Conduct; and Interviewing the Corporation's Employees"

### *2000*

Alabama Trial Lawyers Ass'n, ATLA 48th Mid-Winter Conference, 1/28/00 Birmingham, AL, "Closing Argument"

Tulane University, Trial Advocacy Class, 3/16/00 New Orleans, LA

LTLA, Trial By Fire ,3/31/00 New Orleans, LA, "Voir Dire Lecture"

"Tulane Law Review," and Tulane Law School Symposium, Class Actions in the Gulf States, 3/31-4/1/00 New Orleans, LA, "Percentage -of-Benefit Fee Awards in Common Fund Cases"

American Conference Institute, The Legal Forum for Healthcare Attorneys and Corporate Counsel in Managed Care Organizations, 4/6-7/00 Baltimore, MD, "Class Action Litigation: The Most Important Cases, The Most Important Aggressive Plaintiff Tactics and the Winning Defense Strategies"

Legal Services Program of North Indiana, The Volunteer Community Lawyers Panel, 5/18/00 South Bend, IN, "The Cutting Edge of Courtroom Persuasion"

West Virginia Trial Lawyers Ass'n, 42nd Annual Convention and Seminar, 6/9-10/00 Charleston, WV, "Views from the Master"

Florida Bar Ass'n, Annual Meeting, 6/24/00 Boca Raton, FL, "Storytelling and the Model for Winning at Trial: Rhetoric, Oratory and Psychology"

ATLA, National College of Advocacy, 10/21/00 Atlanta, GA, "Propulsid and Rezulin: Medical and Legal Update" Moderator

ATLA, 14th Annual Weekend with the Stars Seminar, 12/9/00 New York, NY, "Storytelling and the Model for Winning at Trial: Rhetoric, Oratory and Psychology"

LTLA, Winning with the Masters, 12/14/00 New Orleans, LA, "How to Improve Your Chances for Selecting a Favorable Jury"

### *2001*

"Mealey's" Propulsid Litigation Conference, 1/22/01 New Orleans, LA, "Update on the MDL and Class Actions" (Discovery)

ABA, 15th Annual Committee Meeting, Products Liability Section, 3/16/01 New Orleans, LA, "Mass Torts: Plaintiffs' and Defendants' Perspectives" Panel Discussion

ATLA, Annual Jazz Fest Seminar, New Notes on Auto Collision Cases, 5/3/01 New Orleans, LA, "Introduction and Welcome"

ABA, Section of Litigation, Annual Meeting, 5/11/01 Scottsdale, AZ, "Courtroom Persuasion,: Winning with Art, Drama and Science"

Wyoming Trial Lawyers Ass'n, Convention, 6/20-22/01 Cody, WY, "Storytelling: Opening and Closing"

Florida Bar Ass'n, 6/23/01 Orlando, FL, "Respectfully Controlling the Courtroom"

LTLA, Ultimate Trial Skills and Strategies, 9/20-21/01 New Orleans, LA, "Storytelling in Opening Statements and Closing Arguments"

ABA, 5th Annual National Institute on Class Actions, 10/19/01 New Orleans, LA, "Developments in Class Action Settlements" Panel Discussion

ABA, 5th Annual National Institute on Class Actions, 11/9/01 San Francisco, CA, "Developments in Class Action Settlements" Panel Discussion

Consumer Attorneys of California, 40th Annual Convention, 11/10/01 San Francisco, CA, "The Dramatics of the Final Argument"

Mississippi Trial Lawyers Ass'n, Trial Advocacy Seminar, 12/1/01 Jackson, MS, Medical Negligence Program

Kansas Trial Lawyers Ass'n, Convention, 12/7/01 Kansas City, MO, "Story Telling in Opening and Closing Arguments"

American Conference Institute, 6th Annual Conference for Trial Attorneys and In-house Litigation Counsel, 12/13/01 New York, Drug and Medical Device Litigation, "MDL and Class Actions:  Recent Developments, Update and Lessons Learned"

