

**LEONARD A. DAVIS**
Partner

Tulane University School of Law
J.D. 1984

University of Texas at Austin
B.A. 1981

ldavis@hhkc.com



EXHIBIT D

LEONARD DAVIS

Business and Commercial Law; Railroad Crossing and Derailment; Complex Multi-District Litigation; Mass Torts and Class Actions.

Louisiana; U.S.D.C. Eastern, Middle and Western Districts of Louisiana; and U.S. Fifth Circuit Court of Appeals.

Louisiana State Bar Association; Louisiana Association for Justice; New Orleans Bar Association; Federal Bar Association; American Bar Association (Business Law Section); Sports Lawyers Association; and American Association for Justice; Millon Dollar Advocates Forum.

"Handling Railroad Grade Crossing Cases," Trial Magazine, November 1999.

City Business Leadership in Law Award, 2010.  Named in Louisiana Super Lawyers (2009-2010); AV Peer Review Rated Martindale-Hubbell; Law Dragon Leading Lawyers in America (2007); Legal 500 (2008-2009).

"Problems in Discovery, Railroad Litigation," ATLA Annual Convention - Chicago 1994; "Using Mock Juries, Consultants & Focus Groups," ATLA Annual Convention - New York 1995; "Expanding Your Practice: Business Litigation Skills," March 1995; "Discovering the Railroad and Dealing with its Discovery Abuses,"ATLA Annual Convention - New Orleans 1996; "Discovery Checklist for a Business/Corporate Litigation Matter," ATLA Annual Convention - Boston 1996; "Discovery of the Railroad," ATLA Annual Convention - Boston 1996; "The Right to Discover Trade Secrets," August 1996; "Experts in a Railroad Crossing Case," ATLA Annual Convention - San Diego 1997; "Discovering the Corporate Insides of the Railroad," ATLA Annual Convention - San Diego 1997; "The Opening Statement - Using It In Railroad Cases to Maximize the Plaintiff's Advantage," ATLA Annual Convention - Washington, D.C. 1998; "Demonstrative Evidence from Cheap to Expensive," ATLA Annual Convention - San Francisco 1999; "Technology for the Trial Lawyer: Cutting Costs and the Cuttting Edge," ATLA National College of Advocacy - Washington, D.C. 1999; "Scott  v. Philip Morris, Inc. and the Fate of Medical Monitoring Claims," Andrews Tobacco Litigation 2000; "Hot Topics in Discovering the Inside of the Corporate Railroad," ATLA Annual Convention – Chicago 2000; "Dealing with 23 USC 409 Issues," ATLA Annual

Convention – Montreal 2001; "Propulsid Litigation," ATLA Annual Convention – Montreal 2001; "Discovery and Evidentiary Issues Dealing with Electronic Evidence," 13th Annual Advaced Computer & Cyberspace Law CLE Program, University of Dayton Law School – June 2002; "Collaboration for Litigation Groups and Mass Torts," ATLA Annual Convention – Atlanta 2002; "Efficient Discovery Through Use of Technology," ATLA Annual Convention – Atlanta 2002.  Invited attendee to The Judicial Conference Advisory Committee on the Federal Rules of Civil Procedure Conference on Electronic Discovery, February 20, 2004. "Practical Electronic Discovery," Fear Factor Seminar, October 13, 2006. "Preparing Your Settlement Package," Mealey's Vioxx Settlement Conference, December 10, 2007.  "Alternative Dispute Resolution," NBI, Handling the Auto Injury Claim, February, 21, 2008.  "Disaster Preparedness – Katrina: How a Law Practice Survived," San Diego Chapter of the American Academy of Matrimonial Lawyers, April 12, 2008. "Demonstrative Evidence," NBI, Litigating to Win Through Advanced Trial Advocacy, April 25, 2008.  "Handling Catastrophic Disaster Claims" AAJ Annual Winter Convention, Miami Beach Florida, October 1, 2008.  "Preparing for the Rule 26(F) Conference," NBI, E-Discovery Now What, December 16, 2008.

Haney v. Delta Petroleum Co., Inc., 811 So.2d 1200 (La. App. 4 Cir. Mar 06, 2002); Haney v. Delta Petroleum, Co., 748 So. 2d 36 (La.App. 4 Cir. 1999); Leiching v. Conrail, 1997 U.S. Dist. LEXIS 3561; Gottsegen v. Diagnostic Imaging Svcs., 672 So. 2d 940 (La. App. 5 Cir. 1996); Ellvog, Inc. v. Schnadelbach, 661 So. 2d 1062 (La. App. 4 Cir. 1995); Sanders v. Wysocki, 631 So. 2d 1330 (La. App. 4 Cir. 1994); Stephens Imports, Inc. v. Abraham, 557 So.2d 467 (La.App. 4 Cir. Feb 15, 1990); Shames v. City of San Diego, Superior Court for the State of California for the County of San Diego, No. GIC 831539. In re: Chinese Drywall MDL-2047; In re: Vioxx MDL-1657; In re: Propulsid MDL-1355; In re: Rezulin MDL-1348.

Leonard A. Davis is a partner of Herman, Herman, Katz & Cotlar, L.L.P., as well as the national firm of HERMAN GEREL, LLP, headquartered in Atlanta, Georgia. After receiving his B.A. from the University Texas at Austin, Mr. Davis attended Tulane University School of Law where he received his Juris Doctorate in 1984. Mr. Davis' practice includes corporate law, commercial litigation, complex business litigation, multi-district litigation, mass torts, class actions and railroad crossing matters. He is an AV-rated attorney with Martindale-Hubbell. Mr. Davis is a member of the Louisiana State Bar Association, New Orleans Bar Association, Federal Bar Association, Sports Lawyer Association, American Bar Association (Member of Section of Business Law), American Association for Justice and the Louisiana Association for Justice. He is also a member of the Million Dollar Advocates Forum.  He has written articles on railroad litigation for several publications, including Trial Magazine, and spoken at numerous seminars.

He teaches Complex Litigation at Tulane Law School as an adjunct professor. Mr. Davis is active in the community and serves on or has served on several boards including the New Orleans Museum of Art, Louisiana Children's Museum, Jewish Endowment Foundation, Tulane University Medical Center Chancelor's Advisory Council, the Anti-Defamation League, New Orleans Music Legends and numerous other charitable and non-profit organizations.

HERMAN HERMAN
KATZ & COTLAR
———— L.L.P. ————
ATTORNEYS AT LAW
*Est. 1942*

820 O'Keefe Avenue | New Orleans LA 70113 | 504.581.4892 | www.hhkc.com