

**STEPHEN J. HERMAN**
Partner

Tulane University School of Law
J.D. Magna Cum Laude 1994

Dartmouth College
B.A. 1991

sherman@hhkc.com



## STEPHEN J. HERMAN

820 O'Keefe Avenue
New Orleans, LA 70113
Telephone: (504) 581-4892
Fax No. (504) 561-6024
E-Mail: sherman@hhkc.com

230 Peachtree Street, NW, Suite 2260
Atlanta, GA 30303
Telephone: (404) 880-9500
Fax No. (404) 880-9605
E-Mail: sherman@hhkc.com

### PERSONAL

Born, in New Orleans, Louisiana, on November 22, 1968.
Married, in 1994, to the Honorable Karen Kirshbom Herman, Criminal District Court for the Parish of Orleans, Section I.
Children: Alexandra Rae Herman, 11, and Harris Andrew Herman, 8.

### EDUCATION

**Isidore Newman School**                                                                 New Orleans, LA
    Board of Regents Scholar, 1987.
    National Merit Letter of Commendation, 1986.

**Dartmouth College**                                                                      Hanover, NH
    Bachelor of Arts, 1991.
    GPA, Overall: 3.3;  Major (English): 3.6.
    Third Honor Group, 1989-1990.
    Citation of Excellence in the Study of Milton, 1990.
    Citation of Excellence in the Study of Shakespeare, 1990.
    Winner of the Elenor Frost Playwriting Competition, 1991.

**Tulane University School of Law**                                                        New Orleans, LA
    Juris Doctor, *Magna Cum Laude,* 1994.
    GPA: 3.52; Class Rank: Top Ten Percent.
    *Order of the Coif.*

### EMPLOYMENT

**Herman, Herman, Katz & Cotlar, L.L.P.**                                                  New Orleans, LA
    Associate, 1995 - 2001.
    Partner, 2002 -

**Herman Gerel, L.L.P.**                                                                   Atlanta, GA
    Associate, 1999 - 2001.
    Partner, 2002 -

**Justice Harry T. Lemmon, Louisiana Supreme Court**                                       New Orleans, LA
    Judicial Clerk, 1994-1995.

**Democratic Senatorial Campaign Committee**                                               Washington, DC
    Paid Intern, 1989.

### ACADEMIC POSITIONS

**Tulane University Law School**                                                           New Orleans, LA
    Adjunct Professor, Complex Litigation, 2009 -

**Loyola University School of Law**                                                        New Orleans, LA
    Adjunct Professor, Advanced Torts: Class Actions,  2005 -

### PROFESSIONAL APPOINTMENTS

**Louisiana Attorney Disciplinary Board**
    Hearing Committee Member, 4th and 5th Circuits, 2008-2010.
    Lawyer Chairman, Hearing Committee 56, 2010 -

**Southeast Louisiana Legal Services**, Board of Directors, 2009-

**Louisiana State Law Institute**, Code of Civil Procedure Committee, Sub-Committee on Multi-District Litigation, 2009 -

## ADMISSIONS TO PRACTICE

**State of Louisiana,** Supreme Court and all Inferior Courts, 1994.

**United States District Courts,** Eastern, Western, and Middle Districts of Louisiana, 1995.

**U.S. Fifth Circuit Court of Appeals,** 1995.

**U.S. Ninth Circuit Court of Appeals,** 2004.

**U.S. Second Circuit Court of Appeals,** 2009.

**U.S. Supreme Court,** 2007.

---

## BAR AND TRIAL ASSOCIATIONS

**American Bar Association, 1994 -**
  Member, Labor and Employment Section, 2004 -

**American Association for Justice, (formerly ATLA), 1995 -**
  State Delegate, Louisiana, 2007 -
    Secretary, AAJ State Delegates, 2009-2010.
    Chair-Elect, AAJ State Delegates, 2010 -
  "Fellow" - National College of Advocacy.
  *Wiedemann-Wysocki Award, 2001.*
  AAJ Endowment Board, 2010 -
  Co-Chair, Gulf Oil Spill Litigation Group, 2010 -
  Co-Chair, Chinese Drywall Litigation Group, 2009 -
  ATLA Press Advisory Board, 1999-2002, 2007 -
  *Amicus Curiae* Committee, 2008 -
  Keyperson Committee, 1996 -
  AAJ PAC Eagle.
  Leaders' Forum Member.
  Constitutional Litigation Committee, 1997 -
  Member, Commercial Law Section, 1996 -
  Member, Insurance Law Section, 1996 -
  Member, Tobacco Litigation Group, 1996 -
  Member, Health Care Finance Litigation Group, 1998 -
  Member, Electronic Discovery Litigation Group, 2004 -
  Member, Cox-2 (Vioxx) Litigation Group, 2005 -
  Member, Preemption Task Force, 2008 -
  Member, Class Action Litigation Group, 2009 -

