# PENNY H. GRISAMORE

Home Address:

1008 Napa Way
Niceville, FL 32578
(850) 897-6024
pennyhg14@gmail.com

Business Address:

1008 Napa Way
Niceville, FL 32578
(850) 420-5307
pennyhg14@gmail.com

## EDUCATION

**Delgado Community College, New Orleans, LA**
Continuing Education – Completion of PowerPoint Class, Summer 2002
Received Certificate of Completion.

**John Jay College of Criminal Justice, New York, NY**
Masters in Forensic Psychology, GPA: 3.95, February 2001.
Dean's List Certificate, 1999-2000.
Extern at The Manhattan Correctional Center, Federal Prison, Fall of 2000.

**University of New Orleans, New Orleans, LA**
Private Investigator Licensing Preparatory Course, June 1998, 40-hour state approved.

**Newcomb College of Tulane University, New Orleans, LA**
Bachelor of Arts, double major in Psychology and Sociology, *Cum Laude*, GPA: 3.633, May 1995.
Alpha Lambda Delta Honor Society.
Dean's List for 5 semesters.

**Isidore Newman School, New Orleans, LA**
*Cum Laude*, GPA: 3.5, May 1991.

## EMPLOYMENT

**Independent Contract Paralegal for Herman, Herman, Katz & Cotlar, December 2010 to present, New Orleans, LA**
(BP MDL Depository Assistance)
Managing workgroup email distribution lists;
Organizing, bates numbering, OCRing and issue coding in iCONECT, all articles regarding the BP Oil Spill;
Tracking all confidential designations while redacting the page / line numbers in the depositions;
Trial Assistance



**Independent Contract Paralegal / Manager of the MDL Document Depository, for MDL 2047 (Chinese-Drywall) - Plaintiff's Steering Committee, Summer 2009 to present, New Orleans, LA**

**See Description below, with adavancement in skills;**
**Managing the Electronic Document Depository for the PSC**
**Lead Trial Paralegal for 4 MDL trials, as well as Hearings for Class Certification, Organizing, bates numbering all expert reports and trial exhibits while tracking all possible exhibits in a database.**
**Preparing PowerPoints for Trail**

**Trained as an Administrator of iCONECT (Complete Database Program)**

**Independent Contract Paralegal / Manager of the MDL Document Depository, for MDL 1657 (Vioxx) - Plaintiff's Steering Committee, June 2005 to present, New Orleans, LA**
**(See Job Duties Listed Below recognizing the advancement of skills)**

**Independent Contract Paralegal / Manager of the MDL Document Depository, for MDL 1355 (Propulsid) - Plaintiff's Steering Committee, March 2000 to present, New Orleans, LA**

I manage the MDL document depository, in a national Pharmaceutical Litigation, whereby I provide Litigation Document Depository and Administrative Services, as well as Paralegal Litigation Services.

Various job duties include the following:
- Managing Attorneys and Staff, in the depository
- Organizing and tracking over 2 million Documents, mostly electronically.
- Developing and maintaining databases for mass document production.
- Scheduling, assigning and tracking depositions.
- Preparing deposition packages, both in hard copy and electronically
- Tracking and managing all deposition transcripts in a management program (E-Transcript) and tracking and inputting deposition cuts.
- Compiling and organizing hot document binders, both in hard copy and electronically
- Providing documents by email, fax, or mail, daily, to various attorneys around the country
- Organizing, preparing agendas, mediating and taking the minutes of conference calls
- Assisted in the creation of PowerPoint slides and then ran them during a Class Certification Hearing.
- Responsible for gathering and organizing exhibits for the Class Certification Hearing.
- Preparing a trial package, including many steps of organization, and cross referencing of documents

       I have advanced my computer skills in the following programs: Access, PowerPoint, Excel, Word
       I also have learned to use Real Legal Binder (E-Transcript), as well as Concordance (an advanced database/ case management program) and Sanction (Trial Presentation Software)

