MARIE STEVENS,                          )
                                        )       IN THE UNITED STATES
                Plaintiff,              )       DISTRICT COURT FOR THE
                                        )       EASTERN DISTRICT OF
                                        )       LOUISIANA
v.                                      )
                                        )   Case Code No: 1657
                                        )   Docket No: 2:09-cv-02409-EEF-DEK
MERCK & CO., INC., et al.,              )
                                        )       STIPULATION OF DISMISSAL
                Defendants.             )       WITH PREJUDICE AS TO
                                        )       ALL DEFENDANTS

Pursuant to Fed. R. Civ. P. 41, the undersigned counsel hereby stipulate that

all claims of plaintiff **Marie Stevens** against defendant Merck & Co., Inc. and all other

named defendants be dismissed in their entirety with prejudice, each party to bear its own

costs.

_____              _____
Marcus W. Viles                        Stephen G. Strauss
Viles & Beckman, LLC                   Bryan Cave LLP
6350 Presidential Court                211 N. Broadway, Suite 3600
Suite A                                St. Louis, MO 63102
Fort Myers, Florida 33919              (314) 259-2000 Tel
(239) 334-3933 Tel                     (314) 259-2020 Fax
(239) 334-7105 Fax
                                       Phillip A. Wittmann
                                       Dorothy H. Wimberly
                                       Stone Pigman Walther Wittmann LLC
                                       546 Carondelet Street
                                       New Orleans, LA 70130
                                       (504) 581-3200 Tel
                                       (504) 581-3361 Fax

Attorneys for Plaintiff                Attorneys for Merck & Co., Inc.

Dated:  4/15/2011                      Dated: 6-3-11

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 4th  day of June, 2011.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:     314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.