MINUTE ENTRY
FALLON, J.
JUNE 1, 2011

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS<br>LIABILITY LITIGATION | CIVIL ACTION<br><br>NO.  05-MDL-1657<br><br>SECTION: L |

**This document relates to: All Cases**

BEFORE JUDGE ELDON E. FALLON
Case Manager: Gaylyn Lambert
Court Reporter: Karen Ibos

Appearances:  Ann Oldfather, Esq. For plaintiff
              Doug Marvin, Esq. For Merck

Motion of plaintiff for Protective Order pursuant to PTO 9A and FRCP 26(c)    (62990)

 - DENIED AS MOOT.


JS10:    :07