UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO: 06-3138,** *as to Eleanor Taylor ONLY*

**ORDER**

Vioxx claimant Eleanor Taylor was previously represented by Seth S. Webb and the firm of Brown and Crouppen. Because of "a breakdown in the attorney-client relationship," Ms. Taylor's counsel sought leave to withdraw as counsel of record. (Rec. Doc. 42866). The Court granted the motion to withdraw. (Rec. Doc. 49766). Ms. Taylor's claim proceeded through the Vioxx Settlement Program and resulted in a settlement offer. Ms. Taylor has declined to sign paperwork that would finalize the settlement and permit her former counsel to disburse her settlement funds. Accordingly, Ms. Taylor's former counsel filed a motion requesting that the Court receive into the registry of the Court the settlement funds held on Ms. Taylor's behalf. (Rec. Doc. 54589). The Court granted the motion. (Rec. Doc. 55559).

The Court has custody of Ms. Taylor's Vioxx settlement funds. Ms. Taylor, who is not currently represented by counsel, has contacted the Court expressing an interest in resolving the matter. Ms. Taylor's former counsel, in connection with their motion to deposit, provided an affidavit setting out a claim for attorneys' fees in the amount of $3,903.75 and costs in the amount of $448.46. The Court has capped contingent attorneys' fees at 32% of any settlement amount (Rec. Doc. 15722). Accordingly, Ms. Taylor's former counsel will be entitled to, at

1

most, no more than 32% of the settlement amount plus reasonable costs.

IT IS ORDERED that Ms. Taylor and Brown and Crouppen shall appear before the Court on June 29, 2011, at 9:00 a.m. Central Standard Time and show cause why Brown and Crouppen should not be entitled to 32% of the amount held in the registry of the court as attorneys' fees, plus expenses in the amount of $448.46, with the remainder of the settlement funds to be disbursed to Ms. Taylor. At the hearing, Ms. Taylor will have the opportunity to explain her position regarding the amount she believes is owed to her former attorneys. Ms. Taylor and Brown and Crouppen are also invited to mail to the Court any written materials they believe will assist the Court. **Ms. Taylor does not have to appear at this hearing in person and may attend this hearing by telephone. She should contact the Court to make arrangements to participate by telephone.** The Court will then make an appropriate disbursement of the settlement funds held in the registry of the Court.

New Orleans, Louisiana, this 2nd day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:
Eleanor Taylor
10131 South Charles Street
1st Floor
Chicago, IL 60643