UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | SPECIAL MASTER |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | PATRICK A. JUNEAU |
| | * | June 6, 2011 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**SECOND SUPPLEMENTAL MEMORANDUM IN SUPPORT
OF MOTION FOR PAYMENT OF ACCOUNTANT'S INVOICES**

MAY IT PLEASE THE COURT:

This second supplemental memorandum is respectfully submitted by co-lead counsel for Objectors in further support to their Motion for Payment of Accountant's Invoices.

This Court has indicated informally that it intends to assess Objectors with the attorneys fees incurred by their leadership in this matterObjectors will not seek reconsideration of that ruling. Additionally Objectors have not and will not be submitting a motion for reimbursement of non-accounting costs. However, Objectors presently have outstanding a request that this Court pay Phil Garrett and Wegmann Dazet's invoices from the common benefit fund. The undersigned has received another notice from Wegmann Dazet, attached hereto, which has prompted this second supplemental request for payment of those invoices from the common benefit fund.

The accounting invoices should not be the sole responsibility of Objectors. Mr. Garrett should have been as available to them as he was to the PSC and FAC, and on the same fee

-1-

arrangement. Moreover, as explained in our previous filings, the work the undersigned did with Mr. Garrett was for the benefit of this Court as well as all claimants, in that it eventually produced a firm by firm lodestar that the FAC had declined to produce in discovery, as well as a an independent verification of that lodestar.

Finally, a review of the invoices themselves reveal numerous charges that are not specific to Objectors, such as charges for consultation with Tom Juneau, hours of searching for documents which should have been produced in discovery by the FAC, and travel and meeting time for persons who apparently accompanied Mr. Garrett on his meetings but who are completely unknown to the undersigned, were never introduced, did not attend any meetings, and were not requested by Objectors to attend.

Ultimately, the proof of the common benefit is in the record. At the hearing of this matter, both objectors and the FAC sought to introduce the same material from Mr. Garrett – the time records, and his lodestar calculations. It was the only as a result of the Objectors' discovery requests and interviews with Mr. Garrett that these documents were available and came to light. Making Objectors bear the cost of this would be fundamentally unfair, especially when the PSC and FAC had free access to Mr. Garrett.   As the accounting invoices are the ONLY cost items for which Objectors are seeking reimbursement, they respectfully pray that this Court order BrownGreer to pay these invoices immediately out of the common benefit fund with the amount to be borne by all claimants, not merely themselves.

| | |
|---|---|
| /s/ Robert E. Arceneaux | /s/ Margaret E. Woodward |
| _____ | _____ |
| Robert E. Arceneaux, La Bar No. 01199 | MARGARET E. WOODWARD, La. Bar |
| ROBERT E. ARCENEAUX LLC | No.13677 |
| 47 Beverly Garden Drive | 3701 Canal Street, Suite C |
| Metairie, LA 70001 | New Orleans, Louisiana  70119 |
| (504) 833-7533 office | (504) 301-4333 office |
| (504) 833-7612 fax | (504) 301-4365 fax |
| rea7001@cox.net | mewno@aol.com |

CO-LEAD COUNSEL FOR OBJECTORS IDENTIFIED IN FEB. 8 ORDER

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, and by upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8, on this date, June 6, 2011

/s/ Robert Arceneaux

# Wegmann Dazet & Company

111 Veterans Boulevard
Suite 800
Metairie, LA 70005
(504)837-8844

ROBERT E. ARCENEAUX, ESQ.
47 BEVERLY GARDEN DRIVE
METAIRIE, LA 70001

Statement Date  5/26/2011
Client No.      9585.0

| Invoice | Date | Description | Charge | Credit | Balance |
|---|---|---|---|---|---|
| | | **Opening Balance As Of 4/30/2011** | | | |
| 54160 | 2/28/2011 | Prior Invoice | 14,795.60 | | 14,795.60 |
| | | **Current Activity Through 5/26/2011** | | | |
| 54930 | 4/30/2011 | Invoice | 2,098.00 | | 16,893.60 |
| | | **Current Balance** | | $ | 16,893.60 |

| 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 2,098.00 | 0.00 | 14,795.60 | 0.00 | 0.00 | $ 16,893.60 |

PAY BY PHONE
VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER

THE ABOVE STATEMENT INCLUDES INVOICES THROUGH APRIL 30, 2011
PAYMENTS RECEIVED AFTER MAY 26, 2011 ARE NOT REFLECTED ON THIS STATEMENT.
IF YOU HAVE ANY QUESTIONS, PLEASE CALL ACCOUNTS RECEIVABLE AT (504) 837-8844 IN OUR METAIRIE OFFICE.

WE ARE COMMITTED TO BE OUR CLIENTS' MOST TRUSTED ADVISOR:
PROVIDING HIGH QUALITY SERVICES AND SOLUTIONS USING PROACTIVE APPROACHES
TO MEET THEIR ACCOUNTING, TAX AND UNIQUE CONSULTING NEEDS.