UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | SPECIAL MASTER |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | PATRICK A. JUNEAU |
| | * | June 6, 2011 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**OBJECTORS' MOTION FOR PROPORTIONATE ALLOCATION OF ANY AND ALL ADDITIONAL COMMON BENEFIT FEES RECOVERED**

NOW COME Robert Arceneaux, Margaret Woodward, and Pascal Calogero, Co-lead and Liaison Counsel, respectively, and move that any additional common benefit fees recovered in the captioned matter be allocated proportionately among all claimants to the common benefit fund upon showing that:

1. The PSC has moved for the assessment of common benefit fees against any sums paid by Merck for state or governmental claims;

2. The PSC has also suggested that common benefit fees should be assessed against Third Party Payor claims;

3. To the extent that any additional moneys are paid into the common benefit fund from any source, those funds should be equitably distributed amongst all claimants to the common benefit fund;

-1-

4. It appears that a determination is soon to be concluded about the comparative contributions to the common benefit by all claimants to the fund, either by settlement or by judicial allocation; by whatever means the current allocation is achieved, it will establish an appropriate basis for the distribution of additional monies coming into the common benefit fund.

Wherefore Objectors request that any and all additional monies paid into the common benefit fund be distributed among all claimants to the common benefit fund in direct proportion to the allocations they received from the initial fund of $315,250,000.

Undersigned counsel are not fixing this motion for hearing because it is premature, but it cannot be reserved for a later filing considering that by Order entered on June 2, 2011, their appointment expires on June 7, 2011.

Respectfully submitted

/s/ Robert E. Arceneaux

_____

Robert E. Arceneaux, La Bar No. 01199
ROBERT E. ARCENEAUX LLC
47 Beverly Garden Drive
Metairie, LA 70001
(504) 833-7533 office
(504) 833-7612 fax
rea7001@cox.net

/s/ Margaret E. Woodward

_____

Margaret E. Woodward, La. Bar No.13677
3701 Canal Street, Suite C
New Orleans, Louisiana  70119
(504) 301-4333 office
(504) 301-4365 fax
mewno@aol.com

**CO-LEAD COUNSEL FOR OBJECTORS IDENTIFIED IN FEB. 8 ORDER**

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing pleading has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, and by upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8, on this date, June 7, 2011

  /s/ Robert Arceneaux