UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO: 06-3138,** *as to Eleanor Taylor ONLY*

**ORDER**

The Court has received Turner Branch and the Branch Law Firm's Motion for Deposition of the Claims Administrator (Rec. Doc. 63014).  The motion complies with the Court's Order of May 11, 2011 setting forth the procedure for seeking access to testimony and materials related to the Vioxx Settlement Program from the Claims Administrator (Rec. Doc. 62958).  Accordingly,

IT IS ORDERED that the motion is GRANTED.  Turner Branch and The Branch Law Firm shall be allowed to take the deposition of the Claims Administrator in the case captioned *Altina Pouncil, Administrator of the Estate of Willie Sue Clay v. Branch Law Firm and Turner Branch*, Civil Action No. 10-1314-JTM-DJM, currently pending in the United States District Court for the District of Kansas.  As set forth in the motion, the deposition shall relate to the materials that the Branch Law Firm submitted to the Claims Administrator.  Turner Branch and the Branch Law Firm shall take all necessary steps to preserve the confidentiality of the information obtained and shall reimburse the Claims Administrator for its time and costs in responding to the discovery request.

New Orleans, Louisiana, this 6th day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE