UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX : <br> PRODUCTS LIABILITY LITIGATION : <br> : <br> This relates to all cases : <br> : <br> : <br> : <br> : | MDL Docket No. 1657 <br><br> SECTION L <br><br> JUDGE FALLON <br> MAG. JUDGE KNOWLES |

### AFFIDAVIT IN SUPPORT OF APPLICATION FOR COMMON BENEFIT FEE TO BE ASSESSED AGAINST STATE GOVERNMENTS, POLITICAL SUBDIVISIONS, AND ATTORNEYS' GENERAL

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

**RUSS M. HERMAN, PLAINTIFFS' LIAISON COUNSEL**

who after being first duly sworn, did depose and say that:

The attached 75 page exhibit (Exhibit 1 attached to this Affidavit) is a true and correct summary and chronology of activities in MDL 1657, *In Re: Vioxx Products Liability Litigation,* in relation to claims asserted by State governments and Political subdivisions. The Plaintiffs' Steering Committee and Fee Allocation Committee appointed by Judge Eldon Fallon files same in consideration of its requested common benefit fee if any, to be determined by this Honorable Court

and assessed against any state or governmental claim paid by Defendant, Merck.

                                                      **RUSS M. HERMAN, PLAINTIFFS'**
                                                      **LIAISON COUNSEL**

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 2ND DAY OF
JUNE, 2011.

LEONARD A. DAVIS, NOTARY PUBLIC
LOUISIANA BAR ROLL NO. 14190

2