UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL COMMON<br>BENEFIT FEE APPLICANTS | MDL Docket No. 1657<br><br>SECTION L<br><br><br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

### ORDER

Considering the foregoing Motion for Leave to File an Amended Exhibit K to the Fee Allocation Committee's Response to Objections to Recommended Common Benefit Fee Allocation,

**IT IS ORDERED** that the Fee Allocation Committee be and hereby is granted leave to file an Amended Exhibit K to its Response to Objections to Recommended Common Benefit Fee Allocation.

**NEW ORLEANS, LOUISIANA,** this  6th  day of June, 2011.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE