UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | SPECIAL MASTER |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | PATRICK A. JUNEAU |
| | * | June 7, 2011 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PROFFERED TESTIMONY OF JOEY MARKOWITZ

During the hearing of this matter, Special Master Juneau excluded the testimony of Joey Markowitz, but gave objecors leave to proffer that testimony by affidavit. Attached is the proffered testimony.


/s/ Robert E. Arceneaux                              /s/ Margaret E. Woodward
_____              _____
Robert E. Arceneaux, La Bar No. 01199        MARGARET E. WOODWARD, La. Bar
ROBERT E. ARCENEAUX LLC                 No.13677
47 Beverly Garden Drive                          3701 Canal Street, Suite C
Metairie, LA 70001                                  New Orleans, Louisiana  70119
(504) 833-7533 office                               (504) 301-4333 office
(504) 833-7612 fax                                   (504) 301-4365 fax
rea7001@cox.net                                     mewno@aol.com


**CO-LEAD COUNSEL FOR OBJECTORS IDENTIFIED IN FEB. 8 ORDER**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Memorandum has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, and by upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8, on this date, June 7, 2011

/s/ Robert Arceneaux

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | SPECIAL MASTER |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | PATRICK A. JUNEAU |
| | * | June 7, 2011 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PROFFER BY AFFIDAVIT**

County of New York

State of New York

Before me, undersigned Notary Public, duly authorized and qualified in the State and County aforesaid, personally came and appeared:

**JOEY MARKOWITZ**

who did depose and say:

1.

He was retained by Robert E. Arceneaux to perform data collection, and worksheet construction, in connection with the captioned action.

pg. 1

2.

His Curriculum Vitae was introduced into evidence as Objectors' Common Exhibit Proffer 26, and reflects his education, training and experience as a hardware and software engineer; included within that expertise is familiarity with Microsoft Access and over 5 years' experience with Microsoft Excel and database development in the financial services industry.

3.

Affiant was asked by Arceneaux to merge the two data bases supplied to him by Phil Garrett CPA, one of which was in Microsoft Access and one of which was in a web proprietary program maintained by Garrett; the merger was effected to produce one excel workbook that contained all information regarding the attorneys' time and hours recorded in these databases. Neither of the two databases had all of this information from the beginning of reporting through current date. Therefore, in order to construct a worksheet that reflected all this information in one place, the data had to be merged from the two databases into one worksheet.

4.

Affiant selected Microsoft Excel to do this job, as it is the industry standard, is well tested and can easily perform the required task without additional complexities of a formal database.

5.

As outlined in the "information" tab of Objectors' Common Exhibit Proffer 27, Affiant exported the data from Garrett's two databases, imported them into Microsoft Excel, and constructed a worksheet therefrom, from which he enabled a PivotTable on this data as is reflected in the "report" tab of the worksheet Objectors' Common Exhibit Proffer 27.

6.

In performing this work, Affiant did not reach any opinions as to the task or the data, but only determined the best way to accomplish the task. Further, as reflected in the "information" tab of Objectors' Common Exhibit Proffer 27, on 3-28-2011 when he constructed his worksheet he verified his data against Garrett's totals, and the hours matched exactly; the lodestar was only 26 cents off.

7.

In his final worksheet, Affiant used exactly the same procedure he used in the preliminary worksheet (which had been verified as explained above), however, he incorporated all data in the Garrett databases up to May 11, 2011. Since Mr. Garrett had not produced any documents reflecting totals through that date, he could not verify the data as he did previously. However, he checked to make sure that his export of the Garrett data out of Garrett's databases and his import of the data into Microsoft Excel was accurate. All his tests verified the accuracy of his work.

8.

The type of worksheet Affiant constructed was a flat table of the consolidated time data as well as a PivotTable enabled on this data for exploratory reporting. Despite Phil Garret's testimony at trial, PivotTables are nothing unique, special, dangerous, or novel. A PivotTable is a tool found in spreadsheet programs such as Microsoft Excel among others.

> Creating neat, informative summaries out of huge lists of raw data is a common challenge. While Excel provides all the necessary tools to create such summaries, the actual work of writing formulas, cutting and pasting information, and organizing totals into a new table can be tedious. Even worse, such an approach is inflexible. For example, a perfect summary that compares, say, sales in different regions, will not permit comparison of sales across different product lines or different customers. PivotTables, a standard Excel feature, solve such problems. They quickly summarize long lists of data without writing a single formula or copying a single cell. But the most notable feature of PivotTables is the allowance of dynamic rearrangement. For example, if one creates a PivotTable summary

pg. 3

using raw census data, with the drag of a mouse, he can easily rearrange the table so that it summarizes the data based on gender *or* age groupings *or* geographic location. This process is known as *pivoting* data, turning the same information around to examine it from different angles. PivotTables are a hidden gem in Excel. Many otherwise experienced spreadsheet fans avoid them because they seem too complicated at first glance. The real problem is that PivotTables are rarely explained properly. Most books and the online Excel help use no end of cryptic jargon like "cross-tabulated computations" and "n-dimensional analysis." But they are really just a convenient way to build intelligent, flexible summary tables—nothing more, and nothing less.

*See,* Matthew MacDonald, *What Is a Pivot Table,* http://oreilly.com/windows/archive/whatisapivottable.html

A PivotTable report can help you see the "big picture" by summarizing and analyzing your data. You can control how Excel summarizes the data—for example, by sum, average, or count—without entering a single formula. In a PivotTable report, you can quickly:

- Add or remove data
- Rearrange the layout
- View a subset of the data (filter)
- Show the details you want

See, PivotTable reports 101, http://office.microsoft.com/en-us/excel-help/pivottable-reports-101-HA001034632.aspx

9.

Among other functions, PivotTables can automatically reflect changes to the underlying data stored in a table or spreadsheet. For example, in this case, hourly rate, firm, etc, entries can be updated in the data table and the PivotTable report summary can be refreshed to reflect the changes with no need to update or add formulas. Similarly, the PivotTable can be changed from an hourly summary by employee to an hourly summary by firm to get a different perspective on the data without touching the data table. The user sets up and changes the summary's structure by moving the fields in the table graphically. This pivot in the summary table gives the concept its name. PivotTables are an integral part of a spreadsheet application, and are available in many

mature spreadsheet software packages. They are used worldwide as a reliable means of data management and presentation in every sector, including all aspects of the financial industry.

10.

Another task Affiant was asked to perform was to change the rates for various attorneys in order to produce an adjusted lodestar. He was given a list of attorneys, Arceneaux provided adjustments to make to their rates. For Affiant, no judgment or opinion was involved in his task. He simply went to both his and Mr. Garrett's spreadsheets, and made the changes. The results of these adjustments are reflected in Objectors' Common Exhibit Proffer 28.

_____
JOEY MARKOWITZ

Sworn to and subscribed before me this
__7__ day of June, 2011.

_____
NOTARY PUBLIC
My Commission expires _____

ANGELO J. MOULTAIR
Notary Public - State of New York
ID No. 01MO6191561
Qualified in Kings County
My Commission Expires August 18, 2012

pg. 5