UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**THIS DOCUMENT RELATES TO:** *All cases*

### ORDER

At the Monthly Status Conference on June 1, 2011, Liaison Counsel reported that, out of an original number of approximately fifty thousand claims, roughly 121 Vioxx personal injury cases remain pending.  The Court is working with Lead and Liaison Counsel to take a census of these remaining cases so that they may be organized and grouped for discovery, motions, and further proceedings.  To facilitate that census, it would be helpful for Ann Oldfather, Court-Appointed Lead Counsel for certain remaining personal injury cases, to have access to Plaintiff Profile Forms, Amended Plaintiff Profile Forms, supporting medical records, and *Lone Pine* reports filed by or on behalf of the remaining plaintiffs.  Accordingly,

IT IS ORDERED that Ms. Oldfather shall forthwith seek permission from all remaining plaintiffs or their counsel for Ms. Oldfather's receipt of those materials.  On or before June 30, 2011, Ms. Oldfather shall report to the Court regarding the responses she received and with the name and contact information for all plaintiffs and plaintiffs' counsel who have not responded and granted that permission.  At that time, the Court will consider proper steps to facilitate the release and disclosure of that information.

IT IS FURTHER ORDERED that Merck shall promptly provide Ms. Oldfather with the

1

Plaintiff Profile Forms, Amended Plaintiff Profile Forms, supporting medical records, and *Lone Pine* reports in its possession for each claimant for whom Ms. Oldfather submits a completed consent form.

    New Orleans, Louisiana, this 7th day of June, 2011.

                                                      */s/ Eldon E. Fallon*
                                                 UNITED STATES DISTRICT JUDGE