UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:** *All cases*

## ORDER

At the Monthly Status Conference on June 1, 2011, Liaison Counsel reported that, out of an original number of approximately fifty thousand claims, roughly 121 Vioxx personal injury cases remain pending. The Court is working with Lead and Liaison Counsel to take a census of these remaining cases so that they may be organized and grouped for discovery, motions, and further proceedings. To facilitate that census, it would be helpful for Ann Oldfather, Court-Appointed Lead Counsel for certain remaining personal injury cases, to have access to Plaintiff Profile Forms, Amended Plaintiff Profile Forms, supporting medical records, and *Lone Pine* reports filed by or on behalf of the remaining plaintiffs. Some of those materials were served on the Plaintiffs' Steering Committee (PSC), despite the fact that such disclosure was not ordered by the Court. Accordingly,

IT IS ORDERED that the PSC shall deposit a copy of those materials on computer disc in the registry of the Court.

IT IS FURTHER ORDERED that any interested party shall appear before the Court on June 22, 2011, at 9:00 a.m. Central Standard Time and show cause why any Plaintiff Profile Forms, Amended Plaintiff Profile Forms, supporting medical records, and *Lone Pine* reports

1

voluntarily filed by or on behalf of any Vioxx plaintiff with the PSC should not also be provided to Ms. Oldfather.

New Orleans, Louisiana, this 7th day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE