UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                              :   MDL NO. 1657
     PRODUCTS LIABILITY LITIGATION      :   SECTION: L
                                                               :
                                                               :   JUDGE FALLON
                                                               :   MAG. JUDGE KNOWLES
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO: 08-1422,** *as to Emmanuel Iwobi ONLY*

# ORDER

On February 3rd, 2009, the Court granted Merck's Second Motion for an Order to Show Cause Why Cases Should Not Be Dismissed for Failure to Comply with the Lone Pine Requirements of Pre-Trial Order 29 (Rec. Doc. 17302), as to Vioxx claimant Emmanuel Iwobi, among others. Mr. Iwobi has sought reconsideration of that Order. He states that he was assured by his attorney that his case was proceeding, but later discovered that his case had been dismissed and that his attorney had been disbarred. He has been unable to contact his attorney.

IT IS ORDERED that Merck shall file a memorandum stating its position regarding Mr. Iwobi's motion for reconsideration on or before Wednesday, June 22, 2011.

New Orleans, Louisiana, this 6th day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:
Emmanuel Iwobi
22802 Willhanna Drive
Katy, TX 77449

1