U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  JUN - 7 2011
LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 11-30323

MD 05-1657-L

IN RE: VIOXX PRODUCTS LIBILITY LITIGATION

---

ANTONIO DENSON,

      Plaintiff - Appellant

v.

MERCK AND COMPANY, INCORPORATED,

      Defendant - Appellee

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

Before WIENER, PRADO, and OWEN, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that appellee's opposed motion to dismiss the appeal for lack of jurisdiction is GRANTED.

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____ Deputy
New Orleans, Louisiana  6/3/11

MOT21

___ Fee _____
___ Process _____
 X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

June 03, 2011

Ms. Loretta Whyte
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

No. 11-30323, In Re: Vioxx Prod Liability
USDC No. 2:05-MD-1657

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Sabrina Hains
Sabrina M. Hains, Deputy Clerk
504-310-7695

cc w/encl:
    Mr. John H. Beisner
    Mr. Antonio Denson
    Ms. Dorothy Hudson Wimberly
    Mr. Phillip A. Wittmann