UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: VIOXX® PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>**RUTH JENKINS**, *et al.*<br><br>**v.**<br><br>**MERCK & CO., INC.**<br><br>*Only with regard to:*<br><br>*Plaintiff James R. Haynes* | MDL Docket No. 1657<br>SECTION L<br><br>CIVIL ACTION NO. 2:05-cv-04054<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice as to All Defendants,

IT IS ORDERED that all claims of plaintiff James R. Haynes in the above-captioned case be and they hereby are dismissed without prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2011.

_____
DISTRICT JUDGE

1059557v.1