UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® PRODUCTS LIABILITY LITIGATION | * | MDL Docket No. 1657 |
| | * | SECTION L |
| This document relates to | * | JUDGE FALLON |
| JENNIFER JENSEN | * | MAGISTRATE JUDGE KNOWLES |
| Plaintiff, v. | * | Civil Action No. 05-05150 |
| MERCK & CO., INC., | * | |
| Defendant. | * | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Fed R. Civ. P. 41, the undersigned counsel hereby stipulate that all claims of Plaintiff Jennifer Jensen against Merck & Co., Inc. and all other named defendants be dismissed in their entirety without prejudice, each party to bear its own costs. The parties agree that any refiling of these claims against defendant Merck & Co., Inc. shall be made directly into MDL No. 1657 before Judge Eldon Fallon of the Eastern District of Louisiana.

WAGSTAFF & CARTMELL, LLP

By: _____
Thomas P. Cartmell
Brian J. Madden
Thomas J. Preuss
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Phone: 816-701-1100

*Counsel for Plaintiff Listed in Caption Above*

Dated: 6-10-2011

STONE PIGMAN WALTHER WITTMANN, L.L.C.

By: _____
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Stone Pigman Walther Wittmann, L.L.C.
546 Carondelet St.
New Orleans, LA 70130
Phone: 504-581-3200

*Counsel for Defendant Merck & Co., Inc.*

Dated: 6/10/11

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Stipulation of Dismissal Without Prejudice As to All Defendants* has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 10th day of June, 2011.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

866478v.1