UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:** *Attorney fee lien claim of Teresa Toriseva, Esq.*

## ORDER

The request for oral argument on June 16, 2011 on the Motion for an entry of an order (Rec. Doc. 62951) is DENIED.  The Court will rule on the motion on the briefs.

New Orleans, Louisiana, this 14th day of June, 2011.

                                                                                             *Eldon E. Fallon*
                                                                  UNITED STATES DISTRICT JUDGE