# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

June 14, 2011

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 10-31097   In Re: Vioxx Prod Liability
      USDC No. 2:05-MD-1657
      USDC No. 2:05-CV-5382

The court has granted appellant's motion to reinstate the appeal.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

Mr. Joshua G. Schiller
Mr. James D. Schneller
Ms. Loretta Whyte



NOA
10-25-10

___ Fee_____
___ Process____
 X  Dktd_____
___ CtRmDep___
___ Doc. No.___