UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO: 06-1678,** *Attorney fee lien claim of Gary L. Eubanks, Esq.*

## ORDER

The request for oral argument (Rec. Doc. 63013) on the motion for an order adopting the Special Master's report and recommendation (Rec. Doc. 63012) is DENIED. The Court will rule on the motion on the briefs.

New Orleans, Louisiana, this 20th day of June, 2011.

*[signature: Eldon E. Fallon]*
UNITED STATES DISTRICT JUDGE

1