UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:   VIOXX PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL PURCHASE CLAIMS CLASS ACTION COMPLAINTS PENDING OR SUBJECT TO TRANSFER TO MDL 1657 | MDL No. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE SEVENTH NOTICE OF ADDITIONAL SUPPLEMENTAL AUTHORITY

Purchase Claims Plaintiffs in the above-referenced action, through undersigned counsel, hereby move this Court for leave to file a Seventh Notice of Additional Supplemental Authority, annexed hereto as Exhibit 1.

The United States Supreme Court recently handed down a ruling in *Smith v. Bayer Corp.*, No. 09-1205 (U.S. June 16, 2011), which reaffirms the broad discretion of courts to apply their own procedural law to the statewide class certification question—even where a court in another jurisdiction has already denied class certification "of the same class" in a suit alleging "the same legal theories" (*id.* at 4), and there is "near-identity" in the texts of Federal Rule of Civil Procedure 23 and the state's Rule 23 (*id.* at 9). Plaintiffs here believe this case supports their Opposition and will be useful for this Court.

Therefore, Plaintiffs seek leave to file a Seventh Notice of Additional Supplemental Authority, attached to which is a copy of the Supreme Court's decision.

1

Dated: June 22, 2011 Respectfully Submitted,

/s/ Dawn M Barrios  /s/ Elizabeth J. Cabraser
Dawn M. Barrios (#2821)  Elizabeth J. Cabraser
BARRIOS, KINGSDORF & CASTEIX, LLP  LIEFF CABRASER HEIMANN &
701 Poydras Street, Suite 3650  BERNSTEIN, LLP
New Orleans, LA 70139  275 Battery Street, 29th Floor
Telephone: (504) 524-3300  San Francisco, CA 94111-3339
Facsimile: (504) 524-3313  Telephone: (415) 956-1000
  Facsimile: (415) 956-1008

Chair, PSC Purchase Claims Committee

James R. Dugan, II
THE DUGAN LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181

Dennis Johnson
Eben F. Duval
JOHNSON & PERKINSON
P.O. Box 2305
1690 Williston Road
South Burlington, VT 05403
Telephone: (802) 862-0030
Facsimile: (802) 862-0060

Amy N. L. Hanson
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

        Lance A. Harke, P.A.
        Howard M. Bushman, Esq.
        HARKE CLASBY & BUSHMAN LLP
        9699 NE Second Avenue
        Miami, FL  33138
        Telephone:  (305) 536-8220
        Facsimile:   (305) 536-8229

        Ben Barnow
        BARNOW AND ASSOCIATES, P.C.
        One North LaSalle Street, Suite 4600
        Chicago, IL  60602
        Telephone:  (312) 621-2000
        Facsimile:   (312) 641-5504

## **CERTIFICATE OF SERVICE**

I herby certify that the above and foregoing Motion for Leave to File Seventh Notice of Additional Supplemental Authority has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 22nd day of June, 2011.

        /s/ Dawn M. Barrios