MINUTE ENTRY
FALLON, J.
JUNE 22, 2011

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | : | |
| | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| **THIS DOCUMENT RELATES TO:** | : | |
| ALL CASES | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| | : | |

On June 7, 2011 the Court issued an Order concerning certain Plaintiff Profile Forms, medical records, and *Lone Pine* reports in the possession of the PSC. (Rec. Doc. 63051). Those materials were served on the PSC, and making them available to Ms. Ann Oldfather would facilitate the preparation of a census of the remaining pending personal injury actions in this MDL. Because those materials contain private information, the Court ordered the PSC to deposit the materials on computer disc with the Court and ordered any interested party to appear before the Court on June 22, 2011 at 9:00 a.m. to object to providing those materials to Ms. Oldfather.

The matter came for hearing on June 22, 2011 at 9:00 a.m. Andy Birchfield appeared on behalf of the PSC. Dorothy Wimberly appeared on behalf of Merck. The hearing was transcribed by Ms. Karen Ibos, Official Court Reporter. No interested party appeared to object, and accordingly the Court will distribute the computer disc to Ms. Oldfather.

1

JS10(00:02)