MINUTE ENTRY
FALLON, J.
JUNE 22, 2011

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  VIOXX | : | |
| | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| **THIS DOCUMENT RELATES TO:** | : | |
| ALL PENDING GOVERNMENT ACTION | : | JUDGE FALLON |
| CASES | : | MAG. JUDGE KNOWLES |
| | : | |

    On this date, a status conference was held with Judge Eldon E. Fallon.  Counsel for Merck and Counsel for various Government Action Plaintiffs participated, as well as Special Master Patrick Juneau, Susan Winkler on behalf of the Department of Justice and Robert Patten, Patrick Keenan, and John Guthrie on behalf of NAMFCU.  At the conference, the parties discussed the status of negotiations of model state agreements between Merck and NAMFCU, the issue of common benefit fees, and the Commonwealth of Kentucky's request to lift the discovery stay.  A number of interested states were represented by telephone.  The status conference was transcribed by Ms. Karen Ibos, Official Court Reporter.  The transcript will disclose the contents of the discussion and those who attended.

    A telephone status conference will be held regarding these cases on Friday, July 1, 2011 at 4:00 p.m. CST.  The Court will provide a call-in number.

1

JS10(00:23)