UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**This document relates to:** *Vioxx Claimant Abdollah Rashtian*

## ORDER

The Court is in receipt of the attached correspondence from Navid Daniel Rashtian Rastein on behalf of his father, Vioxx Claimant Abdollah Rahshtian. Mr. Rashtian expresses dissatisfaction with the calculation of his father's points award and the handling of his claim by his attorneys and the Claims Administrator.

IT IS ORDERED that the attached correspondence and materials be filed into the record. In addition, a copy of the correspondence shall be forwarded to the Claims Administrator and to liaison counsel to take whatever appropriate action, if any, they deem necessary.

New Orleans, Louisiana, this 23rd day of June, 2011.

UNITED STATES DISTRICT JUDGE

Clerk to serve:
   Mr. Russ Herman
   Plaintiff's Liaison Counsel
   Herman, Herman Katz & Cotlar, LLP
   820 O'Keefe Ave.
   New Orleans, LA 70113

Navid Daniel Rashtian Rastein
26833 Hot Springs Place
Calabasas, CA 91301

1

| | |
|---|---|
| Mr. Phillip Wittmann<br>Stone Pigman Walter Wittmann, LLC<br>546 Carondelet Street<br>New Orleans, LA 70130 | Claims Administrator<br>BrownGreer PLC<br>115 St. 15th St.<br>Suite 400<br>Richmond, VA 23219 |