# CEDARS-SINAI MEDICAL CENTER.

RECEIVED

JUN 2 0 2011

**DATE: June 13, 2011**

**FROM:** Navid Daniel Rashtian Rastein
26833 Hot Springs Place
Calabasas, CA 91301
(310) 466-2299; Email: rastein@usa.net

**TO:** Honorable Eldon E. Fallon
Judge, United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-456
New Orleans, Louisiana 70130
(504) 589-7545

**C/O:** Mr. Joe Escandon

## RE:  ABDOLLAH RASHTIAN – VIOXX PRODUCT LIABILITY LITIGATION

Dear Honorable Judge Fallon,

    I am writing to you with the highest respect for your position and knowledge and as a last hope for a fair assessment and justice.  It has been too difficult to just 'let go' of this case and situation as we feel it has been mishandled from the very beginning and we did not get a fair assessment; especially when my father, whom dedicated his life to health and professional athleticism and was in optimal health, became a vegetable after suffering a stroke one year after taking Vioxx for knee pain.

Due to repeated errors, lack of effort, negligence, missed deadlines and actual intimidation on the part of my attorneys and non-response on the part of the Claims Administrator, I am respectfully requesting to be referred to the Plaintiffs' Liaison Council with regards to the following two items.

**# 1: Injury Level –** Please refer to email trail from 7/12/10-7/19/10

I was not informed of the "drop dead date" of 3/14/10 for document submission during the "Special Appeal" that I personally orchestrated.  In particular, was the issue of incorrect assessment of Injury Level which my attorneys started to ask me to obtain further nursing care documentation on 3/15/10.  The results of the appeal were available on 4/22/10, but I was not informed until 7/12/10.  When I inquired repeatedly as to why the Injury Level still remained at Level-4 instead of Level-2, especially with the addition of the provided documentation that was requested, I did not get a direct response.  I asked repeatedly if the

8700 Beverly Boulevard * Davis Bldg. 7005 * Los Angeles, CA 90048
(310) 423-4605 * (310) 423-0290 Fax
rasteind@cshs.org * www.cedars-sinai.edu

1

Claims Administrator even saw the provided nursing care documentation because the Injury Level issue was not even addressed nor commented on with regards to the provided documents - the responses were: "I cannot guarantee you that the Special Master looked at any of your documents" and long emails about why we don't qualify and why it should remain at Level 4. When I said that I will ask the Brown-Greer Claims Administrator myself, the truth came out regarding the "Drop Dead Date" of 3/14/10 and that no further documentation was allowed after that date. Therefore, the new documents were not presented. When I confronted them with this fact, I was threatened by them saying that they "will withdraw the appeal so that I will get even fewer points." They also tried defending themselves by saying, "Irrespective of *when* the documents were provided, they would not have made any difference". I personally believe that their job is to submit evidence *on time* for consideration by the Claims Administrator.

According to In Home Supportive Services (IHSS), they purge their records every three years. The only records that exist are current nursing hours, the original application and award letter for full-time nursing care, date a few weeks after the date of injury of 11-25-01. The original Case Number and the current Recipient Number match and therefore prove continuous care for over nine years following the injury. I was told that there needs to be records specifically from "6-months" after the injury – this I believe is unreasonable.

## #2:  Extraordinary Injury Claim

I was provided a document on 10/9/10 (it was available on 6/2/10, therefore four months later) that was not dated, had incorrect award information and no comments on any of the merits of the specific issues on the appeal which were met point-by-point. My repeated requests were completely ignored on 10/9/10, 11/3/10 and 11/11/10 (see email trail) for clarification in addressing these critical legal issues. I believe that this is not a fair response especially after paying $700, researching and writing the Statement of Fact myself. All we are asking is an explanation of why we do not qualify as every requirement for qualification was met.

Additionally, to add insult to injury (no pun intended), we were forced to sign a release of liability (attached) by the attorneys in order to get our award more than a year after it was distributed to them. We did not even get the original 40% first.

Thank you very much for your time and consideration.


With respect and admiration,

N. Daniel Rashtian

8700 Beverly Boulevard * Davis Bldg. 7005 * Los Angeles, CA 90048
(310) 423-4605 * (310) 423-0290 Fax
rasteind@cshs.org * www.cedars-sinai.edu

2