Net@ddress Email - rastein@usa.net

------ Original Message ------
**Received:**
**From:** "Daniel Navid Rastein MD MPH" <rastein@usa.net>
**To:** Tim Wheeler <TWheeler@greene-broillet.com>
**Subject:** RE: A. Rashtian - Vioxx Awards Appeal

Thanks Tim,

In-home nursing care started on 12/28/01.  I have put in several requests to Public Social Services for the early records.

-Navid

------ Original Message ------
**Received:** 09:44 AM PDT 03/15/2010
**From:** Tim Wheeler <TWheeler@greene-broillet.com>
**To:** Daniel Navid Rastein MD MPH <rastein@usa.net>
**Subject:** RE: A. Rashtian - Vioxx Awards Appeal

Navid,

It would be very useful if you or anyone in your family has any bills or records that would confirm that your father had full time nursing care within 6 months of his stroke.  Do any such records or bills exist to your knowledge?  Thanks... Tim


*Tim Wheeler*
*Greene, Broillet & Wheeler LLP*
100 Wilshire Boulevard, 21st Floor
P.O. Box 2131
Santa Monica, CA  90407-2131

Tel:    (310) 576-1200
Fax:    (310) 576-1220

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail c telephone, and delete all copies of this message.

**From:** Daniel Navid Rastein MD MPH [mailto:rastein@usa.net]
**Sent:** Monday, March 15, 2010 9:02 AM
**To:** Tim Wheeler
**Subject:** Fwd: A. Rashtian - Vioxx Awards Appeal
**Importance:** High

Hi Tim,
Thank you for your efforts.  Please let me know if I need to provide any other documents, letters or affidavits.
Navid
------ Original Message ------
**Received:** 03:19 PM PST, 03/08/2010
**From:** "Daniel Navid Rastein MD MPH" <rastein@usa.net>

Net@ddress Email - rastein@usa.net

**Date:** 12:44 PM PDT, 03/29/2010
**From:** "Daniel Navid Rastein MD MPH" <rastein@usa.net>
**To:** Tim Wheeler <TWheeler@greene-broillet.com>
**Subject:** RE: A. Rashtian - Vioxx Awards Appeal

---

Hi Tim,

Attached are the requested documents. With regards to EI, I can't understand the assessment - the statement of services clearly shows that the account was paid in full.

Thank you, Navid

------ Original Message ------
**Received:** 12:16 PM PDT, 03/23/2010
**From:** Tim Wheeler <TWheeler@greene-broillet.com>
**To:** Daniel Navid Rastein MD MPH <rastein@usa.net>
**Subject:** RE: A. Rashtian - Vioxx Awards Appeal

> Navid, we are trying to get to the bottom of that... thanks for your e-mail and I look forward to receiving the documents you reference. Tim
>
> *Tim Wheeler*
> *Greene, Broillet & Wheeler LLP*
> 100 Wilshire Boulevard, 21ˢᵗ Floor
> P.O. Box 2131
> Santa Monica, CA 90407-2131
>
> Tel:    (310) 576-1200
> Fax:    (310) 576-1220
>
> CONFIDENTIALITY NOTICE:
> This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail c telephone, and delete all copies of this message.
>
> **From:** Daniel Navid Rastein MD MPH [mailto:rastein@usa.net]
> **Sent:** Tuesday, March 23, 2010 12:00 PM
> **To:** Tim Wheeler
> **Subject:** RE: A. Rashtian - Vioxx Awards Appeal
> **Importance:** High
>
>
> Tim,
>
> I just spoke to In-Home Services (IHHS) and they said that the historical records for nursing care will arrive by Tuesday the 30th. It will consist of the original application on 12/12/01 and the award / approval letter. Also, I received the beautifully written appeal letter from Rachael Gilmer to BrownGreer. We still need to know how we did not qualify for the EI claim.
>
> Thank you, Navid

DEPARTMENT OF SOCIAL SERVICES

STATE OF CALIFORNIA - HEALTH AND WELFARE AGENCY

## APPLICATION FOR SOCIAL SERVICES

TO THE APPLICANT: Please complete Section 1-7 on this form. This form is subject to verification.

NOTE: Retain your copy of this application. If you have not received a response within 30 days notify the county representative at the telephone number provided below in the "FOR AGENCY USE ONLY" Section.

