**Date:** 12:08 PM PDT, 07/19/2010
**From:** "Daniel Navid Rastein MD MPH" <rastein@usa.net>
**To:** "Rachael Gilmer" <RGilmer@levinlaw.com>
**Cc:** "Tim Wheeler" <TWheeler@greene-broillet.com>, <ABubien@levinlaw.com>, <tlambert@levinlaw.com>, "Veronica Rowl" <VRowl@greene-broillet.com>, "Mindi Puchalt" <Panish@psblaw.com>
**Subject:** Re: 00002 Gilmer, Rachael (Vioxx emails): RE: A. Rashtian, Injury Level

Rachael,

This sounds like a threat and very inappropriate. From now on, all communication needs to go through Greene, Broillet and Wheeler.

------ Original Message ------
**Received:** 08:03 PM PDT, 07/16/2010
**From:** "Rachael Gilmer" <RGilmer@levinlaw.com>
**To:** "Daniel Navid Rastein MD MPH" <rastein@usa.net>
**Cc:** "Tim Wheeler" <TWheeler@greene-broillet.com>, <ABubien@levinlaw.com>, <tlambert@levinlaw.com>, "Veronica Rowl" <VRowl@greene-broillet.com>, <Panish@psblaw.com>
**Subject:** Re: 00002 Gilmer, Rachael (Vioxx emails): RE: A. Rashtian, Injury Level

> All documents were submitted timely. We did not have the option to submit add'l docs in march or April. We missed no deadlines.
> If you would like me to withdraw the letter I sent to the SM I will do so and points can revert back to the original assessment
> Otherwise I will move forward with the distribution as currently set.
>
> Sent from my iPhone
>
> On Jul 16, 2010, at 5:53 PM, "Daniel Navid Rastein MD MPH" <rastein@usa.net> wrote:
>
>> This inexcusable and very unfair. I really cannot believe that you would say that it doesn't matter *when* I provided the document because it wouldn't have mattered anyways. This is not your decision, your job was to provided it "timely" to the Special Master for a ruling. You missed the deadline and did not provide the Special Master with the nursing document with the appeal. It is also unfair to give so much credit to Rachael when I was the one who made all of the effort to get the special appeal and actually wrote the Claims Administrator 3/8/10 and did all of the research for the appeal which Rachael based her letter on.
>>
>>
>> ------ Original Message ------
>> **Received:** 03:07 PM PDT, 07/16/2010
>> **From:** Tim Wheeler <TWheeler@greene-broillet.com>
>> **To:** "'rastein@usa.net'" <rastein@usa.net>, "'RGilmer@levinlaw.com'" <RGilmer@levinlaw.com>
>> **Cc:** "'ABubien@levinlaw.com'" <ABubien@levinlaw.com>, "'tlambert@levinlaw.com'" <tlambert@levinlaw.com>, Veronica Rowl <VRowl@greene-broillet.com>, "'Panish@psblaw.com'" <Panish@psblaw.com>
>> **Subject:** Re: 00002 Gilmer, Rachael (Vioxx emails): RE: A. Rashtian, Injury Level

Navid:

Irrespective of when the documents were provided, they would not have made any difference (which has been pointed out to you on a number of occasions) because they did not support a Level 2 Injury. Also, unfortunately, the Special Master is not compelled to indicate what it considered or did not consider in making their findings. We accomplished a great deal with Rachel's appeal and that, in and of itself, was unheard of. Tim

---

Greene Broillet & Wheeler, LLP
100 Wilshire Boulevard, 21st Floor
P.O. Box 2131
Santa Monica, CA 90407-2131

Tel: (310) 576-1200
Fax: (310) 576-1220

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for
the sole use of the intended recipient(s). Any review, use,
distribution or disclosure by others is strictly prohibited. If you are
not the intended recipient (or authorized to receive for the
recipient), please contact the sender by reply e-mail or
telephone, and delete all copies of this message.

**From :** Daniel Navid Rastein MD MPH <rastein@usa.net>
**To:** Rachael Gilmer <RGilmer@levinlaw.com>; Tim Wheeler
**Cc:** Ashley Bubien <ABubien@levinlaw.com>; Taxie Lambert <tlambert@levinlaw.com>; Veronica Rowl; Brian Panish <Panish@psblaw.com>
**Sent:** Fri Jul 16 14:47:06 2010
**Subject:** RE: 00002 Gilmer, Rachael (Vioxx emails): RE: A. Rashtian, Injury Level

Therefore, these document were not considered as Tim only requested them on 3/15/10 (email copy sent separately for your review), after the deadline. Again, I should have been notified in April, before the drop dead date.

------ Original Message ------
**Received:**
**From:** "Rachael Gilmer" <RGilmer@levinlaw.com>
**To:** "Daniel Navid Rastein MD MPH" <rastein@usa.net>, "Tim Wheeler" <TWheeler@greene-broillet.com>
**Cc:** "Ashley Bubien" <ABubien@levinlaw.com>, "Taxie Lambert" <tlambert@levinlaw.com>, "Veronica Rowl" <VRowl@greene-broillet.com>, "Brian Panish" <Panish@psblaw.com>
**Subject:** RE: 00002 Gilmer, Rachael (Vioxx emails): RE: A. Rashtian, Injury Level

I do not recall off hand when you provided the nursing documents you attached to your email earlier this week, but based on your comments below it sounds as if you did not provide this until after I sent my 2nd review request letter on March 14. No new documents were allowed to be submitted when I sent the letter on March 14, 2010. The claims administration and defense were very clear on that issue. The deadline for all proof on the case was much much earlier and there was no way they could allow you to submit new information and not allow this exception for every

other client that had difficulty obtaining proof records by the previously set deadlines. I was only allowed to further explain in my letter why the Special Master should look at the previously submitted documents again with a different understanding. They did not guarantee me that the Special Master would consent to a 2nd review, but obviously he/she did and the points were increased.

