

CEDARS-SINAI MEDICAL CENTER.

**DATE:** May 10, 2010

**FROM:** Navid Daniel Rashtian

**TO:** **Claims Administrator, BrownGreer PLC**
**115 S. 15ᵗʰ Street, Suite 400**
**Richmond, VA 23219-4209**
**(866) 866-1729**

**RE: ABDOLLAH RASHTIAN / VIOXX EXTRAORDINARY INJURY**
**STATEMENT OF ISSUES ON APPEAL TO SPECIAL MASTER**

**Dear Claims Administrator and Special Master:**

My father was a very healthy and active person until his devastating stroke that
occurred a year after starting on Vioxx for knee pain. Looking for any possibility to
help his condition improve in any way possible, he was referred to the Health
Within, a multi-specialty clinic run by Dr. Afsheen Nehoray, a licensed California
clinician and several other licensed clinicians. They specialize in all different
modalities to help stroke patients. My father hates needles did not have any
acupuncture there and he paid by cash at time of each service as they did not accept
insurance. He received physical therapy, massage and electronic stimulation of the
muscles in his legs and arms which helped him a lot. He was also very depressed
and in pain, therefore he was prescribed herbal supplements which worked well
with all of his regular medication prescribed to him by the hospital to help with
those conditions. Thank you so much for your help and consideration.

**Cordially,**

*N. D. Rashtian*
**N. D. Rashtian**

CORRESPONDENCE:
8700 BEVERLY BOULEVARD, DAVIS BUILDING ROOM 7005, LOS ANGELES, CALIFORNIA 90048
Tell: (310) 423-4605 Mobile: (310) 466-02299 Fax: (310) 423-0290

1



**711 N. La Jolla Ave**
**Los Angeles, CA. 90046**
**323-866-1808 office**
**323-866-1824 fax**

May 10, 2010

PATIENT:  Abdollah Rashtian

Mr. Abdollah Rashtian was referred to my clinic in early 2002 for injuries related to post-stroke on 11/25/2001.  He was a new patient and had not been to my clinic in the past.  He did not have any contributing risk factors for stroke except claiming that he had started taking Vioxx from one year prior for knee pain.  I am a State of California licensed clinician and run a multi-specialty practice and specialize in neuromuscular re-education and physical therapy, particularly in post-stroke patients.  The patient was afraid of needles and therefore did not get any acupuncture and treatments were focused on ultrasound, elecrto-stimulation of the muscles in his arms and legs, diathermy, physical therapy, hot packs and massage (all under the code: "97032 Electro Stem").  All treatment has been paid in full by cash by the patient as stated in previously submitted statement summaries: 6/15/08, 6/15/09, 7/23/09.  The code for cash-paying patients is the same for acupuncture as the most common service provided is acupuncture paid for by cash ("97780 Acupuncture").  In Mr. Rashtian's case, the term "acupuncture" should be ignored in his statement of services rendered as it does not apply.  Any herbal supplement given to him was directly related to his post-stroke condition for pain management, anti-inflammatory and anti-depressant.  He was also required to purchase muscle stimulating machines and different physical therapy equipment (also previously submitted in a statement summary 7/23/09).

Sincerely,

Afsheen Nehoray, L.Ac.

**Date:** 02:25 PM PST, 11/11/2010
**From:** "Daniel Navid Rastein MD MPH" <rastein@usa.net>
**To:** "Rachael Gilmer" <RGilmer@levinlaw.com>, "Tim Wheeler" <TWheeler@greene-broillet.com>,
"Veronica Rowl" <VRowl@greene-broillet.com>, "Daniel Navid Rastein MD MPH" <rastein@usa.net>,
"Taxie Lambert" <tlambert@levinlaw.com>, "Jennifer Goodwin" <jgoodwin@browngreer.com>, "Ashley
Bubien" <ABubien@levinlaw.com>
**Subject:** Fwd: Rashtian EI Claim

This is official notification that I never receive a response to my inquiries on 10/9/10 and 11/3/10
(below).


------ Original Message ------
**Received:** 02:41 PM PDT, 11/03/2010
**From:** "Daniel Navid Rastein MD MPH" <rastein@usa.net>
**To:** "Rachael Gilmer" <RGilmer@levinlaw.com>, "Tim Wheeler" <TWheeler@greene-
broillet.com>, "Veronica Rowl" <VRowl@greene-broillet.com>, "Daniel Navid Rastein MD MPH"
<rastein@usa.net>, "Taxie Lambert" <tlambert@levinlaw.com>, "Jennifer Goodwin"
<jgoodwin@browngreer.com>, "Ashley Bubien" <ABubien@levinlaw.com>
**Subject:** Fwd: Rashtian EI Claim


Tim,

I never received a response as to why the attached document is not dated, has incorrect award
information and does not address the merits of the specific points of the appeal. I provided the
specific information that was required as per EI guidelines. As mentioned with the original claim,
I will not accept "this the ruling and is not appealable" as a response. I need and am entitled to
know specifically what is not acceptable and why is was rejected. This is not fair as we paid out-
of-pocket for years of muscle stimulation therapy and additional physical therapy.

-Navid

------ Original Message ------
**Received:** 09:42 AM PDT, 10/09/10
**From:** "Daniel Navid Rastein MD MPH" <rastein@usa.net>
**To:** "Rachael Gilmer" <RGilmer@levinlaw.com>, "Tim Wheeler" <TWheeler@greene-
broillet.com>, "Veronica Rowl" <VRowl@greene-broillet.com>, "Daniel Navid Rastein MD MPH"
<rastein@usa.net>, "Taxie Lambert" <tlambert@levinlaw.com>, "Ashley Bubien"
<ABubien@levinlaw.com>
**Subject:**


Thank you Rachael,

I have previously requested that all communication from you to me should go through and
come from GBW office. This letter has incorrect information regarding award points, does not
comment on the merits of the specific points of the appeal and is not even dated. When was this
ruling made and do you is there an official court document / response?

-Navid

(310)466-2299 begin_of_the_skype_highlighting              (310)466-2299
 end_of_the_skype_highlighting

------ Original Message ------
**Received:** 05:39 AM PDT, 10/09/2010
**From:** "Rachael Gilmer" <RGilmer@levinlaw.com>
**To:** "Tim Wheeler" <TWheeler@greene-broillet.com>, "Veronica Rowl" <VRowl@greene-broillet.com>, "Daniel Navid Rastein MD MPH" <rastein@usa.net>
**Cc:** "Taxie Lambert" <tlambert@levinlaw.com>, "Ashley Bubien" <ABubien@levinlaw.com>
**Subject:** Rashtian EI claim

I spoke with our claim administrator contact person last night. He confirmed that the EI claim review for Mr. Rashtian has been completed and denied. Attached is the conclusion sheet by the EI Special Master. The claim was denied completely and the file closed.


Rachael Raymon Gilmer, Attorney
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
(850) 435-7159 begin_of_the_skype_highlighting          (850) 435-7159          end_of_the_skype_highlighting
(office)
(850) 436-6159 (fax)
rgilmer@levinlaw.com


🗋 Special Master Appeal Ruling.Rashtian.VPN_1062287.pdf (14K)

## SPECIAL MASTER'S RULING
## ON EXTRAORDINARY INJURY APPEAL

Re:   # 1062287 – Rashtian, Abdollah

Claimant sustained a qualifying IS on November 25, 2001.  This claim was assigned to Injury Level 4 and was awarded 15.75 points in the underlying points assessment process.  Claimant now seeks qualification for Extraordinary Injury ("EI") Payment based on claimed Past Medical Expenses and Additional Extraordinary Damages ("AED").

The scope of Special Master's ("SM's") review of EI appeals is set out in Section VII(C) of the Review Criteria Manual.  Specifically, SM's review consists of determining whether the Claims Administrator ("CA") "abused its discretion in the application of the EI Review Criteria." [Section VII(C)(5)(a)]  It is not SM's role to apply his own criteria nor to review the criteria already established by CA, but rather, his role is to determine whether the criteria have been reasonably applied to the specific claim on appeal. [See e.g., Section VII(C)(4)].

This appeal presents the issue of whether certain expenses from Health Within Holistic Center are properly compensable as medical expenses.  CA concluded that the records presented did not provide sufficient detail to enable CA to determine that those expenses were properly payable.  Claimant has produced a written statement from N.D. Rashtian, Mr. Rashtian's son, as well as a one-page letter from Afsheen Nehoray, director/operator of the Health Within Holistic Center.  SM has reviewed these statements as well as the other records submitted in support of this claim and finds that CA's determination is reasonable and is consistent with the criteria and principles of the

Review Criteria Manual. CA was reasonable in concluding that the submitted records do not provide sufficient detail to adequately establish that the claimed expenses are eligible for payment. Claimant's appeal is therefore denied.