UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

: MDL NO. 1657
:
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**This document relates to:**    Vioxx claimant Vanessa Reese

### ORDER

The Court is in receipt of the attached correspondence sent by Vioxx claimant Vanessa Reese. IT IS ORDERED that the attached correspondence be entered into the record. The Court has previously received correspondence from Ms. Reese indicating that she believes that funds were incorrectly withheld from her settlement amount for liens on her claim that she believes did not exist and ordered Plaintiff's Liaison Counsel to investigate. The Court understands that as a result, her attorney disbursed additional funds but did not provide copies of all checks disbursed on Ms. Reese's behalf. Ms. Reese also indicates that she has a dispute with the calculation of her points award, possibly due to identity theft by another person. At present, there is nothing to indicate that any additional funds are owed to Ms. Reese.

This matter is referred to Plaintiff's Liaison Counsel, Mr. Russ Herman, who is directed to contact Ms. Reese's Vioxx attorney again, ascertain that attorney's position on the matter, obtain a complete accounting of Ms. Reese's Vioxx settlement amount including copies of checks, and report to the Court. If Plaintiff's Liaison Counsel has difficulty contacting Ms. Reese's Vioxx attorney or is unable to obtain that attorney's assistance, he shall report that to the

Court and the Court will set an appropriate Rule to Show Cause to resolve the matter.

New Orleans, Louisiana, this 23rd day of June, 2011.

_____<br>
UNITED STATES DISTRICT JUDGE

Clerk to serve:

| | |
|---|---|
| Mr. Russ Herman<br>Plaintiff's Liaison Counsel<br>Herman, Herman Katz & Cotlar, LLP<br>820 O'Keefe Ave.<br>New Orleans, LA 70113 | Vanessa Reese<br>13600 Royal Blvd.<br>Garfield Hts. OH, 44125 |
| Mr. Phillip Wittmann<br>Stone Pigman Walter Wittmann, LLC<br>546 Carondelet Street<br>New Orleans, LA 70130 | Claims Administrator<br>BrownGreer PLC<br>115 S. 15th St.<br>Suite 400<br>Richmond, VA 23219 |