MAY - 4 2011

Vanessa Reese
13600 Royal Blvd
Garfield Hts, Ohio 44125

Dear Jugde Fellon
My name is Vanessa Reese, I have waited 6 year's for Morelli & Rather atty, for my Vioxx case file N.VR944. You order the Law firm Morelie & Rather to Relief my check stub's of any kind and they did not, Instead they wrote a letter stoting I am obes, and was and am a cocaine smoker, and smoker, I do not smoke, and I am not a cocain smoke, I only weight is 145, and always be small. They refuse to send any check stub as you order, but played on the lawer quote to both of my atty. Now I have no atty. and at the time for 7yrs. I was not on medicaid. I had a private Insurance, from my husband Job. I call about the Insurance and was told my money was to come to me, not my atty, morrille & Rather, I did not have any Lien against me. I knew about you and then, and they sent me a check for 1,740.00, and when we ask for check stub they send, another check fo 1,000.00 Jugde Fallen, Please help me. I have be broken down by the Law enfordment for a long time. I hope you can give me trust in the law again. I sent you some paper of my Incident Report, the cocain and a lot of other was done by the other person useing my name. Please help me, if only I can get the money own to me from the Insurance which I sign a waiver for Rather, Law firm not to pay. Thank for you time.
I have had two Strokes, Sign Vanessa Montgomery Ree
Ps. I have no help please.

```
                      CLEVELAND POLICE DEPARTMENT         Date: 11/03/2010
                       OFFENSE/INCIDENT REPORT                    Page:        1
   Case Description:                               Case Number: 2003-00156878
   Theft

     Primary Victim:  BROWN-REESE,VANESSA,,

   Date/Time Reported: 04/11/03  15:03 Hrs.      Dispatch Incident Type:
   Date/Time Occurred: 01/01/97   0:00 Hrs.      Theft
   Date/Time Between : 04/05/03  15:00 Hrs.
   Location Occurred : 10401 AVON AV
   Area: District 4     Section: Zone 413               Grid: Ward2


   Reporting Officer :       0823    PRESTI,RANDALL,J,
   Primary Unit Assigned to Investigate: Fncl Crime
   Primary Investigating Officer
   04/11/03          0823     PRESTI,RANDALL,J,
   Primary Investigating Officer
   09/08/03          2281     STEVENS,JOHN,L,JR

   Case Status: Open        Disposition:               Disp. Date:

   No. of Offenses:   1    No. of Offenders:  1     No. of Victims:   1



   Offense Number:    1
   Crime Code: 13490 IDENTITY THEFT
   Statute . : 2913.49              Attempted/Committed : Completed
   Stat Desc : IDENTITY THEFT
   Location Type . : Sing home      Criminal Activity . :
   # Adults Present:   1            # Juveniles Present :
   Alcohol Related : No             Drug Related . . .  : No
   Domestic Crime  : Not Domest     Hate Crime . . . .  : No Bias NA
   Computer Theft  : No             Just. Homicide Code :
   Statute ORI/Group . : S          Agg Aslt/Homc Crcmst:
   Counts . . . . . . : 001         Larceny/Theft Offnse:
   NCIC Code . . . . . : Fraud      Scene/Location Type2:
   Offense Date . . . : 01/01/1997  Victim Drug Related : No
   Victim Alchl Related: No         Victim Comp Related : No
   Abandoned Structure : NO         Property Damage
   Gang Related . . . : N           Additional Subcode  :


   SUBJECTS:

   Suspect  . : Present Information
     Primary    DANTIGANCE,VANESSA,,             Phone:    231-1665
     NS         10810 WOODLAND AV
                CLEVELAND                     OH 441042442

     AKA:
      BROWN-REESE,VANESSA,,                          Alias/AKA
      102553,,,                                      Alias DOB
      325568416,,,                                   SSN

     Race : Black        Sex: FEMALE         D.O.B: 02/05/61  Age:  49
     Hgt  : 5'02"        Wgt: 180   Hair: Black     Eyes . . : Brown
```

not me

```
                    CLEVELAND POLICE DEPARTMENT
                     OFFENSE/INCIDENT REPORT                Date: 11/03/2010
   Case Description:                                        Page:            2
   Theft                                            Case Number: 2003-00156878
```

      Dr Lic #:                              St:
      CPD         165611

      Residence Type    : Other/Unk         Residence Status : Resident
      Statement Type    : None              Related Offenses :   1

   MODUS OPERANDI
      Used Victims Name

   Victim . . : Present Information
     Primary      BROWN-REESE,VANESSA,,
     Individual   10401 AVON AV                    Phone:        429-0215
                  CLEVELAND
                                          OH 441054208

      Race : Black      Sex: FEMALE
      Hgt  : 5'02"    Wgt: 160   Hair: Brown      D.O.B: 12/25/53  Age:  56
      Dr Lic #: RT706229                          Eyes . . : Brown
                                   St:   OH

      Residence Type    : Other/Unk        Residence Status : Resident
      Statement Type    : Verbal           Related Offenses :   1

   VICTIM OFFENDER RELATIONSHIPS:
   DANTIGANCE,VANESSA,,
                                                                    Stranger

   Property: BROWN-REESE,VANESSA,,
      Item Number  . :    1  Subject #:   2  Subject Type: Victim
      Evidence #   . :    0608687
      Property Code  : Evidence       Property Type  : EvidDocumt
      Property Class : Misc.
      Date Received  : 04/11/03       Initial Value  :            .00
      Date Recovered :                Recovered Value:            .00
      RFOJ?: N  Notify Owner Date:             Notified How?:
      Prp Loc . . . :        Bin :    Disposition  . :

      Year . . .     / 11 COMPUTER PRINTOUTS OF NAMED SUSP POLICE RECORD
      Quantity  . :       11.000        Model/Style:
      Registratn# :           State :             Expires :

   Property: BROWN-REESE,VANESSA,,
      Item Number  . :    2  Subject #:   2  Subject Type: Victim
      Evidence #   . :    0608687
      Property Code  : Stolen         Property Type  : Other Prop
      Property Class : Misc.
      Date Received  : 04/11/03       Initial Value  :           1.00
      Date Recovered :                Recovered Value:            .00
      RFOJ?: N  Notify Owner Date:             Notified How?:
      Prp Loc . . . :        Bin :    Disposition  . :

      Year . . .     / IDENTITY
      Registratn# :           State :             Expires :

ORIGINAL NARRATIVE (CASE)
              IDENTITY THEFT/NAMED SUSPECT

```
                    .ELAND POLICE DEPARTMENT
                      OFFENSE/INCIDENT REPORT              Date: 11/03/2010
    Case Description:                                      Page:           3
    Theft                                          Case Number: 2003-00156878
```

ON SATURDAY, APRIL 5, 2003, VICTIM/VANESSA BROWN-REESE, REPORTS SINCE THE YEAR 1997, AN UNKNOWN FEMALE SUSPECT HAS BEEN USING HER/VICTIM'S NAME, DATE OF BIRTH AND SOCIAL SECURITY NUMBER FOR CREDIT APPLICATIONS AND TO AVOID PROSECUTION FOR ARRESTS FROM VARIOUS POLICE AGENCIES TO INCLUDE CLEVELAND POLICE.

VICTIM STATES SHE HAS BEEN ARRESTED SEVERAL TIMES ON WARRANTS FOR VARIOUS CRIMES IN VARIOUS CITIES. VICTIM STATES SHE HAS CANCER AND CAN PROVIDE DOCUMENTATION TO WHERE SHE WAS AT THE TIME OF THE VIOLATIONS AND ARRESTS.

VICTIM HAS NOTIFIED THE FBI AND STATES SHE HAS MADE SEVERAL ATTEMPTS TO NOTIFY AND REQUEST HELP FROM VARIOUS POLICE AGENCIES WITH NO SATISFACTION.

FURTHER INVEST REVEALS:

WITH THE ASSISTANCE OF IG CHARLES STEPHENS 3767, WE WERE ABLE TO LOCATE NAMED SUSPECT'S BCI NUMBER B021254 AND DISCOVERED SHE IS IN FACT USING VICTIM'S NAME AND SOCIAL SECURITY NUMBER, AS WELL AS SEVERAL OTHER NAMES, SOCIALS, PHONE NUMBERS AND ADDRESS.

PAPERWORK EVIDENCE MARKED, TAGGED AND ENTERED INTO FOURTH DISTRICT PROPERTY BOOK.

RESPECTFULLY REQUEST FINANCIAL CRIMES DETECTIVE FOLLOW-UP.

FAXED.DD

# 03-156878

4-11-03



**MORELLI RATNER PC**

DAVID S. RATNER

950 Third Avenue
New York, NY 10022

212.751.9800 ph.
212.751.0046 fx.
877.751.9800 tf.

dratner@morellilaw.com
www.morellilaw.com

March 15, 2011

**VIA FAX & US MAIL**
Charles Morgan, Esq.
11510 Buckeye Road
Cleveland, OH 44104
Fax: (216) 721-5261

Re:   Vanessa Reese

Dear Mr. Morgan,

On Nov 30, 2010 I wrote to you to inquire what information you were looking for and what your relationship was to Ms. Reese. (A copy of that letter is enclosed.) We also told you that we required Ms. Reese's authority to divulge information to you.

Rather than respond to my letter, you wrote to Judge Fallon and Mr. Herman complaining that your client was unhappy with her Vioxx settlement.

Your client is unhappy because her medical records did not support a larger reward.

Enclosed is the Notice of Points Award from the Vioxx Claims Administrator showing that your client received .18 points. Your client lost points because she was obese, had hypertension, had a prior heart attack and stroke, was a regular smoker, was a <u>cocaine and other</u> drug user, and had <u>prior congestive heart failure.</u> These conditions were all verified by her records.

As a result, Ms. Reese was awarded the $5,000 minimum payment.

Ms. Reese spoke to paralegals in our office on March 19, April 5, April 9, May 18, and September 22, 2010. During those conversations, she was rude, abusive and threatening. Despite that, the paralegals explained why her award was what it was. In addition, on May 18, we sent Ms. Reese all of her medical records. *[handwritten: No records]*

Also, on September 22, we explained to Ms. Reese that $1,000 was held back from her payment because of the Medicaid hold back mandated by the master settlement agreement. As you know, this $1,000 was recently forwarded to your client. Under these circumstances, I find it appalling and unprofessional that you would complain about us to both the court and liaison counsel.

*[handwritten: No stab's as order only this letter]*

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 FEB -4  PM 1: 34

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                          :     MDL NO. 1657
      PRODUCTS LIABILITY LITIGATION        :     SECTION: L
                                            :
                                            :     JUDGE FALLON
                                            :     MAG. JUDGE KNOWLES

**This document relates to:**   Vioxx claimant Vanessa Reese

### ORDER

The Court is in receipt of the attached correspondence sent by attorney Charles M. Morgan, Jr., on behalf of Vioxx claimant Vanessa Reese. IT IS ORDERED that the attached correspondence be entered into the record. Mr. Morgan indicates that Ms. Reese believes that funds were incorrectly withheld from the settlement amount she received for liens on her claim that she believes did not exist. Mr. Morgan has requested an accounting from the attorney who represented Ms. Reese in the Vioxx matter to determine whether but has not received a response.

This matter is referred to Plaintiff's Liaison Counsel, Mr. Russ Herman, who is directed to contact Ms. Reese's Vioxx attorney, ascertain that attorney's position on the matter, and report to the Court. If Plaintiff's Liaison Counsel has difficulty contacting Ms. Reese's Vioxx attorney or is unable to obtain that attorney's position on the matter, he shall report that to the Court and the Court will set an appropriate Rule to Show Cause to resolve the matter.

New Orleans, Louisiana, this 4th day of February, 2011.

                                                   _____
                                                   UNITED STATES DISTRICT JUDGE

1

___Fee _____
___Process_____
_X_Dktd_____
___CtRmDep_____
___Doc. No._____

November 13, 2010

**VIA CERTIFIED MAIL**

Victoria J. Maniatis, Esq.
Morelli & Ratner
950 Third Avenue
New York, New York 10022

   Re: Reese v. Merck
     Your File Number: VX944

Dear Attorney Maniatis:

  Please be advised that the undersigned represents Ms. Reese regarding some collateral issues with her insurance provider regarding payments for treatment which may have been provided for out of the Vioxx matter.

  It is requested that you forward to the undersigned copies of all checks disbursed on behalf of Ms. Reese out of the above matter. Please include all checks regardless of who the payee is.

  A reply within one week would be appreciated as we are on a time constraint.

  Thank you for your anticipated cooperation.

         Very truly yours,

         Charles M. Morgan, Jr.

CMM/vm

# CHARLES M. MORGAN, JR.
Attorney At Law

11510 Buckeye Road
Cleveland, Ohio 44104
Phone: (216) 721-7700
Fax: (216) 721-5261

December 1, 2010

David S. Ratner, Esquire
Morelli Ratner PC
950 Third Avenue
New York, New York 10022

Re: Reese v. Merck
Your File No: VX944

via fax 212-751-0046

Dear Mr. Ratner:

I am in receipt of your letter dated November 30, 2010 wherein you claim that "we called several times." I am aware of Mr. Morelli's secretary calling one time. I did return the call on November 29, 2010 and spoke to Molly. I provided her with my cell phone number to have Mr. Morelli return my call.

Ms. Reese is looking for copies of all checks disbursed regarding her above claim. That should include, but not limited to, all checks to medical providers, insurance companies, attorney fees, and any other obligation paid on her behalf. In short, a complete accounting of all receipts and disbursements associated to the above claim.

A release executed by Ms. Reese is also included herein.

Hopefully this answers your questions.

Very truly yours,

Charles M. Morgan, Jr.

CMM/rb

While we deserve an apology, I am not optimistic that you will offer one.

           Very Truly Yours,

           David Ratner, Esq.
           **MORELLI RATNER PC**
           950 Third Avenue
           New York, NY 10022
           (212) 751-9800 (telephone)
           (212) 751-0046 (facsimilie)

DSR/mw

Enclosure

cc:    Russ Herman

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X D English  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): D English   C. Date of Delivery: 11/18/10<br>D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Morelli & Ratner<br>950 Third Avenue<br>New York, New York 10022 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7009 3410 0000 4819 5304 |

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-154

## RELEASE

I, VANESSA REESE, hereby consent to Morelli Ratner PC releasing any and all information regarding my claim captioned REESE V. MERCK, Morelli Ratner file number VX944 to Attorney Charles M. Morgan, Jr.

12/01/10
Date

VANESSA REESE

MS. VANESSA REESE
13600 Royal Blvd
Cleveland, OH 44125

Attn: Suade Poydias
500 Poydias ave.
New Orleans 70113

→ Incorrect address

correct address
500 Poydras
New Orleans, LA
70130

7011 381 125