IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL DOCKET No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: | * | JUDGE FALLON |
| | * | |
| BATES vs. MERCK & COMPANY, INC., | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| | * | CIVIL ACTION NO. : 08-3665 |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF VOLUNTARY DISMISSAL**

**WITH PREJUDICE (F.R.C.P. 41 (a)(1))**

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff LEE LAUX, voluntarily dismisses his action with prejudice.

Respectfully Submitted,

DATED: May 4, 2011                BY: _____/s/ Daniel S. Gruber_____
                                     DANIEL S. GRUBER
                                     California State Bar No.: 113351
                                     Attorney-in-Charge for Plaintiff
                                     GRUBER & GRUBER
                                     15165 Ventura Boulevard, Suite 400
                                     Sherman Oaks, CA 91403
                                     Telephone: (818) 981-0066
                                     Facsimile:  (818) 981-2122

                                     HOWARD A. SNYDER
                                     California State Bar No.: 113637
                                     Attorney-in-Charge for Plaintiff
                                     LAW OFFICES OF HOWARD A. SNYDER
                                     15165 Ventura Boulevard, Suite 400
                                     Sherman Oaks, CA 91403
                                     Telephone: (818) 461-1790
                                     Facsimile:  (818) 461-1793

                                     GARRETT D. BLANCHFIELD, JR.
                                     Minnesota State Bar No.: 209855
                                     REINHARDT, WENDORF & BLANCHFIELD
                                     E-1205 First National Bank Building
                                     332 Minnesota Street
                                     St. Paul, Minnesota 55101
                                     Telephone: (651) 287-2100
                                     Facsimile:  (651) 287-2103

                                     **ATTORNEYS FOR PLAINTIFFS**

/s/ Stephen G. Strauss
Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
Tel: (314) 259-2000
Fax: (314) 259-2020

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(Tel): 504-581-3200
(Fax): 504-581-3361

Attorneys for
Merck & Co., Inc.

Dated: 6-24-11

3

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 24th day of June, 2011.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:     314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.