U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  JUN 24 2011
LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 10-30762

MD 05-1657-L

STATE OF LOUISIANA, ex rel, JAMES D. CALDWELL, Attorney General for the State of Louisiana, as parens patriae on behalf of Louisiana and its Citizens,

        Plaintiffs - Appellants

v.

MERCK & COMPANY, INCORPORATED,

        Defendant - Appellee

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

CLERK'S OFFICE:

Under 5th Cir. R.42.3, the appeal is dismissed as of June 22, 2011, for want of prosecution. The appellant failed to timely file appellant's brief and record excerpts.

        LYLE W. CAYCE
        Clerk of the United States Court
        of Appeals for the Fifth Circuit

        By: _____
        Sabrina M. Hains, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

Fee _____
Process _____
Dktd _____
CtRmDep _____
Doc. No. _____

true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By: /s/ Sabrina Hains
Deputy
New Orleans, Louisiana    6/22/11

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

June 22, 2011

Ms. Loretta Whyte  
U.S. District Court, Eastern District of Louisiana  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

> No. 10-30762,  In Re: Vioxx Prod Liability  
> USDC No. 2:05-MD-1657  
> USDC No. 2:05-CV-3700

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Sabrina M. Hains, Deputy Clerk  
504-310-7695

cc w/encl:
- Mr. Barry W. Ashe
- Mr. Kenneth F. Baum
- Mr. John H. Beisner
- Ms. Carmelite M. Bertaut
- Mr. Michael Cancienne
- Mr. James R Dugan II
- Mr. Andrew L. Goldman
- Mr. Tarek Ismail
- Mr. Stephen B. Murray Jr.
- Mr. Stephen B. Murray Sr.
- Mr. Brian O'Donoghue
- Mr. Thomas Patrick Owen Jr.
- Dr. Douglas Robert Plymale
- Mr. Bryan Charles Reuter
- Mr. Travis James Sales
- Mr. Richard C Stanley
- Mr. Joe William Tomaselli Jr.
- Ms. Dorothy Hudson Wimberly
- Mr. Phillip A. Wittmann