FAC Adjusted Recommendation 6-1-11

| Firm | Formal Response | FAC Adjusted Recommendation (6-1-11) | Special Master's Recommendation |
|---|---|---|---|
| Alley, Clark, Greiwe & Fulmer | Accepted | $365,000 | |
| Alvarez Law Firm | Accepted | $15,000 | |
| Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, P.C. | Accepted | $4,000,000 | |
| Anastopoulo & Clore, LLC | Accepted | $15,000 | |
| Andrews & Thornton | Accepted | $600,000 | |
| Ashcraft & Gerel LLP | Accepted | $9,000,000 | |
| Audet & Partners, LLP | Accepted | $1,415,000 | |
| Aylstock, Witkin, Kreis & Overholtz, LLC | Accepted | $225,000 | |
| Balkin & Eisbrouch | Accepted | $15,000 | |
| Balser, Brian K., Co., LPA | Accepted | $130,000 | |
| Barnow | Accepted | $15,000 | |
| Barrios, Kingsdorf & Casteix, LLP | Accepted | $1,700,000 | |
| Bartimus, Frickleton, Robertson & Gorny | Accepted | $15,000 | |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Accepted | $37,111,166 | |
| Becnel Law Firm, LLC | Objection | $455,000 | |
| Bencomo | Accepted | $327,500 | |


EXHIBIT SM 4

FAC Adjusted Recommendation 6-1-11

| Firm | Status | Amount | |
|---|---|---|---|
| Blizzard, McCarthy & Nabers, LLP | Accepted | $10,525,416 | |
| Bossier & Associates, PLLC | Accepted | $20,000 | |
| Branch Law Firm | Objection | $0 | |
| Brandi Law Firm | Accepted | $970,000 | |
| Brown & Crouppen, PC | Accepted | $73,000 | |
| Bruce C. Dean | Accepted | $0 | |
| Bruno | Accepted | $75,000 | |
| Burg, Simpson, Eldredge, Hersh & Jardine, PC | Accepted | $500,000 | |
| Cafferty Faucher | Accepted | $30,000 | |
| Capshaw Goss | Accepted | $0 | |
| Carey & Danis, LLC | Accepted | $350,000 | |
| Charfoos | Accepted | $0 | |
| Childers, Buck & Schlueter | Accepted | $0 | |
| Cohen Milstein | Accepted | $750,000 | |
| Cohen, Placitella & Roth, PC | Accepted | $3,500,000 | |
| Cunard Law Firm | Accepted | $375,000 | |
| Cuneo, Gilbert & LaDuca LLP | Accepted | $0 | |

FAC Adjusted Recommendation 6-1-11

| | | | |
|---|---|---|---|
| Dugan & Browne | Accepted | $0 | |
| Engstrom, Lipscomb & Lack | Accepted | $390,000 | |
| Escobedo Tippet | Objection | $0 | |
| Fayard & Honeycutt | Accepted | $15,000 | |
| Fibich, Hampton & Leebron, LLP | Accepted | $610,000 | |
| Freese & Goss, PLLC | Accepted | $25,000 | |
| Friedman Law Offices | Accepted | $6,500 | |
| Gainsburgh, Benjamin, Davis, Meunier & Warshauer, LLC | Accepted | $2,690,000 | |
| Gallagher Law Firm (TX) | Accepted | $40,000 | |
| Gancedo & Nieves LLP | Accepted | $700,000 | |
| Gianni-Petoyan, Attorneys at Law | Accepted | $30,000 | |
| Girardi & Keese | Accepted | $18,238,006 | |
| Goldenberg Heller | Accepted | $0 | |
| Goza & Honnold | Accepted | $70,000 | |
| Hagens Berman | Accepted | $0 | |
| Heins Mills | Accepted | $4,000 | |
| Heninger Garrison Davis, LLC | Accepted | $1,300,000 | |

FAC Adjusted Recommendation 6-1-11

| | | | |
|---|---|---|---|
| Herman, Herman, Katz & Cotler, LLP | Accepted | $29,489,313 | |
| Hovde Dassow & Deets, LLC | Accepted | $1,415,000 | |
| Irpino | Accepted | $877,000 | |
| Jacobs Burns | Accepted | $0 | |
| John Hornbeck | Accepted | $300,000 | |
| Johnson & Perkinson | Accepted | $15,000 | |
| Jones Verras | Accepted | $350,000 | |
| Kasowitz, Benson, Torres & Friedman LLP | Accepted | $1,100,000 | |
| Keller Rhorback | Accepted | $0 | |
| Kerpsack | Accepted | $10,000 | |
| Khorrami | Accepted | $30,000 | |
| Kline & Specter, PC | Accepted | $15,000,000 | |
| Labaton Sucharow | Accepted | $0 | |
| Langston Law Firm | Accepted | $0 | |
| Lanier Law Firm, PC | Accepted | $24,498,814 | |
| Levin Fishbein Sedran & Berman | Accepted | $19,417,579 | |
| Levin Simes Kaiser & Gornick, LLP | Accepted | $15,000 | |

FAC Adjusted Recommendation 6-1-11

| Firm | Status | Amount | |
|---|---|---:|---|
| Levin, Papantonio, Thomas, Mitchell, Eshner & Proctor P.A. | Accepted | $14,154,870 | |
| Lewis & Roberts, PLLC | Accepted | $225,000 | |
| Lieff, Cabraser, Heimann & Bernstein, LLP | Accepted | $6,000,000 | |
| Lockridge, Grindal, Nauen PLLP | Accepted | $1,100,000 | |
| Locks Law Firm, LLC | Accepted | $1,700,000 | |
| Lopez, Hodes, Restaino, Milman & Skikos | Accepted | $1,500,000 | |
| Lundy & Davis | Accepted | $100,000 | |
| Martin & Jones | Accepted | $150,000 | |
| Matthews & Associates | Accepted | $1,750,000 | |
| Mithoff Law Firm | Accepted | $15,000 | |
| Morelli Ratner PC | Accepted | $2,250,000 | |
| Motley, Rice LLC | Accepted | $1,250,000 | |
| Murray Law Firm | Accepted | $850,000 | |
| Neblett, Beard & Arsenault | Accepted | $1,450,000 | |
| Panish & Shea | Accepted | $1,640,000 | . |
| Price Waicukauski & Riley, LLC | Accepted | $15,000 | |
| Richardson, Patrick, Westbrook & Brickman | Accepted | $15,000 | |

FAC Adjusted Recommendation 6-1-11

| | | | |
|---|---|---|---|
| Robert J. DeBry | Accepted | $15,000 | |
| Robert M. Becnel | Accepted | $30,000 | |
| Robins, Kaplan, Miller & Ciresi L.L.P. | Accepted | $850,000 | |
| Robinson, Calcagnie & Robinson | Accepted | $6,000,000 | |
| Roda Nast, P.C. | Accepted | $300,000 | |
| Sanders Viener Grossman, LLP | Accepted | $15,000 | |
| Sanford, Shelly A., PLLC | Accepted | $6,800,000 | |
| Seeger Weiss LLP | Accepted | $37,111,166 | |
| Sheller, P.C. | Accepted | $325,000 | |
| Silverman & Fodera | Accepted | $73,000 | |
| Singleton Law Firm | Accepted | $180,000 | |
| Snapka, Turman & Waterhouse, L.L.P | Objection | $75,000 | |
| Ted Kanner | Accepted | $1,350 | |
| Texas Consortium (Ranier, Gayle & Elliot, L.L.C.; Williams Kherkher; Provost Umphrey; Watts Law Firm; Grant Kaiser) | Accepted | $18,233,469 | |
| The Holman Law Firm | Accepted | $0 | |
| Ury & Moskow LLC | Accepted | $0 | |
| Weinberg, Eric H., Law Firm of | Accepted | $3,500,000 | |

FAC Adjusted Recommendation 6-1-11

| | | | |
|---|---|---|---|
| Weitz & Luxenberg, P.C. | Accepted | $18,147,270 | |
| White Meany & Wetherall | Accepted | $160,000 | |
| Whitehead Law Firm | Accepted | $45,000 | |
| Williamson & Williams | Accepted | $15,000 | |
| Wold | Accepted | $580 | |
| Zimmerman, Reed PLLP | Accepted | $0 | |
| Zink, Diane K. | Accepted | $0 | |
| | | $315,250,000 | |

Agreement reached since 4-28-11

Current Objector