## SPECIAL MASTER'S RECOMMENDED AWARDS

| FIRM | SPECIAL MASTER RECOMMENDED AWARDS |
|---|---|
| Alley, Clark, Greiwe & Fulmer | $365,000 |
| Alvarez Law Firm | $15,000 |
| Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, P.C. | $4,000,000 |
| Anastopoulo & Clore, LLC | $15,000 |
| Andrews & Thornton | $600,000 |
| Ashcraft & Gerel, LLP | $9,000,000 |
| Audet & Partners, LLP | $1,415,000 |
| Aylstock, Witkin, Kreis & Overholtz, LLC | $225,000 |
| Balkin & Eisbrouch | $15,000 |
| Balser, Brian K., Co., LLP | $130,000 |
| Barnow | $15,000 |
| Barrios, Kingsdorf & Casteix, LLP | $1,700,000 |
| Bartimus, Frickleton, Robertson & Gorny | $15,000 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | $36,860,953 |
| Becnel Law Firm, LLC | $270,000 |
| Bencomo | $327,500 |
| Blizzard, McCarthy & Nabers, LLP | $10,454,451 |
| Bossier & Associates, PLLC | $20,000 |
| Branch Law Firm | $190,000 |
| Brandi Law Firm | $970,000 |
| Brown & Crouppen, PC | $73,000 |



| Bruce C. Dean | $0 |
|---|---|
| Bruno | $75,000 |
| Burg, Simpson, Eldredge, Hersh & Jardine, PC | $500,000 |
| Cafferty Faucher | $30,000 |
| Capshaw Goss | $0 |
| Carey & Danis, LLC | $350,000 |
| Charfoos | $0 |
| Childers, Buck & Schlueter | $0 |
| Cohen Milstein | $750,000 |
| Cohen, Placitella & Roth, PC | $3,500,000 |
| Cunard Law Firm | $375,000 |
| Cuneo, Gilbert & LaDuca, LLP | $0 |
| Dugan & Browne | $0 |
| Engstrom, Lipscomb & Lack | $390,000 |
| Escobedo Tippet | $1,087,500 |
| Fayard & Honeycutt | $15,000 |
| Fibich, Hampton & Leebron, LLP | $610,000 |
| Freese & Goss, PLLC | $25,000 |
| Friedman Law Offices | $6,500 |
| Gainsburgh, Benjamin, Davis, Meunier & Warshauer, LLC | $2,690,000 |
| Gallagher Law Firm (TX) | $40,000 |
| Gancedo & Nieves, LLP | $700,000 |
| Gianni-Petoyan, Attorneys at Law | $30,000 |
| Girardi & Keese | $18,115,041 |
| Goldenberg Heller | $0 |
| Goza & Honnold | $70,000 |

| | |
|---|---|
| Hagens Berman | $0 |
| Heins Mills | $4,000 |
| Heninger Garrison Davis, LLC | $1,300,000 |
| Herman, Herman, Katz & Cotler, LLP | $29,290,489 |
| Hovde Dassow & Deets, LLC | $1,415,000 |
| Irpino | $877,000 |
| Jacobs Burns | $0 |
| John Hornbeck | $300,000 |
| Johnson & Perkinson | $15,000 |
| Jones Verras | $350,000 |
| Kasowitz, Benson, Torres & Friedman, LLP | $1,100,000 |
| Keller Rhorback | $0 |
| Kerpsack | $10,000 |
| Khorrami | $30,000 |
| Kline & Specter, PC | $15,000,000 |
| Labaton Sucharow | $0 |
| Langston Law Firm | $0 |
| Lanier Law Firm, PC | $24,333,637 |
| Levin Fishbein Sedran & Berman | $19,286,660 |
| Levin Simes Kaiser & Gornick, LLP | $15,000 |
| Levin, Papantonio, Thomas, Mitchell, Eshner & Proctor, P.A. | $14,059,435 |
| Lewis & Roberts, PLLC | $225,000 |
| Lieff, Cabraser, Heimann & Bernstein, LLP | $6,000,000 |
| Lockridge, Grindal, Nauen, PLLP | $1,100,000 |
| Locks Law Firm, LLC | $1,700,000 |
| Lopez, Hodes, Restaino, Milman & Skikos | $1,500,000 |

| Lundy & Davis | $100,000 |
|---|---|
| Martin & Jones | $150,000 |
| Matthews & Associates | $1,750,000 |
| Mithoff Law Firm | $15,000 |
| Morelli Ratner, PC | $2,250,000 |
| Motley, Rice, LLC | $1,250,000 |
| Murray Law Firm | $850,000 |
| Neblett, Beard & Arsenault | $1,450,000 |
| Panish & Shea | $1,640,000 |
| Price Waicukauski & Riley, LLC | $15,000 |
| Richardson, Patrick, Westbrook & Brickman | $15,000 |
| Robert J. DeBry | $15,000 |
| Robert M. Becnel | $30,000 |
| Robins, Kaplan, Miller & Ciresi, L.L.P. | $850,000 |
| Robinson, Calcagnie & Robinson | $6,000,000 |
| Roda Nast, P.C. | $300,000 |
| Sanders Viener Grossman, LLP | $15,000 |
| Sanford, Shelly A., PLLC | $6,800,000 |
| Seeger Weiss, LLP | $36,860,953 |
| Sheller, P.C. | $325,000 |
| Silverman & Fodera | $73,000 |
| Singleton Law Firm | $180,000 |
| Snapka, Turman & Waterhouse, L.L.P. | $512,500 |
| Ted Kanner | $1,350 |
| Texas Consortium (Ranier, Gayle & Elliot, L.L.C.; Williams Kherkher; Provost Umphrey; Watts Law Firm; Grant Kaiser) | $18,110,535 |

| | |
|---|---|
| The Holman Law Firm | $0 |
| Ury & Moskow, LLC | $0 |
| Weinberg, Eric H., Law Firm of | $3,500,000 |
| Weitz & Luxenberg, P.C. | $18,024,916 |
| White Meany & Wetherall | $160,000 |
| Whitehead Law Firm | $45,000 |
| Williamson & Williams | $15,000 |
| Wold | $580 |
| Zimmerman, Reed, PLLP | $0 |
| Zink, Diane K. | $0 |

TOTAL: $315,250,000