UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:** *Richard G. Sommer*

## ORDER

The Court is in receipt of the additional attached correspondence from Vioxx Plaintiff Richard G. Sommer. IT IS ORDERED that the attached correspondence be filed into the record. The Court has previously referred the matter to Plaintiffs' Liaison Counsel to investigate. Plaintiffs' Liaison Counsel has copied the Court on correspondence with Judge Sommer reflecting that the claim was handled in accordance with the terms of the Settlement Program. Accordingly, no further actions are ordered at this time.

New Orleans, Louisiana, this 27th day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Hon. Richard G. Sommer
13253 Wedgefield Drive
Naples, FL 34110

Claims Administrator
BrownGreer PLC
115 S. 15th St.
Suite 400
Richmond, VA 23219