Richard G. Sommer
13253 Wedgefield Drive
Naples, FL 34110

June 6, 2011

Hon. Eldon E. Fallon, USDG
500 Poydras, Room C-457
New Orleans, LA 70130

                **CERTIFIED - Return Receipt Requested**

Special Master Patrick, Juneau
PO Box Drawer 51268
Lafayette, LA 70505

                Re:  Vioxx - Resolution
                    MDL No. 1657
                    Section: L

Gentlemen:

Since I had not received any response from either of you to my letter of May 14, 2011, the below is for your perusal.

On November 10, 2010, Judge Fallon ordered that my correspondence of October 28, 2010, be filed into the record.

This program, "Vioxx Settlement Program", has been so slanted in favor of the defendants, one can only believe that Merck and Co, probably did most of the work on it to the point that nobody is going to receive proper justice.

As noted in the record, there were illegalities, miscarriage of justice, and no protocol one would expect to find utilized in a court of law.  Finally, Brown/Greer PLC acknowledged my numerous requests for identity of the Evaluators and the extent of their education.  In their letter they said, "We trained all our Reviewers in the medical issues involved in these claims and eligibility criteria established by the Settlement Agreement.  We acted as neutral Administrators chosen by the parties and appointed by the Court.  We did not receive help or input from either Merck or the NPC (Plaintiffs' council) on the result of your claim, and no one ever told us how to decide on any claim".  Your Honors, you can not train individuals in weeks or even months to understand these medical issues as it takes medical doctors seven years.  I respectfully challenge the Evaluators in this matter.  Consequently in my letter of January 25, 2011, to Judge Fallon, I pointed out I was without Legal Council for the reasons indicated in the letter.

Therefore, without Council, I appealed to his Honor in a Motion to have the Court issue an Order confirming that my points were illegally withheld and resulted in a Miscarriage of Justice, and that they be immediately reinstated with payment made forthwith without delay.

Although his Honor made no comment, and neither allowed nor disallowed my Motion, I was hoping it would be the pleasure of the Court to grant my Motion and conclude this vexing case. All I am asking, and seek, is the proper justice through the Court afforded me by the Constitution.

Please give me the courtesy of responding to this letter so I know if to proceed further, or not to proceed in this matter.

Respectfully,

Hon. Richard Sommer (Fed Ret.)

CC: BROWN/GREER PLC

$5.59 US POSTAGE
FIRST-CLASS

L26415.04

CERTIFIED MAIL™

7010 0290 0002 9940 0014

Mr. Richard Sommer
13253 Wedgefield Dr.
Naples, FL 34110

U. S. MARSHALS

HON. ELDON E. FALLON, USDG
500 POYDRAS, ROOM C-457
NEW ORLEANS, LA

70130

70130+7303