# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  JUN 2 8 2011
LORETTA G. WHYTE
CLERK

June 27, 2011

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 11-30347    In Re: Vioxx Prod Liability
         USDC No. 2:05-MD-1657
         USDC No. 2:06-CV-2364

The court has treated the appellant's motion for rehearing as a motion to reinstate/reopen the appeal. Upon further review of the previous filed motion for appointment of counsel, it was discovered that the appellant had attached to this motion a motion to proceed in forma pauperis and a transcript order form. Those documents have now been filed as of the date of their original receipt date. In light of this oversight, the appellant's motion to reinstate/reopen the appeal is granted.

The transcript order form which was received May 9, 2011, was not completely filled out. You must give specific dates that you want to order and you must provide the name of the court reporter. If there are multiple court reporters you must complete one transcript order form for each court reporter.

Please also be aware that you must order and make financial arrangements with each court reporter. If you are allowed to proceed in forma pauperis this DOES NOT cover the costs of the transcripts. You must either pay for the transcripts your self or file a motion for transcripts at government expense in the district court.

You must now order, complete a new transcript order form, and make whatever financial arrangements you deem necessary within 15 days from the date of this notice. If you do not order the transcripts, complete a new transcript order form, and make financial arrangements within 15 days of this letter, the appeal will be dismissed without further notice.

                              Sincerely,
                              LYLE W. CAYCE, Clerk

                              By: /s/ Michael R. Brown
                              Michael R. Brown, Deputy Clerk
                              504-310-7692

Mr. Jamal Ali Bilal
Ms. Loretta Whyte
Ms. Dorothy Hudson Wimberly
Mr. Phillip A. Wittmann

__ Fee_____
__ Process_____
X  Dktd_____
__ CtRmDep_____
__ Doc. No._____

**11-30347**

Ms. Loretta Whyte
U.S. District Court, Eastern District of Louisiana
Room C-151
500 Poydras Street
New Orleans, LA 70130