UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

THIS DOCUMENT RELATES TO ALL CASES

### REPORT TO COURT FROM ANN B. OLDFATHER, LIAISON COUNSEL FOR CERTAIN CASES

By Order dated June 7, 2011, this Court directed the undersigned to seek permission from all remaining plaintiffs or their counsel for delivery to the undersigned by Merck of the Plaintiff Profile Forms, Amended Plaintiff Profile Forms, supporting medical records and *Lone Pine* reports filed by or on behalf of those remaining plaintiffs.  The Order further directed the undersigned to report to the Court by June 30, 2011, regarding the responses received and the name and contact information for all plaintiff's counsel or claimants who have not responded or provided the requested permission, so that the Court could consider proper steps to facilitate the release and disclosure of that information.

On June 2, 2011, the undersigned provided a proposed Consent form covering the described documents to a number of the remaining plaintiffs and their counsel.  On or about June 22, 2011, it was discovered that the contact information utilized by the undersigned was not complete, so the Consent was provided to an approximate additional 5 plaintiffs and/or plaintiffs counsel, via e-mail addresses (if available) or via mail if no e-mail address could be found.  Subsequently, members of the undersigned's firm followed up twice by phone call to

all persons for whom phone numbers were available, and once by mail.  Lastly, certain "new" claimants have been provided by Merck in correspondence or from review of the electronic docket, and they have not been contacted due to uncertainty as to the status of their cases.

Additionally, on June 22, 2011, the Court ordered that certain medical records and Plaintiff Profile Forms, filed on disc with the Court by Russ Herman, another of Liaison Counsel, should be provided to the undersigned.  Those materials did not contain any *Lone Pine* or other expert reports.  However, those materials did include Plaintiff Profile Forms on 50 claimants and medical records on 17 claimants, 10 of whom were claimants who had not provided Consents.

The undersigned will be submitting Consents to Merck's counsel, requesting *Lone Pine* and expert reports for each claimant, and medical records and Plaintiff Profile Forms for those claimants whose materials were not provided with the Herman materials.

There remain 24 claimants for whom there has been no consent received, of whom 10 had partial materials available in the Herman submission.  A list of those claimants and their case number is attached as Exhibit A.

        Respectfully submitted,

        /s/
        _____

        Ann B. Oldfather
        KBA Bar #52553
        Liaison Counsel/Lead Counsel
        OLDFATHER LAW FIRM
        1330 S. Third Street
        Louisville, KY   40208
        502.637.7200
        502.637.3999  (fax)
        aoldfather@oldfather.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Report to Court from Ann B. Oldfather, Liaison Counsel for Certain Cases has been served upon Liaison Counsel, Phillip Wittmann and Russ Herman, by U.S. Mail, an upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 30th day of June, 2011.

/s/
_____
Ann B. Oldfather