# CLAIMANTS/COUNSEL WHO HAVE NOT PROVIDED CONSENTS

| | |
|---|---|
| **Claimant:**<br>    Bennett, June<br><br>**Address (Claimant or Counsel):**<br>    Thomas M. Corea<br>    The Corea Firm, PLLC<br>    1111 Brickell Avenue<br>    Suite 1100<br>    Miami, Florida 33131<br><br>**Case Caption:**<br>Alaniz, Oralia F. v. Merck & Co., Inc.<br><br>**Docket No.**<br>2:06-cv-10281<br><br>**Russ Herman disc:**<br>    PPFs ?                                No<br>    Medical records?              No | **Claimant:**<br>    Brown, Diane<br><br>**Address (Claimant or Counsel):**<br>    Diane Brown<br>    Pro Se<br>    311 North Avenue<br>    Medina, NY  14103<br><br>**Case Caption:**<br>Banks, Mary v. Merck & Co., Inc.<br><br>**Docket No.**<br>2:06-cv-02214<br><br>**Russ Herman disc:**<br>    PPFs ?                                No<br>    Medical records?              No |
| **Claimant:**<br>    Bilal, Jamal A.<br><br>**Address (Claimant or Counsel):**<br>    Pro Se<br>    [not contacted due to recent re-addition to list]<br><br>**Case Caption:**<br><br>**Docket No.**<br>[may not be correct]<br>2:06-cv-02364-EEF-DEK<br><br>**Russ Herman disc:**<br>    PPFs ?                                No<br>    Medical records?              No | **Claimant:**<br>    Byrd, Deborah A.<br><br>**Address (Claimant or Counsel):**<br>    Deborah A. Byrd<br>    Pro Se<br>    3075 Abrams Drive<br>    Twinsburg, OH  44087<br><br>**Case Caption:**<br>Banks, Mary v. Merck & Co., Inc.<br><br>**Docket No.**<br>2:06-cv-02214<br><br>**Russ Herman disc:**<br>    PPFs ?                                No<br>    Medical records?              No |

Exhibit A

**Claimant:**
    Campbell, Lerene

**Address (Claimant or Counsel):**
    Lerene Campbell
    Pro Se
    1599 NW 43 Avenue, #205
    Lauderhill, FL 33313

**Case Caption:**
Campbell, Lerene v. Merck & Co., Inc.

**Docket No.**
2:08-cv-00875

**Russ Herman disc:**
    PPFs ?    No
    Medical records?    No

---

**Claimant:**
    Gros, Cheryl

**Address (Claimant or Counsel):**
    Donald Melancon
    Law Offices of Donald J. Melancon
    123 Dorgenois Street
    New Orleans, LA 70119

**Case Caption:**
Gros, Cheryl D. v. Merck

**Docket No.**
2:08-cv-05128

**Russ Herman disc:**
    PPFs ?    No
    Medical records?    No

---

**Claimant:**
    Germany, Severla A.

**Address (Claimant or Counsel):**
    Thomas M. Corea
    The Corea Firm, PLLC
    1111 Brickell Avenue
    Suite 1100
    Miami, Florida 33131

**Case Caption:**
Alaniz, Oralia F. v. Merck & Co., Inc.

**Docket No.**
2:06-cv-10281

**Russ Herman disc:**
    PPFs ?    Yes
    Medical records?    No

---

**Claimant:**
    Harris, Darlene R.

**Address (Claimant or Counsel):**
    Darlene R. Harris
    Pro Se
    302 Roesch Ave, Apt 5
    Buffalo, NY 14207-1344

**Case Caption:**
Blackmon, Syrrita v. Merck & Co., Inc.

**Docket No.**
2:06-cv-01210

**Russ Herman disc:**
    PPFs ?    Yes
    Medical records?    Yes

Exhibit A

**Claimant:**
    Haynes, James R.

**Address (Claimant or Counsel):**
    Christopher Schnieders
    Wagstaff & Cartmell
    4740 Grand Avenue, Suite 300
    Kansas City, MO 64112

**Case Caption:**
Jenkins, Ruth v. Merck & Co., Inc.

**Docket No.**
2:05-cv-04054

**Russ Herman disc:**
    PPFs ?    Yes
    Medical records?    No

---

**Claimant:**
    Jackson, Mary L.

**Address (Claimant or Counsel):**
    Thomas M. Corea
    The Corea Firm, PLLC
    1111 Brickell Avenue
    Suite 1100
    Miami, Florida 33131

**Case Caption:**
Alaniz, Oralia F. v. Merck & Co., Inc.

**Docket No.**
2:06-cv-10281

**Russ Herman disc:**
    PPFs ?    Yes
    Medical records?    No

---

**Claimant:**
    Hubner, Jo Anna M.

**Address (Claimant or Counsel):**
    Thomas M. Corea
    The Corea Firm, PLLC
    1111 Brickell Avenue
    Suite 1100
    Miami, Florida 33131

**Case Caption:**
Alaniz, Oralia F. v. Merck & Co., Inc.

**Docket No.**
2:06-cv-10281

**Russ Herman disc:**
    PPFs ?    No
    Medical records?    No

---

**Claimant:**
    Jacobs, Bonnie L.

**Address (Claimant or Counsel):**
    Thomas M. Corea
    The Corea Firm, PLLC
    1111 Brickell Avenue
    Suite 1100
    Miami, Florida 33131

**Case Caption:**
Alaniz, Oralia F. v. Merck & Co., Inc.

**Docket No.**
2:06-cv-10281

**Russ Herman disc:**
    PPFs ?    Yes
    Medical records?    No

Exhibit A

**Claimant:**
    Jensen, Jennifer K.

**Address (Claimant or Counsel):**
    Christopher Schnieders
    Wagstaff & Cartmell
    4740 Grand Avenue, Suite 300
    Kansas City, MO 64112

**Case Caption:**
Jensen, Jennifer v. Merck & Co., Inc.

**Docket No.**
2:05-cv-05150

**Russ Herman disc:**
    PPFs ?    Yes
    Medical records?    No

---

**Claimant:**
    Lawrence, Clinita K.

**Address (Claimant or Counsel):**
    Sheryl Berkowitz
    Law Offices of Robert J
Fenstersheib & Associates
    520 W. Hallandale Beach Blvd.
    Hallandale, Fl 33009

**Case Caption:**
Lawrence, Clinita v. Merck & Co., Inc.

**Docket No.**
2:08-cv-04904

**Russ Herman disc:**
    PPFs ?    No
    Medical records?    No

---

**Claimant:**
    Kollin, Jean M.

**Address (Claimant or Counsel):**
    Jean M. Kollin
    Pro Se
    15160 Sandlehaven Drive
    Middleburg Heights, OH 44130

**Case Caption:**
Allen, Marie v. Merck & Co., Inc.

**Docket No.**
2:06-cv-02220

**Russ Herman disc:**
    PPFs ?    Yes
    Medical records?    Yes

---

**Claimant:**
    Madlock, Janice S.

**Address (Claimant or Counsel):**
    Thomas M. Corea
    The Corea Firm, PLLC
    1111 Brickell Avenue
    Suite 1100
    Miami, Florida 33131

**Case Caption:**
Alaniz, Oralia F. v. Merck & Co., Inc.

**Docket No.**
2:06-cv-10281

**Russ Herman disc:**
    PPFs ?    Yes
    Medical records?    No

Exhibit A

**Claimant:**
    Pacuilli, Deanna

**Address (Claimant or Counsel):**
    Thomas M. Corea
    The Corea Firm, PLLC
    1111 Brickell Avenue
    Suite 1100
    Miami, Florida 33131

**Case Caption:**
Alaniz, Oralia F. v. Merck & Co., Inc.

**Docket No.**
2:06-cv-10281

**Russ Herman disc:**
    PPFs ?    Yes
    Medical records?    No

---

**Claimant:**
    Terrill, Bette M.

**Address (Claimant or Counsel):**
    Chris Limberopoulos
    The Limberopoulos Law Firm, P.A.
    15421 N. Florida Avenue
    Tampa, FL 33613

**Case Caption:**
Terrill, Bette M. v. Merck & Co., Inc.

**Docket No.**
2:08-cv-03959

**Russ Herman disc:**
    PPFs ?    No
    Medical records?    No

---

**Claimant:**
    Polk, Phillip

**Address (Claimant or Counsel):**
    Thomas M. Corea
    The Corea Firm, PLLC
    1111 Brickell Avenue
    Suite 1100
    Miami, Florida 33131

**Case Caption:**
Alaniz, Oralia F. v. Merck & Co., Inc.

**Docket No.**
2:06-cv-10281

**Russ Herman disc:**
    PPFs ?    No
    Medical records?    No

---

**Claimant:**
    Thibault, Shannon

**Address (Claimant or Counsel):**
    Richard L. Hughes
    Hughes Law Office
    400 W. Capitol, Suite 1700
    Little Rock, AR  72201

**Case Caption:**
Thibault, Shannon v. Merck & Co., Inc.

**Docket No.**
2:08-cv-03572

**Russ Herman disc:**
    PPFs ?    No
    Medical records?    No

Exhibit A

**Claimant:**
    Vecchio, Teresa M.

**Address (Claimant or Counsel):**
    Teresa M. Vecchio
    Pro Se
    69 Lararack Avenue
    Lancaster, NY  14806

**Case Caption:**
Daluiso, Anna v. Merck & Co., Inc.

**Docket No.**
2:06-cv-01197

**Russ Herman disc:**
    PPFs ?                          Yes
    Medical records?          No

---

**Claimant:**
    Woodcock, Christine D.

**Address (Claimant or Counsel):**
    Christine D. Woodcock
    Pro Se
    714 88TH Street
    Niagra Falls, NY  14304

**Case Caption:**
Adams, Mary E. v. Merck & Co., Inc.

**Docket No.**
2:06-cv-02200

**Russ Herman disc:**
    PPFs ?                          No
    Medical records?          No

---

**Claimant:**
    Wodowski, Michael

**Address (Claimant or Counsel):**
    Joy Ellen  Miserendino
    Miserendino, Celniker, Seegert, & Estoff, P.C.
    964 Ellicott Square
    295 Main Street
    Buffalo, NY  14203

**Case Caption:**
Wodowski, Michael v. Merck & Co., Inc.

**Docket No.**
2:08-cv-04559

**Russ Herman disc:**
    PPFs ?                          No
    Medical records?          No

---

**Claimant:**
    Yuckert, Toni M.

**Address (Claimant or Counsel):**
    Lawrence  Baron
    Baron Law Firm
    1515 SW Fifth Avenue, Suite 808
    Portland, OR 97201

**Case Caption:**
Yuckert, Toni v. Merck & Co.

**Docket No.**
2:08-cv-01042

**Russ Herman disc:**
    PPFs ?                          No
    Medical records?          No

Exhibit A