# Lawyers Settle... for Temp Jobs

## As Clients Seek to Cut Costs, the Field of 'Contract' Attorneys Expands

By Vanessa O'Connell

When he decided to become a lawyer, Jose Aponte followed a familiar path: He took the LSAT, spent more than $100,000 on law school, took a grueling bar exam and paid for continuing education.

But the work the 37-year-old New York lawyer, a graduate of American University's Washington College of Law, is getting is a far cry from the stable, lucrative type he originally envisioned.

Mr. Aponte is part of a growing field of itinerant "contract" attorneys who move from job to job, getting paid by the hour, largely to review documents for law firms and corporate clients. These short-term jobs, which can pay as little as $15 an hour, have increasingly become a fixture in the $100 billion global corporate legal industry as law firms and clients seek to lower their costs.

This new "third tier" of the legal world illustrates the commoditization of the legal profession, which once offered most new entrants access to prestige and power, as well as a professional lifestyle. It also shows how post-recession belt-tightening is permanently altering some professions.

For 10 to 12 hours a day—and sometimes during graveyard shifts—contract attorneys such as Mr. Aponte sit silently in a big room, at rows of computer monitors. Each lawyer reads thousands of documents online and must quickly "code" every one according to its relevance in litigation or an investigation.

Supervisors discourage talking and breaks are limited. The computer systems count each lawyer's speed. Some law firms use their own contract attorneys, while others hire them through third-party agencies.

The increasing reliance on temporary workers comes as the industry continues to struggle from a downturn that has produced a glut of unemployed U.S. lawyers, including crops of indebted recent law school graduates. About 10% of all private practice jobs accepted by last year's law school graduates were reported as temporary, a steady increase from 5.4% in 2007, according to the National Association for Law Placement.

To make a living, Mr. Aponte, who works for a variety of agencies, must scramble for the next gig. He has worked for as little as $33 an hour and has endured up to seven months' unemployment. The duration of a job is unpredictable. "A case can settle at any time. One night they'll



Jose Aponte, an attorney in New York, works for temp agencies and has been paid as little as $33 an hour.

### Stacking Up
Average hourly wages for selected occupations in the New York City metropolitan area



| Manicurist/ Pedicurist | Taxi driver/ Chauffeur | Preschool teacher | Graphic designer | Contract attorney* | Registered nurse | Accountant | Lawyer | Anesthesiologist |
|---|---|---|---|---|---|---|---|---|
| $10.74 | $14.39 | $19.43 | $28.18 | $25-30 | $38.50 | $42.11 | $74.35 | $108.04 |

*Average 2011 rates for English-language document review work.
Sources: U.S. Labor Dept. Occupational Employment survey (May 2010); The Posse List (Contract attorney figure)

Please turn to the next page



EXHIBIT 1

# As Law Firms Cut Costs, Some Turn to Temps

Continued from the prior page
call you, and the next day the project ends," he says.

A typical contract lawyer with an average flow of work can make $40,000 to $50,000 annually, according to Veronica Maldonado, a contract attorney in Chicago. That compares with an average starting salary of $160,000 for associates at some of the big corporate law firms in New York.

Temporary legal staffing in the U.S. is projected to increase by 25% cumulatively over the next two years, according to Staffing Industry Analysts, a temp-industry tracking group. The hourly rates that temp agencies charge for contract attorneys are just a fraction of what a first-year associate at a big law firm typically bills per hour.

Large firms are billing $325 to $550 for an hour's work this year by freshman associates, while smaller firms bill them as low as $100, according to research firm Valeo Partners. Temp staffing agencies, in contrast, might bill around $50 an hour or less for document review work by contract attorneys.

There is no count of the total number of lawyers working as contract lawyers. The Posse List, a clearinghouse for contract-lawyer job postings, has more than 18,000 registered U.S. users seeking work as temp attorneys, up from 11,000 in 2009.

More than a third of top legal officials at 876 companies said they used contract attorneys in the previous fiscal year, according to a June survey for The Wall Street Journal by the Association of Corporate Counsel, a bar association for in-house lawyers.

Dozens of corporate law firms including **Wachtell, Lipton, Rosen & Katz, Cravath, Swaine & Moore LLP,** and **Davis Polk & Wardwell LLP,** are turning to staffing agencies such as **De Novo Legal** and **Hudson Highland Group Inc.,** for document

> A contract lawyer can make $50,000 a year, compared to $160,000 to start at a big law firm.

review, sometimes at the behest of cost-conscious corporate clients. Spokesmen for Wachtell and Davis Polk said they couldn't immediately comment. Cravath declined to comment.

At De Novo Legal, founded 11 years ago, document review work, by hours, was up more than 40% so far this year, said CEO Robert Singer. It has document review centers in Atlanta, Washington, D.C., New York, Dallas and Houston.

The Posse List said it saw a 66% increase in document review job postings this year.

AT&T Inc.'s proposed acquisition of T-Mobile USA alone has resulted in the use of 200 contract lawyers, it said. Both companies declined to comment.

Many lawyers turned to temporary work after losing full-time jobs. Deania Marie Jackson, 52, was laid off as general counsel of a small company in 2007, but figures she may be able to make $65,000 to $80,000 from document review projects this year.

"The pool of candidates willing to work as contract attorneys is bigger this year than it ever has been," says Mark Yacano, executive vice president at Hudson Legal, which has 10 project facilities around the country, including St. Louis, where lawyers are willing to work on a temp basis for hourly pay in the low $20s. Hudson Legal is a part of Hudson Highland.

For the lawyers themselves, the short-term jobs can sometimes come with medical coverage but they offer little chance of advancement. Some document reviewers also believe they become stigmatized.

Chevita Phifer, 26, has worked in Charlotte, Moyock, N.C., New York and Los Angeles at regular rates of $20 to $40 an hour. Ms. Phifer, a 2009 graduate of Southern University Law Center, recently overheard a law firm attorney refer to her as a "coder." A term, she says, she doesn't like.

## New Work Rules for Temp Lawyers

The terms of temporary contract attorney work are becoming more stringent, with recent jobs capping the number of hours attorneys can work each week, ensuring they don't get overtime pay, for instance. Others pay rates based on a lawyer's average speed and efficiency.

In the past year, two law firms have been sued over issues concerning temp attorneys.

**Labaton Sucharow LLP** was sued last year in federal court in Manhattan by a temp lawyer alleging the plaintiff firm violated federal labor laws by failing to pay overtime. Labaton had argued the temp lawyer was exempt from overtime obligations. But the plaintiff's theory was that, in the work of document review, the temp wasn't acting as a lawyer. The case was settled, but the terms weren't disclosed.

"Our law firm was in compliance with federal and state laws governing overtime," a Labaton spokeswoman said.

One example of the scope of Labaton's use of contract lawyers comes in an unrelated class-action case against Countrywide Financial Corp. In that case, more than 100 contract attorneys at Labaton were paid roughly $32 an hour for their work in a case against Countrywide, according to contract lawyers and a spokeswoman for the law firm. In Labaton's late 2010 fee application to the court, the law firm listed the "document review" work at $275 to $325 an hour. The judge approved its fee request, based on a formula the law firm negotiated with its clients at the start of the case.

"While it is common for some law firms to bill associates time at a rate greater than associates are actually paid, in this case our fee was totally based on the amount recovered and when and not based upon the amounts we paid to any attorneys including short term attorneys," a Labaton spokeswoman said.

A lawsuit filed June 2 in a state court in Los Angeles by a former client of **McDermott Will & Emery**, cited the law firm's use of contract attorneys in a legal malpractice lawsuit. The suit alleged that law firm didn't thoroughly review the work of contract attorneys it hired, and accused the law firm of unlawfully marking up their costs by an undisclosed amount.

"The firm did nothing improper and no harm has been sustained," Alan S. Rutkoff, partner and general counsel for McDermott, said. He declined further comment.

—*Vanessa O'Connell*