THE LAW OFFICES OF
## DANIEL E. BECNEL, JR.
ATTORNEYS AND COUNSELORS AT LAW
106 WEST SEVENTH STREET
P. O. DRAWER H
RESERVE, LOUISIANA 70084

TELEPHONE NO. (504) 536-1186
FACSIMILE NO. (504) 536-6445
email address: dbecnel@gulfsouth.verio.com

DANIEL E. BECNEL, JR.*
DANIEL E. BECNEL, III
DARRYL J. BECNEL
LYNN E. SWANSON

*ALSO ADMITTED IN COLORADO

NOTARIES PUBLIC

LaPLACE OFFICE:
425 WEST AIRLINE HIGHWAY
SUITE B
LaPLACE, LOUISIANA 70068
AREA CODE 504
651-6101
652-3643
652-3668
FAX NO. 651-6104 EXT. 108

November 5, 1998

**CERTIFIED MAIL NO. Z 207 999 491**

Mr. Skipper M. Drost
Attorney at Law
One Lakeshore Drive, Suite 100
Lake Charles, LA 70629

Re: Your File No. 98-1159
    Kenneth Gregory Todd &
    Rebecca Fleming Todd

Dear Mr. Drost:

Enclosed please find the Collateral Mortgage Note in reference to the above captioned matter.

Very cordially yours,

Daniel E. Becnel, Jr.
Attorney at Law

DEBJr/ks
Enclosure


EXHIBIT 2

THE LAW OFFICES OF
# DANIEL E. BECNEL, JR.
ATTORNEYS AND COUNSELORS AT LAW
106 WEST SEVENTH STREET
P. O. DRAWER H
RESERVE, LOUISIANA 70084

DANIEL E. BECNEL, JR.*
DANIEL E. BECNEL, III
DARRYL J. BECNEL
LYNN E. SWANSON

*ALSO ADMITTED IN COLORADO

TELEPHONE NO. (504) 536-1186
FACSIMILE NO. (504) 536-6445
email address: dbecnel@gulfsouth.verio.com

NOTARIES PUBLIC

LaPLACE OFFICE:
425 WEST AIRLINE HIGHWAY
SUITE B
LaPLACE, LOUISIANA 70068
AREA CODE 504
651-6101
652-3643
652-3668
FAX NO. 651-6104 EXT. 108

November 5, 1998

**CERTIFIED MAIL NO. Z 207 999 491**

Mr. Skipper M. Drost
Attorney at Law
One Lakeshore Drive, Suite 100
Lake Charles, LA 70629

    Re:    Your File No. 98-1159
            Kenneth Gregory Todd &
            Rebecca Fleming Todd

Dear Mr. Drost:

      Enclosed please find the Collateral Mortgage Note in reference to the above captioned matter.

                                                Very cordially yours,

                                                Daniel E. Becnel, Jr.
                                                Attorney at Law

DEBJr/ks
Enclosure



EXHIBIT 2

**SKIPPER M. DROST**
**ATTORNEY AT LAW**
**ONE LAKESHORE DRIVE, SUITE 100**
**LAKE CHARLES, LA 70629**
PHONE: (318) 436-4546   FAX: (318) 436-3091

Date: 11/4/98
To: Daniel E. Becnel
106 W. 7th St.
Reserve, La. 70084
Re: Kenneth G. Todd        Our File No. 98-1159
Loan #_____

To Whom It May Concern:

Enclosed is our office Check No. 11544 in the amount of $ 92,125.04 which represents the payoff for the above referenced client. *Please forward the paid note to the following address to effect cancellation:*

SKIPPER M. DROST
ONE LAKESHORE DRIVE, SUITE 100
LAKE CHARLES, LA 70629

All other documents and/or refunds may be forwarded to the client at:

✓   1.   Their Present Address

____   2.   Their New Address of:

_____

_____

Should you have any questions, please do not hesitate to contact our office.

Sincerely,

SKIPPER M. DROST

SMD/
Enclosure(s)

**SKIPPER M. DROST - ATTORNEY AT LAW**

011544

```
     Check Number: 11544
             Date: 11-04-98
  File ID / Number: 98-1159                              TAC: RE
  Client / Matter: TODD/KENNETH GREGORY/REBECCA ANN FLEMING
   Ledger Comment: 1900 23RD STREET/LAKE CHARLES LA 70601
Responsible Party: K DIETZ


           Pay to: DANIEL E. BECNEL, JR.
             Memo: Payoff 1st mortgage


     Check Amount: $92,125.04
```

ORIGINAL DOCUMENT IS PRINTED ON CHEMICAL REACTIVE PAPER & HAS A MICROPRINTED BORDER

**SKIPPER M. DROST**
ATTORNEY AT LAW
TRUST ACCOUNT
ONE LAKESHORE DRIVE   SUITE 100
LAKE CHARLES, LOUISIANA 70629

HIBERNIA NATIONAL BANK
LAKE CHARLES, LOUISIANA

14-9 / 650

**011544**

NO. 11544
98-1159
Payoff 1st mortgage

--- Ninety Two Thousand One Hundred Twenty Five and 04/100 ------------------------- Dollars

| DATE | AMOUNT |
|---|---|
| 11-04-98 | $*****92,125.04 |

PAY TO THE ORDER OF   DANIEL E. BECNEL, JR.

*Lisa L. Guiot*
AUTHORIZED SIGNATURE

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑈011544⑈ ⑆065000090⑆ 060 26⑊2830 2⑈

COLLATERAL MORTGAGE           UNITED STATES OF AMERICA

BY                            STATE OF LOUISIANA

KENNETH GREGORY TODD &        PARISH OF CALCASIEU
REBECCA FLEMING TODD

BE IT KNOWN, that on this, the 27th day of February, in the year of Our Lord, One Thousand, Nine hundred and Ninety-two;

BEFORE ME, Barry J. Landry, a Notary Public, duly commissioned, qualified and sworn within and for the Parish of St. John the Baptist, State of Louisiana, therein residing, and in the presence of the witnesses hereinafter named and undersigned, personally came and appeared.

REBECCA FLEMING TODD, wife of/and KENNETH GREGORY TODD, who after being duly sworn, declared unto me, Notary, that they have been married but once and then to each other, and that they are living and residing together in community.

who declared unto me, said Notary, that, desiring to secure funds from any person, firm or corporation willing to loan same; and for such purpose said mortgagor does by these presents declare and acknowledge a debt in the sum of ONE HUNDRED THOUSAND NO/100 ($100,000.00) DOLLARS and to evidence such indebtedness, has executed, under date of the presents, one (1) promissory note for the said sum of ONE HUNDRED THOUSAND AND NO/100 ($100,000.00) DOLLARS made payable to bearer, due on demand to DANIEL E. BECNEL, JR. which said note stipulates to bear interest at the rate of EIGHT AND ONE-HALF (8.5%) percent per annum from date until paid and twenty-five (25%) percent attorney's fees, which said note, after having been paraphed "Ne Varietur" by me, Notary, for identification herewith, was delivered to the said mortgagor, who acknowledges the receipt thereof, and said mortgagor further declared that said note would be negotiated for the purpose of raising funds as heretofore stated, and said mortgagor does by these presents acknowledge to be indebted unto any future holder or holders of said note in the full amount thereof, together with interest, attorney's fees, insurance premiums, taxes and costs, if any should accrue.

In case the said note should be placed in the hands of an attorney at law to institute legal proceedings to recover the amount thereof or any part thereof, in principal or interest, or to protect the interests of the holder or holders thereof, or in case the same should be placed in the hands of an attorney for collection, compromise or other action, the mortgagor hereby agrees to pay the fee of the attorney who may be employed for that purpose, which fee is hereby fixed at twenty-five (25%) percent on the amount due or sued for or claimed or sought to be protected, preserved or enforced.

And that the said mortgagor by these presents, consent agree and stipulate that in the event the said note or any interest thereon is not punctually paid at maturity or upon the mortgagor's suspension of business, failure or insolvency of upon the application for the said mortgagor's adjudication in bankruptcy of upon the application by or against said mortgagee for a respite, assignment or receivership or in the event of the mortgagor's failure to comply with any obligation by said mortgagor herein undertaken, anything herein contained to the contrary notwithstanding, it shall be lawful for the said mortgagor does hereby authorize the then holder or holders of the said note without making a demand or putting said mortgagor in default, putting in default being hereby expressly waived, to cause all and singular the property herein mortgaged and hereinabove described to be seized and sold under executory process or any other legal process at option of the holder or holders of said note. The said mortgagor especially waives the benefit of any and all laws or parts of laws relative to the appraisement of property seized and

sold under executory or other legal process and consents that said property be sold without appraisement to the highest bidder for cash or on such terms as the plaintiff in such proceedings may direct.

Possession of said note at any time by the said mortgagor herein shall not in any manner, extinguish the said note or the present mortgage securing payment thereof, but the said note from time to time and as often as convenience may require without in any manner extinguishing or affecting the obligation of said note or the security of this mortgage.

And the said mortgagor further agrees that in the event any proceedings are taken under this mortgage by way of executory process or otherwise, any and all declarations of the facts made by authentic act before a notary public and in the presence of two witnesses by a person declaring that such facts lie within his knowledge, shall constitute authentic evidence of such facts of the purposes of executory process.

Said mortgagor hereby promises and agrees to keep the buildings and improvements on the above described property constantly insured against risk of loss by fire, wind, storm or tornado, in solvent insurance companies up to the full insurable value of the buildings and improvements thereon, and to transfer the policies of insurance value of the insurance to the holder or holders of said note and hereby authorizes the holder or holders of said note in the event of a default with regard to said insurance, to cause said insurance to be effected at the cost of said mortgagor, at the ten current rates, not to exceed five (5%) percent, and the reimbursement of all sums paid for that purpose shall be secured by the privilege and mortgage aforesaid. But this clause is not to be taken as making it obligatory upon the holder or holders of said note to cause insurance to be effected upon the default of said mortgagor, or as imposing any liability upon the holders or holders of said note for failure so to do.

The mortgagor declares that the taxes that are due on the property have been prorated between the buyer and the seller for the year 1992, and that same have been paid up to and including the year 1991 and tax researches are hereto annexed. And said mortgagor hereby agrees to pay all subsequent taxes as they shall become due and exigible, and hereby authorizes the holder or holders of said note in the event of a default with regard to said taxes, to cause said taxes to be paid at the costs of said mortgagor and the reimbursement of all sums paid for that purpose shall be secured by the privilege and mortgage aforesaid.

Now, in order to secure the payment of the said indebtedness evidenced by the said note, together with all interest, attorney's fees, premiums of insurance, taxes and costs, the said mortgagor does, by these presents, specially mortgage, affect and hypothecate unto and in favor of any future holder or holders of said note, whether the same be held as an original obligation or in pledge, the following described property, to-wit:

> LOT SIX (6) and the west three (3') feet of LOT SEVEN (7) of BLOCK 101 of OAK PARK ADDITION NO. 13, a subdivision in teh City of Lake Charles, Louisiana, as per plat recorded in Plat Book 17, page 57 of the Records of Calcasieu Parish, Louisiana, together with all buildings and improvements situated thereon.

Said property to remain so specially mortgaged, affected and hypothecated unto and in favor of any future holder or holders of said note until the full and final payment thereof, said mortgagor being hereby obligated not to sell, alienate, deteriorate or otherwise encumber the said property to the prejudice of this act, and not to permit or suffer the same to be sold, alienated, deteriorated or encumbered.

The maximum amount for which this act of mortgage shall be determined to secure the obligations of the mortgage as herein stipulated to reimburse any holder or holders of said note the amounts paid for premiums of insurance and/or taxes as aforesaid, is hereby fixed at twenty (20%) percent of the face value of said note.

The mortgagor hereby declares that the property herein mortgaged stands registered in the names of the mortgagor and that it has not been heretofore alienated by said mortgagor, and that there are not mortgages, lien or encumbrances of record against the said property whatsoever.

The mortgagor declares that in the United States Courts there are no judgments, general or particular, of record against said mortgagor.

And now to these presents, personally came and appeared DANIEL E. BECNEL, JR. a person of the full age of majority and a resident of the Parish of St. John the Baptist, State of Louisiana, who on behalf of any future holder or holders of said note hereby accepts this act of mortgage.

The said REBECCA FLEMING TODD, wife of/and KENNETH GREGORY TODD, declared that in favor of DANIEL E. BECNEL, JR. mortgagee herein and of all future holder or holders of the said note secured hereby, as regards the property herein mortgaged, he waives any and all homestead exemptions to which he is or may be entitled under the constitution and law of the State of Louisiana and they hereby confess judgment in favor of DANIEL E. BECNEL, JR., mortgagee herein and of all future holder or holders of said note in the full amount of all sums secured by this collateral mortgage, including but not limited to, attorney's fees of twenty-five (25%) percent of the sums due under the note.

THUS DONE AND PASSED, in my office at LaPlace, Louisiana, on the day, month and year herein above first written, in the presence of the undersigned good and competent witnesses, who hereunto sign their names with the said appearers, and me, Notary after reading of the whole.

WITNESSES:

_Johnette Argello_

_Madelyn G. Carlin_

APPEARERS:

_Kenneth Gregory Todd_
KENNETH GREGORY TODD

_Rebecca Fleming Todd_
REBECCA FLEMING TODD

_Daniel E. Becnel, Jr._
DANIEL E. BECNEL, JR.

_Barry J. Landry_
BARRY J. LANDRY
NOTARY PUBLIC

STATE OF LOUISIANA: OFFICE OF THE CLERK OF
PARISH OF CALCASIEU: COURT 14th JUDICIAL DIST.
I HEREBY CERTIFY, That the above and foregoing is a true and
correct copy of *Collateral Mortgage* filed for
record the _13_ of _Mar_, 19_92_ bearing file
No. _2121838_ IN TESTIMONY WHEREOF, Witness my
official signature and seal at Lake Charles, La., on this _13_
day of _March_ A. D. 19_92_.

_Jeanie Beaver_
Deputy Clerk of Court

## COLLATERAL MORTGAGE NOTE

AMOUNT: $<u>100,000.00</u>         <u>LaPlace</u>, Louisiana, <u>February</u>, 19<u>92</u>

ON DEMAND AFTER DATE, <u>WE</u> PROMISE TO PAY TO THE ORDER OF BEARER THE SUM OF

<u>ONE HUNDRED THOUSAND AND NO/100 --------------------------------------</u>DOLLARS

For value received, negotiable and payable, with interest from date at the rate of <u>8.50</u> per cent annum, at the office of <u>Daniel E. Becnel, Jr.</u> <u>P.O. Drawer H, Reserve, Louisiana 70084</u>

The makers, endorsers, guarantors, and sureties hereby severally waive presentment for payment, demand, protest and notice of protest and non-payment, and also all pleas of division and discussion. This note may be extended without notice and without affecting the liabilities of any of the parties hereto.

Should this note not be paid at maturity or when due or demandable, as herein provided, any and all money, stocks, bonds, or other securities or property of any nature whatsoever on deposit with or held by, or in possession of said bank as collateral or otherwise, to the credit or for account of the makers, endorsers or other parties hereto or any of them, may at the option of the bank, be applied forthwith to the payment of this note. If this note be placed in the hands of an attorney for collection or compromise or for any other reason the makers, endorsers, guarantors, and sureties and each of them hereby agree to pay the fees of such attorney, which are hereby fixed at twenty-five (25%) per cent of the amount then due on this note with interest and all costs.

It is hereby agreed that if default be made in the payment of the principal sum hereinabove mentioned, or any installment thereof, or any interest thereon, as above described, or if default be made in the performance of or compliance with the covenants and conditions of said mortgage securing this note, then, in any or all such events, the entire amount of the principal of this note with all interest then accrued, shall at the option of the holder or holders of this note, become and be due and collectible on the conditions as provided expressly in said mortgage, time being of the essence of this agreement. The makers, endorsers, guarantors and sureties hereby specifically agree that they are liable jointly, severally and in solido unto the bearer of this note for the full amount of principal, interest, attorney's fees and all costs.

"NE-VARIETUR"

To identify with an Act of Collateral Mortgage passed before me on this <u>29th</u> day of <u>February</u>, 19<u>92</u>.

_Barry J. Landry_
NOTARY PUBLIC
BARRY J. LANDRY

_Kenneth Gregory Todd_
KENNETH GREGORY TODD

_Rebecca A. Fleming Todd_
REBECCA FLEMING TODD