Daniel E. Becnel, Jr.

From: John Restaino [jrestaino@lopez-hodes.com]
Sent: Thursday, August 25, 2005 2:46 PM
To: Nan Parfitt; russ@abney.us; jostrom@abrahamwatkins.com; Cvtisi@aol.com; baylstock@aws-law.com; andy.birchfield@beasleyallen.com; paul.sizemore@beasleyallen.com; dbecnel@becnellaw.com; myefimenko@burgsimpson.com; James Green; Jennifer Orendi; jgocallahan@girardikeese.com; carlenelewis@goforthlewis.com; shellysanford@goforthlewis.com; LDavis@hhkc.com; rherman@hhkc.com; mblynch@jrhooperlaw.com; mark.hoffman@klinespecter.com; egarrison@lawjvf.com; DARBITBLIT@lchb.com; pkaufman@levinlaw.com; vbuchanan@levinlaw.com; flonger@lfsblaw.com; MWeinkowitz@lfsblaw.com; bblack@locklaw.com; Cynthia Garber; Jennifer L. Thompson; jjacobs@murray-lawfirm.com; John Restaino BlackBerry; hornbeck@outlawnet.com; mjw13@qwest.net; Twacker@rcrlaw.net; dreich@reichandbinstock.com; RBWalburn@rkmc.com; cseeger@seegerweiss.com; dbuchanan@seegerweiss.com; mparf@aol.com
Subject: Vio

Please see attached the latest Vioxx MDL Generic Expert Witness chart based upon yesterday's 3.5 hour conference call.

Please review carefully for errors, additions, subtractions and advise me of the same.

Well run call Michelle. Thank you.

John


From: Nan Parfitt [mailto:Nparfitt@dc.ashcraftlaw.com]
Sent: Tue 8/23/2005 4:10 PM
To: russ@abney.us; jostrom@abrahamwatkins.com; Cvtisi@aol.com; baylstock@aws-law.com; andy.birchfield@beasleyallen.com; paul.sizemore@beasleyallen.com; dbecnel@becnellaw.com; myefimenko@burgsimpson.com; James Green; Jennifer Orendi; jgocallahan@girardikeese.com; carlenelewis@goforthlewis.com; shellysanford@goforthlewis.com; LDavis@hhkc.com; rherman@hhkc.com; mblynch@jrhooperlaw.com; mark.hoffman@klinespecter.com; egarrison@lawjvf.com; DARBITBLIT@lchb.com; pkaufman@levinlaw.com; vbuchanan@levinlaw.com; flonger@lfsblaw.com; MWeinkowitz@lfsblaw.com; bblack@locklaw.com; Cynthia Garber; John Restaino; Jennifer L. Thompson; jjacobs@murray-lawfirm.com; John Restaino BlackBerry; hornbeck@outlawnet.com; mjw13@qwest.net; Twacker@rcrlaw.net; dreich@reichandbinstock.com; RBWalburn@rkmc.com; cseeger@seegerweiss.com; dbuchanan@seegerweiss.com
Cc: MParf@aol.com; Nan Parfitt
Subject: Vioxx Conference Call/MDL Experts

Good evening,

In preparation for tomorrow's call at 12:00 PM EST (11:00 AM Central, 10:00 AM Mountain, 9:00 AM Pacific), I have attached two confidential documents regarding potential experts.

The "call in" number is: 1-866-335-8905
Call ID/Passcode: 762868

If you have any questions, please do not hesitate to contact me.

Thanks,
Nan


8/25/2005


EXHIBIT 5

Nan Parfitt
Paralegal to Michelle A. Parfitt and James F. Green
Ashcraft & Gerel, L.L.P.
2000 L Street, N.W.
Suite 400
Washington, DC  20036

202-733-6400

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments,
may contain confidential and privileged information either as protected
work product or confidential client information. Any unauthorized
review, use, disclosure or distribution is prohibited.  If you are not
the intended recipient, please contact the sender by reply e-mail and
destroy all copies of the original message.


_____ NOD32 1.1193 (20050812) Information _____

This message was checked by NOD32 antivirus system.
http://www.eset.com


_____ NOD32 1.1193 (20050812) Information _____

This message was checked by NOD32 antivirus system.
http://www.eset.com

8/25/2005

# Vioxx MDL Generic Expert Witnesses

## August 25, 2005

| Specialty / Name | Demographics | Retained | Notes | Plan | Handling Attorney |
|---|---|---|---|---|---|
| **Biostatistics** Richard Kronmall, PhD | Professor of Biostatistics at University of Washington. Approved as 1st level expert by Science Generic Expert subcommittee | Yes | Highly respected, even by defense. Looked at the APPROVe, VIGOR and Alzheimer data and believed it to be consistent especially regarding hypertension. | What needs to be done to get him Rule 26 ready? | Chris Tisi & Don Arbitbl |
| **Cardiology** | | | | | |
| **Clinical Trials** Curt Furberg, MD, PhD | Professor, Wake University. Approved as 1st level expert by Generic Expert Witness subcommittee pending his agreement to so testify | No | Extensive experience with clinical trials and litigation. Has published on the COX-2 inhibitors. | Michelle Parfitt and John Restaino to contact and ascertain extent of interest at this time | Michelle Parfitt & John Restaino |
| **Epidemiology** David Burns, MD | Epidemiologist, pulmonologist, University of San Diego. Possible 1st level expert, especially for pulmonary embolism cases. | | | What needs to be done to get him up to speed with the pertinent epidemiology? | Don Arbitbl |
| John Farquhar, MD, PhD | Professor Emeritus at Stanford. Approved as 1st level expert by Generic Expert Witness | Yes | Cardiologist/epidemiologist, linked cholesterol reduction with decreased CV events in the 1970's. Generic expert in the Diet Pill Litigation. | What needs to be done pre-Rule 26 report? | Don Arbitbl |

| Name | Affiliation | | Notes | Next Steps | Responsible |
|---|---|---|---|---|---|
| | subcommittee | | Prepared report in Baycol but there were no Daubert hearings. Is preparing a written report on Vioxx already. Age factor but shouldn't be problematic. Son was a tight end for the New Orleans Saints | | |
| Jerry Avorn, MD, ScD | Division, Pharmaco-epidemiology Harvard  Approved as 1st level expert by Science Committee Generic Expert Witness subcommittee | Yes | Well known, highly respected by the federal judiciary; Fact witness deposition September 8th. | Fact witness depo prep September 7th; Fact witness depo September 8th | John M. Restaino & Chris Tisi |
| Muhammad Mamdani, PharmD, MA, MPH | University of Toronto  Approved as POTENTIAL 1st level expert by Generic Expert Witness subcommittee | Yes | Conservative on his presentation. Has to explain some of his findings. As PharmD can opine re potential mechanisms of action | John Restaino, Don Arbitblit and Bert Black to conference call Dr. Mamdani | John M. Restaino & Carlene Lew |
| Wayne Ray, MD | Professor of Preventative Medicine, Vanderbilt - Pharmaco-epidemiologist  Approved as 1st level expert by Science Generic Witness subcommittee | Yes | Spent last couple of years on the COX-2 issues; has been deposed. Internationally respected. Opinions based upon published literature versus internal company documents; respected by Merck. His epidemiology study found no increased risk for the 25mg dose, OR <2.0. | What needs to be done pre-Rule 26 report? | Seeger Weiss Beasley Allen and Carlene Lewis |

| Name | Specialty | | Notes | Action | Assigned |
|---|---|---|---|---|---|
| | | | Addressed in his report as an observational study within inherent limitations. His opinions are based upon the totality of the studies. Should review the Ingenix draft? Will testify re mechanism also. | | |
| Harlan Krumholtz, MD | Cardic-epidemiologist, Yale University <br> Hold as 2nd level expert as per Generic Expert Witness subcommittee | | | Needs 'development' vis-à-vis reviewing studies and documents | Michelle Parfitt |
| Leon Gordis, MD, ScD | Dept. Epidemiology, Johns Hopkins School of Public Health <br> Hold off as an expert at this time | . Yes | Previous Chair of the Dept. of Epidemiology | Hold off on having him do anything now. | John M. Restaino |

### FDA Expert/Regulatory Affairs

| Name | Specialty | | Notes | Action | Assigned |
|---|---|---|---|---|---|
| George H. Ohye | Pharmaceutical Consultant specializing in all aspects of Regulatory Affairs (a.k.a. getting drugs approved). <br> Not discussed – status??? | | In 1998, he retired from Carter-Wallace, Inc. as Corporate Vice President, Compliance and Regulatory and member of the Corporate Officers Committee. Previously, he was Senior Vice President, Worldwide Regulatory Affairs with Johnson & Johnson's R.W. Johnson Pharmaceutical | Need to discuss with Ted | Ted Parr |

Case 2:05-md-01657-EEF-DEK   Document 63109-6   Filed 07/01/11   Page 6 of 12

| | | | | |
|---|---|---|---|---|
| | | Research Institute and also held concomitant position of Member, Board of Directors of Ortho-McNeil Pharmaceuticals of J&J. Prior to joining J&J, he was Vice President, Worldwide Drug Regulatory Affairs, Pharmaceutical Research & Development Division of Bristol-Myers Company. | | |
| Richard M. Kapit, MD, MPH | Psychiatrist, former medical office with the FDA – Division of Epidemiology, Office of Biostatistics and Epidemiology; President – MD-Writer, Inc. Possible 1st level expert by Generic Expert Witness subcommittee. | Reviewed applications to the FDA for psychiatric medications; Has reviewed more than 100 INDs | Looks and sounds very good and interesting – What do we use him for??? | Bert Black |
| Suzanne Parisian, MD, MPH | Private consultant with Medical Device Assistance 1st level expert by Generic Expert Witness subcommittee. | Ex-FDA medical officer – author of Inside and Outside the FDA; Areas of specialty includes product regulation by the Food & Drug Administration. Former Chief Medical Officer, ODE, CDRH, FDA. Board Certified & Fellow-Anatomic & Clinical Pathology. Experience in Office of Medical Examiner, | John Restaino needs to be contact, retained and brought up to speed ASAP | John Restaii |

| | | | | | |
|---|---|---|---|---|---|
| | | | AFIP. Experience in court (plaintiff and defendant), consults-US, and consulting for manufacturers regarding clinical trials and the FDA. | | |
| John Gueriguian, MD | Private consultant with Pharmagenesis <br> Possible 1st level expert | Yes | Ex-FDA medical officer; Generic expert in the Diet Pill litigation; testified and did well in the Rezulin litigation and has 'baggage' as a result. Well qualified to opine re role of FDA. | Chris Tisi, Michelle Parfitt and John Restaino need to discuss together re utilization of Dr. Gueriguian. | Chris Tisi/John Restaino |
| **Internal Medicine** | | | | | |
| A. Mark Fendrick, MD | Internist, Professor, Department of Internal Medicine, University of Michigan | | Retained by Merck and Pfizer in the past. Has agreed to be a non-litigating consultant on population-based research specifically as it pertains to Vioxx. | What do we do with him now? | Michelle Parfitt |
| **Nephrology** | | | | | |
| Dr. Donald Erwin, MD | Clinical Professor, Louisiana State University <br> Status as expert not discussed | | Past experience in both Rezulin and Welding Rods; has be Daubertized once before – need the opinion | Carlene – can you circulate a CV and advise as to what role you see him playing? | Carlene Lew |
| Nachtman Brautbar, MD | Internist & nephrologist, Clinical Professor at University of Southern California <br> Possible expert in medical toxicology and nephrology | | Extensive litigation experience; nephrology issues expert. Expert in toxicology | Has he been Daubertized? If so, with what results? | Danny Becn |
| **Neurology** | | | | | |

| Name | Affiliation | | | | |
|---|---|---|---|---|---|
| John Stirling Meyer, M.D. | Professor of Neurology Baylor College of Medicine; Director, Cerebrovascular Research Laboratory Michael E. DeBakey Veterans Affairs Medical Center <br> *Possible expert in neurology* | Yes | | We need to get him up to speed re stroke cases. What, if anything has been provided to him? | Danny Becn |
| Lawson F. Bernstein, Jr., MD | Assistant Professor of Psychiatry, Dept. Family Practice, University Pittsburgh School of Medicine | Yes | | What does he offer and bring to the table? Danny to report. | Danny Becn Yes |
| Ed Feldmann, MD | Professor of Neurology at Brown University <br> *Approved as 1st level expert by Science Generic Expert subcommittee* | Yes | Testified in the PPA MDL Daubert hearing; has survived every Daubert hearing attack to date. Testify on causation issues? Would like to review the underlying data from APPROVe and VIGOR for more strokes – rheumatologists made the original calls, not neurologists. | What do we need to provide him with to get him Rule 26 ready? | Michael Weinkowitz Michelle Parfitt |
| Pathology Colin Bloor, MD | Distinguished Professor of Pathology, UC San Diego <br> *May be 1st level expert as per Generic Expert* | Yes | Has international reputation as a 'cardiopathologist'. Will review medical records from Irvin case. | Has to be brought up to speed on Vioxx cardiopathology generically and the Irvin case specifically – John to provide generic material; Paul to | John M. Restaino |

| | Witness subcommittee | | | provide case specific materials | |
|---|---|---|---|---|---|
| Cyril Wecht, MD, JD | Coroner in Pennsylvania. Board certified in Anatomic, Clinical and Forensic Pathology and has performed approx. 15,000 autopsies and reviewed. May be 1st level expert as per Generic Expert Witness subcommittee | | Has testified for Danny for "thirty years". Testified in the Scott Peterson case. Contacted by media in Terry Schiavo case. 'Sample report': "eliminate confounding factors" – need him to say Vioxx was a contributing cause and exacerbated these risks. Used on 'Justice Files'. | Has to be brought up to speed on Vioxx cardiopathology generically and the Irvin case specifically – Danny to provide generic material; Paul to provide case specific materials | Danny Becn |
| Pharmacology Cecil Pace-Asciak, PhD | Professor Emeritus in the Department of Pharmacology, Faculty of Medicine, University of Toronto although his main appointment is at the Hospital's Research Institute in the Programme in Integrative Biology. Possible 1st level expert. Decision to be based upon what pharmacologist is selected for Pharmacology 101. | No | World-class expert in the area of eicosanoids, e.g., prostacyclin and thromboxane, having spent most of his career in this area, with research interest and activities in the chemistry, biochemistry and pharmacology of the prostaglandins and related substances. He has been credited with the discovery of what later became known as the prostacyclin pathway in the early 70s (a COX pathway) and more recently since the 80s with the hepoxilin pathway (a 12-LOX pathway). How much of 'real witness' can he be? Expert for Pharmacology 101?? Has he published on | We need to get him the pertinent generic materials to review and get up to speed. We need a conference call between Dr. pace-Asciak, John, Max, Paul and Mark.<br><br>What does he need to be brought up to speed? | John M. Restaino/ M: Yefimenkc |

| | | | | |
|---|---|---|---|---|
| | | Vioxx, COX-2-inhibitors, the class as a whole, prostacyclin and/or thromboxane? | | |
| Scott Rice, PhD, MD | Private practice clinician, North Carolina<br><br>Possible 1st level expert. Decision to be based upon what pharmacologist is selected for Pharmacology 101. | Expert in the field of pharmacology, Drug Safety, ADE Postmarket Surveillance, FDA Warning/Labeling issues. Formerly employed by Glaxo Smith Kline in their Drug Safety Surveillance - Pharmacology division. Expert for Pharmacology 101? Has he published on Vioxx, COX-2-inhibitors, the class as a whole, prostacyclin and/or thromboxane? | What does he need to be brought up to speed? | Michelle Parfitt |
| Augustine S. Aruna, Pharm.D.,FASCP | Professor of Clinical Pharmacy (Xavier University of Louisiana) Clinical Pharmacy Consultant (VA Medical Center) Xavier University of Louisiana College of Pharmacy 1 Drexel Drive New Orleans, LA 70125-1098<br><br>Possible 1st level expert. Decision to be based upon what | Afro-American - Expert Witness in Medical Malpractice Litigations. Has he published on Vioxx, COX-2-inhibitors, the class as a whole, prostacyclin and/or thromboxane? | What does he need to be brought up to speed? | Danny Becn |

| | | | | | |
|---|---|---|---|---|---|
| | pharmacologist is selected for Pharmacology 101. | | | | |
| Rheumatology | | | | | |
| Toxicology Martyn Smith, PhD | Toxicologist, U.C. Berkeley School of Public Health <hr> Approved as 1st level expert by Science Committee Generic Expert Witness subcommittee | | He has done a preliminary review of the Vioxx NDA and literature on pharmacokinetics - and he can offer testimony regarding the large degree of variability in the effective dose of Vioxx depending upon host factors such as hepatic insufficiency, older age, and variation in the level of enzymes needed to metabolize the drug. Testified in Rezulin in both California and federal court. Struck in federal court. Need Kaplan's decision. Not an expert on cardiovascular toxicology or mechanism of action. Would review the NDA and literature re presence of 'signals'. | What needs to be doe to get him 'Rule 26' ready? | Don Arbitbl |
| Daniel Acosta, PhD | Cellular toxicologist; Professor of Pharmacology and Toxicology, University of Cincinnati Medical Center <hr> Approved as 1st level expert by | Yes | Expertise in the areas of cardiovascular toxicology; has strong opinions re short-term exposure cases. Expert re drug metabolism and liver toxicity, adverse effects of pharmaceutical | What do we need to provide him to get him Rule 26 ready? | Danny Becn |

| | Generic Expert Witness subcommittees | | agents and issues related to the development of new drugs. Informal report written for Danny may be 'problematic'. | | |
|---|---|---|---|---|---|
| **Warnings Expert** John Gueriguian, MD | Private consultant with Pharmagenesis  Possible 1st level expert | Yes | Ex-FDA medical officer; Generic expert in the Diet Pill litigation; testified and did well in the Rezulin litigation and has 'baggage' as a result. Well qualified to opine re role of FDA. | Chris Tisi, Michelle Parfitt and John Restaino need to discuss together re utilization of Dr. Gueriguian. | Chris Tisi/John Restaino |
| Michael Snabes, MD, PhD | Associate Professor, Section of Reproductive Endocrinology and Infertility, University of Chicago  Probable 1st level expert; select few to go to Chicago to meet with him. | | Did Safety studies, Phase I – IV with other compound; published 'favorably' on rofecoxib – will have to address that issue with him. "Knows the players" as per Danny – could be very helpful re depos and cross-exam.  Medical Advisor Associate Director (COX-2 phases I-IV) Global Research and Development Inflammation, Arthritis, and Pain Pfizer, Inc., Skokie, Illinois  Medical Advisor, Associate Director (COX-2 phases I-IV), Clinical Research, Inflammation, Arthritis, and Pain Pharmacia, Inc, Skokie, Illinois | Need to meet with him. Danny to set up meeting and notify those he would like to attend meeting with him | Danny Becn |