## AFFIDAVIT

STATE OF LOUISIANA                                                        May 2, 2011

PARISH OF ST. JOHN THE BAPTIST

BEFORE ME, the undersigned authority, personally came and appeared:

CARLIS GRIFFIN

who being duly sworn, deposed and said:

I have worked in the legal field for approximately ten years in various cases including chemical explosions, train derailments and pharmaceutical cases. I have worked for the Becnel Law Firm, as well as was assigned to the Propulsid depository, first for Becnel and thereafter, for the PSC. Upon the conclusion of Propulsid, I was asked, because of my experience in the document depository, to assist running the Vioxx Depository in New Orleans. Because the Becnel Law Firm was involved in this litigation, Becnel again loaned me to the PSC to work there until my services were no longer needed.

In 2004, I again helped set up the document depository and was to assist Penny Herman in all administrative tasks related to Vioxx. Judge Fallon toured the document depository prior to its approval. Many of the same systems that were developed in the Propulsid depository, were utilized in the Vioxx depository. The Propulsid depository remained open for two additional years and since I lived in the River Parishes, I would check on that depository weekly, as well as go to the Vioxx depository every day in New Orleans.

Doing document review in the depository was the Becnel Law Firm who supplied eight people to work on a daily basis in the Vioxx depository. They were required to sign in and sign out. They had no other task or responsibility and worked on no other

EXHIBIT 6

case other than Vioxx. Very few other firms sent people to the document depository and when they were sent, they were sent for just a week at a time.

These lawyers were promised that if they reviewed documents, they would be assigned to assist in depositions, deposition notebooks and briefs. There was a complete series in classification of documents; "hot," "could be useful" and "relevant." No other law firm did as much work on Vioxx than did the Becnel Law Firm.

After Hurricane Katrina, the document depository closed from August to December, 2005. When the documents came from Texas after Hurricane Katrina, I organized the documents and made assignments to lawyers to review these documents. Once again, the Becnel Law Firm supplied most of the people to continue reviewing documents since many of the people were dealing with loss homes, offices and a disruption in their practices. The River Parishes was not affected by Hurricane Katrina except for a few days without electricity.

I remained working in the document depository until February of 2009. After Hurricane Katrina, Ms. Penny Herman did not return to the depository because she moved to Destin, lived in Destin, had a child and had major hip surgery before Hurricane Katrina. I was the person who basically ran the document depository before and after Hurricane Katrina. I was paid $1,820.00 per month.

_____
CARLIS GRIFFIN

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 2nd DAY
OF MAY, 2011

_____
NOTARY PUBLIC

Darryl J. Becnel, Notary Public
La. Bar # 22043
Attorney-at-Law
My commission is for life.