# Clinton Martin

| | |
|---|---|
| **From:** | Kristi Mullins [KMullins@browngreer.com] |
| **Sent:** | Thursday, March 03, 2011 11:52 AM |
| **To:** | Clinton Martin |
| **Subject:** | RE: Georgia West |
| **Attachments:** | Louise Young Release.pdf |

Right so, if there is no court appointed representative, all of the heirs will need to sign the Release so just be prepared to have them do that. I have attached a blank Release. They will need to sign as Releasor only (not as Derivative), unless they are named in the Complaint. Merck identified all Derivatives named in the underlying litigation and we should have that information. We have no derivatives listed other than George Wright, so it does not appear they should sign as Derivatives. I hope this helps. Let me know if you have any other questions.

Kristi

---

**From:** Clinton Martin [mailto:clinton@langstonlawyers.com]
**Sent:** Thursday, March 03, 2011 12:44 PM
**To:** Kristi Mullins
**Subject:** RE: Georgia West

Kristi,
There has been no orders appointing anyone at the moment. I am expecting the court to name many heirs at law and wrongful death beneficiaries to the estate. George Wright is the petitioner in the matter. Does that help? I apologize for not completely understanding the process. I got into this when 99% of the funds had been distributed to our firm, so finding out why any money has not arrived is quite an adventure for me. I appreciate your help.

*Clinton L. Martin*

Attorney at Law
Langston & Langston, PLLC
201 North President Street
Jackson, Mississippi 39201
Office (601)969-1356
Fax (601)968-3866

**NOTICE:** This email and any attachments may be confidential and protected by legal privilege.
If you are not the intended recipient, be aware that any disclosure, copying, distribution or use
of the email or any attachments is prohibited. If you have received this email in error, please
notify us immediately by replying to the sender and deleting this copy and the reply from your system.

---

**From:** Kristi Mullins [mailto:KMullins@browngreer.com]
**Sent:** Thursday, March 03, 2011 10:48 AM
**To:** Clinton Martin
**Subject:** RE: Georgia West

If one person is the court appointed Representative (probably George Wright here), all of the other heirs do nothing. If there is no court appointed representative, all of the heirs will need to sign a Release. I We should not need the death certificate.

---

**From:** Clinton Martin [mailto:clinton@langstonlawyers.com]
**Sent:** Thursday, March 03, 2011 11:33 AM

1


EXHIBIT
A

**To:** Kristi Mullins
**Subject:** RE: Georgia West

There are going to be a plethora of heirs at law for Louise Young. Is this going to present a problem? Also, will you need a death certificate as was needed with Ms. West?

*Clinton L. Martin*

Attorney at Law
Langston & Langston, PLLC
201 North President Street
Jackson, Mississippi 39201
Office (601)969-1356
Fax (601)968-3866

<u>NOTICE</u>: This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the email or any attachments is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system.

**From:** Kristi Mullins [mailto:KMullins@browngreer.com]
**Sent:** Thursday, March 03, 2011 10:14 AM
**To:** Clinton Martin
**Subject:** RE: Georgia West

It is the same situation.

**From:** Clinton Martin [mailto:clinton@langstonlawyers.com]
**Sent:** Thursday, March 03, 2011 11:12 AM
**To:** Kristi Mullins
**Subject:** RE: Georgia West

The judgment has not been entered but it should be relatively soon. I just noticed that we have not received funds from her account and didn't know if we were in a similar situation as Ms. West.

*Clinton L. Martin*

Attorney at Law
Langston & Langston, PLLC
201 North President Street
Jackson, Mississippi 39201
Office (601)969-1356
Fax (601)968-3866

<u>NOTICE</u>: This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the email or any attachments is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system.

**From:** Kristi Mullins [mailto:KMullins@browngreer.com]
**Sent:** Thursday, March 03, 2011 9:49 AM
**To:** Clinton Martin
**Subject:** RE: Georgia West

2

Yes. We have the Petition to Determine Heirs by George Wright (son), but not the Judgment. We also have a signed Release by George Wright so if you have a copy of the Judgment, I think that will resolve the remaining deficiency for this claim.

**From:** Clinton Martin [mailto:clinton@langstonlawyers.com]
**Sent:** Thursday, March 03, 2011 10:39 AM
**To:** Kristi Mullins
**Subject:** RE: Georgia West

Thanks, Kristi.

Also, we are in a similar situation with one other client: Louise Young. If you could advise me on that also, I would really appreciate it.

*Clinton L. Martin*

Attorney at Law
Langston & Langston, PLLC
201 North President Street
Jackson, Mississippi 39201
Office (601)969-1356
Fax (601)968-3866

NOTICE: This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the email or any attachments is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system.

**From:** Kristi Mullins [mailto:KMullins@browngreer.com]
**Sent:** Thursday, March 03, 2011 9:04 AM
**To:** Clinton Martin
**Cc:** Jennifer Goodwin
**Subject:** RE: Georgia West

This claim is on the report we will send to the bank this week for payment. This will be paid very soon. I do not have the exact date yet but can let you know that when I do.

Kristi

**From:** Clinton Martin [mailto:clinton@langstonlawyers.com]
**Sent:** Wednesday, March 02, 2011 5:31 PM
**To:** Kristi Mullins
**Subject:** RE: Georgia West

Kristi,
Have you heard anything new concerning the Georgia West situation? I have tried to call you concerning this. I apologize for the inconvenience, but I need to tell this client something asap. Thanks for your help.

*Clinton L. Martin*

Attorney at Law
Langston & Langston, PLLC
201 North President Street

Jackson, Mississippi 39201
Office (601)969-1356
Fax (601)968-3866

**NOTICE**: This email and any attachments may be confidential and protected by legal privilege.
If you are not the intended recipient, be aware that any disclosure, copying, distribution or use
of the email or any attachments is prohibited. If you have received this email in error, please
notify us immediately by replying to the sender and deleting this copy and the reply from your system.

**From:** Kristi Mullins [mailto:KMullins@browngreer.com]
**Sent:** Friday, February 11, 2011 2:07 PM
**To:** Clinton Martin
**Subject:** RE: Georgia West

This should clear up the deficiency. We will get this in front of Merck for resolution so this claim can move forward.

Kristi

**From:** Clinton Martin [mailto:clinton@langstonlawyers.com]
**Sent:** Friday, February 11, 2011 2:38 PM
**To:** Kristi Mullins
**Subject:** RE: Georgia West

Ms. Mullins,
Attached are the documents we spoke about concerning the matter below. Please advise.

Thanks,

*Clinton L. Martin*

Attorney at Law
Langston & Langston, PLLC
201 North President Street
Jackson, Mississippi 39201
Office (601)969-1356
Fax (601)968-3866

**NOTICE**: This email and any attachments may be confidential and protected by legal privilege.
If you are not the intended recipient, be aware that any disclosure, copying, distribution or use
of the email or any attachments is prohibited. If you have received this email in error, please
notify us immediately by replying to the sender and deleting this copy and the reply from your system.

**From:** Clinton Martin
**Sent:** Wednesday, February 09, 2011 3:31 PM
**To:** 'kmullins@browngreer.com'
**Subject:** Georgia West

Thanks for inquiring about Mrs. West's status. As a reminder, I need to know if an order determining heirs at law, with a death certificate will suffice to show that her daughter is a representative.

Thanks,

## Clinton Martin

**From:** Jennifer Goodwin [jgoodwin@browngreer.com]
**Sent:** Friday, June 10, 2011 4:08 PM
**To:** Clinton Martin
**Subject:** RE: Louise Young

Thanks. We did receive the signature pages and they are exactly what we need. When the court enters the Petition, email me a copy of it and we can get this claim paid ASAP.

**From:** Clinton Martin [mailto:clinton@langstonlawyers.com]
**Sent:** Friday, June 10, 2011 3:36 PM
**To:** Jennifer Goodwin
**Subject:** RE: Louise Young

Jennifer,
George Wright has a pending Petition to Determine Heirs in the proper Chancery Court. The 18 other family members have joined in on said Petition. In addition, Kristi Mullins asked that I get releases signed and returned. I did that as of (about) May 24th.

*Clinton L. Martin*

Attorney at Law
Langston & Langston, PLLC
201 North President Street
Jackson, Mississippi 39201
Office (601)969-1356
Fax (601)968-3866

NOTICE: This email and any attachments may be confidential and protected by legal privilege.
If you are not the intended recipient, be aware that any disclosure, copying, distribution or use
of the email or any attachments is prohibited. If you have received this email in error, please
notify us immediately by replying to the sender and deleting this copy and the reply from your system.

**From:** Jennifer Goodwin [mailto:jgoodwin@browngreer.com]
**Sent:** Friday, June 10, 2011 2:21 PM
**To:** Clinton Martin
**Subject:** RE: Louise Young

Thank you. I will check on this. Has the court entered a Petition appointing George Wright?

**From:** Clinton Martin [mailto:clinton@langstonlawyers.com]
**Sent:** Friday, June 10, 2011 3:16 PM
**To:** Jennifer Goodwin
**Subject:** Louise Young



Ms. Goodwin,
I left a voicemail earlier today concerning the above client. Clark Trout told me that you might be of some assistance. I have received a Show Cause Motion in the mail for the Louise Young account. Approximately three weeks ago I sent in all releases from the family of Louise Young. I have had multiple conversations with Kristi Mullins on this issue beginning approximately four months ago. Because of her assistance, I was able to have the entire family (19 members) sign

1

releases. I am concerned as to why Ms. Young was included in the Show Cause Motion since we have never acquiesced in our attempt to satisfy estate issues. I hope you can help me with this matter as I have been unsuccessful in receiving information otherwise. Thank you for your time.

Sincerely,

**Clinton L. Martin**

Attorney at Law
Langston & Langston, PLLC
201 North President Street
Jackson, Mississippi 39201
Office (601)969-1356
Fax (601)968-3866

**NOTICE**: This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the email or any attachments is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system.

2