# VIOXX Claims Administrator
Toll-Free Telephone: (866) 866-1729
claimsadmin@browngreer.com

| Mailing Address: | Delivery Address: |
|---|---|
| P.O. Box 85031 | 115 South 15th Street, Suite 400 |
| Richmond, Virginia  23285-5031 | Richmond, Virginia  23219-4209 |

May 19, 2010

*By U.S. Priority Mail*

Jamaal Bilal
FCCC, 13619 S. E. Hwy 70
Arcadia, FL  34266

Re: **Important Information Regarding Your Future Evidence Stipulation Submission**
**Vioxx Claim Number (VCN):  1068592**

Dear Claimant:

You submitted a Future Evidence Stipulation ("FES") in response to your *Gate Committee Notice of Ineligibility* in the Vioxx Resolution Program.  This letter explains the status of your FES.

### A. Accepted Future Evidence Stipulation with Certified Claims Package

Merck's counsel has accepted your FES.  This FES is now final and binding.  If you do not have a pending lawsuit against Merck but wish to pursue a lawsuit relating to Vioxx use and remain eligible to file suit, you must file a complaint against Merck within 60 days after this Notice.  If you have already had a suit against Merck that was dismissed with prejudice, you cannot file a new one now.

Included with this Notice are the Claims Package materials that you submitted in the Settlement Program.  As stated in Section 2.7.3.1 of the Settlement Agreement and the terms of the FES, you will not be able to introduce in a lawsuit any new evidence that was not previously sent to us as a part of your Claims Package materials for the Settlement Program.  You will not be able to claim in a lawsuit any injury related to Vioxx use other than the injury or injuries that you claimed in the Settlement Program.  You can only use the Claims Package materials that you timely sent to us to support any lawsuit you file against Merck.

1. If you had pending lawsuit against Merck as of November 9, 2007, copies of the Release of All Claims and Stipulation of Dismissal you sent in to Enroll in the Vioxx Program are enclosed.

2. If you did not have a pending lawsuit against Merck as of November 9, 2007, we will hold your Release and Stipulation of Dismissal for up to 75 days after the date of this Notice.  If you wish to pursue litigation relating to Vioxx use, you must file a complaint against Merck within 60 days after the date of this Notice.  You must also notify us once you have filed your complaint.  You will need to send us by fax, email or hard copy by mail or delivery a copy of that complaint so that we receive it within 75 days after the date of this Notice, along with proof of when the complaint was filed.  Examples of this proof can include the following:
    (a) a copy of the complaint stamped with a filed date by the clerk of the court where it was filed
    (b) a copy of a notice from the clerk of electronic filing
    (c) a copy of a certification from the clerk of the date or filing of the complaint
    (d) a copy of a letter to the clerk that sent the complaint for filing.

If we **do not** receive within 75 days after the date of this Notice a copy of the complaint and proof of filing, we will deliver to Merck your Release of All Claims and Stipulation of Dismissal (if one was submitted) and those documents will be effective and binding.  If we **do not** receive the copy of the complaint and such proof within 75 days after the date of this Notice, we will send directly to you the Release of All Claims and Stipulation of Dismissal (if one was submitted).

**Note:**  We cannot give you any legal or other advice on how to file a complaint with the Court or prepare your lawsuit against Merck.

If you have any questions, you may contact the Claims Administrator's Pro Se Coordinator, Diann Bates, at the above mailing address, toll free at (866) 866-1729, by direct dial at (804) 521-7220, by email at dbates@browngreer.com, or by facsimile at (804)521-7299.  You may also contact the Pro Se Curator, Robert M. Johnston, at (504) 561-7799 or by email at ijr@ahhelaw.com.

                                        Sincerely,

                                        Diann Bates
                                        Pro Se Coordinator

Enclosure