**Pistilli, Emily**

| | |
|---|---|
| **From:** | Kris Collman [kcollman@gettychilders.com] |
| **Sent:** | Friday, June 17, 2011 3:59 PM |
| **To:** | Pistilli, Emily |
| **Subject:** | RE: vioxx depositions |
| **Attachments:** | Maryann Nolan.zip |

I will provide the confirmed date assuming I can reach him. We have not had contact with him for some time following his removal from the settlement program.

Also attached please find all electronic records in our possession/control concerning Mary Ann Nolan, which records were also submitted to the settlement committee. These records are in response to the request included with the deposition notice.

Thanks again,

Kris Collman

---

**From:** Pistilli, Emily [mailto:EPistilli@wc.com]
**Sent:** Friday, June 17, 2011 1:37 PM
**To:** Kris Collman
**Subject:** RE: vioxx depositions

Mr. Collman:

As you know, we first noticed Mr. Long's deposition on March 21, 2011 with a deposition date of April 21, 2011. That date was postponed at your request to May 23, 2011, and then postponed again at your request to June 21, 2011.

As I now understand your email, you have been unable to reach Mr. Long for almost four months regarding the scheduling of his deposition. Please provide a new **confirmed** date when Mr. Long will be available for his deposition by next Tuesday, June 21. If we do not hear from you with a confirmed date by that time, we will need to pursue dismissal of Mr. Long's case at the next MDL status conference.

Thank you,
Emily Pistilli

---

**From:** Kris Collman [mailto:kcollman@gettychilders.com]
**Sent:** Friday, June 17, 2011 1:11 PM
**To:** Pistilli, Emily
**Subject:** vioxx depositions

Ms. Pistilli,

This is to confirm my and Mary Ann Nolan's attendance at the deposition you noticed for June 20 in Harlan, Kentucky.

You also noticed a deposition for Stanley Long on June 21 in Lexington. Unfortunately, despite repeated attempts I have not been able to reach Mr. Long. I will continue to try through today, however as a precaution you may want to postpone the deposition until I am able to reach him. Let me know your thoughts.

Thanks,

Kris Collman

Getty & Childers, PLLC
1900 Lexington Financial Center
250 West Main Street
Lexington, Kentucky 40507
(859) 259-1900

```
-------------------------------------------------------------------------
NOTICE:

This message is intended for the use of the individual or entity
to which it is addressed and may contain information that is privileged,
confidential and exempt from disclosure under applicable law. If the reader
of this message is not the intended recipient or the employee or agent
responsible for delivering this message to the intended recipient, you are
hereby notified that any dissemination, distribution or copying of this
communication is strictly prohibited. If you have received this communication
in error, please notify us immediately by reply or by telephone
(call us collect at (202) 434-5000) and immediately delete this message
and all its attachments.

=========================================================================
```