IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   JUL 1 1 2011
LORETTA G. WHYTE
CLERK

IN RE: VIOXX LITIGATION

Appeal from the United States District Court for the
Eastern District of Louisiana at New Orleans
2:05-MD-1657 -- L

    The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

    Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

    The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

    The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

*/s/ Lyle W. Cayce*
Lyle W. Cayce
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

____ Fee_____
__X_ Process_____
____ Dktd_____
____ CtRmDep_____
____ Doc. No._____

```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   JUL 1 1 2011

        LYLE W. CAYCE
           CLERK
    LORETTA G. WHYTE
         CLERK
```

*United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

July 11, 2011

#99-0124
Mr. Jamal Ali Bilal
GEO Florida Civil Commitment Center
13619 S. E. Highway 70
Arcadia, FL 34266

Ms. Dorothy Hudson Wimberly
Stone Pigman Walther Wittmann, L.L.C.
546 Carondelet Street
New Orleans, LA 70130-0000

Mr. Phillip A. Wittmann
Stone Pigman Walther Wittmann, L.L.C.
546 Carondelet Street
New Orleans, LA 70130-0000

    No. 11-30347,   In Re: Vioxx Prod Liability
       USDC No. 2:05-MD-1657
       USDC No. 2:06-CV-2364

Dear Mr. Bilal and Counsel:

In my last letter I indicated that we would request the record from the district court in order to submit Mr. Bilal's motions for appointment of counsel and motion to proceed in forma pauperis. In light of the voluminous record in this case, before the record can be requested from the district court, you must comply with the enclosed Court order within 14 days from the date of the order.

If you have any questions, please contact our office.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: *Michael R. Brown*
                Michael R. Brown, Deputy Clerk
                504-310-7692

cc:  Ms. Loretta Whyte

```
___ Fee_____
___ Process___
 X  Dkld_____
___ CtRmDep___
___ Doc. No.__
```