Monday, March 07, 2011

**To:     Counselors  who are identified as "objectors" in
         the court's Feb 8 order, or any others that
         become objectors by virtue of subsequent orders:**

This  letter memorializes the terms of representation that we discussed in our telephone conference wherein Margaret Woodward and I were elected co-Lead, and Pascal Calogero was elected Liaison counsel. Two different compensation schemes were proposed and various firms have selected different options.

The first arrangement is a 4% contingency fee calculated on lodestar less present allocation.  This means that we would only collect a fee on any recovery achieved by you- as a result of reduction of assessment, common benefit fee award, or otherwise- in excess of the allocation proposed by the FAC on Jan 20, 2011 up to a limit of your properly-calculated lodestar.  By properly-calculated lodestar, we mean to distinguish a lodestar taking into account actual rates for attorneys and staff in your firms from the blended average rate we used in preparing our preliminary objection charts. Anything in excess of  that would not be subject to our contingency fee.  The cap reflects our agreement that we are working toward a lodestar-based recovery for the entire group, and that beyond that point, we are conflicted and therefore will leave to each objector the argument for recovery above lodestar.

The second alternative would be the method used by Courts, and which we are advocating for ourselves, in awarding attorneys fees to court appointed lawyers – lodestar plus *Johnson* factors. Pascal Calogero's hourly rate is $550.00; my rate is $300 per hour, and Margaret's rate is $200 per hour. We would submit monthly reports of the hours recorded, in quarter hour units, but these reports would not be invoices. At the conclusion of this matter, Judge Fallon  would determine if a multiplier is due, using *Johnson* factors. We agree to cap the amount of any potential multiplier at 2. Obviously, some sort of set aside would have to be created to escrow funds from those settling their claims, as compensation would have to await conclusion of the litigation.

The third alternative is to agree to nothing amongst ourselves,  as several firms have done.  We have notified Judge Fallon of this, and he has indicated to us that we should keep our hourly rates and that he would make an award for fees to us in according with *Johnson*. To us, this means that those who agree to nothing will be ordered by the Court to participate in option two.

As for option two, there was some discussion about a "pro rata" sharing of the fee to be determined by the Court, however, there was an attempt to count the number of participating firms. To us, this means, a "pro tanto" sharing, not a "pro rata sharing," and so we are suggesting that it was the consensus of those in the group, and more importantly, of those that are electing option two, to share by heads, meaning one share due by each of the objecting firms or individuals identified in the Court's Feb. 8 order, or any others that become objectors by virtue of subsequent orders..

Last, we explained to you that we must have a fundamental understanding of the delineation of authority among the committee and its counsel.  We believe the legal action the leadership proposes

-1-

EXHIBIT A

to take should, at any time, be subject to veto by a majority of the objectors who are still in active litigation at the time the issue must be decided, that is, by a majority of those who haven't settled with the FAC.  Further to this point, we contemplate that leadership will be fighting for any item of discovery any member of the committee reasonably wants to obtain.  As we discussed at some length, we envision the role of lead and liaison counsel as challenging the FAC's formula and process, and advocating for, at a minimum, a recovery of each objector's lodestar. Beyond that, conflicts of interest in our respective claims to a limited fund would constrain joint representation efforts.  Each objector will retain responsibility for advocating any higher recovery.  Lead and liaison counsel will have no authority to negotiate beyond this minimum recovery, or to suggest any other figure that might be acceptable to any objector.   Should a conflict develop between the will of the group majority and our obligations to our clients Placitella, Roth, and Weinberg, we would be forced to withdraw as lead and liaison counsel.

We need each individual or firm to execute the form below and return it to us ASAP. Fax is acceptable, to (504) 833-7612, and then mail the original Robert Arceneaux, 47 Beverly Garden Drive, Metairie, LA 70001.

We will prepare a pre-trial order for the judge to sign, outlining the limits of our duties, and also the terms of compensation. The firms or individuals agreeing to the various options will be filed under seal.

Please attend to this right away. We have been working very hard, and want to get this issue resolved now, before we continue with any more heavy effort. Furthermore, there are still many of you that, despite several requests, have yet to send your cost reimbursement.

We appreciate the confidence you have placed in us, and look forward to working with you toward a satisfactory resolution of this interesting and challenging litigation.

Robert E. Arceneaux
Margaret E. Woodward
Pascal F. Calogero, Jr.

## ELECTION OF COMPENSATION SCHEME

_____ has agreed to the terms as outlined above, and has selected the following option as the basis for compensation for leadership in this matter:

_____     Option 1 (contingency fee)

_____     Option 2 (hours plus _Johnson_ factors, divided by heads)

_____     Option 3 no agreement, leaving it to Court to assess a fee, subject
                          to right to contest court action.


_____
On behalf of the above identified firm or individual,
 this _____ day of _____, 2011.

## ELECTION OF COMPENSATION SCHEME

_Turner W. Branch_ has agreed to the terms as outlined above, and has selected the following option as the basis for compensation for leadership in this matter:

_____ Option 1 (contingency fee)

_____ Option 2 (hours plus _Johnson_ factors, divided by heads)

_____ Option 3 no agreement, leaving it to Court to assess a fee, subject to right to contest court action.

BRANCH LAW FIRM

By: _____

On behalf of the above identified firm or individual, this __7th__ day of March, 2011.

-3-

EXHIBIT B

## ELECTION OF COMPENSATION SCHEME

_Joseph M. Bruno_ has agreed to the terms as outlined above, and has selected the following option as the basis for compensation for leadership in this matter:

_____  Option 1 (contingency fee)

_____  Option 2 (hours plus _Johnson_ factors, divided by heads)

_____  Option 3 no agreement, leaving it to Court to assess a fee, subject to right to contest court action.

On behalf of the above identified firm or individual, this ___ day of _____, 2011.

-3-

## ELECTION OF COMPENSATION SCHEME

MORELLI RATNER has agreed to the terms as outlined above, and has selected the following option as the basis for compensation for leadership in this matter:

Option 1 (contingency fee)

Option 2 (hours plus *Johnson* factors, divided by heads)

Option 3 no agreement, leaving it to Court to assess a fee, subject to right to contest court action.

On behalf of the above identified firm or individual, this ___7___ day of *March*, 2011.

-3-

**KLINE & SPECTER**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
THE NINETEENTH FLOOR
1525 LOCUST STREET
PHILADELPHIA, PENNSYLVANIA 19102
WWW.KLINESPECTER.COM

SHANIN SPECTER

215-772-1000
FAX: 215-772-1359

SHANIN.SPECTER@KLINESPECTER.COM

March 8, 2011

*via Email:  rea7001@cox.net*
Robert E. Arceneaux, Esquire
Robert E. Arceneaux LLC
47 Beverly Garden Drive
Metairie, LA  70001

RE:  MDL 1657 – *In re: Vioxx Products Liability Litigation*

Dear Robert:

Thank you for your letter, by email, of March 6, 2011.

As we discussed by telephone, Kline & Specter chooses option 2.  That is, we agree to pay you and your colleagues the hourly rate stated.  At the conclusion of this matter, Judge Fallon will determine if a multiplier is due, using Johnson factors, with an agreement to cap the amount of any potential multiplier at 2X.

With respect to your proposal that this be divided by heads, that is agreeable.  In order to fulfill that, it may be necessary for you to seek to enforce this agreement through court action.

Thank you for all your hard work and that of your colleagues, particularly, Peggy Woodward.

Sincerely,

SHANIN SPECTER

SS/dg
cc:   Thomas R. Kline, Esquire
      Lisa D'Agostino, Esquire

**ELECTION OF COMPENSATION SCHEME**

*Lockridge, Grindal, Nauen* _____ has agreed to the terms as outlined above, and has selected the following option as the basis for compensation for leadership in this matter:

_____ Option 1 (contingency fee)

_____ Option 2 (hours plus *Johnson* factors, divided by heads)

_____ Option 3 no agreement, leaving it to Court to assess a fee, subject to right to contest court action.

On behalf of the above identified firm or individual, this _8_ day of _Mar_, 2011.

### ELECTION OF COMPENSATION SCHEME

*LOCKS LAW FIRM LLC*
_____ has agreed to the terms as outlined above, and has selected the following option as the basis for compensation for leadership in this matter:

_____        Option 1 (contingency fee)

_____ X _____        Option 2 (hours plus *Johnson* factors, divided by heads)

_____        Option 3 no agreement, leaving it to Court to assess a fee, subject to right to contest court action.

_____
On behalf of the above identified firm or individual, this __7th__ day of _March_ 2011.

## ELECTION OF COMPENSATION SCHEME

*LOCKS LAW FIRM LLC*
_____ has agreed to the terms as outlined above, and has selected the following
option as the basis for compensation for leadership in this matter:


_____       Option 1 (contingency fee)

_____X_____       Option 2 (hours plus *Johnson* factors, divided by heads)

_____       Option 3 no agreement, leaving it to Court to assess a fee, subject
                        to right to contest court action.


_____
On behalf of the above identified firm or individual,
this  7th  day of March, 2011.

## ELECTION OF COMPENSATION SCHEME

Stephen B. Murray

_____ has agreed to the terms as outlined above, and has selected the following
option as the basis for compensation for leadership in this matter:

_____  Option 1 (contingency fee)

_____  Option 2 (hours plus *Johnson* factors, divided by heads)

_____  Option 3 no agreement, leaving it to Court to assess a fee, subject
to right to contest court action.


On behalf of the above identified firm or individual,
this 9 r day of m.r., 2011.

-3-

Sheller, P.C. has agreed to the terms as outlined above, and has selected the following option as the basis for compensation for leadership in this matter:

_____XXXXX_____        Option 1 (contingency fee_

_____        Option 2 (lodestar plus Johnson factors, divided by heads)

_____        Option 3 no agreement, leaving it to Court to assess a fee, subject to right to contest court action.

_____
On behalf of the above identified firm or individual, this ___10th___ day of ___March___, 20111.

Margaret E. Woodward
3701 Canal St., Suite C
New Orleans , LA  70119


Invoice submitted to:




February 28, 2011


Invoice #10455


Professional Services

| | | Rate | Amount |
|---|---|---|---|
| 2/13/2011 | commence work on discovery; exchange emails REA | 200.00/hr | 100.00 |
| 2/14/2011 | draft discovery requests; revise letters to Judge Fallon; review and respond to letters from Specter, Cardones, and lockridge re discovery requests; revise requests | 200.00/hr | 1,050.00 |
| 2/15/2011 | continue work on discovery; receive input from multiple objectors about specific claims, issues, and data sought, and revise requests | 200.00/hr | 400.00 |
| 2/16/2011 | telephone conference objectors; letters & emails to Herman, Fallon, Juneau; receive and review court order; continue work on discovery; tel. conf. Snapka; conf. Arceneaux re prep for hearing | 200.00/hr | 900.00 |
| 2/17/2011 | prepare for and attend court hearing; confer with objectors; report to objectors re hearing; confer with hearing attendees | 200.00/hr | 1,300.00 |
| 2/18/2011 | draft motion to compel, motion for expedited hearing and orders; confer with REA and PFC; review Becnel materials; finalize discovery requests; commence drafting motion to toss out FAC; tel. conf. all objectors; prepare Brown Greer subpoena; tel. conf. King | 200.00/hr | 1,900.00 |
| 2/20/2011 | commence draft MSJ | 200.00/hr | 600.00 |
| 2/21/2011 | continue drafting MSJ; issue subpoena to Brown Greer | 200.00/hr | 1,200.00 |
| 2/22/2011 | confer with REA re revisions to memo MSJ, meeting with Herman, draft order, motion, notice of hearing; emails with Brown re BG subpoena | 200.00/hr | 550.00 |

EXHIBIT C

|  |  | Rate | Amount |
|---|---|---|---|
| 2/24/2011 | draft letter to Fallon; attend status hearing; confer with Snapka, King, Urquhart; meet with Juneau & FAC; confer with REA and PFC; exchange emails with objectors on various issues; compare allocation grids; tel. confs. REA; revise motion to disband | 200.00/hr | 1,900.00 |
| 2/25/2011 | telephone conference clients; revise memo; tel. confs. Dana, REA; exchange emails | 200.00/hr | 1,500.00 |
| 2/27/2011 | telephone conferences REA; review Dana emails; revise memo | 200.00/hr | 500.00 |
| 2/28/2011 | receive and review client emails; revise and finalize motion for additional discovery; revise and finalize opposition to motion to quash and for protective order; draft motion for confidentiality order and two letters to Judge Fallon; tel. conf. law clerk; tel. confs. REA; respond to multiple client and atty emails | 200.00/hr | 1,700.00 |
|  | For professional services rendered | 68.00 | $13,600.00 |
|  | Additional Charges : |  |  |
| 2/22/2011 | certified mail BG subpoena |  | 5.95 |
|  | Total additional charges |  | $5.95 |
|  | Total amount of this bill |  | $13,605.95 |
|  | Balance due |  | $13,605.95 |

Margaret E. Woodward
3701 Canal St., Suite C
New Orleans , LA  70119


Invoice submitted to:




April 01, 2011


Invoice #10466


Professional Services

| | | Rate | Amount |
|---|---|---|---|
| 3/1/2011 | receive and review correspondence from court, juneau, birchfield; draft responses; revise confidentiality orders; tel. confs REA and PFC; exchange emails with clients | 200.00/hr | 1,100.00 |
| 3/2/2011 | exchange emails; receive and review orders, FAC response to Objections; tel. confs REA; conf. REA; tel. conf. Juneau; report on same to clients | 200.00/hr | 700.00 |
| 3/3/2011 | telephone conference clients, Arceneaux; exchange emails | 200.00/hr | 550.00 |
| 3/4/2011 | continue review of FAC exhibits; exchange emails | 200.00/hr | 450.00 |
| 3/7/2011 | email to Fallon's law clerk; tel. conf. and emails Arceneaux | 200.00/hr | 150.00 |
| 3/9/2011 | receive and review email from Juneau; continue review of boxes of exhibits attached to FAC response | 200.00/hr | 300.00 |
| 3/10/2011 | prepare for Garrett meeting; continue review of FAC exhibits; exchange emails re same; tel. confs. Arcenaux & work on chart showing post-grid adjustments | 200.00/hr | 1,500.00 |
| 3/11/2011 | draft and file supplemental memo re side deals, order, motion for leave; draft motion re payment of attorneys' fees; confer with REA re meeting with Garrett | 200.00/hr | 1,600.00 |
| 3/13/2011 | work on PTO 6f | 200.00/hr | 300.00 |

| | Rate | Amount |
|---|---|---|
| 3/14/2011 letter to Juneau re Garrett discovery; receive and review emails from Herman; email to Herman; tel. confs. PFC and REA; email to Herman & Juneau re MDL package; email to Thompson tel. conf Hockemon re discovery | 200.00/hr | 750.00 |
| 3/15/2011 draft reply brief; tel. confs. REA re same; receive various emails from Objectors, Herman, Garrett | 200.00/hr | 1,650.00 |
| 3/16/2011 finalize and file combined reply memo; email to Court receive and review Brown Greer Motion; draft opposition to same; review and revise Garret supplemental questions; exchange emails re Garrett | 200.00/hr | 1,566.67 |
| 3/17/2011 telephone conference objectors; exchange emails tel conferences REA; receive and edit Becker remedies draft; email to REA re same | 200.00/hr | 850.00 |
| 3/18/2011 emails re remedies; telephone conferences Juneau, Arceneaux re lodestar | 200.00/hr | 166.67 |
| 3/20/2011 redraft motion for return of funds tel. conf. REA re same | 200.00/hr | 800.00 |
| 3/21/2011 finalize and file motion and memo for return of funds; legal research and draft opposition to FAC's opposition to motion for PTO 6F; receive and respond to client emails; draft letter to Garrett | 200.00/hr | 1,450.00 |
| 3/22/2011 finalize and file reply to FAC's opp; tel. confs. REA re GArrett; tel. conf. Becnel re Stratton, remedies, overall operations of PSC; receive and review denial of MSJ; tel. conf. REA and PFC and emails to clients re same | 200.00/hr | 950.00 |
| 3/23/2011 telephone conference Master Juneau re lodestar tel. conf Arceneaux re same; exchange emails with clients; receive and review Kline & Specter remedies motion; legal research re same tel confs. REA; multiple emails with objectors re same | 200.00/hr | 700.00 |
| 3/24/2011 continue review of emails; receive and review revised K&S draft; tel. confs REA, PFC, David Dana, and all objectors; confer with REA | 200.00/hr | 700.00 |
| 3/25/2011 receive and respond to many emails; tel. confs. Arceneaux; review REA's research results; commence drafting memo re additional discovery; draft discovery requests; draft insert to letter to Garrett tel. confs. REA; review PACER court entries for October and November 2010 | 200.00/hr | 1,700.00 |
| 3/28/2011 draft memo in support of motion to disqualify tel. conf. with Objectors; draft motion, order, notice of submission and finalize memo re additional discovery; exchange emails re unanimity and remedies | 200.00/hr | 1,300.00 |
| 3/29/2011 exchange emails; report or tel. conf. among objectors; tel. confs. REA; email to Herman re dialog | 200.00/hr | 350.00 |

|  | Rate | Amount |
|---|---|---|
| 3/30/2011 finalize discovery motion for filing; letter to Herman re same; email to court re same; telephone conference Garza group re discovery, allocation formula, Stratton issues; tel. conf re a re same; receive and review Garrett lodestar; tel. confs. and emails re same | 200.00/hr | 700.00 |
| 3/31/2011 exchange emails; receive and review Juneau's ruling on discovery and settlement order; tel. confs. Arceneaux and objectors; draft letter to Juneau | 200.00/hr | 650.00 |
| For professional services rendered | 104.66 | $20,933.34 |
| Previous balance |  | $13,605.95 |
| Balance due |  | $34,539.29 |

Margaret E. Woodward
3701 Canal St., Suite C
New Orleans , LA  70119


Invoice submitted to:




May 01, 2011


Invoice #10469


Professional Services

| | | Rate | Amount |
|---|---|---|---|
| 4/1/2011 | attend status hearing; confer with Snapka, Urquhart, Oldfather; report to Objectors; tel. confs. Arceneaux; exchange emails | 200.00/hr | 700.00 |
| 4/3/2011 | tel. conf. REA and review emails from various objectors; emails to Juneau & REA | 200.00/hr | 133.33 |
| 4/4/2011 | telephone conference objectors; confer with Arceneaux; review Anapol's research re bond, latest KS remedies memo, Anapol remedies memo; exchange emails | 200.00/hr | 850.00 |
| 4/5/2011 | draft appeal of Special Master's ruling; review draft pleadings by Kline & Specter; confer with REA re role of lead counsel in conflicts;  exchange emails | 200.00/hr | 1,700.00 |
| 4/6/2011 | continue drafting appeal; tel. conf. objectors; rec & review letter from Juneau; tel. confs & confer with Arceneaux; exchange emails | 200.00/hr | 1,800.00 |
| 4/7/2011 | draft report of tel. conf.; continue work on appeal, motion to disqualify; exchange emails and tel. confer.s  with Arceneaux; email to Shanin re fn 1 | 200.00/hr | 1,100.00 |
| 4/8/2011 | continue drafting appeal; revise motion for fee reduction and to disqualify; tel. conf. with objectors; report of call; millions of emails | 200.00/hr | 1,300.00 |
| 4/11/2011 | calls & emails to objectors polling positions on motions; finalize motion to limit fees, motion to disqualify, appeal of master's ruling, motion for expedited hearing and suspension, and related pleadings; letters to court; letter to Herman et al re discovery; emails, always; tel. confs. Arceneaux | 200.00/hr | 1,300.00 |
| 4/12/2011 | receive letter from Garrett re lodestar; email from Herman re depo; emails to clients; tel. confs. REA and PFC re depo procedures and prep; refile appeal with motion | 200.00/hr | 350.00 |

| | Rate | Amount |
|---|---|---|
| 4/13/2011 receive and review dana opinion, various emails & draft pleadings tel. conf. objectors; draft report; email to dana; tel. confs. Arceneaux | 200.00/hr | 700.00 |
| 4/14/2011 telephone conferences Arceneaux & exchange emails re depo and depo prep | 200.00/hr | 66.67 |
| 4/15/2011 telephone conference Mr. Juneau, Birchfield re deposition;  emails to objectors; tel. confs. Arceneaux; legal research place of depo; review and revise appeal supplement | 200.00/hr | 600.00 |
| 4/17/2011 redraft discovery letter to Juneau; reply to emails | 200.00/hr | 100.00 |
| 4/18/2011 telephone conferences Arceneaux, Dagastino; review emails re Garrett data; legal research and letter to Juneau receive and review Herman letter; draft reply to Juneau | 200.00/hr | 550.00 |
| 4/20/2011 letter to Herman re depo; letter to juneau; receive and review Snapka filing; emails from client; begin preparing for depo | 200.00/hr | 700.00 |
| 4/21/2011 exchange letters and emails with Juneau, Herman, and Objectors re hearing, depo, and settlement; tel. confs. Objectors and REA re same; receive and review Fallon denial of appeal, Morelli letter;  continue prep for depo & trial. | 200.00/hr | 1,400.00 |
| 4/22/2011 telephone conferences various objectors and Arceneaux; receive and review emails; respond to email from Herman | 200.00/hr | 300.00 |
| 4/25/2011 tel. conf. objectors; exchange emails FAC, Master Juneau; confer with Herman, Seeger; more emails; tel. confs. Arceneaux; revise motion re accountant's fees; receive and review FAC replies | 200.00/hr | 1,400.00 |
| 4/26/2011 emails FAC, Juneau; telephone conferences Juneau Arceneaux; receive and review FAC motion to substitute exhibit; draft and file emails followed by opposition; revise reply re disqualification; tel. confs re depo prep; continue reviewing FAC materials | 200.00/hr | 1,500.00 |
| 4/27/2011 prepare for depo and trial; revise motion and memo re trial protocol and TPP memo; exchange emails with FAC re Exhibit D, Sobol and Objectors re TPP memo and various other issues; continue review of exh. D | 200.00/hr | 1,700.00 |
| 4/28/2011 telephone conferences Objectors, acceptors Arceneaux; review FAC presentations; prepare for depo; exchange emails with Juneau Seeger, and Objectors | 200.00/hr | 1,300.00 |
| 4/29/2011 exchange emails with Arceneaux, Seeger, and Objectors re scheduling of meetings; receive and review order re trial protocols; exchange emails with Objectors re same | 200.00/hr | 500.00 |
| 4/30/2011 review FAC presentations; note issues for depo & trial | 200.00/hr | 700.00 |

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 103.75 | $20,750.00 |
| Previous balance |  | $34,539.29 |
| Balance due |  | $55,289.29 |

Margaret E. Woodward
3701 Canal St., Suite C
New Orleans , LA  70119


Invoice submitted to:




May 31, 2011


Invoice #10470


Professional Services

| | Rate | Amount |
|---|---|---|
| 5/1/2011 review and make notes on FAC presentations | 200.00/hr | 700.00 |
| 5/2/2011 trial and depo prep; discussions re settlement; continue review of FAC presentations; confer with Arceneaux; tel. confs various objectors | 200.00/hr | 1,700.00 |
| 5/3/2011 prepare for depo and hearing; exchange emails with Juneau and Herman re hearing; exchange emails & tel. confs objectors re negotiations with Seeger; receive and review order re disqualification | 200.00/hr | 1,600.00 |
| 5/4/2011 exchange emails with objectors re scheduling, hearing prep., settlement discussions; prep for depo | 200.00/hr | 1,100.00 |
| 5/5/2011 prepare for depo and trial. tel confs. exchange emails with objectors re same and re settlement discussions; review dox | 200.00/hr | 1,900.00 |
| 5/6/2011 take Birchfield depo; confer with Mr. Juneau, clients, their counsel, and Arceneaux; exchange emails | 200.00/hr | 2,000.00 |
| 5/7/2011 exchange emails re scheduling, exhibits, trial prep | 200.00/hr | 800.00 |
| 5/8/2011 prepare for hearing, endless emails | 200.00/hr | 900.00 |
| 5/9/2011 attend hearing; confer with court, objectors, emails | 200.00/hr | 900.00 |
| 5/10/2011 attend hearing; meetings with Objectors; emails | 200.00/hr | 700.00 |

| | | Rate | Amount |
|---|---|---|---|
| 5/11/2011 | attend hearing; confer with objectors; endless emails and tel. confs.; receive and review FAC motion re markowitz; research and draft opposition | 200.00/hr | 2,200.00 |
| 5/12/2011 | revise memo re Markowitz; attend hearing; confer with Objectors; review Birchfield depoand prepare for cross | 200.00/hr | 2,000.00 |
| 5/13/2011 | prepare for and attend hearing; confer with objectors; debriefing with objectors | 200.00/hr | 1,500.00 |
| 5/15/2011 | telephone conferences Arceneaux re ongoing role/ethical issues relating to continuation as lead and liaison counsel; draft email to objectors re same | 200.00/hr | 300.00 |
| 5/16/2011 | telephone conference and emails to objectors and david dana re ongoing role as lead and liaison counsel | 200.00/hr | 300.00 |
| 5/17/2011 | telephone conferences and exchange emails re ongoing representation of objectors | 175.00/hr | 218.75 |
| 5/18/2011 | telephone conferences and emails re ongoing representation, remaining issues, briefing, meeting with Judge Fallon | 200.00/hr | 250.00 |
| 5/19/2011 | telephone conferences Master Juneau REA, PFC, Weiss, Hockema; draft email to objectors; commence work on post-trial brief. | 200.00/hr | 1,900.00 |
| 5/20/2011 | telephone conferences REA; continue drafting trial brief; revise appeal of Juneau's rulings | 200.00/hr | 1,500.00 |
| 5/23/2011 | revise briefs; attend conference with court; tel. conf. objectors; email report to Objectors | 200.00/hr | 1,300.00 |
| 5/24/2011 | finalize briefs; tel. confs. and emails objectors | 200.00/hr | 950.00 |
| 5/25/2011 | revisions to and file brief; tel. confs. various objectors; service emails and emails to objectors; tel. confs. Arceneaux | 200.00/hr | 550.00 |
| 5/26/2011 | telephone conference Specter; rvise and substitute trial brief; email to objectors; emails court reporters re transcripts; email objectors; tel. conf. Arceneaux | 200.00/hr | 250.00 |
| 5/27/2011 | receive transcript, FAC post-trial memo; exchange emails with objectors; tel. conf Arceneaux | 200.00/hr | 450.00 |
| | For professional services rendered | 130.00 | $25,968.75 |
| | Previous balance | | $55,289.29 |
| | Balance due | | $81,258.04 |

Parish of Orleans

State of Louisiana

Before me, notary public, did come and appear

Robert E. Arceneaux

who did depose and say under oath as follows:

Attached are my invoices for serving as co-lead counsel for the Objectors identified in the court's Order of February 8 as supplemented with Sheller PC.  The invoices reflect the following totals due:

| | |
|---|---|
| February 2011 | $17,700.00 |
| March 2011 | $23,550.00 |
| April 2011 | $26,925.00 |
| May 2011 | $31,500.00 |
| June 2011 | $3,600.00 |
| TOTAL | 103,275.00 |

April and May were not prepared from contemporaneous entries. While entries were made into my billing software, Legal Billing, by Chaos Software, Inc., before I printed out a copy of the invoices, the database was corrupted, and all the data was no longer accessible. Accordingly, I reconstructed the time for April and May using my paper records of what I had done in those months, and I only recorded time that was backed up with some written evidence of the task preformed. I was extremely conservative in my recreation of the time it took for the tasks, and have every belief that the invoices for April and May are an understatement of the time actually expended, and its value.

Robert E Arceneaux

Sworn to and subscribed before me this _15th_ day of June, 2011.

Notary Public

MARGARET WOODWARD
BAR ROLL # 13677

**Robert E. Arceneaux**
**Robert E. Arceneaux LLC**
**47 Beverly Garden Drive**
**Metairie, LA 70001**
**(504) 833-7533**

June 11, 2011
Invoice Number: 1022

vioxx objectors - feb

| Date | Description | Rate | Total |
|------|-------------|------|-------|
| 2/9/2011 | Receipt of order regarding leadership and conferences; numerous e-mails regarding phone conference; phone call from D. Becnel; discovery requests from KS; Letters from HK | $300.00 | $825.00 |
| 2/10/2011 | Letter from HK; notice of appearance from KS; more discovery from HK; e-mails from objectors; e-mails to objection; phone conference with objectors | $300.00 | $1,425.00 |
| 2/11/2011 | Conferences with MEW and PEC; letter from Russ Herman; numerous e-mails from all objectors; phone conference with objectors | $300.00 | $1,125.00 |
| 2/12/2011 | E-mails from objectors; reply; conference with | $300.00 | $375.00 |
| 2/13/2011 | Conference with MEW regarding discovery; e-mails from various counsel regarding discovery | $300.00 | $450.00 |
| 2/14/2011 | E-mails regarding Motion to Appoint; filing Motion to Appoint; receipt and review of draft discovery; conference with MEW; letter to Judge Fallon; e-mails from objectors regarding discovery draft | $300.00 | $900.00 |
| 2/15/2011 | Drafting and revising discovery requests; e-mails with objectors; conference with MEW | $300.00 | $675.00 |
| 2/16/2011 | Various e-mails from objectors; prepare for and participate in conference call; revise discovery; receipt of order regarding appointments; circulate same | $300.00 | $900.00 |
| 2/17/2011 | Prepare for and attend hearing; report to clients; various e-mails from objectors; reply to all | $300.00 | $750.00 |
| 2/18/2011 | Upload new discovery from FAC to FTP site; various e-mails from objectors; prepare for and participate in conference call; conference with MEW; status report; motions to compel discovery; review of BG subpoena issues | $300.00 | $825.00 |
| 2/19/2011 | More research from Spector; legal research regarding Stratton remedies; research regarding BG subpoena; e-mails to and from co-counsel; redraft BG subpoena | $300.00 | $1,650.00 |

| Date | Description | Rate | Total |
|------|-------------|------|-------|
| 2/20/2011 | Conference with MEW and PFC regarding summary judgment and motion to strike; e-mails regarding BG subpoena | $300.00 | $300.00 |
| 2/21/2011 | Conference with MEW; drafting motion for summary judgment; numerous e-mails to objectors; BG subpoena; send Stratton | $300.00 | $1,200.00 |
| 2/22/2011 | E-mails from Russ Herman regarding meeting; conference with MEW and PC regarding meeting; letters to Russ; revisions to summary judgment motion | $300.00 | $525.00 |
| 2/23/2011 | Conference with MEW and PC; letter from Russ Herman; prepare for and attend meeting with Herman, Seeger and Birchfield; various e-mails from and to objectors; receipt of Stratton Motion; secure transcript of February 17; numerous e-mails | $300.00 | $900.00 |
| 2/24/2011 | Various e-mails from objectors; replies drafting suggested revisions to pleadings; conferences with MEW; filing motion for partial summary judgment; final revisions; receipt of motion to quash; meeting with Master Juneau | $300.00 | $900.00 |
| 2/25/2011 | Letter to David Dana; numerous e-mails from objectors; prepare for and participate in conference call; notice of filing deficiency; fix and revise motion for summary judgment | $300.00 | $750.00 |
| 2/26/2011 | Plethora of e-mails related to BG subpoena issue; replies to all; conference with MEW | $300.00 | $525.00 |
| 2/27/2011 | Revise motion for additional discovery (Stratton); additional legal research regarding same; conference with MEW regarding same; e-mails from objectors; e-mails from David Dana | $300.00 | $1,050.00 |
| 2/28/2011 | Revisions to motion for additional discovery; conference with D. Nast; numerous e-mails to and from objectors; conversations with MEW; phone call to Phil Garrett; e-mails to and from Russ Herman; letters to Judge Fallon; motion for confidentiality; revise BG reply to subpoena; filing all motions; circulate Stratton motion | $300.00 | $1,650.00 |
| | **Amount Due** | | **$17,700.00** |

**Robert E. Arceneaux**
**Robert E. Arceneaux LLC**
**47 Beverly Garden Drive**
**Metairie, LA 70001**
**(504) 833-7533**

June 11, 2011
Invoice Number: 1021

vioxx objectors - march

| Date | Description | Rate | Total |
|------|-------------|------|-------|
| 3/1/2011 | E-mail from Henry King; response thereto; phone conference with Shanin Spector; receipt of orders from Judge Fallon; draft supplements to comply with Fallon's order | $300.00 | $450.00 |
| 3/2/2011 | Conference with MEW; phone calls from Phil Garrett;  conference with PFC; conference call with Pat Juneau; receipt of various orders from Judge Fallon; distribute them to objectors and necessary recipients; meeting with MEW to plan conference agenda | $300.00 | $825.00 |
| 3/3/2011 | Prepare for and attend conference call; conference with MEW; e-mails with Danny Becnel; phone conference with Danny Becnel; communications with Sheller PC; filing Sheller PC objection | $300.00 | $1,050.00 |
| 3/4/2011 | Begin to analyze FAC response to summary judgment; receipt of service of order for additional pages; numerous e-mails from objectors; reply to e-mails | $300.00 | $900.00 |
| 3/7/2011 | Revisions to letter to Juneau and to client letter; transmittal of letter to Juneau; e-mail from Russ Herman; conference with MEW; conference with Jack Urquhart | $300.00 | $375.00 |
| 3/8/2011 | Letter from Shanin Specter; conference with | $300.00 | $300.00 |
| 3/9/2011 | E-mail to objectors regarding status and Garrett meeting; letter from Master Juneau; prepare for and participate in conference call | $300.00 | $525.00 |
| 3/10/2011 | Continue to review Exhibits to FAC response to summary judgment; prepare for meeting with Garrett; numerous e-mails from objectors; reply to all; conferences with MEW | $300.00 | $825.00 |
| 3/11/2011 | Revise motion for supplemental discovery; review various e-mails from Garrett; conferences with MEW; filing motion for supplemental discovery; meeting with Phil Garrett; meeting with MEW; receipt and review of opposition to summary judgment; several status reports to objector clients | $300.00 | $1,650.00 |

| Date | Description | Rate | Total |
|------|-------------|------|-------|
| 3/12/2011 | E-mails from objectors; conference with MEW | $300.00 | $375.00 |
| 3/13/2011 | Prepare draft of Pre-Trial Order; conferences with MEW; begin reply to FAC's opposition to motion for summary judgment; various e-mails regarding objectors | $300.00 | $750.00 |
| 3/14/2011 | Revisions to pre-trial order; e-mails regarding next conference call; draft letter to Master Juneau regarding Garrett system access; prepare Garrett wish list of things to be produced; review of TTP common benefit payment agreement; e-mails regarding same | $300.00 | $600.00 |
| 3/15/2011 | Receipt and review of FAC reply to discovery regarding side deals; e-mails regarding same; conference with MEW regarding reply from Russ Herman; reply; draft pre-trial 6F | $300.00 | $750.00 |
| 3/16/2011 | Revise reply to oppositions; conferences with MEW; phone conference with PCF; e-mails to and from Herman regarding Garrett; phone calls with Garrett regarding data to be produced; e-mail to Garrett; conferences with MEW; receipt and review of BG filing; letters from Russ Herman; draft letter to Garrett; two conferences with Becnel; obtain access database from Garrett and Trial Package from Herman; review same; revise and file pre-trial order 6F | $300.00 | $1,575.00 |
| 3/17/2011 | Various e-mails with clients; letter to Phil Garrett; conferences with MEW; prepare for and participate in conference call with objectors; analyze Garrett data; look at trial package | $300.00 | $900.00 |
| 3/18/2011 | Various e-mails from objectors; analysis of data from Phil Garrett; conferences with MEW; phone call to Phil Garrett; receipt of pleadings from BG; conference with MEW regarding same; status report e-mail to clients; duplicate trial package for requestor | $300.00 | $1,650.00 |
| 3/19/2011 | Legal research regarding remedies; revision to memo to return of money; review KS memo regarding remedies; conference with MEW regarding same; e-mail to JU regarding trust law; e-mail to David Dana regarding status of all ethical issues upon which we need advice; conferences with IT professionals regarding Excel and Access database data and how to produce different charts; sending out _____ of trial package | $300.00 | $1,500.00 |
| 3/20/2011 | Legal research regarding trust law; e-mails from clients; phone conference with MEW; revise draft of memo seeking return of funds | $300.00 | $600.00 |

| Date | Description | Rate | Total |
|---|---|---|---|
| 3/21/2011 | E-mails from clients; revisions to motion to return funds; phone conferences with MEW and Eric Weinberg; e-mails from clients revising language; prepare exhibits; filing and service; several e-mails from clients; phone message from Phil Garrett; phone message from Danny Becnel | $300.00 | $975.00 |
| 3/22/2011 | Revise and file reply motion regarding Pre-Trial Order 6F; e-mails from objectors; conferences with MEW | $300.00 | $525.00 |
| 3/23/2011 | E-mails from Shanin Specter; phone conferences with MEW regarding Dana and alternative remedies; report to all objectors circulating draft; numerous e-mails in reply to draft of proposed remedies | $300.00 | $750.00 |
| 3/24/2011 | E-mails from various objectors; phone conference with MEW; receipt and review of revised draft of remedies from Kline and Specter; phone call from Steve Murray; e-mail from David Dana; e-mail to all objectors; phone conference with David Dana, MEW and PFC; phone conference with all objectors | $300.00 | $750.00 |
| 3/25/2011 | Various e-mails from Shanin Specter; conferences with MEW regarding same; revise and review second supplemental discovery; e-mails from Mr. Weiss; reponses to e-mails; e-mail from Danny Becnel; various messages with Lisa Dagastonio regarding Access database; upload database to FTP server | $300.00 | $900.00 |
| 3/26/2011 | E-mails from Shanin Specter, Daniel Becnel, Fred Thompson, David Hockama; replies; e-mails to all objectors | $300.00 | $525.00 |
| 3/27/2011 | E-mail from David Hockema; reply; e-mail from Sol Weiss; reply; e-mail from Sol Weiss; reply | $300.00 | $300.00 |
| 3/28/2011 | Research regarding disqualification of litigation counsel; e-mails from objectors; respond to same; prepare for and participate in conference call | $300.00 | $750.00 |
| 3/29/2011 | Report of conference call; numerous e-mails from objectors; revise second supplemental discovery; conference with MEW | $300.00 | $600.00 |
| 3/30/2011 | Filing second supplemental discovery motion; conference with Garza group regarding discovery regarding common benefit trials; receipt of Garrett data; analysis of same; conferences with Joey Markowitz and MEW regarding same; e-mails with objectors regarding same | $300.00 | $975.00 |
| 3/31/2011 | Receive Juneau's ruling; conference with MEW; two e-mails to all objectors; numerous e-mails | $300.00 | $900.00 |
| | **Amount Due** | | **$23,550.00** |

**Robert E. Arceneaux**
**Robert E. Arceneaux LLC**
**47 Beverly Garden Drive**
**Metairie, LA 70001**
**(504) 833-7533**

June 11, 2011
Invoice Number: 1023

Vioxx objectors - April

| Date | Description | Rate | Total |
|------|-------------|------|-------|
| 4/1/2011 | numerous e-mails from clients; attend status conference; e-mails to D. Becnel; Conference Call | $300.00 | $900.00 |
| 4/2/2011 | receipt of draft motion for KS; receipt of preliminary report from Markowitz; numerous e-mails from clients; conference with MEW and PFC | $300.00 | $600.00 |
| 4/3/2011 | numerouis e-mails from clients and to and from MEW re status and discovery; conference wtih | $300.00 | $600.00 |
| 4/4/2011 | numerous e-mails from clients and co-counsel; receipt and review of reply to motion to restore common benefit funds; Conference Call; reveiw research re bond issues; review latest drafts of anapol and KS motions; conference with MEw | $300.00 | $975.00 |
| 4/5/2011 | review of draft of appeal of special master's rulings; revise; conferences with MEW; affidavit from tom Kline; numerous e-mails to and from objectors and co-counsel re host of issues; work on motion to disqualfiy | $300.00 | $1,200.00 |
| 4/6/2011 | numerous e-mails; draft motion to disqualify; revise; Conference Call; e-mail to and from Phil | $300.00 | $750.00 |
| 4/7/2011 | numerous e-mails to and from clients and co-counsel; communications with Markowitz; receipt and review of Garrett questions aqnd revised report; conference with Garret; revisions to motions; conferences with MEW | $300.00 | $1,050.00 |
| 4/8/2011 | numerous e-mails; revisions to motions to be filed; conference with MEW; Conference call with clients; status report to clients; order from Judge Fallon re Stratton funds | $300.00 | $1,275.00 |
| 4/9/2011 | numerous e-mails; communications with David Dana; revisions to motions; conferences with | $300.00 | $900.00 |
| 4/10/2011 | revisions to motions to disqualfiy, limit fees, and appeal; numerous e-mails; conferences with MEW | $300.00 | $750.00 |

| Date | Description | Rate | Total |
|------|-------------|------|-------|
| 4/11/2011 | numerous e-mails from clients and co-counsel; conferences with MEW; finalize pleadings; File Appeal of Special Master's Report and Scheduling Order; Motion to limit fees; motion to disqualify FAC Members; service; e-mail from Phil Garrett wth July 2010 lodestar; conferences re same; | $300.00 | $1,575.00 |
| 4/12/2011 | conference with PFC; conference with MEW; conference with Markowitz; review and analysiaze Garrett July 2010 Lodestar; numberous e-mails; amended appeal - notice of submission | $300.00 | $1,050.00 |
| 4/13/2011 | numerous e-mails from co-counsel and clients; conferences with MEW; work with Garrett data; conference call with clients; receipt and review of opinion from David Dana; conference re same | $300.00 | $1,200.00 |
| 4/14/2011 | numerous e-mails; conferences with MEW; revise | $300.00 | $525.00 |
| 4/15/2011 | numerous e-mails from clients and co-counsel; research re place of deposition; conference with MEW re discussionw with Juneau; revise supplement; File Supplement to Appeal of Juneau's order; service | $300.00 | $825.00 |
| 4/16/2011 | communications with Markowitz including new reports; analyze same and questions for Garrett; numberous e-mails from clients and co-counsel; conferences with MEW | $300.00 | $600.00 |
| 4/17/2011 | Letter to Pat Juneau re reposition; revise same; numerous e-mails; conference with MEW; conference with Markowitz | $300.00 | $675.00 |
| 4/18/2011 | long report from Markowitz about Garrett conversation; conference wtih Markowitz; numerous e-mails; conference with MEW; e-mails from Herman; review Juneau reply; review locks motion; recept and review of revised Dana opinion; receipt of review of background materials from D. Becnel | $300.00 | $1,275.00 |
| 4/19/2011 | numerous e-mails to and from clients; e-mails from Herman; conferences with MEW; work with Markowitz data and reports; review draft to Juneau; draft motion to payment of accountant's invoices; conference with Markowitz and Garrett | $300.00 | $1,200.00 |
| 4/20/2011 | numerous e-mails; notice from Juneau about depo location; conference with MEW re same; communications with PFC; receipt of new depo notices. order granting leave for supplemental appeal; e-mails from Russ Herman; e-mail from Phil Garrett with Worksheeets; analysis of worksheets to resolve Markowitz issues | $300.00 | $1,125.00 |

| Date | Description | Rate | Total |
|------|-------------|------|-------|
| 4/21/2011 | receipt of Snapka objections; conferences re same; numerous e-mails; conferences with Markowitz re Garrett additional worksheets; File Motion for Payment of Accountant's Invoices; Adoption of Snapka's objections; service; receipt of order denying appeal; conferences we same; Morelli letter; e-mails concerning Pat Juneau's directive to negotiate; conferences re conflicts of interest and appropriate replies | $300.00 | $1,350.00 |
| 4/22/2011 | numerous e-mails; conference calls with clients and MEW; reply to Herman; numerous e-mails from Herman | $300.00 | $450.00 |
| 4/24/2011 | e-mails from clients | $300.00 | $150.00 |
| 4/25/2011 | numerous e-mails; conference call; e-mails from Hermand and Seeger re negotiations; communications with Markowitz re Garrett worksheets; receipt and review of FAC Opppositions to pending motions; survey room for deposition and analyze telecommunication needs | $300.00 | $1,050.00 |
| 4/26/2011 | numerous e-mails; recept of amended pleadings from FAC re Exhibit D; conferences re same; communications with David Dana; e-mail from Pat Juneau re negotitions; conferences we re same; receipt of FAC Opposition to Motion to Limit Fees; Draft TTP Motion; work on motion for tria protocol; legal research re murphy oil procedure | $300.00 | $1,500.00 |
| 4/27/2011 | File Motion to Disclose TTP Information; Service; numerous e-mails from clients; receipt of FAC Reply to Opposition to Exhibit D; E-mail from Sobol; work on Exhibit D and preparation of collated copy; revisions to memo for trial protocol | $300.00 | $600.00 |
| 4/28/2011 | numerous e-mails; conference call; revise trial protocol motion; File Motion to Amend Scheduling Order and Establish Trial Protocol; service; review Anapol questions for deposition | $300.00 | $1,050.00 |
| 4/29/2011 | numerous e-mails re scheduling negotiations, and communications with clients about negotiations; receipt and review of order re trial protocol; conference with MEW; receipt of FAC Opposition to Anapol Motion; | $300.00 | $1,200.00 |
| 4/30/2011 | numerous e-mails from clients; scheduling negotiations; | $300.00 | $525.00 |
| | **Amount Due** | | **$26,925.00** |

**Robert E. Arceneaux**
**Robert E. Arceneaux LLC**
**47 Beverly Garden Drive**
**Metairie, LA 70001**
**(504) 833-7533**

June 11, 2011
Invoice Number: 1024

vioxx objectors - May

| Date | Description | Rate | Total |
|------|-------------|------|-------|
| 5/1/2011 | numerous e-mails about negotiation scheduling and other matters; conferences with MEW; review discovery in preparation for Birchfield Deposition | $300.00 | $1,200.00 |
| 5/2/2011 | numerous e-mails from client and Seeger re negotiations and other matters; receipt of review of D. Becnel's Opposition to FAC position; Various telephone conferences with objectors; continue preparation for deposition; FAC response to TTP Motion; receipt of first draft of final report from Markowitz; conferences re same | $300.00 | $1,500.00 |
| 5/3/2011 | numerous e-mails from clients and co-counsel; receipt and review of Anapol's FAC Opposition; e-mails with Herman and Juneau; receipt and review of denial of disqualification motion; conferences with clients re settlement negotiations; draft affidavit from David Dana; receipt and review of second draft of Markowitz final report; analyze same | $300.00 | $1,050.00 |
| 5/4/2011 | numerous e-mails from clients and co-counsel; communications with Markowitz re report; receipt of CV; conferences with MEW; conferences re ongoing settlement negotiations; receipt of revised report from Markowitz; preparation for deposition; begin common exhibit list preparation | $300.00 | $1,500.00 |
| 5/5/2011 | numerous e-mails from clients; conferences with MEW; receipt and review of reply to Anapol's motion; conferences re settlement discussions; | $300.00 | $600.00 |
| 5/6/2011 | pack up materials for birchfield depo; attend depo; confer with Pat Juneau and clients; numerous e-mails; unpack materials from depo and sort through exhibits that were used and discard unused ones; conferences with clients | $300.00 | $3,600.00 |
| 5/7/2011 | work on common exhibits and lists; numerous e-mails; conferences with MEW | $300.00 | $900.00 |
| 5/8/2011 | File Common Objector's Exhibit Lists; service; work on common exhibits; trial preparation | $300.00 | $2,100.00 |

| Date | Description | Rate | Total |
|------|-------------|------|-------|
| 5/9/2011 | prepare for and attend hearing; numerous e-mails, conferences | $300.00 | $1,500.00 |
| 5/10/2011 | prepare for and attend hearing; numerous e-mails; revise common exhibits; work with Markowitz charts; work with D. Becnel on rates issues; numerous e-mails re same | $300.00 | $1,800.00 |
| 5/11/2011 | prepare for and attend hearing; conferences and meetings with clients; numerous e-mails; work with Markowitz data; revise Common Exhibits again; receipt and receive FAC motion re markowitz; legal research and draft opposiiton; prepare exhibits for Garrett Cross and prepare for Markowitz direct | $300.00 | $3,600.00 |
| 5/12/2011 | prepare for and attend hearing; revise Markowitz memo; numerous e-mails; conferences with clients and MEW and PFC; research for VLC appeal | $300.00 | $2,100.00 |
| 5/13/2011 | numerous e-mails, prepare for and attend hearing; conferences with clients; prepare final set of common exhibits for submission to court; unpack boxes of trial materials and separate out materials for appeal or storage | $300.00 | $2,400.00 |
| 5/15/2011 | status report to clients | $300.00 | $150.00 |
| 5/16/2011 | request to David Dana; e-mails to co-counsel; conferences with MEW; e-mail to Huffman Robinson; status report to remaining objectors; numerous responses to continued representation e-mails; e-mails to Lynette Judge | $300.00 | $600.00 |
| 5/17/2011 | numerous e-mails from co-counsel; communications with D. Becnel; conferences with co-counsel re status conference; report from David Dana | $300.00 | $675.00 |
| 5/18/2011 | e-mail from JEU: father requested materials; e-mails to numerous counsel; Revisions to Markowitz opposition; File Opposition to Exclusion of Markowitz Testimony; Supplemental Motion re Accountant's fees; service; Conference with Markowitz | $300.00 | $750.00 |
| 5/19/2011 | e-mails from Phil Garrett, Henry King; Conferences with co-counsel; e-mails from numerous counsel; change of status conference; conferences with MEW; status reports to all counsel; errata; upstate status report | $300.00 | $600.00 |
| 5/20/2011 | Receipt of Orders from Fallon; Draft Appeal of Juneau's Trial Rulings; conferences with MEW; Call to T. Branch; numerous e-mails | $300.00 | $900.00 |
| 5/21/2011 | e-mails from Placitella and Seeger re settlement issues for objectors; conference with MEW; work on Appeal from Juneau trial rulings | $300.00 | $900.00 |
| 5/22/2011 | Review and Revise draft of post-hearing memo | $300.00 | $225.00 |

| Date | Description | Rate | Total |
|------|-------------|------|-------|
| 5/23/2011 | attend status conference with court; conference call with clients; revise post-trial brief; various e-mails | $300.00 | $975.00 |
| 5/24/2011 | numerous e-mails from clients; conference with MEW; conference call with clientsl; File Appeal of Pat Juneau's Trial Rulings; service | $300.00 | $900.00 |
| 5/25/2011 | conferences with MEW re post-trial brief; various | $300.00 | $300.00 |
| 5/26/2011 | various e-mails; trial transcript | $300.00 | $225.00 |
| 5/27/2011 | Receipt of FAC Post trial memo; review same; numerous e-mails; receipt of transcript | $300.00 | $450.00 |
| | **Amount Due** | | **$31,500.00** |

Thank You! - Balance is due upon receipt

**Robert E. Arceneaux**
**Robert E. Arceneaux LLC**
**47 Beverly Garden Drive**
**Metairie, LA 70001**
**(504) 833-7533**

June 11, 2011
Invoice Number: 1025

Vioxx Objectors - June

| Date | Description | Rate | Total |
|------|-------------|------|-------|
| 6/1/2011 | attend status conference; conference with MEW; various e-mails | $300.00 | $600.00 |
| 6/2/2011 | various e-mails from clients; receipt of PSC motion to assess other cases; conferences re same; e-mails re same; conferences with PFC and MEW; phone call to Judge's law clerk | $300.00 | $450.00 |
| 6/3/2011 | receipt and review of FAC's Post-trial brief; receipt and review of D. Becnel's post-trial pleading; numerous e-mails; motion to amend FAC exhibit K; conference with MEW; receipt and review of draft re subsequent CBF; receipt of Court order re discharge and procedures; draft Markowitz proffer | $300.00 | $1,050.00 |
| 6/4/2011 | phone conference with Joey Markowitz re proffer | $300.00 | $150.00 |
| 6/5/2011 | resesarch re pivot tables; revisions to Markowitz | $300.00 | $600.00 |
| 6/6/2011 | revisions to markowitz affidavit; several conferences with Joey Markowitz; second supplement for accountants's invoices; conference with MEW re same; filing second supplement and motion for proportionate distribution; service | $300.00 | $750.00 |
| | **Amount Due** | | **$3,600.00** |

**PASCAL F. CALOGERO, JR.**
(a professional law corporation)

OF COUNSEL TO THE FIRM:
Ajubita, Leftwich and Salzer, L.L.C.

Attorney at Law
Suite 1500, Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-1500

email: pcalogero@alsfirm.com

TELEPHONE (504) 582-2300
TELECOPIER (504) 582-2310

Vioxx MDL

Professional Services

| Date | | Rate | Amount |
|---|---|---|---|
| 2/10/11 | Mail, email, and telephonic communication including Decisions and completion of pleadings regarding Motion To Amend Court Order of 2/9/11, further communication Among Objectors' establishing a crucial telephone conference to initiate the process of selecting two lead counsel and a single liaison counsel as directed by the above referenced Motion to Amend | 550.00 | 1,650.00 |
| 2/11/11 | Preparing and addressing email notice to Herman and Birchfield cc Phil Wittmann | 550.00 | 275.00 |
| 2/14/11 | Receipt and review 23 emails of objectors and response to some of them. | 550.00 | 825.00 |
| 2/14/11 | Receipt and review of email from Becnel law firm regarding file and serve – Becnel's motion was filed in Pacer | 550.00 | 137.50 |
| 2/14/11 | Co-filing with Robert Arceneaux and Peggy Woodward Motion for Appointment of Objectors' Lead and Liaison Counsel and Memorandum in Support thereof | 550.00 | 550.00 |
| 2/16/11 | Mail, email, and telephonic communication including decisions and completion of pleadings regarding all Common Fee Applicants, Order of February 16, 2011, additional communication regarding preliminary discovery and first discovery draft and first discovery letter previously ordered by the Court, and a telephone conference in afternoon | 550.00 | 1,375.00 |
| 2/18/11 | Mail, email and telephonic communication including completion of pleadings regarding Notice of Hearing, and Motion to Incorporate Memorandum to Shorten Response Time and to Compel Production of Full Responses to First Interrogatories and Requests for Production by Objectors' Lead Counsel to Fee Allocation Committee, and Motion for Expedited Hearing on Motion to Shorten Time and to Compel. In addition, the review of the appointment of a Special Master's proposed preliminary agenda. Decisions surrounding issues relating to lodestar and Matters of common benefit fund. | 550.00 | 1,650.00 |
| 2/18/11 | Morning meeting with Robert Arceneaux and Peggy Woodward at Metairie Coffee Shop for discussion of pleadings | 550.00 | 1,100.00 |
| 2/21/11 | Receipt and review of 26 emails | 550.00 | 825.00 |

| Date | Description | | |
|---|---|---|---|
| 2/22/11 | Receipt and review of 22 emails | 550.00 | 825.00 |
| 2/23/11 | Mail, email and telephonic communication including decisions and Completion of pleadings regarding draft of Motion to Disband Fee Allocation Committee, to remove Herman, Seeger, and Birchfield From all leadership positions, for Forfeiture of Fees, and for Return of Improperly Distributed Funds; review of Order issued by Judge Fallon on the Motion on behalf of the Court Appointed Fee Allocation Committee for Order Requiring Recipients of listed materials to Maintain Confidentiality and review of issues surrounding the Stratton matter | 550.00 | 825.00 |
| 2/23/11 | Conference with Russ Herman, Andy Birchfield, Robert Arceneaux, And Peggy Woodward.  Preparation for Pat Juneau's hearing this coming Thursday. | 550.00 | 1,100.00 |
| 2/23/11 | Work on pleadings and dinner work session with Robert Arceneaux and Peggy Woodward | 550.00 | 1,925.00 |
| 2/24/11 | Mail, email, and telephonic communication including decisions and completion of pleadings regarding Motion for Partial Summary Judgment or Alternatively, To Strike Allocation Recommendations of the FAC, Statement of Material Undisputed Facts, in addition to the review of Fee Allocation Committee's Motion to Quash Subpoena Duces Tecum and for Protective Order and Memorandum in Support of Fee Allocation Committee's Motion to Quash Subpoena Duces Tecum and for Protective Order. | 550.00 | 1,925.00 |
| 2/24/11 | Receipt, review and correspondence with 27 emails | 550.00 | 825.00 |
| 2/25/11 | Call in telephone conference with objectors and co-lead counsel | 550.00 | 550.00 |
| 2/25/11 | Telephone and email correspondence with co-lead counsel | 550.00 | 550.00 |
| 2/25/11 | Receipt and review of 17 emails; assessment and correspondence | 550.00 | 1,100.00 |
| 2/26/11 | Mail, email and telephonic communication including decisions and completion of pleadings regarding Memorandum in Opposition to the FAC's Motion to Quash Brown Greer Subpoena Duces Tecum and for Protective Order, and in Reply to Brown Greer Letter Contesting Subpoena, Attachment A to Brown Greer PC Subpoena Duces Tecum. | 550.00 | 1,100.00 |
| 2/27/11 | Receipt and review of emails; study and review of pleadings | 550.00 | 687.50 |

| | | | |
|---|---|---|---|
| 2/28/11 | Mail, email and telephonic communication including decisions and completion of pleadings regarding Co-Lead Counsel's Motion for Additional Discovery Pursuing Side Deals Related to the Fund Awarded by this Court's Order of October 19, 2010; review of opposition's Motion on Behalf of Court Appointed Fee Allocation Committee for Order Requiring Recipients of Listed Materials To Maintain Confidentiality; review of Affidavit of Philip A. Garrett, C.P.A and correspondence to Mr. Garrett requesting a meeting; Co-Lead Counsel's Memorandum in Support of Motion for Additional Discovery Related to the "Stratton" Settlement and Any Other Undisclosed Settlements or Side Deals Which Affect the Allocation of the Fund Awarded by This Court's Order of October 19, 2010. | 550.00 | 2,200.00 |

**Total hours**        40.00 @ $550.00 = $22,000

# PASCAL F. CALOGERO, JR.
(a professional law corporation)

| | | |
|---|---|---|
| OF COUNSEL TO THE FIRM:<br>Ajubita, Leftwich and Salzer, LLC | Attorney at Law<br>Suite 1500, Energy Centre<br>1100 Poydras Street<br>New Orleans, Louisiana 70163-1500 | email: pcalogero@alsfirm.com |

TELEPHONE (504) 582-2300
TELECOPIER (504) 582-2310

Vioxx MDL

Professional Services

| Date | | Rate | Amount |
|---|---|---|---|
| 3/1/11 | Telephone conference call with Robert Arceneaux and Peggy Woodward; receipt and review and planning responses to emails, from Juneau, Birchfiled, clients and co-lead counsel. (33 emails) | 550.00 | 1,650.00 |
| 3/2/11 | Study, preparation for telephone conference call | 550.00 | 275.00 |
| 3/2/11 | Telephone conference call with Master Juneau, Russ Herman, Andy Birchfield and co-lead counsel | 550.00 | 412.50 |
| 3/2/11 | Telephone conference with co-lead counsel and Objectors | 550.00 | 550.00 |
| 3/3/11 | Telephone conference call with co-lead counsel and Most of 17 objectors | 550.00 | 825.00 |
| 3/3/11 | Review and study of fee allocation committee pleading, response to objectors' common benefit fee Allocation | 550.00 | 550.00 |
| 3/5/11 | Continued review and study of fee allocation pleadings in opposition to objectors | 550.00 | 1,237.50 |
| 3/9/11 | Telephone conference call with 6 participants | 550.00 | 550.00 |
| 3/12/11 | Study FAC's response to objectors to FAC's recommended fee allocation | 550.00 | 1,237.50 |
| 3/14/11 | Mail, email and telephonic communication including decisions and completion of pleadings and matters including correspondence from Peggy to Russ Herman regarding access to Mr. Garrett's records; Robert's reference to conference call ; Objectors' Pre-Trial order 6F, Objectors' proposed pre-trial order 6F w/attachments; Memo in support of Pre-Trial Order 6F; Message from Peggy to Special Master Juneau regarding Mr. Garrett's records; Third Party Payor Resolution, Third Party Payor Resolution w/attachments; Message detailing Wish List to Mr. Garrett. (20 emails) | 550.00 | 1,650.00 |

| Date | Description | Rate | Amount |
|---|---|---|---|
| 3/15/11 | Mail, email, and telephonic communication including decisions and completion of pleadings, and Fee Allocation Committee's response to Objectors' Supplemental Memorandum in Support of Additional  Discovery w/attachments; Message from Peggy regarding access to Mr. Garrett's records; Message from Russ Herman regarding access to Garrett's records; Message from Robert to Philip Garrett regarding access to Garrett's records; Message from Robert to Peggy regarding Birchfield's reply.     (19 emails) | 550.00 | 1,650.00 |
| 3.16/11 | Mail, email, and telephonic communication including decisions and completion of pleadings, and Message from Robert regarding Garrett's Wish List w/attachments, Objectors' combined reply to Fee Allocation Committee's Opposition to Motion for Summary Judgment and Motion for Additional Discovery w/attachments; Motions for Pre-Trial Order 6F, Memo in Support of Motion for Pre-Trial Order 6F, Proposed Pre-Trial Order 6F to opposing counsel; same attachments to co-counsel. (10 emails) | 550.00 | 1,650.00 |
| 3/17/11 | Mail, email, and telephonic communication including decisions and completion of pleadings  such as Memorandum in Support of Motion of Objectors' to Remedy Unauthorized Deal Making, Improper Withdrawals from the Common Benefit Fund, Oppositions' Fee Allocation Committee's Response to Objectors' Motion for Pretrial Order 6F; Objectors' Opposition to BrownGreer Motion for Order Setting Procedure for Access to Program Information.     (9 emails) | 550.00 | 1,100.00 |
| 3/18/11 | Receipt of emails from clients and co-lead counsel; communication and review. | 550.00 | 550.00 |
| 3/19/11 | Receipt of correspondence from clients and co-lead counsel; communications and review. | 550.00 | 550.00 |
| 3/20/11 | Receipt of emails from clients and co-lead counsel; communications and review. | 550.00 | 550.00 |
| 3/21/11 | Mail, email, and telephonic communication including decisions and completion of and review of pleadings such as Fee Allocation Committee's Response to Objectors' Motion For Pre-trial Order 6F, Memorandum in Support of Motion to Restore Common Benefit Fund; Motion to Restore Common Benefit Fund; message from Sol Weiss Regarding motions filed to recover funds from Common Benefit Fund; communications with co-lead counsel regarding Motion to Restore; reviewed information received from Co-lead counsel regarding lodestar.   (8 emails) | 550.00 | 1,100.00 |

| Date | Description | | |
|---|---|---|---|
| 3/22/11 | Receipt of emails from clients and co-lead counsel; communication and review. | 550.00 | 550.00 |
| 3/24/11 | Telephone conference call with objectors and co-lead counsel re:  planning strategies and pleadings. | 550.00 | 1,100.00 |
| 3/28/11 | Telephone conference call with team of objectors | 550.00 | 550.00 |
| 3/30/11 | Telephone conference call with co-lead counsel and several Objectors | 550.00 | 825.00 |
| 3/31/11 | Receipt and review of emails from clients and co-lead counsel; review of Master Juneau's ruling on discovery and settlement order; telephone conference with co-lead counsel and objectors.          (23 emails) | 550.00 | 1,650.00 |

**Total hours**      **37.75 @ $550.00 = $20,762.50**

**February charges**      **40.00 @ $550.00 = $22,000.00**

**Amount Due**                      **$42,762.50**

# PASCAL F. CALOGERO, JR.
(a professional law corporation)

| | | |
|---|---|---|
| OF COUNSEL TO THE FIRM:<br>Ajubita, Leftwich and Salzer, LLC | Attorney at Law<br>Suite 1500, Energy Centre<br>1100 Poydras Street<br>New Orleans, Louisiana 70163-1500 | email: pcalogero@alsfirm.com |

TELEPHONE (504) 582-2300
TELECOPIER (504) 582-2310

April 30, 2011

Vioxx MDL

| | Professional Services by Liaison Counsel for Objectors | Rate | Total |
|---|---|---|---|
| 4/01/11 | Appeared for status conference in Judge Fallon's Court; email and telephonic communication, basically an overview of the Status hearing held this day. | $550 | $1100 |
| 4/02/11 | Telephonic communication about questions arising from Special Master's scheduling order, and a Motion of Kline & Specter, P.C. to Enforce the Full Participation Option or, in the Alternative, for Leave to File Objection to FAC's 8% Fee recommendation. | $550 | $2200 |
| 4/03/11 | Mail, email, and telephonic communication regarding the Common Fund Doctrine giving Common Benefit Lawyers interest in every case in which their work added some value. | $550 | $1100 |
| 4/04/11 | Study and preparation for 7 p.m. telephone conference call; email, and telephonic communication involved numerous filings: Fee Allocation Committee's Opposition to Objectors' Motion to Restore Common Benefit Fund; Report and Scheduling Order of Special Master, Orders and Reasons, Reply Memorandum in Support of Motion for Partial Summary Judgment, or Alternatively, Motion to Strike, and Motion for Additional Discovery, Pre-Trial Order No. 6(d); Affidavit of Philip Garrett, court appointed C.P.A.; Garrett's Supplemental Report and Affidavit of June 10, 2010, and Garrett's Supplemental Report and Affidavit of August 4, 2010, FAC's Recommendation Modifications, Order Appointing Special Master, Status report and scheduling order of Special Master, Point System Guide; reminder re: conference call p.m. of 4/4/11; letter regarding Common Benefit Settlement Agreement between Merck & Co., Inc. and certain TPP Plaintiffs' Attorneys dated as of September 14, 2009. Telephone conference with 19 objectors or their representatives along with co-lead counsel. | $550 | $2200 |

| | | Rate | Total |
|---|---|---|---|
| 4/05/11 | Email, and telephone conversation, review of issues covered in conference call of April 5,2011; discussion of the 4% relative to additional conference call; receipt and discussion of Memorandum in Support of Motion of Objectors' to Remedy the Improper and Unauthorized Withdrawals from the Common Benefit Fund by FAC leaders. | $550 | $2200 |
| 4/06/11 | Telephone conference call with Arceneaux, Woodward and all objectors regarding the preliminary draft of the Objectors' appeal from Special Master Juneau's orders and routed ruling and mention of a conference call on April 8th ; Position paper sent and discussion, including the affidavit of Dr. Madigan discussed; receipt and study of Memorandum in Support of Disqualification of any FAC Member as Litigation Counsel. | $550 | $1100 |
| 4/07/11 | Email, and telephonic communications, report of the conference call of April 6th reported; conversation regarding position paper discussed; suggestions submitted regarding the position paper; the issue regarding Motion to Disqualify becomes an issue among objectors; the Garrett lodestar report is mentioned; discussion arose whether to cite ethical violations. | $550 | $2200 |
| 4/08/11 | Telephone conference call with Arceneaux, Woodward and all objectors; email, and telephonic communication regarding the use of ethical violations and conflicts of interest, and the reference to the Stratton  matter in the Motion to Disqualify; it was noted that individuals must be guided by their own view relative to submitting ethics violations to the Court; the consultation of an ethics expert is considered; once considered it is suggested that the Objectors' should reconsider expressly and aggressively allege ethical violations, and the general consensus is in agreement; the final draft of the appeal is distributed. | $550 | $2200 |
| 4/11/11 | Review of emails and communications with co-lead counsel regarding unresolved questions to be discussed in telephone conference with objectors set for Wednesday, April 13, 2011; email, and telephonic communication including draft of Objectors' appeal; Motion to Exclude FAC Members from Serving as Litigation Counsel; motion appealing the Special Master's Report and Scheduling Order discussed; letter regarding the deposing of a FAC member; and motion to limit fees, memorandum in support thereof. | $550 | $2200 |
| 4/12/11 | Lengthy telephone conversation with Robert Arceneaux | $550 | $1100 |

| | | Rate | Total |
|---|---|---|---|

and Peggy Woodward concerning Garrett's submitting a firm by firm lodestar presumably done about two years ago and only recently discovered by Garrett among his files. Email, and telephonic communication regarding the scheduled deposition of Andy Birchfield scheduled for April 21, 2011 at 10:00 a.m. C.D.T.; several dates were reviewed and eliminated, ultimately the only date available for our team is April 26,2011.

| Date | Description | Rate | Total |
|---|---|---|---|
| 4/13/11 | Telephone conference call with Robert Arceneaux, Peggy Woodward and objectors; Mail, email, including status report on telephone conference call held earlier this day; mention that Philip Garrett "found" the firm-by-firm lodestar report that had been requested for over several months; Anapol's draft of a motion to refute assessment and mention that Kline & Specter filed a related motion last week; the issue of Common Benefit Work fees was addressed, and information was shared regarding the Common Benefit Work fees. | $550 | $1100 |
| 4/15/11 | Email, and telephonic communications including a status report in telephone conference call held this day with co-lead counsel and many of the objectors. | $550 | $1100 |
| 4/18/11 | Email, and telephonic communication received relative to the inception of the mass tort suits over Vioxx and the response of lawyers to the formidable claims levied against Merck and their product, Vioxx; review of correspondence sent by Woodward, co-lead counsel for the Objectors' to Special Master Patrick Juneau regarding the deposition of Andy Birchfield; received copy of correspondence from Russ Herman to Special Master Patrick Juneau regarding the place of the Birchfield deposition; review and assessment of Motion filed by Locks Law Firm, LLC requesting relief from the Court's order of October 19, 2010 relative to the established Common Benefit Fee of 6.5%. | $550 | $2200 |
| 4/19/11 | Email, and telephonic communications were employed regarding the location of the deposition of the appointed member of the FAC; correspondence was routed between the Objectors, Russ Herman, and Special Master Juneau to facilitate the decision of the Special Master to choose a location for the deposition. | $550 | $1100 |
| 4/20/11 | Email received from Special Master Patrick Juneau notifying all parties involved that the deposition location is the law offices of Russ Herman; matters relative to discovery discussed; extension for filing exhibit lists was requested; Russ Herman notified that his offices would be available for inspection to ascertain achievement of maximum productivity during the deposition. | $550 | $1100 |
| 4/21/11 | Email, and telephonic communication concerning the | $550 | $2200 |

bill received from Mr. Garrett and his agreement to await receipt of payment pending approval by the Court; review of Motions filed this day.

| | | | |
|---|---|---|---|
| 4/22/11 | Preparation for telephone conference with Arceneaux and Woodward regarding depositions, location thereof, discussion of duties of co-lead counsel and liaison counsel, FAC's response to objectors' motion to limit their role and motion for accountant's bills.  Discussion regarding mediation and the hesitance of FACs agreement to mediation. | $550 | $1100 |
| 4/25/11 | Preparation for and telephone conference call with all objectors, R. Arceneaux and P. Woodward; Post-telephone conference discussion with Robert Arceneaux and Peggy Woodward; email and telephonic communication concerning the location set up for the deposition; reiteration of duties of co-lead counsel and liaison counsel; responses to Motions filed to disqualify litigation counsel; FAC's response to Objectors' Motion to limit their role and Motion for Acct. bills paid; disparity over the suggestion by Objectors For Mediation and the hesitance of the FAC to agree to Mediation. | $550 | $2200 |
| 4/26/11 | Email, and telephonic communication relating to Motion filed by FAC regarding amending Exhibit D, and Objectors' Opposition to Motion to Supplement Exhibit D; Motion filed by Objectors' to Exclude FAC members from serving as Litigation Counsel; Objectors' response to Master Juneau's suggestions to assist in negotiations. | $550 | $1100 |
| 4/27/11 | Email, and telephonic communication regarding Memorandum in Support for Motion of Expedited Hearing of Objectors' Motion to Disclose Third Party Payor Common Benefit Fund information; issues surrounding the completion of trial prep and motions for the appellate record; objectors consulted regarding a prospective telephone conference; and the concern over time status; Memorandum to Establish Hearing Protocol prepared for filing; new inquiries regarding Common Benefit Fund and funds removed for the Stratton settlement; issues surrounding the request for information and the former lack of receipt of requested information, and the notification of eventual receipt of information. | $550 | $2200 |
| 4/28/11 | Email, and telephonic communication including | $550 | $3300 |

information provided to assist in creating the Vioxx
Liability timeline; conference call is in question;
information from Special Master Juneau amending
the previously issued Scheduling Order; letter to
Special Master Juneau regarding Objectors' appreciation
of his consideration of ethical constraints; many dates
are not acceptable for all members participating in the
case; arrangements are made for hotel bookings as per
order of Special Master; information provided detailing
Employee Billing Rates by Firm from 01/2000 to
07/2010; confirmation of meeting dates in New Orleans
beginning May 3rd if there is no resolution, hearings are
scheduled to commence May 9, 2011; information was
shared regarding three issues surrounding lodestar:
1) hourly rates reported by firms, 2) Vioxx MDL Billing Rates
as of July 2010, and 3) The Murray Firm's pleading with
exhibits filed this day;

| 4/29/11 | Email, and telephonic communication confirming the scheduled resolution conferences on May 3rd and 4th, and the deadline to submit exhibit lists is extended to 9:00 a.m. on May 9' 2011; the question of who will be present during the resolution conferences.; message noting no changes in meetings by Special Master Juneau; Hearing Protocol was received from Special Master Juneau; FAC's Opposition to Kline & Specter's Motion to Enforce the full Participation Option, or, In the Alternative, For Leave to File Objection to FAC's 8% fee Recommendation; additionally, the FAC's Opposition to Motions for Relief from this Court's October 19, 2010 Order Establishing a Common Benefit Fee of 6.5% which was filed with the Court today; suggestions of a trial continuance and a deposition rescheduling was circulated; Special Master Juneau circulated the official Hearing Protocol. | $550 | $2200 |

| 4/30/11 | Email, and telephonic communication including the issue of meetings with Seeger and the matter of preparing for hearings and possible settlement negotiations; considerations for today's conference call; information regarding FAC's paralegal and how she continued to run the depository although residing in Florida; inquiries regarding angry clients and Mike Stratton; response from various Objectors' to inquiry by co-lead Peggy Woodward; confirmation of hearing times revisited. | $550 | $1650 |

TOTAL HOURS 4/1/11 - 4/30/11
73.00 @ $550 = $40,150

PASCAL F. CALOGERO, JR.
(a professional law corporation)

OF COUNSEL TO THE FIRM:
Ajubita, Leftwich and Salzer, LLC

Attorney at Law
Suite 1500, Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-1500

email: pcalogero@alsfirm.com

TELEPHONE (504) 582-2300
TELECOPIER (504) 582-2310

May 31, 2011

VIOXX MDL

| | Professional Services by Liaison Counsel for Objectors | Rate | Total |
|---|---|---|---|
| 5/02/11 | Email and telephone communications including the reassignment of hearing times; inquiry from Chris Seeger regarding the lack of response from several Objectors; Peggy's response to Seeger's inquiry; confirming scheduled times. | $550 | $2200.00 |
| 5/03/11 | Email and telephone calls from Robert Arceneaux regarding budget balance and future expenses; statement of hearing protocols as dispensed by Special Master Juneau; problem with scheduling hearings; resolution regarding scheduling conflicts; having Special Master Juneau issue his order of presentation for the hearings. | $550 | $2200.00 |
| 5/04/11 | Telephone conference call and meetings with Robert Arceneaux Peggy Woodward;Robert's recommending the use of video clips to make an impact at the hearings; receipt of order issued by Judge Fallon denying the request of Co-Lead Counsel for the objectors to disqualify members of the FAC from serving as litigation counsel in the litigation regarding allocation of common benefit funds; suggestions by Sol Weiss relative to the process of the hearings; Sol Weiss offered observations regarding the FAC. | $550 | $2887.50 |
| 5/05/11 | Email and telephone calls between Peggy and objectors regarding objectors budget and future trial costs; review of transcript relative to the first court proceeding on this matter and the original order appointing Co-Lead Counsel and Liaison Counsel to represent the objectors to the FAC; request by the plaintiffs for a list of each testifying objector witnesses' names and the date and time they will testify; receipt and review of the Glossman document. | $550 | $1650.00 |
| 5/06/11 | Andy Birchfield's deposition by Special Master Juneau. | $550 | $2200.00 |

| Date | Description | Rate | Amount |
|---|---|---|---|
| 5/08/11 | Email and telephone communications including receipt of letter from Russ Herman to Special Master Juneau requesting the Special Master's reconsidering the objectors renewed request for the discovery of minutes of FAC meetings; the distribution of objectors' common exhibit list of materials not produced by FAC in discovery. | $550 | $1100.00 |
| 5/09/11 | Morning court trial before Special Master Juneau; mail, email and telephonic communications; afternoon meeting with two witnesses; preparation for court hearing of 5/10/11 before Speical Master Juneau; email and telephone recap of Andy Birchfield's deposition and introduction of information relative to NJ lawyers and the meager 50 points they were given. | $550 | $5225.00 |
| 5/10/11 | Court hearing before Special Master Juneau; receipt and review of mail and emails; telephone call notice that Kline had settled; suggestion for adjustment to Eric Weinberg's rate; changes to Herman, Herman, Katz and Daniel Becnel must be changed based on the new variation; additional rate changes are noted for Justin Bloom, Steven Murray, Sr. and Steven Murray, Jr.; most recent list of settling objectors; information sent to Russ Herman noting changes that should be made to charts to ascertain accurateness. | $550 | $3850.00 |
| 5/11/11 | Trial before Special Master Juneau; email and telephone communication regarding Special Master Juneau's perception of contributions to the state court common benefit, stand on the same footing as MDL contributions; discussing belief that Judge Higbee may be helpful in determining status of State cases as equal to MDL's; issue of FAC members speaking to Special Master Juneau on an ongoing basis (presumably okayed by the court or court order); amended motion to the FAC to exclude Joey Markowitz from testifying and to exclude the "Pivot" Report; review of Pretrial Order No. 6C (Reporting of Common Benefit Time by NPC and others). | $550 | $2750.00 |
| 5/12/11 | Trial before Special Master Juneau; email and telephone communication involving information presented by Chris Placitella regarding points grid fees; regarding Andy Birchfield cross examination numerous points of agreement were provided; a strong point still in contention is the state lawyers as compared to MDL lawyers; suggestions in cross notes of Birchfield, in his capacity as an MDL lawyer, did not understand how important the sharing of work was; finalization of power point presentation with note about weak comparison of points paid by the MDL for those who did trial work. | $550 | $3300.00 |

| | | Rate | Total |
|---|---|---|---|
| 5/13/11 | Trial before Special Master Juneau; mail, email and telephone communication including a compilation of Andy Birchfield's cross examination; key points were reiterated for use during the trial. | $550 | $3850.00 |
| 5/16/11 | Email and telephonic communications since the completion of the trial recommendation on how "settled objector" should be viewed; notification of Murray Law Firm settled; concern regarding the "settled" firms relative to their financial obligation; request remaining firms' interests in the continuation of representation by Co-Lead and Liaison Counsel; notice to those remaining firms regarding the filing of post-trial motions within 15 days; opinion sought regarding continuation of representation until and after the completion of trial. | $550 | $2750.00 |
| 5/17/11 | Email and telephone calls regarding receipt of ethics opinion as to representation of remaining objectors; concern expressed by Danny Becnel and response regarding representation on "common" issues; review of Supplemental Memorandum in Support of Motion for Payment of Accountant's Invoices, and Motion for Leave to File Supplemental Memorandum in Support of Payment of Accountant's invoices. | $550 | $2200.00 |
| 5/18/11 | Email and telephone calls involving notice as to the preparation of completion of trial; notice that an opposition had never been filed and the fact that it was filed this day;    review of the fee arrangement and how Judge Fallon   decides to fix the fees of liaison and co-lead counsel. | $550 | $1100.00 |
| 5/19/11 | Afternoon 3 hour conference call; email and telephone communications including informational correspondence to all counselors regarding the payment of fees to Co-Lead and Liaison Counsel and the continuation of their participation with the remaining five objectors; notification of rescheduling of meeting with Fallon and Herman. | $550 | $2750.00 |
| 5/20/11 | Email and telephone calls regarding draft of Appeal of Special Master Juneau's rulings. | $550 | $1100.00 |

|  |  | Rate | Total |
|---|---|---|---|
| 5/23/11 | A.M. preparation with Robert and Peggy for meeting with Judge Fallon, Russ Herman and two co-lead counsel; p.m. meeting with Judge Fallon, Russ Herman and 2 co-lead counsel; late p.m. meeting with co-lead counsel and objectors; mail, email and telephonic communication including explanation by co- lead counsel ascertaining objectors preserving all of their appellate rights; review of proposed agenda and preparation for the afternoon meeting with Judge Fallon; review of objectors post-hearing memorandum and offered changes to document; review of final draft for filing of objectors appeal from certain rulings of Special Master Juneau made during the May 9-13, 2011 hearing; receipt of and review of order issued and signed by Judge Fallon denying oral argument regarding seeking to reduce the 6.5% common benefit assessment on the fees of attorneys whose clients resolved their claims through the Settlement Program. | $550 | $2750.00 |
| 5/24/11 | Telephone conference call with co-lead counsel and objectors; email and telephone calls involving review of the most recent FAC's latest allocation recommendation and explanation of the reduction in the amount of recs to the FAC members/ | $550 | $1100.00 |
| 5/25/11 | Telephone conversation with Robert Arceneaux regarding pleading directed by Judge Fallon. | $550 | $ 275.00 |
| 5/26/11 | Work on Judge Fallon's directed submission; email and telephone calls including review of copies of transcripts of all hearing days except 5/11/11. | $550 | $ 550.00 |
| 5/27/11 | Telephone conference with co-lead counsel and New Jersey clients. | $550 | $ 550.00 |
| 5/31/11 | Meeting with co-lead counsel regarding final motion. | $550 | $1375.00 |

**Total hours**   86.75 @ $550 = $47,771.50

**PASCAL F. CALOGERO, JR.**
(a professional law corporation)

OF COUNSEL TO THE FIRM:                    Attorney at Law                    email: pcalogero@alsfirm.com
Ajubita, Leftwich and Salzer, LLC          Suite 1500, Energy Centre
                                            1100 Poydras Street
                                            New Orleans, Louisiana 70163-1500

TELEPHONE (504) 582-2300
TELECOPIER (504) 582-2310

June 9, 2011

Vioxx MDL

| | Professional Services by Liaison Counsel for Objectors | Rate | Total |
|---|---|---|---|
| 6/01/11 | In chambers meeting with Judge Fallon, co-lead counsel and FAC representative Herman. | $550 | $1100 |
| 6/03/11 | Receipt and study of FAC's motion filing amendment to Exhibit K, proposed order and notice of submission. | $550 | $ 550 |
| 6/03/11 | Receipt and review of FAC's appeal of certain rulings of Master Juneau. | $550 | $ 225 |
| 6/06/11 | Review and discussion of co-lead counsel objectors' motion for allocation of any and all common benefit sums | $550 | $ 550 |
| 6/07/11 | Second Supplemental Memo in Support of Payment of Accountant services; receipt and review of motion prepared by co-lead counsel. | $550 | $ 275 |
| 6/07/11 | Review of proffered testimony of Joey Markowitz by affidavit | $550 | $ 275 |

**Total hours 5.50 @ $550 = $3,025.00**

**Billing Summary: (the following hourly billings**
**include receiving and/or sending**
**in excess of 618 emails)**

| | | | |
|---|---|---|---|
| **February** | **40.00** | **hrs @ $550 = $ 22,000.00** |
| **March** | **37.75** | **hrs @ $550 = $ 20,762.50** |
| **April** | **73.00** | **hrs @ $550 = $ 40,150.00** |
| **May** | **86.75** | **hrs @ $550 = $ 47,712.50** |
| **June** | **5.50** | **hrs @ $550 = $  3,025.00** |
| | | |
| **Total** | **243.00 hrs @ $550 = $133,650.00** |

| OBJECTORS | AMOUNT REQUESTED | GARRETT'S LODESTAR | FAC ALLOCATION | SETTLEMENT |
|---|---|---|---|---|
| Anapol, Schwartz, et al | 9,000,000.00 | 3,309,025.00 | $3,400,000.00 | $4,000,000.00 |
| Becnel Law Firm | 4,041,000.00 | 3,622,315.95 | $455,000.00 | |
| Branch Law Firm | 3,947,857.75 | 2,353,546.13 | $0.00 | |
| Bruno and Bruno | 319.50 hours | 0.00 | $0.00 | $75,000.00 |
| Cunard Law Firm | $435,000.00 | 926,724.35 | $100,000.00 | $375,000.00 |
| Escobedo, Tippet and Cardenas | $19, 125,000.00 | 6,076,347.98 | $0.00 | |
| Jones, Swanson, et al | $389,850.00 + multiplier | 288,609.26 | $30,000.00 | $350,000.00 |
| Kline and Specter | $28,718,497.00 | 11,933,751.85 | $4,000,000.00 | $15,000,000.00 |
| Lockridge, Grindal, Nauen | $1,215,000 (50% of lodestar) | 2,479,236.25 | $350,000.00 | $1,100,000.00 |
| Locks Law Firm | $6,518,226.50 (+ if multiplier > 1.5) | 4,428,903.36 | $585,000.00 | $1,700,000.00 |
| Morelli, Rattner | $12,000,000.00 | 1,302,193.75 | $750,000.00 | $2,250,000.00 |
| Motley Rice | $5,049,542.00 | 1,191,962.50 | $195,000.00 | $1,250,000.00 |
| Murray Law Firm | $1,622,460.00 | 685,148.46 | $162,000.00 | $850,000.00 |
| Placitella/Weinberg | $33,000,000.00 | 5,502,913.82 | $720,000 | $7,000,000.00 |
| Roda Nast | $503,783.85 + multiplier | 508,059.04 | $45,000.00 | $300,000.00 |
| Scheller PC | $566,142.50. | 566,252.50 | $65,000.00 | $325,000.00 |
| Snapka Law Firm | $12,000,000.00 | 1,400,425.97 | $75,000.00 | |
| **total** | | | $10,932,000.00 | $34,575,000.00 |

EXHIBIT D