UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION  L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | SPECIAL MASTER |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | PATRICK A. JUNEAU |
| Pascal Calogero, Jr. | * | July 15, 2011 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * ***

## ORDER

On the above and foregoing motion,

**IT IS ORDERED** that the fees of Pascal Calogero as liaison counsel, and of Robert Arceneaux and Margaret Woodward, as co-lead counsel be paid out of the fees recovered by the Objectors they represented;

**IT IS FURTHER ORDERED** that BrownGreer reserve funds from the moneys to be paid out of the common benefit fund in the below-listed amounts to the below-listed firms, and pay the reserved funds to Robert Arceneaux for distribution among himself, Pascal Calogero and Margaret Woodward;

**IT IS FURTHER ORDERED** that the following firms pay attorneys' fees to co-lead and liaison counsel pursuant to contract in the listed amounts:

| Firm | Fee |
|---|---|
| Bruno | $3,000 |
| Lockridge | 30,000 |

| | |
|---|---|
| Morelli | 22,087 |
| Murray | 27,520 |
| Nast | 10,200 |
| Placitella | 62,483 |
| Sheller | 10,400 |
| Weinberg | 128,833 |

**IT IS FURTHER ORDERED** that the hourly fees of liaison and co-lead counsel for Objectors in the amount of $318,183.04 be, and they are hereby approved;

**IT IS FURTHER ORDERED** that co-lead and liaison counsel are entitled under the *Johnson* factors to a multiplier of ___, to be applied to their aggregate lodestar;

**IT IS FURTHER ORDERED** that co-lead and liaison counsel's multiplied hourly rates be divided equally (pro tanto) among the following firms:

Anapol

Becnel

Branch

Cunard

Kline & Specter

Locks

Motley Rice

Escobedo

Jones, Swanson

Snapka

**IT IS FURTHER ORDERED** that Margaret Woodward be paid an additional $_____$, and that those fees be paid by the following firms in addition to the amounts set forth above: Anapol, Becnel, Cunard, and Motley Rice.

New Orleans, LA, this \_\_\_\_ day of _____, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE