UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                          *          MDL NO. 1657
                                                      *
PRODUCTS LIABILITY                                    *
 LITIGATION                                           *          SECTION  L
                                                      *
THIS DOCUMENT RELATES                                 *          JUDGE FALLON
TO ALL CASES                                          *          MAG. JUDGE KNOWLES
                                                      *          SPECIAL MASTER
FILER: Robert E. Arceneaux/Margaret Woodward   *          PATRICK A. JUNEAU
                                                      *          July 15, 2011
                                                      *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *


**MOTION FOR LEAVE TO FILE THIRD SUPPLEMENTAL**
**MEMORANDUM IN SUPPORT OF PAYMENT OF ACCOUNTANT'S INVOICES**


        NOW COME Objectors, through undersigned counsel, and move for leave to file their third

supplemental memorandum in support of the pending Motion for Payment of Accountant's Invoices.



/s/ Robert E. Arceneaux                              /s/ Margaret E. Woodward
_____                      _____
Robert E. Arceneaux, La Bar No. 01199                MARGARET E. WOODWARD, La. Bar
ROBERT E. ARCENEAUX LLC                              No.13677
47 Beverly Garden Drive                              3701 Canal Street, Suite C
Metairie, LA 70001                                   New Orleans, Louisiana  70119
(504) 833-7533 office                                (504) 301-4333 office
(504) 833-7612 fax                                   (504) 301-4365 fax
rea7001@cox.net                                      mewno@aol.com


**CO-LEAD COUNSEL FOR OBJECTORS IDENTIFIED IN FEB. 8 ORDER**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Memorandum has been served on Liaison

Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, and by upon all parties

by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with

Pre Trial Order No.8, on this date, July 15, 2011.


/s/ Robert Arceneaux