UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | SPECIAL MASTER |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | PATRICK A. JUNEAU |
| | * | July 15, 2011 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIRD SUPPLEMENTAL MEMORANDUM IN SUPPORT
OF MOTION FOR PAYMENT OF ACCOUNTANT'S INVOICES**

MAY IT PLEASE THE COURT:

This third supplemental memorandum is respectfully submitted by former co-lead counsel for Objectors in further support to their Motion for Payment of Accountant's Invoices. Objectors presently have outstanding a request that this Court pay Phil Garrett and Wegmann Dazet's invoices from the common benefit fund. The undersigned has received another invoice from Wegmann Dazet, attached hereto, and a dunning notice, which has prompted this third supplemental request for payment of those invoices from the common benefit fund. The latest invoice shows a balance due of $18,377.30. For the reasons previously expressed, the invoices should be paid from the common benefit fund.

-1-

| | |
|---|---|
| /s/ Robert E. Arceneaux | /s/ Margaret E. Woodward |
| _____ | _____ |
| Robert E. Arceneaux, La Bar No. 01199 | MARGARET E. WOODWARD, La. Bar |
| ROBERT E. ARCENEAUX LLC | No.13677 |
| 47 Beverly Garden Drive | 3701 Canal Street, Suite C |
| Metairie, LA 70001 | New Orleans, Louisiana  70119 |
| (504) 833-7533 office | (504) 301-4333 office |
| (504) 833-7612 fax | (504) 301-4365 fax |
| rea7001@cox.net | mewno@aol.com |

FORMER CO-LEAD COUNSEL FOR OBJECTORS IDENTIFIED IN FEB. 8 ORDER

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, and by upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8, on this date, July 15, 2011

/s/ Robert Arceneaux

# Wegmann Dazet & Company

111 Veterans Boulevard
Suite 800
Metairie, LA  70005
(504)837-8844

ROBERT E. ARCENEAUX, ESQ.
47 BEVERLY GARDEN DRIVE
METAIRIE, LA  70001

Statement Date   6/23/2011
Client No.       9585.0

| Invoice | Date | Description | Charge | Credit | Balance |
|---|---|---|---|---|---|
| | | **Opening Balance As Of 4/30/2011** | | | |
| 54160 | 2/28/2011 | Prior Invoice | 14,795.60 | | 14,795.60 |
| | | **Current Activity Through 6/22/2011** | | | |
| 54930 | 4/30/2011 | Invoice | 2,098.00 | | 16,893.60 |
| 55634 | 5/31/2011 | Invoice | 1,483.70 | | 18,377.30 |
| | | | **Current Balance** | $ | 18,377.30 |

| 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 1,483.70 | 2,098.00 | 0.00 | 14,795.60 | 0.00 | $ 18,377.30 |

PAY BY PHONE
VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER

THE ABOVE STATEMENT INCLUDES INVOICES THROUGH MAY 31, 2011
PAYMENTS RECEIVED AFTER JUNE 22, 2011 ARE NOT REFLECTED ON THIS STATEMENT.
IF YOU HAVE ANY QUESTIONS, PLEASE CALL ACCOUNTS RECEIVABLE AT (504) 837-8844 IN OUR METAIRIE OFFICE.

WE ARE COMMITTED TO BE OUR CLIENTS' MOST TRUSTED ADVISOR:
PROVIDING HIGH QUALITY SERVICES AND SOLUTIONS USING PROACTIVE APPROACHES
TO MEET THEIR ACCOUNTING, TAX AND UNIQUE CONSULTING NEEDS.