MINUTE ENTRY
FALLON, J.
JUNE 29, 2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  VIOXX | : | |
| | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| **THIS DOCUMENT RELATES TO:** | : | |
| 06-3138, *as to Eleanor Taylor ONLY* | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| | : | |

  On this date, a telephonic hearing was held with Judge Eldon E. Fallon.  Vioxx claimant Eleanor Taylor participated on her own behalf.  Seth Webb participated on behalf of Brown and Crouppen, Ms. Taylor's former law firm.

  Ms. Taylor's claim proceeded through the Vioxx Settlement Program and resulted in a settlement offer and award.  Ms. Taylor has declined to sign paperwork that would finalize the settlement and permit her former counsel to disburse her settlement funds.  Because of "a breakdown in the attorney-client relationship," Ms. Taylor and Brown and Crouppen terminated that relationship.  Ms. Taylor states that she dismissed her attorneys; Brown and Crouppen sought leave to withdraw as counsel of record.  (Rec. Doc. 42866).  The Court granted the motion to withdraw.  (Rec. Doc. 49766).  Then, Ms. Taylor's former counsel filed a motion requesting that the Court receive into the registry of the Court the settlement funds held on Ms. Taylor's behalf.  (Rec. Doc. 54589).  In connection with that motion to deposit, Ms. Taylor's former counsel provided an affidavit setting out a claim for attorneys' fees in the amount of

1

$3,903.75 and costs in the amount of $448.46.  The Court granted the motion and received Ms. Taylor's settlement award into the registry of the Court.  (Rec. Doc. 55559).

The Court has custody of Ms. Taylor's Vioxx settlement funds and set the hearing to allow Ms. Taylor an opportunity to be heard regarding the attorney lien.  At the hearing. Ms. Taylor expressed dissatisfaction with the services of her attorneys and indicated that she did not intend to enter into the Vioxx Settlement Program.  Mr. Webb stated that Ms. Taylor's case and claim was handled properly and correctly.  The Court is not able to distribute Ms. Taylor's settlement proceeds at this time and those funds will remain in the registry of the Court.  Ms. Taylor is not currently represented by counsel and the Court referred to the Court-appointed pro se curator, Mr. Robert Johnston, to discuss her legal options.

The status conference was transcribed by Ms. Cathy Pepper, Official Court Reporter.