UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: VIOXX | § | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | § § § | SECTION L |
| | § | JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL CASES | § § § | MAG. JUDGE KNOWLES SPECIAL MASTER PATRICK A. JUNEAU |
| FILER: Jack E. Urquhart | § § | July 18, 2011 |

## ORDER

Upon consideration of Objectors Kathryn Snapka ("Snapka") and Escobedo, Tippit & Cárdenas' (referred to in this document by the names of the real parties in interest Joe Escobedo and David Hockema, or, collectively "Escobedo-Hockema") Objections to the Special Master's Report and Recommendation on Allocation of Common Benefit Attorney Fees, the Court has determined that the Objections are sustained. The Court further determines Snapka and Escobedo-Hockema are entitled to an allocation of 10% of the Common Benefit Fund for attorney fees.

IT IS HEREBY ORDERED that Objectors Snapka and Escobedo-Hockema's Objections to the Special Master's Report and Recommendation on Allocation of Common Benefit Attorney Fees are Sustained.

IT IS FURTHER ORDERED that Snapka and Escobedo-Hockema are awarded 10% of the Common Benefit Fund for attorney fees.

New Orleans, Louisiana, this ____ day of _____ 2011.

_____
THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE