# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: VIOXX** | § | **MDL NO. 1657** |
| | § | |
| **PRODUCTS LIABILITY** | § | **SECTION L** |
| **LITIGATION** | § | |
| | § | **JUDGE FALLON** |
| **THIS DOCUMENT RELATES** | § | **MAG. JUDGE KNOWLES** |
| **TO ALL CASES** | § | **SPECIAL MASTER** |
| | § | **PATRICK A. JUNEAU** |
| **FILER: Jack E. Urquhart** | § | |
| | | **July 18, 2011** |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Kathryn Snapka and Escobedo, Tippit & Cárdenas will submit their Objections to Report and Recommendations of the Special Master on Allocation of Common Benefit Attorney Fees to the Honorable Eldon E. Fallon at 9:00 a.m. on Wednesday August 3, 2011, or at an earlier date as ordered by the Court, at 500 Camp Street, New Orleans, Louisiana 70130.

**BEIRNE, MAYNARD & PARSONS, L.L.P.**

  /s/ Jack E. Urquhart
Jack E. Urquhart
State Bar No. 20415600
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone: (713) 871-6760
Facsimile: (713) 960-1527

**ATTORNEYS FOR PLAINTIFF
KATHRYN SNAPKA**

Of Counsel:

Gary Alfred
Texas Bar No. 24011214
Terry Adams
Texas Bar No. 00874010
Charles T. Miers
Texas Bar No. 00784600
BEIRNE, MAYNARD & PARSONS, L.L.P.
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone:  (713) 871-6760
Facsimile:   (713) 960-1527

Paul M. Lavelle
Louisiana Bar Number is 08134
BEIRNE, MAYNARD & PARSONS, L.L.P.
110 Poydres Street, Suite 2900
New Orleans, LA 70163
Telephone: (504) 799-2223
Facsimile:  (504) 799-2224

## CERTIFICATE OF SERVICE

   I hereby certify that the above and forgoing document has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing, and that the forgoing was sent via email to:

 Russ Herman, rherman@hhkc.com

 Andy Birchfield, andy.birchfield@beasleyallen.com

 Special Master Patrick Juneau, PAJ@juneaudavid.com

 This 18th day of July, 2011.

                 /s/ Jack E. Urquhart
                 Jack E. Urquhart