UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: VIOXX | § | MDL NO. 1657 |
| --- | --- | --- |
| | § | |
| PRODUCTS LIABILITY | § | SECTION L |
| LITIGATION | § | |
| | § | JUDGE FALLON |
| THIS DOCUMENT RELATES | § | MAG. JUDGE KNOWLES |
| TO ALL CASES | § | SPECIAL MASTER |
| | § | PATRICK A. JUNEAU |
| FILER: Jack E. Urquhart | § | |
| | | July 18, 2011 |

# ORDER

Upon consideration of Objectors Kathryn Snapka ("Snapka") and Escobedo, Tippit & Cárdenas (referred to in this document by the names of the real parties in interest Joe Escobedo and David Hockema, or, collectively "Escobedo-Hockema") Brief in Support of Objections to the Report and Recommendations of the Special Master on Allocation of Common Benefit Attorney Fees, the Court has determined that the Objections are HEREBY SUSTAINED.

The Court further has determined that Snapka and Escobedo-Hockema's request for 10% of the Common Benefit Fund for attorney fees should be GRANTED.

IT IS HEREBY ORDERED that Objectors Snapka and Escobedo-Hockema's Objections to the Special Master's Report and Recommendation on Allocation of Common Benefit Attorney Fees are SUSTAINED and Snapka and Escobedo-Hockema are awarded 10% of the Common Benefit Fund for attorney fees.

New Orleans, Louisiana, this _____ day of _____ 2011.

_____
THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE