**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: VIOXX<br><br>PRODUCTS LIABILITY<br> LITIGATION<br><br>THIS DOCUMENT RELATES<br>TO ALL CASES<br><br>FILER:  Jack E. Urquhart | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES<br>SPECIAL MASTER<br>PATRICK A. JUNEAU<br><br>July 18, 2011 |

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that Kathryn Snapka ("Snapka") and Escobedo, Tippit & Cárdenas (referred to in this document by the names of the real parties in interest Joe Escobedo and David Hockema, or, collectively "Escobedo-Hockema") will submit their Brief in Support of Objection of Snapka and Escobedo, Tippit and Cárdenas in to the Report and Recommendations of the Special Master on Allocation of Common Benefit Attorney Fees to the Honorable Eldon E. Fallon at 9:00 a.m. on Wednesday, August 3, 2011 or at an earlier date as ordered by the Court, at 500 Camp Street, New Orleans, Louisiana.

Respectfully submitted,

**BEIRNE, MAYNARD & PARSONS, L.L.P.**

      /s/ Jack E. Urquhart
Jack E. Urquhart
State Bar No. 20415600
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone:  (713) 871-6760
Facsimile:   (713) 960-1527

**ATTORNEYS FOR PLAINTIFF**
**KATHRYN SNAPKA, JOE ESCOBEDO, JR.**
**AND DAVID HOCKEMA**

Of Counsel:

Gary Alfred
Terry Adams
Charles T. Miers
Texas Bar No. 00784600
BEIRNE, MAYNARD & PARSONS, L.L.P.
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone:  (713) 871-6760
Facsimile:   (713) 960-1527

Paul M. Lavelle
Louisiana Bar Number is 08134.
BEIRNE, MAYNARD & PARSONS, L.L.P.
110 Poydres Street, Suite 2900
New Orleans, LA 70163
Telephone: (504) 799-2223
Facsimile:  (504) 799-2224

## CERTIFICATE OF SERVICE

      I hereby certify that the above and forgoing document has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing, and that the forgoing was sent via email to:

    Russ Herman, rherman@hhkc.com

    Andy Birchfield, andy.birchfield@beasleyallen.com

    Special Master Patrick Juneau, PAJ@juneaudavid.com


This 18th day of July, 2011.

                                                      /s/ Jack E. Urquhart
                                                        Jack E. Urquhart