# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX ) | | MDL NO. 1657 |
| ) | | |
| PRODUCTS LIABILITY ) | | SECTION L |
|  LITIGATION ) | | |
| ) | | JUDGE FALLON |
| THIS DOCUMENT RELATES ) | | MAG. JUDGE KNOWLES |
| TO ALL CASES ) | | SPECIAL MASTER |
| ) | | PATRICK A. JUNEAU |
| FILER:  Jack E. Urquhart ) | | |
| ) | | July 18, 2011 |

## MOTION FOR LEAVE TO FILE SNAPKA AND ESCOBEDO, TIPPIT AND CÁRDENAS' BRIEF IN SUPPORT OF OBJECTIONS TO THE REPORT AND RECOMMENDATION OF THE SPECIAL MASTER ON ALLOCATION OF COMMON BENEFIT ATTORNEY FEES PAGE LIMIT IMPOSED BY RULES OF COURT

Objectors, Kathryn Snapka ("Snapka") and Escobedo, Tippit & Cárdenas (referred to in this document by the names of the real parties in interest Joe Escobedo and David Hockema, or, collectively "Escobedo-Hockema") hereby respectfully request leave of this Court to file their Motion for Leave to file their Brief in Support of Objections to the Report and Recommendation of the Special Master on Allocation of Common Benefit Attorney Fees, which exceeds the twenty five (25) page limit rule imposed by the Court.  The extensive fact and legal issues presented by this matter warrant the excess page request.

New Orleans, Louisiana, this 18th day of July 2011.

Respectfully submitted,

BEIRNE, MAYNARD & PARSONS, L.L.P.

   /s/ Jack E. Urquhart
Jack E. Urquhart
State Bar No. 20415600
1300 Post Oak Blvd., Suite 2400

Houston, Texas 77056
Telephone:  (713) 871-6760
Facsimile:   (713) 960-1527

**ATTORNEYS FOR PLAINTIFF
KATHRYN SNAPKA, JOE ESCOBEDO, JR.
AND DAVID HOCKEMA**

Of Counsel:

Gary Alfred
Terry Adams
Charles T. Miers
Texas Bar No. 00784600
BEIRNE, MAYNARD & PARSONS, L.L.P.
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone:  (713) 871-6760
Facsimile:   (713) 960-1527

Paul M. Lavelle
Louisiana Bar Number is 08134.
BEIRNE, MAYNARD & PARSONS, L.L.P.
110 Poydres Street, Suite 2900
New Orleans, LA 70163
Telephone: (504) 799-2223
Facsimile:  (504) 799-2224

## CERTIFICATE OF SERVICE

      I hereby certify that the above and forgoing document has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing, and that the forgoing was sent via email to:

    Russ Herman, rherman@hhkc.com

    Andy Birchfield, andy.birchfield@beasleyallen.com

    Special Master Patrick Juneau, PAJ@juneaudavid.com


This 18th day of July, 2011.

                                                      /s/ Jack E. Urquhart
                                                          Jack E. Urquhart