UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

~~IN THE UNITED STATES COURT OF APPEAL~~
~~FOR THE FIFTH CIRCUIT~~
~~CASE NO. 11-30347~~

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  JUL 19 2011

LORETTA G. WHYTE
CLERK

IN RE: VIOXX LITIGATION
JAMAAL ALI BILAL, f/k/a JOHN L. BURTON,
Movant-Appellant,

~~Appeal from the United States District Court~~  Case No.
~~For the Eastern District of New Orleans~~  2:10cv02755-EEF
DEK

**MOTION TO DENY DEFENDAN'T MERCK & CO MOTION TO REMOVE UNDUPLICATED CASE OFF DOCKET**

**COMES NOW** Plaintiff Jamaal Ali Bilal pursuant to Rule27.1 U.S. 5th Cir. Ct Rules; and moves to deny Defendant's motion in this case proceeding upon the following grounds:

The cases (lawsuits) are **not** duplicate. One suit is against Merck. The other suit is against the Vioxx Pro Se Coordinator for refusing to perform his ministerial duties.

**WHEREFORE** the defendant's motion should be denied.

Respectfully submitted,

Jamaal Ali Bilal, 99-0124 Pro Se
FCCC, 13619 SE Hwy 70
Arcadia, FL 34266
(863) 491-4800

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. Mail to all parties of record this 17th day of July 2011.

TENDERED FOR FILING
JUL 18 2011
U.S. DISTRICT COURT
Eastern District of Louisiana

Jamaal Ali Bilal

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

1

Jamaal Ali Bilal

Jamaal Ali Bilal 990194
GCCC, 13619 S.E. Hwy 70
Arcadia, Fl 34266

Clerk, United States District Court
Eastern District of Louisiana
New Orleans, La 70130

Legal Mail

70130+3333