UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE JUDGE |
| ***Debra A. Webb (1004491)*** | * | KNOWLES |
| ***Earcle Gortney (1002852)*** | * | |
| | * | |

******************************************************************************

### RESPONSE TO ORDER TO SHOW CAUSE WHY REMAINING SETTLEMENT PROGRAM RELEASES AND STIPULATIONS <u>SHOULD NOT BE TENDERED TO MERCK</u>

Claimants, the Estate of Debra A. Webb and Earcle Gortney, by and through undersigned counsel, respond to the Court's Order to Show Cause Why Remaining Settlement Program Releases and Stipulations Should Not Be Tendered to Merck as follows:

<u>Earcle Gortney (VCN 1002852)</u>:  Mr. Gortney is one of several claimants whose original point award was reduced significantly following an audit of his claim pursuant to the Quality Control and Audit Procedures of Article 10 of the Master Settlement Agreement.  Mr. Gortney's post-audit, amended point award was 45% of his original point award.  This resulted in Mr. Gortney receiving 91.3% of his gross settlement as an interim payment.   Consequently, the final payment amount retained by Brown Greer is insufficient to satisfy the total of the medical lien, MDL common benefit fee assessment, and MDL common benefit cost assessment charged against his claim.

<u>Estate of Debra Webb (VCN 1004491)</u>:  Merck cleared the release deficiency for this claim on July 7, 2011.  Counsel was delayed in curing the deficiency because doing so required

administering the estate of Ms. Webb, opening an estate of a sibling who predeceased Ms. Webb, opening an estate of a sibling that survived Ms. Webb but died prior to settlement distribution, and delaying estate administration pending a challenge to the legality of the adoption.  Since the deficiency has been removed, Counsel understands that nothing further is required in order for payment to issue on this claim.

Dated: July 21, 2011                                             Respectfully Submitted,

By /s/ P. Leigh O'Dell
P. Leigh O'Dell
W. Roger Smith, III
Andy D. Birchfield
**BEASLEY, ALLEN, CROW,**
   **METHVIN, PORTIS & MILES, P.C.**
P. O. Box 4160
234 Commerce Street
Montgomery, Alabama  36103-4160
Telephone:  (334) 269-2343
Facsimile:  (334) 954-7555

Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing response has been served on Liaison Counsel, Phillip Wittmann, U.S. Mail and e-mail or by hand delivery and email, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using he CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 22nd day of July, 2011.

/s/ P. Leigh O'Dell