**READ INSTRUCTIONS ON BACK OF LAST PAGE BEFORE COMPLETING**

## TRANSCRIPT ORDER

**District Court:** Eastern District of Louisiana
**District Court Docket Number:** 2:05md1657; 2:06cv2364
**Short Case Title:** ___
**Court Reporter:** ___
**Date Notice of Appeal Filed by Clerk of District Court:** 7/12/11
**Court of Appeals #:** 11-30347 *(If Available)*

**PART I.** *(To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)*

A. Complete one of the following:
- ☐ No hearings
- ☐ Transcript is unnecessary for appeal purposes
- ☐ Transcript is already on file in Clerk's office
- ☒ This is to order a transcript of the following proceedings: *(check appropriate box)*
  - Voir dire ☐; Opening statement of plaintiff ☐ defendant ☐;
  - Closing argument of plaintiff ☐ defendant ☐; Opinion of court ☐;
  - Jury instructions ☐; Sentencing ☐; Bail hearing ☐;

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
|  | All transcripts pertaining to PTO 43 | Fallon/Knowles |

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
- ☐ Private funds; ☐ Criminal Justice Act Funds *(Attach copy of CJA Form 24 to court reporter's copy)*; ☐ Other IFP Funds;
- ☐ Advance Payment waived by reporter; ☐ U.S. Government Funds;
- ☒ Other: Motion To Advance Cost of Transcripts To Indigent

**Signature:** Jamaal Ali Bilal
**Date Transcript Ordered:** 7/12/11
**Print Name:** Jamaal Ali Bilal
**Counsel for:** ___
**Address:** 13619 SE Hwy 70 Arcadia, FL 34266
**Telephone:** ___

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

**PART II.** COURT REPORTER ACKNOWLEDGEMENT *(To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).*

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
|  |  |  |  |

- ☐ Satisfactory Arrangements for payment were made on ___
- ☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other *(Specify)* ___

Date ___  Signature of Court Reporter ___  Telephone ___

Address of Court Reporter: ___
*** Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.**

**PART III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT *(To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).*

This is to certify that the transcript has been completed and filed with the District Court today.

Actual Number of Pages ___  Actual Number of Volumes ___

Date ___  Signature of Court Reporter ___

Fee ___
Process ___
X Dktd ___
CtRmDep ___
Doc No ___

Copy 1 - Court Reporter's Copy                                            DKT-13 (5/96)