

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE |
| *Louise Young* | * | KNOWLES |
| | * | |
| | * | |

*************************************************************************

### PLAINTIFF'S AMENDED RESPONSE TO DEFENDANT'S MOTION, RULE AND INCORPORATED MEMORANDUM TO SHOW CAUSE WHY REMAINING SETTLEMENT PROGRAM RELEASES AND STIPULATIONS SHOULD NOT BE TENDERED TO MERCK

Plaintiff, by and through its undersigned counsel, files this Amended Response to Defendant's Motion, Rule and Incorporated Memorandum to Show Cause why stipulations currently held by the Claims Administrator for the Vioxx Resolution Program should not be tendered to Merck & Co., Inc. (hereinafter sometimes referred to as "Merck"). As set forth below, the Motion and requested Order allowing all remaining settlement program releases and stipulations of dismissals tendered to Merck should be denied.

### Background

1. On July 11, 2011, Plaintiff filed a response to Merck's Show Cause Motion and requested Order. See Exhibit A.

2. Upon information and belief, all heirs at law of Ms. Young had been located. Subsequently, a petition was filed to properly determine said heirs at law in Yazoo County Mississippi.

3. On July 14, 2011, new evidence relating to the death of an heir at law of Ms. Young was brought forth that will potentially delay the Chancery Court proceedings scheduled for July 28, 2011 in Yazoo County Mississippi.

4. Due to these delays, the estate matter may not be remedied prior to this Court's hearing on the above matter, as prior stated in the original response.

5. Plaintiff restates all substantive and legal arguments from said response motion filed on July 11, 2011.

6. Plaintiff's counsel continues to diligently and properly remedy the estate matters in the above styled case and because of such, asks this honorable Court for the same request as on July 11, 2011.

### Conclusion

For the reasons stated in the said motions, Defendant's Motion and requested Order allowing all remaining settlement program releases and stipulations of dismissals tendered to Merck, should be denied.

Dated: July 15, 2011

Respectfully Submitted,

By: /s/Clinton L. Martin

Shane F. Langston, Esq., MSB #1061
Rebecca M. Langston, Esq., MSB #99608
Clinton L. Martin, Esq., MSB #103315
Victoria J. Prince, Esq., MSB #103090
LANGSTON & LANGSTON, PLLC
201 North President Street
Jackson, Mississippi  39201
Telephone:   601-969-1356

## CERTIFICATE OF SERVICE

In accordance with instructions obtained from the Eastern District of Louisiana, I hereby certify that on July 18, 2011, I mailed a true and correct copy of the above Response Motion to:

> VIOXX
> Attn: Joe Escandon
> 500 Poydras Street
> New Orleans, LA 70130

By: /s/Clinton L. Martin

