# LANGSTON & LANGSTON, PLLC

July 15, 2011

Joe Escandon
Easter District of Louisiana
500 Poydras Street
New Orleans, Louisiana 70130

      Re:   *Janet Avant, et al. v. Merck & Co., Inc.* Case No. 2:08-cv-00882-EEF-DEK

Dear Mr. Escandon:

Enclosed herein for filing in the above-styled and referenced matter please find the original and one (1) copy of ***Plaintiffs' Amended Response to Defendant's Show Cause Motion***. Please file the original document in your usual manner, returning the copy stamped "Filed" to me in the self-addressed, postage pre-paid envelope provided herein for your convenience.

Per my conversation yesterday, all parties will be notified through this process. Should you have any questions, or require further information, please do not hesitate to contact me. Thank you in advance for your kind assistance with this matter.

Sincerely,

LANGSTON & LANGSTON, PLLC

Clinton L. Martin, Esq.