# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | § | MDL Docket No. 1657 |
| | § | |
| PRODUCTS LIABILITY | § | SECTION L |
| LITIGATION | § | |
| | § | JUDGE FALLON |
| This document relates to: | § | |
| | § | MAGISTRATE JUDGE |
| *All Plaintiffs on Attached Exhibit A* | § | KNOWLES |

## PLAINTIFFS' RESPONSE IN OPPOSITION AND INCORPORATED MEMORANDUM TO MERCK & CO., INC.'S MOTION, RULE AND INCORPORATED MEMORANDUM TO SHOW CAUSE WHY REMAINING SETTLEMENT PROGRAM RELEASES AND STIPULATIONS SHOULD NOT BE TENDERED TO MERCK

On June 2, 2011, Defendant Merck & Co., Inc. ("Merck") filed its above-entitled motion requesting that an order to show cause issue certain Plaintiffs to appear in person for the show cause hearing. On June 6, 2011, this Court filed the requested order to show cause and ordered oppositions on or before July 23, 2011. The basis for this motion was that certain Plaintiffs have failed to address outstanding administrative issues impeding the Claims Administrator from disbursing the funds. The Plaintiffs represented by the undersigned hereby respond pursuant to this Court's order.

Counsel has worked diligently toward completing the outstanding administrative issues that have kept the Claims Administrator from disbursing the settlement funds.

Plaintiffs never willfully refused to complete the outstanding administrative issues, which are mostly probate related.

Plaintiffs can be separated into two distinct responsive groups: Plaintiffs that have cured their enrollment deficiencies with the Claims Administrator and Plaintiffs that will cure their enrollment deficiencies in the coming weeks.

I. **Plaintiffs that have cured their enrollment deficiencies with the Claims Administrator**

Certain Plaintiffs represented by Matthews & Associates timely oppose Defendant's motion. Very recently these certain Plaintiffs have cured their enrollment deficiencies with the Claims Administrator. Of the Plaintiffs identified on Exhibit A to Merck's motion, the following enrollment deficiencies have been cured:

| VCN | Claimant Name | Case Caption | Docket # |
|---|---|---|---|
| 1083821 | Crowder, Betty | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK |
| 1084165 | Jimenez Frean, Maria D. | Edgardo Rivera Marieti, Individually and on behalf of the Estate of Julio Rivera Olivieri, et al. v. Merck & Co., Inc. | 2:06-cv-07041-EEF-DEK |
| 1083752 | Gordon, Joann | Joann Gordon v. Merck & Co., Inc. | 2006-61135 (TX) |
| 1083098 | Harbold, Mary | Lucille Ballard, et al. v. Merck & Co., Inc. | 2:05-cv-04767-EEF-DEK |
| 1084135 | Robertson, Tammy S. | Karen A. Montalto, et al. v. Merck & Co., Inc. | 2:06-cv-06945-EEF-DEK |

These Plaintiffs have cured their enrollment deficiencies with the Claims Administrator. Thus, these Plaintiffs respectfully request that this Court discharge the order to show cause and deny Merck's motion.

## II. Plaintiffs that will cure their enrollment deficiencies within the coming weeks

a.

| VCN | Claimant Name | Case Caption | Docket # |
|---|---|---|---|
| 1084038 | Bekier, Sr., Robert | Frank Ackenback, et al. v. Merck & Co., Inc. | 2:06-cv-06943-EEF-DEK |

The outstanding R-30 enrollment deficiency is for missing documentation showing the authority of the Representative Claimant to act in a representative capacity for the Claimant, which generally requires a document showing that a court with jurisdiction appointed the Representative Claimant to act. Claimant Robert P. Bekier, Sr. died intestate on May 22, 2004, in Florida, leaving behind a wife and five children. Claimant's counsel has had extreme difficulty locating, communicating and corresponding with the Representative Claimant, Diane Bekier, Mr. Bekier's surviving spouse, who is disabled. This week we located Mr. Bekier's oldest daughter, Sue Bekier, who is willing to cooperate with counsel to resolve the Estate of Robert Bekier, Sr. Probate counsel in Florida is currently preparing documents to file with the Probate court to open the Estate of Robert Bekier, Sr. We estimate the Estate will be resolved within approximately 90 days.

**b.**

| VCN | Claimant Name | Case Caption | Docket # |
|---|---|---|---|
| 1082674 | Campbell, Patricia | Thelma L. Curtis, et al. v. Merck & Co., Inc. | 2:06-cv06946-EEF-DEK |

The outstanding R-30 enrollment deficiency is for missing documentation showing the authority of the Representative Claimant to act in a representative capacity for the Claimant, which generally requires a document showing that a court with jurisdiction appointed the Representative Claimant to act. Claimant Patricia Campbell died on January 19, 2006. Probate counsel, Ken Begun, of 18 Crow Canyon Court, Suite 180, San Ramon, CA 94583, has been retained to resolve the Estate of Patricia Campbell. After many conversations with decedent's surviving spouse, Harry Campbell, Counsel has only received a copy of excerpts of the Campbell Family Trust, unsigned by Patricia Campbell, and a Second Amendment to the Campbell Family Trust. Mr. Campbell is quite elderly and counsel has been diligently working with Mr. Campbell to locate and obtain pertinent information to resolve the current enrollment deficiency. This week Mr. Campbell finally obtained the name of previous probate counsel that drafted the Trust Agreement, Kevin Brown, located at 41555 East Florida Avenue, Suite H, Hemet, CA 92544. Counsel immediately contacted Mr. Brown's office and requested a full copy of the Campbell Family Trust and a purported copy of Patricia Campbell's Last Will and Testament that is in their possession. However, Mr. Brown's office indicated that the Last Will and Testament of Patricia Campbell that they had in their file was prepared by

another law firm and was unsigned. Counsel is working diligently to locate the attorney who drafted Mrs. Campbell's Last Will and Testament in order to obtain a valid copy of the Will. We estimate the Estate will be resolved within approximately 120 days.

c.

| VCN | Claimant Name | Case Caption | Docket # |
|---|---|---|---|
| 1083985 | McCune, Joe | James McBride, Individually and as Representative of the Estate of Kathy D. McBridge, et al. vs. Merck & Co., Inc. | 2:06-cv-06947-EEF-DEK |

The outstanding R-30 enrollment deficiency is for missing documentation showing the authority of the Representative Claimant to act in a representative capacity for the Claimant, which generally requires a document showing that a court with jurisdiction appointed the Representative Claimant to act. Claimant Joe McCune died on November 11, 2005. Claimant's daughter, Sabrina McCune, was appointed Administratrix of the Estate of Joe McCune on January 11, 2011. Unfortunately, our office was not aware of and did not receive the signed Order from probate counsel until today. Sabrina McCune previously signed the Release of All Claims and it was previously submitted to the Claims Administrator. Today we forwarded a copy of the Order for Administration, Appointment of Administratrix, and Issuance of Letters of Administration[1] and the Letters of Administration[2] to the Claims Administrator. We believe the Letters of Administration should cure the outstanding enrollment deficiency.

---

[1] *See* Exhibit B.

[2] *See* Exhibit C.

Plaintiffs' Response to Merck's Motion to Show Cause Why Remaining
Settlement Program Releases and Stipulations Should Not be Tendered to Merck          Page 5

**d.**

| VCN | Claimant Name | Case Caption | Docket # |
|---|---|---|---|
| 1083660 | Myers, Mattie | Karen A. Montalto, et al. v. Merck & Co., Inc. | 2:06-cv-06945-EEF-DEK |

The outstanding R-30 enrollment deficiency is for missing documentation showing the authority of the Representative Claimant to act in a representative capacity for the Claimant, which generally requires a document showing that a court with jurisdiction appointed the Representative Claimant to act.  Claimant Mattie Myers died on May 4, 2006, survived by two children and two grandchildren.  On May 10, 2011, Probate Counsel, Kimberly L. Guthrie, of Brandon, Mississippi, filed a Complaint to Determine Heirs-At-Law[3] in the Chancery Court of Madison County, Mississippi, Cause No. 2010-2283-B, *In the Matter of the Estate of Mattie Myers, Deceased*, which is set for a hearing today, July 22, 2011.[4]   We estimate the Estate will be resolved within approximately 90 days.

---

[3] *See* Exhibit D.

[4] *See* Exhibit E.

e.

| VCN | Claimant Name | Case Caption | Docket # |
|---|---|---|---|
| 1083227 | Rhodes, Catherine | Linda M. Cable, et al. v. Merck & Co., Inc. | 2:05-cv-04759-EEF-DEK |

The outstanding R-37i enrollment deficiency is for missing documentation showing the authority of the Representative Claimant to act in a representative capacity for the Claimant, which generally requires a document showing that a court with jurisdiction appointed the Representative Claimant to act.  Claimant Catherine Rhodes died on November 12, 2007, with a sole surviving heir, Jennie Joanna Camp.  Probate Counsel, Barbara J. Moss, of 424 Church St, Ste 1300, Nashville, TN  37219, filed a Petition for Probate of Will and for Letters of Administration on July 18, 2011, *In Re: Estate of Catherine Louis Rhodes*, in the Seventh Circuit Court for Davidson County, Tennessee, Probate Division.[5]  Surviving heir Jennie Joanna Camp is named as the Personal Representative of Decedent's Estate on page 3 of the Will.[6]  Jennie Joanna Camp previously signed the Release of All Claims and it has been forwarded to the Claims Administrator.  We estimate the Estate to be resolved within approximately 60 days.

---

[5] *See* Exhibit F.

[6] *Id.* at p.2, 6.

These Plaintiffs will cure their enrollment deficiencies with the Claims Administrator within the coming weeks. Thus, these Plaintiffs respectfully request that this Court discharge the order to show cause and deny Merck's motion.

## **CONCLUSION**

As indicated above, Plaintiffs have either cured their enrollment deficiencies, or will have cured their enrollment deficiencies within the coming weeks. None of the Plaintiffs have willfully failed to comply or impeded individualized litigation of their claims. In order to balance the interest of the parties and efficiently resolve these issues without unduly harsh results, Plaintiffs respectfully request that this Court discharge the order to show cause and not be required to appear in person at the hearing on August 1, 2011. Plaintiffs respectfully submit a proposed order incorporating these requests for this Court's convenience and consideration.

DATED:     July 22, 2011.

                           Respectfully submitted,

                           MATTHEWS & ASSOCIATES

                           s/David P. Matthews
                           David P. Matthews
                           2905 Sackett
                           Houston, TX  77098
                           (713) 522-5250
                           (713) 535-7184 fax
                           dmatthews@thematthewslawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing

**PLAINTIFFS' RESPONSE IN OPPOSITION AND INCORPORATED MEMORANDUM TO MERCK & CO., INC.'S MOTION, RULE AND INCORPORATED MEMORANDUM TO SHOW CAUSE WHY REMAINING SETTLEMENT PROGRAM RELEASES AND STIPULATIONS SHOULD NOT BE TENDERED TO MERCK**

and *Proposed Order* have been served on Liaison Counsel Russ Herman and Phillip Wittman, by U.S. Mail and/or e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve Advanced in accordance with PTO 28, and that the foregoing was electronically filed with the Clerk of the court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on this 22nd day of July, 2011.

                                                s/David P. Matthews
                                                David P. Matthews
                                                MATTHEWS & ASSOCIATES
                                                2905 Sackett
                                                Houston, TX  77098
                                                (713522-5250
                                                (713) 535-7184 fax
                                                dmatthews@dpmlawfirm.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | § | MDL Docket No. 1657 |
| | § | |
| PRODUCTS LIABILITY | § | SECTION L |
| LITIGATION | § | |
| | § | JUDGE FALLON |
| This document relates to: | § | |
| | § | MAGISTRATE JUDGE |
| *All Plaintiffs on Exhibit A* | § | KNOWLES |

## [PROPOSED] ORDER

Considering the foregoing, Defendant Merck & Co., Inc.'s Motion, Rule and Incorporated Memorandum to Show Cause Why Remaining Settlement Program Releases and Stipulations Should Not Be Tendered to Merck, on June 6, 2011, this Court filed the requested, and the Court having considered the same and having found good cause thereof,

IT IS ORDERED BY THE COURT that:

(1) the Order to Show Cause is discharged for the following Plaintiffs that have *cured* their enrollment deficiencies:

| VCN | Claimant Name | Case Caption | Docket # |
|---|---|---|---|
| 1083821 | Crowder, Betty | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK |
| 1084165 | Jimenez Frean, Maria D. | Edgardo Rivera Marieti, Individually and on behalf of the Estate of Julio Rivera Olivieri, et al. v. Merck & Co., Inc. | 2:06-cv-07041-EEF-DEK |
| 1083752 | Gordon, Joann | Joann Gordon v. Merck & Co., Inc. | 2006-61135 (TX) |

| VCN | Claimant Name | Case Caption | Docket # |
|---|---|---|---|
| 1083098 | Harbold, Mary | Lucille Ballard, et al. v. Merck & Co., Inc. | 2:05-cv-04767-EEF-DEK |
| 1084135 | Robertson, Tammy S. | Karen A. Montalto, et al. v. Merck & Co., Inc. | 2:06-cv-06945-EEF-DEK |

(2)  the Order to Show Caused is discharged for the following Plaintiffs who are working to cure their enrollment deficiencies:

| VCN | Claimant Name | Case Caption | Docket # |
|---|---|---|---|
| 1084038 | Bekier, Sr., Robert | Frank Ackenback, et al. v. Merck & Co., Inc. | 2:06-cv-06943-EEF-DEK |
| 1082674 | Campbell, Patricia | Thelma L. Curtis, et al. v. Merck & Co., Inc. | 2:06-cv06946-EEF-DEK |
| 1083985 | McCune, Joe | James McBride, Individually and as Representative of the Estate of Kathy D. McBridge, et al. vs. Merck & Co., Inc. | 2:06-cv-06947-EEF-DEK |
| 1083660 | Myers, Mattie | Karen A. Montalto, et al. v. Merck & Co., Inc. | 2:06-cv-06945-EEF-DEK |
| 1083227 | Rhodes, Catherine | Linda M. Cable, et al. v. Merck & Co., Inc. | 2:05-cv-04759-EEF-DEK |

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2011.

_____
Daniel E. Knowles, III
United States Magistrate Judge