| | VCN | Claimant Name | Case Name | Case No. | Primary Counsel |
|---|---|---|---|---|---|
| | | | Personal Representatives of the Estate of Clayton A. Dane, Jr v. Merck & Co., Inc. | | |
| 20. | 1092424 | Effinger, Ernest | MDL Claimant | TOLLING | Lopez, McHugh LLP |
| 21. | 1092627 | Pierce, Lionel L. | MDL Claimant | TOLLING | Lopez, McHugh LLP |
| 22. | 1084038 | Bekier, Robert P. | Frank Ackenback, et al vs. Merck & Co., Inc. | 2:06-cv-06943-EEF-DEK | Matthews & Associates |
| 23. | 1082674 | Campbell, Patricia | Thelma L. Curtis, et al vs. Merck & Co., Inc. | 2:06-cv-06946-EEF-DEK | Matthews & Associates |
| 24. | 1083821 | Crowder, Betty G. | Clara E. Clark, et al vs. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK | Matthews & Associates |
| 25. | 1084165 | Jimenez Frean, Maria D. | Edgardo Rivera Marieti, Individually and on behalf of the Estate of Julio Rivera Olivieri, et al. v. Merck & Co., Inc. | 2:06-CV-07041-EEF-DEK | Matthews & Associates |
| 26. | 1083752 | Gordon, Joann | Joann Gordon v. Merck & Co., Inc. | 2006-61135 (TX) | Matthews & Associates |
| 27. | 1083098 | Harbold, Mary L. | Lucille Ballard, et al vs. Merck & Co., Inc. | 2:05-cv-04767-EEF-DEK | Matthews & Associates |
| 28. | 1083985 | McCune, Joe L. | James McBride, Individually and as Representative of the Estate of Kathy D. McBride vs. Merck & Co., Inc. | 2:06-cv-06947-EEF-DEK | Matthews & Associates |
| 29. | 1083660 | Myers, Mattie | Karen A. Montalto, et al vs. Merck & Co., Inc. | 2:06-cv-06945-EEF-DEK | Matthews & Associates |
| 30. | 1083227 | Rhodes, Catherine L. | Linda M. Cable, et al vs. Merck & Co., Inc. | 2:05-cv-04759-EEF-DEK | Matthews & Associates |
| 31. | 1084135 | Robertson, Tammy S. | Karen A. Montalto, et al vs. Merck & Co., Inc. | 2:06-cv-06945-EEF-DEK | Matthews & Associates |
| 32. | 1056117 | Moore, Karen S. | Karen Sue Moore and Richard Moore v. Merck and Co., Inc. | 2:06-cv-05783-EEF-DEK | Meshbesher and Spence, Ltd. |
| 33. | 1009416 | Nash, Harold C. | Harold Nash and Shirley Nash v. Merck & Co., Inc. | ATL-L-3656-06-MT (NJ) | Morelli Ratner PC |
| 34. | 1026669 | Monroe, Lessie (dec.) | Allian Craft as Proposed Administrator for the Estate of Lessie Monroe v. Merck & Co., Inc. | ATL-L-15946-06 (NJ) | Motley, Rice LLC |
| 35. | 1024765 | Struble, Shirley J. | Josephine Evans, et al vs Merck & Co, Inc | 2:06-cv-06469-EEF-DEK | Myler, Brad & Associates |
| 36. | 1113935 | Bezio, Norman V. | MDL Claimant | TOLLING | Pro - Se |
| 37. | 1113795 | Chisley, Joseph Sylvester | MDL Claimant | TOLLING | Pro - Se |

2

Exhibit A