CHMIN BK 148 PG 329
01/11/2011 11:47 AM
George T. Hayes, Jr
Chancery Clerk
Newton County, Mississippi

IN THE CHANCERY COURT OF NEWTON COUNTY, MISSISSIPPI

IN THE MATTER OF THE ESTATE OF
JOE McCUNE, DECEASED

CAUSE NO. 2010-N0467

SABRINA McCUNE, PLAINTIFF

## ORDER FOR ADMINISTRATION, APPOINTMENT OF ADMINISTRATRIX, AND ISSUANCE OF LETTERS OF ADMINISTRATION

THIS CAUSE came on this day to be heard on Petition of Sabrina McCune praying that this Court authorize the appointment of administratrix and issuance of Letters of Administration upon the estate of Joe McCune, deceased, and the court finding it has jurisdiction of the parties and subject matter and having fully heard and considered the same and being fully advised in the premises finds as fact the following:

1.

The Petitioner, Sabrina McCune, is a competent adult resident citizen of Cordova, Shelby County, Tennessee, and is the child of the decedent.

2.

On the 22nd day of November, 2005, Joe McCune departed this life in Newton County, Mississippi. At the time of his death, said decedent maintained a fixed place of residence in the City of Newton, Newton County, Mississippi.

3.

On the date of death, the decedent left surviving him, his children, Sabrina McCune, Eric Deon McCune, Robert Craig McCune, along with Larriet McCune, D'Jal Taibi McCune, Tre' Dimitri McCune, the widow and children of Paul Lewis McCune, deceased, who are the rightful heirs-at-law.

**Exhibit B**

CHMIN 148 330

4.

The decedent died without leaving a Will, so far as the Petitioner knows, and left an estate consisting of real property, personal property, and an unliquidated personal injury claim.

5.

The estate should be promptly administered to insure that the rights of the heirs of the decedent are protected by virtue of the laws of the State of Mississippi.

6.

The Petitioner, Sabrina McCune, is over the age of eighteen (18) years, of sound mind, and has not been convicted of a felony.

The Petitioner has requested, and all heirs have joined in the request, that the Court waive the requirements of bond pursuant to Section 91-7-67 of the Mississippi Code of 1972 Annotated, as Petitioner, Sabrina McCune, along with her brothers, Eric Deon McCune and Robert Craig McCune along with Larriet McCune, D'Jal Taibi McCune, and Tre Dimitri McCune, the widow and children of Paul Lewis McCune, deceased, are the decedent's sole heirs.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Sabrina McCune be appointed administratrix of the estate of subject decedent and Letters of Administration be issued to Sabrina McCune upon her taking the oath prescribed by law, that bond be waived, and that an inventory and appraisal of the assets of the estate be dispensed with as unnecessary unless the need therefore should later arise and be ordered by this Court.

_____
CHANCELLOR

1/10/11

PRESENTED BY:

KIMBERLY GUTHRIE (MSB 101776)
SMITH WILLIAMS & ASSOCIATES
Post Office Box 5622
Brandon, Mississippi 39047
Telephone: (601) 914-2977
Facsimile: (877) 329-6699

**FILED**
IN CHANCERY COURT

JAN 11 2011

GEORGE T. HAYES, JR., CLERK