IN THE CHANCERY COURT OF NEWTON COUNTY, MISSISSIPPI

IN THE MATTER OF THE ESTATE OF　　　　　　　　　　CAUSE NO. 2010-N0467
JOE McCUNE, DECEASED

SABRINA McCUNE, PLAINTIFF

### LETTERS OF ADMINISTRATION

TO ALL WHOM THESE PRESENTS SHALL COME – GREETINGS:

WHEREAS Joe McCune, deceased, last of said county, died intestate, and had as his death credits and property in said state.

WE, THEREFORE, by these Letters authorize Sabrina McCune, as Administratrix of the goods and chattels, rights and credits of said decedent faithfully, truly and promptly to perform and discharge all the duties required of her by law or by the order of this Court.

WITNESS the Honorable H. David Clark, II, Chancellor of the Chancery Court, at the Courtroom thereof, at Decatur, Mississippi, on the 8th day of February, 2011, and seal of said Court.

ISSUED this 8th day of February, 2011.

(SEAL)

GEORGE T. HAYES, JR.,
CHANCERY CLERK

BY: _____, D.C.

---

I, George T. Hayes, Jr., Clerk of the Chancery Court in and for Newton, and State of Mississippi, certify that the above is a true copy of the Letters of Administration upon the Estate of Joe McCune, deceased, granted and issued to Sabrina McCune, Administratrix, as the same appears on file and of record in my office in said County and State.

GIVEN under my hand and seal of said Court in said County and State, this the 8th day of February, 2011.

(SEAL)

GEORGE T. HAYES, JR.,
CHANCERY CLERK

BY: _____, D.C.

**Exhibit C**