IN THE CHANCERY COURT OF MADISON COUNTY, MISSISSIPPI

IN THE MATTER OF THE ESTATE OF
MATTIE MYERS, DECEASED        CAUSE NO. 2010-2283-B

ANNETTE DIAMOND, PLAINTIFF

### COMPLAINT TO DETERMINE HEIRS-AT-LAW

COMES NOW Annette Diamond, Plaintiff, on behalf of the Estate of Mattie Myers, deceased, and files this Complaint to Determine Heirs-at-Law of Mattie Myers, deceased, pursuant to § 91-1-27, et seq. of the Mississippi Code of 1972, Annotated, as amended, and would respectfully show unto the Court the following:

1. This Honorable Court has jurisdiction of the parties and the subject matter of this cause.

2. That the decedent, Mattie Myers, died intestate on or about May 4, 2006.

3. The heirs-at-law and statutory beneficiaries of Mattie Myers, deceased, have a claim for personal injuries sustained by decedent. At the time of her death, the decedent was survived by her children, Vivian Randall and Antawn Randall, and her grandchildren, Olinka Randall, child of Patricia Harris, deceased, and Courtney Ratliff, child of Sidney Randall, deceased, who should be adjudicated to be the sole heirs-at-law of the said Mattie Myers, deceased.

4. Plaintiff would request that a notice and summons of the heirs-at-law of Mattie Myers, deceased, be issued by this Honorable Court pursuant to the provisions of § 91-1-29 of the Mississippi Code of 1972, Annotated, as amended, and the Mississippi Rules of Civil Procedure.

EXHIBIT D

WHEREFORE, PREMISES CONSIDERED, the said Annette Diamond prays that due and proper process issue out of the Court for the unknown heirs-at-law of Mattie Myers, deceased, and all other interested parties requiring them to appear, answer and defend against this Complaint on a date and at a time and place certain to be fixed by the Court for the hearing of this Complaint, and to show cause, if any they can, why Vivian Randall, Antawn Randall, Olinka Randall and Courtney Ratliff should not be declared to be the sole surviving heirs-at-law of Mattie Myers, deceased and that upon such hearing, the Court will enter its order declaring and adjudicating the said Vivian Randall, Antawn Randall, Olinka Randall and Courtney Ratliff as the sole surviving heirs-at-law of Mattie Myers, deceased.

Plaintiff prays for such further and general relief as to which the Court may deem proper.

Respectfully submitted,

*Annette Diamond*
ANNETTE DIAMOND

STATE OF MISSISSIPPI

COUNTY OF Madison

Personally came and appeared before me, the undersigned authority in and for the aforesaid county and state, Annette Diamond, who being duly sworn, states on her oath that the matters, facts and things contained in the above and foregoing are true and correct as therein stated.

ANNETTE DIAMOND

SWORN TO AND SUBSCRIBED this 23 day of March, 2011.

NOTARY PUBLIC

My Commission Expires:

PREPARED BY:

KIMBERLY L. GUTHRIE (MSB# 101776)
Smith Williams, PLLC
Post Office Box 5622
Brandon, MS  39047
Telephone: (601) 914-2977
Facsimile: (877) 329-6699

3