## PROOF OF PUBLICATION
## THE STATE OF MISSISSIPPI
## MADISON COUNTY

IN THE CHANCERY COURT OF MADISON COUNTY, MISSISSIPPI
IN THE MATTER OF THE ESTATE OF MATTIE MYERS, DECEASED
CAUSE NO. 2010-2283-B
ANNETTE DIAMOND, PLAINTIFF

**SUMMONS**
(by publication)
**NOTICE OF COMPLAINT TO DETERMINE HEIRS-AT-LAW**

To: HEIRS AT LAW OF MATTIE MYERS, DECEASED, KNOWN AND UNKNOWN

You have been made a Defendant in the suit filed in this Court by Annette Diamond, Plaintiff, and joined by Vivian Randall, Antawn Randall, Olinka Randall and Courtney Ratliff, seeking to adjudicate Vivian Randall, Antawn Randall, Olinka Randall and Courtney Ratliff the sole natural and lawful heirs at law of Mattie Myers, deceased.

You are summoned to appear and defend against the Complaint filed against you in this action at 9:00 a.m. on the 22nd day of July, 2011, at the Chancery Court of Madison County in Canton, Mississippi before the Honorable Cynthia Brewer, and in case of your failure to appear and defend, a judgment will be entered against you for the things demanded in the Complaint.

You are not required to file an Answer or other pleading, but you may do so if you desire.

ISSUED under my hand and the seal of the court this the 25th day of May, 2011.
ARTHUR JOHNSTON, CHANCERY CLERK
OF MADISON COUNTY, MISSISSIPPI
/s/ Kim Sievers
DEPUTY CLERK
KIMBERLY L. GUTHRIE, MSB # 101776
Smith Williams, PLLC
Post Office Box 5622
Brandon, Mississippi 39047
Telephone: (601) 914-2977
Publish: June 2, June 9, June 16, 2011

PERSONALLY appeared before me, the Undersigned notary public in and for Madison County, Mississippi, Steven G. Watson, Associate Editor of the MADISON COUNTY JOURNAL, a Weekly newspaper of general circulation in Madison County, Mississippi as Defined and prescribed in Section 13-3-31, of the Mississippi Code of 1972, as amended, who, being duly sworn, states that the notice, a true copy of which is attached hereto was published in the issues of said newspaper as follows:

Date June 2, 2011   Vol. 30 No. 22
Date June 9, 2011   Vol. 30 No. 23
Date June 16, 2011  Vol. 30 No. 24
Date _____ 2011   Vol. ___ No. ___

Signed: _____
Associate Editor of the
MADISON COUNTY JOURNAL

SWORN TO AND SUBSCRIBED before me the 21st day of June, 2011

_____
NOTARY PUBLIC

[Notary seal: REBECCA T BRAY, ID # 84275, Commission Expires Feb. 20, 2015, STATE OF MISSISSIPPI, MADISON COUNTY]

**Exhibit E**