[Filed stamp: U.S. DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA, 2011 JUL 20 PM 2:39, LORETTA G. WHYTE, CLERK]

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | § | MDL NO. 1657 |
| | § | |
| PRODUCTS LIABILITY | § | SECTION L |
| LITIGATION | § | |
| | § | |
| | § | JUDGE FALLON |
| This document relates to all cases | § | MAG. JUDGE KNOWLES |
| | § | SPECIAL MASTER |
| FILER: JACK E. URQUHART | § | PATRICK A. JUNEAU |
| | § | |
| | § | July 20, 2011 |

## MOTION TO FILE PROFFERED EXHIBITS UNDER SEAL
## PURSUANT TO EASTERN DISTRICT LOCAL RULE 5.6

On July 18, 2011, Kathryn Snapka ("Snapka") and Escobedo, Tippit & Cárdenas (referred to in this document by the names of the real parties in interest Joe Escobedo and David Hockema, or, collectively "Escobedo-Hockema") filed their objections to the Report and Recommendation of the Special Master on Allocation of Common Benefit Attorney Fees. Among the objections raised, specifically in Objection No. 15, Snapka and Escobedo-Hockema objected to the Special Master's exclusion of e-mail evidence criticizing a certain FAC members' work. The Special Master erred in excluding this evidence.

**A.   Description of documents to be sealed**

E-mails from multiple common benefit attorneys, including FAC members.

**B.   Statement as to why sealing is necessary**

The e-mails criticize certain FAC members' handling of the *Irvin* trial.

The Special Master granted objections to the exhibits. They were proffered as Exhibits 1A-1L.

Fee _____
Process _____
x Dkt'd _____
__ CtRmDep _____
__ Doc. No. _____

Snapka and Escobedo-Hockema assert in their Objections to the Special Master's Report and Recommendation that it was error for the Special Master to refuse to admit the exhibits. The e-mails harshly criticize the handling of an MDL bellwether trial. They were written by persons as they were observing the trial. The failure to admit these e-mails evidences the lack of uniformity in the scrutiny of the fee apportionment and are relevant to the lack of transparency.

The sealing is requested as a courtesy to the subjects of the exhibits' criticism. They need not be published unless and until this court determines their admissibility.

**Governing authorities**

Snapka and Escobedo-Hockema filed these documents under seal. The documents contain comments, statements, and observations which are critical of certain attorneys involved in this litigation, and there is no need to publish them until the court rules on their admissibility. Snapka and Escobedo-Hockema request the documents be filed under seal given the privacy interest involved. *See Romero v. Drummond Co.*, 480 F.3d 1234, 1246 (11th Cir. 2007).

**Period of time documents sought to be maintained under seal. How matter is to be handled upon sealing.**

The documents provided herein are to remain under seal pending further order of this court. The documents are available for review and examination by the MDL trial court and any all subsequent appeal courts. Accordingly, the documents are available for view by court personnel to the extent necessary to carry out the court's duties.

Respectfully submitted,

BEIRNE, MAYNARD & PARSONS, L.L.P.

*/s/ Jack Urquhart by permission*

Jack E. Urquhart
State Bar No. 20415600
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone: (713) 871-6760
Facsimile: (713) 960-1527

**ATTORNEYS FOR PLAINTIFF
KATHRYN SNAPKA, JOE ESCOBEDO, JR.
AND DAVID HOCKEMA**

Of Counsel:

Gary Alfred
Texas Bar No. 24011214
Terry Adams
Texas Bar No. 00874010
Charles T. Miers
Texas Bar No. 00784600
BEIRNE, MAYNARD & PARSONS, L.L.P.
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone: (713) 871-6760
Facsimile: (713) 960-1527

Paul M. Lavelle
Louisiana Bar Number is 08134
BEIRNE, MAYNARD & PARSONS, L.L.P.
110 Poydres Street, Suite 2900
New Orleans, LA 70163
Telephone: (504) 799-2223
Facsimile: (504) 799-2224

## CERTIFICATE OF SERVICE

    I hereby certify that the above and forgoing document has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing, and that the forgoing was sent via email to:

Russ Herman, rherman@hhkc.com

Andy Birchfield, andy.birchfield@beasleyallen.com

Special Master Patrick Juneau, PAJ@juneaudavid.com

This 20th day of July, 2011.

Jack E. Urquhart