## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | § | MDL NO. 1657 |
| | § | |
| PRODUCTS LIABILITY | § | SECTION L |
| LITIGATION | § | |
| | § | JUDGE FALLON |
| This document relates to all cases | § | MAG. JUDGE KNOWLES |
| | § | SPECIAL MASTER |
| FILER:  JACK E. URQUHART | § | PATRICK A. JUNEAU |
| | § | |
| | § | July 20, 2011 |

### NOTICE OF FILING A SEALING MOTION

Pursuant to Eastern District of Louisiana's Order and Local Rule 5.6, Objectors

Kathryn Snapka ("Snapka") and Escobedo, Tippit & Cárdenas (referred to in this

document by the names of the real parties in interest Joe Escobedo and David Hockema,

or, collectively "Escobedo-Hockema") give due notice of filing of their Motion to File

Proffered Exhibits under Seal.

Respectfully submitted,

BEIRNE, MAYNARD & PARSONS, L.L.P.

Jack E. Urquhart
State Bar No. 20415600
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone:  (713) 871-6760
Facsimile:  (713) 960-1527

**ATTORNEYS FOR PLAINTIFF
KATHRYN SNAPKA, JOE ESCOBEDO, JR.
AND DAVID HOCKEMA**

Of Counsel:

Gary Alfred
Texas Bar No. 24011214
Terry Adams
Texas Bar No. 00874010
Charles T. Miers
Texas Bar No. 00784600
BEIRNE, MAYNARD & PARSONS, L.L.P.
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone:  (713) 871-6760
Facsimile:  (713) 960-1527

Paul M. Lavelle
Louisiana Bar Number is 08134.
BEIRNE, MAYNARD & PARSONS, L.L.P.
110 Poydras Street, Suite 2900
New Orleans, LA 70163
Telephone: (504) 799-2223
Facsimile: (504) 799-2224

# CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing document has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing, and that the forgoing was sent via email to:

Russ Herman, rherman@hhkc.com

Andy Birchfield, andy.birchfield@beasleyallen.com

Special Master Patrick Juneau, PAJ@juneaudavid.com


This 20th day of July, 2011.

Jack E. Urquhart