UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | § | MDL NO. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| | § | |
| | § | JUDGE FALLON |
| This document relates to all cases | § | MAG. JUDGE KNOWLES |
| | § | SPECIAL MASTER |
| FILER: JACK E. URQUHART | § | PATRICK A. JUNEAU |
| | § | |
| | § | July 20, 2011 |

### ORDER

Upon consideration of Objectors Kathryn Snapka ("Snapka") and Escobedo, Tippit & Cárdenas (referred to in this document by the names of the real parties in interest Joe Escobedo and David Hockema, or, collectively "Escobedo-Hockema") Motion to file Proffered Documents under Seal and the governing authorities, the Court has determined that the party's privacy in information overcomes the interest of the public in accessing the information. THEREFORE, the Court finds this motion should be GRANTED.

IT IS HEREBY ORDERED that the Clerk's Office seal the records consisting of the sensitive e-mails filed herein.

New Orleans, Louisiana, this 21st day of July 2011.

THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE