**[ORDER REQUIRED BY COURT RULES]**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re:  VIOXX® | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| | * | **JUDGE FALLON** |
| | * | |
| | * | **MAG. JUDGE KNOWLES** |
| * * * * * * * * * * * * * * * * * * | * | |

**PRETRIAL ORDER NO. 8(C)**
**SUPPLEMENT PARAGRAPH TWELVE OF PRETRIAL ORDER NO. 8(B)**

**THIS DOCUMENT RELATES TO ALL CASES**

Motion having been made by Plaintiffs' Liaison Counsel for certain cases, Ann B. Oldfather,

IT IS HEREBY ORDERED BY THE COURT that Ann B. Oldfather, as Liaison Counsel for certain cases, shall be added as a standard recipient to the Certificate of Service required under Paragraph Twelve of Pretrial Order No. 8(B), which shall be supplemented as that Paragraph 12 shall be substituted as follows:

12.   When serving documents, all counsel must use a uniform Certificate of Service in the form set out herein:

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing [**DOCUMENT**] has been served on Liaison Counsel, Russ Herman, Ann B. Oldfather and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the

CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this ____ day of _____, 201[1].

                    _____/s/ Attorney's Name____
                    Attorney's Name
                    Attorney's Bar Roll Number
                    Attorney for [Plaintiff/Defendant]
                    Law Firm Name
                    Law Firm Address
                    Telephone Number
                    Fax Number
                    Attorney's E-Mail Address

New Orleans, Louisiana, this __ day of _____, 2011.

_____
Eldon E. Fallon
United State District Judge