**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISANA**

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | |
| This document relates to: | * | JUDGE FALLON |
| | * | |
| *Esther A. Donaldson (VCN 1021184)* | * | MAGISTRATE JUDGE |
| *Drucilla R. McClure (VCN 1021469)* | * | KNOWLES |
| *Freda S. Walker (VCN 1021505)* | * | |
| | * | |

*********************************************************************************

## RESPONSE TO ORDER TO SHOW CAUSE WHY REMAINING SETTLEMENT PROGRAM RELEASES AND STIPULATIONS <u>SHOULD NOT BE TENDERED TO MERCK</u>

Claimants, the Estate of Esther A. Donaldson, the Estate of Drucilla R. McClure and Freda S. Walker, by and through undersigned counsel, respond to the Court's order to Show Cause Why Remaining Settlement Release and Stipulations Should Not Be Tendered to Merck as follows:

<u>**Esther A. Donaldson (VCN 1021184):**</u>

Carole Dawson, daughter and proposed Administrator of the Estate of Esther A. Donaldson, deceased, advised our firm that she and her siblings no longer wish to participate in the 'In re Vioxx Products Liability Settlement.' She has signed documentation confirming that the heirs of Esther A. Donaldson do not wish to accept a settlement award. (Letter from Seeger Weiss LLP counter-signed by Carole Dawson attached hereto as Exhibit "A")

<u>**Drucilla R. McClure (VCN1021469):**</u>

Drucilla R. McClure passed away on August 29, 2007, after her complaint had been filed in the 'In re Vioxx Productions Liability Litigation.'  Ms. McClure left no surviving spouse.  She was survived by her adult sons William F. McClure and James E. McClure.  James E. McClure then post-deceased Ms. McClure leaving four adult children.  William F. McClure retained counsel in order to be appointed Executor of the Estate of Drucilla R. McClure.  His counsel, Christopher A. Ballar, Esq., has encountered many delays in obtaining the required Letters Testamentary.  Mr. Ballar has had difficulty locating the heirs of the deceased James McClure and obtaining the necessary waivers from these heirs.  Mr. Ballar submitted a 'Petition to Probate Will in Solemn Form Deceased' on March 7, 2011 to the Probate Court of Gilmer County, Georgia.  (Copy of first page of Petition attached hereto as Exhibit "B")  Mr. McClure is scheduled to appear in the Probate Court on Monday, July 25, 2011, to be sworn in as Executor of the Estate of Drucilla McClure and we anticipate that the Letters Testamentary will be issued at that time or shortly thereafter.  Once Mr. McClure has been appointed as Executor of the Estate of Drucilla McClure, he will be able to execute a final release in connection with the 'In Re Vioxx Products Liability Settlement.'

### Freda S. Walker (VCN 1021505):

Ms. Walker is a claimant whose original point award was reduced following an audit of her claim pursuant to the Quality Control and Audit Procedures of Article 10 of the Master Settlement Agreement.  The Claims Administrator's initial and amended Notice of Points are attached as Exhibit "C" and Exhibit "D".  At the time of the amendment, the resolution of Ms. Walker's health insurance liens (asserted by both governmental and private health insurers) had not been finalized by the Garretson Firm.  Consequently, the final payment amount retained by BrownGreer LLP was insufficient to satisfy the total of the health insurance liens, the MDL

common benefit fee assessment, and the MDL common benefit assessment charged against her claim.

The health insurance claims have now been resolved and resolution has been reached with BrownGreer LLP as to how to finalize this claim.  (Attached hereto as Exhibit "E" is an email correspondence between Seeger Weiss LLP and BrownGreer LLP.)  Seeger Weiss LLP has just returned payment of $4,767.80 to BrownGreer LLP.  (Letter referencing repayment to BrownGreer LLP is attached hereto as Exhibit "F.")  Upon receipt of the check from Seeger Weiss LLP, BrownGreer LLP will be able to finalize payments/allocations to Medicare, the private lien resolution program, and the MDL assessments, and this matter will be resolved.

Dated:  July 22, 2011                                              Respectfully Submitted,

By:      /s/ Sindhu S. Daniel_____
           Sindhu S. Daniel
           Christopher A. Seeger
           David R. Buchanan
           **SEEGER WEISS LLP**
           550 Broad Street, Suite 920
           Newark, New Jersey 07102
           Telephone:      (973) 639-9100
           Facsimile:      (973) 639-9393

           Counsel for Plaintiffs

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the above and foregoing response has been served on Liaison

Counsel, Russ Herman and Phillip Wittmann, via U.S. Mail and e-mail or by hand delivery and

email, and upon all parties by electronically uploading the same to LexisNexis File & Serve

Advanced in accordance with Pre-trial Order No. 8B, and that the foregoing was electronically

filed with the Clerk of Court of the United States District Court for the Eastern District of

Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord

with the procedures established in MDL 1657, on this 22nd day of July, 2011.

<u>/s/ Sindhu S. Daniel</u>
Sindhu S. Daniel
**SEEGER WEISS LLP**
550 Broad Street, Suite 920
Newark, New Jersey 07102
Telephone:     (973) 639-9100
Facsimile:     (973) 639-9393

Counsel for Plaintiffs