# EXHIBIT B

GEORGIA PROBATE COURT
STANDARD FORM

## IN THE PROBATE COURT OF GILMER COUNTY

## STATE OF GEORGIA

| | |
|---|---|
| IN RE: ESTATE OF | ESTATE NO. 2011-35 |
| DRUCILLA R. MCCLURE, a/k/a, | PETITION TO PROBATE WILL |
| IDA DRUCILLA MCCLURE | IN SOLEMN FORM |
| | DECEASED |

TO THE HONORABLE JUDGE OF THE PROBATE COURT:

The petition of **WILLIAM FREDDIE MCCLURE**, whose mailing address is 147 Flat Creek Church Road, Ellijay, Georgia 30540, shows:

1.

On August 29, 2007, **DRUCILLA R. MCCLURE, a/k/a IDA DRUCILLA MCCLURE**, whose place of domicile was 149 Flat Creek Church Road, Ellijay, Gilmer County, Georgia 30540, departed this life owning property in Georgia.

2.

While alive, decedent duly made and published a Last Will and Testament dated January 1, 2002, which is herewith offered for probate in Solemn Form. Your petitioner is named as the Executor.

3.

Listed below are all of the decedent's heirs, with the age or majority status, address and relationship to the decedent set opposite the name of each:

| Name | Age (Or over 18) | Address | Relationship |
|---|---|---|---|
| William Freddie McClure | Over 18 | 147 Flat Creek Church Road Ellijay, GA 30540 | Son |
| James Daniel McClure | Over 18 | Wheeler Correctional Facility #0000724286 195 N Broad Street Alamo, GA 30411 | Grandson |
| David Lee McClure | Over 18 | Union County Jail #001180467 378 Beasley Street Blairsville, GA 30512 | Grandson |
| Kelly Natasha McClure | Over 18 | 504 West 2nd Street Blue Ridge, GA 30513 | Granddaughter |

FILED IN THIS OFFICE
3-2-11 BY OD
GILMER CO. PROBATE COURT

Effective 8/10      -1-      GPCSF 5 Petitioner