# EXHIBIT E

## Pi-Sunyer, Andrea

| | |
|---|---|
| **From:** | Jennifer Goodwin [jgoodwin@browngreer.com] |
| **Sent:** | Monday, June 27, 2011 5:46 PM |
| **To:** | Pi-Sunyer, Andrea |
| **Cc:** | Cliff Blankenship |
| **Subject:** | RE: Walker, Freda - VCN 1021505 - claimant w "lien issues" |

The best thing to do is send us a check made payable to US Bank in the amount of $4,767.80. This will cover all liens and any Common Benefit Fees/Costs.

---

**From:** Pi-Sunyer, Andrea [mailto:APi-Sunyer@seegerweiss.com]
**Sent:** Friday, June 17, 2011 4:19 PM
**To:** Jennifer Goodwin
**Subject:** Walker, Freda - VCN 1021505 - claimant w "lien issues"

Hi Jennifer. This claim was included in Merck's recent *Motion, Rule and Memorandum to Show Cause* and was listed as having "lien issues." I have reviewed the file with my accounting department and understand the following:

The claim was overpaid for the initial 40% payment because it initially received an award of 277.20 points but was later reduced to 123.20 points. The client received her first portion but because of the confusion has not been paid her second portion. By our calculations, the client is owed $4,678.47 representing her final payment. (See attached DRAFT settlement statement.)

Our understanding is that there is currently $17,434.03 remaining in the QSF with $22,051.83 of costs that the Claims Administrator needs to pay out of the fund.

| | |
|---|---|
| 1% Client MDL assessment: | 2,297.69 |
| 6.5% Attorney MDL assessment: | 14,935.00 |
| Medicare: | 2,581.14 |
| PLRP: | 2,238.00 |
| **Total:** | **22,051.83** |

Attorney fees and expenses on the gross award should be $74,774.70. (See attached Draft Settlement Statement.) The 6.5% MDL assessment of $14,935.00 should be taken from these fees/expenses leaving a total of $59,839.70. Seeger Weiss received $69,135.97 for attorney fees and expenses from the initial payment representing an overpayment of $9,296.27 on the current gross award.

Our options to resolve this confusion would be to either:
 a) Return the full overpayment of $9,296.27 to the Claims Administrator, have the Claims Administrator pay the $22,051.83 of obligations and then return the remaining $4,678.47 to Seeger Weiss so that we can forward the $4,678.47 to the client; or
 b) Seeger Weiss pays the client the $4,678.47 that she is owed as final payment from our overpayment of attorneys fees/expenses. We return $4,617.80, representing the remaining portion of the overpayment to the Claims Administrator so that the Claims Administrator has exactly $22,051.83 to pay the MDL and healthcare obligations.

I would appreciate it if you could review this claim at your convenience and contact me as to what our next step should be. Thank you in advance for your assistance and have a good weekend.

Andrea

Andrea Pi-Sunyer
Associate
Seeger Weiss LLP
One William Street

1

New York, NY  10004
212.584.0700