# EXHIBIT F

**SeegerWeiss**LLP
77 Water Street, 26th Floor | New York, NY 10005 | P 212.584.0700 | F 212.584.0799

www.seegerweiss.com

July 22, 2011

**Via United Parcel Service**

Ms. Jennifer Goodwin
BrownGreer PLC
115 South 15th Street, Suite 400
Richmond, VA 23219-4209

    **Re: Vioxx – Walker, Freda**

Dear Ms. Goodwin:

    Enclosed please find a check in the amount of $4,767.80, payable to U.S. Bank, representing final resolution of the above-referenced claim.

    Please feel free to call with any questions or concerns you may have. Thank you for your assistance with this claim.

    Very truly yours,

    Andrea Pi-Sunyer

Enclosure
APS/kn

New York, New York     Newark, New Jersey     Philadelphia, Pennsylvania     Los Angeles, California