UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX<br><br>PRODUCTS LIABILITY<br> LITIGATION<br><br>THIS DOCUMENT RELATES<br>TO ALL CASES<br><br>FILER:  Jack E. Urquhart | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES<br>SPECIAL MASTER<br>PATRICK A. JUNEAU<br><br>July 18, 2011 |

## ORDER

Upon consideration of Objectors Kathryn Snapka ("Snapka") and Escobedo, Tippit &

Cárdenas (referred to in this document by the names of the real parties in interest Joe Escobedo

and David Hockema, or, collectively "Escobedo-Hockema") Motion for Leave to file a Brief in

support of their Objections to the Report and Recommendations of the Special Master on

Allocation of Common Benefit Attorney Fees, which exceeds the twenty-five (25) page limit

rule the Court has determined that the motion should be GRANTED.

IT IS HEREBY ORDERED that Objectors Snapka and Escobedo-Hockema are granted

leave of court to file their brief in support which exceeds the twenty-five (25) page limit rule.


New Orleans, Louisiana, this 22nd day of _____July_____ 2011.

_____
THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE