# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Jamaal Ali Bilal v. Merck & Co., Inc.,* et al., 2:10-cv-02755-EEF-DEK | * | |
| | * | |
| | * | |

**************************************************************************

## DEFENDANT MERCK & CO., INC.'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO REMOVE DUPLICATIVE CASE FROM DOCKET

Merck hereby submits this Reply Memorandum in further support of its pending Motion (R. Doc. 63115) requesting that *pro se* Plaintiff Jamaal Bilal's later-filed duplicative claims against Merck arising out of his alleged use of Vioxx (docketed in Case No. 2:10-cv-02755-EEF-DEK) be dismissed, and all his claims against Merck proceed within his earlier filed action (Case No. 2:06-cv-02364-EEF-DEK).

In response to Merck's Motion, Plaintiff Bilal filed a pleading in which he stated that he did not believe his two lawsuits to be duplicative because his intent was to maintain one lawsuit against Merck, and a separate lawsuit "against the Vioxx Pro Se Coordinator for refusing to perform his ministerial duties." R. Doc. 63127. Thus, Mr. Bilal concedes that he never intended to have more than one lawsuit against Merck. Rather, as further explained in Merck's pending Motion, when he submitted the document that was ultimately docketed as the Complaint in the later-filed action (Case No. 2:10-cv-02755-EEF-DEK), he intended only to *resubmit* his previously pending claims against Merck upon his exit from the Resolution Program, not to file a separate action within the MDL.

1064322v.1

Merck therefore requests that Mr. Bilal's later-filed claims against Merck (docketed in Case No. 2:10-cv-02755-EEF-DEK) be dismissed, and that all of Mr. Bilal's claims against Merck continue to be pursued through his original lawsuit (Case No. 2:06-cv-02364-EEF-DEK).

Dated: July 25, 2011

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

 —and—

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
Emily Renshaw Pistilli
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Attorneys for Merck & Co., Inc.

1064322v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Reply Memorandum in Support of Merck's Motion to Remove Duplicate Case from Docket has been served on Plaintiff Jamaal Ali Bilal via U.S. Mail at the following address:

> Jamaal Ali Bilal, 99-0124
> Florida Civil Commitment Center
> 13619 S.E. Hwy 70
> Arcadia, FL 34266

The foregoing Reply has also been served on Liaison Counsel, Russ Herman, Phillip Wittmann and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and/or e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 25th day of July, 2011.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1064322v.1