UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX <br>     Products Liability Litigation <br><br> This Document Relates to: <br><br> JAMAL ALI BILAL, <br><br>                Plaintiff, <br><br>    versus <br><br> MERCK & CO., INC., <br><br>                Defendant. <br><br> Case No. 2:06-cv-02364, <br> Court of Appeals No. 11-30347. | * <br> * <br> * <br> * MDL No. 1657 <br> * <br> * SECTION L <br> * <br> * JUDGE ELDON E. FALLON <br> * <br> * MAGISTRATE JUDGE <br> * KNOWLES <br> * <br> * <br> * <br> * <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DESIGNATION OF RECORD ON APPEAL**

Merck Sharp & Dohme Corp., f/k/a Merck & Co., Inc. ("Merck") hereby submits this Designation of Record on Appeal for the following cases:[1]

Case Nos: 2:06-cv-02364 (E.D. La.);
2:05-md-1657 (E.D. La.).

Merck requests that the following items be included in the record for this appeal:

---

[1] Mr. Jamal Ali Bilal is presently detained and in the custody of the Florida Civil Commitment Center. Although Mr. Bilal is the appealing party in this case, Merck does not believe Mr. Bilal has attempted to contact it regarding the designation of the record in this case. This designation reflects Merck's effort to predict the issues Mr. Bilal may raise in his appeal and is made without any prejudice intended to Mr. Bilal's right to supplement the record to the extent he believes necessary.

U. S. District Court
Eastern District of Louisiana (New Orleans)
CIVIL DOCKET FOR CASE #: 2:06-cv-02364-EEF-DEK

| Date Filed | # | Docket Text |
|---|---|---|
| 06/13/2006 | 1 | Case transferred in from Middle District of Florida; Case Number 06-116-VMC-DNF. Electronic file, certifed copy of complaint & certified copy of transfer order and docket sheet received. Filing fee paid in other District. filed by Jamal Ali Bilal. (Attachments: # 1 Pre Trial Order 14)(sdd, ) Additional attachment(s) added on 6/14/2006 (sdd, ). (Entered: 06/14/2006) |
| 03/18/2011 | 2 | ORDER DISMISSING CASE with prejudice for failure to comply with the requirements of Pre-Trial Order No. 43. Signed by Judge Eldon E. Fallon on 3/18/2011.(cms, ) (Entered: 03/18/2011) |
| 03/30/2011 | 3 | NOTICE OF APPEAL by Jamal Ali Bilal as to 2 Order Dismissing Case. (cms, ) (Entered: 03/31/2011) |
| 05/19/2011 | 4 | ORDER of USCA dismissing as to 3 Notice of Appeal as of 5/19/2011 for want of prosecution. The appellant failed to timely pay the docketing fee and failed to order transcripts and make financial arrangements with the court reporter. (cms, ) (Entered: 05/23/2011) |
| 06/28/2011 | 5 | ORDER of USCA that Appellant's motion to reinstate/reopen 3 Notice of Appeal is granted. If appellant Jamal Ali Bilal do not order the transcripts, complete a new transcript order form, and make financial arrangements within 15 days of this letter, the appeal will be dismissed without further notice.(cms, ) (Entered: 06/29/2011) |

U. S. District Court
Eastern District of Louisiana (New Orleans)
CIVIL DOCKET FOR CASE #: 2:05-md-01657-EEF-DEK

| Date Filed | # | Docket Text |
|---|---|---|
| 05/04/2006 | 4579 | Memorandum in opposition by Defendant Merck to pla's motion for an order directing Lexis Nexis and other vendors to enable registration of pro se plaintiffs. (Reference: 05-5382)(dmg, ) (Entered: 05/08/2006) |
| 06/29/2006 | 5635 | PRETRIAL ORDER # 18C: Plaintiff Profile Form, Authorizations & Merck's Profile Form. Signed by Judge Eldon E. Fallon on 6/29/06. (Attachments: # 1 Forms)(Reference: ALL CASES)(dmg, ) (Entered: 06/30/2006) |
| 07/05/2006 | 5685 | ORDER denying 5606 Motion to Appoint Counsel. Plas' Liaison |

| Date Filed | # | Docket Text |
|---|---|---|
| | | Counsel is directed to contact plaintiff to assist him in obtaining counsel . Signed by Judge Eldon E. Fallon on 7/3/06. (Reference: 06-2364)(dmg, ) (Entered: 07/06/2006) |
| 09/22/2006 | 7396 | MOTION for Extension of Deadlines to file profile forms by Plaintiff. (Attachments: # 1 Exhibit)(Reference: 06-2364)(dmg, ) (Entered: 09/26/2006) |
| 10/16/2006 | 7992 | ORDER granting 7396 Motion for Extension of Deadlines to file PPF. Signed by Judge Eldon E. Fallon on 10/16/06. (Attachments: # 1 PTO #18C & Profile Forms) (Reference: 06-2364)(dmg, ) (Entered: 10/16/2006) |
| 09/04/2007 | 12841 | MOTION to Compel pla's attys to provide assistance completing PPFs pursuant to PTO 18C by Plaintiff. (Attachments: # 1 Exhibit)(Reference: 06-2364)(dmg, ) (Entered: 11/01/2007) |
| 11/09/2007 | 12962 | PRETRIAL ORDER #28- Prima Facie Evidence of Usage, Injury and Causation. Signed by Judge Eldon E. Fallon on 11/9/2007. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Reference: ALL CASES)(cms, ) (Entered: 11/09/2007) |
| 11/09/2007 | 12963 | PRETRIAL ORDER #29- Rules and procedures relating to all cases filed or transferred on or after 11/9/2007. Signed by Judge Eldon E. Fallon on 11/9/2007. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Reference: ALL CASES)(cms, ) (Entered: 11/09/2007) |
| 11/09/2007 | 12964 | PRETRIAL ORDER #30: Staying activity in this MDL with certain exceptions as stated herein. Signed by Judge Eldon E. Fallon on 11/9/2007.(Reference: ALL CASES)(cms, ) Modified on 11/9/2007 (dmg, ). (Entered: 11/09/2007) |
| 11/09/2007 | 12965 | PRETRIAL ORDER #31-Registration of Claims. Signed by Judge Eldon E. Fallon on 11/9/2007.(Reference: ALL CASES)(cms, ) (Entered: 11/09/2007) |
| 05/06/2008 | 14322 | PRETRIAL ORDER #36 - Rules and Procedures Relating to Motions to Withdraw From Representation of a Client. Signed by Judge Eldon E. Fallon on 5/6/2008. (Attachments: # 1 Paragraph 1B# 2 Paragraph 1D# 3 Paragraph 2C)(Reference: ALL CASES)(cms, ) (Entered: 05/07/2008) |
| 11/10/2008 | 16876 | STIPULATION of Dismissal with prejudice by Plaintiff Jamaal Ali Bilal (pro se) (Reference: 06-2364)(cms, ) (Entered: 11/12/2008) |
| 12/22/2008 | 17565 | MOTION for Relief from Deadline by Plaintiff Jamal Ali Bilal. (Attachments: # 1 Exhibit)(Reference: 06-2364)(cms, ) (Entered: 12/29/2008) |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/31/2008 | 17582 | NOTICE by Plaintiff Jamaal Ali Bilal has submitted claims package on or before 12/30/2008. (Reference: 06-2364)(cms, ) (Entered: 01/06/2009) |
| 02/05/2009 | 17714 | ORDER - The Court is in receipt of the attached correspondence from pro se Vioxx claimant Jamaal Ali Bilal regarding the status of his claim. IT IS ORDERED that the correspondence be entered in the record. Signed by Judge Eldon E. Fallon on 2/3/2009. (NEF Vioxx Plaintiff's Liaison Counsel, Vioxx Pro Se Curator, Vioxx Claims Administrator; cc: Jamaal Ali Bilal) (Attachments: # 1 Exhibit)(Reference: 06-2364)(cms, ) (Entered: 02/05/2009) |
| 07/06/2009 | 20399 | PRETRIAL ORDER #43 - Case Management Order for Cases Serving Future Evidence Stipulations Pursuant to the Vioxx Resolution Program. Signed by Judge Eldon E. Fallon on 7/2/2009.(Reference: ALL CASES)(cms, ) Modified on 7/6/2009 (cms, ). (Additional attachment(s) added on 8/18/2009: # 1 Exhibit A, # 2 Exhibit B) (cms, ). (Entered: 07/06/2009) |
| 08/31/2009 | 23570 | MOTION for Extension of Time to Submit Claims Package by Plaintiff Jamaal Ali Bilal. (Attachments: # 1 Exhibit)(Reference: 06-2364)(cms, ) (Entered: 09/10/2009) |
| 04/21/2010 | 40199 | EXPARTE Fifth MOTION for Order to Show Cause *Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the Lone Pine Requriements of PTO 43* by Defendant. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Reference: See Exhibit A)(Wimberly, Dorothy) Modified on 4/22/2010 (cms, ). (Entered: 04/21/2010) |
| 05/10/2010 | 41549 | MOTION for Extension of Time to File Specific Expert Report from A Medical Expert by Plaintiff Jamaal Ali Bilal. (Reference: 06-2364)(cms, ) (Entered: 05/11/2010) |
| 05/24/2010 | 42758 | ORDERED that the motion is withdrawn as to all plaintiffs on the attached Exhibit A. IT IS FURTHER ORDERED that the motion is deferred until 6/3/2010,immediately following the monthly status conference that is scheduled for 9:00 a.m., as to all plaintiffs on the attached Exhibit B. IT IS FURTHER ORDERED that the motion is deferred indefinitely as to all plaintiffs on the attached Exhibit C re 40199 Fifth MOTION for Order to Show Cause. Signed by Judge Eldon E. Fallon on 5/20/2010.(Reference: Exhibits A, B, C, & D)(cms, ) (Main Document 42758 replaced on 6/29/2010 to include exhibit D) (cms, ). Modified on 6/29/2010 (cms, ). (Entered: 05/25/2010) |

4

| Date Filed | # | Docket Text |
|---|---|---|
| 06/04/2010 | 43736 | ORDER re 40199 Motion for Order to Show Cause; ORDERED that the motion is withdrawn as to all plaintiffs on the attached Exhibit A. IT IS FURTHER ORDERED that the motion is deferred until 7/27/2010, immediately following the monthly status conference that is scheduled for 9:00 a.m., as to allplaintiffs on the attached Exhibit B. IT IS FURTHER ORDERED that the claims of plaintiff Gilbert Swe on the attached Exhibit C be and they hereby are dismissed with prejudice for failure to comply with the requirements of Pre-Trial Order No. 43. Signed by Judge Eldon E. Fallon on 6/4/2010. (Reference: Exhibits A, B, & C)(cms, ) (Entered: 06/04/2010) |
| 08/09/2010 | 48876 | ORDER re 40199 Motion for Order to Show Cause: IT IS ORDERED that the motion is withdrawn as to all plaintiffs on the attached Exhibit A. IT IS FURTHER ORDERED that the motion is deferred until August 18, 2010, at 3:30 p.m., as to all plaintiffs on the attached Exhibit B. IT IS FURTHER ORDERED that the claims of all plaintiffs on the attached Exhibit C be and they hereby are dismissed with prejudice. Signed by Judge Eldon E. Fallon on 8/6/2010. (Reference: Exhibits A, B & C)(cms, ) (Entered: 08/09/2010) |
| 09/03/2010 | 50996 | ORDER deferring ruling on 40199 Motion for Order to Show Cause until August 26, 2010, at 3:30 p.m. as to plaintiff Deborah Collier; IT IS FURTHER ORDERED that the motion is deferred until September 21, 2010, at 3:30 p.m., as to plaintiffs Jamal A. Bilal, Robert Lyon, and Dimitri Taylor-Beck. Signed by Judge Eldon E. Fallon on 9/1/2010. (Reference: 05-4452, 06-2364, 07-1077, 05-548)(cms, ) (Entered: 09/03/2010) |
| 09/07/2010 | 51210 | EXPARTE/CONSENT MOTION to Seal Document by Defendant. (Attachments: # 1 Proposed Order)(Reference: 06-2364)(Wimberly, Dorothy) (Entered: 09/07/2010) |
| 09/08/2010 | 51229 | Supplemental Memorandum filed by Defendant, in support of 40199 Fifth MOTION for Order to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the Lone Pine Requriements of PTO 43. (Reference: 07-1077)(Wimberly, Dorothy) (Entered: 09/08/2010) |
| 09/13/2010 | 51758 | ORDER granting 51210 Motion to Seal Supplemental Memorandum and Exhibits. Signed by Judge Eldon E. Fallon on 9/10/2010. (Reference: 06-2364)(cms, ) (Entered: 09/14/2010) |
| 09/23/2010 | 52774 | ORDER deferring 40199 Motion for Order to Show Cause until 10/7/2010, following the monthly status conference that commences at 9:00 a.m., as to plaintiff Jamal Bilal. IT IS FURTHER ORDERED |

| Date Filed | # | Docket Text |
|---|---|---|
|  |  | that all claims of plaintiff Dimitri Taylor-Beck be and they hereby are dismissed with prejudice for failure to comply with the requirements of Pre- Trial Order No. 43. IT IS FURTHER ORDERED that the motion is withdrawn as to plaintiff Robert Lyon. Signed by Judge Eldon E. Fallon on 9/23/2010. (Reference: 06-2364, 07-1077, 05-548)(cms, ) (Entered: 09/27/2010) |
| 10/20/2010 | 54042 | ORDER TO SHOW CAUSE as to Jamal A. Bilal; Show Cause Hearing set for 11/18/2010 09:00 AM before Judge Eldon E. Fallon. Signed by Judge Eldon E. Fallon on 10/19/2010.(Reference: 06-2364) (cc: Jamal A. Bilal) (cms, ) (Entered: 10/20/2010) |
| 10/20/2010 | 54071 | ORDER - The Court is in receipt of the attached correspondence from Jamaal :Ali Bilal. IT IS ORDERED that the correspondence be entered in the record as a response re 40199 Fifth MOTION for Order to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the Lone Pine Requriements of PTO 43, currently noticed for hearing on 11/18/2010 at 9:00 a.m.. Signed by Judge Eldon E. Fallon on 10/20/2010. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Reference: 06-2364, 10-2755) (NEF: Russ Herman, Phillip Wittmann, Vioxx Pro Se Curator; cc: Jamaal Ali Bilal) (cms, ) (Entered: 10/21/2010) |
| 11/05/2010 | 55097 | MOTION for Writ of Habeas Corpus ad testificandum as to Jamaal Ali Bilal by Plaintiff. (Reference: 06-2364, 10-2755)(cms, ) (Entered: 11/05/2010) |
| 11/05/2010 | 55100 | ORDER denying 55097 Motion for Writ of Habeas Corpus ad testificandum as to Jamaal Ali Bilal. Signed by Judge Eldon E. Fallon on 11/5/2010. (Reference: 06-2364, 10-2755) (NEF: Russ Herman, Phillip Wittmann, Vioxx Pro Se Curator; cc: Jamaal Ali Bilal)(cms, ) (Entered: 11/05/2010) |
| 01/24/2011 | 60699 | NOTICE of Change of Address by Plaintiff Jamaal Ali Bilal. (Reference: 06-2364)(cms, ) (Entered: 01/25/2011) |
| 03/18/2011 | 62706 | ORDER that all claims of plaintiffs Jamal A. Bilal, Veronica Mayo, Suzie Hall, Bill Johnson, Essie Meadows, and Daisey Grice be and they hereby are dismissed with prejudice for failure to comply with the requirements of Pre-Trial Order No. 43 re 40199 Fifth MOTION for Order to Show Cause. Signed by Judge Eldon E. Fallon on 3/18/2011.(Reference: 06-2364, 05-546, 05-4421, 05-5443)(cms, ) (Entered: 03/18/2011) |
| 04/27/2011 | 62903 | APPEAL TRANSCRIPT REQUEST by Plaintiff for proceedings re 62740 Notice of Appeal. (Reference: 06-2364)(cms, ) (Entered: |

| Date Filed | # | Docket Text |
|---|---|---|
|  |  | 04/29/2011) |

WHEREFORE, Merck respectfully requests that these documents be included in the record in this appeal.

        Respectfully Submitted,

        s/Dorothy H. Wimberly
        Phillip A. Wittmann, 13625
        Dorothy H. Wimberly, 18509
        STONE PIGMAN WALTHER WITTMANN L.L.C.
        546 Carondelet Street
        New Orleans, LA 70130

        John H. Beisner
        Jessica Davidson Miller
        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
        1440 New York Avenue, N.W.
        Washington, DC 20005

        Douglas R. Marvin
        WILLIAMS & CONNOLLY LLP
        725 Twelfth St., N.W.
        Washington, DC 20005

        ATTORNEYS FOR MERCK SHARP & DOHME CORP.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing ***Designation of Record on Appeal*** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 25th day of July, 2011.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel