UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

### MOTION FOR ORDER REQUIRING ESCROW AND DISCLOSURES OF COMMON BENEFIT FEE AND COST WITHHOLDINGS FROM SETTLEMENT OF INELIGIBLE AND NON-ENROLLED CASES

Comes Ann B. Oldfather, Liaison Counsel and lead counsel for certain pending personal injury cases, and moves the Court to enter an order directing (1) escrow of the common benefit fees and common expense assessments from all settlement amounts in settled cases, to be deposited in a separate escrow account to be specified by the Court; and (2) full disclosure to both Liaison Counsel of the amounts paid by Merck & Co, Inc., in settlement of all non-enrolled or ineligible cases.

PTO 19 was entered August 4, 2005, and provides a common benefit fee of 2% (Two Percent) as an Early Participation Option, and 4% (Four Percent) and 6% (Six Percent) for later participation. PTO 19 provides a common benefit expense assessment of 1% (One Percent) of any settlement or paid judgment.[1] Pursuant to the terms of PTO 19, these percentages apply to cases later filed or tolled. Merck is required to withhold these sums from all settlements.

---

[1] The Court's opinion determining that the appropriate common benefit fee to be applied to those case participating in the Master Settlement Agreement would not seem to apply to these cases.

Despite three years of definitive statements from Merck that there would be "no further settlements," Merck recently began settling some of the PTO 28 and PTO 29 cases, which the undersigned Liaison Counsel only learned in June. Despite a reasonable request for information from the undersigned to both Merck and Messrs. Herman and Birchfield, none of those parties will confirm which cases have been resolved, the amount paid in settlement for those cases and whether, and if so, what, amount has been withheld for potential common benefit assessments. Correspondence sent to Messrs Marvin, Herman, and Birchfield dated June 3, 2011, and responses from Mr. Marvin and Mr. Herman are attached at Tab 1.

PTO 19, as mentioned above, requires an assessment against <u>all</u> settlements. Merck is "directed" to withhold these assessments and pay then into a Court established fund. No order of dismissal can be filed until the assessment has been deposited into the designated fund.

Since the efforts of the undersigned counsel which may give rise to any common benefit fee commenced subsequent to the Master Settlement (with an original focus on the procedural requirements imposed upon the ineligible and non-enrolled cases by the original terms of PTO 28 and 29), the undersigned has not submitted a request for any common benefit fee attributable to the Master Settlement. While the undersigned sought no fees from the Master Settlement, the undersigned does intend to request consideration of any common benefit efforts as may be allowed by the Court for work efforts on these cases subsequent to the Master Settlement.

To be clear, the undersigned does not seek any preliminary ruling of entitlement as to any common benefit fee or costs. Rather, the undersigned counsel seeks the disclosure of information, and assurances that proper withholdings and deposited funds have been accomplished. Neither Merck nor Mr. Herman nor Mr. Birchfield will provide those disclosures or those assurances despite appropriate requests for the same.

A requested order is tendered herewith.

        Respectfully submitted,

        /s/ Ann B. Oldfather
        _____
        Ann B. Oldfather
        KBA Bar #52553
        Liaison Counsel/Lead Counsel
        OLDFATHER LAW FIRM
        1330 S. Third Street
        Louisville, KY   40208
        502.637.7200
        502.637.3999
        aoldfather@oldfather.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Order Requesting Escrow of Potential Common Benefit Fee Withholdings and Cost Withholdings on Resolution of Ineligible and Non-Enrolled Cases has been served upon Liaison Counsels, Phillip Wittmann and Russ Herman, by U.S. mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 26th day of July, 2011.

        /s/ Ann B. Oldfather
        _____
        Ann B. Oldfather

3