**TAB 1**

# OLDFATHER LAW FIRM
## ATTORNEYS AT LAW
### 1330 SOUTH THIRD STREET
### LOUISVILLE, KENTUCKY 40208

ANN B. OLDFATHER†
aoldfather@oldfather.com

VICKI L. BUBA *
vbuba@oldfather.com

KIRSTEN R. DANIEL*
kdaniel@oldfather.com

R. SEAN DESKINS
sdeskins@oldfather.com

✦ Also admitted in Indiana
† Board Certified in Civil Trial Advocacy

TELEPHONE 502.637.7200
FAX 502.637.3999
www.oldfather.com

June 3, 2011

**VIA E-MAIL & U.S. MAIL**
Douglas R. Marvin, Esq.
WILLIAMS & CONNOLLY, LLP
725 Twelfth Street, NW
Washington, DC  20005

Russ M. Herman, Esq.
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Andy D. Birchfield, Jr., Esq.
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, PC
PO Box 4160
Montgomery, AL 36103

RE:    *Vioxx MDL: Recently Settled Cases Under PTO 29*

Dear Counsel:

Based on the spreadsheets provided by Doug regarding remaining cases (with regard to which I have a few questions, see below), I have been able to piece together a list of the cases recently settled by Merck. The total I get is 56 cases. They are listed on the attached spreadsheet entitled "Vioxx MDL – All Settled Cases Announced by Merck June 2, 2011."

I would appreciate hearing from all of you at your earliest convenience regarding the following:

1.   Were any common benefit fees withheld from these settlements?
2.   If so, in what percentage and where are those funds currently held?
3.   What is the amount of the gross settlement for each of these cases?
4.   Were any funds withheld from these settlements for expense assessment and, if so, in what percentage and where are these funds held?

June 3, 2011
Page 2 of 2

      Since I would like to bring matters regarding common benefit fee and cost assessment on these cases to Judge Fallon's attention, I would appreciate the agreement of Mr. Herman and Mr. Birchfield that all funds assessed against these settlements for common benefit fees or costs be held in a designated escrow account pending further ruling of the Court. Is that agreeable?

      As far as the remaining cases are concerned, there were two claimants listed on your spreadsheets, Doug, whom I believe have been dismissed. They are Jamal A. Bilal (PTO 43) and Ronald Quackenbush (PTO 28). I may be wrong about any dismissal on Quackenbush but, to my knowledge, he has not been on previous lists provided by Merck.

      Additionally, there are five claimants who are not on your lists, but were on mine. It may be that I neglected to note the earlier dismissal of their claims. I would appreciate it if you would let me know the status of these claimants, all of whom are under PTO 28:

> Joan Carman
> Ella Kingsley
> Wilson Lord
> Michael Mayeu
> James Nelson

Once we resolve these seven claimants, our spreadsheets should match up.

I look forward to hearing from all of you with regard to the foregoing matters.

                              Sincerely,

                              Ann B. Oldfather

ABO/sgp
Attachment

## Vioxx MDL - All Settled Cases Announced by Merck June 2, 2011

|  | Claimant Last Name | Claimant First Name | Plaintiff Firm | Docket No. |
|---|---|---|---|---|
| 1 | Abshire | Pauline | Law Offices of Robert J. Fenstersheib & Associates | 2:08-cv-04919 |
| 2 | Anderson | Lester | Viles & Beckman, PA | 2:09-cv-02395 |
| 3 | Anton | William | Alford Law Group, P. A. | 2:08-cv-01016 |
| 4 | Audette | George | Viles & Beckman, PA | 2:09-cv-02399 |
| 5 | Banton | Violet | Law Offices of Robert J Fenstersheib & Associates | 2:08-cv-04914 |
| 6 | Bell | Dolores | Law Offices of Robert J Fenstersheib & Associates | 2:08-cv-04921 |
| 7 | Britton | Andre | Law Offices of Robert J. Fenstersheib & Associates | 2:08-cv-04927 |
| 8 | Brooks | Rodney | Law Offices of Robert J. Fenstersheib & Associates | 2:08-cv-04928 |
| 9 | Bryan | Rodolfo | Law Offices of Robert J. Fenstersheib & Associates | 2:08-cv-04909 |
| 10 | Carter | Imogene | Koelling & Crawford | 2:09-cv-07217 |
| 11 | Cohen | Michael | Viles & Beckman, PA | 2:09-cv-02400 |
| 12 | Cook | Clifford | Law Offices of Robert J. Fenstersheib & Associates | 2:08-cv-04929 |
| 13 | Fick | Roland | Viles & Beckman, PA | 2:09-cv-02401 |
| 14 | Figueroa | Isidro | Law Offices of Robert J. Fenstersheib & Associates | 2:08-cv-04920 |
| 15 | Friederberg | Herman | Law Offices of Robert J. Fenstersheib & Associates | 2:08-cv-04930 |
| 16 | Gadson | Leroy | Law Offices of Robert J. Fenstersheib & Associates | 2:08-cv-04918 |
| 17 | Garcon | Marie | Law Offices of Robert J. Fenstersheib & Associates | 2:08-cv-04923 |
| 18 | Gavitt | Verne | Viles & Beckman, PA | 2:09-cv-02403 |
| 19 | Gentry | Oakley | Law Offices of Robert J. Fenstersheib & Associates | 2:08-cv-04908 |

## Vioxx MDL - All Settled Cases Announced by Merck June 2, 2011

|    | Claimant Last Name | Claimant First Name | Plaintiff Firm | Docket No. |
|---|---|---|---|---|
| 20 | Greaves | Thelma | Viles & Beckman, PA | 2:09-cv-02402 |
| 21 | Hyer | Stanton | Law Offices of Robert J. Fenstersheib & Associates | 2:08-cv-04907 |
| 22 | Ioli | Jennifer | Law Offices of Robert J. Fenstersheib & Associates | 2:08-cv-04896 |
| 23 | Ito | Robert | Winder & Counsel, P.C. | 2:08-cv-04934 |
| 24 | Johnson | Charles | Viles & Beckman, PA | 2:09-cv-02404 |
| 25 | Jung | Kurt | Viles & Beckman, PA | 2:09-cv-02398 |
| 26 | Laux | Lee | Gruber & Gruber | 2:08-cv-03665 |
| 27 | Lopez | Osvaldo | Viles & Beckman, PA | 2:09-cv-02397 |
| 28 | Lundberg | Laura | Viles & Beckman, PA | 2:09-cv-02396 |
| 29 | Manning | Yvonnie | Law Offices of Robert J. Fenstersheib & Associates | 2:08-cv-04916 |
| 30 | McCray | Lemen | Law Offices of Robert J. Fenstersheib & Associates | 2:08-cv-04903 |
| 31 | McDade | Fred | Law Offices of Robert J. Fenstersheib & Associates | 2:08-cv-04905 |
| 32 | Miller | Dorothy | Viles & Beckman, PA | 2:09-cv-02405 |
| 33 | Myers | Merle | Law Offices of Robert J. Fenstersheib & Associates | 2:08-cv-04897 |
| 34 | Podolsky | Fred | Law Offices of Robert J. Fenstersheib & Associates | 2:08-cv-04912 |
| 35 | Pruett | Patricia | Law Offices of Robert J. Fenstersheib & Associates | 2:08-cv-04917 |
| 36 | Robinson | Fred | Law Offices of Robert J. Fenstersheib & Associates | 2:08-cv-04913 |
| 37 | Rodriguez | Maria | Law Offices of Robert J. Fenstersheib & Associates | 2:08-cv-04922 |
| 38 | Ross | Marcia | Viles & Beckman, PA | 2:09-cv-02406 |
| 39 | Russell | Mary | Law Offices of Robert J. Fenstersheib & Associates | 2:08-cv-04901 |

## Vioxx MDL - All Settled Cases Announced by Merck June 2, 2011

|    | Claimant Last Name | Claimant First Name | Plaintiff Firm | Docket No. |
|----|---|---|---|---|
| 40 | Sanchez | Amparo | Law Offices of Robert J. Fenstersheib & Associates | 2:08-cv-04915 |
| 41 | Santiago Cordero | Maria | Law Offices of Robert J. Fenstersheib & Associates | 2:08-cv-04926 |
| 42 | Sarvis | Marjorie | Viles & Beckman, PA | 2:09-cv-02407 |
| 43 | Schweitzer | Patricia | Viles & Beckman, PA | 2:09-cv-02408 |
| 44 | Shuman | Edwin | Law Offices of Robert J. Fenstersheib & Associates | 2:08-cv-04931 |
| 45 | Smith | James | Law Offices of Robert J. Fenstersheib & Associates | 2:08-cv-04899 |
| 46 | Sorosky | Eugene | Law Offices of Robert J Fenstersheib & Associates | 2:08-cv-04932 |
| 47 | Stevens | Marie | Viles & Beckman, PA | 2:09-cv-02409 |
| 48 | Stogner | William | Goldenberg Heller Antognoli & Rowland | 2:08-cv-03658 |
| 49 | Vickers | Mary | Law Offices of Robert J. Fenstersheib & Associates | 2:08-cv-04910 |
| 50 | Vogel | Marion | Law Offices of Robert J. Fenstersheib & Associates | 2:08-cv-04933 |
| 51 | Walters | Wendy | Viles & Beckman, PA | 2:09-cv-02410 |
| 52 | Whittaker | Gerald | Law Offices of Robert J. Fenstersheib & Associates | 2:08-cv-04902 |
| 53 | Williams | Maxine | Law Offices of Robert J. Fenstersheib & Associates | 2:08-cv-04924 |
| 54 | Williams | Murray | Law Offices of Robert J. Fenstersheib & Associates | 2:08-cv-04906 |
| 55 | Wood | Winston | Viles & Beckman, PA | 2:09-cv-02411 |
| 56 | Yeary | William | Viles & Beckman, PA | 2:09-cv-02412 |



| | | | | |
|---|---|---|---|---|
| **HERMAN HERMAN KATZ & COTLAR** L.L.P. ATTORNEYS AT LAW Est. 1942 | 820 O'Keefe Avenue New Orleans, Louisiana 70113-1116 p: 504.581.4892 f: 504.561.6024 e: info@hhkc.com hhkc.com | Harry Herman (1914-1987) Russ M. Herman* Maury A. Herman* Morton H. Katz* Sidney A. Cotlar* Steven J. Lane Leonard A. Davis* James C. Klick† Stephen J. Herman | Brian D. Katz Soren E. Gisleson Joseph E. Cain Jennifer J. Greene† John S. Creevy Jeremy S. Epstein† Joseph A. Kott, M.D. J.D. (Of Counsel) | Offices in New Orleans and Covington, Louisiana This firm and its partners are also partners in **Herman Gerel, LLP** (formerly known as Herman, Mathis, Casey, Kitchens & Gerel, LLP) * A Professional Law Corporation † Also Admitted in Texas ‡ Also Admitted in Arkansas |

June 7, 2011

<u>U. S. MAIL & VIA E-MAIL</u>

Ann B. Oldfather, Esq.
The Oldfather Law Firm
1330 S. Third Street
Louisville, KY 40208
aoldfather@oldfather.com

          RE:    ***In re: Vioxx Products Liability Litigation***
                **MDL 1657**

Dear Ann:

We have received your letter of June 3, 2011 and reply as follows:

All questions as to settlements entered into between Merck and MI, Ischemic Stroke and SCD claimants are confidential and we respect that confidentiality.

At such time, as common benefit and costs deductions are consummated, we shall have those forwarded to the proper established escrow accounts. We see no basis to report same to you as you are neither appointed Lead, Liaison nor handling attorney in any of these cases.

                        Very truly yours,

                        RUSS M. HERMAN, ESQ.

RMH/jsr

cc:    Plaintiffs' Fee Allocation Committee
       Douglas Marvin, Esq.
       Andy Birchfield, Esq.
       Chris Seeger, Esq.

LAW OFFICES
# WILLIAMS & CONNOLLY LLP
725 TWELFTH STREET, N.W.
WASHINGTON, D. C. 20005-5901
(202) 434-5000
FAX (202) 434-5029

DOUGLAS R. MARVIN
(202) 434-5400
DMarvin@wc.com



EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

June 22, 2011

<u>Via Email & U.S. Mail</u>

Ann B. Oldfather
Oldfather Law Firm
1330 South Third Street
Louisville, Kentucky  40208

Dear Ann:

    This is in response to your letter of June 3.

    As for your questions related to attorney fees or common benefit fees, the responsibility of satisfying those obligations lies with the counsel representing the claimants. We do not withhold funds for that purpose. As for the amounts, those numbers are confidential.

    With respect to your questions about Carman, Kingsley, Lord, Mayeu and Nelson, Orders of Dismissal have been entered in each of those cases. As for Quackenbush, that case was first filed in New York State Court and was dismissed in 2008. Mr. Quackenbush thereafter filed a new complaint in New York in 2010, which ultimately made it to the MDL in early 2011. We have a motion to dismiss pending before Judge Fallon that has been fully briefed, but it is currently an active case on the MDL docket. Similarly, in Bilal, he had a previous lawsuit that was dismissed this past fall based on a PTO 43 motion, but he filed a new pro se complaint in the summer of 2010 that alleges some of the same injuries and some new injuries, so this one is currently an active case on the MDL docket.

Sincerely,

Douglas R. Marvin

cc: Russ M. Herman
    Andy D. Birchfield, Jr.

DRM/djl