UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * *

**O R D E R**

**THIS DOCUMENT RELATES TO ALL CASES**

PTO 19 mandatorily requires Merck to deposit into a fund established between the parties one percent of the gross monetary recovery paid on any settlement of ineligible or non-enrolled cases for costs, and either two percent, four percent or six percent of the gross monetary recovery on any such cases for potential common benefit fee assessments.

Merck, and Mr. Herman, as original Liaison Counsel, shall provide complete disclosures to Ann B. Oldfather, Liaison Counsel in certain personal injury cases, regarding settlement of cases not accomplished through the Master Settlement, the amounts withheld from the gross monetary recovery paid on those settlements and the escrow deposits and balances with regard to those settlements.  All such information shall be provided in a prompt and timely manner.

So ordered.

New Orleans, Louisiana, this __ day of _____, 2011.

_____
Eldon E. Fallon
United State District Judge