**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: VIOXX** | § | **MDL NO. 1657** |
| | § | |
| **PRODUCTS LIABILITY LITIGATION** | § | **SECTION L** |
| | § | |
| | § | **JUDGE FALLON** |
| **THIS DOCUMENT RELATES TO ALL CASES** | § | **MAG. JUDGE KNOWLES** |
| | § | **SPECIAL MASTER PATRICK A. JUNEAU** |
| | § | |
| | § | |
| **FILER: Jack E. Urquhart** | § | **July 27, 2011** |

**MOTION FOR LEAVE TO FILE REPLY TO FEE ALLOCATION COMMITTEE'S OPPOSITION TO OBJECTIONS AND OBJECTORS' MOTIONS FOR HEARING**

Objectors, Kathryn Snapka ("Snapka") and Escobedo, Tippit & Cárdenas (referred to in this document by the names of the real parties in interest José Escobedo, Jr. and David Hockema, or, collectively "Escobedo-Hockema"), respectfully request leave of this Court to file a Reply to Fee Allocation Committee's Opposition to Objections and Objectors' Motions for Hearing. The extensive fact and legal issues presented by this matter warrant this reply.

Respectfully submitted,

**BEIRNE, MAYNARD & PARSONS, L.L.P.**

/s/ Jack E. Urquhart
Jack E. Urquhart
State Bar No. 20415600
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone: (713) 871-6760
Facsimile: (713) 960-1527

**ATTORNEYS FOR PLAINTIFFS KATHRYN SNAPKA, JOSÉ ESCOBEDO, JR. AND DAVID HOCKEMA**

Of Counsel:

Gary Alfred
Texas Bar No. 24011214
Terry Adams
Texas Bar No. 00874010
Charles T. Miers
Texas Bar No. 00784600
BEIRNE, MAYNARD & PARSONS, L.L.P.
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone: (713) 871-6760
Facsimile: (713) 960-1527

Paul M. Lavelle
Louisiana Bar Number is 08134
BEIRNE, MAYNARD & PARSONS, L.L.P.
110 Poydras Street, Suite 2900
New Orleans, LA 70163
Telephone: (504) 799-2223
Facsimile: (504) 799-2224

**CERTIFICATE OF SERVICE**

I hereby certify that the above and forgoing document has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing, and that the forgoing was sent via email to:

Russ Herman, rherman@hhkc.com

Andy Birchfield, andy.birchfield@beasleyallen.com

Special Master Patrick Juneau, PAJ@juneaudavid.com

This 27th day of July, 2011.

/s/ Jack E. Urquhart
Jack E. Urquhart