UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO ALL CASES

### REPORT TO COURT FROM ANN B. OLDFATHER, LIAISON COUNSEL FOR CERTAIN CASES

By Order dated June 7, 2011, this Court directed the undersigned to seek permission from all remaining plaintiffs or their counsel for delivery to the undersigned by Merck of the Plaintiff Profile Forms, Amended Plaintiff Profile Forms, supporting medical records and *Lone Pine* reports filed by or on behalf of those remaining plaintiffs.

On June 22, 2011, the Court ordered that certain medical records and Plaintiff Profile Forms, filed on disc with the Court by Russ Herman, another of Liaison Counsel, should be provided to the undersigned.  Those materials did not contain any *Lone Pine* or other expert reports.  However, those materials did include Plaintiff Profile Forms on 50 claimants and medical records on 17 claimants, 10 of whom were claimants who had not provided Consents.

The undersigned reported to the Court on June 30, 2011, regarding the responses received from various Personal Injury claimants or their counsel, and the name and contact information for all plaintiff's counsel or claimants who have not responded or provided the

requested permission, so that the Court could consider proper steps to facilitate the release and disclosure of that information.

Thereafter, on July 1, 2011, the undersigned submitted thirty-eight (38) signed Consents, covering ninety-four (94) plaintiffs, to Merck's counsel, requesting *Lone Pine* and expert reports for each claimant, and medical records and Plaintiff Profile Forms for those claimants whose materials were not provided with the Herman materials. Merck's counsel responded on July 6, 2011, by releasing information for sixteen (16) of the plaintiffs, requesting information in addition to what was originally required by this Court for nearly all plaintiffs, and refusing to provide information on others until further permissions provided. Since then, Merck has provided the records for over seventy plaintiffs in five mailings, staggered over the course of a month, one of which was just received as of the date of this filing and contained records on sixteen (16) plaintiffs. The undersigned still lacks a complete set of records for ten (10) plaintiffs that provided Consents, and is missing a full set of records for four (4) plaintiffs that provided Consents.

There remain fourteen (14) plaintiffs for whom there has been no consent received, two (2) of whom are new additions to the list as they were formerly represented by Ronald Benjamin and have only recently been proceeding *pro se*. A list of the fifteen plaintiffs, and their case numbers and contact information as known to the undersigned is attached as Exhibit A.

Respectfully submitted,

/s/ Ann B. Oldfather
_____

Ann B. Oldfather
KBA Bar #52553
Liaison Counsel/Lead Counsel
OLDFATHER LAW FIRM
1330 S. Third Street
Louisville, KY  40208
502.637.7200
502.637.3999  (fax)
aoldfather@oldfather.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Report to Court from Ann B. Oldfather, Liaison Counsel for Certain Cases has been served upon Liaison Counsel, Phillip Wittmann and Russ Herman, by U.S. Mail, an upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 28th day of July, 2011.

/s/ Ann B. Oldfather
_____
Ann B. Oldfather