## CLAIMANTS/COUNSEL WHO HAVE NOT PROVIDED CONSENTS

**Claimant:**
>    Bilal, Jamal A.

**Address (Claimant or Counsel):**
>    Pro Se
>    [not contacted due to recent re-
>    addition to list]

**Case Caption:**

**Docket No.**
[may not be correct]
2:06-cv-02364-EEF-DEK

**Russ Herman disc:**
>    PPFs?                              No
>    Medical records?                   No

---

**Claimant:**
>    Brown, Diane

**Address (Claimant or Counsel):**
>    Diane  Brown
>    Pro Se
>    311 North Avenue
>    Medina, NY  14103

**Case Caption:**
Banks, Mary v. Merck & Co., Inc.

**Docket No.**
2:06-cv-02214

**Russ Herman disc:**
>    PPFs ?                             No
>    Medical records?                   No

---

**Claimant:**
>    Byrd, Deborah A.

**Address (Claimant or Counsel):**
>    Deborah A. Byrd
>    Pro Se
>    3075 Abrams Drive
>    Twinsburg, OH  44087

**Case Caption:**
Banks, Mary v. Merck & Co., Inc.

**Docket No.**
2:06-cv-02214

**Russ Herman disc:**
>    PPFs ?                             No
>    Medical records?                   No

---

**Claimant:**
>    Campbell, Lerene

**Address (Claimant or Counsel):**
>    Lerene  Campbell
>    Pro Se
>    1599 NW 43 Avenue, #205
>    Lauderhill, FL 33313

**Case Caption:**
Campbell, Lerene v. Merck & Co., Inc.

**Docket No.**
2:08-cv-00875

**Russ Herman disc:**
>    PPFs ?                             No
>    Medical records?                   No

Exhibit A

**Claimant:**
>   Gros, Cheryl

**Address (Claimant or Counsel):**
>   Donald  Melancon
>   Law Offices of Donald J. Melancon
>   123 Dorgenois Street
>   New Orleans, LA 70119

**Case Caption:**
Gros, Cheryl D. v. Merck

**Docket No.**
2:08-cv-05128

**Russ Herman disc:**
>   PPFs ?                          No
>   Medical records?                No

---

**Claimant:**
>   Kollin, Jean M.

**Address (Claimant or Counsel):**
>   Jean M. Kollin
>   Pro Se
>   15160 Sandlehaven Drive
>   Middleburg Heights, OH  44130

**Case Caption:**
Allen, Marie v. Merck & Co., Inc.

**Docket No.**
2:06-cv-02220

**Russ Herman disc:**
>   PPFs ?                          Yes
>   Medical records?                Yes

---

**Claimant:**
>   Harris, Darlene R.

**Address (Claimant or Counsel):**
>   Darlene R. Harris
>   Pro Se
>   302 Roesch Ave, Apt 5
>   Buffalo, NY 14207-1344

**Case Caption:**
Blackmon, Syrrita v. Merck & Co., Inc.

**Docket No.**
2:06-cv-01210

**Russ Herman disc:**
>   PPFs ?                          Yes
>   Medical records?                Yes

---

**Claimant:**
>   Kelly, Patricia

**Address (Claimant or Counsel):**
>   Patricia Kelly
>   Pro Se
>   2148 Five Mile Line Rd.
>   Penfield, NY  14526

**Case Caption:**
Bryant, Isabelle C. v. Merck & Co., Inc.

**Docket No.**
2:06-cv-01203

**Russ Herman disc:**
>   PPFs ?                          No
>   Medical records?                No

2

Exhibit A

**Claimant:**
> Lawrence, Clinita K.

**Address (Claimant or Counsel):**
> Sheryl  Berkowitz
> Law Offices of Robert J
Fenstersheib & Associates
> 520 W. Hallandale Beach Blvd.
> Hallandale, Fl 33009

**Case Caption:**
Lawrence, Clinita v. Merck & Co., Inc.

**Docket No.**
2:08-cv-04904

**Russ Herman disc:**
> PPFs ?                                      No
> Medical Records?                   No

---

**Claimant:**
> Pickett, Virginia

**Address (Claimant or Counsel):**
> Formerly represented by Ronald
> Benjamin

**Case Caption:**
Pickett, Virginia v. Merck Sharp & Dohme, Corp.

**Docket No.**
2:10-cv-00043

**Russ Herman disc:**
> PPFs ?                                      No
> Medical records?                    No

---

**Claimant:**
> Mannino, AnnMarie

**Address (Claimant or Counsel):**
> Formerly represented by Ronald
> Benjamin

**Case Caption:**
Holobosky, Rosemary v. Merck & Co., Inc.

**Docket No.**
2:05-cv-01091

**Russ Herman disc:**
> PPFs ?                                      No
> Medical records?                    No

---

**Claimant:**
> Terrill, Bette M.

**Address (Claimant or Counsel):**
> Chris  Limberopoulos
> The Limberopoulos Law Firm, P.A.
> 15421 N. Florida Avenue
> Tampa, FL 33613

**Case Caption:**
Terrill, Bette M. v. Merck & Co., Inc.

**Docket No.**
2:08-cv-03959

**Russ Herman disc:**
> PPFs ?                                      No
> Medical records?                    No

Exhibit A

**Claimant:**
      Thibault, Shannon

**Address (Claimant or Counsel):**
      Richard L. Hughes
      Hughes Law Office
      400 W. Capitol, Suite 1700
      Little Rock, AR  72201

**Case Caption:**
Thibault, Shannon v. Merck & Co., Inc.

**Docket No.**
2:08-cv-03572

**Russ Herman disc:**
      PPFs ?           No
      Medical records?    No

**Claimant:**
      Woodcock, Christine D.

**Address (Claimant or Counsel):**
      Christine D. Woodcock
      Pro Se
      714 88TH Street
      Niagra Falls, NY  14304

**Case Caption:**
Adams, Mary E. v. Merck & Co., Inc.

**Docket No.**
2:06-cv-02200

**Russ Herman disc:**
      PPFs ?           No
      Medical records?    No

Exhibit A