UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | § | MDL NO. 1657 |
| | § | |
| PRODUCTS LIABILITY | § | SECTION L |
| LITIGATION | § | |
| | § | JUDGE FALLON |
| THIS DOCUMENT RELATES | § | MAG. JUDGE KNOWLES |
| TO ALL CASES | § | SPECIAL MASTER |
| | § | PATRICK A. JUNEAU |
| | § | |
| FILER: Jack E. Urquhart | | July 27, 2011 |

## ORDER

Upon consideration of Objectors Kathryn Snapka ("Snapka") and Escobedo, Tippit & Cárdenas's (referred to in this document by the names of the real parties in interest José Escobedo, Jr. and David Hockema, or, collectively "Escobedo-Hockema") Motion for Leave to file a Reply to Fee Allocation Committee's Opposition to Objections and Objectors' Motions for Hearing, the Court has determined that the motion should be GRANTED.

IT IS HEREBY ORDERED that Objectors Snapka and Escobedo-Hockema are granted leave of court to file their Reply.

New Orleans, Louisiana, this 28th day of July 2011.

_____
THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1401334v.1 iManage 105581