**Exhibit A**
(*withdrawn as moot*)

|    | VCN | Claimant Name | Case Name | Case No. | Primary Counsel |
|----|-----|---------------|-----------|----------|-----------------|
| 1. | 1004491 | Webb, Debra A. | MDL Claimant | TOLLING | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 2. | 1053456 | Rothberger, Ellen | Carol Allen, et al. v. Merck & Co., Inc. | 2:06-cv-06437-EEF-DEK | Branch Law Firm |
| 3. | 1089150 | Miller, Annie | Amanda Evans, as Testatrix of the Estate of Annie Miller a/k/a Annie Louise Miller v. Merck & Co., Inc. | 2:05-cv-06761-EEF-DEK | Dinkes & Schwitzer, P.C. |
| 4. | 1072243 | Goodman, Ralph E. | MDL Claimant | TOLLING | Lopez, Hodes, Restaino, Milman & Skikos |
| 5. | 1083752 | Gordon, Joann | Joann Gordon v. Merck & Co., Inc. | 2006-61135 (TX) | Matthews & Associates |
| 6. | 1083985 | McCune, Joe L. | James McBride, Individually and as Representative of the Estate of Kathy D. McBride vs. Merck & Co., Inc. | 2:06-cv-06947-EEF-DEK | Matthews & Associates |
| 7. | 1084135 | Robertson, Tammy S. | Karen A. Montalto, et al vs. Merck & Co., Inc. | 2:06-cv-06945-EEF-DEK | Matthews & Associates |
| 8. | 1083821 | Crowder, Betty G. | Clara E. Clark, et al vs. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK | Matthews & Associates |
| 9. | 1084165 | Jimenez Frean, Maria D. | Edgardo Rivera Marieti, Individually and on behalf of the Estate of Julio Rivera Olivieri, et al. v. Merck & Co., Inc. | 2:06-CV-07041-EEF-DEK | Matthews & Associates |
| 10. | 1083098 | Harbold, Mary L. | Lucille Ballard, et al vs. Merck & Co., Inc. | 2:05-cv-04767-EEF-DEK | Matthews & Associates |
| 11. | 1026669 | Monroe, Lessie (dec.) | Allian Craft as Proposed Administrator for the Estate of Lessie Monroe v. Merck & Co., Inc. | ATL-L-15946-06 (NJ) | Motley, Rice LLC |
| 12. | 1024765 | Struble, Shirley J. | Josephine Evans, et al vs Merck & Co, Inc | 2:06-cv-06469-EEF-DEK | Myler, Brad & Associates |
| 13. | 1113795 | Chisley, Joseph Sylvester | MDL Claimant | TOLLING | Pro - Se |
| 14. | 1032000 | Lauber, Esther | Faigie Schwartz as Proposed Administrator of the Estate of Esther Lauber deceased v. Merck & Co., Inc., Pfizer, Inc. and Pharmacia Corp. | ATL L 15786 06 MT (NJ) | Weitz & Luxenberg, P.C. |
| 15. | 1032638 | Pearsall, Margery S. | MDL Claimant | TOLLING | Weitz & Luxenberg, P.C. |
| 16. | 1028113 | Lammers, Karla R. | Danny Slates, Individually and OBO Karla Lammers, deceased, v. Merck & Co., Inc. | 2:07-cv-01487 EEF-DEK | Bartimus, Frickleton, Robertson & Gorny |

1065190v.1

| | VCN | Claimant Name | Case Name | Case No. | Primary Counsel |
|---|---|---|---|---|---|
| 17. | 1021505 | Walker, Freda S. | Freda Walker and Elwin Walker v. Merck & Co., Inc. | ATL-L-5139-06-MT | Seeger Weiss LLP |

1065190v.1