## Exhibit B
*(Merck's Requested Relief Should Be Granted)*

|   | VCN | Claimant Name | Case Name | Case No. | Primary Counsel |
|---|---|---|---|---|---|
| 1. | 1053498 | Samuels, Phyllis M. | Lonnie Allen, Jr., et al. v. Merck & Co., Inc. | 2:06-cv-06633-EEF-DEK | Branch Law Firm |
| 2. | 1096042 | Robinson, Joyce L. | Joseph Squillace, et al v. Merck & Co., Inc., et al | 2:05-cv-02931-EEF-DEK | Carey & Danis, LLC |
| 3. | 1096360 | Tiberio, Shirley | Albert Tiberio, et al v. Merck & Co., Inc. | 2:06-cv-01418-EEF-DEK | Carey & Danis, LLC |
| 4. | 1078636 | St. Jean, Wilfrid | Wilfrid St. Jean and Elza St. Jean v. Merck & Co., Inc. | ATL-L-6802-05-MT (NJ) | Dankner & Milstein, PC |
| 5. | 1104441 | Comer, Ruby | Alberto Benitez, et al vs. Merck & Co., Inc. | 2005-59470 (TX) | Gallagher Law Firm (TX) |
| 6. | 1104480 | Epler, Patricia | Nona Adams, et al vs. Merck & Co. Inc. | 2:07-cv-07518-EEF-DEK | Gallagher Law Firm (TX) |
| 7. | 1104501 | Gallego, Margaret | William Berry, et al vs. Merck & Co., Inc. | 2006-62683 (TX) | Gallagher Law Firm (TX) |
| 8. | 1104601 | Hughes, Thomas | MDL Claimant | TOLLING | Gallagher Law Firm (TX) |
| 9. | 1104641 | Miller, Todd | William Berry, et al vs. Merck & Co., Inc. | 2006-62709 (TX) | Gallagher Law Firm (TX) |
| 10. | 1104669 | O'Brien, Naomi | Leo Calcavecchia, et al vs. Merck & Co., Inc. | 2:06-cv-07090-EEF-DEK | Gallagher Law Firm (TX) |
| 11. | 1104503 | Rivera, Maria De Jesus | MDL Claimant | TOLLING | Gallagher Law Firm (TX) |
| 12. | 1059237 | Villarreal, Genoveva | Genoveva Villarreal v. Merck | 2006-63396 (TX) | Houssiere Durant & Houssiere LLP |
| 13. | 1064591 | Horton, Estate Of Joan | Joan Horton v. Merck & Co., Inc. | 2006-62620 (TX) | Laminack, Pirtle & Martines |
| 14. | 1092407 | Dane, Clayton, Jr. | Merry DeLorenzo and Clayton Dane, III, as Personal Representatives of the Estate of Clayton A. Dane, Jr v. Merck & Co., Inc. | ATL-L-2227-06 (NJ) | Lopez, McHugh LLP |
| 15. | 1092424 | Effinger, Ernest | MDL Claimant | TOLLING | Lopez, McHugh LLP |
| 16. | 1092627 | Pierce, Lionel L. | MDL Claimant | TOLLING | Lopez, McHugh LLP |
| 17. | 1084038 | Bekier, Robert P. | Frank Ackenback, et al vs. Merck & Co., Inc. | 2:06-cv-06943-EEF-DEK | Matthews & Associates |
| 18. | 1082674 | Campbell, Patricia | Thelma L. Curtis, et al vs. Merck & Co., Inc. | 2:06-cv-06946-EEF-DEK | Matthews & Associates |
| 19. | 1083227 | Rhodes, Catherine L. | Linda M. Cable, et al vs. Merck & Co., Inc. | 2:05-cv-04759-EEF-DEK | Matthews & Associates |
| 20. | 1056117 | Moore, Karen S. | Karen Sue Moore and Richard Moore v. Merck and Co., Inc. | 2:06-cv-05783-EEF-DEK | Meshbesher and Spence, Ltd. |
| 21. | 1021184 | Donaldson, Esther A. | Carole Dawson, Individually and as Personal Representative of the Estate of Esther A. Donaldson, Deceased v. Merck & Co., Inc. | ATL-L-8872-06-MT (NJ) | Seeger Weiss LLP |

1065194v.1

|     | VCN     | Claimant Name       | Case Name                                          | Case No.                  | Primary Counsel                                  |
|-----|---------|---------------------|----------------------------------------------------|---------------------------|--------------------------------------------------|
| 22. | 1021469 | McClure, Drucilla R.| Drucilla R Mcclure v. Merck & Co., Inc.            | ATL-L-11304-06-MT (NJ)    | Seeger Weiss LLP                                 |
| 23. | 1070592 | Labasano, Elsia P.  | MDL Claimant                                       | TOLLING                   | The Law Group, Ltd.                              |
| 24. | 1059557 | Marshall, William A.| William A.Marshalland Marsha Marshall vs.Merck and Co. | ATL-L-953-05MT (NJ)   | Weinberg, Eric H., Law Firm of                   |
| 25. | 1094607 | Fletcher, Wilma     | Daryl Hill, et al v. Merck & Co., Inc.             | 2:05-cv-04325-EEF-DEK     | Carey & Danis, LLC                               |
| 26. | 1104427 | Carter, Barbara Ann | Nona Adams, et al vs. Merck & Co. Inc.             | 2:07-cv-07518-EEF-DEK     | Gallagher Law Firm (TX)                          |
| 27. | 1002852 | Gortney, Earcle     | MDL Claimant                                       | TOLLING                   | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 28. | 1061644 | Vaughn, Jack E.     | Jack Vaughn v. Merck & Co., Inc.                   | 2:06-cv-03008-EEF-DEK     | Goldenberg & Johnson, PLLC                       |

1065194v.1