## Exhibit C
*(Defer action until next MDL conference)*

|    | VCN | Claimant Name | Case Name | Case No. | Primary Counsel |
|----|-----|---------------|-----------|----------|-----------------|
| 1. | 1097516 | Young, Louise | Janet Avant, et al. v. Merck & Company, Inc. | 2:08-cv-00882-EEF-DEK | Langston & Langston, PLLC |
| 2. | 1083660 | Myers, Mattie | Karen A. Montalto, et al vs. Merck & Co., Inc. | 2:06-cv-06945-EEF-DEK | Matthews & Associates |
| 3. | 1021469 | McClure, Drucilla R. | Drucilla R Mcclure v. Merck & Co., Inc. | ATL-L-11304-06-MT (NJ) | Seeger Weiss LLP |
| 4. | 1009416 | Nash, Harold C. | Harold Nash and Shirley Nash v. Merck & Co., Inc. | ATL-L-3656-06-MT (NJ) | Morelli Ratner PC |
| 5. | 1080726 | Caeser, Rachel A. | Racheal Ceaser vs. Merck & Co., Inc. | 1:05cv0276 (MDL - 1657) | Reaud, Morgan & Quinn L.L.P. |

1065195v.1