UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * *

MONTHLY STATUS CONFERENCE
AUGUST 4, 2011
SUGGESTED AGENDA

I.      The Settlement Program

II.     Special Master and Deputy Special Masters

III.    Class Actions

IV.     State/Federal Coordination -- State Liaison Committee

V.      *Pro Se* Claimants

VI.     Government Actions

VII.    Pending Personal Injury Cases Subject to PTOs 28, 29 and 43

VIII.   Fee Allocation Committee

IX.     Pending Motions

X.      Appeals

XI.     Other Matters

XII.    Next Status Conference

1