UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: | : | |
| *Cheryl Sample, William A. Wodowski and* | : | JUDGE FALLON |
| *Mary R. Zak as Co-Administrators of the Est. of* | : | |
| *Michael Wodowski v. Merck & Co., Inc., et al.,* | : | *2:08-CV-04559-EEF-DEK* |
| | : | |
| | : | MAG. JUDGE KNOWLES |

### MOTION TO SET ASIDE ORDER OF DISMISSAL
and
### REINSTATE CASE ON ACTIVE DOCKET OF THE COURT

At the June 1, 2011 Status Conference, Merck argued for dismissal of Plaintiff, Michael Wodowski's claim and the motion was granted. We were notified that the claim was dismissed with prejudice when it should not have been, and it is within this Court's authority to set aside that Order of Dismissal and allow Plaintiffs to proceed with the claim.

At the time of Michael Wodowski's death, he was survived by a girlfriend and a number of siblings. Because of family disputes over representation, it took an extended amount of time for the family to decide who would be appointed representative. Finally, the family agreed that Mr. Wodowski's girlfriend, Cheryl Sample, Mr. Wodowski's brother, William A. Wodowski and Mr. Wodowski's sister, Mary R. Zak, would serve as Co-Administrators of his Estate.

On June 14, 2011, we filed a Suggestion of Death and Motion for Substitution of Parties on Liaison Counsel, Russ Herman and Phillip Wittmann, and Ann B. Oldfather, Esq., for the substitution of Cheryl Sample, William A. Wodowski and Mary R. Zak, as duly appointed Co-Administrators to continue and maintain the action of Plaintiff Michael Wodowski. Said motion is still pending with this Honorable Court.

Accordingly, Cheryl Sample, William A. Wodowski and Mary R. Zak, as duly appointed Administrators, move this court to set aside the Order of Dismissal entered on June 1, 2011.

Respectfully submitted,

THE MISERENDINO LAW FIRM

/s/    Joy Ellen Miserendino
Joy Ellen Miserendino, Esq.
Attorney(s) for Plaintiff(s)
964 Ellicott Square Building
295 Main Street
Buffalo, New York 14203
Telephone: (716) 854-1002

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Set Aside Order of Dismissal and Reinstate Case on Active Docket of the Court has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, and Ann B. Oldfather, Esq., Liaison and Lead Counsel for Ineligible or Not Enrolled Cases and Certain Other Remaining PI Claims by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of the Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 1st day of July, 2011.

/s/    Joy Ellen Miserendino
Joy Ellen Miserendino, Esq.