UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX <br> PRODUCTS LIABILITY LITIGATION <br> <br> THIS DOCUMENT RELATES TO: <br> *Michael Wodowski v. Merck & Co., Inc., et al.,* <br> *2:08-CV-04559-EEF-DEK* | MDL NO. 1657 <br> <br> SECTION L <br> <br> JUDGE FALLON <br> <br> MAG. JUDGE KNOWLES |

## ORDER

The Motion of the Plaintiff to Set Aside the Order of Dismissal and to Reinstate this case on active docket of the Court having come before this court, and the Court having considered the arguments of counsel.

**IT IS HEREBY ORDERED** that the motion to set aside the Order of Dismissal entered herein on June 1, 2011, and to reinstate this case on the active docket of this Court be and the same is **GRANTED**.

**IT IS ORDERED THAT** this matter be reinstated on the active docket of this Court.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE