UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to: | * * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Pedro Gonzales, Jr., et al. v. Merck and Co., Inc. et al.* | * * | |
| | * | |
| **2:06-cv-09815** | * | |

*************************************************************************

## ORDER

Defendant Merck & Co., Inc.'s Motion to Dismiss with Prejudice under Rule 25(a)(1) (R. Doc. 61280), came on for hearing on June 1, 2011. For the reasons orally assigned, the Court hereby enters Judgment as follows:

**IT IS ORDERED** that Defendant Merck & Co., Inc.'s Motion to Dismiss with Prejudice under Rule 25(a)(1) be and it hereby is granted and all claims of plaintiffs be and they hereby are dismissed with prejudice.

**NEW ORLEANS, LOUISIANA,** this  3rd  day of      August      , 2011.

_____
DISTRICT JUDGE

1

1057763v.1