# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | **MDL Docket No. 1657** |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | **SECTION L** |
| | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| | * | **MAGISTRATE JUDGE KNOWLES** |
| *Alaniz, et al. v. Merck & Co., Inc.*, 2:06-cv-10281-EEF-DEK **(Plaintiff Linda C. Thornton)** | * | |
| | * | |
| | * | |
| | * | |

**********************************************************************

## ORDER

Defendant Merck & Co., Inc.'s Motion to Dismiss with Prejudice under Rule 25(a)(1) (R. Doc. 62925), came on for hearing on June 1, 2011. For the reasons orally assigned, the Court hereby enters Judgment as follows:

**IT IS ORDERED** that Defendant Merck & Co., Inc.'s Motion to Dismiss with Prejudice under Rule 25(a)(1) be and it hereby is granted and all claims of plaintiff Linda C. Thornton be and they hereby are dismissed with prejudice.

**NEW ORLEANS, LOUISIANA**, this __3rd__ day of August, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1057768v.1