UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Michael Wodowski v. Merck & Co., Inc., et al.*,<br>*2:08-CV-04559-EEF-DEK* | : MDL NO. 1657<br>:<br>: SECTION L<br>:<br>: JUDGE FALLON<br>:<br>: MAG. JUDGE KNOWLES |

### SUGGESTION OF DEATH AND
### MOTION FOR SUBSTITUTION OF PARTIES

Comes now the Plaintiff, by and through counsel, pursuant to Fed. R. Civ. P. 25, and in this Motion for Substitution of Parties, states as follows:

1. That on or about February 23, 2010, Michael Wodowski died. A copy of Plaintiff Michael Wodowski's Death Certificate is attached hereto as Exhibit A.

2. By Certificate of Appointment of Administrators dated September 27, 2010, a copy of which is attached hereto as Exhibit B, Cheryl Sample, William A. Wodowski and Mary R. Zak were appointed as Administrators of the Estate of Michael Wodowski.

3. That causes of action asserted herein were not extinguished by the death of Michael Wodowski and that Cheryl Sample, William A. Wodowski and Mary R. Zak, the duly appointed Administrators, are authorized to continue and maintain this action.

4. That Cheryl Sample, William A. Wodowski and Mary R. Zak will act as Administrators with authority to prosecute and settle this action on behalf of the Estate.

WHEREFORE, Plaintiff, by counsel, moves this Honorable Court to substitute Cheryl Sample, William A. Wodowski and Mary R. Zak as successors or representatives of Michael Wodowski for all purposes concerning prosecution of the claims against Defendants herein with

authority to prosecute and settle this lawsuit on behalf of the Estate of said Plaintiff and for such other relief as this court deems just and proper under the premises.

Respectfully submitted,

THE MISERENDINO LAW FIRM

/s/ _____

Joy Ellen Miserendino, Esq.
Attorney(s) for Plaintiff(s)
964 Ellicott Square Building
295 Main Street
Buffalo, New York 14203
Telephone: (716) 854-1002

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Suggestion of Death and Motion for Substitution has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, and Ann B. Oldfather, Esq., Liaison and Lead Counsel for Ineligible or Not Enrolled Cases and Certain Other Remaining PI Claims by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of the Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 1st day of June, 2011.

/s/ _____
Joy Ellen Miserendino, Esq.