# EXHIBIT A

# CERTIFICATE OF DEATH

**DEPARTMENT OF HEALTH** — LOCAL REGISTRAR COPY

| Field | Value |
|---|---|
| Register Number | (blank) |
| 1. Name | Michael J. Wodowski |
| 2. Sex | Male |
| 3A. Date of Death | 02/23/2010 |
| 3B. Hour | 12:35 AM |
| 4A. Place of Death | Hospital DOA |
| 4C. Name of Facility | TLC/HN-Lake Shore Hospital |
| 4D. Locality | Town — Hanover |
| 4E. County of Death | Chautauqua |
| 4F. Medical Record No. | 132456 |
| 4G. Transferred from another institution | Yes — Gowanda Rehabilitation & Nursing Center, Gowanda, Cattaraugus Co., NYS |
| 5. Date of Birth | 12/20/1947 |
| 6A. Age | 62 yrs |
| 7A. City and State of Birth | Buffalo, New York |
| 8. Served in U.S. Armed Forces | No |
| 9. Hispanic Origin | No, not Spanish/Hispanic/Latino |
| 10. Race | White/Caucasian |
| 11. Education | 9th-12th grade; no diploma |
| 12. Social Security Number | 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 |
| 13. Marital Status | Divorced |
| 15A. Usual Occupation | Laborer |
| 15B. Business/Industry | Sanitation |
| 15C. Company | Cheektowaga Sanitation, Cheektowaga, New York |
| 16A. Residence State | New York |
| 16B. County | Cattaraugus |
| 16C. Locality | Village — Gowanda |
| 16D. Street | 100 Miller St. |
| 16E. Zip Code | 14070 |
| 16F. Within city/village limits | Yes |
| 17. Name of Father | William Wodowski |
| 18. Maiden Name of Mother | Ruth Stachowiak |
| 19A. Name of Informant | Mary Zak |
| 19B. Mailing Address | 591 Pleasant View Dr., Lancaster, N.Y. 14086 |
| 20A. Disposition | Cremation |
| Month/Day/Year | 02/24/2010 |
| 20B. Place of Cremation | Buffalo Cremation Co. |
| 20C. Location | Buffalo, New York |
| 21A. Funeral Home | Pacer Funeral Home Inc., 2275 George Urban Blvd., Depew, N.Y. 14043 |
| 21B. Registration Number | 01332 |
| 22A. Funeral Director | Richard T. Prindiville |
| 22C. Registration Number | 02972 |
| 23B. Date Filed | 02/24/2010 |
| 24B. Date Issued | 02/24/2010 |

## Items 25 thru 33 — Certifying Physician / Coroner

- 25A. Certifier's Name: Warren H. Riles
- Certifier's Title: Coroner
- Address: 39 Main Street, Forestville, New York 14062
- Date signed: 02/23/2010
- 26C. Pronounced Dead: 02/23/2010 at 12:35 AM
- 27. Manner of Death: Natural Cause
- 28. Case referred to Coroner/ME: Yes
- 29A. Autopsy: No
- 29B. Findings used to determine cause of death: No

### 30. Cause of Death

PART I — Immediate Cause:
(a) Severe Atherosclerotic Cardiovascular Disease — Interval: Yrs

PART II — Other significant conditions: HTN, DM, CVA

Did tobacco use contribute to death? Probably

31E. Injury at Work: No