# EXHIBIT B

Certificate# 2406

# SURROGATE'S COURT OF THE STATE OF NEW YORK
## CATTARAUGUS COUNTY

File #: 2010-33911

## CERTIFICATE OF APPOINTMENT OF ADMINISTRATOR(S)

IT IS HEREBY CERTIFIED that Letters in the estate of the Decedent named below have been granted by this court, as follows:

| | | | |
|---|---|---|---|
| Name of Decedent: | Michael J Wodowski | Date of Death: | February 23, 2010 |
| Domicile of Decedent: | Village Of Gowanda | | |

Fiduciary Appointed:
Mailing Address:

Cheryl Sample
39 Williamstown Court, #2
Cheektowaga NY  14227

William A Wodowski
45 Fox Hunt
Lancaster NY  14043

Mary R Zak
591 Pleasant View
Lancaster NY  14043

Type of Letters Issued: **LETTERS OF LIMITED ADMINISTRATION**
Letters Issued On: September 24, 2010

Limitations: **In any action hereafter brought by said Administrator(s) against any person, party or corporation whatsoever, for negligently causing personal injuries and/or the death of said Deceased, the authority of said Administrator(s) is/are hereby limited to the prosecution of such action; and said Administrator(s) is/are hereby prohibited and restrained from compromising said action or enforcing any judgment which may be recovered until further order of this Court or Supreme Court or other Trial Court.**

and such Letters are unrevoked and in full force as of this date.

**Dated: September 27, 2010**

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of the Cattaraugus County Surrogate's Court at Little Valley, New York.

WITNESS, Hon. Larry M Himelein, Judge of the Cattaraugus County Surrogate's Court.

*Christine M. Wrona*

Christine M Wrona, Chief Clerk
Cattaraugus County Surrogate's Court

*This Certificate is Not Valid Without the Raised Seal of the Cattaraugus County Surrogate's Court*