**MINUTE ENTRY**
**FALLON, J.**
**AUGUST 4, 2011**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

---

In Re:  VIOXX                                    :
                                                 :        MDL Docket No. 1657
PRODUCTS LIABILITY LITIGATION                    :
                                                 :        SECTION L
**THIS DOCUMENT RELATES TO:**                    :
ALL PENDING GOVERNMENT ACTION                    :        JUDGE FALLON
CASES                                            :        MAG. JUDGE KNOWLES
                                                 :

On this date, a status conference was held with Judge Eldon E. Fallon.  Counsel for

Merck and Counsel for various Government Action Plaintiffs participated, as well as Susan

Winkler on behalf of the Department of Justice and Robert Patten on behalf of NAMFCU.  A

number of interested states were represented by telephone.  At the conference, the parties

discussed the status of the AG actions, and the claims of the Commonwealth of Kentucky and

Santa Clara County.  The status conference was transcribed by Ms. Karen Ibos, Official Court

Reporter.  The transcript will disclose the contents of the discussion and those who attended.

The Commonwealth of Kentucky may file a motion to remand its case on or before

August 8, 2011.  Merck may file an opposition on or before August 22, 2011.  Kentucky may file

a reply brief on or before August 29, 2011.  The Court will hear oral argument on the motion to

remand on August 31, 2011, unless the parties request that it should be heard at a different time.

1

JS10(00:15)