MINUTE ENTRY
FALLON, J.
AUGUST 4, 2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS                        CIVIL ACTION
       LIABILITY LITIGATION

                                              NO.  05-MDL-1657

                                              SECTION: L

**This document relates to: All Cases**

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Karen Ibos

Appearances: Emily Pistilli, Esq. and M. Elaine Horn, Esq. for Merck

---

1. Motion of defendant Merck for entry of an Order requiring claimants identified on exhibit A to show cause why the releases and stipulations currently being held by the Claims Administrator for the Vioxx Resolution Program should not be tendered to Merck without any additional delay (63015) - GRANTED.

2. Motion of defendant Merck to remove duplicative case of Jamaal Bilal from docket (63115) - GRANTED.


JS10:   :11