UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Chambers, et al. v. Merck & Co. Inc., et al.*, 2:05-cv-01997-EEF-DEK (Plaintiff Samuel Perry) | * | KNOWLES |
| | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### DEFENDANT MERCK & CO., INC.'S ANSWER TO AMENDED COMPLAINT

In answer to Plaintiff Samuel Perry's Amended Complaint, Defendant Merck & Co., Inc. ("Merck"), by its undersigned attorneys, hereby adopts its answer and affirmative defenses to the original complaint filed in this matter. Merck further answers the new allegations in the Amended Complaint as follows:

### RESPONSE TO "COUNT 30 – PERRY – PRODUCTS LIABILITY"

1. Denies each and every allegation contained in paragraph 1 except admits that Merck is a New Jersey Corporation and that Merck manufactured the prescription medicine VIOXX.

2. The allegations contained in paragraph 2 are legal conclusions as to which no responsive pleading is required. Should a response be deemed required, Merck denies each and every allegation contained in said paragraph.

3. Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 3.

4. Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 4.

5. Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 5.

6. Denies each and every allegation contained in paragraph 6 except admits that Merck manufactured, marketing and distributed the prescription medication VIOXX.

7. Denies each and every allegation contained in paragraph 7.

8. Denies each and every allegation contained in paragraph 8, including subparagraphs (a) through (f).

9. Denies each and every allegation contained in paragraph 9.

10. Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 10 and in the alternative denies the same.

11. Denies each and every allegation contained in paragraph 11.

12. Denies each and every allegation contained in paragraph 12.

13. Denies each and every allegation contained in paragraph 13.

14. The allegations contained in paragraph 14 are legal conclusions as to which no responsive pleading is required. Should a response be deemed required, Merck denies each and every allegation contained in said paragraph.

15. Denies each and every allegation contained in paragraph 15.

16. Denies each and every allegation contained in paragraph 16.

17. Denies each and every allegation contained in paragraph 17, including subparagraphs (a) through (g).

18. Denies each and every allegation contained in paragraph 18.

1065694v.1

19. The allegations contained in paragraph 19 are legal conclusions as to which no responsive pleading is required. Should a response be deemed required, Merck admits that plaintiffs purport to bring this Count pursuant to Connecticut General Statutes §52-572m, *et seq.*, but denies that there is any legal or factual basis under same.

20. Denies each and every allegation contained in paragraph 20.

21. Denies each and every allegation contained in paragraph 21.

### RESPONSE TO "COUNT THIRTY-ONE – PERRY – PUNITIVE DAMAGES"

1-7. With respect to the allegations contained in paragraphs 1 through 7, Merck repeats and re-alleges each and every admission, denial, averment and statement contained in paragraphs 1 through 7 of its response to Count Thirty with the same force and effect as though set forth here in full.

8. Denies each and every allegation contained in paragraph 8, including subparagraphs (a) through (f).

9. Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 9 and in the alternative denies same.

10. Denies each and every allegation contained in paragraph 10.

11. Denies each and every allegation contained in paragraph 11.

### RESPONSE TO "COUNT THIRTY-TWO – PERRY – CUPTA"

1-11. With respect to the allegations contained in paragraphs 1 through 11, Merck repeats and re-alleges each and every admission, denial, averment and statement contained in paragraphs 1 through 11 of its response to Count Thirty-One with the same force and effect as though set forth here in full.

12. Denies each and every allegation contained in paragraph 12.

13. Denies each and every allegation contained in paragraph 13.

14. Denies each and every allegation contained in paragraph 14.

15. Denies each and every allegation contained in paragraph 15.

Dated: August 5, 2011

                                    Respectfully submitted,

                                    /s/ *Dorothy H. Wimberly*
                                  Phillip A. Wittmann, 13625
                                  Dorothy H. Wimberly, 18509
                                  STONE PIGMAN WALTHER
                                  WITTMANN L.L.C.
                                  546 Carondelet Street
                                  New Orleans, Louisiana 70130
                                  Phone: 504-581-3200
                                  Fax:   504-581-3361

                                  Defendants' Liaison Counsel

                                    —and—

                                  Douglas R. Marvin
                                  Eva Petko Esber
                                  M. Elaine Horn
                                  Emily Renshaw Pistilli
                                  WILLIAMS & CONNOLLY LLP
                                  725 Twelfth Street, N.W.
                                  Washington, D.C. 20005
                                  Phone: 202-434-5000
                                  Fax:   202-434-5029

                                  Attorneys for Merck & Co., Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Answer to Amended Complaint has been served on Liaison Counsel, Russ Herman, Phillip Wittmann, and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 5th day of August, 2011.

　　　　　　　　　　　　　　　　　　　　*/s/ Dorothy H. Wimberly*
　　　　　　　　　　　　　　　　　　　　Dorothy H. Wimberly, 18509
　　　　　　　　　　　　　　　　　　　　STONE PIGMAN WALTHER
　　　　　　　　　　　　　　　　　　　　WITTMANN L.L.C.
　　　　　　　　　　　　　　　　　　　　546 Carondelet Street
　　　　　　　　　　　　　　　　　　　　New Orleans, Louisiana  70130
　　　　　　　　　　　　　　　　　　　　Phone:  504-581-3200
　　　　　　　　　　　　　　　　　　　　Fax:     504-581-3361
　　　　　　　　　　　　　　　　　　　　dwimberly@stonepigman.com

　　　　　　　　　　　　　　　　　　　　Defendants' Liaison Counsel