UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Stanley Long v. Merck & Co., Inc.*, 2:05-cv-6510-EEF-DEK | * | |
| | * | |
| | * | |

**************************************************************************

## ORDER

Defendant Merck & Co., Inc.'s Motion and Rule to Show Cause Why Case Should Not Be Dismissed With Prejudice for Failure to Prosecute [Rec. Doc. 63116], came on for hearing on the 4th day of August, 2011. Pursuant to the agreement of the parties, the motion was continued until the next monthly status conference. Accordingly,

**IT IS ORDERED** that plaintiff Stanley Long in the above-numbered case show cause on the 21st day of September, 2011, at 9 o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiff's case dismissed, with prejudice.

**NEW ORLEANS, LOUISIANA**, this 5th day of August, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE