# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Dennis R. Harrison v. Merck & Co., Inc.,* | * | KNOWLES |
| 2:07-cv-00905-EEF-DEK | * | |
| | * | |

***************************************************************************

## ORDER

    Defendant Merck & Co., Inc.'s Motion to Dismiss with Prejudice for Failure to Comply With Pre-Trial Order No. 28 (R. Doc. 61683) was originally scheduled for hearing on the 24th day of February, 2011.  Pursuant to the agreement of counsel and Mr. Harrison, the motion was deferred several times to allow Mr. Harrison additional time to respond.  Accordingly,

    **IT IS ORDERED** that Defendant Merck & Co., Inc.'s Motion to Dismiss with Prejudice for Failure to Comply With Pre-Trial Order No. 28 is rescheduled and will now be heard on September 21, 2011, immediately following the monthly status conference scheduled for 9:00 a.m.

    **NEW ORLEANS, LOUISIANA,** this 5th day of August, 2011.

_____
DISTRICT JUDGE