UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Jamaal Ali Bilal v. Merck & Co., Inc.,* et | * | KNOWLES |
| al., 2:10-cv-02755-EEF-DEK | * | |
| | * | |
| | * | |

**************************************************************************

## ORDER

Defendant Merck & Co., Inc.'s Motion to Remove Duplicate Case From Docket [R. Doc. 63115], came on for hearing on the 4th day of August, 2011. For the reasons orally assigned, the Court enters judgment as follows:

IT IS ORDERED, that all claims of Plaintiff Jamaal Bilal in the above-captioned complaint be and they hereby are dismissed with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this   5th   day of     August    , 2011.


_____
Honorable Eldon E. Fallon
United States District Judge