UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Alaniz, et al. v. Merck & Co., Inc.*, 2:06-cv-10281-EEF-DEK (only as to plaintiff Mary Jackson) | * | |
| | * | |
| | * | |

**************************************************************************

## ORDER

Defendant Merck & Co., Inc.'s Motion and Rule to Show Cause Why Case Should Not Be Dismissed With Prejudice Under Rule 25(a)(1) [Rec. Doc. 63108], came on for hearing on the 4th day of August, 2011. Counsel notified the Court that the motion was now moot. Accordingly,

**IT IS ORDERED** that Defendant Merck & Co., Inc.'s Motion and Rule to Show Cause Why Case Should Not Be Dismissed With Prejudice Under Rule 25(a)(1) [Rec. Doc. 63108] be and it hereby is denied as moot.

**NEW ORLEANS, LOUISIANA**, this <u>5th</u> day of August, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE