**Response:** Plaintiff objects to this interrogatory on the ground that the term "restricted or limited Coverage" is vague and undefined. Plaintiff further objects to this interrogatory to the extent that it calls for the disclosure of information that is not relevant to a claim or defense in this action, including information concerning programs, prescription drugs and time periods that are not relevant to this action.

**Interrogatory Number 8:** Identify all Persons responsible for analyzing the clinical risks and benefits of Vioxx and Relevant Drugs and for conducting or reviewing drug utilization studies for the Government Health Program from January 1, 1998 to the present, Identifying the time periods for which they have provided such services.

**Response:** Plaintiff objects to this interrogatory to the extent that it calls for the disclosure of information that is not relevant to a claim or defense in this action, including information concerning programs, prescription drugs and time periods that are not relevant to this action. Plaintiff further objects to this interrogatory on the ground that the term "drug utilization studies" is vague and undefined.

**Interrogatory Number 9:** Identify all members of Your P & T Committee from January 1, 1998 to the present, Identifying the dates of their service.

**Response:** Plaintiff objects to this interrogatory to the extent that it calls for the disclosure of information that is not relevant to a claim or defense in this action, including information concerning programs and time periods that are not relevant to this action.

**Interrogatory Number 10:** Identify all present or former Merck employees or Persons acting on Merck's behalf that You allege provided false or misleading information upon which You relied, and Identify with specificity what information they provided, to whom they provided it, how they provided it, and when they provided it.

**Response:** Plaintiff objects to this interrogatory to the extent that it calls for the disclosure of information that is not relevant to a claim or defense in this action, including information concerning programs and time periods that are not relevant to this action. Plaintiff objects in that

11

reliance is not an element of a violation of the Kentucky consumer protection act. Plaintiff further objects to this interrogatory to the extent that it is premature in that plaintiff continues to investigate its claims in this case.

**Interrogatory Number 11:** Identify all present or former Merck employees or Persons acting on Merck's behalf that You allege fraudulently concealed or failed to disclose material information that Merck had a duty to disclose to You, and Identify with specificity what material information they concealed/failed to disclose, from whom they concealed/failed to disclose it, how they concealed/failed to disclose it, and when they concealed/failed to disclose it.

**Response:** Plaintiff objects to this interrogatory to the extent that it calls for the disclosure of information that is not relevant to a claim or defense in this action, including information concerning programs and time periods that are not relevant to this action. Plaintiff further objects to this interrogatory to the extent that it is premature. See objections to Interrogatory no. 10.

**Interrogatory Number 12:** Identify each of the factual allegations in Your complaint that you contend constituted misrepresentations by Merck to You.

**Response:** Paragraphs 8 through 30 of Plaintiff's Complaint contain the factual allegations of Merck's misrepresentations, to the Commonwealth and to consumers, health care providers and others in violation of the Kentucky Consumer Protection Act.

**Interrogatory Number 13:** Identify all Persons who have participated in the negotiation of Your supplemental rebate agreements with pharmaceutical manufacturers Relating to Vioxx and Relevant Drugs between January 1, 1998 and the present, if any.

**Response:** Plaintiff objects to this interrogatory to the extent that it calls for the disclosure of information that is not relevant to a claim or defense in this action, including information concerning programs, prescription drugs, time periods and agreements that are not relevant to this action.

**Interrogatory Number 14:** To the extent they Relate to Vioxx and Relevant Drugs, Identify all Persons who, from January 1, 1998 to the present, have had Communications with the Government Health Program Relating to: the creation or maintenance of databases or other

12

electronically stored information; decisions Relating to which drugs should be placed on the Formulary for the Government Health Program and their clinical risks and benefits; drug utilization studies; and rebates, discounts, or other price concessions from pharmaceutical manufacturers.

**Response:** Plaintiff objects to this interrogatory on the ground that it is not comprehensible. Plaintiff further objects to this interrogatory to the extent that it calls for the disclosure of information that is not relevant to a claim or defense in this action, including information concerning programs, prescription drugs and time periods that are not relevant to this action, and information concerning technical database matters. Plaintiff further objects to this interrogatory on the ground that the term "drug utilization studies" is vague and undefined.

### Interrogatories Relating to Damages You Seek

**Interrogatory Number 15:** State the types of damages You seek to recover in this lawsuit and state with specificity the factual and legal basis for each such claim for relief, the amount of damages You seek under each claim for relief, the factual basis for how You calculate the amount of damages You seek for each claim for relief, and the amount of money, if any, You have received as a result of any settlement Relating to Vioxx.

**Response:** Plaintiff objects to this interrogatory on the ground that it is premature in calling for information that will be the subject of expert reports and expert and fact discovery in this action, which expert reports will be submitted in accordance with the Court's scheduling Order or in compliance with other Court Orders. Plaintiff further objects to this interrogatory calling for a legal opinion as to the "legal basis" supporting the claims for relief as a legal opinion is not properly the subject of an interrogatory under the applicable rules of Court.

Subject to and without waiving its objection, Plaintiff states it is seeking civil penalties pursuant to KRS 367.990 for each willful violation of KRS 367.170, including each representation made by Merck or its agents to consumers, health professionals, the general public

13

or the Commonwealth, whether in detailing drugs to doctors, direct-to-consumer advertising, publications, pamphlets, journal articles, representations at meetings or conferences which expressed, implied, reiterated or distributed information that was false, misleading or deceptive. Plaintiff also seeks any other equitable relief the Court determines is appropriate.

**Interrogatory Number 16:** Do You seek to recover from Merck expenditures made by You to pay for Vioxx prescriptions for Beneficiaries? If Your response is anything other than an unequivocal "No," state the amount of money You seek, whether any part of that amount was paid by any other federal, state, or local government entity, the amount paid by such entities (if any), and the amount subject to rebate payments, discounts, or price concessions (if any).

**Response: No.**

**Interrogatory Number 17:** Identify the number of reimbursements made by the Government Health Program for Vioxx and Relevant Drugs for each year since January 1, 1998, and Identify the prices reimbursed for each such Relevant Drug, itemizing the prices by date if they varied over time.

**Response:** Plaintiff objects to this interrogatory on the ground that its request for "prices" is vague and undefined and ignores the specific, various uses of the term "price" in the pharmaceuticals industry and the statutory and regulatory frameworks relating to reimbursements of prescription drugs with public funds. Plaintiff further object to this interrogatory to the extent that it calls for the disclosure of information that is not relevant to a claim or defense in this action, including information concerning programs, prescription drugs and time periods that are not relevant to this action. Plaintiff further objects that this interrogatory is unduly burdensome.

**Interrogatory Number 18:** Identify the number of reimbursements made by the Government Health Program for Proton Pump Inhibitors for each year since January 1, 1998, and Identify the prices reimbursed for each such Proton Pump Inhibitor, itemizing the prices by date if they varied over time.

**Response:** Plaintiff objects to this interrogatory on the ground that its request for "prices" is vague and undefined and ignores the specific, various "prices" in the pharmaceuticals industry

14

and the statutory and regulatory frameworks relating to reimbursements of prescription drugs with public funds. Plaintiff further objects to this interrogatory to the extent that it calls for the disclosure of information that is not relevant to a claim or defense in this action, including information concerning programs and time periods that are not relevant to this action. Plaintiff further objects that this interrogatory is unduly burdensome.

**Interrogatory Number 19:** Do You seek to recover from Merck the cost of treating alleged Vioxx-related injuries suffered by Beneficiaries? If Your response is anything other than an unequivocal "No," Identify each such affected Beneficiary, Identify the injury he or she allegedly suffered, and state with specificity each legal basis You contend supports Your claim for relief, the types and amount of damages You seek to recover, the factual basis for how You calculate that amount, and the amount of money You spent for medical treatment of such injuries.

**Response:** Plaintiff objects to this interrogatory on the ground that it is premature in calling for information that may be the subject of expert reports and expert and fact discovery in this action, which expert reports will be submitted in accordance with the Court's scheduling Order or in compliance with other Court Orders. Plaintiff further objects to this interrogatory calling for a legal opinion as to the "legal basis" supporting the claim for relief as a legal opinion is not properly the subject of an interrogatory under the applicable rules of Court.

Notwithstanding these objections, Plaintiff is not seeking costs of treating Medicaid beneficiaries for Vioxx-related injuries.

**Interrogatory Number 20:** Do You seek to recover from Merck damages on behalf of Persons whom You contend individually have claims against Merck for the purchase of Vioxx by virtue of Your status as *parens patriae* or as a representative plaintiff? If Your response is anything other than an unequivocal "No," Identify each such Person, and state with specificity each legal basis You contend supports Your claim for relief on their behalf, the types and amount of damages You seek to recover on their behalf, and the factual basis for how You calculate that amount.

15

**Response:** Plaintiff objects to this interrogatory on the ground that it is premature in calling for information that may be the subject of expert reports and expert and fact discovery in this action, which expert reports will be submitted in accordance with the Court's scheduling Order or in compliance with other Court Orders. Plaintiff further objects to this interrogatory calling for a legal opinion as to the "legal basis" supporting the claim for relief as a legal opinion is not properly the subject of an interrogatory under the applicable rules of Court.

Subject to and without waiving its objections, Plaintiff states it does not seek to recover damages on behalf of individuals who have claims against Merck for the purchase of Vioxx. Plaintiff seeks recovery of civil penalties pursuant to KRS 367.990 for each willful violation of KRS 367.170.

**Interrogatory Number 21:** Do You seek to recover damages on behalf of a government entity by virtue of Your status as a *qui tam* plaintiff, relator, taxpayer, or informer? If Your response is anything other than an unequivocal "No," state with specificity each legal basis You contend authorizes You to bring and proceed with this lawsuit, the types and amount of damages You seek to recover on the government's behalf, and the factual basis for how You calculate that amount.

**Response:** Plaintiff objects to this interrogatory on the ground that it is premature in calling for information that may be the subject of fact discovery in this action, which expert reports will be submitted in accordance with the Court's scheduling Order or in compliance with other Court Orders. Plaintiff further objects to this interrogatory calling for a legal opinion as to the "legal basis" supporting the claim for relief as a legal opinion is not properly the subject of an interrogatory under the applicable rules of Court.

Subject to and without waiving its objections, Plaintiff states it brings this action through its Attorney General pursuant to the authority granted under KRS 367.170 et seq. Plaintiff seeks recovery of civil penalties pursuant to KRS 367.990 for each willful violation of KRS 367.170.

**Interrogatory Number 22:** Do You seek disgorgement and/or restitution of funds Merck obtained as a result of the sale of Vioxx? If Your response is anything other than an unequivocal "No," state with specificity each legal basis under which You contend You are entitled to such relief, the amount of money You seek, and the factual basis for how You calculate that amount.

**Response:** Plaintiff objects to this interrogatory on the ground that it is premature in calling for information that may be the subject of expert reports and fact and expert discovery in this action, which expert reports will be submitted in accordance with the Court's scheduling Order or in compliance with other Court Orders. Plaintiff further objects to this interrogatory calling for a legal opinion as to the "legal basis" supporting the claim for relief as a legal opinion is not properly the subject of an interrogatory under the applicable rules of Court.

Subject to and without waiving its objections, Plaintiff states it is not seeking restitution of funds Merck obtained as a result of the sale of Vioxx. Plaintiff states it is seeking disgorgement of funds Merck obtained as a result of sales of Vioxx to Kentucky consumers who may have been misled by Merck's misrepresentations..Plaintiff also seeks recovery of civil penalties pursuant to KRS 367.990 for each willful violation of KRS 367.170..

**Interrogatory Number 23:** Do You seek punitive and/or exemplary damages from Merck? If Your response is anything other than an unequivocal "No," state with specificity each legal basis under which You contend You are entitled to such relief, the amount of such damages You seek, and the factual basis for how You calculate that amount.

**Response:** Plaintiff objects to this interrogatory on the ground that it is premature in calling for information that may be the subject of expert reports and expert and fact discovery in this action, which expert reports will be submitted in accordance with the Court's scheduling Order or in compliance with other Court Orders. Plaintiff further objects to this interrogatory calling for a legal opinion as to the "legal basis" supporting the claim for relief as a legal opinion is not properly the subject of an interrogatory under the applicable rules of Court.   Plaintiff further

objects to this interrogatory to the extent it is premature. Plaintiff seeks recovery of civil penalties pursuant to KRS 367.990 for each willful violation of KRS 367.170.

**Interrogatory Number 24:** Do You seek to recover statutory penalties from Merck? If Your response is anything other than an unequivocal "No," state with specificity each legal basis under which You contend You are entitled to such relief, the amount of such penalties You seek, and the factual basis for how You calculate that amount.

**Response:** Plaintiff further objects to this interrogatory calling for a legal opinion as to the "legal basis" supporting the claim for relief as a legal opinion is not properly the subject of an interrogatory under the applicable rules of Court.

Subject to and without waiving its objections, Plaintiff states it is seeking, pursuant to KRS 367.990, a civil penalty of $2000 for each willful violation of KRS 367.170 and a civil penalty of $10,000 for each willful violation of KRS 367.170 targeted at consumers over the age of 65.

The Commonwealth contends that each misleading representation in each exemplar and each time such representation was viewed in a broadcast advertisement and each publication as well as each time Vioxx was detailed to a doctor, each exemplar of a misleading pamphlet or brochure or letter was a separate violation of the statute. Plaintiff reserves the right to supplement this response as additional means by which Merck disseminated its mispresentations are discovered.

**Interrogatory Number 25:** Do You seek to recover damages Relating to costs incurred by any self-insured health, welfare or benefit plans? If Your response is anything other than an unequivocal "No," state with specificity each legal basis under which You contend You are entitled to such relief, the types and amount of such damages You seek, and the factual basis for how You calculate that amount.

18

**Response:** Plaintiff objects to this interrogatory on the ground that it is premature in calling for information that may be the subject of expert reports and expert and fact discovery in this action, which expert reports will be submitted in accordance with the Court's scheduling Order or in compliance with other Court Orders. Plaintiff further objects to this interrogatory calling for a legal opinion as to the "legal basis" supporting the claim for relief as a legal opinion is not properly the subject of an interrogatory under the applicable rules of Court.

Subject to and without waiving its objections, Plaintiff states it does not seek to recover costs incurred by any self-insured health, welfare or benefit plans. Plaintiff seeks recovery of civil penalties pursuant to KRS 367.990 for each willful violation of KRS 367.170.

**Interrogatory Number 26:** Do You seek to recover any other relief, either monetary or injunctive, that is not covered in any other Interrogatory? If Your response is anything other than an unequivocal "No," state with specificity each legal basis under which You contend You are entitled to such relief, the types and amount of such damages You seek, and the factual basis for how You calculate that amount.

**Response:** Plaintiff objects to this interrogatory on the ground that it is premature in calling for information that will be the subject of expert reports and fact and expert discovery in this action, which expert reports will be submitted in accordance with the Court's scheduling Order or in compliance with other Court Orders. Plaintiff further objects to this interrogatory calling for a legal opinion as to the "legal basis" supporting the claim for relief as a legal opinion is not properly the subject of an interrogatory under the applicable rules of Court.

Subject to and without waiving its objection, Plaintiff states it seeks remedial injunctive relief pursuant to KRS 367.190, that Plaintiff will ask the trial Court to impose to prevent further violations of the Kentucky Consumer Protection Act.

**Interrogatory Number 27:** Do You seek to recover attorneys' fees from Merck? If Your answer is anything other than an unequivocal "No," state with specificity each legal basis under which You contend You are entitled to such fees and Identify the amount You seek.