**Response:** Plaintiff objects to this interrogatory on the ground that it is premature in calling for information that will be the subject of expert reports and fact and expert discovery in this action, which expert reports will be submitted in accordance with the Court's scheduling Order or in compliance with other Court Orders. Plaintiff further objects to this interrogatory calling for a legal opinion as to the "legal basis" supporting the claim for relief as a legal opinion is not properly the subject of an interrogatory under the applicable rules of Court. Plaintiff further objects to this interrogatory on the basis it is premature.

**Interrogatory Number 28:** Were any of the expenditures You seek to recover paid for, in whole or in part, by any private sector or other government entities or programs besides You (Including administrative services only entities, healthcare insurance providers, health, welfare or benefit plans, Pharmacy Benefit Managers, the federal government, states, counties, or cities)? If Your response is anything other than an unequivocal "No," Identify each such entity or program, and state the amount paid to You by each such entity or program.

**Response:** Plaintiff objects to this interrogatory to the extent that it calls for the disclosure of information that is not relevant to a claim or defense in this action.

**Interrogatory Number 29:** Is the Government Health Program administered by, in whole or in part, any private sector or other government entities or programs besides You (Including administrative services only entities, healthcare insurance providers, health, welfare or benefit plans, Pharmacy Benefit Managers, the federal government, states, counties, or cities)? If Your response is anything other than an unequivocal "No," Identify each such entity or program and state the amount You paid each such entity or program.

**Response:** Plaintiff objects to this interrogatory to the extent that it calls for the disclosure of information that is not relevant to a claim or defense in this action, including information concerning programs, prescription drugs and time periods that are not relevant to this action, and information about the operation of the Medicaid Program that is unrelated to this action.

**Interrogatory Number 30:** Identify the amount of money You spent annually treating gastrointestinal bleeds or perforated ulcers Relating to Beneficiaries who were prescribed non-Cox-2 NSAIDs from January 1, 1998 to the present.

**Response:** Plaintiff objects to this interrogatory to the extent that it calls for the disclosure of information that is not relevant to a claim or defense in this action, including information concerning programs and time periods that are not relevant to this action.

**Interrogatory Number 31:** Identify the amount of money You spent annually for Vioxx and each of the Relevant Drugs prescribed for Beneficiaries for each year since January 1, 1998 to the present.

**Response:** Plaintiff objects to this interrogatory to the extent that it calls for the disclosure of information that is not relevant to a claim or defense in this action, including information concerning prescription drugs and time periods that are not relevant to this action.

**Interrogatory Number 32:** Identify the total amount of money the Government Health Program spent annually on Vioxx prescriptions for each year since January 1, 1998 to the present.

**Response:** Plaintiff objects to this interrogatory to the extent that it calls for the disclosure of information that is not relevant to a claim or defense in this action, including information concerning programs and time periods that are not relevant to this action.

**Interrogatory Number 33:** Identify the total amount of money the Government Health Program spent annually on Celebrex prescriptions for each year since January 1, 1998 to the present.

**Response:** Plaintiff objects to this interrogatory to the extent that it calls for the disclosure of information that is not relevant to a claim or defense in this action, including information concerning programs, a prescription drug and time periods that are not relevant to this action.

**Interrogatory Number 34:** Identify the amount of money the Government Health Program spent annually on the concomitant use of Proton Pump Inhibitors with the Relevant Drugs by Beneficiaries for each year since January 1, 1998 to the present.

**Response:** Plaintiff objects to this interrogatory on the ground that the term "concomitant use" is vague and undefined. Plaintiff further objects to this interrogatory to the extent that it calls for the disclosure of information that is not relevant to a claim or defense in this action, including information concerning programs, prescription drugs and time periods that are not relevant to this action.

### Miscellaneous Interrogatories

**Interrogatory Number 35:** Do you now, or have You previously operated or participated in any joint programs, educational programs, or symposia, or entered into any agreements with any medical school, pharmacy school, medical association, medical organization, or medical specialty society Relating to decisions about Your Formulary? If Your response is anything other than an unequivocal "No," Identify all Persons with whom You have had Communications Relating to such joint programs and agreements.

**Response:** Plaintiff objects to this interrogatory to the extent that it calls for the disclosure of information that is not relevant to a claim or defense in this action, including information concerning programs and time periods that are not relevant to this action.

**Interrogatory Number 36:** Identify all expert witnesses You intend to use at trial, Including their likely testimony.

**Response:** Plaintiff objects to this interrogatory on the ground that it is premature.

**Interrogatory Number 37:** Identify all fact witnesses You intend to call at trial, Including their likely testimony.

**Response:** Plaintiff objects to this interrogatory on the ground that it is premature and calls for disclosure not provided for in the applicable rules of court.

**Interrogatory Number 38:** Have You put in place a legal hold to ensure the preservation of all relevant Documents and information Relating to Your lawsuit? If so, Identify the date that hold was put in place.

22

**Response:** In order to ensure that discovery obligations were complied with, a litigation hold was placed on the documents you requested on May 11, 2010. Plaintiff contends that the documents subject to the litigation hold are not relevant to this action.

Respectfully submitted,

s/Elizabeth U. Natter
**Tad Thomas** (Bar No. 88577)
**Assistant Deputy Attorney General**
**Office of the Kentucky Attorney General**
700 Capital Ave. Suite 118
Frankfort, KY 40601
Tad.Thomas@ag.ky.gov
**Elizabeth U. Natter**
**Assistant Attorney General**
1024 Capital Center Drive
Frankfort, KY 40601
Liz.Natter@ag.ky.gov
Telephone: (502) 696-5300
Facsimile: (502) 564-2894

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing COMMONWEALTH OF KENTUCKY'S INDIVIDUAL OBJECTIONS AND INDIVIDUAL RESPONSES TO FIRST SET OF INTERROGATORIES TO PLAINTIFF has been served on Brian Anderson (banderson@omm.com), Jessica Hoogs (jhoogs@omm.com) and Andrew Han (ahan@omm.com) by email on this 21st day of September 2010.

_____s/_____
Elizabeth U. Natter

23