UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS                            MDL No. 1657
LIABILITY   LITIGATION                           Section:   L
**This Document Applies to:**
*Poole v. Eichholz Law Firm P.C. et al.*         Judge Fallon
S.D. Ga., 4:11-cv-00136-BAE-GRS                  Mag. Judge Knowles

## MOTION FOR SUGGESTION OF REMAND, OR, IN THE ALTERNATIVE, TO TRANSFER VENUE BASED ON *FORUM NON CONVENIENS*, AND TO STAY DISCOVERY

Pursuant to Rule 10.3(a) of the Rules of Procedure of the U.S. Panel on Multidistrict Litigation, 28 U.S.C. 1407, and 28 U.S.C. 1404(a), and without waiving any available defenses, including those related to subject matter jurisdiction, Defendant Pacific Legal Funding, LLC (herein "Pacific") files this Motion for Suggestion of Remand or, in the Alternative, to Transfer Venue Based on *Forum Non Conveniens*, and to Stay Discovery. On June 29, 2011, the Panel entered a conditional transfer order of *Verie Poole, Individually and on Behalf of Others Similarly Situated v. Eichholz Law Firm, P.C. and Pacific Legal Funding, LLC,* a putative class action filed in the Southern District of Georgia, No. 4:11-cv-00136-BAE-GRS. Defendant Pacific Legal Funding, LLC respectfully seeks a suggestion of remand or, in the alternative, a transfer of this matter based on *forum non conveniens* and a stay of discovery pending resolution of the instant motion. In support of this Motion, Defendant Pacific Legal Funding, LLC relies upon its Brief filed with this Motion, the exhibits attached to the Brief, and all matters of record.

    Respectfully submitted this 9th day of August, 2011.

                                       **FLYNN LAW FIRM, LLC**

                                       /s/ Jonah A. Flynn
                                       Jonah A. Flynn
                                       Georgia Bar No. 266555
                                       *Counsel for Defendant Pacific Legal Funding, LLC*

945 East Paces Ferry Road
Suite 2525
Atlanta, Georgia 30326
Phone: 404-835-9660
Fax: 404-835-6005
e-mail: jflynn@flynnfirm.com

## CERTIFICATION OF SERVICE

I hereby certify that the above and forgoing Motion for Suggestion of Remand has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 9th day of August, 2011.

/s/ Jonah A. Flynn
Jonah A. Flynn