UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS **LIABILITY   LITIGATION** | MDL No. 1657<br>Section:   L |
| **This Document Applies to:** | |
| *Poole v. Eichholz Law Firm P.C. et al.* | Judge Fallon |
| S.D. Ga., 4:11-cv-00136-BAE-GRS | Mag. Judge Knowles |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE THAT** Defendant Pacific Legal Funding, LLC, through its undersigned counsel, will bring on for hearing its Motion for Suggestion of Remand, or, in the Alternative, to Transfer Venue Based on *Forum Non Conveniens*, and to Stay Discovery on September 14, 2011 at 9:00 a.m. or as soon thereafter as it may be heard.

Respectfully submitted this 9th day of August, 2011.

        **FLYNN LAW FIRM, LLC**

        /s/ Jonah A. Flynn\_
        Jonah A. Flynn
        Georgia Bar No. 266555
        *Counsel for Defendant Pacific Legal Funding, LLC*

945 East Paces Ferry Road
Suite 2525
Atlanta, Georgia 30326
Phone: 404-835-9660
Fax: 404-835-6005
e-mail: jflynn@flynnfirm.com

## **CERTIFICATION OF SERVICE**

    I hereby certify that the above and forgoing Notice of Motion has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 9th day of August, 2011.

                        /s/ Jonah A. Flynn
                        Jonah A. Flynn