UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  VIOXX | MDL DOCKET NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| This document relates to All Cases | MAGISTRATE JUDGE KNOWLES |

**MOTION FOR LEAVE OF COURT TO FILE RESPONSE**

**TO MIS-CHARACTERIZATIONS MADE BY OBJECTORS' CO-LEAD COUNSEL**

    NOW INTO COURT, comes Rebecca A. Cunard who requests leave of court to file RESPONSE TO MIS-CHARACTERIZATIONS MADE BY OBJECTORS' CO-LEAD COUNSEL.

    RESPECTFULLY SUBMITTED:

     /s/ Rebecca A. Cunard
REBECCA A. CUNARD (LA #20154)
9214 INTERLINE AVENUE
BATON ROUGE, LOUISIANA 70809-1907
TELEPHONE:  (225) 925-2978
FACSIMILE:  (225) 925-8192

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 11, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

     /s/ Rebecca A Cunard
REBECCA A. CUNARD