UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  VIOXX | MDL DOCKET NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| **This document relates to All Cases** | MAGISTRATE JUDGE KNOWLES |

### ORDER

CONSIDERING MOTION FOR LEAVE OF COURT TO FILE RESPONSE TO MIS-CHARACTERIZATIONS MADE BY OBJECTORS' CO-LEAD COUNSEL the motion is hereby _____.

Baton Rouge, Louisiana this _____ day of _____, 2011.

_____
MAGISTRATE JUDGE KNOWLES
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA