UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  VIOXX | MDL DOCKET NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| This document relates to All Cases | MAGISTRATE JUDGE |
| | KNOWLES |

<u>RESPONSE TO MIS-CHARACTERIZATIONS</u>

<u>MADE BY OBJECTORS' CO-LEAD COUNSEL</u>

**MAY IT PLEASE THE COURT:**

  Cunard Law Firm (Cunard) briefly responds to what appears to be mis-characterizations regarding her original opposition [Record document no. 63150]. As early as May 3, 2011, Cunard tried to elect the contingency fee offered as shown by the e-mail string attached as Exhibit A.  Otherwise, there would have been no reason to communicate (to objectors' co-lead counsel) the amount of Cunard's latest offer from the Fee Allocation Committee.  Contrary to suggestions Cunard is neither "gaming the system" nor "playing both ends against  the middle."

  Cunard did not participate with the full effort of co-lead counsel for objectors  due to a fundamental disagreement – Cunard believed and still believes the Vioxx leadership team for litigation and settlement performed an exemplary function.

  Opposing counsel is also wrong that Cunard is dis-satisfied with the fee agreed upon with the FAC.  Cunard  is satisfied with the agreed sum and, despite paying her private counsel, is

willing to pay a reasonable share of a reasonable fee to the applicants, but <u>not</u> the "double-dipped" and inflated fee requested.

                        RESPECTFULLY SUBMITTED:

                        BY:_____
                            REBECCA A. CUNARD
                            LA. BAR ROLL No.: 20154
                            9214 INTERLINE AVENUE
                            BATON ROUGE, LOUISIANA 70809-1907
                            TELEPHONE:  (225) 925-2978
                            FACSIMILE:  (225) 925-8192

## **CERTIFICATE OF SERVICE**

     I hereby certify that on August 11, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                            /s/ Rebecca A Cunard
                            REBECCA A. CUNARD