## Michelle Johns

**From:** "Rebecca Cunard" <rebecca@cunardlaw.com>
**Date:** Tuesday, May 03, 2011 5:08 PM
**To:** "Margaret Woodward" <Mewno@aol.com>
**Subject:** Vioxx

Margaret,

Here is the Birchfield/Cunard thread regarding the $200,000 offer.

Rebecca A. Cunard
CUNARD LAW FIRM
9214 Interline Ave.
Baton Rouge, LA  70809
(225) 925-2978
(225) 925-8192 fax
rebecca@cunardlaw.com

**From:** Rebecca Cunard
**Sent:** Tuesday, May 03, 2011 4:52 PM
**To:** Rebecca Cunard
**Subject:** Fw: Vioxx


**From:** Andy Birchfield
**Sent:** Tuesday, February 01, 2011 11:35 AM
**To:** Rebecca Cunard
**Cc:** Russ Herman ; Andy Birchfield
**Subject:** RE: Vioxx

Rebecca:
From the Committee's perspective, the $200,000 offer to compromise was overly generous based on the nature and value of the work done (certainly not a "lowball" offer). However, the offer was extended as a last ditch effort to avoid litigation. Unfortunately, your view will force the matter to litigation. Therefore, we will go forward the $100,000 recommended award.
Best regards,
Andy

**From:** Rebecca Cunard [mailto:rebecca@cunardlaw.com]
**Sent:** Monday, January 31, 2011 3:11 PM
**To:** Andy Birchfield
**Subject:** Re: Vioxx

Andy,

Again, I appreciate your efforts to move in the right direction.  Unfortunately, with the offer of $200,000, you are just reaching $71.67 per hour as a blended rate to compensate this firm.  This is what we did:

| | | | |
|---|---|---|---|
| Rebecca A Cunard | 658 hours | @ $300 | = $197,400 |
| Etta Kay Hearn | 212.50 hours | @ $200 | = $ 42,500 |
| Christine Reitano | 468 hours | @ $250 | = $117,000 |
| Sonya Ryland | 1462.25 hours | @ $100 | = $145,225 |
| | 2790.75 hours = | | $ 502,125 |

This time value was used by the Court to support its award of $315,250,000 in fees.

I don't object to your fee or anyone else's.  I just want a fair and adequate return for the **contingent** work we did--just like you we worked with no guarantee of recovery.  I haven't asked for a multiplier, just fair payment for work contributed.   The continued "lowball" approach makes it hard to reach a common ground because I feel you are trying to make me bid against myself.  Be that as it may, I'll settle for $150 per hour blended for all of this work - $418,612.50.  Otherwise, I am incurring fees to prepare the necessary objection if we can't solve this issue.

Rebecca A. Cunard
CUNARD LAW FIRM
9214 Interline Ave.
Baton Rouge, LA  70809
(225) 925-2978
(225) 925-8192 fax
rebecca@cunardlaw.com


**From:** Andy Birchfield
**Sent:** Monday, January 31, 2011 12:17 PM
**To:** rebecca@cunardlaw.com
**Subject:** Re: Vioxx

OK - sorry we couldn't reach a compromise. We considered our final recomendation appropate but were willing to make one effort at compromise to avoid litigating the matter.

---

**From**: Rebecca Cunard <rebecca@cunardlaw.com>
**To**: Andy Birchfield
**Sent**: Mon Jan 31 12:10:54 2011
**Subject**: Vioxx

Andy,

Thank you for your $200,000 offer of settlement.  Although I would like to resolve this matter, $70 per hour is not fair.  Please reevaluate.

Rebecca A. Cunard
CUNARD LAW FIRM
9214 Interline Ave.

Baton Rouge, LA  70809
(225) 925-2978
(225) 925-8192 fax
rebecca@cunardlaw.com