*Supplemental Brief of*
*appeal de novo*
*Chief Judge Rader / Reconsideration*
*Motion to Request to Amend*

*correspondence letter*

**RECEIVED**
AUG 5 2011
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

*Case MDL 06-1657*
*and 06-3674*

# EXHIBIT B

## *Pro Se* Registration Affidavit

I, *Edward Earl Thomas*, hereby certify pursuant to 28 U.S.C. § 1746 as follows:

1. I represent myself in the following lawsuit:

   *Thomas v. Merck*
   Case Caption

   MDL 06-1657
   and 06-3674                                    On Going
   Docket Number                                   Date Filed

2. I make this certification pursuant to Pretrial Order No. 31 entered in the current coordinated proceeding styled *In re: Vioxx® Products Liability Litigation*, MDL Docket No. 1657, now pending in the United States District Court for the Eastern District of Louisiana.

3. My date of birth, social security number, and current residential address are:

   Date of Birth: 3 / 11 / 67

   Social Security Number: 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

   Current Address: 148 Parkside
   Street

   Saginaw              MI.            48601
   City                 State          Zip Code

   Saginaw
   Country

4. I claim that I sustained a personal injury as a result of taking Vioxx. I have marked the category of my injury and specified the date and place of my injury below:

   ✓ Myocardial Infarction or Sudden Cardiac Death

   ✓ Ischemic Stroke (not a hemorrhagic stroke or a transient ischemic attack)

   ✓ All other Injuries

   Date of the specified injury: 7 / 17 / 2004

   Place of Injury: Saginaw / Bay City Michigan.

5. I took Vioxx before my claimed injury. I have specifically checked the category below that corresponds to my duration of Vioxx use:

✓ Duration of use up until the specified injury of 12 months or less

____ Duration of use up until the specified injury of more than 12 months

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 8-2-2011

*Edward Earl Thomas*
*Pro Se* Claimant

BAY REGIONAL MEDICAL CENTER
BAY CITY MI 48708

INPATIENT I    REPORT

THOMAS, EDWARD E           37 YRS SEX: M    ADMIT DX: CHEST PAIN  HEADACHE
HIS# (0000)00263400    FIN# - ADMIT# 00000050-31233 ADMITTED 07/17/04
RM: 0431- 01    LOCATION: EMER           ADMIT DR: SZYPERSKI, GREGORY A DO

CHEMISTRY

| COLLECT DATE | 07/18/04 | 07/17/04 | 07/17/04 | | REFERENCE | UNITS |
|---|---|---|---|---|---|---|
| COLLECT TIME | 0830 | 1420 | 0822 | | | |
| GENERAL CHEMISTRY | | | | | | |
| GLUCOSE | 127H | | 91 | | (70-110) | MG/DL |
| BUN | 13 | | 7 | | (6-20) | MG/DL |
| CREATININE | 0.9 | | 0.9 | | (0.3-1.3) | MG/DL |
| SODIUM | 138 | | 133L | | (135-145) | MMOL/L |
| POTASSIUM | 3.8 | | 3.5L | | (3.6-5.0) | MMOL/L |
| CHLORIDE | 100L | | 100L | | (101-111) | MMOL/L |
| CO2 | 32H | | 29 | | (21-31) | MMOL/L |
| ANION GAP | | | 7.5L | | (8.0-16.0) | MMOL/L |
| CPK | | | 205 | | (20-270) | U/L |
| CK-MB | | | 2.6 | | (.6-5.5) | NG/ML |
| REL. INDEX | | | 1.3 | | (.0-2.5) | % |

REL. INDEX Relative Index may not be valid if the total CPK is not elevated

| SGOT(AST) | | | 22 | | (10-42) | U/L |
|---|---|---|---|---|---|---|
| TROPONIN-I | | .01 | .02 | | (.00-.50) | NG/ML |

TROPONIN-I VALUES BETWEEN 0.04 AND 0.50 NG/ML MAY INDICATE MYOCARDIAL INJURY BUT NOT
    NECESSARILY AN ISCHEMIC EVENT.

    VALUES >0.50 NG/ML ARE CONSIDERED DIAGNOSTIC FOR ACUTE MI WITH APPROXIMATELY
    98% SENSITIVITY AND SPECIFICITY.

| SGPT(ALT) | | | 27 | | (10-60) | U/L |
|---|---|---|---|---|---|---|
| ALK PHOS | | | 56 | | (42-121) | U/L |
| BILI TOTAL | | | 0.7 | | (0.2-1.0) | MG/DL |
| CALCIUM | 8.9 | | 9.0 | | (8.4-10.5) | MG/DL |
| T PROTEIN | | | 6.0 | | (6.0-8.0) | G/DL |
| ALBUMIN | | | 3.7 | | (3.2-5.5) | G/DL |
| A/G RATIO | | | 1.6 | | (1.1-1.8) | |
| MYOGLOBIN | | | 23.5 | | (.0-70.0) | NG/ML |

Legend:
L = Low, H = High

PRINTED: 07/19/04 @ 0534          CC: SZYPERSKI, GREGORY A       UNASSIGNED, REFERRING DR
LOCATION: EMER                       1458 WEST CENTER AVE.
DATE OF BIRTH: 03/08/67              ESSEXVILLE
THOMAS, EDWARD E                     MI 48732
DISCHARGED:                              PAGE   3    CONTINUED...



Motion to Request to Amend/Entry/Request of the Appellate, Clerk and Criminal Rule Books/Poll Permission for Prior Court Approval/Permission for Prior Court Approval to Appeal/Investigate Mail-Retail Tampering fraud/Emergency Housing for family Witnesses Constituents/Redress for the Records and Production/Boycott/Reshuffle/ Special Money Relief/Special Injunction Money Relief/Infringement (rules)/Arbitration/Mediators/Statutory Punitive/Compensatory Damages etc./Clerks Judges Justices Manifest/Law Student(s)/Transcripts/Response/Reply/Review/ Reconsideration/Taxes/Recusal

Capital Operator 1-877-762-8762    Case 05-11-90078
or 1-877-851-6962 or 1-866 220-0044

Dear Senior Senator, Senior Congressman, Senior Judges, Chief Judges, Circuit Executives, Senior Justices, Chief Justices

the Courts refused to investigate Mail fraud 28 USC public law 1-1341, and De novo (appeal rights) 35 USC public law 1-157 and the Standard (other judges rules) 20 ACR fed 13 and Reconsideration 28 USC public law 1-2255 these violations on Judges Justices and Clerks on governmental immunity 28 USC pub. L. 1-208 sovereign immunity 28 USC 1-342 Edmund Tucker Act 28 USC 1-1346 Clerks Manifest 28 USC 1-2403 federal Claims Act 25 CFR 32 4801-210 Product Liability 28 USC 1-298 family law (breastfeeding) 8 USC 1-208 Post Traumatic Stress 21 USC 1-298 Arbitration/Mediation 28 USC 1-1827 and torture (jail and outside) 28 USC 1-1350 on non investigation on Judge Charles R. Breyer MDL 1699 and 06-1793 Chief Judge Kolinski (approved) Pfizer 11-90029 or 05-11-90029 and Judge Eldon E. Fallon MDL 06-1697 and 06-3074 with Complaint Judge Graves 05-11-90078 Merck (denied) and Judge Denise Page Wood 01-11526 and Boyer Ford and Moore 09-2256 with Chief Judge Batchelder 06-10-90125 (approved) social security and Judge Victoria L. Roberts 08-11543 with Circuit Executive Sutton               (denied) and Judge Mary Ellen Coster Williams 05-550 Clerks Judges Manifest

Senior Senators Carl Levin (202)224-6221 fax 1388
Senior Senators Debbie Stabenow (202)224-4822 fax 228-0325
Senior Senators Dianne Feinstein (202)224-3841 fax 228-3954
Senior Senators Barbara Boxer (202)224-3553 fax 2154
Senior Senators (202)224-5824 Mary Landrieu fax 9735
Senior Senators David Vitter (202)224-4623 fax 228-5061

signed
Edward Loyd Thomas
8-2-2011

*Dave Camp 1-800-342-2455 fax (989)631-6271*
*Dale Kildee 1-800-xxxxxxx fax (xxx)225-6393*
*Mary Jo Kunkle 1-800-292-9555*
*fax (517) 241-6272*

*Chief Judge Kaczmarek /*
*Prosecutor Mike Thomas*
*(202) 502-2800 ext 2888*
*U.S. MSC*

# Saginaw Police Department
## Citizen Incident Worksheet

*Library charges for "free" or toll free numbers incoming and outgoing investigate please (faxing).*

This Box to be completed by an officer:

File Class_____
Desk Ofc#_____ Supervisor#_____

INSTRUCTIONS: Please print or write legibly. If the information requested does not apply, please indicate with N/A. You may call the Technical Services Division at 759-1280 for your case number a week after you drop this report off. **FAILURE TO COMPLETE THIS FORM IN ITS ENTIRETY WILL RESULT IN NO REPORT NUMBER BEING ISSUED.**

FILING A FALSE REPORT IS A FELONY AND PUNISHABLE BY UP TO 4 YEARS IN PRISON

Incident Date *On going*   Today's Date *7-12-2011*   Incident Time *On going*

Incident Location (Where did incident happen?) *Saginaw Michigan*

Your Last Name *Thomas*   First Name *Edward*   Middle *Earl*

*mistake 3-8-1967*
Birthday *3-11-1967*   Address *148 Parkside*   City *Saginaw*

State *MI*   Zip *48601*   Telephone #_____   Sex *M*   Race *C*

Cell Phone Number_____   Cell Phone Number_____

**PROPERTY INFORMATION:** Please provide a full description of the stolen or damaged property to include serial or model numbers, if known. Also, please provide a value for stolen items and a damage estimate for damaged property.

*Administrative Office of the U.S. Court / Pacer 1-800-676-6856 fax (210) 301-6441 Mr. Gutierrez (pacer) refuse to investigate the $10 disclaimer when my code was given out someone use code part #10 to 33.89 only social security issue U.S. 42 §1382(a)-(i) and title 42 §1383 (a)-(p) effective date of 1984 amendment Pub. L. 98-460*

Insurance Company Name_____   Policy#_____

*and Pub. L. 98-389 misdemeanor proposal to prisoner, refuse to pay.*

**SUSPECT INFORMATION:** If a suspect(s) is known, please provide as much information as possible, including any vehicle information. If there is more than one suspect, use the narrative section on the reverse to provide further info.

What is your relationship to suspect:_____

Suspects Last Name_____   First Name_____   Middle_____

Birthday_____   Address_____   City_____

State____   Zip____   Telephone #_____   Sex____   Race____

**Narrative/Witness Information:** Please relate, in your own words, what happened. Be as complete as possible. If you need more space, we will provide you with an additional sheet.

need both issue on front page investigated, with U.S. Court of Federal Judge Marsha Ellen Cosner Williams 05-549, 05-550, and 04-1713 "clerks manifest". I ~~[redacted]~~ ownly filed one case in this Court of Claims Clerk said some mistake was made and an investigation was going to be done none yet as I know. U.S. Northern District of Michigan Clerk manifested "Rule Books" off library computer the U.S. Court of Federal Claims, the U.S. Supreme Court, the Appealate Rule 6th, and the Appealate Rule 9th. On basically cases 11-50318 Duggan filed in Bay City MI as all these with Judge Ludington 11-50771, 11-50773, 11-50774, 11-50767, 11-50768, 11-50449, and 11-50334 I kept a copy of "Rules" on case 11-7720 Dow Chemical and City Attorney Brandon case 11-7721 both in Midland MI. I will get Rule when I get some money and refile now Judge David M. Lawson has refused me to go to the courthouse in Bay City MI. I have to call U.S. Marshall for further orders on how I can file there is clerks manifest, and my witnesses/special witnesses are being threaten I want a full investigation by state and U.S. Judges.

**Witness Information:** (Name, Address, Telephone, Birthday/Age, etc.-If Known)

1. Lynn Martin Commissioner of Social Security
   (816) 268-3040
2. Nancy A. Berryhill / James Martin Commissioner
   (312) 353-1790 or (312) 353-8277
3. Other clerks, deputys.
4. _____

Print Your Name _____ Signature _____ Today's Date

#1

Motion to Request for Entry/Permission for Prior Court Approval/Permission for Prior Court Approval to Appeal/ Investigate Mail-Retail-Tampering fraud/Emergency Housing for family and Witness/Hearing On the Records and Production/Default/Boycott/Poll/Taxes/Review Reconsideration/Amend Compell Arbitration and Mediation

Judge Graves
05-H-90078

MDL 06-1657
and 06-3674

RECEIVED
AUG 1 2011
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

**EXHIBIT B**

#2

## *Pro Se* Registration Affidavit

I, *Edward Earl Thomas*, hereby certify pursuant to 28 U.S.C. § 1746 as follows:

1. I represent myself in the following lawsuit:

   *Thomas VS. Merck*
   Case Caption

   *MDL 06-1657 and 1657*                    *On Going*
   Docket Number                              Date Filed

2. I make this certification pursuant to Pretrial Order No. 31 entered in the current coordinated proceeding styled *In re: Vioxx® Products Liability Litigation*, MDL Docket No. 1657, now pending in the United States District Court for the Eastern District of Louisiana.

3. My date of birth, social security number, and current residential address are:

   Date of Birth: *3 / 11 / 1967*

   Social Security Number: *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*

   Current Address: *148 Parkside*
                    Street

   *Saginaw*      *M.I.*       *48601*
   City           State        Zip Code

   *Saginaw*
   Country

4. I claim that I sustained a personal injury as a result of taking Vioxx. I have marked the category of my injury and specified the date and place of my injury below:

   ✓ Myocardial Infarction or Sudden Cardiac Death

   ✓ Ischemic Stroke (not a hemorrhagic stroke or a transient ischemic attack)

   ✓ All other Injuries

   Date of the specified injury: *07 / 17 / 1967*  *On Going*

   Place of Injury: *Saginaw / Bay City Michigan*

1 of 2

#3

5. I took Vioxx before my claimed injury. I have specifically checked the category below that corresponds to my duration of Vioxx use:

✓ Duration of use up until the specified injury of 12 months or less

___ Duration of use up until the specified injury of more than 12 months

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 7-28-2011

*Edward Earl Thomas*
*Pro Se* Claimant

#4

BAY REGIONAL MEDICAL CENTER
BAY CITY MI 48708

INPATIENT I    REPORT

THOMAS, EDWARD E                37 YRS SEX: M    ADMIT DX: CHEST PAIN  HEADACHE
HIS#  (0000)00263400    FIN# - ADMIT# 00000050-31233  ADMITTED 07/17/04
RM: 0431- 01       LOCATION: EMER           ADMIT DR: SZYPERSKI, GREGORY A DO

CHEMISTRY

| COLLECT DATE | 07/18/04 | 07/17/04 | 07/17/04 | | REFERENCE | UNITS |
|---|---|---|---|---|---|---|
| COLLECT TIME | 0830 | 1420 | 0822 | | | |
| GENERAL CHEMISTRY | | | | | | |
| GLUCOSE | 127H | | 91 | | (70-110) | MG/DL |
| BUN | 13 | | 7 | | (6-20) | MG/DL |
| CREATININE | 0.9 | | 0.9 | | (0.3-1.3) | MG/DL |
| SODIUM | 138 | | 133L | | (135-145) | MMOL/L |
| POTASSIUM | 3.8 | | 3.5L | | (3.6-5.0) | MMOL/L |
| CHLORIDE | 100L | | 100L | | (101-111) | MMOL/L |
| CO2 | 32H | | 29 | | (21-31) | MMOL/L |
| ANION GAP | | | 7.5L | | (8.0-16.0) | MMOL/L |
| CPK | | | 205 | | (20-270) | U/L |
| CK-MB | | | 2.6 | | (.6-5.5) | NG/ML |
| REL. INDEX | | | 1.3 | | (.0-2.5) | % |

REL. INDEX Relative Index may not be valid if the total CPK is not elevated

| SGOT(AST) | | | 22 | | (10-42) | U/L |
|---|---|---|---|---|---|---|
| TROPONIN-I | | .01 | .02 | | (.00-.50) | NG/ML |

TROPONIN-I VALUES BETWEEN 0.04 AND 0.50 NG/ML MAY INDICATE MYOCARDIAL INJURY BUT NOT
          NECESSARILY AN ISCHEMIC EVENT.

          VALUES >0.50 NG/ML ARE CONSIDERED DIAGNOSTIC FOR ACUTE MI WITH APPROXIMATELY
          98% SENSITIVITY AND SPECIFICITY.

| SGPT(ALT) | | | 27 | | (10-60) | U/L |
|---|---|---|---|---|---|---|
| ALK PHOS | | | 56 | | (42-121) | U/L |
| BILI TOTAL | | | 0.7 | | (0.2-1.0) | MG/DL |
| CALCIUM | 8.9 | | 9.0 | | (8.4-10.5) | MG/DL |
| T PROTEIN | | | 6.0 | | (6.0-8.0) | G/DL |
| ALBUMIN | | | 3.7 | | (3.2-5.5) | G/DL |
| A/G RATIO | | | 1.6 | | (1.1-1.8) | |
| MYOGLOBIN | | | 23.5 | | (.0-70.0) | NG/ML |

Legend:
L = Low, H = High

PRINTED: 07/19/04 @ 0534           CC: SZYPERSKI, GREGORY A      UNASSIGNED, REFERRING DR
LOCATION:  EMER                        1458 WEST CENTER AVE.
DATE OF BIRTH: 03/08/67                ESSEXVILLE
THOMAS, EDWARD E                       MI 48732
DISCHARGED:                                 PAGE    3    CONTINUED...



Supplemental Appeal De novo 35 USC Complaint 28 USC 1-1331

Senior Congressman for 225-9704 or 225-5117
Senior Senator Harry Reid (202) 224-3542
1-800-736-7340 fax (202) 224-7327

correspondence letter contact me (989) 906-3385

Judge Breyer 415-522- 2000 fax 522-3605 Judge Fallon (504) 589-7689 fax 604 694

Motion to Request to Amend / Entry / Request Change Appellate, Civil and Criminal Rule Books / Poll Permission for Prior Court Approval Permission for Prior Court Approval to Appeal / Investigate Mail-Retail Tampering fraud / Emergency Housing for family Witnesses Constituents / Pecking for the Records and Production / Boycott / Default / Special Money Relief / Special Injunctive Money Relief / Infringement (Roblox) / Arbitration / Mediation / Statutory Punitive-Compensatory Damages etc. / Clerks-Judges-Justices Manifest / Law Student(s) / Reasons / Response / Reply / Review / Reconsideration / Taxes / Recusal

Capital Operator - 1-877-762-8762 Case or 1-877-851-6462 or 1-866-220-0044

Dear Senior Senator, Senior Congressman, Senior Judge, Chief Judge, Circuit Executive, Senior Justices, Chief Justices

the Courts refused to investigate Mail fraud 28 USC public law 1-1341, and De novo (appeal rights) 35 USC public law 1-157 and the Standard (obey judges rules) 20 ACR fed 13, and Reconsideration 28 USC public law 1-2255 these violations on judges justices, and clerks on governmental immunity 28 USC pub. l. 1-208 sovereign immunity 28 USC 1-392, Edmund-Tucker Act 28 USC 1-1846, Clerks Manifest 28 USC 1-2403 federal Claims Act 25 CFR §§ 900.1-210 Product liability 28 USC 1-298, family law (breastfeeding) 8 USC 1-208, Post Traumatic Stress 21 USC 1-298, Arbitration / Mediation 28 USC 1-1927 and torture (jail and outside) 28 USC 1-1350 on non investigation on Judge Charles L. Breyer MDL 1699 and 06-1493 with Chief Judge Kozinski (approved) Pfizer 11-90029 or 05-11-90028 and Judge Eldon E. Fallon MDL 06-1657 and 06-3674 with Complaint Judge Graves 05-11-90078 Merck (denied) and Judge Denise Page Hood 07-11526 and Boggs, Cook, and Moore 09-2256 with Chief Judge Batchelder 06-10-90125 (approved) social security and Judge Victoria A. Roberts 08-11543 with Circuit Executive Sutton (denied) and Judge Mary Ellen Coster Williams 05-550 Clerks/Judges Manifest.

U.S. House Judiciary Committee Minority Staff (202) 224-0466 fax 225-9102 Majority (202) 225-5573 fax (202) 224-9516

U.S. House Judiciary Committee Minority Staff (202) 224-7680 Majority (202) 224-0466 fax (202) 224-0766

Senior Senators Carl Levin (202) 224-6221 fax 1388
Senior Senators Debbie Stabenow (202) 224-4822 fax 228-0325
Senior Senators Dianne Feinstein (202) 224-3841 fax 228-3954
Senior Senators Barbara Boxer (202) 224-3553 fax 2154
Senior Senators (202) 224-5824 Mary Landrieu fax 9735
Senior Senators David Vitter (202) 224-4623 fax 228-5061

Signed, Edward L. Thomas 7-25-2011 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

Motion to Request for Manifest / Entry / Permission for Prior Court Approval / Permission for Prior Court Approval to Appeal / Reopen / Reinstate / MDL Rule to fax

phone (504) 561-7799 Mr. Johnston

fax (504) 525-1488
(504) 589-7600 fax 9697
(504) 310-7799 fax 5090

Case MDL 1657
and 06-3674

Dear Judge Eldon E. Fallon / Johnston / Hoefer / Holwadel / Eldrige

I was never sent forms from Curator's office after contacting them many times now Judge Fallon made an order that all motions by myself should come here cause of clerk manifest even the court of appeals 15th. on appealate rule books — so please send myself the registration affidavit.

Claims administrator need to have all records by law the records that were sent too me were not sent back I ask that you(s) keep the records anyway.

Signed,
Edward Earl Thomas
7-27-2011