UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>    PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**This document relates to:** 06-1493, Thomas v. Merck & Co., Inc.

### ORDER

The Court is in receipt of the attached correspondence from Edward Earl Thomas. To the extent that this correspondence can be interpreted as a motion that relates to the Vioxx MDL, the motion is DENIED.

New Orleans, Louisiana, this 11th day of August, 2011.

                                                                           UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Edward Earl Thomas
208 S. Harrison
Saginaw, MI 48602

1