**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to the plaintiffs/claimants | * | |
| listed on Exhibits A, B & C | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| | * | |
| | * | |

**************************************************************************

<u>**ORDER**</u>

Defendant Merck & Co., Inc.'s Motion, Rule and Incorporated Memorandum to Show Cause Why Remaining Settlement Program Releases and Stipulations Should Not Be Tendered to Merck (R. Doc. 63015) came on for hearing on the 4th day of August, 2011. For the reasons orally assigned, the Court enters judgment as follows:

**IT IS ORDERED** that the motion is withdrawn as to plaintiffs/claimants on Exhibit A.

**IT IS FURTHER ORDERED** that the motion is deferred as to the plaintiffs/claimants on Exhibit B until September 21, 2011 at 9:00 a.m.

**IT IS FURTHER ORDERED** that the motion is **GRANTED** as to the plaintiffs/claimants on Exhibit C. With respect to any plaintiff/claimants on Exhibit C who have not resolved any outstanding deficiencies and obstacles to payment with the Claims Administrator by Friday, September 16, 2011, 5:00 p.m. Central Standard Time, the Claims Administrator shall, on Monday, September 19, 2011, (a) deposit the settlement funds associated with such claims into the registry of this Court, and (b) tender any remaining releases and

stipulations of dismissal to Merck.  To the extent any of the claimants on Exhibit C are tolling claimants, any Tolling Agreement rights are voided and extinguished.

*The monies paid into the court's registry are not forfeit*.  The plaintiffs/claimants on Exhibit C may petition this Court for an order releasing the funds attributable to their claims by showing that any legal impediment to receiving these funds have been resolved.

**IT IS FURTHER ORDERED** that Individual Orders consistent with the provisions set forth above will also be issued for each matter listed on Exhibit C.  Brown Greer will provide the Court with a register identifying the specific amount of funds attributable to each claimant on Exhibit C that is being paid into the Court's registry.  That register will be filed **UNDER SEAL**.

NEW ORLEANS, LOUISIANA, this 11th  day of August, 2011.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

**Exhibit A**
*(withdrawn as moot)*

| | VCN | Claimant Name | Case Name | Case No. | Primary Counsel |
|---|---|---|---|---|---|
| 1. | 1028113 | Lammers, Karla R. | Danny Slates, Individually and OBO Karla Lammers, deceased, v. Merck & Co., Inc. | 2:07-cv-01487 EEF-DEK | Bartimus, Frickleton, Robertson & Gorny |
| 2. | 1004491 | Webb, Debra A. | MDL Claimant | TOLLING | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 3. | 1053456 | Rothberger, Ellen | Carol Allen, et al. v. Merck & Co., Inc. | 2:06-cv-06437-EEF-DEK | Branch Law Firm |
| 4. | 1089150 | Miller, Annie | Amanda Evans, as Testatrix of the Estate of Annie Miller a/k/a Annie Louise Miller v. Merck & Co., Inc. | 2:05-cv-06761-EEF-DEK | Dinkes & Schwitzer, P.C. |
| 5. | 1104441 | Comer, Ruby | Alberto Benitez, et al vs. Merck & Co., Inc. | 2005-59470 (TX) | Gallagher Law Firm (TX) |
| 6. | 1104503 | Rivera, Maria De Jesus | MDL Claimant | TOLLING | Gallagher Law Firm (TX) |
| 7. | 1072243 | Goodman, Ralph E. | MDL Claimant | TOLLING | Lopez, Hodes, Restaino, Milman & Skikos |
| 8. | 1083821 | Crowder, Betty G. | Clara E. Clark, et al vs. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK | Matthews & Associates |
| 9. | 1083752 | Gordon, Joann | Joann Gordon v. Merck & Co., Inc. | 2006-61135 (TX) | Matthews & Associates |
| 10. | 1083098 | Harbold, Mary L. | Lucille Ballard, et al vs. Merck & Co., Inc. | 2:05-cv-04767-EEF-DEK | Matthews & Associates |
| 11. | 1084165 | Jimenez Frean, Maria D. | Edgardo Rivera Marieti, Individually and on behalf of the Estate of Julio Rivera Olivieri, et al. v. Merck & Co., Inc. | 2:06-CV-07041-EEF-DEK | Matthews & Associates |
| 12. | 1083985 | McCune, Joe L. | James McBride, Individually and as Representative of the Estate of Kathy D. McBride vs. Merck & Co., Inc. | 2:06-cv-06947-EEF-DEK | Matthews & Associates |
| 13. | 1084135 | Robertson, Tammy S. | Karen A. Montalto, et al vs. Merck & Co., Inc. | 2:06-cv-06945-EEF-DEK | Matthews & Associates |
| 14. | 1026669 | Monroe, Lessie (dec.) | Allian Craft as Proposed Administrator for the Estate of Lessie Monroe v. Merck & Co., Inc. | ATL-L-15946-06 (NJ) | Motley, Rice LLC |
| 15. | 1024765 | Struble, Shirley J. | Josephine Evans, et al vs Merck & Co, Inc | 2:06-cv-06469-EEF-DEK | Myler, Brad & Associates |
| 16. | 1113795 | Chisley, Joseph Sylvester | MDL Claimant | TOLLING | Pro - Se |
| 17. | 1021505 | Walker, Freda S. | Freda Walker and Elwin Walker v. Merck & Co., Inc. | ATL-L-5139-06-MT | Seeger Weiss LLP |

| | VCN | Claimant Name | Case Name | Case No. | Primary Counsel |
|---|---|---|---|---|---|
| 18. | 1032000 | Lauber, Esther | Faigie Schwartz as Proposed Administrator of the Estate of Esther Lauber deceased v. Merck & Co., Inc., Pfizer, Inc. and Pharmacia Corp. | ATL L 15786 06 MT (NJ) | Weitz & Luxenberg, P.C. |
| 19. | 1032638 | Pearsall, Margery S. | MDL Claimant | TOLLING | Weitz & Luxenberg, P.C. |
| 20. | 1082674 | Campbell, Patricia | Thelma L. Curtis, et al vs. Merck & Co., Inc. | 2:06-cv-06946-EEF-DEK | Matthews & Associates |
| 21. | 1083227 | Rhodes, Catherine L. | Linda M. Cable, et al vs. Merck & Co., Inc. | 2:05-cv-04759-EEF-DEK | Matthews & Associates |
| 22. | 1061644 | Vaughn, Jack E. | Jack Vaughn v. Merck & Co., Inc. | 2:06-cv-03008-EEF-DEK | Goldenberg & Johnson, PLLC |
| 23. | 1083660 | Myers, Mattie | Karen A. Montalto, et al vs. Merck & Co., Inc. | 2:06-cv-06945-EEF-DEK | Matthews & Associates |
| 24. | 1002852 | Gortney, Earcle | MDL Claimant | TOLLING | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 25 | 1104501 | Gallego, Margaret | William Berry, et al vs. Merck & Co., Inc. | 2006-62683 (TX) | Gallagher Law Firm (TX) |
| 26 | 1021469 | McClure, Drucilla R. | Drucilla R Mcclure v. Merck & Co., Inc. | ATL-L-11304-06-MT (NJ) | Seeger Weiss LLP |

**Exhibit B**
*(Motion Deferred until 9/21/11)*

|  | VCN | Claimant Name | Case Name | Case No. | Primary Counsel |
|---|---|---|---|---|---|
| 1. | 1104427 | Carter, Barbara Ann | Nona Adams, et al vs. Merck & Co. Inc. | 2:07-cv-07518-EEF-DEK | Gallagher Law Firm (TX) |
| 2. | 1104480 | Epler, Patricia | Nona Adams, et al vs. Merck & Co. Inc. | 2:07-cv-07518-EEF-DEK | Gallagher Law Firm (TX) |
| 3. | 1104601 | Hughes, Thomas | MDL Claimant | TOLLING | Gallagher Law Firm (TX) |
| 4. | 1104641 | Miller, Todd | William Berry, et al vs. Merck & Co., Inc. | 2006-62709 (TX) | Gallagher Law Firm (TX) |
| 5. | 1104669 | O'Brien, Naomi | Leo Calcavecchia, et al vs. Merck & Co., Inc. | 2:06-cv-07090-EEF-DEK | Gallagher Law Firm (TX) |
| 6. | 1097516 | Young, Louise | Janet Avant, et al. v. Merck & Company, Inc. | 2:08-cv-00882-EEF-DEK | Langston & Langston, PLLC |
| 7. | 1009416 | Nash, Harold C. | Harold Nash and Shirley Nash v. Merck & Co., Inc. | ATL-L-3656-06-MT (NJ) | Morelli Ratner PC |
| 8. | 1080726 | Caeser, Rachel A. | Racheal Ceaser vs. Merck & Co., Inc. | 1:05cv0276 (MDL - 1657) | Reaud, Morgan & Quinn L.L.P. |

**Exhibit C**
*(Merck's Requested Relief Granted)*

|  | VCN | Claimant Name | Case Name | Case No. | Primary Counsel |
|---|---|---|---|---|---|
| 1. | 1053498 | Samuels, Phyllis M. | Lonnie Allen, Jr., et al. v. Merck & Co., Inc. | 2:06-cv-06633-EEF-DEK | Branch Law Firm |
| 2. | 1094607 | Fletcher, Wilma | Daryl Hill, et al v. Merck & Co., Inc. | 2:05-cv-04325-EEF-DEK | Carey & Danis, LLC |
| 3. | 1096042 | Robinson, Joyce L. | Joseph Squillace, et al v. Merck & Co., Inc., et al | 2:05-cv-02931-EEF-DEK | Carey & Danis, LLC |
| 4. | 1096360 | Tiberio, Shirley | Albert Tiberio, et al v. Merck & Co., Inc. | 2:06-cv-01418-EEF-DEK | Carey & Danis, LLC |
| 5. | 1078636 | St. Jean, Wilfrid | Wilfrid St. Jean and Elza St. Jean v. Merck & Co., Inc. | ATL-L-6802-05-MT (NJ) | Dankner & Milstein, PC |
| 6. | 1059237 | Villarreal, Genoveva | Genoveva Villarreal v. Merck | 2006-63396 (TX) | Houssiere Durant & Houssiere LLP |
| 7. | 1064591 | Horton, Estate Of Joan | Joan Horton v. Merck & Co., Inc. | 2006-62620 (TX) | Laminack, Pirtle & Martines |
| 8. | 1092407 | Dane, Clayton, Jr. | Merry DeLorenzo and Clayton Dane, III, as Personal Representatives of the Estate of Clayton A. Dane, Jr v. Merck & Co., Inc. | ATL-L-2227-06 (NJ) | Lopez, McHugh LLP |
| 9. | 1092424 | Effinger, Ernest | MDL Claimant | TOLLING | Lopez, McHugh LLP |
| 10. | 1092627 | Pierce, Lionel L. | MDL Claimant | TOLLING | Lopez, McHugh LLP |
| 11. | 1084038 | Bekier, Robert P. | Frank Ackenback, et al vs. Merck & Co., Inc. | 2:06-cv-06943-EEF-DEK | Matthews & Associates |
| 12. | 1056117 | Moore, Karen S. | Karen Sue Moore and Richard Moore v. Merck and Co., Inc. | 2:06-cv-05783-EEF-DEK | Meshbesher and Spence, Ltd. |
| 13. | 1021184 | Donaldson, Esther A. | Carole Dawson, Individually and as Personal Representative of the Estate of Esther A. Donaldson, Deceased v. Merck & Co., Inc. | ATL-L-8872-06-MT (NJ) | Seeger Weiss LLP |
| 14. | 1070592 | Labasano, Elsia P. | MDL Claimant | TOLLING | The Law Group, Ltd. |
| 15. | 1059557 | Marshall, William A. | William A.Marshall and Marsha Marshall vs.Merck and Co. | ATL-L-953-05MT (NJ) | Weinberg, Eric H., Law Firm of |