UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| Re: *Joseph Squillace, et al v. Merck & Co., Inc., et al* | * | |
| 2:05-cv-02931-EEF-DEK | * | MAGISTRATE JUDGE |
| (**Claimant Joyce Robinson**) | * | KNOWLES |

*****************************************************************************

## ORDER

Defendant Merck & Co., Inc.'s Motion, Rule and Incorporated Memorandum to Show Cause Why Remaining Settlement Program Releases and Stipulations Should Not Be Tendered to Merck (R. Doc. 63015) came on for hearing on the 4th day of August, 2011.  For the reasons orally assigned, the Court enters judgment as follows:

**IT IS ORDERED** that the motion is **GRANTED** as to the above-referenced plaintiff/claimant.  If plaintiff/claimant does not resolve any outstanding deficiencies and obstacles to payment with the Claims Administrator by Friday, September 16, 2011, 5:00 p.m. Central Standard Time, the Claims Administrator shall, on Monday, September 19, 2011, (a) deposit the settlement funds associated with such claims into the registry of this Court, and (b) tender any remaining releases and stipulations of dismissal to Merck.  Claimants may petition this Court for an order releasing the funds attributable to their claims by showing that any legal impediment to receiving those funds have been resolved.

**NEW ORLEANS, LOUISIANA**, this 11th day of August, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE