UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**This document relates to:**   *Vioxx Claimant Abdollah Rashtian*

## ORDER

On June 23rd, 2011, the Court received correspondence from Daniel Rashtian regarding his father Abdollah Rashtian's Vioxx claim.  Mr. Rashtian expressed dissatisfaction with how his father's claim was handled by former counsel and by the Claims Administrator.  Specifically, he disputes the injury level calculation and rejection of the Extraordinary Injury claim.  The Court entered the correspondence into the record and referred it to the Claims Administrator and to Liaison Counsel to take whatever action they deemed appropriate.

The Court is informed that Plaintiffs' Liaison Counsel has investigated the matter.  With respect to Mr. Rashtian's relationship with his former counsel, it appears that all parties entered into a settlement agreement regarding potential claims against each other.  With respect to the Claims Administrator, Mr. Rashtian voluntarily entered into the Settlement Program, pursued the review and appeals procedures available under the terms of the Settlement Agreement, and received all the process that was due in that private Settlement Program.  Accordingly, no action is warranted at this time.

New Orleans, Louisiana, this 11th day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE

Clerk to serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Navid Daniel Rashtian Rastein
26833 Hot Springs Place
Calabasas, CA 91301

Claims Administrator
BrownGreer PLC
115 St. 15th St.
Suite 400
Richmond, VA 23219