# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Vioxx®** | * | **MDL Docket No. 1657** |
| **Product Liability Litigation** | * | |
| | * | **SECTION L** |
| **This document relates to:** | * | |
| | * | |
| *David St. Clair, individually and* | * | **JUDGE FALLON** |
| *as personal representative of the* | * | |
| *Estate of Stanton Hyer* | * | **MAGISTRATE JUDGE KNOWLES** |
| *v.* | * | |
| *Merck & Co., Inc.* | * | |
| | * | |
| *Docket No. 2:08-cv-04907* | * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff David St. Clair, individually and as personal representative of the Estate of Stanton Hyer, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2011.


_____
DISTRICT JUDGE