UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|  | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : |  |

**THIS DOCUMENT RELATES TO: ALL CASES**

## PRETRIAL ORDER NO. 8(C)
### (Electronic Service)

IT IS ORDERED that Ann B. Oldfather, as Liaison Counsel for certain cases, shall be added as a standard recipient to the Certificate of Service required under Paragraph Twelve of Pretrial Order No. 8(B). Accordingly, Paragraph Twelve of Pretrial Order 8(B), is AMENDED as follows:

1

12. When serving documents, all counsel must use a uniform Certificate of Service in the form set out herein:

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing [**DOCUMENT**] has been served on Liaison Counsel, Russ Herman, Ann B. Oldfather, and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this ___ day of _____, 201[1].

/s/ Attorney's Name
Attorney's Name
Attorney's Bar Roll Number
Attorney for (Plaintiff/Defendant)
Law Firm Name
Law Firm Address
Telephone Number
Fax Number
Attorney's E-Mail Address

New Orleans, Louisiana, this 17th day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE