UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *See Attached List* | * | KNOWLES |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANT MERCK & CO., INC.'S MOTION, RULE AND
INCORPORATED MEMORANDUM TO SHOW CAUSE WHY CASES
SHOULD NOT BE DISMISSED WITH PREJUDICE FOR FAILURE TO PROSECUTE**

Pursuant to the Court's instruction, Defendant Merck & Co., Inc. ("Merck"), through its undersigned counsel, moves the Court for entry of an order requiring the plaintiffs identified in the attached Exhibit A to show cause why their claims should not be dismissed with prejudice for failure to prosecute and for failure to comply with the orders of this Court.

By Order dated June 7, 2011 [R. Doc. 63050], this Court authorized Plaintiffs' Liaison Counsel Ann Oldfather to seek written consents from the remaining personal injury plaintiffs or their counsel for delivery to Ms. Oldfather by Merck of the Plaintiff Profile Forms, medical records and *Lone Pine* reports filed by or on behalf of those plaintiffs.  According to a report compiled and submitted to the Court by Ms. Oldfather, as of the date of the last Monthly Status Conference on August 4, 2011, the nine plaintiffs listed on Exhibit A (or their counsel) had failed to provide any response whatsoever to Ms. Oldfather's inquiries pursuant to the Court's June 7 Order.  *See* Report to Court From Ann B. Oldfather, dated July 28, 2011 [R. Doc. 63167].[1]  The

---

[1]  Although Ms. Oldfather's report identifies Plaintiff Lerene Campbell as proceeding *pro se*, she is still represented by counsel according to the Court's records.  Ms. Campbell's counsel (Bernstein & Maryanoff LLC) uploaded a Motion to Withdraw as counsel to

Court has directed Merck to file an appropriate motion so that the status of these plaintiffs could be clarified.

Pursuant to Federal Rules of Civil Procedure Rule 41(b) and this Court's broad discretion to clear its calendar of abandoned cases, Merck respectfully moves the Court for an order dismissing the claim of these non-responsive plaintiffs. This Court has previously noted on many occasions in this litigation that plaintiffs who file a personal injury lawsuit, and certainly those plaintiffs' counsel, have an obligation to remain informed about the proceedings in the litigation, maintain appropriate contact with the Court, and to respond to the orders issued by the Court. Likewise, courts in this District have repeatedly held that a plaintiff's apparent acts of abandonment warrant dismissal of that claim. *See, e.g., Landry v. Marine Transport Lines, Inc.,* 2000 WL 1741881, *1 (E.D. La. 2000) (dismissing personal injury case because "plaintiffs' counsel and plaintiffs failed repeatedly to participate in the litigation and to prosecute their claims") (Fallon, J.); *Thomas v. Parker,* 2008 WL 782547 at * 1 (E.D. La. 2008) (dismissing *pro se* plaintiff's case under Rule 41(b) when "[n]otice sent to *pro se* plaintiff was returned by the United States Postal Service as undeliverable . . . Because plaintiff's whereabouts were unknown . . . .") (Barbier, J.); *Anderson v. Jackson,* 2007 WL 2903038 at * 1 (E.D. La. 2007) (dismissing plaintiff's claims because "[h]er present whereabouts in the City are unknown. The Court is thus constrained to conclude that plaintiff has no further interest in prosecuting her claims in this matter.") (Lemelle, J.); *Sea-Land Service, Inc. v. Banca, de Republica de Monica*, 697 F.Supp. 253, 257 (E.D. La. 1988) (granting Rule 41(b) dismissal when plaintiff had not

---

Lexis Nexis File & Serve on January 23, 2009, but it appears that the motion was not filed on the Court's ECF docket. The motion has never been acted upon, and Bernstein & Maryanoff LLC remain counsel of record. Accordingly, Merck's instant Motion is being served on both Ms. Campbell's counsel pursuant to the procedures established in Pretrial Order No. 8B, as well as upon Ms. Campbell personally at the address provided in her counsel's motion to withdraw.

responded to correspondence) (Collins, J.); *Shannon v. State of Louisiana,* 1988 WL 54768 at * 1 (E.D. La. 1988) (dismissal where plaintiff did not respond to court orders and a notice was returned by Post Office) (Moore, Mag., J.); *see also Link v. Wabash R.R.*, 370 U.S. 626, 630-31 (1962) (dismissal by court for lack of prosecution is "an 'inherent power,' governed not by rule or statute but by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases."); *Lopez v. Arkansas City Indep. School Dist.*, 570 F.2d 541, 544 (5th Cir. 1978) (same).

Given these plaintiffs' failure to respond to this Court's Order and Ms. Oldfather's inquiries for almost three months, it appears that they have ceased participating in this litigation. Their abandoned claims should be dismissed. Merck requests that the Court instruct the plaintiffs listed on Exhibit A to appear and show cause at a hearing on September 21, 2011 why their cases should not be dismissed with prejudice. A proposed order is attached.

Dated: August 18, 2011

                                            Respectfully submitted,

                                            By: */s/ Dorothy H. Wimberly*
                                                Phillip A. Wittmann, 13625
                                                Dorothy H. Wimberly, 18509
                                                STONE PIGMAN WALTHER
                                                WITTMANN L.L.C.
                                                546 Carondelet Street
                                                New Orleans, Louisiana 70130
                                                Phone: 504-581-3200
                                                Fax:   504-581-3361

                                            Defendants' Liaison Counsel

                                            —and—

        Douglas R. Marvin
        Eva Petko Esber
        M. Elaine Horn
        Emily Renshaw Pistilli
        WILLIAMS & CONNOLLY LLP
        725 Twelfth Street, N.W.
        Washington, D.C. 20005
        Phone: 202-434-5000
        Fax:    202-434-5029

Attorneys for Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Rule to Show Cause has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B.

I further certify that the above and foregoing Rule to Show Cause has been served on the following *pro se* plaintiffs by Federal Express:

| | |
|---|---|
| **Diane Brown**<br>311 North Avenue<br>Medina, NY 14103<br><br>-AND-<br><br>c/o Ms. Cynthia Coleman<br>729 Church<br>Medina, NY 14103 | **Deborah A. Byrd**<br>**David Byrd**<br>3075 Abrams Drive<br>Twinsburg, OH 44087<br><br>-AND-<br><br> 6640 Balsam Drive<br>Bedford Heights, OH 44146 |
| **Jean M. Kollin**<br>**Robert J. Kollin**<br>15160 Sandlehaven Drive<br>Middleburg Heights, OH 44130 | **Darlene R. Harris**<br>302 Roesch Ave, Apt. 5<br>Buffalo, NA 14207-1344 |
| **Christine D. Woodock**<br>714 88th Street<br>Niagra Falls, NY 14304 | **Lerene Campbell**<br>1599 NW 43 Avenue, #205<br>Lauderhill, FL 33313 |
| **Patricia Kelly**<br>**Raymond Kelly**<br>2148 Five Mile Line Road<br>Penfield, NY 14526 | |

 I further certify that the foregoing was electronically filed with the Clerk of Court

2

of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 18th day of August, 2011.

                                                                        */s/ Dorothy H. Wimberly*
                                                                        Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com
 Defendants' Liaison Counsel

2