UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                    :     MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION    :     SECTION: L
                                     :
                                     :     JUDGE FALLON
                                     :     MAG. JUDGE KNOWLES
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**This document relates to:    Vioxx claimant Vanessa Reese**

## ORDER

Pursuant to the Court's Order of June 23, 2011 (Rec. Doc. 63086), the Court has received a report from Plaintiffs' Liaison Counsel regarding Ms. Reese's Vioxx settlement. Ms. Reese's former counsel has provided the requested materials; a copy of the pertinent materials will be forwarded to Ms. Reese. The Court has reviewed the materials and can identify no impropriety and no additional funds owed to Ms. Reese. Accordingly, no further action is ordered and the Court considers the matter concluded.

New Orleans, Louisiana, this 18th day of August, 2011.

                                                 UNITED STATES DISTRICT JUDGE

Clerk to serve:
    Mr. Russ Herman                        Vanessa Reese
    Plaintiff's Liaison Counsel            13600 Royal Blvd.
    Herman, Herman Katz & Cotlar, LLP      Garfield Hts. OH, 44125
    820 O'Keefe Ave.
    New Orleans, LA 70113

1

Mr. Phillip Wittmann  
Stone Pigman Walter Wittmann, LLC  
546 Carondelet Street  
New Orleans, LA 70130

Claims Administrator  
BrownGreer PLC  
115 S. 15th St.  
Suite 400  
Richmond, VA 23219