**EXHIBIT A**

# OLDFATHER LAW FIRM
## ATTORNEYS AT LAW
### 1330 SOUTH THIRD STREET
### LOUISVILLE, KENTUCKY 40208

ANN B. OLDFATHER†
aoldfather@oldfather.com

VICKI L. BUBA*
vbuba@oldfather.com

R. SEAN DESKINS
sdeskins@oldfather.com

SHELDON L. HADEN
shaden@oldfather.com

MEGAN J. HASTINGS
mhastings@oldfather.com

* Also admitted in Indiana
† Board Certified in Civil Trial Advocacy

TELEPHONE 502.637.7200
FAX 502.637.3999
www.oldfather.com

August 8, 2011

**VIA E-MAIL AND U.S. MAIL**
Honorable Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-456
New Orleans, LA 70130

RE:   *MDL Docket No. 1657: Vioxx Litigation*

Dear Judge Fallon:

Enclosed please find a conformed copy of Exhibit A to our Report to Court filed July 28, 2011. Exhibit A lists the claimants or counsel from whom we had not received Consents as of the date of the Report, and we have conformed it to strike Mr. Bilal (whose claim is to be dismissed as per your ruling of August 4, 2011), Ms. Mannino (from whom we have subsequently received a Consent), and Ms. Pickett (whom we had not then approached due to her recent change of counsel; we have subsequently been in touch with Ms. Pickett and she has promised to send in a Consent). That leaves 11 claimants from whom we have not received Consents.

The addresses of each of these 11 claimants or the attorney are reflected on the attached conformed Exhibit A.

By copy of this letter to Ms. Wimberly, I am calling to her attention that we do not have a high degree of confidence in the listed addresses for Patricia Kelly, Lerene Campbell and Diane Brown. I believe Ms. Wimberly committed to go through her records, and all of the filings to date, to see what other contact information she can provide us on these three claimants.

Please let us know whether you have any questions.

Honorable Eldon E. Fallon
August 8, 2011
Page 2 of 2

                    Sincerely,

                    Ann B. Oldfather

ABO/mlc
Enclosure
c:  Russ M. Herman *(via email only w/enc.)*
     Douglas R. Marvin *(via email only w/enc.)*
     Dorothy H. Wimberly *(via email only w/enc.)*

## CLAIMANTS/COUNSEL WHO HAVE NOT PROVIDED CONSENTS



**Claimant:**
  Bilal, Jamal A.

**Address (Claimant or Counsel):**
  Pro Se
  [not contacted due to recent re-addition to list]

**Case Caption:**

**Docket No.**
[may not be correct]
2:06-cv-02364-

**Russ Herman disc:**
  PPFs ?                   No
  Medical records?         No

---

**Claimant:**
  Brown, Diane

**Address (Claimant or Counsel):**
  Diane Brown
  Pro Se
  311 North Avenue
  Medina, NY  14103

**Case Caption:**
Banks, Mary v. Merck & Co., Inc.

**Docket No.**
2:06-cv-02214

**Russ Herman disc:**
  PPFs ?                   No
  Medical records?         No

---

**Claimant:**
  Byrd, Deborah A.

**Address (Claimant or Counsel):**
  Deborah A. Byrd
  Pro Se
  3075 Abrams Drive
  Twinsburg, OH  44087

**Case Caption:**
Banks, Mary v. Merck & Co., Inc.

**Docket No.**
2:06-cv-02214

**Russ Herman disc:**
  PPFs ?                   No
  Medical records?         No

---

**Claimant:**
  Campbell, Lerene

**Address (Claimant or Counsel):**
  Lerene Campbell
  Pro Se
  1599 NW 43 Avenue, #205
  Lauderhill, FL 33313

**Case Caption:**
Campbell, Lerene v. Merck & Co., Inc.

**Docket No.**
2:08-cv-00875

**Russ Herman disc:**
  PPFs ?                   No
  Medical records?         No

CONFORMED  Exhibit A

| | |
|---|---|
| **Claimant:**<br>    Gros, Cheryl<br><br>**Address (Claimant or Counsel):**<br>    Donald Melancon<br>    Law Offices of Donald J. Melancon<br>    123 Dorgenois Street<br>    New Orleans, LA 70119<br><br>**Case Caption:**<br>Gros, Cheryl D. v. Merck<br><br>**Docket No.**<br>2:08-cv-05128<br><br>**Russ Herman disc:**<br>    PPFs ?           No<br>    Medical records?    No | **Claimant:**<br>    Kollin, Jean M.<br><br>**Address (Claimant or Counsel):**<br>    Jean M. Kollin<br>    Pro Se<br>    15160 Sandlehaven Drive<br>    Middleburg Heights, OH  44130<br><br>**Case Caption:**<br>Allen, Marie v. Merck & Co., Inc.<br><br>**Docket No.**<br>2:06-cv-02220<br><br>**Russ Herman disc:**<br>    PPFs ?           Yes<br>    Medical records?    Yes |
| **Claimant:**<br>    Harris, Darlene R.<br><br>**Address (Claimant or Counsel):**<br>    Darlene R. Harris<br>    Pro Se<br>    302 Roesch Ave, Apt 5<br>    Buffalo, NY 14207-1344<br><br>**Case Caption:**<br>Blackmon, Syrrita v. Merck & Co., Inc.<br><br>**Docket No.**<br>2:06-cv-01210<br><br>**Russ Herman disc:**<br>    PPFs ?           Yes<br>    Medical records?    Yes | **Claimant:**<br>    Kelly, Patricia<br><br>**Address (Claimant or Counsel):**<br>    Patricia Kelly<br>    Pro Se<br>    2148 Five Mile Line Rd.<br>    Penfield, NY  14526<br><br>**Case Caption:**<br>Bryant, Isabelle C. v. Merck & Co., Inc.<br><br>**Docket No.**<br>2:06-cv-01203<br><br>**Russ Herman disc:**<br>    PPFs ?           No<br>    Medical records?    No |

CONFORMED  Exhibit A

| | |
|---|---|
| **Claimant:**<br>　　Lawrence, Clinita K.<br><br>**Address (Claimant or Counsel):**<br>　　Sheryl Berkowitz<br>　　Law Offices of Robert J<br>Fenstersheib & Associates<br>　　520 W. Hallandale Beach Blvd.<br>　　Hallandale, Fl 33009<br><br>**Case Caption:**<br>Lawrence, Clinita v. Merck & Co., Inc.<br><br>**Docket No.**<br>2:08-cv-04904<br><br>**Russ Herman disc:**<br>　　PPFs ?　　　　　　　　No<br>　　Medical Records?　　　No | **Claimant:**<br>　　Pickett, Virginia<br><br>**Address (Claimant or Counsel):**<br>　　Formerly represented by Ronald<br>　　Benjamin<br><br>**Case Caption:**<br>Pickett, Virginia v. Merck Sharp & Dohme, Corp.<br><br>**Docket No.**<br>2:10-cv-00043<br><br>**Russ Herman disc:**<br>　　PPFs ?<br>　　Medical records?　　　　No<br><br>[marked with large X] |
| **Claimant:**<br>　　Mannino, AnnMarie<br><br>**Address (Claimant or Counsel):**<br>　　Formerly represented by Ronald<br>　　Benjamin<br><br>**Case Caption:**<br>Holobosky, Rosemary v. Merck & Co., Inc.<br><br>**Docket No.**<br>2:05-cv-01091<br><br>**Russ Herman disc:**<br>　　PPFs ?<br>　　Medical records?<br><br>[marked with large X] | **Claimant:**<br>　　Terrill, Bette M.<br><br>**Address (Claimant or Counsel):**<br>　　Chris Limberopoulos<br>　　The Limberopoulos Law Firm, P.A.<br>　　15421 N. Florida Avenue<br>　　Tampa, FL 33613<br><br>**Case Caption:**<br>Terrill, Bette M. v. Merck & Co., Inc.<br><br>**Docket No.**<br>2:08-cv-03959<br><br>**Russ Herman disc:**<br>　　PPFs ?　　　　　　　　No<br>　　Medical records?　　　No |

CONFORMED   Exhibit A

| **Claimant:** |
| Thibault, Shannon |
| |
| **Address (Claimant or Counsel):** |
| Richard L. Hughes |
| Hughes Law Office |
| 400 W. Capitol, Suite 1700 |
| Little Rock, AR 72201 |
| |
| **Case Caption:** |
| Thibault, Shannon v. Merck & Co., Inc. |
| |
| **Docket No.** |
| 2:08-cv-03572 |
| |
| **Russ Herman disc:** |
| PPFs ?             No |
| Medical records?   No |

| **Claimant:** |
| Woodcock, Christine D. |
| |
| **Address (Claimant or Counsel):** |
| Christine D. Woodcock |
| Pro Se |
| 714 88TH Street |
| Niagra Falls, NY 14304 |
| |
| **Case Caption:** |
| Adams, Mary E. v. Merck & Co., Inc. |
| |
| **Docket No.** |
| 2:06-cv-02200 |
| |
| **Russ Herman disc:** |
| PPFs ?             No |
| Medical records?   No |

4

CONFORMED  Exhibit A