## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:  Vioxx®** | * | **MDL Docket No. 1657** |
| **Product Liability Litigation** | * | |
| | * | **SECTION L** |
| **This document relates to:** | * | |
| | * | |
| **Erwin Vogel, individually and** | * | **JUDGE FALLON** |
| **as personal representative of the** | * | |
| **Estate of Marion Vogel** | * | **MAGISTRATE JUDGE KNOWLES** |
| **v.** | * | |
| **Merck & Co., Inc.** | * | |
| | * | |
| **Docket No. 2:08-cv-04933** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Erwin Vogel, individually and as personal

representative of the Estate of Marion Vogel, in the above-captioned case be and they hereby are

dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 18th day of _____ August _____, 2011.

_____

DISTRICT JUDGE