UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® **Product Liability Litigation** | * * * | MDL Docket No. 1657 |
| | * | SECTION L |
| This document relates to: | * * | |
| *Gerald Aaron Whittaker a/k/a Aaron Whittaker* | * * | JUDGE FALLON |
| *v.* | * | MAGISTRATE JUDGE KNOWLES |
| *Merck & Co., Inc.* | * * * | |
| *Docket No. 2:08-cv-04902* | * | |

******************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Gerald Aaron Whittaker a/k/a Aaron Whittaker in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 18th day of August, 2011.

*[signature: Eldon E. Fallon]*

DISTRICT JUDGE