UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | *   MDL Case No. 1657 |
| | * |
| PRODUCTS LIABILITY | *   SECTION L |
| LITIGATION | * |
| | *   JUDGE FALLON |
| *This document relates to* | * |
| | *   MAGISTRATE JUDGE |
| *Syrrita Blackmon, et al. v. Merck & Co., Inc., et al.*, | *   KNOWLES |
| 2:06-cv-01210-EEF-DEK | * |
| | * |

**Only with regard to:**
**Darlene R. Harris**
********************************************************************************

### [PROPOSED] ORDER GRANTING MERCK & CO., INC.'S
### <u>MOTION FOR SUMMARY JUDGMENT</u>

This matter is before the Court on the motion of Defendant Merck & Co., Inc., pursuant to Federal Rule of Civil Procedure 56, for the entry of summary judgment in Merck's favor on all claims. There is no genuine issue of material fact and Plaintiff Darlene Harris cannot prevail on her claims against Merck as a matter of law. The Court being sufficiently advised, hereby **GRANTS** said motion and enters summary judgment in Merck's favor on all claims.

NEW ORLEANS, LOUISIANA, this ___ day of _____, 2011.

                                                        _____
                                                        ELDON E. FALLON
                                                        UNITED STATES DISTRICT JUDGE