UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Syrrita Blackmon, et al. v. Merck & Co., Inc., et al.*, 2:06-cv-01210-EEF-DEK | * | |
| Only with regard to: | * | |
| **Darlene R. Harris** | * | |
| | * | |
| and | * | |
| | * | |
| *Banks, Mary, et al. v. Merck & Co., Inc.*, 2:06-cv-02214-EEF-DEK | * | |
| Only with regard to: | * | |
| **Deborah Byrd and David Byrd** | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANT MERCK & CO., INC.'S WITHDRAWAL OF ITS MOTION, RULE AND INCORPORATED MEMORANDUM TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE FOR FAILURE TO PROSECUTE AS TO PLAINTIFFS DARLENE HARRIS, DEBORAH BYRD AND DAVID BYRD ONLY**

Defendant Merck & Co., Inc. ("Merck") hereby withdraws its pending Motion To Show Cause Why Cases Should Not Be Dismissed With Prejudice For Failure To Prosecute [R. Doc. 63268] as moot **as to Plaintiffs Darlene Harris, Deborah Byrd and David Byrd only**.

A proposed order is attached.

1067418v.1

Dated:  August 22, 2011                                  Respectfully submitted,

                                                           */s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

 —and—

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
Emily Renshaw Pistilli
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Attorneys for Merck & Co., Inc.

2

1067418v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Withdrawal of the Rule to Show Cause as to Plaintiff Darlene Harris Only has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B.

I further certify that the foregoing has been served on the following *pro se* plaintiffs by Federal Express:

| | |
|---|---|
| **Darlene R. Harris**<br>302 Roesch Ave, Apt. 5<br>Buffalo, NA 14207-1344 | **Deborah A. Byrd**<br>**David Byrd**<br>3075 Abrams Drive<br>Twinsburg, OH 44087<br><br>-AND-<br><br>6640 Balsam Drive<br>Bedford Heights, OH 44146 |

 I further certify that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 22nd day of August, 2011.

                                            */s/ Dorothy H. Wimberly*
                                            Dorothy H. Wimberly, 18509
                                            STONE PIGMAN WALTHER
                                            WITTMANN L.L.C.
                                            546 Carondelet Street
                                            New Orleans, Louisiana  70130
                                            Phone:  504-581-3200
                                            Fax:     504-581-3361
                                            dwimberly@stonepigman.com
                                             Defendants' Liaison Counsel