UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Syrrita Blackmon, et al. v. Merck & Co., Inc., et al.*, | * | KNOWLES |
| 2:06-cv-01210-EEF-DEK | * | |
| Only with regard to: | * | |
| **Darlene R. Harris** | * | |
| | * | |
| and | * | |
| | * | |
| *Banks, Mary, et al. v. Merck & Co., Inc.*, 2:06-cv-02214- | * | |
| EEF-DEK | * | |
| Only with regard to: | * | |
| **Deborah Byrd and David Byrd** | * | |

**************************************************************************

# ORDER

Considering the foregoing Defendant Merck & Co., Inc.'s Withdrawal of its Motion, Rule, and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Prosecute,

**IT IS ORDERED** that the pending Motion, Rule, and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice For Failure To Prosecute [R. Doc. 63268], be and it hereby is withdrawn as moot as to Plaintiffs Darlene Harris, Deborah Byrd and David Byrd only.

**NEW ORLEANS, LOUISIANA**, this _____ day of August, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1067419v.1