# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | *   MDL Case No. 1657 |
| | * |
| PRODUCTS LIABILITY | *   SECTION L |
| LITIGATION | * |
| | *   JUDGE FALLON |
| *This document relates to* | * |
| | *   MAGISTRATE JUDGE |
| *Syrrita Blackmon, et al. v. Merck & Co., Inc., et al.*, | *   KNOWLES |
| 2:06-cv-01210-EEF-DEK | * |
| | * |
| Only with regard to: | * |
| Darlene R. Harris | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Defendant Merck & Co., Inc.'s Ex Parte Motion and Incorporated Memorandum for Leave to File Exhibit A to Motion for Summary Judgment Under Seal,

IT IS ORDERED that Merck is granted leave to file Exhibit A under seal.

NEW ORLEANS, LOUISIANA, this ___ day of August, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1067481v.1