# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE:  VIOXX | ) | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | ) |  |
|  | ) | Section L |
|  | ) |  |
| THIS DOCUMENT RELATES | ) | JUDGE FALLON |
| TO ALL CASES | ) | MAGISTRATE KNOWLES |
|  | ) | SPECIAL MASTER JUNEAU |
| FILER:  THE BRANCH LAW FIRM | ) |  |

## <u>NOTICE OF APPEAL</u>

**COMES NOW** Common Benefit Fee Claimant and Objector the Branch Law Firm ("Branch") and hereby appeals from the Order & Reasons of the District Court dated August 9, 2011 relating to allocation of Vioxx Common Benefit Attorneys' Fees ("August 9, 2011 Order").

Branch is aggrieved by the August 9, 2011 Order denying its objections to the Report and Recommendation of Special Master on Allocation of Common Benefit Attorney Fees dated June 27, 2011.  Branch is also aggrieved by the amount for which it was allocated by the Court as set forth in the August 9, 2011 Order.

WHEREFORE, Branch prays that this Notice of Appeal be deemed good and sufficient, and that this matter be appealed to the United States Court of Appeals for the Fifth Circuit.

1

Respectfully submitted,

Dated:  August 22, 2011

**THE BRANCH LAW FIRM**

_____
Turner W. Branch
tbranch@branchlawfirm.com
2025 Rio Grande Blvd. NW
Albuquerque, New Mexico 87104
(505) 243-3500 (telephone)
(505) 243-3354 (telefax)

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing document has been served upon all parties by electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing. This 22nd day of August, 2011.

Turner W. Branch