UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | ) | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | Section L |
| | ) | |
| THIS DOCUMENT RELATES | ) | JUDGE FALLON |
| TO ALL CASES | ) | MAGISTRATE KNOWLES |
| | ) | SPECIAL MASTER JUNEAU |
| FILER: THE BECNEL LAW FIRM | ) | |
| | ) | |

## MEMORANDUM IN SUPPORT OF MOTION TO AMEND JUDGMENT

The Becnel Law Firm LLC ("Becnel"), a Common Benefit Fee Claimant and Objector, respectfully requests that the Court amend its Court's August 9, 2011 Order (Doc. #63195) (awarding common benefit attorney fees), because the Order, it is submitted, contains a material factual error.

It is respectfully submitted that the Order mistakenly states that attorneys working for Becnel on *Vioxx* were only "contract attorneys", as opposed to full-time employees of the firm:

> The Becnel Law Firm submitted common benefit hours in the amount of 13,038.25 hours, and only 406 of those hours were attributable to Mr. Becnel personally. The rest were submitted by contract attorneys employed by Mr. Becnel.
> (August 9, 2011 Order, p. 46; Doc. # 63195)

In fact, however, attorneys working for Becnel and assigned to *Vioxx* were not "contract attorneys" but were full-time employees of the firm for the eight-months they worked on *Vioxx* starting in June 2005 (i.e., June 2005 through January 2006). (See the attached Exhibit "A", copies of the 2005 and 2006 I.R.S. W-2 tax withholding forms from Becnel to each of these employees.)

These employees had originally been hired by Becnel as "independent contractors", but when they were assigned by Becnel to *Vioxx* and Becnel was told by the Plaintiffs Steering Committee that they should be full-time employees, Becnel did so, in June 2005, as shown on the W-2s.

1

The following eight months they worked on *Vioxx* as full-time employees, working the hours shown on the table immediately below. (The "Hours Worked" in this table comes directly from the accompanying "Exhibit B" - copies of the eight completed monthly time sheet forms Becnel had previously submitted for these employees for this time period, i.e., June 2005 through January 2006.[1]

| ATTORNEY (& years experience) | *Vioxx* HOURS WORKED July 2005 – January 2006 | SUGGESTED HOURLY RATES[2] | SUGGESTED TOTALS |
|---|---|---|---|
| 1) Becnel, Meghan (3 years) | 156.75 | $350 | $54,862.50 |
| 2) Breinin, Mike (12 years) | 1172.5 | $425 | $498,312.50 |
| 3) Gant, Monica (7 years) | 109.3 | $350 | $38,255.00 |
| 4) Lamarche, Holly (4 years) | 442.00 | $350 | $154,700.00 |
| 5) Lorenz, Mary (4 years) | 617.50 | $350 | $216,125.00 |
| 6) Percy, William (26 years) | 1,235.25 | $475 | $586,743.75 |
| 7) Sanderson, Darla (6 years; & 10 as pharm. tech.) | 782.75 | $450 | $352,237.50 |
| 8) Todd, Rebecca (10 yrs.; & 10 paralegal) | 1,448.25 | $500 | $724,125.00 |
| TOTALS: | 5,964.30 | | $2,625,361.25 |

Finally, attached as "Exhibit C" is a copy of the October 28, 2008 "Affidavit of The Becnel Law Firm, L.L.C. As Per Trial Order No. 6(D)" that Mr. Becnel previously filed, describing the work performed by these attorneys.

Accordingly, it is respectfully requested that this Court amend its August 9, 2011 Order to change the amount of attorney fees awarded to Becnel from $500,000.00 by adding an amount to

---

[1] Becnel's copy of the August 2005 monthly form it completed and submitted to PSC is illegible, so in its place is a copy of a summary of the same hours that was submitted simultaneously with the monthly form. Also, the individual monthly timesheets for these eight employees are available for Court if it would like them submitted as well.

[2] These are the same suggested hourly rates for these employees as listed in Becnel's prior Submission for Attorney Fees, and they are also in line with the rates for the attorney fees awarded in the Court's August 9 Order.

reflect the work performed by these attorneys for the eight months after they became full-time attorneys for the firm.

Respectfully submitted,

/s/ Daniel E. Becnel, Jr.
DANIEL E. BECNEL, JR. (#2926)
**BECNEL LAW FIRM, LLC**
P. O. Drawer H
106 West Seventh Street
Reserve, Louisiana
Telephone: (985) 536-1186
E-mail: dbecnel@becnellaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing document has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing.
This **24th** day of August, 2011.

/s/ Daniel E. Becnel, Jr.

Daniel E. Becnel, Jr.