# EXHIBIT A:

**(1) Table Breaking Down the Eight Employees' Salaries; and**

**(2) Attached: Copies of the W-2s for the Eight Full-time Employees Working on Vioxx**

This chart is a breakdown to show how the period they were full-time employees was from June 2005 through January 2006 (i.e., the last seven months of 2005 and the first month of 2006).

Attached are copies of their 2005 and 2006 W-2s.

| ATTORNEY | Monthly Salary was: | Therefore, 2005 Salary for him/her Shown on their W-2 (for last seven months of 2005) is: | Therefore, 2006 Salary Shown on their W-2 (for January 2006) is: |
|---|---|---|---|
| 1) Becnel, Meghan | $3,333.33 ($40,000/yr.) | $13,333.32 (employed only last 4 months) | $0 (employment ended) |
| 2) Breinen, Mike | $3,333.33 ($40,000/yr.) | $23,833.31 (includes a $500 bonus) | $3,333.33 |
| 3) Gant, Monica | $3,333.33 ($40,000/yr.) | $13,533.32 (employed only last 4 months) (includes a $200 bonus) | $3,333.33 |
| 4) Lamarche, Holly | $3,000.00 ($36,000/yr.) | $21,500.00 (includes a $500 bonus) | $3,000.00 |
| 5) Lorenz, Mary | $3,000.00 ($36,000/yr.) | $21,500.00 (includes a $500 bonus) | $3,000.00 |
| 6) Percy, William | $3,750.00 ($45,000/yr.) | $26,750.00 (includes a $500 bonus) | $3,750.00 |
| 7) Sanderson, Darla | $3333.33 ($40,000/yr.) | $20,499.98 (employed only last 6 months) (includes a $500 bonus) | $0 (employment ended) |
| 8) Todd, Rebecca | $5,000.00 ($60,000/yr.) | $35,000.00 | $5,000.00 |

| 22222 | Void | a Employee's social security number | For Official Use Only ►<br>OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer identification number (EIN)<br>72-0392122 | | | 1 Wages, tips, other compensation<br>13333.32 | 2 Federal income tax withheld<br>1804.04 |
| c Employer's name, address, and ZIP code<br>DANIEL E BECNEL JR<br><br>PO DRAWER H<br>106 WEST 7TH STREET<br>RESERVE     LA 70084 | | | 3 Social security wages<br>13333.32 | 4 Social security tax withheld<br>826.67 |
| | | | 5 Medicare wages and tips<br>13333.32 | 6 Medicare tax withheld<br>193.33 |
| | | | 7 Social security tips | 8 Allocated tips |
| d Control number | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial   Last name   Suff.<br>MEGHAN (      BECNEL<br><br>780 FORD LANDINGWAY<br><br>ALEXANDRIA     VA 22314 | | | 11 Nonqualified plans | 12a See instructions for box 12 |
| | | | 13 Statutory employee / Retirement plan / Third-party sick pay | 12b |
| | | | 14 Other | 12c |
| | | | | 12d |
| f Employee's address and ZIP code | | | | |
| 15 State  Employer's state ID number | 16 State wages, tips, etc | 17 State income tax | 18 Local wages, tips, etc | 19 Local income tax | 20 Locality name |

Form W-2 Wage and Tax Statement     2005     Department of the Treasury — Internal Revenue Service
Copy A for Social Security Administration — Send this entire page with Form W-3 to the Social Security Administration; photocopies are not acceptable
0000/1030D

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

FDWA0101   08/06/10

## 2005 W-2

| Box | Field | Value |
|---|---|---|
| a | Employee's social security number | |
| | Void | 22222 |
| b | Employer identification number (EIN) | 72-0392122 |
| c | Employer's name, address, and ZIP code | DANIEL E BECNEL JR<br>PO DRAWER H<br>106 WEST 7TH STREET<br>RESERVE  LA 70084 |
| d | Control number | |
| e | Employee's first name and initial / Last name | MIKE  / BREININ |
| | Address | 407 BON TEMPS ROULE<br>MANDEVILLE  LA 70471 |
| 1 | Wages, tips, other compensation | 23833.31 |
| 2 | Federal income tax withheld | 1613.75 |
| 3 | Social security wages | 23833.31 |
| 4 | Social security tax withheld | 1477.67 |
| 5 | Medicare wages and tips | 23833.31 |
| 6 | Medicare tax withheld | 345.58 |

Form W-2 Wage and Tax Statement — 2005
Copy A for Social Security Administration
Department of the Treasury — Internal Revenue Service

## 2006 W-2

| Box | Field | Value |
|---|---|---|
| | Void | 22222 |
| b | EIN | 72-0392122 |
| c | Employer's name, address, and ZIP code | DANIEL E BECNEL JR<br>DANIEL E BECNEL JR<br>106 WEST 7TH STREET<br>RESERVE  LA 70084 |
| e | Employee's first name and initial / Last name | MIKE / BREININ |
| | Address | 407 BON TEMPS ROULE<br>MANDEVILLE  LA 70471 |
| 1 | Wages, tips, other compensation | 3333.33 |
| 2 | Federal income tax withheld | 236.00 |
| 3 | Social security wages | 3333.33 |
| 4 | Social security tax withheld | 206.67 |
| 5 | Medicare wages and tips | 3333.33 |
| 6 | Medicare tax withheld | 48.33 |
| 15 | State / Employer's state ID number | LA 2875395001 |
| 16 | State wages, tips, etc. | 3333.33 |



Form W-2 Wage and Tax Statement — 2006
Copy A for Social Security Administration

## Form W-2 Wage and Tax Statement (2005)

| Box | Field | Value |
|---|---|---|
| | Control number | 22222 Void |
| b | Employer identification number (EIN) | 72-0392122 |
| c | Employer's name, address, and ZIP code | DANIEL E BECNEL JR<br>PO DRAWER H<br>106 WEST 7TH STREET<br>RESERVE LA 70084 |
| e | Employee's first name and initial / Last name | MONICA [ GANT |
| | Employee's address | 49 DEREK LANE<br>LAPLACE LA 70068 |
| 1 | Wages, tips, other compensation | 13533.32 |
| 2 | Federal income tax withheld | 1788.74 |
| 3 | Social security wages | 13533.32 |
| 4 | Social security tax withheld | 839.07 |
| 5 | Medicare wages and tips | 13533.32 |
| 6 | Medicare tax withheld | 196.23 |

Year: 2005
0000/1030D

---

## Form W-2 Wage and Tax Statement (2006)

| Box | Field | Value |
|---|---|---|
| | Control number | 22222 |
| b | EIN | 72-0392122 |
| c | Employer's name, address | DANIEL E BECNEL JR<br>DANIEL E BECNEL JR<br>106 WEST 7TH STREET<br>RESERVE LA 70084 |
| e | Employee name | MONICA [ GANT |
| | Employee address | 49 DEREK LANE<br>LAPLACE LA 70068 |
| 1 | Wages, tips, other compensation | 3333.33 |
| 2 | Federal income tax withheld | 451.00 |
| 3 | Social security wages | 3333.33 |
| 4 | Social security tax withheld | 206.67 |
| 5 | Medicare wages and tips | 3333.33 |
| 6 | Medicare tax withheld | 48.34 |
| 15 | State / Employer's state ID number | LA 2875995001 |
| 16 | State wages, tips, etc. | 3333.33 |

Year: 2006

| 22222 | Void | a Employee's social security number | For Official Use Only ▶ OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer identification number (EIN) 72-0392122 | | | 1 Wages, tips, other compensation 21500.00 | 2 Federal income tax withheld 2488.75 |
| c Employer's name, address, and ZIP code DANIEL E BECNEL JR PO DRAWER H 106 WEST 7TH STREET RESERVE   LA 70084 | | | 3 Social security wages 21500.00 | 4 Social security tax withheld 1333.00 |
| | | | 5 Medicare wages and tips 21500.00 | 6 Medicare tax withheld 311.75 |
| | | | 7 Social security tips | 8 Allocated tips |
| d Control number | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial  Last name  Suff MARY  L   LORENZ 4502 PRYTANIA NEW ORLEANS   LA 70115 | | | 11 Nonqualified plans | 12a See instructions for box 12 |
| | | | 13 Statutory employee / Retirement plan / Third-party sick pay | 12b |
| | | | 14 Other | 12c |
| | | | | 12d |
| f Employee's address and ZIP code | | | | |
| 15 State  Employer's state ID number | 16 State wages, tips, etc | 17 State income tax | 18 Local wages, tips, etc | 19 Local income tax | 20 Locality name |

Form W-2 Wage and Tax Statement   2005
Copy A For Social Security Administration — Send this entire page with Form W-3 to the Social Security Administration; photocopies are not acceptable.
000071030D
Department of the Treasury — Internal Revenue Service
For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.
FDWA0101  08/06/10

---

| 22222 | | | For Official Use Only OMB No. 1545-0008 | |
|---|---|---|---|---|
| b EIN 72-0392122 | | | 1 Wages, tips, other compensation 3000.00 | 2 Federal income tax withheld 361.00 |
| c DANIEL E BECNEL JR DANIEL E BECNEL JR 106 WEST 7TH STREET RESERVE   LA 70084 | | | 3 Social security wages 3000.00 | 4 Social security tax withheld 186.00 |
| | | | 5 Medicare wages and tips 3000.00 | 6 Medicare tax withheld 43.50 |
| | | | 7 Social security tips | 8 Allocated tips |
| d Control number | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e MARY L LORENZ 4502 PRYTANIA NEW ORLEANS   LA 70115 | | | 11 Nonqualified plans | 12a |
| | | | 13 | 12b |
| | | | 14 Other | 12c |
| | | | | 12d |
| 15 State  Employer's state ID LA  2875395001 | 16 State wages 3000.00 | 17 State income tax | 18 Local wages | 19 Local income tax | 20 Locality |

Form W-2 Wage and Tax Statement   2006
Department of the Treasury — Internal Revenue Service
For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

| 22222 | Void | a Employee's social security number | For Official Use Only ▶ OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer identification number (EIN) 72-0392122 | | | 1 Wages, tips, other compensation 21500.00 | 2 Federal income tax withheld 2488.75 |
| c Employer's name, address, and ZIP code DANIEL E BECNEL JR PO DRAWER H 106 WEST 7TH STREET RESERVE   LA 70084 | | | 3 Social security wages 21500.00 | 4 Social security tax withheld 1333.00 |
| | | | 5 Medicare wages and tips 21500.00 | 6 Medicare tax withheld 311.75 |
| | | | 7 Social security tips | 8 Allocated tips |
| d Control number | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial   Last name   Suff. HOLLY     LAMARCHE 6157 BELLAIRE DR NEW ORLEANS   LA 70124 | | | 11 Nonqualified plans | 12a See instructions for box 12 |
| | | | 13 Statutory employee  Retirement plan  Third-party sick pay | 12b |
| | | | 14 Other | 12c |
| | | | | 12d |
| f Employee's address and ZIP code | | | | |
| 15 State  Employer's state ID number | 16 State wages, tips, etc | 17 State income tax | 18 Local wages, tips, etc | 19 Local income tax  20 Locality name |

Form W-2 Wage and Tax Statement   2005
Copy A for Social Security Administration — Send this entire page with Form W-3 to the Social Security Administration; photocopies are not acceptable.   000071030D
Department of the Treasury — Internal Revenue Service
For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

---

| 22222 | | | | |
|---|---|---|---|---|
| 72-0392122 | | | 3000.00 | 361.00 |
| DANIEL E BECNEL JR DANIEL E BECNEL JR 106 WEST 7TH STREET RESERVE   LA 70084 | | | 3000.00 | 186.00 |
| | | | 3000.00 | 43.50 |
| HOLLY     LAMARCHE 6157 BELLAIRE DR NEW ORLEANS   LA 70124 | | | | |
| LA 2875995001 | 3000.00 | | | |

Form W-2 Wage and Tax Statement   2006

## Form W-2 Wage and Tax Statement — 2005

| Box | Field | Value |
|---|---|---|
| | Control number | 22222 Void |
| b | Employer identification number (EIN) | 72-0392122 |
| c | Employer's name, address, and ZIP code | DANIEL E BECNEL JR, PO DRAWER H, 106 WEST 7TH STREET, RESERVE LA 70084 |
| 1 | Wages, tips, other compensation | 26750.00 |
| 2 | Federal income tax withheld | 3818.78 |
| 3 | Social security wages | 26750.00 |
| 4 | Social security tax withheld | 1658.50 |
| 5 | Medicare wages and tips | 26750.00 |
| 6 | Medicare tax withheld | 387.88 |
| e | Employee's first name and initial / Last name / Suff. | WILLIAM I PERCY III |
| f | Employee's address and ZIP code | 3515 CHESTNUT ST, NEW ORLEANS LA 70115 |

Form W-2 Wage and Tax Statement — 2005
Copy A for Social Security Administration — Send this entire page with Form W-3 to the Social Security Administration; photocopies are not acceptable
0000710300
Department of the Treasury — Internal Revenue Service
For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

---

## Form W-2 Wage and Tax Statement — 2006

| Box | Field | Value |
|---|---|---|
| | Control number | 22222 |
| b | EIN | 72-0392122 |
| c | Employer's name, address, and ZIP code | DANIEL E BECNEL JR, DANIEL E BECNEL JR, 106 WEST 7TH STREET, RESERVE LA 70084 |
| 1 | Wages, tips, other compensation | 3750.00 |
| 2 | Federal income tax withheld | 551.00 |
| 3 | Social security wages | 3750.00 |
| 4 | Social security tax withheld | 232.50 |
| 5 | Medicare wages and tips | 3750.00 |
| 6 | Medicare tax withheld | 54.38 |
| e | Employee's name | WILLIAM I PERCY III |
| f | Employee's address | 3515 CHESTNUT ST, NEW ORLEANS LA 70115 |
| 15 | State / Employer's state ID number | LA 2875995001 |
| 16 | State wages, tips, etc. | 3750.00 |

Form W-2 Wage and Tax Statement — 2006

| 22222 | Void | a Employee's social security number | For Official Use Only ▶ OMB No. 1545-0008 | |
|---|---|---|---|---|
| b Employer identification number (EIN) 72-0392122 | | | 1 Wages, tips, other compensation 20499.98 | 2 Federal income tax withheld 2706.00 |
| c Employer's name, address, and ZIP code DANIEL E BECNEL JR PO DRAWER H 106 WEST 7TH STREET RESERVE   LA 70084 | | | 3 Social security wages 20499.98 | 4 Social security tax withheld 1240.00 |
| | | | 5 Medicare wages and tips 20499.98 | 6 Medicare tax withheld 290.00 |
| | | | 7 Social security tips | 8 Allocated tips |
| d Control number | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial DARLA | Last name SANDERSON | Suff. | 11 Nonqualified plans | 12a See instructions for box 12 |
| 2217 CLAIRE AVE | | | 13 Statutory employee / Retirement plan / Third-party sick pay | 12b |
| | | | 14 Other | 12c |
| GRETNA,   LA 70053 | | | | 12d |
| f Employee's address and ZIP code | | | | |
| 15 State  Employer's state ID number | 16 State wages, tips, etc | 17 State income tax | 18 Local wages, tips, etc | 19 Local income tax | 20 Locality name |

Form **W-2** Wage and Tax Statement    2005    Department of the Treasury — Internal Revenue Service

Copy A for Social Security Administration — Send this entire page with Form W-3 to the Social Security Administration; photocopies are not acceptable.

0000/10300

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

FDWA0101  08/06/10

## Form W-2 Wage and Tax Statement (2005)

| Box | Field | Value |
|---|---|---|
| | Control number | 22222 Void |
| b | Employer identification number (EIN) | 72-0392122 |
| c | Employer's name, address, and ZIP code | DANIEL E BECNEL JR, PO DRAWER H, 106 WEST 7TH STREET, RESERVE LA 70084 |
| e | Employee's first name and initial / Last name | REBECCA I TODD |
| f | Employee's address and ZIP code | PO DRAWER H, RESERVE LA 70084 |
| 1 | Wages, tips, other compensation | 35000.00 |
| 2 | Federal income tax withheld | 5649.00 |
| 3 | Social security wages | 35000.00 |
| 4 | Social security tax withheld | 2170.00 |
| 5 | Medicare wages and tips | 35000.00 |
| 6 | Medicare tax withheld | 507.50 |

Form W-2 Wage and Tax Statement — 2005 — Department of the Treasury — Internal Revenue Service

## Form W-2 Wage and Tax Statement (2005) — second copy

| Box | Field | Value |
|---|---|---|
| | Control number | 22222 |
| b | EIN | 72-0392122 |
| c | Employer | DANIEL E BECNEL JR, DANIEL E BECNEL JR, 106 WEST 7TH STREET, RESERVE LA 70084 |
| e | Employee | REBECCA I TODD, PO DRAWER H, RESERVE LA 70084 |
| 1 | Wages, tips, other compensation | 5000.00 |
| 2 | Federal income tax withheld | 307.00 |
| 3 | Social security wages | 5000.00 |
| 4 | Social security tax withheld | 310.00 |
| 5 | Medicare wages and tips | 5000.00 |
| 6 | Medicare tax withheld | 72.50 |
| 15 | State / Employer's state ID number | LA 2875995001 |
| 16 | State wages, tips, etc. | 5000.00 |

Form W-2 Wage and Tax Statement — 2005
Copy A For Social Security Administration — Send this