# "EXHIBIT B"

Attached: Becnel Law Firm's Monthly Timesheets for June 2005 – January 2006

June 2005

MDL 1657
Vioxx Products Liability Litigation Report of Member Firm Time

Reporting Period:
From: June 1, 2005
To: June 30, 2005

Firm Name: Law Offices of Daniel E. Beenel, Jr.

| Name of Individual | Identify if Attorney (A), Paralegal (P), Law Clerk (L), or Other (O) | Case Assessment Development, and Administration (insert number of hours) | Pre-Trial Pleadings and Motions (insert number of hours) | Discovery (insert number of hours) | Trial Preparation and Trial (insert number of hours) | Appeal (insert number of hours) | Total Hours by Individual |
|---|---|---|---|---|---|---|---|
| Daniel E. Beenel, Jr. | _A_ P _ L _ O | 17.50 | | | | | 17.50 |
| Michael Brenin | _A_ P _ L _ O | | | 249.5 | | | 249.50 |
| Salvadore Christina | _A_ P _ L _ O | 2 | | | | | 2.00 |
| Holly Lamarche | _A_ P _ L _ O | | | 149.0 | | | 149.00 |
| Mary Lorenz | _A_ P _ L _ O | | | 78.5 | | | 78.50 |
| Ruche J. Marino | _A_ P _ L _ O | | | 23.0 | | | 23.00 |
| Will Percy | _A_ P _ L _ O | | | 193.0 | | | 193.00 |
| Darla Sanderson | _A_ P _ L _ O | | | 73.25 | | | 73.25 |
| Rebecca Todd | _A_ P _ L _ O | | | 230.0 | | | 230.00 |
| | A P L O | | | | | | |
| | A P L O | | | | | | |
| | A P L O | | | | | | |
| | A P L O | | | | | | |
| | A P L O | | | | | | |
| Total Firm Time | | | | | | | 1015.75 |

I certify that the time documented above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657

Signature: [signature]
Date: 7.12.05

Confidential Attorney Work Product

Last Printed: 6/13/2005

Amended: Sept 15, 2005

July 2005
MDL 1657

Vioxx Products Liability Litigation Report of Member Firm Time

Reporting Period
From July 1, 2005
To July 31, 2005

Firm Name: Law Offices of Daniel E. Becnel, Jr.

| Name of Individual | Identify if Attorney (A), Paralegal (P), Law Clerk (L), or Other (O) | Case Assessment Development, and Administration (insert number of hours) | Pre-Trial Pleadings and Motions (insert number of hours) | Discovery (insert number of hours) | Trial Preparation and Trial (insert number of hours) | Appeal (insert number of hours) | Total Hours by Individual | Summary Total Hours of All Firm Personnel |
|---|---|---|---|---|---|---|---|---|
| Daniel E. Becnel, Jr. | A_P_L_O | 19.50 | | | | | 19.50 | |
| Holly Lamarche | A_P_L_O | | | 49 | | | 49.00 | |
| Mary Lorenz | A_P_L_O | | | 49.75 | | | 49.75 | |
| Will Percy | A_P_L_O | | | 160. | | | 160.00 | |
| Darla Sanderson | A_P_L_O | | | 97.75 | | | 97.75 | |
| Rebecca Todd | A_P_L_O | | | 186.50 | | | 186.50 | |
| Michael Brewin | A_P_L_O | | | 67.50 | | | 67.50 | |
| | A_P_L_O | | | | | | | |
| | A_P_L_O | | | | | | | |
| | A_P_L_O | | | | | | | |
| | A_P_L_O | | | | | | | |
| | A_P_L_O | | | | | | | |
| | A_P_L_O | | | | | | | |
| Total Firm Time | | | | | | | | 630.00 |

I certify that the time documented above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657

Signature: [signature]   Date: 9-15-05

Confidential Attorney Work Product

Last Printed: 6/13/2005

August 2005 Marn - Illegible

August 2005

# VIOXX
# TIME/EXPENSES
# AUGUST 2005

Daniel E. Becnel, Jr.                                18.75 hrs.

Expenses:
Meals                              236.18
Mileage                             28.80
Parking                              5.00

TOTAL $269.98

Michael Breinin                    131.50 hrs.
William Percy                      145.75 hrs.
Darla Sanderson                    156.00 hrs.
Rebecca Todd                       212.5 hrs.

Expenses:
New York City 8/1/05-8/31/05
Hotel                            5,438.85
Food                               756.33
Transportation                     399.84

TOTAL $6,595.02

September 2005

Vioxx Products Liability Litigation Report of Member Firm Time
MDL 1657

Reporting Period:
From: Sept 1, 2005
To: Sept 30, 2005

Firm Name: Law Offices of Daniel E. Becnel, Jr.

| Name of Individual | Identify if Attorney (A), Paralegal (P), Law Clerk (L), or Other (O) | Case Assessment Development, and Administration (insert number of hours) | Pre-Trial Pleadings and Motions (insert number of hours) | Discovery (insert number of hours) | Trial Preparation and Trial (insert number of hours) | Appeal (insert number of hours) | Total Hours by Individual | Summary Total Hours of All Firm Personnel |
|---|---|---|---|---|---|---|---|---|
| Daniel E. Becnel Jr. | A P L O | 35.00 | | | | | 35.00 | |
| Meghan Becnel | A P L O | | | 98.75 | | | 98.75 | |
| Moersel Bieding | A P L O | | | 149.00 | | | 149.00 | |
| Holly Lemarche | A P L O | | | 51.00 | | | 51.00 | |
| Mary Lorenz | A P L O | | | 47.00 | | | 47.00 | |
| Juana Marina | A P L O | | | 48.00 | | | 48.00 | |
| Will Percy | A P L O | | | 147.00 | | | 147.00 | |
| Darla Sanderson | A P L O | | | 127.50 | | | 127.50 | |
| Rebecca Todd | A P L O | | | 156.50 | | | 156.50 | |
| | A P L O | | | | | | | |
| | A P L O | | | | | | | |
| | A P L O | | | | | | | |
| | A P L O | | | | | | | |
| | A P L O | | | | | | | |
| Total Firm Time | | | | | | | | |

I certify that the time documented above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657.

Signature: [signed]
Date: 10/17/05

Confidential Attorney Work Product

October 2005
MDL 1657

**Vioxx Products Liability Litigation Report of Member Firm Time**

Reporting Period:
From Oct. 1, 2005
To Oct. 31, 2005

Firm Name: Law Offices of Daniel E. Becnel, Jr.

| Name of Individual | Identify if Attorney (A), Paralegal (P), Law Clerk (L), or Other (O) | Case Assessment Development, and Administration (insert number of hours) | Pre-Trial Pleadings and Motions (insert number of hours) | Discovery (insert number of hours) | Trial Preparation and Trial (insert number of hours) | Appeal (insert number of hours) | Total Hours by Individual |
|---|---|---|---|---|---|---|---|
| Daniel E. Becnel Jr. | A P L O | 7.35 | | | | | 7.35 |
| Meghan Becnel | A P L O | | | 58.00 | | | 58.00 |
| Michael Breinin | A P L O | | | 155.00 | | | 155.00 |
| Holly Lanarche | A P L O | | | 93.25 | | | 93.25 |
| Mary Lorenz | A P L O | | | 93.25 | | | 93.25 |
| Will Percy | A P L O | | | 134.00 | | | 134.00 |
| Darla Sanderson | A P L O | | | 103.25 | | | 103.25 |
| Rebecca Todd | A P L O | | | 218.00 | | | 218.00 |
| | A P L O | | | | | | |
| | A P L O | | | | | | |
| | A P L O | | | | | | |
| | A P L O | | | | | | |
| | A P L O | | | | | | |
| | A P L O | | | | | | |
| | A P L O | | | | | | |
| Total Firm Time | | | | | | | 862.00 |

I certify that the time documented above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657.

Signature: _____  Date: 11-15-05

Confidential Attorney Work Product

Last Printed: 6/13/2005

November 2005

MDL 1657

Vioxx Products Liability Litigation Report of Member Firm Time

Reporting Period:
From Nov. 1, 2005
To Nov. 30, 2005

Firm Name: Law Offices of Daniel E. Becnel, Jr.

| Name of Individual | Identify if Attorney (A), Paralegal (P), Law Clerk (L), or Other (O) | Case Assessment Development, and Administration (insert number of hours) | Pre-Trial Pleadings and Motions (insert number of hours) | Discovery (insert number of hours) | Trial Preparation and Trial (insert number of hours) | Appeal (insert number of hours) | Total Hours by Individual |
|---|---|---|---|---|---|---|---|
| Daniel E. Becnel Jr. | A P L O | 6.00 | | | | | 6.00 |
| Michael Bruinin | A P L O | | | 132.00 | | | 132.00 |
| Monica Gant | A P L O | | | 109.30 | | | 109.30 |
| Holly Lanarche | A P L O | | | 85.75 | | | 85.75 |
| Mary Lorenz | A P L O | | | 85.25 | | | 85.25 |
| Will Percy | A P L O | | | 144.00 | | | 144.00 |
| Doris Sanderson | A P L O | | | 140.75 | | | 140.75 |
| Rebecca F. Tidd | A P L O | | | 174.00 | | | 174.00 |
| | A P L O | | | | | | |
| | A P L O | | | | | | |
| | A P L O | | | | | | |
| | A P L O | | | | | | |
| | A P L O | | | | | | |
| | A P L O | | | | | | |
| | A P L O | | | | | | |
| Total Firm Time | | | | | | | 877.05 |

Summary Total Hours of All Firm Personnel

I certify that the time described above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657.

Signature: _____  Date: 12.8.05

Confidential Attorney Work Product

Last Printed: 6/13/2005

Reporting Period:
From Dec 1, 2005
To Dec 31, 2005

Firm Name: Law Offices of Daniel E. Becnel Jr.

Vioxx Products Liability Litigation Report of Member Firm Time
MDL 1657

December 2005

| Name of Individual | Identify if Attorney (A), Paralegal (P), Law Clerk (L), or Other (O) | Case Assessment Development, and Administration (insert number of hours) | Pre-Trial Pleadings and Motions (insert number of hours) | Discovery (insert number of hours) | Trial Preparation and Trial (insert number of hours) | Appeal (insert number of hours) | Total Hours by Individual | Summary Total Hours of All Firm Personnel |
|---|---|---|---|---|---|---|---|---|
| Daniel Becnel Jr. | A P L O | 11.00 | | | | | 11.00 | |
| Michael Brown | A P L O | | | 143.00 | | | 143.00 | |
| Hilda Livingston | A P L O | | | 14.00 | | | 14.00 | |
| Mary Lorenz | A P L O | | | 117.75 | | | 117.75 | |
| Ticoda Myers | A P L O | | | 116.75 | | | 116.75 | |
| Will Percy | A P L O | | | 159.00 | | | 159.00 | |
| Parks Sanderson | A P L O | | | 94.25 | | | 94.25 | |
| Rebecca F Todd | A P L O | | | 79.00 | | | 79.00 | |
| | A P L O | | | | | | | |
| | A P L O | | | | | | | |
| | A P L O | | | | | | | |
| | A P L O | | | | | | | |
| | A P L O | | | | | | | |
| Total Firm Time | | | | | | | | 734.75 |

I certify that the time documented above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657

Signature: [signed]   Date: 1/13/06

Reporting Period:
From: Jan. 1, 2006
To: Jan 31, 2006

Firm Name: Law Offices of Daniel E. Becnel, Jr.

January 2008
MDL 1657

Vioxx Products Liability Litigation Report of Member Firm Time

| Name of Individual | Identify if Attorney (A), Paralegal (P), Law Clerk (L), or Other (O) | Case Assessment Development, and Administration (insert number of hours) | Pre-Trial Pleadings and Motions (insert number of hours) | Discovery (insert number of hours) | Trial Preparation and Trial (insert number of hours) | Appeal (insert number of hours) | Total Hours by Individual | Summary Total Hours of All Firm Personnel |
|---|---|---|---|---|---|---|---|---|
| Daniel E. Becnel, Jr. | A_P_L_O | 36.95 | | | | | 36.95 | |
| Michael Brennan | A_P_L_O | | | 146.00 | | | 146.00 | |
| Mary Lorenz | A_P_L_O | | | 146.00 | | | 146.00 | |
| Loretta Mainz | A_P_L_O | | | 156.30 | | | 156.30 | |
| Lillian Percy | A_P_L_O | | | 159.50 | | | 159.50 | |
| Rebecca Todd | A_P_L_O | | | 172.75 | | | 172.75 | |
| | A_P_L_O | | | | | | | |
| | A_P_L_O | | | | | | | |
| | A_P_L_O | | | | | | | |
| | A_P_L_O | | | | | | | |
| | A_P_L_O | | | | | | | |
| | A_P_L_O | | | | | | | |
| | A_P_L_O | | | | | | | |
| Total Firm Time | | | | | | | | 816.80 |

I certify that the time documented above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657.

Signature: [signature]    Date: 2-14-06

Confidential Attorney Work Product

Last Printed: 9/13/2005