UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | ) | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | Section L |
| | ) | |
| THIS DOCUMENT RELATES | ) | JUDGE FALLON |
| TO ALL CASES | ) | MAGISTRATE KNOWLES |
| | ) | SPECIAL MASTER JUNEAU |
| FILER: THE BECNEL LAW FIRM | ) | |
| | ) | |

## NOTICE OF SUBMISSION OF MOTION

Please take notice that The Becnel Law Firm LLC's Motion To Amend was field on the date below, to be heard/submitted in the United States District Court for the Eastern District of Louisiana on Wednesday, September 14, 2011 at 9:00 a.m., before the Honorable Eldon E. Fallon.

Respectfully submitted,

/s/ Daniel E. Becnel, Jr.
DANIEL E. BECNEL, JR. (#2926)
**BECNEL LAW FIRM, LLC**
P. O. Drawer H
106 West Seventh Street
Reserve, Louisiana
Telephone: (985) 536-1186
E-mail: dbecnel@becnellaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing document has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing.
This **24th** day of August, 2011.

/s/ Daniel E. Becnel, Jr.

1