# UNITED STATES DISTRICT COURT UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | ) | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | Section L |
| | ) | |
| THIS DOCUMENT RELATES | ) | JUDGE FALLON |
| TO ALL CASES | ) | MAGISTRATE KNOWLES |
| | ) | SPECIAL MASTER JUNEAU |
| | ) | |
| | ) | |

## ORDER

Considering the Motion to Amend filed by The Becnel Law Firm,

IT IS HEREBY ORDERED that this Court's August 9, 2011 "Order & Reasons" (Doc. # 63195), awarding common benefit attorney fees, is hereby amended to change the amount awarded to The Becnel Law Firm from $500,000.00 to $_____.

New Orleans, Louisiana, this \_\_\_\_\_ day of _____, 2011

_____
JUDGE