UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO: ALL CASES**

### ORDER

On October 19, 2010, the Court issued an Order and Reasons valuing the common benefit work in the Vioxx MDL and associated state litigations which produced the global settlement of November 9, 2007.  The Court ordered that 6.5% of the $4.85 billion settlement, or $315,250,000.00, be set aside to compensate attorneys who did common benefit work that contributed to the creation of the settlement.  On August 9, 2011, after a lengthy process, the Court determined the proper method of allocating that common benefit fund among the attorneys who did common benefit work that produced the global settlement.

The next step in the process is distributing the amounts that have been allocated.  As has been the subject of at least one motion, there is a question of whether a sufficient amount is currently available in escrow for distribution pursuant to the Court's allocation.  Accordingly, the Claims Administrator is directed to provide to the Court a report of the amount it currently holds as common benefit fees derived from the 6.5% assessment on settlement proceeds.  The Court will then post that report on its web site and establish appropriate procedures for determining the cause of any shortfall and how that shortfall shall be addressed.

1

2

New Orleans, Louisiana, this 24th day of August, 2011.

                                                                                     _____
                                                                                       UNITED STATES DISTRICT JUDGE