UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | ) | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | Section L |
| | ) | |
| THIS DOCUMENT RELATES | ) | JUDGE FALLON |
| TO ALL CASES | ) | MAGISTRATE KNOWLES |
| | ) | SPECIAL MASTER JUNEAU |
| FILER: THE BRANCH LAW FIRM | ) | |
| | ) | |

## MOTION TO STAY DISBURSEMENT AND DISTRIBUTION OF COMMON BENEFIT ATTORNEYS' FEES PENDING APPEAL

**COMES NOW** Common Benefit Fee Claimant and Objector the Branch Law Firm and respectfully moves this Court for an Order pursuant to *Fed. R. App. P. 8(a)* staying disbursement and distribution of common benefit attorneys' fees from the Vioxx Common Benefit Fund as allocated in the August 9, 2011 Order & Reasons pending the appeal of that Order by the Branch Law Firm.

Dated: August 22, 2011

Respectfully submitted,

**THE BRANCH LAW FIRM**

_____
Turner W. Branch
tbranch@branchlawfirm.com
2025 Rio Grande Blvd. NW
Albuquerque, New Mexico 87104
(505) 243-3500 (telephone)
(505) 243-3354 (telefax)

1

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing document has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing. This 22nd day of August, 2011.

_____
Turner W. Branch