## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | ) | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | Section L |
| | ) | |
| THIS DOCUMENT RELATES | ) | JUDGE FALLON |
| TO ALL CASES | ) | MAGISTRATE KNOWLES |
| | ) | SPECIAL MASTER JUNEAU |
| FILER:  THE BRANCH LAW FIRM | ) | |
| _____ | ) | |

### MEMORANDUM IN SUPPORT OF MOTION TO STAY DISBURSEMENT AND DISTRIBUTION OF COMMON BENEFIT ATTORNEYS' FEES PENDING APPEAL

**COMES NOW** Common Benefit Fee Claimant and Objector the Branch Law Firm and, pursuant to *Fed. R. App. P. 8(a)*, respectfully submits this memorandum in support of its Motion to Stay Disbursement and Distribution of Common Benefit Attorneys' Fees from the Common Benefit Fund as set forth in the Court's August 9, 2011 Order & Reasons (the "August 9, 2011 Order") pending the appeal of that Order by the Branch Law Firm ("Branch").

Good cause exists for this Court to stay disbursement and distribution of common benefit attorneys' fees.  First, contemporaneously with the filing of this motion, Branch is filing a Notice of Appeal to the Fifth Circuit Court of Appeals of the Court's August 9, 2011 Order on the grounds that the Court's allocation of common benefit fees constitutes an abuse of discretion. Second, as of the date of this motion, the Court has not yet ruled on pending motions relating to the prior disbursement of fees from the Common Benefit Fund, which the Court indicated would be "addressed at a later date" (*see* August 5, 2011 Order & Reasons at pp. 3-4).  These motion include, but are not limited to, the Motion to Limit Fees filed by Objectors on April 11, 2011; the Motion of Kathryn Snapka Requesting Order that Confirms that the Transfer of Funds from

1

BrownGreer to Mr. Michael Stratton Was Not Authorized filed March 31, 2011; and the Motion

For Second Supplemental Discovery filed by Objectors on March 30, 2011, which seeks

information and documents pertaining to amounts disbursed from, and remaining in, the Fund.

Any distribution prior to the resolution of the appeal presents the very real possibility that

Branch will suffer significant, if not irreparable, harm if a stay is not effectuated.  Branch will

suffer irreparable harm if common benefit attorneys' fees are disbursed and distributed from the

Fund prior to the resolution of its appeal concerning the amount of fees it is entitled to recover as

common benefit counsel.  Branch will also suffer irreparable harm if additional fees are

disbursed from the Fund before the Court rules on the pending motions concerning the amount of

fees currently remaining in the Fund; the propriety of prior disbursements from the Fund without

Court order; and the remedy for such prior *ultra vires* disbursements and distributions.

In addition, Branch also requests that this Court exercise its discretion under *Fed. R. App.

P. 7* and not require Branch to post a bond for appeal costs.  As this Court is aware, Branch is not

in possession or control of any funds.  The Common Benefit Fund is currently maintained by

third-party Claims Administrator BrownGreer, LLP, and additional funds comprising common

benefit attorneys' fees are on deposit in the Court's Registry.

Respectfully submitted,

Dated:  August 22, 2011

**THE BRANCH LAW FIRM**

Turner W. Branch
tbranch@branchlawfirm.com
2025 Rio Grande Blvd. NW
Albuquerque, New Mexico 87104
(505) 243-3500 (telephone)
(505) 243-3354 (telefax)

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing document has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing.

This 22nd day of August, 2011.

_____
Turner W. Branch