UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | ) | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | Section L |
| | ) | |
| THIS DOCUMENT RELATES | ) | JUDGE FALLON |
| TO ALL CASES | ) | MAGISTRATE KNOWLES |
| | ) | SPECIAL MASTER JUNEAU |
| FILER: THE BRANCH LAW FIRM | ) | |
| _____ | ) | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that The Branch Law Firm's Motion to Stay Disbursement and Distribution of Common Benefit Attorneys' Fees from the Common Benefit Fund will be brought for hearing before the Honorable Eldon E. Fallon at 9:00 a.m. on Wednesday, September 13, 2011, at 500 Poydras Street, New Orleans, Louisiana.

Respectfully submitted,

Dated: August 22, 2011

THE BRANCH LAW FIRM

_____
Turner W. Branch
tbranch@branchlawfirm.com
2025 Rio Grande Blvd. NW
Albuquerque, New Mexico 87104
(505) 243-3500 (telephone)
(505) 243-3354 (telefax)

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and forgoing document has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing.

This 22nd day of August, 2011.

_____
Turner W. Branch