UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | ) | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | Section L |
| | ) | |
| THIS DOCUMENT RELATES | ) | JUDGE FALLON |
| TO ALL CASES | ) | MAGISTRATE KNOWLES |
| | ) | SPECIAL MASTER JUNEAU |
| FILER:  THE BRANCH LAW FIRM | ) | |
| | ) | |

**ORDER STAYING DISBURSEMENT AND DISTRIBUTION OF
COMMON BENEFIT ATTORNEYS' FEES PENDING APPEAL**

Common benefit fee claimant and objector the Branch Law Firm has moved for a stay of disbursement and distribution of common benefit attorneys' fees as allocated in the Court's August 9, 2011 Order & Reasons pending the resolution of its appeal of that Order.

The Court, having considered the reasons for the stay of disbursement and distribution of common benefit attorneys' fees, and good cause appearing therefor, hereby **ORDERS** that that Motion to Stay Disbursement of Common Benefit Fee Allocation Pending Appeal is **GRANTED.**

New Orleans, Louisiana, this ____ day of _____, 2011.

_____
ELDON E. FALLON,
UNITED STATES DISTRICT JUDGE