# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | § | CIVIL ACTION NO. |
| | § | MDL NO. 1657 |
| PRODUCTS LIABILITY | § | |
| LITIGATION | § | SECTION L |
| | § | |
| This document relates to all cases | § | JUDGE FALLON |
| | § | MAG. JUDGE KNOWLES |
| FILER:  JACK E. URQUHART | § | SPECIAL MASTER |
| | § | PATRICK A. JUNEAU |
| | § | |
| | | August 25, 2011 |

## NOTICE OF APPEAL

Notice is hereby given that Kathryn Snapka (Successor in Interest to Snapka, Turman & Waterhouse, hereinafter referred to as "Snapka") and Escobedo, Tippit & Cárdenas (referred to in this document and on appeal by the names of the real parties in interest José Escobedo, Jr. and David Hockema, or, collectively "Escobedo-Hockema"), Common Benefit Fee Claimants and Objectors hereby appeal to the United States Court of Appeals for the Fifth Circuit from the United States District Court for the Eastern District of Louisiana the following orders in their entirety:

- August 25, 2011 Order (Record Document 63314); regarding distribution of Common Benefit Funds;

- August 9, 2011 Orders and Reasons (Record Document 63195) denying objections and allocating common benefit attorneys' fees among attorneys who did common benefit work;

- August 5, 2011 Orders and Reasons (Record Document 63188) denying objections to the Special Master Juneau's Report and Recommendations, and to certain evidentiary rulings the Special Master made at the hearing the Special Master supervised from May 9, 2011, to May 13, 2011;

- April 21, 2011 Order (Record Document 62883) denying appeal objecting to the Special Master's Report and Scheduling Order and motion to expedite and to stay the Scheduling Order pending the Court's ruling on the appeal;

- March 22, 2011 Order and Reasons (Record Document 62716) denying partial summary judgment to strike FAC's recommendation as to how the common benefit fees should be allocated; and

- January 1, 2011 Order (Record Document 60824) denying request for production of the points grid the Fee Allocation Committee used during their preparation of the recommended allocation of common benefit attorneys' fees.

In addition to the foregoing orders, Snapka and Escobedo-Hockema are appealing all other appealable orders and judgments entered herein.

Respectfully submitted,

**BEIRNE, MAYNARD & PARSONS, L.L.P.**

  /s/ Jack E. Urquhart
Jack E. Urquhart
State Bar No. 20415600
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone:  (713) 871-6760
Facsimile:   (713) 960-1527

**ATTORNEYS FOR KATHRYN SNAPKA, JOSÉ ESCOBEDO, JR. AND DAVID HOCKEMA**

Of Counsel:

Gary Alfred
Texas Bar No. 24011214
Terry Adams
Texas Bar No. 00874010
Charles T. Miers
Texas Bar No. 00784600
BEIRNE, MAYNARD & PARSONS, L.L.P.
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone:  (713) 871-6760
Facsimile:   (713) 960-1527

Paul M. Lavelle
Louisiana Bar Number is 08134
BEIRNE, MAYNARD & PARSONS, L.L.P.
110 Poydres Street, Suite 2900
New Orleans, LA 70163
Telephone: (504) 799-2223
Facsimile:  (504) 799-2224

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing document has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing, and that the forgoing was sent via email to:

Russ Herman, rherman@hhkc.com

Andy Birchfield, andy.birchfield@beasleyallen.com

Special Master Patrick Juneau, PAJ@juneaudavid.com


This 25th day of August, 2011.

              /s/ Jack E. Urquhart_____
             Jack E. Urquhart