UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | § | MDL NO. 1657 |
| | § | |
| PRODUCTS LIABILITY | § | SECTION L |
| LITIGATION | § | |
| | § | JUDGE FALLON |
| This document relates to all cases | § | MAG. JUDGE KNOWLES |
| | § | SPECIAL MASTER |
| FILER:  JACK E. URQUHART | § | PATRICK A. JUNEAU |
| | § | |
| | § | August 25, 2011 |

## MOTION TO STAY DISBURSEMENT AND DISTRIBUTION OF COMMON BENEFIT ATTORNEYS' FEES PENDING APPEAL

Pursuant to Federal Rules of Appellate Procedure Rule 8(a), Kathryn Snapka (Successor in Interest to Snapka, Turman & Waterhouse, hereinafter referred to as "Snapka") and Escobedo, Tippit & Cárdenas (referred to in this document and on appeal by the names of the real parties in interest José Escobedo, Jr. and David Hockema, or, collectively "Escobedo-Hockema"), Common Benefit Fee Claimants and Objectors, respectfully move this Court for an Order staying disbursement and distribution of common benefit attorneys' fees from the Vioxx Common Benefit Fund as allocated in the Court's August 9, 2011 Order & Reasons pending the appeal of this Court's orders identified in Snapka and Escobedo-Hockema's Notice of Appeal.

Snapka and Escobedo-Hockema pray the Court stay the distribution of any and all common benefit attorneys' fees from the Common Benefit Fund pending Snapka and Escobedo-Hockema's appeal of this Court's orders.

        Respectfully submitted,

        **BEIRNE, MAYNARD & PARSONS, L.L.P.**

        /s/ Jack E. Urquhart
        Jack E. Urquhart
        State Bar No. 20415600
        1300 Post Oak Blvd., Suite 2400
        Houston, Texas 77056
        Telephone:  (713) 871-6760
        Facsimile:   (713) 960-1527

        **ATTORNEYS FOR KATHRYN SNAPKA, JOSÉ ESCOBEDO, JR. AND DAVID HOCKEMA**

Of Counsel:

Gary Alfred
Texas Bar No. 24011214
Terry Adams
Texas Bar No. 00874010
Charles T. Miers
Texas Bar No. 00784600
BEIRNE, MAYNARD & PARSONS, L.L.P.
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone:  (713) 871-6760
Facsimile:   (713) 960-1527

Paul M. Lavelle
Louisiana Bar Number is 08134
BEIRNE, MAYNARD & PARSONS, L.L.P.
110 Poydres Street, Suite 2900
New Orleans, LA 70163
Telephone: (504) 799-2223
Facsimile:  (504) 799-2224

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing document has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing, and that the forgoing was sent via email to:

Russ Herman, rherman@hhkc.com

Andy Birchfield, andy.birchfield@beasleyallen.com

Special Master Patrick Juneau, PAJ@juneaudavid.com


This 25th day of August, 2011.

      /s/ Jack E. Urquhart
      Jack E. Urquhart