UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | § | MDL NO. 1657 |
| | § | |
| PRODUCTS LIABILITY | § | SECTION L |
| LITIGATION | § | |
| | § | JUDGE FALLON |
| This document relates to all cases | § | MAG. JUDGE KNOWLES |
| | § | SPECIAL MASTER |
| FILER: JACK E. URQUHART | § | PATRICK A. JUNEAU |
| | § | |
| | § | August 25, 2011 |

## ORDER

Upon consideration of Objectors Kathryn Snapka ("Snapka") and Escobedo, Tippit & Cárdenas (referred to in this document by the names of the real parties in interest José Escobedo and David Hockema, or, collectively "Escobedo-Hockema") Motion to Stay, the Court has determined that the Motion has merit.

THEREFORE, the Court finds this motion should be GRANTED.

IT IS HEREBY ORDERED that the distribution of any and all common benefit attorneys' fees from the common benefit fund are hereby stayed pending Snapka and Escobedo-Hockema's appeal of this Court's orders.

New Orleans, Louisiana, this _____ day of _____ 2011.

_____
THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

4