UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | § | MDL NO. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § § § | SECTION L |
| | § | JUDGE FALLON |
| This document relates to all cases | § | MAG. JUDGE KNOWLES |
| | § | SPECIAL MASTER |
| FILER: JACK E. URQUHART | § | PATRICK A. JUNEAU |
| | § | |
| | § | August 25, 2011 |

**NOTICE OF JOINDER OF THE BRANCH LAW FIRM'S
MOTION FOR EXPEDITED HEARING ON MOTION TO STAY**

**Comes now** Kathryn Snapka (Successor in Interest to Snapka, Turman & Waterhouse, hereinafter referred to as "Snapka") and Escobedo, Tippit & Cárdenas (referred to in this document and on appeal by the names of the real parties in interest José Escobedo and David Hockema, or, collectively "Escobedo-Hockema") and files this their Adoption and Joinder of The Branch Law Firm's Motion to Expedited Hearing. This adoption and joinder is brought pursuant to Federal Rules of Civil Procedure Rule 10. This adoption and joinder is done in the interest of judicial economy and efficiency and the desire to avoid the needless waste of paper and judicial resources. Because the arguments cited and requests made by The Branch Law Firm in its motion are equally applicable to Snapka and Escobedo-Hockema, accordingly, Snapka and Escobedo-Hockema hereby adopt and incorporate The Branch Law Firm' motion as if fully set forth herein.

## II.     Prayer

Snapka and Escobedo-Hockema hereby pray that the Court grant this meritorious Motion, that Snapka and Escobedo-Hockema's motion be heard and for all such other relief, in law or in equity, general or special, to which it may show itself justly entitled.

                      Respectfully submitted,

                      **BEIRNE, MAYNARD & PARSONS, L.L.P.**

                        /s/ Jack E. Urquhart
                      Jack E. Urquhart
                      State Bar No. 20415600
                      1300 Post Oak Blvd., Suite 2400
                      Houston, Texas 77056
                      Telephone:  (713) 871-6760
                      Facsimile:   (713) 960-1527

                      **ATTORNEYS FOR KATHRYN SNAPKA, JOSÉ ESCOBEDO, JR. AND DAVID HOCKEMA**

Of Counsel:

Gary Alfred
Texas Bar No. 24011214
Terry Adams
Texas Bar No. 00874010
Charles T. Miers
Texas Bar No. 00784600
BEIRNE, MAYNARD & PARSONS, L.L.P.
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone:  (713) 871-6760
Facsimile:   (713) 960-1527

Paul M. Lavelle
Louisiana Bar Number is 08134
BEIRNE, MAYNARD & PARSONS, L.L.P.
110 Poydras Street, Suite 2900
New Orleans, LA 70163
Telephone: (504) 799-2223
Facsimile:  (504) 799-2224

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing document has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing, and that the forgoing was sent via email to:

Russ Herman, rherman@hhkc.com
Andy Birchfield, andy.birchfield@beasleyallen.com
Special Master Patrick Juneau, PAJ@juneaudavid.com

This 25th day of August, 2011.

                                                      /s/ Jack E. Urquhart
                                                   Jack E. Urquhart