UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | ) | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | Section L |
| | ) | |
| THIS DOCUMENT RELATES | ) | JUDGE FALLON |
| TO ALL CASES | ) | MAGISTRATE KNOWLES |
| | ) | SPECIAL MASTER JUNEAU |
| FILER:  THE BRANCH LAW FIRM | ) | |
| _____ | ) | |

## MOTION FOR EXPEDITED HEARING

**COMES NOW** Common Benefit Fee Claimant and Objector the Branch Law Firm and respectfully moves this Court for an expedited hearing on its Motion to Stay Disbursement and Distribution of Common Benefit Attorneys' Fees Pending Appeal.  This Motion is brought on the grounds that the August 9, 2011 Order & Reasons does not indicate when common benefit attorneys' fees are to be distributed; thus, good cause exists because irreparable harm will result if such fees are disbursed prior to resolution of Branch's appeal of that Order and prior to the Court's ruling on pending motions relating to fees that were previously disbursed from the Common Benefit Fund without an Order from the Court.

Respectfully submitted,

Dated:  August 22, 2011

**THE BRANCH LAW FIRM**

Turner W. Branch
tbranch@branchlawfirm.com
2025 Rio Grande Blvd. NW
Albuquerque, New Mexico 87104
(505) 243-3500 (telephone)
(505) 243-3354 (telefax)

1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and forgoing document has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing. This 22nd day of August, 2011.

_____
Turner W. Branch