# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX ) | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | Section L |
| ) | |
| THIS DOCUMENT RELATES ) | JUDGE FALLON |
| TO ALL CASES ) | MAGISTRATE KNOWLES |
| ) | SPECIAL MASTER JUNEAU |
| FILER: THE BRANCH LAW FIRM ) | |
| _____) | |

## ORDER GRANTING MOTION FOR EXPEDITED HEARING

Upon consideration of Common Benefit Fee Claimant and Objector the Branch Law Firm's Motion for an Expedited Hearing on its Motion to Stay Disbursement of Common Benefit Attorneys' Fees Pending Appeal, it is hereby ORDERED that the motion should be GRANTED.

New Orleans, Louisiana, this ____ day of _____ 2011.

_____
**THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE**

1