UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br>SECTION L<br><br>This document relates to:<br><br>ALL COMMON<br>BENEFIT FEE APPLICANTS | MDL Docket No. 1657<br><br><br><br><br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

### FEE ALLOCATION COMMITTEE'S OPPOSITION
### TO BECNEL'S MOTION TO AMEND JUDGMENT

The Fee Allocation Committee hereby opposes the Becnel Law Firm's Motion to Amend Judgment. The Becnel Law Firm's ("Becnel") motion is based on a claim that the Court's Order of August 9, 2011 contains factual error. Becnel claims that attorneys he engaged to perform document review during this litigation were employees, not "contract lawyers" as noted in the Court's Order. The persons in question are: Meghan Becnel, Mike Breinin, Monica Grant, Holly Lamarche, Mary Lorenz, William Percy, Darla Sanderson, and Rebecca Todd. Becnel argues that because these individuals were "employees," the Court should allocate additional common benefit fees to the Becnel Law Firm on that basis. Becnel's motion stands in direct contradiction to pleadings previously filed in this Court as well as Daniel Becnel's sworn testimony.

In the Report and Recommendation of the Special Master on Allocation of Common Benefit Fees, the Special Master made specific findings that the attorneys whose time Becnel submitted were contract lawyers and that Becnel had failed to make the necessary disclosures required by Pre-Trial Order 6D. See Report and Recommendation of the Special Master, at 17

(June 27, 2011) (doc no. 63093) (Ex. A).  Thereafter, Mr. Becnel filed a Reply to the Special Master's Report but rather than object to the Special Master's finding regarding the employment status of these individuals, Becnel concedes that they were "contract employees," referring to them as such throughout the pleading.  See Becnel Reply to Special Master's Report and Recommendation (July 1, 2011) (Ex. B).  Becnel writes, "[I]t should be noted that the majority of the **contract attorneys** Becnel provided to work on the Vioxx case were experienced in MDL work." Id. at 3 (emphasis added).  In fact, Becnel argued that though these individuals were contract lawyers that their work should be considered similarly to the work of an associate.  The basis of Becnel's Motion to Amend is antithetical to its previous filings in this Court.

Moreover, when questioned by the Special Master during a hearing on May 12, 2011, Daniel Becnel gave sworn testimony that the individuals in question were contract lawyers not "W-2 employees":

> SPECIAL MASTER JUNEAU: Let me ask you this question.  All of the people that you indicated, were they what I would call a W-2 payroll employee or were these contracted?
>
> THE WITNESS: No, I hired them -- Mr. Juneau, I've never had a partner, not even my son, not even my wife. And the only reason I've never had a partner, I pay people more than most people make as a partner. The reason why is because I was so disgusted with watching my friends have partnerships where somebody would in the middle of the night run off with half of their files and then there would be turmoil, I just didn't want that.
>
> SPECIAL MASTER JUNEAU: So if I understand what you're telling me, these people were, in essence, independent contractors to you?
>
> THE WITNESS: To me, with a provision that they would get bonus at the end of the case, as I had always given.

Tr. of May 12, 2011, at 30-31 (Ex. C).  On direct examination by his associate, Mr. Kilbert, both Mr. Kilbert and Mr. Becnel referred to these individuals as contract lawyers.  Id. at 33-34.

2

Furthermore, Mr. Becnel testified regarding the hourly rates that he paid these individuals $20-$30 per hour depending on their experience. *Id.* at 31.

On cross-examination, Mr. Becnel acknowledged that these individuals were contract lawyers in keeping with Pre-Trial Order 6D:

> Q. In Pretrial Order 6D, Judge Fallon ordered, where work was performed by contract lawyers, those counsel are required to disclose the salary wage of such contract lawyers to avoid paying windfall profits to such counsel, correct?
>
> A. Okay.
>
> Q. Correct?
>
> A. That's correct.
>
> Q. And you did not provide that information in your common benefit fee application affidavit, did you?
>
> A. And you could not provide it because I don't know what their compensation will be.
>
> Q. Is that your position, Mr. Becnel?
>
> A. *I don't know what their compensation will be because I don't know what I'll get on their hours*.

*Id.* at 101-102 (emphasis added). Mr. Becnel's testimony makes clear that these individuals were contract attorneys.

This fact is further supported by the affidavit of Mr. Richard Arsenault. Mr. Becnel and Mr. Arsenault entered into an arrangement to share the costs associated with these contract lawyers. *Id.* at 109-110. Mr. Arsenault's affidavit makes patent that these individuals were not associates with the Becnel Law Firm but were contract lawyers.

> [I]n response to specific and repeated PSC requests for assistance at various document depositories, we made arrangements for 6 **contract lawyers** to become involved in that process. They provided valuable services at a time when they were sorely needed.

3

> We understand that the compensation for these **contract lawyers** will be treated differently than associates or partners. We therefore ask that in whatever allocation is made, that there be a specific and segregated monetary allocation for the contract attorney time. The reason for this is that the funding for these **contract lawyers** was shared with other lawyers involved in the Vioxx litigation that have an interest in this specific portion of any common benefit award. Additionally, as required by PTO 6(D), we take this opportunity to disclose the monthly compensation rate for these **contract attorneys**: M. Parker (4-yr lawyer) $3,000, M. Lorenz (4-yr lawyer) $3,000, M. Breinin (12-yr lawyer) $3,333.33, H. Lamarche (4-yr lawyer) $3,000, W. Percy (26-yr lawyer) $3,750, and D. Sanderson (4-yr lawyer) $3,333.33.

See Richard Arsenault Aff. 3 (October 31, 2008) (emphasis added) (Ex. D).  Becnel failed to disclose the monthly compensation for these individuals in the Pre-Trial Order 6D affidavit that he submitted in support of his common benefit fee application.

The common benefit fee allocation process has been ongoing for some time.  Becnel has had opportunity to present his claim for common benefit fees to the Fee Allocation Committee, the Special Master, and the Court on numerous occasions in person and through its filings in this Court.  Throughout that process, Becnel has never asserted that the individuals that are the subject of the motion were anything other than contract attorneys.  Now, at the eleventh hour and after the Court's Order of August 9, 2011 allocating the common benefit fund has become final, Becnel declares for the first time that these individuals were employees, not contract lawyers. Becnel's assertion is untimely, against the great weight of evidence in the record, and completely contradictory to Becnel's sworn testimony and the pleadings filed in this Court.

For these reasons and others outlined above, Becnel's Motion to Amend should be denied.

Respectfully submitted,

Date: August 26, 2011

By: ___/s/ Russ M. Herman_____
**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, L.L.P.*
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892

**PLAINTIFFS' LIAISON COUNSEL, CHAIR OF THE FEE ALLOCATION COMMITTEE, AND LIAISON COUNSEL FOR COMMON BENEFIT COUNSEL**

By: ___/s/ Andy D. Birchfield, Jr.,_____
**Andy D. Birchfield, Jr**.
*Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.*
P. O. Box 4160
Montgomery, AL 36103-4160
Telephone: (334) 369-2343

**PLAINTIFFS' CO-LEAD COUNSEL, SECRETARY OF THE FEE ALLOCATION COMMITTEE, AND CO-LEAD COUNSEL FOR COMMON BENEFIT COUNSEL**

By: ___/s/ Christopher A. Seeger_____
**Christopher A. Seeger**
*Seeger Weiss*
One William Street
New York, NY 10004
Telephone: (212) 584-0700

**PLAINTIFFS' CO-LEAD COUNSEL AND CO-LEAD COUNSEL FOR COMMON BENEFIT COUNSEL**

5

Russ M. Herman, Esq.
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
(504) 581-4892 (telephone)
(504) 561-6024 (telecopier)

Andy D. Birchfield, Jr., Esquire
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
(800) 898-2034 (telephone)
(334) 954-7555 (telecopier)

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Thomas V. Girardi, Esq.
GIRARDI & KEESE
1126 Wilshire Blvd.
Los Angeles, CA 90017-1904
(213) 977-0211 (telephone)

Mark Lanier, Esq.
LANIER LAW FIRM, PC
6810 FM 1960 West
Houston, TX 77069
(713) 659-5200 (telephone)
(713) 659-2204 (telecopier)

Edward F. Blizzard, Esq.
BLIZZARD, MCCARTHY & NABERS, LLP
Lyric Centre, 440 Louisiana
Suite 1710
Houston, TX 77002-1689
(713) 844-3750 (telephone)
(713) 844-3755 (telecopier)

Perry Weitz, Esq.
WEITZ & LUXENBERG
180 Maiden Lane
New York, NY 10038
(212) 558-5500 (telephone)
(212) 344-5461 (telecopier)

**FEE ALLOCATION COMMITTEE**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion has been served on Liaison Counsel, Russ Herman, Ann B. Oldfather, and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and email, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL No. 1657, on this 26th day of August, 2011.

    /s/ Andy D. Birchfield, Jr.
**Andy D. Birchfield, Jr**.
*Beasley, Allen, Crow, Methvin,*
*Portis & Miles, P.C.*
P. O. Box 4160
Montgomery, AL  36103-4160
Telephone: (334) 369-2343
Facsimile: (334) 954-7555