UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This document relates to: | Judge Fallon |
| *William Andrew and Tonya Curl v. Merck & Co., Inc., et al*, Civil Action No. 2:05-CV-05295 | Magistrate Judge Knowles |

## DEFENDANT, CHARLES CONLEY, D.O.'S MOTION FOR SUMMARY JUDGMENT

Comes the Defendant, Charles Conley, D.O., through counsel, in accordance with FRCP 56 & L.R. 56 and hereby moves this Honorable Court to enter an Order granting Summary Judgment in this case due to the continued absence of any competent evidence sufficient to establish a *prima facie* case of medical malpractice. Without such evidence, there is no genuine issue as to any material fact and Dr. Conley is entitled to judgment as a matter of law. For this reason, the dismissal of Plaintiffs' claims against Dr. Conley is appropriate and must be granted.

A Memorandum in Support and tendered Order are attached hereto.

Respectfully Submitted,

/s/ James E. Smith
David B. Gazak
Daniel G. Brown
James E. Smith
Darby and Gazak, P.S.C.
3220 Office Pointe Place
Suite 200
Louisville, Kentucky 40220

(502) 412-5020 Tel.
(502) 412-1004 Fax
jsmith@darbygazak.com
pleadings@darbygazak.com
*Counsel for Defendant,*
*Charles Conley, D.O.*

## CERTIFICATE OF SERVICE

I hereby certify that on **March 29, 2011**, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of the electronic filing to the following:

| | |
|---|---|
| Ronald R. Benjamin<br>Law Office of Ronald R. Benjamin<br>126 Riverside Drive<br>P.O. Box 607<br>Binghamton, NY 13902-0607<br>607-772-1442 Tel.<br>607-772-1678 Fax<br>*Counsel for Plaintiffs* | Phillip A. Wittman<br>Dorothy H. Wimberly<br>Stone Pigman Walther Wittmann, LLC<br>546 Carondetet Street<br>New Orleans, Louisiana 70130<br>504-581-3200 Tel.<br>504-581-3361 Fax<br>dwimberly@stonepigman.com<br>*Defendants' Liaison Counsel* |
| Douglas R. Marvin<br>Eva Petko Esber<br>Williams & Connolly LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>202-434-5000 Tel.<br>202-434-5029 Fax<br>*Counsel for Merck & Co., Inc.* | Winston E. Miller<br>Frost Brown Todd, LLC<br>400 West Market Street<br>32nd Floor<br>Louisville, Kentucky 40202<br>502-589-5400 Tel.<br>502-581-1087 Fax<br>*Counsel for Defendant,*<br>*Merck & Co., Inc.* |
| Susan J. Pope<br>250 West Main Street<br>Suite 2700<br>Lexington, Kentucky 40507-1749<br>859-244-3204 Tel<br>859-231-0011 Fax<br>*Co-Counsel for Defendant,*<br>*Merck & Co., Inc.* | |

/s/ James E. Smith
*One of Counsel for Defendant,*

*Charles Conley, D.O.*