UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| This document relates to: | Judge Fallon |
| *William Andrew and Tonya Curl v. Merck & Co., Inc., et al*, Civil Action No. 2:05-CV-05295 | Magistrate Judge Knowles |

### PROPOSED ORDER

Motion having been made, all parties having had the opportunity to respond, and this Court being sufficiently advised;

IT IS HEREBY ORDERED that Charles Conley, D.O.'s, Motion for Summary Judgment on the allegations against him is GRANTED WITH PREJUDICE.

_____
Judge Fallon

Date: _____

Tendered by:

/s/ James E. Smith
*One of Counsel for Defendant,
Charles Conley, D.O.*

cc: All counsel of record