UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Vioxx                                                    MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION                                   Section L

This document relates to:                                       Judge Fallon

*William Andrew and Tonya Curl v. Merck &*                      Magistrate Judge Knowles
*Co., Inc., et al,* Civil Action No. 2:05-CV-
05295

---

## DEFENDANT, CHARLES CONLEY, D.O.'S NOTICE OF SUBMISSION

---

**PLEASE TAKE NOTICE** that Charles Conley, D.O., will submit the Motion for Summary

Judgment on behalf of Defendant Charles Conley, D.O. to the Honorable Eldon E. Fallon at 9:00

a.m. on Wednesday June 1, 2011, or at an earlier date as ordered by the Court, at 500 Camp Street,

New Orleans, LA.

                                        Respectfully Submitted,

                                        /s/ James E. Smith
                                        David B. Gazak
                                        Daniel G. Brown
                                        James E. Smith
                                        Darby and Gazak, P.S.C.
                                        3220 Office Pointe Place
                                        Suite 200
                                        Louisville, Kentucky 40220
                                        (502) 412-5020 Tel.
                                        (502) 412-1004 Fax
                                        jsmith@darbygazak.com
                                        pleadings@darbygazak.com
                                        *Counsel for Defendant,*
                                        *Charles Conley, D.O.*

## CERTIFICATE OF SERVICE

I hereby certify that on **May 10, 2011**, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of the electronic filing to the following:

| | |
|---|---|
| Ronald R. Benjamin<br>Law Office of Ronald R. Benjamin<br>126 Riverside Drive<br>P.O. Box 607<br>Binghamton, NY 13902-0607<br>607-772-1442 Tel.<br>607-772-1678 Fax<br>*Counsel for Plaintiffs* | Phillip A. Wittman<br>Dorothy H. Wimberly<br>Stone Pigman Walther Wittmann, LLC<br>546 Carondetet Street<br>New Orleans, Louisiana 70130<br>504-581-3200 Tel.<br>504-581-3361 Fax<br>dwimberly@stonepigman.com<br>*Defendants' Liaison Counsel* |
| Douglas R. Marvin<br>Eva Petko Esber<br>Williams & Connolly LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>202-434-5000 Tel.<br>202-434-5029 Fax<br>*Counsel for Merck & Co., Inc.* | Winston E. Miller<br>Frost Brown Todd, LLC<br>400 West Market Street<br>32nd Floor<br>Louisville, Kentucky 40202<br>502-589-5400 Tel.<br>502-581-1087 Fax<br>*Counsel for Defendant,*<br>*Merck & Co., Inc.* |
| Susan J. Pope<br>250 West Main Street<br>Suite 2700<br>Lexington, Kentucky 40507-1749<br>859-244-3204 Tel<br>859-231-0011 Fax<br>*Co-Counsel for Defendant,*<br>*Merck & Co., Inc.* | |

/s/ James E. Smith
*One of Counsel for Defendant,*
*Charles Conley, D.O.*

Your transaction has been successfully submitted to LexisNexis File & Serve. Your transaction information appears below. To print this information for your records, click anywhere on the transaction information, then click the browser Print button.
For a formatted copy of this information, obtain a transaction report.
To perform another transaction, click **Begin a New Transaction.**
To exit File & Serve, click **Return to My File & Serve.**

**TIP:** Receive notifications of new Filing & Service activity that match your search criteria. Click on the Alerts tab.

## LexisNexis File & Serve Transaction Receipt

| | |
|---|---|
| **Transaction ID:** | 37489215 |
| **Submitted by:** | Sharon Stauble-Smith, Darby & Gazak PSC |
| **Authorized by:** | James Eric Smith, Darby & Gazak PSC |
| **Authorize and file on:** | May 10 2011 9:49AM CDT |

| | |
|---|---|
| **Court:** | LA US District Court Eastern District E-Service-Vioxx |
| **Division/Courtroom:** | N/A |
| **Case Class:** | Civil-Vioxx |
| **Case Type:** | Product Liability-Pharmaceutical(4) |
| **Case Number:** | 2:05cv05295 |
| **Case Name:** | Curl, Tonya et al vs Merck & Co Inc et al |

| | |
|---|---|
| **Transaction Option:** | Serve Only - Public |
| **Billing Reference:** | Conley/Curl - Notice of Submission |
| **Read Status for e-service:** | Not Purchased |

**Documents List**
**7 Document(s)**

**Attached Document, 2 Pages   Document ID: 39148752**                    PDF Format  |  Original Format

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Notice (Other) | Secure Public | $0.00 | |

**Document title:**
Defendant Charles Conley, D.O.'s Notice of Submission

**Attached Document, 3 Pages   Document ID: 39148803**                    PDF Format  |  Original Format
Related Document ID: 39148752

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Motion | Secure Public | $0.00 | |

**Document title:**
Motion of Summary Judgment.

**Attached Document, 11 Pages   Document ID: 39148845**                    PDF Format  |  Original Format
Related Document ID: 39148752

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Other Court Filed Documents | Secure Public | $0.00 | |

**Document title:**
Memorandum in Support of Motion for Summary Judgment.

**Attached Document, 1 Pages   Document ID: 39148865**                    PDF Format  |  Original Format
Related Document ID: 39148752

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Proposed Order | Secure Public | $0.00 | |

**Document title:**
Proposed Order

**Attached Document, 2 Pages   Document ID: 39148883**                    PDF Format  |  Original Format
Related Document ID: 39148752

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Exhibits | Secure Public | $0.00 | |

**Document title:**
Exhibit 1

**Attached Document, 3 Pages   Document ID: 39148893**                    PDF Format  |  Original Format
Related Document ID: 39148752

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Exhibits | Secure Public | $0.00 | |

**Document title:**
EXhibit 2

**Attached Document, 31 Pages   Document ID: 39148914**                    PDF Format  |  Original Format

Related Document ID: 39148752

**Document Type:**
Exhibits

**Access:**
Secure Public

**Statutory Fee:**
$0.00

**Linked:**

**Document title:**
Exhibit 3

Expand All

⊟ **Sending Parties (1)**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| Conley, Charles | Defendant | Gazak, David Bryan | Darby & Gazak PSC | Attorney in Charge |

⊟ **Recipients (17)**

⊟ Service List (14)

| Delivery Option | Party | Party Type | Attorney | Firm | Attorney Type | Method |
|---|---|---|---|---|---|---|
| Service | Defendants Liaison Counsel | Defendant | Anzelmo, Thomas P | McCranie Sistrunk Anzelmo Hardy McDaniel & Welch | National Counsel | E-Service |
| Service | Defendants Liaison Counsel | Defendant | Wimberly, Dorothy H | Stone Pigman Walther Wittmann LLC | National Counsel | E-Service |
| Service | Defendants Liaison Counsel | Defendant | Wittmann, Phillip | Stone Pigman Walther Wittmann LLC | Attorney in Charge | E-Service |
| Service | Defendants Liaison Counsel | Defendant | Hobbs, Jonathan P | McCranie Sistrunk Anzelmo Hardy McDaniel & Welch | National Counsel | E-Service |
| Service | Merck & Co Inc | Defendant | Cohen, Charles W | Hughes Hubbard & Reed LLP-New York | National Counsel | E-Service |
| Service | Merck & Co Inc | Defendant | Coronato, Wilfred P | Hughes Hubbard & Reed LLP-New York | National Counsel | E-Service |
| Service | Merck & Co Inc | Defendant | Miller, Winston E | Frost Brown Todd LLC-Louisville | Attorney in Charge | E-Service |
| Service | Merck & Co Inc | Defendant | Pope, Susan J | Frost Brown Todd LLC | Attorney in Charge | E-Service |
| Service | Merck & Co Inc | Defendant | Giamportone, Susan J | Womble Carlyle Sandridge & Rice PLLC-Winston-Salem | Attorney in Charge | E-Service |
| Service | Merck & Co Inc | Defendant | Mavroudis/973004, Dimitrios | Dechert LLP-Philadelphia | Attorney in Charge | E-Service |
| Service | Plaintiffs Liaison Counsel | Plaintiff | Birchfield, Andy D | Beasley Allen Crow Methvin Portis & Miles PC | Co-Counsel | E-Service |
| Service | Plaintiffs Liaison Counsel | Plaintiff | Seeger, Christopher | Seeger Weiss LLP | Co-Counsel | E-Service |
| Service | Plaintiffs Liaison Counsel | Plaintiff | Davis, Leonard | Herman Herman Katz & Cotlar LLP | Attorney in Charge | E-Service |
| Service | Plaintiffs Liaison Counsel | Plaintiff | Herman, Russ | Herman Herman Katz & Cotlar LLP | Co-Counsel | E-Service |

⊟ Additional Recipients (3)

| Deliver To | Address | Include Document |
|---|---|---|
| Eva Esber | eesber@wc.com | Yes |
| Ronald Benjamin | dewalter@stny.rr.com | Yes |
| James Smith | jsmith@darbygazak.com | Yes |

⊞ **Case Parties**

| Begin a New Transaction | | Return to My File & Serve | | Print | | Transaction Report |
|---|---|---|---|---|---|---|

 LexisNexis®

About LexisNexis | Terms & Conditions | Privacy | Customer Support - 1-888-529-7587
Copyright © 2011 LexisNexis®, a division of Reed Elsevier Inc. All rights reserved.