UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | ) | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | Section L |
| | ) | |
| THIS DOCUMENT RELATES | ) | JUDGE FALLON |
| TO ALL CASES | ) | MAGISTRATE KNOWLES |
| | ) | SPECIAL MASTER JUNEAU |
| FILER: THE BECNEL LAW FIRM | ) | |
| _____ | ) | |

## REPLY MEMORANDUM BY THE BECNEL LAW FIRM TO THE FEE ALLOCATION COMMITTEE'S OPPOSITION TO BECNEL'S MOTION TO AMEND ORDER

The Becnel Law Firm ("Becnel") is surprised by the Fee Allocation Committee's Opposition (Doc # 63321) regarding payment for the work covered in Becnel's Motion To Amend (Doc # 63313) this Court's August 9 Order (Doc # 63195) allocating common benefit attorney fees.

This is because all the work that is the subject of the Motion, as has been previously noted, was performed:

(1) <u>only when the attorneys were full-time employees</u>;

(2) <u>only for requests directly from the Plaintiffs Steering Committee</u>;

(3) <u>only at the offices of the PSC; the Seeger, Weiss firm; and the Beasley, Allen firm</u>; and

(4) <u>only under the direct supervision and instruction of the PSC</u>.

Becnel is not seeking payment here for all these lawyers' work in this case (indeed, not even a majority of it), as was clearly discussed and delineated in the Motion. This request is only for those eight months after they became full-time employees (as the PSC had instructed).

1

During the fee determination phase, Becnel did not challenge the various statements that the lawyers had been "contract lawyers" only because he did not remember that they had become full-time employees in June 2005.[1]

The work has always been unquestioned; the only issue is whether it is too late for there to be an allocation for it.

Accordingly, it is respectfully submitted that the Motion To Amend be granted.

Respectfully submitted,

*/s/ Daniel E. Becnel, Jr.*_____

DANIEL E. BECNEL, JR. (#2926)
**BECNEL LAW FIRM, LLC**
P. O. Drawer H
106 West Seventh Street
Reserve, Louisiana  70084
Telephone: (985) 536-1186
Fax: (985) 536-6445
E-mail: dbecnel@becnellaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and forgoing document has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing.
This **30th** day of August, 2011.          */s/ Daniel E. Becnel, Jr.*

---

[1] Mr. Becnel has had memory loss since he began medications in August 2010 for leukemia and does not independently recall that they had been full-time employees.  After the Court's August 9 Order was issued, he was told that it had been known that in 2005, at the PSC's instruction, these attorneys had become full-time employees. He then checked the firm's records and saw the W-2s that are "Exhibit A" to the Motion to Amend. Had the PSC corrected this misconception when it was brought up, this Motion would not have occurred.