UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | ) | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | Section L |
| | ) | |
| THIS DOCUMENT RELATES | ) | JUDGE FALLON |
| TO ALL CASES | ) | MAGISTRATE KNOWLES |
| | ) | SPECIAL MASTER JUNEAU |
| FILER: THE BRANCH LAW FIRM | ) | |
| | ) | Submission date: September 14, 2011 |

**MOTION FOR LEAVE FOR THE BRANCH LAW FIRM TO FILE A REPLY MEMORANDUM IN RESPONSE TO THE FEE ALLOCATION COMMITTEE'S OPPOSITION TO MOTION TO STAY**

The Branch Law Firm respectfully requests leave of this Court to file a Reply to the Fee Allocation Committee's Opposition to Motion to Stay set for hearing on September 14, 2011.

The extensive fact and legal issues presented by this matter warrant the reply.

Respectfully submitted,

Dated: August 29, 2011

**THE BRANCH LAW FIRM**

Turner W. Branch
tbranch@branchlawfirm.com
2025 Rio Grande Blvd. NW
Albuquerque, New Mexico 87104
(505) 243-3500 (telephone)
(505) 243-3354 (telefax)

1

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing document has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing.

This 29th day of August, 2011.

_____
Turner W. Branch