Click to Print

## Transaction 35568985

**Case number:** 2:08cv04559
**Case name:** Wodowski, Michael vs Merck & Co Inc et al
**Court:** LA US District Court Eastern District E-Service-Vioxx

**Judge:** Judge, Louisiana Vioxx

Served only (public) at 1/25/2011 2:10 PM CST
No calendar event scheduled

### Document List (1)    Total Statutory Fees: $0.00

Main Document, 3 pages   ID: 45393840

| | |
|---|---|
| **Document type:** | Notice (Other) |
| **Security:** | Secure Public |
| **Statutory fee:** | $0.00 |
| **Document title:** | Suggestion of Death of Michael Wodowski |

**Clerk review status/action:** N/A

### Other Transaction Data

**Client matter code**
066666

### Parties and Recipients

#### Sending Parties (1)

| Party | Party Type | Attorney | Attorney Type | Firm |
|---|---|---|---|---|
| Defendants Liaison Counsel, | Defendant | Wimberly, Dorothy H | National Counsel | Stone Pigman Walther Wittmann LLC |

#### Recipients (15)

1-15 of 15 recipients

| Party | Party Type | Attorney | Firm | Delivery Status | Delivery Method | Type |
|---|---|---|---|---|---|---|
| Defendants Liaison Counsel | Defendant | Thomas P Anzelmo | McCranie Sistrunk Anzelmo Hardy McDaniel & Welch | 1/25/2011 2:10 PM CST | E-Service | Service |
| Defendants Liaison Counsel | Defendant | Jonathan P Hobbs Esq | McCranie Sistrunk Anzelmo Hardy McDaniel & Welch | 1/25/2011 2:10 PM CST | E-Service | Service |
| Merck & Co Inc | Defendant | Charles W Cohen | Hughes Hubbard & Reed LLP-New York | 1/25/2011 2:10 PM CST | E-Service | Service |
| Merck & Co Inc | Defendant | Theodore Mayer | Hughes Hubbard & Reed LLP-New York | 1/25/2011 2:10 PM CST | E-Service | Service |
| Merck & Co Inc | Defendant | Wilfred P Coronato | Hughes Hubbard & Reed LLP-New York | 1/25/2011 2:10 PM CST | E-Service | Service |
| Merck & Co Inc | Defendant | Vilia B Hayes | Hughes Hubbard & Reed LLP-New York | 1/25/2011 2:10 PM CST | E-Service | Service |
| Merck & Co Inc | Defendant | Susan J Giamportone | Womble Carlyle Sandridge & Rice PLLC-Winston-Salem | 1/25/2011 2:10 PM CST | E-Service | Service |
| Merck & Co Inc | Defendant | Dimitrios Mavroudis/973004 | Dechert LLP-Philadelphia | 1/25/2011 2:10 PM CST | E-Service | Service |
| Moden Giroux Inc | Defendant | Bruce F Gilpatrick | Heidell Pittoni Murphy & Bach | 1/25/2011 2:10 PM CST | E-Service | Service |
| Plaintiffs Liaison Counsel | Plaintiff | Andy D Birchfield | Beasley Allen Crow Methvin Portis & Miles PC | 1/25/2011 2:10 PM CST | E-Service | Service |
| Plaintiffs Liaison Counsel | Plaintiff | Christopher Seeger | Seeger Weiss LLP | 1/25/2011 2:10 PM CST | E-Service | Service |

| | | | | | | |
|---|---|---|---|---|---|---|
| Plaintiffs Liaison Counsel | Plaintiff | Leonard Davis | Herman Herman Katz & Cotlar LLP | 1/25/2011 2:10 PM CST | E-Service | Service |
| Plaintiffs Liaison Counsel | Plaintiff | Russ Herman | Herman Herman Katz & Cotlar LLP | 1/25/2011 2:10 PM CST | E-Service | Service |
| Wodowski, Michael | Plaintiff | Glenn Zuckerman | Weitz & Luxenberg PC | 1/25/2011 2:10 PM CST | E-Service | Service |
| Wodowski, Michael | Plaintiff | Joy Ellen Miserendino Esq | Miserendino Celniker Seegert & Estoff | 1/25/2011 2:10 PM CST | E-Service | Service |

1-15 of 15 recipients

### Additional Recipients (0)

| Document/Notice | Name | Delivery Method | Delivery Status |
|---|---|---|---|
| | | none available | |

### Sender Information

Submitted by:   Catherine Molony, Stone Pigman Walther Wittmann LLC

Authorizer:   Dorothy H Wimberly, Stone Pigman Walther Wittmann LLC

Click to Print

## Transaction 37416029

**Case number:** 2:08cv04559  
**Case name:** Wodowski, Michael vs Merck & Co Inc et al  
**Court:** LA US District Court Eastern District E-Service-Vioxx  

**Judge:** Judge, Louisiana Vioxx

Served only (public) at 5/5/2011 10:23 AM CDT  
No calendar event scheduled

### Document List (3)    Total Statutory Fees: $0.00

**Main Document, 4 pages    ID: 47908956**

| | |
|---|---|
| **Document type:** | Motion |
| **Security:** | Secure Public |
| **Statutory fee:** | $0.00 |
| **Document title:** | Defendant Merck's Motion, Rule and Incorporated Memorandum to Show Cause Why Case Should not be Dismissed with Predjudice under Rule 25 (a)(1) |

**Clerk review status/action:** N/A

**Supporting 47908956, 1 page    ID: 47908957**

| | |
|---|---|
| **Document type:** | Proposed Order |
| **Security:** | Secure Public |
| **Statutory fee:** | $0.00 |
| **Document title:** | Proposed Order |

**Clerk review status/action:** N/A

**Supporting 47908956, 3 pages    ID: 47908958**

| | |
|---|---|
| **Document type:** | Notice |
| **Security:** | Secure Public |
| **Statutory fee:** | $0.00 |
| **Document title:** | Notice of Submission |

**Clerk review status/action:** N/A

### Other Transaction Data

**Client matter code**  
066666

### Parties and Recipients

#### Sending Parties (1)

| Party | Party Type | Attorney | Attorney Type | Firm |
|---|---|---|---|---|
| Defendants Liaison Counsel, | Defendant | Wimberly, Dorothy H | National Counsel | Stone Pigman Walther Wittmann LLC |

#### Recipients (15)

1-15 of 15 recipients

| Party | Party Type | Attorney | Firm | Delivery Status | Delivery Method | Type |
|---|---|---|---|---|---|---|
| Defendants Liaison Counsel | Defendant | Thomas P Anzelmo | McCranie Sistrunk Anzelmo Hardy McDaniel & Welch | 5/5/2011 10:23 AM CDT | E-Service | Service |
| Defendants Liaison Counsel | Defendant | Jonathan P Hobbs Esq | McCranie Sistrunk Anzelmo Hardy McDaniel & Welch | 5/5/2011 10:23 AM CDT | E-Service | Service |

| Party | Role | Name | Firm | Date/Time | Method | Status |
|---|---|---|---|---|---|---|
| Merck & Co Inc | Defendant | Charles W Cohen | Hughes Hubbard & Reed LLP-New York | 5/5/2011 10:23 AM CDT | E-Service | Service |
| Merck & Co Inc | Defendant | Theodore Mayer | Hughes Hubbard & Reed LLP-New York | 5/5/2011 10:23 AM CDT | E-Service | Service |
| Merck & Co Inc | Defendant | Wilfred P Coronato | Hughes Hubbard & Reed LLP-New York | 5/5/2011 10:23 AM CDT | E-Service | Service |
| Merck & Co Inc | Defendant | Vilia B Hayes | Hughes Hubbard & Reed LLP-New York | 5/5/2011 10:23 AM CDT | E-Service | Service |
| Merck & Co Inc | Defendant | Susan J Giamportone | Womble Carlyle Sandridge & Rice PLLC-Winston-Salem | 5/5/2011 10:23 AM CDT | E-Service | Service |
| Merck & Co Inc | Defendant | Dimitrios Mavroudis/973004 | Dechert LLP-Philadelphia | 5/5/2011 10:23 AM CDT | E-Service | Service |
| Moden Giroux Inc | Defendant | Bruce F Gilpatrick | Heidell Pittoni Murphy & Bach | 5/5/2011 10:23 AM CDT | E-Service | Service |
| Plaintiffs Liaison Counsel | Plaintiff | Andy D Birchfield | Beasley Allen Crow Methvin Portis & Miles PC | 5/5/2011 10:23 AM CDT | E-Service | Service |
| Plaintiffs Liaison Counsel | Plaintiff | Christopher Seeger | Seeger Weiss LLP | 5/5/2011 10:23 AM CDT | E-Service | Service |
| Plaintiffs Liaison Counsel | Plaintiff | Leonard Davis | Herman Herman Katz & Cotlar LLP | 5/5/2011 10:23 AM CDT | E-Service | Service |
| Plaintiffs Liaison Counsel | Plaintiff | Russ Herman | Herman Herman Katz & Cotlar LLP | 5/5/2011 10:23 AM CDT | E-Service | Service |
| Wodowski, Michael | Plaintiff | Glenn Zuckerman | Weitz & Luxenberg PC | 5/5/2011 10:23 AM CDT | E-Service | Service |
| Wodowski, Michael | Plaintiff | Joy Ellen Miserendino Esq | Miserendino Celniker Seegert & Estoff | 5/5/2011 10:23 AM CDT | E-Service | Service |

1-15 of 15 recipients

**Additional Recipients (0)**

| Document/Notice | Name | Delivery Method | Delivery Status |
|---|---|---|---|
| | | none available | |

**Sender Information**

Submitted by: Catherine Molony, Stone Pigman Walther Wittmann LLC

Authorizer: Dorothy H Wimberly, Stone Pigman Walther Wittmann LLC

Click to Print

## Transaction 37555770

| | |
|---|---|
| Case number: | 2:08cv04559 |
| Case name: | Wodowski, Michael vs Merck & Co Inc et al |
| Court: | LA US District Court Eastern District E-Service-Vioxx |
| Judge: | Judge, Louisiana Vioxx |

Served only (public) at 5/12/2011 2:59 PM CDT
No calendar event scheduled

### ⊟ Document List (1)    Total Statutory Fees: $0.00

**Main Document, 1 page   ID: 48099531**

| | | | |
|---|---|---|---|
| Document type: | Order | Clerk review status/action: | N/A |
| Security: | Secure Public | | |
| Statutory fee: | $0.00 | | |
| Document title: | Order to Show cause on June 1, 2011 | | |

### ⊟ Other Transaction Data

**Client matter code**
066666

### ⊟ Parties and Recipients

#### ⊟ Sending Parties (1)

| ▲ Party | Party Type | Attorney | Attorney Type | Firm |
|---|---|---|---|---|
| Defendants Liaison Counsel, | Defendant | Wimberly, Dorothy H | National Counsel | Stone Pigman Walther Wittmann LLC |

#### ⊟ Recipients (15)

1-15 of 15 recipients

| ▲ Party | Party Type | Attorney | Firm | Delivery Status | Delivery Method | Type |
|---|---|---|---|---|---|---|
| Defendants Liaison Counsel | Defendant | Thomas P Anzelmo | McCranie Sistrunk Anzelmo Hardy McDaniel & Welch | 5/12/2011 2:59 PM CDT | E-Service | Service |
| Defendants Liaison Counsel | Defendant | Jonathan P Hobbs Esq | McCranie Sistrunk Anzelmo Hardy McDaniel & Welch | 5/12/2011 2:59 PM CDT | E-Service | Service |
| Merck & Co Inc | Defendant | Charles W Cohen | Hughes Hubbard & Reed LLP-New York | 5/12/2011 2:59 PM CDT | E-Service | Service |
| Merck & Co Inc | Defendant | Theodore Mayer | Hughes Hubbard & Reed LLP-New York | 5/12/2011 2:59 PM CDT | E-Service | Service |
| Merck & Co Inc | Defendant | Wilfred P Coronato | Hughes Hubbard & Reed LLP-New York | 5/12/2011 2:59 PM CDT | E-Service | Service |
| Merck & Co Inc | Defendant | Vilia B Hayes | Hughes Hubbard & Reed LLP-New York | 5/12/2011 2:59 PM CDT | E-Service | Service |
| Merck & Co Inc | Defendant | Susan J Giamportone | Womble Carlyle Sandridge & Rice PLLC-Winston-Salem | 5/12/2011 2:59 PM CDT | E-Service | Service |
| Merck & Co Inc | Defendant | Dimitrios Mavroudis/973004 | Dechert LLP-Philadelphia | 5/12/2011 2:59 PM CDT | E-Service | Service |
| Moden Giroux Inc | Defendant | Bruce F Gilpatrick | Heidell Pittoni Murphy & Bach | 5/12/2011 2:59 PM CDT | E-Service | Service |
| Plaintiffs Liaison Counsel | Plaintiff | Andy D Birchfield | Beasley Allen Crow Methvin Portis & Miles PC | 5/12/2011 2:59 PM CDT | E-Service | Service |
| Plaintiffs Liaison Counsel | Plaintiff | Christopher Seeger | Seeger Weiss LLP | 5/12/2011 2:59 PM CDT | E-Service | Service |

| | | | | | | |
|---|---|---|---|---|---|---|
| Plaintiffs Liaison Counsel | Plaintiff | Leonard Davis | Herman Herman Katz & Cotlar LLP | 5/12/2011 2:59 PM CDT | E-Service | Service |
| Plaintiffs Liaison Counsel | Plaintiff | Russ Herman | Herman Herman Katz & Cotlar LLP | 5/12/2011 2:59 PM CDT | E-Service | Service |
| Wodowski, Michael | Plaintiff | Glenn Zuckerman | Weitz & Luxenberg PC | 5/12/2011 2:59 PM CDT | E-Service | Service |
| Wodowski, Michael | Plaintiff | Joy Ellen Miserendino Esq | Miserendino Celniker Seegert & Estoff | 5/12/2011 2:59 PM CDT | E-Service | Service |

1-15 of 15 recipients

## Additional Recipients (0)

| Document/Notice | Name | Delivery Method | Delivery Status |
|---|---|---|---|
| | | none available | |

## Sender Information

Submitted by:      Catherine Molony, Stone Pigman Walther Wittmann LLC

Authorizer:         Dorothy H Wimberly, Stone Pigman Walther Wittmann LLC