MINUTE ENTRY
ZAINEY, J.
APRIL 29, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: HIGH SULFUR CONTENT GASOLINE        MDL ACTION
PRODUCTS LIABILITY LITIGATION

NO: 1632

SECTION: B

     A status conference was held this date concerning Attorneys' Fees and Costs. The Court Reporter was Vic DiGiorgio. Present were: Richard Arsenault, Don Barrett, Dawn Barrios, Matthew Moreland, Scott Joanen, Michael Crow, Peter Derbes, Walter Dumas, Michael Ellis, Meyer Gertler, Darleen Jacobs, F. A. Little, Jr., John Massicot, Stephen Murray, Stephen Murray, Jr., Carroll Rogers, Damien Savoie, John Sileo, Frank Silvestri, Patrick Geraghty, J.R. Whaley and Lee Plotkin.

     **IT IS ORDERED** that the fee committee is hereby **DISBANDED**. The Court appoints Patrick A. Juneau as Special Master. The Special Master's fee will be paid from the common fund. The Clerk of Court is **ORDERED** to enter Patrick A. Juneau as Special Master on the docket for this case.

     **IT IS FURTHER ORDERED** that all fee and expense reimbursement requests shall be submitted to the Special Master via a sworn affidavit accompanied by a memorandum of law

1

supporting the request. The memorandum shall include a complete analysis of the *Johnson* factors and shall not exceed twenty-five double spaced pages in length. If the previous fee/expense request is less than the one now being submitted, then counsel shall include an affidavit explaining the reason for the increase. Counsel shall contemporaneously submit a copy of the previous fee and expense reimbursement request to the Special Master. All submissions shall be sent directly to the Special Master[1] and shall be submitted no later than **May 16, 2008**. After the Special Master submits his recommendation on the allocation of attorney fees and costs to the Court, counsel will be allowed to review all submissions at a time and place to be designated by the Court.

**IT IS FURTHER ORDERED** that objections to the Special Master's recommendation shall be filed within **ten (10) days** from the date that the Special Master issues his recommendation. The objection shall be based on the *Johnson* factors which shall be described in detail.

**IT IS FURTHER ORDERED** that all counsel shall return one-third of the previously disbursed funds. Counsel shall deposit those funds in the registry of the Court by filing a motion and order in accordance with Local Rule 67 by **May 29, 2008.** If an attorney fails to return said funds by May 29, 2008, then that attorney shall deposit 100 percent of the funds that he/she received into the registry of the Court by **May 30, 2008**.

**IT IS FURTHER ORDERED** that the Clerk of Court modify the docket of this case so that

---

[1] Patrick A. Juneau
1018 Harding Street, Suite 202
P.O. Drawer 51268
Lafayette, LA 70505-1268 (P.O. drawer zip) or 70503 (physical address zip)
337-269-0052 (phone)
337-269-0061 (fax)
paj@juneaulaw.com

all counsel and the Special Master are notified of this and future orders.

                                                JAY C. ZAINEY
                                            UNITED STATES DISTRICT JUDGE

JS-10: 0:15

Special Master:
Patrick A. Juneau
P. O. Drawer 51268
Lafayette, LA 70505-1268