MINUTE ENTRY
FALLON, J.
AUGUST 31, 2011

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS<br>LIABILITY LITIGATION | CIVIL ACTION<br><br>NO. 05-MDL-1657<br><br>SECTION: L |

**This document relates to: C.A. 10-1115**
**Commonwealth of Kentucky v. Merck & Co., Inc.**

BEFORE JUDGE ELDON E. FALLON
Case Manager: Gaylyn Lambert/Dean Oser
Court Reporter: Susan Zielie

Appearances: William Garmer, Esq. for Plaintiff Kentucky Commonwealth
            Andy Birchfield, Esq. for PSC
            John Beisner, Esq. for Merck

---

Motion of plaintiff, Commonwealth of Kentucky, to remand to the Circuit Court of Franklin County, Kentucky. (63194)

Argument - TAKEN UNDER SUBMISSION


JS10:   :37