UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Allen, Marie, et al. v. Merck & Co., Inc.*, 2:06-cv-02220- | * | KNOWLES |
| EEF-DEK | * | |
| Only with regard to: | * | |
| **Jean M. Kollin and Robert J. Kollin** | * | |
| | * | |

**************************************************************************

### DEFENDANT MERCK & CO., INC.'S WITHDRAWAL OF ITS MOTION, RULE AND INCORPORATED MEMORANDUM TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE FOR FAILURE TO PROSECUTE AS TO <u>PLAINTIFFS JEAN M. KOLLIN AND ROBERT J. KOLLIN ONLY</u>

Defendant Merck & Co., Inc. ("Merck") hereby withdraws its pending Motion To Show Cause Why Cases Should Not Be Dismissed With Prejudice For Failure To Prosecute [R. Doc. 63268] as moot **as to Plaintiffs Jean M. Kollin and Robert J. Kollin only**.

A proposed order is attached.

Dated:  September 1, 2011

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
Defendants' Liaison Counsel

—and—

1068404v.1

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
Emily Renshaw Pistilli
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Attorneys for Merck & Co., Inc.

1068404v.1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Withdrawal of the Rule to Show Cause as to Plaintiffs Jean M. Kollin and Robert J. Kollin Only has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B.

I further certify that the foregoing has been served on the following *pro se* plaintiffs by Federal Express:

> **Jean M. Kollin**
> **Robert J. Kollin**
> 15160 Sandlehaven Drive
> Middleburg Heights, OH 44130

I further certify that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 1st day of September, 2011.

> */s/ Dorothy H. Wimberly*
> Dorothy H. Wimberly, 18509
> STONE PIGMAN WALTHER
> WITTMANN L.L.C.
> 546 Carondelet Street
> New Orleans, Louisiana  70130
> Phone:  504-581-3200
> Fax:     504-581-3361
> dwimberly@stonepigman.com
>  Defendants' Liaison Counsel

1068404v.1