## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Allen, Marie, et al. v. Merck & Co., Inc.*, **2:06-cv-02220-EEF-DEK** | * | |
| Only with regard to: | * | |
| **Jean M. Kollin and Robert J. Kollin** | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

Considering the foregoing Defendant Merck & Co., Inc.'s Withdrawal of its Motion, Rule, and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Prosecute,

**IT IS ORDERED** that the pending Motion, Rule, and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice For Failure To Prosecute [R. Doc. 63268], be and it hereby is withdrawn as moot as to Plaintiffs Jean M. Kollin and Robert J. Kollin only.

**NEW ORLEANS, LOUISIANA**, this _____ day of September, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1068405v.1