UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *See Attached List* | * | KNOWLES |
| | * | |

*************************************************************************

### DEFENDANT MERCK & CO., INC.'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION, RULE AND INCORPORATED MEMORANDUM TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE <u>FOR FAILURE TO PROSECUTE</u>

The plaintiffs in the six cases identified on Exhibit A[1] have failed to provide any response to repeated inquiries from Liaison Counsel Ann Oldfather's office regarding their cases, made at the Court's directive, over the past three months. In order to clarify the status of these plaintiffs, at the August 4 MDL status conference this Court specifically directed counsel for Merck to file a motion to dismiss those cases, and the Court stated that it would set a Rule to Show Cause on Merck's motion to dismiss for the next MDL status conference, scheduled for September 21, 2011. *See* Ex. B (Transcript of August 4, 2011 MDL status conference) at 12:14-25. In addressing this issue, the Court noted, as it has on numerous previous occasions, that plaintiffs in this litigation have a responsibility "to at least let their attorneys know where [they] are or let the

---

[1] The list initially filed as Exhibit A with Merck's pending Motion contained plaintiffs in a total of nine cases. Since the filing of that Motion, three of those plaintiffs (Darlene Harris, Jean Kollin and Deborah Byrd) have provided consent forms to Ms. Oldfather's office in response to their inquiries. Merck therefore withdraws its Motion as to those three cases, and a revised Exhibit A has been filed with this Reply.

court know where they are or respond to the court's directive." *Id.* at 13:12-14.  Accordingly, at the Court's direction, Merck filed its pending Motion. R. Doc. 63268.

In response to Merck's Motion, Ms. Oldfather has filed an Objection (R. Doc. 63283), in which she argues (contrary to the Court's instruction) that a Rule to Show Cause is premature at this point.  Ms. Oldfather's Objection also raises an issue regarding the contact information for these plaintiffs, and Merck's service of two plaintiffs at addresses of which Ms. Oldfather says she was not previously aware.  As noted by counsel for Merck at the August 4 status conference, all contact information Merck has for these plaintiffs comes from documents filed by the plaintiffs or their counsel.  The two "new" addresses to which Ms. Oldfather's objection presumably refers (for plaintiff Dianne Brown and Plaintiffs Deborah and David Byrd) were identified from the certifications that were filed by these plaintiffs' former attorneys accompanying their motions to withdraw – public pleadings to which Ms. Oldfather's office has the same access as Merck.  If anyone would have contact information for these plaintiffs beyond the pleadings, such information would logically be expected to come from Plaintiffs' Liaison Counsel, not Merck.

With respect specifically to the two "new" addresses noted in Ms. Oldfather's Opposition, one of the those plaintiffs (Ms. Byrd) has now made contact with Ms. Oldfather's office as a result of the service of Merck's motion, *see* Oldfather Opposition at 2, and Merck's motion has therefore been withdrawn as to her case.  As for the "new" address at which Merck served its motion on Plaintiff Dianne Brown, the Federal Express packages sent to both addresses where Merck attempted service on Ms. Brown have now been returned as undeliverable.

To the extent the Merck's Motion for an Order to Show Cause has flushed out additional

plaintiffs, it has therefore served its purpose. If plaintiffs have nevertheless still failed to respond even in the face of a motion to dismiss (or still cannot be located), then those cases should now be dismissed pursuant to Federal Rules of Civil Procedure Rule 41(b) and this Court's broad discretion to clear its calendar of abandoned cases. Merck therefore requests that the Court enter an Order to Show cause instructing the plaintiffs listed on Exhibit A to appear and show cause at a hearing on September 21, 2011 why their cases should not be dismissed with prejudice.

Dated: September 1, 2011

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

  —and—

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
Emily Renshaw Pistilli
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Attorneys for Merck & Co., Inc.

1068406v.1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Reply has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B.

I further certify that the above and foregoing has been served on the following *pro se* plaintiffs by Federal Express:

| | |
|---|---|
| **Diane Brown**<br>311 North Avenue<br>Medina, NY 14103<br><br>-AND-<br><br>c/o Ms. Cynthia Coleman<br>729 Church<br>Medina, NY 14103 | **Deborah A. Byrd**<br>**David Byrd**<br>3075 Abrams Drive<br>Twinsburg, OH 44087<br><br>-AND-<br><br>6640 Balsam Drive<br>Bedford Heights, OH 44146 |
| **Jean M. Kollin**<br>**Robert J. Kollin**<br>15160 Sandlehaven Drive<br>Middleburg Heights, OH 44130 | **Darlene R. Harris**<br>302 Roesch Ave, Apt. 5<br>Buffalo, NA 14207-1344 |
| **Christine D. Woodock**<br>714 88th Street<br>Niagra Falls, NY 14304 | **Lerene Campbell**<br>1599 NW 43 Avenue, #205<br>Lauderhill, FL 33313<br><br>(Also served on counsel of record with pending motion to withdraw via LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B.) |
| **Patricia Kelly**<br>**Raymond Kelly**<br>2148 Five Mile Line Road<br>Penfield, NY 14526 | |

1068406v.1

I further certify that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 1st day of September, 2011.

                                                  */s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com
 Defendants' Liaison Counsel

2

1068406v.1