Exhibit A (*revised*)

| | Plaintiff Name(s) | Primary Counsel | Case Caption | Docket Number Current |
|---|---|---|---|---|
| 1. | Diane Brown | Pro Se | Banks, Mary, et al. v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 2. | Lerene Campbell | Bernstein & Maryanoff [motion to withdraw uploaded to LNFS on January 23, 2009] | Campbell, Lerene v. Merck & Co., Inc. | 2:08-cv-00875-EEF-DEK |
| 3. | Cheryl Gros | Law Offices of Donald J. Melancon | Gros, Cheryl D. v. Merck & Co., Inc. | 2:08-cv-05128-EEF-DEK |
| 4. | Patricia A. Kelly Raymond Kelly | Pro Se | Bryant, Isabelle C. v. Merck & Co., Inc. | 2:06-cv-01203-EEF-DEK |
| 5. | Bette M. Terrill | The Limberopolis Law Firm P.A. | Terrill, Bette M. v. Merck & Co., Inc. | 2:08-cv-03959-EEF-DEK |
| 6. | Woodock, Christine D. | Pro Se | Adams, Mary E., et al.v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |