**EXHIBIT A**

## Ann Oldfather

| | |
|---|---|
| **From:** | Pistilli, Emily [EPistilli@wc.com] |
| **Sent:** | Friday, August 19, 2011 11:09 AM |
| **To:** | Ann Oldfather; Megan J. Hastings |
| **Cc:** | Horn, Elaine; Colleen Shields; Michelle L. Chiavene |
| **Subject:** | Hench records collection issues |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Green |
| **Attachments:** | Hench, Edwin Social Security Disability.tif; Hench, Edwin Penn State Hershey Heart and Vascular Institute.tif; Hench, Edwin Highmark Blue Shield.tif; Hench, Edwin Centers for Medicare and Medicaid.tif |

Ann and Megan –

I have a few records collection issues involving Mr. Hench that I wanted to follow up with you on in advance of his deposition:

1) We would like to obtain updated continuing care records from some of Mr. Hench's providers as well as records from some newly identified providers, but as we have mentioned before, Judge Fallon has not yet renewed the "re-dating" order that permits LMI to redate the generic authorizations. **Can you please confirm that we have permission to re-date and use Mr. Hench's previously submitted authorization forms to collect records?**

2) Three providers are requiring special authorization forms for the release of records. They are:\

   - Social Security Administration
   - Centers for Medicare and Medicaid Corporate Office
   - Highmark Blue Shield
   - Penn State Hershey Heart and Vascular Institute

   **Would you please have Mr. Hench complete and return these attached forms as soon as possible?**

3) There are a number of providers who were not identified on Mr. Hench's PPF from whom we intend to collect records. By this email, we are providing notice pursuant to PTO 18C that Merck intends to use authorizations to obtain medical records from the providers listed below, which were not identified by plaintiff. PTO 18C provides: "If Merck wishes to use an authorization to obtain records from a source that is not identified in the PPF, Merck shall provide the plaintiff's counsel for that particular case with seven (7) days written notice (by telecopy or email) of the intent to use an authorization to obtain records from that source. If plaintiff's counsel fails to object to the request within seven (7) days, Merck may use the authorization to request the records from the source identified in the notice."

   **To shorten the 7 day time frame specified in PTO 18C, can you please confirm that you have no objection to our using Mr. Hench's general authorization forms to collect records from the following providers?**

9/1/2011

Blue Cross/Blue Shield
Calcagno and Rossi Vein Center, LLC
Centers for Medicare and Medicaid
Cullen, Thomas DO
Cumberland Center for Natural Health
Dailey Harvey Eye Associates
De La Fuente, Dr. Carlos
Eagle Health Care Inc
Employee Services
First Health
Foot and Ankle Center
Hanger Prosthetics and Orthotics Inc
Health America HMO
Health Assurance
Hoover Physical Therapy PC
InterGroup Services Corporation
Keystone Urology PC
LB Smith Ford
Moffitt Heart & Vascular Group
Neurology Center PC
Penn State Hershey Heart and Vascular Institute
Pennsylvania Open MRI
Physicians & Rehabilitation Industrial & Spine Medicine
Pinnacle Health System Medical Records Department
Popat, Vrajlal MD
Prime Source Health Network
Prudential Insurance Company of America
Quantum Imaging & Therapeutic Associates Inc
Rohrer Bus Service (employment)
Romm, Dr.
S A I
Seidle Memorial Hospital
Stanford, Dr.
Susquehanna Surgeons
Whiting, Dr.
Wolanin-Saifi, Suzanne MD

Many thanks for your cooperation.

Emily

**Emily Renshaw Pistilli**
**Williams & Connolly LLP**
725 Twelfth Street, N.W., Washington, DC 20005
(P) 202-434-5652 | (F) 202-434-5029
epistilli@wc.com | www.wc.com/epistilli

9/1/2011