**EXHIBIT B**

## Megan J. Hastings

| | |
|---|---|
| **From:** | Pistilli, Emily [EPistilli@wc.com] |
| **Sent:** | Friday, August 26, 2011 1:14 PM |
| **To:** | Megan J. Hastings |
| **Cc:** | Horn, Elaine; Ann Oldfather; Michelle L. Chiavene; Colleen Shields |
| **Subject:** | Hench records collection |
| **Attachments:** | Hench Providers.pdf |

Megan:

This email is in response to your letter of August 24 regarding the use of the generic authorization forms to collect records in the Hench matter.

In that letter you indicated that you objected to our use of the generic authorization forms to collect records from 17 providers that had been identified from Mr. Hench's medical records. In light of your objection, we have taken another look at these 17 providers.

We withdraw our notice of intention to use the authorizations for 4 of the 17 providers, and will not be seeking records from those entities. Those are:

1. Hanger Prosthetics and Orthotics Inc
2. Prudential Insurance Company of America
3. Romm, Dr.
4. Whiting, Dr.

As for the remaining 13 providers listed in your letter, we continue to believe those providers will likely have relevant medical records, and we intend to pursue those records under PTO 18C. I have attached a chart listing the bates numbers of the pages where each of these providers was identified in Mr. Hench's records, as well as a brief explanation.

I will be available next week for a phone call to meet and confer on this matter. If you still object to our pursuit of the records from these 13 providers, please let me know a time on Monday or Tuesday when you would be available to discuss this matter.

Thanks,
Emily Pistilli


**Emily Renshaw Pistilli**
**Williams & Connolly LLP**
725 Twelfth Street, N.W., Washington, DC 20005
(P) 202-434-5652 | (F) 202-434-5029
epistilli@wc.com | www.wc.com/epistilli

---

NOTICE:

This message is intended for the use of the individual or entity
to which it is addressed and may contain information that is privileged,

| Source | Found Source In Image | Comment |
|---|---|---|
| Calcagno and Rossi Vein Center, LLC Medical Records Department | HenchEACPCMR00014.tif | This provider performed a duplex scan of the venous femoral region in April 2001. |
| Cumberland Center for Natural Health Medical Records Department | HenchECumberlandFPMR00072.tif | Plaintiff transferred records to this osteopathic family practice in 2001; appears that he saw them or was planning to see them as a new patient. |
| Dailey Harvey Eye Associates | HenchEConnerRichAMR00145.tif | Opthamologist plaintiff saw in 2008 in relation to his diabetes. Relevant to current state of health. |
| Eagle Health Care Inc | HenchEBarbacciDDr00018.tif | Appears to be a 2009 medical insurer. |
| Employee Services | HenchECumberlandFPMR00086.tif | Identified as his secondary insurance (wife's insurance) in 1998. |
| Health America HMO | HenchEConnerRichAMR00237.tif | Appears to be a medical insurer in 2005. |
| HealthAssurance | HenchEBarbacciDDr00083.tif | Appears to be a medical insurer in 2005. |
| InterGroup Services Corporation | HenchEHolySpiritHBill00001.tif | Identified as medical insurer in 2001. |
| Keystone Urology PC Medical Records Department | HenchEConnerRichAMR00171.tif | Plaintiff apparently was treated by this urologist for a prostatectomy in 2008. Relevant to his current health conditions. |
| Popat, Vrajlal MD | HenchEBarbacciDDr00066.tif | This physician was the medical reviewer for Hench's SS disability claim in 2007. |

| | | |
|---|---|---|
| Prime Source Health Network | HenchEOrthoSurgPaBILL00001.tif | Identified as medical insurance provider in 2000. |
| S A I | HenchECumberlandFPMR00081.tif | Identified as medical insurance providers, probably around 1996 by the dates of the contemporaneous records. |
| Wolanin-Saifi, Suzanne MD | HenchEACPCMR00166.tif | Identified as a physician who priovided treatment in 2006 from Associated Cardiology practice. |

