# EXHIBIT C

**OLDFATHER LAW FIRM**
ATTORNEYS AT LAW
1330 SOUTH THIRD STREET
LOUISVILLE, KENTUCKY 40208

ANN B. OLDFATHER†
aoldfather@oldfather.com
VICKI L. BUBA*
vbuba@oldfather.com
R. SEAN DESKINS
sdeskins@oldfather.com
SHELDON L. HADEN
shaden@oldfather.com
MEGAN J. HASTINGS
mhastings@oldfather.com

* Also admitted in Indiana
† Board Certified in Civil Trial Advocacy

TELEPHONE 502.637.7200
FAX 502.637.3999
www.oldfather.com

August 31, 2011

**VIA MAIL AND EMAIL**
Emily Renshaw Pistilli
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901

***RE: Vioxx MDL No. 1657***

Dear Emily:

I write in one last attempt to resolve the dispute regarding, in our view, Merck's excessive requests for records. While broad discovery is appropriate, Merck's requests for dozens and dozens of medical records on each claimant leads us to conclude that some other agenda must be at play.

Your letter of August 19, 2011, asked to use Mr. Hench's authorization to obtain records from an additional thirty-six (36) sources. Our client had no recollection of most of these providers, and had received treatment from some providers as long as 40 years ago. Accordingly, we objected to seventeen (17) of those providers with the understanding that we would reconsider if you provided some specific showing as to the relevance of each in Mr. Hench's care. We agreed outright to the other 19 providers.

You then whittled your request down to thirty-two (32) providers. Despite the excessive breadth of these still-too-onerous requests, we agreed to 30 more sets of records requests.

We are now hung up because you refuse to withdraw your requests for **two** providers, both of whom are mentioned on one occasion in Mr. Hench's medical records. Apparently, Merck's process is to seek records from any possible source, no matter the likelihood of meaningful information or how remote they may be.

As far as these last two are concerned, we had hoped that our concessions on the other 30 would have allowed you to set these aside, either permanently or temporarily. We have not outright refused your request, but have instead agreed that any additional showing of relevance—either from other record productions or the depositions of Mr. and Mrs. Hench – could justify the request. Since there is no way you will get the records before the depositions no matter the resolution, timing is not a consideration.

We have been more than cooperative in agreeing to your requests, yet you refuse to compromise on the two lingering providers despite any connection between these providers and Mr. Hench's care. As discussed, we reiterate our position on the following providers:

1) Calcagno and Rossi Vein Center, LLC

A review of the relevant source indicated by you, attached as *Exhibit A,* shows that Dr. Calcagno did nothing more than review a duplex scan of Mr. Hench's right femoral region while on duty at Harrisburg Hospital. There is no other indication that Dr. Calcagno, or Calcagno and Rossi Vein Center, had any role in Mr. Hench's treatment or care whatsoever. We fail to see any reason to ask this doctor and his practice to search for, catalog and respond to a records request without some indication that he played a more substantial role in Mr. Hench's care than merely reading and signing off on an image during a hospital rotation.

2) A specific request to Associated Cardiology for records generated by Dr. Suzanne Wolanin-Saifi

A review of the relevant source indicated by you, attached as *Exhibit B*, shows that Dr. Wolanin-Saifi is **not** affiliated with Associated Cardiology practice – the document indicates "Erki, Lenke" as the treating physician and Dr. Wolanin-Saifi **as a referral source.** A Google search of Dr. Wolanin-Saifi showed that she is actually a family practitioner and is affiliated with Harrisburg Hospital, owned by Pinnacle Health. You have already requested and we have authorized the use of Mr. Hench's authorization to collect records from Pinnacle Health System Medical Records Department and Associated Cardiology. Given that, we see no reason for this additional request.

3) Dailey Harvey Eye Associates

We have no objection to use of Mr. Hench's authorization to obtain records from this provider, subject to a time limitation of four (4) years prior to Mr. Hench's pulmonary embolism in 2000. Accordingly, we are agreeable to a records request from January 1, 1996 and forward.

We have now signed off on 30 of the 32 requests, and as you either have received or will receive Dr. Wolanin-Saifi's records via another request, there is really only one outstanding dispute. Again, we will happily reconsider our position if either insurance

records or deposition testimony shows the relevance of this remaining provider. Please contact our office as soon as possible so we can hopefully resolve these lingering issues without the necessity of filing a Motion for Protective Order. In the event we cannot come to an agreement, and since both Ann and I are out on Friday, we request an extension through Tuesday, September 6, 2011, for the purposes of filing that motion.

Sincerely,

Megan J. Hastings

Cc: Elaine Horn

**********************************************************************
Reprinted from Electronic Medical Record - Created on 03/25/05 10:28:24
Patient: HENCH, EDWIN MR No.: 150253 DOB: 06/17/1945
**********************************************************************

To: STUART B PINK, M.D. From: PinnacleHealth Transcription Page 1 of 1 Friday, April 06, 2001 2:42:45 PM

57 Jmk

HENCH, EDWIN
RM#: M500528 -W
MRN: 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
CASE: 00210276988
ADM: 04/04/2001

HARRISBURG HOSPITAL
111 South Front Street
Harrisburg, PA 17101

COLOR FLOW DUPLEX SCAN OF THE RIGHT FEMORAL REGION 04/05/2001

Color flow duplex scan shows normal flow patterns and velocities in the right common femoral, proximal superficial femoral and proximal profunda femoris arteries. There is no evidence of arteriovenous fistula or pseudoaneurysm. There is a large hematoma present.

IMPRESSION:
No evidence of arteriovenous fistula or pseudoaneurysm but there is a large hematoma present in the area of the right femoral region.

ORIGINAL: CHART
c: CARDIO DIAGNOSTIC CENTER
STUART B. PINK, M.D.

REVIEWED AND ELECTRONICALLY SIGNED BY:
DAVID CALCAGNO, M.D. 04/06/2001 13:29
DICTATED BY: DAVID CALCAGNO, M.D.

DD: 04/05/2001
DT: 04/06/2001 /jlh
D#: 812463

VASCULAR STUDY VASCULAR STUDY VASCULAR STUDY

COPY FOR: STUART B. PINK, M.D.

Page 1 of 1 Create Date: 2001-4-5

HenchE-ACPCMR- 00014

1500

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

HIGHMARK BLUE SHIELD
PO BOX 890173
CAMP HILL PA 17089 0173

CARRIER

PICA PICA

1. MEDICARE (Medicare #) MEDICAID (Medicaid #) TRICARE CHAMPUS (Sponsor's SSN) CHAMPVA (Member ID#) GROUP HEALTH PLAN (SSN or ID) FECA BLK LUNG (SSN) OTHER [X] (ID)

1a. INSURED'S I.D. NUMBER (For Program in Item 1): YYM103173252001

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): HENCH EDWIN C

3. PATIENT'S BIRTH DATE (MM DD YY): 06 17 45 SEX: M [X] F [ ]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): HENCH MAUREEN O

5. PATIENT'S ADDRESS (No., Street): 540 WALNUT STREET APT 2

6. PATIENT RELATIONSHIP TO INSURED: Self [ ] Spouse [X] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street): 540 WALNUT STREET APT 2

CITY: LEMOYNE STATE: PA

8. PATIENT STATUS: Single [ ] Married [X] Other [ ]

CITY: LEMOYNE STATE: PA

ZIP CODE: 17043 TELEPHONE (Include Area Code): (717)7638954

Employed [ ] Full-Time Student [ ] Part-Time Student [ ]

ZIP CODE: 17043 TELEPHONE (Include Area Code): (717)7638954

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER: 04931904

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) YES [ ] NO [X]

a. INSURED'S DATE OF BIRTH (MM DD YY): 04 03 46 SEX: M [X] F [ ]

b. OTHER INSURED'S DATE OF BIRTH (MM DD YY) SEX M [ ] F [ ]

b. AUTO ACCIDENT? YES [ ] NO [X] PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT? YES [ ] NO [X]

c. INSURANCE PLAN NAME OR PROGRAM NAME: HIGHMARK BLUE SHIELD

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES [ ] NO [X] *If yes, return to and complete item 9 a-d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED: SIGNATURE ON FILE DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED: SIGNATURE ON FILE

PATIENT AND INSURED INFORMATION

14. DATE OF CURRENT: (MM DD YY) ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS, GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: WOLANIN-SAIFI, SUZANNE

17a.

17b. NPI: 1376505040

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB? YES [ ] NO [X] $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line): 2720

1. 41400 41401

3. 4011

2.

4.

22. MEDICAID RESUBMISSION CODE ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05 17 06 | 05 17 06 | 11 | 01 | 99215 | | 3 | 225 00 | 1 | | 1B / NPI | 01087701 / 1255738441 |
| 2 | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

PHYSICIAN OR SUPPLIER INFORMATION

25. FEDERAL TAX I.D. NUMBER: 232059289 01087720 SSN EIN

26. PATIENT'S ACCOUNT NO.: 002/150253

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) YES [X] NO [ ]

28. TOTAL CHARGE: $ 225 00

29. AMOUNT PAID: $

30. BALANCE DUE: $ 225 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED: ERKI, LENKE DATE: 05 25 10

32. SERVICE FACILITY LOCATION INFORMATION:
ASSOCIATED CARDIOLOG
856 CENTURY DRIVE
MECHANICSBURG PA 17055
a. 1265436679 b.

33. BILLING PROVIDER INFO & PH #: (717)5917105
ASSOCIATED CARDIOLOGISTS PC
856 CENTURY DRIVE
MECHANICSBURG PA 17055
a. 1265436679 b. 1B 02302800

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)