UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | **Case Number:<br>2:06cv09811** |
| **Edwin C. Hench and<br>Maureen O. Hench(h/w)** | PLAINTIFFS |
| v. | |
| **Merck & Co., Inc.** | DEFENDANT |

### ORDER

Motion having been made by counsel for Plaintiffs,

IT IS HEREBY ORDERED BY THE COURT that the notice of intention to use Mr. Hench's authorization issued by Defendant Merck & Co., Inc, for Calcagno and Rossi Vein Center, LLC, and Dr. Suzanne Wolanin-Saifi, shall be withdrawn.

So ordered.

New Orleans, Louisiana, this __ day of _____, 2011.

_____
Eldon E. Fallon
United State District Judge