**MINUTE ENTRY**
**FALLON, J.**
**SEPTEMBER 1, 2011**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX : | |
| : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION : | |
| : | SECTION L |
| **THIS DOCUMENT RELATES TO:** : | |
| 06-9382, *County of Santa Clara v.* : | JUDGE FALLON |
| *Merck & Co., Inc.* : | MAG. JUDGE KNOWLES |
| : | |

On this date, a telephone status conference was held with Judge Eldon E. Fallon. Marcy Berkman, Chris Collins, James Williams, and Juniper Downs participated on behalf of the County of Santa Clara. Dawn Barrios participated on behalf of the PSC. John Beisner and Doug Marvin participated on behalf of Merck. The parties discussed the status of the case and resolution discussions. By September 21, 2011, counsel for Merck will send counsel for the County of Santa Clara an offer consistent with the discussion at the conference.

1

JS10(00:12)