UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**This document relates to:    All Cases**

### ORDER

On June 7, 2011, the Court issued an Order (Rec. Doc. 63050) directing Ms. Oldfather, Court-appointed Lead Counsel for certain remaining personal injury cases, to request releases from plaintiffs or plaintiffs' counsel in pending cases for disclosure of information that would facilitate creation of a census of pending cases.  The Court stated that it would "consider proper steps to facilitate the release and disclosure" of information from plaintiffs or plaintiffs' counsel who did not respond to the requests.  Ms. Oldfather has kept the Court apprised of the status of that project.

Merck has now filed a Motion for an Order to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Prosecute (Rec. Doc. 63268), seeking dismissal of the claims of Vioxx plaintiffs who have not responded or provided the requested release.  Ms. Oldfather has filed an opposition to that motion (Rec. Doc. 63283).

Merck's Motion is GRANTED as to the plaintiffs listed in the attached Exhibit A, who are ORDERED to show cause on the 21st day of September at 9:00 a.m. CST at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, Room C468, why the Rule should not be granted and their cases dismissed with prejudice pursuant to Federal Rule of

1

2

Civil Procedure 41(b). At that time, the Court will consider the issues raised in Ms. Oldfather's objection. Plaintiffs shall file and serve upon Liaison Counsel any oppositions to the Rule on or before September 12, 2011. Defendant Merck & Co, Inc. shall file and serve any replies to any oppositions on or before September 16, 2011.

    New Orleans, Louisiana, this 2nd day of September, 2011.

                                                                                   _____
                                                                            UNITED STATES DISTRICT JUDGE

Exhibit A

|   | Plaintiff Name(s) | Primary Counsel | Case Caption | Docket Number |
|---|---|---|---|---|
| 1. | Diane Brown | Pro se | *Mary Banks, et al. v. Merck & Co., Inc.* | 2:06-cv-02214-EEF-DEK |
| 2. | Lerene Campbell | Bernstein & Maryanoff [motion to withdraw uploaded to Lexis Nexis File & Serve on January 23, 2009] | *Lerene Campbell v. Merck & Co., Inc.* | 2:08-cv-00875-EEF-DEK |
| 3. | Cheryl Gros | Law Offices of Donald J. Melancon | *Cheryl D. Gros v. Merck & Co., Inc.* | 2:08-cv-05128-EEF-DEK |
| 4. | Patricia A. Kelly Raymond Kelly | Pro se | *Isabelle C. Bryant, et al. v. Merck & Co., Inc.* | 2:06-cv-01203-EEF-DEK |
| 5. | Bette M. Terrill | The Limberopolis Law Firm P.A. | *Bette M. Terrill v. Merck & Co., Inc.* | 2:08-cv-03959-EEF-DEK |
| 6. | Christine Woodock | Pro se | *Mary Ellen Adams, et al. v. Merck & Co., Inc.* | 2:06-cv-02200-EEF-DEK |