UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | <u>Case Number:<br>2:06cv09811</u> |
| **Edwin C. Hench and<br>Maureen O. Hench(h/w)** | PLAINTIFFS |
| **v.** | |
| **Merck & Co., Inc.** | DEFENDANT |

**AMENDED MOTION PURSUANT TO PTO 18(C) AND
F. R. CIV. P. 26(C) FOR A PROTECTIVE ORDER and NOTICE OF SUBMISSION**

**NOTICE of SUBMISSION**

PLEASE TAKE NOTICE that the undersigned counsel will bring this Motion Pursuant to PTO 18(C) and F. R. Civ. P. 26(c) for a Protective Order on for a hearing and for submission to the Honorable Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, 70130, on September 21, 2011, at 9:00 a.m., C.D.T. Counsel states that the date noticed for submission is reasonable under LR 7.2.

**AMENDED MOTION PURSUANT TO PTO 18(C) AND
F. R. CIV. P. 26(C) FOR A PROTECTIVE ORDER**

Comes Ann B. Oldfather, counsel for Plaintiffs, and moves the Court to enter the attached Protective Order preventing Merck's exercise of its stated intention to use Mr. Edwin Hench's authorization to obtain medical records from certain medical providers. A Memorandum in Support is filed herewith.

Respectfully submitted,

/s/ Ann B. Oldfather

Ann B. Oldfather
KBA Bar #52553
Liaison Counsel/Lead Counsel
OLDFATHER LAW FIRM
1330 S. Third Street
Louisville, KY   40208
502.637.7200
502.637.3999
aoldfather@oldfather.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for a Protective Order has been served upon Liaison Counsels, Phillip Wittmann and Russ Herman, by U.S. mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 5th day of September, 2011.

/s/ Ann B. Oldfather

Ann B. Oldfather