```
 1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
 2

 3   ****************************************************************

 4   IN RE:  VIOXX PRODUCTS
     LIABILITY LITIGATION
 5                              MDL DOCKET NO. 1657
                                NEW ORLEANS, LOUISIANA
 6                              THURSDAY, APRIL 29, 2010, 9:00 A.M.

 7   ****************************************************************

 8
                  TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
 9             HEARD BEFORE THE HONORABLE ELDON E. FALLON
                      UNITED STATES DISTRICT JUDGE
10

11   APPEARANCES:

12
     FOR THE PLAINTIFFS:      HERMAN HERMAN KATZ & COTLAR
13                            BY:  RUSS M. HERMAN, ESQUIRE
                                   LEONARD A. DAVIS, ESQUIRE
14                            820 O'KEEFE AVENUE
                              NEW ORLEANS, LA 70113
15

16                            BEASLEY ALLEN CROW METHVIN
                              PORTIS & MILES
17                            BY:  ANDY D. BIRCHFIELD, JR., ESQUIRE
                                   P. LEIGH O'DELL, ESQUIRE
18                            234 COMMERCE STREET
                              POST OFFICE BOX 4160
19                            MONTGOMERY, AL 36103

20
                              LEVIN, FISHBEIN, SEDRAN & BERMAN
21                            BY:  ARNOLD LEVIN, ESQUIRE
                                   FRED S. LONGER, ESQUIRE
22                            510 WALNUT STREET, SUITE 500
                              PHILADELPHIA, PENNSYLVANIA 19106
23

24                            SEEGER WEISS
                              BY:  CHRISTOPHER A. SEEGER, ESQUIRE
25                            ONE WILLIAM STREET
                              NEW YORK, NY 10004
```

```
 1   APPEARANCES CONTINUED:

 2

 3                              GAINSBURGH BENJAMIN DAVID MEUNIER AND
                               WARSHAUER
 4                             BY:  GERALD E. MEUNIER, ESQUIRE
                               2800 ENERGY CENTRE
 5                             1100 POYDRAS STREET, SUITE 2800
                               NEW ORLEANS, LA  70163

 6

 7                              LEVIN, PAPANTONIO, THOMAS,
                               MITCHELL, ECHSNER & PROCTOR
 8                             BY:  TROY RAFFERTY, ESQUIRE
                               316 SOUTH BAYLEN STREET, SUITE 600
 9                             PENSACOLA, FL  32502

10

11                             BLIZZARD MCCARTHY & NABERS
                               BY:  EDWARD BLIZZARD, ESQUIRE
12                             LYRIC CENTRE BUILDING
                               440 LOUISIANA, SUITE 1710
13                             HOUSTON, TX  77002

14                             RANIER GAYLE & ELLIOT
                               BY:  DREW A. RANIER, ESQUIRE
15                             1419 RYAN STREET
                               POST OFFICE BOX 1890
16                             LAKE CHARLES, LA 70602

17

18                             OLDFATHER LAW FIRM
                               BY:  ANN B. OLDFATHER, ESQUIRE
19                             1330 SOUTH THIRD STREET
                               LOUISVILLE, KY  40208

20

21

22   FOR THE DEFENDANT:        WILLIAMS & CONNOLLY
                               BY:  DOUGLAS R. MARVIN, ESQUIRE
23                                  PAUL E. BOEHM, ESQUIRE
                               725 TWELFTH STREET, N.W.
24                             WASHINGTON, DC  20005

25
```

1  APPEARANCES CONTINUED:

2

3                              STONE PIGMAN WALTHER WITTMANN
                               BY:  DOROTHY H. WIMBERLY, ESQUIRE
4                              546 CARONDELET STREET
                               NEW ORLEANS, LA 70130
5

6                              HUGHES HUBBARD & REED
                               BY:  THEODORE V. H. MAYER, ESQUIRE
7                              ONE BATTERY PARK PLAZA
                               NEW YORK, NY 10004
8

9
   REPRESENTING THE STATE
10 OF LOUISIANA:               MURRAY LAW FIRM
                               BY:  JAMES R. DUGAN, II, ESQUIRE
11                                  DOUGLAS R. PLYMALE, ESQUIRE
                               650 POYDRAS STREET, SUITE 2150
12                             NEW ORLEANS, LA 70130

13

14 REPRESENTING THE STATE
   OF FLORIDA:                 OFFICE OF THE ATTORNEY GENERAL
15                             STATE OF FLORIDA
                               OFFICE OF THE ATTORNEY GENERAL
16                             SPECIAL COUNSEL
                               BY:  JAMES D. YOUNG, ESQUIRE
17                             1300 RIVERPLACE BLVD, SUITE 405
                               JACKSONVILLE, FLORIDA 32207
18

19
   STATE LIAISON COUNSEL:      BARRIOS, KINGSDORF & CASTIEX
20                             BY:  DAWN BARRIOS, ESQUIRE
                               701 POYDRAS STREET, SUITE 3650
21                             NEW ORLEANS, LA 70139

22

23
   *PRO SE* CURATOR:           LAW OFFICES OF ROBERT M. JOHNSTON
24                             BY:  ROBERT M. JOHNSTON
                               400 POYDRAS STREET, SUITE 2450
25                             NEW ORLEANS, LA  70130

```
 1   APPEARANCES CONTINUED:
 2

 3
     FOR THE CLAIMS
 4   ADMINISTRATOR:              BROWN GREER
                                 BY:  LYNN C. GREER, ESQUIRE
 5                                    ORRAN BROWN, ESQUIRE
                                 115 SOUTH 15TH STREET
 6                               SUITE 400
                                 RICHMOND, VA  23219
 7

 8
     FOR THE LIEN RESOLUTION
 9   ADMINISTRATOR:              THE GARRETSON LAW FIRM
                                 BY:  MATT GARRETSON, ESQUIRE
10                               7775 COOPER ROAD
                                 CINCINNATI, OH  45242
11

12

13
     SPECIAL MASTER:             JUNEAU DAVID
14                               BY:  PATRICK A. JUNEAU, ESQUIRE
                                 THE HARDING CENTER
15                               1018 HARDING STREET, SUITE 202
                                 P.O. DRAWER 51268
16                               LAFAYETTE LA  70505

17

18

19
     OFFICIAL COURT REPORTER:     CATHY PEPPER, CCR, RPR, CRR
20                                500 POYDRAS STREET, ROOM B406
                                  NEW ORLEANS, LOUISIANA 70130
21                                (504) 589-7779

22   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER.
23

24

25
```

1                                **I N D E X**

2

3    AGENDA ITEMS                                        PAGE

4

5    SETTLEMENT AGREEMENT...................................   6

6    LIEN RESOLUTION ADMINISTRATOR.........................  19

7    SPECIAL MASTER'S REPORT...............................  29

8    CLASS ACTIONS REPORT..................................  31

9    STATE/FEDERAL COORDINATION............................  32

10   *PRO SE* CLAIMANTS.....................................  33

11   TRIAL PACKAGE.........................................  34

12   GOVERNMENTAL ACTIONS..................................  34

13   PENDING PERSONAL INJURY CASES SUBJECT TO PTO..........  35

14   FEE ALLOCATION COMMITTEE..............................  36

15   MERCK'S MOTION ON PTO.................................  36

16   OTHER MOTIONS.........................................  37

17   APPEALS...............................................  37

18   MOTIONS FOR ATTORNEYS' FEES AND TO ENFORCE ATTORNEY      37

19   LIENS.................................................

20   PENDING PERSONAL INJURY CASES.........................  38

21   THE NEXT STATUS CONFERENCE IS JUNE 3, 2010............  38

22

23

24

25

1          **P-R-O-C-E-E-D-I-N-G-S**

2          M O R N I N G   S E S S I O N

3          THURSDAY, APRIL 29, 2010

4          (COURT CALLED TO ORDER)

5

6

7          THE DEPUTY CLERK:  Everyone rise.

8          THE COURT:  Be seated, please.  Good morning, ladies and

9    gentlemen.  Call the case, please.

10         THE DEPUTY CLERK:  MDL 1657, *In re:  Vioxx*.

11         THE COURT:  Would counsel make their appearance for the

12   record, please.

13         MR. HERMAN:  May it please the Court, good morning,

14   Judge Fallon, Russ Herman for plaintiffs.

15         MR. MARVIN:  Good morning, Your Honor, Douglas Marvin

16   for Merck.

17         THE COURT:  We have a number of people in the courtroom

18   and also on the phone.  I have met with the liaison and lead

19   counsel and talked about this agenda.  I'll take the agenda in

20   the order given to me.

21       Settlement agreement.  Anything on the settlement agreement?

22         MS. GREER:  Good morning, Your Honor.  I'm Lynn Greer,

23   and with me today is Orran Brown.  We are BrownGreer and we are

24   the Vioxx claims administrator.

25         THE COURT:  Good to see you, Lynn.  Last time it took

1    three people to take your place.

2           MS. GREER:  Thank you, Your Honor.  It's good to be

3    back.

4        I'm going to spend some time first off talking about the

5    status of the stroke claims.  The good news is we are nearing the

6    end, and then Orran will talk about the status of the

7    extraordinary injury program.

8        Your Honor, the first slide shows just a general overview of

9    all of the claims that were filed as stroke claims that came

10   through the Gates review process.  You can see from Rows 1 and 2

11   that there are no claims pending in the queue for our review.

12       And this slide really shows that after reviewing 17,851

13   claims that were filed as strokes, 12,442 passed either by us,

14   the Gate Committee, or were pushed in by Merck, and those are the

15   ones that we will talk about in a minute in terms of those we

16   have evaluated for points and where they stand.

17       5,409 ran through the process and were found to be

18   ineligible either by us, the Gate Committee, or ultimately by the

19   Special Master.

20       The 12,442 claims that were eligible are depicted here on

21   this slide, and what this slide shows is that through April, and

22   payments were made last week, 10,508 have received either interim

23   payments or were special marker claimants and have received the

24   5,000 fixed payment that is allowed for in the settlement

25   agreement.

1 There are 1,925 where we have issued a notice of points

2 award.  747 of those will be paid in May.  We will be making

3 interim payments in May, the third week of May.

4 1,083 are eligible for the May payment.  Those are ones

5 where folks are still deciding whether to accept.  And, actually,

6 there are some of those -- the eligibility for the May payment is

7 a little bit of a misnomer.  There are those in that category who

8 are not interim payment enrolled but simply enrolled, so they are

9 not eligible to receive anything but the final payment, and so

10 those will actually be paid in the final payment for the first

11 time.

12 There are 95 that are either on appeal to the Special Master

13 or are in special review.  And, again, the special review claims,

14 and there are about 80 in that bucket that are in special review,

15 those are folks who received points awards with fewer than

16 2 points who elected not to receive the 5,000 fixed payment but

17 to go into a bucket of claims where, at the end of process, the

18 Special Master reviews them under criteria and with set point

19 parameters that he can award.  So those are awaiting the very end

20 of the process.

21 Rows 3, 4 and 5 and 6 show virtually a handful of claims

22 that are left.  The two in Row 3 are those where we have finished

23 our final review.  Those are pending some sort of administrative

24 issue.  The Lien Resolution Administrator gives us the data we

25 need on liens within 24 hours, and often this snapshot is just

1    that 24-hour window where we've sent the data to them and we have
2    not yet received it.

3        There are three claims that are pending our final review,
4    our second layer of review.  There are two claims that are still
5    incomplete.

6        We have -- as Your Honor knows from past status conferences,
7    the incomplete claims package rate for the stroke claims was
8    about 28 percent as compared to 15 percent in the myocardial
9    infarction claims.  That has created delays; although, we're
10   happy to report we only have two left, and their windows for
11   responding will run within the next week.  After that, we will be
12   able to issue the notice of points award and move on through the
13   process.

14       And there are two claims that are still being reviewed by us
15   that will hopefully receive a notice of points award this week.

16       What this slide shows, though, is that even though there are
17   fewer than ten claims left, we can't issue the final payments
18   until they are all resolved.

19       This slide shows the average points by stroke injury level.
20   As in past months, I will not read these for the Court.  Those
21   here can see this.  Those that are listening in on the phone can
22   see this this afternoon.  We will be posting this presentation on
23   our web site.  On the side there is a button that is MDL status
24   court presentations and folks can see it there.

25       What it shows is the average number of points by injury

 1    level, and it shows that the special marker population has been
 2    7.45 percent across all of the stroke claims.
 3              THE COURT:  How does that compare with the other MIs?
 4              MS. GREER:  It's about the same.
 5        Your Honor, this slide reflects the dollars that have been
 6    spent to date.  Paid through April, 10,508 claims, over 285
 7    million.  I will reiterate, this number is 284 million because
 8    it's only 40 percent of the payments.
 9        The total amount set aside for the stroke payment was 850
10    million.  So when we make the final payment, it will be the
11    60 percent balance.  And only those who've received the 5,000
12    fixed payment, they will not receive another payment, but
13    everyone else will receive 60 percent.
14        747 that are pending payment in May, right now that total is
15    almost 15 million.  That will go up because there are those who
16    are still deciding whether to accept.  There are another
17    $25 million of claims that are outstanding that could be accepted
18    and will be paid their final payment.  And so through May, we
19    could pay over 324 million and then just await the final payment.
20        Your Honor, this timeline is our best estimate of when the
21    final payments will be made on stroke claims.  And what it
22    does -- and I'll walk through this for the Court.  We are
23    anticipating, given all of the deadlines that these last claims
24    will be able to take -- and we hope that if one of these last few
25    claimants receives a notice of points award, they have

1    technically 15 days to decide whether to appeal, we really hope

2    that perhaps that whole 15 days is not taken.  But if it is, then

3    we will -- we project the last claim will be resolved on

4    May 21st, which is a Friday.

5         We will then be able to make, and this really isn't

6    dependent on that, but we plan to make the interim payments for

7    stroke claims the following Monday, May 24th.  Between the 21st

8    and the 26th of May, we will be looking at all of the final

9    claims, and looking at the dollars that remain, and we'll be able

10   to pinpoint what that final IS point value is.

11        Right now we do not know.  Currently we are paying at 1810

12   an IS point.  But we will be able to make a determination by that

13   week of May 26th.

14        Once we do that, we have to send the final payment list to

15   the Lien Resolution Administrator.  And that has to have the

16   final point value that's used to calculate, and they have to look

17   at it one more time.  They have to be given a chance to reconcile

18   it with theirs, because this is it.  Once this list goes to them,

19   they have to make sure that everything is straight with all of

20   the obligations that they have been tracking.

21        It looks like they have eight days to do that.  This

22   actually falls over Memorial Day weekend.  They need three full

23   business days to turn that list around.  We then get it back, and

24   we will submit the final payment list, we hope, to U.S. Bank on

25   June 4th, which is a Friday.

1    U.S. Bank needs all of ten days to be able to make sure that

2    these payments are scheduled correct; that the checks are cut;

3    that the wires are scheduled.  And so our best estimate is that

4    the payments will actually go out on June 14th.

5        If Your Honor doesn't have any questions, Orran will talk

6    about extraordinary injury.

7            THE COURT:  Thank you very much.

8            MR. BROWN:  Good morning, Your Honor, I'm Orran Brown.

9    I'm one of the three lesser people who was here last month trying

10   to report on this in Lynn's absence.

11       Today I would like to tell everyone where we are on the

12   other piece of the resolution program that we are wrapping up,

13   and also plan to wrap up in June the extraordinary injury

14   program.

15       A brief reminder of the nature of this program.  The

16   settlement agreement provided that some of the funds available

17   for heart attack claimants or stroke claimants could be used to

18   pay additional compensation to claimants who suffered

19   catastrophic situations beyond the injuries associated with their

20   heart attack and stroke, and allowed, if they qualified on the

21   underlying grid, to seek additional payments for those

22   situations.

23       The settlement agreement defined that as $250,000 or more of

24   economic loss, which were past medical expenses unreimbursed or

25   lost income and wages, or another category of special medical

 1   injuries, extraordinary injuries not reflected on the underlying

 2   grids.  And then we designed the program, also, with the party's

 3   consent, to allow some payment of future medical expenses and

 4   future lost wages beyond the time of when this settlement

 5   agreement was put in place in November 9th of 2007.

 6        So we have been working on these claims since they were

 7   filed by the deadline of September 1 of last year.  Our review of

 8   these claims have been completely transparent.  We posted a

 9   lengthy review manual December 1st last year that shows exactly

10   how we go through to quantify these claims on the economic side

11   or how we determined if a medical injury that's asserted comes

12   out qualifying as a special medical injury.

13        So let's see where we are on those different types of

14   claims.  These tables will show us how many claims we received of

15   each type and where they are in the process now.

16        This particular slide is about the medical expenses, both

17   past expenses and what we call AED, which is additional

18   extraordinary damages, that's the future side after November of

19   '07.  It shows us here that we got these 300 claims of past

20   expenses, 88 futures, and this is where we are.

21        We have completed our reviews of these claims.  This line

22   here under review in the first stage of our process shows we have

23   none left to review.  After we issued our initial decision,

24   claimants could ask for a second review within 20 days, and we

25   had this many in this row who did, 97, for example, in the past

1   who asked for a second look, submitted additional materials.  We

2   reviewed them and we have finished all of those second reviews,

3   too.  We're done with the -- our review side of the medical

4   expenses.

5          And then at that point, after we finish, the claimant has a

6   right within 20 days to appeal to the Special Master and pay a

7   $700 appeal fee.  We have two of these folks who have appealed.

8   We still have some that are outstanding.  We'll see how many

9   total in a few minutes might still generate some appeals for us

10  that we want to get finished this summer, and I'll cover those in

11  a minute.

12         This is the lost income or LWI that we call it, past and

13  future.  It shows how many claims we received of this type of

14  effort to receive payments from this program.

15         We have one claim left that's still in our review stage, and

16  that particular claim is a special situation that we have been

17  talking with the claimant's counsel a lot.  It has been kind of

18  off on a different track for various reasons, but other than that

19  one, we have finished the review of all of these lost income

20  claims.

21         And then of those who sought second review, these 486 are

22  the primary number there, we have finished our review of all of

23  those, and issued notices to those claimants about our review of

24  their materials on the second go-round.  And some of them do

25  change on the second go-round, because this was their opportunity

1    to submit documents and tax records and other things that were

2    missing from their first submissions.

3         We ended up with these numbers so far being appealed for

4    lost income, 19 appeals for past lost income, and then six for

5    future claims to the Special Master.

6         That's the lost income side.

7         The third piece of the puzzle is the special medical injury

8    or SMI.  We received over 1600 of those claims of persons

9    asserting a different injury than was on the underlying grid.  We

10   have been through the reviews of all of them.

11        This one claim here that shows it's still under review is

12   the same one claim that still has the lost income issue.  This

13   claim is on a different track of review with the claimant's

14   counsel.  But we have finished those reviews initially and issued

15   the notices.

16        And then among the ones that we received asking for second

17   review, which is the 721, we have finished our review of all of

18   those, so we have none left in our review.  Some of them are out

19   in the field with the claimants and their counsel for a decision.

20        We have 28 of them who have appealed to the Special Master.

21   And the ten in parenthesis there shows that we have already

22   gotten ten decisions from the Special Master on these appeals.

23        This slide puts it all back together.  We basically had over

24   2,300 folks who sought compensation from the extraordinary injury

25   program.  We have the one claim that's still in the review

1   process.  That's the same one.  We have finished all the second

2   reviews on everybody else.

3        And these are the ones out in the field, 394, that are still

4   waiting for the claimants to accept or appeal to the

5   Special Master.  That's where we're going to maybe get some

6   additional appeals.

7        We have 705 of them that are done, accepted for good.

8   Forty-four appeals to the Special Master total so far, and, as we

9   said earlier, ten of those decisions already issued by the

10  Special Master.

11       And we are working with the Special Master and his office on

12  those appeals, and Mr. Juneau was primed and ready for these when

13  they happened.  We have set up the secure interface, web-based

14  interface with his office, just as we have done on the underlying

15  claims appeals.  He was ready to go.  He's already issued some of

16  these decisions.

17       And we don't think we're going to see a whole lot of

18  appeals.  So far the appeal rate is somewhere around 4 or

19  5 percent, so we don't think we're going to have more than about

20  60 or 70 of these to finish.  But he is moving on them already

21  and issuing written decisions on each one.

22       That's where we really are now is finishing out that process

23  to enable us to do the final payments on the EI side.

24       These slides just show us of our reviews what happened

25  afterwards.  This shows us, after we reviewed a claim initially,

1  about half of the folks accepted that result and did not move

2  forward in the process to second review.  About half of them did

3  move forward to second review, asking us to take another look at

4  it.

5      This breaks it down a little further in terms of what they

6  were accepting or rejecting when they asked for second review.

7  It basically says that about 48 percent of the people ask for

8  second review because they are not payable; about 46 percent,

9  almost 47 of the people were not payable and accepted those

10 results.  So this just kind of gives us some sense of whether the

11 claims were passing and what folks were doing with it afterwards.

12     After our second review, almost 62 percent are accepting the

13 outcome that we give them after our second review of the process

14 and not appealing to the Special Master.  We see about 3.8,

15 4 percent of them are appealing.  This 34 1/2 percent, they are

16 out in the hands of the claimants now, that's what we're waiting

17 on to see if they appeal or accept.

18     And a similar slide here that tells us that of the ones that

19 accepted, about 56 percent of them were not payable, and then

20 about almost 30 percent of the ones out in the field of all of

21 our second review decisions are not payable, and we're waiting on

22 them to tell us if we're going to have an appeal.

23     The timeline here is very similar to the one Lynn showed.

24 This is our best estimate right now of where we stand on being

25 able to finish this program.

1    Our last first assessment that we issued was on April 22nd.
2    Some of those trail behind the others because we could not issue
3    the EI assessment until the underlying IS score was known because
4    that score affects your EI score, and so we had to wait for
5    claimant decisions on the IS claims.

6    We issued the last of our first assessments on April 22nd,
7    allowing the full time of 20 days to seek a second review.  On
8    that one, puts us up until May 12th.  And then we're going to
9    jump on that immediately because we can now review that almost
10   overnight if we get these in, and then they'll have 20 days to
11   appeal to the Special Master if they don't like that second
12   outcome.

13   The last appeal we think will end up with the
14   Special Master, if there is one, and they take their full time,
15   by June 2nd.  We hope that the full time is not taken.  We hope
16   that we don't have that appeal.  There are a number of appeals
17   that could happen from that undecided group in the May period,
18   and so it puts a lot of work in the lap of the Special Master at
19   that stage, depending on how many claims we get.

20   The Lien Resolution Administer, Matt Garretson and his group
21   have been working on this very closely to try to assess whether
22   there will be governmental lien deductions from the special
23   medical injury payments, because those are additional injuries
24   that we are compensating for of a serious nature, a heart
25   transplant, a craniotomy, an actual brain surgery.

1    We have some instances where someone had a stroke or a heart

2  attack and was in a vehicle, car and had an accident and then

3  suffered a cascade of injuries as a result of that.  Very

4  different situations of folks that had injuries.  And so those

5  injuries, if they are paid in the EI program, could be subject to

6  a Medicare lien or another governmental lien.

7    So the Lien Resolution Administrator has been working with

8  us about trying to identify those categories of injuries and

9  working with the governmental agencies to try to pin down whether

10  there will be a deduction, and there probably will be for some of

11  them, and how much.  All of that work has to finish in June as

12  well.

13    So there's a lot to compress in there, as well as our final

14  payments list and working with U.S. Bank to get the funds out.

15  But we have got our fingers crossed that we'll be able to finish

16  all of those steps and issue the final payments in the EI program

17  by June 30th of this year.

18    Unless the Court has any further questions or comments,

19  that's our report for today.

20         THE COURT:  Thank you.

21         MS. GREER:  Thank you.

22         THE COURT:  The next item is Lien Resolution

23  Administrator.

24         MR. HERMAN:  Your Honor, on behalf of plaintiffs we want

25  to thank BrownGreer for their professionalism and efficiency

1   which has been, we think, extraordinary in this case.

2        And I want to state, again, Judge Fallon's established

3   http://vioxx.laed.uscourts.gov as the Court's official web site.

4        BrownGreer is:

5        www.browngreer.com/vioxxsettlement.

6        And the third web site is:

7        http://www.officialvioxxsettlement.com.

8              THE COURT:  Let's hear from the Lien Administrator.

9              MR. GARRETSON:  Your Honor, Matthew Garretson, I'm here

10  to report as the Lien Resolution Administrator.

11       Also, Your Honor, in chambers I provided counsel and the

12  Court with a copy of a chart we prepared that we'll use for the

13  final stages of the program to drive this project home.  Just

14  when I finally figured out how Orran made such pretty charts, he

15  shows up with pie graphs and dynamic timelines.  I have a ways to

16  go, Your Honor, but I will get there.

17       So in an effort to follow this chart -- and we will also

18  make this available on the claims administrator's and the Court's

19  web site, if that's appropriate, just so people can follow along.

20       I'm going to look at this in separate buckets.  The first

21  being our original assignment, which were the governmental

22  reimbursement obligations, and then also move to the private lien

23  obligations as I've done before.  And I'll also point to you

24  where there seems to be some room to make up quickly, and a lot

25  of that is what Orran covered, which has to do with getting the

1   final points awards related to the ischemic strokes.

2        So I'll try to give a quick synopsis of that.

3             THE COURT:  Do you want to put this on the overhead?  Do

4   you want to do that?

5             MR. GARRETSON:  How do you like me now, Orran Brown?

6             MR. BROWN:  Where's the pie chart?

7             MR. GARRETSON:  As you see with respect to the

8   myocardial infarction cases with respect to Medicare, we're

9   97 percent, roughly 98 percent of the way done with that.  The

10  balance of those, the 290 that are outstanding, relate to that

11  entitlement discrepancy issue we continue to wrestle with, which

12  is we do not have a confirmation from plaintiff's counsel that we

13  have the correct Social Security number.

14       Ultimately, we'll continue to whittle away at that issue

15  through review of medical records, working with counsel, but at

16  some point when the program comes to an end in June, we'll have

17  to have a solution that will likely be, with the consent of the

18  parties, that will have to shift to the claimants because we've

19  done everything we can do at that point.

20       You also see, with respect to Medicaid, that we're

21  98 percent of the way done.  Only 14 percent of those

22  obligations -- I'm sorry, 12 of those obligations have to do with

23  Social Security discrepancies.

24       The balance of that 95 that you see there, we are just

25  waiting on the agency's approval of our audited claim values, so

1   I don't expect that to be an issue.  We do have holdbacks in

2   place, as the Court is well aware, and we expect those to be

3   resolved shortly.

4        Governmental obligations, you see there, Your Honor, that

5   we're about 90 percent of the way done.  We continue to whittle

6   away at that bucket of outstanding obligations.  And that is

7   simply the fact that many of the governmental agencies, like the

8   Department of Veteran Affairs, as I've reported before, we have

9   to go facility to facility.

10       And similar to my comments about Medicare, ultimately, if

11  they cannot get those documents to us as the program concludes,

12  we'll look to the Court's help in solving that issue.

13       With respect to ischemic stroke claimants, the big issue we

14  have there is, you'll see some gaps in terms of work we have left

15  to do, and that is largely because for many of these obligations

16  as they relate to Medicaid, as well as when they cover the

17  private health insurance program, we have a cap that is driven by

18  a percentage of the final award amount.  And so a large portion

19  of these Medicaid and private liens, we've got to see where that

20  cap is before we lock them down.

21       But with respect to Medicare, we're 95.5 percent of the way

22  complete.  The discrepancy issue is identical to what I reported

23  for myocardial infarction, which is we are awaiting

24  Social Security numbers to be cured, discrepancies to be cured.

25       But we also have of that 447 that is unresolved in the

1  ischemic stroke category, 273 of those relate to a

2  redetermination process we are working on.

3       When we first came up with the program with Medicare, we

4  didn't know how many -- we set a -- the special marker cases

5  where we had, if you recall, there was a fixed payment that we

6  paid a couple hundred dollars to Medicare for the ischemic stroke

7  special marker cases.  We have some cases that are just over that

8  bubble, and so they jump up from a couple hundred dollars to a

9  couple thousand dollars in reimbursement.

10       Medicare is cooperating with us, and we're asking for them

11  to help us create a special category for this group of claims.

12  Until then, we ask for everyone's patience.  We could, of course,

13  go ahead and lock them down under the terms of the program, but

14  we think it is good advocacy to continue to try to find a

15  solution for that subset of 273 clients.

16       At this point, I can't give the Court a final deadline on

17  that.  But I can say we'll be in touch with Medicare, let them

18  know this program is wrapping up in June, hopefully, in terms of

19  our work, and see if we can drive that to conclusion.

20       With respect to Medicaid, you see that we were 45 percent of

21  the way done with the ischemic stroke cases.  We have all the

22  data we need in-house.  All the liens have been audited, so there

23  is no more work for us to do other than lock those down as soon

24  as we have the final award amount for those cases.  And as soon

25  as that's accomplished, which is ongoing as Orran and Lynn

1   described, those will be finalized.

2        So there is about a third of those where we're -- I'm sorry,

3   there's that chunk we're waiting on final awards.  I probably

4   spoke too quick.  Of that 54 percent, we're not waiting on final

5   awards for all of those.  About a third of those we're waiting on

6   final awards.  The balance, we've already received that

7   information, and it's been pushed back to the agencies now, and

8   we're waiting for their approval against that cap and our final

9   audits.

10        Same issues we have with the governmental liens.  I won't go

11   into detail with those, but it's the same issue I described,

12   facility by facility claims pulling.

13        With respect to extraordinary injury awards, Orran gave a

14   fine overview of that so I won't go into much detail, other than

15   to say we're only looking at the special medical injury cases to

16   see if there is a new obligation.  We have screened those cases

17   to see who is entitled, and 83 percent of those special medical

18   injury cases involve Medicare beneficiaries, 27 percent involve

19   Medicaid beneficiaries and, of course, that overlap in the math

20   has to do with the fact that many of them are double -- are dual

21   beneficiaries.  And 40 percent of them also are participating in

22   the private lien program.

23        So there is some considerable work to be done there;

24   however, I think we are on track and working in step with the

25   claims administrator.

1       That will take me now, Your Honor, to the private lien

2  program.  As you're aware, we have gone through the statistics

3  before, but we have 5,488 claimants with a private obligation in

4  the myocardial infarction categories; 3,152 in the ischemic

5  stroke category.

6       We have completed our audit for nearly 100 percent of all

7  those claims that have been inbounds, so there is not a

8  considerable amount of work left to do there.  However, we do

9  have some issues that we need to discuss with the Court related

10  to the private lien program.

11       With respect to the MI cases, there is only 76 claims that

12  are outstanding where we are waiting on our final approval of the

13  audited values we've given back to the 500 participating plans.

14  So we're very close to resolving all those and we're waiting.

15       In the next ten days, we expect to have many more of the

16  final values posted.  You'll see that only 4,406 have been

17  considered finalized.  The difference between the 5,412 and the

18  4,406 has to do with just getting the approval back from the

19  plans, posting those results on the claims administrator's web

20  portal, and giving counsel ten days to review and appeal, if they

21  are going to appeal.

22       With respect to the ischemic stroke, we've received 100

23  percent of the claims that have been sent to the plan -- or, I'm

24  sorry, 99.5 percent of the claims back that we've sent the plans.

25  Those, the audits are complete for those.

1    The same issues exist, but you'll see a major gap,
2    13 percent only have been approved with respect to our audited
3    values.  And that is, again, a reflection of the fact that we're
4    still waiting on final award amounts so we can get the approval
5    of the audited lien amount from the plans.
6        So that bucket alone is where I expect over the next couple
7    of months you'll see considerable progress made as we lock down
8    the ischemic stroke cases.
9        The final issue, there are four issues I wanted to report on
10   that relate to the private lien program, because we get some
11   questions from counsel as it relates to the appeals that are
12   being made.  There is only a handful of cases that have appeals,
13   but these issues are largely controlling the outcome of those
14   appealed cases.
15       The four issues, Your Honor, only one of them at this point
16   do I need the Court's assistance, but I wanted to point all four
17   issues out.
18       The first issue, which is not the issue I need the Court's
19   assistance with, is states that have antisubrogation laws.  If
20   the parties recall there, in the Memorandum of Understanding,
21   there was a provision that no obligations would be created where
22   none otherwise would exist due to state law, antisubrogation law.
23       There are about 1,000 cases, both MI and IS, that have
24   claimants that reside in antisubrogation states.  So 400 of those
25   we've already released their final lien amount.  Although they

1    had an audited lien value, the antisubrogation law was in effect

2    and nullified that lien.  The balance we're just waiting for

3    approval from the plans that there is no disagreement that those

4    liens should be canceled.

5         The topic that I do need the Court's assistance on is the

6    plan language review.  The client education materials that went

7    out, with both parties' approval, allowed for an audit by us of

8    plan language for any final lien; that once it was audited and

9    reduced by the 50 percent reduction that applied to the audited

10   lien, that if it was still over $50,000, we would audit that plan

11   language to see if it was sufficient under that state law and

12   just to make sure -- because that's such a considerable number,

13   to make sure that that was, in fact, without question, a valid

14   lien.  That was in the client education materials; however, it

15   was not in the MOU, the Memorandum of Understanding.

16        There are approximately 200 claimants that are affected by

17   that who wish to have their plans reviewed.  And we simply,

18   Your Honor, need some help bringing this to a conclusion, to have

19   a meeting of the minds between the parties as to if that is a

20   process that has been agreed upon.

21             THE COURT:  All right.  Give me the name of the person,

22   your counterpart, and I'll set up a conference and I'll work

23   through it with you.

24             MR. GARRETSON:  Certainly, Your Honor, I will do that

25   and I'll get with the clerk.

 1          Finally, there a smattering of cases that involve two plans

 2   that have submitted the same claims, so we're working through

 3   that issue, but that only involves about 25 claimants.  And I do

 4   not need the Court's assistance on that.

 5          Then there is another issue that involves the review of

 6   wrongful death statutes in various states because they could have

 7   the same type of antisubrogation effect.  And that is not an

 8   issue at this point, but there is about 120 claimants that fall

 9   into that bucket.

10          I share all this with you, because, as you can see, when you

11   get down to it, there are several hundred cases that are going to

12   be stuck with a holdback for a period of time until these four

13   issues are resolved.

14          THE COURT:  Right.

15          MR. GARRETSON:  I'll continue to report to the Court as

16   to those issues.

17          Finally, as I conclude, Your Honor, the only other issue I

18   wanted to mention is we do have a release that has been agreed

19   upon by the parties that will be provided to the claimants.

20          There is really two forms of it:  Releases for claimants

21   that participated in the process and paid a lien.  And there will

22   be a release for claimants that participated but did not have a

23   lien identified so they, in fact, have something to show, should

24   a plan assert a lien later, that they went through this program

25   and that was the one chance that the plaintiffs had to assert a

1    lien.  So that is in the works.  I've had several counsel ask

2    about that.

3         So I apologize for the length of my report this morning,

4    Your Honor, but that concludes the report.  And I will get with

5    the clerk with the information you requested.

6              THE COURT:  Okay, fine.  Thank you, Matt.  Give me a

7    copy of those documents, the release, and I would like to post

8    them on the web site.

9              MR. GARRETSON:  Certainly, Your Honor.

10             THE COURT:  What's next?

11             MR. BIRCHFIELD:  Your Honor, the next item on the agenda

12   is the Special Master's report, and Mr. Juneau is here to give

13   that report.

14        As he is coming, Mr. Herman asked that I make sure that

15   everyone is aware, plaintiff's counsel and claimants, that Matt

16   Garretson also has a web site, and the web site is listed in the

17   joint report that's posted.

18             SPECIAL MASTER JUNEAU:  I don't have a pie graph today.

19   I could have brought a pie from Lee's out of Alexandria,

20   Louisiana, is probably the closest a Louisiana product could give

21   to that, Your Honor.

22        This is going to be very brief.  Mr. Brown's report was very

23   detailed.  It gave you a good synopsis of where we are and where

24   we are headed on the extraordinary fund.  I have already reviewed

25   a considerable number of those cases.  I've made rulings on

1  several of them already and getting ready to make rulings on the

2  balance of these cases.

3      The bottom line of that, Your Honor, is I don't anticipate

4  any problem at all in meeting the targeted deadline that we've --

5  the parties have established for ultimate payment.  And I do

6  understand that's an integral part of the process.

7      I would like to note, Your Honor, that those are some real

8  interesting, intricate problems that are addressed on appeal.

9  They are very, very unique.  Some very, very different

10  circumstances for each of these cases and very difficult things

11  happened.  Some very odd things happened.  Some very complex

12  things happened.  So it requires a fairly detailed analysis of

13  each of those claims.  But I don't anticipate any of that being a

14  problem in the process.  So we are on target.

15      I have sat down with BrownGreer.  We're just trying to

16  forecast in the future how many we'll have to address so that we

17  can make these deadlines, but all of that looks like it's in

18  place.

19      Now, the other matter, I think it would be -- or two other

20  matters, Your Honor.  On the heart attack and stroke cases,

21  you'll notice there a minuscule number of those cases still

22  remaining.  That's because of the straggling nature of some of

23  those claims as they came in.

24      There are a few of those that still exist and have been

25  appropriately assigned between the three special masters that

1   you've designated in this case.  That's going to be all handled.

2   It's just in the process of being done.

3        The last thing, we have one audited claim that is still on

4   the agenda.  I've totally reviewed that case.  That case is

5   actually set for a hearing.

6        Again, what's critical, and the parties understand, I think

7   Lynn referred to that, is all of these matters have to be

8   resolved before you can get to the ultimate payment.  So the big

9   push is on, not for sake of completeness or thoroughness, but the

10  push is on to dedicate the efforts to make sure that we do that

11  so that we can make these payments.

12       And I think everybody here is dedicated to do that,

13  including the part that Mr. Garretson referred to.  All of these

14  pieces of the puzzle, it's like a jigsaw puzzle, all have to come

15  together to make it happen.  It looks like, as I perceive the

16  process, we're on target to do that.

17       And that concludes my report, Your Honor.  Thank you very

18  much.

19            THE COURT:  Thank you very much.  That's very helpful.

20       Next item on the agenda is class actions report.

21            MR. LEVIN:  Good morning, Your Honor, Arnold Levin.

22       There is only one class action left.  Fortunately, we're not

23  involved in it.  It's a purchase claims class action.  There are

24  motions pending, and the defendant has moved for a case

25  management order.  And you've indicated that you will have a

1    special meeting with counsel with regard to the same.

2              THE COURT:  Right.  I will set a meeting with counsel

3    for both plaintiffs and defendants and we'll work through that.

4              MR. LEVIN:  I would like to take this opportunity to

5    thank Mr. Juneau for giving me another child.  He tells me he's

6    given me an LSU player, that it's a sixth-round draft choice for

7    the Philadelphia Eagles, and we'll take good care of him if he

8    takes good care of us.

9              SPECIAL MASTER JUNEAU:  He doesn't eat cheese Philly

10   steaks.

11             THE COURT:  The next item on the agenda, state/federal

12   coordination.

13             MS. BARRIOS:  Good morning, Your Honor.  Dawn Barrios

14   for the federal/state committee.  I'm very happy I didn't bring

15   any paperwork with me today.  Mine is so fabulous.  It's on a CD,

16   and I would like to challenge everybody to review the CD when

17   they get back to their offices.

18       But, Your Honor, we are moving very, very well on trying to

19   clear up the remands, and we can only do it with the help of

20   various offices.  BrownGreer has been terrific because they have

21   letting us know who has gone through the program, particularly

22   Mr. Atkinson.  Mr. Johnston's office has been terrific as well

23   with the *pro se's*.

24       And we have contacted the counsel who have cases that are

25   still pending with remands, but their clients have not gone

1  through the program completely.  They just -- they just did not

2  finish the enrollment process.  We have done a questionnaire to

3  send to those counsel to let us know their intent, and we'll

4  assist them in trying to get those cases dismissed.

5      Thank you, Your Honor.  I look forward to the day that I can

6  tell you there are no remands pending.

7      THE COURT:  It looks like it's moving in that direction.

8      *Pro se* claimants.  Anything, Bob?

9      MR. JOHNSTON:  Good morning, Your Honor.  Bob Johnston,

10  court-appointed curator.

11      I think you can get the sense from those who have been up

12  here before, things are moving not only well but heading toward

13  the end, and the number of calls that we have been receiving have

14  reflected that.  They are going down, but there are still,

15  obviously, numbers that we get every day.

16      Most of the communications we've had have dealt with timing

17  of payments and things of this nature, and we've continued to

18  assist, as best we can, to help these individuals who do not have

19  counsel understand the circumstances of what is going on in their

20  particular claim.

21      There have been a number of calls that we've received from

22  those who are to proceed in litigation, and there has been some

23  effort that we've needed to make with numbers of those

24  individuals to explain that the role of the curator is not to act

25  as advocacy counsel and proceed with litigation.  And we've, I

1   think, been able to get that message across, but I just wanted

2   the Court to understand that that has come up numbers of times.

3       There is only one other matter that Lennie Davis and Dorothy

4   Wimberly and I have talked about that we would like the

5   opportunity to briefly talk with you at the conclusion of today,

6   and if we can do that, we'll stay at the end.

7       THE COURT:  Sure.  Okay, I'll do that.  Thank you very

8   much for your help.

9       Anything on the trial package?

10      MR. HERMAN:  Judge Fallon, as Your Honor conducted a

11  Louisiana Attorney General trial recently, Mr. Dugan, lead

12  counsel, we've requested and he's agreed to provide the journal

13  articles, the fact evidence introduced, as well as the

14  transcript.  It will be referred to Jerry Meunier, and he'll get

15  our trial package committee together and see if there is material

16  there that should be added to the trial package.

17      THE COURT:  Anything on governmental actions?

18      MR. HERMAN:  It was reported this morning that there are

19  14 left.

20      THE COURT:  Yes.  There's about 14 or 16 attorney

21  generals.  What I did was I tried recently, for two weeks, the

22  Attorney General for Louisiana.  I received yesterday their --

23  both sides' proposed findings of facts and conclusions of law, so

24  I will start working on my opinion and hopefully will get that

25  out shortly.

1          Once we do that, I would like to regroup and see where we
2     are, which states are entitled to jury trials, which states are
3     bench trials, and then take some -- discuss some method of
4     dealing with the cases.

5          I don't think we are there yet because there is some
6     discovery, and the benefit of the MDL is to see if we can unify
7     that discovery and make it more efficient and give everybody an
8     opportunity to deal with the discovery issues that they may have.
9     And then we have to talk about ways of completing those.

10         Some options:  One, is to send them back.  Of course, the
11    other is to go back with them.  And the other is, obviously,
12    to -- somewhere in between.

13         But I'll be talking to the parties on that once we're
14    finished with discovery and they are ready to be dealt with in
15    trial.  Then I'll meet with the parties and discuss it.

16         Pending personal injury cases subject to PTO.

17         MR. MARVIN:  Your Honor, discovery is underway on the
18    PTO 28 cases.  We've noticed or requested depositions in
19    40 cases.  We've actually been able to proceed with depositions
20    in 14 cases, and 6 cases have been dismissed so far.

21         THE COURT:  We're not there yet, but also, when we get
22    there, we ought to see what's left, both the attorney generals as
23    well as all of the other things.  Then my thinking is to see if
24    we can do some prioritizing and deal with each segment in some
25    realistic way and efficient way and we'll get to it.

1          Okay.   Fee allocation committee.

2               MR. HERMAN:  May it please the Court, Your Honor, I want

3     to be careful how I report to the Court.  I don't see

4     Mr. Stratton, but I report that yesterday he took my deposition

5     for three hours.  I took his deposition for three hours.

6          It's the negotiating committee and the PSC's unanimous

7     position that this is a matter of law and that we're ready to go

8     forward.

9          Mr. Stratton contends it's a question of fact.  We contacted

10    Mr. Phil -- the court-appointed CPA, Phil Garrett.  He tells us

11    that he's available if Mr. Stratton would like to review time

12    records under seal, confidentially.

13         And the plaintiffs will ask that -- the PSC and the PNC will

14    ask that this matter be set down for hearing; that Mr. Stratton

15    file whatever brief he is going to file.  We're ready now to file

16    a brief within five days, and we can argue any time that

17    Your Honor sets, and we think that this matter is ripe for

18    resolution.

19              THE COURT:  I have a conference after this meeting with

20    both the plaintiffs and Mr. Stratton, and we'll see where it is.

21         Any other motions?

22         Oh, Merck's motion on PTO, what is that, Doug?  Merck's

23    motions and rules on PTO's?

24         I'm sorry.  We'll take that after at the meeting.

25              MR. MARVIN:  Thank you, Your Honor.

 1          THE COURT:  Any other motions?  Appeals?

 2          MR. HERMAN:  Your Honor, Ms. Oldfather has filed a

 3   motion.  We responded yesterday.  Ms. Oldfather, Mr. Birchfield

 4   and I would like to meet with you after the conference today.

 5          THE COURT:  All right.

 6        Any appeals, things on appeals?

 7        Motions for attorneys' fees and to enforce attorney liens.

 8        As I mentioned last time, I appointed a Special Master for

 9   that, Mr. Juneau, and asked him to determine whether he's going

10   to need some staff, and then we'll start teeing that up when we

11   can.

12          SPECIAL MASTER JUNEAU:  Yes, Your Honor.  I've already

13   proceeded to work on that.  We are assembling all of the

14   information now.  I'm then going to put into process a protocol

15   as to whether or not actual appearances will or will not be

16   necessary in this matter, but I've received a voluminous amount

17   of information already from the respective counsel.

18        I anticipate next week going out probably with a protocol

19   that will address to the respective attorneys what the process

20   will be.

21          THE COURT:  Give some thought, when you get your hands

22   around it, as to whether or not you need to beef up your staff

23   with an attorney or investigator or anything of that sort.

24          SPECIAL MASTER JUNEAU:  Yes, sir.  I think all of that

25   will hopefully be incorporated within that protocol.

1          THE COURT:  Okay.

2          SPECIAL MASTER JUNEAU:  Thank you, Your Honor.

3          THE COURT:  Pending personal injury cases.  Anything on

4     that?

5      The next status conference is June 3, 2010, same time,

6     9 o'clock, and I'll meet with counsel and the committees at 8:30.

7      Anything from anyone else?

8      Thank you very much.  Court will stand in recess.

9          THE DEPUTY CLERK:  Everyone rise.

10          (WHEREUPON, at 10:03 a.m. the proceedings were

11     concluded.)

12                          *  *  *

13                   REPORTER'S CERTIFICATE

14

15      I, Cathy Pepper, Certified Realtime Reporter, Registered

16     Merit Reporter, Registered Professional Reporter, Certified Court

17     Reporter of the State of Louisiana, Official Court Reporter for

18     the United States District Court, Eastern District of Louisiana,

19     do hereby certify that the foregoing is a true and correct

20     transcript, to the best of my ability and understanding, from the

21     record of the proceedings in the above-entitled and numbered

22     matter.

23

24                              *s/Cathy Pepper*
                               Cathy Pepper, CRR, RMR, CCR
25                             Official Court Reporter
                               United States District Court

## $

**$25** [1] - 10:17
**$250,000** [1] - 12:23
**$50,000** [1] - 27:10
**$700** [1] - 14:7

## '

**'07** [1] - 13:19

## 1

**1** [2] - 7:10, 13:7
**1,000** [1] - 26:23
**1,083** [1] - 8:4
**1,925** [1] - 8:1
**1/2** [1] - 17:15
**10,508** [2] - 7:22, 10:6
**100** [2] - 25:6, 25:22
**10004** [2] - 1:25, 3:7
**1018** [1] - 4:15
**10:03** [1] - 38:10
**1100** [1] - 2:5
**115** [1] - 4:5
**12** [1] - 21:22
**12,442** [2] - 7:13, 7:20
**120** [1] - 28:8
**12th** [1] - 18:8
**13** [1] - 26:2
**1300** [1] - 3:17
**1330** [1] - 2:18
**14** [4] - 21:21, 34:19, 34:20, 35:20
**1419** [1] - 2:15
**14th** [1] - 12:4
**15** [4] - 9:8, 10:15, 11:1, 11:2
**15TH** [1] - 4:5
**16** [1] - 34:20
**1600** [1] - 15:8
**1657** [2] - 1:5, 6:10
**17,851** [1] - 7:12
**1710** [1] - 2:12
**1810** [1] - 11:11
**1890** [1] - 2:15
**19** [2] - 5:6, 15:4
**19106** [1] - 1:22
**1st** [1] - 13:9

## 2

**2** [2] - 7:10, 8:16
**2,300** [1] - 15:24
**20** [4] - 13:24, 14:6, 18:7, 18:10
**200** [1] - 27:16

**20005** [1] - 2:24
**2007** [1] - 13:5
**2010** [3] - 1:6, 6:3, 38:5
**2010...........** [1] - 5:21
**202** [1] - 4:15
**2150** [1] - 3:11
**21st** [2] - 11:4, 11:7
**22nd** [2] - 18:1, 18:6
**23219** [1] - 4:6
**234** [1] - 1:18
**24** [1] - 8:25
**24-hour** [1] - 9:1
**2450** [1] - 3:24
**24th** [1] - 11:7
**25** [1] - 28:3
**26th** [2] - 11:8, 11:13
**27** [1] - 24:18
**273** [2] - 23:1, 23:15
**28** [3] - 9:8, 15:20, 35:18
**2800** [2] - 2:4, 2:5
**284** [1] - 10:7
**285** [1] - 10:6
**29** [3] - 1:6, 5:7, 6:3
**290** [1] - 21:10
**2nd** [1] - 18:15

## 3

**3** [4] - 5:21, 8:21, 8:22, 38:5
**3,152** [1] - 25:4
**3.8** [1] - 17:14
**30** [1] - 17:20
**300** [1] - 13:19
**30th** [1] - 19:17
**31** [1] - 5:8
**316** [1] - 2:8
**32** [1] - 5:9
**32207** [1] - 3:17
**324** [1] - 10:19
**32502** [1] - 2:9
**33** [1] - 5:10
**34** [3] - 5:11, 5:12, 17:15
**35** [1] - 5:13
**36** [2] - 5:14, 5:15
**36103** [1] - 1:19
**3650** [1] - 3:20
**37** [3] - 5:16, 5:17, 5:18
**38** [2] - 5:20, 5:21
**394** [1] - 16:3

## 4

**4** [3] - 8:21, 16:18,

17:15
**4,406** [2] - 25:16, 25:18
**40** [3] - 10:8, 24:21, 35:19
**400** [3] - 3:24, 4:6, 26:24
**40208** [1] - 2:19
**405** [1] - 3:17
**4160** [1] - 1:18
**440** [1] - 2:12
**447** [1] - 22:25
**45** [1] - 23:20
**45242** [1] - 4:10
**46** [1] - 17:8
**47** [1] - 17:9
**48** [1] - 17:7
**486** [1] - 14:21
**4th** [1] - 11:25

## 5

**5** [2] - 8:21, 16:19
**5,000** [3] - 7:24, 8:16, 10:11
**5,409** [1] - 7:17
**5,412** [1] - 25:17
**5,488** [1] - 25:3
**50** [1] - 27:9
**500** [3] - 1:22, 4:20, 25:13
**504** [1] - 4:21
**510** [1] - 1:22
**51268** [1] - 4:15
**54** [1] - 24:4
**546** [1] - 3:4
**56** [1] - 17:19
**589-7779** [1] - 4:21

## 6

**6** [3] - 5:5, 8:21, 35:20
**60** [3] - 10:11, 10:13, 16:20
**600** [1] - 2:8
**62** [1] - 17:12
**650** [1] - 3:11

## 7

**7.45** [1] - 10:2
**70** [1] - 16:20
**701** [1] - 3:20
**70113** [1] - 1:14
**70130** [4] - 3:4, 3:12, 3:25, 4:20
**70139** [1] - 3:21

**70163** [1] - 2:5
**705** [1] - 16:7
**70505** [1] - 4:16
**70602** [1] - 2:16
**721** [1] - 15:17
**725** [1] - 2:23
**747** [2] - 8:2, 10:14
**76** [1] - 25:11
**77002** [1] - 2:12
**7775** [1] - 4:10

## 8

**80** [1] - 8:14
**820** [1] - 1:14
**83** [1] - 24:17
**850** [1] - 10:9
**88** [1] - 13:20
**8:30** [1] - 38:6

## 9

**9** [1] - 38:6
**90** [1] - 22:5
**95** [2] - 8:12, 21:24
**95.5** [1] - 22:21
**97** [2] - 13:25, 21:9
**98** [2] - 21:9, 21:21
**99.5** [1] - 25:24
**9:00** [1] - 1:6
**9th** [1] - 13:5

## A

**a.m** [1] - 38:10
**A.M** [1] - 1:6
**ability** [1] - 38:21
**able** [10] - 9:12, 10:24, 11:5, 11:9, 11:12, 12:1, 17:25, 19:15, 34:1, 35:19
**above-entitled** [1] - 38:22
**absence** [1] - 12:10
**accept** [4] - 8:5, 10:16, 16:4, 17:17
**accepted** [5] - 10:17, 16:7, 17:1, 17:9, 17:19
**accepting** [2] - 17:6, 17:12
**accident** [1] - 19:2
**accomplished** [1] - 23:25
**act** [1] - 33:24
**action** [2] - 31:22, 31:23
**ACTIONS** [1] - 5:8

**actions** [2] - 31:20, 34:17
**ACTIONS...................** ................. [1] - 5:12
**actual** [2] - 18:25, 37:15
**added** [1] - 34:16
**additional** [6] - 12:18, 12:21, 13:17, 14:1, 16:6, 18:23
**address** [2] - 30:16, 37:19
**addressed** [1] - 30:8
**Administer** [1] - 18:20
**administrative** [1] - 8:23
**ADMINISTRATOR** [2] - 4:4, 4:9
**administrator** [2] - 6:24, 24:25
**Administrator** [6] - 8:24, 11:15, 19:7, 19:23, 20:8, 20:10
**administrator's** [2] - 20:18, 25:19
**ADMINISTRATOR.....** ...................... [1] - 5:6
**advocacy** [2] - 23:14, 33:25
**AED** [1] - 13:17
**Affairs** [1] - 22:8
**affected** [1] - 27:16
**affects** [1] - 18:4
**afternoon** [1] - 9:22
**afterwards** [2] - 16:25, 17:11
**agencies** [3] - 19:9, 22:7, 24:7
**agency's** [1] - 21:25
**agenda** [6] - 6:19, 29:11, 31:4, 31:20, 32:11
**AGENDA** [1] - 5:3
**agreed** [3] - 27:20, 28:18, 34:12
**agreement** [6] - 6:21, 7:25, 12:16, 12:23, 13:5
**AGREEMENT............** ...................... [1] - 5:5
**ahead** [1] - 23:13
**AL** [1] - 1:19
**Alexandria** [1] - 29:19
**ALLEN** [1] - 1:16
**ALLOCATION** [1] - 5:14
**allocation** [1] - 36:1
**allow** [1] - 13:3
**allowed** [3] - 7:24,

12:20, 27:7
**allowing** [1] - 18:7
**almost** [5] - 10:15, 17:9, 17:12, 17:20, 18:9
**alone** [1] - 26:6
**amount** [7] - 10:9, 22:18, 23:24, 25:8, 26:5, 26:25, 37:16
**amounts** [1] - 26:4
**analysis** [1] - 30:12
**AND** [2] - 2:3, 5:18
**ANDY** [1] - 1:17
**ANN** [1] - 2:18
**anticipate** [3] - 30:3, 30:13, 37:18
**anticipating** [1] - 10:23
**antisubrogation** [5] - 26:19, 26:22, 26:24, 27:1, 28:7
**apologize** [1] - 29:3
**appeal** [14] - 8:12, 11:1, 14:6, 14:7, 16:4, 16:18, 17:17, 17:22, 18:11, 18:13, 18:16, 25:20, 25:21, 30:8
**appealed** [4] - 14:7, 15:3, 15:20, 26:14
**appealing** [2] - 17:14, 17:15
**appeals** [14] - 14:9, 15:4, 15:22, 16:6, 16:8, 16:12, 16:15, 16:18, 18:16, 26:11, 26:12, 37:1, 37:6
**APPEALS**.................
.................................. [1]
- 5:17
**appearance** [1] - 6:11
**appearances** [1] - 37:15
**APPEARANCES** [4] - 1:11, 2:1, 3:1, 4:1
**applied** [1] - 27:9
**appointed** [3] - 33:10, 36:10, 37:8
**appropriate** [1] - 20:19
**appropriately** [1] - 30:25
**approval** [7] - 21:25, 24:8, 25:12, 25:18, 26:4, 27:3, 27:7
**approved** [1] - 26:2
**April** [4] - 7:21, 10:6, 18:1, 18:6
**APRIL** [2] - 1:6, 6:3
**argue** [1] - 36:16

**ARNOLD** [1] - 1:21
**Arnold** [1] - 31:21
**articles** [1] - 34:13
**aside** [1] - 10:9
**assembling** [1] - 37:13
**assert** [2] - 28:24, 28:25
**asserted** [1] - 13:11
**asserting** [1] - 15:9
**assess** [1] - 18:21
**assessment** [2] - 18:1, 18:3
**assessments** [1] - 18:6
**assigned** [1] - 30:25
**assignment** [1] - 20:21
**assist** [2] - 33:4, 33:18
**assistance** [4] - 26:16, 26:19, 27:5, 28:4
**associated** [1] - 12:19
**Atkinson** [1] - 32:22
**attack** [4] - 12:17, 12:20, 19:2, 30:20
**ATTORNEY** [3] - 3:14, 3:15, 5:18
**Attorney** [2] - 34:11, 34:22
**attorney** [4] - 34:20, 35:22, 37:7, 37:23
**attorneys** [1] - 37:19
**ATTORNEYS'** [1] - 5:18
**attorneys'** [1] - 37:7
**audit** [3] - 25:6, 27:7, 27:10
**audited** [9] - 21:25, 23:22, 25:13, 26:2, 26:5, 27:1, 27:8, 27:9, 31:3
**audits** [2] - 24:9, 25:25
**available** [3] - 12:16, 20:18, 36:11
**AVENUE** [1] - 1:14
**average** [2] - 9:19, 9:25
**await** [1] - 10:19
**awaiting** [2] - 8:19, 22:23
**award** [8] - 8:2, 8:19, 9:12, 9:15, 10:25, 22:18, 23:24, 26:4
**awards** [6] - 8:15, 21:1, 24:3, 24:5, 24:6, 24:13
**aware** [3] - 22:2, 25:2, 29:15

**B**

**B406** [1] - 4:20
**balance** [6] - 10:11, 21:10, 21:24, 24:6, 27:2, 30:2
**Bank** [3] - 11:24, 12:1, 19:14
**BARRIOS** [3] - 3:19, 3:20, 32:13
**Barrios** [1] - 32:13
**based** [1] - 16:13
**BATTERY** [1] - 3:7
**BAYLEN** [1] - 2:8
**BEASLEY** [1] - 1:16
**beef** [1] - 37:22
**BEFORE** [1] - 1:9
**behalf** [1] - 19:24
**behind** [1] - 18:2
**bench** [1] - 35:3
**beneficiaries** [3] - 24:18, 24:19, 24:21
**benefit** [1] - 35:6
**BENJAMIN** [1] - 2:3
**BERMAN** [1] - 1:20
**best** [5] - 10:20, 12:3, 17:24, 33:18, 38:21
**between** [5] - 11:7, 25:17, 27:19, 30:25, 35:12
**beyond** [2] - 12:19, 13:4
**big** [2] - 22:13, 31:8
**Birchfield** [1] - 37:3
**BIRCHFIELD** [2] - 1:17, 29:11
**bit** [1] - 8:7
**BLIZZARD** [2] - 2:10, 2:11
**BLVD** [1] - 3:17
**Bob** [2] - 33:8, 33:9
**BOEHM** [1] - 2:23
**bottom** [1] - 30:3
**BOX** [2] - 1:18, 2:15
**brain** [1] - 18:25
**breaks** [1] - 17:5
**brief** [4] - 12:15, 29:22, 36:15, 36:16
**briefly** [1] - 34:5
**bring** [1] - 32:14
**bringing** [1] - 27:18
**brought** [1] - 29:19
**Brown** [3] - 6:23, 12:8, 21:5
**BROWN** [4] - 4:4, 4:5, 12:8, 21:6
**Brown's** [1] - 29:22
**BrownGreer** [5] - 6:23, 19:25, 20:4,

30:15, 32:20
**bubble** [1] - 23:8
**bucket** [5] - 8:14, 8:17, 22:6, 26:6, 28:9
**buckets** [1] - 20:20
**BUILDING** [1] - 2:11
**business** [1] - 11:23
**button** [1] - 9:23
**BY** [21] - 1:13, 1:17, 1:21, 1:24, 2:4, 2:8, 2:11, 2:14, 2:18, 2:22, 3:3, 3:6, 3:10, 3:16, 3:20, 3:24, 4:4, 4:9, 4:14, 4:22, 4:22

**C**

**calculate** [1] - 11:16
**CALLED** [1] - 6:4
**canceled** [1] - 27:4
**cannot** [1] - 22:11
**cap** [3] - 22:17, 22:20, 24:8
**car** [1] - 19:2
**care** [2] - 32:7, 32:8
**careful** [1] - 36:3
**CARONDELET** [1] - 3:4
**cascade** [1] - 19:3
**case** [6] - 6:9, 20:1, 31:1, 31:4, 31:24
**CASES** [1] - 5:13
**cases** [30] - 21:8, 23:4, 23:7, 23:21, 23:24, 24:15, 24:16, 24:18, 25:11, 26:8, 26:12, 26:14, 26:23, 28:1, 28:11, 29:25, 30:2, 30:10, 30:20, 30:21, 32:24, 33:4, 35:4, 35:16, 35:18, 35:19, 35:20, 38:3
**CASES**......................
... [1] - 5:20
**CASTIEX** [1] - 3:19
**catastrophic** [1] - 12:19
**categories** [2] - 19:8, 25:4
**category** [5] - 8:7, 12:25, 23:1, 23:11, 25:5
**CATHY** [1] - 4:19
**Cathy** [2] - 38:16, 39:2
**CCR** [2] - 4:19, 39:2
**CD** [2] - 32:15, 32:16
**CENTER** [1] - 4:14
**CENTRE** [2] - 2:4,

2:11
**certainly** [2] - 27:24, 29:9
**CERTIFICATE** [1] - 38:14
**Certified** [2] - 38:16, 38:17
**certify** [1] - 38:20
**challenge** [1] - 32:16
**chambers** [1] - 20:11
**chance** [2] - 11:17, 28:25
**change** [1] - 14:25
**CHARLES** [2] - 2:16, 20:17, 21:6
**chart** [3] - 20:12, 20:17, 21:6
**charts** [1] - 20:14
**checks** [1] - 12:2
**cheese** [1] - 32:9
**child** [1] - 32:5
**choice** [1] - 32:6
**CHRISTOPHER** [1] - 1:24
**chunk** [1] - 24:3
**CINCINNATI** [1] - 4:10
**circumstances** [2] - 30:10, 33:19
**claim** [11] - 11:3, 14:15, 14:16, 15:11, 15:12, 15:13, 15:25, 16:25, 21:25, 31:3, 33:20
**claimant** [2] - 14:5, 18:5
**claimant's** [2] - 14:17, 15:13
**claimants** [22] - 7:23, 10:25, 12:17, 12:18, 13:24, 14:23, 15:19, 16:4, 17:16, 21:18, 22:13, 25:3, 26:24, 27:16, 28:3, 28:8, 28:19, 28:20, 28:22, 29:15, 33:8
**CLAIMANTS**.............
........................ [1] -
5:10
**claims** [52] - 6:24, 7:5, 7:9, 7:11, 7:13, 7:20, 8:13, 8:17, 8:21, 9:3, 9:4, 9:7, 9:9, 9:14, 9:17, 10:2, 10:6, 10:17, 10:21, 10:23, 11:7, 11:9, 13:6, 13:8, 13:10, 13:14, 13:19, 13:21, 14:13, 14:20, 15:5, 15:8, 16:15, 17:11, 18:5, 18:19, 20:18, 23:11, 24:12, 24:25, 25:7,

25:11, 25:19, 25:23, 25:24, 28:2, 30:13, 30:23, 31:23
**CLAIMS** [1] - 4:3
**CLASS** [1] - 5:8
**class** [3] - 31:20, 31:22, 31:23
**clear** [1] - 32:19
**CLERK** [3] - 6:7, 6:10, 38:9
**clerk** [2] - 27:25, 29:5
**client** [2] - 27:6, 27:14
**clients** [2] - 23:15, 32:25
**close** [1] - 25:14
**closely** [1] - 18:21
**closest** [1] - 29:20
**coming** [1] - 29:14
**comments** [2] - 19:18, 22:10
**COMMERCE** [1] - 1:18
**committee** [4] - 32:14, 34:15, 36:1, 36:6
**Committee** [2] - 7:14, 7:18
**COMMITTEE............
.................** [1] - 5:14
**committees** [1] - 38:6
**communications** [1] - 33:16
**compare** [1] - 10:3
**compared** [1] - 9:8
**compensating** [1] - 18:24
**compensation** [2] - 12:18, 15:24
**complete** [2] - 22:22, 25:25
**completed** [2] - 13:21, 25:6
**completely** [2] - 13:8, 33:1
**completeness** [1] - 31:9
**completing** [1] - 35:9
**complex** [1] - 30:11
**compress** [1] - 19:13
**COMPUTER** [1] - 4:22
**conclude** [1] - 28:17
**concluded** [1] - 38:11
**concludes** [3] - 22:11, 29:4, 31:17
**conclusion** [3] - 23:19, 27:18, 34:5
**conclusions** [1] - 34:23
**conducted** [1] - 34:10
**CONFERENCE** [2] - 1:8, 5:21
**conference** [4] -

27:22, 36:19, 37:4, 38:5
**conferences** [1] - 9:6
**confidentially** [1] - 36:12
**confirmation** [1] - 21:12
**CONNOLLY** [1] - 2:22
**consent** [2] - 13:3, 21:17
**considerable** [5] - 24:23, 25:8, 26:7, 27:12, 29:25
**considered** [1] - 25:17
**contacted** [2] - 32:24, 36:9
**contends** [1] - 36:9
**continue** [5] - 21:11, 21:14, 22:5, 23:14, 28:15
**CONTINUED** [3] - 2:1, 3:1, 4:1
**continued** [1] - 33:17
**controlling** [1] - 26:13
**COOPER** [1] - 4:10
**cooperating** [1] - 23:10
**coordination** [1] - 32:12
**COORDINATION.......
....................** [1] - 5:9
**copy** [2] - 20:12, 29:7
**correct** [3] - 12:2, 21:13, 38:20
**COTLAR** [1] - 1:12
**counsel** [21] - 6:11, 6:19, 14:17, 15:14, 15:19, 20:11, 21:12, 21:15, 25:20, 26:11, 29:1, 29:15, 32:1, 32:2, 32:24, 33:3, 33:19, 33:25, 34:12, 37:17, 38:6
**COUNSEL** [2] - 3:16, 3:19
**counterpart** [1] - 27:22
**couple** [4] - 23:6, 23:8, 23:9, 26:6
**course** [3] - 23:12, 24:19, 35:10
**court** [5] - 9:24, 33:10, 36:10
**COURT** [31] - 1:1, 4:19, 6:4, 6:8, 6:11, 6:17, 6:25, 10:3, 12:7, 19:20, 19:22, 20:8, 21:3, 27:21, 28:14, 29:6, 29:10,

31:19, 32:2, 32:11, 33:7, 34:7, 34:17, 34:20, 35:21, 36:19, 37:1, 37:5, 37:21, 38:1, 38:3
**Court** [18] - 6:13, 9:20, 10:22, 19:18, 20:12, 22:2, 23:16, 25:9, 28:15, 34:2, 36:2, 36:3, 38:8, 38:17, 38:18, 38:19, 39:3, 39:4
**Court's** [7] - 20:3, 20:18, 22:12, 26:16, 26:18, 27:5, 28:4
**court-appointed** [2] - 33:10, 36:10
**courtroom** [1] - 6:17
**cover** [2] - 14:10, 22:16
**covered** [1] - 20:25
**CPA** [1] - 36:10
**craniotomy** [1] - 18:25
**create** [1] - 23:11
**created** [2] - 9:9, 26:21
**criteria** [1] - 8:18
**critical** [1] - 31:6
**crossed** [1] - 19:15
**CROW** [1] - 1:16
**CRR** [2] - 4:19, 39:2
**CURATOR** [1] - 3:23
**curator** [2] - 33:10, 33:24
**cured** [2] - 22:24
**cut** [1] - 12:2

# D

**damages** [1] - 13:18
**data** [3] - 8:24, 9:1, 23:22
**date** [1] - 10:6
**DAVID** [2] - 2:3, 4:13
**Davis** [1] - 34:3
**DAVIS** [1] - 1:13
**DAWN** [1] - 3:20
**Dawn** [1] - 32:13
**days** [12] - 11:1, 11:2, 11:21, 11:23, 12:1, 13:24, 14:6, 18:7, 18:10, 25:15, 25:20, 36:16
**DC** [1] - 2:24
**deadline** [3] - 13:7, 23:16, 30:4
**deadlines** [2] - 10:23, 30:17
**deal** [2] - 35:8, 35:24

**dealing** [1] - 35:4
**dealt** [2] - 33:16, 35:14
**death** [1] - 28:6
**December** [1] - 13:9
**decide** [1] - 11:1
**deciding** [2] - 8:5, 10:16
**decision** [2] - 13:23, 15:19
**decisions** [6] - 15:22, 16:9, 16:16, 16:21, 17:21, 18:5
**dedicate** [1] - 31:10
**dedicated** [1] - 31:12
**deduction** [1] - 19:10
**deductions** [1] - 18:22
**DEFENDANT** [1] - 2:22
**defendant** [1] - 31:24
**defendants** [1] - 32:3
**defined** [1] - 12:23
**delays** [1] - 9:9
**Department** [1] - 22:8
**dependent** [1] - 11:6
**depicted** [1] - 7:20
**deposition** [2] - 36:4, 36:5
**depositions** [2] - 35:18, 35:19
**DEPUTY** [3] - 6:7, 6:10, 38:9
**described** [2] - 24:1, 24:11
**designated** [1] - 31:1
**designed** [1] - 13:2
**detail** [2] - 24:11, 24:14
**detailed** [2] - 29:23, 30:12
**determination** [1] - 11:12
**determine** [1] - 37:9
**determined** [1] - 13:11
**difference** [1] - 25:17
**different** [6] - 13:13, 14:18, 15:9, 15:13, 19:4, 30:9
**difficult** [1] - 30:10
**direction** [1] - 33:7
**disagreement** [1] - 27:3
**discovery** [5] - 35:6, 35:7, 35:8, 35:14, 35:17
**discrepancies** [2] - 21:23, 22:24
**discrepancy** [1] - 21:11, 22:22
**discuss** [3] - 25:9, 35:3, 35:15

**dismissed** [2] - 33:4, 35:20
**District** [3] - 38:19, 39:4
**DISTRICT** [3] - 1:1, 1:1, 1:9
**DOCKET** [1] - 1:5
**documents** [3] - 15:1, 22:11, 29:7
**dollars** [5] - 10:5, 11:9, 23:6, 23:8, 23:9
**done** [12] - 14:3, 16:7, 16:14, 20:23, 21:9, 21:19, 21:21, 22:5, 23:21, 24:23, 31:2, 33:2
**Dorothy** [1] - 34:3
**DOROTHY** [1] - 3:3
**double** [1] - 24:20
**Doug** [1] - 36:22
**Douglas** [1] - 6:15
**DOUGLAS** [2] - 2:22, 3:11
**down** [10] - 17:5, 19:9, 22:20, 23:13, 23:23, 26:7, 28:11, 30:15, 33:14, 36:14
**draft** [1] - 32:6
**DRAWER** [1] - 4:15
**DREW** [1] - 2:14
**drive** [2] - 20:13, 23:19
**driven** [1] - 22:17
**dual** [1] - 24:20
**due** [1] - 26:22
**DUGAN** [1] - 3:10
**Dugan** [1] - 34:11
**dynamic** [1] - 20:15

# E

**Eagles** [1] - 32:7
**EASTERN** [1] - 1:1
**Eastern** [1] - 38:19
**eat** [1] - 32:9
**ECHSNER** [1] - 2:7
**economic** [2] - 12:24, 13:10
**education** [2] - 27:6, 27:14
**EDWARD** [1] - 2:11
**effect** [2] - 27:1, 28:7
**efficiency** [1] - 19:25
**efficient** [2] - 35:7, 35:25
**effort** [3] - 14:14, 20:17, 33:23
**efforts** [1] - 31:10
**EI** [5] - 16:23, 18:3,

18:4, 19:5, 19:16
**eight** [1] - 11:21
**either** [4] - 7:13, 7:18, 7:22, 8:12
**ELDON** [1] - 1:9
**elected** [1] - 8:16
**eligibility** [1] - 8:6
**eligible** [3] - 7:20, 8:4, 8:9
**ELLIOT** [1] - 2:14
**enable** [1] - 16:23
**end** [7] - 7:6, 8:17, 8:19, 18:13, 21:16, 33:13, 34:6
**ended** [1] - 15:3
**ENERGY** [1] - 2:4
**ENFORCE** [1] - 5:18
**enforce** [1] - 37:7
**enrolled** [2] - 8:8
**enrollment** [1] - 33:2
**entitled** [3] - 24:17, 35:2, 38:22
**entitlement** [1] - 21:11
**ESQUIRE** [24] - 1:13, 1:13, 1:17, 1:17, 1:21, 1:21, 1:24, 2:4, 2:8, 2:11, 2:14, 2:18, 2:22, 2:23, 3:3, 3:6, 3:10, 3:11, 3:16, 3:20, 4:4, 4:5, 4:9, 4:14
**established** [2] - 20:2, 30:5
**estimate** [3] - 10:20, 12:3, 17:24
**evaluated** [1] - 7:16
**evidence** [1] - 34:13
**exactly** [1] - 33:9
**example** [1] - 13:25
**exist** [3] - 26:1, 26:22, 30:24
**expect** [4] - 22:1, 22:2, 25:15, 26:16
**expenses** [6] - 12:24, 13:3, 13:16, 13:17, 13:20, 14:4
**explain** [1] - 33:24
**extraordinary** [9] - 7:7, 12:6, 12:13, 13:1, 13:18, 15:24, 20:1, 24:13, 29:24

### F

**fabulous** [1] - 32:15
**facility** [4] - 22:9, 24:12
**fact** [7] - 22:7, 24:20, 26:3, 27:13, 28:23,

34:13, 36:9
**facts** [1] - 34:23
**fairly** [1] - 30:12
**fall** [1] - 28:8
**FALLON** [1] - 1:9
**Fallon** [2] - 6:14, 34:10
**Fallon's** [1] - 20:2
**falls** [1] - 11:22
**far** [4] - 15:3, 16:8, 16:18, 35:20
**federal/state** [1] - 32:14
**FEE** [1] - 5:14
**fee** [2] - 14:7, 36:1
**FEES** [1] - 5:18
**fees** [1] - 37:7
**few** [3] - 10:24, 14:9, 30:24
**fewer** [2] - 8:15, 9:17
**field** [3] - 15:19, 16:3, 17:20
**figured** [1] - 20:14
**file** [1] - 36:15
**filed** [4] - 7:9, 7:13, 17:3, 37:2
**final** [32] - 8:9, 8:10, 8:23, 9:3, 9:17, 10:10, 10:18, 10:19, 10:21, 11:8, 11:10, 11:14, 11:16, 11:24, 16:23, 19:13, 19:16, 20:13, 21:1, 22:18, 23:16, 23:24, 24:3, 24:4, 24:6, 24:8, 25:12, 25:16, 26:4, 26:9, 26:25, 27:8
**finalized** [2] - 24:1, 25:17
**finally** [3] - 20:14, 28:1, 28:17
**findings** [1] - 34:23
**fine** [2] - 24:14, 29:6
**fingers** [1] - 19:15
**finish** [6] - 14:5, 16:20, 17:25, 19:11, 19:15, 33:2
**finished** [9] - 8:22, 14:2, 14:10, 14:19, 14:22, 15:14, 15:17, 16:1, 35:14
**finishing** [1] - 16:22
**FIRM** [3] - 2:17, 3:10, 4:9
**first** [10] - 7:4, 7:8, 8:10, 13:22, 15:2, 18:1, 18:6, 20:20, 23:3, 26:18
**FISHBEIN** [1] - 1:20
**five** [1] - 36:16

**fixed** [4] - 7:24, 8:16, 10:12, 23:5
**FL** [1] - 2:9
**FLORIDA** [3] - 3:14, 3:15, 3:17
**folks** [8] - 8:5, 8:15, 9:24, 14:7, 15:24, 17:1, 17:11, 19:4
**follow** [2] - 20:17, 20:19
**following** [1] - 11:7
**FOR** [5] - 1:12, 2:22, 4:3, 4:8, 5:18
**forecast** [1] - 30:16
**foregoing** [1] - 38:20
**forms** [1] - 28:20
**fortunately** [1] - 31:22
**forty** [1] - 16:8
**forty-four** [1] - 16:8
**forward** [4] - 17:2, 17:3, 33:5, 36:8
**four** [5] - 16:8, 26:9, 26:15, 26:16, 28:12
**FRED** [1] - 1:21
**Friday** [2] - 11:4, 11:25
**full** [4] - 11:22, 18:7, 18:14, 18:15
**fund** [1] - 29:24
**funds** [2] - 12:16, 19:14
**future** [6] - 13:3, 13:4, 13:18, 14:13, 15:5, 30:16
**futures** [1] - 13:20

### G

**GAINSBURGH** [1] - 2:3
**gap** [1] - 26:1
**gaps** [1] - 22:14
**GARRETSON** [8] - 4:9, 4:9, 20:9, 21:5, 21:7, 27:24, 28:15, 29:9
**Garretson** [4] - 18:20, 20:9, 29:16, 31:13
**Garrett** [1] - 36:10
**Gate** [2] - 7:14, 7:18
**Gates** [1] - 7:10
**GAYLE** [1] - 2:14
**General** [2] - 34:11, 34:22
**general** [1] - 7:8
**GENERAL** [2] - 3:14, 3:15
**generals** [2] - 34:21, 35:22

**generate** [1] - 14:9
**gentlemen** [1] - 6:9
**GERALD** [1] - 2:4
**given** [5] - 6:20, 10:23, 11:17, 25:13, 32:6
**go-round** [2] - 14:24, 14:25
**governmental** [8] - 18:22, 19:6, 19:9, 19:20, 21:2, 22:4, 22:7, 24:10, 34:17
**GOVERNMENTAL** [1] - 5:12
**graph** [1] - 29:18
**graphs** [1] - 20:15
**Greer** [1] - 6:22
**GREER** [6] - 4:4, 4:4, 6:22, 7:2, 10:4, 19:21
**grid** [2] - 12:21, 15:9
**grids** [1] - 13:2
**group** [3] - 18:17, 18:20, 23:11

### H

**half** [2] - 17:1, 17:2
**handful** [2] - 8:21, 26:12
**handled** [1] - 31:1
**hands** [2] - 17:16, 37:21
**happy** [2] - 9:10, 32:14
**HARDING** [2] - 4:14, 4:15
**headed** [1] - 29:24
**heading** [1] - 33:12
**health** [1] - 22:17
**hear** [1] - 20:8
**HEARD** [1] - 1:9
**hearing** [2] - 31:5, 36:14
**heart** [5] - 12:17, 12:20, 18:24, 19:1, 30:20
**help** [6] - 22:12, 23:11, 27:18, 32:19, 33:18, 34:8
**helpful** [1] - 31:19
**hereby** [1] - 38:20
**Herman** [2] - 6:14, 29:14
**HERMAN** [9] - 1:12, 1:13, 6:13, 19:24, 34:10, 34:18, 36:2, 37:2
**holdback** [1] - 28:12
**holdbacks** [1] - 22:1
**home** [1] - 20:13

**Honor** [40] - 6:15, 6:22, 7:2, 7:8, 9:6, 10:5, 10:20, 12:5, 12:8, 19:24, 20:9, 20:11, 20:16, 22:4, 25:1, 26:15, 27:18, 27:24, 28:17, 29:4, 29:9, 29:11, 29:21, 30:3, 30:7, 30:20, 31:17, 31:21, 32:13, 32:18, 33:5, 33:9, 34:10, 35:17, 36:2, 36:17, 36:25, 37:2, 37:12, 38:2
**HONORABLE** [1] - 1:9
**hope** [6] - 10:24, 11:1, 11:24, 18:15
**hopefully** [4] - 9:15, 23:18, 34:24, 37:25
**hours** [3] - 8:25, 36:5
**house** [1] - 23:22
**HOUSTON** [1] - 2:12
**http://vioxx.laed. uscourts.gov** [1] - 20:3
**http://www. officialvioxxsettlement .com** [1] - 20:7
**HUBBARD** [1] - 3:6
**HUGHES** [1] - 3:6
**hundred** [3] - 23:6, 23:8, 28:11

### I

**identical** [1] - 22:22
**identified** [1] - 28:23
**identify** [1] - 19:8
**II** [1] - 3:10
**immediately** [1] - 18:9
**IN** [1] - 1:4
**in-house** [1] - 23:22
**inbounds** [1] - 25:7
**including** [1] - 31:13
**income** [7] - 12:25, 14:12, 14:19, 15:4, 15:6, 15:12
**incomplete** [2] - 9:5, 9:7
**incorporated** [1] - 37:25
**indicated** [1] - 31:25
**individuals** [2] - 33:18, 33:24
**ineligible** [1] - 7:18
**infarction** [4] - 9:9, 21:8, 22:23, 25:4
**information** [4] - 24:7, 29:5, 37:14, 37:17

**initial** [1] - 13:23
**injuries** [8] - 12:19, 13:1, 18:23, 19:3, 19:4, 19:5, 19:8
**INJURY** [2] - 5:13, 5:20
**injury** [16] - 7:7, 9:19, 9:25, 12:6, 12:13, 13:11, 13:12, 15:7, 15:9, 15:24, 18:23, 24:13, 24:15, 24:18, 35:16, 38:3
**instances** [1] - 19:1
**insurance** [1] - 22:17
**integral** [1] - 30:6
**intent** [1] - 33:3
**interesting** [1] - 30:8
**interface** [2] - 16:13, 16:14
**interim** [4] - 7:22, 8:3, 8:8, 11:6
**intricate** [1] - 30:8
**introduced** [1] - 34:13
**investigator** [1] - 37:23
**involve** [3] - 24:18, 28:1
**involved** [1] - 31:23
**involves** [2] - 28:3, 28:5
**IS** [6] - 5:21, 11:10, 11:12, 18:3, 18:5, 26:23
**ischemic** [8] - 21:1, 22:13, 23:1, 23:6, 23:21, 25:4, 25:22, 26:8
**issue** [20] - 8:24, 9:12, 9:17, 15:12, 18:2, 19:16, 21:11, 21:14, 22:1, 22:12, 22:13, 22:22, 24:11, 26:9, 26:18, 28:3, 28:5, 28:8, 28:17
**issued** [8] - 8:1, 13:23, 14:23, 15:14, 16:9, 16:15, 18:1, 18:6
**issues** [10] - 24:10, 25:9, 26:1, 26:9, 26:13, 26:15, 26:17, 28:13, 28:16, 35:8
**issuing** [1] - 16:21
**item** [4] - 19:22, 29:11, 31:20, 32:11
**ITEMS** [1] - 5:3

**J**

**JACKSONVILLE** [1] -

3:17
**JAMES** [2] - 3:10, 3:16
**Jerry** [1] - 34:14
**jigsaw** [1] - 31:14
**Johnston** [1] - 33:9
**JOHNSTON** [3] - 3:23, 3:24, 33:9
**Johnston's** [1] - 32:22
**joint** [1] - 29:17
**journal** [1] - 34:12
**JR** [1] - 1:17
**Judge** [3] - 6:14, 20:2, 34:10
**JUDGE** [1] - 1:9
**jump** [2] - 18:9, 23:8
**June** [9] - 11:25, 12:4, 12:13, 18:15, 19:11, 19:17, 21:16, 23:18, 38:5
**JUNE** [1] - 5:21
**Juneau** [4] - 16:12, 29:12, 32:5, 37:9
**JUNEAU** [7] - 4:13, 4:14, 29:18, 32:9, 37:12, 37:24, 38:2
**jury** [1] - 35:2

**K**

**KATZ** [1] - 1:12
**kind** [2] - 14:17, 17:10
**KINGSDORF** [1] - 3:19
**known** [1] - 18:3
**knows** [1] - 9:6
**KY** [1] - 2:19

**L**

**LA** [8] - 1:14, 2:5, 2:16, 3:4, 3:12, 3:21, 3:25, 4:16
**ladies** [1] - 6:8
**LAFAYETTE** [1] - 4:16
**LAKE** [1] - 2:16
**language** [3] - 27:6, 27:8, 27:11
**lap** [1] - 18:18
**large** [1] - 22:18
**largely** [2] - 22:15, 26:13
**last** [13] - 6:25, 7:22, 10:23, 10:24, 11:3, 12:9, 13:7, 13:9, 18:1, 18:6, 18:13, 31:3, 37:8
**law** [6] - 26:22, 27:1, 27:11, 34:23, 36:7

**LAW** [4] - 2:17, 3:10, 3:23, 4:9
**laws** [1] - 26:19
**layer** [1] - 9:4
**lead** [2] - 6:18, 34:11
**Lee's** [1] - 29:19
**left** [11] - 8:22, 9:10, 9:17, 13:23, 14:15, 15:18, 22:14, 25:8, 31:22, 34:19, 35:22
**LEIGH** [1] - 1:17
**length** [1] - 29:3
**lengthy** [1] - 13:9
**Lennie** [1] - 34:3
**LEONARD** [1] - 1:13
**lesser** [1] - 12:9
**letting** [1] - 32:21
**level** [2] - 9:19, 10:1
**LEVIN** [5] - 1:20, 1:21, 2:7, 31:21, 32:4
**Levin** [1] - 31:21
**LIABILITY** [1] - 1:4
**LIAISON** [1] - 3:19
**liaison** [1] - 6:18
**Lien** [7] - 8:24, 11:15, 18:20, 19:7, 19:22, 20:8, 20:10
**lien** [19] - 18:22, 19:6, 20:22, 24:22, 25:1, 25:10, 26:5, 26:10, 26:25, 27:1, 27:2, 27:8, 27:10, 27:14, 28:21, 28:23, 28:24, 29:1
**LIEN** [2] - 4:8, 5:6
**liens** [6] - 8:25, 22:19, 23:22, 24:10, 27:4, 37:7
**LIENS**........................
............................[1] -
5:19
**likely** [1] - 21:17
**line** [2] - 13:21, 30:3
**list** [5] - 11:14, 11:18, 11:23, 11:24, 19:14
**listed** [1] - 29:16
**listening** [1] - 9:21
**litigation** [2] - 33:22, 33:25
**LITIGATION** [1] - 1:4
**lock** [4] - 22:20, 23:13, 23:23, 26:7
**LONGER** [1] - 1:21
**look** [6] - 11:16, 14:1, 17:3, 20:20, 22:12, 33:5
**looking** [3] - 11:8, 11:9, 24:15
**looks** [4] - 11:21, 30:17, 31:15, 33:7

**loss** [1] - 12:24
**lost** [8] - 12:25, 13:4, 14:12, 14:19, 15:4, 15:6, 15:12
**Louisiana** [6] - 29:20, 34:11, 34:22, 38:18, 38:19
**LOUISIANA** [5] - 1:1, 1:5, 2:12, 3:10, 4:20
**LOUISVILLE** [1] - 2:19
**LSU** [1] - 32:6
**LWI** [1] - 14:12
**LYNN** [1] - 4:4
**Lynn** [5] - 6:22, 6:25, 17:23, 23:25, 31:7
**Lynn's** [1] - 12:10
**LYRIC** [1] - 2:11

**M**

**major** [1] - 26:1
**management** [1] - 31:25
**manual** [1] - 13:9
**marker** [4] - 7:23, 10:1, 23:4, 23:7
**Marvin** [1] - 6:15
**MARVIN** [4] - 2:22, 6:15, 35:17, 36:25
**MASTER** [6] - 4:13, 29:18, 32:9, 37:12, 37:24, 38:2
**Master** [16] - 7:19, 8:12, 8:18, 14:6, 15:5, 15:20, 15:22, 16:5, 16:8, 16:10, 16:11, 17:14, 18:11, 18:14, 18:18, 37:8
**MASTER'S** [1] - 5:7
**Master's** [1] - 29:12
**masters** [1] - 30:25
**material** [1] - 34:15
**materials** [4] - 14:1, 14:24, 27:6, 27:14
**math** [1] - 24:19
**MATT** [1] - 4:9
**Matt** [3] - 18:20, 29:6, 29:15
**matter** [7] - 30:19, 34:3, 36:7, 36:14, 36:17, 37:16, 38:23
**matters** [2] - 30:20, 31:7
**Matthew** [1] - 20:9
**MAYER** [1] - 3:6
**MCCARTHY** [1] - 2:10
**MDL** [4] - 1:5, 6:10, 9:23, 35:6
**MECHANICAL** [1] -

4:22
**Medicaid** [5] - 21:20, 22:16, 22:19, 23:20, 24:19
**medical** [12] - 12:24, 12:25, 13:3, 13:11, 13:12, 13:16, 14:3, 15:7, 18:23, 21:15, 24:15, 24:17
**Medicare** [9] - 19:6, 21:8, 22:10, 22:21, 23:3, 23:6, 23:10, 23:17, 24:18
**meet** [3] - 35:15, 37:4, 38:6
**meeting** [6] - 27:19, 30:4, 32:1, 32:2, 36:19, 36:24
**Memorandum** [2] - 26:20, 27:15
**Memorial** [1] - 11:22
**mention** [1] - 28:18
**mentioned** [1] - 37:8
**Merck** [2] - 6:16, 7:14
**MERCK'S** [1] - 5:15
**Merck's** [2] - 36:22
**Merit** [1] - 38:17
**message** [1] - 34:1
**met** [1] - 6:18
**method** [1] - 35:3
**METHVIN** [1] - 1:16
**MEUNIER** [2] - 2:3, 2:4
**Meunier** [1] - 34:14
**MI** [2] - 25:11, 26:23
**might** [1] - 14:9
**MILES** [1] - 1:16
**million** [6] - 10:7, 10:10, 10:15, 10:17, 10:19
**minds** [1] - 27:19
**mine** [1] - 32:15
**minuscule** [1] - 30:21
**minute** [2] - 7:15, 14:11
**minutes** [1] - 14:9
**Mls** [1] - 10:3
**misnomer** [1] - 8:7
**missing** [1] - 15:2
**MITCHELL** [1] - 2:7
**Monday** [1] - 11:7
**MONTGOMERY** [1] - 1:19
**month** [1] - 12:9
**months** [2] - 9:20, 26:7
**morning** [10] - 6:8, 6:13, 6:15, 6:22, 12:8, 29:3, 31:21, 32:13, 33:9, 34:18

most [1] - 33:16
MOTION [1] - 5:15
motion [2] - 36:22, 37:3
motions [5] - 31:24, 36:21, 36:23, 37:1, 37:7
MOTIONS [1] - 5:18
MOTIONS.................
....................... [1] - 5:16
MOU [1] - 27:15
move [4] - 9:12, 17:1, 17:3, 20:22
moved [1] - 31:24
moving [4] - 16:20, 32:18, 33:7, 33:12
MR [21] - 6:13, 6:15, 12:8, 19:24, 20:9, 21:5, 21:6, 21:7, 27:24, 28:15, 29:9, 29:11, 31:21, 32:4, 33:9, 34:10, 34:18, 35:17, 36:2, 36:25, 37:2
MS [5] - 6:22, 7:2, 10:4, 19:21, 32:13
MURRAY [1] - 3:10
myocardial [4] - 9:8, 21:8, 22:23, 25:4

**N**

N.W [1] - 2:23
NABERS [1] - 2:10
name [1] - 27:21
nature [4] - 12:15, 18:24, 30:22, 33:17
nearing [1] - 7:5
nearly [1] - 25:6
necessary [1] - 37:16
need [11] - 8:25, 11:22, 23:22, 25:9, 26:16, 26:18, 27:5, 27:18, 28:4, 37:10, 37:22
needed [1] - 33:23
needs [1] - 12:1
negotiating [1] - 36:6
new [1] - 24:16
NEW [10] - 1:5, 1:14, 1:25, 2:5, 3:4, 3:7, 3:12, 3:21, 3:25, 4:20
news [1] - 7:5
next [10] - 9:11, 19:22, 25:15, 26:6, 29:10, 29:11, 31:20, 32:11, 37:18, 38:5

NEXT [1] - 5:21
NO [1] - 1:5
none [3] - 13:23, 15:18, 26:22
note [1] - 30:7
notice [5] - 8:1, 9:12, 9:15, 10:25, 30:21
noticed [1] - 35:18
notices [2] - 14:23, 15:15
November [2] - 13:5, 13:18
nullified [1] - 27:2
number [11] - 6:17, 9:25, 10:7, 14:22, 18:16, 21:13, 27:12, 29:25, 30:21, 33:13, 33:21
numbered [1] - 38:22
numbers [5] - 15:3, 22:24, 33:15, 33:23, 34:2
NY [2] - 1:25, 3:7

**O**

o'clock [1] - 38:6
O'DELL [1] - 1:17
O'KEEFE [1] - 1:14
obligation [2] - 24:16, 25:3
obligations [9] - 11:20, 20:22, 20:23, 21:22, 22:4, 22:6, 22:15, 26:21
obviously [2] - 33:15, 35:11
odd [1] - 30:11
OF [8] - 1:1, 1:8, 3:10, 3:14, 3:15, 3:15, 3:23
office [3] - 16:11, 16:14, 32:22
OFFICE [4] - 1:18, 2:15, 3:14, 3:15
offices [2] - 32:17, 32:20
OFFICES [1] - 3:23
official [1] - 20:3
OFFICIAL [1] - 4:19
Official [2] - 38:18, 39:3
often [1] - 8:25
OH [1] - 4:10
OLDFATHER [2] - 2:17, 2:18
Oldfather [2] - 37:2, 37:3
ON [1] - 5:15

once [5] - 11:14, 11:18, 27:8, 35:1, 35:13
One [1] - 35:10
ONE [2] - 1:25, 3:7
one [18] - 10:24, 11:17, 12:9, 14:15, 14:19, 15:11, 15:12, 15:25, 16:1, 16:21, 17:23, 18:8, 18:14, 26:15, 28:25, 31:3, 31:22, 34:3
ones [6] - 7:15, 8:4, 15:16, 16:3, 17:18, 17:20
ongoing [1] - 23:25
opinion [1] - 34:24
opportunity [4] - 14:25, 32:4, 34:5, 35:8
options [1] - 35:10
ORDER [1] - 6:4
order [2] - 6:20, 31:25
original [1] - 20:21
ORLEANS [8] - 1:5, 1:14, 2:5, 3:4, 3:12, 3:21, 3:25, 4:20
ORRAN [1] - 4:5
Orran [9] - 6:23, 7:6, 12:5, 12:8, 20:14, 20:25, 21:5, 23:25, 24:13
OTHER [1] - 5:16
otherwise [1] - 26:22
ought [1] - 35:22
outcome [3] - 17:13, 18:12, 26:13
outstanding [5] - 10:17, 14:8, 21:10, 22:6, 25:12
overhead [1] - 21:3
overlap [1] - 24:19
overnight [1] - 18:10
overview [2] - 7:8, 24:14

**P**

P.O [1] - 4:15
package [4] - 9:7, 34:9, 34:15, 34:16
PACKAGE.................
....................... [1] - 5:11
PAGE [1] - 5:3
paid [7] - 8:2, 8:10, 10:6, 10:18, 19:5, 23:6, 28:21
PAPANTONIO [1] -

2:7
paperwork [1] - 32:15
parameters [1] - 8:19
parenthesis [1] - 15:21
PARK [1] - 3:7
part [2] - 30:6, 31:13
participated [2] - 28:21, 28:22
participating [2] - 24:21, 25:13
particular [3] - 13:16, 14:16, 33:20
particularly [1] - 32:21
parties [8] - 21:18, 26:20, 27:19, 28:19, 30:5, 31:6, 35:13, 35:15
parties' [1] - 27:7
party's [1] - 13:2
passed [1] - 7:13
passing [1] - 17:11
past [8] - 9:6, 9:20, 12:24, 13:17, 13:19, 13:25, 14:12, 15:4
patience [1] - 23:12
PATRICK [1] - 4:14
PAUL [1] - 2:23
pay [3] - 10:19, 12:18, 14:6
payable [4] - 17:8, 17:9, 17:19, 17:21
paying [1] - 11:11
payment [20] - 7:24, 8:4, 8:6, 8:8, 8:9, 8:10, 8:16, 10:9, 10:10, 10:12, 10:14, 10:18, 10:19, 11:14, 11:24, 13:3, 23:5, 30:5, 31:8
payments [17] - 7:22, 7:23, 8:3, 9:17, 10:8, 10:21, 11:6, 12:2, 12:4, 12:21, 14:14, 16:23, 18:23, 19:14, 19:16, 31:11, 33:17
PENDING [2] - 5:13, 5:20
pending [9] - 7:11, 8:23, 9:3, 10:14, 31:24, 32:25, 33:6, 35:16, 38:3
PENNSYLVANIA [1] - 1:22
PENSACOLA [1] - 2:9
people [6] - 6:17, 7:1, 12:9, 17:7, 17:9, 20:19
PEPPER [1] - 4:19
Pepper [3] - 38:16,

39:1, 39:2
perceive [1] - 31:15
percent [30] - 9:8, 10:2, 10:8, 10:11, 10:13, 16:19, 17:7, 17:8, 17:12, 17:15, 17:19, 17:20, 21:9, 21:21, 22:5, 22:21, 23:20, 24:4, 24:17, 24:18, 24:21, 25:6, 25:23, 25:24, 26:2, 27:9
percentage [1] - 22:18
perhaps [1] - 11:2
period [2] - 18:17, 28:12
person [1] - 27:21
personal [2] - 35:16, 38:3
PERSONAL [2] - 5:13, 5:20
persons [1] - 15:8
Phil [2] - 36:10
PHILADELPHIA [1] - 1:22
Philadelphia [1] - 32:7
Philly [1] - 32:9
phone [2] - 6:18, 9:21
pie [4] - 20:15, 21:6, 29:18, 29:19
piece [2] - 12:12, 15:7
pieces [1] - 31:14
PIGMAN [1] - 3:3
pin [1] - 19:9
pinpoint [1] - 11:10
place [4] - 7:1, 13:5, 22:2, 30:18
plaintiff's [2] - 21:12, 29:15
PLAINTIFFS [1] - 1:12
plaintiffs [6] - 6:14, 19:24, 28:25, 32:3, 36:13, 36:20
plan [7] - 11:6, 12:13, 25:23, 27:6, 27:8, 27:10, 28:24
plans [7] - 25:13, 25:19, 25:24, 26:5, 27:3, 27:17, 28:1
player [1] - 32:6
PLAZA [1] - 3:7
PLYMALE [1] - 3:11
PNC [1] - 36:13
point [12] - 8:18, 11:10, 11:12, 11:16, 14:5, 20:23, 21:16, 21:19, 23:16, 26:15, 26:16, 28:8
points [10] - 7:16, 8:1, 8:15, 8:16, 9:12,

9:15, 9:19, 9:25, 10:25, 21:1
**population** [1] - 10:1
**portal** [1] - 25:20
**portion** [1] - 22:18
**PORTIS** [1] - 1:16
**position** [1] - 36:7
**POST** [2] - 1:18, 2:15
**post** [1] - 29:7
**posted** [3] - 13:8, 25:16, 29:17
**posting** [2] - 9:22, 25:19
**POYDRAS** [5] - 2:5, 3:11, 3:20, 3:24, 4:20
**prepared** [1] - 20:12
**presentation** [1] - 9:22
**presentations** [1] - 9:24
**pretty** [1] - 20:14
**primary** [1] - 14:22
**primed** [1] - 16:12
**prioritizing** [1] - 35:24
**private** [8] - 20:22, 22:17, 22:19, 24:22, 25:1, 25:3, 25:10, 26:10
**PRO** [2] - 3:23, 5:10
**pro** [2] - 32:23, 33:8
**problem** [2] - 30:4, 30:14
**problems** [1] - 30:8
**proceed** [3] - 33:22, 33:25, 35:19
**proceeded** [1] - 37:13
**PROCEEDINGS** [3] - 1:8, 4:22, 6:1
**proceedings** [2] - 38:10, 38:22
**process** [21] - 7:10, 7:17, 8:17, 8:20, 9:13, 13:15, 13:22, 16:1, 16:22, 17:2, 17:13, 23:2, 27:20, 28:21, 30:6, 30:14, 31:2, 31:16, 33:2, 37:14, 37:19
**PROCTOR** [1] - 2:7
**PRODUCED** [1] - 4:22
**product** [1] - 29:20
**PRODUCTS** [1] - 1:4
**Professional** [1] - 38:17
**professionalism** [1] - 19:25
**program** [24] - 7:7, 12:12, 12:14, 12:15, 13:2, 14:14, 15:25,

17:25, 19:5, 19:16, 20:13, 21:16, 22:11, 22:17, 23:3, 23:13, 23:18, 24:22, 25:2, 25:10, 26:10, 28:24, 32:21, 33:1
**progress** [1] - 26:7
**project** [2] - 11:3, 20:13
**proposed** [1] - 34:23
**protocol** [2] - 37:14, 37:18, 37:25
**provide** [1] - 34:12
**provided** [3] - 12:16, 20:11, 28:19
**provision** [1] - 26:21
**PSC** [1] - 36:13
**PSC's** [1] - 36:6
**PTO** [3] - 35:16, 35:18, 36:22
**PTO's** [1] - 36:23
**PTO..........** [1] - 5:13
**PTO.........................
......** [1] - 5:15
**pulling** [1] - 24:12
**purchase** [1] - 31:23
**push** [2] - 31:9, 31:10
**pushed** [2] - 7:14, 24:7
**put** [3] - 13:5, 21:3, 37:14
**puts** [3] - 15:23, 18:8, 18:18
**puzzle** [3] - 15:7, 31:14

### Q

**qualified** [1] - 12:20
**qualifying** [1] - 13:12
**quantify** [1] - 13:10
**questionnaire** [1] - 33:2
**questions** [3] - 12:5, 19:18, 26:11
**queue** [1] - 7:11
**quick** [2] - 21:2, 24:4
**quickly** [1] - 20:24

### R

**RAFFERTY** [1] - 2:8
**ran** [1] - 7:17
**RANIER** [2] - 2:14, 2:14
**rate** [2] - 9:7, 16:18
**re** [1] - 6:10
**RE** [1] - 1:4

**read** [1] - 9:20
**ready** [6] - 16:12, 16:15, 30:1, 35:14, 36:7, 36:15
**real** [1] - 30:7
**realistic** [1] - 35:25
**really** [5] - 7:12, 11:1, 11:5, 16:22, 28:20
**Realtime** [1] - 38:16
**reasons** [1] - 14:18
**receive** [6] - 8:9, 8:16, 9:15, 10:12, 10:13, 14:14
**received** [14] - 7:22, 7:23, 8:15, 9:2, 10:11, 13:14, 14:13, 15:8, 15:16, 24:6, 25:22, 33:21, 34:22, 37:16
**receives** [1] - 10:25
**receiving** [1] - 33:13
**recently** [2] - 34:11, 34:21
**recess** [1] - 38:8
**reconcile** [1] - 11:17
**record** [2] - 6:12, 38:22
**RECORDED** [1] - 4:22
**records** [3] - 15:1, 21:15, 36:12
**redetermination** [1] - 23:2
**reduced** [1] - 27:9
**reduction** [1] - 27:9
**REED** [1] - 3:6
**referred** [3] - 31:7, 31:13, 34:14
**reflected** [2] - 13:1, 33:14
**reflection** [1] - 26:3
**reflects** [1] - 10:5
**regard** [1] - 32:1
**Registered** [2] - 38:16, 38:17
**regroup** [1] - 35:1
**reimbursement** [2] - 20:22, 23:9
**reiterate** [1] - 10:7
**rejecting** [1] - 17:6
**relate** [4] - 21:10, 22:16, 23:1, 26:10
**related** [2] - 21:1, 25:9
**relates** [1] - 26:11
**release** [3] - 28:18, 28:22, 29:7
**released** [1] - 26:25
**releases** [1] - 28:20
**remain** [1] - 11:9
**remaining** [1] - 30:22
**remands** [3] - 32:19,

32:25, 33:6
**reminder** [1] - 12:15
**report** [16] - 9:10, 12:10, 19:19, 20:10, 26:9, 28:15, 29:3, 29:4, 29:12, 29:13, 29:17, 29:22, 31:17, 31:20, 36:3, 36:4
**REPORT....................
........** [1] - 5:7
**REPORT....................
.............** [1] - 5:8
**reported** [3] - 22:8, 22:22, 34:18
**REPORTER** [1] - 4:19
**Reporter** [6] - 38:16, 38:17, 38:18, 39:3
**REPORTER'S** [1] - 38:14
**REPRESENTING** [2] - 3:9, 3:14
**requested** [2] - 29:5, 34:12, 35:18
**requires** [1] - 30:12
**reside** [1] - 26:24
**RESOLUTION** [2] - 4:8, 5:6
**resolution** [2] - 12:12, 36:18
**Resolution** [6] - 8:24, 11:15, 18:20, 19:7, 19:22, 20:10
**resolved** [5] - 9:18, 11:3, 22:3, 28:13, 31:8
**resolving** [1] - 25:14
**respect** [10] - 21:7, 21:8, 21:20, 22:13, 22:21, 23:20, 24:13, 25:11, 25:22, 26:2
**respective** [2] - 37:17, 37:19
**responded** [1] - 37:3
**responding** [1] - 9:11
**result** [2] - 17:1, 19:3
**results** [2] - 17:10, 25:19
**review** [40] - 7:10, 7:11, 8:13, 8:14, 8:23, 9:3, 9:4, 13:7, 13:9, 13:22, 13:23, 13:24, 14:3, 14:15, 14:19, 14:21, 14:22, 14:23, 15:11, 15:13, 15:17, 15:18, 15:25, 17:2, 17:3, 17:6, 17:8, 17:12, 17:13, 17:21, 18:7, 18:11

**reviewed** [6] - 9:14, 14:2, 16:25, 27:17, 29:24, 31:4
**reviewing** [1] - 7:12
**reviews** [7] - 8:18, 13:21, 14:2, 15:10, 15:14, 16:2, 16:24
**RICHMOND** [1] - 4:6
**ripe** [1] - 36:17
**rise** [2] - 6:7, 38:9
**RIVERPLACE** [1] - 3:17
**RMR** [1] - 39:2
**ROAD** [1] - 4:10
**ROBERT** [2] - 3:23, 3:24
**role** [1] - 33:24
**ROOM** [1] - 4:20
**room** [1] - 20:24
**roughly** [1] - 21:9
**round** [3] - 14:24, 14:25, 32:6
**Row** [1] - 8:22
**row** [1] - 13:25
**Rows** [1] - 7:10
**rows** [1] - 8:21
**RPR** [1] - 4:19
**rules** [1] - 36:23
**rulings** [2] - 29:25, 30:1
**run** [1] - 9:11
**Russ** [1] - 6:14
**RUSS** [1] - 1:13
**RYAN** [1] - 2:15

### S

**s/Cathy** [1] - 39:1
**sake** [1] - 31:9
**sat** [1] - 30:15
**scheduled** [2] - 12:2, 12:3
**score** [3] - 18:3, 18:4
**screened** [1] - 24:16
**se** [1] - 33:8
**SE** [2] - 3:23, 5:10
**se's** [1] - 32:23
**seal** [1] - 36:12
**seated** [1] - 6:8
**second** [18] - 9:4, 13:24, 14:1, 14:2, 14:21, 14:24, 14:25, 15:16, 16:1, 17:2, 17:3, 17:6, 17:8, 17:12, 17:13, 17:21, 18:7, 18:11
**secure** [1] - 16:13
**Security** [3] - 21:13, 21:23, 22:24

**SEDRAN** [1] - 1:20

**see** [32] - 6:25, 7:10, 9:21, 9:22, 9:24, 13:13, 14:8, 16:17, 17:14, 17:17, 21:7, 21:20, 21:24, 22:4, 22:14, 22:19, 23:19, 23:20, 24:16, 24:17, 25:16, 26:1, 26:7, 27:11, 28:10, 34:15, 35:1, 35:6, 35:22, 35:23, 36:3, 36:20

**SEEGER** [2] - 1:24, 1:24

**seek** [2] - 12:21, 18:7

**segment** [1] - 35:24

**send** [3] - 11:14, 33:3, 35:10

**sense** [2] - 17:10, 33:11

**sent** [3] - 9:1, 25:23, 25:24

**separate** [1] - 20:20

**September** [1] - 13:7

**serious** [1] - 18:24

**set** [8] - 8:18, 10:9, 16:13, 23:4, 27:22, 31:5, 32:2, 36:14

**sets** [1] - 36:17

**SETTLEMENT** [1] - 5:5

**settlement** [6] - 6:21, 7:24, 12:16, 12:23, 13:4

**several** [3] - 28:11, 29:1, 30:1

**share** [1] - 28:10

**shift** [1] - 21:18

**shortly** [2] - 22:3, 34:25

**show** [4] - 8:21, 13:14, 16:24, 28:23

**showed** [1] - 17:23

**shows** [15] - 7:8, 7:12, 7:21, 9:16, 9:19, 9:25, 10:1, 13:9, 13:19, 13:22, 14:13, 15:11, 15:21, 16:25, 20:15

**side** [6] - 9:23, 13:10, 13:18, 14:3, 15:6, 16:23

**sides'** [1] - 34:23

**similar** [3] - 17:18, 17:23, 22:10

**simply** [3] - 8:8, 22:7, 27:17

**site** [7] - 9:23, 20:3, 20:6, 20:19, 29:8, 29:16

**situation** [1] - 14:16

**situations** [3] - 12:19, 12:22, 19:4

**six** [1] - 15:4

**sixth** [1] - 32:6

**sixth-round** [1] - 32:6

**slide** [10] - 7:8, 7:12, 7:21, 9:16, 9:19, 10:5, 13:16, 15:23, 17:18

**slides** [1] - 16:24

**smattering** [1] - 28:1

**SMI** [1] - 15:8

**snapshot** [1] - 8:25

**Social** [3] - 21:13, 21:23, 22:24

**solution** [2] - 21:17, 23:15

**solving** [1] - 22:12

**someone** [1] - 19:1

**somewhere** [2] - 16:18, 35:12

**soon** [2] - 23:23, 23:24

**sorry** [4] - 21:22, 24:2, 25:24, 36:24

**sort** [2] - 8:23, 37:23

**sought** [2] - 14:21, 15:24

**SOUTH** [3] - 2:8, 2:18, 4:5

**Special** [17] - 7:19, 8:12, 8:18, 14:6, 15:5, 15:20, 15:22, 16:5, 16:8, 16:10, 16:11, 17:14, 18:11, 18:14, 18:18, 29:12, 37:8

**SPECIAL** [8] - 3:16, 4:13, 5:7, 29:18, 32:9, 37:12, 37:24, 38:2

**special** [17] - 7:23, 8:13, 8:14, 10:1, 12:25, 13:12, 14:16, 15:7, 18:22, 23:4, 23:7, 23:11, 24:15, 24:17, 30:25, 32:1

**spend** [1] - 7:4

**spent** [1] - 10:6

**staff** [2] - 37:10, 37:22

**stage** [3] - 13:22, 14:15, 18:19

**stages** [1] - 20:13

**stand** [3] - 7:16, 17:24, 38:8

**start** [2] - 34:24, 37:10

**State** [1] - 38:18

**STATE** [4] - 3:9, 3:14, 3:15, 3:19

**state** [3] - 20:2, 26:22, 27:11

**STATE/FEDERAL** [1] - 5:9

**state/federal** [1] - 32:11

**STATES** [2] - 1:1, 1:9

**States** [2] - 38:19, 39:4

**states** [5] - 26:19, 26:24, 28:6, 35:2

**statistics** [1] - 25:2

**status** [5] - 7:5, 7:6, 9:6, 9:23, 38:5

**STATUS** [2] - 1:8, 5:21

**statutes** [1] - 28:6

**stay** [1] - 34:6

**steaks** [1] - 32:10

**STENOGRAPHY** [1] - 4:22

**step** [1] - 24:24

**steps** [1] - 19:16

**still** [18] - 8:5, 9:4, 9:14, 10:16, 14:8, 14:9, 14:15, 15:11, 15:12, 15:25, 16:3, 26:4, 27:10, 30:21, 30:24, 31:3, 32:25, 33:14

**STONE** [1] - 3:3

**straggling** [1] - 30:22

**straight** [1] - 11:19

**Stratton** [5] - 36:4, 36:9, 36:11, 36:14, 36:20

**STREET** [15] - 1:18, 1:22, 1:25, 2:5, 2:8, 2:15, 2:18, 2:23, 3:4, 3:11, 3:20, 3:24, 4:5, 4:15, 4:20

**stroke** [19] - 7:5, 7:9, 9:7, 9:19, 10:2, 10:9, 10:21, 11:7, 12:17, 12:20, 19:1, 22:13, 23:1, 23:6, 23:21, 25:5, 25:22, 26:8, 30:20

**strokes** [2] - 7:13, 21:1

**stuck** [1] - 28:12

**subject** [2] - 19:5, 35:16

**SUBJECT** [1] - 5:13

**submissions** [1] - 15:2

**submit** [2] - 11:24, 15:1

**submitted** [2] - 14:1, 28:2

**subset** [1] - 23:15

**suffered** [2] - 12:18, 19:3

**sufficient** [1] - 27:11

**SUITE** [10] - 1:22, 2:5, 2:8, 2:12, 3:11, 3:17, 3:20, 3:24, 4:6, 4:15

**summer** [1] - 14:10

**surgery** [1] - 18:25

**synopsis** [2] - 21:2, 29:23

**T**

**tables** [1] - 13:14

**target** [2] - 30:14, 31:16

**targeted** [1] - 30:4

**tax** [1] - 15:1

**technically** [1] - 11:1

**teeing** [1] - 37:10

**ten** [7] - 9:17, 12:1, 15:21, 15:22, 16:9, 25:15, 25:20

**terms** [5] - 7:15, 17:5, 22:14, 23:13, 23:18

**terrific** [2] - 32:20, 32:22

**THE** [43] - 1:9, 1:12, 2:22, 3:9, 3:14, 3:14, 3:15, 4:3, 4:8, 4:9, 4:14, 5:21, 6:7, 6:8, 6:10, 6:11, 6:17, 6:25, 10:3, 12:7, 19:20, 19:22, 20:8, 21:3, 27:21, 28:14, 29:6, 29:10, 31:19, 32:2, 32:11, 33:7, 34:7, 34:17, 34:20, 35:21, 36:19, 37:1, 37:5, 37:21, 38:1, 38:3, 38:9

**theirs** [1] - 11:18

**THEODORE** [1] - 3:6

**thinking** [1] - 35:23

**third** [5] - 8:3, 15:7, 20:6, 24:2, 24:5

**THIRD** [1] - 2:18

**THOMAS** [1] - 2:7

**thoroughness** [1] - 31:9

**thousand** [1] - 23:9

**three** [7] - 7:1, 9:3, 11:22, 12:9, 30:25, 36:5

**THURSDAY** [2] - 1:6, 6:3

**timeline** [2] - 10:20, 17:23

**timelines** [1] - 20:15

**timing** [1] - 33:16

**TO** [3] - 5:13, 5:18, 6:4

**today** [7] - 6:23, 12:11, 19:19, 29:18, 32:15, 34:5, 37:4

**together** [3] - 15:23, 31:15, 34:15

**took** [3] - 6:25, 36:4, 36:5

**topic** [1] - 27:5

**total** [4] - 10:9, 10:14, 14:9, 16:8

**totally** [1] - 31:4

**touch** [1] - 23:17

**toward** [1] - 33:12

**track** [3] - 14:18, 15:13, 24:24

**tracking** [1] - 11:20

**trail** [1] - 18:2

**transcript** [2] - 34:14, 38:21

**TRANSCRIPT** [2] - 1:8, 4:22

**transparent** [1] - 13:8

**transplant** [1] - 18:25

**TRIAL** [1] - 5:11

**trial** [5] - 34:9, 34:11, 34:15, 34:16, 35:15

**trials** [2] - 35:2, 35:3

**tried** [1] - 34:21

**tROY** [1] - 2:8

**true** [1] - 38:20

**try** [4] - 18:21, 19:9, 21:2, 23:14

**trying** [5] - 12:9, 19:8, 30:15, 32:18, 33:4

**turn** [1] - 11:23

**TWELFTH** [1] - 2:23

**two** [9] - 8:22, 9:4, 9:10, 9:14, 14:7, 28:1, 28:20, 30:19, 34:21

**TX** [1] - 2:12

**type** [3] - 13:15, 14:13, 28:7

**types** [1] - 13:13

**U**

**U.S** [3] - 11:24, 12:1, 19:14

**ultimate** [2] - 30:5, 31:8

**ultimately** [3] - 7:18, 21:14, 22:10

**unanimous** [1] - 36:6

**undecided** [1] - 18:17

**under** [6] - 8:18, 13:22, 15:11, 23:13,

27:11, 36:12
**underlying** [5] - 12:21, 13:1, 15:9, 16:14, 18:3
**underway** [1] - 35:17
**unify** [1] - 35:6
**unique** [1] - 30:9
**UNITED** [2] - 1:1, 1:9
**United** [2] - 38:19, 39:4
**unless** [1] - 19:18
**unreimbursed** [1] - 12:24
**unresolved** [1] - 22:25
**up** [18] - 10:15, 12:12, 12:13, 15:3, 16:13, 18:8, 18:13, 20:15, 20:24, 23:3, 23:8, 23:18, 27:22, 32:19, 33:11, 34:2, 37:10, 37:22

---

**V**

**VA** [1] - 4:6
**valid** [1] - 27:13
**value** [3] - 11:10, 11:16, 27:1
**values** [4] - 21:25, 25:13, 25:16, 26:3
**various** [3] - 14:18, 28:6, 32:20
**vehicle** [1] - 19:2
**Veteran** [1] - 22:8
**VIOXX** [1] - 1:4
**Vioxx** [2] - 6:10, 6:24
**virtually** [1] - 8:21
**voluminous** [1] - 37:16

---

**W**

**wages** [2] - 12:25, 13:4
**wait** [1] - 18:4
**waiting** [12] - 16:4, 17:16, 17:21, 21:25, 24:3, 24:4, 24:5, 24:8, 25:12, 25:14, 26:4, 27:2
**walk** [1] - 10:22
**WALNUT** [1] - 1:22
**WALTHER** [1] - 3:3
**WARSHAUER** [1] - 2:3
**WASHINGTON** [1] - 2:24
**ways** [2] - 20:15, 35:9

**web** [9] - 9:23, 16:13, 20:3, 20:6, 20:19, 25:19, 29:8, 29:16
**web-based** [1] - 16:13
**week** [6] - 7:22, 8:3, 9:11, 9:15, 11:13, 37:18
**weekend** [1] - 11:22
**weeks** [1] - 34:21
**WEISS** [1] - 1:24
**WHEREUPON** [1] - 38:10
**whittle** [2] - 21:14, 22:5
**who've** [1] - 10:11
**whole** [2] - 11:2, 16:17
**WILLIAM** [1] - 1:25
**WILLIAMS** [1] - 2:22
**Wimberly** [1] - 34:4
**WIMBERLY** [1] - 3:3
**window** [1] - 9:1
**windows** [1] - 9:10
**wires** [1] - 12:3
**wish** [1] - 27:17
**WITTMANN** [1] - 3:3
**works** [1] - 29:1
**wrap** [1] - 12:13
**wrapping** [2] - 12:12, 23:18
**wrestle** [1] - 21:11
**written** [1] - 16:21
**wrongful** [1] - 28:6
**www.browngreer. com/ vioxxsettlement** [1] - 20:5

---

**Y**

**year** [3] - 13:7, 13:9, 19:17
**yesterday** [3] - 34:22, 36:4, 37:3
**YORK** [2] - 1:25, 3:7
**YOUNG** [1] - 3:16