# LEGAL SERVICES CONTRACT

Dhuine Hunt, hereinafter referred to as Client, hereby employs and engages THE LAW OFFICE OF BENJAMIN SHEFTALL EICHHOLZ, P.C. hereinafter referred to as Attorneys, to represent Client in connection with any and all claims which Client may have against any and all persons, arising out of _My Vioxx Claim_. For such professional services, Client hereby agrees to pay Forty-Five Percent (45%) of the gross amount of money which Attorneys recover for Client through all efforts up to and including any settlements or proceedings in any Trial Court. It is understood that any payment to Attorneys for such services is entirely contingent on the Attorneys making recovery for Client.

In the event of any Appeal to an Appellate Court from the Trial Court, however, the Attorneys' fee for such additional work shall be an additional fee of Ten Percent (10%) of Judgment (or settlement if settled after Appeal is filed).

Client understands and agrees that Attorneys may, at their option and discretion, use other counsel of their choice to assist or work on or handle any or all matters that may arise. The use of such other Attorney or Attorneys shall be at no additional cost to Client.

Attorneys are hereby authorized, while representing Client, to fully investigate any claims, which Client may have. If suit is to be filed, Attorneys are hereby authorized to fully prepare and prosecute the same. If after reasonable investigation of such claim, Attorneys determine that it is not feasible to prosecute such claim, by notifying Client of such fact, Attorneys may withdraw their representation of Client. It is understood that Client will remain fully responsible for all Court costs and other out-of-pocket expenses incurred by Attorneys in their investigation and prosecution of Client's claim. Client hereby agrees from time to time, to advance and reimburse Attorneys for the out-of-pocket expenses incurred by Attorneys.

It is understood and agreed that neither Client nor the Attorneys shall settle any claims arising out of this incident without first obtaining the consent of the other. It is further agreed that from the proceeds of any recovery, whether by settlement, judgment or otherwise, Attorney may deduct their Attorney's fees to which they are entitled, together with all costs and expenses which remain unpaid. Once a settlement has been reached, Client hereby grants Attorney the authority to endorse the settlement check, release and any and all other settlement documents required for the settlement of Client's claim in order to expedite the consummation of the settlement of Client's claim.

In the event reasonable professional efforts have been made in the pursuit of said claim and Client is unwilling to settle said claim for an amount Attorneys, in their professional judgement, determine is reasonable in light of the issues of liability, extent of damages and ability to recover, Attorneys reserve the right to withdraw as counsel upon proper notice to Client. In such event or in the event Client discharges Attorneys, Client shall pay Attorneys, as fee for their services in pursuing said claim, a sum equivalent to Forty-Five Percent (45%) of the highest amount offered to resolve Client's claim or if the highest offer made includes a "structured settlement" proposal, the value of the structured settlement offer shall be determined by its "present money value". If there has been no offer, Client shall pay Attorneys a fee based on a quantum meruit basis at the rate of $180.00 per hour. If this paragraph is applicable, then Attorneys shall have an Attorney's Lien against any settlement offer made to and/or any proceeds recovered on behalf of Client.

Both Attorney and Client hereby agree that Attorney shall have a security interest in any settlement proceeds or trial verdict proceeds equal to his attorneys fee in accordance with this legal services contract and any out-of-pocket costs advanced by attorney on behalf of client. This security interest shall be superior to any other claims made against either the settlement proceeds of trial verdict proceeds.

Client hereby authorizes, but does not require, Attorneys to pay from Client's net share of proceeds from any recovery any and all hospital, medical or doctor's bills and related expenses which are unpaid at the time of the disbursement of the proceeds from any recovery.

Client hereby understands, ratifies and affirms that both the medical payments coverage provider and/or the health insurance coverage provider may have a subrogated interest and will have to be reimbursed from any recovery. Client further understands, ratifies and affirms that any work performed for Client may benefit the subrogation interest and Client hereby agrees that if the subrogated interest wishes for Attorney to also represent the subrogated interest that Attorney may do so and receive a fee from said subrogated party and any potential conflict of interest is hereby expressly waived.

This Contract was discussed with Client and all questions about its contents and scope were answered to Client's satisfaction.

IN WITNESS WHEREOF, the parties have hereunto set their hands and seals on this 22 day of October, 2004.

THE LAW OFFICE OF BENJAMIN SHEFTALL EICHHOLZ, P.C.

By: _____  
 Attorney

_Verie Poole_  
Client

EXHIBIT  
A