From:Probate Court Dougherty Co.                    10/16/2008 13:53        #218 P.002/002

STATE OF GEORGIA

COUNTY OF <u>DOUGHERTY</u>   ESTATE NO.

### LETTERS OF ADMINISTRATION
(Bond Waived and/or Certain Powers Granted at Time of Appointment)

By <u>NANCY S. STEPHENSON</u>, Judge of the Probate Court of said County.

WHEREAS, **CATHERINE HUNT** _____ died intestate (check one:)

    ✓   domiciled in this County;
    _____ not domiciled in this State, but owning property in this County;

and this Court granted an order appointing <u>VERIE POOLE</u> as Administrator(s) of the estate of said decedent, on condition that said Administrator(s) give oath as required by law; and the said Administrator(s) having complied with said condition; the Court hereby grants unto said Administrator(s) full power to collect the assets of said decedent, and to pay the debts of said estate, so far as such assets will extend, according to law, and then to pay over the balance, if any, to the heirs of said decedent, and to do and perform all other duties as such Administrator(s), according to the laws of this State. In addition, this Court has:

(Initial all which apply:)

_NVV_ a.   waived the bond of the Administrator(s) and granted to the Administrator(s) the power to serve without filing an inventory, and without filing any annual or other returns or reports to any court; but the fiduciary shall furnish to the income beneficiaries, at least annually, a statement of receipts and disbursements.

_____ b.   granted to the Administrator(s) all of the powers contained in O.C.G.A. §53-12-232 not included in (a) above.

IN TESTIMONY WHEREOF, I have hereunto affixed my signature as Judge of the Probate Court of said County and the seal of this office this _16_ day of _October_, 20_08_.

                                                    _Nancy S. Stephenson_
                                                  Judge of the Probate Court

NOTE:   The following must be signed if the judge does not sign the original of this document:

Issued by:

                                                        (Seal)

_____
Clerk, Probate Court


EXHIBIT B

GEORGIA PROBATE COURT
STANDARD FORM

STATE OF GEORGIA
COUNTY OF __Dougherty__

## TEMPORARY LETTERS OF ADMINISTRATION

By __Nancy S. Stephenson__, Judge of the Probate Court of said County.

WHEREAS, __Catherine Hunt__ died domiciled in this County, owning certain assets within this State; and the estate is unrepresented, and it appears necessary that such assets be collected and preserved until permanent letters are issued;

I do, therefore, hereby appoint __Verie Poole__ as Temporary Administrator of the estate of the said decedent, for the sole purpose of collecting and preserving the assets of the said decedent until permanent letters are issued; and thereupon to deliver up such assets to whomsoever this Court shall commit the administration of the estate of said decedent, as provided by law.

Temporary administrators are authorized to carry out existing contracts of the decedent, carry on the business of the decedent, and do such acts as are necessary for the protection and preservation of the estate provided proper orders are secured from the probate court after due notice to all parties in interest.

IN TESTIMONY WHEREOF, I have hereunto affixed my signature as Judge of the Probate Court of said County and the seal of this office this __19__ day of __October, 2006__.

_Nancy S. Stephenson_
Judge of the Probate Court

I Delma Hope, Clerk of Probate Court of Said County do hereby Certify that the within and forgoing writing and Printing is a true and exact copy of Temporary Letters of Administration in the estate of Catherine Hunt

as it appears on record in the office of the Probate Court of Dougherty County, GA.
WITNESS my hand and seal of the Probate Court.
This __19th__ day of __October__ 20 __06__.

_Delma Hope_
Clerk of Probate Court