

# Georgia Secretary of State
## Brian P. Kemp

Archives • Corporations • Elections • News Room • Professional Licensure • Securities • State Capitol

**Search**
- By Business Name
- By Control No
- By Officer
- By Registered Agent

Verify
- Verify Certification

New Filing
- Click here to file online for:
- New Limited Liability Company (LLC)
- New Business Corporation
- New Non-Profit Corporation
- New Professional Corporation (PC)

Annual Registration
- Annual Registration

Name Reservation
- File Name Reservation Online

Online Orders
- Register for Online Orders
- Order Certificate of Existence
- Order Certified Documents

Date: 9/6/2011

**View Filed Documents**
(Annual Registration History etc.)

**File Annual Registration Online**
or
**Print A Paper Annual Registration Form**

**PLEASE NOTE:** To download your Annual Registration forms you will need Adobe Reader to view and/or print. If you do not have Adobe Reader installed on your computer, click the "Get Adobe Reader" button on the right to download the reader free of charge from the Adobe website.



**Annual Registrations**
The Georgia Code only requires the Office of Secretary of State to retain annual registrations for a period of five years from the date in which it was filed. Annual registrations older than five years may no longer be available for certification or viewing on the web.

## Business Name History

| Name | Name Type |
|---|---|
| PACIFIC LEGAL FUNDING, LLC | Current Name |

## Limited Liability Company - Domestic - Information

| | |
|---|---|
| Control No.: | 08076621 |
| Status: | Active/Compliance |
| Entity Creation Date: | 10/6/2008 |
| Jurisdiction: | GA |
| Principal Office Address: | 954 Marine Street Apt 4 Boulder CO 80302 |
| Last Annual Registration Filed Date: | 2/17/2011 |
| Last Annual Registration Filed: | 2011 |

## Registered Agent

| | |
|---|---|
| Agent Name: | Durham, Joseph |
| Office Address: | 1604 West Third Avenue Albany GA 31707 |
| Agent County: | Dougherty |

EXHIBIT D