State of Georgia            )
                            )
County of Chatham, to-wit:  )

## AFFIDAVIT - NIKKI DRASAL-SHIPLEY

Personally appeared before the undersigned officer duly authorized to administer oaths in and for the county aforesaid, came this date, **Nikki Drasal-Shipley**, who after being duly sworn, deposed and stated as follows:

1.

I am twenty-eight (28) years of age and fully competent in all respects to give this affidavit.

2.

I reside in Rincon, Effingham County, Georgia.

3.

At the present time I am currently unemployed and have been an ongoing student at Troy University where I have obtained my Associates degree in Criminal Justice with a minor in Psychology.

4.

I am in my senior year of college and shortly away from obtaining my Bachelor's Degree in Criminal Justice.

5.

I was employed at the Eichholz Law Firm as a paralegal from June 6, 2008 until my resignation on May 11, 2011.



6.

I began working at the Eichholz Law Firm as the paralegal for former attorney Benjamin Sheftall Eichholz (hereinafter referred to as "Benny").

7.

During my ten years at the Eichholz Law Firm I witnessed the attorneys of the Eichholz Law Firm, Benjamin Eichholz and David Eichholz, commit various acts of the criminal and unethical nature which facilitated my recent resignation and is subject of this affidavit.

8.

In September 2008, Benny Eichholz began the inception of Pacific Legal Funding, LLC.

9.

Pacific Legal Funding, LLC is a funding company that advances money to people who have pending personal injury claims prior to the settlement and to be paid back with interest at the time of their settlement.

10.

Since attorneys were not allowed to own or manage a legal funding company, Benny decided he was going to have his children, Daniel Eichholz and Elizabeth Eichholz, register Pacific Legal Funding in their names to make Pacific Legal Funding a legitimate company.

11.

Since its inception in 2008, Pacific Legal Funding was formed, facilitated and managed by Benjamin Eichholz out of the Eichholz Law Firm until he was indicted and sent to prison in May 2010.

12.

I am the primary employee who has the most knowledge about Pacific Legal Funding.

13.

Benny made it abundantly clear on numerous occasions that it was my job as an employee of The Eichholz Law Firm that one of my primary duties was to help assist him with Pacific Legal Funding by acting as Pacific Legal Funding's secretary in which I was not comfortable in doing so and felt that Pacific Legal Funding had nothing to do with my job as a paralegal with The Eichholz Law Firm.

14.

There were several other employees who were directed by Benny Eichholz on mere occasions, where I was not present, to handle various tasks for Pacific Legal Funding.

15.

Former employee, Jacqueline German was directed by Benjamin Eichholz to generate a generic loan template for Pacific Legal Funding at its inception which would be the template for all future loan documents that were processed.

16.

She was also directed by Benny Eichholz to generate a document which they called the "letter to the client" which outlined to each Eichholz Law Firm client, who received a loan from Pacific Legal Funding, that the Eichholz Law Firm was dissuading them from getting a loan from Pacific Legal Funding and that nor David Eichholz or Benjamin Eichholz had anything to do with Pacific Legal Funding.



17.

Jackie was also instructed on numerous occasions by Benny Eichholz to generate actual loan documents for clients that had requested loans when I was not present.

18.

Former employee, Crystal Gillison and Danielle Fuller, were also instructed on a couple of occasions to generate loan documents for clients that needed loans quickly or that same day in which I was not in the office to do so.

19.

Benny instructed me that my job duties with Pacific Legal Funding were to help assist him with any and all dealings that had to do with Pacific Legal Funding.

20.

I was primarily responsible for generating all loan documents for each loan requests, assist Benny with Pacific Legal Funding's monthly bank reconciliation, write all loan checks to clients who received loans, verify all loan checks to the bank that Pacific Legal Funding used and update and generate all documents that had anything to do with Pacific Legal Funding.

21.

Benny had me generate an excel document called the "funding record" which was a list that consisted of all of the clients who obtained a loan from Pacific Legal Funding, the amount that they borrowed, the interest charged and interest due for 6, 12 and 18 month periods, application fees charges, case monitoring fee charges, total of all accrued income, gross equity and net equity that Pacific Legal Funding had.

22.

This document was updated every time Pacific Legal Funding made a loan to someone who had a pending personal injury case and Benny received a copy of it weekly to manage and watch Pacific Legal Funding's amount that they funded out, how much equity they had in and what they expected to see as a profit in the near future.

23.

I was also instructed by Benny to generate a document that they called their "financial ledger" which outlines all investments in Pacific Legal Funding. It outlined how much Daniel Eichholz and Elizabeth Eichholz had invested in Pacific Legal Funding and all of their investors or lines of credit that was taken out in order for them to fund loans.

24.

Another document I recall having to generate was an "investment letter" which was sent to investors from Pacific Legal Funding thanking them for investing money in their company and also a profit and loss statement which was done at the end of the year to submit for their taxes.

25.

When Pacific Legal Funding was first formed, Benny Eichholz, at some time, had me call a numerous amount of Vioxx clients with The Eichholz Law Firm who had pending settlements coming and to them to get him on the phone with them so he could ask if they were interested in getting a case advance from Pacific Legal Funding to have money quickly rather than waiting for their settlement.

26.

The only clients I called for Vioxx were ones in which Benny had seen their closing statement and knew how much money they were getting back and that they were awarded something so that Pacific would actually not lose out on lending to anyone with the Vioxx cases.

27.

There are several clients that I am aware of that had pending Vioxx cases with The Eichholz Law Firm that actually received loans from Pacific Legal Funding because Benjamin Eichholz had spoke with them about getting a loan.

28.

Since Pacific began in 2008 almost all of its clients who received loans are clients of The Eichholz Law Firm.

29.

I am aware of approximately 25 or less loans out of all of the loans that Pacific Legal Funding advanced were non Eichholz Law Firm clients.

30.

Benny Eichholz and David Eichholz had also spoken with clients who had settlements with The Eichholz Law Firm in regards to investing some of their settlement into Pacific Legal Funding.

31.

There are several clients that I am aware of that have invested in Pacific Legal Funding and still have money invested in Pacific Legal Funding and only was aware of investing their money through Benny Eichholz or David Eichholz.

32.

There are two investors of Pacific Legal Funding that I am aware of who had no knowledge that their money was going into Pacific Legal Funding and being invested.

33.

From September 2008 until approximately February 2010 or March 2010, I was the primary person who generated all loan documents for Pacific Legal Funding and handled all affairs for Pacific Legal Funding through the direction of Benny Eichholz.

34.

Neither Daniel Eichholz or Elizabeth Eichholz had much affiliation with generating their loan documents or their funding record or investment sheets.

35.

In approximately February 2010 or March 2010 Daniel Eichholz got out of college and became an employee of The Eichholz Law Firm while still owning Pacific Legal Funding.

36.

Sometime in 2010, several months after Daniel Eichholz was an employee of The Eichholz Law Firm, did he legitimately sell his portion of Pacific Legal Funding to his sister, Elizabeth Eichholz.

37.

To this day, Daniel Eichholz still has affiliation with Pacific Legal Funding and getting clients loans saying that he has nothing to do with Pacific Legal Funding when he really does.

38.

From the time Pacific Legal Funding was formed and filled and Benny Eichholz went to federal prison in May 2010, approximately 80% of all of Pacific Legal Funding's clients that loaned money, who were also The Eichholz Law Firm clients, would merely make a simple call to Daniel Eichholz's cell phone and leave a message and almost all cases would never hear from Daniel Eichholz or Elizabeth Eichholz to get a loan. They would merely get their acceptance of a loan from Benjamin Eichholz and not have to speak to anyone from Pacific Legal Funding.

39.

I am also aware that Benjamin Eichholz took a line of credit out for The Eichholz Law Firm from Heritage Bank in the amount of $10,000.00 and put that $10,000.00 into Pacific Legal Funding's bank account to fund several loans in which Pacific Legal Funding did not have the money at the time to do.

40.

There are also multiple times that David Eichholz had put money into Pacific Legal Funding from different lines of credit from banks such as Sea Island Bank, Queensboro Bank and First National Bank to help Pacific Legal Funding in loaning money to Eichholz Law Firm clients.

41.

Benny Eichholz and David Eichholz still claim that they had nothing to do with Pacific Legal Funding when, in fact, they invested money into Pacific Legal Funding. If a client wanted a loan, they would approve a loan and also knock down interest on a Pacific Legal Funding loan at the time of settlement to make a client happy who was very frustrated over their settlement amounts, speak with clients to invest money into Pacific Legal Funding and on numerous occasions Benny Eichholz and David Eichholz would not even need to consult with Elizabeth or Daniel Eichholz because the company was primarily run by Benjamin Eichholz and whatever Benny wanted to happen happened.

42.

When The Eichholz Law Firm and Pacific Legal Funding had their first suit brought against them by Patricia Ballard, Benjamin Eichholz dictated an affidavit that was to be signed by me containing false information about his dealings and David Eichholz's dealings with Pacific Legal Funding in hopes that I would sign the affidavit to protect them with the knowledge I had.

43.

I was very uncomfortable when I heard what Benny had dictated on the tape and was not even comfortable in completing the dictation for the tape, but I figured if Benny was going fire me it would not be for me not completing my job duties so I went ahead and dictated everything that Benny said on the tape as a part of my affidavit.

44.

I showed a former employee, Danielle Fuller, the affidavit that I typed up and let her hear the tape where Benny was speaking to me telling me what to put in my affidavit so that someone else would hear the lies that he was trying to get me to tell and the lies that he was telling.

45.

I ended up taking the tape that he dictated and keeping it and have had it in my possession for a little over a year now. I also have a copy of changes that he made on the affidavit.

46.

When Benny completed making changes on the affidavit that he wanted me to sign he asked me to sign it and I told him I was not going to sign the affidavit because it contained nothing but lies and I was not going to purger myself.

47.

Benny became very irritated and I remember him screaming at me about not wanting to sign the affidavit.

48.

I took the affidavit to David Eichholz and asked him to speak to his father because I was not going to sign an affidavit that contained lies.



49.

Benny was very irritated at the fact that the original affidavit that he wanted me to sign was not the affidavit that I, in fact, sign for Pacific Legal Funding and The Eichholz Law Firm to help them. His comment to me what that "this affidavit was not going to help them at all" and I thought that he actually submitted my affidavit in the Patricia Ballard v. The Eichholz Law Firm and Pacific Legal Funding and recently found out that the affidavit was not submitted.

50.

Benny also made a comment to me on many occasions that Pacific Legal Funding was his future and would be very ignorant when speaking to me and mean and yelling when it came to my dealings with Pacific Legal Funding and not helping with the affidavit.

51.

The affidavit that I did sign for Benny Eichholz was very vague and was missing pertinent pieces of information. To assumption, that is why he decided not to submit my affidavit to help him because it actually did not help him all and definitely did not contain lots of information that I would have put in the affidavit myself.

52.

I am aware of multiple clients that invested into Pacific Legal Funding and also a numerous amount of clients who never spoke with Daniel or Elizabeth Eichholz in regards to receiving a loan and know that it was completely facilitated through Benjamin Eichholz when how they got a loan and that will be available upon request.

53.

I also know all of the Vioxx clients that were contacted by me and spoke to Benny in regards to getting an advance on their Vioxx settlement case through Pacific Legal Funding and actually did get a loan through Pacific Legal Funding and will also be available upon request.

54.

After Benny came to me and I felt like that I was threatened about signing an affidavit of false information I was very uncomfortable and threatened to work at the Eichholz Law Firm, but know that Benny Eichholz would be going to federal prison for 21 months and I would not longer have to deal with him.

55.

I hoped that the law firm would run differently with David Eichholz completely running the law firm, but in fact had not been much different from when Benny was actually in the office.

56.

When Benny went to prison he was not suppose to have any dealings with the law firm, or manage the law firm or any type of financial transactions. When, if fact, Benny would routinely call the office and speak with David and Daniel and other employees at the office such as former employees which use to work there in regards to the happenings at the law firm and instruct David and Daniel what to do with the law firm and other financial investments that he had outstanding.

57.

Benny would also send emails to David, Daniel and other people within the law firm, including myself in regards to what was going on with the law firm and instruct David and Daniel off of the information that he received what to do with the law firm.

58.

Since Benny has been in federal prison he has had continuous dealings with The Eichholz Law Firm and their financial investments that they have and has never stopped being a part of the law firm.

59.

I know of one client who actually witnessed hearing Benny Eichholz on a telephone with Daniel Eichholz and talking to him about the dealings with the law firm and what to do on a particular case that was happening because Daniel had his father on speaker phone while she was in the office getting a loan from Daniel Eichholz from Pacific Legal Funding herself.

60.

I have been made aware that Benny Eichholz is getting out of federal prison on May 13, 2011 and being released to a halfway house and within the past two to three weeks Benjamin Eichholz has been on a conference call with either Daniel Eichholz or David Eichholz and other employees, whose names will be made available upon request, of the law firm telling them how they wanted the structure of the law firm to be.

61.

He also planned on trying to work in the law firm at first, but was told that he was not allowed to do so and now is going to work for an individual, but will actually be doing work for The Eichholz Law Firm and David is aware of that. Daniel or David will have that name of who he is going to work for, but I am unaware of the name. I just know that he has continued to work with The Eichholz Law Firm and plans on continuing to work for The Eichholz Law Firm and managing it when he does get out, as he did when he was in.

62.

An employee, Rachel Cohen, of The Eichholz Law Firm has seen that Benny Eichholz made changes on a particular document that she had to deal with. Rachel Cohen is the worker's compensation assistant currently for The Eichholz Law Firm. The document was in regards to her list of worker's compensation clients and I have been told by another employee that she was



very uncomfortable with seeing Benny's handwriting and telling her what do with her client that she made a statement to Daniel and David Eichholz of why was she doing exactly what Benny Eichholz was telling her do when he, in fact, was not allowed to have anything to do with the law firm. Rachel Cohen, I am told, has submitted her resignation and her last day will be on or about May 20th when she will take a new job with as a paralegal at Ken Nugent's office.

63.

Besides forming and managing Pacific Legal Funding, I am aware that The Eichholz Law Firm, to this date, gives out referral fees to non-lawyers for bringing in cases. When a case settles, they will give the person who referred the case to them a fee based off of the settlement that they received. The people that normally refer cases are individuals that they may know or an outside person that use to be a client of the law firm or current clients of The Eichholz Law Firm who receive referral fees and some of their names will be available upon request and can also be obtained through the law firm.

64.

Generally Benny would either give cash to someone who referred a case to him and they received a settlement.

65.

I am also aware that they have written checks to individuals who received a referral fee and either put in the memo line that it was for investigative services or in some cases it was left blank.

66.

The Eichholz Law Firm has paid me a referral fee on several cases for bringing in a case and when it settled I received a fee for brining in that case and referring it to The Eichholz Law Firm.

67.

The Eichholz Law Firm use to hire an individual who would get police reports for accidents that recently happened or happened within a month and The Eichholz Law Firm would generate a letter to the individual who was harmed in the accident asking them to call our law firm in regards to their recent accident as they may need legal assistance and they paid the individual who got those police reports for them.

68.

I am aware that on several different cases that The Eichholz Law Firm has collected a fee on a client's medical payments coverage either by obtaining the fee directly out of the medical payments check, having an insurance company throw the medical payments on top of the settlement and putting it all into one check or receiving a client's settlement check with the medical payments coverage check and depositing both, but receiving a total fee off the settlement and medical payments coverage check.

69.

When Benny Eichholz was an attorney of The Eichholz Law Firm, as his paralegal, I was given the instruction by Benjamin Eichholz to get clients settlement authority where an attorney was not present and also settle a client's claim with an insurance adjuster from an insurance company without an attorney present.

70.

I also know that after Benny Eichholz left the firm and went to federal prison that I was also given the direction to go ahead and do so by David Eichholz and until some time ago, several months ago, when the decided to actually have all attorneys get client authority.

71.

I am aware that Daniel Eichholz has portrayed himself as a lawyer and pretended himself to be David Eichholz when speaking to either an insurance company on the phone or a client.

72.

I know that as David's brother and just from being in the office and speaking with Daniel myself, that David is aware that Daniel has portrayed himself to play as a lawyer as David before on the telephone and David is aware that Benny has directly the practice from jail and that they are planning, for when Benny returns, for him to continue to do so.

73.

The complete list of clients that have information regarding Pacific Legal Funding or who have invested money in Pacific Legal Funding or have received loans without speaking to someone from Pacific Legal Funding and are aware of The Eichholz Law Firm's affiliation and management of Pacific Legal Funding and the employees who are aware of the various statements that I have made in my affidavit and can confirm the various statements made will be made readily available upon request unless directed otherwise. Someone can call me and I will give their names.

FURTHER AFFIANT saith not.

This 19 day of May, 2011.

Nikki Drasal-Shipley, Affiant

Sworn to before me and
subscribed in my presence
this 19 day of May, 2011.

NOTARY PUBLIC
My Commission Expires: _____

LOIS H ADAMS
NOTARY PUBLIC
Bryan County
State of Georgia
My Comm. Expires June 29, 2014