## AUTHORIZATION TO ENDORSE CHECK AND TO
## EXECUTE SETTLEMENT DOCUMENTS

I Verie Poole hereby authorize The Eichholz Law Firm, P.C. to endorse the settlement checks in the amount of THREE HUNDRED TWELVE THOUSAND EIGHT HUNDRED THIRTY-FOUR DOLLARS AND 79/100 ($312,834.79) Dollars and to deduct FORTY SEVEN THOUSAND DOLLARS AND 00/100 ($47,000.00) for proceeds due to Pacific Legal Funding, LLC.

I enter into this agreement for the sole purpose of expediting the delivery of my/our settlement monies and I/we have made this decision freely and voluntarily and not under any threat or duress.

Witness: _____   _____
                                      Verie Poole
                                      As Administratrix for
                                      The Estate of Catherine Hunt



EXHIBIT F