

EXHIBIT
G

# The Eichholz Law Firm, P.C.

Benjamin Sheftall Eichholz (GA)
David S. Eichholz (GA and TN)

Tel: 912-232-2791
Fax: 912-629-2590
Email: bselawfirm@aol.com

March 23, 2009

Dear Ms. Poole:

    This office recently learned that you are considering taking a loan or cash advance against whatever you may recover in your personal injury or worker's compensation claim that The Eichholz Law Firm, P.C. is handling on you behalf. Either you inquired about this possibility, or we have been contacted by a litigation funding company, seeking information about your claim, so that it can make a determination about completing the transaction.

    If you authorize it in writing (on a separate form that we have available), we will provide information about your case, but first I want to make you aware of the risks of becoming involved with this kind of high-interest loan, and also to suggest some other possible sources of temporary funds, if you truly cannot get through the period between now and when we hope to reach a settlement or other recovery in your case.

    I strongly *discourage* you from entering into a transaction with any litigation funding company, because the interest rates are usually so high that you will end up paying much too large a portion of any settlement or recovery back to the company, and in the long run you may regret taking the short-term solution. It is true that litigation funding companies typically agree not to seek to recover the amount funded to you *if* we are unable to reach a settlement or obtain a verdict in your case, but they are not in business to bet on losing cases! In the great majority of cases, therefore, the litigation funding company will give you a cash advance now, but will collect the full amount plus much more in interest later.

    Obviously, you would not even be considering this kind of transaction if you did not have a serious need for immediate funds, but I strongly urge you to pursue all other possible sources of funding first. For example, you might be able to borrow funds on a short-term basis from family or friends, or perhaps a church group or union or other organization. It might be possible to obtain a small loan from a bank or regular finance company, and it would almost certainly be cheaper in the long run to take a cash advance on a credit card, if you have credit available.

319 Eisenhower Drive, Suite 200 · Savannah, Georgia 31405



# The Eichholz Law Firm, P.C.

If all of these possibilities have been exhausted and you still need funding then you should make an informed decision as to whether you want to borrow from a litigation finance company, and if so which company. Pay close attention to the amount of interest that will be charged, and make sure you understand whether the money has to be repaid in the unlikely event that we are not successful in obtaining a settlement or other recovery for you.

Although I have not initiated any discussions with you about the use of a litigation funding company, and have in fact advised against it, I do want to make you aware of one such company that may be able to make an advance on substantially better terms than some other companies. However, I do not speak for that company, and you would have to contact it on your own to find out more details.

The company in question is PACIFIC LEGAL FUNDING, LLC (hereafter referred to as "Pacific"), and I must disclose to you that Pacific is owned and operated by my son, Daniel A. Eichholz and my daughter, Elizabeth H. Eichholz. My son and daughter are the *sole* owners of Pacific; however, and neither my other son, David Eichholz, nor I have any financial interest in Pacific and we have made no investment in it and play no role in its operations. Moreover, neither David nor I nor The Eichholz Law Firm, P.C. will receive any commission, finder's fee, profit, or any other remuneration from Pacific, if you choose to enter into a transaction with Pacific.

AS I NOTED EARLIER, THE EICHHOLZ LAW FIRM, P.C. DISCOURAGES ALL OF ITS CLIENTS FROM ENTERING INTO LITIGATION FUNDING LOAN TRANSACTIONS, WHETHER WITH PACIFIC OR SOME OTHER LITIGATION FUNDING COMPANY. IN ADDITION, I WANT TO STRESS THAT IF YOU CHOOSE TO BECOME INVOLVED IN SUCH A TRANSACTION, NO LAWYER IN THE EICHHOLZ LAW FIRM, P.C. WILL REPRESENT YOU IN THAT TRANSACTION. IF YOU DO WANT TO MOVE FORWARD WITH LITIGATION FUNDING, YOU SHOULD SERIOUSLY CONSIDER CONSULTING WITH SOME OTHER LAWYER ABOUT THE DETAILS OF THE TRANSACTION.

Please do not hesitate to contact me or my son David if you have any questions about litigation funding companies and transactions, or about anything discussed in this letter. If you need contact information for Pacific or some other litigation funding company, you may call our office for assistance. Finally, let us know if you need us to provide information about your case so that a litigation funding company can evaluate the

 THE EICHHOLZ LAW FIRM, P.C.

risks involved; we will provide you with an authorization form that will allow us to share your information, which would otherwise be confidential.

More important than anything else, please rest assured that no matter what decision you make about entering into a litigation funding transaction, and no matter which company is involved, it will have no effect whatsoever on our commitment to work diligently on your behalf to achieve the best outcome possible in your case, in the least amount of time possible.

Very sincerely yours,

The Eichholz Law Firm, P.C.

By: _____
    Benjamin S. Eichholz

Hereby read, approved and accepted by me after having ample opportunity to consult with counsel of my choice.

This 23 day of March, 2009.

_____
Verie Poole