4:24 PM
04/17/09
Accrual Basis

# The Law Office of Benjamin S. Eichholz, P.C.
## Account QuickReport
### All Transactions

| Type | Date | Num | Name | Memo | Split | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| **2090 · Trust Deposits** | | | | | | | |
| **Hunt, Catherine The Estate of** | | | | | | | |
| Deposit | 4/17/2009 | 14079 | Gary, Williams, Finne... | Settlement Pr... | 1075 · First Nati... | 312,834.79 | 312,834.79 |
| Check | 4/17/2009 | 19537 | Pacific Legal Funding... | Verie Poole | 1075 · First Nati... | -23,500.00 | 289,334.79 |
| Check | 4/17/2009 | 19538 | Pacific Legal Funding... | Patricia Bernard | 1075 · First Nati... | -23,500.00 | 265,834.79 |
| Check | 4/17/2009 | 19539 | Verie Poole | Settlement Pr... | 1075 · First Nati... | -132,917.40 | 132,917.39 |
| Check | 4/17/2009 | 19540 | Patricia Bernard | Settlement Pr... | 1075 · First Nati... | -132,917.39 | 0.00 |
| Total Hunt, Catherine The Estate of | | | | | | 0.00 | 0.00 |
| Total 2090 · Trust Deposits | | | | | | 0.00 | 0.00 |
| **TOTAL** | | | | | | 0.00 | 0.00 |


EXHIBIT H