IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. **1657** |
| | ) | Section: L |
| This document applies to: | ) | |
| Poole v. Eichholz Law Firm, P.C. et al | ) | Judge Fallon |
| S.D. Ga., 4:11-cv-00136 | ) | Mag. Judge Knowles |

_____

**CERTIFICATION OF SERVICE**

I hereby certify that on this 6th day of September, 2011, a true and correct copy of the foregoing Response To Pacific Legal Funding, LLC's Motion For Suggestion of Remand, Transfer of Venue, and To Stay Discovery in the above captioned matter has been filed electronically via CM/ECF which automatically serves all counsel of record.

This 6th day of September, 2011.

                                                  TATE LAW GROUP, L.L.C.

                                                /s/   Mark A. Tate
                                                Mark A. Tate
                                                Georgia Bar No. 698820

2 East Bryan Street, Suite 600
Post Office Box 9060
Savannah, Georgia 31412
T. (912) 234-3030
F. (912) 234-9700