**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS ) | | |
| LIABILITY LITIGATION ) | MDL No. **1657** | |
| ) | Section: L | |
| This document applies to: ) | | |
| Poole v. Eichholz Law Firm, P.C. et al ) | Judge Fallon | |
| S.D. Ga., 4:11-cv-00136 ) | Mag. Judge Knowles | |

_____

**NOTICE OF APPEARANCE**

COMES NOW, C. Dorian Britt, associate attorney with Tate Law Group, LLC, and makes this appearance in the above styled action for Plaintiff **VERIE POOLE**, individually and on behalf of others similarly situated.

This 7th day of September, 2011.

         TATE LAW GROUP, L.L.C.

         /s/ Mark A. Tate
         Mark A. Tate
         Georgia Bar No. 698820

         /s/ C. Dorian Britt
         C. Dorian Britt
         Georgia Bar No.: 083259

2 East Bryan Street, Suite 600
Post Office Box 9060
Savannah, Georgia 31412
T. (912) 234-3030
F. (912) 234-9700

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS | ) | |
| LIABILITY LITIGATION | ) | MDL No. **1657** |
| | ) | Section: L |
| This document applies to: | ) | |
| <u>Poole v. Eichholz Law Firm, P.C. et al</u> | ) | Judge Fallon |
| S.D. Ga., 4:11-cv-00136 | ) | Mag. Judge Knowles |

_____

### **CERTIFICATION OF SERVICE**

I hereby certify that on this 7th day of September, 2011, a true and correct copy of the foregoing Notice of Appearance in the above captioned matter has been filed electronically via CM/ECF which automatically serves all counsel of record.

This 7th day of September, 2011.

                                              TATE LAW GROUP, L.L.C.

                                              /s/ Mark A. Tate
                                              Mark A. Tate
                                              Georgia Bar No. 698820

                                              /s/ C. Dorian Britt
                                              C. Dorian Britt
                                              Georgia Bar No.: 083259

2 East Bryan Street, Suite 600
Post Office Box 9060
Savannah, Georgia 31412
T. (912) 234-3030
F. (912) 234-9700