## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Bette M. Terrill v. Merck & Co., Inc.*, 2:08-cv-03959-EEF-DEK | * | |
| | * | |

*************************************************************************

## ORDER

Considering the foregoing Defendant Merck & Co., Inc.'s Withdrawal of its Motion, Rule, and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Prosecute,

**IT IS ORDERED** that the pending Motion, Rule, and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice For Failure To Prosecute [R. Doc. 63268], be and it hereby is withdrawn as moot as to Plaintiff Bette M. Terrill only.

**NEW ORLEANS, LOUISIANA**, this _____ day of September, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1068815v.1