UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX ® | * | MDL DOCKET NO. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | |
| | * | MAG. JUDGE KNOWLES |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES:**

<u>**OPPOSITION TO MOTION FOR ORDER REQUIRING ESCROW AND DISCLOSURES OF COMMON BENEFIT FEE AND COST WITHHOLDINGS FROM SETTLEMENT OF INELIGIBLE AND NON-ENROLLED CASES**</u>

MAY IT PLEASE THE COURT:

1) Disclosures of deposits in Common Benefit account have been routinely sent as a courtesy to Ms. Oldfather on post settlement cases between Merck and individual claimants. Details of those settlements are privileged and confidential as to Merck and Claimant attorneys. Ms. Oldfather has neither standing with respect to those settlements nor the Common Benefit Fee and Costs Funds, as she produced no common benefit work, no contribution to the trial package, has in two years never taken substantial discovery, depositions, nor participated in trials involving these matters.

2) The PSC and FAC do not have control of the funds as they are the responsibility of Brown Greer and the U.S. Bank.

3) Ms. Oldfather's requests are not germane to her standing regarding MI and stroke and sudden cardiac deaths and the requested Order should be denied.

Respectfully submitted,

Date: September 7, 2011

By: /s/ Russ M. Herman_____
**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, L.L.P.*
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024

**PLAINTIFFS' LIAISON COUNSEL**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Opposition to Motion for Order Requiring Escrow and Disclosures of Common Benefit Fee and Cost Withholdings from Settlement of Ineligible and Non-Enrolled Cases, has been served on Liaison Counsel, Russ Herman, Ann B. Oldfather, and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 7th day of September, 2011.

/s/ Leonard A. Davis_____
Leonard A. Davis (Bar No. 14190)
*Herman, Herman, Katz & Cotlar, LLP*
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
FAX: (504) 561-6024
ldavis@hhkc.com