UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
IN RE:  VIOXX PRODUCTS              *
        LIABILITY LITIGATION        *
                                    *
This Document Relates to:           *   MDL No. 1657
                                    *
All government action cases.        *   Section L
                                    *
                                    *   New Orleans, Louisiana
                                    *
                                    *   July 1, 2011
                                    *
                                    *   4:00 p.m.
                                    *
* * * * * * * * * * * * * * * * * *
```

TELEPHONE STATUS CONFERENCE BEFORE
THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiffs:            Herman Herman Katz & Cotlar
                               BY: RUSS M. HERMAN, ESQ.
                               BY: LEONARD DAVIS, ESQ.
                               820 O'Keefe Avenue
                               New Orleans, Louisiana 70113


For the governmental           Barrios, Kingsdorf & Casteix, LLP
action plaintiffs:             BY: DAWN M. BARRIOS, ESQ.
                               701 Poydras Street
                               Suite 3650
                               New Orleans, Louisiana 70139

```
 1  APPEARANCES CONTINUED:

 2  For the consumer              Lieff Cabraser Heimann
    class claimants:                & Bernstein, LLP
 3                                BY:  ELIZABETH CABRASER, ESQ.
                                  275 Battery Street, Suite 3000
 4                                San Francisco, California 94111

 5

 6  For the State of Florida:     Special Counsel Office of the
                                    Attorney General
 7                                BY:  JAMES D. YOUNG, ESQ.
                                  BY:  ELIZABETH ARTHUR, ESQ.
 8                                1300 Riverplace Boulevard
                                  Suite 405
 9                                Jacksonville, Florida  32207

10

11  For the State of              Office of Attorney General
    New York:                      Medicaid Fraud Control Unit
12                                BY:  RANDALL FOX, ESQ.
                                  120 Broadway
13                                12th Floor
                                  New York, New York  10271
14

15

16  For the Commonwealth of       Cohen, Placitella & Roth, P.C.
    Pennsylvania:                 BY:  HARRY M. ROTH, ESQ.
                                  Suite 2900
17                                Two Commerce Square
                                  Philadelphia, Pennsylvania  19103
18

19

20  For the State of              Sanford Law Firm
    Oklahoma:                     BY:  SHELLY SANFORD, ESQ.
                                  16225 Park Ten Place
21                                Suite 500
                                  Houston, Texas  77084
22

23

24

25
```

```
 1   APPEARANCES CONTINUED:

 2   For the Commonwealth          Garmer & Prather, LLC
     of Kentucky:                  BY:  BILL GARMER, ESQ.
 3                                 141 N Broadway
                                   Lexington, Kentucky 40507
 4

 5

 6   For the Commonwealth          Hare, Wynn, Newell & Newton, LLP
     of Kentucky:                  BY:  BRIAN M. VINES, ESQ.
 7                                 The Historic Massey Building
                                   2025 Third Avenue North
 8                                 Suite 800
                                   Birmingham, Alabama 35203
 9

10
     For the State of              Bossier & Kitchens
11   Mississippi:                  BY:  SHEILA BOSSIER, ESQ.
                                   1520 North State Street
12                                 Jackson, Mississippi 39202

13

14
     For the State of Utah:        Siegfried & Jensen
15                                 BY:  KENNETH LOUGEE, ESQ.
                                   5664 South Green Street
16                                 Murray, Utah   84123

17

18
     For Merck:                    Skadden Arps
19                                 BY:  JOHN H. BEISNER, ESQ.
                                   1440 New York Avenue N.W.
20                                 Washington, D.C.   20005

21

22   For Merck:                    Williams & Connolly, LLP
                                   BY:  DOUGLAS R. MARVIN, ESQ.
23                                 725 Twelfth Street, N.W.
                                   Washington, D.C. 20005
24

25
```

```
 1  APPEARANCES CONTINUED:

 2  Also Present:              Andy Birchfield, ESQ.
                               Robert Patten, ESQ.
 3                             John Guthrie, ESQ.
                               Chad Keenan, ESQ.
 4                             Patrick Juneau, ESQ.
                               Mark Schultz, ESQ.
 5                             Susan Winkler, ESQ.
                               Charles Braud, ESQ.
 6

 7
    Official Court Reporter:   Jodi Simcox, RMR, FCRR
 8                             500 Poydras Street
                               Room HB-406
 9                             New Orleans, Louisiana 70130
                               (504) 589-7780
10

11

12  Proceedings recorded by mechanical stenography, transcript

13  produced by computer.

14

15

16

17

18

19

20

21

22

23

24

25
```

## PROCEEDINGS

### (July 1, 2011)

(WHEREUPON, the following proceedings were held via telephone conference.)

**THE COURT:** Hello. Good afternoon, everyone. This is Judge Fallon.

Who's on the line, first, for the plaintiffs?

**MR. DAVIS:** Leonard Davis.

**MR. BIRCHFIELD:** Andy Birchfield.

**MR. HERMAN:** Russ Herman.

**MR. GARMER:** Bill Garmer.

**MR. VINES:** Brian Vines.

**MS. SANFORD:** Shelly Sanford.

**MR. COLLINS:** Chris Collins.

**MR. YOUNG:** James Young and Elizabeth Arthur from Florida.

**THE COURT:** All right.

**MR. FOX:** Randy --

**MS. BARRIOS:** Dawn Barrios.

**MR. DAVIS:** Dawn Barrios and who else?

**MR. FOX:** Randy Fox.

**MR. DAVIS:** All right.

**MR. LOUGEE:** Ken Lougee from Salt Lake City, Utah.

**MR. PATTEN:** Good afternoon, Judge. It's Bob Patten from the Massachusetts Attorney General's Office on the line.

1           **THE COURT:**  All right, Bob.
2           **MR. GUTHRIE:**  Your Honor, this is John Guthrie also
3  with the NAMFCU team.
4           **MR. KEENAN:**  Chad Keenan from the state of Illinois
5  on the NAMFCU team.
6           **MR. ROTH:**  Your Honor, Harry Roth from the
7  Commonwealth of the Pennsylvania.  I'll be joined by Mike
8  Coren.
9           **MS. CABRASER:**  Elizabeth Cabraser.
10          **THE COURT:**  Anyone from Merck?
11          **MR. BEISNER:**  John Beisner is on, Your Honor.
12          **MR. MARVIN:**  Doug Marvin.
13          **THE COURT:**  Anyone else that we left out?
14          **MR. JUNEAU:**  Pat Juneau on the line, Judge.
15          **THE COURT:**  All right, Pat.
16          **MS. BOSSIER:**  Your Honor, Sheila Bossier from the
17  state of Mississippi.
18          **THE COURT:**  Anyone else?
19          **MR. SCHULTZ:**  Mark Schultz, South Carolina.
20          **THE COURT:**  All right.  Anyone else?
21          **MS. WINKLER:**  Susan Winkler for the United States,
22  Your Honor.
23          **THE COURT:**  I'm sorry, Susan.
24          **MS. WINKLER:**  Susan Winkler.
25          **THE COURT:**  Okay.  Is that it?

1             Okay.  Well, Happy 4th to everybody.  I wanted
2  to meet with you all to see where we were.  I've received some
3  e-mails from several of you.  But in any event, John, where do
4  you see it?
5             **MR. BEISNER:**  Well, Your Honor, I don't think we've
6  got a report yet from the discussions that I think the states
7  were having with the Attorney Generals on this subject.  So I'm
8  wondering if that might be the place to turn first.
9             I have a sense from some of the e-mail
10 transmissions as to where things stand, but I'm not sure that
11 we have a full report.
12            **THE COURT:**  Dawn, where are you with this?
13            **MR. BIRCHFIELD:**  Your Honor, this is Andy.
14            **THE COURT:**  Yes, Andy.
15            **MR. BIRCHFIELD:**  Maybe I can provide an update.
16            Last week at the status conference, you
17 instructed us, the plaintiffs' committee, to meet with the
18 litigating states.  We did that.  We had a lengthy discussion
19 and we made a proposal to resolve the common benefit fee.  The
20 litigating states were going to in the meantime discuss that
21 proposal amongst themselves and respond.  And yesterday, in
22 response, we received the resolution that was also provided to
23 the Court.
24            In essence, the resolution recommends that Merck
25 to pay and that the PSC and Merck should negotiate.

1               Well, first, we're not opposed to discussing or
2   negotiating with anyone, including Merck.  However, we think
3   that the time has come for all the parties to come together in
4   New Orleans, face-to-face, to finalize this.
5               We have a report and really this is the only
6   issue that is remaining.  And you had -- you suggested this
7   earlier, you suggested a meeting.  And we believe that -- we're
8   hoping that such a meeting may be facilitated by Mr. Juneau in
9   New Orleans.
10          **THE COURT:**  Yes, that's the way I see it too.
11              John, I think that you and Doug ought to be at
12  that meeting.  I think, Dawn, some representatives from the
13  litigating states ought to be there.  And, of course, Andy, you
14  and people from the PSC ought to be there, and Pat ought to
15  convene it.  I'll give you a courtroom, some place in the
16  court.  We've got to work out this problem because it's
17  stopping the development of the case, which I'm concerned
18  about.
19              Bob, there's some indication from the people
20  that they need some information from you.  You've given them
21  some information.  Pat, from your vantage point, is this
22  information enough or do the states need more?
23          **MR. JUNEAU:**  Judge, this is Pat Juneau.  I did look
24  at Bob Patten's memo and I sent that in turn to Dawn and told
25  her to circulate that amongst the various states.

```
 1              The short version of the story is Mr. Patten
 2   said, "Here as I see the key kind of provisions that would be
 3   applicable to what we're talking about and here's what they
 4   do," and it's sort of definitive to me in what he said in that.
 5   From my perspective, it looks me like that gives us a
 6   substantial basis to have the discussion.  But I can't speak
 7   for the state, so they're going to have to speak for themselves
 8   as to is that still an impediment or not.
 9              THE COURT:  Dawn, you want to comment on this?
10              MS. BARRIOS:  Yes, Your Honor.
11              We had always asked for the agreement.  The
12   Attorneys General had wanted to know as much information as
13   possible so -- because they suspected that Merck was going to
14   require that the non-Medicaid claims be waived.  Although,
15   that's not a requirement, Merck certainly has a walk-away right
16   in this agreement.
17              And if I could, Your Honor, I would expand on
18   what Andy has suggested, and I'd like to look at any meeting in
19   New Orleans between the litigating states, the PSC and Merck to
20   be more inclusive than common benefit.  I'm sure Merck is going
21   to want to know what the states want to do, will the states
22   take the Medicaid money.  And I understand, but don't know,
23   that the states have a general idea of what they're due under
24   Medicaid, are they going to go forward?
25              I would like to try to wrap it up and do
```

1    something globally with all the AGs, Merck and the PSC if we
2    could take advantage of your offer that we could come to one of
3    your courtrooms.
4            **THE COURT:**  All right.  Well, Susan, do you and Bob
5    need to be in on this?
6            **MS. WINKLER:**  Well, speaking just for the United
7    States, Your Honor, I don't think so.  We're at least, as best
8    I can tell, at a final position federally and I don't see the
9    value in us being there.
10           **THE COURT:**  All right.  You want to be advised of it
11   though?
12           **MS. WINKLER:**  We would like to be, yes.
13           **THE COURT:**  All right.  Bob, how about you, do you
14   want in on this?
15           **MR. PATTEN:**  Your Honor, if you thought it would
16   helpful for us to have someone there on observer status,
17   certainly we could send a member of the team, but...
18           **THE COURT:**  That's the only reason.  I mean, it would
19   be just an observer so that somebody's able to report back.
20   You've got to know what's happening, and Susan has to know
21   what's happening too.  I don't mean to participate in it when
22   you -- I know everybody's afraid to be there because they think
23   something can be asked of them, they could be asked to put up
24   something or whatever, but that's not the point.
25                   I don't want to get everybody involved and then

1  somebody say, "Well, let's see.  What is the position of one of
2  you all?"  So that's the thing.  You know it better than I.  We
3  can do it either by having you on stand-by on the telephone,
4  the same way with Susan, or something.  But we ought to have
5  some observer at least to communicate with you.
6            **MS. WINKLER:**  Your Honor, I'll make myself
7  available -- this is Susan -- whenever you have meetings if you
8  need somebody on stand-by up here, I'm more than happy to be
9  there.
10           **THE COURT:**  Okay.  All right.
11           **MR. PATTEN:**  We would to the same, Your Honor,
12 absolutely.
13           **THE COURT:**  Pat, let's set that up then.
14           **MR. JUNEAU:**  All right.
15           **MR. BEISNER:**  Your Honor, if I may on this, I think
16 that it's fine to have a discussion about the common benefit
17 fee issue as a group.  I have to say I'm not sure this will be
18 productive, and I think it would be a more expeditious course,
19 as we urged at the last meeting, to brief the authority.  But
20 if the Court -- obviously the Court wishes to have us convene
21 and confer on that, I think that would be fine.
22           I think to expand the discussion beyond that,
23 though, I think would be counterproductive.  I think the claims
24 of the states are in a widely varied position.  And I think it
25 would be far more productive to have individual meetings with

1  each of the states on that issue because their positions are
2  different; the nature of the claims, as has been repeatedly
3  said, are different; and I don't think that there's -- I don't
4  think that a large meeting to discuss the overall situation
5  with respect to this --
6            **THE COURT:**  Somebody was coming in.
7                 Well, John, from that standpoint, the way I see
8  it is that a whole group might be able to come up with some
9  formula that is satisfactory to everybody and that is able to
10 be used, even when it's different for different states.  The
11 formula sometimes can take those differences into account.
12 But, again, I think you all have more feel for this than I do.
13                Dawn, do you want to come back?
14           **MS. BARRIOS:**  Yes, Your Honor.
15                John, I don't necessarily disagree with you, and
16 I apologize for not being more specific.  At one point in time
17 the Court had asked Mr. Juneau to meet with the representatives
18 of different states and we arranged that.  We had a general
19 meeting and then Mr. Juneau spoke separately with each state's
20 representative, and that's where I was going.
21                I was thinking more in terms of they would be
22 there, Merck would be there, we would be there, could we kill
23 two birds with one stone; could we get the common benefit issue
24 resolved; as well as if we can't get all the states resolved,
25 at least maybe get some states resolved.

1          I just see it as an opportunity that I don't
2  want to pass up.
3          **MR. BEISNER:**  Dawn, and I'm sorry, because maybe I
4  misunderstood it.  If the thought here is to have people
5  present so that we can have whatever pairings of meetings make
6  sense, that is a thought that I endorse, and it's a good idea.
7          And I do think that, you know, the common
8  benefit fund issue has a lot of intersections for everyone
9  involved here, and obviously that's a topic of general
10 interest.  But I think the position of each of the states with
11 respect to the resolution of the claims is going to vary from
12 jurisdiction to jurisdiction.  And I think those will probably
13 need to be individual meetings.
14         But if the thought is that we can we have
15 everyone there and pair off and have those meetings, I think
16 that could well be productive.
17         **THE COURT:**  And even if every state can't be there,
18 if a majority of the states can be there, we're interested in
19 resolving it.  I mean, walking away with a whole package, at
20 least we've accomplished something.  I'm hearing that
21 independent meetings may be necessary, and that makes sense to
22 me; but if they're there, that facilitates that.  You don't
23 have to then have a time problem of having meetings over the
24 next couple of years.
25         **MR. BEISNER:**  No, and, Your Honor, that's right.  I

1  think that's what we had always envisioned, and I think what we
2  had talked about, if Mr. Juneau and I have --
3              **MR. JUNEAU:**  That's correct.
4              **MR. BEISNER:**  -- a couple of days to have everyone
5  present and we would have Merck folks there who could meet with
6  the states in succession.  So...
7              **THE COURT:**  All right.  Let's put some structure in
8  it then.
9                  Pat, you really ought to get together with John,
10  with Dawn, with Andy and set up a meeting of the people who
11  need to be there and give me the dates and then I'll get the
12  rooms available and whatever else you need.
13              **MR. JUNEAU:**  All right, Judge.  I'll be glad to do
14  that.
15              **MR. BEISNER:**  Might I suggest, Your Honor, just to
16  get that process rolling is if each of us might send
17  Mr. Juneau, as soon as possible, dates that we might be
18  available either this coming week.
19              **THE COURT:**  That's fine.  Good.  Okay.
20              **MR. JUNEAU:**  I'll do that, Judge.
21              **THE COURT:**  All right.  Folks, anything else?
22              **MR. HERMAN:**  Yes, Judge.  This is Russ Herman.  I
23  just have a question.  I received today an e-mail from the
24  Attorney General of Louisiana requesting that he or his office
25  be advised and I'm a bit concerned about it.

1                    I thought that Jim Dugan and Steve Murry
2    represented the State of Louisiana.  I also --
3               **MR. BRAUD:**  We're joining as additional counsel at
4    this time.
5               **THE COURT:**  Who is that?
6               **MR. BRAUD:**  The state Department of Justice.
7               **THE COURT:**  Who is that?
8               **MR. HERMAN:**  I didn't know you were on the phone.
9               **MR. BRAUD:**  I got in, unannounced and I was just
10   listening.
11              **THE COURT:**  Okay.  Who was that again?
12              **MR. BRAUD:**  My name is Charlie Braud, B-R-A-U-D.
13              **THE COURT:**  Okay.
14              **MR. HERMAN:**  The only question that I have is I don't
15   think -- I think that once a state is represented or they're
16   represented by additional counsel, their position from my
17   corner vantage, at least, is a bit ambiguous in the sense that
18   the state has already had a trial with Merck.
19              **MR. BRAUD:**  We're just -- we're just concerned about
20   this -- this settlement interest here.  We're -- we're aligning
21   with the other states in connection with this thing.  I don't
22   think we've changed our opinion on anything at this point.
23              **MR. HERMAN:**  I'm not sure I understand that, in light
24   of the trial that took place.  At any rate, I'm glad that the
25   state is participating in this call.  And that if the State of

1  Louisiana wishes to participate further, you certainly should
2  be notified of any phone calls or meetings that take place.
3              **MS. BARRIOS:**  And Mr. Braud, this is Dawn Barrios.
4  I'm one who usually sends out the notification.  If you could
5  give me your phone number and I can call you afterwards and get
6  your e-mail address so that I can put you on the list.
7              **MR. BRAUD:**  That would be fine.  The number is area
8  code 225-326-6467.
9              **MS. BARRIOS:**  Okay.  Thank you.
10             **MR. HERMAN:**  Lastly -- this is Russ Herman again --
11 I've had several conferences by phone with Andy Birchfield and
12 Chris Seeger, and one or both of them will be available to meet
13 on this issue whenever Special Master Juneau is able to get it
14 done.
15             **THE COURT:**  Okay.  Pat, it's in your hands at this
16 time.
17             **MR. JUNEAU:**  I've got it, Judge.
18             **THE COURT:**  Okay, folks.  Thank you very much.
19             **MS. BARRIOS:**  Thank you, Judge.
20             **MR. JUNEAU:**  Thank you, Judge.
21             **MR. HERMAN:**  Thank you, Your Honor.
22             **MR. BEISNER:**  Thank you, Judge.
23             (WHEREUPON, the proceedings were concluded.)
24
25

```
 1
 2                              *****
 3                           CERTIFICATE
 4         I, Jodi Simcox, RMR, FCRR, Official Court Reporter
 5   for the United States District Court, Eastern District of
 6   Louisiana, do hereby certify that the foregoing is a true and
 7   correct transcript, to the best of my ability and
 8   understanding, from the record of the proceedings in the
 9   above-entitled and numbered matter.
10
11
12                            S/ Jodi Simcox, RMR, FCRR
                              Jodi Simcox, RMR, FCRR
13                            Official Court Reporter
14
15
16
17
18
19
20
21
22
23
24
25
```