July 26, 2011



Richard G. Sommer
13253 Wedgefield Dr.
Naples, FL 34110

MAG. Judge Knowles
500 Poydras
New Orleans, LA 70130

        Re:  Vioxx -Resolution
            MDL NO. 1657
            SECTION: L

Dear Judge Knowles,

In the last ditch effort to restore the points that were illegally withheld from me by Brown/Greer LLC and in accordance with my rights under the Constitution, I submit to you a chronological history of events concerning the injustice that occurred in reference case.

1955   I had unbelievable high blood pressure which was considered by three highly respected medical institutions, which at the time was called "essential hypertension", meaning without known cause (See Annals of Internal Medicine, Volume 43, Number 3, March 1958, pages 647 to 654, article titled "Primary Aldosteronism").

I had been suffering with enormous high blood pressure to the extent that veins and arteries were blowing out like overtaxed steam pipes. They strapped me to a bed and turned the bed straight up so blood would drain out of my body through my mouth. With the prognosis of three months to live, NIH asked if I would sign on as a guinea pig for research purposes. You would be nauseous if I were to enumerate the many horrible things they did to my body: i.e. flying radioactive material in a lead case from Oakridge, Tenn. and injecting it into my food. I was in a controlled atmosphere and they collected everything from my body. Surgery was the last option after being hospitalized for over a year. They opened me up like a clam shell and found a tumor the size of a soft ball that had consumed both adrenal glands except a chip on the left gland. Also I lost the right kidney and lower lobe of the right lung. They called it PHEOCHROMOCYTOMAS. Most people died of this disease until my stay at NIH and their great work. It is now called ALDOSTERONISM and to date it has saved many lives.

It makes me cry with humility to think that Brown/Greer's evaluators after a two week tutoring by unknown individuals that they deducted 30%, 55%,15%, and 10% for the above mentioned sickness. As noted in prior correspondence to Judge Fallon, Brown/

Greer refused to identify the evaluators and their medical educations. They did say that they were instructed for two weeks. I didn't have the opportunity to examine the evaluators. I was told that these administrators would act similar in the protocol of a court of law and such has not been the case.

I have no idea who helped create the Vioxx-Resolution; however, there is no question in my mind the defendant had more than a casual input. It is my belief and surprise that none of the many attorneys "officers of the court" have not reported irregularities, illegalities, and my Fourth Amendment Rights.

Judge Fallon has not moved on my Motion of January 25, 2011, and my Letter of June 6, 2011, for reinstatement of points as stated above.

Judge Fallon ORDERED that my Letter of June 6, 2011, be made part of the Record. His Honor has also cut me out of Litigation against Merck and Co., Inc. with his Order of Dismissal with Prejudice in MDL Docket # 1657 which you received a copy.

I did sign the Vioxx-Resolution in good faith but under Legal Duress and the defendant claiming they would bankrupt the plaintiff on any judgement against them by time, appeals, and legal maneuvering. My subsequent appeals were nothing more than the Appellants rubber stamping Brown/Greer which in my option indicates no one knew what Pheochromocytomas was and known today as Aldosteronism.

I apologize for the length of this letter and trust someone will understand my frustrations that coaching evaluators in two weeks is insufficient for a sickness that occurred 55 years ago and a seven heart bypass seventeen years ago when Vioxx was neither heard of before hand or after, and I fail to see the connection. I am an honest person but in hindsight I should have left it out of my medical history.

Sincerely,

Hon. Richard G. Sommer
(Fed. Ret.)


CC:   VIOXX Lien Resolution Administrator

$5.59
US POSTAGE
FIRST-CLASS
062S00006794564
34110

CERTIFIED MAIL™

7010 1870 0001 0898 7573

MAG. Judge Knowles
500 Poydras
New Orleans, LA
70130

Mr. Richard Sommer
13253 Wedgefield Dr.
Naples, FL 34110

S