UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Adams, Mary E., et al. v. Merck & Co., Inc.*, 2:06-cv-02200-EEF-DEK | * | KNOWLES |
| Only with regard to: | * | |
| **Christine D. Woodcock** | * | |
| | * | |

## ORDER

Considering the foregoing Defendant Merck & Co., Inc.'s Withdrawal of its Motion, Rule, and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Prosecute,

**IT IS ORDERED** that the pending Motion, Rule, and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice For Failure To Prosecute [R. Doc. 63268], be and it hereby is withdrawn as moot as to Plaintiff Christine D. Woodcock only.

**NEW ORLEANS, LOUISIANA**, this _____ day of September, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1068990v.1