UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO: 06-3138,** *as to Eleanor Taylor ONLY*

**ORDER**

Vioxx claimant Eleanor Taylor was previously represented by Seth S. Webb and the firm of Brown and Crouppen. Because of "a breakdown in the attorney-client relationship," Ms. Taylor's counsel sought leave to withdraw as counsel of record. (Rec. Doc. 42866). The Court granted the motion to withdraw. (Rec. Doc. 49766). Ms. Taylor's claim proceeded through the Vioxx Settlement Program and resulted in a settlement. Ms. Taylor declined to sign paperwork that would permit her former counsel to disburse her settlement funds. Accordingly, Ms. Taylor's former counsel filed a motion requesting that the Court receive into the registry of the Court the settlement funds held on Ms. Taylor's behalf. (Rec. Doc. 54589). The Court granted the motion. (Rec. Doc. 55559).

The Court has custody of Ms. Taylor's Vioxx settlement funds. Ms. Taylor, who is not currently represented by counsel, previously contacted the Court expressing an interest in resolving the matter. Ms. Taylor's former counsel, in connection with their motion to deposit, provided an affidavit setting out a claim for attorneys' fees, as well as costs in the amount of $448.46. The Court has capped contingent attorneys' fees at 32% of any settlement amount (Rec. Doc. 15722).

1

The Court held a telephone conference with Ms. Taylor and her former counsel on June 29, 2011, at which time Ms. Taylor indicated that she was dissatisfied with the services of her attorneys and indicated that she had not intended to enter into the Vioxx Settlement Program. In a minute entry, the Court stated that it was not able to distribute Ms. Taylor's settlement proceeds at that time, and referred Ms. Taylor to the Court-appointed Pro Se Curator. (Rec. Doc. 63123).

The Court has now received telephone calls from the Pro Se Curator and from Ms. Taylor indicating that Ms. Taylor now requests that the Court distribute her settlement funds. There is $8,421.81 in settlement funds deposited in the registry of the Court. Brown and Crouppen submitted a claim for documented expenses in the amount of $448.46, as well as fees. The Court finds that $500 in attorneys' fees is appropriate in this circumstance, and awards that amount plus the $448.46 in costs. Accordingly, the remaining $7,473.35 is available for distribution to Ms. Taylor.

IT IS ORDERED that the funds in the registry of the Court will be distributed in the amounts set forth above on September 19, 2011, unless the Court is notified by Ms. Taylor in writing that she no longer requests that the funds be distributed. The Clerk is directed to serve a copy of this order on Ms. Taylor by certified mail, return receipt requested.

New Orleans, Louisiana, this 8th day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:
Eleanor Taylor
10131 South Charles Street
1st Floor
Chicago, IL 60643

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130