UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® <br> PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br><br> Estate of Mary Marie Tiller, deceased, <br> PEGGY OWENS, individually and, <br> as Trustee of the Estate of <br> MARY MARIE TILLER; | MDL NO. 1657 <br><br> SECTION "L" <br><br> JUDGE FALLON <br> DOCKET NO. <br> 05-0530 <br><br> Civil Action No.: <br> 2:06-CV-09368 |

## Motion To Substitute Successor Fiduciary As Plaintiff And A Nunc Pro Tunc Distribution Order

Pursuant to Rule 25, Raleigh Clell Tiller, successor trustee of the Estate of Mary Marie Tiller, moves the Court to substitute him as the plaintiff and to issue a nunc pro tunc distribution order to correct a arithmetical error in the final distribution order (which was the fault of plaintiff's attorney).

The Court issued the final distribution order on April 28, 2010. Plaintiff's counsel subsequently discovered the arithmetic error, but before he could request that the Court issue a corrected order, the plaintiff, trustee Peggy Owens, died on August 3, 2010. Clell Tiller was appointed successor trustee on January 5, 2011. He has filed herewith Claimant's Amended Petition Requesting Distribution of Special Master's Award and Amended Declaration of Claimant's Counsel Requesting The Proposed Distribution of the Special Master's Award and those

filings are incorporated herein by reference.

Accordingly, Trustee Raliegh Clell Tiller requests that the Court substitute Trustee Clell Tiller as the plaintiff nunc pro tunc as of the date of his appointment January 5, 2001 (for the court's administrative convenience so that the Amended Petition and Amended Declaration he is filing herewith will have legal effect), and issue a corrected final distribution order, also nunc pro tunc.

Respectfully submitted,

Mark T. Hurt
159 W. Main Street
Abingdon, VA 24210
(276) 623-0808 ph
(276) 623-0808 fax

**COUNSEL FOR CLAIMANT**