UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® <br> PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br><br> Estate of Mary Marie Tiller, deceased, <br> PEGGY OWENS, individually and, <br> as Trustee of the Estate of <br> MARY MARIE TILLER; | MDL NO. 1657 <br><br> SECTION "L" <br><br> JUDGE FALLON <br> DOCKET NO. <br> 05-0530 <br><br> Civil Action No.: <br> 2:06-CV-09368 |

### Final Order

Upon the motion of Raliegh Clell Tiller, the successor trustee of the Estate of Mary Marie Tiller, to substitute him in place of the deceased trustee Peggy Owens as the plaintiff, and to correct the order authorizing the distribution of special master's award for an arithmetic error, and upon consideration of the Claimant's Amended Petition Requesting Distribution of Special Master's Award, and the accompanying declaration by Claimant's counsel, both of which were filed by Mr. Tiller,

the Court hereby **GRANTS** Mr. Tiller's motion, and **ORDERS** the following:

1) Raliegh Clell Tiller, Trustee of the Estate of Mary Marie Tiller is substituted as the plaintiff in place of Peggy Owens **nunc pro tunc** so that the Claimant's Amended Petition that he filed with his motion is

deemed properly filed by the plaintiff; and

2) that the Court's order of April 28, 2010 be corrected **nunc pro tunc** so that it orders that the MI Final Settlement Payment award be distributed as requested in Claimant's Amended Petition Requesting Distribution of Special Master's Award.

IT IS SO ORDERED this 9th day of September 2011.

*[signature]*
United States District Court Judge