3/26/2009 9:38 AM   FROM: Fax BrownGreer PLC   TO: +1 (561) 7508185,,,,,10044   PAGE: 008 OF 009

Nov. 3. 2008 3:16PM                                                              No. 2418   P. 4

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT, IN AND FOR PALM
BEACH COUNTY, FLORIDA

CASE NO.: CA 03-007235 AB

RAYMOND M. KRESS, JR.

    Plaintiff,

v.

RONALD S. ASNES, ESQ.
and LAW OFFICES OF
RONALD S. ASNES, a Florida
Professional Association

    Defendants
_____/

## ORDER

THIS MATTER having come to be heard pursuant to Plaintiff, Raymond Kress, Jr., and Third Party Defendants' Motion for Sanctions, Attorney's Fees and Costs Pursuant to Florida Statute § 57.105, and after hearing argument of counsel and being fully advised in the premises it is hereby:

ORDERED and ADJUDGED that Plaintiff, Raymond Kress, Jr., and Third Party Defendants' Motion for Sanctions, Attorney's Fees and Costs Pursuant to Florida Statute § 57.105 is _Granted_. Judgment is hereby entered in favor of Kress against Defendants in the amount of $7,207.50 for fees and $325.00 for a total of $7,532.50, for which let execution issue.

DONE and ORDERED in Chambers this 29 day of _June_, 2006.

                                          THE HONORABLE KENNETH D. STERN
                                          CIRCUIT COURT JUDGE

Copies furnished to:
James Volpi, Esq., Gerwin & Associates, 1499 West Palmetto Park Road, Suite 412, Boca Raton, FL 33486
Ronald Asnes, Esq., 22323 Rushmore Place, Boca Raton, FL 33428-4257

EXHIBIT A

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT, IN AND FOR PALM
BEACH COUNTY, FLORIDA

CASE NO.: CA 03-007235 AE

RAYMOND M. KRESS, JR.

    Plaintiff,

v.

RONALD S. ASNES,

    Defendant.
_____/

## FINAL JUDGMENT

THIS MATTER having come before the Court on March 28, 2008 on Plaintiff's motion to Enforce Settlement Agreement, the Court having reviewed said Stipulation of Settlement, Affidavit of Attorneys' Time and Costs and Affidavit of Non-Military Service, having heard submissions of counsel with respect to same, and being otherwise duly advised in the premises, it is hereby:

ORDERED and ADJUDGED that Raymond Kress, whose mailing address is 1037 Dolores Drive, Bensenville, IL 60106, recover from Ronald Asnes, whose last known address is P.O. Box #913, Stoughton, MA 02072 the sum of $150,000.00 on principal, interest thereon in the amount of $8,306.93, plus attorneys fees incurred in prosecuting this matter in the amount of $1,137.50 [612.50]; for a total amount of $159,444.43 [$158,919.43]. This judgment shall bear interest at the statutory rate until satisfied, for which let execution issue. Ronald Asnes shall complete the Fact Information Sheet pursuant to Rule 1.560(b) within twenty (20) days.

DONE and ORDERED in Chambers at West Palm Beach, Palm Beach County, Florida this 28th day of March, 2008.

                                                THE HONORABLE KENNETH D. STERN
                                                CIRCUIT COURT JUDGE

Copies furnished:
James Volpi, Esq., Gerstin & Associates, 1499 West Palmetto Park Road, Suite 412, Boca Raton, FL 33486
Ronald S. Asnes, PO Box #913, Stoughton, MA 02072



EXHIBIT B

3/26/2009 9:38 AM  FROM: Fax BrownGreer PLC  TO: +1 (561) 7508185,,,,,10044   PAGE: 009 OF 009
Nov. 3. 2008  3:16PM                                                           No. 2413   P. 5

# JUDGMENT LIEN CERTIFICATE

FOR PURPOSES OF FILING A JUDGMENT LIEN, THE FOLLOWING INFORMATION IS SUBMITTED IN ACCORDANCE WITH s. 55.203, FLORIDA STATUTES.

DO NOT PHOTOCOPY THIS FORM PRIOR TO USE. BAR CODE MUST BE LEGIBLE.

1. JUDGMENT DEBTOR (DEFENDANT) NAME AS SHOWN ON JUDGMENT, IF AN INDIVIDUAL, IS:

   LAST NAME: Asnes
   FIRST NAME: Ronald
   M.I.:
   MAILING ADDRESS: P.O. Box #913
   CITY: Stoughton   ST: MA   ZIP: 02072

2. ADDITIONAL JUDGMENT DEBTOR, IF AN INDIVIDUAL, IS:

   LAST NAME:
   FIRST NAME:
   M.I.:
   MAILING ADDRESS:
   CITY:   ST:   ZIP:

3. JUDGMENT DEBTOR (DEFENDANT) NAME AS SHOWN ON JUDGMENT, IF A BUSINESS ENTITY, IS:

   BUSINESS ENTITY NAME:
   MAILING ADDRESS:
   CITY:   ST:   ZIP:

4. FEDERAL EMPLOYER IDENTIFICATION NUMBER:

5. DEPARTMENT OF STATE DOCUMENT FILE NUMBER:
   PLEASE CHECK BOX IF DOCUMENT NUMBER IS NOT APPLICABLE [✓]

6. JUDGMENT CREDITOR (PLAINTIFF) NAME AS SHOWN ON JUDGMENT OR CURRENT OWNER OF JUDGMENT, IF ASSIGNED:

   CREDITOR NAME(S): Raymond M. Kress
   MAILING ADDRESS: 1037 Dolores Drive
   CITY: Bensonville   ST: IL   ZIP: 60106

7. DEPARTMENT OF STATE DOCUMENT FILE NUMBER:
   PLEASE CHECK BOX IF DOCUMENT NUMBER IS NOT APPLICABLE [✓]

8. OWNER'S ATTORNEY OR AUTHORIZED REPRESENTATIVE: (ACKNOWLEDGMENT OF FILING WILL BE SENT TO THIS ADDRESS)

   NAME: Gerstin & Associates
   MAILING ADDRESS: 1499 West Palmetto Park Road, Suite 412
   CITY: Boca Raton   ST: FL   ZIP: 33486

9. AMOUNT DUE ON MONEY JUDGMENT: $1,532.50

10. APPLICABLE STATUTORY INTEREST RATE: 11%

THIS SPACE FOR USE BY FILING OFFICER

11. NAME OF COURT: Circuit Court of the 15th Judicial Circuit In and for Palm Beach County, FL

12. CASE NUMBER: CA 03-007235XXXXMBAE

13. DATE OF ENTRY: June 29, 2006
    MONTH  DAY  YEAR

UNDER PENALTY OF PERJURY, I hereby certify that (1) The judgment above described has become final and there is no stay of the judgment or its enforcement in effect; (2) All of the information set forth above is true, correct, current and complete; (3) I have not previously filed a Judgment Lien Certificate regarding the above judgment with the Department of State; and, (4) I have complied with all applicable laws in submitting this Judgment Lien Certificate for filing.

SIGNATURE OF CREDITOR OR AUTHORIZED REPRESENTATIVE   PRINT NAME: James Volpi, Esq.

NON-REFUNDABLE PROCESSING FEE:
JUDGMENT LIEN WITH ONE DEBTOR $20.00          EACH ADDITIONAL DEBTOR $5.00
EACH ATTACHED PAGE, IF NECESSARY $5.00        (NO CHARGE FOR CREDITOR AFFIDAVIT)

CERTIFIED COPY REQUESTED $10.00 [ ]

Division of Corporations • P.O. Box 6250 • Tallahassee, Fl 32314 • 850-656-7463

CR2E091 (04/05)

EXHIBIT C



# FLORIDA DEPARTMENT OF STATE
## Division of Corporations

November 13, 2008

GERSTIN & ASSOCIATES
1499 WEST PALMETTO PARK ROAD, SUITE 412
BOCA RATON, FL 33486-

This will acknowledge a judgement lien filing was filed on November 5, 2008 and assigned file number J08900020623, with RONALD ASNES as the judgment debtor(s).

Should you have any questions regarding the filing of this lien, please contact the Judgment Lien Filing Section at 850-656-7463.

R Rodriguez
For Division of Corporations

Doc Reference: J08900020623

/RR

P.O. BOX 6250 - Tallahassee, Florida 32314
www.sunbiz.org

3/26/2009 9:38 AM   FROM: Fax BrownGreer PLC   TO: +1 (561) 7508185,,,,,10044   PAGE: 007 OF 009

Nov. 3. 2008  3:16PM                                                          No. 2418   P. 3

## JUDGMENT LIEN CERTIFICATE

FOR PURPOSES OF FILING A JUDGMENT LIEN, THE FOLLOWING INFORMATION IS SUBMITTED IN ACCORDANCE WITH s. 55.203, FLORIDA STATUTES.

DO NOT PHOTOCOPY THIS FORM PRIOR TO USE. BAR CODE MUST BE LEGIBLE.

1. JUDGMENT DEBTOR (DEFENDANT) NAME AS SHOWN ON JUDGMENT, IF AN INDIVIDUAL, IS:
   - LAST NAME: Asnes
   - FIRST NAME: Ronald
   - M.I.:
   - MAILING ADDRESS: P.O. Box #913
   - CITY: Stoughton
   - ST: MA
   - ZIP: 02072

2. ADDITIONAL JUDGMENT DEBTOR, IF AN INDIVIDUAL, IS:
   - LAST NAME:
   - FIRST NAME:
   - M.I.:
   - MAILING ADDRESS:
   - CITY:
   - ST:
   - ZIP:

3. JUDGMENT DEBTOR (DEFENDANT) NAME AS SHOWN ON JUDGMENT, IF A BUSINESS ENTITY, IS:
   - BUSINESS ENTITY NAME:
   - MAILING ADDRESS:
   - CITY:
   - ST:
   - ZIP:

4. FEDERAL EMPLOYER IDENTIFICATION NUMBER:

5. DEPARTMENT OF STATE DOCUMENT FILE NUMBER:
   PLEASE CHECK BOX IF DOCUMENT NUMBER IS NOT APPLICABLE [✓]

6. JUDGMENT CREDITOR (PLAINTIFF) NAME AS SHOWN ON JUDGMENT OR CURRENT OWNER OF JUDGMENT, IF ASSIGNED:
   - CREDITOR NAME(S): Raymond M. Kress
   - MAILING ADDRESS: 1037 Dolores Drive
   - CITY: Bensonville
   - ST: IL
   - ZIP: 60106

7. DEPARTMENT OF STATE DOCUMENT FILE NUMBER:
   PLEASE CHECK BOX IF DOCUMENT NUMBER IS NOT APPLICABLE [✓]

8. OWNER'S ATTORNEY OR AUTHORIZED REPRESENTATIVE: (ACKNOWLEDGMENT OF FILING WILL BE SENT TO THIS ADDRESS)
   - NAME: Gerstin & Associates
   - MAILING ADDRESS: 1499 West Palmetto Park Road, Suite 412
   - CITY: Boca Raton
   - ST: FL
   - ZIP: 33486

9. AMOUNT DUE ON MONEY JUDGMENT: $158,919.43

10. APPLICABLE STATUTORY INTEREST RATE: 11%

THIS SPACE FOR USE BY FILING OFFICER

11. NAME OF COURT: Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL
12. CASE NUMBER: CA 03-007235XXXXMBAE
13. DATE OF ENTRY: March 28, 2008
    MONTH   DAY   YEAR

UNDER PENALTY OF PERJURY, I hereby certify that: (1) The judgment above described has become final and there is no stay of the judgment or its enforcement in effect; (2) All of the information set forth above is true, correct, current and complete; (3) I have not previously filed a Judgment Lien Certificate regarding the above judgment with the Department of State; and (4) I have complied with all applicable rules in submitting this Judgment Lien Certificate for filing.

SIGNATURE OF CREDITOR OR AUTHORIZED REPRESENTATIVE      James Volpi, Esq.
                                                       PRINT NAME

NON-REFUNDABLE PROCESSING FEE:
JUDGMENT LIEN WITH ONE DEBTOR $20.00         EACH ADDITIONAL DEBTOR $5.00
EACH ATTACHED PAGE, IF NECESSARY $5.00       (NO CHARGE FOR CREDITOR AFFIDAVIT)

CERTIFIED COPY REQUESTED $10.00 [ ]

Division of Corporations • P.O. Box 6250 • Tallahassee, FL 32314 • 850-656-7463

CR2E091 (04/08)

EXHIBIT D



# FLORIDA DEPARTMENT OF STATE
## Division of Corporations

November 13, 2008

GERSTIN & ASSOCIATES
1499 WEST PALMETTO PARK ROAD, SUITE 412
BOCA RATON, FL 33486-

This will acknowledge a judgement lien filing was filed on November 5, 2008 and assigned file number J08900020624, with RONALD ASNES as the judgment debtor(s).

Should you have any questions regarding the filing of this lien, please contact the Judgment Lien Filing Section at 850-656-7463.

R Rodriguez
For Division of Corporations

Doc Reference: J08900020624

/RR

Joshua G. Gerstin, Esq.*
Joshua@Gerstin.com
Joseph Thillman, Esq.
Joseph@Gerstin.com
James Volpi, Esq.
James@Gerstin.com
Kelly Blum, Esq.
Kelly@Gerstin.com

*also admitted in NY & NJ

# GERSTIN & ASSOCIATES

1499 WEST PALMETTO PARK RD., SUITE 412
Boca Raton, FL 33486
Telephone: (561) 750-3456
Facsimile: (561) 750-8185
Web address: www.Gerstin.com

April 20, 2009

<u>Sent via regular mail</u>
Clerk of the Court
United States District Court
Eastern District of Louisiana
500 Poydras Street, C-151
New Orleans, LA 70130

RE:     Vioxx Product Liability Litigation
         MDL No. 1657
         Section L

Dear Sir/Madam:

      This firm represents Raymond M. Kress, Jr. in the collection of a judgment against Ronald Scott Asnes, date of birth 06/09/1961. Attached is a copy of our final judgment for $158,919.43 plus interest against Mr. Asnes, as well as a separate order for fees and costs of $1,532.50.

      It is our understanding Mr. Asnes has a pending Vioxx claim. A copy of our lien has already been sent to the claims manager. Please advise us if there is any additional information you may require of us in order for our lien to be recorded.

Sincerely,
Gerstin & Associates

James Volpi, Esq.
/lk

**EXHIBIT E**