UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>Mary Cogan<br><br>         Plaintiff(s),<br>v.<br><br>MERCK & CO., INC.,<br><br>         Defendant(s). | MDL Docket No. 1657<br>SECTION: L/3<br><br>Civil Action No. L-6035-05 New Jersey<br><br>**MOTON TO FILE<br>PETITION FOR DISTRIBUTION<br>OF SETTLEMENT FUNDS UNDER SEAL** |

   Plaintiff Mary Cogan ("Plaintiff") hereby moves the Court for an Order directing the Clerk of Court to receive and file under seal the Petition for Distribution of Settlement Funds, attached as Exhibit 1 to this Motion.

   Mary Cogan filed a Vioxx claim in the District of New Jersey in August 2005. Pursuant to the Settlement Agreement in the *In re Vioxx Products Liability Litigation*, this matter is now under the jurisdiction of this Court. Mary Cogan died on August 17, 2008 prior to the distribution of the settlement proceeds.

   All living heirs have signed Waivers agreeing to the distribution of these settlement funds.

   Plaintiff respectfully requests that this Petition for Distribution of Settlement funds be filed under seal to protect Plaintiff's heirs from disclosure of such sensitive information and to maintain the confidentiality of the individual settlement awards.

445226.1

DATED:  August 12, 2011						LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: _____
Yvonne M. Flaherty, Reg. No. 267600
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile:  (612) 339-0981
***Attorneys for Plaintiff Mary Cogan***