UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>Mary Cogan<br><br>    Plaintiff(s),<br>v.<br><br>MERCK & CO., INC.,<br><br>    Defendant(s). | MDL Docket No. 1657<br>SECTION: L/3<br><br>Civil Action No. L-6035-05 New Jersey<br><br>ORDER TO FILE<br>PETITION FOR DISTRIBUTION<br>OF SETTLEMENT FUNDS UNDER SEAL |

This matter came before the Court on Plaintiff's Motion to File Petition for Distribution of Settlement Funds Under Seal.

NOW, THEREFORE, based upon all the files, records and proceedings herein, IT IS HEREBY ORDERED that the Motion to File Petition for Distribution of Settlement Funds Under Seal is GRANTED. Plaintiff Mary Cogan may file the Petition for Distribution of Settlement Funds under seal.

Dated: _9 September_, 2011

                    _____
                    The Honorable Eldon E. Fallon
                    U.S. District Court Judge

445227.1