UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® <br> PRODUCTS LIABILITY LITIGATION | MDL NO. 1657 <br> SECTION "L" |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON <br> DOCKET NO. <br> 05-0530 |
| Estate of Mary Marie Tiller, deceased, <br> PEGGY OWENS, individually and, <br> as Trustee of the Estate of <br> MARY MARIE TILLER; | Civil Action No.: <br> 2:06-CV-09368 |

## Proposed Order

IT IS ORDERED that the attached Claimant's Amended Petition Respecting Distribution of Special Master's Award and the Declaration of Claimant's Counsel be placed UNDER SEAL.

New Orleans, Louisiana, this 9th day of September 2011.

_____
United States District Judge