UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

IT IS ORDERED that the hearing on the amount of the common benefit fund currently scheduled for Thursday, September 29, 2011 at 9:00 a.m. (Rec. Doc. 63360) is RESCHEDULED to take place following the Monthly Status Conference on Wednesday, September 21, 2011. Interested parties may file briefs on or before Friday, September 16, 2011, and reply briefs on or before noon on Tuesday, September 20, 2011.

New Orleans, Louisiana, this 12th day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE