**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

FILED  SEP 1 3 2011

LYLE W. CAYCE
CLERK

**LORETTA G. WHYTE**
**CLERK**

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

July 07, 2011

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 10-30762     In Re: Vioxx Prod Liability
    USDC No. 2:05-MD-1657
    USDC No. 2:05-CV-3700

The court has granted appellant's motion to reinstate the appeal.

Your appeal has been placed in abeyance this date pending settlement discussions until August 5, 2011. Upon expiration of the stay period, if a brief is not filed, a motion for stay of proceedings or to file the brief out of time is required, otherwise the case may be dismissed for failure to prosecute.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Sabrina M. Hains, Deputy Clerk
                            504-310-7695

Mr. Barry W. Ashe
Mr. John H. Beisner
Ms. Carmelite M. Bertaut
Mr. Andrew L. Goldman
Mr. Stephen B. Murray Jr.
Mr. Stephen B. Murray Sr.
Mr. Thomas Patrick Owen Jr.
Dr. Douglas Robert Plymale
Mr. Joe William Tomaselli Jr.
Ms. Loretta Whyte
Ms. Dorothy Hudson Wimberly
Mr. Phillip A. Wittmann

___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____