# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

September 07, 2011

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED SEP 1 3 2011
LORETTA G. WHYTE
CLERK

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 10-30762    In Re: Vioxx Prod Liability
        USDC No. 2:05-MD-1657
        USDC No. 2:05-CV-3700

The court has granted appellant's unopposed ~~motion to extend the~~ stay of proceedings in this court to and including October 6, 2011, in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Misty Fontenot*
Misty L. Fontenot, Deputy Clerk
504-310-7716

Mr. Barry W. Ashe
Mr. John H. Beisner
Ms. Carmelite M. Bertaut
Mr. Charles Henry Braud Jr.
Mr. Andrew L. Goldman
Mr. Stephen B. Murray Jr.
Mr. Stephen B. Murray Sr.
Mr. Thomas Patrick Owen Jr.
Dr. Douglas Robert Plymale
Ms. Sallie Jones Sanders
Mr. Richard C Stanley
Mr. Joe William Tomaselli Jr.
Ms. Loretta Whyte
Ms. Dorothy Hudson Wimberly
Mr. Phillip A. Wittmann

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___