UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: VIOXX PRODUCTS** | MDL No. 1657 |
| **LIABILITY LITIGATION** | Section: L |
| **This document applies to:** | |
| *Poole v. Eichholz Law Firm, P.C., et al.* | Judge Eldon E. Fallon |
| *E.D. La., Case 2:11-cv-1546* | Mag. Judge Daniel E. Knowles |

### NOTICE OF APPEARANCE OF COUNSEL FOR
### DEFENDANT THE EICHHOLZ LAW FIRM, P.C.

The undersigned counsel hereby appears as trial counsel for Defendant The Eichholz Law Firm, P.C. in the above-captioned case.

Respectfully submitted this 14th day of September, 2011.

        MCCONELL, SNEED & COHEN, LLC

        /s/Joseph Coomes
        Joseph Coomes
        Georgia Bar No. 184999
        *Counsel for Defendant The Eichholz Law Firm, P.C.*

990 Hammond Drive
Suite 840
Atlanta, Georgia 30328
T: (404) 220-9994
F: (404) 665-3476
Email: ajc@msc-law.net

## CERTIFICATION OF SERVICE

I hereby certify that the above and foregoing **Notice of Appearance of Counsel for Defendant The Eichholz Firm, P.C.** has been served on Liaison Counsel, Russ Herman, Ann B. Oldfather, and Phillip Wittmann, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 14th day of September, 2011.

/s/Joseph Coomes
Joseph Coomes
Georgia Bar No. 184999
*Counsel for Defendant The Eichholz Law Firm, P.C.*

McConnell, Sneed & Cohen, LLC
990 Hammond Drive
Suite 840
Atlanta, Georgia 30328
Tel: (404) 220-9994
Fax: (404) 665-3476
Email: ajc@msc-law.net