UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: VIOXX PRODUCTS** | MDL No. 1657 |
| **LIABILITY LITIGATION** | Section: L |
| **This document applies to:** | |
| *Poole v. Eichholz Law Firm, P.C., et al.* | Judge Eldon E. Fallon |
| *E.D. La., Case No. 2:11-cv-1546* | Mag. Judge Knowles |

### THE EICHHOLZ LAW FIRM, P.C.'S NOTICE OF JOINING DEFENDANT PACIFIC LEGAL FUNDING, LLC'S MOTION FOR SUGGESTION OF REMAND, OR, IN THE ALTERNATIVE, TO TRANSFER VENUE BASED ON *FORUM NON CONVENIENS*, AND TO STAY DISCOVERY

COMES NOW The Eichholz Law Firm, P.C. ("The Eichholz Firm"), Defendant in the above-captioned case, and, without waiving any available arguments or defenses,[1] hereby provides Notice of its Joinder in Defendant Pacific Legal Funding, LLC's ("PLF") Motion for Suggestion of Remand Or, In the Alternative, to Transfer Venue Based on *Forum Non Conveniens*, and to Stay Discovery ("Motion for Suggestion of Remand"), which was previously filed in this action.

For the reasons set forth in PLF's Motion for Suggestion of Remand and the supporting brief, as well as in its supplemental brief in support filed contemporaneously herewith, The Eichholz Firm requests that this Court either issue a suggestion of remand of this action to the Judicial Panel on Multidistrict Litigation, or transfer this matter back to the U.S. District Court

---

[1] Without limitation, to the extent this matter remains pending before this or any other Court, The Eichholz Firm expressly reserves the right to challenge the qualification of Mark Tate to serve as Plaintiff's counsel based on possible conflicts of interest arising from his prior representation of The Eichholz Firm and the fact that he may be a material witness in this case. In addition, The Eichholz Firm reserves the right to request that this Court abstain from exercising jurisdiction in this case given a parallel prior pending state court action based on the principles originally set forth <u>Colorado River Water Conservation District v. United States</u>, 424 U.S. 800 (1976).

for the Southern District of Georgia based on *forum non conveniens*.  The Eichholz Firm also joins the request for a stay of discovery in this case until such time as the Court has ruled on PLF's Motion for Suggestion of Remand.

      Respectfully submitted this 14th day of September, 2011.

                            MCCONELL, SNEED & COHEN, LLC

                            /s/Joseph Coomes
                            Joseph Coomes
                            Georgia Bar No. 184999
                            *Counsel for Defendant The Eichholz Law Firm, P.C.*

990 Hammond Drive
Suite 840
Atlanta, Georgia 30328
T: (404) 220-9994
F: (404) 665-3476
Email: ajc@msc-law.net

## CERTIFICATION OF SERVICE

I hereby certify that the above and foregoing **The Eichholz Firm, P.C.'s Notice of Joinder in Defendant Pacific Legal Funding, LLC's Motion for Suggestion of Remand Or, In the Alternative, to Transfer Venue Based on *Forum Non Conveniens*, and to Stay Discovery** has been served on Liaison Counsel, Russ Herman, Ann B. Oldfather, and Phillip Wittmann, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 14th day of September, 2011.

/s/Joseph Coomes
Joseph Coomes
Georgia Bar No. 184999
*Counsel for Defendant The Eichholz Law Firm, P.C.*

McConnell, Sneed & Cohen, LLC
990 Hammond Drive
Suite 840
Atlanta, Georgia 30328
Tel: (404) 220-9994
Fax: (404) 665-3476
Email: ajc@msc-law.net