# TATE LAW GROUP, LLC

2 East Bryan Street • Suite 600
Savannah, Georgia 31401
www.tatelawgroup.com

Telephone: (912) 234-3030                                                                 Facsimile: (912) 234-9700

June 16, 2011

Jeffery N. Lüthi, Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

      Re:    Notice of Potential Tag Along in *In Re: Vioxx Products Liability Litigation*,
              MDL No. 1657 (E.D. La.)

Dear Mr. Lüthi:

      In accordance with R.P.J.P.M.L. 7.1(a), Plaintiff Verie Poole writes to advise the Panel of the existence of a potential tag-along action to *In re: Vioxx Products Liability Litigation*, MDL No. 1657 (E.D. La.) (the "MDL Proceeding").

The potential tag-along action is:

      • *Verie Poole, individually on behalf of others similarly situated v. Eichholz Law Firm, P.C., et al.*, a putative class action filed against Eichholz Law Firm and Pacific Legal Funding on June 6, 2011 in the U.S. District Court for the Southern District of Georgia, No. 4:11-cv-00136-BAE (Edenfield, A.). A copy of the complaint and docket sheet in *Poole* are attached hereto as Exhibit A.

      The *Poole* action is a putative class action brought against Eichholz Law Firm, P.C. ("Eichholz Law"), a law firm that represented several plaintiffs in the MDL Proceeding, and Pacific Legal Funding, LLC ("Pacific Legal"), a lending company owned and operated by the Eichholz family that provides short-term, high interest loans to clients of Eichholz Law. The plaintiff in *Poole* alleges that Eichholz Law deceived her about the timing of her Vioxx settlement funds and caused her to take a short-term, high-interest loan from Pacific Legal. Eichholz Law and Pacific Legal were therefore able to skim a portion of Ms. Poole's and the putative class' Vioxx settlement proceeds that they would not otherwise have received. It is further believed that as a result of this scheme, Ms. Poole and the class effectively paid fees in excess of the 32% cap placed on attorneys' fees by Judge Fallon in the MDL Proceeding. Ms. Poole's claims against Eichholz Law and Pacific Legal on behalf of the class include breach of fiduciary duty and violation of federal R.I.C.O. (18 U.S.C. §

1961, *et seq.*).

Judge Fallon has previously recognized the authority of the court to exercise ethical supervision over the parties and their counsel related to fees in the MDL Proceeding. Specifically, in his Order dated August 27, 2008, Judge Fallon noted that the court's "equitable authority over the settlement, its inherent authority to exercise ethical supervision over the parties, and its express authority under the terms of the Settlement Agreement" authorized it to scrutinize and limit the amount of fees collected by attorneys in the MDL proceeding. The exercise of such authority is not unprecedented. See e.g., In re A.H. Robins Co., Inc., 86 F.3d 364, 370 (4th Cir. 1996); In re Sulzer Hip Prosthesis Liability Litigation, 290 F. Supp. 2d 840 (E.D. Ohio 2003). Judge Fallon then placed a cap of 32% on all attorneys' fees plus reasonable costs for all counsel representing claimants enrolled in the Vioxx Settlement Program. A copy of this Order is attached hereto as Exhibit B. The *Poole* matter involves a scheme by Eichholz Law to circumvent the court's ruling and collect fees in excess of this maximum percentage. Given these allegations, claims, and theories, as well as Judge Fallon's prior exercise of authority over issues involving attorneys' fees, Plaintiff respectfully submits that the Panel should transfer the *Poole* action to the MDL proceeding. Plaintiff further respectfully submits that, if opposed, this request be placed on the Panel's docket for discussion at the hearing currently scheduled on July 28, 2011 in San Francisco.

Thank you for your consideration, and please do not hesitate to let me know if you have any questions.

Very truly yours,

/S/ Mark A. Tate
Mark A. Tate

MAT/la
Attachments

cc: Hon. B. Avant Edenfield