UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Rebecca Moore, et al. v. Merck & Co., Inc.,* | * | KNOWLES |
| 2:06-cv-04296-EEF-DEK | * | |
| | * | |

****************************************************************************

### DEFENDANT MERCK & CO., INC.'S MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT AND INCORPORATED MEMORANDUM OF LAW AND ACCOMPANYING EXHIBITS UNDER SEAL

Defendant Merck & Co., Inc., hereby moves the Court for leave to file its Motion for Summary Judgment and Incorporated Memorandum, accompanying Exhibits, and Statement of Material Facts as to Which There is No Dispute under seal. These pleadings and Exhibits contain the confidential personal and medical information of plaintiff Rebecca Moore. Consequently, they should be filed under seal.

A proposed order is attached.

Dated: September 15, 2011

                                                                  Respectfully submitted,

                                                                  */s/ Dorothy H. Wimberly*
                                                                  Phillip A. Wittmann, 13625
                                                                  Dorothy H. Wimberly, 18509
                                                                  STONE PIGMAN WALTHER
                                                                  WITTMANN L.L.C.
                                                                  546 Carondelet Street
                                                                  New Orleans, Louisiana 70130
                                                                  Phone: 504-581-3200
                                                                  Fax:    504-581-3361

                                                                 Defendants' Liaison Counsel

1

—and—

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
Emily Renshaw Pistilli
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Attorneys for Merck & Co., Inc.

1069676v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Leave to File Motion , Exhibits, and Statement of Material Facts Under Seal has been served on Liaison Counsel, Russ Herman, Phillip Wittmann and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 15th day of September, 2011.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1069676v.1