## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE |
| Louise Young | * | KNOWLES |
| | * | |
| | * | |

**********************************************************************

### PLAINTIFF'S SECOND AMENDED RESPONSE TO DEFENDANT'S MOTION, RULE AND INCORPORATED MEMORANDUM TO SHOW CAUSE WHY REMAINING SETTLEMENT PROGRAM RELEASES AND STIPULATIONS SHOULD NOT BE TENDERED TO MERCK

Plaintiff, by and through its undersigned counsel, files this Amended Response to Defendant's Motion, Rule and Incorporated Memorandum to Show Cause why stipulations currently held by the Claims Administrator for the Vioxx Resolution Program should not be tendered to Merck & Co., Inc. (hereinafter sometimes referred to as "Merck"). As set forth below, the Motion and requested Order allowing all remaining settlement program releases and stipulations of dismissals tendered to Merck should be denied.

#### Background

1. On July 11, 2011, Plaintiff filed a response to Merck's Show Cause Motion and requested Order. See Exhibit A.

2. On July 22, 2011, Plaintiff filed an amended response to Merck's Show Cause Motion and requested Order. See Exhibit B.

3. Upon information and belief, all heirs at law of Ms. Young had been located. Subsequently, a petition was filed to properly determine said heirs at law in Yazoo County Mississippi.

4. On July 14, 2011, new evidence relating to the death of an heir at law of Ms. Young was brought forth that will potentially delay the Chancery Court proceedings scheduled for July 28, 2011 in Yazoo County Mississippi.

5. Due to these delays, the estate matter may not be remedied prior to this Court's hearing on the above matter, as prior stated in the original response.

6. Plaintiff restates all substantive and legal arguments from said response motion filed on July 22, 2011.

7. Plaintiff's counsel continues to diligently and properly remedy the estate matters in the above styled case and because of such, asks this honorable Court for the same request as on July 22, 2011.

8. A hearing to determine heirs at law is scheduled for October 13, 2011, in Yazoo County, Mississippi. See Exhibit C.

9. Plaintiff's counsel is presently working with the department of human services to establish guardianships for two (2) minors, who are great-grandchildren of Mrs. Louise Young so this can be remedied promptly.

10. Counsel opposite is aware of said delays and has agreed to grant a continuance on the next scheduled conference. See Exhibit D.

## Conclusion

For the reasons stated in the said motions, Defendant's Motion and requested Order allowing all remaining settlement program releases and stipulations of dismissals tendered to Merck, should be denied and Plaintiffs respectfully request a continuance on any final determinations in this matter.

Dated:  September 13, 2011

Respectfully Submitted,

By: /s/Clinton L. Martin_____

Shane F. Langston, Esq., MSB #1061
Rebecca M. Langston, Esq., MSB #99608
Clinton L. Martin, Esq., MSB #103315
Victoria J. Prince, Esq., MSB #103090
LANGSTON & LANGSTON, PLLC
201 North President Street
Jackson, Mississippi  39201
Telephone:    601-969-1356

## CERTIFICATE OF SERVICE

In accordance with instructions obtained from the Eastern District of Louisiana, I hereby certify that on July 18, 2011, I mailed a true and correct copy of the above Response Motion to:

VIOXX
Attn: Joe Escandon
500 Poydras Street
New Orleans, LA 70130

By: /s/Clinton L. Martin_____

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 JUL 11  PM 1:49

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In re: Vioxx | MDL Docket No. 1657 |
| | |
| PRODUCTS LIABILITY | SECTION L |
| LITIGATION | |
| | JUDGE FALLON |
| *This document relates to:* | |
| | MAGISTRATE JUDGE |
| *Louise Young* | KNOWLES |

*********************************************************************

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION, RULE
AND INCORPORATED MEMORANDUM TO SHOW CAUSE
WHY REMAINING SETTLEMENT PROGRAM RELEASES AND STIPULATIONS
<u>SHOULD NOT BE TENDERED TO MERCK</u>**

Plaintiff, by and through its undersigned counsel, files this response to Defendant's

Motion, Rule and Incorporated Memorandum to Show Cause why stipulations currently held by

the Claims Administrator for the Vioxx Resolution Program should not be tendered to Merck &

Co., Inc. (hereinafter sometimes referred to as "Merck"). As set forth below, the Motion and

requested Order allowing all remaining settlement program releases and stipulations of

dismissals tendered to Merck should be denied.

<u>**Background**</u>

1. On or about March 3, 2011, Plaintiff's counsel, Clinton Martin, corresponded with a
   representative of Brown Greer, PLC, Kristi Mullins, concerning the estate of Louise
   Young. See Email attached hereto as Exhibit A.

2. Directions were given along with forms to be signed by the derivative claimants of
   Louise Young, deceased.

3. For approximately eighteen (18) months, Plaintiff's counsel has attempted to locate all
   heirs at law of Ms. Young.



EXHIBIT
A

_____ Fee_____
_____ Process_____
_X_ Dktd_____
_____ CtRmDep._____
_____ Doc. No._____

4. After a diligent search, it was determined that Ms. Young had nineteen (19) family members as derivative claimants.

5. Subsequent to Ms. Mullins email, Plaintiff's counsel mailed and received all forms. These forms were submitted to Brown Greer, PLC, on or about May 24, 2011.

6. On June 2, 2011, Defendant's filed said motion to show cause and requested an order.

7. Upon learning of the Defendant's Motion, Plaintiff's Counsel corresponded with Jennifer Goodwin of Brown Greer. Ms. Goodwin assured Plaintiff's counsel that all steps had been taken to remedy the delay. See Email attached hereto as Exhibit B.

8. A hearing date has been set in Yazoo County, Mississippi for July 22, 2011. The hearing is to determine heirs at law and wrongful death beneficiaries.

9. On or after July 22, 2011, upon entry of a judgment, this matter should be resolved.

## Conclusion

For the reasons above, Defendant's Motion and requested Order allowing all remaining settlement program releases and stipulations of dismissals tendered to Merck, should be denied. Plaintiff's counsel has worked diligently to address the estate issues and those issues are now before the court in Mississippi where a resolution is foreseeable.

Dated: July 6, 2011

Respectfully Submitted,

By: /s/Clinton L. Martin

Shane F. Langston, Esq., MSB #1061
Rebecca M. Langston, Esq., MSB #99608
Clinton L. Martin, Esq., MSB #103315
Victoria J. Prince, Esq., MSB #103090
LANGSTON & LANGSTON, PLLC
201 North President Street
Jackson, Mississippi 39201
Telephone:    601-969-1356

## CERTIFICATE OF SERVICE

In accordance with instructions obtained from the Eastern District of Louisiana, I hereby certify that on July 6, 2011, I mailed a true and correct copy of the above Response Motion to:

> VIOXX
> Attn: Joe Escandon
> 500 Poydras Street
> New Orleans, LA 70130

By: /s/Clinton L. Martin_____

## Clinton Martin

| | |
|---|---|
| **From:** | Kristi Mullins [KMullins@browngreer.com] |
| **Sent:** | Thursday, March 03, 2011 11:52 AM |
| **To:** | Clinton Martin |
| **Subject:** | RE: Georgia West |
| **Attachments:** | Louise Young Release.pdf |

Right so, if there is no court appointed representative, all of the heirs will need to sign the Release so just be prepared to have them do that. I have attached a blank Release. They will need to sign as Releasor only (not as Derivative), unless they are named in the Complaint. Merck identified all Derivatives named in the underlying litigation and we should have that information. We have no derivatives listed other than George Wright, so it does not appear they should sign as Derivatives. I hope this helps. Let me know if you have any other questions.

Kristi

**From:** Clinton Martin [mailto:clinton@langstonlawyers.com]
**Sent:** Thursday, March 03, 2011 12:44 PM
**To:** Kristi Mullins
**Subject:** RE: Georgia West

Kristi,
There has been no orders appointing anyone at the moment. I am expecting the court to name many heirs at law and wrongful death beneficiaries to the estate. George Wright is the petitioner in the matter. Does that help? I apologize for not completely understanding the process. I got into this when 99% of the funds had been distributed to our firm, so finding out why any money has not arrived is quite an adventure for me. I appreciate your help.

*Clinton L. Martin*

Attorney at Law
Langston & Langston, PLLC
201 North President Street
Jackson, Mississippi 39201
Office (601)969-1356
Fax (601)968-3866

NOTICE: This email and any attachments may be confidential and protected by legal privilege.
If you are not the intended recipient, be aware that any disclosure, copying, distribution or use
of the email or any attachments is prohibited. If you have received this email in error, please
notify us immediately by replying to the sender and deleting this copy and the reply from your system.

**From:** Kristi Mullins [mailto:KMullins@browngreer.com]
**Sent:** Thursday, March 03, 2011 10:48 AM
**To:** Clinton Martin
**Subject:** RE: Georgia West

If one person is the court appointed Representative (probably George Wright here), all of the other heirs do nothing. If there is no court appointed representative, all of the heirs will need to sign a Release. I We should not need the death certificate.

**From:** Clinton Martin [mailto:clinton@langstonlawyers.com]
**Sent:** Thursday, March 03, 2011 11:33 AM



1

**To:** Kristi Mullins
**Subject:** RE: Georgia West

There are going to be a plethora of heirs at law for Louise Young.  Is this going to present a problem?  Also, will you need a death certificate as was needed with Ms. West?

*Clinton L. Martin*

Attorney at Law
Langston & Langston, PLLC
201 North President Street
Jackson, Mississippi 39201
Office (601)969-1356
Fax (601)968-3866

NOTICE: This email and any attachments may be confidential and protected by legal privilege.
If you are not the intended recipient, be aware that any disclosure, copying, distribution or use
of the email or any attachments is prohibited. If you have received this email in error, please
notify us immediately by replying to the sender and deleting this copy and the reply from your system.

**From:** Kristi Mullins [mailto:KMullins@browngreer.com]
**Sent:** Thursday, March 03, 2011 10:14 AM
**To:** Clinton Martin
**Subject:** RE: Georgia West

It is the same situation.

**From:** Clinton Martin [mailto:clinton@langstonlawyers.com]
**Sent:** Thursday, March 03, 2011 11:12 AM
**To:** Kristi Mullins
**Subject:** RE: Georgia West

The judgment has not been entered but it should be relatively soon.  I just noticed that we have not received funds from her account and didn't know if we were in a similar situation as Ms. West.

*Clinton L. Martin*

Attorney at Law
Langston & Langston, PLLC
201 North President Street
Jackson, Mississippi 39201
Office (601)969-1356
Fax (601)968-3866

NOTICE: This email and any attachments may be confidential and protected by legal privilege.
If you are not the intended recipient, be aware that any disclosure, copying, distribution or use
of the email or any attachments is prohibited. If you have received this email in error, please
notify us immediately by replying to the sender and deleting this copy and the reply from your system.

**From:** Kristi Mullins [mailto:KMullins@browngreer.com]
**Sent:** Thursday, March 03, 2011 9:49 AM
**To:** Clinton Martin
**Subject:** RE: Georgia West

Yes. We have the Petition to Determine Heirs by George Wright (son), but not the Judgment.  We also have a signed Release by George Wright so if you have a copy of the Judgment, I think that will resolve the remaining deficiency for this claim.

---

**From:** Clinton Martin [mailto:clinton@langstonlawyers.com]
**Sent:** Thursday, March 03, 2011 10:39 AM
**To:** Kristi Mullins
**Subject:** RE: Georgia West

Thanks, Kristi.

Also, we are in a similar situation with one other client: Louise Young.  If you could advise me on that also, I would really appreciate it.

*Clinton L. Martin*

Attorney at Law
Langston & Langston, PLLC
201 North President Street
Jackson, Mississippi 39201
Office (601)969-1356
Fax (601)968-3866

NOTICE: This email and any attachments may be confidential and protected by legal privilege.
If you are not the intended recipient, be aware that any disclosure, copying, distribution or use
of the email or any attachments is prohibited. If you have received this email in error, please
notify us immediately by replying to the sender and deleting this copy and the reply from your system.

---

**From:** Kristi Mullins [mailto:KMullins@browngreer.com]
**Sent:** Thursday, March 03, 2011 9:04 AM
**To:** Clinton Martin
**Cc:** Jennifer Goodwin
**Subject:** RE: Georgia West

This claim is on the report we will send to the bank this week for payment.  This will be paid very soon. I do not have the exact date yet but can let you know that when I do.

Kristi

---

**From:** Clinton Martin [mailto:clinton@langstonlawyers.com]
**Sent:** Wednesday, March 02, 2011 5:31 PM
**To:** Kristi Mullins
**Subject:** RE: Georgia West

Kristi,
Have you heard anything new concerning the Georgia West situation?  I have tried to call you concerning this.  I apologize for the inconvenience, but I need to tell this client something asap.  Thanks for your help.

*Clinton L. Martin*

Attorney at Law
Langston & Langston, PLLC
201 North President Street

Jackson, Mississippi 39201
Office (601)969-1356
Fax (601)968-3866

NOTICE: This email and any attachments may be confidential and protected by legal privilege.
If you are not the intended recipient, be aware that any disclosure, copying, distribution or use
of the email or any attachments is prohibited. If you have received this email in error, please
notify us immediately by replying to the sender and deleting this copy and the reply from your system.

**From:** Kristi Mullins [mailto:KMullins@browngreer.com]
**Sent:** Friday, February 11, 2011 2:07 PM
**To:** Clinton Martin
**Subject:** RE: Georgia West

This should clear up the deficiency.  We will get this in front of Merck for resolution so this claim can move
forward.

Kristi

**From:** Clinton Martin [mailto:clinton@langstonlawyers.com]
**Sent:** Friday, February 11, 2011 2:38 PM
**To:** Kristi Mullins
**Subject:** RE: Georgia West

Ms. Mullins,
Attached are the documents we spoke about concerning the matter below.  Please advise.

Thanks,

*Clinton L. Martin*

Attorney at Law
Langston & Langston, PLLC
201 North President Street
Jackson, Mississippi 39201
Office (601)969-1356
Fax (601)968-3866

NOTICE: This email and any attachments may be confidential and protected by legal privilege.
If you are not the intended recipient, be aware that any disclosure, copying, distribution or use
of the email or any attachments is prohibited. If you have received this email in error, please
notify us immediately by replying to the sender and deleting this copy and the reply from your system.

**From:** Clinton Martin
**Sent:** Wednesday, February 09, 2011 3:31 PM
**To:** 'kmullins@browngreer.com'
**Subject:** Georgia West

Thanks for inquiring about Mrs. West's status.  As a reminder, I need to know if an order determining heirs at law, with a
death certificate will suffice to show that her daughter is a representative.

Thanks,

**Clinton Martin**

| | |
|---|---|
| **From:** | Jennifer Goodwin [jgoodwin@browngreer.com] |
| **Sent:** | Friday, June 10, 2011 4:08 PM |
| **To:** | Clinton Martin |
| **Subject:** | RE: Louise Young |

Thanks. We did receive the signature pages and they are exactly what we need. When the court enters the Petition, email me a copy of it and we can get this claim paid ASAP.

**From:** Clinton Martin [mailto:clinton@langstonlawyers.com]
**Sent:** Friday, June 10, 2011 3:36 PM
**To:** Jennifer Goodwin
**Subject:** RE: Louise Young

Jennifer,
George Wright has a pending Petition to Determine Heirs in the proper Chancery Court. The 18 other family members have joined in on said Petition. In addition, Kristi Mullins asked that I get releases signed and returned. I did that as of (about) May 24th.

*Clinton L. Martin*

Attorney at Law
Langston & Langston, PLLC
201 North President Street
Jackson, Mississippi 39201
Office (601)969-1356
Fax (601)968-3866

**NOTICE**: This email and any attachments may be confidential and protected by legal privilege.
If you are not the intended recipient, be aware that any disclosure, copying, distribution or use
of the email or any attachments is prohibited. If you have received this email in error, please
notify us immediately by replying to the sender and deleting this copy and the reply from your system.

**From:** Jennifer Goodwin [mailto:jgoodwin@browngreer.com]
**Sent:** Friday, June 10, 2011 2:21 PM
**To:** Clinton Martin
**Subject:** RE: Louise Young

Thank you. I will check on this. Has the court entered a Petition appointing George Wright?

**From:** Clinton Martin [mailto:clinton@langstonlawyers.com]
**Sent:** Friday, June 10, 2011 3:16 PM
**To:** Jennifer Goodwin
**Subject:** Louise Young

EXHIBIT
B

Ms. Goodwin,
I left a voicemail earlier today concerning the above client. Clark Trout told me that you might be of some assistance. I have received a Show Cause Motion in the mail for the Louise Young account. Approximately three weeks ago I sent in all releases from the family of Louise Young. I have had multiple conversations with Kristi Mullins on this issue beginning approximately four months ago. Because of her assistance, I was able to have the entire family (19 members) sign

1

releases. I am concerned as to why Ms. Young was included in the Show Cause Motion since we have never acquiesced in our attempt to satisfy estate issues. I hope you can help me with this matter as I have been unsuccessful in receiving information otherwise. Thank you for your time.

Sincerely,

*Clinton L. Martin*

Attorney at Law
Langston & Langston, PLLC
201 North President Street
Jackson, Mississippi 39201
Office (601)969-1356
Fax (601)968-3866

NOTICE: This email and any attachments may be confidential and protected by legal privilege.
If you are not the intended recipient, be aware that any disclosure, copying, distribution or use
of the email or any attachments is prohibited. If you have received this email in error, please
notify us immediately by replying to the sender and deleting this copy and the reply from your system.

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 JUL 22 PM 1: 13

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE |
| *Louise Young* | * | KNOWLES |
| | * | |
| | * | |

**************************************************************************

### PLAINTIFF'S AMENDED RESPONSE TO DEFENDANT'S MOTION, RULE
### AND INCORPORATED MEMORANDUM TO SHOW CAUSE
### WHY REMAINING SETTLEMENT PROGRAM RELEASES AND STIPULATIONS
### SHOULD NOT BE TENDERED TO MERCK

Plaintiff, by and through its undersigned counsel, files this Amended Response to

Defendant's Motion, Rule and Incorporated Memorandum to Show Cause why stipulations

currently held by the Claims Administrator for the Vioxx Resolution Program should not be

tendered to Merck & Co., Inc. (hereinafter sometimes referred to as "Merck"). As set forth

below, the Motion and requested Order allowing all remaining settlement program releases and

stipulations of dismissals tendered to Merck should be denied.

### Background

1. On July 11, 2011, Plaintiff filed a response to Merck's Show Cause Motion and requested

   Order. See Exhibit A.

2. Upon information and belief, all heirs at law of Ms. Young had been located.

   Subsequently, a petition was filed to properly determine said heirs at law in Yazoo

   County Mississippi.



**EXHIBIT**

*B*

___Fee_____
___Process_____
X_ Dktd_____
___CtRmDep_____
___Doc. No._____

3. On July 14, 2011, new evidence relating to the death of an heir at law of Ms. Young was brought forth that will potentially delay the Chancery Court proceedings scheduled for July 28, 2011 in Yazoo County Mississippi.

4. Due to these delays, the estate matter may not be remedied prior to this Court's hearing on the above matter, as prior stated in the original response.

5. Plaintiff restates all substantive and legal arguments from said response motion filed on July 11, 2011.

6. Plaintiff's counsel continues to diligently and properly remedy the estate matters in the above styled case and because of such, asks this honorable Court for the same request as on July 11, 2011.

### Conclusion

For the reasons stated in the said motions, Defendant's Motion and requested Order allowing all remaining settlement program releases and stipulations of dismissals tendered to Merck, should be denied.

Dated: July 15, 2011

Respectfully Submitted,

By: /s/Clinton L. Martin_____

Shane F. Langston, Esq., MSB #1061
Rebecca M. Langston, Esq., MSB #99608
Clinton L. Martin, Esq., MSB #103315
Victoria J. Prince, Esq., MSB #103090
LANGSTON & LANGSTON, PLLC
201 North President Street
Jackson, Mississippi 39201
Telephone:    601-969-1356

## CERTIFICATE OF SERVICE

In accordance with instructions obtained from the Eastern District of Louisiana, I hereby certify that on July 18, 2011, I mailed a true and correct copy of the above Response Motion to:

VIOXX
Attn: Joe Escandon
500 Poydras Street
New Orleans, LA 70130

By: /s/Clinton L. Martin



LANGSTON & LANGSTON, PLLC
201 N. President Street
Jackson, MS 39201

Joe Escandon
Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana

Case 2:05-md-01657-EEF-DEK   Document 63378   Filed 09/15/11   Page 17 of 29

Case 2:05-md-01657-EEF-DEK   Document 63131-1   Filed 07/22/11   Page 1 of 9
Case 2:05-md-01657-EEF-DEK   Document 63114   Filed 07/11/11   Page 1 of 3

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

FILED COURT
DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 JUL 11  PM 1:49

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In re: Vioxx | * |
| | * |
| PRODUCTS LIABILITY | * |
| LITIGATION | * |
| | * |
| *This document relates to*: | * |
| | * |
| *Louise Young* | * |
| | * |
| | * |

MDL Docket No. 1657

SECTION L

JUDGE FALLON

MAGISTRATE JUDGE
KNOWLES

*******************************************************************************

### PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION, RULE
### AND INCORPORATED MEMORANDUM TO SHOW CAUSE
### WHY REMAINING SETTLEMENT PROGRAM RELEASES AND STIPULATIONS
### SHOULD NOT BE TENDERED TO MERCK

Plaintiff, by and through its undersigned counsel, files this response to Defendant's

Motion, Rule and Incorporated Memorandum to Show Cause why stipulations currently held by

the Claims Administrator for the Vioxx Resolution Program should not be tendered to Merck &

Co., Inc. (hereinafter sometimes referred to as "Merck"). As set forth below, the Motion and

requested Order allowing all remaining settlement program releases and stipulations of

dismissals tendered to Merck should be denied.

#### Background

1. On or about March 3, 2011, Plaintiff's counsel, Clinton Martin, corresponded with a
   representative of Brown Greer, PLC, Kristi Mullins, concerning the estate of Louise
   Young. See Email attached hereto as Exhibit A.

2. Directions were given along with forms to be signed by the derivative claimants of
   Louise Young, deceased.

3. For approximately eighteen (18) months, Plaintiff's counsel has attempted to locate all
   heirs at law of Ms. Young.

**EXHIBIT**

Fee_____
Process_____
X  Dktd_____
CtRmDep_____
Doc. No._____

Case 2:05-md-01657-EEF-DEK   Document 63378   Filed 09/15/11   Page 18 of 29

Case 2:05-md-01657-EEF-DEK   Document 63131-1   Filed 07/22/11   Page 2 of 9
Case 2:05-md-01657-EEF-DEK   Document 63114   Filed 07/11/11   Page 2 of 3

4. After a diligent search, it was determined that Ms. Young had nineteen (19) family members as derivative claimants.

5. Subsequent to Ms. Mullins email, Plaintiff's counsel mailed and received all forms. These forms were submitted to Brown Greer, PLC, on or about May 24, 2011.

6. On June 2, 2011, Defendant's filed said motion to show cause and requested an order.

7. Upon learning of the Defendant's Motion, Plaintiff's Counsel corresponded with Jennifer Goodwin of Brown Greer. Ms. Goodwin assured Plaintiff's counsel that all steps had been taken to remedy the delay. See Email attached hereto as Exhibit B.

8. A hearing date has been set in Yazoo County, Mississippi for July 22, 2011. The hearing is to determine heirs at law and wrongful death beneficiaries.

9. On or after July 22, 2011, upon entry of a judgment, this matter should be resolved.

### Conclusion

For the reasons above, Defendant's Motion and requested Order allowing all remaining settlement program releases and stipulations of dismissals tendered to Merck, should be denied. Plaintiff's counsel has worked diligently to address the estate issues and those issues are now before the court in Mississippi where a resolution is foreseeable.

Dated: July 6, 2011

Respectfully Submitted,

By: /s/Clinton L. Martin_____

Shane F. Langston, Esq., MSB #1061
Rebecca M. Langston, Esq., MSB #99608
Clinton L. Martin, Esq., MSB #103315
Victoria J. Prince, Esq., MSB #103090
LANGSTON & LANGSTON, PLLC
201 North President Street
Jackson, Mississippi 39201
Telephone:    601-969-1356

## CERTIFICATE OF SERVICE

In accordance with instructions obtained from the Eastern District of Louisiana, I hereby certify that on July 6, 2011, I mailed a true and correct copy of the above Response Motion to:

VIOXX
Attn: Joe Escandon
500 Poydras Street
New Orleans, LA 70130

By: /s/Clinton L. Martin_____

Case 2:05-md-01657-EEF-DEK   Document 63378   Filed 09/15/11   Page 20 of 29

Case 2:05-md-01657-EEF-DEK   Document 63131-1   Filed 07/22/11   Page 4 of 9
Case 2:05-md-01657-EEF-DEK   Document 63114-1   Filed 07/11/11   Page 1 of 6

## Clinton Martin

| | |
|---|---|
| **From:** | Kristi Mullins [KMullins@browngreer.com] |
| **Sent:** | Thursday, March 03, 2011 11:52 AM |
| **To:** | Clinton Martin |
| **Subject:** | RE: Georgia West |
| **Attachments:** | Louise Young Release.pdf |

Right so, if there is no court appointed representative, all of the heirs will need to sign the Release so just be prepared to have them do that. I have attached a blank Release. They will need to sign as Releasor only (not as Derivative), unless they are named in the Complaint. Merck identified all Derivatives named in the underlying litigation and we should have that information. We have no derivatives listed other than George Wright, so it does not appear they should sign as Derivatives. I hope this helps. Let me know if you have any other questions.

Kristi

**From:** Clinton Martin [mailto:clinton@langstonlawyers.com]
**Sent:** Thursday, March 03, 2011 12:44 PM
**To:** Kristi Mullins
**Subject:** RE: Georgia West

Kristi,
There has been no orders appointing anyone at the moment. I am expecting the court to name many heirs at law and wrongful death beneficiaries to the estate. George Wright is the petitioner in the matter. Does that help? I apologize for not completely understanding the process. I got into this when 99% of the funds had been distributed to our firm, so finding out why any money has not arrived is quite an adventure for me. I appreciate your help.

*Clinton L. Martin*

Attorney at Law
Langston & Langston, PLLC
201 North President Street
Jackson, Mississippi 39201
Office (601)969-1356
Fax (601)968-3866

NOTICE: This email and any attachments may be confidential and protected by legal privilege.
If you are not the intended recipient, be aware that any disclosure, copying, distribution or use
of the email or any attachments is prohibited. If you have received this email in error, please
notify us immediately by replying to the sender and deleting this copy and the reply from your system.

**From:** Kristi Mullins [mailto:KMullins@browngreer.com]
**Sent:** Thursday, March 03, 2011 10:48 AM
**To:** Clinton Martin
**Subject:** RE: Georgia West

If one person is the court appointed Representative (probably George Wright here), all of the other heirs do nothing. If there is no court appointed representative, all of the heirs will need to sign a Release. I We should not need the death certificate.

**From:** Clinton Martin [mailto:clinton@langstonlawyers.com]
**Sent:** Thursday, March 03, 2011 11:33 AM

1



EXHIBIT
_A_

**To:** Kristi Mullins
**Subject:** RE: Georgia West

There are going to be a plethora of heirs at law for Louise Young. Is this going to present a problem? Also, will you need a death certificate as was needed with Ms. West?

*Clinton L. Martin*

Attorney at Law
Langston & Langston, PLLC
201 North President Street
Jackson, Mississippi 39201
Office (601)969-1356
Fax (601)968-3866

NOTICE: This email and any attachments may be confidential and protected by legal privilege.
If you are not the intended recipient, be aware that any disclosure, copying, distribution or use
of the email or any attachments is prohibited. If you have received this email in error, please
notify us immediately by replying to the sender and deleting this copy and the reply from your system.

**From:** Kristi Mullins [mailto:KMullins@browngreer.com]
**Sent:** Thursday, March 03, 2011 10:14 AM
**To:** Clinton Martin
**Subject:** RE: Georgia West

It is the same situation.

**From:** Clinton Martin [mailto:clinton@langstonlawyers.com]
**Sent:** Thursday, March 03, 2011 11:12 AM
**To:** Kristi Mullins
**Subject:** RE: Georgia West

The judgment has not been entered but it should be relatively soon. I just noticed that we have not received funds from her account and didn't know if we were in a similar situation as Ms. West.

*Clinton L. Martin*

Attorney at Law
Langston & Langston, PLLC
201 North President Street
Jackson, Mississippi 39201
Office (601)969-1356
Fax (601)968-3866

NOTICE: This email and any attachments may be confidential and protected by legal privilege.
If you are not the intended recipient, be aware that any disclosure, copying, distribution or use
of the email or any attachments is prohibited. If you have received this email in error, please
notify us immediately by replying to the sender and deleting this copy and the reply from your system.

**From:** Kristi Mullins [mailto:KMullins@browngreer.com]
**Sent:** Thursday, March 03, 2011 9:49 AM
**To:** Clinton Martin
**Subject:** RE: Georgia West

Case 2:05-md-01657-EEF-DEK   Document 63378   Filed 09/15/11   Page 22 of 29

Case 2:05-md-01657-EEF-DEK   Document 63131-1   Filed 07/22/11   Page 6 of 9
Case 2:05-md-01657-EEF-DEK   Document 63114-1   Filed 07/11/11   Page 3 of 6

Yes, We have the Petition to Determine Heirs by George Wright (son), but not the Judgment. We also have a signed Release by George Wright so if you have a copy of the Judgment, I think that will resolve the remaining deficiency for this claim.

**From:** Clinton Martin [mailto:clinton@langstonlawyers.com]
**Sent:** Thursday, March 03, 2011 10:39 AM
**To:** Kristi Mullins
**Subject:** RE: Georgia West

Thanks, Kristi.

Also, we are in a similar situation with one other client: Louise Young. If you could advise me on that also, I would really appreciate it.

*Clinton L. Martin*

Attorney at Law
Langston & Langston, PLLC
201 North President Street
Jackson, Mississippi 39201
Office (601)969-1356
Fax (601)968-3866

NOTICE: This email and any attachments may be confidential and protected by legal privilege.
If you are not the intended recipient, be aware that any disclosure, copying, distribution or use
of the email or any attachments is prohibited. If you have received this email in error, please
notify us immediately by replying to the sender and deleting this copy and the reply from your system.

**From:** Kristi Mullins [mailto:KMullins@browngreer.com]
**Sent:** Thursday, March 03, 2011 9:04 AM
**To:** Clinton Martin
**Cc:** Jennifer Goodwin
**Subject:** RE: Georgia West

This claim is on the report we will send to the bank this week for payment. This will be paid very soon. I do not have the exact date yet but can let you know that when I do.

Kristi

**From:** Clinton Martin [mailto:clinton@langstonlawyers.com]
**Sent:** Wednesday, March 02, 2011 5:31 PM
**To:** Kristi Mullins
**Subject:** RE: Georgia West

Kristi,
Have you heard anything new concerning the Georgia West situation? I have tried to call you concerning this. I apologize for the inconvenience, but I need to tell this client something asap. Thanks for your help.

*Clinton L. Martin*

Attorney at Law
Langston & Langston, PLLC
201 North President Street

Case 2:05-md-01657-EEF-DEK   Document 63378   Filed 09/15/11   Page 23 of 29

Case 2:05-md-01657-EEF-DEK   Document 63131-1   Filed 07/22/11   Page 7 of 9
Case 2:05-md-01657-EEF-DEK   Document 63114-1   Filed 07/11/11   Page 4 of 6

Jackson, Mississippi 39201
Office (601)969-1356
Fax (601)968-3866

NOTICE: This email and any attachments may be confidential and protected by legal privilege.
If you are not the intended recipient, be aware that any disclosure, copying, distribution or use
of the email or any attachments is prohibited. If you have received this email in error, please
notify us immediately by replying to the sender and deleting this copy and the reply from your system.

**From:** Kristi Mullins [mailto:KMullins@browngreer.com]
**Sent:** Friday, February 11, 2011 2:07 PM
**To:** Clinton Martin
**Subject:** RE: Georgia West

This should clear up the deficiency.  We will get this in front of Merck for resolution so this claim can move
forward.

Kristi

**From:** Clinton Martin [mailto:clinton@langstonlawyers.com]
**Sent:** Friday, February 11, 2011 2:38 PM
**To:** Kristi Mullins
**Subject:** RE: Georgia West

Ms. Mullins,
Attached are the documents we spoke about concerning the matter below.  Please advise.

Thanks,

*Clinton L. Martin*

Attorney at Law
Langston & Langston, PLLC
201 North President Street
Jackson, Mississippi 39201
Office (601)969-1356
Fax (601)968-3866

NOTICE: This email and any attachments may be confidential and protected by legal privilege.
If you are not the intended recipient, be aware that any disclosure, copying, distribution or use
of the email or any attachments is prohibited. If you have received this email in error, please
notify us immediately by replying to the sender and deleting this copy and the reply from your system.

**From:** Clinton Martin
**Sent:** Wednesday, February 09, 2011 3:31 PM
**To:** 'kmullins@browngreer.com'
**Subject:** Georgia West

Thanks for inquiring about Mrs. West's status.  As a reminder, I need to know if an order determining heirs at law, with a
death certificate will suffice to show that her daughter is a representative.

Thanks,

4

Case 2:05-md-01657-EEF-DEK   Document 63378   Filed 09/15/11   Page 24 of 29

Case 2:05-md-01657-EEF-DEK   Document 63131-1   Filed 07/22/11   Page 8 of 9
Case 2:05-md-01657-EEF-DEK   Document 63114-1   Filed 07/11/11   Page 5 of 6

**Clinton Martin**

| | |
|---|---|
| **From:** | Jennifer Goodwin [jgoodwin@browngreer.com] |
| **Sent:** | Friday, June 10, 2011 4:08 PM |
| **To:** | Clinton Martin |
| **Subject:** | RE: Louise Young |

Thanks. We did receive the signature pages and they are exactly what we need. When the court enters the Petition, email me a copy of it and we can get this claim paid ASAP.

**From:** Clinton Martin [mailto:clinton@langstonlawyers.com]
**Sent:** Friday, June 10, 2011 3:36 PM
**To:** Jennifer Goodwin
**Subject:** RE: Louise Young

Jennifer,
George Wright has a pending Petition to Determing Heirs in the proper Chancery Court. The 18 other family members have joined in on said Petition. In addition, Kristi Mullins asked that I get releases signed and returned. I did that as of (about) May 24th.

*Clinton L. Martin*

Attorney at Law
Langston & Langston, PLLC
201 North President Street
Jackson, Mississippi 39201
Office (601)969-1356
Fax (601)968-3866

NOTICE: This email and any attachments may be confidential and protected by legal privilege.
If you are not the intended recipient, be aware that any disclosure, copying, distribution or use
of the email or any attachments is prohibited. If you have received this email in error, please
notify us immediately by replying to the sender and deleting this copy and the reply from your system.

**From:** Jennifer Goodwin [mailto:jgoodwin@browngreer.com]
**Sent:** Friday, June 10, 2011 2:21 PM
**To:** Clinton Martin
**Subject:** RE: Louise Young

Thank you. I will check on this. Has the court entered a Petition appointing George Wright?

**From:** Clinton Martin [mailto:clinton@langstonlawyers.com]
**Sent:** Friday, June 10, 2011 3:16 PM
**To:** Jennifer Goodwin
**Subject:** Louise Young

EXHIBIT
B

Ms. Goodwin,
I left a voicemail earlier today concerning the above client. Clark Trout told me that you might be of some assistance. I have received a Show Cause Motion in the mail for the Louise Young account. Approximately three weeks ago I sent in all releases from the family of Louise Young. I have had multiple conversations with Kristi Mullins on this issue beginning approximately four months ago. Because of her assistance, I was able to have the entire family (19 members) sign

Case 2:05-md-01657-EEF-DEK   Document 63378   Filed 09/15/11   Page 25 of 29

Case 2:05-md-01657-EEF-DEK   Document 63131-1   Filed 07/22/11   Page 9 of 9
Case 2:05-md-01657-EEF-DEK   Document 63114-1   Filed 07/11/11   Page 6 of 6

releases. I am concerned as to why Ms. Young was included in the Show Cause Motion since we have never acquiesced in our attempt to satisfy estate issues. I hope you can help me with this matter as I have been unsuccessful in receiving information otherwise. Thank you for your time.

Sincerely,

*Clinton L. Martin*

Attorney at Law
Langston & Langston, PLLC
201 North President Street
Jackson, Mississippi 39201
Office (601)969-1356
Fax (601)968-3866

NOTICE: This email and any attachments may be confidential and protected by legal privilege.
If you are not the intended recipient, be aware that any disclosure, copying, distribution or use
of the email or any attachments is prohibited. If you have received this email in error, please
notify us immediately by replying to the sender and deleting this copy and the reply from your system.

# LANGSTON & LANGSTON, PLLC

July 15, 2011

Joe Escandon
Easter District of Louisiana
500 Poydras Street
New Orleans, Louisiana 70130

Re:   ***Janet Avant, et al. v. Merck & Co., Inc. Case No. 2:08-cv-00882-EEF-DEK***

Dear Mr. Escandon:

Enclosed herein for filing in the above-styled and referenced matter please find the original and one (1) copy of ***Plaintiffs' Amended Response to Defendant's Show Cause Motion***. Please file the original document in your usual manner, returning the copy stamped "Filed" to me in the self-addressed, postage pre-paid envelope provided herein for your convenience.

Per my conversation yesterday, all parties will be notified through this process. Should you have any questions, or require further information, please do not hesitate to contact me. Thank you in advance for your kind assistance with this matter.

Sincerely,

LANGSTON & LANGSTON, PLLC

Clinton L. Martin, Esq.

## IN THE CHANCERY COURT OF YAZOO COUNTY, MISSISSIPPI

GEORGE WRIGHT, INDIVIDUALLY, AS
NEXT OF KIN, ON BEHALF OF THE WRONGFUL
DEATH BENEFICIARIES AND HEIRS AT LAW OF          CAUSE NO.: 09-0319
 LOUISE YOUNG, DECEASED

---

### ORDER SETTING HEARING

---

All parties have agreed to set for hearing the Determination of Wrongful Death Beneficiaries and Heirs at Law in the above-styled matter to be heard on Thursday, October 13, 2011, at 1:00 p.m.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this Motion be set for Hearing on Thursday, October 13, 2011, at 1:00 p.m. in the Yazoo County Courthouse in Yazoo City, Mississippi.

**SO ORDERED AND ADJUDGED** this ___19th___ day of ___August___, 2011.

_/S/ Janace Harvey - Goree_
CHANCELLOR

Agreed to by:

Clinton L. Martin, Esq. MSB # 103315
Attorney for Petitioner
LANGSTON & LANGSTON, PLLC
201 N. President Street
Jackson, Mississippi 39201
Telephone: (601) 969-1356
Facsimile: (601) 968-3866

FILED August 25, 20 11th
QUINT CARVER, Chancery Clerk
By _____ D.C.

**EXHIBIT**
C

## Clinton Martin

| | |
|---|---|
| **From:** | Clinton Martin |
| **Sent:** | Thursday, August 18, 2011 3:38 PM |
| **To:** | 'Horn, Elaine' |
| **Cc:** | Rita Yates |
| **Subject:** | RE: Louise Young |

Elaine,
Yes, I will file the Order for Hearing signed by the Chancery Judge on or about September 14, 2011.  At that point I will email you a copy of what I filed and attach our correspondence.  Thank you very much for your help.

*Clinton L. Martin*

Attorney at Law
Langston & Langston, PLLC
201 North President Street
Jackson, Mississippi 39201
Office (601)969-1356
Fax (601)968-3866

<u>NOTICE</u>:  This email and any attachments may be confidential and protected by legal privilege.
If you are not the intended recipient, be aware that any disclosure, copying, distribution or use
of the email or any attachments is prohibited. If you have received this email in error, please
notify us immediately by replying to the sender and deleting this copy and the reply from your system.

---

**From:** Horn, Elaine [mailto:EHorn@wc.com]
**Sent:** Thursday, August 18, 2011 3:21 PM
**To:** Clinton Martin
**Subject:** Re: Louise Young

Hi Clinton,
Will you receive something in writing with the court date? If so, about a week before the MDL conference, file a "supplemental response" stating resolution imminent and noting upcoming court date, and requesting deferrment. We won't object.

Will that work for you?
--------------------------
Sent from my Wireless Handheld

---

**From:** Clinton Martin <clinton@langstonlawyers.com>
**To:** Horn, Elaine
**Sent:** Thu Aug 18 09:12:40 2011
**Subject:** Louise Young

Elaine,
I sent an email on Friday with concerns about the above case.  I was unable to secure a court date in September, though I diligently tried.  I know we have  a conference on September 21st.  I need to know if we can continue this as well.  The court has informed me that the earliest date is October 13, 2011 to have said hearing.  Please advise

**EXHIBIT**
D

Thank you,


*Clinton L. Martin*

Attorney at Law
Langston & Langston, PLLC
201 North President Street
Jackson, Mississippi 39201
Office (601)969-1356
Fax (601)968-3866

NOTICE:  This email and any attachments may be confidential and protected by legal privilege.
If you are not the intended recipient, be aware that any disclosure, copying, distribution or use
of the email or any attachments is prohibited. If you have received this email in error, please
notify us immediately by replying to the sender and deleting this copy and the reply from your system.

---------------------------------------------------------------------------
NOTICE:

This message is intended for the use of the individual or entity
to which it is addressed and may contain information that is privileged,
confidential and exempt from disclosure under applicable law. If the reader
of this message is not the intended recipient or the employee or agent
responsible for delivering this message to the intended recipient, you are
hereby notified that any dissemination, distribution or copying of this
communication is strictly prohibited. If you have received this communication
in error, please notify us immediately by reply or by telephone
(call us collect at (202) 434-5000) and immediately delete this message
and all its attachments.

===============================================================================