## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx PRODUCTS LIABILITY LITIGATION | * | MDL Docket No. 1657 |
| | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | JUDGE FALLON |
| **Emmanuel Iwobi, *et al.*,** | * | |
| Plaintiffs, | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| v. | * | |
| | * | |
| **Merck & Co., Inc.** | * | |
| Defendant. | * | |
| | * | |
| **Case No. 2:08cv01422** | * | |
| | * | |
| *As to Plaintiff Emmanuel Iwobi only* | * | |

**************************************************************************

### ORDER

On May 31. 2011, plaintiff Emmanuel Iwobi's Motion for Reconsideration of the dismissal of his claims (R. Doc. 63006).  Merck filed an opposition on June 21, 2011 (R. Doc. 63078); plaintiff filed a reply on June 29, 2011 (R. Doc. 63095).  The motion is ripe for consideration.  Accordingly,

**IT IS ORDERED** that plaintiff Emmanuel Iwobi's Motion for Reconsideration of the dismissal of his claims (R. Doc. 63006) be brought on for hearing on the 21st day of September, 2011, immediately following the monthly status conference scheduled for 9:00 a.m.

**NEW ORLEANS, LOUISIANA**, this 13th day of September, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE