# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | *   MDL Case No. 1657 |
| PRODUCTS LIABILITY LITIGATION | *   SECTION L |
| | *   JUDGE FALLON |
| *This document relates to* | *   MAGISTRATE JUDGE KNOWLES |
| *Bette M. Terrill v. Merck & Co., Inc.*, 2:08-cv-03959-EEF-DEK | |

******************************************************************************

## ORDER

Considering the foregoing Defendant Merck & Co., Inc.'s Withdrawal of its Motion, Rule, and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Prosecute,

**IT IS ORDERED** that the pending Motion, Rule, and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice For Failure To Prosecute [R. Doc. 63268], be and it hereby is withdrawn as moot as to Plaintiff Bette M. Terrill only.

**NEW ORLEANS, LOUISIANA**, this 13th day of September, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE