# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| In re:  VIOXX Products Liability Litigation | * | MDL No. 1657 |
|  | * |  |
| This Document Relates to: | * | SECTION L |
|  | * |  |
| *Utah State v. Merck & Co. Inc.* | * | JUDGE ELDON E. FALLON |
| Case No: 06-cv-09336 | * |  |
|  | * | MAGISTRATE JUDGE |
|  | * | KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ENTRY OF APPEARANCE

NOW COMES Richard W. Schulte of the law firm Behnke, Martin & Schulte, LLC, and hereby enters his appearance on behalf of Plaintiff, State of Utah in this matter.

By: */s/* Richard W. Schulte
**BEHNKE, MARTIN & SCHULTE, LLC**
812 East National Road
Dayton, Ohio 45377
Telephone: 937-435-9999
Facsimile:  937-435-7511
rschulte@legaldayton.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of September, 2011, the foregoing was filed electronically with the Clerk of Courts. Notification of this filing will be sent to the following by operation of this Court's CM/ECF system. Copies will be mailed via U.S. Mail to those parties to whom electronic notice has not been sent. Parties may access this filing through PACER.

By: */s/* Richard W. Schulte