UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | ) | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | Section L |
| | ) | |
| THIS DOCUMENT RELATES | ) | JUDGE FALLON |
| TO ALL CASES | ) | MAGISTRATE KNOWLES |
| | ) | SPECIAL MASTER JUNEAU |
| FILER:  THE BRANCH LAW FIRM | ) | |
| | ) | Submission date:  September 14, 2011 |

### ORDER

Upon consideration of the Branch Law Firm's Motion for Leave to file a Reply to the Fee Allocation Committee's Opposition to Motion to Stay, the Court has determined that the Motion should be GRANTED.

IT IS HEREBY ORDERED that the Branch Law Firm is granted leave of Court to file its Reply.

New Orleans, Louisiana, this 13th day of September 2011.

_____
THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE