**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: VIOXX § | | MDL NO. 1657 |
| § | | |
| PRODUCTS LIABILITY § | | SECTION L |
| LITIGATION § | | |
| § | | JUDGE FALLON |
| THIS DOCUMENT RELATES § | | MAG. JUDGE KNOWLES |
| TO ALL CASES § | | SPECIAL MASTER |
| § | | PATRICK A. JUNEAU |
| FILER:  Jack E. Urquhart § | | |
| | | September 7, 2011 |

### ORDER

Kathryn Snapka (Successor in Interest to Snapka, Turman & Waterhouse, hereinafter referred to as "Snapka") and Escobedo, Tippit, & Cárdenas' (referred to in this document and on appeal by the names of the real parties in interest José Escobedo, Jr. and David Hockema, or, collectively "Escobedo-Hockema") Motion for Leave to file a Reply to Fee Allocation Committee's Opposition to Motion to Stay, the Court has determined that the motion is meritorious and should be GRANTED.

IT IS HEREBY ORDERED that Objectors Snapka and Escobedo-Hockema are granted leave of court to file their Reply.

New Orleans, Louisiana, this 13th day of September 2011.

_____
**THE HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**