UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |
| * * * * * * * * * * * * * * * * * * | * | |

THIS DOCUMENT RELATES TO ALL CASES

### MOTION TO REQUIRE COURT APPROVAL OF LIAISON COUNSEL'S FEE OF MICHAEL A. STRATTON

On September 30, 2009, the Court entered Pretrial Order Number 52, appointing Michael A. Stratton as Liaison Counsel for Common Benefit Fee Application Objectors [Rec.Dec.24522]. Mr. Stratton accomplished a settlement with the Plaintiffs Steering Committee ("PSC") establishing that the Objectors would be charged a Common Benefit fee on their cases in the Master Settlement Program of 4% rather than the 8% sought by the PSC.  Mr. Stratton and the PSC agreed to a process by which Mr. Stratton was forwarded monies from the Common Benefit Fund, apparently on the authorization of Andy Birchfield, from which Mr. Stratton would remit to each Objector the difference between the 4% and the 8%.  Prior to remitting any monies, Mr. Stratton apparently retained 9% of all the monies that passed through his hands, for a total fee in excess of $1,669,000.   At no time did the undersigned counsel agree to the process or to the self-determined fee for a liaison counsel.  At no time has Mr. Stratton sought Court approval of his fee as a special Liaison Counsel.

The basis for the foregoing statements and the further grounds for this Motion are contained in the Memorandum filed in Support of this Motion to Require Court Approval of Liaison Counsel's Fee.

Respectfully submitted,

/s/ Ann B. Oldfather

Ann B. Oldfather
KBA Bar #52553
Liaison Counsel/Lead Counsel
OLDFATHER LAW FIRM
1330 S. Third Street
Louisville, KY   40208
502.637.7200
502.637.3999
aoldfather@oldfather.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Require Court Approval of Liaison Counsel's Fee for Michael Stratton has been served upon Liaison Counsels, Phillip Wittmann and Russ Herman, and upon Michael A. Stratton, by U.S. mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 15th day of September, 2011.

/s/ Ann B. Oldfather

Ann B. Oldfather