UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * *

## O R D E R

**THIS DOCUMENT RELATES TO ALL CASES**

On the above and foregoing Motion,

IT IS ORDERED that the Court shall consider and determine the procedures to be utilized for the submission of a request for an award of attorney's fee by Michael A. Stratton, who was appointed by the Court as Liaison Counsel for the Common Benefit Fee Objectors. Pending the entry of an award of fees for Mr. Stratton, Mr. Stratton shall pay into the registry of the Court all funds withheld by him from the Common Benefit Fee refunds delivered to him at the direction of the Plaintiffs Steering Committee.

So ordered.

New Orleans, Louisiana, this __ day of _____, 2011.

_____
Eldon E. Fallon
United State District Judge