**Ann Oldfather**

| | |
|---|---|
| **From:** | Cronen, Leslie [lcronen@BHTrialLaw.com] |
| **Sent:** | Monday, July 26, 2010 3:32 PM |
| **To:** | 'mstratton@strattonfaxon.com' |
| **Cc:** | Ann Oldfather; Bubalo, Greg; Rotman, Steven; Shepard, Liz; Thompson, Tyler; Fugate, Christine |
| **Subject:** | Vioxx Common Benefit Fee Dispute |
| **Importance:** | High |

Hi Mike,

The members of the Kentucky Vioxx Working Group (Greg Bubalo, Ann Oldfather and Tyler Thompson) have discussed the potential resolution of the Common Benefit fee dispute that you and I discussed last Friday. We are all in agreement that a reduction from an 8% assessment to a 4% assessment is acceptable to all of us, and we believe that your fee will need to be approved by the Court. If you have any need to discuss further, Ann Oldfather will be in New Orleans tonight and tomorrow for the status conference.

*Sincerely,*

*Leslie M. Cronen, Esq.*
BUBALO, HIESTAND & ROTMAN, PLC
9300 Shelbyville Road, Suite 215
Louisville, KY 40222
502.753.1630 (direct)
502.753.1631 (facsimile)

**EXHIBIT B**

9/15/2011