

## Stratton Faxon
Connecticut's Firm for Trial Law

Michael A. Stratton
mstratton@strattonfaxon.com

August 31, 2010

Gregory J. Bubalo, Esq.
Bubalo, Hiestand & Rotman
9300 Shelbyville Road, Suite 215
Louisville, KY 40222

Re: Vioxx Common Benefit Assessment Rebate

Dear Attorney Bubalo:

As you know, a number of objections were filed as to the Common Benefit fee assessment of 8%. Fortunately we have been able to substantially reduce that assessment. As objectors' liaison counsel, we are pleased to enclose your rebate check from the 8 percent initially assessed against your aggregate vioxx case settlements.

This check represents a 45.5% reduction of the amounts originally assessed by the common benefit lawyers and psc. Of the 8 percent assessed, (3.64 percent) aggregate has been rebated. The remaining (4.36 percent) aggregate covers all common benefits fees for this objection (.36 percent) and the npc-psc (4 percent). The .36 percent aggregate retained by our firm as liaison counsel is in conformity with the joint prosecution agreement which your firm signed. It is 9 percent of the total saved— 7% fee and 2 % costs.

The objector's expert--Professor William Rubenstein at Harvard Law-- fully supported the objectors' efforts to get this rebate, and also supports this distribution methodology. Non-objectors will pay substantially higher amounts although our objections did achieve a cap of 7.5 percent aggregate for non-objectors.

We hope you are satisfied with this successful outcome and wish you well in future mass tort cases.

Very truly yours,

Michael A. Stratton

MAS/aa
Enclosure

**EXHIBIT E**