# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Glenda Meysami, et al. v. Merck & Co., Inc.,* No. 05-5353 (only as to plaintiff Mark Henrichs) | * | |
| | * | |
| | * | |

## ORDER

Defendant Merck & Co., Inc.'s Motion, Rule and Incorporated Memorandum to Show Cause Why Case Should Not Be Dismissed With Prejudice Under Rule 25(a)(1) (R.Doc. 61281) came on for hearing on the 1st day of April, 2011.  At the hearing, Merck reported that it had successfully served the heirs of decedent plaintiff Mark Henrichs with a copy of the motion and the order setting it for hearing on April 1, 2011.  No response was received.  Accordingly, and for the reasons orally assigned, the Court entered Judgment as follows:

**IT IS ORDERED** that the motion is granted and that all claims of plaintiff Mark Henrichs in the above-numbered case be and they hereby are dismissed with prejudice under Rule 25(a)(1).

**NEW ORLEANS, LOUISIANA**, this  14th  day of   September  , 2011.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**