UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX<br><br>PRODUCTS LIABILITY<br> LITIGATION<br><br>THIS DOCUMENT RELATES<br>TO ALL CASES<br><br>FILER:  Jack E. Urquhart | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES<br>SPECIAL MASTER<br>PATRICK A. JUNEAU<br><br>September 16, 2011 |

## ORDER

Upon consideration of Kathryn Snapka ("Snapka") and Escobedo, Tippit & Cárdenas' (referred to in this document by the names of the real parties in interest Joe Escobedo and David Hockema, or, collectively "Escobedo-Hockema") Objections, Motion and Brief Filed to Address "Common Benefit Shortfall" the Court has determined that the Objections are sustained.

IT IS HEREBY ORDERED that Snapka and Escobedo-Hockema's Objections to Address the "Common Benefit Fund Shortfall" are sustained.

IT IS HEREBY FURTHER ORDERED that the relief requested in paragraphs 2-5 on pages 5 and 6 of Snapka and Escobedo-Hockema's Objections, Motion and Brief Filed to Address "Common Benefit Shortfall" are granted.

New Orleans, Louisiana, this ____ day of _____ 2011.

_____
THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE