1

1    UNITED STATES DISTRICT COURT

2    EASTERN DISTRICT OF LOUISIANA

3

4

5    IN RE:  VIOXX PRODUCTS            *    Docket 05-MD-1657-L

6            LIABILITY LITIGATION      *
                                       *    July 27, 2010
7                                      *
     This Document Relates to All Cases *    1:00 p.m.
8    * * * * * * * * * * * * * * * * * *

9

10                   PRIVATE PROCEEDINGS BETWEEN COUNSEL

11                   HELD IN THE CONFERENCE ROOM OF
                     THE HONORABLE ELDON E. FALLON
12                   UNITED STATES DISTRICT JUDGE

13

14   Appearances:

15
     For the Plaintiffs:          Herman Herman Katz & Cotlar
16                                 BY:   RUSS M. HERMAN, ESQ.
                                   820 O'Keefe Avenue
17                                 New Orleans, Louisiana 70113

18
     For the Plaintiffs:          Beasley Allen
19                                 BY:   ANDY D. BIRCHFIELD JR., ESQ.
                                   218 Commerce Street
20                                 Montgomery, Alabama 36104

21
     For the Plaintiffs:          Seeger Weiss
22                                 BY:   CHRISTOPHER A. SEEGER, ESQ.
                                   One William Street
23                                 New York, New York 10004

24

25

1    <u>Appearances</u>:

2

3    For the Objectors:              Stratton Faxon
                                     BY:  MICHAEL STRATTON, ESQ.
                                     59 Elm Street
4                                    New Haven, Connecticut 06510

5

6    Official Court Reporter:        Toni Doyle Tusa, CCR, FCRR
                                     500 Poydras Street, Room B-406
                                     New Orleans, Louisiana 70130
7                                    (504) 589-7778

8

9

10

11   Proceedings recorded by mechanical stenography; transcript
     produced by computer.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**PROCEEDINGS**

**(July 27, 2010)**

1
2
3     (WHEREUPON the following proceedings were held in
4 chambers outside the presence of the Court.)
5     **MR. BIRCHFIELD:**  Here in the conference room we have
6 Michael Stratton, who serves as the liaison for the objectors;
7 Russ Herman, who is plaintiff liaison counsel; co-lead counsel
8 Chris Seeger and Andy Birchfield.  This is in MDL Docket 1657.
9     We have entered into a private agreement where
10 Mr. Stratton is speaking on behalf of all of the objectors to
11 the plaintiff liaison counsel's petition for assessment and
12 Russ Herman is speaking on behalf of the NPC.
13     The parties have agreed that each side will
14 recommend to the Court that there be a global assessment in the
15 amount of 7.5 percent.  For each of the objectors who timely
16 filed an objection to the plaintiff liaison counsel's petition,
17 they will pay a total of a 4 percent assessment, and the
18 difference will be disbursed from the account that's held in
19 escrow now by BrownGreer.
20     The aggregate amount for that list of objectors
21 is $18,539,236.85.  That amount will be transferred to the
22 trust account at Stratton Faxon to be disbursed to the
23 objectors by Mr. Stratton.  Any common benefit fees or costs
24 will be a matter of agreement between Mr. Stratton and the
25 individual objectors.

1          The parties will prepare a list of objectors

2   that will be submitted to BrownGreer for the amount of the

3   funds to be released for each of those individual accounts.

4   Again, the aggregate, that total sum, will be wired to the

5   trust account of Stratton Faxon.

6          MR. SEEGER:  I would just like, for the record, for

7   Mike to acknowledge the reasonableness of the 7.5 percent.

8          MR. STRATTON:  Yes.  As the liaison counsel for the

9   objectors, we have gotten well through discovery.  We have

10  spoken to experts.  We have taken depositions, had depositions

11  taken of us, and done the research.  At the end of the day, on

12  behalf of all the objectors, I can say that we all feel

13  7.5 percent is a reasonable fee for the common benefit

14  attorneys in this case.

15          I would also add that any future cases that

16  result in some sort of recovery brought by anybody who was a

17  timely objector to this fee petition will be treated at the

18  4 percent level.

19          Further, it's our understanding that BrownGreer

20  will be instructed as soon as possible to make this

21  disbursement to the objectors via the Stratton Faxon trustee

22  account.

23          MR. BIRCHFIELD:  I will transmit a list to you of the

24  objectors and the amount for you to verify that each of the

25  objectors is listed and the amount is correct.  Once you give

1   that to us, then we will act promptly to instruct BrownGreer to

2   release the funds.

3       MR. STRATTON:  Liaison counsel for the objectors,

4   being me, on behalf of all of the objectors in this case to the

5   fee petition, withdraw all of those objections.  We no longer

6   have any objection to the fee petition filed by the NPC to the

7   extent that our recommendation is that it ought to be reduced

8   to 7.5 percent.  We'll be putting that on the record.

9       MR. HERMAN:  One other issue.  We all recognize that

10  Judge Fallon, as the MDL judge in this matter, has the

11  authority and power to reduce the 7.5 percent that we have

12  recommended but will not increase the fund beyond 7.5 percent.

13      MR. SEEGER:  Correct.

14      MR. STRATTON:  Correct.  It's also understood by

15  everybody here, Mr. Herman, I'm assuming, that in no case will

16  any of the objectors ever pay more than 4 percent of their

17  aggregate settlements for the fees of common benefit lawyers in

18  this case.  I just want to make that crystal clear.  That's

19  true?  4 percent is it.  That's what they are paying into the

20  quantum.

21      MR. HERMAN:  Correct.

22                      * * *

23

24

25

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## CERTIFICATE

I, Toni Doyle Tusa, CCR, FCRR, Official Court Reporter for the United States District Court, Eastern District of Louisiana, do hereby certify that the foregoing is a true and correct transcript, to the best of my ability and understanding, from the record of the proceedings in the above-entitled and numbered matter.


                              s/ Toni Doyle Tusa
                              Toni Doyle Tusa, CCR, FCRR
                              Official Court Reporter