Case 2:05-md-01657-EEF-DEK   Document 62398-1   Filed 09/16/11   Page 2 of 6
Case 2:05-md-01657-EEF-DEK   Document 62796-5   Filed 04/07/11   Page 2 of 7
Case 2:05-md-01657-EEF-DEK   Document 61362   Filed 02/04/11   Page 5 of 11

1

```
 1                    UNITED STATES DISTRICT COURT
 2                    EASTERN DISTRICT OF LOUISIANA
 3
 4
 5
      IN RE:  VIOXX PRODUCTS              *    Docket 05-MD-1657-L
 6              LIABILITY LITIGATION      *
                                          *    July 27, 2010
 7                                        *
      This Document Relates to All Cases  *    1:00 p.m.
 8    * * * * * * * * * * * * * * * * * * *
 9
10
                   PRIVATE PROCEEDINGS BETWEEN COUNSEL
11                    HELD IN THE CONFERENCE ROOM OF
                      THE HONORABLE ELDON E. FALLON
12                     UNITED STATES DISTRICT JUDGE
13

14   Appearances:
15
     For the Plaintiffs:          Herman Herman Katz & Cotlar
16                                BY:  RUSS M. HERMAN, ESQ.
                                  820 O'Keefe Avenue
17                                New Orleans, Louisiana 70113
18
     For the Plaintiffs:          Beasley Allen
19                                BY:  ANDY D. BIRCHFIELD JR., ESQ.
                                  218 Commerce Street
20                                Montgomery, Alabama 36104
21
     For the Plaintiffs:          Seeger Weiss
22                                BY:  CHRISTOPHER A. SEEGER, ESQ.
                                  One William Street
23                                New York, New York 10004
24
25
```

Case 2:05-md-01657-EEF-DEK   Document 62398-1   Filed 09/16/11   Page 2 of 6
Case 2:05-md-01657-EEF-DEK   Document 62796-5   Filed 04/07/11   Page 3 of 7
Case 2:05-md-01657-EEF-DEK   Document 61362   Filed 02/04/11   Page 6 of 11

2

```
 1   Appearances:
 2
     For the Objectors:              Stratton Faxon
 3                                   BY:  MICHAEL STRATTON, ESQ.
                                     59 Elm Street
 4                                   New Haven, Connecticut 06510

 5
     Official Court Reporter:        Toni Doyle Tusa, CCR, FCRR
 6                                   500 Poydras Street, Room B-406
                                     New Orleans, Louisiana 70130
 7                                   (504) 589-7778

 8

 9

10
     Proceedings recorded by mechanical stenography; transcript
11   produced by computer.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Case 2:05-md-01657-EEF-DEK   Document 62798-1   Filed 09/16/11   Page 3 of 6
Case 2:05-md-01657-EEF-DEK   Document 62796-3   Filed 04/07/11   Page 3 of 7
Case 2:05-md-01657-EEF-DEK   Document 61362   Filed 02/04/11   Page 7 of 11

3

## PROCEEDINGS

(July 27, 2010)

(WHEREUPON the following proceedings were held in chambers outside the presence of the Court.)

**MR. BIRCHFIELD:** Here in the conference room we have Michael Stratton, who serves as the liaison for the objectors; Russ Herman, who is plaintiff liaison counsel; co-lead counsel Chris Seeger and Andy Birchfield. This is in MDL Docket 1657.

We have entered into a private agreement where Mr. Stratton is speaking on behalf of all of the objectors to the plaintiff liaison counsel's petition for assessment and Russ Herman is speaking on behalf of the NPC.

The parties have agreed that each side will recommend to the Court that there be a global assessment in the amount of 7.5 percent. For each of the objectors who timely filed an objection to the plaintiff liaison counsel's petition, they will pay a total of a 4 percent assessment, and the difference will be disbursed from the account that's held in escrow now by BrownGreer.

The aggregate amount for that list of objectors is $18,539,236.85. That amount will be transferred to the trust account at Stratton Faxon to be disbursed to the objectors by Mr. Stratton. Any common benefit fees or costs will be a matter of agreement between Mr. Stratton and the individual objectors.

Case 2:05-md-01657-EEF-DEK   Document 62398-1   Filed 09/16/11   Page 4 of 6
Case 2:05-md-01657-EEF-DEK   Document 62796-3   Filed 04/07/11   Page 5 of 7
Case 2:05-md-01657-EEF-DEK   Document 61362   Filed 02/04/11   Page 8 of 11

4

```
 1              The parties will prepare a list of objectors
 2   that will be submitted to BrownGreer for the amount of the
 3   funds to be released for each of those individual accounts.
 4   Again, the aggregate, that total sum, will be wired to the
 5   trust account of Stratton Faxon.
 6              MR. SEEGER:  I would just like, for the record, for
 7   Mike to acknowledge the reasonableness of the 7.5 percent.
 8              MR. STRATTON:  Yes.  As the liaison counsel for the
 9   objectors, we have gotten well through discovery.  We have
10   spoken to experts.  We have taken depositions, had depositions
11   taken of us, and done the research.  At the end of the day, on
12   behalf of all the objectors, I can say that we all feel
13   7.5 percent is a reasonable fee for the common benefit
14   attorneys in this case.
15              I would also add that any future cases that
16   result in some sort of recovery brought by anybody who was a
17   timely objector to this fee petition will be treated at the
18   4 percent level.
19              Further, it's our understanding that BrownGreer
20   will be instructed as soon as possible to make this
21   disbursement to the objectors via the Stratton Faxon trustee
22   account.
23              MR. BIRCHFIELD:  I will transmit a list to you of the
24   objectors and the amount for you to verify that each of the
25   objectors is listed and the amount is correct.  Once you give
```

Case 2:05-md-01657-EEF-DEK   Document 62398-1   Filed 09/16/11   Page 5 of 6
Case 2:05-md-01657-EEF-DEK   Document 62796-3   Filed 04/07/11   Page 5 of 7
Case 2:05-md-01657-EEF-DEK   Document 61362   Filed 02/04/11   Page 9 of 11

5

1  that to us, then we will act promptly to instruct BrownGreer to
2  release the funds.
3       MR. STRATTON:  Liaison counsel for the objectors,
4  being me, on behalf of all of the objectors in this case to the
5  fee petition, withdraw all of those objections.  We no longer
6  have any objection to the fee petition filed by the NPC to the
7  extent that our recommendation is that it ought to be reduced
8  to 7.5 percent.  We'll be putting that on the record.
9       MR. HERMAN:  One other issue.  We all recognize that
10 Judge Fallon, as the MDL judge in this matter, has the
11 authority and power to reduce the 7.5 percent that we have
12 recommended but will not increase the fund beyond 7.5 percent.
13      MR. SEEGER:  Correct.
14      MR. STRATTON:  Correct.  It's also understood by
15 everybody here, Mr. Herman, I'm assuming, that in no case will
16 any of the objectors ever pay more than 4 percent of their
17 aggregate settlements for the fees of common benefit lawyers in
18 this case.  I just want to make that crystal clear.  That's
19 true?  4 percent is it.  That's what they are paying into the
20 quantum.
21      MR. HERMAN:  Correct.
22                         * * *
23
24
25

Case 2:05-md-01657-EEF-DEK   Document 62399-1   Filed 09/16/11   Page 6 of 6
Case 2:05-md-01657-EEF-DEK   Document 62796-5   Filed 04/07/11   Page 7 of 7
Case 2:05-md-01657-EEF-DEK   Document 61362   Filed 02/04/11   Page 10 of 11

6

## CERTIFICATE

1
2     I, Toni Doyle Tusa, CCR, FCRR, Official Court
3  Reporter for the United States District Court, Eastern District
4  of Louisiana, do hereby certify that the foregoing is a true
5  and correct transcript, to the best of my ability and
6  understanding, from the record of the proceedings in the
7  above-entitled and numbered matter.
8
9
10                              s/ Toni Doyle Tusa
                                Toni Doyle Tusa, CCR, FCRR
11                              Official Court Reporter
12
13
14
15
16
17
18
19
20
21
22
23
24
25

EXHIBIT A