Case 2:05-md-01657-EEF-DEK Document 62296-5 Filed 09/07/11 Page 2 of 34

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

*****************************************************************

IN RE: VIOXX PRODUCTS
     LIABILITY LITIGATION

                         DOCKET NO. 05-MDL-1657
                         NEW ORLEANS, LOUISIANA
08:50AM                  THURSDAY, FEBRUARY 17, 2011, 3:30 A.M.
08:50AM
08:50AM  THIS DOCUMENT RELATES TO
08:50AM  ALL CASES

*****************************************************************

                  TRANSCRIPT OF PROCEEDINGS
       HEARD BEFORE THE HONORABLE ELDON E. FALLON
              UNITED STATES DISTRICT JUDGE

APPEARANCES:


FOR THE PLAINTIFFS:    HERMAN HERMAN KATZ & COTLAR
                       BY:  RUSS M. HERMAN, ESQUIRE
                       820 O'KEEFE AVENUE
                       NEW ORLEANS LA  70113


                       BEASLEY ALLEN CROW METHVIN
                       PORTIS & MILES
                       BY:  ANDY D. BIRCHFIELD, JR., ESQUIRE
                       234 COMMERCE STREET
                       POST OFFICE BOX 4160
                       MONTGOMERY AL  36103


                       SEEGER WEISS
                       BY:  CHRISTOPHER A. SEEGER, ESQUIRE
                       ONE WILLIAM STREET
                       NEW YORK NY  10004

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR THE OBJECTORS:          MARGARET E. WOODWARD
                                 ATTORNEY AT LAW
 4                               3701 CANAL STREET, SUITE C
                                 NEW ORLEANS LA  70119
 5

 6                               ROBERT E. ARCENEAUX
                                 ATTORNEY AT LAW
 7                               47 BEVERLY GARDEN DRIVE
                                 METAIRIE LA  70001
 8

 9                               AJUBITA LEFTWICH & SALZER
                                 PASCAL F. CALOGERO, JR., ESQUIRE
10                               1100 POYDRAS STREET
                                 NEW ORLEANS LA  70163
11

12

13   SPECIAL MASTER:            JUNEAU DAVID
                                 BY:  PATRICK A. JUNEAU, ESQUIRE
14                               THE HARDING CENTER
                                 1018 HARDING STREET, SUITE 202
15                               P.O. DRAWER 51268
                                 LAFAYETTE LA  70505
16

17

18   OFFICIAL COURT REPORTER:     CATHY PEPPER, CCR, RMR, CRR
                                   CERTIFIED REALTIME REPORTER
19                                 500 POYDRAS STREET, ROOM B406
                                   NEW ORLEANS, LOUISIANA 70130
20                                 (504) 589-7779

21
     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
22   PRODUCED BY COMPUTER.

23

24

25
```

3

**I N D E X**

SPEAKERS                                                    PAGE

MR. HERMAN.............................................   6

MR. SEEGER............................................   6

MR. BIRCHFIELD........................................   6

MS. WOODWARD..........................................   6

MR. ARCENEAUX.........................................   6

MR. CALOGERO..........................................   6

THE COURT.............................................   6

MS. SNAPKA............................................  10

THE COURT.............................................  12

MR. HERMAN............................................  13

MS. WOODWARD..........................................  14

MR. HERMAN............................................  14

THE COURT.............................................  15

MS. WOODWARD..........................................  15

THE COURT.............................................  15

MS. WOODWARD..........................................  16

THE COURT.............................................  16

MR. ARCENEAUX.........................................  16

THE COURT.............................................  17

MR. ARCENEAUX.........................................  17

MR. HERMAN............................................  17

1   THE COURT.............................................   18

2   MR. HERMAN...........................................   18

3   THE COURT.............................................   18

4   MR. HERMAN...........................................   18

5   THE COURT.............................................   19

6   MR. HERMAN...........................................   19

7   MR. ARCENEAUX........................................   20

8   MR. HERMAN...........................................   20

9   MR. ARCENEAUX........................................   20

10  MR. HERMAN...........................................   20

11  MR. ARCENEAUX........................................   20

12  MR. HERMAN...........................................   20

13  MR. ARCENEAUX........................................   20

14  MR. HERMAN...........................................   20

15  THE COURT.............................................   22

16  MR. HERMAN...........................................   22

17  MS. WOODWARD.........................................   23

18  THE COURT.............................................   24

19  MS. WOODWARD.........................................   24

20  THE COURT.............................................   25

21  MS. WOODWARD.........................................   26

22

23

24

25

5

E X H I B I T S

DESCRIPTION                                                    PAGE

HEARING EXHIBIT 1.................................... 19

HEARING EXHIBIT 2.................................... 19

HEARING EXHIBIT 3.................................... 19

P-R-O-C-E-E-D-I-N-G-S

THURSDAY, FEBRUARY 17, 2011

A F T E R N O O N   S E S S I O N

(IN OPEN COURT)

THE DEPUTY CLERK:  Everyone rise.

THE COURT:  Be seated, please.  Let's just call the case for the record.

THE DEPUTY CLERK:  MDL 1657, *In re Vioxx*.

THE COURT:  Would counsel for the plaintiffs introduce themselves.

MR. HERMAN:  Good afternoon, Judge Fallon.  Russ Herman for plaintiffs.

MR. SEEGER:  Chris Seeger for plaintiffs.

MR. BIRCHFIELD:  Andy Birchfield.

THE COURT:  And for the objectors?

MS. WOODWARD:  Margaret Woodward.

MR. ARCENEAUX:  Robert Arceneaux.

MR. CALOGERO:  Pascal Calogero.

THE COURT:  We're here today to discuss the issue of attorneys' fees in the *Vioxx* case.

As I mentioned several times and put on the web site, I'm focused on process at this time.  I established and wrote an opinion justifying the position of the total amount of the

03:30PM 1  attorneys' fees in the *Vioxx* case.  Now, the next step is to

03:30PM 2  allocate that amount.

03:31PM 3      It seems to me that it's appropriate to have a process to do

03:31PM 4  that, and the process that I've chosen is to first appoint a Fee

03:31PM 5  Allocation Committee to take depositions, to invite comments, to

03:31PM 6  invite views of the individuals who have applied for a common

03:31PM 7  benefit fee.

03:31PM 8      When I established the total amount of the fee, I then

03:31PM 9  invited anyone who felt that they had a claim for common benefit

03:31PM 10 work to apply for a portion of the fee, and they did so.  We have

03:31PM 11 approximately a hundred, or thereabouts, attorneys who felt that

03:31PM 12 they had done common benefit work and a fee was justified for

03:31PM 13 their work.

03:31PM 14     So, as I say, I've appointed the Fee Allocation Committee,

03:31PM 15 comprised of people who tried the cases and who did some work

03:32PM 16 from the committee, as well as off of the steering committee, to

03:32PM 17 meet and take some evidence and then make a recommendation to me

03:32PM 18 as they saw the allocation.

03:32PM 19     They did so, and I posted that on the web site for anyone to

03:32PM 20 see and object if they felt that it was inappropriate from their

03:32PM 21 standpoint or from any other standpoint.  So I have received a

03:32PM 22 number of objections.

03:32PM 23     Now, to put some structure in that process, I asked that the

03:32PM 24 plaintiff committee, that the allocation committee, select a

03:32PM 25 liaison and lead counsel, and that the objectors select a liaison

03:32PM 1  and lead counsel.

03:32PM 2      I received a letter from the plaintiffs' committee that they

03:33PM 3  had elected a liaison and two lead counsel, and I also received a

03:33PM 4  letter from the objectors indicating that the majority of the

03:33PM 5  objectors were confident in their selection of liaison and lead

03:33PM 6  counsel.

03:33PM 7      So I convened this meeting today to have the committee

03:33PM 8  representatives, the lead and liaison counsel, meet with the

03:33PM 9  Special Master, Pat Juneau.

03:33PM 10     I've appointed Pat Juneau in this matter to be

03:33PM 11 Special Master, and I've broadened the scope of his appointment

03:33PM 12 to include the study of the allocation of the common benefit fee;

03:33PM 13 so, Mr. Juneau is going to meet with you and give some deadlines

03:33PM 14 for the discovery in the process.

03:33PM 15     I received a letter from the objectors indicating a number

03:34PM 16 of items that they felt they needed to discover.  I received the

03:34PM 17 case February 16, 2005.  Of course, the settlement was about

03:34PM 18 three years later, and the distribution to the individuals

03:34PM 19 consumed about a year, and we're now at the stage of dealing with

03:34PM 20 the allocation of the common benefit fee.

03:34PM 21     A lot of work has been plugged into it thus far.  A lot of

03:34PM 22 discovery has been conducted.  So, at this phase, I really am

03:34PM 23 going to look for the discovery to be started and finished in a

03:34PM 24 month.  Then, I expect Mr. Juneau to supervise the discovery and

03:34PM 25 then set, perhaps, some deadlines for briefing and some deadlines

Case 2:05-md-01657-EEF-DEK Document 62798-5 Filed 04/17/11 Page 9 of 33

9

03:35PM  1   for argument or hearing, and then to give to me his

03:35PM  2   recommendation.

03:35PM  3        At that point, I will have the recommendation from the Fee

03:35PM  4   Allocation Committee and the recommendation from an independent

03:35PM  5   nonparticipant as to the proper method of allocating the amount.

03:35PM  6        I will take those two recommendations, and I will bring to

03:35PM  7   bear not only the information that's imparted to me and the

03:35PM  8   evidence that have been submitted to those two entities, but I'll

03:35PM  9   bring to bear, also, the information that I have gleaned simply

03:35PM 10   by participating since 2005 in the process.

03:35PM 11        I've had countless meetings, I've written a thousand

03:35PM 12   opinions already on the discovery, and I'm familiar with the

03:35PM 13   case.  I've tried six trials and participated to the extent of

03:35PM 14   supervising the settlement discussions and the designing of the

03:36PM 15   necessary documents.

03:36PM 16        So I am familiar with the case.  I'll use that information,

03:36PM 17   as well as the other information and the experience that I've had

03:36PM 18   with the case, and then I will make the final cut.

03:36PM 19        I'm not going to rubber stamp one side or the other side.  I

03:36PM 20   want it open.  I want people to have an opportunity to object.  I

03:36PM 21   want them to say why they object.  I'm interested in their views.

03:36PM 22   Then I'll write an opinion expressing myself as to the method

03:36PM 23   that I believe the fund should be distributed.  Then, the record,

03:36PM 24   I think, will be complete, and anybody who wishes to take it up

03:36PM 25   to the Court of Appeals will have a record to do so.  So that's

03:36PM 1   my theory, and that's what I'm endeavoring to do.

03:36PM 2       My suggestion when Pat Juneau meets with you is that he'll

03:37PM 3   hear you out, give you some deadlines, discuss some deadlines

03:37PM 4   with you, and then perhaps the parties can get together and see

03:37PM 5   whether or not they can voluntarily give them some schedule that

03:37PM 6   they are comfortable with, dates and times and places, and then

03:37PM 7   we'll get it.

03:37PM 8       I really want to get my opinion out within 60 days from now.

03:37PM 9   I don't want this to delay matters.  I do have to move on the

03:37PM 10  case.

03:37PM 11      So I appreciate the work.  I know both sides have got some

03:37PM 12  work to do.  I'm looking forward to receiving information from

03:37PM 13  you.

03:37PM 14      Now, also, right before this, I was in court, because

03:37PM 15  Thursday is my sentencing day, and I had some matters that I had

03:37PM 16  to deal with.  Counsel came in, and I didn't have a chance to

03:38PM 17  meet with her because I try to meet with counsel in open court on

03:38PM 18  both sides, but I'll let you speak now, if you need to speak.

03:38PM 19          MS. SNAPKA:  Thank you, Your Honor, Katherine Snapka.

03:38PM 20      Your Honor, I am not liaison or lead counsel for the

03:38PM 21  objectors, but I did have an issue that concerned me that I

03:38PM 22  wanted to bring forth before the Court.  This Court, from the

03:38PM 23  very beginning, has stressed transparency, openness, and an

03:38PM 24  opportunity for comment.

03:38PM 25      I was concerned.  I wanted to make the Court aware that

03:38PM  1  September 2, 2010, I received a check written out of

03:38PM  2  Mike Stratton's trust account for $336,492.14.  I was a little

03:38PM  3  confused by the letter that he sent to me, and I called him and

03:39PM  4  he was explaining to -- he assumed that I was objecting to the

03:39PM  5  amount of money that he was charging as liaison counsel.

03:39PM  6      I was confused about the matter.  I said, "I've got to go to

03:39PM  7  trial."  While I was in trial, I received another check for

03:39PM  8  $33,648.22, with a handwritten note.  I pressed him for details

03:39PM  9  because the only thing I was aware of with regard to Mr. Stratton

03:39PM 10  was that he had written a letter to this Court on July 28th, in

03:39PM 11  which he said that the PSC had dropped their demand from

03:39PM 12  8 percent to 7.5 percent, and therefore he was withdrawing his

03:39PM 13  objection.

03:39PM 14      I could find nowhere in the record where the Court -- as he

03:39PM 15  explained to me, that there was -- what he told me was

03:40PM 16  $19.2 million transferred to his trust account.  I could not find

03:40PM 17  a record of an order signed by this Court ordering that

03:40PM 18  BrownGreer wire transfer money to Mr. Stratton's account.

03:40PM 19      He sent me a transcript of private proceedings which

03:40PM 20  outlined an agreement between Mr. Herman, Mr. Birchfield, and

03:40PM 21  Mr. Seeger apparently negotiating on behalf of the NPC, where

03:40PM 22  they would do a rebate; but, again, I searched the record and did

03:40PM 23  not find any sort of order authorizing the Court -- from the

03:40PM 24  Court authorizing the payment of this money.

03:40PM 25      I have not negotiated the checks because I was never

12

03:40PM 1  comfortable with where they came from.  Also, on October 19th,

03:40PM 2  this Court issued an order which went through the Stratton

03:41PM 3  objection and made no mention of any sort of deal or payment of

03:41PM 4  money or anything like that.

03:41PM 5      On January 21st, when the total amounts came out, I was

03:41PM 6  again concerned because, instead of 315,250,000, I expected there

03:41PM 7  to be 18.5 million or $19.2 million less than that; but, instead,

03:41PM 8  the total added up to 311 million.

03:41PM 9      I wanted to bring this to the Court's attention because now

03:41PM 10 my attorney is in possession of these checks, and I'm concerned

03:41PM 11 about this, wanted to bring this to the Court's attention.  I

03:41PM 12 know this Court values transparency above all, and I'm confused

03:41PM 13 by the issue.  I thank the Court for allowing me to address this

03:41PM 14 issue.

03:41PM 15     THE COURT:  Fine.  The only thing I know of it is that

03:41PM 16 there was an objection to the total sum of the common benefit

03:42PM 17 fund, that Mr. Stratton represented the objectors, and I presided

03:42PM 18 -- or I gave them an opportunity to do some discovery early on.

03:42PM 19 They did some discovery.  They had some issues.  I resolved the

03:42PM 20 discovery issues, the evidentiary issues.  They proceeded on with

03:42PM 21 the case.

03:42PM 22     I was advised that the objectors withdrew the objection.

03:42PM 23 That's all that I know of it.  I wasn't involved in any

03:42PM 24 discussions or agreements.  That's why I didn't issue any orders.

03:42PM 25 It didn't come to my attention in that form or fashion.  If any

03:42PM 1  of the --

03:42PM 2           MR. HERMAN:  I'll be happy to respond, Your Honor.

03:42PM 3           THE COURT:  Sure.

03:42PM 4           MR. HERMAN:  Mr. Stratton, on behalf of a number of

03:42PM 5  objectors who had objected to the 8 percent withdrawal from -- in

03:43PM 6  order to fund common benefit fees, filed, actually, an action

03:43PM 7  within the MDL to have those -- that 8 percent judgment set

03:43PM 8  aside, at least for those objectors.

03:43PM 9      If Ms. Snapka received a check, she was an objector.

03:43PM 10 Mr. Stratton then affirmed on the record in writing and before

03:43PM 11 Your Honor that he had unanimous consent to negotiate and resolve

03:43PM 12 all the objections.

03:43PM 13     We entered negotiation after, and Mr. Stratton took my

03:43PM 14 deposition and I took his deposition.  We entered a settlement

03:44PM 15 negotiation which was supposed to be confidential as regards

03:44PM 16 Mr. Stratton, which obviously is not confidential, and settlement

03:44PM 17 resolutions are not necessarily published.

03:44PM 18     The return of funds to the various objectors resolved their

03:44PM 19 objections as regards deductions from them of common benefit

03:44PM 20 fees.  The common benefit fund, therefore, was reduced by the

03:44PM 21 objectors receiving back funds which they had contended were not

03:44PM 22 due to be placed in the common fund.

03:44PM 23     As regards any communications between Mr. Stratton and

03:44PM 24 Ms. Snapka or Mr. Stratton and any other objector who received

03:45PM 25 their monies back, we have no knowledge.  We certainly don't know

03:45PM 1  what fees Mr. Stratton charged Ms. Snapka or anyone else.

03:45PM 2          MS. WOODWARD:  If I may.  Your Honor, Margaret Woodward.

03:45PM 3      This has been a matter of great concern and speculation to

03:45PM 4  the objectors because, as Ms. Snapka pointed out, there is

03:45PM 5  nothing in the record indicating how this transpired.

03:45PM 6      It is our understanding that Mr. Herman, the FAC, and the

03:45PM 7  other committees have no authority whatsoever to invade the

03:45PM 8  common benefit fund without this Court's expressed authorization.

03:45PM 9      We did not want to raise this matter explicitly until we

03:46PM 10 heard from the Court how this might have transpired; but, we now

03:46PM 11 have really serious concerns about this operation altogether, and

03:46PM 12 one of those concerns relates to Mr. Herman and his committee

03:46PM 13 acting *ultra vires*, because we don't think that this fund can be

03:46PM 14 disbursed without court order.

03:46PM 15     The second is we are very concerned about how Brown and

03:46PM 16 Greer might have disbursed $19 million of common benefit funds

03:46PM 17 without notice to anyone, including the objectors and the rest of

03:46PM 18 the claimants.

03:46PM 19     There has been an invasion of the common benefit fund

03:46PM 20 without notice, apparently, even to the Court.  So we will be

03:46PM 21 pursuing this matter further, but we need to have some discovery

03:46PM 22 about how this occurred.  Thank you.

03:47PM 23         THE COURT:  Okay.

03:47PM 24         MR. HERMAN:  I just have one further comment,

03:47PM 25 Your Honor.  As I recall, and I believe the record will show, we

03:47PM 1  were directed to meet with Mr. Stratton and attempt to resolve

03:47PM 2  this matter.

03:47PM 3      As far as notice is concerned, every single attorney who

03:47PM 4  claimed common benefit, including attorneys represented by

03:47PM 5  learned counsel, had due notice of the issue, and of those there

03:47PM 6  were a handful that objected.  We believe, after the matter is

03:47PM 7  discovered, it will show that we didn't act *ultra vires*, and we

03:47PM 8  acted quite properly on behalf of everyone.

03:47PM 9      We do have some issues to bring before Your Honor.  I don't

03:47PM 10 know whether Your Honor wants to entertain those at this point or

03:48PM 11 later.

03:48PM 12     Number one, we don't know at this point who learned counsel

03:48PM 13 represents.  Learned counsel has indicated that a majority of

03:48PM 14 individuals, objectors, have chosen learned counsel to be lead

03:48PM 15 counsel, liaison counsel.  We don't want to be faced with a

03:48PM 16 multiplicity of issues or cross appeals later, and we think there

03:48PM 17 ought to be some disclosure as to whom, most respectfully,

03:48PM 18 counsel opposite represents and who --

03:48PM 19     THE COURT:  Let me make this clear.  I expect and I

03:48PM 20 appointed three counsel to represent all of the objectors.

03:48PM 21 That's who I assume you're representing, all of the objectors.

03:48PM 22     MS. WOODWARD:  That's what we assume, as well.

03:48PM 23     THE COURT:  So just make a list of all of the objectors,

03:49PM 24 because I appointed you to represent all of the objectors, and

03:49PM 25 that's the way it is.

03:49PM 1      MS. WOODWARD:  Thank you, Your Honor.  That's our

03:49PM 2  understanding from the order, too, and the objectors are listed

03:49PM 3  in your order of February 8th.

03:49PM 4      THE COURT:  Right, okay.  That's consistent with your

03:49PM 5  records; I mean, that's who the objectors are, as you understand

03:49PM 6  it?

03:49PM 7      MR. ARCENEAUX:  Perhaps, I should address that.

03:49PM 8      THE COURT:  Yes, sure.

03:49PM 9      MR. ARCENEAUX:  Your Honor, we didn't want to list the

03:49PM 10  people that didn't agree to everything because we felt it was --

03:49PM 11  we didn't want to prejudice anybody by putting them on the

03:49PM 12  record --

03:49PM 13      THE COURT:  Yes.

03:49PM 14      MR. ARCENEAUX:  -- so we didn't list any names.  But I

03:49PM 15  will report to the Court that there was only one -- out of all

03:49PM 16  the objectors, there was only one person who had a problem.  It

03:49PM 17  wasn't with our appointment; it was with whether or not that

03:49PM 18  person would owe us any fees.

03:49PM 19      THE COURT:  Yes.

03:49PM 20      MR. ARCENEAUX:  So we have placed the fee issue on the

03:49PM 21  table for another discussion and another day.  If we can't

03:49PM 22  negotiate fees, we will come to Your Honor with a request.

03:49PM 23      THE COURT:  Let's do that.

03:49PM 24      MR. ARCENEAUX:  But the appointment of us is unanimous.

03:50PM 25  The only thing that was not unanimous was the question how we

03:50PM 1    would be paid.

03:50PM 2          THE COURT:  Well, from that standpoint, too, I really

03:50PM 3    don't necessarily care whether it's unanimous.  When you tell me

03:50PM 4    that you've met and conferred and a majority of the objectors are

03:50PM 5    satisfied with you all, then I'm going to make you --

03:50PM 6          MR. ARCENEAUX:  Thank you.  Thank you.

03:50PM 7          THE COURT:  -- the attorneys for everybody.

03:50PM 8        At the end of the day, I would want you to keep your costs

03:50PM 9    and your time and things of that sort.  Then, if you can't agree

03:50PM 10   -- or the objectors can't agree on the fee, bring it to my

03:50PM 11   attention, and I'll look it over and set the fee.

03:50PM 12         MR. ARCENEAUX:  16 of the 17 firms have agreed either on

03:50PM 13   a compensation scheme or quantum meruit.  We may have to come to

03:50PM 14   you as to only one.

03:50PM 15         THE COURT:  That's fine.  Do that if you need.

03:50PM 16         MR. ARCENEAUX:  On that same note, perhaps just to

03:50PM 17   clarify the record, if we could get Mr. Herman to state what

03:50PM 18   basis he has to represent the 80 people who are not on the FAC,

03:50PM 19   but that -- his letter to the Court says the FAC voted that he

03:51PM 20   would be their counsel.  Was there a vote of all the other

03:51PM 21   people, and did they also elect you?  If that's true, I think it

03:51PM 22   just should be so stated on the report.

03:51PM 23         MR. HERMAN:  I don't mean -- you may cross-examine me on

03:51PM 24   that point --

03:51PM 25         MR. ARCENEAUX:  I'm not cross-examining you.

03:51PM 1      MR. HERMAN:  -- and I'm going to respond.

03:51PM 2      MR. ARCENEAUX:  I'm just --

03:51PM 3      MR. HERMAN:  The Fee Allocation Committee met and

03:51PM 4 unanimously voted.  Did we poll the 80 non-objectors; no, we did

03:51PM 5 not, nor did we feel in regard to Your Honor's order that that

03:51PM 6 was a necessity.

03:51PM 7      THE COURT:  I didn't really ask that.  Look, I appointed

03:51PM 8 the Fee Allocation Committee, and I need the Fee Allocation

03:51PM 9 Committee to designate the individuals so that we can deal with

03:51PM 10 that.

03:51PM 11      MR. HERMAN:  Secondly, Your Honor, a matter that's very

03:51PM 12 perplexing to us is the fact that learned counsel, on behalf of

03:52PM 13 objectors, has raised a lack of jurisdiction in this Court.  We

03:52PM 14 believe it's frivolous; but, nonetheless, we would like to go

03:52PM 15 forward, and we'd like to go forward without having to deal with

03:52PM 16 these objections as to lack of jurisdiction.

03:52PM 17      THE COURT:  My feeling on jurisdiction is that I have

03:52PM 18 jurisdiction over this case.  I explained in my other order

03:52PM 19 dealing with the common benefit fee the reason I had jurisdiction

03:52PM 20 to set a common benefit fee.

03:52PM 21    Now, I feel that it's also within my jurisdiction to decide

03:52PM 22 on the allocation of that common benefit fee, so that's my view

03:52PM 23 on that.

03:52PM 24      MR. HERMAN:  Given the fact that jurisdiction has been

03:53PM 25 raised, does liaison and lead counsel for the Fee Allocation

Case 2:05-md-01657-EEF-DEK   Document 62798-5   Filed 04/07/11   Page 20 of 34

03:53PM  1    Committee have to file a motion and a brief on that issue, or can

03:53PM  2    we just --

03:53PM  3          THE COURT:  Let's not file a brief on that.  You can

03:53PM  4    save that for the Fifth Circuit.

03:53PM  5          MR. HERMAN:  Your Honor, that is a concern.  We don't

03:53PM  6    anticipate that a stay is going to be issued, but we are going to

03:53PM  7    spend an awful lot of resources until the Fifth Circuit rules on

03:53PM  8    that issue, if learned counsel opposite takes an appeal.

03:53PM  9          Your Honor, at this point, in order to expedite and

03:54PM 10    make disclosure -- which we've already made, but to make it

03:54PM 11    again -- we're going to offer Hearing Exhibit 1, which are the

03:54PM 12    statements of the fee committee; 2, the fee petition

03:54PM 13    presentations; and, Exhibit 3, the grids that the opposition has

03:54PM 14    telegraphed that they would like to have.  We're not going to

03:54PM 15    contest that.

03:54PM 16          Included in these materials are all the affidavits submitted

03:55PM 17    by any party; fee committee presentations; time records; volume

03:55PM 18    one, two, and three of fee affidavits; the point system guide;

03:55PM 19    PTO 51, disbursement of costs; time totals and summaries from the

03:55PM 20    court-appointed CPA; and, the trial package, and I would like

03:55PM 21    those made part of the hearing.  I've given copies to learned

03:55PM 22    counsel opposite, and I have the same materials for Mr. Juneau.

03:55PM 23          THE COURT:  All right.  Fine.

03:55PM 24    I'm going to --

03:55PM 25          MR. ARCENEAUX:  May I ask a question, Your Honor?

03:55PM 1     THE COURT:  Sure.

03:56PM 2     MR. ARCENEAUX:  Of this material that you're giving us

03:56PM 3 now, is everything in here stuff that we've already got except

03:56PM 4 the grid, or is there other new stuff, too?

03:56PM 5    The grid is new.  We didn't get that before.

03:56PM 6     MR. HERMAN:  Right, you asked for it, and now you have

03:56PM 7 it.

03:56PM 8     MR. ARCENEAUX:  But is all of this other stuff the same

03:56PM 9 as the disc that you gave me before; you're just making a formal

03:56PM 10 presentation?

03:56PM 11     MR. HERMAN:  Well, I'll submit to your cross-examination

03:56PM 12 again.

03:56PM 13     MR. ARCENEAUX:  It's not cross-examination.  I just want

03:56PM 14 the record to be clear.

03:56PM 15     MR. HERMAN:  Well, I'm going to make the record clear.

03:56PM 16 We offered to you on two occasions these materials, except for

03:56PM 17 the filled-in point grids.  We offered them to every objector.

03:56PM 18 They were given to every objector.  So, as far as I know, you now

03:56PM 19 have complete documents.

03:56PM 20     MR. ARCENEAUX:  My only question that I would like the

03:56PM 21 record to reflect is whether, of this material that you've given

03:57PM 22 us today, the only thing that we haven't already gotten is the

03:57PM 23 grid; that the rest of this is everything we've already gotten?

03:57PM 24     MR. HERMAN:  I believe that's correct.

03:57PM 25     MR. ARCENEAUX:  Thank you, Russ.

03:57PM 1       MR. HERMAN:  You're welcome.

03:57PM 2      Your Honor, we have a strong feeling that we have followed,

03:57PM 3 to the letter, Your Honor's process and complied, also, with

03:57PM 4 *Murphy Oil*, *High Sulfur*, and *Johnson*.  We believe that everything

03:57PM 5 that's needed in this matter is -- for determination has been

03:57PM 6 provided Special Master Juneau; and, that each objector,

03:57PM 7 including objectors here, have received all affidavits submitted

03:58PM 8 by all lawyers that have sought fees, and also have received the

03:58PM 9 recorded oral presentations recorded by a court reporter.

03:58PM 10     We appreciate the opportunity to have this matter determined

03:58PM 11 in terms of discovery very quickly.  Your Honor, we will --

03:58PM 12 because of the way in which the objectors have conducted

03:58PM 13 prediscovery and signaled that they want a large number of

03:58PM 14 depositions, we believe that this matter is going to be delayed

03:58PM 15 to the detriment of a number of nonobjecting law firms, and we

03:59PM 16 will be filing, Your Honor, a motion for partial interim payments

03:59PM 17 to those who haven't objected, which preserves whatever funds

03:59PM 18 there are that the objectors are claiming.

03:59PM 19     In addition to that, may it please the Court, this matter,

03:59PM 20 most respectfully, should not, should not become a mini trial.

03:59PM 21 In *Associated Builders v. Orleans Parish School Board*, 919 F.2d

03:59PM 22 374 (5th Cir. 1990), and in the U. S. Supreme Court, 461 U.S.

03:59PM 23 421 -- 461 U.S. 424, the *Hensley* case also indicates very clearly

04:00PM 24 that a fee dispute is not of such a matter requiring a trial.

04:00PM 25 There are other holdings that are similar, but I cite those two

04:00PM 1   because one is a U.S. Supreme Court case, and the other is a

04:00PM 2   Fifth Circuit case.

04:00PM 3       We would like an opportunity before discovery, and we can do

04:00PM 4   that fairly quickly, to address what has not been addressed yet,

04:00PM 5   and that is, why we feel the objectors are not entitled to the

04:01PM 6   fees that they've claimed.  We would like to do that in writing,

04:01PM 7   as they have voiced their objections, and get those to Mr. Juneau

04:01PM 8   very quickly.

04:01PM 9       THE COURT:  All right.  That's fine.  You need to do it

04:01PM 10  at that time or later because this phase of the case is to get

04:01PM 11  Mr. Juneau's recommendation as to how he feels the fee should be

04:01PM 12  distributed.  That is a recommendation from a noninterested

04:01PM 13  party, which I'm interested in.

04:01PM 14      I have a recommendation from the interested parties, and I

04:01PM 15  have objections from the interested parties.  I now want to hear

04:01PM 16  from a disinterested party studying the information and giving it

04:01PM 17  to me.  I'll take all of that, as I say, into consideration and

04:01PM 18  then formulate my opinion on it.

04:01PM 19      I'm going to now let Mr. Juneau meet with you all and

04:01PM 20  establish some things.

04:01PM 21      MR. HERMAN:  May I --

04:01PM 22      THE COURT:  You have another matter?

04:02PM 23      MR. HERMAN:  I would like to confer very quickly with

04:02PM 24  colead counsel.

04:02PM 25      THE COURT:  Okay.

04:02PM 1    MS. WOODWARD:  Perhaps, Your Honor, while he's

04:02PM 2  conferring, in the interest of efficiency, I could make some

04:02PM 3  summation on our behalf, as well.

04:02PM 4    Judge, we certainly want to cooperate with the plan that you

04:02PM 5  have laid out and work with Mr. Juneau as expeditiously as we can

04:02PM 6  to come to some resolution; but, I think it is imperative that I

04:02PM 7  say at this time that we believe that the methodology and point

04:02PM 8  system grid recommended to this Court by the Fee Allocation

04:02PM 9  Committee is so far afield of the case law and of the process and

04:02PM 10  guidelines that have been established over time that it is

04:02PM 11  unsustainable.

04:02PM 12    That being the case, we believe that all of the allocations

04:02PM 13  to all of the claimants to the common benefit fund are subject to

04:03PM 14  being redistributed.

04:03PM 15    THE COURT:  Sure.  Okay.

04:03PM 16    MS. WOODWARD:  That being the case, there is no

04:03PM 17  possibility of an interim distribution because everybody's fees,

04:03PM 18  in addition to those of the objectors, could be changed.

04:03PM 19    That's one of the reasons that we objected to the Fee

04:03PM 20  Allocation Committee representing the nonobjecting claimants

04:03PM 21  because their allocations may change if the allocation system is

04:03PM 22  revamped, and that's what we think Mr. Juneau is going to have to

04:03PM 23  do.

04:03PM 24    We agree that if we can avoid a mini trial, we would be

04:03PM 25  happy to do that; but, we think that this is a case that's going

04:03PM 1   to require a complete start-over --

04:03PM 2           THE COURT:  Sure, I understand.

04:04PM 3           MS. WOODWARD:  -- of the allocation process.

04:04PM 4           THE COURT:  I understand.  I'm going to file my

04:04PM 5   allocation, and then you can appeal and let the Fifth Circuit

04:04PM 6   look at it and then send it back to me, if that's it.

04:04PM 7           MS. WOODWARD:  Thank you, Your Honor.

04:04PM 8           THE COURT:  We're not at the point now where I'm making

04:04PM 9   any interim distributions.  When a motion is filed, I'll give you

04:04PM 10  an opportunity to respond and speak on it.

04:04PM 11          MS. WOODWARD:  Thank you.

04:04PM 12      For purposes of clarification, I also want to explain to the

04:04PM 13  Court the role of liaison and lead counsel for the objectors.

04:04PM 14      As you know, there has been a great deal of comment and

04:04PM 15  dissension about conflicts.  We have limited funds.  There is an

04:04PM 16  inherent conflict among all of us.

04:04PM 17          THE COURT:  Sure.

04:04PM 18          MS. WOODWARD:  Because of that, and because of the

04:04PM 19  juncture at which we come in on behalf of these objectors, we and

04:04PM 20  they have been extremely sensitive to that issue at this point.

04:04PM 21      It is our objective to work with Mr. Juneau and the Fee

04:05PM 22  Allocation Committee on redrafting the allocation formula.  We

04:05PM 23  believe a lodestar approach is going to be important.  We think

04:05PM 24  we need to get back into the time records.

04:05PM 25      Beyond returning to a lodestar methodology, we are not going

04:05PM 1  to be in a position to negotiate for the individual objectors.  I

04:05PM 2  need to make that clear both to Mr. Herman and his group and to

04:05PM 3  the Court and to Mr. Juneau at the outset.  We would like to get

04:05PM 4  them to a minimal level, and then everyone will have to make

04:05PM 5  their own claims for a particular amount.

04:05PM 6      As far as the jurisdictional argument goes, we have it on

04:05PM 7  the table.  We recognize that if we are able to reach some

04:05PM 8  accommodation amongst ourselves, we can enter into a contract,

04:05PM 9  and that issue will go away.  In order to cooperate with the

04:06PM 10  Court and with everyone, given that so much work has already been

04:06PM 11  done, that's the method we want to pursue at this time.

04:06PM 12      THE COURT:  That's fine, but you may not have understood

04:06PM 13  what I said.  What I said is that whatever the committee

04:06PM 14  recommends and whatever Mr. Juneau recommends is only a

04:06PM 15  recommendation.  I'm going to decide.

04:06PM 16      I don't really care whether Mr. Juneau recommends what you

04:06PM 17  say or recommends what they say.  I'm going to make the decision.

04:06PM 18  When I make the decision, then you take it to the Fifth Circuit.

04:06PM 19  That's the way it's going to work.

04:06PM 20      They don't have to agree on anything.  I'm interested in

04:06PM 21  what his recommendation is.  Then I'm going to write the opinion,

04:06PM 22  and that's the opinion you take to the circuit, not this opinion

04:06PM 23  or that opinion.

04:06PM 24      MS. WOODWARD:  Thank you very much, Your Honor.

04:06PM 25      THE COURT:  It's not an opinion; it's only a

04:06PM 1    recommendation.  I'm at the point where I'm just getting

04:07PM 2    recommendations.

04:07PM 3        I may use lodestar; I may not use lodestar.  I'll take that

04:07PM 4    into consideration.  It doesn't matter who uses lodestar or

04:07PM 5    whether they use lodestar; it matters whether I use it that

04:07PM 6    you'll take to the Fifth Circuit.

04:07PM 7            MS. WOODWARD:  I understand that completely.  If I said

04:07PM 8    anything that indicated any confusion, please strike it.  Thank

04:07PM 9    you.

04:07PM 10           THE COURT:  Thank you very much.

04:07PM 11       I'm finished now.  I'll leave it to Pat to discuss the

04:07PM 12   things with you all.  Thank you very much.

04:07PM 13           THE DEPUTY CLERK:  Everyone rise.

14           (WHEREUPON, at 4:07 p.m. the proceedings were

15   concluded.)

16                            *    *    *

17

18                      REPORTER'S CERTIFICATE

19

20       I, Cathy Pepper, Certified Realtime Reporter, Registered
     Merit Reporter, Registered Professional Reporter, Certified Court
21   Reporter of the State of Louisiana, Official Court Reporter for
     the United States District Court, Eastern District of Louisiana,
22   do hereby certify that the foregoing is a true and correct
     transcript, to the best of my ability and understanding, from the
23   record of the proceedings in the above-entitled and numbered
     matter.

24

25                      s/Cathy Pepper
                        Cathy Pepper, CRR, RMR, CCR
                        Official Court Reporter

1   United States District Court
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1

| **$** | **28th** [1] - 11:10 | **9** | **ANDY** [1] - 1:20 | **B** |
|---|---|---|---|---|

**$**

**$19** [1] - 14:15
**$33,648.22** [1] - 11:8
**$336,492.14** [1] - 11:2

**0**

**05-MDL-1657** [1] - 1:6

**1**

**1** [1] - 19:10
**1**............................
.....[1] - 5:5
**10** [1] - 3:12
**10004** [1] - 1:24
**1018** [1] - 2:14
**1100** [1] - 2:10
**12** [1] - 3:13
**13** [1] - 3:14
**14** [2] - 3:15, 3:16
**15** [4] - 3:17, 3:18, 3:19, 3:20
**16** [4] - 3:21, 3:22, 8:17, 17:11
**1657** [1] - 6:10
**17** [6] - 1:7, 3:23, 3:24, 3:25, 6:2, 17:11
**18** [4] - 4:1, 4:2, 4:3, 4:4
**18.5** [1] - 12:7
**19** [5] - 4:5, 4:6, 5:5, 5:6, 5:7
**19.2** [2] - 11:16, 12:7
**1990** [1] - 21:21
**19th** [1] - 12:1

**2**

**2** [2] - 11:1, 19:11
**2**............................
.....[1] - 5:6
**20** [8] - 4:7, 4:8, 4:9, 4:10, 4:11, 4:12, 4:13, 4:14
**2005** [2] - 8:17, 9:10
**2010** [1] - 11:1
**2011** [2] - 1:7, 6:2
**202** [1] - 2:14
**21st** [1] - 12:5
**22** [3] - 4:15, 4:16, 4:17
**234** [1] - 1:20
**24** [2] - 4:18, 4:19
**25** [1] - 4:20
**26** [1] - 4:21

**3**

**3** [1] - 19:12
**3**............................
.....[1] - 5:7
**311** [1] - 12:8
**315,250,000** [1] - 12:6
**36103** [1] - 1:21
**3701** [1] - 2:4
**374** [1] - 21:21
**3:30** [1] - 1:7

**4**

**4160** [1] - 1:21
**421** [1] - 21:22
**424** [1] - 21:22
**461** [2] - 21:21, 21:22
**47** [1] - 2:7
**4:07** [1] - 26:13

**5**

**500** [1] - 2:19
**504** [1] - 2:20
**51** [1] - 19:18
**51268** [1] - 2:15
**589-7779** [1] - 2:20
**5th** [1] - 21:21

**6**

**6** [7] - 3:5, 3:6, 3:7, 3:8, 3:9, 3:10, 3:11
**60** [1] - 10:8

**7**

**7.5** [1] - 11:12
**70001** [1] - 2:7
**70113** [1] - 1:17
**70119** [1] - 2:4
**70130** [1] - 2:19
**70163** [1] - 2:10
**70505** [1] - 2:15

**8**

**8** [3] - 11:12, 13:4, 13:6
**80** [2] - 17:17, 18:3
**820** [1] - 1:17
**8th** [1] - 16:2

**9**

**919** [1] - 21:20

**A**

**A.M** [1] - 1:7
**ability** [1] - 26:21
**able** [1] - 25:6
**above-entitled** [1] - 26:21
**accommodation** [1] - 25:7
**account** [3] - 11:2, 11:16, 11:18
**act** [1] - 15:6
**acted** [1] - 15:7
**acting** [1] - 14:12
**action** [1] - 13:5
**added** [1] - 12:8
**addition** [2] - 21:18, 23:17
**address** [3] - 12:13, 16:6, 22:3
**addressed** [1] - 22:3
**advised** [1] - 12:21
**affidavits** [3] - 19:15, 19:17, 21:6
**affirmed** [1] - 13:9
**afield** [1] - 23:8
**afternoon** [1] - 6:13
**agree** [5] - 16:9, 17:8, 17:9, 23:23, 25:19
**agreed** [1] - 17:11
**agreement** [1] - 11:20
**agreements** [1] - 12:23
**AJUBITA** [1] - 2:9
**AL** [1] - 1:21
**ALL** [1] - 1:8
**ALLEN** [1] - 1:19
**allocate** [1] - 7:2
**allocating** [1] - 9:5
**allocation** [9] - 7:18, 7:24, 8:12, 8:20, 18:21, 23:20, 24:2, 24:4, 24:21
**Allocation** [10] - 7:5, 7:14, 9:4, 18:2, 18:7, 18:24, 23:7, 23:19, 24:21
**allocations** [2] - 23:11, 23:20
**allowing** [1] - 12:13
**altogether** [1] - 14:10
**amount** [6] - 6:25, 7:2, 7:8, 9:5, 11:5, 25:4
**amounts** [1] - 12:5

**ANDY** [1] - 1:20
**Andy** [1] - 6:16
**anticipate** [1] - 19:5
**appeal** [2] - 19:7, 24:4
**Appeals** [1] - 9:25
**appeals** [1] - 15:15
**APPEARANCES** [2] - 1:14, 2:1
**applied** [1] - 7:6
**apply** [1] - 7:10
**appoint** [1] - 7:4
**appointed** [6] - 7:14, 8:10, 15:19, 15:23, 18:6, 19:19
**appointment** [3] - 8:11, 16:16, 16:23
**appreciate** [2] - 10:11, 21:9
**approach** [1] - 24:22
**appropriate** [1] - 7:3
**ARCENEAUX** [18] - 2:6, 6:19, 16:6, 16:8, 16:13, 16:19, 16:23, 17:5, 17:11, 17:15, 17:24, 18:1, 19:24, 20:1, 20:7, 20:12, 20:19, 20:24
**Arceneaux** [1] - 6:19
**ARCENEAUX**............
............................[7]
- 3:9, 3:22, 3:24, 4:7, 4:9, 4:11, 4:13
**argument** [2] - 9:1, 25:5
**aside** [1] - 13:7
**Associated** [1] - 21:20
**assume** [1] - 15:20, 15:21
**assumed** [1] - 11:4
**AT** [2] - 2:3, 2:6
**attempt** [1] - 14:25
**attention** [4] - 12:9, 12:11, 12:24, 17:10
**ATTORNEY** [2] - 2:3, 2:6
**attorney** [2] - 12:10, 15:2
**attorneys** [3] - 7:11, 15:3, 17:6
**attorneys'** [2] - 6:22, 7:1
**authority** [1] - 14:6
**authorization** [1] - 14:7
**authorizing** [2] - 11:23, 11:24
**AVENUE** [1] - 1:17
**avoid** [1] - 23:23
**aware** [2] - 10:25, 11:9
**awful** [1] - 19:6

**B406** [1] - 2:19
**basis** [1] - 17:17
**bear** [2] - 9:7, 9:9
**BEASLEY** [1] - 1:19
**become** [1] - 21:19
**BEFORE** [1] - 1:12
**beginning** [1] - 10:23
**behalf** [6] - 11:21, 13:3, 15:7, 18:11, 23:2, 24:18
**benefit** [16] - 7:7, 7:9, 7:12, 8:12, 8:20, 13:5, 13:18, 13:19, 14:7, 14:15, 14:18, 15:3, 18:18, 18:19, 18:21, 23:12
**best** [1] - 26:21
**between** [2] - 11:20, 13:22
**BEVERLY** [1] - 2:7
**beyond** [1] - 24:24
**BIRCHFIELD** [2] - 1:20, 6:16
**Birchfield** [2] - 6:16, 11:20
**BIRCHFIELD**............
............................[1]
- 3:7
**Board** [1] - 21:20
**BOX** [1] - 1:21
**brief** [2] - 18:25, 19:2
**briefing** [1] - 8:25
**bring** [7] - 9:6, 9:9, 10:22, 12:9, 12:11, 15:8, 17:9
**broadened** [1] - 8:11
**Brown** [1] - 14:14
**BrownGreer** [1] - 11:18
**Builders** [1] - 21:20
**BY** [6] - 1:16, 1:20, 1:23, 2:13, 2:21, 2:22

**C**

**CALOGERO** [2] - 2:9, 6:20
**Calogero** [1] - 6:20
**CALOGERO**............
............................[1]
- 3:10
**CANAL** [1] - 2:4
**care** [2] - 17:2, 25:15
**case** [18] - 6:8, 6:22, 7:1, 8:17, 9:13, 9:16,

9:18, 10:10, 12:20,
18:17, 21:22, 21:25,
22:1, 22:9, 23:8,
23:11, 23:15, 23:24
**cases** [1] - 7:15
**CASES** [1] - 1:8
**Cathy** [2] - 26:18,
26:24
**CATHY** [1] - 2:18
**CCR** [2] - 2:18, 26:24
**CENTER** [1] - 2:14
**certainly** [2] - 13:24,
23:3
**CERTIFICATE** [1] -
26:17
**CERTIFIED** [1] - 2:18
**Certified** [2] - 26:18,
26:19
**certify** [1] - 26:20
**chance** [1] - 10:16
**change** [1] - 23:20
**changed** [1] - 23:17
**charged** [1] - 13:25
**charging** [1] - 11:5
**check** [3] - 11:1, 11:7,
13:8
**checks** [2] - 11:25,
12:10
**chosen** [2] - 7:4,
15:13
**Chris** [1] - 6:15
**CHRISTOPHER** [1] -
1:23
**Cir** [1] - 21:21
**circuit** [1] - 25:21
**Circuit** [6] - 19:3, 19:6,
22:1, 24:4, 25:17,
26:5
**cite** [1] - 21:24
**claim** [1] - 7:9
**claimants** [3] - 14:17,
23:12, 23:19
**claimed** [2] - 15:3,
22:5
**claiming** [1] - 21:17
**claims** [1] - 25:4
**clarification** [1] -
24:11
**clarify** [1] - 17:16
**clear** [4] - 15:18,
20:13, 20:14, 25:1
**clearly** [1] - 21:22
**CLERK** [3] - 6:7, 6:10,
26:12
**colead** [1] - 22:23
**comfortable** [2] -
10:6, 12:1
**comment** [3] - 10:24,
14:23, 24:13
**comments** [1] - 7:5

**COMMERCE** [1] - 1:20
**Committee** [10] - 7:5,
7:14, 9:4, 18:2, 18:7,
18:8, 18:25, 23:8,
23:19, 24:21
**committee** [1] - 7:16,
7:24, 8:2, 8:7, 14:11,
19:11, 19:16, 25:12
**committees** [1] - 14:6
**common** [17] - 7:6,
7:9, 7:12, 8:12, 8:20,
13:5, 13:18, 13:19,
13:21, 14:7, 14:15,
14:18, 15:3, 18:18,
18:19, 18:21, 23:12
**communications** [1] -
13:22
**compensation** [1] -
17:12
**complete** [3] - 9:24,
20:18, 23:25
**completely** [1] - 26:6
**complied** [1] - 21:2
**comprised** [1] - 7:15
**COMPUTER** [1] - 2:22
**concern** [2] - 14:2,
19:4
**concerned** [6] - 10:21,
10:25, 12:6, 12:10,
14:14, 15:2
**concerns** [2] - 14:10,
14:11
**concluded** [1] - 26:14
**conducted** [2] - 8:22,
21:11
**confer** [1] - 22:22
**conferred** [1] - 17:3
**conferring** [1] - 23:1
**confident** [1] - 8:5
**confidential** [2] -
13:14, 13:15
**conflict** [1] - 24:15
**conflicts** [1] - 24:14
**confused** [3] - 11:3,
11:6, 12:12
**confusion** [1] - 26:7
**consent** [1] - 13:10
**consideration** [1] -
22:16, 26:3
**consistent** [1] - 16:3
**consumed** [1] - 8:19
**contended** [1] - 13:20
**contest** [1] - 19:14
**CONTINUED** [1] - 2:1
**contract** [1] - 25:7
**convened** [1] - 8:7
**cooperate** [2] - 23:3,
25:8
**copies** [1] - 19:20
**correct** [2] - 20:23,

26:20
**costs** [2] - 17:7, 19:18
**COTLAR** [1] - 1:16
**counsel** [25] - 6:11,
7:25, 8:1, 8:3, 8:6,
8:8, 10:16, 10:17,
10:20, 11:5, 15:4,
15:11, 15:12, 15:13,
15:14, 15:17, 15:19,
17:19, 18:11, 18:24,
19:7, 19:21, 22:23,
24:12
**countless** [1] - 9:11
**course** [1] - 8:17
**court** [5] - 10:14,
10:17, 14:13, 19:19,
21:8
**COURT** [36] - 1:1,
2:18, 6:4, 6:8, 6:11,
6:17, 6:21, 12:15,
13:2, 14:22, 15:18,
15:22, 16:3, 16:7,
16:12, 16:18, 16:22,
17:1, 17:6, 17:14,
18:6, 18:16, 19:2,
19:22, 19:25, 22:8,
22:21, 22:24, 23:14,
24:1, 24:3, 24:7,
24:16, 25:11, 25:24,
26:9
**Court** [29] - 9:25,
10:22, 10:25, 11:10,
11:14, 11:17, 11:23,
11:24, 12:2, 12:12,
12:13, 14:9, 14:19,
16:14, 17:18, 18:12,
21:18, 21:21, 21:25,
23:7, 24:12, 25:2,
25:9, 26:19, 26:19,
26:20, 26:24, 26:25
**Court's** [3] - 12:9,
12:11, 14:7
**court-appointed** [1] -
19:19
**COURT....................
..................** [12] -
3:11, 3:13, 3:17,
3:19, 3:21, 3:23, 4:1,
4:3, 4:5, 4:15, 4:18,
4:20
**CPA** [1] - 19:19
**cross** [5] - 15:15,
15:22, 17:24, 20:10,
20:12
**cross-examination** [2]
- 20:10, 20:12
**cross-examine** [1] -
17:22
**cross-examining** [1] -
17:24

**CROW** [1] - 1:19
**CRR** [2] - 2:18, 26:24
**cut** [1] - 9:18

D

**dates** [1] - 10:6
**DAVID** [1] - 2:13
**days** [1] - 10:8
**deadlines** [5] - 8:13,
8:25, 10:3
**deal** [5] - 10:16, 12:3,
18:8, 18:14, 24:13
**dealing** [2] - 8:19,
18:18
**decide** [2] - 18:20,
25:14
**decision** [2] - 25:16,
25:17
**deductions** [1] - 13:18
**delay** [1] - 10:9
**delayed** [1] - 21:13
**demand** [1] - 11:11
**deposition** [2] - 13:13
**depositions** [2] - 7:5,
21:13
**DEPUTY** [3] - 6:7,
6:10, 26:12
**DESCRIPTION** [1] -
5:3
**designate** [1] - 18:8
**designing** [1] - 9:14
**details** [1] - 11:8
**determination** [1] -
21:4
**determined** [1] - 21:9
**detriment** [1] - 21:14
**directed** [1] - 14:25
**disbursed** [2] - 14:13,
14:15
**disbursement** [1] -
19:18
**disc** [1] - 20:8
**disclosure** [2] - 15:16,
19:9
**discover** [1] - 8:16
**discovered** [1] - 15:6
**discovery** [11] - 8:14,
8:22, 8:23, 8:24,
9:12, 12:18, 12:19,
14:20, 21:10, 22:2
**discuss** [3] - 6:21,
10:3, 26:10
**discussion** [1] - 16:20
**discussions** [2] -
9:14, 12:23
**disinterested** [1] -
22:15
**dispute** [1] - 21:23

**dissension** [1] - 24:14
**distributed** [1] - 9:23,
22:11
**distribution** [2] - 8:18,
23:16
**distributions** [1] -
24:8
**DISTRICT** [3] - 1:1,
1:1, 1:12
**District** [3] - 26:20,
26:25
**DOCKET** [1] - 1:6
**DOCUMENT** [1] - 1:8
**documents** [2] - 9:15,
20:18
**done** [2] - 7:12, 25:10
**DRAWER** [1] - 2:15
**DRIVE** [1] - 2:7
**dropped** [1] - 11:11
**due** [2] - 13:21, 15:4

E

**early** [1] - 12:18
**EASTERN** [1] - 1:1
**Eastern** [1] - 26:20
**efficiency** [1] - 23:1
**either** [1] - 17:11
**ELDON** [1] - 1:12
**elect** [1] - 17:20
**elected** [1] - 8:3
**end** [1] - 17:7
**endeavoring** [1] - 10:1
**enter** [1] - 25:7
**entered** [2] - 13:12,
13:13
**entertain** [1] - 15:9
**entities** [1] - 9:8
**entitled** [2] - 22:4,
26:21
**ESQUIRE** [5] - 1:16,
1:20, 1:23, 2:9, 2:13
**establish** [1] - 22:19
**established** [3] - 6:24,
7:8, 23:9
**evidence** [2] - 7:17,
9:8
**evidentiary** [1] - 12:19
**examination** [2] -
20:10, 20:12
**examine** [1] - 17:22
**examining** [1] - 17:24
**except** [2] - 20:2,
20:15
**EXHIBIT** [3] - 5:5, 5:6,
5:7
**Exhibit** [2] - 19:10,
19:12
**expect** [2] - 8:24,

3

15:18
**expected** [1] - 12:6
**expedite** [1] - 19:8
**expeditiously** [1] -
23:4
**experience** [1] - 9:17
**explain** [1] - 24:11
**explained** [2] - 11:15,
18:17
**explaining** [1] - 11:4
**explicitly** [1] - 14:8
**expressed** [1] - 14:7
**expressing** [1] - 9:22
**extent** [1] - 9:13
**extremely** [1] - 24:19

**F**

**F.2d** [1] - 21:20
**FAC** [3] - 14:5, 17:17,
17:18
**faced** [1] - 15:14
**fact** [2] - 18:11, 18:23
**fairly** [1] - 22:3
**Fallon** [1] - 6:13
**FALLON** [1] - 1:12
**familiar** [2] - 9:12,
9:16
**far** [5] - 8:21, 15:2,
20:17, 23:8, 25:5
**fashion** [1] - 12:24
**FEBRUARY** [2] - 1:7,
6:2
**February** [2] - 8:17,
16:2
**Fee** [10] - 7:4, 7:14,
9:3, 18:2, 18:7,
18:24, 23:7, 23:18,
24:20
**fee** [18] - 7:7, 7:8,
7:10, 7:12, 8:12,
8:20, 16:19, 17:9,
17:10, 18:18, 18:19,
18:21, 19:11, 19:16,
19:17, 21:23, 22:10
**fees** [10] - 6:22, 7:1,
13:5, 13:19, 13:25,
16:17, 16:21, 21:7,
22:5, 23:16
**felt** [5] - 7:9, 7:11,
7:20, 8:16, 16:9
**Fifth** [6] - 19:3, 19:6,
22:1, 24:4, 25:17,
26:5
**file** [3] - 18:25, 19:2,
24:3
**filed** [2] - 13:5, 24:8
**filing** [1] - 21:15
**filled** [1] - 20:16

**filled-in** [1] - 20:16
**final** [1] - 9:18
**fine** [5] - 12:15, 17:14,
19:22, 22:8, 25:11
**finished** [2] - 8:23,
26:10
**firms** [2] - 17:11,
21:14
**first** [1] - 7:4
**focused** [1] - 6:24
**followed** [1] - 6:11
**FOR** [2] - 1:16, 2:3
**foregoing** [1] - 26:20
**form** [1] - 12:24
**formal** [1] - 20:8
**formula** [1] - 24:21
**formulate** [1] - 22:17
**forth** [1] - 10:22
**forward** [3] - 10:12,
18:14
**frivolous** [1] - 18:13
**fund** [6] - 9:23, 13:5,
13:19, 13:21, 14:7,
14:12, 14:18, 23:12
**funds** [5] - 13:17,
13:20, 14:15, 21:16,
24:14

**G**

**GARDEN** [1] - 2:7
**given** [5] - 18:23,
19:20, 20:17, 20:20,
25:9
**gleaned** [1] - 9:9
**great** [2] - 14:2, 24:13
**Greer** [1] - 14:15
**grid** [4] - 20:3, 20:4,
20:22, 23:7
**grids** [2] - 19:12,
20:16
**group** [1] - 25:1
**guide** [1] - 19:17
**guidelines** [1] - 23:9

**H**

**handful** [1] - 15:5
**handwritten** [1] - 11:8
**happy** [2] - 13:1, 23:24
**HARDING** [2] - 2:14,
2:14
**hear** [2] - 10:3, 22:14
**heard** [1] - 14:9
**HEARD** [1] - 1:12
**hearing** [2] - 9:1,
19:20
**Hearing** [1] - 19:10

**HEARING** [3] - 5:5,
5:6, 5:7
**Hensley** [1] - 21:22
**hereby** [1] - 26:20
**HERMAN** [20] - 1:16,
1:16, 6:13, 13:1,
13:3, 14:23, 17:22,
17:25, 18:2, 18:10,
18:23, 19:4, 20:5,
20:10, 20:14, 20:23,
20:25, 22:20, 22:22
**Herman** [6] - 6:13,
11:20, 14:5, 14:11,
17:16, 25:1
**HERMAN..................**
**..................** [12] -
3:5, 3:14, 3:16, 3:25,
4:2, 4:4, 4:6, 4:8,
4:10, 4:12, 4:14,
4:16
**High** [1] - 21:3
**holdings** [1] - 21:24
**Honor** [21] - 10:19,
10:20, 13:1, 13:10,
14:1, 14:24, 15:8,
15:9, 15:25, 16:8,
16:21, 18:10, 19:4,
19:8, 19:24, 21:1,
21:10, 21:15, 22:25,
24:6, 25:23
**Honor's** [2] - 18:4,
21:2
**HONORABLE** [1] -
1:12
**hundred** [1] - 7:11

**I**

**imparted** [1] - 9:7
**imperative** [1] - 23:5
**important** [1] - 24:22
**IN** [2] - 1:4, 6:4
**inappropriate** [1] -
7:20
**include** [1] - 8:12
**included** [1] - 19:15
**including** [3] - 14:16,
15:3, 21:6
**independent** [1] - 9:4
**indicated** [2] - 15:12,
26:7
**indicates** [1] - 21:22
**indicating** [2] - 8:4,
8:15, 14:4
**individual** [1] - 24:25
**individuals** [4] - 7:6,
8:18, 15:13, 18:8
**information** [6] - 9:7,
9:9, 9:16, 9:17,

10:12, 22:15
**inherent** [1] - 24:15
**instead** [2] - 12:6,
12:7
**interest** [1] - 23:1
**interested** [5] - 9:21,
22:12, 22:13, 22:14,
25:19
**interim** [3] - 21:15,
23:16, 24:8
**introduce** [1] - 6:11
**invade** [1] - 14:6
**invasion** [1] - 14:18
**invite** [2] - 7:5, 7:6
**invited** [1] - 7:9
**involved** [1] - 12:22
**issue** [11] - 6:21,
10:21, 12:13, 12:14,
12:23, 15:4, 16:19,
18:25, 19:7, 24:19,
25:8
**issued** [2] - 12:2, 19:5
**issues** [2] - 12:19,
15:8, 15:15
**items** [1] - 8:16

**J**

**January** [1] - 12:5
**Johnson** [1] - 21:3
**JR** [2] - 1:20, 2:9
**Judge** [1] - 6:13
**judge** [2] - 23:3
**JUDGE** [1] - 1:12
**judgment** [1] - 13:6
**July** [1] - 11:10
**juncture** [1] - 24:18
**JUNEAU** [2] - 2:13,
2:13
**Juneau** [15] - 8:9,
8:10, 8:13, 8:24,
10:2, 19:21, 21:5,
22:6, 22:18, 23:4,
23:21, 24:20, 25:2,
25:13, 25:15
**Juneau's** [1] - 22:10
**jurisdiction** [7] -
18:12, 18:15, 18:16,
18:17, 18:18, 18:20,
18:23
**jurisdictional** [1] -
25:5
**justified** [1] - 7:12
**justifying** [1] - 6:25

**K**

**Katherine** [1] - 10:19

**KATZ** [1] - 1:16
**keep** [1] - 17:7
**knowledge** [1] - 13:24

**L**

**LA** [5] - 1:17, 2:4, 2:7,
2:10, 2:15
**lack** [2] - 18:12, 18:15
**LAFAYETTE** [1] - 2:15
**laid** [1] - 23:4
**large** [1] - 21:12
**LAW** [2] - 2:3, 2:6
**law** [2] - 21:14, 23:8
**lawyers** [1] - 21:7
**lead** [9] - 7:25, 8:1,
8:3, 8:5, 8:8, 10:20,
15:13, 18:24, 24:12
**learned** [7] - 15:4,
15:11, 15:12, 15:13,
18:11, 19:7, 19:20
**least** [1] - 13:7
**leave** [1] - 26:10
**LEFTWICH** [1] - 2:9
**less** [1] - 12:7
**letter** [7] - 8:2, 8:4,
8:15, 11:3, 11:10,
17:18, 21:2
**level** [1] - 25:3
**LIABILITY** [1] - 1:5
**liaison** [10] - 7:25, 8:3,
8:5, 8:8, 10:20, 11:5,
15:14, 18:24, 24:12
**limited** [1] - 24:14
**list** [3] - 15:22, 16:8,
16:13
**listed** [1] - 16:1
**LITIGATION** [1] - 1:5
**lodestar** [6] - 24:22,
24:24, 26:2, 26:3,
26:4
**look** [4] - 8:23, 17:10,
18:6, 24:5
**looking** [1] - 10:12
**LOUISIANA** [3] - 1:1,
1:6, 2:19
**Louisiana** [2] - 26:19,
26:20

**M**

**majority** [3] - 8:4,
15:12, 17:3
**Margaret** [2] - 6:18,
14:1
**MARGARET** [1] - 2:3
**Master** [3] - 8:9, 8:11,
21:5

**MASTER** [1] - 2:13
**material** [2] - 20:1, 20:20
**materials** [3] - 19:15, 19:21, 20:15
**matter** [16] - 8:10, 11:6, 14:2, 14:8, 14:20, 15:1, 15:5, 18:10, 21:4, 21:9, 21:13, 21:18, 21:23, 22:21, 26:3, 26:22
**matters** [3] - 10:9, 10:15, 26:4
**MDL** [2] - 6:10, 13:6
**mean** [2] - 16:4, 17:22
**MECHANICAL** [1] - 2:21
**meet** [7] - 7:17, 8:8, 8:13, 10:17, 14:25, 22:18
**meeting** [1] - 8:7
**meetings** [1] - 9:11
**meets** [1] - 10:2
**mention** [1] - 12:3
**mentioned** [1] - 6:23
**Merit** [1] - 26:19
**meruit** [1] - 17:12
**met** [2] - 17:3, 18:2
**METAIRIE** [1] - 2:7
**method** [3] - 9:5, 9:22, 25:10
**methodology** [2] - 23:6, 24:24
**METHVIN** [1] - 1:19
**might** [2] - 14:9, 14:15
**Mike** [1] - 11:2
**MILES** [1] - 1:19
**million** [5] - 11:16, 12:7, 12:8, 14:15
**mini** [2] - 21:19, 23:23
**minimal** [1] - 25:3
**money** [4] - 11:5, 11:18, 11:24, 12:4
**monies** [1] - 13:24
**MONTGOMERY** [1] - 1:21
**month** [1] - 8:24
**most** [2] - 15:16, 21:19
**motion** [3] - 18:25, 21:15, 24:8
**move** [1] - 10:9
**MR** [59] - 3:5, 3:6, 3:7, 3:9, 3:10, 3:14, 3:16, 3:22, 3:24, 3:25, 4:2, 4:4, 4:6, 4:7, 4:8, 4:9, 4:10, 4:11, 4:12, 4:13, 4:14, 4:16, 6:13, 6:15, 6:16, 6:19, 6:20, 13:1,

13:3, 14:23, 16:6, 16:8, 16:13, 16:19, 16:23, 17:5, 17:11, 17:15, 17:22, 17:24, 17:25, 18:1, 18:2, 18:10, 18:23, 19:4, 19:24, 20:1, 20:5, 20:7, 20:10, 20:12, 20:14, 20:19, 20:23, 20:24, 20:25, 22:20, 22:22
**MS** [21] - 3:8, 3:12, 3:15, 3:18, 3:20, 4:17, 4:19, 4:21, 6:18, 10:19, 14:1, 15:21, 15:25, 22:25, 23:15, 24:2, 24:6, 24:10, 24:17, 25:23, 26:6
**multiplicity** [1] - 15:15
**Murphy** [1] - 21:3

**N**

**names** [1] - 16:13
**necessarily** [2] - 13:16, 17:2
**necessary** [1] - 9:15
**necessity** [1] - 18:5
**need** [7] - 10:18, 14:20, 17:14, 18:7, 22:8, 24:23, 25:1
**needed** [2] - 8:16, 21:4
**negotiate** [3] - 13:10, 16:21, 24:25
**negotiated** [1] - 11:25
**negotiating** [1] - 11:21
**negotiation** [2] - 13:12, 13:14
**never** [1] - 11:25
**NEW** [6] - 1:6, 1:17, 1:24, 2:4, 2:10, 2:19
**new** [2] - 20:3, 20:4
**next** [1] - 7:1
**NO** [1] - 1:6
**non** [1] - 18:3
**non-objectors** [1] - 18:3
**nonetheless** [1] - 18:13
**noninterested** [1] - 22:11
**nonobjecting** [2] - 21:14, 23:19
**nonparticipant** [1] - 9:5
**note** [2] - 11:8, 17:15
**nothing** [1] - 14:4

**notice** [4] - 14:16, 14:19, 15:2, 15:4
**nowhere** [1] - 11:14
**NPC** [1] - 11:21
**Number** [1] - 15:11
**number** [5] - 7:22, 8:15, 13:3, 21:12, 21:14
**numbered** [1] - 26:21
**NY** [1] - 1:24

**O**

**O'KEEFE** [1] - 1:17
**object** [3] - 7:20, 9:20, 9:21
**objected** [4] - 13:4, 15:5, 21:16, 23:18
**objecting** [1] - 11:4
**objection** [4] - 11:13, 12:3, 12:16, 12:21
**objections** [6] - 7:22, 13:11, 13:18, 18:15, 22:6, 22:14
**objective** [1] - 24:20
**objector** [5] - 13:8, 13:23, 20:16, 20:17, 21:5
**objectors** [34] - 6:17, 7:25, 8:4, 8:5, 8:15, 10:21, 12:17, 12:21, 13:4, 13:7, 13:17, 13:20, 14:3, 14:16, 15:13, 15:19, 15:20, 15:22, 15:23, 16:1, 16:4, 16:15, 17:3, 17:9, 18:3, 18:12, 21:6, 21:11, 21:17, 22:4, 23:17, 24:12, 24:18, 24:25
**OBJECTORS** [1] - 2:3
**obviously** [1] - 13:15
**occasions** [1] - 20:15
**occurred** [1] - 14:21
**October** [1] - 12:1
**OF** [2] - 1:1, 1:11
**offer** [1] - 19:10
**offered** [2] - 20:15, 20:16
**OFFICE** [1] - 1:21
**Official** [2] - 26:19, 26:24
**OFFICIAL** [1] - 2:18
**Oil** [1] - 21:3
**ONE** [1] - 1:24
**one** [10] - 9:19, 14:11, 14:23, 15:11, 16:14, 16:15, 17:13, 19:17, 21:25, 23:18

**OPEN** [1] - 6:4
**open** [2] - 9:20, 10:17
**openness** [1] - 10:23
**operation** [1] - 14:10
**opinion** [9] - 6:25, 9:22, 10:8, 22:17, 25:20, 25:21, 25:22, 25:24
**opinions** [1] - 9:12
**opportunity** [6] - 9:20, 10:24, 12:17, 21:9, 22:2, 24:9
**opposite** [3] - 15:17, 19:7, 19:21
**opposition** [1] - 19:12
**oral** [1] - 21:8
**order** [11] - 11:17, 11:23, 12:2, 13:5, 14:13, 16:1, 16:2, 18:4, 18:17, 19:8, 25:8
**ordering** [1] - 11:17
**orders** [1] - 12:23
**Orleans** [1] - 21:20
**ORLEANS** [5] - 1:6, 1:17, 2:4, 2:10, 2:19
**ought** [1] - 15:16
**ourselves** [1] - 25:7
**outlined** [1] - 11:20
**outset** [1] - 25:2
**owe** [1] - 16:17
**own** [1] - 25:4

**P**

**p.m** [1] - 26:13
**P.O** [1] - 2:15
**package** [1] - 19:19
**PAGE** [2] - 3:3, 5:3
**paid** [1] - 16:25
**Parish** [1] - 21:20
**part** [1] - 19:20
**partial** [1] - 21:15
**participated** [1] - 9:13
**participating** [1] - 9:10
**particular** [1] - 25:4
**parties** [3] - 10:4, 22:13, 22:14
**party** [3] - 19:16, 22:12, 22:15
**Pascal** [1] - 6:20
**PASCAL** [1] - 2:9
**Pat** [4] - 8:9, 8:10, 10:2, 26:10
**PATRICK** [1] - 2:13
**payment** [2] - 11:24, 12:3
**payments** [1] - 21:15

**people** [5] - 7:15, 9:20, 16:9, 17:17, 17:20
**PEPPER** [1] - 2:18
**Pepper** [3] - 26:18, 26:23, 26:24
**percent** [4] - 11:12, 13:4, 13:6
**perhaps** [5] - 8:25, 10:4, 16:6, 17:15, 22:25
**perplexing** [1] - 18:11
**person** [2] - 16:15, 16:17
**petition** [1] - 19:11
**phase** [2] - 8:22, 22:9
**placed** [2] - 13:21, 16:19
**places** [1] - 10:6
**plaintiff** [1] - 7:24
**PLAINTIFFS** [1] - 1:16
**plaintiffs** [3] - 6:11, 6:14, 6:15
**plaintiffs'** [1] - 8:2
**plan** [1] - 23:3
**plugged** [1] - 8:21
**point** [11] - 9:3, 15:9, 15:11, 17:23, 19:8, 19:17, 20:16, 23:6, 24:7, 24:19, 25:25
**pointed** [1] - 14:3
**poll** [1] - 18:3
**portion** [1] - 7:10
**PORTIS** [1] - 1:19
**position** [2] - 6:25, 24:25
**possession** [1] - 12:10
**possibility** [1] - 23:16
**POST** [1] - 1:21
**posted** [1] - 7:19
**POYDRAS** [2] - 2:10, 2:19
**prediscovery** [1] - 21:12
**prejudice** [1] - 16:10
**presentation** [1] - 20:9
**presentations** [3] - 19:12, 19:16, 21:8
**preserves** [1] - 21:16
**presided** [1] - 12:17
**pressed** [1] - 11:8
**private** [1] - 11:19
**problem** [1] - 16:15
**proceeded** [1] - 12:20
**proceedings** [3] - 11:19, 26:13, 26:21
**PROCEEDINGS** [3] - 1:11, 2:21, 6:1

**process** [9] - 6:24, 7:3, 7:4, 7:23, 8:14, 9:10, 21:2, 23:8, 24:2
**PRODUCED** [1] - 2:22
**PRODUCTS** [1] - 1:4
**Professional** [1] - 26:19
**proper** [1] - 9:5
**properly** [1] - 15:7
**provided** [1] - 21:5
**PSC** [1] - 11:11
**PTO** [1] - 19:18
**published** [1] - 13:16
**purposes** [1] - 24:11
**pursue** [1] - 25:10
**pursuing** [1] - 14:20
**put** [2] - 6:23, 7:23
**putting** [1] - 16:10

**Q**

**quantum** [1] - 17:12
**quickly** [4] - 21:10, 22:3, 22:7, 22:22
**quite** [1] - 15:7

**R**

**raise** [1] - 14:8
**raised** [2] - 18:12, 18:24
**RE** [1] - 1:4
**re** [1] - 6:10
**reach** [1] - 25:6
**really** [6] - 8:22, 10:8, 14:10, 17:1, 18:6, 25:15
**REALTIME** [1] - 2:18
**Realtime** [1] - 26:18
**reason** [1] - 18:18
**reasons** [1] - 23:18
**rebate** [1] - 11:22
**received** [11] - 7:21, 8:2, 8:3, 8:15, 8:16, 11:1, 11:7, 13:8, 13:23, 21:6, 21:7
**receiving** [2] - 10:12, 13:20
**recognize** [1] - 25:6
**recommendation** [10] - 7:17, 9:2, 9:3, 9:4, 22:10, 22:11, 22:13, 25:14, 25:20, 25:25
**recommendations** [2] - 9:6, 26:1
**recommended** [1] - 23:7

**recommends** [4] - 25:13, 25:15, 25:16
**record** [15] - 6:9, 9:23, 9:25, 11:14, 11:17, 11:22, 13:9, 14:4, 14:24, 16:11, 17:16, 20:13, 20:14, 20:20, 26:21
**recorded** [2] - 21:8
**RECORDED** [1] - 2:21
**records** [3] - 16:4, 19:16, 24:23
**redistributed** [1] - 23:13
**redrafting** [1] - 24:21
**reduced** [1] - 13:19
**reflect** [1] - 20:20
**regard** [2] - 11:9, 18:4
**regards** [3] - 13:14, 13:18, 13:22
**Registered** [2] - 26:18, 26:19
**RELATES** [1] - 1:8
**relates** [1] - 14:11
**report** [2] - 16:14, 17:21
**reporter** [1] - 21:8
**Reporter** [6] - 26:18, 26:19, 26:19, 26:24
**REPORTER** [2] - 2:18, 2:18
**REPORTER'S** [1] - 26:17
**represent** [3] - 15:19, 15:23, 17:17
**representatives** [1] - 8:8
**represented** [2] - 12:16, 15:3
**representing** [2] - 15:20, 23:19
**represents** [2] - 15:12, 15:17
**request** [1] - 16:21
**require** [1] - 23:25
**requiring** [1] - 21:23
**resolution** [1] - 23:5
**resolutions** [1] - 13:16
**resolve** [2] - 13:10, 14:25
**resolved** [2] - 12:19, 13:17
**resources** [1] - 19:6
**respectfully** [2] - 15:16, 21:19
**respond** [3] - 13:1, 17:25, 24:9
**rest** [2] - 14:16, 20:22
**return** [1] - 13:17
**returning** [1] - 24:24

**revamped** [1] - 23:21
**rise** [2] - 6:7, 26:12
**RMR** [2] - 2:18, 26:24
**Robert** [1] - 6:19
**ROBERT** [1] - 2:6
**role** [1] - 24:12
**ROOM** [1] - 2:19
**rubber** [1] - 9:19
**rules** [1] - 19:6
**Russ** [2] - 6:13, 20:24
**RUSS** [1] - 1:16

**S**

**s/Cathy** [1] - 26:23
**SALZER** [1] - 2:9
**satisfied** [1] - 17:4
**save** [1] - 19:3
**saw** [1] - 7:18
**schedule** [1] - 10:5
**scheme** [1] - 17:12
**School** [1] - 21:20
**scope** [1] - 8:11
**searched** [1] - 11:22
**seated** [1] - 6:8
**second** [1] - 14:14
**secondly** [1] - 18:10
**see** [2] - 7:20, 10:4
**Seeger** [2] - 6:15, 11:21
**SEEGER** [3] - 1:23, 1:23, 6:15
**SEEGER.................... .................... [1] - 3:6
**select** [2] - 7:24, 7:25
**selection** [1] - 8:5
**send** [1] - 24:5
**sensitive** [1] - 24:19
**sent** [2] - 11:3, 11:19
**sentencing** [1] - 10:15
**September** [1] - 11:1
**serious** [1] - 14:10
**set** [4] - 8:25, 13:6, 17:10, 18:19
**settlement** [4] - 8:17, 9:14, 13:13, 13:15
**several** [1] - 6:23
**show** [2] - 14:24, 15:6
**side** [2] - 9:19
**sides** [2] - 10:11, 10:18
**signaled** [1] - 21:12
**signed** [1] - 11:17
**similar** [1] - 21:24
**simply** [1] - 9:10
**single** [1] - 15:2
**site** [2] - 6:23, 7:19
**six** [1] - 9:13

**SNAPKA** [1] - 10:19
**Snapka** [5] - 10:19, 13:8, 13:23, 13:25, 14:3
**SNAPKA.................... .................... [1] - 3:12
**sort** [3] - 11:23, 12:3, 17:8
**sought** [1] - 21:7
**SPEAKERS** [1] - 3:3
**Special** [3] - 8:9, 8:11, 21:5
**SPECIAL** [1] - 2:13
**speculation** [1] - 14:2
**spend** [1] - 19:6
**stage** [1] - 8:19
**stamp** [1] - 9:19
**standpoint** [3] - 7:21, 17:1
**start** [1] - 23:25
**start-over** [1] - 23:25
**started** [1] - 8:23
**state** [1] - 17:16
**State** [1] - 26:19
**statements** [1] - 19:11
**STATES** [2] - 1:1, 1:12
**States** [2] - 26:20, 26:25
**stay** [1] - 19:5
**steering** [1] - 7:16
**STENOGRAPHY** [1] - 2:21
**step** [1] - 7:1
**Stratton** [5] - 11:9, 12:2, 12:16, 13:3, 13:9, 13:12, 13:15, 13:22, 13:23, 13:25, 14:25
**Stratton's** [2] - 11:2, 11:18
**STREET** [6] - 1:20, 1:24, 2:4, 2:10, 2:14, 2:19
**stressed** [1] - 10:23
**strike** [1] - 26:7
**strong** [1] - 21:1
**structure** [1] - 7:23
**study** [1] - 8:12
**studying** [1] - 22:15
**stuff** [2] - 20:2, 20:3, 20:7
**subject** [1] - 23:12
**submit** [1] - 20:10
**submitted** [3] - 9:8, 19:15, 21:6
**suggestion** [1] - 10:2
**SUITE** [2] - 2:4, 2:14
**Sulfur** [1] - 21:3

**summaries** [1] - 19:18
**summation** [1] - 23:2
**supervise** [1] - 8:24
**supervising** [1] - 9:14
**supposed** [1] - 13:14
**Supreme** [2] - 21:21, 21:25
**system** [3] - 19:17, 23:7, 23:20

**T**

**table** [2] - 16:20, 25:6
**telegraphed** [1] - 19:13
**terms** [1] - 21:10
**THE** [52] - 1:12, 1:16, 2:3, 2:14, 3:11, 3:13, 3:17, 3:19, 3:21, 3:23, 4:1, 4:3, 4:5, 4:15, 4:18, 4:20, 6:7, 6:8, 6:10, 6:11, 6:17, 6:21, 12:15, 13:2, 14:22, 15:18, 15:22, 16:3, 16:7, 16:12, 16:18, 16:22, 17:1, 17:6, 17:14, 18:6, 18:16, 19:2, 19:22, 19:25, 22:8, 22:21, 22:24, 23:14, 24:1, 24:3, 24:7, 24:16, 25:11, 25:24, 26:9, 26:12
**themselves** [1] - 6:12
**theory** [1] - 10:1
**thereabouts** [1] - 7:11
**therefore** [2] - 11:12, 13:19
**they've** [1] - 22:5
**THIS** [1] - 1:8
**thousand** [1] - 9:16
**three** [3] - 8:18, 15:19, 19:17
**THURSDAY** [2] - 1:7, 6:2
**Thursday** [1] - 10:15
**TO** [1] - 1:8
**today** [3] - 6:21, 8:7, 20:21
**together** [1] - 10:4
**took** [2] - 13:12, 13:13
**total** [4] - 6:25, 7:8, 12:5, 12:8
**totals** [1] - 19:18
**transcript** [2] - 11:19, 26:21
**TRANSCRIPT** [2] - 1:11, 2:21
**transfer** [1] - 11:18

transferred [1] - 11:16
transparency [2] - 10:23, 12:12
transpired [2] - 14:4, 14:9
trial [6] - 11:7, 19:19, 21:19, 21:23, 23:23
trials [1] - 9:13
tried [2] - 7:15, 9:13
true [2] - 17:20, 26:20
trust [2] - 11:2, 11:16
try [1] - 10:17
two [6] - 8:3, 9:6, 9:8, 19:17, 20:15, 21:24

## U

U.S [3] - 21:21, 21:22, 21:25
ultra [2] - 14:12, 15:6
unanimous [4] - 13:10, 16:23, 16:24, 17:2
unanimously [1] - 18:3
understood [1] - 25:11
United [2] - 26:20, 26:25
UNITED [2] - 1:1, 1:12
unsustainable [1] - 23:10
up [2] - 9:24, 12:8
uses [1] - 26:3

## V

values [1] - 12:12
various [1] - 13:17
view [1] - 18:21
views [2] - 7:6, 9:21
VIOXX [1] - 1:4
Vioxx [3] - 6:10, 6:22, 7:1
vires [2] - 14:12, 15:6
voiced [1] - 22:6
volume [1] - 19:16
voluntarily [1] - 10:5
vote [1] - 17:19
voted [2] - 17:18, 18:3

## W

wants [1] - 15:9
web [2] - 6:23, 7:19
WEISS [1] - 1:23
welcome [1] - 20:25
whatsoever [1] - 14:6

WHEREUPON [1] - 26:13
WILLIAM [1] - 1:24
wire [1] - 11:18
wishes [1] - 9:24
withdrawal [1] - 13:4
withdrawing [1] - 11:12
withdrew [1] - 12:21
Woodward [2] - 6:18, 14:1
WOODWARD [13] - 2:3, 6:18, 14:1, 15:21, 15:25, 22:25, 23:15, 24:2, 24:6, 24:10, 24:17, 25:23, 26:6
WOODWARD............. ............................. [7] - 3:8, 3:15, 3:18, 3:20, 4:17, 4:19, 4:21
write [2] - 9:22, 25:20
writing [2] - 13:9, 22:5
written [3] - 9:11, 11:1, 11:10
wrote [1] - 6:24

## Y

year [1] - 8:19
years [1] - 8:18
YORK [1] - 1:24