# EXHIBIT A

```
 1    17th status conference, quote:
 2              "The only thing I know of it
 3         is that there was an objection to
 4         the total sum of the common
 5         benefit fund, that Mr. Stratton
 6         represented the objectors and I
 7         presided or I gave them an
 8         opportunity to do some discovery
 9         early.  They did some discovery.
10         They had some issues.  I resolved
11         the discovery issues, the
12         evidentiary issues.  They
13         proceeded on with the case.  I was
14         advised that the objectors
15         withdrew the objection.  That's
16         all I know of it.  I wasn't
17         involved in any discussions or
18         agreements.  That's why I didn't
19         issue any orders."
20       A.    No.
21       Q.    And who authorized the transfer by
22   BrownGreer to Michael Stratton of $18,549,236.85?
23       A.    The NPC and Merck.
24       Q.    Who made the call to BrownGreer or
25   wrote the letter to BrownGreer or issued the
```

Page 74

1    instructions for that transfer?
2         A.    I did.
3         Q.    Anybody at BrownGreer question you
4    on whether you had a court order for that?
5         A.    Not that I recall.
6         Q.    Okay.  Who on the FAC was aware of
7    the Stratton agreement?
8         A.    I think all of the members of the
9    Fee Allocation Committee were aware.
10        Q.    Did all of them approve that
11   agreement?
12        A.    As far as I know, yes.
13        Q.    In what context did you discuss the
14   deal, if you did, before it was confected in this
15   July 27th transcript?
16        A.    The Fee Allocation Committee, we had
17   ongoing discussions about a number of issues,
18   including this one.  I don't recall the -- I
19   don't recall the specifics of those discussions,
20   other than, you know, there were no -- no
21   objections to -- to this agreement.
22        Q.    So, everybody on the FAC knew about
23   it?
24        A.    Yes.
25        Q.    What about the PSC, did everybody on

```
 1   the PSC know about it?
 2        A.    No.
 3        Q.    Did any members of the PSC who were
 4   not also on the FAC know about it?
 5        A.    Well, the -- I can't say, you know,
 6   who -- who knew and who did not.  We had -- we
 7   had regular PSC, you know, meetings, you know,
 8   every month when Judge Fallon would -- would
 9   conduct his status conference.  The PSC members
10   that were present would meet and those would be,
11   you know, oftentimes informal meetings, but I
12   know that the members of the PSC, you know, that
13   were -- were present would have been informed of
14   the development.
15             MS. WOODWARD:
16                  At this time, I'd like to
17             offer as an attachment and exhibit
18             to Mr. Birchfield's deposition
19             documents I'm identifying as B1,
20             the July 27th, 2010, transcript
21             and B2, the letter of July 28,
22             2010.
23                  (Whereupon, Exhibit B1 and
24             Exhibit B2 were marked for
25             identification.)
```