- **Hematology & Oncology Consultant - Suzanne V Wolanin-Saifi MD**

   ☆☆☆☆☆ Not Rated

  4400 Carlisle Pike, Camp Hill, PA 17011
  http://www.pinnaclehealth.org...
  (717) 975-9800

Improve this Listing | Business Owners Update Information

## Business Details

**Categories** (Edit)
Physicians & Surgeons, Family & General Practice Physicians & Surgeons

**Additional Information**
Family Medicine Centers

**Products & Services** (Edit)
- Adult, Geriatric, Maternity, Newborn, Pediatric & Teen Care
- Family Medicine Centers
- Healthcare Services for the Entire Family
- Minor Surgery

Licensed



View Website



### Are You the Business Owner?

Claim your free business listing on Superpages.com and add important information about your business online. The more reviews and additional information you provide about your business, the easier it will be for customers to find you online.

- Manage your reviews and ratings
- Create coupons
- Connect with customers



Data provided by one or more of the following: SuperMedia, Acxiom, Infogroup.

FIND DEALS ON THE GO. GET OUR DEALS BY CITYSEARCH APP!   LOG IN | REGISTER | FOLLOW US

 Citysearch | What are you looking for? | Harrisburg, PA Metro | GO! | ADVERTISE WITH US

**HARRISBURG, PA METRO** | NEW DEALS | RESTAURANTS | BARS & CLUBS | SPA & BEAUTY | MOBILE | MORE | WRITE A REVIEW

Harrisburg, PA Metro > Wolanin Saifi, Suzanne, Md - Hematology & Oncology Conslnt

## Wolanin Saifi, Suzanne, Md - Hematology & Oncology Conslnt

print | favorite | send to | share

**(717) 975-9800**
4400 Carlisle Pike
Camp Hill, PA 17011

Get Map & Directions »


Be the first
ADD A PHOTO

Own this Business?
Suggest Correction



**THINGS TO DO NEARBY WOLANIN SAIFI, SUZANNE, MD - HEMATOLOGY & ONCOLOGY CONSLNT**

- Restaurants
- Hotels
- Bars
- Movie Theaters
- Department Stores
- Shopping & Malls
- Grocery Stores
- Pharmacies
- Florists
- Banks

Last updated 8.24.11

**Category:**
Doctors, Family Doctors, Nurses, Nurse Practitioners, Unclassified

view more

Write a Review

Ads by CityGrid




AdChoices
The Premier Rewards Gold Card
Earn 10,000 Membership Rewards Bonus Points
TAKE CHARGE
APPLY NOW
Advertisement

| OVERVIEW | MAP & DIRECTIONS |

There are no reviews yet. Be the first to write a review!

Write a Review


Deals by Citysearch
View Local Deals

**RECENT REVIEWS IN HARRISBURG, PA METRO**

Pronto Plumbing
1111 Primrose Ave, Camp Hill, PA

Comfort Inn Riverfront
525 South Front St., Harrisburg, PA



Advertisement

3 Musketeers™ now has more chocolate taste than before.
Learn More ►

| | MORE INFO | | CONTACT |
|---|---|---|---|
| Nearby Cities | • About Citysearch | • Sign up for our Local Newsletter | • Contact Us |
| To Do in Harrisburg | • Press Center | • Mobile Applications | • Site Feedback |
| Harrisburg Services | • Careers | • U.S. City Guides | • Advertise With Us |
| Harrisburg RSS Feeds | • Privacy Policy | • Best of Citysearch | • Become a CityGrid Publisher |
| Twitter and Facebook Directory | • Terms of Use | • Local Lists | • Merchant MyAccount |
| | • Help | • Directory & Services | |
| | • Site Guide | • Other Cities | |

Partner Sites: Ask Kids -Bloglines -Expedia -Hotels -Hotwire -Insider Pages -MerchantCircle -Reference -The Daily Beast -Thesaurus -Urbanspoon

Citysearch is a registered trademark of Bluefoot Ventures Inc., and is used under license. © 2011 CityGrid Media. All rights reserved.
©2011 MapQuest Inc. Map data ©2011 NAVTEQ or TeleAtlas.

infogroup/OneSource

OneSource Website | OneSource Free Trial |

○ Companies ○ People  Search [search]

**PEOPLE    COMPANIES    INDUSTRIES**

BROWSE BY NAME

Home / People / Suzanne Wolanin Saifi

### Suzanne Wolanin Saifi

| | |
|---|---|
| Company: | **Hematology & Oncology Consultant** |
| Executive title(s): | Contact |
| State: | **Pennsylvania** |
| Industry: | **Healthcare Facilities** |
| Description: | Suzanne Wolanin Saifi is Contact of Hematology & Oncology Consultant. With a free trial subscription you can view Suzanne's email addresses ( @ Hematology & Oncology Consultant's domain ) and you can see emails of other executives at Hematology & Oncology Consultant. Other information includes Suzanne Wolanin Saifi's email, phone, and extension. Similar names to Wolanin Saifi can be found in the Executive Directory. (More) |

Get Information on Suzanne Wolanin Saifi and other executives

Hematology & Oncology Consultant CEO, CFO and other executives

**Project Management Cert.**
Become a Project Mgmt Professional. PMP® & CAPM® Courses, 100% Online.
VillanovaU.com/ProjectManagement                    AdChoices ▷

**People with similar names:**

1. Wolan Alan - Gocard
2. Wolan Conrad - United Cerebral Palsy And Handicapped Children's Association Of Chemung County
3. Wolan Dale - Galeana Chrysler Jeep KIA
4. Wolan Diane - Nowcare II-Bayview
5. Wolan Renata - Northern Virginia Vision Center
6. Wolan Sarah - United Way Of Central Illinois Inc
7. Wolan Steven - Patton Wolan Carlise LLP
8. Wolanchuk Karen - United States Figure Skating Association
9. Wolaner Robin - Teebeedee Inc
10. Wolaner Robin - Tides Foundation

**2011 CNA Classes Near You**
Find CNA Training Programs Online & Near You - Enter Your Zip & Apply!
CNA.CampusCorner.com

**Local CNA Classes 2011**
Take CNA Training & Certification. Online or Campus Classes, Appy Now!
CNA.Schools.com

**Certified Nursing Schools**
Request Information from Certified Assistant Nursing Schools Near You!
www.collegebound.net

AdChoices ▷

**Get Trial Access to OneSource**

Company profiles, executive contacts, industry research, and news for sales, marketing and research professionals.

[First Name]
[Last Name]
[Business Email]
Please Enter a Valid Business Email
[Qualify for a Trial]

**Business Information**

Automotive Prototype Stamping, Baião, Pereira & Fernandes - Sociedade De Construções, LDA, Florence Tidings Good News, Goodaze LLP, Kellys Wholesale, M 2 Sociedad Limitada, Oakhurst 2005 Management Co. Ltd., Qianxi Jiuchengxiang Wuhai Iron Pickling Factory, Us Traffic, Valiant Bank AG

**Executive Profiles**

Marci Burk, John Cunningham, Fabio Gastaldo, Charles Gould, Muriel Heide, Glenn Horton, Donald Maclean, Pauline Pilate, Mary Ellen Ternes, Balbit Thandi

**Company Lists**

Tahoe Pacific Hospital - VA Lahontan Valley Clinic
Kid Zone - Kirby Nagelhout Construction Company
Iproeb SA - I-Routes Telecom
Laboratorios Azevedos - Industria Farmaceutica, S.A. - Laboratorios Servier Sf
Areawide Cellular, Inc. - CNY Inc
Schumag AG - Schwegernoor GmbH
Schluender Stefanie - Schmid Jon
Exeter Street Bakery Ltd. - Exportaciones Aranda Sociedad Limitada
Stegman & Schellhase Inc - STS Intl
Dynamic Learning Inc - Early Adventures

---

© 2011 Infogroup                Careers | Privacy | Legal | Sitemap | About Us | News & Events | Contact Us

| | | | |
|---|---|---|---|
| Business Information | Company Profiles | Sales Prospecting | Company Information |
| Online Business Information | Free Company Profiles | iSell | Financial Data |
| Business Information Sources | Business Company Profiles | Sales Leads | Lead Generation |
| Company Profiling | Online Company Information | | |
| | Company Research | | |

Disclaimer: While the OneSource Subscription Service maintains the freshest, most accurate data possible, this free site is refreshed on a periodic basis and may occasionally contain information that is not current. If you would like to alert us to a change, please email us, and we will take steps to make sure your update is included as soon as possible