# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Rebecca Moore, et al. v. Merck & Co., Inc.,* | * | KNOWLES |
| 2:06-cv-04296-EEF-DEK | * | |
| | * | |

*********************************************************************

## ORDER

Considering the foregoing Defendant Merck & Co., Inc.'s Motion for Leave to File Motion for Summary Judgment and Incorporated Memorandum of Law and Accompanying Exhibits Under Seal,

**IT IS ORDERED,** that the motion is granted and the pleadings shall be filed under seal.

**NEW ORLEANS, LOUISIANA**, this 16th day of September, 2011.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**