UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|                                           |     |                        |
|-------------------------------------------|-----|------------------------|
|                                           | :   | MDL NO. 1657           |
| IN RE: VIOXX                              | :   |                        |
|          PRODUCTS LIABILITY LITIGATION    | :   | SECTION:  L            |
|                                           | :   |                        |
|                                           | :   | JUDGE FALLON           |
|                                           | :   | MAG. JUDGE KNOWLES     |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**This document relates to:    All Cases**

## ORDER

The Court has appointed Patrick A. Juneau as Special Master regarding common benefit fee applicants.  (Rec. Doc. 62606).  The Court has reviewed Special Master Juneau's invoice for and summary of his fees and expenses incurred in carrying out his duties from April 1, 2011 through June 30, 2011.  The Court has reviewed Special Master Juneau's hours and finds them to be reasonable, well-documented, and in accordance with the Court's Order of appointment.  Accordingly, IT IS ORDERED that the Claims Administrator shall release $123,197.22 to Special Master Juneau for his fees and expenses from April 1, 2011 through June 30, 2011.  These funds shall be disbursed from the fund held as common benefit attorneys' fees.

New Orleans, Louisiana, this 16th day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:
Special Master Patrick A. Juneau          Vioxx Claims Administrator
Juneau David, APLC                        BrownGreer PLC
P.O. Drawer 51268                         115 S. 15th St., Suite 400
Lafayette, LA 70505-1268                  Richmond, VA 23219