UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

This document relates to:   06-6633, 05-4325, 05-2931, 06-1418, 06-6943, 06-5783

## ORDER

Pursuant to the Court's Order of August 11, 2011 governing "stragglers" who have yet to resolve outstanding deficiencies and obstacles to final disbursement of funds by the Claims Administrator (Rec. Doc. 63216), and the individual Orders entered with respect to the claimants listed on Exhibit C to that Order (Rec. Docs. 63213-63215, 63217-63228),

IT IS ORDERED that the Claims Administrator shall deposit in the registry of the Court by wire transfer the net funds attributable to these claimants, less amounts withheld for liens and common benefit costs and fees, in the total amount of $1,534,529.27.  The claimants involved may petition the Court for an order releasing the funds attributable to their claims by showing that any legal impediment to receiving the funds has been resolved.

IT IS FURTHER ORDERED that the Claims Administrator shall tender any remaining release and stipulations of dismissal pertaining to these claimants to Merck.

New Orleans, Louisiana, this 19th day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE