UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | § | MDL NO. 1657 |
| | § | |
| PRODUCTS LIABILITY | § | SECTION L |
| LITIGATION | § | |
| | § | JUDGE FALLON |
| THIS DOCUMENT RELATES | § | MAG. JUDGE KNOWLES |
| TO ALL CASES | § | SPECIAL MASTER |
| | § | PATRICK A. JUNEAU |
| FILER:  Jack E. Urquhart | § | |
| | § | September 20, 2011 |

### SNAPKA AND ESCOBEDO-HOCKEMA REPLY FILED TO ADDRESS "COMMON BENEFIT FUND SHORTFALL" AS SUGGESTED IN COURT ORDER OF SEPTEMBER 9, 2011

Snapka (Successor in Interest to Snapka, Turman & Waterhouse, hereinafter referred to as "Snapka") and Escobedo, Tippit, & Cárdenas (referred to in this document and on appeal by the names of the real parties in interest José Escobedo, Jr. and David Hockema, or, collectively "Escobedo-Hockema") file this reply brief to address "the Common Benefit Fund Shortfall" as suggested in the Court's Order of September 9, 2011.

**Neither Mr. Herman, Mr. Birchfield, nor Mr. Seeger—charged by the Court with leadership responsibilities directly related to Common Benefit Fund—filed anything by the September 16, 2011 deadline to address the multi-million dollar shortfall in that fund.**

In response to the Court ordered invitation to address the millions of dollars distributed from the Common Benefit Fund without Court approval or knowledge, Mr. Herman, Mr. Birchfield and Mr. Seeger filed nothing. They did not address why it occurred or how it should be remedied.  This is true even though the available evidence identifies the primary source of the shortfall as a secret "agreement" between them and Mr. Stratton. Remaining mute on a matter of this significance has no apparent explanation.  And it is further evidence of a process that cannot be correctly identified as transparent.  Perhaps, Mr. Herman, Mr. Birchfield or Mr. Seeger plans

to file a "Reply" at a time that will, of course, deny these parties and all others an opportunity to respond.

But the available evidence supports the need for an investigation rather than a last minute "reply." A secret agreement about which there are clear questions concerning the purpose, terms and even the legality of the agreement calls for thorough factual and legal exploration and resolution.

Evidence was admitted during the hearing before Master Juneau that says the agreement was prompted in part by the desire to prevent public testimony from "an excellent professor at Harvard who was about to testify that 4 percent total for all common benefit lawyers was more than adequate. This testimony if accepted by Judge Fallon would have severely diminished the pot available to cb [sic] lawyers." *See* Exhibit 1 (Snapka Ex. 47 admitted during the hearing before Judge Juneau.) Instead of hearing this testimony, the Court was sent a letter from Mr. Stratton saying that Mr. Stratton's experts approved a common benefit fund of 7.5%—seemingly a complete about-face of "expert opinion." July 28, 2010 Stratton letter to the Court. As said, the available evidence calls for a full investigation and resolution of the propriety of this secret agreement.

BrownGreer, Mr. Herman, Mr. Birchfield, and Mr. Seeger declined to even address an issue as obvious and important as the amount of interest earned on the common benefit fund. This information is easily accessible as a tax return that was presumably filed to account for the interest. Small secrets and large—like the authority to disburse funds without court order—serve no legitimate purpose under the governing Fifth Circuit jurisprudence that clearly requires transparency in word and in fact.

**Public perception calls for an investigation into the details of the common benefit fund shortfall**

The perception that self-interest may have even infected the claimant's themselves is already in the public arena. A recent book about the Vioxx litigation—whether accurate or not—makes this precise point in its epilogue. *See* Snigdha Praskash, *All the Justice Money Can Buy: Corporate Greed on Trial*, (Kaplan Publishing 2011). Exhibit 2. (This is a publication that will be hand filed rather than attached.) Any secrecy about this very large cash shortfall calls for investigation and resolution to appropriately avoid even the appearance of impropriety. So to, all deals, promises, and agreements that materially affected the Common Benefit Fund and its allocation required transparency in fact.

                                      Respectfully submitted,

                                      BEIRNE, MAYNARD & PARSONS, L.L.P.

                                      /s/ Jack E. Urquhart
                                      Jack E. Urquhart
                                      State Bar No. 20415600
                                      1300 Post Oak Blvd., Suite 2500
                                      Houston, Texas 77056
                                      Telephone:  (713) 871-6760
                                      Facsimile:  (713) 960-1527

                                      ATTORNEYS FOR PLAINTIFFS
                                      KATHRYN SNAPKA, JOSÉ ESCOBEDO, JR.
                                      AND DAVID HOCKEMA

Of Counsel:

Gary Alfred
Texas Bar No. 24011214
Terry Adams
Texas Bar No. 00874010
Charles T. Miers
Texas Bar No. 00784600
BEIRNE, MAYNARD & PARSONS, L.L.P.
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone:  (713) 871-6760
Facsimile:  (713) 960-1527

Paul M. Lavelle
Louisiana Bar Number is 08134
BEIRNE, MAYNARD & PARSONS, L.L.P.
110 Poydres Street, Suite 2900
New Orleans, LA 70163
Telephone: (504) 799-2223
Facsimile:  (504) 799-2224

CERTIFICATE OF SERVICE

    I hereby certify that the above and forgoing document has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing, and that the forgoing was sent via email to:

    Russ Herman, rherman@hhkc.com

    Andy Birchfield, andy.birchfield@beasleyallen.com

    Special Master Patrick Juneau, PAJ@juneaudavid.com

    This 20th day of September, 2011.

    /s/ Jack E. Urquhart
    Jack E. Urquhart