**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: VIOXX | § | CIVIL ACTION NO. |
| | § | MDL NO. 1657 |
| PRODUCTS LIABILITY | § | |
| LITIGATION | § | SECTION L |
| | § | |
| This document relates to all cases | § | JUDGE FALLON |
| | § | MAG. JUDGE KNOWLES |
| FILER: JACK E. URQUHART | § | SPECIAL MASTER |
| | § | PATRICK A. JUNEAU |
| | § | |
| | | September 20, 2011 |

**NOTICE OF MANUAL ATTACHMENT**

EXHIBT "2" TO SNAPKA AND ESCOBEDO-HOCKEMA REPLY TO THE COURT ORDER OF SEPTEMBER 9, 2011.

EXHIBIT 2 is a book entitled *ALL THE JUSTICE MONEY CAN BUY: Corporate Greed on Trial*, filed with the Clerk's Office.

                Respectfully submitted,

                **BEIRNE, MAYNARD & PARSONS, L.L.P.**

                /s/ Jack E. Urquhart
                Jack E. Urquhart
                State Bar No. 20415600
                1300 Post Oak Blvd., Suite 2400
                Houston, Texas 77056
                Telephone: (713) 871-6760
                Facsimile: (713) 960-1527

                **ATTORNEYS FOR KATHRYN SNAPKA, JOSÉ ESCOBEDO, JR. AND DAVID HOCKEMA**

Of Counsel:

Gary Alfred
Texas Bar No. 24011214
Terry Adams
Texas Bar No. 00874010
Charles T. Miers
Texas Bar No. 00784600
BEIRNE, MAYNARD & PARSONS, L.L.P.
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone:  (713) 871-6760
Facsimile:   (713) 960-1527

Paul M. Lavelle
Louisiana Bar Number is 08134
BEIRNE, MAYNARD & PARSONS, L.L.P.
110 Poydres Street, Suite 2900
New Orleans, LA 70163
Telephone: (504) 799-2223
Facsimile:  (504) 799-2224

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing document has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing, and that the forgoing was sent via email to:

Russ Herman, rherman@hhkc.com

Andy Birchfield, andy.birchfield@beasleyallen.com

Special Master Patrick Juneau, PAJ@juneaudavid.com

This 20th day of September, 2011.

                                              /s/ Jack E. Urquhart
                                              Jack E. Urquhart