**OLDFATHER LAW FIRM**
ATTORNEYS AT LAW
**1330 SOUTH THIRD STREET**
**LOUISVILLE, KENTUCKY 40208**

ANN B. OLDFATHER†
aoldfather@oldfather.com

VICKI L. BUBA*
vbuba@oldfather.com

R. SEAN DESKINS
sdeskins@oldfather.com

SHELDON L. HADEN
shaden@oldfather.com

MEGAN J. HASTINGS
mhastings@oldfather.com

✦ Also admitted in Indiana
† Board Certified in Civil Trial Advocacy

TELEPHONE 502.637.7200
FAX 502.637.3999
www.oldfather.com

September 8, 2011

**VIA EMAIL AND U.S. MAIL**
Emily R. Pistilli, Esq.
Elaine Horn, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901

RE:   **Vioxx Litigation: Hench Depositions**
      *Additional travel expense incurred because of cancellation of Hench deposition*

Dear Emily and Elaine:

As Elaine requested, I stayed late last night to rebook our travel for next week, all in hopes of getting a cheaper fare than if I waited any closer to the travel date, such as by having my administrative assistant book the travel today. Due to Expedia restrictions, the new travel had to be on Delta in order to get any credit for the previously issued tickets. The new ticket price for my travel was $922.80, and because Expedia took so long to get around to booking the second ticket, the new ticket charge for Megan's travel was $986.80. Each ticket was then credited for the original ticket price of $542.80, and then charged a $150 change fee. The net result was an additional $530 for my ticket and an additional $594 for Megan's ticket. However, I talked Expedia out of a $60 coupon due to the extra expense of their slow system (that took an additional 30 minutes) which we can use against future hotel charges, so that the net additional expense was $1,064. Please remit a check in that amount to the Oldfather Law Firm at your earliest convenience.

Sincerely,

Ann B. Oldfather /mlc

Ann B. Oldfather

ABO\mlc