MINUTE ENTRY
FALLON, J.
SEPTEMBER 21, 2011

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS<br>    LIABILITY LITIGATION | CIVIL ACTION<br><br>NO. 05-MD-1657<br><br>SECTION: L |

**This document relates to: ALL CASES**

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Cathy Pepper

Appearances: Ann Oldfather, Esq., Andy Birchfield, Esq. for plaintiffs
             Doug Marvin, Esq., Dorothy Wimberly, Esq. & Elaine Horn, Esq. for Merck
             Michael Stratton, Esq. Liasion Counsel for Objectors
             Jack Urquhart, Esq. for Objectors

1. Merck's Motion for Summary Judgment, regarding Plaintiff Darlene Harris, (63307) - Argument - Objections - GRANTED.

2. Merck's Motion to Dismiss Under Rule 25(a)(1), regarding Michael Wodowski (63329) - Argument - DENIED.

3. Ann Oldfather's Motion for Order Requiring Escrow and Disclosures of Common Benefit Fee and Cost Withholdings From Settlement of Ineligible and Non-Enrolled Cases (63154) - Argument - TAKEN UNDER SUBMISSION.

4. Ann Oldfather's Amended Motion for Protective Order (63337) - Argument - DENIED.

5. Ann Oldfather's Motion to Require Court Approval of Liaison Counsel's Fee of Michael A. Stratton (63389) - Argument - TAKEN UNDER SUBMISSION.


JS10:   : 30