MINUTE ENTRY
FALLON, J.
SEPTEMBER 21, 2011

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS<br>LIABILITY LITIGATION | CIVIL ACTION<br><br>NO.  05-MD-1657<br><br>SECTION: L |

**This document relates to: ALL CASES**

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Cathy Pepper

Appearances:  Andy Birchfield, Esq. for Fee Allocation Committee
              Daniel E. Becnel, Jr., Esq.
              Margaret Woodward, Esq. for Objectors Placitella and Weinberg
              Henry King, Esq. for Objectors Kline & Specter
              Jack Urquhart, Esq. for Objectors Snapka, Escobedo-Hockema
              John Eddie Williams, Esq.

Hearing on Distribution of Funds from the Common Benefit Fund (63360)

Argument - TAKEN UNDER SUBMISSION


JS10:    1:10