❧AO 187 (Rev. 7/87) Exhibit List

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE; VIOXX PRODUCTS LIABILITY LITIGATION

## EXHIBIT LIST

Case Number:  05- MD- 1657

REF: ALL CASES

| PRESIDING JUDGE ELDON E. FALLON | PLAINTIFF'S ATTORNEY ANDY BIRCHFIELD for the FAC | DEFENDANT'S ATTORNEY |
|---|---|---|
| HEARING DATE SEPTEMBER 21, 2011 | COURT REPORTER CATHY PEPPER | COURTROOM DEPUTY DEAN OSER |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
|  |  |  |  |  | **HEARING ON DISTRIBUTION OF FUNDS FROM THE COMMON BENEFIT FUND** |
| FAC 1-79 |  | 9-21-11 | X | X | In Globo - Common Benefit Fee Agreements |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of      1      Pages