**MINUTE ENTRY**
**FALLON, J.**
**SEPTEMBER 21, 2011**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  VIOXX : | |
| : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION : | |
| : | SECTION L |
| **THIS DOCUMENT RELATES TO:** : | |
| ALL PENDING GOVERNMENT ACTION : | JUDGE FALLON |
| CASES : | MAG. JUDGE KNOWLES |
| : | |

      On this date, a status conference was held with Judge Eldon E. Fallon.  Counsel for Merck and Counsel for various Government Action Plaintiffs participated, as well as Susan Winkler on behalf of the Department of Justice and John Guthrie on behalf of NAMFCU.  A number of interested states were represented by telephone.  At the conference, the parties discussed the status of the AG actions, and the claims of the Commonwealth of Kentucky and Santa Clara County.  The status conference was transcribed by Ms. Cathy Pepper, Official Court Reporter.  The transcript will disclose the contents of the discussion and those who attended.

1

JS10(00:20)