# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>  Products Liability Litigation<br><br>This Document Relates to:<br><br>COUNTY OF SANTA CLARA, on behalf<br>of itself and all others similarly situated,<br><br>                    Plaintiff,<br><br>      versus<br><br>MERCK & CO., INC.,<br><br>                    Defendant.<br><br>Case No. 2:06-cv-09382 | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Defendant Merck Sharp & Dohme Corp. ("Merck") respectfully moves the Court for Judgment on the Pleadings on Plaintiff County of Santa Clara's claims against it. Merck's support for this motion is set forth in the accompanying Memorandum Of Law In Support Of Motion For Judgment On The Pleadings.

1070821v.1

WHEREFORE, Merck respectfully requests that the Court grant it judgment on the pleadings.

Dated:  September 26, 2011 	Respectfully submitted,

	/s/ Dorothy H. Wimberly
	Phillip A. Wittmann, 13625
	Dorothy H. Wimberly, 18509
	STONE PIGMAN WALTHER
	WITTMANN L.L.C.
	546 Carondelet Street
	New Orleans, LA 70130

	Douglas R. Marvin
	WILLIAMS & CONNOLLY LLP
	725 Twelfth St., N.W.
	Washington, DC 20005

	John H. Beisner
	Jessica Davidson Miller
	SKADDEN, ARPS, SLATE, MEAGHER &
	FLOM LLP
	1440 New York Avenue, N.W.
	Washington, DC 20005

	ATTORNEYS FOR MERCK SHARP &
	DOHME CORP.

1070821v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Liaison Counsel, Russ Herman, Phillip Wittmann and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 26th day of September, 2011.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1070821v.1