**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: VIOXX | * | |
|     Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
| COUNTY OF SANTA CLARA, on behalf | * | SECTION L |
| of itself and all others similarly situated, | * | |
| | * | JUDGE ELDON E. FALLON |
|                Plaintiff, | * | |
| | * | MAGISTRATE JUDGE |
|   versus | * | KNOWLES |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
|             Defendant. | * | |
| | * | |
| Case No. 2:06-cv-09382 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing Motion for Judgment on the Pleadings filed by

defendant Merck Sharp & Dohme Corp.,

**IT IS ORDERED** that the motion shall be heard on November 4, 2011,

immediately following the monthly status conference scheduled for 9:00 a.m.

**IT IS FURTHER ORDERED** that, in accordance with the applicable provisions

of Pre-Trial Order No. 17, plaintiff shall file any opposition to the motion on or before October

17, 2011, and defendant shall file any reply to the motion on or before October 27, 2011.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1070822v.1