# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | * MDL Case No. 1657 |
| | * |
| PRODUCTS LIABILITY | * SECTION L |
| LITIGATION | * |
| | * JUDGE FALLON |
| *This document relates to* | * |
| | * MAGISTRATE JUDGE |
| *Syrrita Blackmon, et al. v. Merck & Co., Inc., et al.*, | * KNOWLES |
| 2:06-cv-01210-EEF-DEK | * |
| | * |
| **Only with regard to:** | |
| **Darlene R. Harris** | |

*************************************************************************

## ORDER

Merck & Co., Inc.'s Motion for Summary Judgment as to Darlene R. Harris [Rec. Doc. 63307], came on for hearing on the 21st day of September, 2011. Considering the law and evidence, and for the reasons orally assigned, the Court enters judgment as follows:

**IT IS ORDERED** that defendant Merck & Co., Inc.'s Motion for Summary Judgment as to Darlene R. Harris [Rec. Doc. 63307], be and it hereby is granted and all claims of Darlene R. Harris be and they hereby are dismissed with prejudice.

**NEW ORLEANS, LOUISIANA** this 23rd day of September, 2011.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**