## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | **MDL Docket No. 1657** |
| | * | |
| PRODUCTS LIABILITY | * | **SECTION L** |
| LITIGATION | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| | * | **MAGISTRATE JUDGE** |
| ***Wodowski v. Merck & Co., Inc., et al.,*** | * | **KNOWLES** |
| **2:08-cv-04559-EEF-DEK** | * | |
| | * | |
| | * | |

**************************************************************************

## <u>ORDER</u>

Defendant Merck & Co., Inc.'s Renewed Motion to Dismiss with Prejudice under Rule 25(a)(1) [Rec. Doc. 63329], came on for hearing on September 21, 2011.  For the reasons orally assigned, the Court enters judgment as follows:

**IT IS ORDERED** that Defendant Merck & Co., Inc.'s Renewed Motion to Dismiss with Prejudice under Rule 25(a)(1) [Rec. Doc. 63329], be and it hereby is denied.

**NEW ORLEANS, LOUISIANA,** this __23rd__ day of September, 2011.

_____

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**