# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx PRODUCTS LIABILITY LITIGATION | * | MDL Docket No. 1657 |
| | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | JUDGE FALLON |
| **Emmanuel Iwobi, *et al.*,** | * | |
| Plaintiffs, | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| v. | * | |
| | * | |
| Merck & Co., Inc. | * | |
| Defendant. | * | |
| | * | |
| Case No. 2:08cv01422 | * | |
| | * | |
| *As to Plaintiff Emmanuel Iwobi only* | * | |

**************************************************************************

## ORDER

On May 31, 2011, plaintiff Emmanuel Iwobi's Motion for Reconsideration of the dismissal of his claims (R. Doc. 63006). Merck filed an opposition on June 21, 2011 (R. Doc. 63078); plaintiff filed a reply on June 29, 2011 (R. Doc. 63095). The motion is ripe for consideration and was scheduled for hearing on September 21, 2011. Pursuant to the request of plaintiff, the parties agreed to defer the motion until November 4, 2011. Accordingly,

**IT IS ORDERED** that plaintiff Emmanuel Iwobi's Motion for Reconsideration of the dismissal of his claims (R. Doc. 63006) be brought on for hearing on the 4th day of November, 2011, immediately following the monthly status conference scheduled for 9:00 a.m.

**NEW ORLEANS, LOUISIANA**, this 23rd day of September, 2011.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**