# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Stanley Long v. Merck & Co., Inc.*, 2:05-cv-6510-EEF-DEK | * | KNOWLES |
| | * | |
| | * | |
| | * | |

**************************************************************************

## ORDER

Defendant Merck & Co., Inc.'s Motion and Rule to Show Cause Why Case Should Not Be Dismissed With Prejudice Under Rule 25(a)(1) [Rec. Doc. 63116], came on for hearing on the 21st day of September, 2011. At that time, Merck advised the Court that it was withdrawing the motion as moot. Accordingly,

**IT IS ORDERED** that Defendant Merck & Co., Inc.'s Motion and Rule to Show Cause Why Case Should Not Be Dismissed With Prejudice Under Rule 25(a)(1) [Rec. Doc. 63116], be and it hereby is withdrawn as moot.

**NEW ORLEANS, LOUISIANA**, this 23rd day of September, 2011.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**