# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | **MDL Docket No. 1657** |
| | * | |
| PRODUCTS LIABILITY | * | **SECTION L** |
| LITIGATION | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| | * | **MAGISTRATE JUDGE** |
| **Edwin C. Hench and** | * | **KNOWLES** |
| **Maureen O. Hench (h/w)** | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | |
| **Merck & Co., Inc.** | * | |
| Defendant. | * | |
| | * | |
| **Case No. 2:06cv09811** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

The Hench Plaintiffs' Amended Motion for Protective Order [Rec. Doc. 63337], came on for hearing on September 21, 2011. After reviewing the law and argument,

**IT IS ORDERED** that Hench Plaintiffs' Amended Motion for Protective Order [Rec. Doc. 63337], be and it hereby is denied.

**NEW ORLEANS, LOUISIANA,** this 23rd day of September, 2011.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**