# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *See Attached Exhibit A* | * | KNOWLES |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Defendant Merck & Co., Inc.'s Motion to Show Cause Why Cases Should Not Be Dismissed For Failure to Prosecute [Rec. Doc. 63268], came on for hearing on September 21, 2011.  After reviewing the pleadings and considering the argument of counsel, the Court determined that plaintiffs should be given a final opportunity in which to respond to Merck's motion.  Accordingly,

**IT IS ORDERED** that plaintiffs Diane Brown, Lerene Campbell, Cheryl Gros, and Patricia and Raymond Kelly show cause on the 4th day of November, at 9 o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiffs' cases dismissed with prejudice pursuant to Federal Rule of Civil Procedure Rule 41(b).  Plaintiffs shall file and serve upon Liaison Counsel any oppositions to the Rule on or before October 21, 2011.  Defendant Merck & Co., Inc. shall file and serve any replies to the oppositions on or before October 28, 2011.

**NEW ORLEANS, LOUISIANA**, this __23rd__ day of September, 2011.

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**

**Exhibit A**

| | Plaintiff Name(s) | Primary Counsel | Case Caption | Docket Number Current |
|---|---|---|---|---|
| 1. | Diane Brown | Pro Se | Banks, Mary, et al. v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 2. | Lerene Campbell | Bernstein & Maryanoff [motion to withdraw uploaded to LNFS on January 23, 2009] | Campbell, Lerene v. Merck & Co., Inc. | 2:08-cv-00875-EEF-DEK |
| 3. | Cheryl Gros | Law Offices of Donald J. Melancon | Gros, Cheryl D. v. Merck & Co., Inc. | 2:08-cv-05128-EEF-DEK |
| 4. | Patricia A. Kelly Raymond Kelly | Pro Se | Bryant, Isabelle C. v. Merck & Co., Inc. | 2:06-cv-01203-EEF-DEK |