UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

This document relates to:   ALL CASES

## JUDGMENT

Pursuant to the Court's Order and Reasons of August 9, 2011, (Rec. Doc. 63195) and Order and Reasons of September 26, 2011 (Rec. Doc. 63424), IT IS ORDERED, ADJUDGED, AND DECREED that common benefit attorneys' fees are awarded in the following amounts:

| Firm | Amount |
|---|---|
| Alley, Clark, Greiwe & Fulmer: | $500,000 |
| Alvarez Law Firm: | $15,000 |
| Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley | $4,000,000 |
| Anastopoulo & Clore, LLC | $15,000 |
| Andrews & Thornton | $600,000 |
| Ashcraft & Gerel | $9,000,000 |
| Audet & Partners, LLP | $1,415,000 |
| Aylstock, Witkin, Kreis & Overholz, LLC | $225,000 |
| Balkin & Eisbrouch | $15,000 |
| Brian K. Balser | $130,000 |
| Barnow & Associates | $15,000 |
| Barrios, Kingsdorf & Casteix, LLP | $1,800,000 |
| Bartimus, Frickleton, Robertson & Gorney | $15,000 |
| Beasley, Allen, Methvin, Portis & Miles | $34,304,612.65 |
| Becnel Law Firm, LLC | $500,000 |
| Robert M. Becnel | $30,000 |
| Bencomo & Associates | $327,500 |
| Blizzard, McCarthy & Nabers | $9,827,807.95 |
| Bossier & Associates | $20,000 |
| Branch Law Firm | $500,000 |
| Brandi Law Firm | $970,000 |
| Brown & Crouppen, PC | $73,000 |
| Bruce Dean, LLC | $0 |

In re: Vioxx Products Liability Litigation

| | |
|---|---|
| Bruno & Bruno, LLP | $75,000 |
| Burg, Simpson, Eldredge, Hersh & Jardine, P.C. | $500,000 |
| Cafferty Faucher | $30,000 |
| Capshaw Goss | $0 |
| Carey & Danis | $350,000 |
| Charfoos & Christiansen | $0 |
| Childers, Buck & Schlueter | $0 |
| Cohen Milstein | $750,000 |
| Cohen, Placitella & Roth, PC | $3,500,000 |
| Cunard Law Firm | $375,000 |
| Cuneo & Gilbert | $0 |
| Robert J. Debry | $15,000 |
| Dugan & Browne | $0 |
| Engstrom, Lipscomb & Lack | $390,000 |
| Escobedo Tippit & Cardenas | $1,600,000 |
| Fayard & Honeycutt | $15,000 |
| Fibich, Hampton & Leebron, LLP | $610,000 |
| Freese & Goss | $25,000 |
| Friedman Law Offices | $6,500 |
| Gainsburgh, Benjamin, Davis, Meunier & Warshauer, LLC | $2,500,000 |
| Gallagher Law Firm | $40,000 |
| Gancedo & Nieves | $700,000 |
| Gianni Petoyan | $30,000 |
| Girardi & Keese | $17,052,772.74 |
| Goldenberg Heller | $0 |
| Goza & Honnold | $70,000 |
| Hagens Berman | $0 |
| Heins Mills | $4,000 |
| Heninger, Garrison & Davis, LLC | $1,300,000 |
| Herman, Herman, Katz & Cotlar, LLP | $24,402,739.19 |
| The Holman Law Firm | $0 |
| Hovde, Dassow & Deets, LLC | $1,415,000 |
| Irpino Law Firm | $877,000 |
| Jacobs Burns | $0 |
| John Hornbeck | $300,000 |
| Johnson & Perkinson | $15,000 |
| Jones, Swanson Huddell & Garrison | $350,000 |
| Ted Kanner Law Office | $1,350 |
| Kasowitz, Benson, Torres & Friedman, LLP | $1,100,000 |
| Keller Rohrback | $0 |
| Kerpsack | $10,000 |
| Khorrami Pollard & Abir | $30,000 |

In re: Vioxx Products Liability Litigation

| Firm | Amount |
|---|---|
| Kline & Specter | $15,000,000 |
| Labaton Sucharow | $0 |
| Langston Law Firm | $0 |
| The Lanier Law Firm | $25,298,478.23 |
| Levin, Fishbein, Sedran & Berman | $17,802,345.16 |
| Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor | $13,035,229.16 |
| Levin, Simes, Kaiser & Gornick, LLP | $15,000 |
| Lewis & Roberts | $225,000 |
| Lieff, Cabraser, Heimann & Bernstein, LLP | $6,000,000 |
| Lockridge, Grindal, Nauen, PLLP | $1,100,000 |
| Locks Law Firm | $1,700,000 |
| Lopez, Hodes, Restaino, Milman & Skikkos | $1,500,000 |
| Lundy & Davis | $100,000 |
| Martin & Jones | $150,000 |
| Matthews & Associates | $1,750,000 |
| Mithoff Law Firm | $15,000 |
| Morelli Ratner | $2,250,000 |
| Motley Rice, LLC | $1,250,000 |
| Murray Law Firm | $850,000 |
| Neblett, Beard & Arsenault | $1,450,000 |
| Panish, Shea & Boyle | $1,640,000 |
| Price, Waicukauski & Riley, LLC | $15,000 |
| Richardson, Patrick, Westbrook & Brickman | $15,000 |
| Robins, Kaplan, Miller & Ciresi, LLP | $850,000 |
| Robinson, Calcagnie & Robinson | $6,000,000 |
| Roda Nast, P.C. | $300,000 |
| Sanders Viener Grossman, LLP | $15,000 |
| Seeger Weiss | $34,304,612.65 |
| Sheller P.C. | $325,000 |
| Shelly Sanford, PLLC | $6,800,000 |
| Silverman & Fodera | $73,000 |
| Singleton Law Firm | $180,000 |
| Snapka, Turman & Waterhouse, LLP | $1,100,000 |
| Texas Consortium | $18,005,006.17 |
| Ury Moskow | $0 |
| Law Offices of Eric H. Weinberg | $3,500,000 |
| Weitz & Luxenberg | $16,711,831.39 |
| White, Meany & Wetherall | $160,000 |
| Whitehead Law Firm | $45,000 |
| Williamson & Williams | $15,000 |
| Wold Law Firm | $580 |
| Zimmerman Reed | $0 |

In re: Vioxx Products Liability Litigation

Diane K. Zink                                        $0

    New Orleans, Louisiana, this 27th day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE