UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | September 27, 2011 |
| Pascal F. Calogero, Jr. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**SUPPLEMENTAL MEMORANDUM IN SUPPORT
OF MOTION TO PAY ACCOUNTANT'S FEES**

MAY IT PLEASE THE COURT:

This supplemental memorandum is respectfully submitted on behalf of Eric H. Weinberg, Chris Placitella, and Cohen, Placitella and Roth in further support of the Motion to Pay Accountant's fees.

Still pending before this Court is the Objectors' Motion to Pay some $19,000 in fees charged for discovery and accounting work during proceedings on the objections to the FAC's recommended allocations. As shown in the memoranda filed by Objectors, much of the time billed by Mr. Garrett related to court-ordered discovery relating to the recommended allocations, to conferences and consultations with the Special Master and members of the FAC, and to the accounting process as a whole. The most important information was the creation of an up-to-date, firm-by-firm lodestar figure. Mr. Garrett did not have this information and would have, by his own admission, had to hire programmers to create it, since the information was contained in multiple databases. Rather than put this cost on the claimants as a whole, Objectors hired their own data analyst to complete the job. They have not asked for, and are not seeking, reimbursement of this cost, which amounted to almost

$15,000.

Nor, despite some anomalies in the invoices, did Objectors contest Mr. Garrett's right to be paid in full; they merely contended that because the work was performed for the common benefit and as an extension of Mr. Garrett's work for the Court, his fees should be paid just as his other bills were paid.

This memo is filed by on behalf of the undersigned individual clients because the undersigned have been discharged as counsel for the Objector group. Because Objectors are no longer represented by common counsel, there is no longer a process whereby Objectors can traverse Mr. Garrett's bills, and presumably they will not wish to do so if the bills are paid as Mr. Garrett's other bills were paid.[1] Consequently, undersigned counsel urge on behalf of their individual clients that this Court order Mr. Garrett's bills be paid in the same fashion as his other bills were paid, rather than pro-rated among the Objectors.

On September 9, 2011, this Court posted BrownGreer's partial accounting of the CBF. (Rec. Doc. 63360). The report did not account for moneys paid to the accountants, reported to be in excess of $1,000,000. Presumably, those fees were paid out of the substantial interest earned on the CBF. In oral argument at the hearing conducted on September 21st, Mr. Birchfield stated that the escrow agreement provided for the interest to be applied to "administrative expenses." Undersigned counsel, despite repeated requests, have not seen an accounting for the interest earned on the CBF, nor for the expenses to which it has been applied. However, if any of Mr. Garrett's work has been charged against the interest as an administrative expense, the outstanding invoices

---

[1] No Objector has filed a motion to traverse Mr. Garrett's invoices yet, presumably because they are waiting to see who will have to pay them.

sent to objectors should receive the same treatment.

Respectfully submitted,

/s/ Robert E. Arceneaux                          /s/ Margaret E. Woodward
_____     _____
Robert E. Arceneaux, La Bar No. 01199     MARGARET E. WOODWARD, La. Bar
ROBERT E. ARCENEAUX LLC                    No.13677
47 Beverly Garden Drive                               3701 Canal Street, Suite C
Metairie, LA 70001                                        New Orleans, Louisiana  70119
(504) 833-7533 office                                   (504) 301-4333 office
(504) 833-7612 fax                                      (504) 301-4365 fax
rea7001@cox.net                                        mewno@aol.com

Pascal F. Calogero, Jr., La. Bar No. 03802<br>
AJUBITA, LEFTWICH & SALZER, L.L.C.<br>
1100 Poydras Street<br>
New Orleans LA 70163-1950<br>
(504) 582-2300 office<br>
(504) 582-2310 fax<br>
pcalogero@alsfirm.com<br>
<br>
Attorneys for Eric H. Weinberg, Chris Placitella, and Cohen, Placitella and Roth

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Memorandum has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, and by upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8, on this 27th day of September, 2011.

*Robert E. Arceneaux*
_____