UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL COMMON<br>BENEFIT FEE APPLICANTS | MDL Docket No. 1657<br><br>SECTION L<br><br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

## JOINT MOTION FOR PAYMENT OF COMMON BENEFIT FEES

The Fee Allocation Committee and the Becnel Law Firm, the Branch Law Firm, Escobedo, Tippet & Cardenas (real parties in interest José Escobedo, Jr. and David Hockema), and Kathryn Snapka (the "Parties") move the Court for an order disbursing all common benefit fees in accordance with the judgment entered by the Court on September 27, 2011. In support of the Joint Motion, the Parties state the following:

1.  108 firms sought common benefit fee compensation. 104 of these firms have either expressly agreed to accept the amount set forth in the Court's Order and Reasons of August 9, 2011, or had on repeated occasions during the process tacitly accepted the amount by failing to timely object. In addition, 104 of the 108 firms did not object, appeal, or move the Court to reconsider its Order within the applicable deadlines. Thus, all rights of these 104 firms to challenge the Court's Order and Reasons of August 9, 2011, have been extinguished. Four firms – the Becnel Law Firm, the Branch Law Firm, Escobedo, Tippet & Cardenas (real parties in interest José Escobedo and David Hockema), and Kathryn Snapka – were the only remaining

objectors. These four remaining firms have now agreed to withdraw their objections and all related motions.

2. The Branch Law Firm and José Escobedo, David Hockema, and Kathryn Snapka have agreed to withdraw the Notices of Appeal of the Court's Order of August 9, 2011 and other orders, which were filed in this Court on August 23, 2011, and August 24, 2011 respectively.

3. The Branch Law Firm, José Escobedo, David Hockema, and Kathryn Snapka have agreed to withdraw previously filed Motions to Stay, which were filed in this Court on August 22, 2011 and August 25, 2011 respectively.

4. The Becnel Law Firm has agreed to withdraw its previously filed Motion to Amend "Order and Reasons," which was filed in this Court on August 24, 2011.

5. The Court issued a final judgment on September 27, 2011.

6. There are no remaining motions or objections before the Court in regard to the allocation and payment of common benefit fees in relation to the global settlement of November 9, 2007. In the absence of any pending motions or any possibility of further objections, it is appropriate at this time for the payment of common benefit fees to issue without delay.

Therefore, the Fee Allocation Committee and the Becnel Law Firm, the Branch Law Firm, José Escobedo, Jr., David Hockema, and Kathryn Snapka urge the Court to order BrownGreer to take all steps necessary to pay the common benefit fees as directed by the Court's Judgment of September 27, 2011 as soon as possible.

Respectfully submitted,

Date:   September 27, 2011

By:   /s/ Russ M. Herman
**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, L.L.P.*
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024

**PLAINTIFFS' LIAISON COUNSEL AND CHAIR OF THE FEE ALLOCATION COMMITTEE**

By:   /s/ Andy D. Birchfield, Jr.,
**Andy D. Birchfield, Jr**.
*Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.*
P. O. Box 4160
Montgomery, AL  36103-4160
Telephone: (334) 369-2343

**PLAINTIFFS' CO-LEAD COUNSEL, SECRETARY OF THE FEE ALLOCATION COMMITTEE, AND CO-LEAD COUNSEL FOR COMMON BENEFIT COUNSEL**

By:   /s/ Christopher A. Seeger
**Christopher A. Seeger**
*Seeger Weiss*
One William Street
New York, NY 10004
Telephone: (212) 584-0700

**PLAINTIFFS' CO-LEAD COUNSEL AND CO-LEAD COUNSEL FOR COMMON BENEFIT COUNSEL**

3

By:    /s/ Jack E. Urquart
       **Jack E. Urquart**
       *Beirne, Maynard & Parsons, L.L.P.*
       1300 Post Oak Blvd, Suite 2500
       Houston, Texas  77056
       Telephone:  (713) 871-6760

       **ATTORNEYS FOR PLAINTIFFS KATHRYN SNAPKA, JOSÉ ESCOBEDO, JR. AND DAVID HOCKEMA**

By:    /s/ Turner W. Branch
       **Turner W. Branch**
       *The Branch Law Firm*
       2025 Rio Grande Blvd., NW
       Albuquerque, New Mexico  87104
       Telephone:  (505) 243-3500

By:    /s/ Daniel E. Becnel, Jr.
       **Daniel E. Becnel, Jr.**
       *The Becnel Law Firm*
       P. O. Box Drawer H
       Reserve, Louisiana  70084
       Telephone:  (985) 536-1186

Russ M. Herman, Esq.
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
(504) 581-4892 (telephone)
(504) 561-6024 (telecopier)

Andy D. Birchfield, Jr., Esquire
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
(800) 898-2034 (telephone)
(334) 954-7555 (telecopier)

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Thomas V. Girardi, Esq.
GIRARDI & KEESE
1126 Wilshire Blvd.
Los Angeles, CA 90017-1904
(213) 977-0211 (telephone)

Mark Lanier, Esq.
LANIER LAW FIRM, PC
6810 FM 1960 West
Houston, TX 77069
(713) 659-5200 (telephone)
(713) 659-2204 (telecopier)

Edward F. Blizzard, Esq.
BLIZZARD, MCCARTHY & NABERS, LLP
Lyric Centre, 440 Louisiana
Suite 1710
Houston, TX 77002-1689
(713) 844-3750 (telephone)
(713) 844-3755 (telecopier)

Perry Weitz, Esq.
WEITZ & LUXENBERG
180 Maiden Lane
New York, NY 10038
(212) 558-5500 (telephone)
(212) 344-5461 (telecopier)

**FEE ALLOCATION COMMITTEE**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion has been served on Liaison Counsel, Phillip Wittmann, and Ann B. Oldfather, by U.S. Mail and e-mail or by hand delivery and email, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL No. 1657, on this 27th day of September, 2011.

/s/ Andy D. Birchfield, Jr.
**Andy D. Birchfield, Jr**.
*Beasley, Allen, Crow, Methvin,*
*Portis & Miles, P.C.*
P. O. Box 4160
Montgomery, AL  36103-4160
Telephone: (334) 369-2343
Facsimile: (334) 954-7555