UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  VIOXX<br><br>**PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br><br>**ALL COMMON<br>BENEFIT FEE APPLICANTS** | MDL Docket No. 1657<br><br>SECTION L<br><br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

## ORDER

Considering the Joint Motion for Payment of Common Benefit Fees,

IT IS HEREBY ORDERED that the Joint Motion for Payment of Common Benefit Fees is granted and that BrownGreer take all steps necessary to issue payment of common benefit fees as directed by the Court's Judgment of September 27, 2011, as soon as possible

**NEW ORLEANS, LOUISIANA,** this _____ day of _____, 2011.


_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE