# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

Loretta G. Whyte  
   Clerk

500 Poydras St., Room C-151  
New Orleans, LA 70130

September 20, 2011

Mr. Lyle W. Cayce, Clerk  
U. S. Court of Appeals, Fifth Circuit  
600 South Maestri Place  
New Orleans, LA  70130

APPEAL NO <u>11-30347</u>

<u>IN RE:  VIOXX PRODUCTS LIABILITY LITIGATION</u>     <u>CA 05-1657 L c/w 06-2364</u>

In connection with this record the following documents are transmitted and/or information is furnished.

   ___ 1) Certified copy of the notice of appeal and docket entries

   ___ 2) Certified copy of notice of a cross-appeal and docket entries.

   ___ 3) The Court of Appeals docket fee <u>x</u> HAS ___ HAS NOT been paid

   ___ 4) This case is proceeding <u>in forma pauperis</u>

   ___ 5) Order Appointing Counsel ___ CJA-20 ___ FPD

   ___ 6) District Judge Entering the final judgment is _____

   ___ 7) Court Reporter assigned to the case_____

   ___ 8) If criminal case, number and names of other defendants on appeal

   ___ 9) This case was decided without a hearing; there will be no transcript.

   ___ 10) Spears hearing held; court reporter present.

In connection with this appeal, the following documents are transmitted.

   <u>x</u>  1) Electronic Copy of Record on appeal

       6vols in 05md1657; 1 vol in 06cv2364

       <u>7</u> Volume(s) of record ___ Volume(s) of transcripts

       ___ Volume(s) of depositions

       ___ Container(s) of exhibits __ envelopes __ box

   ___ 2) Supplemental record_____

   ___ 3) SEALED DOCUMENT_____

   ___ 4) Other _____

Very truly yours,

By <u>Alicia Phelps</u>  
   Deputy Clerk