UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:   VIOXX MARKETING, SALES )
PRACTICES, AND PRODUCTS LIABILITY )
LITIGATION ) MDL DOCKET NO. 1657
This document relates to: ) SECTION L
RICHARD GARCIA and )
JANET GARCIA, et al )
(Pertaining to Garcia's case only) )
**(EDLA CASE NO. 07-00902)** ) **JUDGE FALLON**
) MAGISTRATE JUDGE
) DANIEL E. KNOWLES, III
_____ )

## ORDER GRANTING
## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Considering the foregoing Motion to Withdraw as Counsel of Record filed with this Court by Robert W. Cottle, Esq., and the Court having considered the same and having found good cause exists,

IT IS HEREBY ORDERED that the Motion to Withdraw as Counsel of Record is granted, that all counsel of record with MAINOR EGLET COTTLE are permitted to withdraw, and RICHARD and JANET GARCIA may proceed with this action pro se in the absence of retaining substitute counsel.

NEW ORLEANS, LOUISIANA, this  22nd  day of  September , 2011.

_____
Hon. ELDON E. FALLON