UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to the plaintiffs/claimants | * | |
| listed on Exhibits A, B & C | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| | * | |
| | * | |

*****************************************************************************

## ORDER

Defendant Merck & Co., Inc.'s Motion, Rule and Incorporated Memorandum to Show Cause Why Remaining Settlement Program Releases and Stipulations Should Not Be Tendered to Merck (R. Doc. 63015) came on for hearing on the 4th day of August, 2011. At the conclusion of the hearing, the motion was deferred until September 21, 2011, as to nine claimants. The motion was heard as to the deferred claimants on the 21st day of September, 2011. For the reasons orally assigned, the Court enters judgment as follows:

**IT IS ORDERED** that the motion is withdrawn as to the plaintiff on Exhibit A.

**IT IS FURTHER ORDERED** that the motion is deferred as to the plaintiff on Exhibit B until November 4, 2011 at 9:00 a.m.

**IT IS FURTHER ORDERED** that the motion is **GRANTED** as to the plaintiffs/claimants on Exhibit C. With respect to each plaintiff/claimant on Exhibit C, the Claims Administrator shall, by no later than Friday, September 30, 2011, (a) deposit the settlement funds associated with such claims into the registry of this Court, and (b) tender any remaining releases and stipulations of dismissal to Merck. To the extent any of the claimants on Exhibit C are tolling claimants, any Tolling Agreement rights are voided and extinguished.

*The monies paid into the court's registry are not forfeit*. The plaintiffs/claimants on Exhibit C may petition this Court for an order releasing the funds attributable to their claims by showing that any legal impediment to receiving these funds have been resolved.

**IT IS FURTHER ORDERED** that Individual Orders consistent with the provisions set forth above will also be issued for each matter listed on Exhibit C. Brown Greer will provide the Court with a register identifying the specific amount of funds attributable to each claimant on Exhibit C that is being paid into the Court's registry. That register will be filed **UNDER SEAL**.

**NEW ORLEANS, LOUISIANA**, this __23rd__ day of September, 2011.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**

<u>**Exhibit A**</u>
(*withdrawn as moot*)

|    | VCN     | Claimant Name      | Case Name                              | Case No.                  | Primary Counsel   |
|----|---------|--------------------|----------------------------------------|---------------------------|-------------------|
| 1. | 1021469 | McClure, Drucilla R. | Drucilla R Mcclure v. Merck & Co., Inc. | ATL-L-11304-06-MT (NJ)   | Seeger Weiss LLP  |

**Exhibit B**
*(Motion Deferred until 11/4/11)*

|   | VCN | Claimant Name | Case Name | Case No. | Primary Counsel |
|---|---|---|---|---|---|
| 1. | 1097516 | Young, Louise | Janet Avant, et al. v. Merck & Company, Inc. | 2:08-cv-00882-EEF-DEK | Langston & Langston, PLLC |

**Exhibit C**
*(Merck's Requested Relief Granted)*

|    | VCN     | Claimant Name      | Case Name                                            | Case No.                   | Primary Counsel            |
|----|---------|--------------------|------------------------------------------------------|----------------------------|----------------------------|
| 1. | 1104427 | Carter, Barbara Ann| Nona Adams, et al vs. Merck & Co. Inc.               | 2:07-cv-07518-EEF-DEK      | Gallagher Law Firm (TX)    |
| 2. | 1104480 | Epler, Patricia    | Nona Adams, et al vs. Merck & Co. Inc.               | 2:07-cv-07518-EEF-DEK      | Gallagher Law Firm (TX)    |
| 3. | 1104601 | Hughes, Thomas     | MDL Claimant                                         | TOLLING                    | Gallagher Law Firm (TX)    |
| 4. | 1104641 | Miller, Todd       | William Berry, et al vs. Merck & Co., Inc.           | 2006-62709 (TX)            | Gallagher Law Firm (TX)    |
| 5. | 1104669 | O'Brien, Naomi     | Leo Calcavecchia, et al vs. Merck & Co., Inc.        | 2:06-cv-07090-EEF-DEK      | Gallagher Law Firm (TX)    |
| 6. | 1009416 | Nash, Harold C.    | Harold Nash and Shirley Nash v. Merck & Co., Inc.    | ATL-L-3656-06-MT (NJ)      | Morelli Ratner PC          |
| 7. | 1080726 | Caeser, Rachel A.  | Racheal Caeser vs. Merck & Co., Inc.                 | 1:05cv0276 (MDL - 1657)    | Reaud, Morgan & Quinn L.L.P.|