UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | SPECIAL MASTER |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | PATRICK A. JUNEAU |
| | * | May 18, 2011 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR
<u>PAYMENT OF ACCOUNTANT'S INVOICES</u>**

MAY IT PLEASE THE COURT:

This supplemental memorandum is respectfully submitted by co-lead counsel for Objectors in further support to their Motion for Payment of Accountant's Invoices. Since the filing of their original motion, Objectors have received another invoice from the accountants, a copy of which is attached hereto as Exhibit 1. The original invoice is marked as "past due" and a notation is made on the invoice asking for prompt payment.

The circumstances at the hearing before Master Juneau underscore that these invoices should be paid from the common benefit fund. Despite this Court's order for the FAC to produce information regarding rates and hours, Common Exhibit 101 was introduced at trial, which was a DVD of ALL the discovery produced by the FAC. Nothing from Mr. Garrett that contained rates and hours, much less a firm-by-firm lodestar, was produced or is contained in that exhibit. Andy Birchfield testified in this deposition that EVERYTHING that the FAC relied upon in its allocation

-1-

was produced in discovery. *See* Exhibit 2 hereto. Accordingly, without the work Objectors did with Mr. Garrett to review his records, no firm-by-firm lodestar chart would have surfaced in this litigation. This chart was produced to the undersigned in an e-mail after the undersigned asked Mr. Garrett to search to see if one in fact existed. *See* Exhibit 3. The chart was introduced by Objectors as Common Exhibit 24 (*in globo*). Even though the FAC had never produced it in discovery and did not list it as an exhibit by the filing deadline of May 9, 2011, after Objectors introduced the chart into evidence at trial, the FAC supplemented its exhibit list and included Mr. Garrett's chart as FAC Exhibit 10. Given the significance of firm-by-firm lodestar calculations (whether as a starting point as contended by Objectors, or merely as a "cross check" as contended by the FAC), this chart is central evidence. The invoices at issue represent the cost of unearthing it and presenting it to the Court for inclusion in this record. That expense is for the benefit of this Court, as well as for the benefit of all applicants for common benefit fees.

| | |
|---|---|
| /s/ Robert E. Arceneaux | /s/ Margaret E. Woodward |
| _____ | _____ |
| Robert E. Arceneaux, La Bar No. 01199 | MARGARET E. WOODWARD, La. Bar |
| ROBERT E. ARCENEAUX LLC | No.13677 |
| 47 Beverly Garden Drive | 3701 Canal Street, Suite C |
| Metairie, LA 70001 | New Orleans, Louisiana  70119 |
| (504) 833-7533 office | (504) 301-4333 office |
| (504) 833-7612 fax | (504) 301-4365 fax |
| rea7001@cox.net | mewno@aol.com |

CO-LEAD COUNSEL FOR OBJECTORS IDENTIFIED IN FEB. 8 ORDER

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, and by upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8, on this date, May 18, 2011.

/s/ Robert Arceneaux

# Wegmann Dazet & Company

111 Veterans Boulevard
Suite 800
Metairie, LA 70005
(504)837-8844

ROBERT E. ARCENEAUX, ESQ.
47 BEVERLY GARDEN DRIVE
METAIRIE, LA 70001

Statement Date  5/6/2011
Client No.      9585.0

| Invoice | Date | Description | Charge | Credit | Balance |
|---|---|---|---|---|---|
| | | **Opening Balance As Of 3/31/2011** | | | |
| 54160 | 2/28/2011 | Prior Invoice | 14,795.60 | | 14,795.60 |
| | | **Current Activity Through 5/6/2011** | | | |
| 54930 | 4/30/2011 | Invoice | 2,098.00 | | 16,893.60 |
| | | **Current Balance** | | $ | 16,893.60 |

*Please send payment.*

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 2,098.00 | 0.00 | 14,795.60 | 0.00 | 0.00 | $ 16,893.60 |

PAY BY PHONE
VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER

THE ABOVE STATEMENT INCLUDES INVOICES THROUGH APRIL 30, 2011
PAYMENTS RECEIVED AFTER MAY 6, 2011 ARE NOT REFLECTED ON THIS STATEMENT.
IF YOU HAVE ANY QUESTIONS, PLEASE CALL ACCOUNTS RECEIVABLE AT (504) 837-8844 IN OUR METAIRIE OFFICE.

WE ARE COMMITTED TO BE OUR CLIENTS' MOST TRUSTED ADVISOR:
PROVIDING HIGH QUALITY SERVICES AND SOLUTIONS USING PROACTIVE APPROACHES
TO MEET THEIR ACCOUNTING, TAX AND UNIQUE CONSULTING NEEDS.

EXHIBIT A

# Wegmann Dazet & Company

*111 Veterans Boulevard*
*Suite 800*
*Metairie, LA 70005*
*(504)837-8844*

ROBERT E. ARCENEAUX, ESQ.
47 BEVERLY GARDEN DRIVE
METAIRIE, LA 70001

Invoice No.   54930
Date          04/30/2011
Client No.    9585

---

**LITIGATION**

| Date | Description | Attorney | Hours |
|---|---|---|---|
| 04/07/2011 | LITIGATION-CONSULTING<br>PREP FOR PHONE CALL. GO THRU QUESTIONS OF PROGRAMMER AND ROBERT ARCENEAUX | GARRETT P | 1.50 |
| 04/11/2011 | LITIGATION-CONSULTING<br>EMAIL TO ARCENEAUX AND HERMAN OF LODESTAR REPORT THAT HAD BEEN EMAILED IN JULY 2010. | GARRETT P | 1.00 |
| 04/18/2011 | LITIGATION-CONSULTING<br>WORK ON SPREADSHEETS FOR HOURS RECONCILIATION - SENT TO ROBERT | GARRETT P | 2.00 |
| 04/19/2011 | LITIGATION-CONSULTING<br>REVIEW OF REPORTS PULLED TOGETHER BY PHIL TO PROVIDE TO OBJECTORS | MCGHEE | 1.00 |
| 04/20/2011 | LITIGATION-CONSULTING<br>LOCATED LOADSTAR REPORTS AND PROVIDED TO STAFF/PARTNER | MCGHEE | 0.50 |
| 04/28/2011 | LITIGATION-CONSULTING<br>CALL WITH ROBERT AND GO OVER SPREADSHEETS BY PHONE | GARRETT P | 1.00 |

                                              TOTAL FOR SERVICE    $    2,098.00

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 2,098.00 | 0.00 | 14,795.60 | 0.00 | 0.00 | 16,893.60 |

**PAY BY PHONE**
*VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER*

*WE ARE COMMITTED TO BE OUR CLIENTS' MOST TRUSTED ADVISOR:*
*PROVIDING HIGH QUALITY SERVICES AND SOLUTIONS USING PROACTIVE APPROACHES*
*TO MEET THEIR ACCOUNTING, TAX AND UNIQUE CONSULTING NEEDS.*

                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF LOUISIANA


  IN RE:   VIOXX

   PRODUCTS LIABILITY              MDL NO. 1657
   LITIGATION
                                   SECTION L
   THIS DOCUMENT RELATES TO
   ALL CASES                       JUDGE FALLON
                                   MAG. JUDGE KNOWLES
   FILER:  ROBERT E.               SPECIAL MASTER
   ARCENEAUX/MARGARET              PATRICK A. JUNEAU
   WOODWARD



  Deposition of ANDY D. BIRCHFIELD, JR., 218
  Commerce Street, Montgomery, Alabama  36104,
  taken in the offices of Herman, Herman, Katz &
  Cotlar, Suite 100, 820 O'Keefe Avenue, New
  Orleans, Louisiana  70113, on Friday, the 6th day
  of May, 2011, beginning at 9:11 a.m.


  BEFORE:

        SPECIAL MASTER PATRICK A. JUNEAU

  APPEARANCES:

        ROBERT E. ARCENEAUX
        47 Beverly Garden Drive
        Metairie, Louisiana  70001

                    and

        MARGARET E. WOODWARD
        Suite C
        3701 Canal Street
        New Orleans, Louisiana  70119

              CO-LEAD COUNSEL FOR OBJECTORS      **EXHIBIT B**
              IDENTIFIED IN FEB. 8 ORDER

```
 1   APPEARANCES CONTINUED:

 2        AJUBITA, LEFTWICH & SALZER
          (Of Counsel)
 3        (BY:  PASCAL F. CALOGERO, JR.)
          Suite 1500
 4        1100 Poydras Street
          New Orleans, Louisiana  70163-1500
 5
                  LIAISON COUNSEL FOR OBJECTORS
 6

 7        HOCKEMA & LONGORIA
          (BY:  DAVID HOCKEMA)
 8        Post Office Box 720540
          McAllen, Texas  78504
 9
                  ATTORNEYS FOR ESCOBEDO, TIPPIT
10                & CARDENAS

11
          BEIRNE, MAYNARD & PARSONS
12        (BY:  JACK E. URQUHART)
          25th Floor
13        1300 Post Oak Boulevard
          Houston, Texas  77056
14
                  ATTORNEYS FOR KATHRYN SNAPKA
15

16        BECNEL LAW FIRM
          (BY:  DANIEL E. BECNEL, JR.)
17        106 West Seventh Street
          Post Office Drawer H
18        Reserve, Louisiana  70084

19              FOR BECNEL LAW FIRM, LLC

20
          HERMAN, HERMAN, KATZ & COTLAR
21        (BY:  RUSS M. HERMAN)
          Suite 100
22        820 O'Keefe Avenue
          New Orleans, Louisiana  70113
23
                  ATTORNEYS FOR THE FEE
24                ALLOCATION COMMITTEE

25
```

```
 1    APPEARANCES CONTINUED:

 2    ALSO PRESENT:

 3           JOE ESCOBEDO, JR.
             ESCOBEDO, TIPPIT & CARDENAS
 4           Suite 950
             3900 North 10th Street
 5           McAllen, Texas   78501

 6           KATHRYN SNAPKA
             (VIA TELEPHONE)
 7
             LISA DAGESTINO
 8           (VIA TELEPHONE)
             KLINE & SPECTER
 9           1525 Locust Street
             Philadelphia, Pennsylvania   19102
10
             ERIC WEINBERG
11           (VIA TELEPHONE)
             LAW OFFICE OF ERIC WEINBERG
12           149 Livingston Avenue
             New Brunswick, New Jersey   08901
13
             CYNTHIA ZEDALIS
14           (VIA TELEPHONE)
             THE BRANCH LAW FIRM
15           2025 Rio Grande Boulevard, Northwest
             Albuquerque, New Mexico   87104
16
             CHRISTOPHER M. PLACITELLA
17           (VIA TELEPHONE)
             COHEN, PLACITELLA & ROTH
18           115 Maple Avenue
             Red Bank, New Jersey   07701
19
             LESLIE B. DOYLE, CCR, RMR, RDR
20           GOLKOW TECHNOLOGIES, INCORPORATED

21

22

23    REPORTED BY:

24           CAROL VALLETTE SLATER
             Certified Court Reporter
25           Registered Professional Reporter
```

```
 1              Thank you.  Mr. Juneau --
 2         SPECIAL MASTER JUNEAU:
 3              You can put on the record
 4         your objection.
 5         MS. WOODWARD:
 6              I would like to reiterate
 7         our request for the production by
 8         the Fee Allocation Committee of
 9         its minutes, of its transcripts,
10         of its meetings.  There has been a
11         good deal of testimony that Mr.
12         Birchfield doesn't remember
13         particular facts about their
14         activities, but that there are
15         minutes that are in his possession
16         that are available, and we would
17         like to call for discovery of
18         those minutes.
19         SPECIAL MASTER JUNEAU:
20              Now, let's explore that just
21         a minute.  Y'all have possession
22         of those minutes, Mr. --
23         THE WITNESS:
24              We have -- we do have Fee
25         Allocation Committee minutes.
```

Page 363

 1      The -- the questions that they
 2      asked me, they're testing my
 3      memory, are not -- are not
 4      questions pertaining to -- not any
 5      substantive question -- anything
 6      substantive dealing with the
 7      committee minutes.  The Fee
 8      Allocation, you know, Committee
 9      process, that includes a
10      deliberative process and it should
11      not be subject to this discovery.
12           The things that they were
13      asking me about, do you remember,
14      do you remember this, pertain to
15      details that would be included
16      either in presentations or in
17      the -- in the records that were
18      submitted by -- time records that
19      were submitted, not information
20      that are in the -- in the Fee
21      Allocation Committee minutes.
22           I mean, we -- we're on the
23      eve of, you know, proceeding to
24      the -- you know, to the hearing on
25      this matter.  The last thing that

Page 364

1      we need is -- I mean, we've given
2      them -- we've given them the stuff
3      that we've relied on and they
4      shouldn't be -- they shouldn't be
5      getting additional discovery.  I
6      mean, they've asked and you have
7      ruled on it.  Judge Fallon has
8      ruled on it.
9      SPECIAL MASTER JUNEAU:
10             Has ruled on what?
11     THE WITNESS:
12             On your -- on your position
13     and affirmed your position.
14     SPECIAL MASTER JUNEAU:
15             You were asking for the
16     minutes and what else?
17     MS. WOODWARD:
18             The minutes and the
19     transcripts of the Fee Allocation
20     Committee meetings --
21     MR. HERMAN:
22             What transcripts?
23     MS. WOODWARD:
24             -- and conference.
25     THE WITNESS:

1           All the transcripts have
2      been provided.
3      SPECIAL MASTER JUNEAU:
4           I thought the transcripts
5      have been provided.
6      MS. WOODWARD:
7           We don't have any
8      transcripts of any Fee Allocation
9      Committee meetings.
10     THE WITNESS:
11          The only transcripts to the
12     Fee Allocation Committee meetings
13     are the meetings that we conducted
14     with the applicants, and all of
15     those -- the applicants, including
16     the Fee Allocation Committee
17     members themselves, and we have
18     provided -- all of those
19     transcripts have been provided.
20     MS. WOODWARD:
21          That's what our people said
22     to you.  We know what our people
23     said to you.  We want to know what
24     was going on within the Fee
25     Allocation Committee, and you've

Page 366

```
 1        indicated that there are minutes
 2        for those meetings.  We would like
 3        to have the minutes.
 4        SPECIAL MASTER JUNEAU:
 5               No.  I'm talking about
 6        separate from the minutes.  Is
 7        there a separate set of
 8        transcripts of meetings of the Fee
 9        Allocation Committee that ain't --
10        that have not been produced?
11        THE WITNESS:
12               No.
13        SPECIAL MASTER JUNEAU:
14               That's Number 1.  All right.
15        So, we know about that.  Okay.
16        The second issue is then is the
17        minutes that you want.  The only
18        thing I'm not sure about, I just
19        got to get a clear understanding,
20        you said that involves -- those
21        minutes would reflect a
22        deliberative process.  I'm not
23        sure that I --
24        THE WITNESS:
25               To some degree.  The
```

Page 367

1    internal workings of the Fee
2    Allocation Committee as we were
3    proceeding here, it doesn't have
4    anything to do with the allocation
5    that was the -- the end result
6    here. There has been full
7    disclosure of the -- of the
8    allocation process. We should be
9    done with discovery and proceed to
10   the hearing in this matter.
11   MR. BECNEL:
12          Let me enter an objection to
13   that on the basis -- hold on -- on
14   the basis of Mr. Birchfield said,
15   well, we have an affidavit from
16   Mr. Arsenault after all of the
17   allocations were made, and that's
18   why we gave you $79,000.
19   THE WITNESS:
20          Not true.
21   MR. BECNEL:
22          And that's improper and it's
23   not true and we have witnesses
24   that will so testify.
25   SPECIAL MASTER JUNEAU:

(504)831-1753           HUFFMAN & ROBINSON, INC.           (800)749-1753
433 METAIRIE ROAD, #220   CERTIFIED COURT REPORTERS   METAIRIE, LA  70005

Page 368

```
 1            Let me ask this question,
 2       and this is a question of
 3       location.  Those -- those
 4       records -- I don't know -- I can't
 5       imagine them being very many.  I
 6       know we have a limited number of
 7       meetings here.  Where -- what
 8       would be the depository or where
 9       would those be maintained?
10       THE WITNESS:
11            I would have -- I would have
12       those on my -- on my system.  I
13       would have to go through my system
14       and -- and pull those, but, you
15       know, they're not relevant.
16       They're not relevant, you know, to
17       these proceedings.  You have --
18       you have given them a tremendous
19       amount of discovery, far more than
20       they're entitled to.  You have
21       given them a deposition that's not
22       necessarily required.  You have
23       given them a week of hearings, and
24       I think we ought to move on to the
25       hearings and say enough's enough.
```

Page 369

1    SPECIAL MASTER JUNEAU:
2         Okay. Let me make these two
3    observations. I think those
4    minutes that you're seeking, in
5    my -- based on everything I've
6    heard, is going to really lead to
7    nothing. I just can't see that as
8    being productive, but I'm --
9    I'm -- I'm going to request -- I'm
10   going to order that those minutes
11   be produced and, Mr. Birchfield, I
12   know y'all are heavily, heavily
13   engaged, this is a burden, we're
14   talking about Friday afternoon,
15   the hearings start Monday, I
16   totally understand that. But I
17   want that produced. You won't be
18   on the stand until the latter part
19   of next week, as I understand it.
20   So, at least give y'all time
21   within your staff to do that, I
22   would say, by late Tuesday, that
23   those documents be produced.
24   THE WITNESS:
25        Let me ask you to consider

**Subject:** Lodestar report in 7-2010
**From:** Philip Garrett <pgarrett@garrettco.com>
**Date:** Mon, 11 Apr 2011 17:04:30 -0700 (PDT)
**To:** Robert Arcenaux <rea7001@cox.net>
**CC:** Russ Herman <RHERMAN@hhkc.com>, "Thomas R. Juneau, Sr." <TRJ@juneaudavid.com>, "Patrick A. Juneau" <PAJ@juneaudavid.com>

Robert, per our discussion I was sure I would have printed and distributed the lodestar report with values in 7-2010. I found in my email where Christin McGhee under my direction actually sent it out. Attached is the email and the spreadsheet that was attached.
As you can see from the email the report went to; Lenny Davis, Arnold Levin, and Sandra Dugan who is with Mr. Levin's firm. They were the people working with me and fee alloc comm.

If you wish I will look for the 2009 report as well but again I am sure it was sent out to the parties I was working with at the time.

Thanks


Philip A. Garrett, CPA
117 Fairgrounds Blvd

Bush, La 70431

office - 985-746-9165
Cell - 985-635-1500
pgarrett@garrettco.com

| 7-30-2010 email from Christin to PG,LD,SD,AL.pdf | **Content-Type:** application/pdf |
| --- | --- |
| | **Content-Encoding:** base64 |

VioxxMDLBillingRatesasofJuly302010 sent on 7-31-2010.xlsx

| VioxxMDLBillingRatesasofJuly302010 sent on 7-31-2010.xlsx | **Content-Type:** application/vnd.openxmlformats-officedocument.spreadsheetml.sheet |
| --- | --- |
| | **Content-Encoding:** base64 |

`                                                                                        EXHIBIT C`