UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 1657 |
| IN RE: VIOXX | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**This document relates to:    ALL CASES**

## ORDER

The Court has a number of ancillary matters urged by former Co-Lead and Liaison

Counsel for objectors ("Objectors' Counsel") related to the distribution of common benefit

attorneys' fees.  First, the Court has received the Motion for Award of Attorneys' Fees and Costs

to Co-Lead and Liaison Counsel for Objectors (Rec. Doc. 63120) and associated briefing.  They

request that the Court award them fees for work done on behalf of the eighteen attorneys or firms

who objected to the Fee Allocation Committee's original recommended allocation.  Objectors'

counsel have reached contractual agreements with some objectors, and request compensation on

a *quantum meruit* basis with respect to others.  Additionally, Objectors' Counsel request that the

Court consider applying a modest lodestar multiplier to their hours in calculating such an award

of fees.

The Court has reviewed the motion and exhibits and finds that the hourly rates cited are

appropriate and the hours worked are sufficiently documented.  The fees should be paid

forthwith according to the agreements.  With reference to any outstanding matters, such as fees

owed by objectors who did not enter into a written agreement or the calculation of a lodestar

multiplier, if Objectors' Counsel and the objectors cannot amicably agree, the Court will

1

schedule a hearing in the near future to address the matter.  The Court will retain jurisdiction over this issue.

Second, the Court has received a Motion for Payment of Accountant's Invoices (Rec. Doc. 62876) from Objectors' Counsel, relating to approximately $19,000 in fees incurred by the Court-Appointed CPA in connection with the common benefit fee allocation proceedings.  Under these circumstances, and given the nature of the work underlying the fees and why it was required, the Court finds it appropriate that the fees be split evenly between Objectors' Counsel and the Fee Allocation Committee.

New Orleans, Louisiana, this 29th day of September, 2011.

UNITED STATES DISTRICT JUDGE