UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**This document relates to:   ALL CASES**

## ORDER

The Court has received a Joint Motion for Payment of Common Benefit Fees (Rec. Doc. 63435) filed by the Fee Allocation Committee and the firms and attorneys who have objected to or appealed from the Court's August 9, 2011 Order and Reasons allocating common benefit fees. (Rec. Doc. 63195).  The parties advise the Court that agreements have been reached to withdraw notices of appeal, motions to stay, and motions to amend filed with respect to that Order and Reasons.  The Court has reviewed the motion and has also had the benefit of complete briefing on motions to stay distribution of the common benefit fund pending appeal.  Finding that there is no just reason for further delay,

IT IS ORDERED that the Joint Motion for Payment of Common Benefit Fees is GRANTED and that BrownGreer shall take all steps necessary to issue payment of common benefit fees in the amounts set forth in the Court's Judgment of September 27, 2011 (Rec. Doc. 64333), as soon as possible.

New Orleans, Louisiana, this 29th day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE