UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX | : MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : |
| | : SECTION L |
| THIS DOCUMENT RELATES TO: | : |
| *Michael Wodowski v. Merck & Co., Inc., et al.,* | : JUDGE FALLON |
| *2:08-CV-04559-EEF-DEK* | : |
| | : MAG. JUDGE KNOWLES |

## ORDER

Considering the Suggestion of Death and Motion for Substitution of Parties and the consent of Merck Sharp Dohme Corp. to the motion,

IT IS ORDERED that Cheryl Sample, William Wodowski and Mary R. Zak's Suggestion of Death and Motion for Substitution of Parties is granted. Cheryl Sample, William Wodowski and Mary R. Zak, as Administrators of the deceased, Michael Wodowski, shall be substituted for Michael Wodowski for all purposes in this action.

New Orleans, Louisiana, this  29th  day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE