UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | SPECIAL MASTER |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | PATRICK A. JUNEAU |
| Pascal Calogero, Jr. | * | September 30, 2011 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * ***

## ORDER

On the above and foregoing motion,

**IT IS ORDERED** that the *EX PARTE* MOTION FOR EMERGENCY CONSIDERATION OF THE MOTION TO DISBURSE AND WITHOLD filed this date by former co-lead and liason counsel for the Objectors is granted, and their Motion to will be considered expeditiously in due

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE