UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | SPECIAL MASTER |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | PATRICK A. JUNEAU |
| Pascal Calogero, Jr. | * | September 30, 2011 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

## **ORDER**

On the above and foregoing motion,

**IT IS ORDERED** that in making distributions BrownGreer withhold the sums listed in the attached chart, which is made a part hereof, from the referenced firms;

that BrownGreer disburse to Robert E Arceneaux, as trustee for himself, Margaret E. Woodward, and Pascal F. Calogero, Jr, the amounts reflected in Columns 1 and 3 of the attached chart, from the amounts allocated to the Objectors identified in the columns of the chart;

that BrownGreer withhold distribution of the amounts reflected in Column 2, from the amounts allocated to the Objectors identified in the columns of the chart; pending further order of this Court.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

| FIRM | Amount to be disbursed by BrownGreen to Obj. Counsel as minimum due under fee arrangements | Amount to be withheld by BrownGreen subject to future court order | Amount to be disbursed by BrownGreen to Obj. Counsel as reimbursement for accountant's fees |
|---|---|---|---|
| Anapol, Schwartz, et al | $0.00 | $63,636.00 | $510.48 |
| Becnel Law Firm | $0.00 | $63,636.00 | $510.48 |
| Branch Law Firm | $31,818.00 | | $510.48 |
| Bruno and Bruno | $3,000.00 | | $510.48 |
| Cohen Placitella and Roth* | $0.00 | | $510.48 |
| Cunard Law Firm | $0.00 | $63,636.00 | $510.48 |
| Eric Weinberg* | $0.00 | | $510.48 |
| Escobedo, Tippet and Cardenas | $31,818.00 | $31,818.00 | $510.48 |
| Jones, Swanson, et al | $31,818.00 | $31,818.00 | $510.48 |
| Kline and Specter | $31,818.00 | $31,818.00 | $510.48 |
| Lockridge, Grindal, Nauen | $30,000.00 | | $510.48 |
| Locks Law Firm | $31,818.00 | $31,818.00 | $510.48 |
| Morelli, Rattner | $22,087.00 | | $510.48 |
| Motley Rice | $0.00 | $63,636.00 | $510.48 |
| Murray Law Firm | $27,520.00 | | $510.48 |
| Roda Nast | $10,200.00 | | $510.48 |
| Snapka Law Firm | $31,818.00 | $31,818.00 | $510.48 |
| Sheller PC | $31,818.00 | $31,818.00 | $510.48 |
| **TOTAL** | $315,533.00 | $445,452.00 | $9,188.64 |

* These firms are not subject to witholding because they have private clients that supplant the Objector's fee contract, although they opted for the contingency option with regard to Objector's fees