UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                         :   MDL NO. 1657
      PRODUCTS LIABILITY LITIGATION       :   SECTION: L
                                           :
                                           :   JUDGE FALLON
                                           :   MAG. JUDGE KNOWLES

**This document relates to:**   *Johnny E. Anderson, et al. v. Merck & Co., Inc.*, No. 05-4762
(only as to Otelia Beverly, individually and as representative of the Estate of Erma Tezeno)

### ORDER

The Court is in receipt of the attached correspondence from Otelia Beverly regarding the Vioxx claim filed on behalf of the Estate of Erma Tezeno. It is ordered that the letters be entered into the record, and that the attached documentation be entered into the record UNDER SEAL because it contains materials related to the value of the settlement.

Ms. Beverly indicates that she has "great concerns that her case was NOT handled appropriately" by her counsel. The correspondence is not specific as to how the claim was mishandled, if at all, other than that perhaps Ms. Beverly believes the award could have been greater. The materials Ms. Beverly has submitted suggest that the claim proceeded successfully through the Vioxx Resolution Program, and no errors are immediately apparent. The Court refers the matter to the pro se curator to take appropriate action, if any is necessary.

New Orleans, Louisiana, this 30th day of September, 2011.

                                                        UNITED STATES DISTRICT JUDGE

Clerk to serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Otelia Beverly
2411 12th Street
Lake Charles, Louisiana 70601

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130

2