

**Otelia Beverly**
Address: 2411 12th Street
Lake Charles, Louisiana 70601

Phone Number: (337) 240-8618
Cell Number: (337) 990-3877


**FAX TRANSMITTAL FORM**

To: Honorable Judge Eldon E Fallon
Re: MDL 1657 Vioxx Products Liability Litigation

Phone: (504) 589-7545
Fax: (504) 589-6966

From: Otelia Beverly
Date Sent: 9/23/2011
Number of Pages: 38

Message:
I am faxing all the documents associated with my mother's, Erma Tezeno, Vioxx case handled by Matthews and Associates out of Houston, Texas for your review because I personally do not feel it was handled appropriately since she died as a result of the Vioxx use. I warrant and seek your jurisdictional reviewing and knowledge.

With much thanks and great appreciation for effort or time allocated for reviewing this concern. May God Bless You.

Prayerfully and Cordially,

*Otelia Beverly*
Otelia Beverly

September 23, 2011

Honorable Judge Eldon E. Fallon
United States District Court
500 Poydras    Room C-456
New Orleans, Louisiana

RE: MDL 1657 Vioxx Products Liability Litigation

To The Honorable Judge Eldon E. Fallon:

According to the power and authority jurisdictionally invested in the United States District Court of which you presides, can you please REVIEW the attached faxed documents regarding the handling of my mother's, Erma Tezeno, Vioxx case handled by Matthews and Associates out of Houston, Texas. Thus making any and all necessary evaluation and decision deemed rightfully on her behalf since she DIED as a result of the Vioxx usage. I sincerely have great concerns that her case was NOT handled appropriately by Matthew and Associates. I am forwarding all documentations / communication sent me on by the law firm.

I currently reside in Lake Charles, Louisiana since Hurricane Katrina but formerly was living in New Orleans, Louisiana. I myself am fighting a terminal illness but is currently in remission. I just want to know that the uttermost legal care and attention was utilized in handling her case. I realize no monetary reward can bring her back but I just feel the reward was not fair plus I need to know legally was it handled accurately, truthfully, and extently so closure can finally be done.

If there is any question I can be e-mailed at covenantpromises@aol.com or called at (337)990-3877. You can also call Audrey Dangerfield a notary in Calcasieu Parish (337)391-1153 who has been a great help to me and my family.

Cordially and Prayerfully,

*Otelia Beverly*

Otelia Beverly
2411- 12th Street
Lake Charles, Louisiana
(337) 240-8618  OR 990-3877

This was information given Me by Julie Road on 7/31/2009

---

Matthew and Associates:
Houston, Texas
(713) 222-8080
case # 241063
Julie Road
spoke to on 7/31/2009 @ 2:00pm

Award was $483,441.75

Proof Earlier Payment # 129,996...... within 60 days
FedX

Judge can award higher amount once all that is involved in this Vioxx Lawsuit. The amount of award can be higher "if" all the people involved cannot prove their use. The attorney amt. is 32% of whatever the settlement is, plus Medicare, etc.

# MATTHEWS & ASSOCIATES
### ATTORNEYS & COUNSELORS AT LAW

2905 SACKETT STREET
HOUSTON, TEXAS 77098-1127
713/222-8080
888/222-7052
Fax 713/535-7184

www.thematthewslawfirm.com

1230 AVENUE OF THE AMERICAS
7TH FLOOR
NEW YORK, NY 10022
646/756-2601
646/856-2999 FAX

DAVID P. MATTHEWS, J.D. \*◊
JULIE L. RHOADES, J.D. ♭
LIZY SANTIAGO, J.D. !
JASON C. WEBSTER, J.D. ʳ
C.F. JED WAIT, M.D. J.D. – OF COUNSEL ⁺⁺

**Vioxx Department**
**1-877-535-4040**

\* BOARD CERTIFIED: PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION
ʳ LICENSED IN TEXAS
\* LICENSED IN MISSISSIPPI
◊ LICENSED IN NEW YORK STATE
± LICENSED IN WEST VIRGINIA

January 22, 2008

Erma Tezeno
134 Lousiane
Lake Charles, LA 70601

RE: Your Vioxx claim

Dear Client:

1. **Background on the VIOXX® Litigation and Merck's Settlement Program**

   We are pleased to announce that Merck & Co., the maker of VIOXX®, has agreed to settle certain VIOXX®-related claims. The proposed settlement involves plaintiffs who suffered heart attacks (myocardial infarctions), sudden cardiac death ("MI Claimants"), or ischemic strokes ("IS Claimants"). Merck has offered a total of $4.85 billion for the Claims Administrator to allocate according to the terms of the Settlement Agreement among thousands of qualifying claimants. This letter contains important details regarding the Settlement, including eligibility requirements and the claims valuation process.

   After careful review of the Settlement Program and the facts of your particular case, we have determined it is in your best interest to accept the settlement. We therefore strongly recommend that you agree to let us enroll you in the settlement and that you accept it.

   In our opinion, this is the best opportunity to settle your claim. Our recommendation that enrolling in the Settlement Program is in your best interest is based on many factors, including medical condition and information contained in medical records, proof of VIOXX® usage, the likelihood of recovery at trial, the overall status of the VIOXX® litigation, the laws applicable to your case, and the costs of trying your case, which ultimately you will bear if there is any recovery. Our recommendation is also based on recent history relevant to the VIOXX® litigation:

SEP-23-2011 10:55 FROM:AUDREY DANGERFIELD 3375640988 TO:15045996966 P.5/38
Case 2:05-md-01657-EEF-DEK Document 63454 Filed 09/30/11 Page 5 of 10

1/22/08  2

Erma Tezeno
January 22, 2008
Page 2 of 7

1. Throughout the country, there have been 16 VIOXX® trials involving 17 plaintiffs (VIOXX® claimants). Of these trials, plaintiffs won 5, Merck won 7, and the remaining 5 are awaiting new trials. Merck appealed all 5 plaintiff victories, and the appeals are still pending.

2. No one has received <u>any</u> money from Merck, not even the five plaintiffs with hard fought trial victories. The first verdict in favor of a plaintiff was in August 2005, more than two years ago. Merck has not yet paid a single dollar of that verdict and has promised to appeal it to the end. Merck will have no legal obligation to pay any money on that (or any other case) until all appeals are exhausted and the verdict in favor of the plaintiff is upheld. Given Merck's strategy of trying all cases and appealing all losses, it could take decades to obtain a collectible verdict in any particular VIOXX®-related case, such as yours.

3. A case currently pending before the United States Supreme Court could eliminate or limit an injured plaintiff's ability to recover money from drug companies (like Merck) whose drug labels were approved by the FDA (like VIOXX®).

Given these facts, we believe the Settlement Program offers your best opportunity to obtain compensation for your VIOXX®-related claims. If you have a claim that qualifies under the Settlement Program, there is little doubt that you will receive compensation more quickly under the Settlement Program than through the courts.

While we recommend that you accept the settlement, the decision is yours. If you agree to accept the Settlement Program and qualify for payments, you will of course give up your right to a trial against Merck (and any other persons related to the VIOXX® injury, including the doctor that prescribed VIOXX® and every other party you have sued in the VIOXX® suit) and accept the settlement value calculated for your specific claim by the Claims Administrator in accordance with the Settlement Program.

**2. Settlement Amounts**

No one can tell you at this time the amount that you (or anyone else) will receive under the Settlement Program. We can tell you that the settlement fund for MI ("myocardial infarction" or heart attack) Claimants is $4 billion and the settlement fund for IS ("ischemic stroke") Claimants is $850 million. All eligible claimants who accept the Settlement Program will be paid from these funds. Unfortunately, the Claims Administrator cannot determine the value of <u>any</u> claim until he receives the signed documents and claims packages from <u>all</u> the people in the

SEP-23-2011 12:59 FROM AUDREY DENGERFIELD 3375640988 TO:15045896066 P.6/38
Case 2:05-md-01657-EEF-DEK Document 63454 Filed 09/30/11 Page 6 of 10

1/22/08  3

Erma Tezeno
January 22, 2008
Page 3 of 7

United States who accept the settlement. Before he can calculate your case's value (or the value of any other case), he must know: (a) how many claimants nationwide will participate in the Settlement Program; (b) each claimant's injury type, injury level, duration of VIOXX® use; and (c) other factors that affect claim values. Because of the thousands of cases the Claims Administrator must review, the claims process could take one to two years from the deadline to submit the claims packages. The deadline to submit claims packages is July 1, 2008.

Although your exact payment cannot be determined at this time, the Negotiating Plaintiffs Committee created a calculator on its website which estimates the settlement value of your claim (before attorney's fees and expenses are deducted). We did not develop the calculator and are not responsible for its accuracy. If you want to use the claim valuation calculator, go to www.OfficialVioxxSettlement.com and enter the information requested about your claim. Of course, <u>the actual settlement value of your claim **may be different** than the amount the calculator tells you</u> because the Claims Administrator will have more information in making the calculation. Do not assume that the amount the calculator says your claim is worth will be the final value. **The final value will be determined by the Claims Administrator.**

The enclosed Description of Settlement Program explains the Settlement in more detail. Please review these documents carefully.

3.     **Payments**

If you accept the Settlement and qualify for payments under the Settlement Program, you will receive a maximum of two payments. If you (1) accept the settlement and return the necessary documents to us **AS SOON AS POSSIBLE – BEFORE FEBRUARY 10TH** – and (2) are enrolled in the Settlement by February 29, 2008, you will receive an early payment. The early payment for claimants who accept the settlement and have their documents submitted quickly will be about forty percent (40%) of what the Claims Administrator estimates your final gross settlement value to be. The first payments may be made as early as September 2008 for heart attack claimants, and may be as early as March 2009 for qualifying stroke claimants. **If you do not return your documents to us by February 10th we may not be able to meet the February 29, 2008, deadline and you may not receive the early first payment.**

The second payment of the remaining sixty percent (60%) will be made, as discussed above, after all claims are reviewed and processed.

SEP-23-2011 10:56 FROM:AUDREY DANGERFIELD 3375640988 TO:15045896966 P.7/38
Case 2:05-md-01657-EEF-DEK Document 63454 Filed 09/30/11 Page 7 of 10

1/22/08

Erma Tezeno
January 22, 2008
Page 4 of 7

4. **Merck's Right to Cancel the Settlement If Too Many Claimants Reject It**

We have recommended the settlement to approximately 1,900 clients and we expect most to accept it. A few of our clients may decide not to settle even though we recommended that they settle. If too many of the claimants that are eligible to accept the settlement decide to reject it, Merck has the right to cancel the entire Settlement. If Merck cancels the Settlement, all claims will return to the court system in essentially the same position as they are today.

Another part of the Settlement Agreement allows Merck to ask the Chief Administrator to order us to withdraw from continuing to represent you if you do not accept our recommendation to accept the settlement. If the Chief Administrator orders us to stop representing you, we will help you find a new attorney and send your complete file and any other important materials.

5. **Questions: 1-877-535-4040**

Our firm now has a specific toll-free number for the Vioxx settlement. For questions, please feel free to call our Vioxx department at **1-877-535-4040** or email us at <u>Vioxx-Claims@thematthewslawfirm.com</u>. We look forward to continuing to serve you over the coming months as we work to bring your VIOXX® claim to a successful resolution.

6. **What You Must Do to ACCEPT the Settlement**

If you choose to follow our recommendation and agree to ACCEPT the VIOXX® Settlement Program, you need to do **ALL** of the following:

   a. **CHECK** the box ACCEPTING the settlement at the end of this letter and **SIGN** in the space provided.

   b. **SIGN** the enclosed "RELEASE OF ALL CLAIMS," which you should read carefully because it contains important provisions.

   c. **NOTARIZE** – have your signature on the RELEASE NOTARIZED by a Notary Public. Notaries can be found at banks and credit unions. <u>**If it is not notarized, your claim will not be accepted.**</u>

   d. **SIGN**, but **DO NOT DATE**, the enclosed "AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS." Please leave all other blanks empty.

   e. **SIGN**, but **DO NOT DATE**, the enclosed "AUTHORIZATION FOR RELEASE OF EMPLOYMENT RECORDS." Please leave all other blanks empty.

1/22/08  5

Erma Tezeno
January 22, 2008
Page 5 of 7

    f.    **FILL OUT AND SIGN** the enclosed "CLIENT'S STATEMENT REGARDING BANKRUPTCY, MEDICARE BENEFITS, MEDICAID BENEFITS AND MEDICAL LIENS."

    g.    **FILL OUT AND SIGN** the enclosed "ACKNOWLEDGEMENT REGARDING FINANCIAL INFORMATION."

    h.    **RETURN** all six (6) of these documents to us in the envelope provided.

We must receive your <u>original</u> signatures on these documents. You may also send us a copy of your documentation via facsimile, ATTN: Linda, (713) 535-7184 or via email to VioxxClaims@thematthewslawfirm.com.

<u>Unless you return all of these signed documents to us by February 10th, your claim may not be submitted to the Claims Administrator for processing and you may not be allowed to accept the Settlement. The Claims Administrator will process claims in the order that they are received. In other words, if you return your paperwork soon, your claim will be processed sooner than if you return it later.</u>

Again, it is our recommendation that you accept the settlement, and we hope that you do so. Please call us if you have any questions. It has been our pleasure to represent you in this matter. Please be patient with us as we work toward final resolution.

                                      Sincerely,

                                        David P. Matthews

DPM:len
Enclosures

SEP-23-2011 10:57:05 FROM-AUDREY-DINGERFIELD 3375640092 P.9/38
Case 2:05-md-01657-EEF-DEK Document 65454 Filed 09/30/15 Page 9 of 10

1/22/08  7

Erma Tezeno
January 22, 2008
Page 7 of 7

\_\_\_\_\_  **I ACCEPT** the VIOXX® Settlement as explained in this letter, the Description of Settlement, and Release of All Claims.

---

Signature of Claimant
or Claimant's Representative

Date

---

Printed Name

Our File No. 241063
Vioxx Claim No. 1083158

SEP-23-2011 10:57 FROM:AUDREY DANGERFIELD 3375640398 Case 2:05-md-01657-EEF-DEK Document 63454 Filed 09/30/11 Page 10 of 10 P.10/38

1/22/08  6

Erma Tezeno
January 22, 2008
Page 6 of 7

**THIS PAGE INTENTIONALLY LEFT BLANK**