UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | SPECIAL MASTER |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | PATRICK A. JUNEAU |
| Pascal F. Calogero, Jr. | * | September 30, 2011 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR DISTRIBUTION TO COUNSEL FOR OBJECTORS AND FOR PARTIAL HOLD-BACK OF DISTRIBUTION TO OBJECTORS

Now into court come former co-lead and liaison counsel for Objectors, who move this Court to order, as reflected on the attached chart made a part hereof, the disbursement to Robert E. Arceneaux, as trustee for himself, Margaret E. Woodward, and Pascal F. Calogero, of funds owed to them pursuant to this Court's order of this date from the identified Objectors will receive from the Common Benefit Fund, (Columns 1 and 3) and to withhold from distribution from the fees the identified Objectors will receive from the Common Benefit Fund, the additional sums which may be owed to undersigned counsel (Column 2), for the reasons more fully set forth in the accompanying memorandum.

| | |
|---|---|
| /s/ Robert E. Arceneaux | /s/ Margaret E. Woodward |
| Robert E. Arceneaux, La Bar No. 01199 | Margaret E. Woodward, La. Bar No. #13677 |
| ROBERT E. ARCENEAUX LLC | 3701 Canal Street, Suite C |
| 47 Beverly Garden Drive | New Orleans, Louisiana  70119 |
| Metairie, LA 70001 | (504) 301-4333 office |
| (504) 833-7533 office | (504) 301-4365 fax |
| (504) 833-7612 fax | mewno@aol.com |
| rea7001@cox.net | |

FORMER CO-LEAD COUNSEL FOR OBJECTORS IDENTIFIED IN FEB. 8, 2011 ORDER

Pascal F. Calogero, Jr., La. Bar No. 03802
AJUBITA, LEFTWICH & SALZER, L.L.C.
1100 Poydras Street
New Orleans LA 70163-1950
(504) 582-2300 office
(504) 582-2310 fax
pcalogero@alsfirm.com

FORMER LIAISON COUNSEL FOR OBJECTORS IDENTIFIED IN FEB. 8, 2011 ORDER

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, and by upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8, on this date, September 30, 2011

/s/ Robert Arceneaux

-2-

| FIRM | Amount to be disbursed by BrownGreen to Obj. Counsel as minimum due under fee arrangements | Amount to be withheld by BrownGreen subject to future court order | Amount to be disbursed by BrownGreen to Obj. Counsel as reimbursement for accountant's fees |
|---|---|---|---|
| Anapol, Schwartz, et al | $0.00 | $63,636.00 | $510.48 |
| Becnel Law Firm | $0.00 | $63,636.00 | $510.48 |
| Branch Law Firm | $31,818.00 | | $510.48 |
| Bruno and Bruno | $3,000.00 | | $510.48 |
| Cohen Placitella and Roth* | $0.00 | | $510.48 |
| Cunard Law Firm | $0.00 | $63,636.00 | $510.48 |
| Eric Weinberg* | $0.00 | | $510.48 |
| Escobedo, Tippet and Cardenas | $31,818.00 | $31,818.00 | $510.48 |
| Jones, Swanson, et al | $31,818.00 | $31,818.00 | $510.48 |
| Kline and Specter | $31,818.00 | $31,818.00 | $510.48 |
| Lockridge, Grindal, Nauen | $30,000.00 | | $510.48 |
| Locks Law Firm | $31,818.00 | $31,818.00 | $510.48 |
| Morelli, Rattner | $22,087.00 | | $510.48 |
| Motley Rice | $0.00 | $63,636.00 | $510.48 |
| Murray Law Firm | $27,520.00 | | $510.48 |
| Roda Nast | $10,200.00 | | $510.48 |
| Snapka Law Firm | $31,818.00 | $31,818.00 | $510.48 |
| Sheller PC | $10,400.00 | | $510.48 |
| | | | |
| TOTAL | $294,115.00 | $413,634.00 | $9,188.64 |
| | | | |
| * These firms are not subject contractual arrangements as the Objector's fee contract, contingency option with regard | to witholding because they have private clients that supplant although they opted for the to Objector's fees | | |