UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**This document relates to:   ALL CASES**

### ORDER

On September 29, 2011, the Court issued an Order and Reasons addressing various motions (Rec. Doc. 63448) and ordered an immediate final distribution of the amounts held by the Claims Administrator as common benefit attorneys' fees because all objections and appeals were withdrawn (Rec. Doc. 63449).  The Court on September 30, 2011, received the present motion from Co-Lead and Liaison Counsel for Objectors ("Counsel") seeking an immediate distribution and a partial hold-back of distribution (Rec. Doc. 63455) and a motion for expedited consideration (Rec. Doc. 63451).  In their motion, Counsel assert that they have a lien or fee interest on a portion of the amounts due the Objectors as compensation for their work in representing the Objectors in this matter.  Counsel assert that they have no assurance that their fees will be promptly paid.  (Rec. Doc. 63455-1 at 2).  They request an Order directing the Claims Administrator to disburse certain amounts directly to them out of the shares of the Objectors, and to withhold additional amounts representing potential additional fees that have not been reduced to a sum certain.

The liens asserted by Counsel raise substantial issues that must be resolved after appropriate notice and hearing.  The Court finds that distribution to Counsel is not proper at this

1

time.  The appropriate course therefore is to withhold distribution to the Objectors of the portion of the fees implicated by Counsel's motion until all interested parties have had an opportunity to be heard.  Accordingly,

IT IS ORDERED that the Claims Administrator shall retain certain amounts from the fees awarded to the Objectors in the Court's Judgment of September 27, 2011 (Rec. Doc. 63433), as set forth below:

| Firm | Amount |
| --- | --- |
| Anapol Schwarz: | $64,146.48 |
| The Becnel Law Firm: | $64,146.48 |
| The Branch Law Firm: | $32,328.48 |
| Bruno & Bruno: | $3,510.48 |
| Cohen, Placitella & Roth: | $510.48 |
| The Cunard Law Firm: | $64,146.48 |
| Eric Weinberg: | $510.48 |
| Escobedo, Tippet & Cardenas: | $64,146.48 |
| Jones, Swanson, Huddell & Garrison: | $64,146.48 |
| Kline & Specter: | $64,146.48 |
| Lockridge, Grindal, Nauen: | $30,510.48 |
| The Locks Law Firm: | $64,146.48 |
| Morelli Ratner: | $22,597.48 |
| Motley Rice: | $64,146.48 |
| The Murray Law Firm: | $28,030.48 |
| Roda Nast, P.C.: | $10,710.48 |
| Kathryn Snapka: | $64,146.48 |
| Sheller P.C. | $10,910.48 |

All fees in excess of the above withheld amounts shall be disbursed forthwith.

IT IS ORDERED that the Objectors shall have the opportunity to file memoranda regarding the amounts withheld or before Wednesday, October 5, 2011.  The Court will set the matter for hearing on Wednesday, October 12, 2011, at 11:00 a.m.

New Orleans, Louisiana, this 30th day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE