UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**This document relates to:**   07-7518, 06-7090, 05-276, 06-6633, 05-4325, 05-2931, 06-1418, 06-6943, 06-5783

## ORDER

Pursuant to the Court's Orders governing "stragglers" who have yet to resolve outstanding deficiencies and obstacles to final disbursement of funds by the Claims Administrator (Rec. Docs. 63213, 63407, 63438),

IT IS ORDERED that the attached registers detailing the amounts held in the registry of the Court attributable to each claimant governed by those Orders are entered into the record UNDER SEAL.

New Orleans, Louisiana, this 30th day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE