UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                      MDL DOCKET NO. 1657
PRODUCTS LIABILITY LITIGATION                     SECTION L

                                                  JUDGE FALLON
                                                  MAGISTRATE JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

William A. Curl and Tonya Curl v. Merck & Co., Inc., *et al*. 2:05-cv-05295-EEF-DEK

_____

_____

        Comes the Defendant, Charles Conley, D.O., by counsel, and for his Motion to

Enter the Proposed Order Granting Summary Judgment in his favor, states as follows:

                                        **MOTION**

        On June 1, 2011, Counsel for Dr. Conley attended the Vioxx Status Conference in New

Orleans, Louisiana.   Towards the conclusion of that hearing, Counsel, James E. Smith,

approached and requested to be heard on the Motion for Summary Judgment that had previously

been filed and served.

        After brief discussion of the motion, and hearing no response from Plaintiff's Counsel,

Ronald Benjamin, Judge Fallon granted the Motion for Summary Judgment, dismissing Dr.

Conley from the case.

        A signed order has not yet been received/identified by Dr. Conley's defense team and he

therefore respectfully requests that the Order be signed and entered into the record.  For the

convenience of this Honorable Court, a copy of Dr. Conley's proposed Order is attached to this

Motion.

Respectfully Submitted,

/s/ James E. Smith
James E. Smith
David B. Gazak
Darby and Gazak, P.S.C.
3220 Office Pointe Place, Suite 200
Louisville, Kentucky 40220
(502) 412-5020 Tel.
(502) 412-1004 Fax
jsmith@darbygazak.com
*Counsel for Defendant,*
*Charles Conley, D.O.*

And

Danny E. Darnall
911 North Mulberry Street
Elizabethtown, Kentucky 42701
*Personal Counsel to Defendant,*
*Charles Conley, D.O.*

## CERTIFICATE OF SERVICE

I hereby certify that on **October 3, 2011**, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of the electronic filing to the following:

| | |
|---|---|
| Ronald R. Benjamin<br>Law Office of Ronald R. Benjamin<br>126 Riverside Drive<br>P.O. Box 607<br>Binghamton, NY 13902-0607<br>607-772-1442 Tel.<br>607-772-1678 Fax<br>*Counsel for Plaintiffs* | Phillip A. Wittman<br>Dorothy H. Wimberly<br>Stone Pigman Walther Wittmann, LLC<br>546 Carondetet Street<br>New Orleans, Louisiana 70130<br>504-581-3200 Tel.<br>504-581-3361 Fax<br>dwimberly@stonepigman.com<br>*Defendants' Liaison Counsel* |

| | |
|---|---|
| Douglas R. Marvin<br>Eva Petko Esber<br>Williams & Connolly LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>202-434-5000 Tel.<br>202-434-5029 Fax<br>*Counsel for Merck & Co., Inc.* | Winston E. Miller<br>Frost Brown Todd, LLC<br>400 West Market Street<br>32nd Floor<br>Louisville, Kentucky 40202<br>502-589-5400 Tel.<br>502-581-1087 Fax<br>*Counsel for Defendant,*<br>*Merck & Co., Inc.* |
| Susan J. Pope<br>250 West Main Street<br>Suite 2700<br>Lexington, Kentucky 40507-1749<br>859-244-3204 Tel<br>859-231-0011 Fax<br>*Co-Counsel for Defendant,*<br>*Merck & Co., Inc.* | |

**/s/ James E. Smith**
*One of Counsel for Defendant,*
*Charles Conley, D.O.*