UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  VIOXX ) | |
| ) | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION L |
| THIS DOCUMENT RELATES TO ) | |
| 2:10 CV 01115 ) | JUDGE FALLON |
| ) | MAG. JUDGE KNOWLES |
| ) | |

**PLAINTIFF'S MOTION AND INCORPORATED MEMORANDUM FOR
LEAVE TO SUBMIT SUPPLEMENTAL AUTHORITY**

Plaintiff Commonwealth of Kentucky ("Commonwealth") respectfully requests leave to submit the recently decided case of *Washington State v. Chimei Innolux Corp.*, __F.3d__, 2011 WL 4543086 (9th Cir. Oct. 3, 2011), as supplemental authority supporting the Commonwealth's Motion to Remand, Dkt. No. 63194.

/s/ William R. Garmer_____
William R. Garmer
Garmer & Prather
Opera House Building
141 North Broadway
Lexington, Kentucky  40504
859-254-9351

Scott A. Powell
Don McKenna
Matthew C. Minner
Brian M. Vines
Hare, Wynn, Newell & Newton
2025 Third Avenue North, Suite 800
Birmingham, AL  35203
205-328-5330

        Jack Conway
        Attorney General
        Commonwealth of Kentucky

        Todd E. Leatherman
        Executive Director
        Elizabeth Ungar Natter
        Assistant Attorney General
        Office of Consumer Protection
        Office of the Attorney General
        1024 Capital Center Drive, Suite 200
        Frankfort, KY  40601
        502-696-5389

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion and Incorporated Memorandum for Leave to Submit Supplemental Authority has been served on Liaison Counsel, Russ Herman, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis & Serve Advanced in accordance with Pretrial Order No. 8, on this 5th day of October 2011.