## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX ) | |
| ) | **MDL Docket No. 1657** |
| **PRODUCTS LIABILITY LITIGATION** ) | |
| ) | **SECTION L** |
| **THIS DOCUMENT RELATES TO** ) | |
| **2:10 CV 01115** ) | **JUDGE FALLON** |
| ) | **MAG. JUDGE KNOWLES** |

### NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff the Commonwealth of Kentucky ("Commonwealth") respectfully submits this notice of supplemental authority in support of its pending Motion to Remand ("Motion").

A recent opinion from the Ninth Circuit addresses whether consumer protection actions brought by state attorneys general are "class actions" removable under the Class Action Fairness Act. *Washington State v. Chimei Innolux Corp.*, __ F.3d __, 2011 WL 4543086 (9th Cir. Oct. 3, 2011). In addition, the Ninth Circuit recognized that in *Louisiana ex rel. Caldwell v. Allstate Ins. Co.*, 536 F.3d 418 (5th Cir. 2008), the Fifth Circuit "specifically noted" that it "had not decided" the issue of whether consumer protection actions brought by states "were class actions under CAFA." *Washington State*, 2011 WL 4543086, at *3 n. 1. Because this opinion was published just over a month after oral argument on the Commonwealth's Motion to Remand, the Commonwealth wanted to apprise the Court of its existence.

### CONCLUSION

Based on the recent supplemental authority noted above and reasons found in the Commonwealth's prior briefing, the Commonwealth respectfully requests this Court grant its Motion to Remand.

_____
William R. Garmer
Garmer & Prather
Opera House Building
141 North Broadway
Lexington, Kentucky  40504
859-254-9351

Scott A. Powell
Don McKenna
Matthew C. Minner
Brian M. Vines
Hare, Wynn, Newell & Newton
2025 Third Avenue North, Suite 800
Birmingham, AL  35203
205-328-5330

Jack Conway
Attorney General
Commonwealth of Kentucky

Todd E. Leatherman
Executive Director
Elizabeth Ungar Natter
Assistant Attorney General
Office of Consumer Protection
Office of the Attorney General
1024 Capital Center Drive, Suite 200
Frankfort, KY  40601
502-696-5389