UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | ) | |
| | ) | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION L |
| THIS DOCUMENT RELATES TO: | ) | |
| 2:10 CV 01115 | ) | JUDGE FALLON |
| | ) | MAG. JUDGE KNOWLES |
| | ) | |
| | ) | |

**ORDER**

Considering the foregoing Plaintiff's motion and Incorporated Memorandum for Leave to Submit Notice of Additional Supplemental Authority,

**IT IS ORDERED** that plaintiff Commonwealth of Kentucky be and it hereby is granted leave to file its Notice of Additional Supplemental Authority.

**NEW ORLEANS, LOUISIANA,** this _____ day of _____, 2011.

_____
DISTRICT JUDGE