UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION: L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES | * | MAG. JUDGE KNOWLES |
| TO ALL CASES | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION AND ORDER TO RELEASE FUNDS PLACED INTO THE REGISTRY OF THE COURT

NOW INTO COURT, comes Daniel E. Becnel, Jr., who submits this Motion and Order to Release Funds Placed Into the Registry of the Court.

A monthly status conference took place in this matter on April 1, 2011, and it was agreed that the funds that were in dispute by Kathryn Snapka and Daniel E. Becnel, Jr. could be placed into the Court's registry pending resolution.

As per an Order dated April 6, 2011, Daniel E. Becnel, Jr. deposited the disputed funds into the Registry of the Court which amounted to $469,892.00. A copy of the letter and check, made payable to the Clerk, United States District Court, is attached hereto and marked "Exhibit A."

1

WHEREFORE, this dispute has now been resolved by all parties. Therefore, Daniel E. Becnel, Jr. prays that this Honorable Court will order the Clerk of the United States District Court, Eastern District of Louisiana to release the funds in the amount of $469,892.00, to Daniel E. Becnel, Jr.

Respectfully submitted,

BECNEL LAW FIRM, LLC
106 West Seventh Street
P. O. Drawer H
Reserve, Louisiana 70084
Telephone No. (985) 536-1186
Fax No. (985) 536-6445


/s/Daniel E. Becnel, Jr.
DANIEL E. BECNEL, JR. (#2926)
TRIAL ATTORNEY


CERTIFICATION

I do hereby certify that the motion and order has been submitted to clerk for review.


/s/ Daniel E. Becnel, Jr.
DANIEL E. BECNEL, JR.