# BECNEL LAW FIRM, LLC
ATTORNEYS AND COUNSELORS AT LAW
NOTARIES PUBLIC

DANIEL E. BECNEL, JR.*
DARRYL J. BECNEL
MATTHEW B. MORELAND
KEVIN P. KLIBERT
SALVADORE CHRISTINA, JR.
WILLIAM A. PERCY, III
CHRISTOPHER D. BECNEL
KATHRYN W. BECNEL*
TONI S. BECNEL
CHANCE C. WHITE
JENNIFER L. CROSE
MARISHA H. TRAAZA
*Of Counsel:*
BRADLEY D. BECNEL
JUDGE JUCHE J. MARINO (RETIRED)
*Also Admitted in Colorado*

*Please Reply To:*
☑ 106 WEST SEVENTH STREET
P.O. DRAWER H
RESERVE, LOUISIANA 70084
(985) 536-1186
(985) 536-7904
FAX (985) 536-6445
E-MAIL: dbecnel@becnellaw.com
www.becnellaw.com

☐ 425 WEST AIRLINE HIGHWAY
SUITE B
LAPLACE, LOUISIANA 70068
(985) 651-6101
(985) 652-3643
(985) 652-3668
FAX (985) 651-6104

Kay K. Serven
   *Office Administrator*
Susan B. Williams
   *Nurse*

April 9, 2011

Honorable Loretta G. Whyte
Clerk of Court
USDC Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, Louisiana 70130

Honorable Eldon E. Fallon
United States District Court
500 Poydras Street
New Orleans, Louisiana 70130

      Re:  MDL No. 1657, Section L
           In Re: Vioxx Liability Litigation

Dear Ms. Whyte:

    In accordance with Judge Fallon's Order, a copy of which is attached, enclosed please find my check in the amount of $469,892.00, made payable to the Clerk, United States District Court, which should be deposited into the registry of the Court.

    Thank you for your attention and assistance.

                              Very cordially yours,

                              Daniel E. Becnel, Jr.
                              Attorney at Law

DEBJr/ks
Enclosure

---

**BECNEL LAW FIRM LLC**    01-91
**CLIENT'S TRUST ACCOUNT**
P O DRAWER H PH 985-536-1186 FAX 985-536-6445
RESERVE, LA 70084-0508

2410

DATE April 1, 2011

PAY TO THE ORDER OF Clerk, United States District Court     $ 469,892.00

Four Hundred Sixty-Nine Thousand Eight Hundred Ninety Two 00/100 DOLLARS

Capital One Bank
Capital One, N.A.

FOR Vioxx - MDL # 1657

⑆002410⑆ ⑆065000090⑆081 21 646350⑆



EXHIBIT A