UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION: L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES | * | MAG. JUDGE KNOWLES |
| TO ALL CASES | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

Considering the above and foregoing motion;

IT IS ORDERED THAT the Clerk of the United States District Court, Eastern District of Louisiana, is authorized and directed to draw a check on the funds deposited into the registry of this court in the principal amount of Four Hundred Sixty-Nine Thousand Eight Hundred Ninety-Two and 00/100 ($469,892.00), together with any and all legal interest earned, payable to Daniel E. Becnel, Jr., P. O. Drawer H, Reserve, LA 70084.

New Orleans, Louisiana this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE

3