UNITED STATES DISRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  VIOXX | MDL DOCKET NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| This document relates to All Cases | MAGISTRATE JUDGE KNOWLES |

**MAY IT PLEASE THE COURT:**

Cunard Law Firm (Cunard) adopts and incorporates by reference its original opposition to the fee request by Co-Lead and Liaison Counsel (Objector Counsel) [Record document no. 63150] and briefly responds to what appears to be mis-characterizations in reply regarding her original opposition [Record document no. 63174] all in response to this Court's order of September 30, 2011 [Record document no. 63457].

As early as May 3, 2011, Cunard elected the contingency fee option as shown in the e-mail string provided to Objector Counsel and attached as Exhibit A.  Otherwise, there would have been no reason to communicate the amount of Cunard's latest offer from the Fee Allocation Committee (FAC).  Contrary to suggestions by Objector Counsel, Cunard is neither "gaming the system" nor "playing both ends against the middle."

Cunard did not participate with the full effort of Objector Counsel due to a fundamental disagreement – Cunard believed and still believes the leadership team for the Vioxx litigation and settlement performed an exemplary function.

Objector Counsel is also wrong that Cunard is dis-satisfied with her fee settlement with the FAC.  Cunard is satisfied with said settlement and, despite paying her private counsel, is

willing to pay a reasonable share of a reasonable fee to the applicants, but not the overly ambitious and inflated fee requested. [Record document no. 63455]

What Cunard is dis-satisfied with is Objector Counsel efforts to unfairly increase their fee contribution from Cunard. It was always Cunard's position that she would pay the 4%. The issue was whether the 4% would be calculated based on the FAC written offer ($200,000) or the FAC submission to the Court ($100,000.00), as evidenced by the May 2011 e-mail string requested by and provided to Objector Counsel (Exhibit A).

                                                RESPECTFULLY SUBMITTED:

                                                BARKER, BOUDREAUX, LAMY AND FOLEY

By:   /s/ Harold J. Lamy
       HAROLD J. LAMY (LSB # 7947)
       228 ST. CHARLES AVENUE, SUITE 1110
       NEW ORLEANS, LOUISIANA 70130
       TELEPHONE: (504) 586-9395
       FACSIMILE: (504) 586-9410

CUNARD LAW FIRM

By:   /s/ Rebecca A. Cunard
       REBECCA A. CUNARD
       LA. BAR ROLL No.: 20154
       9214 INTERLINE AVENUE
       BATON ROUGE, LOUISIANA 70809
       TELEPHONE: (225) 925-2978
       FACSIMILE: (225) 925-8192

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 5th day of October, 2011, served a copy of the foregoing pleading on all counsel of record to this proceeding by email transmission and/or facsimile transmission and/or First Class United States mail, postage prepaid.

                                                /s/ Rebecca A. Cunard
                                                REBECCA A. CUNARD