UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | § | MDL NO. 1657 |
| | § | |
| PRODUCTS LIABILITY | § | SECTION L |
| LITIGATION | § | |
| | § | JUDGE FALLON |
| THIS DOCUMENT RELATES | § | MAG. JUDGE KNOWLES |
| TO ALL CASES | § | SPECIAL MASTER |
| | § | PATRICK A. JUNEAU |
| FILER: Jack E. Urquhart | § | |
| | § | October 5, 2011 |

## SNAPKA AND ESCOBEDO-HOCKEMA MEMORANDUM PURSUANT TO ORDER 63457

Kathryn Snapka ("Snapka") and Escobedo, Tippit & Cárdenas (referred to in this document by the names of the real parties in interest, José Escobedo and David Hockema, or, collectively "Escobedo-Hockema") file this memorandum Pursuant to Order 63457 to address relief requested by Co-Lead and Liaison Counsel for Objectors (Movants) in motion filed September 30, 2011—Rec. Doc. 63455.

### Amounts Withheld Under "Fee Arrangement" and Amounts "For Accountants Fees"

Snapka and Escobedo-Hockema have each had $64,146.48 withheld as a result of Movants' claims. Movants' claim from both Snapka and Escobedo-Hockema is $31,818.00 for fees under the "fee arrangement," $510.48 for "accountant's fees," and $31,818.00 for a "lodestar multiplier." Snapka and Escobedo-Hockema do not oppose Movants' request to disburse to Movants the amounts withheld from them under "the fee arrangement" and "for accountant's fees" as set out in the chart attached to the Movants' motion—Rec. Doc. 63455, p. 3. Specifically, Snapka and Escobedo-Hockema do not oppose distributing to the Movants these sums that have been withheld from them:

Escobedo-Hockema:

    Fees based on "the fee arrangement": $31,818.00

    Assigned portion of accountant's invoice: $510.48

Snapka:

    Fees based on "the fee arrangement": $31,818.00

    Assigned portion of accountant's invoice: $510.48

### Lodestar Multiplier Request is Opposed

Snapka and Escobedo-Hockema oppose Movants' request for a "lodestar multiplier." Snapka and Escobedo-Hockema recommend that the sums withheld from them for that purpose be released and disbursed to them. Specifically, Snapka and Escobedo-Hockema recommend that the following amounts be released and disbursed to them:

    Escobedo-Hockema disbursement: $31,818.00

    Snapka disbursement:  $31,818.000

### A Fee-shifting Lodestar Multiplier is Unsupportable

Movants should be compensated at the agreed hourly rates, but further fee-shifting is unsupportable under the facts. Prior to the Court appointment of Movants, Snapka, Escobedo-Hockema and all other objectors, who are all skilled lawyers, represented themselves in pursuing Common Benefit Fund claims, and some, including Snapka, also engaged their own independent counsel.

Robert Arceneaux was engaged by individual objectors and continued to represent those clients after his appointment to the Movant group. After the Court appointment of Movants, Snapka and Escobedo-Hockema, and most, if not all, other objectors actively participated along with the Movants in the pursuit of their Common Benefit Fund claims.

2

Snapka and Escobedo-Hockema participation included both working in cooperation with Movants, and individual research, pleadings, discovery, preparation and participation in the Master's hearing, and many other legal tasks required of them.

Snapka and Escobedo-Hockema were at no time "free-riders." To the contrary, they, like most, if not all, Objectors were at all times actively pursuing their individual Common Benefit Fund claims. In fact, this individual Objector participation was necessary, because of acknowledged actual or potential conflicts of interest. By way of example, Mr. Arceneaux, of course, had his own individual clients to whom he owed duties. This significant conflict issue was appropriately appreciated by Movants, and required Snapka and Escobedo-Hockema to actively participate in all aspects of the pursuit of their Common Benefit Fund claims.

Additionally, the Court appointment of Movants was terminated prior to the resolution of the Common Benefit Fund claims of Snapka and Escobedo-Hockema and others. Therefore, Snapka and Escobedo-Hockema, along with the counsel they engaged, continued to pursue their claims independently. Snapka and Escobedo-Hockema, therefore, ask that the funds withheld from them for a lodestar multiplier be released and disbursed to them rather than shifted to Movants.

## Conclusion

Snapka and Escobedo-Hockema ask that Movants' claim for a lodestar multiplier be denied. Movants are appropriately, fairly and reasonably compensated by the hourly fees they have charged, the contingent fees they will receive, and the fees they have or will receive from their individual clients. Snapka and Escobedo-Hockema request that

the $31,818.00 that has been withheld from each of them for a lodestar multiplier be released and distributed to them.

                Respectfully submitted,

                BEIRNE, MAYNARD & PARSONS, L.L.P.

                /s/ Jack E. Urquhart
                Jack E. Urquhart
                State Bar No. 20415600
                1300 Post Oak Blvd., Suite 2500
                Houston, Texas 77056
                Telephone:  (713) 871-6760
                Facsimile:   (713) 960-1527

                **ATTORNEYS FOR PLAINTIFFS**
                **KATHRYN SNAPKA, JOSÉ ESCOBEDO, JR.**
                **AND DAVID HOCKEMA**

Of Counsel:

Gary Alfred
Texas Bar No. 24011214
Terry Adams
Texas Bar No. 00874010
Charles T. Miers
Texas Bar No. 00784600
BEIRNE, MAYNARD & PARSONS, L.L.P.
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone:  (713) 871-6760
Facsimile:   (713) 960-1527

Paul M. Lavelle
Louisiana Bar Number is 08134
BEIRNE, MAYNARD & PARSONS, L.L.P.
110 Poydres Street, Suite 2900
New Orleans, LA 70163
Telephone: (504) 799-2223
Facsimile:  (504) 799-2224

CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing document has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing, and that the forgoing was sent via email to:

Russ Herman, rherman@hhkc.com

Andy Birchfield, andy.birchfield@beasleyallen.com

Special Master Patrick Juneau, PAJ@juneaudavid.com

Robert Arceneaux, rea7001@cox.net

Margaret Woodward, mewno@aol.com

This 5th of October, 2011

                                                        /s/ Jack E. Urquhart
                                                        Jack E. Urquhart