UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: VIOXX | § | MDL NO. 1657 |
| --- | --- | --- |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § § § | SECTION L |
| | § | JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL CASES | § § § | MAG. JUDGE KNOWLES SPECIAL MASTER PATRICK A. JUNEAU |
| FILER:  Jack E. Urquhart | § § | |
| | | October 5, 2011 |

# ORDER

Upon consideration of Kathryn Snapka ("Snapka") and Escobedo, Tippit & Cárdenas' (referred to in this document by the names of the real parties in interest José Escobedo and David Hockema, or, collectively "Escobedo-Hockema") Memorandum, the Court has determined that the Motion of Liaison and Co-Lead Counsel (the "Movants") for disbursement, Rec. Doc. 63455, should be DENIED in part.

IT IS HEREBY ORDERED as follows:

Movants' claim for a lodestar multiplier is denied.  The following sums withheld from Kathryn Snapka and Escobedo-Hockema, which represent Movants' claim for a "lodestar multiplier," are released for disbursement to Kathryn Snapka and Escobedo-Hockema:

Escobedo-Hockema: $31,818.00

Snapka: $31,818.00

New Orleans, Louisiana, this ____ day of _____ 2011.

_____
THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE