IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

```
------------------------------------------------------x
                                         :
                                         :     MDL NO. 1657
                                         :
IN RE: VIOXX PRODUCTS LIABILITY          :
LITIGATION                               :     SECTION L
                                         :
THIS DOCUMENT RELATES TO                 :     JUDGE FALLON
ALL ACTIONS                              :     MAG. JUDGE KNOWLES
                                         :
FILER:  Henry A. King/Rebecca Dietz      :
                                         :
                                         :
------------------------------------------------------x
```

### MEMORANDUM OF KLINE & SPECTER, P.C. PURSUANT TO ORDER 63457

Kline & Specter, P.C. respectfully files this Memorandum Pursuant to Order 63457 regarding the motion of Co-Lead and Liaison Counsel for Objectors for distribution of fees and partial hold-back of Objectors' fees.

Kline & Specter is very satisfied with the representation provided by Co-Lead and Liaison Counsel for the objectors.  They did an excellent job under very difficult circumstances.  However, Kline & Specter is troubled by two aspects of the proposed billing.  First, the representation was hourly, not contingent. Hence, a multiplier would not seem appropriate.

Second, it seems excessive for the movants to be paid (1) their entire lodestar by the hourly rate group of firms, (2) additional fees by the contingent fee group of firms and (3) fees by the two firms whom the movants represented privately.  There would appear to be substantial overlap among these three groups of payers.  A solution to this would be for the amount of the fees paid by group #2 and the amount of the fees paid by group #3 that fairly represents common benefit work (and not work geared solely to individual representational issues) to be deducted from the amount to be paid by group #1.  That would result in the movants being paid their full hourly rate.

Respectfully submitted,

/s/ Rebecca Dietz
HENRY A. KING (#7393)
REBECCA H. DIETZ (#28842)
KING, KREBS & JURGENS, P.L.L.C.
201 St. Charles Avenue, 45th Floor
New Orleans, Louisiana   70170
Telephone: (504) 582-3800
Facsimile:  (504) 582-1233
hking@kingkrebs.com
rdietz@kingkrebs.com

Dated:  October 6, 2011                    *Attorneys for Kline & Specter, P.C.*

{N0515957 -}

**CERTIFICATION OF SERVICE**

The undersigned hereby certifies that on this date he caused the Motion of Kline

& Specter, P.C. Pursuant to Order 63457 to be served on Liaison Counsel, Russ Herman

and Phillips Wittman, by U.S. Mail and e-mail, and on all parties by electronically

uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial

Order No. 8.

/s/ Rebecca Dietz

Dated:  October 6, 2011

{N0515957 -}