UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                          MDL DOCKET NO. 1657
PRODUCTS LIABILITY LITIGATION                        SECTION L

                                                     JUDGE FALLON
                                                     MAGISTRATE JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

William A. Curl and Tonya Curl v. Merck & Co., Inc., *et al.* 2:05-cv-05295-EEF-DEK

---

## CHARLES CONLEY, D.O.'S MOTION TO ENTER ORDER AND INCORPORATED MEMORANDUM OF LAW

---

This Honorable Court granted Dr. Charles Conley's Motion for Summary Judgment during the status conference on June 1, 2011. Four months later, the Order granting the Motion does not appear to have been entered.

The Federal Rules of Civil Procedure require that "every judgment and amended judgment must be set out in a separate document…."[a] Furthermore, "the court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record."[b]

As no Order appears to have been entered referencing this Honorable Court's June 1, 2011 oral Order granting summary judgment, and this Honorable Court clearly has the authority to correct the situation at this time, Charles Conley, D.O., respectfully moves this Honorable Court to sign the attached Order and to enter it into the record.

The previously submitted proposed order is attached.

---

[a] Fed. R. Civ. P. 58 (eff. 2007)
[b] Fed. R. Civ. P. 60 (eff. 2007)

Respectfully Submitted,


/s/ James E. Smith
James E. Smith, KY90979
David B. Gazak
Darby and Gazak, P.S.C.
3220 Office Pointe Place, Suite 200
Louisville, Kentucky 40220
(502) 412-5020 Tel.
(502) 412-1004 Fax
jsmith@darbygazak.com
*Counsel for Defendant,*
*Charles Conley, D.O.*

And

Danny E. Darnall
911 North Mulberry Street
Elizabethtown, Kentucky 42701
*Personal Counsel to Defendant,*
*Charles Conley, D.O.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2011.  I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of the electronic filing to the following:

| | |
|---|---|
| Ronald R. Benjamin<br>Law Office of Ronald R. Benjamin<br>126 Riverside Drive<br>P.O. Box 607<br>Binghamton, NY 13902-0607<br>607-772-1442 Tel.<br>607-772-1678 Fax<br>*Counsel for Plaintiffs* | Phillip A. Wittman<br>Dorothy H. Wimberly<br>Stone Pigman Walther Wittmann, LLC<br>546 Carondetet Street<br>New Orleans, Louisiana 70130<br>504-581-3200 Tel.<br>504-581-3361 Fax<br>dwimberly@stonepigman.com<br>*Defendants' Liaison Counsel* |

| | |
|---|---|
| Douglas R. Marvin<br>Eva Petko Esber<br>Williams & Connolly LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>202-434-5000 Tel.<br>202-434-5029 Fax<br>*Counsel for Merck & Co., Inc.* | Winston E. Miller<br>Frost Brown Todd, LLC<br>400 West Market Street<br>32nd Floor<br>Louisville, Kentucky 40202<br>502-589-5400 Tel.<br>502-581-1087 Fax<br>*Counsel for Defendant,*<br>*Merck & Co., Inc.* |
| Susan J. Pope<br>250 West Main Street<br>Suite 2700<br>Lexington, Kentucky 40507-1749<br>859-244-3204 Tel<br>859-231-0011 Fax<br>*Co-Counsel for Defendant,*<br>*Merck & Co., Inc.* | |

/s/ James E. Smith
*One of Counsel for Defendant,*
*Charles Conley, D.O.*