UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1657<br>SECTION L |
| | JUDGE FALLON<br>MAGISTRATE JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:

William A. Curl and Tonya Curl v. Merck & Co., Inc., *et al*. 2:05-cv-05295-EEF-DEK

_____

**[PROPOSED] ORDER GRANTING CHARLES CONLEY, D.O.'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**
_____

Motion having been made, all parties having had the opportunity to respond, and this Court being sufficiently advised;

IT IS HEREBY ORDERED that Charles Conley, D.O.'s, Motion for Summary Judgment on the allegations against him is GRANTED and Charles Conley, D.O., is DISMISSED WITH PREJUDICE from the above-captioned action.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE