UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX  
PRODUCTS LIABILITY LITIGATION

MDL DOCKET NO. 1657  
SECTION L

JUDGE FALLON  
MAGISTRATE JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

William A. Curl and Tonya Curl v. Merck & Co., Inc., *et al*. 2:05-cv-05295-EEF-DEK

_____

### NOTICE OF SUBMISSION

_____

Please take notice that Charles Conley, D.O.'s Motion for Entry of Order will be brought on for hearing on November 4, 2011, immediately following the monthly status conference scheduled for 9:00 a.m. before the Honorable Eldon E. Fallon, Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Dated:  October 7, 2011

Respectfully Submitted,

/s/ James E. Smith  
James E. Smith, KY90979  
David B. Gazak  
Darby and Gazak, P.S.C.  
3220 Office Pointe Place, Suite 200  
Louisville, Kentucky 40220  
(502) 412-5020 Tel.  
(502) 412-1004 Fax  
jsmith@darbygazak.com  
*Counsel for Defendant,*  
*Charles Conley, D.O.*

       And

       Danny E. Darnall
       911 North Mulberry Street
       Elizabethtown, Kentucky 42701
       *Personal Counsel to Defendant,*
       *Charles Conley, D.O.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2011.  I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of the electronic filing to the following:

| | |
|---|---|
| Ronald R. Benjamin<br>Law Office of Ronald R. Benjamin<br>126 Riverside Drive<br>P.O. Box 607<br>Binghamton, NY 13902-0607<br>607-772-1442 Tel.<br>607-772-1678 Fax<br>*Counsel for Plaintiffs* | Phillip A. Wittman<br>Dorothy H. Wimberly<br>Stone Pigman Walther Wittmann, LLC<br>546 Carondetet Street<br>New Orleans, Louisiana 70130<br>504-581-3200 Tel.<br>504-581-3361 Fax<br>dwimberly@stonepigman.com<br>*Defendants' Liaison Counsel* |
| Douglas R. Marvin<br>Eva Petko Esber<br>Williams & Connolly LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>202-434-5000 Tel.<br>202-434-5029 Fax<br>*Counsel for Merck & Co., Inc.* | Winston E. Miller<br>Frost Brown Todd, LLC<br>400 West Market Street<br>32nd Floor<br>Louisville, Kentucky 40202<br>502-589-5400 Tel.<br>502-581-1087 Fax<br>*Counsel for Defendant,*<br>*Merck & Co., Inc.* |
| Susan J. Pope<br>250 West Main Street<br>Suite 2700<br>Lexington, Kentucky 40507-1749<br>859-244-3204 Tel<br>859-231-0011 Fax<br>*Co-Counsel for Defendant,*<br>*Merck & Co., Inc.* | |

/s/ James E. Smith
*One of Counsel for Defendant,*
*Charles Conley, D.O.*