UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS | : | MDL NO. 1657 |
| LIABIILTY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE FALLON |
| THIS DOCUMENT RELATES | : | MAG. JUDGE KNOWLES |
| TO ALL CASES | : | SPECIAL MASTER |
| | : | PATRICK JUNEAU |
| | : | |
| FILER: Anapol Schwartz | : | |

**ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY, P.C.'S
MEMORANDUM PURSUANT TO ORDER 63457**

Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, P.C. ("Anapol Schwartz") files this memorandum pursuant to Order 63457 to address relief requested by Co-Lead and Liaison Counsel for Objectors (Movants) in motions filed September 30, 2011 -- Rec. Doc. 63455 and October 5, 2011 – Rec. Doc. 63462.

**Amounts Withheld Under *"Quantum Meruit"* Standard
and Amounts "For Accountants' Fees"**

Anapol Schwartz has had $64,146.48 withheld as a result of Movants' claims. Movants claim $31,818.00 for fees under a *"quantum meruit"* standard; $510.48 for "accountant's fees", and $31,818.00 for a "lodestar multiplier". Anapol Schwartz acknowledges and appreciates the work performed by Objectors' Co-Lead and Liaison Counsel and, therefore, does not oppose Movants' request to the amounts sought under a *"quantum meruit"* standard and "for accountant's fees". Specifically, Anapol Schwartz does not oppose the following distribution to Movants:

Fees based on *"quantum meruit"*: $31,818.00

Assigned portion of accountant's invoice: $510.48

### Lodestar Multiplier Request is Opposed

However, Anapol Schwartz does oppose Movants' request for a "lodestar multiplier." It is respectfully requested that the $31,818.00 withheld from Anapol Schwartz for purposes of a multiplier be released and disbursed to Anapol Schwartz.

### A Fee-shifting Lodestar Multiplier is Not Appropriate in This Matter

Anapol willingly agrees that Movants should be compensated their hourly rates, but further fee-shifting is unsupportable under the facts. Prior to the Court's appointment of Movants, Anapol Schwartz represented itself in pursuing Common Benefit Fund claims.

After the Court's appointment of Movants as Co-Lead and Liaison Counsel, Anapol, as well as most other objectors, actively participated with the Movants in the pursuit of their Common Benefit Fund claims. Anapol Schwartz's participation included both working in cooperation with Movants, as well as individual research, the filing of its own pleadings, discovery, detailed preparation and participation in the Special Master's hearing, including conducting its own examinations, and many other legal tasks.  At all times, Anapol was actively engaged in the pursuit of its individual Common Benefit Fund claims.

In light of the above, Anapol Schwartz respectfully requests that the funds withheld from it for a lodestar multiplier be released and disbursed to it rather than shifted to Movants.

**Conclusion**

Anapol Schwartz asks that Movants' claim for a lodestar multiplier be denied. Movants are appropriately, fairly and reasonably compensated by the hourly fees they have charged and the contingent fees they will receive. Anapol Schwartz requests that the $31,818.00 that has been withheld from it for a lodestar multiplier be released and distributed to it.

                                        Respectfully submitted,

                                        **ANAPOL, SCHWARTZ, WEISS, COHAN,**
                                        **FELDMAN & SMALLEY, P.C.**

                                        */s/ Sol H. Weiss*

                                        SOL H. WEISS, ESQUIRE
                                        1710 Spruce Street
                                        Philadelphia, PA 19103
                                        Telephone:  215-735-1130
                                        Facsimile:  215-875-7722

Dated:  <u>October 7, 2011</u>

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing document has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing, and that the foregoing was sent via e-mail to:

      Russ Herman, Esquire: rherman@hhkc.com
      Andy Birchfield, Esquire:  andy.birchfield@beasleyallen.com
      Special Master Patrick Juneau, Esquire: PAJ@juneaudavid.com
      Robert Arceneaux, Esquire:  rea7001@cox.net
      Margaret Woodward, Esquire: mewno@aol.com

This 7th day of October, 2011

_____
SOL H. WEISS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS | : | MDL NO. 1657 |
| LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE FALLON |
| THIS DOCUMENT RELATES | : | MAG. JUDGE KNOWLES |
| TO ALL CASES | : | SPECIAL MASTER |
| | : | PATRICK JUNEAU |
| | : | |
| FILER: Anapol Schwartz | : | October 7, 2011 |

_____

### **ORDER**

Upon consideration of Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, P.C.'s, Memorandum, the Court has determined that Objectors' Liaison and Co-Lead Counsel's (the "Movants") Motion for Disbursement, Rec. Doc. 63455 and Rec. Doc. 63462, should be DENIED in part.

IT IS HEREBY ORDERED as follows:

Movants' claim for a lodestar multiplier is denied. The $31,818.00 withheld from Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, P.C., which represents Movants' claim for a "lodestar multiplier", is to be disbursed to Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, P.C.

New Orleans, Louisiana, this        day of              , 2011.

_____
THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE