UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  VIOXX ) | |
| ) | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION L |
| THIS DOCUMENT RELATES TO: ) | |
| 2:10 CV 01115 ) | JUDGE FALLON |
| ) | MAG. JUDGE KNOWLES |

## ORDER

Considering the foregoing Plaintiff's motion and Incorporated Memorandum for Leave to Submit Notice of Additional Supplemental Authority,

**IT IS ORDERED** that plaintiff Commonwealth of Kentucky be and it hereby is granted leave to file its Notice of Additional Supplemental Authority.

**NEW ORLEANS, LOUISIANA,** this  11th   day of   October  , 2011.

_____
DISTRICT JUDGE