MINUTE ENTRY
FALLON, J.
OCTOBER 12, 2011

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS<br>LIABILITY LITIGATION | CIVIL ACTION<br><br>NO.  05-MD-1657<br><br>SECTION: L |

**This document relates to: ALL CASES**

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Jodi Simcox

Appearances:  Margaret Woodward, Esq.
              Robert Arceneaux, Esq.
              Kevin Klibert, Esq.
              Jack Urquhart, Esq.
              Rebecca Deeds, Esq.

---

Fees Hearing regarding the Motion for Distribution to Counsel for Objectors and for Partial Hold-Back of Distribution to Objectors   (63455)

Argument - TAKEN UNDER SUBMISSION

JS10:    :45