MINUTE ENTRY
FALLON, J.
OCTOBER 12, 2011

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | : | |
| | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| **THIS DOCUMENT RELATES TO:** | : | |
| ALL PENDING GOVERNMENT ACTION | : | JUDGE FALLON |
| CASES | : | MAG. JUDGE KNOWLES |
| | : | |

On this date, a telephone status conference was held with Judge Eldon E. Fallon. Counsel for Merck and representatives of the PSC participated, as well as Susan Winkler on behalf of the Department of Justice and representatives of NAMFCU. At the conference, the parties discussed the status of the AG. The status conference was transcribed by Ms. Jodi Simcox, Official Court Reporter. The transcript will disclose the contents of the discussion and those who attended.

1

JS10(00:15)