# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Dennis R. Harrison v. Merck & Co., Inc.,* | * | KNOWLES |
| 2:07-cv-00905-EEF-DEK | * | |
| | * | |

*************************************************************************

## ORDER

Considering the foregoing Withdrawal of Motion to Dismiss with Prejudice for Failure to Comply With Pre-Trial Order No. 28 (R. Doc. 61683) by defendant Merck & Co., Inc.,

**IT IS ORDERED** that Defendant Merck & Co., Inc.'s Motion to Dismiss with Prejudice for Failure to Comply With Pre-Trial Order No. 28 be and it hereby is withdrawn as moot as to plaintiff Dennis Harrison.

**NEW ORLEANS, LOUISIANA,** this  12th   day of October, 2011.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**