UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | : | MDL NO. 1657 |
| IN RE: VIOXX | : | |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : 

**This document relates to:    06-9382, *County of Santa Clara v. Merck & Co., Inc.***

## ORDER

IT IS ORDERED that Merck's Motion for Judgment on the Pleadings (Rec. Doc. 63425),

shall be heard on November 30, 2011 at 9:00 a.m.

IT IS FURTHER ORDERED that the County of Santa Clara shall file any opposition to

the motion on or before November 7, 2011, and Merck shall file any reply on or before

November 18, 2011.

New Orleans, Louisiana, this 13th day of October, 2011.

_____

UNITED STATES DISTRICT JUDGE