UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                    :   MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION   :   SECTION: L
                                                :
                                                :   JUDGE FALLON
                                                :   MAG. JUDGE KNOWLES
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**This document relates to:**   *Oralia F. Alaniz, et al. v. Merck & Co., Inc.*, No. 06-10281(only as to June Bennett)

### ORDER

The Court is in receipt of correspondence from Vioxx claimant June Bennett. Ms. Bennett expresses dissatisfaction with the handling of her Vioxx claim. In particular, Ms. Bennett states that she submitted materials regarding her Vioxx use and her 1997 heart attack to her attorney, but that when she requested a copy of her file from her attorney those materials were not contained in the file.

Ms. Bennett was named as a plaintiff in a complaint filed in the Eastern District of Texas on September 21, 2006 and transferred to the MDL on December 28, 2006. It is apparent from the materials Ms. Bennett has submitted that she enrolled in the Resolution Program, failed one of the Gates, and submitted a Future Evidence Stipulation that was accepted by Merck. The materials also indicate that Ms. Bennett was deposed by Merck on May 10, 2011. Merck submitted Ms. Bennett's stipulation of dismissal on July 22, 2011 (Rec. Doc. 63135) and the Court entered an Order of Dismissal With Prejudice on July 27, 2011 (Rec. Doc. 63155). Thus, at present Ms. Bennett's case is closed.

IT IS ORDERED that Ms. Bennett's correspondence be entered into the record UNDER

SEAL because it contains her Social Security Number as well as medical records, with a copy to be sent to Plaintiff's Liaison Counsel. The PLC is directed to contact Ms. Bennett's attorney, Thomas M. Corea, to investigate Ms. Bennett's complaints and to report to the Court.

New Orleans, Louisiana, this 17th day of October, 2011.

UNITED STATES DISTRICT JUDGE

Clerk to serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130

June Bennett
7575 Chaucer Pl. # 2901
Dallas, TX 75237

Thomas M. Corea
Corea Firm
325 N. St. Paul Street
Suite 4150
Dallas, TX 75201