"Certification of Funds in the Registry"

PRINCIPAL: $ 469,892.00

Financial Deputy: _____ Date: 10/18/11

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

This document relates to:   ALL CASES

## ORDER

Considering Daniel E. Becnel, Jr.'s Motion for Release of Funds (Rec. Doc. 63464),

IT IS ORDERED that the motion is GRANTED. The Clerk of the United States District Court, Eastern District of Louisiana, is authorized and directed to draw a check on the funds deposited into the registry of this Court in the principal amount of Four Hundred Sixty-Nine Thousand, Eight Hundred Ninety-Two and 00/100 ($469,892.00), together with any and all legal interest earned, less the assessment fee for the administration of funds, payable to Daniel E. Becnel, Jr., P.O. Drawer H, Reserve, LA 70084.

New Orleans, Louisiana, this 18th day of October, 2011.

Eldon E. Fallon
UNITED STATES DISTRICT JUDGE