IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

IN RE: VIOXX LITIGATION

Appeal from the United States District Court for the
Eastern District of Louisiana at New Orleans
2:05-MD-1657

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   OCT 2 4 2011

LORETTA G. WHYTE
CLERK

The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

_____
Lyle W. Cayce
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

October 18, 2011

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 11-30792   In Re: Vioxx Prod Liability, et al
       USDC No. 2:05-MD-1657

Enclosed is an order entered in this case.

                  Sincerely,

                  LYLE W. CAYCE, Clerk

                  By: _Angelique D. Batiste_____
                  Angelique D. Batiste, Deputy Clerk
                  504-310-7715

Mr. Andy D. Birchfield Jr.
Mr. Edward F Blizzard
Mr. Turner W Branch
Mr. Leonard Arthur Davis
Mr. Thomas V. Girardi
Mr. Russ M Herman
Mr. Stephen Jay Herman
Mr. W. Mark Lanier
Mr. Arnold Levin
Mr. Troy Rafferty
Mr. Chris Seeger
Mr. Jack E. Urquhart
Mr. Perry Weitz
Ms. Loretta Whyte