U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED OCT 24 2011
LORETTA G. WHYTE
CLERK

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 10-30762

MD 05-1657-L

STATE OF LOUISIANA, ex rel, JAMES D. CALDWELL, Attorney General for the State of Louisiana, as parens patriae on behalf of Louisiana and its Citizens,

    Plaintiffs - Appellants

v.

MERCK & COMPANY, INCORPORATED,

    Defendant - Appellee

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

ORDER:

ON CONSIDERATION of the motion to stay proceedings in this cause, IT IS ORDERED that pursuant to 5TH CIR. R. 42.4 this appeal is hereby dismissed without prejudice to the right of either party to reinstate the appeal by letter to the Clerk of this Court within 180 days from this date. Unless the appeal is reinstated within that time, or the foregoing 180 day time period is extended, the appeal will be considered dismissed with prejudice.*

                      /s/ Lyle W. Cayce
                      LYLE W. CAYCE
                      CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

---

*An additional period of 180 days from the expirational date will be allowed for applying for relief from a dismissal with prejudice resulting from mistake, inadvertence or excusable neglect of counsel or a pro se litigant.

A True Copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By /s/ Angelique D. Batiste
    Deputy
New Orleans, Louisiana OCT 21 2011

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

October 21, 2011

Ms. Loretta Whyte
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 10-30762, In Re: Vioxx Prod Liability
        USDC No. 2:05-MD-1657
        USDC No. 2:05-CV-3700

Enclosed is a copy of the judgment issued as the mandate.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Angelique D. Batiste, Deputy Clerk
                    504-310-7715

cc w/encl:
    Mr. Barry W. Ashe
    Mr. Kenneth F. Baum
    Mr. John H. Beisner
    Ms. Carmelite M. Bertaut
    Mr. Charles Henry Braud Jr.
    Mr. Michael Cancienne
    Mr. James R Dugan II
    Mr. Andrew L. Goldman
    Mr. Tarek Ismail
    Mr. Stephen B. Murray Jr.
    Mr. Stephen B. Murray Sr.
    Mr. Brian O'Donoghue
    Mr. Thomas Patrick Owen Jr.
    Dr. Douglas Robert Plymale
    Mr. Bryan Charles Reuter
    Mr. Travis James Sales
    Ms. Sallie Jones Sanders
    Mr. Richard C Stanley
    Mr. Joe William Tomaselli Jr.
    Ms. Dorothy Hudson Wimberly
    Mr. Phillip A. Wittmann