# EXHIBIT A

LAW OFFICES
# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.
WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

EMILY RENSHAW PISTILLI
(202) 434-5652
Epistilli@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

August 15, 2011

<u>Via E-mail</u>

Ann B. Oldfather
Megan Hastings
Oldfather Law Firm
1330 South Third Street
Louisville, KY 40208

  Re: <u>PTO 43 Plaintiff Depositions</u>

Dear Ann and Megan:

  Over the past five months, we have been conducting depositions of the plaintiffs and some spouses in the pending PTO 43 cases. At this point, with the exception of several PTO 43 plaintiffs who are proceeding pro se, we have either completed or scheduled the deposition of almost every PTO 43 plaintiff except for the following four plaintiffs for whom you are the counsel of record, along with (we believe) other firms in some cases:

| Plaintiff Name | Plaintiff Location | Case Caption | Case Number |
|---|---|---|---|
| Russel, Donna C | Elizabeth, IN | Russel, Donna C. v. Merck & Co., Inc. | 2:06-cv-00781-EEF-DEK |
| Elliott, Sandra K | Modesto, CA | Elliott, Sandra v. Merck & Co., Inc. | 2:06-cv-10987-EEF-DEK |
| Jelden, Todd | Kearney, NE | Atkinson, Allen v. Merck & Co., Inc. | 2:05-cv-04130-EEF-DEK |
| Sanjanwala, Smita U (Ulhas Sanjanwala) | Overland Park, KS | Smita, Sanjanwala v. Merck & Co., Inc. | 2:05-cv-01011-EEF-DEK |

  As we know, you had many commitments over the summer months, so we have not yet requested dates for these depositions. At this point, we would like to proceed with scheduling in these cases, since we are now down to the last handful. Would you please let us know if we should coordinate with any of your co-counsel regarding these depositions? Or if you are the correct contact people on these matters, would you please provide dates in September or October when these plaintiffs would be available for deposition? Where feasible, we would also like to schedule spouse depositions at the same time as the plaintiffs' depositions to consolidate attorney travel.

WILLIAMS & CONNOLLY LLP

Ann B. Oldfather
August 15, 2011
Page 2

Thanks for your cooperation.

Sincerely,

Emily Renshaw Pistilli

A-2

**From:** Pistilli, Emily
**Sent:** Tuesday, September 06, 2011 1:06 PM
**To:** Ann Oldfather
**Cc:** Colleen Shields; Megan J. Hastings; Michelle L. Chiavene; Horn, Elaine; Marvin, Douglas; 'Wimberly, Dorothy H.'
**Subject:** RE: Depositions taken in active Vioxx matters

Ann:

We will confirm that you are served directly with all notices and pleadings going forward in accordance with the amended language in PTO 8C. However, I understand that by agreement, Russ Herman and Phil Wittman have not routinely sent or received Vioxx pleadings or notices by US mail under PTO 8C for the past five years – just by email. Do you really want to receive all pleadings and notices by US mail in addition to email and LNFS? Please confirm.

Two more depositions have taken place since you received the list from me on August 15: The deposition of plaintiff Stanley Long on August 18 and the deposition of plaintiff Elizabeth Garner on August 19. Aside from the upcoming depositions in your cases, which you are already aware of, only one other deposition has been noticed: Dr. Stephen Federowicz, a doctor in the Demoski matter, on September 16. However, the notices for all three of these depositions were issued and served prior to the entry of the amended PTO 8C language on August 17. We are currently working to schedule some additional doctor depositions in other matters, and we will confirm that you are served with those notices directly when they are issued.

On a related note, we are renewing our request to you to provide dates for the depositions of the plaintiffs (and spouses where feasible) in the four PTO 43 cases for which you are counsel of record (Russel, Elliott, Jelden, and Sanjanwala). We originally made this request in the attached August 15 letter, to which we received no response. As I noted in that letter, with the exception of the pro se cases, we have now completed the deposition of plaintiffs and some spouses in virtually every PTO 43 case except for these four cases where you are counsel (approximately 20 depositions in total). Please provide deposition dates as soon as possible so that we can begin to move forward with these cases.

Thanks,
Emily

---

**From:** Ann Oldfather [mailto:aoldfather@oldfather.com]
**Sent:** Tuesday, September 06, 2011 10:18 AM
**To:** Pistilli, Emily
**Cc:** Colleen Shields; Megan J. Hastings; Michelle L. Chiavene; Horn, Elaine; Marvin, Douglas
**Subject:** RE: Depositions taken in active Vioxx matters

Emily—

I would appreciate it if you would let me know whether other depositions have been taken since this was prepared, and also please advise as to any outstanding Notices that are still scheduled to go forward.

**OLDFATHER LAW FIRM**
ATTORNEYS AT LAW
**1330 SOUTH THIRD STREET**
**LOUISVILLE, KENTUCKY 40208**

ANN B. OLDFATHER[†]
aoldfather@oldfather.com

VICKI L. BUBA[*]
vbuba@oldfather.com

R. SEAN DESKINS
sdeskins@oldfather.com

SHELDON L. HADEN
shaden@oldfather.com

MEGAN J. HASTINGS
mhastings@oldfather.com

TELEPHONE 502.637.7200
FAX 502.637.3999
www.oldfather.com

[*] Also admitted in Indiana
[†] Board Certified in Civil Trial Advocacy

September 14, 2011

**VIA EMAIL AND U.S. MAIL**
Emily R. Pistilli, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901

RE:   *Vioxx Litigation*

Dear Emily:

I am responding to your letter of August 15, 2011 and your follow up e-mail of September 6, 2011, regarding your continuing deposition scheduling, now in the cases of Russel, Elliott, Jelden and Sanjanwala. As a word of explanation, I did not respond when you wrote on August 15 as we were focused on responding to your multiple and ongoing document requests in the Hench matter together with trying to finish the scheduling of the remaining Harrisburg and Newburg, New York depositions. Your abrupt and arbitrary cancellation of the Hench depositions, and our need to regroup, coincided with your e-mail of September 6, 2011.

We intend to select the cases that we are going to be bringing to trial, and to focus our deposition efforts on those cases until they are trial ready. I believe we have given Merck sufficient opportunity to pick the multiple cases in which it wanted to take depositions, as the selections have been entirely yours for the last many, many months. We will, of course, promptly make those parties available and work with you to schedule whatever other proof needs to be taken to get those case ready for trial.

Perhaps I missed the significance of completing the depositions of the named plaintiffs in the PTO 43 cases, and if there is some particular importance t to that as an independent project, please let me know and I will be happy to reevaluate our position. However, we have at this point devoted substantial effort to meeting Merck's requests for discovery, and we believe it is time for the shoe to be on the other foot.

A-4

Emily R. Pistilli
September 14, 2011
Page 2 of 2

                                        Sincerely,

                                        Ann B. Oldfather

ABO\mlc

A-5