# EXHIBIT B

LAW OFFICES
## WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

M. ELAINE HORN
(202) 434-5131
ehorn@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

September 20, 2011

**Via Electronic Mail**

Ann B. Oldfather
Oldfather Law Firm
1330 South Third Street
Louisville, KY 40208

Re:   Vioxx MDL No. 1657: PTO 43 FES Cases

Dear Ann:

This letter responds to your September 14, 2011 letter to Emily Pistilli regarding our August 15 and September 6 requests for deposition dates in the four (4) FES cases for which you are counsel. Unfortunately, you have refused to provide any dates, so we have selected dates of our own. Please find enclosed four deposition notices reflecting the following dates and locations:

- November 1      Donna Russel            Louiville, KY
- November 2      Smita Sanananwala       Overland Park, KS
- November 14     Sandra Elliott          San Francisco, CA
- December 1      Todd Jeldon             Lincoln, NE

We, of course, remaining willing to re-schedule to more convenient dates in 2011, if you elect to provide them.

Your reference to it being "time for the shoe to be on the other foot" lacks any foundation. You have had the same opportunity as we have the past *two years* to conduct discovery in the PTO 28 and 29 cases. You chose not to do so. We have never sought, nor have we ever agreed to any sequencing of discovery in these remaining cases. Nor, given the advanced age of this litigation, would it be in anyone's best interest to do so. The Court has stated repeatedly that we should not "warehouse" cases, but that is effectively what would happen with these cases if they were left until some unspecified point in the future when you decide that you have completed discovery in your preferred cases. We remain willing to cooperate in conducting discovery in your preferred cases, as we have been willing to do for the past two years. Discovery should continue to proceed, however, in other cases as well.

Finally, a few points regarding logistics:

WILLIAMS & CONNOLLY LLP

Ann B. Oldfather
September 20, 2011
Page 2

- Ms. Russel lives in Elizabeth, Indiana which is approximately 30 miles from Louisville. We are willing to set the deposition for your offices in Louisville if that is your preference.

- We have noticed the deposition of Ms. Sanjanwala for Bryan Cave's offices. If you would prefer to have it at one of the plaintiff firms there (e.g. Bartimus, Frickleton), we are happy to move it.

- The closest major city to Kearney, Nebraska with a major airport is Lincoln, so we have noticed the deposition for that location. If you would prefer to do it in Kearney, we will make that change.

As a reminder, Emily Pistilli is on maternity leave. Please do not direct any additional correspondence to her. Thank you for your attention to these matters.

Sincerely

M. Elaine Horn

Enclosures

WILLIAMS & CONNOLLY LLP

B-2