# EXHIBIT C

**Rodwich, Denise**

| | |
|---|---|
| **From:** | abo@oldfather.com |
| **Sent:** | Tuesday, September 20, 2011 8:34 PM |
| **To:** | Horn, Elaine; Ann Oldfather; Marvin, Douglas |
| **Cc:** | Hastings, Megan J.; Shields, Colleen; Wimberly, Dorothy H. |
| **Subject:** | Re: Emailing: Ltr. to A. Oldfather 9-20-11.pdf |

I am referring to Dorothy's additions to the draft status report that Merck would COORDINATE the discovery in trial cases with its desired depositions

I wish you would show that Merck's counsel really meant that, but I don't think you really do.

Ann

-----Original Message-----
From: "Horn, Elaine" <EHorn@wc.com>
Date: Tue, 20 Sep 2011 16:42:30
To: 'aoldfather@oldfather.com'<aoldfather@oldfather.com>; Marvin, Douglas<DMarvin@wc.com>
Cc: 'mjh@oldfather.com'<mjh@oldfather.com>; 'cms@oldfather.com'<cms@oldfather.com>; 'dwimberly@stonepigman.com'<dwimberly@stonepigman.com>
Subject: Re: Emailing: Ltr. to A. Oldfather 9-20-11.pdf

Ann,
    You flatly refused to provide us any dates for these four depositions. We made a request in August, and again in September. The resulting response from you was that no dates would be forthcoming. That really doesn't leave us with anything to cooperate.

    I do not know what references you are making regarding Dorothy, but I am confident that she did not make any agreements regarding dates for these depositions or any agreements that we would forego taking these depositions.
    As previously stated, if you would like to provide us with alternative dates -- dates for sometime this calendar year -- we would be happy to issue amended notices.

--------------------------
Sent from my Wireless Handheld


----- Original Message -----
From: Ann Oldfather <aoldfather@oldfather.com>
To: Horn, Elaine; Marvin, Douglas
Cc: Megan J. Hastings <mjh@oldfather.com>; Colleen Shields <cms@oldfather.com>
Sent: Tue Sep 20 14:41:32 2011
Subject: RE: Emailing: Ltr. to A. Oldfather 9-20-11.pdf

Elaine-- are you really serious? Dorothy is telling us yesterday that she will be cooperative and coordinate, and you send Notices then next day??!

Please withdraw these, and work with us to coordinate all proof, just as Merck has committed it would do yesterday.

I would have thought it was clear by now how Judge Fallon feels about unilateral issuance of Notices to Take Deposition. If these are still outstanding, I will bring it up tomorrow that you have done it again, just as you did in May.

C-1

Ann

-----Original Message-----
From: Horn, Elaine [mailto:EHorn@wc.com]
Sent: Tuesday, September 20, 2011 12:03 PM
To: Ann Oldfather; Megan J. Hastings
Subject: FW: Emailing: Ltr. to A. Oldfather 9-20-11.pdf

Ann and Megan:

    Please see attached letter and enclosures.

Regards,

Elaine

------------------------------------------------------------------------
------
NOTICE:

This message is intended for the use of the individual or entity
to which it is addressed and may contain information that is privileged,

confidential and exempt from disclosure under applicable law. If the reader
of this message is not the intended recipient or the employee or agent
responsible for delivering this message to the intended recipient, you are
hereby notified that any dissemination, distribution or copying of this
communication is strictly prohibited. If you have received this communication
in error, please notify us immediately by reply or by telephone
(call us collect at (202) 434-5000) and immediately delete this message
and all its attachments.

========================================================================
======