# EXHIBIT D

**Rodwich, Denise**

| | |
|---|---|
| **From:** | Ann Oldfather [aoldfather@oldfather.com] |
| **Sent:** | Tuesday, October 04, 2011 1:01 PM |
| **To:** | Horn, Elaine |
| **Cc:** | Megan J. Hastings; Colleen Shields; Michelle L. Chiavene |
| **Subject:** | Vioxx Cases: Merck's Mutiple NTTDs and completion of Burick |

Elaine, I intend to proceed with completion of Dr. Burick's deposition. I request that all scheduling be done by our office. How much time do you want allotted for your purposes? I will combine that with what I need and have her office set that much time aside. From what was said by Hope Friday, we can expect this to be in January. Please let me know if you are in agreement with this process, as I would like to get it started.

As far as your NTTDs sent September 20 are concerned, I have scheduling conflicts with every date. Let's start with Donna Russel. Would you like me to send you dates we can produce her, or would you like to tell me first what works for you?

As mentioned, we will be having other proof we will be scheduling ourselves this Fall and Winter. We will work with you to coordinate a fair balance of your wishes and wants, and ours.

Ann

Ann B. Oldfather

Oldfather Law Firm

1330 S. Third St.

Louisville, KY 40208

502.637.7200

502.637.3999 fax

Email: aoldfather@oldfather.com

D-1

Rodwich, Denise

| | |
|---|---|
| **From:** | Horn, Elaine |
| **Sent:** | Tuesday, October 04, 2011 6:06 PM |
| **To:** | 'Ann Oldfather' |
| **Cc:** | 'Megan J. Hastings'; 'Colleen Shields'; 'Michelle L. Chiavene' |
| **Subject:** | RE: Vioxx Cases: Merck's Mutiple NTTDs and completion of Burick |

Ann:

With respect to the deposition notices we issued for four of your "PTO 43" plaintiffs, at this point we must stand on our notices, as issued. We served notices for those four plaintiffs on September 20, after failing to obtain dates from you despite multiple attempts beginning August 15. At the time that we issued the notices, we reiterated our willingness to issue amended notices if you provided us with alternative dates in 2011. Frankly, your email below which baldly states that you cannot make yourself available for **any** of these dates strains credulity. This is especially true in light of the fact that these notices were issued with notice periods ranging from six to ten weeks, and that you assert that you plan to schedule some additional (unidentified) discovery of your own for the same time period in question. Therefore, given the absence of alternative acceptable dates offered by you, we will proceed with the following depositions as scheduled, absent a contrary order from Judge Fallon.

- November 1      Donna Russel         Louiville, KY

- November 2      Smita Sanananwala    Overland Park, KS

- November 14     Sandra Elliott       San Francisco, CA

- December 1      Todd Jeldon          Lincoln, NE

We will respond separately as to the Dr. Burick deposition.

Elaine

---

**From:** Ann Oldfather [mailto:aoldfather@oldfather.com]
**Sent:** Tuesday, October 04, 2011 1:01 PM
**To:** Horn, Elaine
**Cc:** Megan J. Hastings; Colleen Shields; Michelle L. Chiavene
**Subject:** Vioxx Cases: Merck's Mutiple NTTDs and completion of Burick


Elaine, I intend to proceed with completion of Dr. Burick's deposition. I request that all scheduling be done by our office. How much time do you want allotted for your purposes? I will combine that with what I need and have her office set that much time aside. From what was said by Hope Friday, we can expect this to be in January. Please let me know if you are in agreement with this process, as I would like to get it started.

**D-2**

**Rodwich, Denise**

| | |
|---|---|
| **From:** | Ann Oldfather [aoldfather@oldfather.com] |
| **Sent:** | Wednesday, October 05, 2011 9:05 AM |
| **To:** | Horn, Elaine |
| **Cc:** | Megan J. Hastings; Colleen Shields; Michelle L. Chiavene |
| **Subject:** | RE: Vioxx Cases: Merck's Mutiple NTTDs and completion of Burick |

Elaine--

I am not exactly sure why you say that:

"your email below which baldly states that you cannot make yourself available for **any** of these dates strains credulity".

Does that mean you think I am not telling the truth?

I am not sure why you find it hard to believe that an attorney with a busy practice may not be available on four randomly selected dates. Perhaps it is a difference in our practices, but I can assure you that I am in fact not available on any of those four dates, and wasn't when the unilaterally scheduled Notices came on September 20.

The question know is, are you only unwilling to work with us to reschedule because you don't believe me?

And as far as your claim that this effort goes back to August 15, I beg to differ.

On August 15, you asked for dates "in September or October" for four more plaintiffs depositions-- all but one of whom was not a local deposition for us.

At that point, we had **three** depositions (none of which were local for us) that Merck had scheduled in September, and we were actively working on scheduling **two more** depositions Merck wanted in September and we were also working on scheduling **three more** depositions Merck wanted in October-- again, none local for us. During this time, and indeed even after the **two more** depositions were confirmed for September, bringing the total to **five,** and the **three more** were confirmed for October, and perhaps because you were aware of the priority YOU had established on other scheduling, there was not one more email or letter or in person mention of these other four plaintiffs until I wrote on September 14. This lead to the (unfortunately) predictable result Merck once again unilaterally selecting dates for deposition noticing.

My offer still stands to work with you on scheduling Donna Russel.

I look forward to hearing from you as early as possible regarding your availability for completion of your deposition of Dr. Burick.


Ann

Ann B. Oldfather
OLDFATHER LAW FIRM
1330 S. Third St.

**Rodwich, Denise**

| | |
|---|---|
| **From:** | Horn, Elaine |
| **Sent:** | Wednesday, October 05, 2011 9:49 AM |
| **To:** | 'aoldfather@oldfather.com' |
| **Cc:** | 'mjh@oldfather.com'; 'cms@oldfather.com'; 'mlc@oldfather.com' |
| **Subject:** | Re: Vioxx Cases: Merck's Mutiple NTTDs and completion of Burick |

Ann:

The history of our attempts to work with you to schedule these PTO 43 depositions is clear, and it is documented through contemporaneous correspondence. Thus, I will not attempt to address your numerous mischaracterizations.

I will note, however, that you continue decline to offer any alternative dates in 2011. So, we will stand on our notices.

Elaine

--------------------------
Sent from my Wireless Handheld

---

**From:** Ann Oldfather [mailto:aoldfather@oldfather.com]
**Sent:** Wednesday, October 05, 2011 09:04 AM
**To:** Horn, Elaine
**Cc:** Megan J. Hastings <mjh@oldfather.com>; Colleen Shields <cms@oldfather.com>; Michelle L. Chiavene <mlc@oldfather.com>
**Subject:** RE: Vioxx Cases: Merck's Mutiple NTTDs and completion of Burick

Elaine--

I am not exactly sure why you say that:

"your email below which baldly states that you cannot make yourself available for **any** of these dates strains credulity".

Does that mean you think I am not telling the truth?

I am not sure why you find it hard to believe that an attorney with a busy practice may not be available on four randomly selected dates. Perhaps it is a difference in our practices, but I can assure you that I am in fact not available on any of those four dates, and wasn't when the unilaterally scheduled Notices came on September 20.

The question know is, are you only unwilling to work with us to reschedule because you don't believe me?

And as far as your claim that this effort goes back to August 15, I beg to differ.

On August 15, you asked for dates "in September or October" for four more plaintiffs depositions-- all but one of whom was not a local deposition for us.

At that point, we had **three** depositions (none of which were local for us) that Merck had scheduled in September, and we were actively working on scheduling **two more** depositions Merck wanted in September and we were also working on scheduling **three more** depositions Merck wanted in

D-4

**Rodwich, Denise**

| | |
|---|---|
| **From:** | Ann Oldfather [aoldfather@oldfather.com] |
| **Sent:** | Wednesday, October 05, 2011 10:57 AM |
| **To:** | Horn, Elaine |
| **Cc:** | Megan J. Hastings; Colleen Shields; Michelle L. Chiavene |
| **Subject:** | RE: Vioxx Cases: Merck's Mutiple NTTDs and completion of Burick |

Elaine:

I am not available on the dates you noticed. That is not a "mischaracterization" but rather a fact.

And I haven't ruled out 2011. I said:

> As far as your NTTDs sent September 20 are concerned, I have scheduling conflicts with every date. Let's start with Donna Russel. Would you like me to send you dates we can produce her, or would you like to tell me first what works for you?

As long as you "stand on your Notices" and refuse to discuss rescheduling, we aren't going to get anywhere.

Ann

Ann B. Oldfather
OLDFATHER LAW FIRM
1330 S. Third St.
Louisville, KY 40208
502.637.7200
502.637.3999 fax
Email: aoldfather@oldfather.com
www.oldfather.com

---

**From:** Horn, Elaine [mailto:EHorn@wc.com]
**Sent:** Wednesday, October 05, 2011 9:49 AM
**To:** Ann Oldfather
**Cc:** Megan J. Hastings; Colleen Shields; Michelle L. Chiavene
**Subject:** Re: Vioxx Cases: Merck's Mutiple NTTDs and completion of Burick

Ann:
The history of our attempts to work with you to schedule these PTO 43 depositions is clear, and it is documented through contemporaneous correspondence. Thus, I will not attempt to address your numerous mischaracterizations.

I will note, however, that you continue decline to offer any alternative dates in 2011. So, we will stand on our notices.

Elaine
------------------------
Sent from my Wireless Handheld

**Rodwich, Denise**

**From:** Horn, Elaine
**Sent:** Wednesday, October 05, 2011 3:28 PM
**To:** 'aoldfather@oldfather.com'
**Cc:** 'mjh@oldfather.com'; 'cms@oldfather.com'; 'mlc@oldfather.com'
**Subject:** Re: Vioxx Cases: Merck's Mutiple NTTDs and completion of Burick

Ann,

We have asked repeatedly for you to provide alternative dates. You repeatedly have declined to do so. There is no where else to go if you won't provide dates.

Elaine

------------------------------

Sent from my Wireless Handheld

---

**From:** Ann Oldfather [mailto:aoldfather@oldfather.com]
**Sent:** Wednesday, October 05, 2011 10:57 AM
**To:** Horn, Elaine
**Cc:** Megan J. Hastings <mjh@oldfather.com>; Colleen Shields <cms@oldfather.com>; Michelle L. Chiavene <mlc@oldfather.com>
**Subject:** RE: Vioxx Cases: Merck's Mutiple NTTDs and completion of Burick

Elaine:

I am not available on the dates you noticed. That is not a "mischaracterization" but rather a fact.

And I haven't ruled out 2011. I said:

> As far as your NTTDs sent September 20 are concerned, I have scheduling conflicts with every date. Let's start with Donna Russel. Would you like me to send you dates we can produce her, or would you like to tell me first what works for you?

As long as you "stand on your Notices" and refuse to discuss rescheduling, we aren't going to get anywhere.

Ann

Ann B. Oldfather
OLDFATHER LAW FIRM
1330 S. Third St.
Louisville, KY 40208
502.637.7200
502.637.3999 fax
Email: aoldfather@oldfather.com
www.oldfather.com

---

**D-6**

**Rodwich, Denise**

| | |
|---|---|
| From: | Ann Oldfather [aoldfather@oldfather.com] |
| Sent: | Wednesday, October 05, 2011 3:53 PM |
| To: | Horn, Elaine |
| Cc: | Megan J. Hastings; Colleen Shields; Michelle L. Chiavene |
| Subject: | RE: Vioxx Cases: Merck's Mutiple NTTDs and completion of Burick |

How can you say—"you repeatedly have declined to do so." Let's try this again, and let me repeat from Tuesday's email:

Let's start with Donna Russel. Would you like me to send you dates we can produce her, or would you like to tell me first what works for you?

Ann

---

**From:** Horn, Elaine [mailto:EHorn@wc.com]
**Sent:** Wednesday, October 05, 2011 3:28 PM
**To:** Ann Oldfather
**Cc:** Megan J. Hastings; Colleen Shields; Michelle L. Chiavene
**Subject:** Re: Vioxx Cases: Merck's Mutiple NTTDs and completion of Burick

Ann,

We have asked repeatedly for you to provide alternative dates. You repeatedly have declined to do so. There is no where else to go if you won't provide dates.

Elaine
------------------------
Sent from my Wireless Handheld

---

**From:** Ann Oldfather [mailto:aoldfather@oldfather.com]
**Sent:** Wednesday, October 05, 2011 10:57 AM
**To:** Horn, Elaine
**Cc:** Megan J. Hastings <mjh@oldfather.com>; Colleen Shields <cms@oldfather.com>; Michelle L. Chiavene <mlc@oldfather.com>
**Subject:** RE: Vioxx Cases: Merck's Mutiple NTTDs and completion of Burick

Elaine:

I am not available on the dates you noticed. That is not a "mischaracterization" but rather a fact.

And I haven't ruled out 2011. I said:

> As far as your NTTDs sent September 20 are concerned, I have scheduling conflicts with every date. Let's start with Donna Russel. Would you like me to send you dates we can produce her, or would you like to tell me first what works for you?

**D-7**