# EXHIBIT E

**Rodwich, Denise**

| | |
|---|---|
| From: | Horn, Elaine |
| Sent: | Wednesday, October 05, 2011 4:38 PM |
| To: | 'aoldfather@oldfather.com' |
| Cc: | 'mjh@oldfather.com'; 'cms@oldfather.com'; 'mlc@oldfather.com' |
| Subject: | Re: PTO 43 depositions |

Ann:

We have made at least six separate requests for you to provide dates for the four PTO 43 plaintiffs. Please consider this an additional request.

Judge Fallon made clear at the last status conference that Merck could proceed with its affirmative discovery. If you will not make the four plaintiffs available for deposition on the dates noticed, then please provide dates in 2011 when you will make those parties available. Please select any date that is not November 4 and that does not fall within two business days of the major holidays of Thanksgiving, Christmas, or New Year's. Please provide a date for each of the four plaintiffs, not just one. If we receive alternate dates, then we can issue amended notices. If you continue to decline to provide dates, then we will need to request assistance from the court.

Thanks,
Elaine
---------------------------
Sent from my Wireless Handheld