# EXHIBIT F

----- Original Message -----
From: Ann Oldfather [mailto:aoldfather@oldfather.com]
Sent: Wednesday, October 05, 2011 04:53 PM
To: Horn, Elaine
Cc: Megan J. Hastings <mjh@oldfather.com>; Colleen Shields <cms@oldfather.com>; Michelle L. Chiavene <mlc@oldfather.com>
Subject: RE: PTO 43 depositions

Elaine-- let me get this straight.

You accuse me of being untruthful as to my availability for deposition dates you arbitrarily selected.

You overstate and omit pertinent history in your "sound bite" of "at least six separate requests".

And you then demand that I meet your deadlines and conditions BEFORE you will retract Notices that conflict with my schedule??

I doubt that is the kind of professionalism Judge Fallon had in mind when he told us in September to work with each other to get necessary discovery done.

If the arbitrary Notices are not retracted before close of business Friday, October 7, 2011, we will file a motion for a protective order.

In the meantime, we will check with Donna Russel and advise you of available dates. Once we get her confirmed, we will move on to the next deposition to be scheduled.

Ann


-----Original Message-----
From: Horn, Elaine [mailto:EHorn@wc.com]
Sent: Wednesday, October 05, 2011 4:38 PM
To: Ann Oldfather
Cc: Megan J. Hastings; Colleen Shields; Michelle L. Chiavene
Subject: Re: PTO 43 depositions


Ann:

F-1

Rodwich, Denise

**From:** Megan J. Hastings [mjh@oldfather.com]
**Sent:** Thursday, October 06, 2011 12:55 PM
**To:** Ann Oldfather; Horn, Elaine
**Cc:** Colleen Shields; Michelle L. Chiavene
**Subject:** RE: PTO 43 depositions

Elaine - please issue an amended notice for Donna Russel's deposition on October 24, 2011.

Regards,
Megan

-----Original Message-----
From: Ann Oldfather
Sent: Wednesday, October 05, 2011 4:54 PM
To: 'Horn, Elaine'
Cc: Megan J. Hastings; Colleen Shields; Michelle L. Chiavene
Subject: RE: PTO 43 depositions

Elaine-- let me get this straight.

You accuse me of being untruthful as to my availability for deposition dates you arbitrarily selected.

You overstate and omit pertinent history in your "sound bite" of "at least six separate requests".

And you then demand that I meet your deadlines and conditions BEFORE you will retract Notices that conflict with my schedule??

I doubt that is the kind of professionalism Judge Fallon had in mind when he told us in September to work with each other to get necessary discovery done.

If the arbitrary Notices are not retracted before close of business Friday, October 7, 2011, we will file a motion for a protective order.

In the meantime, we will check with Donna Russel and advise you of available dates. Once we get her confirmed, we will move on to the next deposition to be scheduled.

Ann


-----Original Message-----
From: Horn, Elaine [mailto:EHorn@wc.com]
Sent: Wednesday, October 05, 2011 4:38 PM
To: Ann Oldfather
Cc: Megan J. Hastings; Colleen Shields; Michelle L. Chiavene
Subject: Re: PTO 43 depositions

Ann:

F-2