# EXHIBIT G

**Rodwich, Denise**

| | |
|---|---|
| **From:** | Megan J. Hastings [mjh@oldfather.com] |
| **Sent:** | Friday, October 14, 2011 1:55 PM |
| **To:** | Horn, Elaine |
| **Cc:** | Ann Oldfather; Colleen Shields; Michelle L. Chiavene |
| **Subject:** | Vioxx MDL: Sandra Elliott deposition |

Elaine:

We would like to propose December 22 for Sandra Elliott's deposition. Sandra is unable to travel to San Francisco, so we are working with her to confirm a location closer to her home. Please hold this time on your calendar. We will get back to you about a location on Monday. Until then, please withdraw the deposition notice for Sandra currently set for November 14, and a new one can be issued after we've confirmed a location on Monday.

Regards,
Megan

Megan Hastings
Attorney
Oldfather Law Firm
1330 S. Third Street
Louisville, KY 40208
502.637.7200
502.637.3999 fax
Email: mhastings@oldfather.com

Case 2:05-md-01657-EEF-DEK   Document 63522-7   Filed 10/26/11   Page 3 of 6
www.oldfather.com

**From:** Horn, Elaine [mailto:EHorn@wc.com]
**Sent:** Friday, October 14, 2011 5:22 PM
**To:** Megan J. Hastings
**Cc:** Ann Oldfather
**Subject:** Sandra Elliott

Megan:

As you know, in our repeated efforts to procure depositions dates for your four PTO 43 plaintiffs, we invited you to select any date in calendar year 2011 other than November 4 or a date that falls within two business days of the major holidays of Thanksgiving, Christmas, or New Year's. Today you offer the single date for Plaintiff Sandra Elliott of December 22, 2011 – the Thursday before Christmas. Given the numerous dates that occur during the three month period of October, November and December, it is quite surprising that this is what you would offer – one of the handful of dates that we asked you to avoid. Nevertheless, I have made arrangements for someone to cover this deposition.

Please find attached an amended notice for Ms. Elliott's deposition. It has been noticed for the date you selected at a location in her hometown. Please be advised that if Ms. Elliott fails to appear for this deposition as noticed, we will seek all available relief under Rule 37(d).

We are still waiting for dates for your other two PTO 43 plaintiffs.

Regards,
Elaine

---

NOTICE:

This message is intended for the use of the individual or entity
to which it is addressed and may contain information that is privileged,
confidential and exempt from disclosure under applicable law. If the reader
of this message is not the intended recipient or the employee or agent
responsible for delivering this message to the intended recipient, you are
hereby notified that any dissemination, distribution or copying of this
communication is strictly prohibited. If you have received this communication
in error, please notify us immediately by reply or by telephone
(call us collect at (202) 434-5000) and immediately delete this message
and all its attachments.

==========================================================================

**Rodwich, Denise**

---

| | |
|---|---|
| **From:** | Ann Oldfather [aoldfather@oldfather.com] |
| **Sent:** | Friday, October 14, 2011 8:52 PM |
| **To:** | Horn, Elaine |
| **Cc:** | Colleen Shields; Megan J. Hastings; Michelle L. Chiavene |
| **Subject:** | RE: Sandra Elliott and other matters |

Elaine:

1. You seem to be implying that we picked Ms. Elliott's date simply to aggravate you. I know that things get cross-ways during our spats about depositions, but it would be totally unprofessional for us to do that. Honestly, I am just trying to make something work in 2011, and the fact is I adjusted vacation plans to be able to fit her into 2011 as you requested. I would have expected you not to take the date if it were a problem. If it is a problem, let us know now before we book the travel, and everything else that dominos off that date. I promise you that I don't want to see it fall apart either, but if it does I am not too worried about sanctions as it will be for a good faith reason.

2. It is unlikely we can schedule the other two depositions as you have requested. One reason is that my calendar is full to overflowing. We are working on it, but I expect it to be next year.

3. I guess you forgot Megan's request below in that you went ahead and sent a NTTD:

We would like to propose December 22 for Sandra Elliott's deposition. Sandra is unable to travel to San Francisco, so we are working with her to confirm a location closer to her home. Please hold this time on your calendar. We will get back to you about a location on Monday. Until then, please withdraw the deposition notice for Sandra currently set for November 14, and a new one can be issued after we've confirmed a location on Monday.

4. I am not sure that the Modesto location is best, and this would be a lot easier if you would stop treating us like dirt.

5. Why do you keep deleting Colleen and Michelle from your emails? I count on them to help me keep up with my obligations, here and otherwise. I would hate to return to letter writing, but at least that way they see what comes in.

6. I was unable to reach Hope today. I like February 3. I plan on telling them that I predict 2 hours for my examination. Does that day work for you? How long do you estimate that you will need? If Feb 3 doesn't work, what else is good for you?

Have a good weekend,

Ann

Ann B. Oldfather
OLDFATHER LAW FIRM
1330 S. Third St.
Louisville, KY  40208
502.637.7200
502.637.3999 fax
Email: aoldfather@oldfather.com

**Rodwich, Denise**

| | |
|---|---|
| **From:** | Megan J. Hastings [mjh@oldfather.com] |
| **Sent:** | Thursday, October 20, 2011 5:34 PM |
| **To:** | Horn, Elaine |
| **Cc:** | Ann Oldfather; Colleen Shields; Michelle L. Chiavene |
| **Subject:** | Vioxx: Todd Jelden |

Elaine:

We would like to propose January 9, 2012, for the deposition of Todd Jelden. Additionally, please change the location of Mr. Jelden's deposition from Lincoln, NE to Omaha, NE. Please retract the currently existing NTTD set for December 1.

Thanks,
Megan

Megan Hastings
Attorney
Oldfather Law Firm
1330 S. Third Street
Louisville, KY 40208
502.637.7200
502.637.3999 fax
Email: mhastings@oldfather.com

# Horn, Elaine

**From:** Megan J. Hastings [mjh@oldfather.com]
**Sent:** Friday, October 21, 2011 9:36 AM
**To:** Horn, Elaine
**Subject:** RE: Vioxx: Todd Jelden

Great, thanks Elaine.

---

**From:** Horn, Elaine [mailto:EHorn@wc.com]
**Sent:** Thursday, October 20, 2011 7:43 PM
**To:** Megan J. Hastings
**Cc:** Ann Oldfather; Colleen Shields; Michelle L. Chiavene
**Subject:** Re: Vioxx: Todd Jelden

Megan:

Monday, January 9 will work for us for Mr. Jelden. I will likely not be able to have an amended notice issued until next week, but please accept this e-mail as an agreement to issue an amended notice for Mr. Jelden's deposition to take place in Omaha on January 9.

Thank you,
Elaine
--------------------------
Sent from my Wireless Handheld

---

**From:** Megan J. Hastings [mailto:mjh@oldfather.com]
**Sent:** Thursday, October 20, 2011 05:34 PM
**To:** Horn, Elaine
**Cc:** Ann Oldfather <aoldfather@oldfather.com>; Colleen Shields <cms@oldfather.com>; Michelle L. Chiavene <mlc@oldfather.com>
**Subject:** Vioxx: Todd Jelden

Elaine:

We would like to propose January 9, 2012, for the deposition of Todd Jelden. Additionally, please change the location of Mr. Jelden's deposition from Lincoln, NE to Omaha, NE. Please retract the currently existing NTTD set for December 1.

Thanks,
Megan

Megan Hastings
Attorney
Oldfather Law Firm
1330 S. Third Street
Louisville, KY 40208
502.637.7200
502.637.3999 fax
Email: mhastings@oldfather.com

---
NOTICE:

G-5