# EXHIBIT H

Rodwich, Denise

| | |
|---|---|
| **From:** | Ann Oldfather [aoldfather@oldfather.com] |
| **Sent:** | Friday, October 21, 2011 11:55 AM |
| **To:** | Horn, Elaine |
| **Cc:** | Megan J. Hastings; Colleen Shields; Megan J. Hastings; Michelle L. Chiavene |
| **Subject:** | Vioxx Litigation: Your Depotition Notice Attached in the Sanjanwala Case |
| **Attachments:** | sanjanwala.pdf |

Elaine—I just want to confirm that we will not be producing anyone in Overland Park KS on November 2, 2011 as requested on this Notice:

<<sanjanwala.pdf>>

So please do not spend money on travel or court reporters.

Among other reasons, I will be out of town in two days of depositions scheduled well before your unilateral selection of this date and sending of this Notice on September 20, 2011.

I would appreciate it if you would withdraw the Notice, as a matter of professional courtesy if nothing else.

Ann

Ann B. Oldfather

Oldfather Law Firm

1330 S. Third St.

Louisville, KY  40208

502.637.7200

502.637.3999 fax

Email: aoldfather@oldfather.com

www.oldfather.com

**Rodwich, Denise**

**From:** Ann Oldfather [aoldfather@oldfather.com]
**Sent:** Saturday, October 22, 2011 6:03 PM
**To:** Horn, Elaine
**Cc:** Megan J. Hastings; Colleen Shields; Michelle L. Chiavene
**Subject:** RE: Vioxx Litigation: Your Depotition Notice Attached in the Sanjanwala Case

Elaine—

Since we have no other date to offer, we request that you withdraw the unilaterally issued Notice. After that, we will be glad to discuss.

Ann

---

**From:** Horn, Elaine [mailto:EHorn@wc.com]
**Sent:** Saturday, October 22, 2011 2:54 PM
**To:** Ann Oldfather
**Cc:** Megan J. Hastings; Colleen Shields; Michelle L. Chiavene
**Subject:** Re: Vioxx Litigation: Your Depotition Notice Attached in the Sanjanwala Case

Ann:

Thank you for the written confirmation that you will not be producing Ms. Sanjanwala on November 2. If you will provide us with a date when she can be produced instead, we can issue an amended notice.

Elaine
------------------------
Sent from my Wireless Handheld

---

**From:** Ann Oldfather [mailto:aoldfather@oldfather.com]
**Sent:** Friday, October 21, 2011 11:54 AM
**To:** Horn, Elaine
**Cc:** Megan J. Hastings <mjh@oldfather.com>; Colleen Shields <cms@oldfather.com>; Megan J. Hastings <mjh@oldfather.com>; Michelle L. Chiavene <mlc@oldfather.com>
**Subject:** Vioxx Litigation: Your Depotition Notice Attached in the Sanjanwala Case

Elaine—I just want to confirm that we will not be producing anyone in Overland Park KS on November 2, 2011 as requested on this Notice:

<<sanjanwala.pdf>>

So please do not spend money on travel or court reporters.

Among other reasons, I will be out of town in two days of depositions scheduled well before your unilateral selection of this date and sending of this Notice on September 20, 2011.

I would appreciate it if you would withdraw the Notice, as a matter of professional courtesy if nothing else.

H-2

| | |
|---|---|
| **From:** | Ann Oldfather [aoldfather@oldfather.com] |
| **Sent:** | Saturday, October 15, 2011 11:11 AM |
| **To:** | Horn, Elaine |
| **Cc:** | Colleen Shields; Megan J. Hastings; Michelle L. Chiavene |
| **Subject:** | RE: Sandra Elliott and other matters |

Elaine—

I guess we will just leave it at the fact that we have very different schedules and workloads. Finding two to three day blocks on my calendar often requires going out more than a month. Finding 6 of those blocks of time (Cox/Hench, Mumtaz/Burick, Delgado/Gay/Jalaj, Sanjanwala, Jelden, Russel, Elliott) takes much, much more than that.

As for the emails, I appreciate your using "reply to all" in dealing with our firm. I have no plans to use your fax number, so I am curious why you sent it. But not curious enough to require an answer. ☺ Enjoy your weekend.

Thanks,

Ann

---

**From:** Horn, Elaine [mailto:EHorn@wc.com]
**Sent:** Friday, October 14, 2011 10:28 PM
**To:** Ann Oldfather
**Cc:** Colleen Shields; Megan J. Hastings; Michelle L. Chiavene
**Subject:** Re: Sandra Elliott and other matters

Ann:

I have nothing additional to say about Ms. Elliott's deposition other than what was stated in my prior e-mail and the amended notice. Based on her PPF, she has lived in Modesto for decades.

As to the other two plaintiffs, I will not summarize our prior extensive correspondence. Our position remains the same. Your refusal to make the plaintiffs available in 2011 is unreasonable, particularly given that we started requesting dates in August.

I often do not hit "reply all." But I do try and make sure that any replies to you also include Megan. You and/or Megan should feel free to forward to whoever else in your office you feel is appropriate. If you would rather send a fax, our fax number is 202-434-5029.

Regards,
Elaine
--------------------------
Sent from my Wireless Handheld

---

**From:** Ann Oldfather [mailto:aoldfather@oldfather.com]
**Sent:** Friday, October 14, 2011 08:52 PM
**To:** Horn, Elaine

H-3