UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Smita Sanjanwala v. Merck & Co., Inc.*, 2:05-cv-01011-EEF-DEK | * | |
| | * | |

************************************************************************

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED WITH PREJUDICE

**IT IS ORDERED** that Plaintiff Smita Sanjanwala in the above-referenced case show cause on the 4th day of November, 2011, at 9 o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiffs' cases dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(b). Plaintiff may avoid dismissal by providing a date for her deposition on or before November 4, 2011. The proffered date must occur no later than February 4, 2012.

Plaintiff shall file and serve any oppositions to the Rule on or before the 2nd day of November, 2011.

NEW ORLEANS, LOUISIANA, this _____ day of October, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1073845v.1