<pre>
 1                      UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF LOUISIANA
 2

 3   ******************************************************************

 4   IN RE:  VIOXX PRODUCTS
     LIABILITY LITIGATION
 5                              MDL DOCKET NO. 1657
                                NEW ORLEANS, LOUISIANA
 6                              WEDNESDAY, SEPTEMBER 21, 2011, 9:32 A.M.

 7   ******************************************************************

 8
       TRANSCRIPT OF ATTORNEYS GENERAL TELEPHONE CONFERENCE PROCEEDINGS
 9             HEARD BEFORE THE HONORABLE ELDON E. FALLON
                      UNITED STATES DISTRICT JUDGE
10

11   APPEARANCES:

12
                                HERMAN HERMAN KATZ & COTLAR
13                              BY:  RUSS M. HERMAN, ESQUIRE
                                     LEONARD A. DAVIS, ESQUIRE
14                              820 O'KEEFE AVENUE
                                NEW ORLEANS, LA 70113
15

16                              BARRIOS, KINGSDORF & CASTEIX, L.L.P.
                                BY:  DAWN M. BARRIOS, ESQUIRE
17                              701 POYDRAS STREET, SUITE 3650
                                NEW ORLEANS LA 70139
18

19
                                DUGAN LAW FIRM
20                              BY:  JAMES R. DUGAN, ESQUIRE
                                ONE CANAL PLACE, SUITE 1000
21                              365 CANAL STREET
                                NEW ORLEANS, LA  70130
22

23                              SANFORD LAW FIRM
                                BY:  SHELLY A. SANFORD, ESQUIRE
24                              16225 PARK TEN PLACE, SUITE 500
                                HOUSTON, TX  77084
25
</pre>

```
 1  APPEARANCES CONTINUED:

 2

 3                              LIEFF CABRASER HEIMANN & BERNSTEIN
                                BY:  ELIZABETH J. CABRASER, ESQUIRE
 4                              EMBARCADERO CENTER WEST
                                275 BATTERY STREET, SUITE 3000
 5                              SAN FRANCISCO, CA 94111

 6

 7  FOR THE DEFENDANT:         WILLIAMS & CONNOLLY
                                BY:  DOUGLAS R. MARVIN, ESQUIRE
 8                              725 TWELFTH STREET, N.W.
                                WASHINGTON, DC  20005
 9

10                              SKADDEN ARPS SLATE MEAGHER & FLOM
                                BY:  JOHN H. BEISNER, ESQUIRE
11                              1440 NEW YOUR AVENUE NW
                                WASHINGTON, DC  20005
12

13                              SKADDEN ARPS SLATE MEAGHER & FLOM
                                BY:  THOMAS E, FOX, ESQUIRE
14                              FOUR TIMES SQUARE
                                NEW YORK, NEW YORK 10036
15

16

17  OFFICIAL COURT REPORTER:      CATHY PEPPER, CCR, RPR, CRR
                                  500 POYDRAS STREET, ROOM B406
18                                NEW ORLEANS, LOUISIANA 70130
                                  (504) 589-7779
19

20  PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
    PRODUCED BY COMPUTER.

21

22

23

24

25
```

**P-R-O-C-E-E-D-I-N-G-S**

WEDNESDAY, SEPTEMBER 21, 2011

M O R N I N G   S E S S I O N

(IN CHAMBERS)

THE COURT:  Good morning, still.  Hello.  Guys, this is Judge Fallon.  I have everybody in the conference room.  Who is on the line?

MR. COLLINS:  Chris Collins of Santa Clara County, Your Honor.

THE COURT:  All right.

MR. FOSLER:  Jim Fosler with Alaska.

MR. ROTH:  It's Harry Roth, R-O-T-H, and Mike Coren, Commonwealth of Pennsylvania.

THE COURT:  Thank you.

MS. BOSSIER:  Sheila Bossier, for the State of Mississippi.

MR. LOUGEE:  Ken Lougee for the State of Utah, and I believe that David Stallard is on as well.

MR. STALLARD:  Yes, David Stallard, too, for Utah.

THE COURT:  Okay.

MR. ROSSBACH:  Bill Rossbach for the State of Montana.

MR. GUTHRIE:  This is John Guthrie from the NAMFCU case.

MS. ARCHER:  Elizabeth Archer from the State of Florida.

11:34AM 1          MR. YOUNG:  James Young from Florida, as well,
11:34AM 2  Your Honor.
11:34AM 3          THE COURT:  All right.
11:34AM 4          MR. PALMER:  Scott Palmer from Florida, as well,
11:34AM 5  Your Honor.
11:34AM 6          MR. VINES:  Brian Vines and Don McKenna for Kentucky,
11:34AM 7  Your Honor.
11:34AM 8          MR. FOX:  Randy [inaudible] from New York.
11:34AM 9          THE COURT:  Who is from New York?
11:34AM 10         MR. FOX:  Randy Fox, Your Honor.
11:34AM 11         THE COURT:  All right.
11:34AM 12         MR. COVINGTON:  Gene Covington from South Carolina.
11:34AM 13         THE COURT:  Anyone else?
11:34AM 14         MR. SPIEGEL:  Yes, Your Honor, Craig Spiegel, also for
11:34AM 15  New York.
11:34AM 16         THE COURT:  Is that it?  Okay.  We have everybody else
11:34AM 17  in the conference room.  The purpose of the call is to find out
11:34AM 18  or get a report on what's happened after the deadline regarding
11:35AM 19  the NAMFCU agreement.  John, either you or Pat --
11:35AM 20         SPECIAL MASTER JUNEAU:  Maybe I ought to start it off.
11:35AM 21         THE COURT:  Wait.  Yes?
11:35AM 22         MR. KENNEN:  Your Honor, this is Pat Kennen.  We have
11:35AM 23  signed agreements from all but two of the nonlitigating states.
11:35AM 24  The outstanding states are Connecticut and New Jersey.  As to the
11:35AM 25  litigating states, we have signed agreements from Louisiana and

11:35AM 1  New York that have been approved by the company.

11:35AM 2          THE COURT:  All right.  And the nonlitigating states are

11:35AM 3  who?

11:35AM 4          MR. BEISNER:  Basically, Your Honor, the nonlitigating

11:35AM 5  states ate the rest of the states.

11:35AM 6          THE COURT:  The rest of the states, okay.  So with the

11:35AM 7  litigating states, there is agreement with New York and

11:35AM 8  Louisiana?

11:35AM 9          SPECIAL MASTER JUNEAU:  I have those, Judge.  That's

11:35AM 10  right.  We have -- New York and Louisiana have agreements.  There

11:36AM 11  is outstanding -- as I understand it, South Carolina -- I don't

11:36AM 12  know whether that is or is not.  There might be an extension of

11:36AM 13  time involved there.  And I'm not -- and I think the same thing

11:36AM 14  applies with regard to Florida.

11:36AM 15          I am advised that Kentucky, Utah, Pennsylvania,

11:36AM 16  Montana and Oklahoma have said no to the NAMFCU.

11:36AM 17          I left one out.  Mississippi, I think that's still

11:36AM 18  outstanding.

11:36AM 19          MS. BARRIOS:  Did you say Alaska?

11:36AM 20          SPECIAL MASTER JUNEAU:  I said Alaska.

11:36AM 21          MR. ROTH:  This is Harry Roth from the Commonwealth of

11:36AM 22  Pennsylvania.  Pennsylvania has signed a release.  My

11:36AM 23  understanding is it was not accepted by the company.

11:36AM 24          SPECIAL MASTER JUNEAU:  That's my understanding.

11:36AM 25          MR. BEISNER:  That's correct.

11:36AM 1      SPECIAL MASTER JUNEAU:  I think that's true, Mr. Roth.

11:37AM 2      THE COURT:  Where do we go from here?

11:37AM 3      MR. BEISNER:  Well, Your Honor, if I may --

11:37AM 4      THE COURT:  This is John Beisner speaking.

11:37AM 5      MR. BEISNER:  If I may chime in first, I think as

11:37AM 6 Mr. Juneau indicated, there are a couple of instances where we've

11:37AM 7 indicated that we would extend the deadline, and so I think we've

11:37AM 8 got a few conversations still to complete on this subject.

11:37AM 9      But I think, Your Honor, that within, you know, in

11:37AM 10 short order here we'll know which states will be continuing to

11:37AM 11 litigate, and I would suggest that, as Mr. Juneau, I think, was

11:37AM 12 suggesting earlier that we would confer with Mr. Juneau to see if

11:37AM 13 there is anything else that might be reasonably accomplished in

11:37AM 14 terms of further discussions.

11:37AM 15      And we can review with Mr. Juneau what some of the

11:38AM 16 conversations were that we had without his participation so he

11:38AM 17 can independently have that assessment.  And then, obviously, he

11:38AM 18 may want to talk with some of the states to get their impressions

11:38AM 19 on that.  And I think we should do that quickly and then I think

11:38AM 20 probably confer, through Ms. Barrios' help and coordination, with

11:38AM 21 the states, some of which will not be agreeing to this, about how

11:38AM 22 we proceed from there.

11:38AM 23      I do think that's, you know, going to be a little

11:38AM 24 bit of an individual state-by-state assessment because the states

11:38AM 25 are in different positions, different states on discovery.  And

11:38AM 1    we've, you know, got motions pending with respect to some states

11:38AM 2    that we need to schedule dispositive motions.  And but let's

11:38AM 3    proceed on that basis.  Because he was the first to identify

11:39AM 4    himself, Your Honor, we are mindful of Santa Clara County, and as

11:39AM 5    I think we indicated on a separate call we had, we will engage

11:39AM 6    with them now that we have this process complete.  So we'll be

11:39AM 7    trying to do that at the same time so that we can have this more

11:39AM 8    omnibus conversation about how to proceed simultaneously.

11:39AM 9         MS. BROOKMAN:  This is Marcy Brookman for the County,

11:39AM 10   Your Honor.  I recall Your Honor had instructed Merck to have a

11:39AM 11   demand letter to us today.  Will we be receiving that later

11:39AM 12   today?

11:39AM 13        MR. BEISNER:  I believe we have another week on that.  I

11:39AM 14   think it was a week from -- well, not another week.  I think it

11:39AM 15   was Monday.  And we'll be talking with the client and let you

11:39AM 16   know Monday of next week.

11:39AM 17        MS. BARRIOS:  This is Dawn Barrios.  It was today.  The

11:39AM 18   deadline was today for the --

11:39AM 19        MR. BEISNER:  I think it was two weeks.  What we agreed

11:39AM 20   to is we would do it two weeks after the deadline on the NAMFCU

11:39AM 21   agreement, which was a week ago Monday.  So I think we have until

11:39AM 22   Monday to do that.  It ran off the date of the deadline, which

11:40AM 23   was a Monday.  So I think we've got a few more days.

11:40AM 24        MS. BROOKMAN:  My recollection is it was due today.

11:40AM 25        MR. BEISNER:  Well, I don't have one to offer today.

11:40AM 1          MS. BROOKMAN:  Will the client get it next week?

11:40AM 2          MR. BEISNER:  Yes.

11:40AM 3          THE COURT:  Let's keep me advised of that, Dawn.

11:40AM 4          MS. BARRIOS:  Yes, Your Honor.

11:40AM 5          THE COURT:  Maybe you'd want to talk about the AGs.

11:40AM 6   We've got to focus on whether or not there is any common

11:40AM 7   discovery that they are interested in pursuing in this forum.  If

11:40AM 8   there is, it's probably cheaper and easier to do it here.

11:40AM 9          If there is also any common motions that they want

11:40AM 10  to piggyback on each other, we ought to be receptive to that.

11:40AM 11         And then we want to have some sort of method for

11:40AM 12  bringing each of them to finality, one way or the other.

11:41AM 13         MS. BARRIOS:  Yes, Your Honor.  I will definitely work

11:41AM 14  on that with Mr. Beisner and Mr. Juneau.

11:41AM 15         Just for the record, I understand that

11:41AM 16  South Carolina has until tomorrow.  You've given them an

11:41AM 17  extension until tomorrow?

11:41AM 18         MR. BEISNER:  Yeah.  I think we'll just -- yeah, there

11:41AM 19  is some jurisdictions we've indicated that there would be a

11:41AM 20  longer period.  I'm going to let them speak for themselves on

11:41AM 21  that.  But just as I said, we'll let Mr. Juneau know when the

11:41AM 22  process is completed.

11:41AM 23         THE COURT:  What Dawn doesn't want to happen is to find

11:41AM 24  out that time limit has run.

11:41AM 25         MS. BARRIOS:  Exactly.  I'm trying to get a date

11:41AM 1    certain, Your Honor, that you'll be finished your conversations

11:41AM 2    with, I believe, Florida and South Carolina.

11:41AM 3            MR. BEISNER:  Yeah, we should be finished, you know, I

11:41AM 4    think.

11:41AM 5            MS. BARRIOS:  When?

11:41AM 6            MR. BEISNER:  This week.

11:41AM 7            MS. BARRIOS:  Okay.  I don't believe there are any other

11:41AM 8    discussions ongoing.

11:41AM 9            THE COURT:  Russ, you had something?

11:41AM 10           MR. HERMAN:  I did.  Very quickly, Your Honor, when the

11:42AM 11   issue of NAMFCU first came up, I probably misunderstood.  But do

11:42AM 12   I understand now that if a state such as Louisiana or New York

11:42AM 13   accepts with NAMFCU that they have broken out that that doesn't

11:42AM 14   crater the whole NAMFCU offer?  Is that correct?

11:42AM 15           MR. BEISNER:  If they accepted the NAMFCU offer?

11:42AM 16           MR. HERMAN:  Yes.

11:42AM 17           MR. BEISNER:  Yes, that doesn't crater anything else.  I

11:42AM 18   guess I'm missing why --

11:42AM 19           THE COURT:  He means is it all or none?

11:42AM 20           MR. BEISNER:  No, no.  It's whoever accepts.

11:42AM 21           MR. HERMAN:  Thank you.

11:42AM 22           MR. BEISNER:  That doesn't terminate anything else.

11:42AM 23           One thing, Your Honor, I did want to note is that

11:42AM 24   this is a piece of a larger -- I think as others on these calls

11:43AM 25   have mentioned earlier, larger piece of a larger DOJ agreement

11:43AM 1    which, you know, will need to be submitted to federal court

11:43AM 2    elsewhere for review and approval and so on.  So, you know, we

11:43AM 3    have -- some jurisdictions have signed up to participate, but

11:43AM 4    it's all subject to the completion of that process.

11:43AM 5              And I guess for that reason, I would caution a

11:43AM 6    little bit about public discussion of the states' status because

11:43AM 7    that's just a piece of a much larger issue which hasn't been

11:43AM 8    announced yet by DOJ, and I just didn't want this part of it to

11:43AM 9    be affecting the larger piece of it.

11:43AM 10        MR. HERMAN:  Let me just take one step further so that

11:43AM 11   I'm clear:  Does the DOJ still have some -- a veto prerogative if

11:44AM 12   an insufficient number of AGs accept the NAMFCU resolution?

11:44AM 13        MR. BEISNER:  Well, I mean, until the deal is done, you

11:44AM 14   know, it's not final, but the papers that have been negotiated on

11:44AM 15   this are -- were negotiated on the assumption that there might

11:44AM 16   well be some states that would not participate.  And that's their

11:44AM 17   prerogative.

11:44AM 18             What the DOJ agreement says is that the fund that

11:44AM 19   Merck agreed -- is agreeing to create, that whatever shares of

11:44AM 20   that that NAMFCU determines is appropriate be offered to those

11:45AM 21   states.  That has happened.  And that has occurred consistent

11:45AM 22   with the NAMFCU model agreement and they have the option to

11:45AM 23   accept or not accept.

11:45AM 24             Are you saying, you know, per a class action

11:45AM 25   minimum participation agreement?  There is no provision like

11:45AM 1    that.

11:45AM 2            MR. HERMAN:  No, what I'm saying is, assume that eight

11:45AM 3    states accept and twenty don't, does the DOJ at that point have

11:45AM 4    the right or the ability to recall 20/28ths of whatever that fund

11:45AM 5    is?

11:45AM 6            MR. BEISNER:  Well, the way the agreement has been

11:45AM 7    written, Merck puts that money into an escrow account.  What is

11:45AM 8    not taken by the states reverts to Merck.  Is that the question?

11:45AM 9            MR. HERMAN:  Not to DOJ but to Merck?

11:45AM 10           MR. BEISNER:  No, with respect to the states' shares, it

11:45AM 11   reverts to Merck.  I'm sorry, Russ, if I was being obtuse in

11:46AM 12   answering but that's how it works.

11:46AM 13           MR. HERMAN:  No, you were very straightforward.  I'm the

11:46AM 14   one that's obtuse.

11:46AM 15           THE COURT:  Dawn?

11:46AM 16           MS. BARRIOS:  Because I'm always asking the "When"

11:46AM 17   question, when do you think it's going to go to the federal judge

11:46AM 18   to approve the DOJ?  How long do you think we need to wait?

11:46AM 19           MR. BEISNER:  I don't know whether Susan Winkler would

11:46AM 20   be the best to address that, but I didn't hear her identify

11:46AM 21   herself.  I take it she's not on --

11:46AM 22           MS. WINKLER:  I joined late, John, I'm sorry.

11:46AM 23           MR. BEISNER:  Okay.

11:46AM 24           MS. WINKLER:  I think we're -- the most important pieces

11:46AM 25   that were not quite done yet, there is a third component which I

11:46AM 1  think you all know the corporate integrity agreement that has to

11:46AM 2  be finished with the Department of Health and Human Services

11:46AM 3  Office of Inspector General.  That's not quite done, and until

11:46AM 4  that is, there we don't have a final deal on the federal side

11:46AM 5  that just -- it has to be completed.  It's one of the legs of the

11:47AM 6  stool.

11:47AM 7            And as soon as that gets done, assuming everything

11:47AM 8  goes smoothly and it gets done, then things will start to happen.

11:47AM 9            But in terms of timing here, it's really hard to

11:47AM 10  call because it's up to the Court when they finally schedule

11:47AM 11  something.  So it's -- I've had things that went very quickly and

11:47AM 12  I've had things that took a couple of months.  I've seen things

11:47AM 13  that took six months.  It just depends on which judge draws it

11:47AM 14  and, you know, how their schedules are looking and what they can

11:47AM 15  accommodate.

11:47AM 16       THE COURT:  This is the Judge.  When will you know which

11:47AM 17  judge draws it?

11:47AM 18       MS. WINKLER:  As soon as it's public.  As soon as the

11:47AM 19  deal is done and we're ready to announce it, when it's final and

11:47AM 20  all the signatures are in, we will go and file what we have to

11:47AM 21  with the Court.  And then within 24 hours or so, they'll let us

11:48AM 22  know which judge we have, and then we can talk to the clerk and

11:48AM 23  see if we can get it on the schedule.

11:48AM 24            I think everyone has the same interest, and once

11:48AM 25  that happens, getting it done as quickly as we can, just subject

11:48AM 1   to what the Court can do.

11:48AM 2           THE COURT:  How about the aspect of the case that you

11:48AM 3   are involved in?  Not the judge, but you are involved in.  How

11:48AM 4   long do you think that will take, Susan?

11:48AM 5           MS. WINKLER:  Well, you know, we always hope.  It's the

11:48AM 6   part -- the part with DOJ, I think, is at or about completion.

11:48AM 7   You know, it's within a five-minute phone call.

11:48AM 8           THE COURT:  Well, take ten minutes.

11:48AM 9           MS. WINKLER:  If I can reach anybody.  I'm sorry, I'm

11:48AM 10  just teasing.  But the OIG piece has to be done before we can

11:48AM 11  move.  And I can't tell you because I think there is some open

11:48AM 12  issues there that are still being worked on.  And I just don't

11:49AM 13  know whether those are going to take a week or three weeks.  I'm

11:49AM 14  hoping not long.

11:49AM 15          THE COURT:  Well, how can I keep on top of this?  I

11:49AM 16  would like to know when the judge gets it, which judge.

11:49AM 17          MS. WINKLER:  Sure.  Can I just let, maybe let Joe know?

11:49AM 18          THE COURT:  Sure.

11:49AM 19          MS. WINKLER:  Okay.  Okay.  And as soon as we know it's

11:49AM 20  going to be done-done -- I mean, when it's public, I can, you

11:49AM 21  know, I can provide him copies of what's public as well, so you

11:49AM 22  can have all that.

11:49AM 23          THE COURT:  When do you think it will be public?  When

11:49AM 24  do you see it, John and Susan?

11:49AM 25          MS. WINKLER:  That depends on this OIG negotiation.

11:49AM   1   It's not something we at DOJ are involved in.  It's between Merck

11:49AM   2   and HHS.

11:49AM   3           THE COURT:  So what about that, John?

11:49AM   4           MR. BEISNER:  Susan, I really should defer to you on

11:49AM   5   that.  You're most knowledgeable about that process -- or more,

11:49AM   6   let me put it -- much more knowledgeable than I am, since others

11:50AM   7   at the company are addressing that.

11:50AM   8           THE COURT:  Well, maybe we need to have another status

11:50AM   9   conference then in about two weeks and see where we go with it.

11:50AM  10   At least you, Susan, and I don't need everybody on the line.  But

11:50AM  11   Dawn, you decide who is on the line.

11:50AM  12           MS. BARRIOS:  Yes, sure.

11:50AM  13           THE COURT:  The people who are interested in NAMFCU

11:50AM  14   probably ought to have a representative on the line.  But I would

11:50AM  15   like to keep in touch with this and see where we go with it.

11:50AM  16           MS. BARRIOS:  Yes, Your Honor.

11:50AM  17           MS. WINKLER:  Sure.

        18           MR. KENNEN:  Your Honor?

        19           THE COURT:  Yes.

        20           MR. KENNEN:  This is Pat Kennen.

        21           THE COURT:  Sure, Pat.

        22           MR. KENNEN:  The NAMFCU team.

        23           THE COURT:  Yes.

11:50AM  24           MR. KENNEN:  I'm being told that earlier today, during

11:50AM  25   the status conference, that it was reported in open court about

11:50AM  1    which states had signed on to the NAMFCU settlement and which did

11:50AM  2    not.  And, you know, I would just caution everybody that this is

11:50AM  3    still a nonpublic settlement, and if that did happen, then there

11:51AM  4    are probably going to be some press people contacting counsel.

11:51AM  5                    Now, I wasn't in court, so I don't know what

11:51AM  6    happened, but.

11:51AM  7                THE COURT:  I don't remember.

11:51AM  8                MR. KENNEN:  But this is still a nonpublic settlement.

11:51AM  9    Counsel should not discuss it at all if contacted by the press.

11:51AM 10                THE COURT:  Okay.

11:51AM 11                MR. COLLINS:  Your Honor, this is Chris Collins.

11:51AM 12                THE COURT:  Yes.

11:51AM 13                MR. COLLINS:  John, can we get a date certain so we can

11:51AM 14    make sure Santa Clara is still involved?  So a week from today

11:51AM 15    would be September 28th?

11:51AM 16                MR. BEISNER:  Yeah, if there was some -- yeah, my

11:51AM 17    understanding, I had calendared this, that we would be in touch

11:51AM 18    with you next Monday.  So that's our plan.

11:51AM 19                THE COURT:  That's Monday coming?

11:51AM 20                MR. BEISNER:  Yes.

11:51AM 21                THE COURT:  So this Monday, then, you'll be getting a

11:51AM 22    letter.

11:51AM 23                MR. COLLINS:  Okay.  Thank you, Your Honor.  September

11:51AM 24    26th.

11:51AM 25                THE COURT:  Right.

11:51AM  1          MR. COLLINS:  I'll send out a confirming e-mail.

11:51AM  2          THE COURT:  Okay.

11:51AM  3          MS. BARRIOS:  Your Honor, the only other thing I wanted

11:51AM  4     to mention is, of course, Kentucky's Motion For Remand is still

11:51AM  5     under advisement --

11:52AM  6          THE COURT:  Right.  I've got that.  I'm working on it

11:52AM  7     now so that will be out shortly.  Okay.

11:52AM  8          MR. FOX:  Your Honor, this is Randy Fox.

11:52AM  9          THE COURT:  Yes, Randy.

11:52AM 10          MR. FOX:  Just so you know, within the last hour, my

11:52AM 11     office's press office has already been receiving press inquiries.

11:52AM 12     And we will respond that we will not respond to them.

11:52AM 13          THE COURT:  Right.

11:52AM 14          MR. FOX:  But I would urge everybody else, every other

11:52AM 15     outside counsel and inside counsel for the governmental entities

11:52AM 16     to give that same response.

11:52AM 17          THE COURT:  Okay.  Let's do that, folks.

11:52AM 18          MR. HERMAN:  The reporter from Bloomberg that's in the

11:52AM 19     courtroom that follows this asked me directly about Louisiana and

11:52AM 20     New York the accepting NAMFCU, based upon something that was said

11:52AM 21     in the courtroom, and wanted to know details, and I would not

11:52AM 22     give him any details, but I suspect that whatever information the

11:52AM 23     press office got, it probably came from the report or from

11:53AM 24     Bloomberg.

11:53AM 25          MS. BARRIOS:  Judge, likewise, he approached me and he

11:53AM 1  just wanted confirmation of what we said in open court, so I was

11:53AM 2  also a source.

11:53AM 3        MR. FOX:  There was a different news organization.

11:53AM 4        THE COURT:  Anything else, folks?  What's a date that we

11:53AM 5  can get together in a couple of weeks?  How about October 11th?

11:53AM 6  I can do a telephone conference, John.  And you too, Dawn.

11:53AM 7        MS. BARRIOS:  I'll make it happen wherever I am.

11:53AM 8        THE COURT:  What time?  8:30, New Orleans time.  And

11:53AM 9  Dawn, you set up who you want to be on it from your interests.

11:53AM 10        MS. BARRIOS:  Yes, Your Honor.

11:53AM 11        THE COURT:  All right, folks, thank you very much.  We

11:53AM 12  appreciate it.

11:53AM 13        VOICES:  Thank you, Judge.

14        (WHEREUPON, at 11:53 a.m., the proceedings were

15  concluded.)

16                        *   *   *

17

18                   REPORTER'S CERTIFICATE

19     I, Cathy Pepper, Certified Realtime Reporter, Registered
   Merit Reporter, Certified Court Reporter of the State of
20  Louisiana, Official Court Reporter for the United States District
   Court, Eastern District of Louisiana, do hereby certify that the
21  foregoing is a true and correct transcript, to the best of my
   ability and understanding, from the record of the proceedings in
22  the above-entitled and numbered matter.

23                        *s/Cathy Pepper*
                          Cathy Pepper, CRR, RMR, CCR
24                        Certified Realtime Reporter
                          Official Court Reporter
25                        United States District Court
                          Cathy_Pepper@laed.uscourts.gov

## 1

**1000** [1] - 1:20
**10036** [1] - 2:14
**11:53** [1] - 17:14
**11th** [1] - 17:5
**1440** [1] - 2:11
**16225** [1] - 1:24
**1657** [1] - 1:5

## 2

**20/28ths** [1] - 11:4
**20005** [2] - 2:8, 2:11
**2011** [2] - 1:6, 3:2
**21** [2] - 1:6, 3:2
**24** [1] - 12:21
**26th** [1] - 15:24
**275** [1] - 2:4
**28th** [1] - 15:15

## 3

**3000** [1] - 2:4
**365** [1] - 1:21
**3650** [1] - 1:17

## 5

**500** [2] - 1:24, 2:17
**504** [1] - 2:18
**589-7779** [1] - 2:18

## 7

**701** [1] - 1:17
**70113** [1] - 1:14
**70130** [1] - 1:21, 2:18
**70139** [1] - 1:17
**725** [1] - 2:8
**77084** [1] - 1:24

## 8

**820** [1] - 1:14
**8:30** [1] - 17:8

## 9

**94111** [1] - 2:5
**9:32** [1] - 1:6

## A

**a.m** [1] - 17:14
**A.M** [1] - 1:6
**ability** [1] - 11:4, 17:21
**above-entitled** [1] - 17:22
**accept** [4] - 10:12, 10:23, 11:3
**accepted** [2] - 5:23, 9:15
**accepting** [1] - 16:20
**accepts** [2] - 9:13, 9:20
**accommodate** [1] - 12:15
**accomplished** [1] - 6:13
**account** [1] - 11:7
**action** [1] - 10:24
**address** [1] - 11:20
**addressing** [1] - 14:7
**advised** [2] - 5:15, 8:3
**advisement** [1] - 16:5
**affecting** [1] - 10:9
**ago** [1] - 7:21
**agreed** [2] - 7:19, 10:19
**agreeing** [2] - 6:21, 10:19
**agreement** [9] - 4:19, 5:7, 7:21, 9:25, 10:18, 10:22, 10:25, 11:6, 12:1
**agreements** [3] - 4:23, 4:25, 5:10
**AGs** [2] - 8:5, 10:12
**Alaska** [3] - 3:13, 5:19, 5:20
**announce** [1] - 12:19
**announced** [1] - 10:8
**answering** [1] - 11:12
**APPEARANCES** [2] - 1:11, 2:1
**applies** [1] - 5:14
**appreciate** [1] - 17:12
**approached** [1] - 16:25
**appropriate** [1] - 10:20
**approval** [1] - 10:2
**approve** [1] - 11:18
**approved** [1] - 5:1
**ARCHER** [1] - 3:25
**Archer** [1] - 3:25
**ARPS** [2] - 2:10, 2:13
**aspect** [1] - 13:2
**assessment** [2] - 6:17, 6:24

**assume** [1] - 11:2
**assuming** [1] - 12:7
**assumption** [1] - 10:15
**ate** [1] - 5:5
**ATTORNEYS** [1] - 1:8
**AVENUE** [2] - 1:14, 2:11

## B

**B406** [1] - 2:17
**Barrios** [1] - 7:17
**BARRIOS** [16] - 1:16, 1:16, 5:19, 7:17, 8:4, 8:13, 8:25, 9:5, 9:7, 11:16, 14:12, 14:16, 16:3, 16:25, 17:7, 17:10
**Barrios'** [1] - 6:20
**based** [1] - 16:20
**basis** [1] - 7:3
**BATTERY** [1] - 2:4
**BEFORE** [1] - 1:9
**Beisner** [2] - 6:4, 8:14
**BEISNER** [24] - 2:10, 5:4, 5:25, 6:3, 6:5, 7:13, 7:19, 7:25, 8:2, 8:18, 9:3, 9:6, 9:15, 9:17, 9:20, 9:22, 10:13, 11:6, 11:10, 11:19, 11:23, 14:4, 15:16, 15:20
**BERNSTEIN** [1] - 2:3
**best** [2] - 11:20, 17:21
**between** [1] - 14:1
**Bill** [1] - 3:23
**bit** [2] - 6:24, 10:6
**Bloomberg** [2] - 16:18, 16:24
**BOSSIER** [1] - 3:17
**Bossier** [1] - 3:17
**Brian** [1] - 4:6
**bringing** [1] - 8:12
**broken** [1] - 9:13
**BROOKMAN** [3] - 7:9, 7:24, 8:1
**Brookman** [1] - 7:9
**BY** [10] - 1:13, 1:16, 1:20, 1:23, 2:3, 2:7, 2:10, 2:13, 2:19, 2:20

## C

**CA** [1] - 2:5
**CABRASER** [2] - 2:3, 2:3

**calendared** [1] - 15:17
**CANAL** [2] - 1:20, 1:21
**Carolina** [4] - 4:12, 5:11, 8:16, 9:2
**case** [2] - 3:24, 13:2
**CASTEIX** [1] - 1:16
**CATHY** [1] - 2:17
**Cathy** [2] - 17:19, 17:23
**Cathy_Pepper@laed .uscourts.gov** [1] - 17:25
**caution** [2] - 10:5, 15:2
**CCR** [2] - 2:17, 17:23
**CENTER** [1] - 2:4
**certain** [2] - 9:1, 15:13
**CERTIFICATE** [1] - 17:18
**Certified** [3] - 17:19, 17:19, 17:24
**certify** [1] - 17:20
**CHAMBERS** [1] - 3:4
**cheaper** [1] - 10:6
**chime** [1] - 6:5
**Chris** [2] - 3:10, 15:11
**Clara** [3] - 3:10, 7:4, 15:14
**class** [1] - 10:24
**clear** [1] - 10:11
**clerk** [1] - 12:22
**client** [2] - 7:15, 8:1
**COLLINS** [5] - 3:10, 15:11, 15:13, 15:23, 16:1
**Collins** [2] - 3:10, 15:11
**coming** [1] - 15:19
**common** [2] - 8:6, 8:9
**Commonwealth** [2] - 3:15, 5:21
**company** [3] - 5:1, 5:23, 14:7
**complete** [2] - 6:8, 7:6
**completed** [2] - 8:22, 12:5
**completion** [2] - 10:4, 13:6
**component** [1] - 11:25
**COMPUTER** [1] - 2:20
**concluded** [1] - 17:15
**confer** [2] - 6:12, 6:20
**conference** [5] - 3:8, 4:17, 14:9, 14:25, 17:6
**CONFERENCE** [1] - 1:8
**confirmation** [1] - 17:1

**confirming** [1] - 16:1
**Connecticut** [1] - 4:24
**CONNOLLY** [1] - 2:7
**consistent** [1] - 10:21
**contacted** [1] - 15:9
**contacting** [1] - 15:4
**CONTINUED** [1] - 2:1
**continuing** [1] - 6:10
**conversation** [1] - 7:8
**conversations** [3] - 6:8, 6:16, 9:1
**coordination** [1] - 6:20
**copies** [1] - 13:21
**Coren** [1] - 3:14
**corporate** [1] - 12:1
**correct** [3] - 5:25, 9:14, 17:21
**COTLAR** [1] - 1:12
**counsel** [4] - 15:4, 15:9, 16:15
**County** [3] - 3:10, 7:4, 7:9
**couple** [3] - 6:6, 12:12, 17:5
**course** [1] - 16:4
**court** [4] - 10:1, 14:25, 15:5, 17:1
**Court** [8] - 12:10, 12:21, 13:1, 17:19, 17:20, 17:20, 17:24, 17:25
**COURT** [48] - 1:1, 2:17, 3:7, 3:12, 3:16, 3:22, 4:3, 4:9, 4:11, 4:13, 4:16, 4:21, 5:2, 5:6, 6:2, 6:4, 8:3, 8:23, 9:9, 9:19, 11:15, 12:16, 13:2, 13:8, 13:15, 13:18, 13:23, 14:3, 14:8, 14:13, 14:19, 14:21, 14:25, 15:7, 15:10, 15:12, 15:19, 15:21, 15:25, 16:2, 16:6, 16:9, 16:13, 16:17, 17:4, 17:8, 17:11
**courtroom** [2] - 16:19, 16:21
**COVINGTON** [1] - 4:12
**Covington** [1] - 4:12
**Craig** [1] - 4:14
**crater** [2] - 9:14, 9:17
**create** [1] - 10:19
**CRR** [2] - 2:17, 17:23

## D

**date** [4] - 7:22, 8:25, 15:13, 17:4
**David** [2] - 3:20, 3:21
**DAVIS** [1] - 1:13
**Dawn** [6] - 7:17, 8:3, 8:23, 14:11, 17:6, 17:9
**DAWN** [1] - 1:16
**dawn** [1] - 11:15
**days** [1] - 7:23
**DC** [2] - 2:8, 2:11
**deadline** [5] - 4:18, 6:7, 7:18, 7:20, 7:22
**deal** [3] - 10:13, 12:4, 12:19
**decide** [1] - 14:11
**DEFENDANT** [1] - 2:7
**defer** [1] - 14:4
**definitely** [1] - 8:13
**demand** [1] - 7:11
**Department** [1] - 12:2
**details** [2] - 16:21, 16:22
**determines** [1] - 10:20
**different** [3] - 6:25, 17:3
**directly** [1] - 16:19
**discovery** [2] - 6:25, 8:7
**discuss** [1] - 15:9
**discussion** [1] - 10:6
**discussions** [2] - 6:14, 9:8
**dispositive** [1] - 7:2
**District** [3] - 17:20, 17:20, 17:25
**DISTRICT** [3] - 1:1, 1:1, 1:9
**DOCKET** [1] - 1:5
**DOJ** [9] - 9:25, 10:8, 10:11, 10:18, 11:3, 11:9, 11:18, 13:6, 14:1
**Don** [1] - 4:6
**done** [10] - 10:13, 11:25, 12:3, 12:7, 12:8, 12:19, 12:25, 13:10, 13:20
**done-done** [1] - 13:20
**DOUGLAS** [1] - 2:7
**draws** [2] - 12:13, 12:17
**due** [1] - 7:24
**DUGAN** [2] - 1:19, 1:20
**during** [1] - 14:24

## E

**e-mail** [1] - 16:1
**easier** [1] - 8:8
**EASTERN** [1] - 1:1
**Eastern** [1] - 17:20
**eight** [1] - 11:2
**either** [1] - 4:19
**ELDON** [1] - 1:9
**ELIZABETH** [1] - 2:3
**Elizabeth** [1] - 3:25
**elsewhere** [1] - 10:2
**EMBARCADERO** [1] - 2:4
**engage** [1] - 7:5
**entities** [1] - 16:15
**entitled** [1] - 17:22
**escrow** [1] - 11:7
**ESQUIRE** [9] - 1:13, 1:13, 1:16, 1:20, 1:23, 2:3, 2:7, 2:10, 2:13
**exactly** [1] - 8:25
**extend** [1] - 6:7
**extension** [2] - 5:12, 8:17

## F

**Fallon** [1] - 3:8
**FALLON** [1] - 1:9
**federal** [3] - 10:1, 11:17, 12:4
**few** [2] - 6:8, 7:23
**file** [1] - 12:20
**final** [3] - 10:14, 12:4, 12:19
**finality** [1] - 8:12
**finally** [1] - 12:10
**finished** [3] - 9:1, 9:3, 12:2
**FIRM** [2] - 1:19, 1:23
**first** [3] - 6:5, 7:3, 9:11
**five** [1] - 13:7
**five-minute** [1] - 13:7
**FLOM** [2] - 2:10, 2:13
**Florida** [5] - 3:25, 4:1, 4:4, 5:14, 9:2
**focus** [1] - 8:6
**folks** [3] - 16:17, 17:4, 17:11
**follows** [1] - 16:19
**FOR** [1] - 2:7
**foregoing** [1] - 17:21
**forum** [1] - 8:7
**FOSLER** [1] - 3:13
**Fosler** [1] - 3:13
**FOUR** [1] - 2:14

**Fox** [2] - 4:10, 16:8
**FOX** [7] - 2:13, 4:8, 4:10, 16:8, 16:10, 16:14, 17:3
**FRANCISCO** [1] - 2:5
**fund** [2] - 10:18, 11:4

## G

**Gene** [1] - 4:12
**General** [1] - 12:3
**GENERAL** [1] - 1:8
**given** [1] - 8:16
**governmental** [1] - 16:15
**guess** [2] - 9:18, 10:5
**GUTHRIE** [1] - 3:24
**Guthrie** [1] - 3:24
**guys** [1] - 3:7

## H

**hard** [1] - 12:9
**Harry** [2] - 3:14, 5:21
**Health** [1] - 12:2
**hear** [1] - 11:20
**HEARD** [1] - 1:9
**HEIMANN** [1] - 2:3
**hello** [1] - 3:7
**help** [1] - 6:20
**hereby** [1] - 17:20
**HERMAN** [11] - 1:12, 1:13, 9:10, 9:16, 9:21, 10:10, 11:2, 11:9, 11:13, 16:18
**herself** [1] - 11:21
**HHS** [1] - 14:2
**himself** [1] - 7:4
**Honor** [25] - 3:11, 4:2, 4:5, 4:7, 4:10, 4:14, 4:22, 5:4, 6:3, 6:9, 7:4, 7:10, 8:4, 8:13, 9:1, 9:10, 9:23, 14:16, 14:18, 15:11, 15:23, 16:3, 16:8, 17:10
**HONORABLE** [1] - 1:9
**hope** [1] - 13:5
**hoping** [1] - 13:14
**hour** [1] - 16:10
**hours** [1] - 12:21
**HOUSTON** [1] - 1:24
**Human** [1] - 12:2

## I

**identify** [2] - 7:3, 11:20

**important** [1] - 11:24
**impressions** [1] - 6:18
**IN** [2] - 1:4, 3:4
**inaudible** [1] - 4:8
**independently** [1] - 6:17
**indicated** [4] - 6:6, 6:7, 7:5, 8:19
**individual** [1] - 6:24
**information** [1] - 16:22
**inquiries** [1] - 16:11
**inside** [1] - 16:15
**Inspector** [1] - 12:3
**instances** [1] - 6:6
**instructed** [1] - 7:10
**insufficient** [1] - 10:12
**integrity** [1] - 12:1
**interest** [1] - 12:24
**interested** [2] - 8:7, 14:13
**interests** [1] - 17:9
**involved** [5] - 5:13, 13:3, 14:1, 15:14
**issue** [2] - 9:11, 10:7
**issues** [1] - 13:12

## J

**James** [1] - 4:1
**JAMES** [1] - 1:20
**Jersey** [1] - 4:24
**Jim** [1] - 3:13
**Joe** [1] - 13:17
**John** [8] - 3:24, 4:19, 6:4, 11:22, 13:24, 14:3, 15:13, 17:6
**JOHN** [1] - 2:10
**joined** [1] - 11:22
**JUDGE** [1] - 1:9
**judge** [8] - 11:17, 12:13, 12:17, 12:22, 13:3, 13:16, 16:25
**Judge** [4] - 3:8, 5:9, 12:16, 17:13
**Juneau** [6] - 6:6, 6:11, 6:12, 6:15, 8:14, 8:21
**JUNEAU** [5] - 4:20, 5:9, 5:20, 5:24, 6:1
**jurisdictions** [2] - 8:19, 10:3

## K

**KATZ** [1] - 1:12
**keep** [3] - 8:3, 13:15, 14:15

**Ken** [1] - 3:19
**KENNEN** [6] - 4:22, 14:18, 14:20, 14:22, 14:24, 15:8
**Kennen** [2] - 4:22, 14:20
**Kentucky** [2] - 4:6, 5:15
**Kentucky's** [1] - 16:4
**KINGSDORF** [1] - 1:16
**knowledgeable** [2] - 14:5, 14:6

## L

**L.L.P** [1] - 1:16
**LA** [3] - 1:14, 1:17, 1:21
**larger** [5] - 9:24, 9:25, 10:7, 10:9
**last** [1] - 16:10
**late** [1] - 11:22
**LAW** [2] - 1:19, 1:23
**least** [1] - 14:10
**left** [1] - 5:17
**legs** [1] - 12:5
**LEONARD** [1] - 1:13
**letter** [2] - 7:11, 15:22
**LIABILITY** [1] - 1:4
**LIEFF** [1] - 2:3
**likewise** [1] - 16:25
**limit** [1] - 8:24
**line** [4] - 3:9, 14:10, 14:11, 14:14
**litigate** [1] - 6:11
**litigating** [2] - 4:25, 5:7
**LITIGATION** [1] - 1:4
**looking** [1] - 12:14
**LOUGEE** [1] - 3:19
**Lougee** [1] - 3:19
**Louisiana** [7] - 4:25, 5:8, 5:10, 9:12, 16:19, 17:20, 17:20
**LOUISIANA** [3] - 1:1, 1:5, 2:18

## M

**mail** [1] - 16:1
**Marcy** [1] - 7:9
**MARVIN** [1] - 2:7
**MASTER** [5] - 4:20, 5:9, 5:20, 5:24, 6:1
**matter** [1] - 17:22
**McKenna** [1] - 4:6
**MDL** [1] - 1:5

**MEAGHER** [2] - 2:10, 2:13
**mean** [2] - 10:13, 13:20
**means** [1] - 9:19
**MECHANICAL** [1] - 2:19
**mention** [1] - 16:4
**mentioned** [1] - 9:25
**Merck** [7] - 7:10, 10:19, 11:7, 11:8, 11:9; 11:11, 14:1
**Merit** [1] - 17:19
**method** [1] - 8:11
**might** [3] - 5:12, 6:13, 10:15
**Mike** [1] - 3:14
**mindful** [1] - 7:4
**minimum** [1] - 10:25
**minute** [1] - 13:7
**minutes** [1] - 13:8
**missing** [1] - 9:18
**Mississippi** [2] - 3:18, 5:17
**misunderstood** [1] - 9:11
**model** [1] - 10:22
**Monday** [8] - 7:15, 7:16, 7:21, 7:22, 7:23, 15:18, 15:19, 15:21
**money** [1] - 11:7
**Montana** [2] - 3:23, 5:16
**months** [2] - 12:12, 12:13
**morning** [1] - 3:7
**most** [2] - 11:24, 14:5
**Motion** [1] - 16:4
**motions** [3] - 7:1, 7:2, 8:9
**move** [1] - 13:11
**MR** [60] - 3:10, 3:13, 3:14, 3:19, 3:21, 3:23, 3:24, 4:1, 4:4, 4:6, 4:8, 4:10, 4:12, 4:14, 4:22, 5:4, 5:21, 5:25, 6:3, 6:5, 7:13, 7:19, 7:25, 8:2, 8:18, 9:3, 9:6, 9:10, 9:15, 9:16, 9:17, 9:20, 9:21, 9:22, 10:10, 10:13, 11:2, 11:6, 11:9, 11:10, 11:13, 11:19, 11:23, 14:4, 14:18, 14:20, 14:22, 14:24, 15:8, 15:11, 15:13, 15:16, 15:20, 15:23, 16:1, 16:8, 16:10, 16:14, 16:18,

17:3
**MS** [28] - 3:17, 3:25, 5:19, 7:9, 7:17, 7:24, 8:1, 8:4, 8:13, 8:25, 9:5, 9:7, 11:16, 11:22, 11:24, 12:18, 13:5, 13:9, 13:17, 13:19, 13:25, 14:12, 14:16, 14:17, 16:3, 16:25, 17:7, 17:10

### N

**N.W** [1] - 2:8
**NAMFCU** [15] - 3:24, 4:19, 5:16, 7:20, 9:11, 9:13, 9:14, 9:15, 10:12, 10:20, 10:22, 14:13, 14:22, 15:1, 16:20
**need** [5] - 7:2, 10:1, 11:18, 14:8, 14:10
**negotiated** [2] - 10:14, 10:15
**negotiation** [1] - 13:25
**NEW** [8] - 1:5, 1:14, 1:17, 1:21, 2:11, 2:14, 2:18
**New** [10] - 4:8, 4:9, 4:15, 4:24, 5:1, 5:7, 5:10, 9:12, 16:20, 17:8
**news** [1] - 17:3
**next** [3] - 7:16, 8:1, 15:18
**NO** [1] - 1:5
**none** [1] - 9:19
**nonlitigating** [3] - 4:23, 5:2, 5:4
**nonpublic** [2] - 15:3, 15:8
**note** [1] - 9:23
**number** [1] - 10:12
**numbered** [1] - 17:22
**NW** [1] - 2:11

### O

**O'KEEFE** [1] - 1:14
**obtuse** [2] - 11:11, 11:14
**obviously** [1] - 6:17
**occurred** [1] - 10:21
**October** [1] - 17:5
**OF** [2] - 1:1, 1:8
**offer** [3] - 7:25, 9:14, 9:15
**offered** [1] - 10:20
**Office** [1] - 12:3

**office** [2] - 16:11, 16:23
**office's** [1] - 16:11
**OFFICIAL** [1] - 2:17
**Official** [2] - 17:20, 17:24
**OIG** [2] - 13:10, 13:25
**Oklahoma** [1] - 5:16
**omnibus** [1] - 7:8
**once** [1] - 12:24
**one** [7] - 5:17, 7:25, 8:12, 9:23, 10:10, 11:14, 12:5
**ONE** [1] - 1:20
**ongoing** [1] - 9:8
**open** [3] - 13:11, 14:25, 17:1
**option** [1] - 10:22
**order** [1] - 6:10
**organization** [1] - 17:3
**ORLEANS** [5] - 1:5, 1:14, 1:17, 1:21, 2:18
**Orleans** [1] - 17:8
**ought** [3] - 4:20, 8:10, 14:14
**outside** [1] - 16:15
**outstanding** [3] - 4:24, 5:11, 5:18

### P

**PALMER** [1] - 4:4
**Palmer** [1] - 4:4
**papers** [1] - 10:14
**PARK** [1] - 1:24
**part** [3] - 10:8, 13:6
**participate** [2] - 10:3, 10:16
**participation** [2] - 6:16, 10:25
**Pat** [4] - 4:19, 4:22, 14:20, 14:21
**pending** [1] - 7:1
**Pennsylvania** [4] - 3:15, 5:15, 5:22
**people** [2] - 14:13, 15:4
**Pepper** [3] - 17:19, 17:23, 17:23
**PEPPER** [1] - 2:17
**per** [1] - 10:24
**period** [1] - 8:20
**phone** [1] - 13:7
**piece** [5] - 9:24, 9:25, 10:7, 10:9, 13:10
**pieces** [1] - 11:24
**piggyback** [1] - 8:10
**PLACE** [2] - 1:20, 1:24

**plan** [1] - 15:18
**point** [1] - 11:3
**positions** [1] - 6:25
**POYDRAS** [2] - 1:17, 2:17
**prerogative** [2] - 10:11, 10:17
**press** [5] - 15:4, 15:9, 16:11, 16:23
**proceed** [3] - 6:22, 7:3, 7:8
**proceedings** [2] - 17:14, 17:21
**PROCEEDINGS** [3] - 1:8, 2:19, 3:1
**process** [4] - 7:6, 8:22, 10:4, 14:5
**PRODUCED** [1] - 2:20
**PRODUCTS** [1] - 1:4
**provide** [1] - 13:21
**provision** [1] - 10:25
**public** [5] - 10:6, 12:18, 13:20, 13:21, 13:23
**purpose** [1] - 4:17
**pursuing** [1] - 8:7
**put** [1] - 14:6
**puts** [1] - 11:7

### Q

**quickly** [4] - 6:19, 9:10, 12:11, 12:25
**quite** [2] - 11:25, 12:3

### R

**ran** [1] - 7:22
**Randy** [4] - 4:8, 4:10, 16:8, 16:9
**RE** [1] - 1:4
**reach** [1] - 13:9
**ready** [1] - 12:19
**really** [2] - 12:9, 14:4
**Realtime** [2] - 17:19, 17:24
**reason** [1] - 10:5
**reasonably** [1] - 6:13
**receiving** [2] - 7:11, 16:11
**receptive** [1] - 8:10
**recollection** [1] - 7:24
**record** [2] - 8:15, 17:21
**RECORDED** [1] - 2:19
**regard** [1] - 5:14
**regarding** [1] - 4:18
**Registered** [1] - 17:19

**release** [1] - 5:22
**Remand** [1] - 16:4
**remember** [1] - 15:7
**report** [2] - 4:18, 16:23
**reported** [1] - 14:25
**REPORTER** [1] - 2:17
**reporter** [1] - 16:18
**Reporter** [6] - 17:19, 17:19, 17:20, 17:24, 17:24
**REPORTER'S** [1] - 17:18
**representative** [1] - 14:14
**resolution** [1] - 10:12
**respect** [2] - 7:1, 11:10
**respond** [1] - 16:12
**response** [1] - 16:16
**rest** [2] - 5:5, 5:6
**reverts** [2] - 11:8, 11:11
**review** [2] - 6:15, 10:2
**RMR** [1] - 17:23
**ROOM** [1] - 2:17
**room** [2] - 3:8, 4:17
**ROSSBACH** [1] - 3:23
**Rossbach** [1] - 3:23
**ROTH** [3] - 3:14, 5:21
**Roth** [3] - 3:14, 5:21, 6:1
**RPR** [1] - 2:17
**run** [1] - 8:24
**RUSS** [1] - 1:13
**Russ** [2] - 9:9, 11:11

### S

**s/Cathy** [1] - 17:23
**SAN** [1] - 2:5
**SANFORD** [2] - 1:23, 1:23
**Santa** [3] - 3:10, 7:4, 15:14
**schedule** [3] - 7:2, 12:10, 12:23
**schedules** [1] - 12:14
**Scott** [1] - 4:4
**see** [5] - 6:12, 12:23, 13:24, 14:9, 14:15
**send** [1] - 16:1
**separate** [1] - 7:5
**SEPTEMBER** [1] - 1:6, 3:2
**September** [2] - 15:15, 15:23
**Services** [1] - 12:2
**set** [1] - 17:9
**settlement** [3] - 15:1,

15:3, 15:8
**shares** [2] - 10:19, 11:10
**Sheila** [1] - 3:17
**SHELLY** [1] - 1:23
**short** [1] - 6:10
**shortly** [1] - 16:7
**side** [1] - 12:4
**signatures** [1] - 12:20
**signed** [5] - 4:23, 4:25, 5:22, 10:3, 15:1
**simultaneously** [1] - 7:8
**six** [1] - 12:13
**SKADDEN** [2] - 2:10, 2:13
**SLATE** [2] - 2:10, 2:13
**smoothly** [1] - 12:8
**soon** [4] - 12:7, 12:18, 13:19
**sorry** [3] - 11:11, 11:22, 13:9
**sort** [1] - 8:11
**source** [1] - 17:2
**South** [4] - 4:12, 5:11, 8:16, 9:2
**speaking** [1] - 6:4
**SPECIAL** [5] - 4:20, 5:9, 5:20, 5:24, 6:1
**SPIEGEL** [1] - 4:14
**Spiegel** [1] - 4:14
**SQUARE** [1] - 2:14
**Stallard** [2] - 3:20, 3:21
**STALLARD** [1] - 3:21
**start** [2] - 4:20, 12:8
**state** [3] - 6:24, 9:12
**State** [5] - 3:17, 3:19, 3:23, 3:25, 17:19
**state-by-state** [1] - 6:24
**states** [19] - 4:23, 4:24, 4:25, 5:2, 5:5, 5:6, 5:7, 6:10, 6:18, 6:21, 6:24, 6:25, 7:1, 10:16, 10:21, 11:3, 11:8, 15:1
**STATES** [2] - 1:1, 1:9
**States** [2] - 17:20, 17:25
**states'** [2] - 10:6, 11:10
**status** [3] - 10:6, 14:8, 14:25
**STENOGRAPHY** [1] - 2:19
**step** [1] - 10:10
**still** [9] - 3:7, 5:17, 6:8, 10:11, 13:12, 15:3,

15:8, 15:14, 16:4
**stool** [1] - 12:6
**straightforward** [1] - 11:13
**STREET** [5] - 1:17, 1:21, 2:4, 2:8, 2:17
**subject** [3] - 6:8, 10:4, 12:25
**submitted** [1] - 10:1
**suggest** [1] - 6:11
**suggesting** [1] - 6:12
**SUITE** [4] - 1:17, 1:20, 1:24, 2:4
**Susan** [5] - 11:19, 13:4, 13:24, 14:4, 14:10
**suspect** [1] - 16:22

**T**

**team** [1] - 14:22
**teasing** [1] - 13:10
**TELEPHONE** [1] - 1:8
**telephone** [1] - 17:6
**TEN** [1] - 1:24
**ten** [1] - 13:8
**terminate** [1] - 9:22
**terms** [2] - 6:14, 12:9
**THE** [48] - 1:9, 2:7, 3:7, 3:12, 3:16, 3:22, 4:3, 4:9, 4:11, 4:13, 4:16, 4:21, 5:2, 5:6, 6:2, 6:4, 8:3, 8:5, 8:23, 9:9, 9:19, 11:15, 12:16, 13:2, 13:8, 13:15, 13:18, 13:23, 14:3, 14:8, 14:13, 14:19, 14:21, 14:23, 15:7, 15:10, 15:12, 15:19, 15:21, 15:25, 16:2, 16:6, 16:9, 16:13, 16:17, 17:4, 17:8, 17:11
**themselves** [1] - 8:20
**third** [1] - 11:25
**THOMAS** [1] - 2:13
**three** [1] - 13:13
**TIMES** [1] - 2:14
**timing** [1] - 12:9
**today** [8] - 7:11, 7:12, 7:17, 7:18, 7:24, 7:25, 14:24, 15:14
**together** [1] - 17:5
**tomorrow** [2] - 8:16, 8:17
**took** [2] - 12:12, 12:13
**top** [1] - 13:15
**touch** [2] - 14:15, 15:17

**TRANSCRIPT** [2] - 1:8, 2:19
**transcript** [1] - 17:21
**true** [2] - 6:1, 17:21
**trying** [2] - 7:7, 8:25
**TWELFTH** [1] - 2:8
**twenty** [1] - 11:3
**two** [4] - 4:23, 7:19, 7:20, 14:9
**TX** [1] - 1:24

**U**

**under** [1] - 16:5
**UNITED** [2] - 1:1, 1:9
**United** [2] - 17:20, 17:25
**up** [4] - 9:11, 10:3, 12:10, 17:9
**urge** [1] - 16:14
**Utah** [3] - 3:19, 3:21, 5:15

**V**

**veto** [1] - 10:11
**VINES** [1] - 4:6
**Vines** [1] - 4:6
**VIOXX** [1] - 1:4
**VOICES** [1] - 17:13

**W**

**wait** [2] - 4:21, 11:18
**WASHINGTON** [2] - 2:8, 2:11
**WEDNESDAY** [2] - 1:6, 3:2
**week** [9] - 7:13, 7:14, 7:16, 7:21, 8:1, 9:6, 13:13, 15:14
**weeks** [5] - 7:19, 7:20, 13:13, 14:9, 17:5
**WEST** [1] - 2:4
**WHEREUPON** [1] - 17:14
**whole** [1] - 9:14
**WILLIAMS** [1] - 2:7
**Winkler** [1] - 11:19
**WINKLER** [9] - 11:22, 11:24, 12:18, 13:5, 13:9, 13:17, 13:19, 13:25, 14:17
**works** [1] - 11:12
**written** [1] - 11:7

**Y**

**YORK** [2] - 2:14
**York** [8] - 4:8, 4:9, 4:15, 5:1, 5:7, 5:10, 9:12, 16:20
**YOUNG** [1] - 4:1
**Young** [1] - 4:1
**YOUR** [1] - 2:11