```
 1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
 2

 3   ****************************************************************

 4   IN RE:  VIOXX PRODUCTS
     LIABILITY LITIGATION
 5                              MDL DOCKET NO. 1657
                                NEW ORLEANS, LOUISIANA
 6                              WEDNESDAY, SEPTEMBER 21, 2011, 9:32 A.M.

 7   ****************************************************************

 8

 9                   TRANSCRIPT OF MOTIONS PROCEEDINGS
             HEARD BEFORE THE HONORABLE ELDON E. FALLON
10                   UNITED STATES DISTRICT JUDGE

11   APPEARANCES:

12
     FOR THE PLAINTIFFS:      HERMAN HERMAN KATZ & COTLAR
13                            BY:  RUSS M. HERMAN, ESQUIRE
                                   LEONARD A. DAVIS, ESQUIRE
14                            820 O'KEEFE AVENUE
                              NEW ORLEANS, LA 70113
15

16                            BEASLEY ALLEN CROW METHVIN
                              PORTIS & MILES
17                            BY:  ANDY D. BIRCHFIELD, JR., ESQUIRE
                                   P. LEIGH O'DELL, ESQUIRE
18                            234 COMMERCE STREET
                              POST OFFICE BOX 4160
19                            MONTGOMERY, AL 36103

20
                              LEVIN, FISHBEIN, SEDRAN & BERMAN
21                            BY:  FRED S. LONGER, ESQUIRE
                              510 WALNUT STREET, SUITE 500
22                            PHILADELPHIA, PENNSYLVANIA 19106

23
                              SEEGER WEISS
24                            BY:  CHRISTOPHER A. SEEGER, ESQUIRE
                              ONE WILLIAM STREET
25                            NEW YORK, NY 10004
```

1   APPEARANCES CONTINUED:

2

3                              GAINSBURGH BENJAMIN DAVID MEUNIER AND
                               WARSHAUER
4                              BY:  GERALD E. MEUNIER, ESQUIRE
                               2800 ENERGY CENTRE
5                              1100 POYDRAS STREET, SUITE 2800
                               NEW ORLEANS, LA  70163

6

7                              BARRIOS, KINGSDORF & CASTEIX, L.L.P.
                               BY:  DAWN M. BARRIOS, ESQUIRE
8                              701 POYDRAS STREET, SUITE 3650
                               NEW ORLEANS LA 70139

9

10                             LEVIN, PAPANTONIO, THOMAS,
                               MITCHELL, ECHSNER & PROCTOR
11                             BY:  TROY RAFFERTY, ESQUIRE
                               316 SOUTH BAYLEN STREET, SUITE 600
12                             PENSACOLA, FL  32502

13

                               BLIZZARD MCCARTHY & NABERS
14                             BY:  EDWARD BLIZZARD, ESQUIRE
                               LYRIC CENTRE BUILDING
15                             440 LOUISIANA, SUITE 1710
                               HOUSTON, TX  77002

16

17                             RANIER LAW FIRM
                               BY:  DREW A. RANIER, ESQUIRE
18                             1419 RYAN STREET
                               POST OFFICE BOX 1890
19                             LAKE CHARLES, LA 70602

20

                               OLDFATHER LAW FIRM
21                             BY:  ANN B. OLDFATHER, ESQUIRE
                                    MEGAN J. HASTINGS, ESQUIRE
22                             1330 SOUTH THIRD STREET
                               LOUISVILLE, KY  40208

23

24

25

```
 1  APPEARANCES CONTINUED:

 2

 3                          LIEFF CABRASER HEIMANN & BERNSTEIN
                            BY:  ELIZABETH J. CABRASER, ESQUIRE
 4                          EMBARCADERO CENTER WEST
                            275 BATTERY STREET, SUITE 3000
 5                          SAN FRANCISCO, CA 94111

 6                          DUGAN LAW FIRM
                            BY:  JAMES R. DUGAN, ESQUIRE
 7                          ONE CANAL PLACE, SUITE 1000
                            365 CANAL STREET
 8                          NEW ORLEANS, LA  70130

 9
                            LAW OFFICE OF DANIEL BECNEL, JR.
10                          BY:  DANIEL E. BECNEL, ESQUIRE
                            106 SEVENTH STREET
11                          RESERVE, LA  70084

12
                            SANFORD LAW FIRM
13                          BY:  SHELLY A. SANFORD, ESQUIRE
                            16225 PARK TEN PLACE, SUITE 500
14                          HOUSTON, TX  77084

15
                            BEIRNE MAYNARD & PARSON
16                          BY:  JACK URQUHART, ESQUIRE
                            1300 POST OAK BOULEVARD, SUITE 2500
17                          HOUSTON, TX  77056

18
                            MARGARET E. WOODWARD
19                          ATTORNEY AT LAW
                            3701 CANAL STREET, SUITE C
20                          NEW ORLEANS, LA  70119

21
                            WILLIAMS KHERKHER
22                          BY:  JOHN EDDIE WILLIAMS, JR., ESQUIRE
                            8441 GULF FREEWAY, SUITE 600
23                          HOUSTON, TX 77017-5051

24

25
```

```
 1  APPEARANCES CONTINUED:

 2

 3                          STRATTON FAXON
                            BY:  MICHAEL A. STRATTON, ESQUIRE
 4                          59 ELM STREET
                            NEW HAVEN, CT  06510
 5

 6

 7  FOR THE DEFENDANT:      WILLIAMS & CONNOLLY
                            BY:  DOUGLAS R. MARVIN, ESQUIRE
 8                               M. ELAINE HORN, ESQUIRE
                            725 TWELFTH STREET, N.W.
 9                          WASHINGTON, DC  20005

10

                            STONE PIGMAN WALTHER WITTMANN
11                          BY:  DOROTHY H. WIMBERLY, ESQUIRE
                            546 CARONDELET STREET
12                          NEW ORLEANS, LA 70130

13

                            SKADDEN ARPS SLATE MEAGHER & FLOM
14                          BY:  JOHN H. BEISNER, ESQUIRE
                            1440 NEW YOUR AVENUE NW
15                          WASHINGTON, DC  20005

16

                            SKADDEN ARPS SLATE MEAGHER & FLOM
17                          BY:  THOMAS E, FOX, ESQUIRE
                            FOUR TIMES SQUARE
18                          NEW YORK, NEW YORK 10036

19

                            HUGHES HUBBARD & REED
20                          BY:  THEODORE V. H. MAYER, ESQUIRE
                            ONE BATTERY PARK PLAZA
21                          NEW YORK, NY 10004

22

23                          KING KREBS & JURGENS
                            BY:  HENRY A. KING, ESQUIRE
24                          PLACE ST. CHARLES
                            201 ST. CHARLES AVENUE
25                          45TH AVENUE
                            NEW ORLEANS, LA  70170
```

```
 1   APPEARANCES CONTINUED:

 2

 3   PRO SE CURATOR:          LAW OFFICES OF ROBERT M. JOHNSTON
                             BY:  HEATHER E. REZNICK, ESQUIRE
 4                           400 POYDRAS STREET, SUITE 2450
                             NEW ORLEANS, LA  70130
 5

 6

 7   SPECIAL MASTER:          JUNEAU DAVID
                             BY:  PATRICK A. JUNEAU, ESQUIRE
 8                           THE HARDING CENTER
                             1018 HARDING STREET, SUITE 202
 9                           P.O. DRAWER 51268
                             LAFAYETTE, LA  70505
10

11

12   OFFICIAL COURT REPORTER:   CATHY PEPPER, CCR, RPR, CRR
                               500 POYDRAS STREET, ROOM B406
13                             NEW ORLEANS, LOUISIANA 70130
                               (504) 589-7779
14
     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
15   PRODUCED BY COMPUTER.

16

17

18

19

20

21

22

23

24

25
```

1                        P-R-O-C-E-E-D-I-N-G-S

2                    WEDNESDAY, SEPTEMBER 21, 2011

3                    M O R N I N G   S E S S I O N

4                      (COURT CALLED TO ORDER)

5

6

09:32AM   7           THE COURT:  Let's go into the motions since we have a

09:32AM   8    short meeting.

09:32AM   9               Dorothy, do you want to take up your motions first?

09:32AM  10           MS. WIMBERLY:  Certainly, Your Honor.  Take the easy

09:32AM  11    ones first:  Merck's Motion to Dismiss with Prejudice for failure

09:32AM  12    to comply with Pretrial Order Number 28 as to plaintiff Dennis

09:32AM  13    Harrison, which is Record Document 61683, we would like to defer

09:32AM  14    to the next status conference.  Mr. Harrison late last night did

09:32AM  15    provide his PPF, which was one of the primary outstanding items,

09:32AM  16    and we intend to take a look at that in the next two or three

09:32AM  17    days, and we will advise Mr. Harrison.  And assuming that it is

09:33AM  18    complete, then we would be withdrawing the motion.  But we need a

09:33AM  19    few days to take a look at it.

09:33AM  20           THE COURT:  Okay.  I know Mr. Harrison has been working

09:33AM  21    diligently on this.  He's unfortunately had some health problems

09:33AM  22    that's kind of kept him out of activity, but on one occasion, he

09:33AM  23    took a bus and came down here just to be able to address the

09:33AM  24    Court.  So I am interested in seeing that Mr. Harrison's case

09:33AM  25    gets dealt with and looked at, so let's see if we can work with

09:33AM 1   him on it.

09:33AM 2          MS. OLDFATHER:  Dorothy, on Mr. Harrison's behalf.

09:33AM 3   Ms. Oldfather, Your Honor.  Given that Merck has admitted receipt

09:33AM 4   of a signed PPF, which is the only requirement under PTO 28, and

09:33AM 5   given that Mr. Harrison has provided Answers to Interrogatories,

09:33AM 6   lists of doctor, lists of hospitals, lists of pharmacies, signed

09:33AM 7   authorizations, a *Lone Pine* report and everything that's required

09:34AM 8   by PTO 28, we would ask the Court at this time, and there is no

09:34AM 9   need for Merck to review the PPF for accuracy because that's a

09:34AM 10  separate issue.  The filing of it is all they have a right to

09:34AM 11  insist upon on the Motion to Dismiss, so we would ask that the

09:34AM 12  Court overrule the motion at this time with leave for Merck to

09:34AM 13  pursue noncompliance issues.

09:34AM 14         THE COURT:  I understand the issue.  I'll give you time

09:34AM 15  to look over the material.

09:34AM 16         MS. WIMBERLY:  Thank you, Your Honor.  Next on the

09:34AM 17  docket, Your Honor, is Merck's Motion and Rule to Show Cause why

09:34AM 18  case should not be dismissed with prejudice under Rule 25(a)(1)

09:34AM 19  as to plaintiff Stanley Long.  That is Record Document 63116.

09:34AM 20  Merck is withdrawing that motion as moot, and I will submit an

09:34AM 21  order.

09:34AM 22         THE COURT:  Okay.

09:34AM 23         MS. WIMBERLY:  The next motion is Merck's Motion to Show

09:34AM 24  Cause why cases should not be dismissed for failure to prosecute.

09:34AM 25  This appears in the record as Record Document 63268.

09:35AM  1          At the time the motion was filed, it dealt with

09:35AM  2    nine plaintiffs.  That has been whittled down to only four

09:35AM  3    plaintiffs -- I'm sorry, five plaintiffs remaining.  So the

09:35AM  4    motion now applies to Diane Brown, Lorraine Campbell, Cheryl

09:35AM  5    Gross, and Patricia and Raymond Kelly.  Merck has already

09:35AM  6    submitted to the Court, and the Court has entered orders

09:35AM  7    withdrawing the motion as to the remaining plaintiffs who were

09:35AM  8    subject to that.

09:35AM  9          As the Court mentioned earlier, these are the

09:35AM 10    plaintiffs who have failed to respond to Ms. Oldfather's request

09:35AM 11    for the signed authorization to review the records in an attempt

09:35AM 12    to move their cases forward.

09:35AM 13          These cases are relatively old.  Most of them are

09:35AM 14    2006 cases.  These plaintiffs have done essentially nothing in

09:35AM 15    their cases.  They have not responded to Court orders, and for

09:35AM 16    those who were still represented by counsel, in particular,

09:36AM 17    Cheryl Gross, who has counsel, and Lorraine Campbell, who

09:36AM 18    although her counsel filed a Motion to Withdraw, that motion was

09:36AM 19    never filed -- or I should say served a Motion to Withdraw on

09:36AM 20    LexisNexis, that motion was never filed with the Court.

09:36AM 21          At the time this motion was filed back in August, I

09:36AM 22    notified Lorraine Campbell's counsel, Bernstein and Maryanoff,

09:36AM 23    indicating to them that they were still counsel of record and

09:36AM 24    that this motion was being filed.  I've received absolutely no

09:36AM 25    response.

09:36AM 1          Similarly, with Cheryl Gross, I've received no

09:36AM 2  response, notified her attorney, the Law Offices of Donald

09:36AM 3  Melancon.

09:36AM 4          So with respect to these five remaining plaintiffs

09:36AM 5  to whom we have received no response -- or from whom we have

09:36AM 6  received no response and whom Ms. Oldfather did not receive a

09:37AM 7  response for approximately three-plus months, these plaintiffs

09:37AM 8  clearly are making no attempt to prosecute their cases.  We would

09:37AM 9  ask that the Court dismiss them without prejudice as to the

09:37AM 10 *pro se* plaintiffs and with prejudice as to the ones represented

09:37AM 11 by counsel.

09:37AM 12         THE COURT:  Okay.  Let me hear from counsel.

09:37AM 13         MS. OLDFATHER:  Thank you, Your Honor.  Ann Oldfather.

09:37AM 14 Judge, I have a personal interest in streamlining the cases that

09:37AM 15 remain.  But I also am aware of the efforts the Court has made to

09:37AM 16 make sure the people that want to pursue their cases can.

09:37AM 17         So I'm going to be informing the Court that I

09:37AM 18 object to at least some portion of these dismissals.  And the

09:37AM 19 only reason that I object is because when we were here on

09:37AM 20 August 4th, and I can't remember whether it was in chambers or

09:37AM 21 out here, Merck was told to get together with us and provide us

09:38AM 22 with every piece of information it might have in its files about

09:38AM 23 how these people could be reached.  Data mine what you've got and

09:38AM 24 tell us how we might find them.  We never heard from Merck.  The

09:38AM 25 Court ordered me to send them the list of the people I hadn't

09:38AM 1   heard from.  I did it that day or the next day.  We didn't hear

09:38AM 2   anything.  Then Merck filed its Motion to Dismiss for failure to

09:38AM 3   prosecute.  I had not understood it was going to be done that

09:38AM 4   way.  That's a whole other issue.  I thought the Court was first

09:38AM 5   going to enter an order once we got back from Merck their best

09:38AM 6   information about how to reach these people.

09:38AM 7          Merck filed its motion for failure to prosecute,

09:38AM 8   and in filing its motion on the certificate of service, it put,

09:38AM 9   for the first time addresses for at least four of the folks that

09:38AM 10  were then an issue that we had never seen before.  Those people

09:38AM 11  then called me.  Most of those people then got in touch with us

09:38AM 12  and/or we got in touch with them, and then consequently they were

09:39AM 13  taken off the list.

09:39AM 14         Now, I just heard Dorothy, just now, for the first

09:39AM 15  time, tell me a piece of information that she'll say I could have

09:39AM 16  found out for myself, and that is that Lorraine Campbell had a

09:39AM 17  counsel of record who never has officially withdrawn, and she

09:39AM 18  used his name.  And Lorraine Campbell has been put under the

09:39AM 19  category of someone who is still represented.  I would have been

09:39AM 20  calling that attorney because here is what we have done,

09:39AM 21  Your Honor, and then obviously, the Judge, Your Honor is going to

09:39AM 22  do what you think is appropriate.

09:39AM 23         THE COURT:  Let me shortcut this.  Let's get that

09:39AM 24  information.  I'll give them another opportunity, 30 days.  The

09:39AM 25  next meeting.  But if they don't show at the next meeting or give

09:39AM 1   you information, then I'm going to have to dismiss the case.

09:39AM 2        MS. WIMBERLY:  Your Honor, let me clarify one thing.

09:39AM 3   Ms. Oldfather was informed that Ms. Campbell was represented.  I

09:39AM 4   would direct her to the first page of the motion where it states,

09:39AM 5   "Although Ms. Oldfather's report identifies plaintiff Lorraine

09:40AM 6   Campbell as proceeding *pro se*, she is still represented by

09:40AM 7   counsel, according to the Court's records.  Ms. Campbell's

09:40AM 8   counsel, Bernstein and Maryanoff, L.L.C., uploaded a Motion to

09:40AM 9   Withdraw to LexisNexis file and serve on January 23, 2009, but it

09:40AM 10  appears that the motion was never filed on the Court's ECF

09:40AM 11  docket.  The motion has never been acted upon and Bernstein and

09:40AM 12  Maryanoff remain counsel of record.  Accordingly, Merck's instant

09:40AM 13  motion is being served on both Ms. Campbell's counsel pursuant to

09:40AM 14  the procedures established in Pretrial Order 8(B) as well as upon

09:40AM 15  Ms. Campbell personally at the address provided in her counsel's

09:40AM 16  Motion to Withdraw.

09:40AM 17        I would also note for the record --

09:40AM 18        MS. OLDFATHER:  I apologize.

09:40AM 19        MS. WIMBERLY:  -- that all of these addresses were taken

09:40AM 20  from their counsels' Motions to Withdraw, which are in the court

09:40AM 21  records.

09:40AM 22        THE COURT:  I understand.  I think counsel for Merck has

09:40AM 23  done an outstanding job in trying to locate these people and

09:41AM 24  getting them served, so I don't have any problem with that.  But

09:41AM 25  I do, as I've said many times, I don't wish to dismiss cases for

09:41AM 1   people who are interested in pursuing their cases.  And so I'll

09:41AM 2   go to another meeting before I dismiss the cases.  Let's notify

09:41AM 3   them that the next time we meet, which is November 4th, if they

09:41AM 4   don't do something by then, the case will be dismissed.

09:41AM 5           MS. OLDFATHER:  Your Honor, the problem is I really

09:41AM 6   can't.  And I do apologize for overlooking the e-mail, I mean the

09:41AM 7   footnote.  I responded to the motion on the substance and failed

09:41AM 8   to read the footnote and follow up on it.

09:41AM 9               But unless I get something from Merck, I don't know

09:41AM 10  where else to go or what other notice to give them.  Diane Brown,

09:41AM 11  we have no e-mail address or phone number.

09:41AM 12          THE COURT:  Let's shortcut that.  Dorothy, give her the

09:41AM 13  information that you have.

09:42AM 14          MS. WIMBERLY:  Your Honor, all we have is listed on the

09:42AM 15  certificate of service in the motion.  That's it.

09:42AM 16          MS. OLDFATHER:  That's it.  Okay.  We'll try one more

09:42AM 17  time, Your Honor.

09:42AM 18          THE COURT:  All right.  What's the next motion, Dorothy?

09:42AM 19          MS. WIMBERLY:  Ms. Horn is going to handle the remaining

09:42AM 20  Merck motions.

09:42AM 21          MS. HORN:  Good morning, Your Honor, Elaine Horn from

09:42AM 22  Williams and Connelly for Merck.  The next motion we're going to

09:42AM 23  address is our "straggler" motion, which was Record Document

09:42AM 24  Number 63015.  And this is a motion that was directed at people

09:42AM 25  who had entered or enrolled in the resolution program but their

09:42AM  1    claims had not been paid yet because there was some
09:42AM  2    administrative issue, primarily state issues that had not been
09:42AM  3    resolved.  And because they had not been paid yet, BrownGreer was
09:43AM  4    not able to release the stips and releases to Merck.  And so our
09:43AM  5    motion was aimed at correcting that or cleaning that up.
09:43AM  6             There were a group of people for whom we asked --
09:43AM  7    they were on Group B for who we asked the motion to be deferred
09:43AM  8    because they submitted something suggesting that their problems
09:43AM  9    were going to be fixed imminently.  And so those were deferred,
09:43AM 10    and today we would like to address those.
09:43AM 11             There were ten people who were on that deferment
09:43AM 12    exhibit by the time we actually filed the order.  Of those ten,
09:43AM 13    one is cured, which was Drucilla McClure, and a second person has
09:43AM 14    filed a detailed response explaining where things stand and
09:43AM 15    attaching the court orders noting there is a hearing coming up
09:43AM 16    and explaining what the difficulty is.
09:43AM 17             The other eight we have not heard anything else
09:43AM 18    from.  We have not received any updates, and as far as we know,
09:43AM 19    they are still in limbo.  So we're asking that as to those eight,
09:43AM 20    the same order that was entered as to the first group be entered
09:44AM 21    as to those eight and that the money be turned other to the Court
09:44AM 22    registry and that BrownGreer provide Merck the stips and
09:44AM 23    releases.
09:44AM 24             THE COURT:  These are not the dismissal claims.  What
09:44AM 25    they are, the case has been resolved.  The funds have been

09:44AM 1  mentioned.  It's just the distribution of the funds.  And rather

09:44AM 2  than hold those releases, I have been having the money put in the

09:44AM 3  registry of the court for those individuals and then give Merck

09:44AM 4  the releases, and dismiss the case or at least close the case

09:44AM 5  with the understanding that those individuals can come to court,

09:44AM 6  file the necessary documents, and get their funds or their

09:44AM 7  attorneys can file for their particular portion of the funds, if

09:44AM 8  they have a claim on it.  Prepare that motion for me and I'll do

09:44AM 9  that.

09:44AM 10        MS. HORN:  We'll submit an order to that effect.

09:44AM 11        THE COURT:  Okay.

09:45AM 12        MS. HORN:  The next motion is Merck's Motion For Summary

09:45AM 13  Judgment as to plaintiff Darlene Harris, and that is Record

09:45AM 14  Document Number 63307.  Ms. Harris is currently *pro se*.  She was

09:45AM 15  originally represented by counsel.  At the time that she was

09:45AM 16  represented by counsel, an expert report was submitted on her

09:45AM 17  behalf to comply with the Court's PTO 28 requirements.  A review

09:45AM 18  of that report shows that the expert that provided the report

09:45AM 19  said there was actually no causation.  He did not offer a

09:45AM 20  causation opinion.  He said there was not enough evidence to link

09:45AM 21  her alleged Vioxx use to her injury.  We have gone through this

09:45AM 22  before and previously it's been determined by the Court that as

09:45AM 23  long as you've submitted an expert report, that complies with PTO

09:45AM 24  28, but that these types of issues should be dealt with on

09:45AM 25  summary judgment.  So we're asking that summary judgment be

09:45AM 1  granted as to her.

09:45AM 2       THE COURT:  Yes, in the expert report, the expert says

09:45AM 3  that verbally, he understands that she took Vioxx, but he can't

09:46AM 4  confirm it with any documents.

09:46AM 5       But even if she took Vioxx, he feels that the

09:46AM 6  incident that she complained about is not related to the taking

09:46AM 7  of Vioxx.  So she gave a report but the report doesn't help her

09:46AM 8  case, so I'll grant the Motion For Summary Judgment.

09:46AM 9       MS. HORN:  Okay.

09:46AM 10       THE COURT:  Over the objection of counsel for

09:46AM 11  plaintiffs.

09:46AM 12       MS. HORN:  And then our next motion is Merck's renewed

09:46AM 13  Motion to Dismiss under Rule 25(a)(1) as to plaintiff Michael

09:46AM 14  Wodowski.  And that is Record Document Number 63329.  And there

09:46AM 15  have been various factual developments that have transpired since

09:46AM 16  we first filed the motion, but the gist of the motion was that we

09:46AM 17  received information suggesting that Mr. Wodowski had passed

09:46AM 18  away.

09:47AM 19       We filed a motion, I'm sorry, a document making a

09:47AM 20  suggestion of death on the record back in January of 2011.  There

09:47AM 21  was no response, no effort was made to substitute at that time.

09:47AM 22  We then followed up with a Motion to Dismiss, pursuant to rule

09:47AM 23  25, which states that you have 90 days after a suggestion of

09:47AM 24  death to substitute in a legal party; otherwise, the case should

09:47AM 25  be dismissed.

09:47AM 1        We filed a Motion For an Order to Show Cause.  The

09:47AM 2   court entered the Order to Show Cause.  All of those documents

09:47AM 3   were properly served on counsel of record through LexisNexis.

09:47AM 4   We've attached documentation to that effect.

09:47AM 5        Again, there was no response to any of that.  It

09:47AM 6   was after the case was dismissed that apparently counsel had been

09:47AM 7   contacted by Ms. Oldfather's office and they sought to have the

09:47AM 8   case reinstated.

09:47AM 9        We would like the record to reflect that the

09:47AM 10  reasons that have been offered as to why the proper steps weren't

09:48AM 11  taken before, all relate to things that happened after the time

09:48AM 12  to respond to the motion took place.  There has been no showing

09:48AM 13  as to excusable neglect as to why the January through May

09:48AM 14  pleadings were not responded to.  And so we ask for a ruling on

09:48AM 15  the motion.

09:48AM 16       THE COURT:  You have the proper material now.  It just

09:48AM 17  has been filed late.  Is that what you're saying?

09:48AM 18       MS. HORN:  Correct.

09:48AM 19       THE COURT:  I'll find that sufficient cause has been

09:48AM 20  shown to justify the filing of late and I'll deny the motion.

09:48AM 21       MS. OLDFATHER:  Deny the Motion to Dismiss?

09:48AM 22       THE COURT:  Right.

09:48AM 23       MS. HORN:  I believe that counsel for Mr. Wodowski's

09:48AM 24  estate is on the line.

09:48AM 25       THE COURT:  Yes.  Mr. Wodowski is still on.  I have

09:48AM 1   denied the Motion to Dismiss the case, so let's make sure that

09:48AM 2   you continue on with it now.

09:49AM 3           MS. HORN:  Thank you, Your Honor.

09:49AM 4           THE COURT:  Okay.

09:49AM 5           MS. HORN:  And that concludes the motions that have been

09:49AM 6   filed by Merck.

09:49AM 7           THE COURT:  Okay.  Any other motions?

09:49AM 8           MS. OLDFATHER:  Yes, Your Honor.  Ann Oldfather,

09:49AM 9   Your Honor.  I have a motion that was passed from the August 4th

09:49AM 10  status conference for an order requiring escrow of and

09:49AM 11  disclosures of common benefit fee and cost withholdings from the

09:49AM 12  settlements that have been made in either ineligible or

09:49AM 13  non-enrolled.  And I don't know if the Court wants me to argue or

09:49AM 14  present the reasons for that or --

09:49AM 15          THE COURT:  No, I understand the motion.  What is

09:49AM 16  appropriate is to find out what's there first.  As I understand,

09:49AM 17  there are some funds in the registry of the Court for the PTO

09:49AM 18  19 cases or cases that have been resolved outside of the

09:50AM 19  settlement program.  Some funds have been deducted and sent to

09:50AM 20  Orran Brown's company to hold the funds.  He's of course

09:50AM 21  deposited them with the bank.

09:50AM 22          I think, first of all, we ought to find out what's

09:50AM 23  there, what percentage for each case, and then we'll deal with

09:50AM 24  the other issues.  But I'll issue an order to Orran Brown's group

09:50AM 25  to provide that information.

09:50AM  1          MS. OLDFATHER:  So Your Honor, if we could have a list

09:50AM  2     of the cases that have been settled and then the amount of money

09:50AM  3     that's been withheld in each settlement and some statement as to

09:50AM  4     it being identified separately, either on paper or by a separate

09:50AM  5     fund?

09:50AM  6          THE COURT:  Let me hear from you, Doug.

09:50AM  7          MR. MARVIN:  Your Honor, in the past, it's not been the

09:50AM  8     practice to disclose the name of the claimant and the actual

09:51AM  9     amount of the award.  That was never done through the program and

09:51AM 10     hasn't been done since.  We're happy, anything that we know about

09:51AM 11     the amount that's been withheld, in the aggregate, we're

09:51AM 12     certainly willing to provide anything that we know about that.

09:51AM 13          But individually, there may be some concern by the

09:51AM 14     plaintiffs' lawyers who represent those particular plaintiffs in

09:51AM 15     having it disclosed, what the actual individual settlements are.

09:51AM 16          THE COURT:  Yes, I'm not sure about the individual

09:51AM 17     settlements.  I'm not there yet.  What I really want to know is

09:51AM 18     how much fees have been retained by Orran Brown from the cases,

09:51AM 19     and what does that represent, so that we find out what it is.

09:51AM 20          It's one thing if it's two cases.  It's another

09:51AM 21     thing if it's 50 cases.  So I really have to get a handle on it.

09:51AM 22     Maybe I'll talk with you all at another time before you leave.

09:52AM 23     Let me talk with both of you all and we'll talk about logistics

09:52AM 24     as to what you need and what I can get for you.

09:52AM 25          MS. OLDFATHER:  That would be very helpful, Your Honor,

09:52AM  1    because one of the concerns is the percentage.  So we could

09:52AM  2    address that.

09:52AM  3              THE COURT:  Okay.

09:52AM  4              MS. OLDFATHER:  Your Honor, we also filed a motion for a

09:52AM  5    protective order.  This is Record Document 6337.  And this will

09:52AM  6    undoubtedly strike the Court as a mundane matter, but it's one

09:52AM  7    that we felt important to bring at this point because of the

09:52AM  8    overwhelming nature of the document requests and the record

09:52AM  9    requests that not only we continue to get but we've gotten from

09:52AM 10    Merck.

09:52AM 11              Merck selected the Henches depositions themselves

09:52AM 12    on August 10th to be scheduled on September 14th and 15th, and

09:52AM 13    they were an out-of-town deposition for all of us in Harrisburg,

09:52AM 14    Pennsylvania.  They were scheduled in connection with the

09:52AM 15    deposition of a treater because we had asked the Court to try to

09:53AM 16    be more efficient.  Merck could be more efficient about getting

09:53AM 17    these done in blocks.  So we agreed to do the Henches.  We began

09:53AM 18    preparing them, which is a big undertaking, obviously.  We set up

09:53AM 19    times to do that.  I booked my travel.  I booked Ms. Hastings'

09:53AM 20    travel.

09:53AM 21              After we had done all that, Merck, a week later,

09:53AM 22    sent us a list of 36 additional providers that they wanted

09:53AM 23    authorizations for.  Now, they already decided to do the

09:53AM 24    depositions.  They had over a thousand pages of records on

09:53AM 25    LMI, of medical records they had already gotten on Mr. Hench.

09:53AM 1    This list of names came.  We didn't recognize them.

09:53AM 2              We then had to get on the phone with Mr. and

09:53AM 3    Mrs. Hench and spend a lot of time going over who these people

09:53AM 4    might be.

09:53AM 5              We worked through a process with Merck about

09:53AM 6    ultimately getting more explanation.  They dropped some.  We

09:53AM 7    agreed to almost all of them.  We got down to about 12.  We

09:53AM 8    didn't know who they were.  The plaintiffs didn't know who they

09:53AM 9    were.

09:53AM 10             So Merck showed us the image from LMI that caused

09:53AM 11   them to think this doctor might have some records.  And these

09:53AM 12   aren't only doctors; these are also health insurance companies.

09:54AM 13   So any health insurance company that's ever paid the claim, they

09:54AM 14   want an authorization to that health insurance company, and we

09:54AM 15   can all understand why.

09:54AM 16             So we got down to these 12.  They gave us the

09:54AM 17   reasons they wanted these 12, and ultimately they got backed up

09:54AM 18   on a few, and we got down to two that I said, Why are you doing

09:54AM 19   this?  Now, the easy thing for me to do would have been to say,

09:54AM 20   Just sign it, just sign it.  But they would not -- they said, We

09:54AM 21   want this.  One of the ones they wanted was they wanted to send a

09:54AM 22   records request to a doctor's office, when this doctor had been

09:54AM 23   the doctor in the hospital that had read the Venous Doppler for

09:54AM 24   the radiology department.  A hospital-provided physician who read

09:54AM 25   a report in a hospital.

09:54AM 1          And if we start sending records requests to every

09:54AM 2    single doctor who reads every x-ray report because they might

09:54AM 3    have something, then we'll never get these cases ready.

09:54AM 4          The other doctor they already had asked for the

09:55AM 5    records of the group, Associated Cardiology, but now they wanted

09:55AM 6    to write again and say, We want to make sure you've provided

09:55AM 7    Dr. Saifi Wolanin's [sic] records from Associated Cardiology.

09:55AM 8          So we filed the Motion For Protective Order.  Merck

09:55AM 9    has responded by saying, basically, Hey, come on, every other

09:55AM 10   lawyer in the world has always done this.  You are the first

09:55AM 11   person that has ever come in under the PTO that requires the

09:55AM 12   plaintiff -- the plaintiff is required to file a Motion For

09:55AM 13   Protective Order or they can do this on their own.

09:55AM 14         So the way this whole process was set up is that if

09:55AM 15   I didn't do this, my saying no wouldn't have mattered.  And

09:55AM 16   Your Honor, I didn't say no.  I said, You know what, right now I

09:55AM 17   don't want to give you that authorization.  You all have to draw

09:55AM 18   a line that's more reasonable.  When you get the health insurance

09:55AM 19   reimbursement and it shows that this doctor who read the Venous

09:55AM 20   Doppler was seen thereafter in his office and you get that from

09:55AM 21   the insurance company, I'll sign an authorization in a second.

09:55AM 22         If Mr. Hench ever testifies, Oops, I remember who

09:56AM 23   that is, I will not only sign an authorization in a second, but I

09:56AM 24   will represent him for a deposition.

09:56AM 25         And that wasn't good enough.  As a result, Your

09:56AM 1   Honor, I filed the motion.  The day after I filed the Motion For

09:56AM 2   Protective Order, Merck sent me an e-mail saying, We're going to

09:56AM 3   cancel the Henches' depositions.  I had booked my travel, we'd

09:56AM 4   set up the time and they canceled the depositions when they had

09:56AM 5   34 signed authorizations, a thousand pages of records, and then

09:56AM 6   we lost the opportunity to get Mr. and Mrs. Hench done.  So

09:56AM 7   that's the motion.

09:56AM 8           THE COURT:  Okay.  I understand.  Do you want me to tell

09:56AM 9   his mother on him or something?

09:56AM 10          MS. OLDFATHER:  Maybe we could pick somebody else.  Not

09:56AM 11  his mother.  Not his mother.  That's never fair.  And it wasn't

09:56AM 12  Doug, Your Honor.

09:56AM 13          THE COURT:  In discovery, all of us know that I'm not

09:56AM 14  dealing with admissible issues.  Discovery is really a broad

09:57AM 15  situation.  And the only thing I look at on discovery is whether

09:57AM 16  it's burdensome to the other party, to the other side.  And in

09:57AM 17  this particular matter, it seems like the only person it's

09:57AM 18  burdensome to is the person who is requesting the information,

09:57AM 19  because I assume they request the information and they give you

09:57AM 20  copies of what they get.

09:57AM 21          So if you don't want to read the copies, don't read

09:57AM 22  them.  But I can't see how it's burdensome to you.

09:57AM 23          Now, I would understand it would be burdensome to

09:57AM 24  you if they asked you to get the information from 15 or 20 or 30

09:57AM 25  or 40 doctors and pay for it and then give it to them rather than

09:57AM 1    give them the authorizations.

09:57AM 2            But to give them the authorizations and if they

09:57AM 3    feel it's necessary or they want to look at it or they feel it's

09:58AM 4    relevant or it may lead to relevant information, they have a

09:58AM 5    right to do that.  And from a burdensome standpoint, I don't see

09:58AM 6    how it's overly burdensome to you.  I think it's burdensome to

09:58AM 7    them, but not to you.

09:58AM 8            MS. OLDFATHER:  Judge, I can't -- that is so true.

09:58AM 9    That's why the easy thing to do would be to sign these.  That's

09:58AM 10   why people have rolled over, over and over again.  The

09:58AM 11   burdensomeness is on the provider.  When we finally get to these

09:58AM 12   doctors and want to talk with them, like the ones that Merck is

09:58AM 13   now noticing treaters, they won't even talk to me, they've been

09:58AM 14   so worn out by the lawyers.

09:58AM 15           So honestly, Your Honor, I figured it was time to

09:58AM 16   see how far the Court says the record retrieval goes.  I did

09:58AM 17   everything that I thought was reasonable except sign the

09:58AM 18   authorization.  I wasn't going to prejudice them, and I just

09:58AM 19   said, Make some showing that these people really did something.

09:58AM 20           THE COURT:  I understand.

09:58AM 21           MS. OLDFATHER:  So I understand the Court's tilt toward,

09:59AM 22   Just give it.

09:59AM 23           THE COURT:  Thank you for bringing that to my attention.

09:59AM 24   I'll keep an eye on it.  I'll deny the motion.

09:59AM 25           The last one is the approval of liaison counsel's

09:59AM 1  fee.  The Michael Stratton matter.

09:59AM 2       MS. OLDFATHER:  Yes, Your Honor.  I'll just address that

09:59AM 3  briefly with the court's permission.

09:59AM 4       THE COURT:  Yes.

09:59AM 5       MS. OLDFATHER:  Your Honor, as everyone here knows, on

09:59AM 6  September 9th, you filed the report from BrownGreer and invited

09:59AM 7  people to make suggestions about how to handle the shortfall in

09:59AM 8  the common benefit fund.  I filed this motion after that, but all

09:59AM 9  I can tell you is it had nothing to do with that order.

09:59AM 10      I have grown increasingly uncomfortable as I have

09:59AM 11 sat in this courtroom for the last six months and learned things

09:59AM 12 about the Stratton deal that I did not know at the time.  I did

09:59AM 13 not know any of this about the Stratton deal until

10:00AM 14 Mr. Arceneaux's motions were filed.  Mr. Stratton never told us

10:00AM 15 that the deal was confidential.  Mr. Stratton's approval -- he

10:00AM 16 came to our group for approval of the settlement two days before

10:00AM 17 the status conference on July 27th.  I have a written e-mail that

10:00AM 18 I filed with the Court where our group approved the four percent

10:00AM 19 deal, but only if the Court set Mr. Stratton's fee.  Mr. Stratton

10:00AM 20 was a liaison counsel.  We had no separate, nothing signed, no

10:00AM 21 letters, no understanding, no conversation, nothing with

10:00AM 22 Mr. Stratton about how he would be paid by us.  No kind of common

10:00AM 23 objectors or joint representation agreement, even though that has

10:00AM 24 been alluded to his papers.  That did not exist.

10:00AM 25      And we thought that it was appropriate that his fee

10:00AM 1   be set by the Court because we had no idea.  We knew we were

10:00AM 2   going to have our percentage reduced from the eight percent

10:00AM 3   holdback to four, but we had no idea how much he was collecting.

10:01AM 4   I did not have any idea what the total amount was.

10:01AM 5                I tried to participate in the private conference,

10:01AM 6   and Mr. Herman asked me to leave.  I never knew there was a

10:01AM 7   transcript until I saw it with Mr. Arceneaux's papers.  I then

10:01AM 8   heard -- Mr. Becnel and Ms. Snapka read their motions over the

10:01AM 9   months that I was down here.  I'm in a pretty unique position,

10:01AM 10  given these other folks that Mr. Stratton represented, because I

10:01AM 11  don't know that very many of them have even been down here.  And

10:01AM 12  I looked at this and I thought, Hey, I got a four percent fee

10:01AM 13  charged on the cases that were in my group.  The Court set a

10:01AM 14  six-and-a-half percent fee.  The Court never ruled on the

10:01AM 15  contract issue.  We may have gotten a good deal; we may not have.

10:01AM 16  I don't know, it was the deal, I have no problem with the deal.

10:01AM 17  That is not why I'm here.  But I don't know how this happened.  I

10:01AM 18  don't know how it happened that Mr. Stratton just decided how

10:01AM 19  much he would keep.  And it felt wrong.  And the more I sat in

10:02AM 20  this courtroom and listened to it, and the more I listened to

10:02AM 21  people put their money in the registry of the Court, the worse I

10:02AM 22  felt.  I felt just kind of dirty.  And I thought, You know what,

10:02AM 23  if nobody else is going to stand up and make a motion for

10:02AM 24  Your Honor to finally have an opportunity to look at what his

10:02AM 25  liaison counsel should be paid, I am at least going to do it.

10:02AM 1          I was told it would not be in my best interest.  I

10:02AM 2    was told that it might end up costing me money.  But Your Honor

10:02AM 3    has bent over backwards to make this a transparent process.  And

10:02AM 4    I've seen what Mr. Arceneaux has filed.  And I've seen how he, as

10:02AM 5    liaison counsel has asked for approval, even approval of

10:02AM 6    arrangements that he's had with other people.

10:02AM 7          And there is a right way and a wrong way to do

10:02AM 8    things, and the wrong way is often easier.  But I thought, I'm at

10:02AM 9    least going to put this out here and then I've done my part.

10:02AM 10         THE COURT:  Okay, I understand.  I received something

10:02AM 11   from a letter recently from Mr. Stratton in response to this

10:03AM 12   matter.  Let me look it over.  I may have to have a hearing on it

10:03AM 13   to take your comments.

10:03AM 14         I am sorry.  Come on in.  I didn't know whether you

10:03AM 15   were in the room, Mr. Stratton, I'm sorry.

10:03AM 16         MR. STRATTON:  Would you like me to address the Court?

10:03AM 17         MR. BIRCHFIELD:  Your Honor, while Mr. Stratton comes, I

10:03AM 18   can address part of this if you would like, but if I could, I

10:03AM 19   would like to take just a moment of personal privilege myself.

10:03AM 20   We have -- we have been in this courtroom in this MDL for six and

10:03AM 21   a half years now, and Gaylyn Lambert has served with an

10:03AM 22   incredible amount of professionalism, but beyond that, with

10:03AM 23   grace.  And it has been a privilege to spend these past six and a

10:03AM 24   half years working with you in this Court, and I wanted to

10:03AM 25   express that personally and publicly.

10:03AM  1          THE DEPUTY CLERK:  Thank you.

10:03AM  2          MR. BIRCHFIELD:  Thank you.

10:04AM  3          Your Honor, I can address briefly, and you have set

10:04AM  4  a hearing to address the size of the fund, and I can deal with

10:04AM  5  that.  But there is one matter, and Mr. Stratton is here, that I

10:04AM  6  think should be, that the Court should be made aware of.  The

10:04AM  7  agreement that was reached with the percentage fee objectors was

10:04AM  8  after a year of litigation, and that agreement was reached

10:04AM  9  July 27th of 2010.  We worked for a month to get the list correct

10:04AM 10  so that we may -- we knew exactly who the fee objector firms and

10:04AM 11  the amount that they contributed were.

10:04AM 12          And once that was done, then a payment was made.

10:04AM 13  And I'll go through that in more detail later.  But here is what

10:04AM 14  happened in response to that:  Mr. Stratton sent letters to the

10:04AM 15  fee percentage objectors and he outlined the agreement.  He

10:04AM 16  outlined the percentage that was being withheld.  He outlined the

10:05AM 17  fact that there was a seven and a half percent -- that an

10:05AM 18  agreement had been reached on the seven and a half percent, and

10:05AM 19  he included a check that represented the refund.

10:05AM 20          And immediately, almost immediately after that,

10:05AM 21  Mr. Becnel received that letter and he had some questions.  The

10:05AM 22  questions were not about, you know, the agreement or whether

10:05AM 23  Mr. Stratton had the authority, as Ms. Ann Oldfather mentioned,

10:05AM 24  he did have the authority there.  His questions were about the

10:05AM 25  fees and the accounting for those fees and the expenses.

10:05AM  1          Mr. Becnel sent a letter to Mr. Stratton within

10:05AM  2     five days of the date of that letter.  He called Mr. Stratton,

10:05AM  3     they got on the phone and they resolved that.

10:05AM  4          Ms. Snapka received that letter, and she has --

10:05AM  5     she's apprised the Court that when she received that letter she

10:05AM  6     was confused.  She didn't -- she didn't know what this was.  So

10:05AM  7     she picked up the phone, and she called Mr. Stratton, and

10:06AM  8     Mr. Stratton explained it to her.  She said she was still

10:06AM  9     confused, so he sent her a copy of the transcript.  The

10:06AM 10     transcript outlines the agreement.  And in that transcript that

10:06AM 11     Ms. Snapka had that was available, certainly, all it took was a

10:06AM 12     phone call to Mr. Stratton.

10:06AM 13          The fee percentage objectors were apprised of the

10:06AM 14     agreement that had been reached, with their authority, and that

10:06AM 15     this included a refund of a portion of their fees and that he was

10:06AM 16     withholding fees.  And that transcript says that the amount of

10:06AM 17     the fees for his services is to be -- that's a matter between

10:06AM 18     Mr. Stratton and the fee percentage objectors.

10:06AM 19          All of that was knowable.  14 months ago.  And, you

10:06AM 20     know, and this issue was never raised.  And until February 17,

10:06AM 21     2011, six months after the agreement was reached, after four

10:07AM 22     status conferences that the Court has and conducts, and at the

10:07AM 23     end of every status conference the Court asks, Are there any

10:07AM 24     issues, any questions to be addressed?  There was silence.

10:07AM 25          So none of these issues were raised by the Court.

10:07AM  1   They were all known or knowable to these -- to the fee percentage

10:07AM  2   objectors long before, long before now, certainly less than a

10:07AM  3   year ago when this was brought to Ms. Oldfather's attention

10:07AM  4   initially.

10:07AM  5           I think there must be some responsibility on behalf

10:07AM  6   of the lawyers when they receive -- if they've got questions, to

10:07AM  7   raise those questions in a timely fashion.

10:07AM  8           THE COURT:  Let me hear from Mr. Stratton.

10:07AM  9           MR. STRATTON:  Good morning, Your Honor.

10:07AM 10           THE COURT:  And I apologize for overlooking you.  I

10:07AM 11   didn't see you in the courtroom.

10:07AM 12           MR. STRATTON:  No, I was in the back.  I wasn't sure

10:07AM 13   where to sit.  Your Honor, Michael Stratton, for the record.  I

10:07AM 14   was liaison counsel for the objectors in the contract dispute.

10:08AM 15   And as I'm sure Your Honor recalls, this was a hotly contested

10:08AM 16   issue regarding contracts that were assigned by some 78 objectors

10:08AM 17   with the common benefit folks.

10:08AM 18           And we went through disclosing experts, forensic

10:08AM 19   accountants, depositions, all sorts of efforts.  I had to keep in

10:08AM 20   contact with 78 different clients.  Now, these weren't just 78

10:08AM 21   normal clients.  This is 78 different law firms with a lot of

10:08AM 22   questions.  Including questions that were asked of

10:08AM 23   Ms. Oldfather's firm, Ms. Snapka's firm, Mr. Becnel's firm.

10:08AM 24           We finally reached what I thought was a very

10:08AM 25   favorable deal and we gave up substantial rights, substantial

10:08AM 1   rights to cut the common benefit fee much farther than the Court

10:08AM 2   cut it.  I mean, we were advocating for a two-percent common

10:08AM 3   benefit fee.  And we ended up negotiating just on behalf of the

10:08AM 4   78 people who had filed objections a deal for four percent as

10:08AM 5   opposed to eight percent.  So a very good deal for the objectors

10:08AM 6   and I think a very good deal for the common benefit folks.

10:09AM 7          Now, unfortunately, we -- our intent was initially

10:09AM 8   to have that approved by the Court.  And I contacted all 78 of my

10:09AM 9   folks and I got what I believed was approval and a consent from

10:09AM 10   all of those folks.  It turns out that the other side and us

10:09AM 11   decided it was better to do this in a private manner,

10:09AM 12   confidentially.  And that was done.

10:09AM 13          So all of a sudden, I go from being a PSC liaison

10:09AM 14   counsel for the objectors to now being a private lawyer

10:09AM 15   representing 78 private firms.  I've now got to go out and get

10:09AM 16   consent again with all these folks, which I did.

10:09AM 17          We then enter into a deal which was put on the

10:09AM 18   record with a court reporter, which was sent to all of the firms

10:09AM 19   that wanted to see it.

10:09AM 20          THE COURT:  And you put it on the record privately and

10:09AM 21   so you didn't file it under seal, you all had copies of it.

10:09AM 22          MR. STRATTON:  Right.  And now we're more than a year

10:09AM 23   later.  I mean, the horse has left the barn.  Everybody knew it

10:09AM 24   was a private deal.  And everybody, each one of those 78 firms, I

10:10AM 25   went to them and I said, Look, we did substantial amount of

10:10AM 1   effort.  Look, we spent well over $200,000 hiring experts,

10:10AM 2   including folks from Harvard, to come in and help us here.  We

10:10AM 3   were two days away from the hearing in this issue, and I asked

10:10AM 4   for voluntary contributions.  Nobody was -- nothing was withheld

10:10AM 5   from anybody without conversations.

10:10AM 6           In fact, this is Ms. Oldfather -- I mean, I've got

10:10AM 7   an e-mail here where she acknowledges her and Mr. Buballo, who

10:10AM 8   she was working with, indicate that they understand the

10:10AM 9   settlement was -- the settlement for the objectors was reached on

10:10AM 10  the record with a court reporter in conference, outside of the

10:10AM 11  hearing of the judge.  This is Mr. Buballo.  Ms. Oldfather is on

10:10AM 12  this e-mail.  "Therefore, a separate deal was reached concerning

10:10AM 13  the objectors that will allow a return to the objectors' four

10:10AM 14  percent refund separately outside of the aegis of Judge Fallon."

10:10AM 15          This is July the 29th, 2010.  And now Ms. Oldfather

10:11AM 16  comes forward and complains about the $3,000 that she contributed

10:11AM 17  for fees and costs.  I mean, if she wants it back, we'll give it

10:11AM 18  back to her.  We will give the money back to her.  I will write a

10:11AM 19  check right now.

10:11AM 20          Mr. Becnel is even more outrageous.  Mr. Becnel --

10:11AM 21  I have a series of e-mails from Mr. Becnel where I dealt with a

10:11AM 22  Sal Christina from his office.  And Sal Christina, who is listed

10:11AM 23  on his letterhead, agreed to the deal five times.  Then

10:11AM 24  Mr. Becnel and gets involved and he goes, Well, Sal Christina is

10:11AM 25  actually an independent contractor, Mr. Stratton, so whatever

10:11AM 1   consent you got from Mr. Christina wasn't valid because he

10:11AM 2   doesn't really work for my firm.

10:11AM 3         Okay, now he's got me in a box.  This is in

10:11AM 4   October.  I then say, Come on, Mr. Becnel, he's listed on your

10:11AM 5   letterhead, we finally agree that, yes, in fact, there was

10:11AM 6   consent to the deal.

10:11AM 7         We then negotiate how much they'll pay.  And he

10:11AM 8   wouldn't agree to be one of the initial joint prosecution folks

10:11AM 9   who would contribute to the fees and costs.  He wouldn't do that.

10:11AM 10  So we asked him to contribute 20 percent.  And I said, you know,

10:11AM 11  Sal Christina called me in an effort to reduce the fees in the

10:12AM 12  Vioxx -- Dan, "Dear Dan, October 11, 2010.  Sal Christina called

10:12AM 13  me in an effort to reduce the fees in the *Vioxx* rebate matter.

10:12AM 14  After speaking with my partners, we can reduce the fee to

10:12AM 15  20 percent.  We will overnight this tomorrow if it's okay."

10:12AM 16         One hour later, "Michael, this is agreeable to me,

10:12AM 17  Dan Becnel."

10:12AM 18         Then Mr. Becnel comes forward in March and makes it

10:12AM 19  appear that we did something he had no concept of.  Absolutely no

10:12AM 20  concept of.  Really it's an outrage.  And, in fact, when we did

10:12AM 21  the objection here, when we were going through the forensic

10:12AM 22  accounting, the most outrageous example of abusive hours was

10:12AM 23  Mr. Becnel.  He tried to bill some, I don't know, some outrageous

10:12AM 24  number of hours that just produced nothing.  It was one of our

10:12AM 25  most -- was one of our -- was one of the most visceral reactions

10:12AM  1    to the hours was Mr. Becnel's commission.

10:12AM  2               So the bottom line is -- and as to Ms. Snapka, if

10:13AM  3    she doesn't want to pay a fee here, we are happy to have her not

10:13AM  4    pay a fee.  We're not trying to make anybody to do anything

10:13AM  5    that's not voluntary.  Thank you, Your Honor.

10:13AM  6          THE COURT:  Okay.  Thank you very much.  Anybody else?

10:13AM  7    Sure.  Go ahead.

10:13AM  8          MR. CARTER:  Jack Carter on behalf of Kathryn Snapka and

10:13AM  9    Joe Escobedo and David Hockema.  I'm not certain where we are,

10:13AM 10    Your Honor, in our proceeding here today.  I have comments on

10:13AM 11    what was just said.  I have a motion.  I was under the impression

10:13AM 12    that we were going to deal with the shortfall.

10:13AM 13          THE COURT:  We are dealing with the shortfall.  That has

10:13AM 14    nothing to do with what we're talking about now.  The shortfall

10:13AM 15    means who pays for it.  We're talking now about the amount

10:13AM 16    itself.  That's the way I see it in any event.  This is not the

10:13AM 17    hearing on the shortfall.  This is the hearing on the motion that

10:14AM 18    Ms. Oldfather has brought to the Court on whether or not she

10:14AM 19    should be required to pay the portion of that fee.

10:14AM 20          MR. CARTER:  For clarification purposes, Your Honor, in

10:14AM 21    reply to the Court's order to address the shortfall, we filed

10:14AM 22    Document 63397, which does contain, among other things, a motion

10:14AM 23    of our own dealing with many of the things that you just heard

10:14AM 24    here.  I don't know if you want me to address it now.

10:14AM 25          THE COURT:  No, why don't you address it later.  After

10:14AM 1   this motion, we'll take a five-minute break and then I'll come

10:14AM 2   back and do the hearing.

10:14AM 3          MR. CARTER:  Thank you.

10:14AM 4          MS. OLDFATHER:  Your Honor, if I may, Ann Oldfather.

10:14AM 5   Your Honor, this isn't about me not wanting to pay the fee.  And

10:15AM 6   if Mr. Stratton wants to grandstand and write me a check right

10:15AM 7   now, it wouldn't be $3,000.  It wouldn't even be the $4,000 he

10:15AM 8   mentioned in his objection.  It would be 100,000.  That is the

10:15AM 9   amount that Mr. Stratton kept from the monies that he refunded to

10:15AM 10  our group.

10:15AM 11          That's not the point.  The point is not that I

10:15AM 12  didn't want to pay 100,000.  The point is we had no idea how much

10:15AM 13  Mr. Stratton kept.  And I did not -- we -- when we wrote

10:15AM 14  Mr. Stratton, and this e-mail is attached to our filing,

10:15AM 15  approving the coming-up deal on July 26th, we said, "Hi, Mike,

10:15AM 16  the members of the Kentucky Vioxx working group, Greg Buballo,

10:15AM 17  Ann Oldfather and Tyler Thompson have discussed the potential

10:15AM 18  resolution of common benefit fee dispute that you and I discussed

10:16AM 19  last Friday.  We are all in agreement that a reduction from eight

10:16AM 20  percent assessment to a four percent assessment is acceptable to

10:16AM 21  all of us.  And we believe that your fee will need to be approved

10:16AM 22  by the Court.  If you have any need to discuss this further, Ann

10:16AM 23  Oldfather will be in New Orleans tonight and tomorrow for the

10:16AM 24  status conference."

10:16AM 25          Mike gets up here and reads from an e-mail exchange

10:16AM  1   that he had with Greg Bubalo.  I note that he didn't file it with

10:16AM  2   his objection.  If he'd filed it with his objection, Your Honor

10:16AM  3   would have seen that what happened is, Mr. Stratton came out with

10:16AM  4   his letter of July 28th where he said basically, We withdraw all

10:16AM  5   of our objections and we think seven and a half percent is

10:16AM  6   appropriate.  Greg went nuts.  We didn't know that -- what's

10:16AM  7   this?

10:16AM  8            And Greg wrote Mike an e-mail basically to say,

10:16AM  9   What happened?  We thought it was four percent.  What's this

10:16AM 10   letter?  Why are you withdrawing our objections?  And Mike came

10:16AM 11   back with this convoluted explanation of how it had to be done

10:17AM 12   this way or that way.

10:17AM 13            Judge, I am not here to say whether Mr. Stratton

10:17AM 14   did or did not do a million, six worth of work.  It was not until

10:17AM 15   I saw the pleadings here in this courtroom that I realized that

10:17AM 16   that's how much he had kept back.

10:17AM 17            Honestly, I kept hoping that somebody else would

10:17AM 18   file this motion.  I mean, I have enough trouble-maker status

10:17AM 19   pointed at me already.

10:17AM 20            But Your Honor is the one that has bent over backwards

10:17AM 21   to keep this a fair process, and I did not believe it was fair

10:17AM 22   for Your Honor not to know and not to have an opportunity to

10:17AM 23   decide whether you needed to set your liaison counsel's fee.

10:17AM 24   Mr. Stratton did not tell you he had an agreement with me because

10:17AM 25   he doesn't.  There is no signed agreement.  There is nothing

10:17AM 1    where I have ever said or Greg Bubalo or Tyler Thompson has said,

10:17AM 2    Yes, $100,000 is an appropriate fee.

10:17AM 3              The letter he's referring to is attached as

10:17AM 4    Exhibit E to my motion.  It was sent in August with the refund

10:18AM 5    check.  It didn't say, Here is the transcript.  I didn't even

10:18AM 6    know there was a transcript.  It didn't say, And oh, by the way,

10:18AM 7    my total fee is a million, six.  Are you all right with that?

10:18AM 8    What would it have mattered if I was all right with it?

10:18AM 9              So before this litigation concluded, Your Honor, I

10:18AM 10   mean, I have worried about this.  I worried about it in June, I

10:18AM 11   worried about it in August, and I've been saying, Somebody please

10:18AM 12   do something about letting Judge Fallon know that Stratton has

10:18AM 13   kept a fee that's never been approved by the Court.  Nobody is

10:18AM 14   going to do it.  I finally did it.  And that's where we are.  And

10:18AM 15   I'm not trying to argue the merits of whether or not he deserves

10:18AM 16   it.  That would be for another time.

10:18AM 17             THE COURT:  Okay.  I'll look at the motion.  I do need

10:18AM 18   to have the transcript, so somebody file the transcript with me

10:18AM 19   and I'll put it under seal.

10:18AM 20             I'll mark that one as submitted.

10:18AM 21             We'll take a break here, a five-minute break and

10:18AM 22   come back and I'll do the hearing.

10:19AM 23             THE DEPUTY CLERK:  Everyone rise.

24             (WHEREUPON, at  10:19 a.m., the proceedings were

25   concluded.)

1                         *    *    *

2

3                    REPORTER'S CERTIFICATE

4

5      I, Cathy Pepper, Certified Realtime Reporter, Registered

6  Merit Reporter, Certified Court Reporter of the State of

7  Louisiana, Official Court Reporter for the United States District

8  Court, Eastern District of Louisiana, do hereby certify that the

9  foregoing is a true and correct transcript, to the best of my

10  ability and understanding, from the record of the proceedings in

11  the above-entitled and numbered matter.

12

13

14                         *s/Cathy Pepper*

15                         Cathy Pepper, CRR, RMR, CCR
                           Certified Realtime Reporter
16                         Official Court Reporter
                           United States District Court
17                         Cathy_Pepper@laed.uscourts.gov

18

19

20

21

22

23

24

25

## $

**$100,000** [1] - 36:2
**$200,000** [1] - 31:1
**$3,000** [2] - 31:16, 34:7
**$4,000** [1] - 34:7

## 0

**06510** [1] - 4:4

## 1

**100,000** [2] - 34:8, 34:12
**1000** [1] - 3:7
**10004** [2] - 1:25, 4:21
**10036** [1] - 4:18
**1018** [1] - 5:8
**106** [1] - 3:10
**10:19** [1] - 36:24
**10th** [1] - 19:12
**11** [1] - 32:12
**1100** [1] - 2:5
**12** [3] - 20:7, 20:16, 20:17
**1300** [1] - 3:16
**1330** [1] - 2:22
**14** [1] - 28:19
**1419** [1] - 2:18
**1440** [1] - 4:14
**14th** [1] - 19:12
**15** [1] - 22:24
**15th** [1] - 19:12
**16225** [1] - 3:13
**1657** [1] - 1:5
**17** [1] - 28:20
**1710** [1] - 2:15
**1890** [1] - 2:18
**19** [1] - 17:18
**19106** [1] - 1:22

## 2

**20** [3] - 22:24, 32:10, 32:15
**20005** [2] - 4:9, 4:15
**2006** [1] - 8:14
**2009** [1] - 11:9
**201** [1] - 4:24
**2010** [3] - 27:9, 31:15, 32:12
**2011** [4] - 1:6, 6:2, 15:20, 28:21
**202** [1] - 5:8
**21** [2] - 1:6, 6:2

**23** [1] - 11:9
**234** [1] - 1:18
**2450** [1] - 5:4
**25** [1] - 15:23
**25(a)(1** [2] - 7:18, 15:13
**2500** [1] - 3:16
**26th** [1] - 34:15
**275** [1] - 3:4
**27th** [2] - 24:17, 27:9
**28** [5] - 6:12, 7:4, 7:8, 14:17, 14:24
**2800** [2] - 2:4, 2:5
**28th** [1] - 35:4
**29th** [1] - 31:15

## 3

**30** [2] - 10:24, 22:24
**3000** [1] - 3:4
**316** [1] - 2:11
**32502** [1] - 2:12
**34** [1] - 22:5
**36** [1] - 19:22
**36103** [1] - 1:19
**365** [1] - 3:7
**3650** [1] - 2:8
**3701** [1] - 3:19

## 4

**40** [1] - 22:25
**400** [1] - 5:4
**40208** [1] - 2:22
**4160** [1] - 1:18
**440** [1] - 2:15
**45TH** [1] - 4:25
**4th** [3] - 9:20, 12:3, 17:9

## 5

**50** [1] - 18:21
**500** [3] - 1:21, 3:13, 5:12
**504** [1] - 5:13
**510** [1] - 1:21
**51268** [1] - 5:9
**546** [1] - 4:11
**589-7779** [1] - 5:13
**59** [1] - 4:4

## 6

**600** [2] - 2:11, 3:22
**61683** [1] - 6:13
**63015** [1] - 12:24

**63116** [1] - 7:19
**63268** [1] - 7:25
**63307** [1] - 14:14
**63329** [1] - 15:14
**6337** [1] - 19:5
**63397** [1] - 33:22

## 7

**70084** [1] - 3:11
**701** [1] - 2:8
**70113** [1] - 1:14
**70119** [1] - 3:20
**70130** [4] - 3:8, 4:12, 5:4, 5:13
**70139** [1] - 2:8
**70163** [1] - 2:5
**70170** [1] - 4:25
**70505** [1] - 5:9
**70602** [1] - 2:19
**725** [1] - 4:8
**77002** [1] - 2:15
**77017-5051** [1] - 3:23
**77056** [1] - 3:17
**77084** [1] - 3:14
**78** [8] - 29:16, 29:20, 29:21, 30:4, 30:8, 30:15, 30:24

## 8

**8(B** [1] - 11:14
**820** [1] - 1:14
**8441** [1] - 3:22

## 9

**90** [1] - 15:23
**94111** [1] - 3:5
**9:32** [1] - 1:6
**9th** [1] - 24:6

## A

**a.m** [1] - 36:24
**A.M** [1] - 1:6
**ability** [1] - 37:10
**able** [2] - 6:23, 13:4
**above-entitled** [1] - 37:11
**absolutely** [2] - 8:24, 32:19
**abusive** [1] - 32:22
**acceptable** [1] - 34:20
**according** [1] - 11:7
**accordingly** [1] - 11:12

**accountants** [1] - 29:19
**accounting** [2] - 27:25, 32:22
**accuracy** [1] - 7:9
**acknowledges** [1] - 31:7
**acted** [1] - 11:11
**activity** [1] - 6:22
**actual** [2] - 18:8, 18:15
**additional** [1] - 19:22
**address** [14] - 6:23, 11:15, 12:11, 12:23, 13:10, 19:2, 24:2, 26:16, 26:18, 27:3, 27:4, 33:21, 33:24, 33:25
**addressed** [1] - 28:24
**addresses** [2] - 10:9, 11:19
**administrative** [1] - 13:2
**admissible** [1] - 22:14
**admitted** [1] - 7:3
**advise** [1] - 6:17
**advocating** [1] - 30:2
**aegis** [1] - 31:14
**aggregate** [1] - 18:11
**ago** [2] - 28:19, 29:3
**agree** [2] - 32:5, 32:8
**agreeable** [1] - 32:16
**agreed** [3] - 19:17, 20:7, 31:23
**agreement** [12] - 24:23, 27:7, 27:8, 27:15, 27:18, 27:22, 28:10, 28:14, 28:21, 34:19, 35:24, 35:25
**ahead** [1] - 33:7
**aimed** [1] - 13:5
**AL** [1] - 1:19
**alleged** [1] - 14:21
**ALLEN** [1] - 1:16
**allow** [1] - 31:13
**alluded** [1] - 24:24
**almost** [2] - 20:7, 27:20
**amount** [10] - 18:2, 18:9, 18:11, 25:4, 26:22, 27:11, 28:16, 30:25, 33:15, 34:9
**AND** [2] - 2:3
**ANDY** [1] - 1:17
**ANN** [1] - 2:21
**Ann** [6] - 9:13, 17:8, 27:23, 34:4, 34:17, 34:22
**Answers** [1] - 7:5
**apologize** [3] - 11:18, 12:6, 29:10

**appear** [1] - 32:19
**APPEARANCES** [5] - 1:11, 2:1, 3:1, 4:1, 5:1
**applies** [1] - 8:4
**apprised** [2] - 28:5, 28:13
**appropriate** [5] - 10:22, 17:16, 24:25, 35:6, 36:2
**approval** [6] - 23:25, 24:15, 24:16, 26:5, 30:9
**approved** [4] - 24:18, 30:8, 34:21, 36:13
**approving** [1] - 34:15
**Arceneaux** [1] - 26:4
**Arceneaux's** [2] - 24:14, 25:7
**argue** [2] - 17:13, 36:15
**ARPS** [2] - 4:13, 4:16
**arrangements** [1] - 26:6
**assessment** [1] - 34:20
**assigned** [1] - 29:16
**Associated** [2] - 21:5, 21:7
**assume** [1] - 22:19
**assuming** [1] - 6:17
**AT** [1] - 3:19
**attached** [3] - 16:4, 34:14, 36:3
**attaching** [1] - 13:15
**attempt** [2] - 8:11, 9:8
**attention** [2] - 23:23, 29:3
**attorney** [2] - 9:2, 10:20
**ATTORNEY** [1] - 3:19
**attorneys** [1] - 14:7
**August** [6] - 8:21, 9:20, 17:9, 19:12, 36:4, 36:11
**authority** [3] - 27:23, 27:24, 28:14
**authorization** [6] - 8:11, 20:14, 21:17, 21:21, 21:23, 23:18
**authorizations** [5] - 7:7, 19:23, 22:5, 23:1, 23:2
**available** [1] - 28:11
**AVENUE** [4] - 1:14, 4:14, 4:24, 4:25
**award** [1] - 18:9
**aware** [2] - 9:15, 27:6

## B

**B406** [1] - 5:12
**backed** [1] - 20:17
**backwards** [2] - 26:3, 35:20
**bank** [1] - 17:21
**barn** [1] - 30:23
**BARRIOS** [2] - 2:7, 2:7
**BATTERY** [2] - 3:4, 4:20
**BAYLEN** [1] - 2:11
**BEASLEY** [1] - 1:16
**Becnel** [11] - 25:8, 27:21, 28:1, 31:20, 31:21, 31:24, 32:4, 32:17, 32:18, 32:23
**BECNEL** [2] - 3:9, 3:10
**Becnel's** [2] - 29:23, 33:1
**BEFORE** [1] - 1:9
**began** [1] - 19:17
**behalf** [5] - 7:2, 14:17, 29:5, 30:3, 33:8
**BEIRNE** [1] - 3:15
**BEISNER** [1] - 4:14
**benefit** [7] - 17:11, 24:8, 29:17, 30:1, 30:3, 30:6, 34:18
**BENJAMIN** [1] - 2:3
**bent** [2] - 26:3, 35:20
**BERMAN** [1] - 1:20
**Bernstein** [3] - 8:22, 11:8, 11:11
**BERNSTEIN** [1] - 3:3
**best** [3] - 10:5, 26:1, 37:9
**better** [1] - 30:11
**between** [1] - 28:17
**beyond** [1] - 26:22
**big** [1] - 19:18
**bill** [1] - 32:23
**BIRCHFIELD** [3] - 1:17, 26:17, 27:2
**BLIZZARD** [2] - 2:13, 2:14
**blocks** [1] - 19:17
**booked** [3] - 19:19, 22:3
**bottom** [1] - 33:2
**BOULEVARD** [1] - 3:16
**box** [1] - 32:3
**BOX** [2] - 1:18, 2:18
**break** [3] - 34:1, 36:21
**briefly** [2] - 24:3, 27:3
**bring** [1] - 19:7

**bringing** [1] - 23:23
**broad** [1] - 22:14
**brought** [2] - 29:3, 33:18
**Brown** [3] - 8:4, 12:10, 18:18
**Brown's** [1] - 17:20, 17:24
**BrownGreer** [3] - 13:3, 13:22, 24:6
**Buballo** [3] - 31:7, 31:11, 34:16
**Bubalo** [2] - 35:1, 36:1
**BUILDING** [1] - 2:14
**burdensome** [7] - 22:16, 22:18, 22:22, 22:23, 23:5, 23:6
**burdensomeness** [1] - 23:11
**bus** [1] - 6:23
**BY** [27] - 1:13, 1:17, 1:21, 1:24, 2:4, 2:7, 2:11, 2:14, 2:17, 2:21, 3:3, 3:6, 3:10, 3:13, 3:16, 3:22, 4:3, 4:7, 4:11, 4:14, 4:17, 4:20, 4:23, 5:3, 5:7, 5:14, 5:15

## C

**CA** [1] - 3:5
**CABRASER** [2] - 3:3, 3:3
**CALLED** [1] - 6:4
**Campbell** [7] - 8:4, 8:17, 10:16, 10:18, 11:3, 11:6, 11:15
**Campbell's** [3] - 8:22, 11:7, 11:13
**CANAL** [3] - 3:7, 3:7, 3:19
**cancel** [1] - 22:3
**canceled** [1] - 22:4
**Cardiology** [2] - 21:5, 21:7
**CARONDELET** [1] - 4:11
**CARTER** [3] - 33:8, 33:20, 34:3
**Carter** [1] - 33:8
**case** [13] - 6:24, 7:18, 11:1, 12:4, 13:25, 14:4, 15:8, 15:24, 16:6, 16:8, 17:1, 17:23
**cases** [19] - 7:24, 8:12, 8:13, 8:14, 8:15, 9:8, 9:14, 9:16, 11:25,

12:1, 12:2, 17:18, 18:2, 18:18, 18:20, 18:21, 21:3, 25:13
**CASTEIX** [1] - 2:7
**category** [1] - 10:19
**Cathy** [2] - 37:5, 37:15
**CATHY** [1] - 5:12
**Cathy_Pepper@laed .uscourts.gov** [1] - 37:17
**causation** [2] - 14:19, 14:20
**caused** [1] - 20:10
**CCR** [2] - 5:12, 37:15
**CENTER** [2] - 3:4, 5:8
**CENTRE** [2] - 2:4, 2:14
**certain** [1] - 33:9
**certainly** [4] - 6:10, 18:12, 28:11, 29:2
**certificate** [2] - 10:8, 12:15
**CERTIFICATE** [1] - 37:3
**Certified** [3] - 37:5, 37:6, 37:15
**certify** [1] - 37:8
**chambers** [1] - 9:20
**charged** [1] - 25:13
**CHARLES** [3] - 2:19, 4:24, 4:24
**check** [4] - 27:19, 31:19, 34:6, 36:5
**Cheryl** [3] - 8:4, 8:17, 9:1
**Christina** [6] - 31:22, 31:24, 32:1, 32:11, 32:12
**CHRISTOPHER** [1] - 1:24
**claim** [2] - 14:8, 20:13
**claimant** [1] - 18:8
**claims** [2] - 13:1, 13:24
**clarification** [1] - 33:20
**clarify** [1] - 11:2
**cleaning** [1] - 13:5
**clearly** [1] - 9:8
**CLERK** [2] - 27:1, 36:23
**clients** [2] - 29:20, 29:21
**close** [1] - 14:4
**collecting** [1] - 25:3
**coming** [2] - 13:15, 34:15
**coming-up** [1] - 34:15
**comments** [2] - 26:13, 33:10

**COMMERCE** [1] - 1:18
**commission** [1] - 33:1
**common** [8] - 17:11, 24:8, 24:22, 29:17, 30:1, 30:2, 30:6, 34:18
**companies** [1] - 20:12
**company** [4] - 17:20, 20:13, 20:14, 21:21
**complained** [1] - 15:6
**complains** [1] - 31:16
**complete** [1] - 6:18
**complies** [1] - 14:23
**comply** [2] - 6:12, 14:17
**COMPUTER** [1] - 5:15
**concept** [2] - 32:19, 32:20
**concern** [1] - 18:13
**concerning** [1] - 31:12
**concerns** [1] - 19:1
**concluded** [2] - 36:9, 36:25
**concludes** [1] - 17:5
**conducts** [1] - 28:22
**conference** [7] - 6:14, 17:10, 24:17, 25:5, 28:23, 31:10, 34:24
**conferences** [1] - 28:22
**confidential** [1] - 24:15
**confidentially** [1] - 30:12
**confirm** [1] - 15:4
**confused** [2] - 28:6, 28:9
**connection** [1] - 19:14
**Connelly** [1] - 12:22
**CONNOLLY** [1] - 4:7
**consent** [4] - 30:9, 30:16, 32:1, 32:6
**consequently** [1] - 10:12
**contact** [1] - 29:20
**contacted** [2] - 16:7, 30:8
**contain** [1] - 33:22
**contested** [2] - 29:15
**continue** [2] - 17:2, 19:9
**CONTINUED** [4] - 2:1, 3:1, 4:1, 5:1
**contract** [2] - 25:15, 29:14
**contractor** [1] - 31:25
**contracts** [1] - 29:16
**contribute** [2] - 32:9, 32:10
**contributed** [2] -

27:11, 31:16
**contributions** [1] - 31:4
**conversation** [1] - 24:21
**conversations** [1] - 31:5
**convoluted** [1] - 35:11
**copies** [3] - 22:20, 22:21, 30:21
**copy** [1] - 28:9
**correct** [3] - 16:18, 27:9, 37:9
**correcting** [1] - 13:5
**cost** [1] - 17:11
**costing** [1] - 26:2
**costs** [2] - 31:17, 32:9
**COTLAR** [1] - 1:12
**counsel** [24] - 8:16, 8:17, 8:18, 8:22, 8:23, 9:11, 9:12, 10:17, 11:7, 11:8, 11:12, 11:13, 11:22, 14:15, 14:16, 15:10, 16:3, 16:6, 16:23, 24:20, 25:25, 26:5, 29:14, 30:14
**counsel's** [3] - 11:15, 33:25, 35:23
**counsels'** [1] - 11:20
**course** [1] - 17:20
**COURT** [39] - 1:1, 5:12, 6:4, 6:7, 6:20, 7:14, 7:22, 9:12, 10:23, 11:22, 12:12, 12:18, 13:24, 14:11, 15:2, 15:10, 16:16, 16:19, 16:22, 16:25, 17:4, 17:7, 17:15, 18:6, 18:16, 19:3, 22:8, 22:13, 23:20, 23:23, 24:4, 26:10, 29:8, 29:10, 30:20, 33:6, 33:13, 33:25, 36:17
**Court** [43] - 6:24, 7:8, 7:12, 8:6, 8:9, 8:15, 8:20, 9:9, 9:15, 9:17, 9:25, 10:4, 13:21, 14:22, 17:13, 17:17, 19:6, 19:15, 23:16, 24:18, 24:19, 25:1, 25:13, 25:14, 25:21, 26:16, 26:24, 27:6, 28:5, 28:22, 28:23, 28:25, 30:1, 30:8, 33:18, 34:22, 36:13, 37:6, 37:7, 37:8, 37:16, 37:16
**court** [7] - 11:20,

13:15, 14:3, 14:5, 16:2, 30:18, 31:10
**court's** [1] - 24:3
**Court's** [5] - 11:7, 11:10, 14:17, 23:21, 33:21
**courtroom** [5] - 24:11, 25:20, 26:20, 29:11, 35:15
**CROW** [1] - 1:16
**CRR** [2] - 5:12, 37:15
**CT** [1] - 4:4
**CURATOR** [1] - 5:3
**cured** [1] - 13:13
**cut** [2] - 30:1, 30:2

# D

**Dan** [3] - 32:12, 32:17
**DANIEL** [2] - 3:9, 3:10
**Darlene** [1] - 14:13
**data** [1] - 9:23
**date** [1] - 28:2
**DAVID** [2] - 2:3, 5:7
**David** [1] - 33:9
**DAVIS** [1] - 1:13
**DAWN** [1] - 2:7
**days** [7] - 6:17, 6:19, 10:24, 15:23, 24:16, 28:2, 31:3
**DC** [2] - 4:9, 4:15
**deal** [20] - 17:23, 24:12, 24:13, 24:15, 24:19, 25:15, 25:16, 27:4, 29:25, 30:4, 30:5, 30:6, 30:17, 30:24, 31:12, 31:23, 32:6, 33:12, 34:15
**dealing** [3] - 22:14, 33:13, 33:23
**dealt** [4] - 6:25, 8:1, 14:24, 31:21
**Dear** [1] - 32:12
**death** [2] - 15:20, 15:24
**decide** [1] - 35:23
**decided** [3] - 19:23, 25:18, 30:11
**deducted** [1] - 17:19
**DEFENDANT** [1] - 4:7
**defer** [1] - 6:13
**deferment** [1] - 13:11
**deferred** [2] - 13:7, 13:9
**denied** [1] - 17:1
**Dennis** [1] - 6:12
**deny** [3] - 16:20, 16:21, 23:24
**department** [1] - 20:24

**deposited** [1] - 17:21
**deposition** [3] - 19:13, 19:15, 21:24
**depositions** [5] - 19:11, 19:24, 22:3, 22:4, 29:19
**DEPUTY** [2] - 27:1, 36:23
**deserves** [1] - 36:15
**detail** [1] - 27:13
**detailed** [1] - 13:14
**determined** [1] - 14:22
**developments** [1] - 15:15
**Diane** [2] - 8:4, 12:10
**different** [2] - 29:20, 29:21
**difficulty** [1] - 13:16
**diligently** [1] - 6:21
**direct** [1] - 11:4
**directed** [1] - 12:24
**dirty** [1] - 25:22
**disclose** [1] - 18:8
**disclosed** [1] - 18:15
**disclosing** [1] - 29:18
**disclosures** [1] - 17:11
**discovery** [3] - 22:13, 22:14, 22:15
**discuss** [1] - 34:22
**discussed** [2] - 34:17, 34:18
**dismiss** [5] - 9:9, 11:1, 11:25, 12:2, 14:4
**Dismiss** [7] - 6:11, 7:11, 10:2, 15:13, 15:22, 16:21, 17:1
**dismissal** [1] - 13:24
**dismissals** [1] - 9:18
**dismissed** [5] - 7:18, 7:24, 12:4, 15:25, 16:6
**dispute** [2] - 29:14, 34:18
**distribution** [1] - 14:1
**DISTRICT** [3] - 1:1, 1:1, 1:9
**District** [3] - 37:7, 37:8, 37:16
**docket** [2] - 7:17, 11:11
**DOCKET** [1] - 1:5
**doctor** [7] - 7:6, 20:11, 20:22, 20:23, 21:2, 21:4, 21:19
**doctor's** [1] - 20:22
**doctors** [3] - 20:12, 22:25, 23:12
**document** [2] - 15:19, 19:8

**Document** [8] - 6:13, 7:19, 7:25, 12:23, 14:14, 15:14, 19:5, 33:22
**documentation** [1] - 16:4
**documents** [3] - 14:6, 15:4, 16:2
**Donald** [1] - 9:2
**done** [14] - 8:14, 10:3, 10:20, 11:23, 18:9, 18:10, 19:17, 19:21, 21:10, 22:6, 26:9, 27:12, 30:12, 35:11
**Doppler** [2] - 20:23, 21:20
**Dorothy** [5] - 6:9, 7:2, 10:14, 12:12, 12:18
**DOROTHY** [1] - 4:11
**Doug** [2] - 18:6, 22:12
**DOUGLAS** [1] - 4:7
**down** [7] - 6:23, 8:2, 20:7, 20:16, 20:18, 25:9, 25:11
**Dr** [1] - 21:7
**draw** [1] - 21:17
**DRAWER** [1] - 5:9
**DREW** [1] - 2:13
**dropped** [1] - 20:6
**Drucilla** [1] - 13:13
**DUGAN** [2] - 3:6, 3:6

# E

**e-mail** [9] - 12:6, 12:11, 22:2, 24:17, 31:7, 31:12, 34:14, 34:25, 35:8
**e-mails** [1] - 31:21
**easier** [1] - 26:8
**Eastern** [1] - 37:8
**EASTERN** [1] - 1:1
**easy** [3] - 6:10, 20:19, 23:9
**ECF** [1] - 11:10
**ECHSNER** [1] - 2:10
**EDDIE** [1] - 3:22
**EDWARD** [1] - 2:14
**effect** [2] - 14:10, 16:4
**efficient** [1] - 19:16
**effort** [4] - 15:21, 31:1, 32:11, 32:13
**efforts** [2] - 9:15, 29:19
**eight** [6] - 13:17, 13:19, 13:21, 25:2, 30:5, 34:19
**either** [2] - 17:12, 18:4
**ELAINE** [1] - 4:8

**Elaine** [1] - 12:21
**ELDON** [1] - 1:9
**ELIZABETH** [1] - 3:3
**ELM** [1] - 4:4
**EMBARCADERO** [1] - 3:4
**end** [2] - 26:2, 28:23
**ended** [1] - 30:3
**ENERGY** [1] - 2:4
**enrolled** [2] - 12:25, 17:13
**enter** [2] - 10:5, 30:17
**entered** [5] - 8:6, 12:25, 13:20, 16:2
**entitled** [1] - 37:11
**Escobedo** [1] - 33:9
**escrow** [1] - 17:10
**ESQUIRE** [29] - 1:13, 1:13, 1:17, 1:17, 1:21, 1:24, 2:4, 2:7, 2:11, 2:14, 2:17, 2:21, 2:21, 3:3, 3:6, 3:10, 3:13, 3:16, 3:22, 4:3, 4:7, 4:8, 4:11, 4:14, 4:17, 4:20, 4:23, 5:3, 5:7
**essentially** [1] - 8:14
**established** [1] - 11:14
**estate** [1] - 16:24
**event** [1] - 33:16
**evidence** [1] - 14:20
**exactly** [1] - 27:10
**example** [1] - 32:22
**except** [1] - 23:17
**exchange** [1] - 34:25
**excusable** [1] - 16:13
**Exhibit** [1] - 36:4
**exhibit** [1] - 13:12
**exist** [1] - 24:24
**expenses** [1] - 27:25
**expert** [5] - 14:16, 14:18, 14:23, 15:2
**experts** [2] - 29:18, 31:1
**explained** [1] - 28:8
**explaining** [2] - 13:14, 13:16
**explanation** [2] - 20:6, 35:11
**express** [1] - 26:25
**eye** [1] - 23:24

# F

**fact** [4] - 27:17, 31:6, 32:5, 32:20
**factual** [1] - 15:15
**failed** [2] - 8:10, 12:7

**failure** [4] - 6:11, 7:24, 10:2, 10:7
**fair** [3] - 22:11, 35:21
**Fallon** [2] - 31:14, 36:12
**FALLON** [1] - 1:9
**far** [2] - 13:18, 23:16
**fashion** [1] - 29:7
**favorable** [1] - 29:25
**FAXON** [1] - 4:3
**February** [1] - 28:20
**fee** [25] - 17:11, 24:1, 24:19, 24:25, 25:12, 25:14, 27:7, 27:10, 27:15, 28:13, 28:18, 29:1, 30:1, 30:3, 32:14, 33:3, 33:4, 33:19, 34:5, 34:18, 34:21, 35:23, 36:2, 36:7, 36:13
**fees** [10] - 18:18, 27:25, 28:15, 28:16, 28:17, 31:17, 32:9, 32:11, 32:13
**felt** [4] - 19:7, 25:19, 25:22
**few** [2] - 6:19, 20:18
**figured** [1] - 23:15
**file** [8] - 11:9, 14:6, 14:7, 21:12, 30:21, 35:1, 35:18, 36:18
**filed** [28] - 8:1, 8:18, 8:19, 8:20, 8:21, 8:24, 10:2, 10:7, 11:10, 13:12, 13:14, 15:16, 15:19, 16:1, 16:17, 17:6, 19:4, 21:8, 22:1, 24:6, 24:8, 24:14, 24:18, 26:4, 30:4, 33:21, 35:2
**files** [1] - 9:22
**filing** [4] - 7:10, 10:8, 16:20, 34:14
**finally** [5] - 23:11, 25:24, 29:24, 32:5, 36:14
**firm** [4] - 29:23, 32:2
**FIRM** [4] - 2:17, 2:20, 3:6, 3:12
**firms** [5] - 27:10, 29:21, 30:15, 30:18, 30:24
**first** [11] - 6:9, 6:11, 10:4, 10:9, 10:14, 11:4, 13:20, 15:16, 17:16, 17:22, 21:10
**FISHBEIN** [1] - 1:20
**five** [6] - 8:3, 9:4, 28:2, 31:23, 34:1, 36:21

**five-minute** [2] - 34:1, 36:21
**fixed** [1] - 13:9
**FL** [1] - 2:12
**FLOM** [2] - 4:13, 4:16
**folks** [9] - 10:9, 25:10, 29:17, 30:6, 30:9, 30:10, 30:16, 31:2, 32:8
**follow** [1] - 12:8
**followed** [1] - 15:22
**footnote** [2] - 12:7, 12:8
**FOR** [2] - 1:12, 4:7
**foregoing** [1] - 37:9
**forensic** [2] - 29:18, 32:21
**forward** [3] - 8:12, 31:16, 32:18
**four** [10] - 8:2, 10:9, 24:18, 25:3, 25:12, 28:21, 30:4, 31:13, 34:20, 35:9
**FOUR** [1] - 4:17
**FOX** [1] - 4:17
**FRANCISCO** [1] - 3:5
**FRED** [1] - 1:21
**FREEWAY** [1] - 3:22
**Friday** [1] - 34:19
**fund** [3] - 18:5, 24:8, 27:4
**funds** [7] - 13:25, 14:1, 14:6, 14:7, 17:17, 17:19, 17:20

## G

**GAINSBURGH** [1] - 2:3
**Gaylyn** [1] - 26:21
**GERALD** [1] - 2:4
**gist** [1] - 15:16
**given** [3] - 7:3, 7:5, 25:10
**grace** [1] - 26:23
**grandstand** [1] - 34:6
**grant** [1] - 15:8
**granted** [1] - 15:1
**Greg** [5] - 34:16, 35:1, 35:6, 35:8, 36:1
**Gross** [3] - 8:5, 8:17, 9:1
**group** [9] - 13:6, 13:20, 17:24, 21:5, 24:16, 24:18, 25:13, 34:10, 34:16
**Group** [1] - 13:7
**grown** [1] - 24:10
**GULF** [1] - 3:22

## H

**half** [6] - 25:14, 26:21, 26:24, 27:17, 27:18, 35:5
**handle** [3] - 12:19, 18:21, 24:7
**happy** [2] - 18:10, 33:3
**HARDING** [2] - 5:8, 5:8
**Harris** [2] - 14:13, 14:14
**Harrisburg** [1] - 19:13
**Harrison** [5] - 6:13, 6:14, 6:17, 6:20, 7:5
**Harrison's** [2] - 6:24, 7:2
**Harvard** [1] - 31:2
**HASTINGS** [1] - 2:21
**Hastings'** [1] - 19:19
**HAVEN** [1] - 4:4
**health** [5] - 6:21, 20:12, 20:13, 20:14, 21:18
**hear** [4] - 9:12, 10:1, 18:6, 29:8
**heard** [6] - 9:24, 10:1, 10:14, 13:17, 25:8, 33:23
**HEARD** [1] - 1:9
**hearing** [9] - 13:15, 26:12, 27:4, 31:3, 31:11, 33:17, 34:2, 36:22
**HEATHER** [1] - 5:3
**HEIMANN** [1] - 3:3
**help** [2] - 15:7, 31:2
**helpful** [1] - 18:25
**hench** [1] - 19:25
**Hench** [3] - 20:3, 21:22, 22:6
**Henches** [2] - 19:11, 19:17
**Henches'** [1] - 22:3
**HENRY** [1] - 4:23
**hereby** [1] - 37:8
**Herman** [1] - 25:6
**HERMAN** [3] - 1:12, 1:13
**Hi** [1] - 34:15
**hiring** [1] - 31:1
**Hockema** [1] - 33:9
**hold** [2] - 14:2, 17:20
**holdback** [1] - 25:3
**honestly** [2] - 23:15, 35:17
**Honor** [41] - 6:10, 7:3, 7:16, 7:17, 9:13, 10:21, 11:2, 12:5,

12:14, 12:17, 12:21, 17:3, 17:8, 17:9, 18:1, 18:7, 18:25, 19:4, 21:16, 22:1, 22:12, 23:15, 24:2, 24:5, 25:24, 26:2, 26:17, 27:3, 29:9, 29:13, 29:15, 33:5, 33:10, 33:20, 34:4, 34:5, 35:2, 35:20, 35:22, 36:9
**HONORABLE** [1] - 1:9
**hoping** [1] - 35:17
**Horn** [2] - 12:19, 12:21
**HORN** [10] - 4:8, 12:21, 14:10, 14:12, 15:9, 15:12, 16:18, 16:23, 17:3, 17:5
**horse** [1] - 30:23
**hospital** [3] - 20:23, 20:24, 20:25
**hospital-provided** [1] - 20:24
**hospitals** [1] - 7:6
**hotly** [1] - 29:15
**hour** [1] - 32:16
**hours** [3] - 32:22, 32:24, 33:1
**HOUSTON** [4] - 2:15, 3:14, 3:17, 3:23
**HUBBARD** [1] - 4:19
**HUGHES** [1] - 4:19

## I

**idea** [4] - 25:1, 25:3, 25:4, 34:12
**identified** [1] - 18:4
**identifies** [1] - 11:5
**image** [1] - 20:10
**immediately** [2] - 27:20
**imminently** [1] - 13:9
**important** [1] - 19:7
**impression** [1] - 33:11
**IN** [1] - 1:4
**incident** [1] - 15:6
**included** [2] - 27:19, 28:15
**including** [1] - 29:22, 31:2
**increasingly** [1] - 24:10
**incredible** [1] - 26:22
**independent** [1] - 31:25
**indicate** [1] - 31:8
**indicating** [1] - 8:23
**individual** [2] - 18:15,

18:16
**individually** [1] - 18:13
**individuals** [2] - 14:3, 14:5
**ineligible** [1] - 17:12
**information** [12] - 9:22, 10:6, 10:15, 10:24, 11:1, 12:13, 15:17, 17:25, 22:18, 22:19, 22:24, 23:4
**informed** [1] - 11:3
**informing** [1] - 9:17
**initial** [1] - 32:8
**injury** [1] - 14:21
**insist** [1] - 7:11
**instant** [1] - 11:12
**insurance** [5] - 20:12, 20:13, 20:14, 21:18, 21:21
**intend** [1] - 6:16
**intent** [1] - 30:7
**interest** [2] - 9:14, 26:1
**interested** [2] - 6:24, 12:1
**Interrogatories** [1] - 7:5
**invited** [1] - 24:6
**involved** [1] - 31:24
**issue** [12] - 7:10, 7:14, 10:4, 10:10, 13:2, 17:24, 25:15, 28:20, 29:16, 31:3
**issues** [7] - 7:13, 13:2, 14:24, 17:24, 22:14, 28:24, 28:25
**items** [1] - 6:15
**itself** [1] - 33:16

## J

**JACK** [1] - 3:16
**Jack** [1] - 33:8
**JAMES** [1] - 3:6
**January** [3] - 11:9, 15:20, 16:13
**job** [1] - 11:23
**Joe** [1] - 33:9
**JOHN** [3] - 3:22, 4:14
**JOHNSTON** [1] - 5:3
**joint** [2] - 24:23, 32:8
**JR** [3] - 1:17, 3:9, 3:22
**Judge** [3] - 10:21, 31:14, 36:12
**JUDGE** [1] - 1:9
**judge** [4] - 9:14, 23:8, 31:11, 35:13
**judgment** [1] - 14:25

**Judgment** [2] - 14:13, 15:8
**July** [5] - 24:17, 27:9, 31:15, 34:15, 35:4
**June** [1] - 36:10
**JUNEAU** [2] - 5:7, 5:7
**JURGENS** [1] - 4:23
**justify** [1] - 16:20

## K

**Kathryn** [1] - 33:8
**KATZ** [1] - 1:12
**keep** [4] - 23:24, 25:19, 29:19, 35:21
**Kelly** [1] - 8:5
**Kentucky** [1] - 34:16
**kept** [6] - 6:22, 34:9, 34:13, 35:16, 35:17, 36:13
**KHERKHER** [1] - 3:21
**kind** [6] - 6:22, 24:22, 25:22
**KING** [2] - 4:23, 4:23
**KINGSDORF** [1] - 2:7
**knowable** [2] - 28:19, 29:1
**known** [1] - 29:1
**knows** [1] - 24:5
**KREBS** [1] - 4:23
**KY** [1] - 2:22

## L

**L.L.C** [1] - 11:8
**L.L.P** [1] - 2:7
**LA** [11] - 1:14, 2:5, 2:8, 2:19, 3:8, 3:11, 3:20, 4:12, 4:25, 5:4, 5:9
**LAFAYETTE** [1] - 5:9
**LAKE** [1] - 2:19
**Lambert** [1] - 26:21
**last** [4] - 6:14, 23:25, 24:11, 34:19
**late** [6] - 6:14, 16:17, 16:20
**law** [1] - 29:21
**LAW** [7] - 2:17, 2:20, 3:6, 3:9, 3:12, 3:19, 5:3
**Law** [1] - 9:2
**lawyer** [2] - 21:10, 30:14
**lawyers** [3] - 18:14, 23:14, 29:6
**lead** [1] - 23:4
**learned** [1] - 24:11
**least** [5] - 9:18, 10:9,

14:4, 25:25, 26:9
**leave** [3] - 7:12, 18:22, 25:6
**left** [1] - 30:23
**legal** [1] - 15:24
**LEIGH** [1] - 1:17
**LEONARD** [1] - 1:13
**less** [1] - 29:2
**letter** [9] - 26:11, 27:21, 28:1, 28:2, 28:4, 28:5, 35:4, 35:10, 36:3
**letterhead** [2] - 31:23, 32:5
**letters** [2] - 24:21, 27:14
**letting** [1] - 36:12
**LEVIN** [2] - 1:20, 2:10
**LexisNexis** [3] - 8:20, 11:9, 16:3
**LIABILITY** [1] - 1:4
**liaison** [7] - 23:25, 24:20, 25:25, 26:5, 29:14, 30:13, 35:23
**LIEFF** [1] - 3:3
**limbo** [1] - 13:19
**line** [3] - 16:24, 21:18, 33:2
**link** [1] - 14:20
**list** [6] - 9:25, 10:13, 18:1, 19:22, 20:1, 27:9
**listed** [3] - 12:14, 31:22, 32:4
**listened** [2] - 25:20
**lists** [3] - 7:6
**LITIGATION** [1] - 1:4
**litigation** [2] - 27:8, 36:9
**LMI** [2] - 19:25, 20:10
**locate** [1] - 11:23
**logistics** [1] - 18:23
**Lone** [1] - 7:7
**LONGER** [1] - 1:21
**look** [10] - 6:16, 6:19, 7:15, 22:15, 23:3, 25:24, 26:12, 30:25, 31:1, 36:17
**looked** [2] - 6:25, 25:12
**Lorraine** [6] - 8:4, 8:17, 8:22, 10:16, 10:18, 11:5
**lost** [1] - 22:6
**LOUISIANA** [4] - 1:1, 1:5, 2:15, 5:13
**Louisiana** [2] - 37:7, 37:8
**LOUISVILLE** [1] - 2:22
**LYRIC** [1] - 2:14

**M**

**mail** [9] - 12:6, 12:11, 22:2, 24:17, 31:7, 31:12, 34:14, 34:25, 35:8
**mails** [1] - 31:21
**maker** [1] - 35:18
**manner** [1] - 30:11
**March** [1] - 32:18
**MARGARET** [1] - 3:18
**mark** [1] - 36:20
**MARVIN** [2] - 4:7, 18:7
**Maryanoff** [3] - 8:22, 11:8, 11:12
**MASTER** [1] - 5:7
**material** [2] - 7:15, 16:16
**matter** [8] - 19:6, 22:17, 24:1, 26:12, 27:5, 28:17, 32:13, 37:11
**mattered** [2] - 21:15, 36:8
**MAYER** [1] - 4:20
**MAYNARD** [1] - 3:15
**MCCARTHY** [1] - 2:13
**McClure** [1] - 13:13
**MDL** [2] - 1:5, 26:20
**MEAGHER** [2] - 4:13, 4:16
**mean** [7] - 12:6, 30:2, 30:23, 31:6, 31:17, 35:18, 36:10
**means** [1] - 33:15
**MECHANICAL** [1] - 5:14
**medical** [1] - 19:25
**meet** [1] - 12:3
**meeting** [4] - 6:8, 10:25, 12:2
**MEGAN** [1] - 2:21
**Melancon** [1] - 9:3
**members** [1] - 34:16
**mentioned** [4] - 8:9, 14:1, 27:23, 34:8
**Merck** [27] - 7:3, 7:9, 7:12, 7:20, 8:5, 9:21, 9:24, 10:2, 10:5, 10:7, 11:22, 12:9, 12:20, 12:22, 13:4, 13:22, 14:3, 17:6, 19:10, 19:11, 19:16, 19:21, 20:5, 20:10, 21:8, 22:2, 23:12
**Merck's** [6] - 6:11, 7:17, 7:23, 11:12, 14:12, 15:12
**Merit** [1] - 37:6

**merits** [1] - 36:15
**METHVIN** [1] - 1:16
**MEUNIER** [2] - 2:3, 2:4
**MICHAEL** [1] - 4:3
**Michael** [4] - 15:13, 24:1, 29:13, 32:16
**might** [6] - 9:22, 9:24, 20:4, 20:11, 21:2, 26:2
**Mike** [4] - 34:15, 34:25, 35:8, 35:10
**MILES** [1] - 1:16
**million** [2] - 35:14, 36:7
**mine** [1] - 9:23
**minute** [2] - 34:1, 36:21
**MITCHELL** [1] - 2:10
**moment** [1] - 26:19
**money** [6] - 13:21, 14:2, 18:2, 25:21, 26:2, 31:18
**monies** [1] - 34:9
**MONTGOMERY** [1] - 1:19
**month** [1] - 27:9
**months** [5] - 9:7, 24:11, 25:9, 28:19, 28:21
**moot** [1] - 7:20
**morning** [2] - 12:21, 29:9
**most** [5] - 8:13, 10:11, 32:22, 32:25
**mother** [2] - 22:9, 22:11
**Motion** [19] - 6:11, 7:11, 7:17, 7:23, 8:18, 8:19, 10:2, 11:8, 11:16, 14:12, 15:8, 15:13, 15:22, 16:1, 16:21, 17:1, 21:8, 21:12, 22:1
**motion** [49] - 6:18, 7:12, 7:20, 7:23, 8:1, 8:4, 8:7, 8:18, 8:20, 8:21, 8:24, 10:7, 10:8, 11:4, 11:10, 11:11, 11:13, 12:7, 12:15, 12:18, 12:22, 12:23, 12:24, 13:5, 13:7, 14:8, 14:12, 15:12, 15:16, 15:19, 16:12, 16:15, 16:20, 17:9, 17:15, 19:4, 22:1, 22:7, 23:24, 24:8, 25:23, 33:11, 33:17, 33:22, 34:1, 35:18, 36:4, 36:17

**MOTIONS** [1] - 1:8
**Motions** [1] - 11:20
**motions** [7] - 6:7, 6:9, 12:20, 17:5, 17:7, 24:14, 25:8
**move** [1] - 8:12
**MR** [10] - 18:7, 26:16, 26:17, 27:2, 29:9, 29:12, 30:22, 33:8, 33:20, 34:3
**MS** [32] - 6:10, 7:2, 7:16, 7:23, 9:13, 11:2, 11:18, 11:19, 12:5, 12:14, 12:16, 12:19, 12:21, 14:10, 14:12, 15:9, 15:12, 16:18, 16:21, 16:23, 17:3, 17:5, 17:8, 18:1, 18:25, 19:4, 22:10, 23:8, 23:21, 24:2, 24:5, 34:4
**mundane** [1] - 19:6
**must** [1] - 29:5

**N**

**N.W** [1] - 4:8
**NABERS** [1] - 2:13
**name** [2] - 10:18, 18:8
**names** [1] - 20:1
**nature** [1] - 19:8
**necessary** [2] - 14:6, 23:3
**need** [6] - 6:18, 7:9, 18:24, 34:21, 34:22, 36:17
**needed** [1] - 35:23
**neglect** [1] - 16:13
**negotiate** [1] - 32:7
**negotiating** [1] - 30:3
**never** [15] - 8:19, 8:20, 9:24, 10:10, 10:17, 11:10, 11:11, 18:9, 21:3, 22:11, 24:14, 25:6, 25:14, 28:20, 36:13
**NEW** [16] - 1:5, 1:14, 1:25, 2:5, 2:8, 3:8, 3:20, 4:4, 4:12, 4:14, 4:18, 4:21, 4:25, 5:4, 5:13
**New** [1] - 34:23
**next** [12] - 6:14, 6:16, 7:16, 7:23, 10:1, 10:25, 12:3, 12:18, 12:22, 14:12, 15:12
**night** [1] - 6:14
**nine** [1] - 8:2
**NO** [1] - 1:5

**nobody** [3] - 25:23, 31:4, 36:13
**non** [1] - 17:13
**non-enrolled** [1] - 17:13
**noncompliance** [1] - 7:13
**none** [1] - 28:25
**normal** [1] - 29:21
**note** [2] - 11:17, 35:1
**nothing** [8] - 8:14, 24:9, 24:20, 24:21, 31:4, 32:24, 33:14, 35:25
**notice** [1] - 12:10
**noticing** [1] - 23:13
**notified** [2] - 8:22, 9:2
**notify** [1] - 12:2
**noting** [1] - 13:15
**November** [1] - 12:3
**Number** [6] - 6:12, 12:24, 14:14, 15:14
**number** [2] - 12:11, 32:24
**numbered** [1] - 37:11
**nuts** [1] - 35:6
**NW** [1] - 4:14
**NY** [2] - 1:25, 4:21

**O**

**O'DELL** [1] - 1:17
**O'KEEFE** [1] - 1:14
**OAK** [1] - 3:16
**object** [2] - 9:18, 9:19
**objection** [5] - 15:10, 32:21, 34:8, 35:2
**objections** [3] - 30:4, 35:5, 35:10
**objector** [1] - 27:10
**objectors** [12] - 24:23, 27:7, 27:15, 28:13, 28:18, 29:2, 29:14, 29:16, 30:5, 30:14, 31:9, 31:13
**objectors'** [1] - 31:13
**obviously** [2] - 10:21, 19:18
**occasion** [1] - 6:22
**October** [2] - 32:4, 32:12
**OF** [4] - 1:1, 1:8, 3:9, 5:3
**offer** [1] - 14:19
**offered** [1] - 16:10
**OFFICE** [3] - 1:18, 2:18, 3:9
**office** [4] - 16:7, 20:22, 21:20, 31:22

**OFFICES** [1] - 5:3
**Offices** [1] - 9:2
**Official** [2] - 37:7, 37:16
**OFFICIAL** [1] - 5:12
**officially** [1] - 10:17
**often** [1] - 26:8
**old** [1] - 8:13
**OLDFATHER** [18] - 2:20, 2:21, 7:2, 9:13, 11:18, 12:5, 12:16, 16:21, 17:8, 18:1, 18:25, 19:4, 22:10, 23:8, 23:21, 24:2, 24:5, 34:4
**Oldfather** [13] - 7:3, 9:6, 9:13, 11:3, 17:8, 27:23, 31:6, 31:11, 31:15, 33:18, 34:4, 34:17, 34:23
**Oldfather's** [5] - 8:10, 11:5, 16:7, 29:3, 29:23
**once** [2] - 10:5, 27:12
**one** [19] - 6:15, 6:22, 11:2, 12:16, 13:13, 18:20, 19:1, 19:6, 20:21, 23:25, 27:5, 30:24, 32:8, 32:16, 32:24, 32:25, 35:20, 36:20
**ONE** [3] - 1:24, 3:7, 4:20
**ones** [4] - 6:11, 9:10, 20:21, 23:12
**Oops** [1] - 21:22
**opinion** [1] - 14:20
**opportunity** [4] - 10:24, 22:6, 25:24, 35:22
**opposed** [1] - 30:5
**order** [10] - 7:21, 10:5, 13:12, 13:20, 14:10, 17:10, 17:24, 19:5, 24:9, 33:21
**ORDER** [1] - 6:4
**Order** [7] - 6:12, 11:14, 16:1, 16:2, 21:8, 21:13, 22:2
**ordered** [1] - 9:25
**orders** [3] - 8:6, 8:15, 13:15
**originally** [1] - 14:15
**ORLEANS** [10] - 1:5, 1:14, 2:5, 2:8, 3:8, 3:20, 4:12, 4:25, 5:4, 5:13
**Orleans** [1] - 34:23
**Orran** [2] - 17:20, 17:24, 18:18

**otherwise** [1] - 15:24
**ought** [1] - 17:22
**out-of-town** [1] - 19:13
**outlined** [3] - 27:15, 27:16
**outlines** [1] - 28:10
**outrage** [1] - 32:20
**outrageous** [3] - 31:20, 32:22, 32:23
**outside** [3] - 17:18, 31:10, 31:14
**outstanding** [2] - 6:15, 11:23
**overlooking** [2] - 12:6, 29:10
**overly** [1] - 23:6
**overnight** [1] - 32:15
**overrule** [1] - 7:12
**overwhelming** [1] - 19:8
**own** [2] - 21:13, 33:23

**P**

**P.O** [1] - 5:9
**page** [1] - 11:4
**pages** [2] - 19:24, 22:5
**paid** [5] - 13:1, 13:3, 20:13, 24:22, 25:25
**PAPANTONIO** [1] - 2:10
**paper** [1] - 18:4
**papers** [2] - 24:24, 25:7
**PARK** [2] - 3:13, 4:20
**PARSON** [1] - 3:15
**part** [2] - 26:9, 26:18
**participate** [1] - 25:5
**particular** [4] - 8:16, 14:7, 18:14, 22:17
**partners** [1] - 32:14
**party** [2] - 15:24, 22:16
**passed** [2] - 15:17, 17:9
**past** [2] - 18:7, 26:23
**Patricia** [1] - 8:5
**PATRICK** [1] - 5:7
**pay** [7] - 22:25, 32:7, 33:3, 33:4, 33:19, 34:5, 34:12
**payment** [1] - 27:12
**pays** [1] - 33:15
**PENNSYLVANIA** [1] - 1:22
**Pennsylvania** [1] - 19:14
**PENSACOLA** [1] -

2:12
**people** [18] - 9:16, 9:23, 9:25, 10:6, 10:10, 10:11, 11:23, 12:1, 12:24, 13:6, 13:11, 20:3, 23:10, 23:19, 24:7, 25:21, 26:6, 30:4
**PEPPER** [1] - 5:12
**Pepper** [3] - 37:5, 37:14, 37:15
**percent** [16] - 24:18, 25:2, 25:12, 25:14, 27:17, 27:18, 30:2, 30:4, 30:5, 31:14, 32:10, 32:15, 34:20, 35:5, 35:9
**percentage** [9] - 17:23, 19:1, 25:2, 27:7, 27:15, 27:16, 28:13, 28:18, 29:1
**permission** [1] - 24:3
**person** [4] - 13:13, 21:11, 22:17, 22:18
**personal** [2] - 9:14, 26:19
**personally** [2] - 11:15, 26:25
**pharmacies** [1] - 7:6
**PHILADELPHIA** [1] - 1:22
**phone** [5] - 12:11, 20:2, 28:3, 28:7, 28:12
**physician** [1] - 20:24
**pick** [1] - 22:10
**picked** [1] - 28:7
**piece** [2] - 9:22, 10:15
**PIGMAN** [1] - 4:10
**Pine** [1] - 7:7
**PLACE** [3] - 3:7, 3:13, 4:24
**place** [1] - 16:12
**plaintiff** [7] - 6:12, 7:19, 11:5, 14:13, 15:13, 21:12
**PLAINTIFFS** [1] - 1:12
**plaintiffs** [12] - 8:2, 8:3, 8:7, 8:10, 8:14, 9:4, 9:7, 9:10, 15:11, 18:14, 20:8
**plaintiffs'** [1] - 18:14
**PLAZA** [1] - 4:20
**pleadings** [2] - 16:14, 35:15
**plus** [1] - 9:7
**point** [4] - 19:7, 34:11, 34:12
**pointed** [1] - 35:19
**portion** [4] - 9:18,

14:7, 28:15, 33:19
**PORTIS** [1] - 1:16
**position** [1] - 25:9
**POST** [3] - 1:18, 2:18, 3:16
**potential** [1] - 34:17
**POYDRAS** [4] - 2:5, 2:8, 5:4, 5:12
**PPF** [5] - 6:15, 7:4, 7:9
**practice** [1] - 18:8
**prejudice** [4] - 7:18, 9:9, 9:10, 23:18
**Prejudice** [1] - 6:11
**prepare** [1] - 14:8
**preparing** [1] - 19:18
**present** [1] - 17:14
**Pretrial** [2] - 6:12, 11:14
**pretty** [1] - 25:9
**previously** [1] - 14:22
**primarily** [1] - 13:2
**primary** [1] - 6:15
**private** [5] - 25:5, 30:11, 30:14, 30:15, 30:24
**privately** [1] - 30:20
**privilege** [2] - 26:19, 26:23
**PRO** [1] - 5:3
**pro** [3] - 9:10, 11:6, 14:14
**problem** [3] - 11:24, 12:5, 25:16
**problems** [2] - 6:21, 13:8
**procedures** [1] - 11:14
**proceeding** [2] - 11:6, 33:10
**proceedings** [2] - 36:24, 37:10
**PROCEEDINGS** [3] - 1:8, 5:14, 6:1
**process** [2] - 20:5, 21:14, 26:3, 35:21
**PROCTOR** [1] - 2:10
**produced** [1] - 32:24
**PRODUCED** [1] - 5:15
**PRODUCTS** [1] - 1:4
**professionalism** [1] - 26:22
**program** [3] - 12:25, 17:19, 18:9
**proper** [2] - 16:10, 16:16
**properly** [1] - 16:3
**prosecute** [4] - 7:24, 9:8, 10:3, 10:7
**prosecution** [1] - 32:8
**protective** [1] - 19:5

**Protective** [3] - 21:8, 21:13, 22:2
**provide** [5] - 6:15, 9:21, 13:22, 17:25, 18:12
**provided** [5] - 7:5, 11:15, 14:18, 20:24, 21:6
**provider** [1] - 23:11
**providers** [1] - 19:22
**PSC** [1] - 30:13
**PTO** [6] - 7:4, 7:8, 14:17, 14:23, 17:17, 21:11
**publicly** [1] - 26:25
**purposes** [1] - 33:20
**pursuant** [2] - 11:13, 15:22
**pursue** [2] - 7:13, 9:16
**pursuing** [1] - 12:1
**put** [6] - 10:8, 10:18, 14:2, 25:21, 26:9, 30:17, 30:20, 36:19

**Q**

**questions** [8] - 27:21, 27:22, 27:24, 28:24, 29:6, 29:7, 29:22

**R**

**radiology** [1] - 20:24
**RAFFERTY** [1] - 2:11
**raise** [1] - 29:7
**raised** [2] - 28:20, 28:25
**RANIER** [2] - 2:17, 2:17
**rather** [2] - 14:1, 22:25
**ray** [1] - 21:2
**Raymond** [1] - 8:5
**RE** [1] - 1:4
**reach** [1] - 10:6
**reached** [9] - 9:23, 27:7, 27:8, 27:18, 28:14, 28:21, 29:24, 31:9, 31:12
**reactions** [1] - 32:25
**read** [7] - 12:8, 20:23, 20:24, 21:19, 22:21, 25:8
**reads** [2] - 21:2, 34:25
**ready** [1] - 21:3
**realized** [1] - 35:15
**really** [7] - 12:5, 18:17, 18:21, 22:14, 23:19, 32:2, 32:20

**Realtime** [2] - 37:5, 37:15
**reason** [1] - 9:19
**reasonable** [2] - 21:18, 23:17
**reasons** [3] - 16:10, 17:14, 20:17
**rebate** [1] - 32:13
**receipt** [1] - 7:3
**receive** [2] - 9:6, 29:6
**received** [10] - 8:24, 9:1, 9:5, 9:6, 13:18, 15:17, 26:10, 27:21, 28:4, 28:5
**recently** [1] - 26:11
**recognize** [1] - 20:1
**Record** [7] - 6:13, 7:19, 7:25, 12:23, 14:13, 15:14, 19:5
**record** [15] - 7:25, 8:23, 10:17, 11:12, 11:17, 15:20, 16:3, 16:9, 19:8, 23:16, 29:13, 30:18, 30:20, 31:10, 37:10
**RECORDED** [1] - 5:14
**records** [11] - 8:11, 11:7, 11:21, 19:24, 19:25, 20:11, 20:22, 21:1, 21:5, 21:7, 22:5
**reduce** [3] - 32:11, 32:13, 32:14
**reduced** [1] - 25:2
**reduction** [1] - 34:19
**REED** [1] - 4:19
**referring** [1] - 36:3
**reflect** [1] - 16:9
**refund** [4] - 27:19, 28:15, 31:14, 36:4
**refunded** [1] - 34:9
**regarding** [1] - 29:16
**Registered** [1] - 37:5
**registry** [4] - 13:22, 14:3, 17:17, 25:21
**reimbursement** [1] - 21:19
**reinstated** [1] - 16:11
**relate** [1] - 16:11
**related** [1] - 15:6
**relatively** [1] - 8:13
**release** [1] - 13:4
**releases** [4] - 13:4, 13:23, 14:2, 14:4
**relevant** [2] - 23:4
**remain** [2] - 9:15, 11:12
**remaining** [4] - 8:3, 8:7, 9:4, 12:19
**remember** [2] - 9:20,

21:22
**renewed** [1] - 15:12
**reply** [1] - 33:21
**report** [12] - 7:7, 11:5, 14:16, 14:18, 14:23, 15:2, 15:7, 20:25, 21:2, 24:6
**Reporter** [6] - 37:5, 37:6, 37:7, 37:15, 37:16
**REPORTER** [1] - 5:12
**reporter** [2] - 30:18, 31:10
**REPORTER'S** [1] - 37:3
**represent** [3] - 18:14, 18:19, 21:24
**representation** [1] - 24:23
**represented** [9] - 8:16, 9:10, 10:19, 11:3, 11:6, 14:15, 14:16, 25:10, 27:19
**representing** [1] - 30:15
**request** [3] - 8:10, 20:22, 22:19
**requesting** [1] - 22:18
**requests** [3] - 19:8, 19:9, 21:1
**required** [2] - 7:7, 21:12, 33:19
**requirement** [1] - 7:4
**requirements** [1] - 14:17
**requires** [1] - 21:11
**requiring** [1] - 17:10
**RESERVE** [1] - 3:11
**resolution** [2] - 12:25, 34:18
**resolved** [4] - 13:3, 13:25, 17:18, 28:3
**respect** [1] - 9:4
**respond** [2] - 8:10, 16:12
**responded** [4] - 8:15, 12:7, 16:14, 21:9
**response** [10] - 8:25, 9:2, 9:5, 9:6, 9:7, 13:14, 15:21, 16:5, 26:11, 27:14
**responsibility** [1] - 29:5
**result** [1] - 21:25
**retained** [1] - 18:18
**retrieval** [1] - 23:16
**return** [1] - 31:13
**review** [3] - 7:9, 8:11, 14:17
**REZNICK** [1] - 5:3

**rights** [2] - 29:25, 30:1
**rise** [1] - 36:23
**RMR** [1] - 37:15
**ROBERT** [1] - 5:3
**rolled** [1] - 23:10
**room** [1] - 26:15
**ROOM** [1] - 5:12
**RPR** [1] - 5:12
**rule** [1] - 15:22
**Rule** [3] - 7:17, 7:18, 15:13
**ruled** [1] - 25:14
**ruling** [1] - 16:14
**RUSS** [1] - 1:13
**RYAN** [1] - 2:18

**S**

**s/Cathy** [1] - 37:14
**Saifi** [1] - 21:7
**Sal** [4] - 31:22, 31:24, 32:11
**sal** [1] - 32:12
**SAN** [1] - 3:5
**SANFORD** [2] - 3:12, 3:13
**sat** [2] - 24:11, 25:19
**saw** [2] - 25:7, 35:15
**scheduled** [2] - 19:12, 19:14
**se** [3] - 9:10, 11:6, 14:14
**SE** [1] - 5:3
**seal** [2] - 30:21, 36:19
**second** [3] - 13:13, 21:21, 21:23
**SEDRAN** [1] - 1:20
**see** [6] - 6:25, 22:22, 23:5, 23:16, 29:11, 30:19, 33:16
**SEEGER** [2] - 1:23, 1:24
**seeing** [1] - 6:24
**selected** [1] - 19:11
**send** [2] - 9:25, 20:21
**sending** [1] - 21:1
**sent** [8] - 17:19, 19:22, 22:2, 27:14, 28:1, 28:9, 30:18, 36:4
**separate** [4] - 7:10, 18:4, 24:20, 31:12
**separately** [2] - 18:4, 31:14
**September** [2] - 19:12, 22:6
**SEPTEMBER** [2] - 1:6, 6:2
**series** [1] - 31:21
**serve** [1] - 11:9

**served** [5] - 8:19, 11:13, 11:24, 16:3, 26:21
**service** [2] - 10:8, 12:15
**services** [1] - 28:17
**set** [8] - 19:18, 21:14, 22:4, 24:19, 25:1, 25:13, 27:3, 35:23
**settled** [1] - 18:2
**settlement** [5] - 17:19, 18:3, 24:16, 31:9
**settlements** [3] - 17:12, 18:15, 18:17
**seven** [3] - 27:17, 27:18, 35:5
**SEVENTH** [1] - 3:10
**SHELLY** [1] - 3:13
**short** [1] - 6:8
**shortcut** [1] - 10:23, 12:12
**shortfall** [6] - 24:7, 33:12, 33:13, 33:14, 33:17, 33:21
**Show** [4] - 7:17, 7:23, 16:1, 16:2
**show** [1] - 10:25
**showed** [1] - 20:10
**showing** [6] - 16:12, 23:19
**shown** [1] - 16:20
**shows** [2] - 14:18, 21:19
**sic** [1] - 21:7
**side** [2] - 22:16, 30:10
**sign** [5] - 20:20, 21:21, 21:23, 23:9, 23:17
**signed** [6] - 7:4, 7:6, 8:11, 22:5, 24:20, 35:25
**silence** [1] - 28:24
**similarly** [1] - 9:1
**single** [1] - 21:2
**sit** [1] - 29:13
**situation** [1] - 22:15
**six** [7] - 24:11, 25:14, 26:20, 26:23, 28:21, 35:14, 36:7
**six-and-a-half** [1] - 25:14
**size** [1] - 27:4
**SKADDEN** [2] - 4:13, 4:16
**SLATE** [2] - 4:13, 4:16
**Snapka** [5] - 25:8, 28:4, 28:11, 33:2, 33:8
**Snapka's** [1] - 29:23
**someone** [1] - 10:19
**sorry** [4] - 8:3, 15:19,

26:14, 26:15
**sorts** [1] - 29:19
**sought** [1] - 16:7
**SOUTH** [2] - 2:11, 2:22
**speaking** [1] - 32:14
**SPECIAL** [1] - 5:7
**spend** [2] - 20:3, 26:23
**spent** [1] - 31:1
**SQUARE** [1] - 4:17
**ST** [2] - 4:24, 4:24
**stand** [2] - 13:14, 25:23
**standpoint** [1] - 23:5
**Stanley** [1] - 7:19
**start** [1] - 21:1
**State** [1] - 37:6
**state** [1] - 13:2
**statement** [1] - 18:3
**STATES** [2] - 1:1, 1:9
**states** [1] - 11:4, 15:23
**States** [2] - 37:7, 37:16
**status** [7] - 6:14, 17:10, 24:17, 28:22, 28:23, 34:24, 35:18
**STENOGRAPHY** [1] - 5:14
**steps** [1] - 16:10
**still** [7] - 8:16, 8:23, 10:19, 11:6, 13:19, 16:25, 28:8
**stips** [2] - 13:4, 13:22
**STONE** [1] - 4:10
**straggler** [1] - 12:23
**Stratton** [31] - 24:1, 24:12, 24:13, 24:14, 24:19, 24:22, 25:10, 25:18, 26:11, 26:15, 26:17, 27:5, 27:14, 27:23, 28:1, 28:2, 28:7, 28:8, 28:12, 28:18, 29:8, 29:13, 31:25, 34:6, 34:9, 34:13, 34:14, 35:3, 35:13, 35:24, 36:12
**STRATTON** [6] - 4:3, 4:3, 26:16, 29:9, 29:12, 30:22
**Stratton's** [2] - 24:15, 24:19
**streamlining** [1] - 9:14
**STREET** [18] - 1:18, 1:21, 1:24, 2:5, 2:8, 2:11, 2:18, 2:22, 3:4, 3:7, 3:10, 3:19, 4:4, 4:8, 4:11, 5:4, 5:8, 5:12
**strike** [1] - 19:6

**subject** [1] - 8:8
**submit** [2] - 7:20, 14:10
**submitted** [5] - 8:6, 13:8, 14:16, 14:23, 36:20
**substance** [1] - 12:7
**substantial** [3] - 29:25, 30:25
**substitute** [2] - 15:21, 15:24
**sudden** [1] - 30:13
**sufficient** [1] - 16:19
**suggesting** [2] - 13:8, 15:17
**suggestion** [2] - 15:20, 15:23
**suggestions** [2] - 24:7
**SUITE** [13] - 1:21, 2:5, 2:8, 2:11, 2:15, 3:4, 3:7, 3:13, 3:16, 3:19, 3:22, 5:4, 5:8
**Summary** [2] - 14:12, 15:8
**summary** [2] - 14:25

## T

**TEN** [1] - 3:13
**ten** [2] - 13:11, 13:12
**testifies** [1] - 21:22
**THE** [42] - 1:9, 1:12, 4:7, 5:8, 6:7, 6:20, 7:14, 7:22, 9:12, 10:23, 11:22, 12:12, 12:18, 13:24, 14:11, 15:2, 15:10, 16:16, 16:19, 16:22, 16:25, 17:4, 17:7, 17:15, 18:6, 18:16, 19:3, 22:8, 22:13, 23:20, 23:23, 24:4, 26:10, 27:1, 29:8, 29:10, 30:20, 33:6, 33:13, 33:25, 36:17, 36:23
**themselves** [1] - 19:11
**THEODORE** [1] - 4:20
**thereafter** [1] - 21:20
**therefore** [1] - 31:12
**they've** [2] - 23:13, 29:6
**THIRD** [1] - 2:22
**THOMAS** [2] - 2:10, 4:17
**Thompson** [2] - 34:17, 36:1
**thousand** [2] - 19:24, 22:5
**three** [2] - 6:16, 9:7

**three-plus** [1] - 9:7
**tilt** [1] - 23:21
**timely** [1] - 29:7
**TIMES** [1] - 4:17
**TO** [1] - 6:4
**today** [2] - 13:10, 33:10
**together** [1] - 9:21
**tomorrow** [2] - 32:15, 34:23
**tonight** [1] - 34:23
**took** [5] - 6:23, 15:3, 15:5, 16:12, 28:11
**total** [2] - 25:4, 36:7
**touch** [2] - 10:11, 10:12
**toward** [1] - 23:21
**town** [1] - 19:13
**TRANSCRIPT** [2] - 1:8, 5:14
**transcript** [10] - 25:7, 28:9, 28:10, 28:16, 36:5, 36:6, 36:18, 37:9
**transparent** [1] - 26:3
**transpired** [1] - 15:15
**travel** [3] - 19:19, 19:20, 22:3
**treater** [1] - 19:15
**treaters** [1] - 23:13
**tried** [2] - 25:5, 32:23
**trouble** [1] - 35:18
**trouble-maker** [1] - 35:18
**tROY** [1] - 2:11
**true** [2] - 23:8, 37:9
**try** [2] - 12:16, 19:15
**trying** [3] - 11:23, 33:4, 36:15
**turned** [1] - 13:21
**turns** [1] - 30:10
**TWELFTH** [1] - 4:8
**two** [6] - 6:16, 18:20, 20:18, 24:16, 30:2, 31:3
**two-percent** [1] - 30:2
**TX** [4] - 2:15, 3:14, 3:17, 3:23
**Tyler** [2] - 34:17, 36:1
**types** [1] - 14:24

## U

**ultimately** [2] - 20:6, 20:17
**uncomfortable** [1] - 24:10
**under** [8] - 7:4, 7:18, 10:18, 15:13, 21:11,

30:21, 33:11, 36:19
**understood** [1] - 10:3
**undertaking** [1] - 19:18
**undoubtedly** [1] - 19:6
**unfortunately** [2] - 6:21, 30:7
**unique** [1] - 25:9
**UNITED** [2] - 1:1, 1:9
**United** [2] - 37:7, 37:16
**unless** [1] - 12:9
**up** [16] - 6:9, 12:8, 13:5, 13:15, 15:22, 19:18, 20:17, 21:14, 22:4, 25:23, 26:2, 28:7, 29:25, 30:3, 34:15, 34:25
**updates** [1] - 13:18
**uploaded** [1] - 11:8
**URQUHART** [1] - 3:16

## V

**valid** [1] - 32:1
**various** [1] - 15:15
**Venous** [2] - 20:23, 21:19
**verbally** [1] - 15:3
**VIOXX** [1] - 1:4
**Vioxx** [7] - 14:21, 15:3, 15:5, 15:7, 32:12, 32:13, 34:16
**visceral** [1] - 32:25
**voluntary** [2] - 31:4, 33:5

## W

**WALNUT** [1] - 1:21
**WALTHER** [1] - 4:10
**wants** [3] - 17:13, 31:17, 34:6
**WARSHAUER** [1] - 2:3
**WASHINGTON** [2] - 4:9, 4:15
**WEDNESDAY** [2] - 1:6, 6:2
**week** [1] - 19:21
**WEISS** [1] - 1:23
**WEST** [1] - 3:4
**WHEREUPON** [1] - 36:24
**whittled** [1] - 8:2
**whole** [2] - 10:4, 21:14
**WILLIAM** [1] - 1:24

**WILLIAMS** [3] - 3:21, 3:22, 4:7
**Williams** [1] - 12:22
**willing** [1] - 18:12
**WIMBERLY** [8] - 4:11, 6:10, 7:16, 7:23, 11:2, 11:19, 12:14, 12:19
**wish** [1] - 11:25
**withdraw** [1] - 35:4
**Withdraw** [5] - 8:18, 8:19, 11:9, 11:16, 11:20
**withdrawing** [4] - 6:18, 7:20, 8:7, 35:10
**withdrawn** [1] - 10:17
**withheld** [4] - 18:3, 18:11, 27:16, 31:4
**withholding** [1] - 28:16
**withholdings** [1] - 17:11
**WITTMANN** [1] - 4:10
**Wodowski** [3] - 15:14, 15:17, 16:25
**Wodowski's** [1] - 16:23
**Wolanin's** [1] - 21:7
**WOODWARD** [1] - 3:18
**world** [1] - 21:10
**worn** [1] - 23:14
**worried** [3] - 36:10, 36:11
**worse** [1] - 25:21
**worth** [1] - 35:14
**write** [3] - 21:6, 31:18, 34:6
**written** [1] - 24:17
**wrote** [2] - 34:13, 35:8

## X

**x-ray** [1] - 21:2

## Y

**year** [3] - 27:8, 29:3, 30:22
**years** [2] - 26:21, 26:24
**YORK** [4] - 1:25, 4:18, 4:21
**YOUR** [1] - 4:14