1                     UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF LOUISIANA
2

3    ******************************************************************

4    IN RE:  VIOXX PRODUCTS
     LIABILITY LITIGATION
5                              MDL DOCKET NO. 1657
                               NEW ORLEANS, LOUISIANA
6                              WEDNESDAY, SEPTEMBER 21, 2011, 9:20 A.M.

7    ******************************************************************

8
              TRANSCRIPT OF MONTHLY STATUS CONFERENCE PROCEEDINGS
9             HEARD BEFORE THE HONORABLE ELDON E. FALLON
                      UNITED STATES DISTRICT JUDGE
10

11   APPEARANCES:

12
     FOR THE PLAINTIFFS:       HERMAN HERMAN KATZ & COTLAR
13                             BY:  RUSS M. HERMAN, ESQUIRE
                                    LEONARD A. DAVIS, ESQUIRE
14                             820 O'KEEFE AVENUE
                               NEW ORLEANS, LA 70113
15

16                             BEASLEY ALLEN CROW METHVIN
                               PORTIS & MILES
17                             BY:  ANDY D. BIRCHFIELD, JR., ESQUIRE
                                    P. LEIGH O'DELL, ESQUIRE
18                             234 COMMERCE STREET
                               POST OFFICE BOX 4160
19                             MONTGOMERY, AL 36103

20
                               LEVIN, FISHBEIN, SEDRAN & BERMAN
21                             BY:  FRED S. LONGER, ESQUIRE
                               510 WALNUT STREET, SUITE 500
22                             PHILADELPHIA, PENNSYLVANIA 19106

23
                               SEEGER WEISS
24                             BY:  CHRISTOPHER A. SEEGER, ESQUIRE
                               ONE WILLIAM STREET
25                             NEW YORK, NY 10004

```
 1   APPEARANCES CONTINUED:

 2

 3                        GAINSBURGH BENJAMIN DAVID MEUNIER AND
                          WARSHAUER
 4                        BY:  GERALD E. MEUNIER, ESQUIRE
                          2800 ENERGY CENTRE
 5                        1100 POYDRAS STREET, SUITE 2800
                          NEW ORLEANS, LA  70163

 6

 7                        BARRIOS, KINGSDORF & CASTEIX
                          BY:  DAWN M. BARRIOS, ESQUIRE
 8                        701 POYDRAS STREET, SUITE 3650
                          NEW ORLEANS LA 70139

 9

10                        LEVIN, PAPANTONIO, THOMAS,
                          MITCHELL, ECHSNER & PROCTOR
11                        BY:  TROY RAFFERTY, ESQUIRE
                          316 SOUTH BAYLEN STREET, SUITE 600
12                        PENSACOLA, FL  32502

13

14                        BLIZZARD MCCARTHY & NABERS
                          BY:  EDWARD BLIZZARD, ESQUIRE
                          LYRIC CENTRE BUILDING
15                        440 LOUISIANA, SUITE 1710
                          HOUSTON, TX  77002

16

17                        RANIER LAW FIRM
                          BY:  DREW A. RANIER, ESQUIRE
18                        1419 RYAN STREET
                          POST OFFICE BOX 1890
19                        LAKE CHARLES, LA 70602

20

21                        OLDFATHER LAW FIRM
                          BY:  ANN B. OLDFATHER, ESQUIRE
                               MEGAN J. HASTINGS, ESQUIRE
22                        1330 SOUTH THIRD STREET
                          LOUISVILLE, KY  40208

23

24

25
```

1   APPEARANCES CONTINUED:

2

3                           LIEFF CABRASER HEIMANN & BERNSTEIN
                            BY:  ELIZABETH J. CABRASER, ESQUIRE
4                           EMBARCADERO CENTER WEST
                            275 BATTERY STREET, SUITE 3000
5                           SAN FRANCISCO, CA  94111

6                           DUGAN LAW FIRM
                            BY:  JAMES R. DUGAN, ESQUIRE
7                           ONE CANAL PLACE, SUITE 1000
                            365 CANAL STREET
8                           NEW ORLEANS, LA  70130

9
                            LAW OFFICE OF DANIEL BECNEL, JR.
10                          BY:  DANIEL E. BECNEL, ESQUIRE
                            106 SEVENTH STREET
11                          RESERVE, LA  70084

12
                            SANFORD LAW FIRM
13                          BY:  SHELLY A. SANFORD, ESQUIRE
                            16225 PARK TEN PLACE, SUITE 500
14                          HOUSTON, TX  77084

15
                            BEIRNE MAYNARD & PARSON
16                          BY:  JACK URQUHART, ESQUIRE
                            1300 POST OAK BOULEVARD, SUITE 2500
17                          HOUSTON, TX  77056

18
                            MARGARET E. WOODWARD
19                          ATTORNEY AT LAW
                            3701 CANAL STREET, SUITE C
20                          NEW ORLEANS, LA  70119

21
                            WILLIAMS KHERKHER
22                          BY:  JOHN EDDIE WILLIAMS, JR., ESQUIRE
                            8441 GULF FREEWAY, SUITE 600
23                          HOUSTON, TX 77017-5051

24

25

```
 1   APPEARANCES CONTINUED:

 2

 3                          STRATTON FAXON
                           BY:  MICHAEL A. STRATTON, ESQUIRE
 4                          59 ELM STREET
                           NEW HAVEN, CT  06510
 5

 6

 7   FOR THE DEFENDANT:    WILLIAMS & CONNOLLY
                           BY:  DOUGLAS R. MARVIN, ESQUIRE
 8                              M. ELAINE HORN, ESQUIRE
                           725 TWELFTH STREET, N.W.
 9                          WASHINGTON, DC  20005

10

11                          STONE PIGMAN WALTHER WITTMANN
                           BY:  DOROTHY H. WIMBERLY, ESQUIRE
12                          546 CARONDELET STREET
                           NEW ORLEANS, LA 70130

13

14                          SKADDEN ARPS SLATE MEAGHER & FLOM
                           BY:  JOHN H. BEISNER, ESQUIRE
15                          1440 NEW YOUR AVENUE NW
                           WASHINGTON, DC  20005

16

17                          SKADDEN ARPS SLATE MEAGHER & FLOM
                           BY:  THOMAS E, FOX, ESQUIRE
18                          FOUR TIMES SQUARE
                           NEW YORK, NEW YORK 10036

19

20                          HUGHES HUBBARD & REED
                           BY:  THEODORE V. H. MAYER, ESQUIRE
21                          ONE BATTERY PARK PLAZA
                           NEW YORK, NY 10004

22

23                          KING KREBS & JURGENS
                           BY:  HENRY A. KING, ESQUIRE
24                          PLACE ST. CHARLES
                           201 ST. CHARLES AVENUE
25                          45TH AVENUE
                           NEW ORLEANS, LA  70170
```

```
 1   APPEARANCES CONTINUED:

 2

 3   PRO SE CURATOR:          LAW OFFICES OF ROBERT M. JOHNSTON
                              BY:  HEATHER E. REZNICK, ESQUIRE
 4                            400 POYDRAS STREET, SUITE 2450
                              NEW ORLEANS, LA  70130
 5

 6

 7   SPECIAL MASTER:          JUNEAU DAVID
                              BY:  PATRICK A. JUNEAU, ESQUIRE
 8                            THE HARDING CENTER
                              1018 HARDING STREET, SUITE 202
 9                            P.O. DRAWER 51268
                              LAFAYETTE, LA  70505
10

11

12   OFFICIAL COURT REPORTER:    CATHY PEPPER, CCR, RPR, CRR
                                 500 POYDRAS STREET, ROOM B406
13                               NEW ORLEANS, LOUISIANA 70130
                                 (504) 589-7779
14                               Cathy_Pepper@laed.uscourts.gov

15   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER.
16

17

18

19

20

21

22

23

24

25
```

1                           **I N D E X**

2

3   AGENDA ITEMS                                          PAGE

4

5   SETTLEMENT PROGRAM.....................................   8

6   THE SPECIAL MASTER....................................   8

7   CLASS ACTIONS........................................  10

8   STATE-FEDERAL COORDINATION...........................  10

9   CLASS ACTIONS........................................  10

10  *PRO SE* CLAIMANTS....................................  11

11  GOVERNMENTAL ACTIONS.................................  11

12  PENDING PERSONAL INJURY CASES, PTOS 28, 29 AND 43......  12

13  FEE ALLOCATION COMMITTEE.............................  12

14  APPEALS..............................................  12

15  OTHER MATTERS........................................  12

16  PERSONAL INJURY......................................  12

17  THE NEXT FORMAL STATUS CONFERENCE IS FRIDAY,          15

18  NOVEMBER 4TH, 2011...................................

19

20

21

22

23

24

25

1                    **P-R-O-C-E-E-D-I-N-G-S**

2             WEDNESDAY, SEPTEMBER 21, 2011

3             M O R N I N G   S E S S I O N

4                (COURT CALLED TO ORDER)

5

6

09:19AM   7         THE DEPUTY CLERK:  All rise.

09:19AM   8         THE COURT:  Be seated, please.  Good morning, ladies and

09:19AM   9  gentlemen.

09:20AM  10             Call the case, please.

09:20AM  11         THE DEPUTY CLERK:  MDL Number 1657, *In re: Vioxx.*

09:20AM  12         THE COURT:  Would counsel make their appearances for the

09:20AM  13  record, please.  Please use the microphone because we have a

09:20AM  14  number of people on the phone.

09:20AM  15         MR. HERMAN:  May it please the Court, good morning,

09:20AM  16  Judge Fallon, Russ Herman for plaintiffs.

09:20AM  17         MR. MARVIN:  Good morning, Your Honor, Douglas Marvin

09:20AM  18  for Merck.

09:20AM  19         THE COURT:  We're here today for our monthly status

09:20AM  20  conference.  I met with the lead liaison counsel in advance of

09:20AM  21  the conference to discuss the agenda.  I'll take them in the

09:20AM  22  order in which they are listed.  Settlement program first.

09:20AM  23  Anything on that?

09:20AM  24         MR. HERMAN:  Your Honor, a point of personal privilege:

09:20AM  25  There is a young lady who is 45 years old, who has been working

09:20AM  1   in this court for 40 years.  Gaylyn, would you stand up.  Stand

09:21AM  2   up.  I want to tell you, it's been a pleasure to be in this

09:21AM  3   federal courthouse.  You have made every lawyer and every

09:21AM  4   litigant feel like it's their home.  We can't thank you enough,

09:21AM  5   and I would like everybody to stand while we give Gaylyn a hand.

09:21AM  6   Gaylyn, we wish you well, and we hope retirement brings you all

09:21AM  7   the happiness and all the pleasure in life.

09:21AM  8              THE DEPUTY CLERK:  Thank you.

09:21AM  9              THE COURT:  I'm sure she'll do well.  We're going to

09:21AM 10   miss her around here.  She's given us wise counsel and good

09:21AM 11   advice, as well as handled all the many, many cases that we've

09:21AM 12   handled, both civil, criminal, multidistrict, class actions,

09:21AM 13   everything.  She's really truly the expert, and we look forward

09:22AM 14   to her retirement.

09:22AM 15              We've got a person who is going to take her shoes

09:22AM 16   or take her job.  He's got big shoes to fill but I know he'll be

09:22AM 17   able to do it.  He's been with us a while as a docket clerk, and

09:22AM 18   now he's moving up in the world.  It's Dean Oser; he'll do a fine

09:22AM 19   job, I know.

09:22AM 20              Okay.  Settlement program.

09:22AM 21              MR. HERMAN:  Your Honor, there is nothing new under

09:22AM 22   Roman numeral I.

09:22AM 23              The Special Master is here, Roman numeral II.  I do

09:22AM 24   not think that Mr. Juneau has anything new, but why don't you

09:22AM 25   step forth.

09:22AM 1          SPECIAL MASTER JUNEAU:  Your Honor, for the record,

09:22AM 2   Patrick Juneau, the Special Master.  Just one short report I have

09:22AM 3   for Your Honor.  It has to do with the matter involving the

09:22AM 4   attorney generals.  There has been a constant communication,

09:22AM 5   including on the electronic devices through the conference this

09:23AM 6   morning.  I can tell you, Your Honor, that of the litigating

09:23AM 7   states, and I've talked to Mr. Patton, he may be on the phone,

09:23AM 8   I've talked to everybody involved in the litigating states.  We

09:23AM 9   know that Kentucky is -- will not be in the NAMFCU process.

09:23AM 10  Louisiana is.  New York, yes.  Utah, no.  Pennsylvania, no.  I

09:23AM 11  have not confirmed with Arkansas -- I mean with Alaska, so I

09:23AM 12  don't want to confirm that yet, Your Honor.  Montana is no.

09:23AM 13  Florida, I've talked to Mr. Young.  He may be on the phone.  They

09:23AM 14  are dealing with that now and we'll instantly have that report

09:23AM 15  from them.  Mississippi and Oklahoma, I think Oklahoma is no, but

09:23AM 16  I do not have that confirmation.

09:23AM 17          I've spoken to Mr. Beisner and we're going to

09:23AM 18  decide very, very quickly what process, if any, would be

09:24AM 19  beneficial with regard to those states that we're dealing with,

09:24AM 20  the "No's" at this time.  But I intend to address that within the

09:24AM 21  next two or three days, and I'll report directly to the Court

09:24AM 22  whether it will be fruitful to go forward with discussions or not

09:24AM 23  in that regard.  So that's precisely where we are.

09:24AM 24          THE COURT:  When you get to that point, let me know and

09:24AM 25  then I'll convene a status conference with those who are in the

09:24AM 1  "No" category and we'll talk about where we go from here.

09:24AM 2          SPECIAL MASTER JUNEAU:  Thank you, Your Honor.

09:24AM 3          THE COURT:  Anything on class actions?

09:24AM 4          MR. HERMAN:  Nothing new, Your Honor.

09:24AM 5              On State-Federal Coordination, Roman numeral IV,

09:24AM 6  Ms. Barrios has a report.

09:24AM 7          MS. BARRIOS:  Thank you, Mr. Herman.  Your Honor, just a

09:24AM 8  side note before -- I'm sorry, Dawn Barrios for the State Liaison

09:24AM 9  Committee.  Oklahoma has definitely rejected the NAMFCU

09:24AM 10 settlement.  We have outstanding issues as to South Carolina as

09:25AM 11 well, and I hope to get that before our 11:30 conference.  If

09:25AM 12 anyone is listening, I'm reminding all of the attorneys general

09:25AM 13 we have a special conference and a call-in number at 11:30.

09:25AM 14             With regard to Roman numeral III on the class

09:25AM 15 actions, on the consumer classes, I've been working with

09:25AM 16 Ms. Cabraser and Mr. Beisner to try to make a complete list of

09:25AM 17 those cases.  And I honestly forgot it at my office, so we're

09:25AM 18 e-mailing it to Lexy, ask her to print it out for us so that we

09:25AM 19 would have it and share with everyone to see if we collectively

09:25AM 20 have our arms around the exact number of consumer cases.

09:25AM 21         THE COURT:  All right.

09:25AM 22         MS. BARRIOS:  With regard to remands, we have one new

09:25AM 23 remand from the Southern District of Georgia, *Pools versus*

09:25AM 24 *Eichholz Law Firm*.  We continue to update the database.  We now

09:25AM 25 have 88 cases with pending remands with 130 plaintiffs.  And

09:25AM 1    nothing has changed with regard to those since the last status
09:26AM 2    conference, but most of those cases are the government action
09:26AM 3    TPP, private TPP cases.
09:26AM 4            And lastly, Your Honor, there were some cases that
09:26AM 5    we noted last status conference that are open only because the
09:26AM 6    derivative claimant is still a plaintiff.  And I'm going to
09:26AM 7    provide to Joe that list to see if we could administratively
09:26AM 8    close those because the whole case has been settled.
09:26AM 9        THE COURT:  Yes, I think that's what we're going to have
09:26AM 10   to do.  I have some that are working through the succession
09:26AM 11   proceedings in the various states.  And now I have the money.
09:26AM 12   It's a little over a million or maybe $2 million, I think, that
09:26AM 13   we have in the registry of the Court.  So it's going to be either
09:26AM 14   dismissed or sent over here.
09:26AM 15       MS. BARRIOS:  Yes, Your Honor.  Thank you, Your Honor.
09:26AM 16       THE COURT:  Thank you.  Anything on the *pro se*
09:26AM 17   claimants?
09:26AM 18       MS. REZNIK:  Good morning, Your Honor, Heather Reznik
09:27AM 19   for the *pro se* claimants office.  We continue to receive several
09:27AM 20   calls a week; it's remained pretty consistent throughout the last
09:27AM 21   few months and we help them as best we can.
09:27AM 22       THE COURT:  Good.  Thank you very much.  Governmental
09:27AM 23   actions, anything on that that we haven't covered?  Anything,
09:27AM 24   John?
09:27AM 25       MR. BEISNER:  No, Your Honor.  I think Mr. Juneau

09:27AM 1   covered current status.

09:27AM 2         THE COURT:  All right.  Pending personal injury cases,

09:27AM 3   PTOs 28, 29 and 43.

09:27AM 4         MR. HERMAN:  Yes, Your Honor.  Ms. Oldfather, Mr. Marvin

09:27AM 5   and Mr. Birchfield have issues that will be addressed, as I

09:27AM 6   understand it, following a conference.

09:27AM 7         THE COURT:  Yes, I have some motions.  I'll take the

09:27AM 8   motions and then following the motions I'll do the hearing that

09:27AM 9   we have set for today on the question of common benefit fees.

09:27AM 10         Fee allocation committee, anything on that?

09:28AM 11         MR. HERMAN:  All briefing is now complete.  Your Honor

09:28AM 12   now has those matters under advisement.

09:28AM 13         THE COURT:  Yes, I have some pending motions, as I

09:28AM 14   mentioned.

09:28AM 15         What about the appeals?  Anything on appeals?

09:28AM 16         MR. HERMAN:  No, Your Honor.

09:28AM 17         THE COURT:  All right.  That's in connection with the

09:28AM 18   fee allocation.  We'll deal with that.

09:28AM 19         Any other matters?

09:28AM 20         MR. HERMAN:  Not at this time.

09:28AM 21         THE COURT:  Ann, do you --

09:28AM 22         MS. OLDFATHER:  Your Honor, may I just say a little

09:28AM 23   something on the personal injury for the benefit of the persons

09:28AM 24   who are auditing the status conference?

09:28AM 25         THE COURT:  Right.

09:28AM 1          MS. OLDFATHER:  The parties have discussed methods of

09:28AM 2     bringing the remaining personal injury cases through preparation

09:28AM 3     and to a conclusion, and I believe the Court is going to schedule

09:28AM 4     a specific time for liaison counsel to get together with Merck to

09:28AM 5     do that.  I believe the Court may want to announce that at some

09:28AM 6     point.

09:28AM 7          Merck has, at this point, taken 74 depositions in

09:29AM 8     the various personal injury cases.  We are in the process of

09:29AM 9     identifying cases that we would like to focus on for trial

09:29AM 10    preparation.

09:29AM 11         We also have asked all of the remaining personal

09:29AM 12    injury claimants to provide us with written consents, us meaning

09:29AM 13    me, the Oldfather Law Firm, and we have provided those consents

09:29AM 14    to Merck.  And Merck has provided us with the medical records and

09:29AM 15    the *Lone Pine* reports on those cases.

09:29AM 16         There are about four people, and that will come up

09:29AM 17    later, that have not provided their consents.  And I believe the

09:29AM 18    Court is going to address that as part of the Motion to Dismiss

09:29AM 19    for failure to prosecute.

09:29AM 20         THE COURT:  We really need those consents because Merck

09:29AM 21    can't give the material without the consent because of some

09:29AM 22    federal regulations and laws.  But Ms. Oldfather needs the

09:29AM 23    material in order to pursue the claims.

09:29AM 24         So if anybody is on the phone that hasn't submitted

09:29AM 25    that consent, please do so.  Because if not, I then assume that

09:30AM 1  you're not interested in pursuing your claim and we have to

09:30AM 2  dismiss it.

09:30AM 3            She's got her hands full with the claims that she's

09:30AM 4  pursuing, and she needs everybody to cooperate with her in that

09:30AM 5  regard.

09:30AM 6            MS. OLDFATHER:  Thank you, Your Honor.

09:30AM 7            THE COURT:  With regard to those cases, I've asked

09:30AM 8  counsel to get the census together.  We have between 100 and 102,

09:30AM 9  or thereabouts, of those cases.

09:30AM 10            I've asked them to group the cases in accordance

09:30AM 11  with some logical grouping.  And there are a couple from heart

09:30AM 12  attacks, maybe a couple from strokes, a couple from other

09:30AM 13  vascular problems, and there are a host of others.  So they are

09:30AM 14  in the process now of doing that.

09:30AM 15            They are going to be taking depositions in all of

09:30AM 16  the cases to get a feel for what's out there, both from the

09:30AM 17  standpoint of paper discovery as well as perhaps a disposition or

09:30AM 18  so.

09:30AM 19            And then they will be able to hone in on some cases

09:31AM 20  from each of those groups and then recommend to me which cases

09:31AM 21  are ready for trial.  And I'll try those cases in that specific

09:31AM 22  group to see whether or not the case that is tried can inform

09:31AM 23  some of the other cases in that particular group and be able to

09:31AM 24  resolve it in that way.

09:31AM 25            In short, we'll try some bellwether cases,

09:31AM 1  bellwether that process to see how it goes, rather than just do

09:31AM 2  110 trials.  We might wind up doing that 110, but hopefully the

09:31AM 3  first couple of cases will inform us about the other cases in

09:31AM 4  that group.  At least that's my current thinking.

09:31AM 5          MS. OLDFATHER:  We look forward to suggesting to the

09:31AM 6  Court perhaps some alternate avenues when we have our conference

09:31AM 7  on November 4th.  Thank you, Your Honor.

09:31AM 8          THE COURT:  Thank you.  The next formal status

09:32AM 9  conference is when?  Friday November 4th.  That seems to be the

09:32AM 10 best time for everyone.

11          (WHEREUPON, at 9:32 a.m., the proceedings were

12  concluded.)

13                          *    *    *

14

15

16                    REPORTER'S CERTIFICATE

17

18      I, Cathy Pepper, Certified Realtime Reporter, Registered
Merit Reporter, Certified Court Reporter of the State of
19  Louisiana, Official Court Reporter for the United States District
Court, Eastern District of Louisiana, do hereby certify that the
20  foregoing is a true and correct transcript, to the best of my
ability and understanding, from the record of the proceedings in
the above-entitled and numbered matter.

21

22                              *s/Cathy Pepper*
                              Cathy Pepper, CRR, RMR, CCR
23                            Certified Realtime Reporter
                              Official Court Reporter
24                            United States District Court
                              Cathy_Pepper@laed.uscourts.gov

25

## 0

**06510** [1] - 4:4

## 1

**10** [3] - 6:7, 6:8, 6:9
**100** [1] - 14:8
**1000** [1] - 3:7
**10004** [2] - 1:25, 4:21
**10036** [1] - 4:18
**1018** [1] - 5:8
**102** [1] - 14:8
**106** [1] - 3:10
**11** [2] - 6:10, 6:11
**110** [2] - 15:2
**1100** [1] - 2:5
**11:30** [2] - 10:11, 10:13
**12** [5] - 6:12, 6:13, 6:14, 6:15, 6:16
**130** [1] - 10:25
**1300** [1] - 3:16
**1330** [1] - 2:22
**1419** [1] - 2:18
**1440** [1] - 4:14
**15** [1] - 6:17
**16225** [1] - 3:13
**1657** [2] - 1:5, 7:11
**1710** [1] - 2:15
**1890** [1] - 2:18
**19106** [1] - 1:22

## 2

**2** [1] - 11:12
**20005** [2] - 4:9, 4:15
**201** [1] - 4:24
**2011** [2] - 1:6, 7:2
**2011**.........................
........ [1] - 6:18
**202** [1] - 5:8
**21** [2] - 1:6, 7:2
**234** [1] - 1:18
**2450** [1] - 5:4
**2500** [1] - 3:16
**275** [1] - 3:4
**28** [2] - 6:12, 12:3
**2800** [2] - 2:4, 2:5
**29** [2] - 6:12, 12:3

## 3

**3000** [1] - 3:4
**316** [1] - 2:11
**32502** [1] - 2:12
**36103** [1] - 1:19

## 4

**365** [1] - 3:7
**3650** [1] - 2:8
**3701** [1] - 3:19

## 4

**40** [1] - 8:1
**400** [1] - 5:4
**40208** [1] - 2:22
**4160** [1] - 1:18
**43** [1] - 12:3
**43.....** [1] - 6:12
**440** [1] - 2:15
**45** [1] - 7:25
**45TH** [1] - 4:25
**4th** [2] - 15:7, 15:9
**4TH** [1] - 6:18

## 5

**500** [3] - 1:21, 3:13, 5:12
**504** [1] - 5:13
**510** [1] - 1:21
**51268** [1] - 5:9
**546** [1] - 4:11
**589-7779** [1] - 5:13
**59** [1] - 4:4

## 6

**600** [2] - 2:11, 3:22

## 7

**70084** [1] - 3:11
**701** [1] - 2:8
**70113** [1] - 1:14
**70119** [1] - 3:20
**70130** [4] - 3:8, 4:12, 5:4, 5:13
**70139** [1] - 2:8
**70163** [1] - 2:5
**70170** [1] - 4:25
**70505** [1] - 5:9
**70602** [1] - 2:19
**725** [1] - 4:8
**74** [1] - 13:7
**77002** [1] - 2:15
**77017-5051** [1] - 3:23
**77056** [1] - 3:17
**77084** [1] - 3:14

## 8

**8** [2] - 6:5, 6:6

## 9

**820** [1] - 1:14
**8441** [1] - 3:22
**88** [1] - 10:25

## 9

**94111** [1] - 3:5
**9:20** [1] - 1:6
**9:32** [1] - 15:11

## A

**A.M** [1] - 1:6
**a.m** [1] - 15:11
**ability** [1] - 15:20
**able** [3] - 8:17, 14:19, 14:23
**above-entitled** [1] - 15:20
**accordance** [1] - 14:10
**action** [1] - 11:2
**actions** [2] - 8:12, 10:3, 10:15, 11:23
**ACTIONS**..................
.............. [1] - 6:11
**ACTIONS**..................
............... [2] - 6:7, 6:9
**address** [2] - 9:20, 13:18
**addressed** [1] - 12:5
**administratively** [1] - 11:7
**advance** [1] - 7:20
**advice** [1] - 8:11
**advisement** [1] - 12:12
**AGENDA** [1] - 6:3
**agenda** [1] - 7:21
**AL** [1] - 1:19
**Alaska** [1] - 9:11
**ALLEN** [1] - 1:16
**allocation** [2] - 12:10, 12:18
**ALLOCATION** [1] - 6:13
**alternate** [1] - 15:6
**AND** [2] - 2:3, 6:12
**ANDY** [1] - 1:17
**Ann** [1] - 12:21
**ANN** [1] - 2:21
**announce** [1] - 12:15
**appeals** [2] - 12:15
**APPEALS**..................
........................ [1] - 6:14
**APPEARANCES** [5] -

1:11, 2:1, 3:1, 4:1, 5:1
**appearances** [1] - 7:12
**Arkansas** [1] - 9:11
**arms** [1] - 10:20
**ARPS** [2] - 4:13, 4:16
**assume** [1] - 13:25
**AT** [1] - 3:19
**attacks** [1] - 14:12
**ATTORNEY** [1] - 3:19
**attorney** [1] - 9:4
**attorneys** [1] - 10:12
**auditing** [1] - 12:24
**AVENUE** [4] - 1:14, 4:14, 4:24, 4:25
**avenues** [1] - 15:6

## B

**B406** [1] - 5:12
**BARRIOS** [5] - 2:7, 2:7, 10:7, 10:22, 11:15
**Barrios** [2] - 10:6, 10:8
**BATTERY** [2] - 3:4, 4:20
**BAYLEN** [1] - 2:11
**BEASLEY** [1] - 1:16
**BECNEL** [2] - 3:9, 3:10
**BEFORE** [1] - 1:9
**BEIRNE** [1] - 3:15
**Beisner** [2] - 9:17, 10:16
**BEISNER** [2] - 4:14, 11:25
**bellwether** [2] - 14:25, 15:1
**beneficial** [1] - 9:19
**benefit** [2] - 12:9, 12:23
**BENJAMIN** [1] - 2:3
**BERMAN** [1] - 1:20
**BERNSTEIN** [1] - 3:3
**best** [3] - 11:21, 15:10, 15:19
**between** [1] - 14:8
**big** [1] - 8:16
**Birchfield** [1] - 12:5
**BIRCHFIELD** [1] - 1:17
**BLIZZARD** [2] - 2:13, 2:14
**BOULEVARD** [1] - 3:16
**BOX** [2] - 1:18, 2:18
**briefing** [1] - 12:11

**bringing** [1] - 13:2
**brings** [1] - 8:6
**BUILDING** [1] - 2:14
**BY** [27] - 1:13, 1:17, 1:21, 1:24, 2:4, 2:7, 2:11, 2:14, 2:17, 2:21, 3:3, 3:6, 3:10, 3:13, 3:16, 3:22, 4:3, 4:7, 4:11, 4:14, 4:17, 4:20, 4:23, 5:3, 5:7, 5:15, 5:15

## C

**CA** [1] - 3:5
**Cabraser** [1] - 10:16
**CABRASER** [2] - 3:3, 3:3
**call-in** [1] - 10:13
**CALLED** [1] - 7:4
**CANAL** [3] - 3:7, 3:7, 3:19
**Carolina** [1] - 10:10
**CARONDELET** [1] - 4:11
**case** [3] - 7:10, 11:8, 14:22
**cases** [23] - 8:11, 10:17, 10:20, 10:25, 11:2, 11:3, 11:4, 12:2, 13:2, 13:8, 13:9, 13:15, 14:7, 14:9, 14:10, 14:16, 14:19, 14:20, 14:21, 14:23, 14:25, 15:3
**CASES** [1] - 6:12
**CASTEIX** [1] - 2:7
**category** [1] - 10:1
**CATHY** [1] - 5:12
**Cathy** [2] - 15:17, 15:22
**Cathy_Pepper@laed.uscourts.gov** [2] - 5:14, 15:24
**CCR** [2] - 5:12, 15:22
**census** [1] - 14:8
**CENTER** [2] - 3:4, 5:8
**CENTRE** [2] - 2:4, 2:14
**CERTIFICATE** [1] - 15:16
**Certified** [3] - 15:17, 15:18, 15:23
**certify** [1] - 15:19
**changed** [1] - 11:1
**CHARLES** [3] - 2:19, 4:24, 4:24
**CHRISTOPHER** [1] - 1:24

2

**civil** [1] - 8:12
**claim** [1] - 14:1
**claimant** [1] - 11:6
**claimants** [3] - 11:17, 11:19, 13:12
**CLAIMANTS..............**
..................... [1] - 6:10
**claims** [2] - 13:23, 14:3
**CLASS** [2] - 6:7, 6:9
**class** [3] - 8:12, 10:3, 10:14
**classes** [1] - 10:15
**clerk** [1] - 8:17
**CLERK** [3] - 7:7, 7:11, 8:8
**close** [1] - 11:8
**collectively** [1] - 10:19
**COMMERCE** [1] - 1:18
**committee** [1] - 12:10
**Committee** [1] - 10:9
**COMMITTEE..............**
................... [1] - 6:13
**common** [1] - 12:9
**communication** [1] - 9:4
**complete** [2] - 10:16, 12:11
**COMPUTER** [1] - 5:15
**concluded** [1] - 5:12
**conclusion** [1] - 13:3
**conference** [12] - 7:20, 7:21, 9:5, 9:25, 10:11, 10:13, 11:2, 11:5, 12:6, 12:24, 15:6, 15:9
**CONFERENCE** [2] - 1:8, 6:17
**confirm** [1] - 9:12
**confirmation** [1] - 9:16
**confirmed** [1] - 9:11
**connection** [1] - 12:17
**CONNOLLY** [1] - 4:7
**consent** [2] - 13:21, 13:25
**consents** [4] - 13:12, 13:13, 13:17, 13:20
**consistent** [1] - 11:20
**constant** [1] - 9:4
**consumer** [2] - 10:15, 10:20
**continue** [2] - 10:24, 11:19
**CONTINUED** [4] - 2:1, 3:1, 4:1, 5:1
**convene** [1] - 9:25
**cooperate** [1] - 14:4

**Coordination** [1] - 10:5
**COORDINATION.......**
..................... [1] - 6:8
**correct** [1] - 15:19
**COTLAR** [1] - 1:12
**counsel** [5] - 7:12, 7:20, 8:10, 13:4, 14:8
**couple** [4] - 14:11, 14:12, 15:3
**court** [1] - 8:1
**COURT** [22] - 1:1, 5:12, 7:4, 7:8, 7:12, 7:19, 8:9, 9:24, 10:3, 10:21, 11:9, 11:16, 11:22, 12:2, 12:7, 12:13, 12:17, 12:21, 12:25, 13:20, 14:7, 15:8
**Court** [12] - 7:15, 9:21, 11:13, 13:3, 13:5, 13:18, 15:6, 15:18, 15:18, 15:19, 15:23, 15:24
**courthouse** [1] - 8:3
**covered** [2] - 11:23, 12:1
**criminal** [1] - 8:12
**CROW** [1] - 1:16
**CRR** [2] - 5:12, 15:22
**CT** [1] - 4:4
**CURATOR** [1] - 5:3
**current** [2] - 12:1, 15:4

**D**

**DANIEL** [2] - 3:9, 3:10
**database** [1] - 10:24
**DAVID** [2] - 2:3, 5:7
**DAVIS** [1] - 1:13
**DAWN** [1] - 2:7
**Dawn** [1] - 10:8
**days** [1] - 9:21
**DC** [2] - 4:9, 4:15
**deal** [1] - 12:18
**dealing** [2] - 9:14, 9:19
**Dean** [1] - 8:18
**decide** [1] - 9:18
**DEFENDANT** [1] - 1:8
**definitely** [1] - 10:9
**depositions** [2] - 13:7, 14:15
**DEPUTY** [3] - 7:7, 7:11, 8:8
**derivative** [1] - 11:6
**devices** [1] - 9:5

**directly** [1] - 9:21
**discovery** [1] - 14:17
**discuss** [1] - 7:21
**discussed** [1] - 13:1
**discussions** [1] - 9:22
**Dismiss** [1] - 13:18
**dismiss** [1] - 14:2
**dismissed** [1] - 11:14
**disposition** [1] - 14:17
**DISTRICT** [3] - 1:1, 1:1, 1:9
**District** [4] - 10:23, 15:18, 15:19, 15:24
**DOCKET** [1] - 1:5
**docket** [1] - 8:17
**DOROTHY** [1] - 4:11
**Douglas** [1] - 7:17
**DOUGLAS** [1] - 4:7
**DRAWER** [1] - 5:9
**DREW** [1] - 2:17
**DUGAN** [2] - 3:6, 3:6

**E**

**e-mailing** [1] - 10:18
**Eastern** [1] - 15:19
**EASTERN** [1] - 1:1
**ECHSNER** [1] - 2:10
**EDDIE** [1] - 3:22
**EDWARD** [1] - 2:14
**Eichholz** [1] - 10:24
**either** [1] - 11:13
**ELAINE** [1] - 4:8
**ELDON** [1] - 1:9
**electronic** [1] - 9:5
**ELIZABETH** [1] - 3:3
**ELM** [1] - 4:4
**EMBARCADERO** [1] - 3:4
**ENERGY** [1] - 2:4
**entitled** [1] - 15:20
**ESQUIRE** [29] - 1:13, 1:13, 1:17, 1:17, 1:21, 1:24, 2:4, 2:7, 2:11, 2:14, 2:17, 2:21, 2:21, 3:3, 3:6, 3:10, 3:13, 3:16, 3:22, 4:3, 4:7, 4:8, 4:11, 4:14, 4:17, 4:20, 4:23, 5:3, 5:7
**exact** [1] - 10:20
**expert** [1] - 8:13

**F**

**failure** [1] - 13:19
**Fallon** [1] - 7:16
**FALLON** [1] - 1:9

**FAXON** [1] - 4:3
**Federal** [1] - 10:5
**federal** [2] - 8:3, 13:22
**FEDERAL** [1] - 6:8
**fee** [2] - 12:10, 12:18
**FEE** [1] - 6:13
**fees** [1] - 12:9
**few** [1] - 11:21
**fill** [1] - 8:16
**fine** [1] - 8:18
**FIRM** [4] - 2:17, 2:20, 3:6, 3:12
**Firm** [2] - 10:24, 13:13
**first** [2] - 7:22, 15:3
**FISHBEIN** [1] - 1:20
**FL** [1] - 2:12
**FLOM** [2] - 4:13, 4:16
**Florida** [1] - 9:13
**focus** [1] - 13:9
**following** [2] - 12:6, 12:8
**FOR** [2] - 1:12, 4:7
**foregoing** [1] - 15:19
**forgot** [1] - 10:17
**FORMAL** [1] - 6:17
**formal** [1] - 15:8
**forth** [1] - 8:25
**forward** [3] - 8:13, 9:22, 15:5
**FOUR** [1] - 4:17
**four** [1] - 13:16
**FOX** [1] - 4:17
**FRANCISCO** [1] - 3:5
**FRED** [1] - 1:21
**FREEWAY** [1] - 3:22
**FRIDAY** [1] - 6:17
**Friday** [1] - 15:9
**fruitful** [1] - 9:22
**full** [1] - 14:3

**G**

**GAINSBURGH** [1] - 2:3
**Gaylyn** [3] - 8:1, 8:5, 8:6
**general** [1] - 10:12
**generals** [1] - 9:4
**gentlemen** [1] - 7:9
**Georgia** [1] - 10:23
**GERALD** [1] - 2:4
**given** [1] - 8:10
**government** [1] - 11:2
**GOVERNMENTAL** [1] - 6:11
**governmental** [1] - 11:22
**group** [4] - 14:10, 14:22, 14:23, 15:4

**grouping** [1] - 14:11
**groups** [1] - 14:20
**GULF** [1] - 3:22

**H**

**hand** [1] - 8:5
**handled** [2] - 8:11, 8:12
**hands** [1] - 14:3
**happiness** [1] - 8:7
**HARDING** [2] - 5:8, 5:8
**HASTINGS** [1] - 2:21
**HAVEN** [1] - 4:4
**HEARD** [1] - 1:9
**hearing** [1] - 12:8
**heart** [1] - 14:11
**Heather** [1] - 11:18
**HEATHER** [1] - 5:3
**HEIMANN** [1] - 3:3
**help** [1] - 11:21
**HENRY** [1] - 4:23
**hereby** [1] - 15:19
**HERMAN** [11] - 1:12, 1:13, 7:15, 7:24, 8:21, 10:4, 12:4, 12:11, 12:16, 12:20
**Herman** [2] - 7:16, 10:7
**home** [1] - 8:4
**hone** [1] - 14:19
**honestly** [1] - 10:17
**Honor** [21] - 7:17, 7:24, 8:21, 9:1, 9:3, 9:6, 9:12, 10:2, 10:4, 10:7, 11:4, 11:15, 11:18, 11:25, 12:4, 12:11, 12:16, 12:22, 14:6, 15:7
**HONORABLE** [1] - 1:9
**hope** [2] - 8:6, 10:11
**hopefully** [1] - 15:2
**HORN** [1] - 4:8
**host** [1] - 14:13
**HOUSTON** [4] - 2:15, 3:14, 3:17, 3:23
**HUBBARD** [1] - 4:19
**HUGHES** [1] - 4:19

**I**

**identifying** [1] - 13:9
**II** [1] - 8:23
**III** [1] - 10:14
**IN** [1] - 1:4
**including** [1] - 9:5
**inform** [2] - 14:22,

15:3
**injury** [5] - 12:2, 12:23, 13:2, 13:8, 13:12
**INJURY** [1] - 6:12
**INJURY.....................
.................** [1] - 6:16
**instantly** [1] - 9:14
**intend** [1] - 9:20
**interested** [1] - 14:1
**involved** [1] - 9:8
**involving** [1] - 9:3
**IS** [1] - 6:17
**issues** [2] - 10:10, 12:5
**ITEMS** [1] - 6:3
**IV** [1] - 10:5

**J**

**JACK** [1] - 3:16
**JAMES** [1] - 3:6
**job** [2] - 8:16, 8:19
**Joe** [1] - 11:7
**JOHN** [2] - 3:22, 4:14
**John** [1] - 11:24
**JOHNSTON** [1] - 5:3
**JR** [3] - 1:17, 3:9, 3:22
**Judge** [1] - 7:16
**JUDGE** [1] - 1:9
**Juneau** [3] - 8:24, 9:2, 11:25
**JUNEAU** [4] - 5:7, 5:7, 9:1, 10:2
**JURGENS** [1] - 4:23

**K**

**KATZ** [1] - 1:12
**Kentucky** [1] - 9:9
**KHERKHER** [1] - 3:21
**KING** [2] - 4:23, 4:23
**KINGSDORF** [1] - 2:7
**KREBS** [1] - 4:23
**KY** [1] - 2:22

**L**

**LA** [11] - 1:14, 2:5, 2:8, 2:19, 3:8, 3:11, 3:20, 4:12, 4:25, 5:4, 5:9
**ladies** [1] - 7:8
**lady** [1] - 7:25
**LAFAYETTE** [1] - 5:9
**LAKE** [1] - 2:19
**last** [3] - 11:1, 11:5, 11:20

**lastly** [1] - 11:4
**LAW** [7] - 2:17, 2:20, 3:6, 3:9, 3:12, 3:19, 5:3
**Law** [2] - 10:24, 13:13
**laws** [1] - 13:22
**lawyer** [1] - 8:3
**lead** [1] - 7:20
**least** [1] - 15:4
**LEIGH** [1] - 1:17
**LEONARD** [1] - 11:3
**LEVIN** [2] - 1:20, 2:10
**Lexy** [1] - 10:18
**LIABILITY** [1] - 1:4
**Liaison** [1] - 10:8
**liaison** [2] - 7:20, 13:4
**LIEFF** [1] - 3:3
**life** [1] - 8:7
**list** [2] - 10:16, 11:7
**listed** [1] - 7:22
**listening** [1] - 10:12
**litigant** [1] - 8:4
**litigating** [2] - 9:6, 9:8
**LITIGATION** [1] - 1:4
**Lone** [1] - 13:15
**LONGER** [1] - 1:21
**look** [2] - 8:13, 15:5
**Louisiana** [3] - 9:10, 15:18, 15:19
**LOUISIANA** [4] - 1:1, 1:5, 2:15, 5:13
**LOUISVILLE** [1] - 2:22
**LYRIC** [2] - 2:14

**M**

**mailing** [1] - 10:18
**MARGARET** [1] - 3:18
**Marvin** [2] - 7:17, 12:4
**MARVIN** [2] - 4:7, 7:17
**Master** [2] - 8:23, 9:2
**MASTER** [3] - 5:7, 9:1, 10:2
**MASTER.....................
...............** [1] - 6:6
**material** [2] - 13:21, 13:23
**matter** [2] - 9:3, 15:20
**matters** [2] - 12:12, 12:19
**MATTERS.................
..........................** [1] -
6:15
**MAYER** [1] - 4:20
**MAYNARD** [1] - 3:15
**MCCARTHY** [1] - 2:13
**MDL** [2] - 1:5, 7:11
**MEAGHER** [2] - 4:13,

4:16
**mean** [1] - 9:11
**meaning** [1] - 13:12
**MECHANICAL** [1] -
5:15
**medical** [1] - 13:14
**MEGAN** [1] - 2:21
**mentioned** [1] - 12:14
**Merck** [6] - 7:18, 13:4, 13:7, 13:14, 13:20
**Merit** [1] - 15:18
**met** [1] - 7:20
**methods** [1] - 13:1
**METHVIN** [1] - 1:16
**MEUNIER** [2] - 2:3, 2:4
**MICHAEL** [1] - 4:3
**microphone** [1] - 7:13
**might** [1] - 15:2
**MILES** [1] - 1:16
**million** [1] - 11:12
**miss** [1] - 8:10
**Mississippi** [1] - 9:15
**MITCHELL** [1] - 2:10
**money** [1] - 11:11
**Montana** [1] - 9:12
**MONTGOMERY** [1] -
1:19
**MONTHLY** [1] - 1:8
**monthly** [1] - 7:19
**months** [1] - 11:21
**morning** [5] - 7:8, 7:15, 7:17, 9:6, 11:18
**most** [1] - 11:2
**Motion** [1] - 13:18
**motions** [4] - 12:7, 12:8, 12:13
**moving** [1] - 8:18
**MR** [10] - 7:15, 7:17, 7:24, 8:21, 10:4, 11:25, 12:4, 12:11, 12:16, 12:20
**MS** [8] - 10:7, 10:22, 11:15, 11:18, 12:22, 13:1, 14:6, 15:5
**multidistrict** [1] - 8:12

**N**

**N.W** [1] - 4:8
**NABERS** [1] - 2:13
**NAMFCU** [2] - 9:9, 10:9
**need** [1] - 13:20
**needs** [2] - 13:22, 14:4
**new** [4] - 8:21, 8:24, 10:4, 10:22
**NEW** [16] - 1:5, 1:14,

1:25, 2:5, 2:8, 3:8, 3:20, 4:4, 4:12, 4:14, 4:18, 4:21, 4:25, 5:4, 5:13
**New** [1] - 9:10
**NEXT** [1] - 6:17
**next** [2] - 9:21, 15:8
**NO** [1] - 1:5
**No's** [1] - 9:20
**note** [1] - 10:8
**noted** [1] - 11:5
**nothing** [3] - 8:21, 10:4, 11:1
**November** [2] - 15:7, 15:9
**NOVEMBER** [1] - 6:18
**Number** [1] - 7:11
**number** [3] - 7:14, 10:13, 10:20
**numbered** [1] - 15:20
**numeral** [4] - 8:22, 8:23, 10:5, 10:14
**NW** [1] - 4:14
**NY** [2] - 1:25, 4:21

**O**

**O'DELL** [1] - 1:17
**O'KEEFE** [1] - 1:14
**OAK** [1] - 3:16
**OF** [4] - 1:1, 1:8, 3:9, 5:3
**OFFICE** [3] - 1:18, 2:18, 3:9
**office** [2] - 10:17, 11:19
**OFFICES** [1] - 5:3
**Official** [2] - 15:18, 15:23
**OFFICIAL** [1] - 5:12
**Oklahoma** [3] - 9:15, 10:9
**old** [1] - 7:25
**OLDFATHER** [6] -
2:20, 2:21, 12:22, 13:1, 14:6, 15:5
**Oldfather** [3] - 12:4, 13:13, 13:22
**ONE** [3] - 1:24, 3:7, 4:20
**one** [2] - 9:2, 10:22
**open** [1] - 11:5
**ORDER** [1] - 7:4
**order** [2] - 7:22, 13:23
**ORLEANS** [10] - 1:5, 1:14, 2:5, 2:8, 3:8, 3:20, 4:12, 4:25, 5:4, 5:13
**Oser** [1] - 8:18

**OTHER** [1] - 6:15
**outstanding** [1] -
10:10

**P**

**P.O** [1] - 5:9
**PAGE** [1] - 6:3
**PAPANTONIO** [1] -
2:10
**paper** [1] - 14:17
**PARK** [2] - 3:13, 4:20
**PARSON** [1] - 3:15
**part** [1] - 13:18
**particular** [1] - 14:23
**parties** [1] - 13:1
**Patrick** [1] - 9:2
**PATRICK** [1] - 5:7
**Patton** [1] - 9:7
**PENDING** [1] - 6:12
**pending** [3] - 10:25, 12:2, 12:13
**Pennsylvania** [1] -
9:10
**PENNSYLVANIA** [1] -
1:22
**PENSACOLA** [1] -
2:12
**people** [2] - 7:14, 13:16
**Pepper** [2] - 15:17, 15:22, 15:22
**PEPPER** [1] - 5:12
**perhaps** [2] - 14:17, 15:6
**person** [1] - 8:15
**PERSONAL** [2] - 6:12, 6:16
**personal** [6] - 7:24, 12:2, 12:23, 13:2, 13:8, 13:11
**persons** [1] - 12:23
**PHILADELPHIA** [1] -
1:22
**phone** [4] - 7:14, 9:7, 9:13, 13:24
**PIGMAN** [1] - 4:10
**Pine** [1] - 13:15
**PLACE** [3] - 3:7, 3:13, 4:24
**plaintiff** [1] - 11:6
**plaintiffs** [2] - 7:16, 10:25
**PLAINTIFFS** [1] - 1:12
**PLAZA** [1] - 4:20
**pleasure** [2] - 8:2, 8:7
**point** [4] - 7:24, 9:24, 13:6, 13:7
**Pools** [1] - 10:23

**PORTIS** [1] - 1:16
**POST** [3] - 1:18, 2:18, 3:16
**POYDRAS** [4] - 2:5, 2:8, 5:4, 5:12
**precisely** [1] - 9:23
**preparation** [2] - 13:2, 13:10
**pretty** [1] - 11:20
**print** [1] - 10:18
**private** [1] - 11:3
**privilege** [1] - 7:24
**PRO** [2] - 5:3, 6:10
**pro** [2] - 11:16, 11:19
**problems** [1] - 14:13
**proceedings** [3] - 11:11, 15:11, 15:20
**PROCEEDINGS** [3] - 1:8, 5:15, 7:1
**process** [5] - 9:9, 9:18, 13:8, 14:14, 15:1
**PROCTOR** [1] - 2:10
**PRODUCED** [1] - 5:15
**PRODUCTS** [1] - 1:4
**program** [2] - 7:22, 8:20
**PROGRAM...............
..................** [1] - 6:5
**prosecute** [1] - 13:19
**provide** [2] - 11:7, 13:12
**provided** [3] - 13:13, 13:14, 13:17
**PTOS** [1] - 6:12
**PTOs** [1] - 12:3
**pursue** [1] - 13:23
**pursuing** [2] - 14:1, 14:4

## Q

**quickly** [1] - 9:18

## R

**RAFFERTY** [1] - 2:11
**RANIER** [2] - 2:17, 2:17
**rather** [1] - 15:1
**RE** [1] - 1:4
**re** [1] - 7:11
**ready** [1] - 14:21
**really** [2] - 8:13, 13:20
**Realtime** [2] - 15:17, 15:23
**receive** [1] - 11:19
**recommend** [1] -

14:20
**record** [3] - 7:13, 9:1, 15:20
**RECORDED** [1] - 5:15
**records** [1] - 13:14
**REED** [1] - 4:19
**regard** [7] - 9:19, 9:23, 10:14, 10:22, 11:1, 14:5, 14:7
**Registered** [1] - 15:17
**registry** [1] - 11:13
**regulations** [1] - 13:22
**rejected** [1] - 10:9
**remained** [1] - 11:20
**remaining** [2] - 13:2, 13:11
**remand** [1] - 10:23
**remands** [2] - 10:22, 10:25
**reminding** [1] - 10:12
**report** [4] - 9:2, 9:14, 9:21, 10:6
**REPORTER** [1] - 5:12
**Reporter** [6] - 15:17, 15:18, 15:18, 15:23, 15:23
**REPORTER'S** [1] - 15:16
**reports** [1] - 13:15
**RESERVE** [1] - 3:11
**resolve** [1] - 14:24
**retirement** [2] - 8:6, 8:14
**REZNICK** [1] - 5:3
**REZNIK** [1] - 11:18
**Reznik** [1] - 11:18
**rise** [1] - 7:7
**RMR** [1] - 15:22
**ROBERT** [1] - 5:3
**Roman** [4] - 8:22, 8:23, 10:5, 10:14
**ROOM** [1] - 5:12
**RPR** [1] - 5:12
**RUSS** [1] - 1:13
**Russ** [1] - 7:16
**RYAN** [1] - 2:18

## S

**s/Cathy** [1] - 15:22
**SAN** [1] - 3:5
**SANFORD** [2] - 3:12, 3:13
**schedule** [1] - 13:3
**se** [2] - 11:16, 11:19
**SE** [2] - 5:3, 6:10
**seated** [1] - 7:8
**SEDRAN** [1] - 1:20
**see** [4] - 10:19, 11:7,

14:22, 15:1
**SEEGER** [1] - 1:23, 1:24
**sent** [1] - 11:14
**SEPTEMBER** [2] - 1:6, 7:2
**set** [1] - 12:9
**settled** [1] - 11:8
**SETTLEMENT** [1] - 6:5
**settlement** [3] - 7:22, 8:20, 10:10
**SEVENTH** [1] - 3:10
**several** [1] - 11:19
**share** [1] - 10:19
**SHELLY** [1] - 3:13
**shoes** [2] - 8:15, 8:16
**short** [2] - 9:2, 14:25
**side** [1] - 10:8
**SKADDEN** [2] - 4:13, 4:16
**SLATE** [2] - 4:13, 4:16
**sorry** [1] - 10:8
**SOUTH** [2] - 2:11, 2:22
**South** [1] - 10:10
**Southern** [1] - 10:23
**Special** [2] - 8:23, 9:2
**special** [1] - 10:13
**SPECIAL** [4] - 5:7, 6:6, 9:1, 10:2
**specific** [2] - 13:4, 14:21
**spoken** [1] - 9:17
**SQUARE** [1] - 4:17
**ST** [2] - 4:24, 4:24
**stand** [3] - 8:1, 8:5
**standpoint** [1] - 14:17
**STATE** [1] - 6:8
**State** [3] - 10:5, 10:8, 15:18
**STATE-FEDERAL** [1] - 6:8
**State-Federal** [1] - 10:5
**STATES** [2] - 1:1, 1:9
**States** [2] - 15:18, 15:24
**states** [4] - 9:7, 9:8, 9:19, 11:11
**STATUS** [2] - 1:8, 6:17
**status** [7] - 7:19, 9:25, 11:1, 11:5, 12:1, 12:24, 15:8
**STENOGRAPHY** [1] - 15:15
**step** [1] - 8:25
**still** [1] - 11:6
**STONE** [1] - 4:10

**STRATTON** [2] - 4:3, 4:3
**STREET** [18] - 1:18, 1:21, 1:24, 2:5, 2:8, 2:11, 2:18, 2:22, 3:4, 3:7, 3:10, 3:19, 4:4, 4:8, 4:11, 5:4, 5:8, 5:12
**strokes** [1] - 14:12
**submitted** [1] - 13:24
**succession** [1] - 11:10
**suggesting** [1] - 15:5
**SUITE** [13] - 1:21, 2:5, 2:8, 2:11, 2:15, 3:4, 3:7, 3:13, 3:16, 3:19, 3:22, 5:4, 5:8

## T

**TEN** [1] - 3:13
**THE** [28] - 1:9, 1:12, 4:7, 5:8, 6:6, 6:17, 7:7, 7:8, 7:11, 7:12, 7:19, 8:8, 8:9, 9:24, 10:3, 10:21, 11:9, 11:16, 11:22, 12:2, 12:7, 12:13, 12:17, 12:21, 12:25, 13:20, 14:7, 15:8
**THEODORE** [1] - 4:20
**thereabouts** [1] - 14:9
**thinking** [1] - 15:4
**THIRD** [1] - 2:22
**THOMAS** [2] - 2:10, 4:17
**three** [1] - 9:21
**throughout** [1] - 11:20
**TIMES** [1] - 4:17
**TO** [1] - 7:4
**today** [2] - 7:19, 12:9
**together** [2] - 13:4, 14:8
**TPP** [2] - 11:3
**TRANSCRIPT** [2] - 1:8, 5:15
**transcript** [1] - 15:19
**trial** [2] - 13:9, 14:21
**trials** [1] - 15:2
**tried** [1] - 14:22
**tROY** [1] - 2:11
**true** [1] - 15:19
**truly** [1] - 8:13
**try** [3] - 10:16, 14:21, 14:25
**TWELFTH** [1] - 4:8
**two** [1] - 9:21
**TX** [4] - 2:15, 3:14, 3:17, 3:23

## U

**under** [2] - 8:21, 12:12
**United** [2] - 15:18, 15:24
**UNITED** [2] - 1:1, 1:9
**up** [5] - 8:1, 8:2, 8:18, 13:16, 15:2
**update** [1] - 10:24
**URQUHART** [1] - 3:16
**Utah** [1] - 9:10

## V

**various** [2] - 11:11, 13:8
**vascular** [1] - 14:13
**versus** [1] - 10:23
**VIOXX** [1] - 1:4
**Vioxx** [1] - 7:11

## W

**WALNUT** [1] - 1:21
**WALTHER** [1] - 4:10
**WARSHAUER** [1] - 2:3
**WASHINGTON** [2] - 4:9, 4:15
**WEDNESDAY** [2] - 1:6, 7:2
**week** [1] - 11:20
**WEISS** [1] - 1:23
**WEST** [1] - 3:4
**WHEREUPON** [1] - 15:11
**whole** [1] - 11:8
**WILLIAM** [1] - 1:24
**WILLIAMS** [3] - 3:21, 3:22, 4:7
**WIMBERLY** [1] - 4:11
**wind** [1] - 15:2
**wise** [1] - 8:10
**wish** [1] - 8:6
**WITTMANN** [1] - 4:10
**WOODWARD** [1] - 3:18
**world** [1] - 8:18
**written** [1] - 13:12

## Y

**years** [2] - 7:25, 8:1
**YORK** [4] - 1:25, 4:18, 4:21
**York** [1] - 9:10
**young** [2] - 7:25, 9:13

**YOUR** [1] - 4:14