UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**This document relates to:   ALL CASES**

## ORDER

Pursuant to the hearing on October 12, 2011, which confirmed that certain of the amounts withheld by the Claims Administrator as compensation for Co-Lead and Liaison Counsel for Objectors are undisputed,

IT IS ORDERED that the Claims Administrator shall disburse the following amounts to Co-Lead and Liaison Counsel from the amounts ordered withheld on September 30, 2011 (Rec. Doc. 63457), in full satisfaction of the following objectors' obligation to Co-Lead and Liaison Counsel for fees and costs:

| | |
|---|---|
| Bruno & Bruno: | $3,510.48 |
| Cohen, Placitella & Roth: | $510.48 |
| Eric Weinberg: | $510.48 |
| Lockridge, Grindal, Nauen: | $30,510.48 |
| Morelli Ratner: | $22,597.48 |
| The Murray Law Firm: | $28,030.48 |
| Roda Nast, P.C.: | $10,710.48 |
| Sheller P.C. | $64,146.48 |

The remainder of the withheld amounts will be addressed by separate Order.

New Orleans, Louisiana, this 25th day of October, 2011.

*/s/ Eldon E. Fallon*
UNITED STATES DISTRICT JUDGE