UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                             :     MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION            :     SECTION: L
                                                         :
                                                         :     JUDGE FALLON
                                                         :     MAG. JUDGE KNOWLES
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**This document relates to:**   *Oralia F. Alaniz, et al. v. Merck & Co., Inc.*, No. 06-10281(only as to June Bennett)

### ORDER

The Court is in receipt of supplemental correspondence from Vioxx claimant June Bennett.

IT IS ORDERED that Ms. Bennett's correspondence be entered into the record and that Plaintiff's Liaison Counsel take it into consideration.

New Orleans, Louisiana, this 26th day of October, 2011.

                                              UNITED STATES DISTRICT JUDGE

Clerk to serve:

Mr. Russ Herman  
Plaintiff's Liaison Counsel  
Herman, Herman Katz & Cotlar, LLP  
820 O'Keefe Ave.  
New Orleans, LA 70113  

June Bennett  
7575 Chaucer Pl. # 2901  
Dallas, TX 75237  

Mr. Phillip Wittmann  
Stone Pigman Walter Wittmann, LLC  
546 Carondelet Street  
New Orleans, LA 70130  

Thomas M. Corea  
Corea Firm  
325 N. St. Paul Street  
Suite 4150  
Dallas, TX 75201