Advice

RECEIVED
OCT 24 2011
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

10/20/2011

Dear Liaison Counsel, Judge Fallon, Hon.

This is June A. Bennett. I want to thank you for replying back to me so soon. Your reply arrived Tuesday, 10/18/2011. Thank you.

To make it easier for you and me to understand what this whole matter is with the paper work sent to the Liaison Counsel for review and what questions should be asked to my attorney, Chris Corea, is:

- A. Why did'nt the lawyer get the correct medical information from Ambulance date for sureness of the — — — — Heart Attack? Or did they?

- B. Why was Lawyer not present at Litigation meeting. No prep talk to her to help her?

- B. Why in all these years from 1995 to 2007, would the only year 1997, when she had the Heart attack medical records not be sent back to her when she requested a copy of her file for review to send back to Liaison Counsel? She went to the doctor for a copy, and year 1997, was deleted. She was told "not available". She went to the Doctor from 1995 to 2007, why would she would miss a whole year of needing medication in 1997? No. Also pharmacy prescription printout would tell, but they gave a printout starting at 2005 year. She turned in a full prescription printout in the beginning starting at 1996-2007 showing Vioxx being taken.

- C. Other medical evidence provided; EKG info., City of Dallas Ambulance Service were not returned to her.

Dear Sir I don't understanding, and what's really going on. If you could request copies of all Medical Records, and find year 1997 records missing, you would say, <u>why,</u> yourself. Also, I have asked the Honorable Judge Fallon to grant me a <u>Lift of Order</u> to Ambulance service rendered to me to the hospital. Doctor + Lawyer?
— Law —

Thank you again in this matter.
Please put into my file.
Copies:   Mr. Russ Herman
          Plaintiff's Liaison Counsel

          Mr. Phillip Wittmann
          Stone Pigman Walter Wittmann, LLC

          Vioxx Pro Se Curator

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

This document relates to: *Oralia F. Alaniz, et al. v. Merck & Co., Inc.*, No. 06-10281(only as to June Bennett)

## ORDER

The Court is in receipt of correspondence from Vioxx claimant June Bennett. Ms. Bennett expresses dissatisfaction with the handling of her Vioxx claim. In particular, Ms. Bennett states that she submitted materials regarding her Vioxx use and her 1997 heart attack to her attorney, but that when she requested a copy of her file from her attorney those materials were not contained in the file.

Ms. Bennett was named as a plaintiff in a complaint filed in the Eastern District of Texas on September 21, 2006 and transferred to the MDL on December 28, 2006. It is apparent from the materials Ms. Bennett has submitted that she enrolled in the Resolution Program, failed one of the Gates, and submitted a Future Evidence Stipulation that was accepted by Merck. The materials also indicate that Ms. Bennett was deposed by Merck on May 10, 2011. Merck submitted Ms. Bennett's stipulation of dismissal on July 22, 2011 (Rec. Doc. 63135) and the Court entered an Order of Dismissal With Prejudice on July 27, 2011 (Rec. Doc. 63155). Thus, at present Ms. Bennett's case is closed.

IT IS ORDERED that Ms. Bennett's correspondence be entered into the record UNDER

1

SEAL because it contains her Social Security Number as well as medical records, with a copy to be sent to Plaintiff's Liaison Counsel. The PLC is directed to contact Ms. Bennett's attorney, Thomas M. Corea, to investigate Ms. Bennett's complaints and to report to the Court.

New Orleans, Louisiana, this 17th day of October, 2011.

UNITED STATES DISTRICT JUDGE

Clerk to serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130

June Bennett
7575 Chaucer Pl. # 2901
Dallas, TX 75237

Thomas M. Corea
Corea Firm
325 N. St. Paul Street
Suite 4150
Dallas, TX 75201

June Bennett
7575 Chaucer Pl.
# 2901
Dallas, TX 75237