# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 11-30792

MD 05-1657-L

In Re: VIOXX PRODUCTS LIABILITY LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED OCT 27 2011

LORETTA G. WHYTE
CLERK

---

THE BRANCH LAW FIRM,

    Appellant

KATHRYN SNAPKA, JOSE ESCOBEDO, JR., DAVID HOCKEMA,

    Plaintiffs - Appellants

v.

RUSS M. HERMAN; LEONARD A. DAVIS; STEPHEN J. HERMAN; ANDY D. BIRCHFIELD, JR.; CHRISTOPHER A. SEEGER; THOMAS V. GIRARDI; MARK LANIER; EDWARD F. BLIZZARD; PERRY WEITZ; TROY RAFFERTY; ARNOLD LEVIN,

    Appellees

---

Appeals from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

CLERK'S OFFICE:

Under FED. R. APP. P. 42(b), the appeal is dismissed as of October 25, 2011, pursuant to appellants' unopposed joint motion.

    LYLE W. CAYCE
    Clerk of the United States Court
    of Appeals for the Fifth Circuit

    Misty Fontenot

    By: _____ OCT 25 2011
    Misty L. Fontenot, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| IN RE: VIOXX ) | No. 11-30792 |
| PRODUCTS LIABILITY LITIGATION ) | |
| _____) | U.S. Dist. Ct. 2:05-md-01657 EEF-DEK |

### CONSENT MOTION TO VOLUNTARIY DISMISS APPEAL; ORDER THEREON

Appellants/Claimants The Branch Law Firm; Kathryn Snapka (successor-in-interest to Snapka, Turner & Waterhouse); and Escobedo, Tippit & Cárdenas (referred to on appeal by real parties in interest José Escobedo, Jr. and David Hockema), by and through their attorneys of record, hereby move pursuant to *Fed. R. App. P. 42* to voluntarily dismiss the above-captioned Appeal from the following orders with prejudice:

(1) August 25, 2011 Order (Record Doc. 63314) regarding distribution of Common Benefit Funds;

(2) August 9, 2001 Orders and Reasons (Record Doc. 63195) denying objections and allocating common benefit attorneys' fees among attorneys who did common benefit work;

(3) August 5, 2011 Orders and Reasons (Record Doc. 63188) denying objections to Special Master Juneau's Report and Recommendations, and to certain evidentiary rulings the Special Master made at the hearing the Special Master supervised from May 9 to May 13, 2011;

(4) April 21, 2011 Order (Record Doc. 62883) denying appeal objecting to the Special Master's Report and Scheduling Order and motion to expedite and to stay the Scheduling Order pending the Court's ruling on the appeal;

(5) March 22, 2011 Order and Reasons (Record Doc. 62716) denying partial summary judgment to strike the Fee Allocation Committee's recommendation as to how the common benefit fees should be allocated; and

(6) January 1, 2011 Order (Record Doc. 60824) denying request for production of the points grid the Fee Allocation Committee used during its preparation of the recommended allocation of common benefit attorneys' fees.

Appellee the Fee Allocation Committee does not oppose the dismissal of the appeal and has agreed that each party shall bear their own attorneys' fees and costs.

Dated: October 21st, 2011

For Appellant The Branch Law Firm:

BRANCH LAW FIRM

_____
Turner W. Branch
2025 Rio Grande Blvd. NW
Albuquerque, NM 87107
(505) 243-3500 (Telephone)
(505) 243-3534 (Telefax)

Dated: October 21st, 2011

For Appellant Kathryn Snapka, José Escobedo, and David Hockema:

BEIRNE, MAYNARD & PARSONS, L.L.P.

_____
Jack E. Urquhart
1300 Post Oak Blvd., Ste 2400
Houston, TX 77056
(713) 871-6760 (Telephone)
(713) 960-1527 (Telefax)

## ORDER

IT IS SO ORDERED that Appeal No. 11-30792 is dismissed with prejudice.

Dated: _____          _____
                                         Clerk of the Fifth Circuit Court of Appeals

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

October 25, 2011

Ms. Loretta Whyte
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 11-30792, In Re: Vioxx Prod Liability, et al
        USDC No. 2:05-MD-1657

Enclosed is a copy of the judgment issued as the mandate.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: *Misty Fontenot*
                          Misty L. Fontenot, Deputy Clerk
                          504-310-7716

cc w/encl:
    Mr. Andy D. Birchfield Jr.
    Mr. Edward F Blizzard
    Mr. Turner Williamson Branch
    Mr. Leonard Arthur Davis
    Mr. Thomas V. Girardi
    Mr. Russ M Herman
    Mr. Stephen Jay Herman
    Mr. W. Mark Lanier
    Mr. Arnold Levin
    Mr. Troy Rafferty
    Mr. Chris Seeger
    Mr. Jack E. Urquhart
    Mr. Perry Weitz