UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**This document relates to:**   *Smita Sanjanwala v. Merck & Co., Inc.*, 2:05-cv-01011

## ORDER

The Court has received Merck's Motion, Rule and Incorporated Memorandum to Show Cause Why Case Should Not Be Dismissed With Prejudice for Failure to Prosecute (Rec. Doc. 63522).

IT IS ORDERED that Plaintiff shall file her response to the matter on or before November 2, 2011. The Court will discuss the matter with the parties at the Monthly Status Conference on November 4, 2011 and take appropriate action.

New Orleans, Louisiana, this 27th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE