# EXHIBIT C

**OLDFATHER LAW FIRM**
ATTORNEYS AT LAW
1330 SOUTH THIRD STREET
LOUISVILLE, KENTUCKY 40208

ANN B. OLDFATHER†
aoldfather@oldfather.com

VICKI L. BUBA *
vbuba@oldfather.com

KIRSTEN R. DANIEL*
kdaniel@oldfather.com

R. SEAN DESKINS
sdeskins@oldfather.com

* Also admitted in Indiana
† Board Certified in Civil Trial Advocacy

TELEPHONE 502.637.7200
FAX 502.637.3999
www.oldfather.com

May 24, 2011

**_VIA EMAIL and U.S. MAIL_**
Emily R. Pistilli, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC  20005-5901

    RE:    *Vioxx Physician Depositions*

Dear Emily:

    I last heard from you on April 11, 2011, about this topic and I answered you on April 15. When you inquired as to my availability, I told you that I would not be available until mid-July (attached is a copy of that email of April 15, 2011). I told you that scheduling could be facilitated if you would give me the list of who you wanted to depose. I would not have thought that it was standard Williams & Connolly practice to wait five-plus weeks to respond, to ignore my request to confer and to arbitrarily select dates and issue notices, all but one of which are during the dates I told you I was not available.

    Please withdraw those deposition notices and I will work through your list and proposed dates. If you will not confirm that these deposition notices are withdrawn, I will seek a protective order based on your failure to cooperate in this extensive scheduling, and I will ask Judge Fallon to address this at the June 1, 2011, conference.

    Additionally, Greg Feather and Brian Goldstein are counsel of record in these cases, and I would appreciate it if you would copy them on correspondence that pertains to their clients.

    I look forward to hearing from you so that we can work through this cooperatively.

                                                       Sincerely,

                                                       Ann B. Oldfather

ABO/mas
Enclosure

## Ann Oldfather

**From:** Ann Oldfather
**Sent:** Friday, April 15, 2011 8:53 AM
**To:** 'Pistilli, Emily'
**Cc:** Gregory Feather; Melissa A. Schultz; Colleen Shields
**Subject:** RE: Doctor depositions

Emily—

I have been meaning to reply to you for the last few days—sorry for the delay.

I have already told you and Doug that I am unavailable for most of June and the first part of July. However, depending on which doctor and which case my attendance may not be necessary.

The bigger problem is that we need to know which cases will be prepared first for trial, and that will involve some choices for Merck and for plaintiffs. That is exactly what we are discussing with Judge Fallon right now, and Merck (as far as I am concerned) is not abiding by his direction that I be provided with PPF forms and all expert reports so that I can prepare the census he wants and we can come up with a process to resolve all remaining cases. It will take years to resolve them with a shot gun approach across all cases, and with unlimited depositions by Merck.

Perhaps Doug and I can discuss this next week? I have pretty good availability Monday, Tuesday and Wednesday, but not today I am sorry to say.

Ann

Ann B. Oldfather
OLDFATHER LAW FIRM
1330 S. Third St.
Louisville, KY 40208
502.637.7200
502.637.3999 fax
Email: aoldfather@oldfather.com

---

**From:** Pistilli, Emily [mailto:EPistilli@wc.com]
**Sent:** Monday, April 11, 2011 4:55 PM
**To:** Ann Oldfather
**Cc:** Gregory Feather; Melissa A. Schultz; Colleen Shields
**Subject:** Doctor depositions

Ann,

We plan to move forward at this point to arrange dates for the depositions of the relevant doctors in the

5/24/2011