Clerk's Office
United States District Court
Eastern District of Louisiana
New Orleans, LA. 70130

Change of Address
Dorothy A. Griffin
901 Boston Ave.
New Boston, TX. 75570

05-MD-1657 L(3)

OLD Address

New Address
Dorothy A. Griffin
2317 South Pleasant Valley Rd.
apt. #1022
Austin, TX. 78741

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED OCT 31 2011
LORETTA G. WHYTE
CLERK

TENDERED FOR FILING

OCT 31 2011

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee ___
___ Process ___
X  Dktd ___
X  CtRmDep ___
___ Doc No. ___

Cindy A. Wiggins
2317 South Pleasant Valley Rd.
Apt. # 1032
Austin, TX. 78741

Clerk's Office
United States District Court
Eastern District of Louisiana
New Orleans, LA. 70130