UNITE STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION: L |
| Re:  *Karen Moore and Richard Moore v.* | : | |
|     *Merck and Co., Inc.*, 2:06-cv-05783-EEF-DEK | : | JUDGE FALLON |
|     (Claimant Karen S. Moore) | : | |
| | : | MAGISTRATE |
| | : | JUDGE KNOWLES |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

## MOTION FOR RELEASE OF FUNDS

On April 25, 2009, the Vioxx Claims Administrator issued an "R-30" deficiency, having determined that Representative Claimant and surviving spouse Richard B. Moore, Sr. signed the settlement Release on behalf of decedent Karen S. Moore without formal legal authority to do so. On or about September 19, 2011, pursuant to the Court's Order of August 11, 2011 (Rec. Doc. 63216), the Claims Administrator deposited the sum of $103,959.37 into the registry of this Court representing the net settlement funds attributable to Claimant Karen Moore. The Court's Order of August 11, 2011 provided that Claimants may petition the Court for an order releasing said funds by showing that any legal impediment to receiving those funds has been resolved.

On September 12, 2011, the Register of Wills in and for the County of Chester in the Commonwealth of Pennsylvania granted to Richard B. Moore, Sr. Letters of Administration on the Estate of Karen S. Moore, giving him authority to sign the settlement Release in the above-captioned matter. A copy of the Short

Certificate certifying Richard Moore's authority to act in this regard is attached hereto as Exhibit A. On October 11, 2011, the Claims Administrator revoked the R-30 deficiency as to the Release of Claimant Karen S. Moore, and so the legal impediment to receiving Claimant's settlement funds has now been resolved.

WHEREFORE, Claimants' undersigned counsel respectfully requests this Court to issue an Order releasing said funds attributable to Claimant Karen S. Moore in the amount of $103,959.37 as provided in the accompanying proposed Order.

Respectfully submitted,

MESHBESHER & SPENCE. LTD.
1616 Park Avenue
Minneapolis, MN  55404
Telephone: (612) 339-9121
Facsimile: (612) 339-9121


/s/ Anthony J. Nemo
Anthony J. Nemo, Counsel for Claimants
Karen S. Moore and Richard B. Moore

# SHORT CERTIFICATE

COMMONWEALTH OF PENNSYLVANIA  
COUNTY OF CHESTER

File Number: 1511-1601

I, PAULA GOWEN, Register of Wills, in and for the County of Chester in the Commonwealth of Pennsylvania, do hereby certify that on the 12th day of September, 2011

LETTERS OF ADMINISTRATION  
on the Estate of:  
    KAREN S. MOORE, Deceased  
    aka K. S. MOORE  
    aka KAREN J. MOORE  
    aka KAREN JOHNSON MOORE

were granted to:  
RICHARD B. MOORE SR.

having first been qualified well and truly to administer the same. I further certify that no revocation of said Letters appears of record in my office.

Date of Death: 01/21/2007  
Soc. Sec. No.: 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

Given under my hand and seal of office this  
12th day of September, 2011

*Deputy for the Register of Wills*

NOT VALID WITHOUT ORIGINAL SIGNATURE AND IMPRESSED SEAL



EXHIBIT A