UNITE STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION: L |
| Re:  *Karen Moore and Richard Moore v.* | : | |
|     *Merck and Co., Inc.*, 2:06-cv-05783-EEF-DEK | : | JUDGE FALLON |
|     (Claimant Karen S. Moore) | : | |
| | : | MAGISTRATE |
| | : | JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

## ORDER

Based upon Motion of counsel for deceased Claimant Karen S. Moore and Representative Claimant Richard B. Moore, Sr. seeking the release of funds attributable to Claimant Karen Moore from the registry of this Court,

IT IS ORDERED that the motion is GRANTED. The Clerk of the United States District Court, Eastern District of Louisiana, is authorized and directed to draw a check on the funds deposited into the registry of this Court attributable to Claimant Karen Moore in the amount of $103,959.37, payable to her attorneys Meshbesher & Spence, Ltd., 1616 Park Avenue, Minneapolis, Minnesota  55404.

New Orleans, Louisiana, this ____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE