## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion for Release of Funds and proposed Order have been served on Liaison Counsel, Russ Herman, Ann B. Oldfather, and Phillip Wittmann, by U.S. Mail and email or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(b), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on this 1st day of November, 2011.

      /s/ Anthony J. Nemo
      Anthony J. Nemo
      MN Attorney Reg. No. 221351
      Attorney for Claimants
      MESHBESHER & SPENCE LTD
      1616 Park Avenue
      Minneapolis, MN  55404
      Telephone: (612) 339-9121
      Facsimile: )612) 339-9188
      tnemo@meshbesher.com