UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | ) | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | Section L |
| | ) | |
| THIS DOCUMENT RELATES | ) | JUDGE FALLON |
| TO ALL CASES | ) | MAGISTRATE KNOWLES |
| | ) | SPECIAL MASTER JUNEAU |
| FILER: THE BRANCH LAW FIRM | ) | |
| | ) | Submission Date: September 16, 2011 |

**BRANCH LAW FIRM'S UNOPPOSED MOTION TO
RETRACT STATEMENTS REGARDING BROWN, GREER**

Claimant and former Objector The Branch Law Firm hereby moves to retract in full, from any of its previously-filed briefs regarding the Vioxx Common Benefit Fund, all accusations of any breach of fiduciary duty or any wrongdoing by BrownGreer PLC.

Respectfully submitted,

Dated: November 2, 2011

**THE BRANCH LAW FIRM**

Turner W. Branch
tbranch@branchlawfirm.com
2025 Rio Grande Blvd. NW
Albuquerque, New Mexico 87104
(505) 243-3500 (telephone)
(505) 243-3354 (telefax)

1

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing document has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing

_____
Turner W. Branch