# Exhibit A

# Exhibit A

| | Plaintiff | Derivative Plaintiff | State of Residence -Time of Injury | Plaintiff Counsel | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 1. | Albertson, Beverly A | Person, Dennis | MO | Cory, Watson, Crowder & DeGaris | Albertson, Beverly v. Merck & Co., Inc. | 2:06-cv-06236-EEF-DEK |
| 2. | Amiss, Louise H | D'Angelo, Mary | NJ | Pro Se | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK |
| 3. | Bland, Violet M | Popp, Jennifer; Bland, Anna | KY | Oldfather Law Firm | Popp, Jennifer M. v. Merck & Co., Inc. | 2:06-cv-01926-EEF-DEK |
| 4. | Brown, Dianne | | NY | Pro Se | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 5. | Byrd, Deborah A | Byrd, David | OH | Pro Se | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 6. | Carver, Gail F. | Carver, Wayne | MA | Oldfather Law Firm | Carver, Roger v. Merck & Co., In | 2:05-cv-04981-EEF-DEK |
| 7. | Dumbell, Mabel C | | MO | Fibich, Hampton & Leebron | Barker, Rita B. v. Merck & Co., Inc. | 2:05-cv-06535-EEF-DEK |
| 8. | Eddy, Judith | | PA | Pro Se | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| 9. | Fulton, Rebeka K | Fulton, Arthur; Fulton, Savanna; Highes, Shirley | AR | Cory, Watson, Crowder & DeGaris | Fulton, Arthur v. Merck & Co., Inc. | 2:05-cv-00436-EEF-DEK |
| 10. | Garner, Elizabeth A | | LA | Robert L. Salim | Black, Bill v. Merck & Co., Inc. | 2:05-cv-04452-EEF-DEK |
| 11. | Gasio, Dane B | | SC | Federman & Sherwood/Strong, Martin & Associates | Gasio, Dane v. Merck & Co., Inc. | 2:07-cv-01054-EEF-DEK |
| 12. | Graham, Larry N | | OK | Federman & Sherwood/Strong, Martin & Associates | Graham, Larry v. Merck & Co., Inc. | 2:07-cv-01055-EEF-DEK |
| 13. | Heisey- | DeWolf, | PA | Oldfather Law Firm | Heisey DeWolf, | 2:06-cv- |

# Exhibit A

|  | Plaintiff | Derivative Plaintiff | State of Residence -Time of Injury | Plaintiff Counsel | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
|  | DeWolf, Deborah A | Wayne |  |  | Deborah v. Merck & Co., Inc. | 09810-EEF-DEK |
| 14. | Hench, Edwin C | Hench, Maureen | PA | Oldfather Law Firm | Hench, Edwin C. v. Merck & Co., Inc. | 2:06-cv-09811-EEF-DEK |
| 15. | Jelden, Todd | Jelden, Lynette | NE | Oldfather Law Firm | Atkinson, Allen v. Merck & Co., Inc. | 2:05-cv-04130-EEF-DEK |
| 16. | Kelly, Patricia A | Kelly, Raymond | NY | Pro Se | Bryant, Isabelle C. v. Merck & Co., Inc. | 2:06-cv-01203-EEF-DEK |
| 17. | Knifley, Thelma M | Knifely, Welby ray; Knifley, Gregory Allen; Christensen, Ella Ray | KY | Cory, Watson, Crowder & DeGaris | Knifley, Welby R. v. Merck & Co., Inc. | 2:05-cv-05635-EEF-DEK |
| 18. | Kollin, Jean M | Kollin, Robert | OH | Pro Se | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| 19. | Major, Lynell |  | LA | Robert L. Salim | Black, Bill v. Merck & Co., Inc. | 2:05-cv-04452-EEF-DEK |
| 20. | Martin, Kristen M |  | SC | Fibich, Hampton & Leebron | Martin, Khristen v. Merck & Co., Inc. | 2:06-cv-06808-EEF-DEK |
| 21. | Osiecki, Marilyn J | Osiecki, Scott | PA | Oldfather Law Firm | Osiecki, Marilyn J. v. Merck & Co., Inc. | 2:06-cv-09814-EEF-DEK |
| 22. | Painter, Gladys R | Gibson, Kathy | PA | Oldfather Law Firm | Gibson, Kathy v. Merck & Co., Inc. | 2:06-cv-09812-EEF-DEK |
| 23. | Reilly, James A |  | NY | Oldfather Law Firm | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| 24. | Silva, Valerie A |  | ID | James, Vernon & Weeks, P.A. | Silva, Valerie A. v. Merck & Co., Inc. | 2:05-cv-01768-EEF-DEK |
| 25. | Slembarski | Slembarski, | PA | Oldfather Law Firm | Slembarski, John C. | 2:06-cv- |

## Exhibit A

|  | Plaintiff | Derivative Plaintiff | State of Residence -Time of Injury | Plaintiff Counsel | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
|  | , John C | Patricia |  |  | v. Merck & Co., Inc. | 09809-EEF-DEK |
| 26. | Vecchio, Teresa M |  | NY | Pro Se | Daluiso, Anna v. Merck & Co., Inc. | 2:06-cv-01197-EEF-DEK |
| 27. | Weese, Roxana |  | MN | Pro Se | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 28. | Woodcock, Christine D |  | NY | Pro Se | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |