**Exhibit J**

CURRENT MEDICAL RESEARCH AND OPINION®
VOL. 23, NO. 9, 2007, 2063–2070

0300-7995
doi:10.1185/030079907X219526

© 2007 LIBRAPHARM LIMITED

All rights reserved: reproduction in whole or part not permitted

## ORIGINAL ARTICLE

# The VIOXX in prostate cancer prevention study: cardiovascular events observed in the rofecoxib 25 mg and placebo treatment groups*

Janet van Adelsberg[a], Peter Gann[b], Amy T. Ko[a], Jan-Erik Damber[c], Christopher Logothetis[d], Michael Marberger[e], Bernd J. Schmitz-Drager[f], Andrea Tubaro[a], Celia J. Harms[a] and Claus Roehrborn[h]

[a]Merck Research Laboratories, Rahway, NJ, USA

[b]Department of Pathology, University of Chicago, Chicago, IL, USA

[c]Department of Urology, Sahlgrenska University, Gothenburg, Sweden

[d]Genitourinary Medical Oncology, MD Anderson Cancer Center, Houston, TX, USA

[e]Department of Urology, University of Vienna, Austria

[f]Department of Urology, Euromed Clinic, Fürth, Germany

[g]Department of Urology, La Sapienza University, Rome, Italy

[h]Department of Urology, University of Texas, Dallas, TX, USA

*Address for correspondence:* Janet van Adelsberg, MD, Merck & Co., Inc., RY34B-280, P.O. Box 2000, Rahway, NJ 07065, USA. Tel.: +1 732 594 9349; Fax: +1 732 594 8140; janet_vanadelsberg@merck.com

*Key words:* Cardiovascular – Prostate cancer – Rofecoxib – Safety

ABSTRACT

*Background:* A double-blind, randomized, placebo-controlled study was designed to determine the cumulative incidence of developing prostate cancer over 6 years of treatment with rofecoxib 25 mg/day versus placebo. Before completion, this trial was terminated following the voluntary withdrawal of rofecoxib. (On September 30, 2004, Merck & Co., Inc. announced the voluntary worldwide withdrawal of rofecoxib from the market.) Here we report the cardiovascular (CV) safety data collected from this study.

*Methods:* A total of 4741 men (44–81 years old) exhibiting prostate-specific antigen levels (PSA) between 2.5 and 10 ng/mL were enrolled. Patients were stratified by PSA level and use of low-dose aspirin (LDA), then randomized to rofecoxib 25 mg ($n$ = 2369) or placebo ($n$ = 2372). Safety data were analyzed in all patients receiving ≥1 dose of study medication. All reported thrombotic CV events occurring on-treatment or within

14 days after study drug discontinuation were adjudicated by an independent panel of clinical experts blinded to treatment assignment. Rates per 100 patient-years and relative risk (RR) of thrombotic CV events, rofecoxib vs. placebo, were determined.

*Results:* Approximately 36% of patients had ≥2 CV risk factors or LDA indicated. Median treatment duration was 4.14 (range: 0.03–15.90) months. Twenty-nine patients (14 rofecoxib, rate 1.27; 15 placebo, rate 1.36) experienced confirmed thrombotic CV events; RR 0.94 (95% CI: 0.45, 1.94) vs. placebo. Four patients (one rofecoxib; three placebo) died due to a confirmed thrombotic event. Significantly ($p$ = 0.002) more patients receiving rofecoxib ($n$ = 20; 0.8%) experienced hypertension-related adverse events versus placebo ($n$ = 2; 0.1%). There were no cases of congestive heart failure.

*Conclusions:* Rofecoxib 25 mg and placebo demonstrated similar risk of thrombotic CV events in this limited dataset.

---

*   Clinical protocol registered at: http://www.clinicaltrials.gov/show/NCT00060476

## Introduction

Prostate cancer is a significant public health concern in many regions of the world. In the United States, prostate cancer is the most common cause of cancer in men and it is estimated that one of every six men will be diagnosed with the disease during their lifetime. Compared to other cancer types, prostate cancer represents the second leading cause of cancer death in men[1]. This has fueled an intense effort to identify effective chemoprevention strategies for this disease[2]. A number of lines of preclinical and clinical evidence suggest that cyclooxygenase-2 (COX-2) may be an important molecular target for the chemoprevention of prostate cancer[3–7].

One of the two main purposes of the VIOXX* in Prostate Cancer Prevention (ViP) study was to determine RR of prostate cancer over a period of 6 years of treatment with the COX-2 selective inhibitor (coxib) rofecoxib compared to placebo treatment. The ViP study was also planned to contribute placebo-controlled thrombotic cardiovascular serious adverse experience (i.e., thrombotic event) data for a prespecified non-inferiority analysis of CV safety compared to placebo. This planned analysis was designed to pool data from ViP and two other placebo-controlled rofecoxib studies [Adenomatous Polyp PRevention On VIOXX study (APPROVe)[8] and VIOXX In colorectal Cancer Therapy: definition of Optimal Regime Study (VICTOR)] to test the hypothesis that rofecoxib would be non-inferior to placebo in the risk of developing cardiovascular thrombotic CV events in over 25 000 patients[9].

In the APPROVe study, there was an increased RR of thrombotic CV events as compared to placebo that became apparent beginning after 18 months of continuous use[8]. Simultaneous to the termination of the APPROVe study and the voluntary worldwide withdrawal of rofecoxib from the worldwide market, the ViP and VICTOR studies were also terminated. Due to their premature termination, CV safety data from these trials is limited. However, the CV safety data from these studies adds to the previously published body of scientific information regarding the CV safety of rofecoxib versus placebo[8,10]. Here we report the CV safety data collected from the truncated ViP trial.

## Methods

This trial (sponsor protocol number 201) was conducted in 550 study centers in 24 countries. The Institutional Review Boards of each study center approved the protocol. All patients provided written informed consent prior to their participation in the study which was initiated on June 24, 2003 and terminated early on September 30, 2004.

### Patients

The study enrolled men aged ≥50 and ≤75 years, with a life expectancy of greater than 6 years, with prostate specific antigen test (PSA) > 2.5 ng/mL and ≤ 10 ng/mL. Patients with PSA > 4 ng/mL needed to have a normal prostate biopsy – no cancer, high-grade prostatic intraepithelial neoplasia (also known as high-grade PIN), or atypical gland suspicious for cancer (also known as atypical small acinar proliferation) – at screening or within 1 year prior to screening (visit 1). All patients needed to have a digital rectal examination not suspicious of prostate cancer at screening or within 4 weeks of screening.

Patients who had any of the following were excluded: anticipated to undergo prostate biopsy within 6 months following screening; significantly impaired renal function (creatinine clearance < 30 mL/min or serum creatinine > 2.0 mg/dL); uncontrolled hypertension (sitting diastolic blood pressure >95 mmHg or sitting systolic blood pressure > 165 mmHg); history of a stroke or transient ischemic attack, myocardial infarction, transluminal coronary angioplasty, or coronary artery bypass grafting within 6 months of the screening visit; gastrointestinal malabsorption; history of active hepatitis or hepatic disease within 2 years of screening; congestive heart failure with symptoms at rest or with minimal activity; unstable angina; bleeding diathesis; history of inflammatory bowel disease; evidence of active GI bleeding; history of neoplastic disease (except adequately treated non-melanoma skin cancer) within the past 5 years which had not been successfully treated; required therapy with warfarin, heparin, high-dose aspirin (> 100 mg/day), nonstudy traditional NSAID or coxib; treatment with the combination of ticlopidine or clopidogrel plus low-dose aspirin (LDA); or allergy or hypersensitivity to aspirin, other traditional NSAIDs, or coxibs. In addition, patients were excluded who were regular users of traditional NSAIDs or coxibs, defined as daily use for ≥4 days for ≥4 consecutive weeks or 6 or more nonconsecutive weeks during any given study year. Patients who were receiving finasteride or dutasteride who had initiated or modified the dose of this treatment during the screening period or within 4 weeks prior to screening were also excluded.

---

* VIOXX is a registered trademark of Merck & Co., Inc.

© 2007 LIBRAPHARM LTD – Curr Med Res Opin 2007; 23(9)

## Study design

This was a multicenter, randomized, double-blind, placebo-controlled study in men with PSA levels as defined above. After a 3-week placebo run-in period, patients were randomized to treatment with either rofecoxib 25 mg/day or placebo for a planned period of 72 months. Patients were stratified by PSA ($> 2.5$ ng/mL to $\leq 4$ ng/mL or $> 4$ ng/mL to $\leq 10$ ng/mL) and by chronic treatment with LDA (yes or no), then randomized within each of the four strata to obtain an approximate balance between the two treatment groups for both the primary analysis and for CV safety analyses. Approximately 50% of patients were enrolled into each PSA stratum. There were 12 planned clinic visits including the screening visit, start of the placebo run-in period, baseline (month 0) visit at randomization, and at months 3, 6, 12, 18, 24, 36, 48, 60, and 72). Blood pressure was measured at baseline and months 3, 6, and 12. Patients were contacted by the investigator 14 days following treatment discontinuation to assess the occurrence of any serious adverse experiences (AE).

## Study treatments

Patients were allocated to treatment assignment using a computer-generated randomized allocation schedule generated by the study statistician. Patients were randomized in equal proportions to receive rofecoxib 25 mg or placebo once daily using a computer-generated allocation schedule. Both test products were coded and identical in appearance to maintain blinding to treatment assignment. All study personnel, including investigators, study site personnel, patients, monitors, central laboratory, and adjudication personnel, remained blinded to treatment allocation throughout the study; the code was revealed to the researchers once recruitment, data collection, adjudication, and laboratory analyses were complete. The concurrent use of LDA ($< 100$ mg/day) was allowed as per treatment guidelines[11]. The use of gastroprotective agents such as proton pump inhibitors, $H_2$-receptor antagonists, sucralfate, and misoprostol was allowed as per current treatment guidelines[12].

## Safety endpoints
### Cardiovascular endpoints

In addition to assessing the relative risk of prostate cancer among patients receiving rofecoxib or placebo, a primary objective of the study was to evaluate the general safety (including cardiovascular safety) and tolerability of treatment with rofecoxib compared with placebo. The confirmed thrombotic CV event endpoint is a composite endpoint of arterial and venous disease that includes any of the following events: myocardial infarction (including silent infarctions), unstable angina pectoris, intracardiac thrombus, resuscitated cardiac arrest, thrombotic stroke, cerebrovascular thrombosis, transient ischemic attack, peripheral venous thrombosis, pulmonary embolism, peripheral arterial thrombosis, and sudden and/or unexplained death. Reported CV events were also analyzed using the Anti-Platelet Trialists' Collaboration (APTC) (myocardial infarction, stroke, vascular death) for comparison[13]. Other prespecified endpoints included non-adjudicated CV AEs of: hypertension-related events (investigator-reported AEs of hypertension and blood pressure increased); edema (investigator-reported AEs of edema, peripheral edema, or fluid retention); and investigator-reported serious AEs of congestive heart failure, pulmonary edema, or cardiac failure.

### Adjudication of thrombotic CV events

All reported thrombotic CV serious AEs (thrombotic CV events) and deaths reported during study treatment or within 14 days of study treatment discontinuation were blindly adjudicated through an external, independent expert adjudication process as previously described[8].

### Statistical analysis

Prespecified adverse events and confirmed thrombotic CV events (composite and APTC endpoints) and deaths were analyzed by comparing the event rates in each treatment group. Relative risks (rate in rofecoxib 25 mg group/rate in placebo group) with 95% confidence intervals were calculated with the Cox proportional-hazards model with treatment as the factor. If only a few events ($< 11$) occurred for a particular endpoint, the ratio of rates (defined as the numbers of events per 100 patient-years) was calculated instead, along with the corresponding 95% confidence interval. The confidence interval was computed using a conditional exact method. Because of the early termination of the study and the resulting small number of events, no stratification effects were considered in the analysis model.

The ViP study was designed cooperatively by the sponsor (Merck Research Laboratories) and a steering committee. The sponsor monitored the study, collected data, and did statistical analysis. An independent confirmation of the statistical analyses was done by Warwick Clinical Trials Unit (Warwick, UK) under the supervision of Janet Dunn. The authors had full access to data and statistical analyses and

drafted the manuscript. The corresponding author had final responsibility for the decision to submit for publication.

## Results

Only details of the study relevant to the presentation of CV safety data are in this report. Additional study details can be found at: http://www.clinicalstudyresults.org/documents/company-study_783_0.pdf

A total of 4741 men with a mean age of 63.6 yrs were enrolled in the study (Tables 1 and 2) and 2369 randomized to receive rofecoxib 25 mg and 2372 to receive placebo. Baseline demographics were similar in the two treatment groups. Median duration of treatment was 4.14 months (range 0.03–15.9 months). The patient years of exposure to study drug were the following: 1013.89 for placebo, 1009.40 for rofecoxib, and 2023.30 total. The population included men with various risk factors for thrombotic CV events (Table 2). Approximately 36% of the population had either a previous history of symptomatic atherosclerotic disease or at least two risk factors for atherosclerotic disease.

The rates per 100 patient-years for confirmed thrombotic CV events for patients on study medication or within 14 days of treatment discontinuation were 1.36 (95% CI: 0.76, 2.24) and 1.27 (95% CI: 0.70, 2.14) in the placebo and rofecoxib 25 mg groups, respectively, with an RR of 0.94 (95% CI: 0.45, 1.94; $p = 0.861$) (Table 3). The rates of thrombotic CV events also appeared to be similar over time (Figure 1). Similar numbers of patients in each treatment group had an APTC event: 9 (0.38%) and 8 (0.34%) patients in the placebo and rofecoxib 25 mg groups, respectively. There were no peripheral vascular or hemorrhagic APTC events observed. The rates per 100 patient-years were 0.82 (95% CI: 0.37, 1.55) and 0.73 (95% CI: 0.31, 1.43) in the placebo and rofecoxib 25 mg groups, respectively. The RR of an APTC event in the rofecoxib group compared to placebo was 0.89 (95% CI = 0.34, 2.31; $p = 0.810$).

Four patients in the placebo group and two in the rofecoxib group died on treatment or within 14 days of study drug discontinuation. An additional patient (rofecoxib 25 mg) died 105 days following study drug discontinuation from a myocardial infarction. Of those deaths that were preceded by an AE that began while on study treatment or within 14 days of study drug discontinuation, confirmed CV deaths occurred in three patients in the placebo group and one patient in the rofecoxib group.

Changes in systolic blood pressure from baseline ranged from –0.66 to 0.10 mmHg in the placebo group and from 3.2 to 4.6 mmHg in the rofecoxib group. Changes in diastolic pressure ranged from –0.4 to –1.5 mmHg in the placebo group and from 0.7 to 1.4 mmHg in the rofecoxib group. Event rates per 100 patient-years for hypertension-related AEs were higher for rofecoxib versus placebo; this difference was statistically significant ($p = 0.002$; Table 4). The incidence of edema was rare in both treatment groups (Table 4).

The event rate per 100 patient-years with regard to discontinuation for clinical or laboratory AEs was similar between groups ($p = 0.230$), as were the event rates per 100 patient-years of discontinuation for clinical AEs ($p = 0.304$) or laboratory AEs ($p = 0.230$) (Table 1).

## Discussion

The ViP study was one of three placebo-controlled, randomized studies (APPROVe, VICTOR, and ViP)

**Table 1.** *Patient disposition*

|  | Total | Placebo | Rofecoxib 25 mg |
|---|---|---|---|
|  | *n* (%) | *n* (%) | *n* (%) |
| Randomized: | 4741 | 2372 | 2369 |
| Completed: | 0 | 0 | 0 |
| Discontinued: | 4741 (100.0) | 2372 (100.0) | 2369 (100.0) |
| Clinical adverse experience | 233 (4.9) | 109 (4.6) | 124 (5.2) |
| Laboratory adverse experience | 12 (0.3) | 4 (0.2) | 8 (0.3) |
| Withdrew consent | 77 (1.6) | 38 (1.6) | 39 (1.6) |
| Protocol deviation | 50 (1.0) | 26 (1.1) | 24 (1.0) |
| Lost to follow-up | 17 (0.4) | 7 (0.3) | 10 (0.4) |
| Patient moved | 4 (0.1) | 4 (0.2) | 0 (0.00) |
| Patient discontinued for other | 9 (0.2) | 6 (0.3) | 3 (0.1) |
| Site terminated | 4339 (91.5) | 2178 (91.8) | 2161 (91.2) |

© 2007 LIBRAPHARM LTD – Curr Med Res Opin 2007; 23(9)

***Table 2.*** *Patient baseline demographics*

| Characteristic | Placebo N = 2372 | | Rofecoxib 25 mg N = 2369 | |
|---|---|---|---|---|
| | *n* | (%) | *n* | (%) |
| Mean age (years) | 63.7 (44–81) | | 63.6 (46–77) | |
| Race | | | | |
| White | 1972 | 83.1 | 1902 | 80.3 |
| Black | 77 | 3.2 | 98 | 4.1 |
| Asian | 95 | 4.0 | 91 | 3.8 |
| Hispanic | 168 | 7.1 | 200 | 8.4 |
| Other | 60 | 2.5 | 78 | 3.3 |
| PSA level (ng/mL), mean(SE) | 4.7 (0.04) | 49.4 | 4.7 (0.05) | 49.4 |
| PSA ≤ 4 ng/mL | 1171 | 50.6 | 1170 | 50.6 |
| PSA > 4 ng/mL | 1201 | | 1199 | |
| Use of low-dose aspirin | 703 | (29.6) | 698 | (29.5) |
| History of symptomatic atherosclerotic CV disease* | 278 | (11.7) | 242 | (10.2) |
| ≥ 2 cardiovascular risk factors† | 752 | (31.7) | 760 | (32.1) |
| ≥ 2 cardiovascular risk factors†, or history of symptomatic atherosclerotic CV disease | 860 | (36.3) | 841 | (35.5) |
| Family history of CV disease | | | | |
| No | 1948 | (82.1) | 1939 | (81.8) |
| Unknown | 98 | (4.1) | 116 | (4.9) |
| Yes | 326 | (13.7) | 314 | (13.3) |
| History of diabetes | 247 | (10.4) | 230 | (9.7) |
| History of hypercholesterolemia | 765 | (32.3) | 783 | (33.1) |
| History of hypertension | 997 | (42.0) | 1012 | (42.7) |
| Current smoker | 231 | (9.7) | 244 | (10.3) |

*A history of myocardial infarction, cardiac surgery, angina, thrombotic cerebrovascular events, ischemic heart disease, pulmonary edema, ST segment depression, ST-T change compatible with ischemia, ST segment elevation, ventricular tachycardia, vertebrobasilar insufficiency, amaurosis fugax, lacunar infarction
†Cardiovascular risk factors include history of diabetes, dyslipidemia, hypertension, family history of cardiovascular disease, and tobacco use



***Figure 1.*** *KM plot of confirmed thrombotic events*

**Table 3.** *Incidence of confirmed thrombotic CV events[1] occurring during study treatment or within 14 days of study treatment discontinuation*

| Category | Rofecoxib 25 mg (N = 2369) 1099 PYs* | | Placebo (N = 2372) 1102 PYs* | |
|---|---|---|---|---|
| | n (%)‡ | Rate§ | n (%)‡ | Rate§ |
| Total number of patients with confirmed thrombotic event† endpoint | 14 (0.59) | 1.27†† | 15 (0.63) | 1.36†† |
| *Cardiac events* | 10 (0.42) | 0.91 | 8 (0.34) | 0.73 |
| Myocardial infarction | 5 (0.21) | 0.45 | 4 (0.17) | 0.36 |
| Fatal myocardial infarction | 1 (0.04) | 0.09 | 1 (0.04) | 0.09 |
| Sudden death from cardiac causes | 0 (0.00) | 0.00 | 1 (0.04) | 0.09 |
| Unstable angina pectoris | 4 (0.17) | 0.36 | 2 (0.08) | 0.18 |
| *Peripheral vascular events* | 2 (0.08) | 0.18 | 2 (0.08) | 0.18 |
| Peripheral venous thrombosis | 2 (0.08) | 0.18 | 1 (0.04) | 0.09 |
| Peripheral arterial thrombosis | 0 (0.00) | 0.00 | 0 (0.00) | 0.00 |
| Pulmonary embolism | 0 (0.00) | 0.00 | 1 (0.04) | 0.09 |
| *Cerebrovascular events* | 2 (0.08) | 0.18 | 5 (0.21) | 0.45 |
| Ischemic cerebrovascular stroke | 2 (0.08) | 0.18 | 2 (0.08) | 0.18 |
| Transient ischemic attack | 1 (0.04) | 0.09 | 2 (0.08) | 0.18 |
| Fatal stroke, unknown mechanism | 0 (0.00) | 0.00 | 1 (0.04) | 0.09 |

*Note:* Patient with multiple events may be counted more than once in different terms but only once in one term
*PYs, patient-years
†Confirmed thrombotic cardiovascular serious adverse experience
‡Crude incidence ($n/N \times 100$)
§Events per 100 patient-years
††Relative risk of confirmed thrombotic events for rofecoxib vs. placebo = 0.94 (95% CI: 0.45, 1.94); *p*-value = 0.861

**Table 4.** *Incidence of nonadjudicated CV AEs (events from randomization including 14 days after last dose of study therapy)*

| Type of adverse experience | Placebo (N = 2372) | | Rofecoxib 25 mg (N = 2369) | | Relative risk (95% CI) |
|---|---|---|---|---|---|
| | n (%) | Rate/100 PYs* | n (%) | Rate/100 PYs* | |
| Hypertension-related† | 2 (0.1) | 0.18 | 20 (0.8) | 1.82 | 9.99 (2.34–42.74) p = 0.002 |
| Edema‡ | 2 (0.1) | 0.18 | 4 (0.2) | 0.36 | 2.01 (0.29–22.21) p = 0.683 |
| Congestive heart failure, pulmonary edema, or cardiac failure§ | 0 (0.00) | 0.00 | 1 (0.09)†† | 0.09 | – |

*PYs = patient-years
†Investigator-reported adverse experiences of hypertension or blood pressure increased
‡Investigator-reported adverse experiences of edema, peripheral edema, or fluid retention
§Cases that were life-threatening or resulted in death or hospitalization
††One case of pulmonary edema which required hospitalization

designed to examine the potential of rofecoxib as a cancer chemoprevention therapy. All three studies collected thrombotic CV event data. A separate analysis protocol was established for pooling of CV safety data from over 25 000 patients in these three studies to test the hypothesis that rofecoxib would be non-inferior to placebo in the risk of developing thrombotic CV events. Upon the termination of the APPROVe study[8] and the voluntary worldwide withdrawal of rofecoxib from the worldwide market, the ViP and VICTOR studies were prematurely ended. The number of thrombotic CV events observed in ViP were similar in the two treatment groups. Because of limitations in this study, specifically, the short period of drug exposure, the uncompleted enrollment, and the relatively small number of thrombotic CV events observed, no conclusions regarding the relative CV safety of rofecoxib 25 mg compared to placebo can

© 2007 LIBRAPHARM LTD – Curr Med Res Opin 2007; 23(9)

be drawn specific to this dataset. The purpose of this report is to provide the scientific community with these CV safety data from ViP in a peer-reviewed scientific publication in order to add to the body of published scientific literature regarding this important topic. These data will aid future scientific inquiry of the published literature surrounding the CV safety of COX-2 selective and traditional NSAIDs compared to placebo.

Results from the rofecoxib APPROVe study and celecoxib APC chemoprevention trials both demonstrated a significantly elevated RR of thrombotic CV events following long-term use of these agents compared to placebo[8,14]. These results were followed by thorough regulatory agency reviews regarding the CV safety of all NSAIDs, leading the United States Food and Drug Administration to conclude that all NSAIDs, except aspirin and possibly naproxen, may carry an increased risk of thrombotic CV events following long-term use and that this should be stated in their product labels[15]. The European Medicines Agency, however, recommended label changes for only coxibs to reflect the increased thrombotic CV risk[16]. More recently, a meta-analysis of over 138 published and unpublished randomized trials of coxibs (rofecoxib, celecoxib, valdecoxib, lumiracoxib, and etoricoxib) and traditional NSAIDs (ibuprofen, diclofenac, and naproxen) reported a similar rate of thrombotic CV events with coxibs and non-naproxen traditional NSAIDs, but a lower rate with naproxen than with coxibs[17].

Of note in this study was the significantly higher number of hypertension-related AEs following treatment with rofecoxib compared to placebo which is a well-known side-effect of NSAIDs and consistent with inhibition of renal prostaglandin biosynthesis. The magnitude of the increases in blood pressure associated with rofecoxib treatment are similar to those observed in the placebo-controlled APPROVe study[8]. Previous pooled analyses of trials comparing the effects of rofecoxib and traditional NSAIDs on blood pressure[18], along with results from placebo-controlled trials, emphasize the need to monitor blood pressure in patients requiring therapy with NSAIDs.

The CV safety data presented here for the ViP study, along with CV safety data from the VICTOR study, communicated separately, provide thrombotic CV event data that had been collected from these prematurely terminated studies.

## Acknowledgment

*Declaration of interest:* AT, BS-D, MM, CL, and CR report having received consultant and/or lecture fees from Merck. AT, BS-D, and CL have received grant support from Merck. AL, JVA, ATK, CJH, and MEJ are employees of Merck and own stock and/or hold stock options in the company. Dr Antonio Lombardi and Mary E. Jones (Merck Research Laboratories) were also contributing authors of this manuscript. The authors thank Dr Paul Cavanaugh (formerly of Merck Research Laboratories) for assistance with preparation of this manuscript.

*ViP Steering Committee:*
Peter Gann (Co-Chair), Associate Professor, Preventive Medicine, Northwestern University, Chicago, IL, USA; Claus Roehrborn, (Co-Chair), Professor, Department of Urology, University of Texas, Dallas, TX, USA; Jan-Erik Damber, Professor, Urology, Sahlgrenska University, Goteborg, Sweden; Jonathan Epstein, Professor, Urology, Johns Hopkins University, Baltimore, MD, USA; Eric Klein, Section Head, Urologic Oncology, Cleveland Clinic, Cleveland, OH, USA; Christopher Logothetis, Professor, GU Medical Oncology, MD Anderson Cancer Center, Houston, TX, USA; Leonard Marks, Medical Director, Urological Sciences Research Foundation, Culver City, CA, USA; Michael Marberger, Professor, Department of Urology, University of Vienna, Austria; Bernd Schmitz-Draeger, Professor, EURO-MED-CLINIC, Urologische Abteilung, Fuerth, Germany; Andrea Tubaro, Associate Professor, Urology, La Sapienza University, Rome, Italy.

## References

1. Ries LAG, Eisner MP, Kosary CL, et al. SEER Cancer Statistics Review, 1975-2002. Bethesda, MD: National Cancer Institute, 2005
2. Lau CK, Black WC, Belley M, et al. From indomethacin to a selective COX-2 inhibitor: development of indolalkanoic acids as potent and selective cyclooxygenase-2 inhibitors. In: Honn KV, Marnett LJ, et al., eds. Eicosanoids and other Bioactive Lipids in Cancer Inflammation and Radiation Injury 3. New York: Plenum Press, 1997:73-8
3. Di Lorenzo G, De Placido S, Autorino R, et al. Expression of biomarkers modulating prostate cancer progression: implications in the treatment of the disease. Prostate Cancer Prostatic Dis 2005;8:54-9
4. Liu XH, Kirschenbaum A, Yao S, et al. Inhibition of cyclooxygenase-2 suppresses angiogenesis and the growth of prostate cancer in vivo. J Urol 2000;164:820-5
5. Attiga FA, Fernandez PM, Weeraratna AT, Manyak MJ, Patierno SR. Inhibitors of prostaglandin synthesis inhibit human prostate tumor cell invasiveness and reduce the release of matrix metalloproteinases. Cancer Res 2000;60:4629-37
6. Gupta S, Srivastava M, Ahmad N, et al. Over-expression of cyclooxygenase-2 in human prostate adenocarcinoma. Prostate 2000;42:73-8
7. Roberts RO, Jacobson DJ, Girman CJ, et al. A population-based study of daily nonsteroidal anti-inflammatory drug use and prostate cancer. Mayo Clin Proc 2002;77:219-25
8. Bresalier RS, Sandler RS, Quan H, et al. Cardiovascular events associated with rofecoxib in a colorectal adenoma chemo-prevention trial. N Engl J Med 2005;352:1092-102
9. Merck Research Laboratories. VIOXX™ (Rofecoxib Tablets and Oral Suspension) – Background briefing information for the food and drug administration joint meeting with the arthritis advisory council and the drug safety and risk management advisory committee. February 16-18, 2005. Accessed on September 29, 2005 at http://www.fda.gov/ohrms/dockets/ac/05/briefing/2005-4090B1_02_MERCK-Vioxx.pdf

10. Baron JA, Sandler RS, Bresalier RS, et al. A randomized trial of rofecoxib for the chemoprevention of colorectal adenomas. Gastroenterology 2006;131:1674-82

11. Smith SC, Jr., Blair SN, Bonow RO, et al. AHA/ACC Guidelines for Preventing Heart Attack and Death in Patients With Atherosclerotic Cardiovascular Disease: 2001 update. A statement for healthcare professionals from the American Heart Association and the American College of Cardiology. J Am Coll Cardiol 2001;38:1581-3

12. Lanza FL. A guideline for the treatment and prevention of NSAID-induced ulcers. Am J Gastroenterol 1998;93: 2037-46

13. Antiplatelet Trialists' Collaboration. Collaborative overview of randomised trials of antiplatelet therapy - I: prevention of death, myocardial infarction, and stroke by prolonged antiplatelet therapy in various categories of patients. BMJ 1994;308:81-106

14. Solomon SD, McMurray JJ, Pfeffer MA, et al. Cardio-vascular risk associated with celecoxib in a clinical trial for colorectal adenoma prevention. N Engl J Med 2005;352: 1071-80

15. Jenkins JK, Seligman PJ. Analysis and recommendations for Agency action regarding nonsteroidal anti-inflammatory drugs and cardiovascular risk. http://www.fda.gov/cder/drug/infopage/COX2/NSAIDdecisionMemo.pdf. 1-19. 4-6-2005

16. EMEA. European Medicines Agency concludes action on COX-2 inhibitors. London, Doc Ref EMEA/2077662005 2005;http://www.emea.eu.int/pdfs/human/press/pr/20776605en.pdf Accessed 3 February 2006

17. Kearney PM, Baigent C, Godwin J, et al. Do selective cyclo-oxygenase-2 inhibitors and traditional non-steroidal anti-inflammatory drugs increase the risk of atherothrombosis? Meta-analysis of randomised trials. Br Med J 2006;332:1302-8

18. Gertz BJ, Krupa D, Bolognese JA, et al. A comparison of adverse renovascular experiences among osteoarthritis patients treated with rofecoxib and comparator non-selective non-steroidal anti-inflammatory agents. Curr Med Res Opin 2002;18:82-91

CrossRef links are available in the online published version of this paper:
http://www.cmrojournal.com
Paper CMRO-3971_3, *Accepted for publication:* 21 June 2007
*Published Online:* 24 July 2007
doi:10.1185/030079907X219526