### *2002*

ATLA, Winter Convention, 2/02 Miami, FL, "MDL and Class Actions: Recent Developments in Electronic Discovery"

Tulane Law School, 2/28/02 New Orleans, LA, Trial Advocacy Class

Mass Torts Made Perfect, The Knowledge to Conquer, 3/14/02 New Orleans, LA, Featured Speaker

ICLE National Speaker Series, 3/29/02 Atlanta, GA, "The Cutting Edge in Courtroom Persuasion"

Ohio Trial Lawyers Ass'n, Annual Convention, 4/18/02 Columbus, OH, "Story Telling:  The Courtroom Arts"

ATLA, National College of Advocacy, Litigation Tactics of ATLA All-Stars, 4/19-20/02 Dallas, TX, "Persuasive Opening Statements: Setting the Stage"

*Federal Bar Association, Side Bar*, Spring 2002, Vol. 3, No. 2 (pp. 7-9), "Proposed Changes to Rule 23 Consulting with Practicing Attorneys," by Russ Herman and Steve Herman

*The Federal Lawyer*, Sept. 2002, Vol. 49, No. 9 (pp. 14-15), "Proposed Changes to Rule 23: Consulting with Practicing Attorneys," by Russ Herman and Steve Herman

ATLA, Annual Jazz Fest Seminar, 5/22/02 New Orleans, LA, "Welcome to New Orleans"

Maryland Trial Lawyers, 6/8/02 Baltimore, MD, "Closing Argument Themes"

University of Minnesota Law School, 8- Hour Program on Trial Tactics, 6/14/02 Minneapolis, MN, Irving Younger Speech

LTLA, Carmel Seminar, 6/26/02 Carmel, CA, "Finding Case Themes in Injury Trials"

Wyoming Trial Lawyers, 6/28/02 Jackson Hole, WY, "Psychological and Rhetorical Concepts in Jury Trial Arguments"

ATLA, Annual Convention, 7/23/02 Atlanta, GA, "Passion and Reason from Cicero to Today in Trial"

Washington DC Trial Lawyers, Annual Convention, 10/1/02 Washington, DC, Dinner Address "Pride and Passion:  Advocating Consumer Rights"

Dallas Trial Lawyers, Annual Convention, 11/11/02 Dallas, TX, "No Neutrality in Times of Trial Crisis" Dinner Address

ATLA, Weekend with the Stars, 12/15/02 New York, NY, "Advanced Notions of Persuasion in Closing Arguments"

### *2003*

Tulane Law School, 1/03, "Complex Litigation and Class Actions"

AIDS Law of Louisiana, Inc., 2002 Pro Bono Publico Awards, 6/20/03 New Orleans, LA, Emcee

Kentucky Academy of Trial Attorneys, Spring Break Seminar, 4/10/03 Sandestin, FL, "Storytelling in Opening and Closing Statements"

Georgia Trial Lawyers Ass'n, Annual Seminar, 5/10/03 Atlanta, GA, "Storytelling in Opening Statement"

Louisiana State Bar Ass'n, Summer School for Lawyers, 6/8/03 Sandestin, FL, "Storytelling and Winning at Trial: Rhetoric, Oratory and Psychology"

AIDS Law of Louisiana, Inc., 2002 Pro Bono Publico Awards, 6/20/03 New Orleans, LA, Master of Ceremonies

City Business, 6/03, "Around Town," 1Russ Herman named one of top five civil trial lawyers in Louisiana in business and personal injury lawsuits by Chambers USA

Jewish News, 6/30/03, Russ Herman named one of top five civil trial lawyers in Louisiana in business and personal injury lawsuits by Chambers USA

The Times-Picayune, 6/03 "Money Section," Russ Herman named one of top five civil trial lawyers in Louisiana in business and personal injury lawsuits by Chambers USA

Louisiana Advocates, 7/03, Russ Herman named one of top five civil trial lawyers in Louisiana in business and personal injury lawsuits by Chambers USA     ??IN??

Wisconsin Academy of Trial Lawyers, Summer Seminar, The Art of Settlement, 7/11/03 Egg Harbor, WI, "Storytelling in Opening and Closing Argument" Lecture via Telephone

ABOTA, Regional Meeting, 10/5/03 New Orleans, LA, Seminar Participant

LSBA, Ethics Seminar, 10/19/03 Lafayette, LA, "Ethics for the Single Practitioner and Small Office Law Firm"

Lafayette Parish Bar Ass'n, Bench & Bar Conference, 10/10/03 Natchez, MS, "Jury Persuasion"

ABA, National Institute on Class Actions, 10/14/03 San Francisco, CA, "Surviving Class Action Jeopardy"

Tulane University, Trial Advocacy Lecture, 10/16/03 New Orleans, LA, "Cicero to Darrow to You; Courtroom Advocacy 21st Century"

Kentucky Academy of Trial Lawyers, New Notes in Trial Practice Seminar, 10/17/03 New Orleans, LA, "Theories of Opening Statement and Closing Argument for the 21st Century"

ABA, National Institute on Class Actions, 10/24/03 San Francisco, CA, "Surviving Class Action Jeopardy"

ABA, National Institute on Class Actions 11/7/03 Washington, DC, "Surviving Class Action Jeopardy"

ABA, Regional Meeting & Seminar on Products Liability, Class Action, and Pharmaceutical Litigation, 11/20/03 Philadelphia, PA, "Strategy and Trial of Cases in the MDL (Complex Cases & Class Actions)"

New Mexico Bar Ass'n, Here Come the Judges Plus Professional & Ethics Seminar, 11/21/03 Albuquerque, NM, "A Good Lawyer Looks at Professionalism and Ethics"

ABOTA, La. Chapter, Masters in Trial Seminar, 12/5/03, New Orleans, LA, "Opening Statement in Motorcycle/Auto Collision with Closed Head Injury"

LSBA, Summer School Revisited Seminar, 12/12/03 New Orleans, LA, "Storytelling and Winning at Trial" Rhetoric, Oratory and Psychology"

ATLA, 17th Annual Weekend with the Stars: Reaching Your Potential, 12/14/03 New York, NY, "The Art of Storytelling"

LSBA, Ethics Seminar, 12/15/03 New Orleans, LA, "Ethics for the Single Practitioner and Small Law Office"

New Orleans Bar Ass'n, Masters of the Courtroom Seminar, 12/18/03 New Orleans, LA, "Jury Selection with Expert" Panel Discussion

### *2004*

ATLA, Tulane Chapter, Attorney Panel, 01/21/04 New Orleans, LA, "Judicial Elections"

LSBA, A Day of Dialogue: What Judges and Lawyers Can Learn from Each Other, 1/23/04 New Orleans, LA, "Jury Persuasion"

Tulane Law School, 02/13/04 New Orleans, LA, "Class Certification and the Future of Federal Class Actions"

ATLA, Mid-Winter Convention, 02/14-02/17/04 Orlando, FL, "Pharmaceutical Cases: Discovery"

Louis A. Martinet Legal Society, 03/02/04 New Orleans, LA, "Re-argument of Brown v. Board of Education (Revisited)"

ATLA, Trial of Pharmaceutical Case Prescriptions for Success Plus Hot Topics Review, 03/05/04 Dallas, TX, "Closing Argument – Your Final Impact"

Oregon State Bar Ass'n, Litigation Section, 03/06/04 Stevenson, WA, "Cutting Edge in Courtroom Persuasion"

Tulane Law School, Symposium, 03/19/04 New Orleans, LA,  "Asbestos & Toxic Torts with a Louisiana Twist"

The Professional Education Group/ICLE National Speaker Series, 03/25/04 Atlanta, GA, "The Cutting Edge in Courtroom Persuasion"

ATLA, Annual Seminar During Jazz Fest, 04/29-05/01/04 New Orleans, LA:
"Welcome to New Orleans;"
"Litigating Auto Collision Cases"

Pulaski County Bar Ass'n, Seminar 06/18/04 Little Rock, AR, "The Complete 8-Hour Seminar in Trial Persuasion"

ATLA, Annual Convention, 07/06-07/04 Boston, MA:
Professional Negligence Section, "Closing Argument/Storytelling in Catastrophic Medical Negligence Cases;"
Advocacy Track—Actionable Losses, "Demonstration:  Closing Argument"

ProAssurance, Seminar, Michigan State University, 09/02/04 Lansing, MI, "The Cutting Edge in Courtroom Persuasion"

Cumberland School of Law, Seminar, 09/30/04 Birmingham, AL, "The Cutting Edge in Courtroom Persuasion"

Tulane Law School, 10/06/04 New Orleans, LA, "Class Action Pathways"

Tulane Law School, 10/21/04 New Orleans, La. "Class Action Pathways"

Federal Express Corporation, 10/24-10/25/04 Memphis, TN  "Voire Dire and other Trial Strategies"

Orrin G. Hatch Distinguished Trial Lawyer Lecture Series, Brigham Young University, Keynote Speaker – Inaugural Session, 10/29/04, Provo, Utah

ABA Section of Litigation: Products Liability Committee, "Current Views of the Pharmaceutical Industry's Obligations to the Public" (Current & Future Viability of The "Learned Intermediary", Defense in Pharmaceutical & Medical Device Litigation in Relation to "Duty To Warn"), 11/08/04 New Brunswick, NJ (Johnson & Johnson)

New Orleans Bar Association, 10/16/04, New Orleans, Louisiana
    "Masters of the Courtroom"
    Louisiana Trial Lawyers Association, 10/16/04, New Orleans, Louisiana "Review of Louisiana Law"
    New Hampshire Trial Lawyers Association, 12/10/04, Nashua, New Hampshire "How To Conduct Voire Dire"

### *2005*

Southern Trial Lawyers Association, 02/04/05, New Orleans, Louisiana "Discovering the Future"

Class Action Symposium (Tulane University)  "Class Actions in the Gulf South and Beyond"

Louisiana Trial Lawyers Association, 03/11/05, New Orleans, Louisiana, " Courtroom Environment"

Association of Trial Lawyers of America, 03/05-10/05, "Ultimate Trial Advocacy" Georgetown, Washington, D.C.

The Professional Education Group, 05/10/05, Memphis, Tennessee, "Jury Selection;"

Salmon P. Chase Inn of Court,  05/18/05, "Storytelling and Winning at Trial Rhetoric, Oratory, and Psychology", Covington, Kentucky;

Mississippi Trial Lawyers Association  06/9-11/05 "Storytelling in Opening & Closing Arguments"

ATLA, Annual Convention, 07/23-27/05 Toronto, Canada:
    Stalwarts Program , "Cicero's Six Maxims of Persuasion"
    Advocacy Track—"Jury Persuasion in the Era of Jury Pool Poisoning and Persuasion"
Oregon Trial Lawyers Association, 08/21/05, "The Comedies and Tragedies of Practicing Law", Ashland, Oregon.

### *2006*

Louisiana Trial Lawyers Association, 01/01/06, "Advanced Civil Litigation Conference,
    "Professionalism", New Orleans, La.
The Professional Education Group, 02/03/06 - The Florida Medical Malpractice Claims Council,
    Inc. "The Cutting Edge in Courtroom Persuasion", Coral Springs, Florida;
ATLA, 09/15-16/2006 "Psychology of Persuasion: What you Need to Know to Win for your
    Clients in Today's Environment, Atlanta, Georgia.
ATLA 2006 Annual Convention, Seattle Washington, July 15-19, 2006, "Closing Argument" and
    Stalwarts/Hall of Fame Committee Education Program on Saturday, July 15, 2006
    "Cicero's Six Maxims of Persuasion"

### *2007*

The Professional Education Group, 03/15/07, Plymouth, Michigan "The Cutting Edge in Courtroom Persuasion";

The Professional Education Group, 03/29/07, St. Paul, Minneapolis, "Storytelling & The Model Winning Trial, Tactics & Strategies" for the firm of Maslon, Edelman, Borman & Brand Trial Lawyers.

American Association for Justice, 05/03/07 New Orleans, Louisiana "Storytelling & The Model Winning Trial, Tactics & Strategies" for the New Orleans Jazz Festival Seminar, J. W. Marriott Hotel.

American Association for Justice (formerly ATLA) 07/13-19, 07 Annual Convention, Chicago, Illinois "Ten Persuasive Principles of Storytelling";

The Professional 'Education Group, 09/28/07 for the State Bar Association of Georgia, Atlanta, Georgia, "The Cutting Edge in Courtroom Persuasion"

American Bar Association and TIPS – 10/24-26, 2007 Future of Class Action Litigation in America, Washington, DC.

### *2008*

Tulane Law School, 02/15-16/08, "Attorney Strategies in MDL Litigation", New Orleans, La.

United States District Court, Missoula, Montana, (First Montana Judicial Institute for High School Teachers), 02/27/08, " In the Hands of the People: "The Trial Jury's Origins, Triumphs, Troubles", Missoula, Montana

Illinois Trial Lawyers Association 03/7-8/08 "The Cutting Edge in Courtroom Persuasion", Las Vegas, Nevada

Louisiana Association for Justice 04/08 Storytelling: "How the Maxims of Persuasion Apply in Auto Torts", Baton Rouge, Louisiana

Mississippi Trial Lawyers Association 06/5-6/08 "How To Survive as a Plaintiff's Lawyer After Tort Reform", Ritz Carlton, New Orleans, La.

La. State Bar Association, 06/08/08, "Jury Selection: The Insider's View on How to Pick a Jury and Enjoy Doing It", San Destin, Florida

Brook Bartlett Lecture Series (United States District Court – Kansas City, Missouri) 06/26-27/08 "Court Room Closing Argument, Opening Statements and Depositions", Kansas City, Missouri

American Association for Justice -- Annual Convention "Storytelling and Winning at Trial" (Rhetoric, Oratory and Psychology), 07/12-16/08, Philadelphia, PA

American Association for Justice – Annual Convention (New Lawyers Division) "How To Win In a Defective Products Cases", 07/12-16/08, Philadelphia, PA

The Professional 'Education Group, 10/17/08 for Schiffrin, Barroway Topaz & Kessler, Radnor, PA "Storytelling & The Model for Winning at Trial"

**_2009_**

Louisiana Association for Justice 05/09  Seminar Web Live –  Courtroom Persuasion Webinar
Panelist for "Ancient Sources of Courtroom Persuasion" – CLE accredited.
American Board of Professional Liability Attorneys – Semi-Annual Meeting – 06/11-13/09,
"Medical Negligence: Hospital Records and Theories of Causation – The Brown Baby Case",
    New Orleans, La.
The Professional 'Education Group, 07/17/09 for the University of Mississippi, College of Law,
    "The Cutting Edge in Courtroom Persuasion" – Hollywood Casino, Bay St. Louis,
    Mississippi
Louisiana Association for Justice - Fall Convention – date and location, recipient of
    Stalwarts Award (Life-Time Achievement)
American Association for Justice, 10/22-30/09, Seminar at Sea: Aegan Odyssey Cruise -  Sailing
    Into A New Era "Making Your Case Come Alive Through Storytelling" (Plaintiff
    Perspective)
Wisconsin Association for Justice, 12/04/09 – Annual Meeting, Milwaukee, Wisconsin
    Key note speaker "Justice and the Keys to the Courthouse"

**_2010_**

_Louisiana Association for Justice_ - 03/04/2010, "Storytelling Dinner - Cracker Barrel Story
Time: Stories about Judges, Jurors, Lawyers and Big Train", Windsor Court Hotel, New Orleans,
La. - CLE accredited._

_New Orleans Bar Association_ 04/16/10, 2010 Bench Bar Conference - Panelist - Beau Rivage
Casino - CLE accredited.

Mass Torts Made Perfect 04/22-23/2010, Panelist - **Chinese Drywall: Corrosive, Smelly, and
Still Handing Around** - News from the Trial Front - Induction in The American Trial Lawyers
Hall of Fame - Wynn Hotel, Las Vegas, NV.

TEX-ABOTA Seminar, - 06/04-05, 2010, "Storytelling and Eight Principles of Persuasion
According to Cicero and Aristotle", Eldorado Hotel, Santa Fe NM,  CLE accredited.

Colorado Trial Lawyers Annual Convention - 08-05-08, 2010, "Aristotle: Principles of
Persuasion" Vail, Colorado.

AAJ 2010 Annual Convention, 07-10-14, 2010, Stalwarts Hall of Fame  "Aristotle, Cicero,
Shakespear and 12 Linchpins of Persuasion", Vancouver, BC  Convention & Exhibition Centre.

2011 - Not updated as of this date - 6/01/11.

## **Qualified Expert Witness Testimony, State and Federal Courts**

Louisiana Civil Litigation, Judge Louis DiRosa, Personal Injuries, (Attorneys Fees, Zoning, Contract Litigation)

Louisiana Civil Litigation, Judge Robert A. Katz (Torts, Personal Injuries, Causes of Action and Damages and Attorneys Fees)

Louisiana Civil Litigation, Judge Henry Roberts (Torts, Attorneys fees, Maritime law, Procedure)

Louisiana Civil Litigation, Judge Jack Hollahan (Real Estate Development, Zoning Principles and Attorneys Fees)

Louisiana 22nd Judicial District Court, Judge Jack Green (Torts, Damages)

United States District Court, Eastern District of Louisiana, Judge Edward J. Boyle, Jr., Special Master (Torts and Damages)

Louisiana Civil District Court, Judge Richard Ganucheau (Separation/Divorce, Attorneys fees)

United States District Court, Eastern District of Louisiana, Judge Peter Beer, Special Master, (Maritime Law, Attorneys Fees)

United States District Court, Eastern District of Louisiana, Judge Henry A. Mentz (Guardian Ad Litem - Damages Arising Out of Personal Injuries)

United States District Court, Western District of Louisiana, Judge Earl E. Vernon (Products Liability Law and Trial Practice)

United States District Court, Eastern District of Louisiana, Judge Henry A. Mentz, (Attorneys Fees, Mass Disaster)

Louisiana, 24th Judicial District Court, Judge Thomas Porteous (Legal Ethics, Legal Fees, Tort Law)

Louisiana, Civil District Court, Judge George Connely (Contingent Fees: Expropriation and Land Use; Quality of the Work)

Louisiana, 25th Judicial District Court, Judge William Roe (Reasonableness & Adequacy) Crutchfield v. Plaquemines Parish Government, (37-096)

Louisiana, Civil District Court, Judge Wallace A. Edwards (Fairness, Reasonableness, and Adequacy of the Settlement, and Reasonableness or Reserve for Attorney Fees), New Orleans Tank Car Leakage Fire Litigation, No. 87-16374

United States District Court, Eastern District of Louisiana, Judge Stanford Duval,  Henry v Duane, Morris & Heckscher, L.L.P. (consulting expert).

## **Representative Cases of National Note**

In Re:  Robert Hart vs. Wood Scales.  Eliminated independent contractor defense in timber industry.

Austin vs. Otis Elevator.  Early application of continuing duty to warn in Louisiana products
cases.

In Re:  Mark Essex:  Day & Steagal vs. Howard Johnson.  Parents' jury awards for death of major
children; recovery against Hotel and Hotel Franchise for inadequate security even where
deaths resulted from activity of trained terrorist.  Case changed hotel industry security
practices for the better.

Continental Grain Explosion:  Whitney vs. Continental Grain Co.  Legal Committee - Recovery of
eight figure result in explosion resulting in multiple deaths at Grain Elevator.  Alternative
tort relief where workers' compensation claimed as exclusive remedy.

Hockfelder vs. Lloyds of London.  Trial Committee Chair.  First seven figure recovery in
Louisiana against Engineers, Consultants, Contractors for damages to Historic Buildings
as a result of breaches of standards.  "Loss of Antiquity."

In Re:  Baby (Brown).  $1.8 million medical malpractice - infant brain damage case.  Upper
extremity and left spasticity.

In Re: Landry v. Union Pacific.  $28 million; present value $12 million; quadriplegic from
railroad train crossing casualty.

In Re: Madere, Laque v. Mopac.  $3.5 million recovery in railroad train crossing death case on
behalf of minor children.

In Re:  Goodyear vs. Williams.  Louisiana Supreme Court affirmed:  Jury awards owners of
project counterclaim damages - Recognizing new national theory of recovery for
professional negligence and contract liability against architect and engineers.

In Re: Lane vs. Plimsoil Marine.  Federal Court Judgment:  Expanded avenues of liability against
towing vessels and barge owners in favor of Longshoremen and other shore based
maritime employees.

In Re:  Benson vs. Louisiana Motor Vehicle Commission.  Louisiana Supreme Court:  Successful
challenge of Governmental Regulatory Authority on Constitutional grounds; leading to the
origination of a substantial automobile dealership - and the subsequent negotiation and
acquisition of Twenty-One Auto Dealerships - Three Banks and an NFL Franchise
Football Team.

In Re:  Young v. Yamaha.  $1.58 million ATV personal injury case; mild close head injury.

In Re: First Federal Bank v. Burris, et al.  $37 million;  Banking; Civil Rico; breach of sale and
mortgage contract.

In Re: Continental Grain Explosion.  $25 million; personal injury; professional negligence,
products liability.

In Re: Burnham v. Schuler Drilling Co., USDC–WD-LA.  $8 million; personal injury for unsafe
drilling practices.

In Re: Mote v. Diamond Drilling, Tex Civ. Ct.  $16 million recovery for personal injury for
unsafe drilling practices.

In Re:  Brodie, et al vs. PMIC, et al, 57th JDC, Bexar County, TX.  $47,000,000 Class Action
Final Judgment Exclusive Agents vs. Insurer for Wrongful Termination.

Ieyoub, Attorney General, State of Louisiana vs.  American Tobacco Company, et al, U.S. Court
of Appeal 5th Circuit (9731222).  $4.5 billion recovered in medical benefits against major
tobacco companies.

Ellis v. R.J.R. Reynolds Tobacco Company, et al, Cal. Super. Court, San Diego County (706548). $25.55 billion to cover medical reimbursements for the health costs related to diseases caused by smoking.

Beach v. Anaconda, USDC-ED-LA (73-685). $2 million. Explosion: ammonia pipeline bursts killing plant worker.

Chesson v. Southern Pacific, 14th JDC, Calcasieu (96-1690). $1,315, 000 recovery. Inadequate and outdated warnings, obsolete wig-wag and site obstructions at railroad crossing resulted in severe, permanent head injury.

Degarmo v. Healthcare Recoveries, Inc., USDC-ND-WV (5:94CV14). $3 million recovery against HMO's collection agency for overcharging patients.

Dumas v. Angus Chemical Corp., 4th JDC-LA (92-1707). $85,812.240. Massive explosion at nitromethane plant in Sterlington, LA causing death, injury, property damage, and evacuation of surrounding community.

Force-Placed Insurance Cases, USDC-SC-MS: Holmes v. Trustmark National Bank (6/5/97); Wilkes v. Sunstar Acceptance Corp. (11/24/97); Hoskins v. Prudential Ins. Co. (3/30/98); Clark v. Wesco Ins. Co. (6/29/99); Humphrey v. Hibernia National Bank (9/30/99). $39,80,643 recoveries and other equitable and injunctive relief. Borrowers filed suit against financial institutions and insurance companies for unauthorized imposition of force-placed insurance on personal property pledged by the borrowers as collateral, often charging excessive premiums which were added to the borrower's loan amounts and accruing interest thereon.

Guidry v. National Union Fire Ins. Co., 24th JDC, Jefferson (529-372). $1,150,000. Driver rear-ended and suffers moderate injuries to neck and back. In course of treatment, driver suffered injection injury to her cervical spinal cord which results in severe neurological deficits.

Herndon v. Swepco, et al. $3,400,000. Low uninsulated line and improperly designed roof hatch causes severe electrical burns, including [??NECESSITATING??] amputation.

Justin v. MetLife, USDC-SD-NY (00-9068). $120 million. Civil rights action on behalf of African Americans who were sold inferior life insurance policies based on race.

Labat v. Mallard Bay Drilling Co., Inc., 25th JDC, Plaquemines (41-375). $1,358,646.90 verdict. Jones Act and maritime wrongful death claim wherein offshore drilling company failed to comply with the longstanding duty to offer prompt medical attention when worker reported illness.

Leiching v. Conrail, USDC-ND-NY (92-1170). $1,025,000. Plaintiff who tripped over railroad tie was lying unconscious on the railroad tracks when he was run over by a Contrail train which failed to stop, resulting in severe spinal injury.

Marchesani v. Pellerin-Milnor, 269 F.3d 481 (5th Cir. 2001) (rejecting application of Tennessee's 10-year statute of repose). Dye house worker suffered third degree burns over 90% of his body when pressurized dye machine exploded, spewing hot, caustic steam and gas throughout the area. Suit was brought against the manufacturer for using a defective door-latch mechanism and failing to add safety interlocks to the door fasteners. Following a victory in the Fifth Circuit, and substantial discovery, the case was resolved.

<u>McPhail v. Glaxo Wellcome, Inc.</u>, OK District Court, Creek County (CJ-96-32).  $3,500,000.
Failure-to-warn drug/products liability case, resulting in Stevens-Johnson syndrome of 6-year-old girl.

<u>Moore v. John Doe Manufacturing</u>.  Confidential settlement in excess of $3,250,000,  Personal massager shorts out and electrocutes plaintiff.

<u>Morris, et al v. Life Ins. Co. of Georgia</u>, TN 30th JDC, Memphis (004246-00).  $55,000,000.  Civil rights action on behalf of African Americans who were sold inferior life insurance policies based on race.

<u>Silewicz v. Entergy Corp.</u>, CDC, Orleans (97-19220).  $1,650,000 result.  Electrical burns to worker caused by power lines and poles negligently places and maintained near billboard.

<u>Smith v. Zurich American Ins., et al.</u>, USDC-ED-LA (95-3004 c/w 95-3225, 96-0556, 96-0564). $1,400,000.  Intoxicated driver traveling down two-way undivided highway crosses center line and collides hear-on into plaintiffs, causing closed head injuries, fractures, etc.

<u>Scott v American Tobacco Company, et al.,</u> (CDC, Orleans 96-8461).  Jury Verdict, June 2004- $591,000,000.00 against cigarette companies for Fraud, Conspiracy, and International Tort. (Reduced on Appeal, $251,000.00).

MDL 1657: - In Re: Vioxx - Laision Counsel and Lead Negotiator $4.85 Billion Dollars Settlement

Major ____ against Big Tobacco - Louisiana $4.5 Billion Dollars; California 12 Billion Dollars


### **Innovations**


### ***Conceived of & Organized First National Conferences***
Consumer Product Safety Alerts, 1990
Toy Safety Conference, 1990
Secrecy in the Courts, 1991
Women's Legal Rights and Issues, 1992