**Civil Justice Foundation.**
  President, 2003-2004.
  Board of Trustees, 1999 -
  *President's Award, 2001.*

**Louisiana State Bar Association, 1994 -**
  Member, Consumer Protection Section, 1996 - 1998.

**Louisiana Association for Justice, (formerly LTLA), 1995 -**
  Board of Governors, 2004 -
  Council of Directors, 2006 -
  AAJ State Delegate, 2007 -
  Chair, Law Office Technology Section, 2006 - 2007.
  *Amicus Curiae* Committee, 1999 -
  President's Advisory Board, 1996-1997, 1999 -2000.
  Constitutional Litigation Committee, 1996 -
  Key Contacts Committee, 1997 -
  Speakers Bureau, 1999 -

**Litigation Counsel of America.**
  Fellow, 2007 -

**Federal Bar Association, New Orleans Chapter.**

**Public Justice, (formerly TLPJ).**
  Board of Trustees, 2010 -
  Membership Committee Co-Chair, 2008-2009.
  Louisiana State Network Coordinator, 2000 -

## BAR AND TRIAL ASSOCIATIONS (cont.)

**Bar Association of the Fifth Federal Circuit.**

**New Orleans Bar Association.**

**Mississippi Trial Lawyers Association.**

---

## PUBLICATIONS

America and the Law: Challenges for the 21ˢᵗ Century, Austin & Winfield, 1998, (revised edition, Gravier House Press, 1999).

"HMO Litigation" Tort Litigation: Preparation and Tactics - 2000 and Beyond (West 2003).

"Spoliation of Evidence" Civil Trial Practice: Winning Techniques of Successful Trial Attorneys (Lawyers & Judges Publishing, 2000), revised and reprinted in, Aircraft Accident Reconstruction and Litigation (Lawyers & Judges Publishing, 2003).

"Percentage Fee Awards in Common Fund Cases" Tulane Law Review Vol. 74, Nos. 5-6, p.2033 (June 2000).

"Evidence Preservation and Spoliation" TRIAL Magazine, September 2005, p.50.

"Federal Preemption: Geier and Its Implications" Louisiana Advocates Vol.XVI, No.1, p.8 (Jan. 2001).

"The Use and Abuse of Privilege in Discovery" Australian Products Liability Reporter, Vol. 10, No.5 (June 1999).

"Understanding Spoliation of Evidence" TRIAL Magazine March 2001, p.45.

Review of In Defense of Tort Law, TRIAL Magazine November 2001, p.86.

"Proposed Changes to Rule 23: Consulting with Practicing Attorneys" Sidebar Vol. 3, No. 2, p.7 (Spring 2002), reprinted in, The Federal Lawyer Vol. 49, No.8, p.14 (Sept. 2002).

"Fighting Mandatory Arbitration" Louisiana Advocates Vol.XVII, No.5, p.13 (May 2002).

"Roark v. Humana:  What This New Decision Means for Your Medical Malpractice Cases Involving HMOs" Louisiana Advocates Vol. XVIII, No. 1, p.8 (Jan. 2003).

"TLPJ Urges Trial Lawyers to Fight Court Secrecy" Louisiana Advocates Vol.XVII, No.6, p.13 (June 2002).

"Federal Court Upholds Rights of Plaintiffs Who Opted Out of Nationwide Class Action Settlement to Pursue Individual Claims" Louisiana Advocates Vol. XVIII, No. 1, p.14 (Jan. 2003).

"U.S. Supreme Court Rules Asbestosis Victims Can Recover Damages Based on Fear of Cancer" Louisiana Advocates Vol.XVII, No.6, p.7 (June 2003).

"Being a Savvy Blogger" Louisiana Advocates (July 2007), p.12.

"How to Maximize the Advantages of E-Mail and Eliminate the Risks" Louisiana Advocates (August 2007), p.6.

---

## SPEECHES AND PAPERS

"Removal by Preemption Under the Avco Exception...." Litigation at Sunrise, 1996 ATLA Annual Convention, Boston, Massachusetts, July 23, 1996.

"Spoliation of Evidence and Related Topics" Yours to Choose Seminar, LTLA, New Orleans, Louisiana, December 28, 1996.

"The Use and Abuse of Privilege in Discovery" Litigation at Sunrise, 1998 ATLA Annual Convention, Washington D.C., July 1998, and Yours to Choose Seminar, LTLA, Baton Rouge, Louisiana, December 30, 1998.

"Force-Placed Insurance: Banks' Failure to Disclose" Last Chance Seminar, LTLA, New Orleans, Louisiana, December 18, 1998.

"HMO Litigation" Winter Ski Seminar, LTLA, Aspen, Colorado, March 6, 2000, and Last Chance Seminar, Winning With the Masters, LTLA, New Orleans, Louisiana, Dec. 14, 2000.

"Class Action Litigation Against HMOs" 2001 ATLA Annual Convention, Montreal, Canada, July 17, 2001.

"Managing Complex Litigation for the Louisiana Paralegal" Institute for Paralegal Education, New Orleans, Louisiana, July 9, 1999.

"Subrogation and Loss Recovery in Louisiana" National Business Institute, New Orleans, Louisiana, March 24, 2000.

"Can We 'Import' Better Law in Personal Injury Cases?"  LTLA Spring CLE Retreat, Orlando, Florida, March 31, 2002.

"Case Evaluation and Other Pre-Filing Considerations" Tobacco Litigation Group, ATLA Annual Convention, Atlanta, Georgia, July 21, 2002.

"Proving Fraud in Tobacco Cases" ATLA Annual Convention, Atlanta, Georgia, July 21, 2002.

"Preparing and Taking Depositions for Use at Trial" STLA, New Orleans, Louisiana, February 28, 2003, and LTLA A La Carte Seminar, New Orleans, Louisiana, December 30, 2004.

# SPEECHES AND PAPERS (cont.)

"Trial and Post-Trial Motions: The Plaintiff's Perspective" National Business Institute, New Orleans, Louisiana, June 20, 2003.

"A Practical Framework for Class Action Litigation" ABA National Institute on Class Actions, San Francisco, California, Oct. 24, 2003, and Washington, D.C., Nov. 7, 2003.

"Identifying Spoliation of Evidence Issues and Related Issues Surrounding the Preservation and Discovery of Electronic Data" National Business Institute, New Orleans, LA, March 30, 2004, and Lafayette, LA, December 2, 2004.

"Civil Discovery Sanctions" Dealing with Destruction: Preservation and Spoliation of Electronic Data and Other Evidence in Louisiana, National Business Institute, New Orleans, LA, March 30, 2004, and Lafayette, LA, December 2, 2004.

"Plaintiff's Personal Injury from Start to Finish" National Business Institute, New Orleans, Louisiana, November 30, 2004, and New Orleans, Louisiana, June 30, 2006.

"Litigating the Class Action Suit in Louisiana" National Business Institute, New Orleans, Louisiana, January 7, 2005.

"Proposed Changes to the Federal Rules" Electronic Discovery Teleseminar, May 10, 2005, and, ATLA Annual Convention, Toronto, Canada, July 25, 2005.

"Recent Decisions Affecting E-Discovery" E-Discovery: Get Ready to Apply the New FRCP Changes, National Business Institute, New Orleans, Louisiana, December 20, 2006.

"E-Discovery Procedures and Compliance with the New Rules" E-Discovery: Get Ready to Apply the New FRCP Changes, National Business Institute, New Orleans, Louisiana, December 20, 2006.

"Conducting Forensic Analysis" E-Discovery: Get Ready to Apply the New FRCP Changes, National Business Institute, New Orleans, Louisiana, December 20, 2006.

"E-Discovery Under the New Rules" LTLA *A La Carte* Seminar, New Orleans, Louisiana, December 29, 2006.

"The E-Discovery Amendments to the Federal Rules: Panel Discussion - E-Discovery Practical Considerations" Federal Bar Association, New Orleans Chapter, February 2, 2007.

"The E-Discovery Amendments to the Federal Rules: Panel Discussion - E-Discovery Ethics" Federal Bar Association, New Orleans Chapter, February 2, 2007.

"Class Action Reforms Post CAFA: Leverage the Reforms and Emerging Trends" Strafford Publications, CLE Teleconference, March 20, 2007.

"Electronic Evidence Symposium: New Rules, E-Discovery, Spoliation & Sanctions" New Orleans Bar Association, 2007 Bench Bar Conference, Point Clear, Alabama, March 30, 2007.

"Personal Injury Cases: Calculating and Proving Damages" National Business Institute, New Orleans, LA, October 16, 2007.

"Vioxx Litigation: History, Overview and Navigating Through the Settlement Process" AAJ Weekend With the Stars, New York, NY, December 8, 2007.

"E-Discovery: Applying the New FRCP Changes" National Business Institute, New Orleans, LA, Dec. 13, 2007.

"Rethinking Depositions: Discovery vs. Trial" LAJ CLE A La Carte, Baton Rouge, LA, December 27, 2007.

"E-Discovery: A Changing Landscape - Practical & Legal Perspectives" SeminarWeb, January 16, 2008.

"Approaches to Defense Expert Depositions - Technique & Style" AAJ Mid-Winter Convention, Puerto Rico, January 26, 2008.

"E-Discovery Workshop" National Disability Rights Network Annual Conference, New Orleans, LA, June 4, 2008.

"San Diego Fire Cases" Litigation at Sunrise, AAJ Annual Convention, Philadelphia, PA, July 16, 2008.

"E-Discovery: The Paralegal's Role and Ethical Considerations" AAJ Annual Convention, Philadelphia, PA, July 16, 2008.

"Preparation of Expert Testimony" National Business Institute, New Orleans, LA, October 30, 2008.

"Avoiding Common Ethical Pitfalls" Building Your Civil Trial Skills, National Business Institute, New Orleans, LA, December 18, 2008.

"Documentary Evidence" Personal Injury Trials: Getting the Most out of Your Evidence, National Business Institute, New Orleans, LA, April 29, 2009.

"Electronic Evidence" Personal Injury Trials: Getting the Most out of Your Evidence, National Business Institute, New Orleans, LA, April 29, 2009.

"Ethics and Professionalism" AAJ Jazz Fest Seminar, New Orleans, LA, May 3, 2009.

"12 Lessons in Litigation" Web 2.0 and The Trial Bar, InjuryBoard.com, St. Petersberg, FL, June 5, 2009.

Moderator, Chinese Drywall Litigation Seminar, AAJ, New Orleans, Louisiana, August 11, 2009.

"Re-Thinking Experts" LAJ Post-Legislative Retreat, Carmel, CA, June 30, 2009, LAJ Last Chance Seminar, New Orleans, LA, December 10, 2009, and, LAJ CLE a la Carte, Baton Rouge, LA, December 30, 2009.

## SPEECHES AND PAPERS (cont.)

"Re-Thinking Experts" SeminarWeb! Live, December 17, 2009.

"Avoiding Common Ethical Pitfalls" Building Your Civil Trial Skills, National Business Institute, New Orleans, LA, December 18, 2009.

"Evaluating Class Actions: How Do You Know When You Have One?" LAJ CLE a la Carte, New Orleans, LA, December 30, 2009.

"Predatory Lending and Sub-Prime Class Actions" AAJ Mid-Winter Convention, Maui, Hawaii, January 30, 2010.

"Coast Guard / MMS Hearings" Gulf Coast Oil Spill Symposium, LSBA, New Orleans, LA, May 25, 2010.

Moderator, Gulf Coast Oil Spill Litigation Teleseminar, AAJ, June 2, 2010.

"Chinese Drywall Litigation" LSBA Summer School for Lawyers, Sandestin, Florida, June 7, 2010.

"12 Lessons in Litigation" LAJ Post-Legislative Retreat, Carmel, CA, June 29, 2010, (invited) (submitted paper) (could not attend).

Moderator, Chinese Drywall Litigation Program, AAJ, Vancouver, British Columbia, July 14, 2010.

Status of BP Claims Facility and Escrow Fund, Gulf Coast Oil Spill Litigation Group Program. Vancouver, British Columbia, July 16. 2010.

Update on MDL Issues and Litigation in the Eastern District of Louisiana, Gulf Coast Oil Spill, Vancouver, British Columbia, July 16, 2010.

"Oil Pollution Act of 1990: An Overview" Gulf Coast Oil Spill Litigation Group Program. Vancouver, British Columbia, July 16. 2010.

Oil Spill Litigation Panel Discussion: Liability, Punitive Damages, Environmental Issues, etc., HB Litigation Conference, Miami, Florida, November 4, 2010.

"Class Actions and Mass Torts" Avoyelles Parish Bar Association, Marksville, Louisiana, November 5, 2010.

"Ethical Issues in Litigation" SeminarWeb! Live, November 8, 2010.

"Ethics and Professionalism" Last Chance Seminar, Louisiana Association for Justice, New Orleans, Louisiana, December 9, 2010 (invited).

"Ethics and Professionalism" CLE a la Carte, Louisiana Association for Justice, New Orleans and Baton Rouge, Louisiana, December 30, 2010 (invited).

## REPORTED CASES

Alliance for Affordable Energy vs. New Orleans City Council., No. 96-0700 (La. 7/2/96), 677 So.2d 424.

O'Reilly and Griffith vs. Brodie, et al and PMIC, 975 S.W.2d 57 (Tex. App. 4th Dist. - San Antonio 1998), *review denied,* (Aug. 25, 1998); and, 42 *ATLA Law Reporter* 264 (Sept. 1999).

Marchesani v. Pellerin-Milnor, 248 F.3d 423 (5th Cir. 2001), *and,* 269 F.3d 481 (5th Cir. 2001); and, *ATLA Law Reporter,* Vol. 46, p.240 (Sept. 2003), and *Louisiana Advocates* Vol.XVIII, No.4 (April 2003) p.14.

Scott v. American Tobacco, No. 01-2498 (La. 9/25/01), 795 So.2d 1176, *and,* No. 02-2449 (La. 11/15/02), 830 So.2d 294, *and,* No. 2004-2095 (La. App. 4th Cir. 2/7/07), 949 So.2d 1266, *writ denied,* 973 So.2d 740 (La. 2008), *cert. denied,* 128 S.Ct. 2908 (2008), *and, later proceeding,* No. 2009-0461 (La. App. 4th Cir. 4/23/2010), 36 So.3d 1046.

Bulot v. Intacoastal Tubular, No. 00-2161 (La. 2/9/01), 778 So.2d 583 (*amicus curiae*).

Dumas v. Angus Chemical, No. 97-2356 (La. 11/14/97), 702 So.2d 1386.

Sommers v. State Farm, No. 99-2586 (La. App. 4th Cir. 5/3/00), 764 So.2d 87.

Schultz v. Texaco Inc., 127 F.Supp.2d 443 (S.D.N.Y. 2001), *and,* 308 F.Supp.2d 289 (S.D.N.Y. 2004), *and,* 2009 WL 455163 (S.D.N.Y. Feb. 24, 2009).

Orrill v. Louisiana Citizens Fair Plan, No. 09-0566 (La. App. 4th Cir. 12/09/09), 26 So.3d 994, *and,* No. 2009-0888 (La. App. 4th Cir. 4/21/2010), 2010 WL 1611023.

Andrews v. TransUnion Corp., No. 2004-2158 (La. App. 4th Cir. 8/17/2005), 917 So.2d 463, *writ denied,* 926 So.2d 495 (La. 4/17/06), and *Louisiana Advocates,* Vol.XXIV, No.5 (May 2009), p.14.

Bratcher v. National Standard Life, 365 F.3d 408 (5th Cir. 2004), *cert. denied,* 125 S.Ct. 277 (2004).

Schafer v. State Farm, 507 F.Supp.2d 587 (E.D.La. 2007), *and,* 2008 WL 131225 (E.D.La. Jan 10, 2008).

Moeckel v. Caremark Inc., 385 F.Supp.2d 668 (M.D. Tenn. 2005).

In re Managed Care Litigation, 150 F.Supp.2d 1330 (S.D.Fla. 2001).

Lakeland Anesthesia v. Aetna U.S. Healthcare, 2000 U.S. Dist LEXIS 8540 (E.D.La. June 15, 2000), *Andrews Managed Care Litigation Reporter,* Vol.I, Issue 13 (July 17, 2000) p.12.

## REPORTED CASES (cont.)

<u>Mays v. National Bank of Commerce</u>, 1998 U.S. Dist. LEXIS 20698 (N.Dist. Miss. Nov. 20, 1998),
    *aff'd* No. 99-60167 (5th Cir. April 11, 2000).

<u>Jones v. Hyatt</u>, No. 94-2194 (La. App. 4th Cir. 9/25/96), 681 So.2d 381 (appeal counsel).

<u>Delcambre v. Blood Systems, Inc.</u>, No. 2004-0561 (La. 1/19/05), 893 So.2d 23 (*amicus curiae*).

---

## VERDICTS, DECISIONS, REPORTED SETTLEMENTS AND AWARDS

<u>Scott v. American Tobacco, et al</u>, Civil District Court for the Parish of Orleans, State of Louisiana, No. 96-8461, July 28, 2003,
    (Jury verdict in Phase I trial for class of Louisiana smokers finding tobacco industry liable for fraud, conspiracy, and
    intentional torts, and responsible for the establishment of a court-supervised medical monitoring and/or cessation program),
    and, May 21, 2004 (Jury verdict in Phase II in the amount of $591 Million for 10-year comprehensive court-supervised
    smoking cessation program), *aff'd, in part,* No. 2004-2095 (La. App. 4th Cir. 2/7/07) (upholding award of $279 Million fund
    to Class for 10-year cessation program), *on subsequent appeal,* No. 2009-0461 (La. App. 4th Cir. 4/23/2010), 36 So.3d 1046
    (ordering Defendants to deposit $241 Million, plus interest, into the Registry of the Court) (Member of Trial Team, Philip Morris
    Team, and co-Lead of Briefing Team).

<u>Niven v. Boston Old Colony, et al</u>, 24th JDC, State of Louisiana, No.373-299, December 28, 1998, (judgment of $529,027.02
    for plaintiff against La. DOTD  - total damages $5,290,270.20), *rev'd,* No. 99-783 (La. App. 5th Cir. 1/25/2000).

<u>Hernandez v. Knauf</u>, No.09-6050, 2010 WL 1710434, *In re Chinese-Manufactured Drywall Products Liability Litigation,* MDL No. 2047
    (E.D.La. April 27, 2010)(awarding over $164,000 in remediation and other damages, plus interest, costs, and reasonable attorneys'
    fees, in first bellwether trial, holding that all drywall, insulation, entire electrical system, HVAC system and copper plumbing must
    be removed) (Co-Lead Trial Counsel).

<u>Marchesani v. Pellerin-Milnor</u>, 248 F.3d 423 (5th Cir. 2001), *and,* 269 F.3d 481 (5th Cir. 2001), and,
    *Louisiana Advocates* Vol.XVIII, No.4 (April 2003) p.14, and *ATLA Law Reporter,* Vol. 46, p.240 (Sept. 2003)
    ($3.375 million settlement).

<u>Turner v. Angelo Iafrate, et al</u>, No. 596-274 (La. 24th JDC), *Louisiana Advocates,* Vol.XXI, No.10, p.15 (Oct. 2006), and,
    *AAJ Law Reporter,* Vol.L, No.6 (Aug. 2007) ($4.5 million settlement).

<u>In re: Vioxx Prod. Liab. Lit.</u>, MDL No. 1657 (E.D.La.), *Louisiana Advocates,* Vol.XXIII, No.1 (Jan. 2008) ($4.85 Billion Settlement
    Fund) (Co-Chair of Sales & Marketing Committee, Insurance Committee, Member of Drafting Team for PNC).

<u>Schultz v. Stoner, et al</u>, 127 F.Supp.2d 443 (S.D.N.Y. 2001), *and,* 308 F.Supp.2d 289 (S.D.N.Y. 2004), *and,* 2009 WL 455163
    (S.D.N.Y. Feb. 24, 2009) (summary judgment granted in favor of mis-classified employees' right to benefits under the
    Texaco pension plans).

<u>Andrews v. TransUnion Corp.</u>, No. 2004-2158 (La. App. 4th Cir. 8/17/2005), 917 So.2d 463,
    *writ denied,* 926 So.2d 495 (La. 4/17/06), and *Louisiana Advocates,* Vol.XXIV, No.5 (May 2009), p.14
    ($75 million settlement fund and significant additional in-kind relief).

<u>DeGarmo v. Healthcare Recoveries, Inc.</u>, No. 5:94cv14 (N.D.W.Va. 2001), 45 *ATLA Law Reporter* 180 (June 2002),
    and *Louisiana Advocates,* Vol.XVI, No.9, p.10 (Sept. 2001) ($3 million settlement for class of policyholders for unlawful
    subrogation practices).

<u>Galuzska v. Rosamond and GEICO</u>, No.618-435 (La. 24th JDC), *Louisiana Advocates,* Vol.XXIII, No.6 (June 2008)
    ($925,000 settlement in auto case).

<u>Marberry v. Sears</u>, 15th JDC, State of Louisiana, No.96-3244, December 7, 1998, (judgment of $195,054.96 for plaintiff).

<u>Kettles v. Hartford Life</u>, 1998 U.S. Dist. LEXIS 12899 (E.D.La. Aug. 14, 1998) (summary judgment for plaintiff awarding
    over $80,000 in disability benefits).

---

## ACTIVITIES, OFFICES, APPOINTMENTS AND AWARDS

A/V Rated, Martindale-Hubble.

Finalist, Trial Lawyer of the Year Award, TLPJ, 2005.

Leadership in the Law Recipient, *New Orleans CityBusiness,* 2010.

"Superlawyer" in the area of Class Actions and Mass Torts, 2007, 2008, 2009, 2010, 2011.

Top 100 Trial Lawyers, American Trial Lawyers Association, 2008, 2009, 2010.

**ACTIVITIES, OFFICES, APPOINTMENTS AND AWARDS (cont.)**

Million Dollar Advocates Forum.

Appointed Plaintiffs' Co-Liaison Counsel, *In re: Deepwater Horizon,*
MDL No. 2179, Civil Action No. 2:10-md-02179, USDC for the Eastern District of Louisiana.

Appointed to the Plaintiffs' Steering Committee, *In re: Express Scripts Pharmacy Benefits Management Litigation,*
MDL No. 1672, Civil Action No. 4:05-md-01672-SNL, USDC for the Eastern District of Missouri.

Appointed to the Plaintiffs' Executive Committee, *In re: Cox Set-Top Box Antitrust Litigation,*
MDL No. 2048, Civil Action No. 5:09-ml-02048-C, USDC for the Western District of Oklahoma.

Appointed to the Plaintiffs' Executive Committee, *In re: Budeprion XL Marketing and Sales Litigation,*
MDL No. 2107, Civil Action No. 09-md-2107, USDC for the Eastern District of Pennsylvania.

Host Committee, Fifth Circuit Judicial Conference, New Orleans, Louisiana, April 19-22, 1998.

Curator *Ad Hoc, Boomco LLC vs. Ambassador Inn Properties, et al,* CDC No. 98-21208, Parish of Orleans, State of Louisiana.

Moderator, "Winning With the Masters", Last Chance Seminar, LTLA, New Orleans, Louisiana, December 19, 1998.

Moderator, "Winning With the Masters", Last Chance Seminar, LTLA, New Orleans, Louisiana, December 14, 2000.

Welcome, ATLA Jazz Fest Seminar, New Orleans, Louisiana, May 1, 2003.

Guest Appearance, *It's the Law* "Challenges for the 21st Century" New Orleans Bar Association, March 15, 1999.

Guest Appearance, *Bev Smith Show* "Is Tobacco Litigation Good For America?" American Urban Radio Network, June 8, 2000.

Guest Appearance, *The Morning Show* "Are Tobacco Lawsuits Good For America?" KRLV Radio, June 9, 2000.

Guest Appearance, *On the Air with Mike Bung* "Tobacco Litigation and Challenges for the 21st Century" 1540 AM, June 15, 2000.

Guest Lecturer, "The Nuremberg Trials" Touro Synagogue Religious School, April 2003.

Judge, ATLA Student Trial Advocacy Competition, Finals, New Orleans, Louisiana, March 26, 1999.

Associate Member, Louisiana Injured Employees Union Education Fund, 1999 - 2003.

Board of Directors, Touro Synagogue Brotherhood, 1998 - 2000.

Member, Mystery Writers Association, 1999 -

Maintains Website / Blog regarding Legal, Political, Literary and Other Issues, including updates of What's New in Products Liability, Class Actions, ERISA Litigation, Electronic Discovery and Spoliation, at: www.gravierhouse.com.