**Herman, Herman, Katz & Cotlar, Attys., New Orleans, LA**
    **Paralegal, 1996-1999.**
    **Research Clerk, Summers of 1990-93.**
    I have experience in condensing and summarizing depositions; compiling expert witness binders for major trials; legal research; other clerical tasks.
    I have handled all of the Tobacco Class Actions in my office, including trial preparation in Philadelphia and Louisiana.
    I have assisted in setting up and running a trial office for major class actions in Monroe La., Philadelphia and New Orleans, La.
    I have done extensive document production for class actions.
    I put together and ran a small in house focus group to prepare for a trial.
    I have studied juries in trial.
    I have experience in designing complex databases.
    My computer experience includes Word Perfect, some Power Point, other various programs, and I received a certificate in an advanced Access Database class.

**The Honorable Mary Ann Vial Lemmon, 29th Judicial District Court of St. Charles, Parish, Hahnville, LA, summer of 1993.**
    **Research Clerk**
    I researched and compiled a report on Battered Women's Syndrome, as well as other research.
    I observed trials.

**Signature Collection, After School and Holidays 1989-90, New Orleans, LA**
    Salesperson.

## SPEAKING ENGAGEMENTS

**ATLA Pharmaceutical Seminar, May 31 and June 1, 2002, Chicago Illinois**
    Subject Matter: Propulsid MDL Document Depository Management

**Mealey's Mass Tort Litigation Skills for Paralegals Conference, November 11-12, 2002, Los Angeles, California.**
    Subject Matter: Electronic Filing Systems and the MDL

**ATLA, Case Management and Electronic Discovery in Pharmaceutical Litigation, March 7-8, 2003, Dallas, Tx.**
    Subject Matter: Role of The Paralegal

**ATLA, Summer Convention, Communications, Computers, and Law Office Technology Committee and Paralegal Program, July 19, 2003, San Francisco, California.**
   Subject Matter: Eliminating Paper and Enhancing Efficiency: Deposition Software and Database Design.

**Mealey's Mass Tort Litigation Tools for Paralegals, November 13-14, 2003, Los Angeles, California.**
   Subject Matter: Effective Ways of Organizing and Managing Documents.

**Institute for Paralegal Education (I.P.E.) all day teaching seminar, November 17, 2003, New Orleans, LA.**
   Subject Matter: Managing Complex Litigation for the Louisiana Paralegal.

**ATLA, summer Convention, Document Management in Complex Litigation, Paralegal Program, July 26, 2005, Toronto Canada.**
   Subject Matter: Attorneys + Paralegals + Technology: The Magic Formula for Successful Case Resolutions

## PUBLICATIONS:

Attorneys + Paralegals + Technology: The Magic Formula for Successful Case Resolutions. AMJUR, 2005.

## SEMINARS ATTENDED

**ATLA Pharmaceutical Seminar, May 31 and June 1, 2002, Chicago Illinois**

**Mealey's Mass Tort Litigation Skills for Paralegals Conference, November 14-15, 2002, Los Angeles, California.**

**ATLA, Case Management and Electronic Discovery in Pharmaceutical Litigation, March 7-8, 2003, Dallas, Tx.**

**Mealeys's Mass Tort Litigation Tools For Paralegals, November 13-14, 2003, Los Angeles, California.**

**Institute for Paralegal Education: Managing Discovery, July, 2003, New Orleans, LA.**

**Institute for Paralegal Education: managing Complex Litigation for the Louisiana Paralegal, November 17, 2003, New Orleans, LA.**

**ATLA VIOXX Mock Trial, May 2005, New Orleans, LA.**

**I have attended various seminars at the ATLA, winter and summer conventions, for the past 6 years.**

## ACTIVITIES AND INTERESTS

Chair of the Paralegal Advisory Task Force of AAJ, 2009-2011.
Vice-Chair of the Paralegal Advisory Task Force of AAJ, 2005-2009.
Other Interests include: Sports, Music, New Orleans Culture, True Crime Investigation and Books.