- Social Security Number: It is mandatory that you provide your Social Security Number(s) as required 42 USC 405 and MPP 30-769.71. This information will be used in eligibility determination and coordinating information with other public agencies.

| CASE NUMBER: 298285 | DATE OF APPLICATION: 12/12/2001 |
|---|---|

**SOCIAL SECURITY NUMBER** 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

1. FIRST NAME: ABDOLLAH — LAST NAME: RASHTIAN

SEX: ☒ Male ☐ Female

ADDRESS: 10390 WILSHIRE BLVD. APT 714

CITY: LOS ANGELES — ZIP: 90024 — TELEPHONE: (310) 271-2555 — BIRTHDATE: 03/14/1922

DISTRICT NUMBER: 75

COMPANION CASE NAME:

2. Are you a Veteran? Yes ☒ No — ARE YOU A SPOUSE/CHILD OF A VETERAN? ☐ Yes ☒ No — IF "YES", GIVE VETERAN NAME AND CLAIM NUMBER:

3. Do you receive SSI/SSP benefits? ☒ Yes ☐ No — IF "YES", CHECK YOUR TYPE OF LIVING ARRANGEMENT: ☒ Independent Living ☐ Board and Care ☐ Home of Another
IF "YES", CHECK AID CODE: ☐ 18 ☐ 28 ☐ 68 — SERVICES BEING REQUESTED:

4. Have you received In-Home Supportive Services (IHSS) in the past? ☐ Yes ☒ No
If "YES", complete the following: DATE AND PLACE OF SERVICE LAST RECEIVED — NUMBER OF HOURS — NAME USED (IF DIFFERENT FROM ABOVE)

5. LIST FAMILY MEMBERS IN HOUSEHOLD — BIRTHDATE — SOCIAL SECURITY NUMBER
NAME OF SPOUSE / NAME OF PARENT: SPOUSE Mona
CHILD/OTHER RELATIVE:

6. The law requires that information on ethnic origin and primary language be collected. If you do not complete this section, social service staff will make a determination. The information will not affect your eligibility for service.
A. My ethnic origin is (see reverse side for correct code): 1 - White — I speak and understand English: ☐ Yes ☒ No
B. My primary language is (see reverse side for correct code): U - Farsi

7. I affirm that above information is true to the best of my knowledge and belief. I agree to cooperate fully if verification of the above statements is required in the future.
SIGNATURE OF APPLICANT — DATE 01/09/02 — SIGNATURE OF APPLICANT'S REPRESENTATIVE — DATE
REPRESENTATIVE'S ADDRESS — REPRESENTATIVE'S TELEPHONE NUMBER ( ) — RELATIONSHIP TO APPLICANT

### FOR AGENCY USE ONLY

INCOME ELIGIBLE: ☐ Yes ☒ No — STATUS ELIGIBLE: ☒ Yes ☐ No — VERIFICATION: — SIGNATURE OF SOCIAL WORKER OR AGENCY REPRESENTATIVE — TELEPHONE NUMBER: (310) 212-6289
RECIPIENT STATUS: ☐ Refugee ☐ Cuban/Haitian Entrant — SOURCE OF VERIFICATION FOR REFUGEE OR ENTRANT STATUS (EXPLAIN):

### RECERTIFICATION OF ELIGIBILITY FOR SERVICES OF STATUS ELIGIBLES

| DATE | SOURCE OF VERIFICATION | WORKER SIGNATURE | DATE | SOURCE OF VERIFICATION | WORKER SIGNATURE |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

90 90945

SOC 295 (10/90)

IN-HOME SUPPORTIVE SERVICES
NOTICE OF ACTION-

Note: This notice relates ONLY to your Social Services.
It does NOT affect your receipt of SSI/SSP or Social Security.
**KEEP THIS NOTICE WITH YOUR IMPORTANT PAPERS.**

7613.

YOUR IHSS OFFICE >

LOS ANGELES COUNTY D.P.S.S.
10961 W PICO BLVD

LOS ANGELES, CA 90064-2116

IF REQUESTING A STATE HEARING, PLEASE SEND TO

APPEALS & STATE HEARING
PO BOX 10280

GLENDALE, CA 91209-0280

BASHTIAN, ABDOLLAH
10390 WILSHIRE BLVD APT 714
LOS ANGELES          , CA 90024

| | |
|---|---|
| Case Number | 19295?085? |
| Date Mailed | |

YOUR RECERTIFICATION FOR IN-HOME SUPPORTIVE SERVICES DATED 12/12/2001 HAS BEEN APPROVED EFFECTIVE 12/12/2001. YOU ARE AUTHORIZED TO RECEIVE SERVICES LISTED BELOW, MPP 30-759.

| | NOW | | | | WAS | |
|---|---|---|---|---|---|---|
| Your Countable Income: | $_____ | | | Your Countable Income: | $_____ | |
| Minus SSI/SSP Benefit Level: | $_____ | | | Minus SSI/SSP Benefit Level: | $_____ | |
| Your Share of Cost: | $_____ | | | Your Share of Cost: | $_____ | |
| Minus Assessed IHSS Cost: | $_____ | | | Minus Assessed IHSS Cost: | $_____ | |
| Income in Excess of Assessed Cost: | $_____ | | | Income in Excess of Assessed Cost: | $_____ | |

| SERVICES | HOURS NOW | PREVIOUS HOURS | (+) INCREASE OR (-) DECREASE | SERVICES | HOURS NOW | PREVIOUS HOURS (+) INCREASE (-) DECREA |
|---|---|---|---|---|---|---|
| DOMESTIC SERVICES per month: | 713/7 | | | | | |
| Clean floors, wash kitchen counters, stoves, refrigerators, bathroom; store food, supplies; take out garbage; dust, pick up; bring in fuel; change and make bed. | | | | TRANSPORTATION SERVICES per week: | | |
| HEAVY CLEANING (one month only): | | | | Medical Appointment: | | |
| RELATED SERVICES per week: | | | | To Alternative Resources: | | |
| * Prepare Meals: | 70.0 | | | YARD HAZARD ABATEMENT: | | |
| ** Meal Cleanup: | 70.0 | | | Remove Grass, or Weeds, Rubbish (one month only): | | |
| Routine Laundry: | 76.0 | | | Remove Ice, Snow, per week: | | |
| Shopping for Food: | 75.0 | | | PROTECTIVE SUPERVISION per week: | | |
| Other Shopping Errands: | 76.0 | | | | | |
| NON-MEDICAL PERSONAL SERVICES per week: | | | | TEACHING/DEMONSTRATION per week (no more than three months duration) | | |
| * Respiration Assistance: | | | | * PARAMEDICAL SERVICE per week: | | |
| * Bowel, Bladder Care: | 70.0 | | | | | |
| * Feeding: | 70.0 | | | TOTAL WEEKLY HOURS X 4.33: | | |
| * Routine Bed Baths: | | | | ADD DOMESTIC SERVICE HOURS: | | |
| * Dressing: | 70.0 | | | ADD HEAVY CLEANING: | | |
| * Menstrual Care: | | | | ADD REMOVE GRASS, ETC.: | | |
| * Ambulation: | | | | | | |
| * Move In/Out of Bed: | 70.0 | | | | | |
| * Bathe, Oral Hygiene/Grooming: | 70.0 | | | | NOW | WAS |
| * Rub Skin, Repositioning, Help On/Off Seats, In/Out of Vehicle: | | | | Restaurant Meal Allowance: $_____ $_____ | | |
| * Care/Assistance with Prosthesis: | | | | | | |

TOTAL MONTHLY HOURS (rounded to the nearest tenth)

[X] "Since you meet the criteria for 20 hours or more in starred (*) services you can get an advance payment to pay your own provider. If you want to get advance payment, contact your service worker. The double starred (**) service is included in the 20 hours only when assistance with feeding, preparation of meals and meal cleanup are all required."

The above action(s) is supported by Federal Law (Social Security Act), State Law (Welfare and Institutions Code), Federal Regulations (Code of Federal Regulations), State Regulations (California Administrative Code and State Department of Social Services Manual of Policies and Procedures).

YOUR SERVICES ARE PRORATED IN THE AMOUNT OF 19.4 AUTHORIZED HOURS FOR SERVICES 12/31/2001.  BEGINNING THE NEXT MONTH YOU ARE AUTHORIZED TO RECEIVE THE SERVICES LISTED ABOVE, MPP 30-759.4 E.5

You must report immediately any changes that might affect your eligibility or need for In-Home Supportive Services such as change in income, property, living arrangement, medical condition or ability to work. If you have any questions or think additional facts should be considered contact:

District Office:     Service Worker: HOWARD, PAULA          SW#: ____     Telephone: ____

**YOU HAVE THE RIGHT TO FILE A WRITTEN OR ORAL REQUEST FOR A STATE HEARING. PLEASE SEND YOUR WRITTEN REQUEST TO THE COUNTY ADDRESS ON THE TOP RIGHT HAND CORNER OF THIS FORM.**

AUTO (Rev. 11/99)     PLEASE SEE REVERSE SIDE OF THIS ____



## STATE OF CALIFORNIA 77-329888

WARRANT NUMBER

THE TREASURER OF THE STATE WILL PAY OUT OF THE
IDENTIFICATION NO. 1929812855

FUND NO. 0001   FUND NAME SEIU6434 LA   18.70
90-1342/1211

5180   MO. 11 DAY 17 YR. 2009

77329888

329888
--- YAMINI, SACHA
305 S CRESCENT DR
BEVERLY HILLS, CA 90212

DOLLARS    CENTS
$*****268.61

JOHN CHIANG
CALIFORNIA STATE CONTROLLER

⑆121113423⑆ 77329888 2⑈

---

I DETACH CHECK HERE
KEEP THIS STUB FOR YOUR RECORDS
Separe el cheque aqui
Guarde este talon para su archivo

STATEMENT OF EARNINGS AND DEDUCTIONS
ISSUE DATE 11/17/2009

## 77-329888

|  | CURRENT | YTD |
|---|---|---|
| GROSS | 316.80 | 6589.80 |
| NET | 268.61 | 5866.02 |
| FICA | 19.64 | 408.55 |
| MEDICARE | 4.59 | 95.54 |
| SDI | 3.48 | 72.49 |
| FIT | 1.78 | 147.20 |

RECIPIENT: 19-29812855
RASHTIAN        ABDOLLAH
1260 S BEVERLY GLEN BLV #407
LOS ANGELES        CA   90024

PROVIDER 625154
YAMINI        SACHA
305 S CRESCENT DR
BEVERLY HILLS        CA   90212

FROM: 10/16/2009
TO:   10/31/2009   HOURS:   35.2

IHSS PROGRAM INFORMATION:

DUES          14.70
DENTAL INS.    4.00

ARREARS

ALERT: L.A. COUNTY IHSS SOCIAL WORKERS DO NOT CARRY PHOTOCOPY
MACHINES. QUESTIONS OR CONCERNS; CALL YOUR SOCIAL WORKER.

Detach here and complete for your next payment request

RECIPIENT NUMBER     19-29812855
RASHTIAN        ABDOLLAH
1260 S BEVERLY GLEN BLV #407
LOS ANGELES        CA   90024
Address change  YES ☐   Write new address on reverse side

Separe aqui y complete para su siguiente solicitud de pago

PROVIDER NUMBER     625154
YAMINI        SACHA
305 S CRESCENT DR
BEVERLY HILLS        CA   90212
Address change  YES ☐   Write new address on reverse side

NOVEMBER 2009 EMPLOYER SERVICE HOURS ARE 87.9 (two weeks)

| DAY OF MONTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HOURS WORKED |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

TS #20741241

FILL IN HOURS FOR EACH DAY WORKED AND PLACE TOTAL HERE
LLENE LAS HORAS PARA CADA DIA QUE TRABAJO Y APUNTE EL TOTAL AQUI

SHARE OF COST LIABILITY        OTHER LIABILITY   0.00   PROVIDER OVERPAYMENT   0.00

19-29812855   RECIPIENT SIGNATURE   DATE
X
625154   PROVIDER SIGNATURE   DATE
X

LOS ANGELES COUNTY D.P.S.S.
PO BOX 77906
LOS ANGELES, CA 90007-0906

After work has been completed, sign, date and mail to this address
Una vez que se haya completado el trabajo, firmese y enviese a esta direccion.
*Do not sign unless you have read and understand instructions on reverse side*
*No firme hasta que haya leido y entendido las instrucciones al dorso*

SW NO.   6142   DO.   75

I declare that the information provided on this timesheet is true and correct. I understand that any false claim may be
prosecuted under Federal and State laws and that if convicted of fraud I may also be subject to civil penalties.
Declaro que la información proporcionada en este reporte de horas trabajadas es verdadera y correcta. Entiendo que
cualquier declaración falsa puede ser enjuiciada bajo las leyes federales y estatales y que si me declaran culpable de
fraude es posible que yo también este sujeto a sanciones civiles.