The language in my letter regarding injury level states:
> Injury level: Mr. Rashtian's family has confirmed that he now needs full time nursing care. Based on the records submitted it is clear that Mr. Rashtian needed assistance immediately following his stroke as well. Unfortunately the family has been unable to obtain any records to confirm full time nursing care within six months of the stroke, but they have provided an affidavit confirming full dependence and depression since the stroke.

The nursing document you have since provided still do not meet the documentation requirements for an injury level 2 or 3. I'm sorry this is the case but there is nothing further that I know to do. The Judge shut down all reviews over a month ago so final payments could be issued. The final stroke point value could not be calculated until ALL stroke cases had been finalized so there was a drop dead date for all claims to be completed. Final stroke points were assigned and payments have been/are being made at this time.

**From:** Daniel Navid Rastein MD MPH [mailto:rastein@usa.net]
**Sent:** Friday, July 16, 2010 3:13 PM
**To:** Rachael Gilmer; Tim Wheeler
**Cc:** Ashley Bubien; Taxie Lambert; Veronica Rowl; Brian Panish
**Subject:** RE: 00002 Gilmer, Rachael (Vioxx emails): RE: A. Rashtian, Injury Level
**Importance:** High

Is there any possibility to simply ask them? If not, I will. We have a right to know as these documents were provided just days before the ruling. This should have all been dealt with last April.

------ Original Message ------
**Received:** 01:38 PM PDT, 07/15/2010
**From:** "Rachael Gilmer" <RGilmer@levinlaw.com>
**To:** "Daniel Navid Rastein MD MPH" <rastein@usa.net>, "Tim Wheeler" <TWheeler@greene-broillet.com>
**Cc:** "Ashley Bubien" <ABubien@levinlaw.com>, "Taxie Lambert" <tlambert@levinlaw.com>, "Veronica Rowl" <VRowl@greene-broillet.com>, "Brian Panish" <Panish@psblaw.com>
**Subject:** RE: 00002 Gilmer, Rachael (Vioxx emails): RE: A. Rashtian, Injury Level

Navid, I cannot guarantee you that the Special Master looked at any of your documents. All I can tell you is that I provided them as referenced in the 2nd Special Master appeal letter that I spent quite a bit of time drafting. I have spent more time on settlement of your father's case than any other in my 500+ inventory so I would say the compassion, understanding and working with you has gone above and beyond. I'm sorry if you disagree. I provided you with all the documentation I have from the claims administration and the Special Master. The Judge has not and will not require the Special Master to provide any reasons for the decisions they make on your father's case or any other case.
I do not see a valid argument for the full time nursing care or an injury level 3 based on the documents you provided. I understand your frustration, but you have to understand that the

settlement agreement is very specific on the documentation required to meet each criteria. If you cannot provide the documentation then you aren't awarded that criteria level. In your father's case we did not provide documentation to prove 6+ months of continuous care. I argued for an injury level 2 or 3 based on the information we provided, but as I'm sure you recall I told you from the beginning that I did not think the documents we were providing were sufficient for this injury level. I was unfortunately correct. There is nothing further that can be done.

---

**From:** Daniel Navid Rastein MD MPH [mailto:rastein@usa.net]
**Sent:** Thursday, July 15, 2010 3:22 PM
**To:** Rachael Gilmer; Tim Wheeler
**Cc:** Ashley Bubien; Taxie Lambert; Veronica Rowl; Brian Panish
**Subject:** Re: 00002 Gilmer, Rachael (Vioxx emails): RE: A. Rashtian, Injury Level
**Importance:** High

Dear Rachael and Tim,

This is the time when there needs to be a bit more compassion, understanding and working with your client. I definitely understand the specific need for detail in your line of work, but no one was planning for this kind scrutiny at that time. The **"Recipient Number"** on the current (2009) nursing hours is the same as the Award Letter and application back in 2001 - this shows "care at least one year after injury" - which qualifies for **Injury Level 3.** With regards to Level 2, one would need to extrapolate the current hours back to when it was awarded. My father's condition has gone from horrible to grave when before he was the symbol of health and vitality. I still do not know if this information was considered in the appeal as it is not referred to in the statement sent by Rachael.
-Navid

------ Original Message ------
**Received:** 12:19 PM PDT, 07/15/2010
**From:** "Rachael Gilmer" <RGilmer@levinlaw.com>
**To:** "Tim Wheeler" <TWheeler@greene-broillet.com>, "Daniel Navid Rastein MD MPH" <rastein@usa.net>
**Cc:** "Ashley Bubien" <ABubien@levinlaw.com>, "Taxie Lambert" <tlambert@levinlaw.com>, "Veronica Rowl" <VRowl@greene-broillet.com>, "Brian Panish" <Panish@psblaw.com>
**Subject:** 00002 Gilmer, Rachael (Vioxx emails): RE: A. Rashtian, Injury Level

The documents provided do NOT confirm FULL time nursing care was needed for 6+ months aft the stroke. They should some nursing care with the hours TBD was needed in the few weeks aft the stroke and they show that nursing care is being received in 2009. Nothing indicates continuous care for 6+ months after the stroke. The records provided justify an injury level 4

---

**From:** Tim Wheeler [mailto:TWheeler@greene-broillet.com]
**Sent:** Thursday, July 15, 2010 12:32 PM
**To:** Daniel Navid Rastein MD MPH; Rachael Gilmer
**Cc:** Ashley Bubien; Taxie Lambert; Veronica Rowl; Brian Panish
**Subject:** RE: A. Rashtian, Injury Level

Navid: