# Exhibit K

Robert E. Silverman, M.D., Ph.D.
Senior Director
Regulatory Affairs

Merck & Co., Inc.
P.O. Box 4
West Point PA 19486
Fax 610 397 2516
Tel 610 397 2944
    215 652 5000

Central Document Room
Food and Drug Administration
Center for Drug Evaluation and Research
12229 Wilkins Avenue
Rockville, MD 20850



**MERCK**

Research Laboratories

## NDA 21-052/S-004:  VIOXX™ (rofecoxib oral suspension)

## SAFETY UPDATE REPORT

### VIOXX™ Gastrointestinal Outcomes Research Study (VIGOR)

Reference is made to the supplemental New Drug Application (sNDA) cited above for VIOXX™ submitted as an electronic archive on June 29, 2000, and your letter of acknowledgment dated August 3, 2000.  Further reference is made to NDA 21-042, VIOXX™ (rofecoxib tablets).

Since there is a single label for VIOXX™ tablets and oral suspension, Merck Research Laboratories (MRL), a division of Merck & Co., Inc., is submitting the full Safety Update Report (SUR) to NDA 21-042, VIOXX™ (rofecoxib tablets) which contains all supportive information.  Simultaneously, we are submitting labeling and administrative documentation only to this NDA.

The SUR provides updated cardiovascular safety information from the VIGOR study. The original report which was part of the VIGOR sNDA, included analyses of all adjudicated serious cardiovascular thrombotic events which were reported prior to February 10, 2000, the study cut-off date.  This update to the original report includes data on 11 additional patients who experienced cardiovascular serious adverse experiences eligible for adjudication.  These additional events were reported after the prespecified cut-off date, however, in an effort to ensure completeness in reporting and analyzing safety data, these events were referred for adjudication.

Five of the 11 patients experienced events that were confirmed by the cardiovascular endpoint adjudication committees to be thrombotic cardiovascular serious adverse experiences (3 confirmed myocardial infarctions on rofecoxib, 1 confirmed peripheral venous thrombosis on rofecoxib, and 1 confirmed ischemic cerebrovascular accident on naproxen). The data on cardiovascular events included in the proposed product circular submitted with the sNDA have been updated to reflect this additional information. Inclusion of these patients in the analysis did not meaningfully alter the findings or conclusions of the study.

**Central Document Room**
**NDA 21-052/S-004: VIOXX™ (rofecoxib oral suspension)**
**Page 2**

As indicated on the attached Form FDA 356h, this submission provides for changes in the Labeling and Summary sections of the sNDA for VIGOR. All information is in an electronic format as indicated in the Table of Contents for this submission.

This submission is formatted as required in Title 21 paragraph 314.50 of the Code of Federal Regulations. This submission is being submitted in accordance with the January 1999, *Guidance for Industry – Providing Regulatory Submissions in Electronic Format – NDAs.* As an attachment to this letter, Merck Research Laboratories (MRL), a division of Merck & Co., Inc., is providing one Compact Disk (CD) which contains the Safety Update Report. All documents requiring signatures for certification are included as paper for archival purposes.

All of the information is contained on one CD and is not more than 100MB. We have taken precautions to ensure that the contents of this CD are free of computer viruses (Norton Anti-Virus 4.0, Symantec Corp., 1991-1997) and we authorized the use of anti-virus software, as appropriate.

Attached on the CD, for the Agency's review and approval are the following:

> Item 2 – Labeling
> Proposed Labeling Text
>
> Item 3 – Summary
> Annotated Package Circular

The Microsoft WORD version of the proposed labeling text is also provided on a separate diskette.

A list of reviewers from the Division of Anti-Inflammatory, Analgesic and Ophthalmic Drug Products who should be provided access to this electronic submission on their desktops may be obtained from Ms. Sandra Cook, Regulatory Project Manager, Division of Anti-Inflammatory, Analgesic and Ophthalmic Drug Products. MRL will follow-up with Ms. Cook to ensure that the appropriate reviewers have been given access to this electronic submission.

We consider the filing of this submission to be a confidential matter, and request that the Food and Drug Administration not make its content, nor any future communications in regard to it, public without first obtaining the written permission of Merck & Co., Inc.

**Central Document Room**
**NDA 21-052/S-004: VIOXX™ (rofecoxib oral suspension)**
**Page 3**

Questions concerning this submission should be directed to Robert E. Silverman, M.D., Ph.D. (610/397-2944) or, in my absence, to Bonnie J. Goldmann, M.D. (610/397-2383).

Sincerely,

Robert E. Silverman, M.D., Ph.D.
Senior Director
Regulatory Affairs

Attachment
Q\acld\vioxx\vigor\VIGORsurOS
Federal Express #1          4206 6806 6455

Desk Copies:  Ms. Sandra Cook, Regulatory Project Manager (cover letter and diskette containing the WORD version of the proposed labeling)

HFD-550, Room N322, Federal Express #1

MRK-N0520004124

| Safety Update Report<br>Table of Contents for Amendment to  NDA 21-052/S-004 | | |
|---|---|---|
| Description | Review Copy volume number | Archive copy location folder/file name |
| Clinical Study Reports | n/a | n/a |
| Safety Update Report Summary | -- | update\updatesum.pdf |
| Other Studies and Information | n/a | n/a |
| Publications | n/a | n/a |

Rofecoxib                                                                                        1
Safety Update Report

## TABLE OF CONTENTS

|  | PAGE |
|---|---|
| List of Tables | 2 |
| List of Figures | 5 |
| Executive Summary | 6 |
| 1. Data Included in the Original VIGOR Supplemental Marketing Application Compared to this Updated Report | 7 |
| 1.1 Format of the Data Presentation | 7 |
| 2. Results of the Adjudication of Thrombotic Cardiovascular Serious Adverse Experiences in the VIGOR Study | 7 |
| 2.1 Additional Analyses Related to Thrombotic Cardiovascular Serious Adverse Experiences in the VIGOR Study | 20 |
| 2.1.1 Analysis of Cardiovascular Outcomes in the Subgroup of Patients With a Past Medical History of Symptomatic Coronary and/or Cerebrovascular Disease | 20 |
| 2.1.2 The Effect of Hypertension and Edema-Related Adverse Experiences on the Incidence of Confirmed Thrombotic Cardiovascular Serious Adverse Experiences | 23 |
| 2.1.3 Analysis of the VIGOR Study Using the Same Endpoint Clusters as Other Studies of Chronic Therapy With Antiplatelet Agents | 28 |
| 2.1.4 Supportive Analysis: Incidence of Events Judged by Investigators to be Potential Thrombotic Cardiovascular Serious Adverse Experiences | 35 |
| 3. Summary of Cardiovascular Findings in the VIGOR Study | 43 |
| References | -- |

MRK-N0520004174

Rofecoxib
Safety Update Report

2

## LIST OF TABLES

PAGE

Table 1    Accounting of Cardiovascular Serious Adverse Experiences That Underwent Adjudication in the VIGOR Trial in Rheumatoid Arthritis Patients Updated Application Data    8

Table 2    Accounting of Cardiovascular Serious Adverse Experiences That Underwent Adjudication in the VIGOR Trial in Rheumatoid Arthritis Patients Original Application Data (*Table C-2*)    9

Table 3    Baseline Cardiovascular Demographics in Patients in the VIGOR Trial who had a Confirmed Thrombotic Cardiovascular Serious Adverse Experience Updated Application Data    10

Table 4    Baseline Cardiovascular Demographics in Patients in the VIGOR Trial who had a Confirmed Thrombotic Cardiovascular Serious Adverse Experience Original Application Data (*Table C-3*)    11

Table 5    Summary of Analysis of Confirmed Adjudicated Thrombotic Cardiovascular Serious  Adverse Experiences VIGOR Study in Patients With Rheumatoid Arthritis[†] Updated Application Data    13

Table 6    Summary of Analysis of Confirmed Adjudicated Thrombotic Cardiovascular Serious  Adverse Experiences VIGOR Study in Patients With Rheumatoid Arthritis[†] Original Application Data (*Table C-4*)    14

Table 7    Summary of Adjudicated Thrombotic Cardiovascular Serious Adverse  Experiences VIGOR Study in Patients With Rheumatoid Arthritis Updated Application Data    18

Table 8    Summary of Adjudicated Thrombotic Cardiovascular Serious Adverse  Experiences VIGOR Study in Patients With Rheumatoid Arthritis Original Application Data (*Table C-5*)    19

Table 9    Incidence of Adjudicated Thrombotic Cardiovascular Serious Adverse Experiences in Patient Subgroups Based on a Past Medical History Meeting Criteria for Vascular-Protective Aspirin Therapy VIGOR Study in Rheumatoid Arthritis Patients Updated Application Data    21

MRK-N0520004175

Rofecoxib                                                                                  3
Safety Update Report

## LIST OF TABLES (CONT.)

PAGE

Table 10        Incidence of Adjudicated Thrombotic Cardiovascular
                Serious Adverse Experiences in Patient Subgroups Based
                on a Past Medical History Meeting Criteria for Vascular-
                Protective Aspirin Therapy VIGOR Study in Rheumatoid
                Arthritis Patients Original Application Data *(Table C-6)*        22

Table 11        Incidence of Confirmed Thrombotic Cardiovascular
                Serious Adverse Experiences in Patients With and Without
                Hypertension-Related Adverse Experiences VIGOR Study
                in Rheumatoid Arthritis Patients Updated Application Data         24

Table 12        Incidence of Confirmed Thrombotic Cardiovascular
                Serious Adverse Experiences in Patients With and Without
                Hypertension-Related Adverse Experiences VIGOR Study
                in Rheumatoid Arthritis Patients Original Application Data
                *(Table C-7)*                                                    24

Table 13        Incidence of Hypertension-Related Adverse Experiences in
                Patients With and Without Confirmed Thrombotic
                Cardiovascular Serious Adverse Experiences VIGOR
                Study in Rheumatoid Arthritis Patients Updated
                Application Data                                                 25

Table 14        Incidence of Hypertension-Related Adverse Experiences in
                Patients With and Without Confirmed Thrombotic
                Cardiovascular Serious Adverse Experiences VIGOR
                Study in Rheumatoid Arthritis Patients Original
                Application Data *(Table C-8)*                                   25

Table 15        Incidence of Confirmed Thrombotic Cardiovascular
                Serious Adverse Experiences in Patients With and Without
                Edema-Related Adverse Experiences VIGOR Study in
                Rheumatoid Arthritis Patients Updated Application Data           26

Table 16        Incidence of Confirmed Thrombotic Cardiovascular
                Serious Adverse Experiences in Patients With and Without
                Edema-Related Adverse Experiences VIGOR Study in
                Rheumatoid Arthritis Patients Original Application Data
                *(Table C-9)*                                                    26

Table 17        Incidence of Edema-Related Adverse Experiences in
                Patients With and Without Confirmed Thrombotic
                Cardiovascular Serious Adverse Experiences VIGOR
                Study in Rheumatoid Arthritis Patients Updated
                Application Data                                                 27

MRK-N0520004176

Rofecoxib
Safety Update Report

4

## LIST OF TABLES (CONT.)

| | | PAGE |
|---|---|---|
| Table 18 | Incidence of Edema-Related Adverse Experiences in Patients With and Without Confirmed Thrombotic Cardiovascular Serious Adverse Experiences VIGOR Study in Rheumatoid Arthritis Patients Original Application Data *(Table C-10)* | 27 |
| Table 19 | Analyses of Cardiovascular Events in the VIGOR Study Using Endpoint Definitions Standard in Large Antiplatelet Trials Updated Application Report *(Table C-11)* | 29 |
| Table 20 | Analyses of Cardiovascular Events in the VIGOR Study Using Endpoint Definitions Standard in Large Antiplatelet Trials Original Application Data *(Table C-11)* | 32 |
| Table 21 | Summary of Analysis of Cardiovascular Serious Adverse Experiences Referred for Adjudication VIGOR Study in Patients With Rheumatoid Arthritis Updated Application Data | 36 |
| Table 22 | Summary of Analysis of Cardiovascular Serious Adverse Experiences Referred for Adjudication VIGOR Study in Patients With Rheumatoid Arthritis Original Application Data *(Table C-13)* | 37 |
| Table 23 | Summary of Thrombotic Cardiovascular Serious Adverse Experiences Referred for Adjudication VIGOR Study in Patients With Rheumatoid Arthritis Updated Application Data | 38 |
| Table 24 | Summary of Thrombotic Cardiovascular Serious Adverse Experiences Referred for Adjudication VIGOR Study in Patients With Rheumatoid Arthritis Original Application Data *(Table C-14)* | 39 |

Rofecoxib                                                                                           5
Safety Update Report

## LIST OF FIGURES

PAGE

Figure 1        Confirmed Thrombotic Cardiovascular Serious Adverse
                Experiences in Rheumatoid Arthritis Patients in the
                VIGOR Study Time-to-Event Plot (All Patients
                Randomized) Updated Application Data                        15

Figure 2        Confirmed Thrombotic Cardiovascular Serious Adverse
                Experiences in Rheumatoid Arthritis Patients in the
                VIGOR Study Time-to-Event Plot (All Patients
                Randomized) Original Application Data *(Figure C-2)*        16

Figure 3        Thrombotic Cardiovascular Serious Adverse Experiences
                Referred for Adjudication in Rheumatoid Arthritis Patients
                in the VIGOR Study Time-to-Event Plot (All Patients
                Randomized) Updated Application Data                        41

Figure 4        Thrombotic Cardiovascular Serious Adverse Experiences
                Referred for Adjudication in Rheumatoid Arthritis Patients
                in the VIGOR Study Time-to-Event Plot (All Patients
                Randomized) Original Application Data *(Figure C-3)*        42

Rofecoxib                                                                                          6
Safety Update Report

## Executive Summary

This report provides updated cardiovascular safety information from the rofecoxib (VIOXX™[1], MK-0966) VIGOR study. The original report, which was part of the VIGOR supplemental marketing application, included analyses of all adjudicated serious cardiovascular thrombotic events which were reported prior to 10-Feb-2000, the study cutoff date prespecified by the VIGOR steering committee. This update to the original report includes data on 11 additional patients who experienced cardiovascular serious adverse experiences eligible for adjudication as defined by the Adjudication SOP [1]. These additional events were reported after the prespecified cut-off date, however, in an effort to ensure completeness in reporting and analyzing safety data, these events were referred for adjudication. Five of the 11 patients experienced events that were confirmed by the cardiovascular endpoint adjudication committees to be thrombotic cardiovascular serious adverse experiences (3 confirmed myocardial infarctions on rofecoxib, 1 confirmed peripheral venous thrombosis on rofecoxib, and 1 confirmed ischemic cerebrovascular accident on naproxen). Inclusion of these patients in the analyses did not meaningfully alter the findings or conclusions of the study. We had previously reported that therapy with naproxen was associated with a 56% reduction in the risk of experiencing a confirmed thrombotic cardiovascular serious adverse experience. Re-analysis of the data including the additional 5 confirmed events revealed a 58% reduction in the risk of confirmed thrombotic cardiovascular serious adverse experiences in patients treated with naproxen compared with rofecoxib. The difference between the naproxen and the rofecoxib group in the incidences of thrombotic cardiovascular serious adverse events was primarily due to an imbalance in the incidence of acute myocardial infarction between the groups.

The reduction in cardiovascular events was accentuated in the 4% of patients in the study who had an indication for chronic aspirin therapy (i.e., a history of symptomatic coronary or cerebrovascular disease) but who were not receiving aspirin or other anti-platelet therapy. The magnitude of the reduction in thrombotic cardiovascular serious adverse experiences observed with naproxen therapy relative to rofecoxib therapy in patients without a clear indication for aspirin therapy was substantially smaller.

The reduction in the risk of developing a thrombotic cardiovascular serious adverse experience in patients treated with naproxen compared to those treated with rofecoxib is consistent with the known anti-platelet effects of naproxen. The similar rates of serious cardiovascular events in all treatment groups in both the Phase III osteoarthritis program (rofecoxib, placebo and NSAID comparators without sustained, nearly complete inhibition of platelet aggregation) and the ongoing Alzheimer program (rofecoxib and placebo) are consistent with this explanation. A formal meta-analysis of serious thrombotic cardiovascular adverse experiences in the rofecoxib pre- and postmarketing development program is underway.

---

[1] VIOXX is a trademark of Merck & Co., Inc., Whitehouse Station, New Jersey, U.S.A.

MRK-N0520004179

Rofecoxib                                                                                          7
Safety Update Report

## 1.  Data Included in the Original VIGOR Supplemental Marketing Application Compared to this Updated Report

All available data as of 10-Feb-2000, the termination date selected by the Steering Committee for the study, were included in the analyses of cardiovascular outcomes presented in the Cardiovascular Events Analysis of the original VIGOR supplemental marketing application. The termination date was the date on which the end-of-study visits could begin to be conducted. This date was prespecified as the cutoff date for inclusion of reported cardiovascular serious adverse experiences to ensure adequate time for procurement of clinical data and for completion of the adjudication process. Serious adverse experiences meeting criteria for referral to adjudication were reported in 11 patients in the VIGOR study after the 10-Feb-2000 cutoff date. These events were therefore not included in the initial analyses.  Five of the 11 patients had events confirmed by a blinded, external adjudication committee to be thrombotic cardiovascular serious adverse experiences.  These events are included in the analyses presented below.

### 1.1  Format of the Data Presentation

Tables and Figures which include all cardiovascular events which occurred after the 10-Feb-2000 (Updated Application Data) will be shown together with Tables and Figures which include data available only as of 10-Feb-2000 (Original Application Data).  All data from the original application have the Table and Figure number from the original application in parentheses in the title.

## 2.  Results of the Adjudication of Thrombotic Cardiovascular Serious Adverse Experiences in the VIGOR Study

The data analysis section of the Adjudication SOP specified that the primary analysis of cardiovascular events in the VIGOR study would utilize only events that were confirmed to be thrombotic cardiovascular serious adverse experiences by the vascular endpoint adjudication committees. Those event which were not confirmed by the vascular endpoint adjudication committees or for which there were insufficient data to adjudicate the event, are included in a sensitivity analysis of all investigator reported events, presented in Section 2.1.4 (Supportive Analysis: Incidence of Events Judged by Investigators to be Potential Thrombotic Cardiovascular Serious Adverse Experiences).

Table 1 and Table 2 present the results of the adjudication process that led to the selection of these confirmed thrombotic cardiovascular serious adverse experiences.  The overall incidence of thrombotic cardiovascular serious adverse experiences was low.  Overall, 98 serious adverse experiences in 96 patients (1.2% of the study cohort) met the prespecified criteria for a potential thrombotic cardiovascular serious adverse experience. A listing of these events by allocation number and treatment group along with the consensus adjudication diagnosis is in Attachment 3[2].  These numbers include the

---

[2]  For consistency, attachments are numbered according to the scheme presented in the original report as part of the supplemental marketing application. Attachments 1, 2, and 5 are unchanged.  Attachments 3 and 4 have been updated to reflect information regarding the 11 additional patients with CV serious adverse experiences.

MRK-N0520004180

Rofecoxib
Safety Update Report

8

## 2.   Results of the Adjudication of Thrombotic Cardiovascular Serious Adverse Experiences in the VIGOR Study (Cont.)

11 additional patients who experienced serious adverse events meeting criteria for referral to the adjudication panel that were reported after the 10-Feb-2000 cutoff (9 on rofecoxib and 2 on naproxen).  Five of the 11 patients had events which were confirmed by the adjudication committee to be thrombotic cardiovascular serious adverse experiences (3 confirmed myocardial infarctions on rofecoxib, 1 confirmed peripheral venous thrombosis on rofecoxib, and 1 confirmed ischemic cerebrovascular stroke on naproxen). The remaining 6 events included:  (1) 5 events that were judged not to meet prespecified definitions for a thrombotic cardiovascular event (4 on rofecoxib; 1 on naproxen), and (2) 1 event which had insufficient information (on rofecoxib). Thus the updated analysis of cardiovascular outcomes in this study included 66 confirmed thrombotic cardiovascular serious adverse experiences in 64 patients.

Table 1

Accounting of Cardiovascular Serious Adverse Experiences That Underwent
Adjudication in the VIGOR Trial in Rheumatoid Arthritis Patients
Updated Application Data

| Serious Adverse Experience Categories | Rofecoxib | Naproxen |
|---|---|---|
| Serious adverse experiences meeting criteria for referral to adjudication | 65 | 33 |
| Events not meeting criteria for a thrombotic cardiovascular serious adverse experience | 19 | 13 |
| Events adjudicated to be nonthrombotic serious adverse experiences | 12 | 9 |
| Events adjudicated to be hemorrhagic strokes or primary intracranial hemorrhage events | 2 | 1 |
| Events with insufficient data for adjudication | 5 | 3 |
| Events meeting criteria for a thrombotic cardiovascular serious adverse experience | 46 | 20 |

Data Source:  [Attachment 3]

MRK-N0520004181

Rofecoxib                                                                                    9
Safety Update Report

2.  **Results of the Adjudication of Thrombotic Cardiovascular Serious Adverse Experiences in the VIGOR Study** (Cont.)

Table 2

Accounting of Cardiovascular Serious Adverse Experiences That Underwent
Adjudication in the VIGOR Trial in Rheumatoid Arthritis Patients
Original Application Data (*Table C-2*)

| Serious Adverse Experience Categories | Rofecoxib | Naproxen |
|---|---|---|
| Serious adverse experiences meeting criteria for referral to adjudication | 56 | 31 |
| Events not meeting criteria for a thrombotic cardiovascular serious adverse experience | 14 | 12 |
| Events adjudicated to be nonthrombotic serious adverse experiences | 8 | 8 |
| Events adjudicated to be hemorrhagic strokes or primary intracranial hemorrhage events | 2 | 1 |
| Events with insufficient data for adjudication | 4 | 3 |
| Events meeting criteria for a thrombotic cardiovascular serious adverse experience | 42 | 19 |

The baseline demographics of the cohort of patients with confirmed thrombotic cardiovascular serious adverse experiences are presented in Table 3 and Table 4. As was demonstrated in the VIGOR supplemental marketing application cardiovascular report, patients who developed a thrombotic cardiovascular serious adverse experience were generally at high risk of cardiovascular disease at the time of their enrollment in the study.

/MK-0966/SUR/RW1968.DOC APPROVED                                         03-Oct-2000

Rofecoxib
Safety Update Report

10

2. **Results of the Adjudication of Thrombotic Cardiovascular Serious Adverse Experiences in the VIGOR Study** (Cont.)

Table 3

Baseline Cardiovascular Demographics in Patients in the VIGOR Trial who had a
Confirmed Thrombotic Cardiovascular Serious Adverse Experience
Updated Application Data

| Demographic | Rofecoxib (N=45)[†] | | Naproxen (N=19)[†] | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Age** | | | | |
| Percent <65 Years Old | 17 | (37.8) | 6 | (31.6) |
| Percent ≥65 Years Old | 28 | (62.2) | 13 | (68.4) |
| **Gender** | | | | |
| Female | 25 | (55.6) | 12 | (63.2) |
| Male | 20 | (44.4) | 7 | (36.8) |
| **Past Cardiovascular History** | | | | |
| Past History of Atherosclerotic Cardiovascular Disease | 16 | (35.6) | 5 | (26.3) |
| **Cardiovascular Risk Factors** | | | | |
| Any Cardiovascular Risk Factors | 37 | (82.2) | 14 | (73.7) |
| Hypertension | 20 | (44.4) | 12 | (63.2) |
| Diabetes Mellitus | 2 | (4.4) | 1 | (5.3) |
| Hypercholesterolemia | 9 | (20.0) | 2 | (10.5) |
| Current Smoker | 17 | (37.8) | 5 | (26.3) |
| **Indication for Aspirin Therapy** | | | | |
| Aspirin Therapy Indicated[‡] | 15 | (33.3) | 3 | (15.8) |

[†] Two patients experienced >1 confirmed thrombotic cardiovascular serious adverse experience [Attachment 3]. AN 10677 (rofecoxib group) experienced 2 ischemic cerebrovascular accidents. AN 00560 (naproxen group) experienced unstable angina and myocardial infarction. Because the analysis of rates of confirmed thrombotic cardiovascular serious adverse experiences counted number of patients with events, these patients are counted once within each adjudication category.

[‡] Patients with past medical histories of one of the following cerebrovascular accident, transient ischemic attack, myocardial infarction, unstable angina, angina pectoris, coronary artery bypass graft surgery, or percutaneous coronary interventions.

Data Source: [P088C], [Attachment 3]

/MK-0966/SUR/RW1968.DOC APPROVED                    03-Oct-2000

MRK-N0520004183

Rofecoxib
Safety Update Report

11

2.  **Results of the Adjudication of Thrombotic Cardiovascular Serious Adverse Experiences in the VIGOR Study** (Cont.)

Table 4

Baseline Cardiovascular Demographics in Patients in the VIGOR Trial who had a
Confirmed Thrombotic Cardiovascular Serious Adverse Experience
Original Application Data (*Table C-3*)

| Demographic | Rofecoxib (N=41)[†] | | Naproxen (N=18)[†] | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Age** | | | | |
| Percent <65 Years Old | 14 | (34.1) | 6 | (33.3) |
| Percent ≥65 Years Old | 27 | (65.9) | 12 | (66.7) |
| **Gender** | | | | |
| Female | 23 | (56.1) | 11 | (61.1) |
| Male | 18 | (43.9) | 7 | (38.9) |
| **Past Cardiovascular History** | | | | |
| Past History of Atherosclerotic Cardiovascular Disease | 16 | (39.0) | 5 | (27.8) |
| **Cardiovascular Risk Factors** | | | | |
| Any Cardiovascular Risk Factors | 34 | (82.9) | 13 | (72.2) |
| Hypertension | 18 | (43.9) | 11 | (61.1) |
| Diabetes Mellitus | 2 | (4.9) | 1 | (5.6) |
| Hypercholesterolemia | 9 | (22.0) | 2 | (11.1) |
| Current Smoker | 15 | (36.6) | 5 | (27.8) |
| **Indication for Aspirin Therapy** | | | | |
| Aspirin Therapy Indicated[‡] | 15 | (36.6) | 3 | (16.7) |

[†]  Two patients experienced >1 confirmed thrombotic cardiovascular serious adverse experience [Attachment 3]. AN 10677 (rofecoxib group) experienced 2 ischemic cerebrovascular accidents. AN 00560 (naproxen group) experienced unstable angina and myocardial infarction. Because the analysis of rates of confirmed thrombotic cardiovascular serious adverse experiences counted number of patients with events, these patients are counted once within each adjudication category.

[‡]  Patients with past medical histories of one of the following cerebrovascular accident, transient ischemic attack, myocardial infarction, unstable angina, angina pectoris, coronary artery bypass graft surgery, or percutaneous coronary interventions.

/MK-0966/SUR/RW1968.DOC APPROVED

03-Oct-2000

MRK-N0520004184

Rofecoxib
Safety Update Report

12

2.  **Results of the Adjudication of Thrombotic Cardiovascular Serious Adverse Experiences in the VIGOR Study** (Cont.)

As in the original VIGOR supplemental application, the overall incidence of confirmed thrombotic cardiovascular serious adverse experiences in the VIGOR study was low (Table 5 and Table 6). A proportional hazard analysis revealed that the reduction in the risk for an adjudicated thrombotic cardiovascular serious adverse experience observed with naproxen therapy was constant over time (Figure 1 and Figure 2).  Therapy with naproxen was associated with a 58% reduction in the risk for the development of thrombotic cardiovascular serious adverse experiences (compared with the 56% reduction reported in the original VIGOR supplemental application), due primarily to a reduction in the incidence of coronary events.

MRK-N0520004185

Rofecoxib
Safety Update Report

13

2. **Results of the Adjudication of Thrombotic Cardiovascular Serious Adverse Experiences in the VIGOR Study (Cont.)**

Table 5

Summary of Analysis of Confirmed Adjudicated Thrombotic Cardiovascular Serious
Adverse Experiences VIGOR Study in Patients With Rheumatoid Arthritis[†]
Updated Application Data

| Event Category | Treatment Group | N | Patients With Events | PYR[‡] | Rates[‡] | Relative Risk[§] | |
|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI |
| All thrombotic events | Rofecoxib | 4047 | 45 | 2697 | 1.67 | | |
| | Naproxen | 4029 | 19 | 2698 | 0.70 | 0.42 | (0.25, 0.72) |
| All cardiac events | Rofecoxib | 4047 | 28 | 2698 | 1.04 | | |
| | Naproxen | 4029 | 10 | 2698 | 0.37 | 0.36 | (0.17, 0.74) |
| All cerebrovascular events | Rofecoxib | 4047 | 11 | 2699 | 0.41 | | |
| | Naproxen | 4029 | 8 | 2699 | 0.30 | 0.73 | (0.29, 1.80) |
| All peripheral vascular events | Rofecoxib | 4047 | 6 | 2699 | 0.22 | | |
| | Naproxen | 4029 | 1 | 2699 | 0.04 | 0.17 | (0.00, 1.37) |

[†] In keeping with the data analysis section of the Adjudication SOP, this table does not include events determined by adjudication to be hemorrhagic cerebrovascular accidents.
[‡] Per 100 patient-years at risk (PYR).
[§] Relative risk of naproxen with respect to rofecoxib from unstratified Cox model where the number of cases is at least 11, otherwise relative risk is ratio of rates.
Although a patient may have had 2 or more serious adverse experiences, the patient is counted only once within a category. The same patient may appear in different categories.

Data Source: [Attachment 3]

/MK-0966/SUR/RW1968.DOC APPROVED--03-Oct-2000

MRK-N0520004186

Rofecoxib
Safety Update Report

14

2.  **Results of the Adjudication of Thrombotic Cardiovascular Serious Adverse Experiences in the VIGOR Study** (Cont.)

Table 6

Summary of Analysis of Confirmed Adjudicated Thrombotic Cardiovascular Serious
Adverse Experiences VIGOR Study in Patients With Rheumatoid Arthritis[†]
Original Application Data (*Table C-4*)

| Event Category | Treatment Group | N | Patients With Events | PYR[‡] | Rates[‡] | Relative Risk[§] Estimate | Relative Risk[§] 95% CI |
|---|---|---|---|---|---|---|---|
| All thrombotic events | Rofecoxib | 4047 | 41 | 2697 | 1.52 | | |
| | Naproxen | 4029 | 18 | 2698 | 0.67 | 0.44 | (0.25, 0.76) |
| All cardiac events | Rofecoxib | 4047 | 25 | 2698 | 0.93 | | |
| | Naproxen | 4029 | 10 | 2698 | 0.37 | 0.40 | (0.19, 0.83) |
| All cerebrovascular events | Rofecoxib | 4047 | 11 | 2699 | 0.41 | | |
| | Naproxen | 4029 | 7 | 2699 | 0.26 | 0.63 | (0.25, 1.64) |
| All peripheral vascular events | Rofecoxib | 4047 | 5 | 2699 | 0.19 | | |
| | Naproxen | 4029 | 1 | 2699 | 0.04 | 0.20 | (0.00, 1.79) |

[†]   In keeping with the data analysis section of the Adjudication SOP, this table does not include events determined by adjudication to be hemorrhagic cerebrovascular accidents.
[‡]   Per 100 patient-years at risk (PYR).
[§]   Relative risk of naproxen with respect to rofecoxib from unstratified Cox model where the number of cases is at least 11, otherwise relative risk is ratio of rates.
Although a patient may have had 2 or more serious adverse experiences, the patient is counted only once within a category.  The same patient may appear in different categories.

/MK-0966/SUR/RW1968.DOC APPROVED--03-Oct-2000

MRK-N0520004187

Rofecoxib
Safety Update Report

15

## 2.   Results of the Adjudication of Thrombotic Cardiovascular Serious Adverse Experiences in the VIGOR Study (Cont.)

Figure 1

Confirmed Thrombotic Cardiovascular Serious Adverse Experiences
in Rheumatoid Arthritis Patients in the VIGOR Study
Time-to-Event Plot (All Patients Randomized)
Updated Application Data



| # at Risk | | | | | | |
|---|---|---|---|---|---|---|
| Rofecoxib | n=4047 | 3643 | 3405 | 3177 | 2806 | 1067 531 |
| Naproxen | n=4029 | 3647 | 3395 | 3172 | 2798 | 1073 514 |

Data Source: [P088C], [Attachment 3]

/MK-0966/SUR/RW1968.DOC APPROVED

03-Oct-2000

MRK-N0520004188

Rofecoxib
Safety Update Report

16

## 2. **Results of the Adjudication of Thrombotic Cardiovascular Serious Adverse Experiences in the VIGOR Study** (Cont.)

Figure 2

Confirmed Thrombotic Cardiovascular Serious Adverse Experiences
in Rheumatoid Arthritis Patients in the VIGOR Study
Time-to-Event Plot (All Patients Randomized)
Original Application Data *(Figure C-2)*



| # at Risk | | | | | | |
|---|---|---|---|---|---|---|
| Rofecoxib | n=4047 | 3643 | 3405 | 3177 | 2806 | 1067 532 |
| Naproxen | n=4029 | 3647 | 3395 | 3172 | 2799 | 1073 514 |

Table 7 and Table 8 present the incidences of the various thrombotic cardiovascular serious adverse experience, utilizing the adjudicated diagnoses. Similar to the original analyses, the difference between the naproxen group and the rofecoxib group in the incidences of thrombotic cardiovascular serious adverse experiences was due primarily to an imbalance in the incidence of acute myocardial infarction between the 2 groups. The incidence of confirmed acute myocardial infarction was 0.5% in patients treated with rofecoxib and 0.1% in patients treated with naproxen (difference = 0.4; 95% confidence interval = 0.1, 0.7). Subsequent review of demographics, medical history, and serious

/MK-0966/SUR/RW1968.DOC APPROVED

03-Oct-2000

MRK-N0520004189

Rofecoxib                                                                    17
Safety Update Report

## 2. Results of the Adjudication of Thrombotic Cardiovascular Serious Adverse Experiences in the VIGOR Study (Cont.)

adverse experience reports, all of which were included as part of the original VIGOR application, revealed that 96% of patients who experienced a confirmed myocardial infarction had 1 or more cardiac risk factors or had a prior history of symptomatic coronary or cerebrovascular disease.

The incidence of peripheral venous events was low (0.1% and 0.0% in the rofecoxib and naproxen group, respectively). All peripheral venous events occurred in patients with predisposing risk factors who were not given anti-coagulation (3 occurred after lower extremity trauma (ANs 518, 2214, 2864), 1 occurred after knee replacement surgery (AN 8589), 1 occurred after a cholecystectomy (AN 3312), and 1 occurred in a patient diagnosed with chronic lymphocytic leukemia (AN 2331)).   Although the small numerical imbalance of events (5 on rofecoxib and 1 on naproxen) may be due to chance, aspirin has recently been shown to reduce the incidence of deep vein thrombosis in a high-risk patient population [2]. Thus, the imbalance would be consistent with naproxen's known anti-platelet effects.

Rofecoxib
Safety Update Report

18

## 2. **Results of the Adjudication of Thrombotic Cardiovascular Serious Adverse Experiences in the VIGOR Study** (Cont.)

Table 7

Summary of Adjudicated Thrombotic Cardiovascular Serious Adverse
Experiences VIGOR Study in Patients With Rheumatoid Arthritis
Updated Application Data

| Event | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Any Event[†]** | **47** | **(1.2)** | **20** | **(0.5)** |
| Arterial Event[†] | 42 | (1.0) | 19 | (0.5) |
| Venous Event | 5 | (0.1) | 1 | (0.0) |
| **Cardiovascular Death[†]** | **6** | **(0.1)** | **6** | **(0.1)** |
| Fatal Acute Myocardial Infarction | 2 | (0.0) | 0 | (0.0) |
| Fatal Hemorrhagic Stroke | 1 | (0.0) | 1 | (0.0) |
| Fatal Ischemic Cerebrovascular Stroke | 0 | (0.0) | 1 | (0.0) |
| Sudden Cardiac Death | 3 | (0.1) | 4 | (0.1) |
| **Cardiac Events (Fatal/Nonfatal)** | **28** | **(0.7)** | **10** | **(0.2)** |
| Acute Myocardial Infarction | 20 | (0.5) | 4 | (0.1) |
| Sudden Cardiac Death | 3 | (0.1) | 4 | (0.1) |
| Unstable Angina Pectoris | 5 | (0.1) | 3 | (0.1) |
| **Cerebrovascular Events (Fatal/Nonfatal)[†]** | **13** | **(0.3)** | **9** | **(0.2)** |
| Hemorrhagic Stroke | 2 | (0.0) | 1 | (0.0) |
| Ischemic Cerebrovascular Stroke | 9 | (0.2) | 8 | (0.2) |
| Transient Ischemic Attack | 2 | (0.0) | 0 | (0.0) |
| **Peripheral Vascular Events (Fatal/Nonfatal)** | **6** | **(0.1)** | **1** | **(0.0)** |
| Peripheral Arterial Thrombosis | 1 | (0.0) | 0 | (0.0) |
| Peripheral Venous Thrombosis | 5 | (0.1) | 1 | (0.0) |
| [†] Includes hemorrhagic stroke. Note:  Patients may be counted in more than 1 row, but are only counted once within a row. | | | | |

Data Source: [Attachment 3]

Rofecoxib                                                                                          19
Safety Update Report

2. **Results of the Adjudication of Thrombotic Cardiovascular Serious Adverse Experiences in the VIGOR Study** (Cont.)

Table 8

Summary of Adjudicated Thrombotic Cardiovascular Serious Adverse
Experiences VIGOR Study in Patients With Rheumatoid Arthritis
Original Application Data (*Table C-5*)

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Any Event[†]** | **43** | **(1.1)** | **19** | **(0.5)** |
| Arterial Event[†] | 39 | (1.0) | 18 | (0.4) |
| Venous Event | 4 | (0.1) | 1 | (0.0) |
| **Cardiovascular Death[†]** | **6** | **(0.1)** | **6** | **(0.1)** |
| Fatal Acute Myocardial Infarction | 2 | (0.0) | 0 | (0.0) |
| Fatal Hemorrhagic Stroke | 1 | (0.0) | 1 | (0.0) |
| Fatal Ischemic Cerebrovascular Stroke | 0 | (0.0) | 1 | (0.0) |
| Sudden Cardiac Death | 3 | (0.1) | 4 | (0.1) |
| **Cardiac Events (Fatal/Nonfatal)** | **25** | **(0.6)** | **10** | **(0.2)** |
| Acute Myocardial Infarction | 17 | (0.4) | 4 | (0.1) |
| Sudden Cardiac Death | 3 | (0.1) | 4 | (0.1) |
| Unstable Angina Pectoris | 5 | (0.1) | 3 | (0.1) |
| **Cerebrovascular Events (Fatal/Nonfatal)[†]** | **13** | **(0.3)** | **8** | **(0.2)** |
| Hemorrhagic Stroke | 2 | (0.0) | 1 | (0.0) |
| Ischemic Cerebrovascular Stroke | 9 | (0.2) | 7 | (0.2) |
| Transient Ischemic Attack | 2 | (0.0) | 0 | (0.0) |
| **Peripheral Vascular Events (Fatal/Nonfatal)** | **5** | **(0.1)** | **1** | **(0.0)** |
| Peripheral Arterial Thrombosis | 1 | (0.0) | 0 | (0.0) |
| Peripheral Venous Thrombosis | 4 | (0.1) | 1 | (0.0) |
| [†] Includes patients who experienced a hemorrhagic stroke. Patients may be counted in more than 1 row but are only counted once within a row. | | | | |

MRK-N0520004192

Rofecoxib                                                                                               20
Safety Update Report

## 2.1   Additional Analyses Related to Thrombotic Cardiovascular Serious Adverse Experiences in the VIGOR Study

Four analyses were performed to further define the differences in cardiovascular outcomes observed in patients who received naproxen versus rofecoxib. First, the incidence of confirmed thrombotic cardiovascular serious adverse experiences was evaluated in the subgroup of patients who had a history that met criteria for chronic vascular-protective aspirin therapy. Second, the relationship between hypertension and edema-related adverse experiences, events that occurred more frequently in patients who received rofecoxib versus naproxen, and the development of confirmed thrombotic cardiovascular serious adverse experiences was explored. Third, an analysis of cardiovascular outcomes in the VIGOR study using endpoint clusters similar to those utilized in classic trials of antiplatelet agents was performed. Finally, a supportive analysis of the incidence of events judged by investigators to be potential thrombotic cardiovascular serious adverse experiences was performed as a means of including those events adjudicated as not confirmed or for which there were insufficient data for adjudication.

### 2.1.1   Analysis of Cardiovascular Outcomes in the Subgroup of Patients With a Past Medical History of Symptomatic Coronary and/or Cerebrovascular Disease

The 5 additional confirmed events included in the updated analyses occurred in patients without indications for antiplatelet therapy. Nonetheless, as demonstrated in the original VIGOR supplemental application, a disproportionate amount of the benefit observed with naproxen in the VIGOR study occurred in a cohort of patients in whom antiplatelet therapy was indicated, but not utilized (Table 9 and Table 10).

MRK-N0520004193

Rofecoxib
Safety Update Report

21

### 2.1.1  Analysis of Cardiovascular Outcomes in the Subgroup of Patients With a Past Medical History of Symptomatic Coronary and/or Cerebrovascular Disease (Cont.)

Table 9

Incidence of Adjudicated Thrombotic Cardiovascular Serious Adverse Experiences in Patient Subgroups
Based on a Past Medical History Meeting Criteria for Vascular-Protective Aspirin Therapy
VIGOR Study in Rheumatoid Arthritis Patients
Updated Application Data

| Subgroup | Treatment Group | N | Patients With Events | PYR[†] | Rates[‡] | Relative Risk[§] | |
|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI |
| All patients | Rofecoxib | 4047 | 45 | 2697 | 1.67 | | |
| | Naproxen | 4029 | 19 | 2698 | 0.70 | 0.42 | (0.25, 0.72) |
| Aspirin indicated[ǁ, ¶] | Rofecoxib | 170 | 15 | 105 | 14.29 | | |
| | Naproxen | 151 | 3 | 102 | 2.94 | 0.20 | (0.06, 0.71) |
| Aspirin not indicated[ǁ] | Rofecoxib | 3877 | 30 | 2592 | 1.16 | | |
| | Naproxen | 3878 | 16 | 2596 | 0.62 | 0.53 | (0.29, 0.97) |

[†]  Patient-years at risk.
[‡]  Per 100 PYR.
[§]  Relative risk of naproxen with respect to rofecoxib from unstratified Cox model where the number of cases is at least 11, otherwise relative risk is ratio of rates.
[ǁ]  The "Aspirin Indicated" cohort represents those patients with a past medical history of cerebrovascular accident, transient ischemic attack, myocardial infarction, unstable angina, stable angina, coronary artery bypass graft surgery, or percutaneous coronary intervention [3]. The "Aspirin Not Indicated" cohort represents those patients who did not have a past medical history of any of these diseases.
[¶]  Treatment-by-aspirin indicated subgroup interaction test, p=0.177.

Data Source: [Attachment 3]

/MK-0966/SUR/RW1968.DOC APPROVED--03-Oct-2000

MRK-N0520004194

Rofecoxib
Safety Update Report

22

## 2.1.1   Analysis of Cardiovascular Outcomes in the Subgroup of Patients With a Past Medical History of Symptomatic Coronary and/or Cerebrovascular Disease (Cont.)

Table 10

Incidence of Adjudicated Thrombotic Cardiovascular Serious Adverse Experiences in Patient Subgroups
Based on a Past Medical History Meeting Criteria for Vascular-Protective Aspirin Therapy
VIGOR Study in Rheumatoid Arthritis Patients
Original Application Data *(Table C-6)*

| Subgroup | Treatment | N | Patients With Events | PYR[†] | Rates[‡] | Relative Risk[§] | |
|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI |
| All patients | Rofecoxib | 4047 | 41 | 2697 | 1.52 | | |
| | Naproxen | 4029 | 18 | 2698 | 0.67 | 0.44 | (0.25, 0.76) |
| Aspirin indicated[‖,¶] | Rofecoxib | 170 | 15 | 105 | 14.29 | | |
| | Naproxen | 151 | 3 | 102 | 2.94 | 0.20 | (0.06, 0.71) |
| Aspirin not indicated[‖] | Rofecoxib | 3877 | 26 | 2592 | 1.00 | | |
| | Naproxen | 3878 | 15 | 2596 | 0.58 | 0.57 | (0.30, 1.09) |

[†]   Patient-years at risk.
[‡]   Per 100 PYR.
[§]   Relative risk of naproxen with respect to rofecoxib from unstratified Cox model where the number of cases is at least 11, otherwise relative risk is the ratio of rates.
[‖]   The "Aspirin Indicated" cohort represents those patients with a past medical history of cerebrovascular accident, transient ischemic attack, myocardial infarction, unstable angina, stable angina, coronary artery bypass graft surgery, or percutaneous coronary intervention [3].  The "Aspirin Not Indicated" cohort represents those patients who did not have a past medical history of any of these diseases.
[¶]   Treatment-by-aspirin indicated subgroup interaction test, p=0.148.

/MK-0966/SUR/RW1968.DOC APPROVED--03-Oct-2000

MRK-N0520004195

Rofecoxib
Safety Update Report

23

## 2.1.2    The Effect of Hypertension and Edema-Related Adverse Experiences on the Incidence of Confirmed Thrombotic Cardiovascular Serious Adverse Experiences

### Incidence of Confirmed Thrombotic Cardiovascular Serious Adverse Experiences

In the original VIGOR supplemental application, analyses were performed to determine whether hypertension- or edema-related adverse experiences contributed to the imbalance in the incidence of confirmed thrombotic cardiovascular serious adverse experiences in the study. While those analyses did not reveal such a relationship, they were repeated for this updated report to confirm the results presented in the original VIGOR supplemental application. These analyses are presented in Table 11 through Table 14 (hypertension) and Table 15 through Table 18 (edema).

There were 7 (ANs 1428, 1449, 2044, 2214, 6006, 7670, 8589) and 1 (AN 1535) patients on rofecoxib and naproxen, respectively who experienced both a hypertension adverse experience and a confirmed thrombotic cardiovascular serious adverse experience. Of the 7 patients on rofecoxib: 2 had deep vein thromboses (ANs 2214, 8589), 3 had CVAs (ANs 1449, 2044, 6006), and 2 had myocardial infarctions (ANs 1428, 7670). Of these 7 patients, the hypertension adverse experience occurred before the cardiovascular event in only 4 of the 7 patients (ANs 1449, 2044, 2214, 7670). Thus only a minority of patients with a confirmed thrombotic cardiovascular serious adverse experience had developed a hypertension adverse experience prior to the event.

Similar analyses for edema-related adverse experiences are presented in Table 15 through Table 18. The incidence of confirmed thrombotic serious adverse experiences within each treatment group, and the difference in event rates between the naproxen and rofecoxib cohorts, was similar in patients with and without edema-related adverse experiences. Overall, only 3.1% of the 64 patients with confirmed thrombotic cardiovascular serious adverse experiences had also experienced an edema-related adverse experience. The incidence of edema-related adverse experiences was comparable in patients with and without a confirmed thrombotic cardiovascular serious adverse experience.

These data are similar to that seen with the original VIGOR supplemental application and suggest that the imbalance in hypertension- and edema-related adverse experiences observed in the study did not directly contribute to the imbalance in thrombotic cardiovascular serious adverse experiences between the naproxen and rofecoxib treatment groups observed in the study.

MRK-N0520004196

Rofecoxib
Safety Update Report

24

### 2.1.2    The Effect of Hypertension and Edema-Related Adverse Experiences on the Incidence of Confirmed Thrombotic Cardiovascular Serious Adverse Experiences (Cont.)

Table 11

Incidence of Confirmed Thrombotic Cardiovascular Serious Adverse Experiences in
Patients With and Without Hypertension-Related Adverse Experiences
VIGOR Study in Rheumatoid Arthritis Patients
Updated Application Data

| Subgroup | Treatment Group | N | Patients With a Confirmed Cardiovascular Serious Adverse Experience | |
|---|---|---|---|---|
| | | | n | (%) |
| **Incidence of a Confirmed Thrombotic Cardiovascular Serious Adverse Experience** | | | | |
| Patients with a hypertension-related adverse experience | Rofecoxib | 394 | 7 | (1.8) |
| Patients without a hypertension-related adverse experience | Rofecoxib | 3653 | 38 | (1.0) |
| Patients with a hypertension-related adverse experience | Naproxen | 221 | 1 | (0.5) |
| Patients without a hypertension-related adverse experience | Naproxen | 3808 | 18 | (0.5) |

Data Source: [P088C], [Attachment 3]

Table 12

Incidence of Confirmed Thrombotic Cardiovascular Serious Adverse Experiences in
Patients With and Without Hypertension-Related Adverse Experiences
VIGOR Study in Rheumatoid Arthritis Patients
Original Application Data (*Table C-7*)

| Subgroup | Treatment Group | N | Patients With a Confirmed Cardiovascular Serious Adverse Experience | |
|---|---|---|---|---|
| | | | n | (%) |
| **Incidence of a Confirmed Thrombotic Cardiovascular Serious Adverse Experience** | | | | |
| Patients with a hypertension-related adverse experience | Rofecoxib | 394 | 5 | (1.3) |
| Patients without a hypertension-related adverse experience | Rofecoxib | 3653 | 36 | (1.0) |
| Patients with a hypertension-related adverse experience | Naproxen | 221 | 1 | (0.5) |
| Patients without a hypertension-related adverse experience | Naproxen | 3808 | 17 | (0.4) |

MRK-N0520004197

Rofecoxib                                                                                                          25
Safety Update Report

### 2.1.2 The Effect of Hypertension and Edema-Related Adverse Experiences on the Incidence of Confirmed Thrombotic Cardiovascular Serious Adverse Experiences (Cont.)

Table 13

Incidence of Hypertension-Related Adverse Experiences in Patients With and
Without Confirmed Thrombotic Cardiovascular Serious Adverse Experiences
VIGOR Study in Rheumatoid Arthritis Patients
Updated Application Data

| Subgroup | Treatment Group | N | Patients With a Hypertension-Related Adverse Experience | |
|---|---|---|---|---|
| | | | n | (%) |
| **Incidence of a Hypertension-Related Adverse Experience** | | | | |
| Patients with a confirmed thrombotic cardiovascular serious adverse experience | Rofecoxib | 45 | 7 | (15.6) |
| Patients without a confirmed thrombotic cardiovascular serious adverse experience | Rofecoxib | 4002 | 387 | (9.7) |
| Patients with a confirmed thrombotic cardiovascular serious adverse experience | Naproxen | 19 | 1 | (5.3) |
| Patients without a confirmed thrombotic cardiovascular serious adverse experience | Naproxen | 4010 | 220 | (5.5) |

Data Source: [P088C], [Attachment 3]

Table 14

Incidence of Hypertension-Related Adverse Experiences in Patients With and
Without Confirmed Thrombotic Cardiovascular Serious Adverse Experiences
VIGOR Study in Rheumatoid Arthritis Patients
Original Application Data *(Table C-8)*

| Subgroup | Treatment Group | N | Patients With a Hypertension-Related Adverse Experience | |
|---|---|---|---|---|
| | | | n | (%) |
| **Incidence of a Hypertension-Related Adverse Experience** | | | | |
| Patients with a confirmed thrombotic cardiovascular serious adverse experience | Rofecoxib | 41 | 5 | (12.2) |
| Patients without a confirmed thrombotic cardiovascular serious adverse experience | Rofecoxib | 4006 | 389 | (9.7) |
| Patients with a confirmed thrombotic cardiovascular serious adverse experience | Naproxen | 18 | 1 | (5.6) |
| Patients without a confirmed thrombotic cardiovascular serious adverse experience | Naproxen | 4011 | 220 | (5.5) |

MRK-N0520004198

Rofecoxib
Safety Update Report

26

**2.1.2    The Effect of Hypertension and Edema-Related Adverse Experiences on the Incidence of Confirmed Thrombotic Cardiovascular Serious Adverse Experiences (Cont.)**

Table 15

Incidence of Confirmed Thrombotic Cardiovascular Serious Adverse Experiences
in Patients With and Without Edema-Related Adverse Experiences
VIGOR Study in Rheumatoid Arthritis Patients
Updated Application Data

| Subgroup | Treatment Group | N | Patients With a Confirmed Cardiovascular Serious Adverse Experience | |
|---|---|---|---|---|
| | | | n | (%) |
| **Incidence of Confirmed Thrombotic Cardiovascular Serious Adverse Experience** | | | | |
| Patients with an edema-related adverse experience | Rofecoxib | 220 | 1 | (0.5) |
| Patients without an edema-related adverse experience | Rofecoxib | 3827 | 44 | (1.1) |
| Patients with an edema-related adverse experience | Naproxen | 145 | 1 | (0.7) |
| Patients without an edema-related adverse experience | Naproxen | 3884 | 18 | (0.5) |

Data Source: [P088C], [Attachment 3]

Table 16

Incidence of Confirmed Thrombotic Cardiovascular Serious Adverse Experiences
in Patients With and Without Edema-Related Adverse Experiences
VIGOR Study in Rheumatoid Arthritis Patients
Original Application Data (*Table C-9*)

| Subgroup | Treatment Group | N | Patients With a Confirmed Cardiovascular Serious Adverse Experience | |
|---|---|---|---|---|
| | | | n | (%) |
| **Incidence of Confirmed Thrombotic Cardiovascular Serious Adverse Experience** | | | | |
| Patients with an edema-related adverse experience | Rofecoxib | 220 | 1 | (0.5) |
| Patients without an edema-related adverse experience | Rofecoxib | 3827 | 40 | (1.0) |
| Patients with an edema-related adverse experience | Naproxen | 145 | 1 | (0.7) |
| Patients without an edema-related adverse experience | Naproxen | 3884 | 17 | (0.4) |

MRK-N0520004199

Rofecoxib
Safety Update Report

27

### 2.1.2 The Effect of Hypertension and Edema-Related Adverse Experiences on the Incidence of Confirmed Thrombotic Cardiovascular Serious Adverse Experiences (Cont.)

Table 17

Incidence of Edema-Related Adverse Experiences in Patients With and Without
Confirmed Thrombotic Cardiovascular Serious Adverse Experiences
VIGOR Study in Rheumatoid Arthritis Patients
Updated Application Data

| Subgroup | Treatment Group | N | Patients With an Edema-Related Adverse Experience | |
|---|---|---|---|---|
| | | | n | (%) |
| **Incidence of an Edema-Related Adverse Experience** | | | | |
| Patients with a confirmed thrombotic cardiovascular serious adverse experience | Rofecoxib | 45 | 1 | (2.2) |
| Patients without a confirmed thrombotic cardiovascular serious adverse experience | Rofecoxib | 4002 | 219 | (5.5) |
| Patients with a confirmed thrombotic cardiovascular serious adverse experience | Naproxen | 19 | 1 | (5.3) |
| Patients without a confirmed thrombotic cardiovascular serious adverse experience | Naproxen | 4010 | 144 | (3.6) |

Data Source: [P088C], [Attachment 3]

Table 18

Incidence of Edema-Related Adverse Experiences in Patients With and Without
Confirmed Thrombotic Cardiovascular Serious Adverse Experiences
VIGOR Study in Rheumatoid Arthritis Patients
Original Application Data (*Table C-10*)

| Subgroup | Treatment Group | N | Patients With an Edema-Related Adverse Experience | |
|---|---|---|---|---|
| | | | n | (%) |
| **Incidence of an Edema-Related Adverse Experience** | | | | |
| Patients with a confirmed thrombotic cardiovascular serious adverse experience | Rofecoxib | 41 | 1 | (2.4) |
| Patients without a confirmed thrombotic cardiovascular serious adverse experience | Rofecoxib | 4006 | 219 | (5.5) |
| Patients with a confirmed thrombotic cardiovascular serious adverse experience | Naproxen | 18 | 1 | (5.6) |
| Patients without a confirmed thrombotic cardiovascular serious adverse experience | Naproxen | 4011 | 144 | (3.6) |

MRK-N0520004200

Rofecoxib                                                                                     28
Safety Update Report

### 2.1.3    Analysis of the VIGOR Study Using the Same Endpoint Clusters as Other Studies of Chronic Therapy With Antiplatelet Agents

Overall, the risk of the combined endpoint of cardiovascular or unknown death, myocardial infarction, and cerebrovascular accident was reduced by 49% in the naproxen group relative to the rofecoxib group which is similar to the 47% reduction reported in the original application (Table 19 and Table 20). The difference between the naproxen and the rofecoxib group was primarily due to an imbalance in the incidence of myocardial infarctions between the groups.

Thirty-three percent of the myocardial infarctions in this study occurred in the 4% of patients in whom aspirin therapy was indicated. In the remaining 96% of patients, the incidence of myocardial infarction was low (0.3% and 0.1% in the rofecoxib and naproxen treatment groups, respectively) and the difference in myocardial infarction rates between treatment groups was also much less apparent (difference = 0.2, 95% confidence intervals: -0.02, 0.43). These data are similar to those presented in the original application.

MRK-N0520004201

Rofecoxib
Safety Update Report

29

**2.1.3    Analysis of the VIGOR Study Using the Same Endpoint Clusters as Other Studies of Chronic Therapy With Antiplatelet Agents (Cont.)**

Table 19

Analyses of Cardiovascular Events in the VIGOR Study Using Endpoint Definitions Standard in Large Antiplatelet Trials
Updated Application Report *(Table C-11)*

| Event Category | Treatment Group | N | Number of Patients With Events | PYR[†] | Rates[‡] | Relative Risk[§] Estimate | 95% CI |
|---|---|---|---|---|---|---|---|
| **All Patients** | | | | | | | |
| Cardiovascular deaths[∥], MI, CVA | Rofecoxib | 4047 | 35 | 2698 | 1.30 | | |
| | Naproxen | 4029 | 18 | 2698 | 0.67 | 0.51 | (0.29,   0.91) |
| Cardiovascular deaths[∥] | Rofecoxib | 4047 | 7 | 2700 | 0.26 | | |
| | Naproxen | 4029 | 7 | 2699 | 0.26 | 1.00 | (0.35,   2.85) |
| MI | Rofecoxib | 4047 | 20 | 2699 | 0.74 | | |
| | Naproxen | 4029 | 4 | 2699 | 0.15 | 0.20 | (0.07,   0.58) |
| Stroke[¶] | Rofecoxib | 4047 | 11 | 2699 | 0.41 | | |
| | Naproxen | 4029 | 9 | 2699 | 0.33 | 0.82 | (0.34,   1.97) |
| **Aspirin Indicated** | | | | | | | |
| Cardiovascular deaths[∥], MI, CVA | Rofecoxib | 170 | 12 | 105 | 11.42 | | |
| | Naproxen | 151 | 3 | 102 | 2.94 | 0.26 | (0.07,   0.91) |
| Cardiovascular deaths[∥] | Rofecoxib | 170 | 1 | 106 | 0.95 | | |
| | Naproxen | 151 | 2 | 102 | 1.96 | 2.07 | (0.11, 122.10) |

/MK-0966/SUR/RW1968.DOC APPROVED--03-Oct-2000

MRK-N0520004202

Rofecoxib
Safety Update Report

30

### 2.1.3  Analysis of the VIGOR Study Using the Same Endpoint Clusters as Other Studies of Chronic Therapy With Antiplatelet Agents (Cont.)

Table 19 (Cont.)

Analyses of Cardiovascular Events in the VIGOR Study Using Endpoint Definitions Standard in Large Antiplatelet Trials
Updated Application Report *(Table C-11)*

| Event Category | Treatment Group | N | Number of Patients With Events | PYR[†] | Rates[‡] | Relative Risk[§] Estimate | 95% CI |
|---|---|---|---|---|---|---|---|
| **Aspirin Indicated (Cont.)** | | | | | | | |
| MI | Rofecoxib | 170 | 8 | 105 | 7.60 | | |
| | Naproxen | 151 | 0 | 102 | 0.00 | 0.00 | (0.00, 0.60) |
| Stroke[¶] | Rofecoxib | 170 | 3 | 106 | 2.84 | | |
| | Naproxen | 151 | 2 | 102 | 1.96 | 0.69 | (0.06, 6.02) |
| **Aspirin Not Indicated** | | | | | | | |
| Cardiovascular deaths[‖], MI, CVA | Rofecoxib | 3877 | 23 | 2593 | 0.89 | | |
| | Naproxen | 3878 | 15 | 2596 | 0.58 | 0.65 | (0.34, 1.25) |
| Cardiovascular deaths[‖] | Rofecoxib | 3877 | 6 | 2594 | 0.23 | | |
| | Naproxen | 3878 | 5 | 2597 | 0.19 | 0.83 | (0.25, 2.73) |
| MI | Rofecoxib | 3877 | 12 | 2593 | 0.46 | | |
| | Naproxen | 3878 | 4 | 2597 | 0.15 | 0.33 | (0.11, 1.03) |

/MK-0966/SUR/RW1968.DOC APPROVED--03-Oct-2000

MRK-N0520004203

Rofecoxib
Safety Update Report

**2.1.3** **Analysis of the VIGOR Study Using the Same Endpoint Clusters as Other Studies of Chronic Therapy With Antiplatelet Agents** (Cont.)

Table 19 (Cont.)

Analyses of Cardiovascular Events in the VIGOR Study Using Endpoint Definitions Standard in Large Antiplatelet Trials
Updated Application Report *(Table C-11)*

| Event Category | Treatment Group | N | Number of Patients With Events | PYR[†] | Rates[‡] | Relative Risk[§] | |
|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI |
| **Aspirin Not Indicated (Cont.)** | | | | | | | |
| Stroke[¶] | Rofecoxib | 3877 | 8 | 2593 | 0.31 | | |
| | Naproxen | 3878 | 7 | 2597 | 0.27 | 0.87 | (0.32,    2.40) |

[†] Patient-years at risk.
[‡] Per 100 PYR.
[§] Relative risk of naproxen with respect to rofecoxib from unstratified Cox model where the number of cases is at least 11, otherwise relative risk is ratio of rates.
[ǁ] Includes sudden death, unknown cause of death, fatal myocardial infarction, fatal stroke (hemorrhagic or ischemic), fatal subarachnoid hemorrhage, fatal primary intracranial hemorrhage, fatal gastrointestinal bleeding episode.
[¶] Includes fatal and nonfatal ischemic strokes, and fatal or nonfatal hemorrhagic strokes.

Data Source:  [P088C], [Attachment 3]

/MK-0966/SUR/RW1968.DOC APPROVED--03-Oct-2000

MRK-N0520004204

Rofecoxib
Safety Update Report

32

## 2.1.3 Analysis of the VIGOR Study Using the Same Endpoint Clusters as Other Studies of Chronic Therapy With Antiplatelet Agents (Cont.)

Table 20

Analyses of Cardiovascular Events in the VIGOR Study Using Endpoint Definitions Standard in Large Antiplatelet Trials
Original Application Data (*Table C-11*)

| Event Category | Treatment Group | N | Number of Patients With Events | PYR[†] | Rates[‡] | Relative Risk[§] | |
|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI |
| **All Patients** | | | | | | | |
| Cardiovascular deaths[‖], myocardial infarction, stroke[¶] | Rofecoxib | 4047 | 32 | 2698 | 1.19 | | |
| | Naproxen | 4029 | 17 | 2698 | 0.63 | 0.53 | (0.29,   0.96) |
| Cardiovascular deaths[‖] | Rofecoxib | 4047 | 7 | 2700 | 0.26 | | |
| | Naproxen | 4029 | 7 | 2699 | 0.26 | 1.00 | (0.35,   2.85) |
| Myocardial infarction | Rofecoxib | 4047 | 17 | 2699 | 0.63 | | |
| | Naproxen | 4029 | 4 | 2699 | 0.15 | 0.24 | (0.08,   0.70) |
| Stroke[¶] | Rofecoxib | 4047 | 11 | 2699 | 0.41 | | |
| | Naproxen | 4029 | 8 | 2699 | 0.30 | 0.73 | (0.29,   1.80) |
| **Aspirin Indicated[#]** | | | | | | | |
| Cardiovascular deaths[‖], myocardial infarction, stroke[¶] | Rofecoxib | 170 | 12 | 105 | 11.42 | | |
| | Naproxen | 151 | 3 | 102 | 2.94 | 0.26 | (0.07,   0.91) |
| Cardiovascular deaths[‖] | Rofecoxib | 170 | 1 | 106 | 0.95 | | |
| | Naproxen | 151 | 2 | 102 | 1.96 | 2.07 | (0.11, 122.10) |

MRK-N0520004205

Rofecoxib
Safety Update Report

33

**2.1.3** **Analysis of the VIGOR Study Using the Same Endpoint Clusters as Other Studies of Chronic Therapy With Antiplatelet Agents** (Cont.)

Table 20 (Cont.)

Analyses of Cardiovascular Events in the VIGOR Study Using Endpoint Definitions Standard in Large Antiplatelet Trials
Original Application Data (*Table C-11*)

| Event Category | Treatment Group | N | Number of Patients With Events | PYR[†] | Rates[‡] | Relative Risk[§] | |
|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI |
| **Aspirin Indicated[#] (Cont.)** | | | | | | | |
| Myocardial infarction | Rofecoxib | 170 | 8 | 105 | 7.60 | | |
| | Naproxen | 151 | 0 | 102 | 0.00 | 0.00 | (0.00,   0.60) |
| Stroke[¶] | Rofecoxib | 170 | 3 | 106 | 2.84 | | |
| | Naproxen | 151 | 2 | 102 | 1.96 | 0.69 | (0.06,   6.02) |
| **Aspirin Not Indicated[#]** | | | | | | | |
| Cardiovascular deaths[‖], myocardial infarction, stroke[¶] | Rofecoxib | 3877 | 20 | 2593 | 0.77 | | |
| | Naproxen | 3878 | 14 | 2596 | 0.54 | 0.70 | (0.35,   1.38) |
| Cardiovascular deaths[‖] | Rofecoxib | 3877 | 6 | 2594 | 0.23 | | |
| | Naproxen | 3878 | 5 | 2597 | 0.19 | 0.83 | (0.25,   2.73) |
| Myocardial infarction | Rofecoxib | 3877 | 9 | 2594 | 0.35 | | |
| | Naproxen | 3878 | 4 | 2597 | 0.15 | 0.44 | (0.14,   1.44) |

/MK-0966/SUR/RW1968.DOC APPROVED--03-Oct-2000

MRK-N0520004206

Rofecoxib
Safety Update Report

34

**2.1.3**     **Analysis of the VIGOR Study Using the Same Endpoint Clusters as Other Studies of Chronic Therapy With Antiplatelet Agents** (Cont.)

Table 20 (Cont.)

Analyses of Cardiovascular Events in the VIGOR Study Using Endpoint Definitions Standard in Large Antiplatelet Trials
Original Application Data (*Table C-11*)

| Event Category | Treatment Group | N | Number of Patients With Events | PYR[†] | Rates[‡] | Relative Risk[§] | |
|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI |
| **Aspirin Not Indicated[#] (Cont.)** | | | | | | | |
| Stroke[¶] | Rofecoxib | 3877 | 8 | 2593 | 0.31 | 0.75 | (0.26,    2.15) |
| | Naproxen | 3878 | 6 | 2597 | 0.23 | | |

[†]   Patient-years at risk.
[‡]   Per 100 PYR.
[§]   Relative risk of naproxen with respect to rofecoxib from unstratified Cox model where the number of cases is at least 11, otherwise relative risk is ratio of rates.
[||]   Includes sudden death, unknown cause of death, fatal myocardial infarction, fatal stroke (hemorrhagic or ischemic), fatal subarachnoid hemorrhage, fatal primary intracranial hemorrhage, fatal GI bleeding episode.
[¶]   Includes fatal or nonfatal ischemic strokes, and fatal or nonfatal hemorrhagic strokes.
[#]   "Aspirin Indicated" patients are patients with past medical histories of cerebrovascular accident, transient ischemic attack, myocardial infarction, unstable angina, angina pectoris, coronary artery bypass graft surgery, or percutaneous coronary interventions [3]. "Aspirin Not Indicated" patients are patients without a past medical history of these conditions.

MRK-N0520004207

Rofecoxib                                                                                     35
Safety Update Report

### 2.1.4    <u>Supportive Analysis:   Incidence of Events Judged by Investigators to be Potential Thrombotic Cardiovascular Serious Adverse Experiences</u>

The overall incidence of events judged by investigators to be potential thrombotic cardiovascular serious adverse experiences (i.e., events prior to adjudication) reported in the VIGOR study is presented in Table 21 and Table 22. There was a 50% reduction in potential thrombotic cardiovascular serious adverse experiences in the naproxen compared to the rofecoxib treatment group, which is similar to the 46% reduction reported in the original VIGOR supplemental application.  A listing of these events and the incidence of these events over time in each treatment group is displayed in Table 23, Table 24, Figure 3, and Figure 4, respectively.

MRK-N0520004208

Rofecoxib
Safety Update Report

36

**2.1.4**   **Supportive Analysis:   Incidence of Events Judged by Investigators to be Potential Thrombotic Cardiovascular Serious Adverse Experiences (Cont.)**

Table 21

Summary of Analysis of Cardiovascular Serious Adverse Experiences Referred for Adjudication
VIGOR Study in Patients With Rheumatoid Arthritis
Updated Application Data

| Event Category | Treatment Group | N | Patients With Events | PYR[†] | Rates[‡] | Relative Risk | |
|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI |
| All unadjudicated thrombotic cardiovascular serious adverse experiences | Rofecoxib | 4047 | 64 | 2695 | 2.37 | | |
| | Naproxen | 4029 | 32 | 2696 | 1.19 | 0.50 | (0.33, 0.76) |

[†] Patient-years at risk.
[‡] Per 100 PYR.

Data Source:  [Attachment 3]

/MK-0966/SUR/RW1968.DOC APPROVED--03-Oct-2000

MRK-N0520004209

Rofecoxib
Safety Update Report

37

### 2.1.4   Supportive Analysis:   Incidence of Events Judged by Investigators to be Potential Thrombotic Cardiovascular Serious Adverse Experiences (Cont.)

Table 22

Summary of Analysis of Cardiovascular Serious Adverse Experiences Referred for Adjudication
VIGOR Study in Patients With Rheumatoid Arthritis
Original Application Data *(Table C-13)*

| | Treatment Group | N | Patients With Events[†] | PYR[‡] | Rates[§] | Relative Risk | |
| | | | | | | Estimate | 95% CI |
|---|---|---|---|---|---|---|---|
| All unadjudicated thrombotic cardiovascular serious adverse experiences | Rofecoxib | 4047 | 55 | 2695 | 2.04 | | |
| | Naproxen | 4029 | 30 | 2696 | 1.11 | 0.54 | (0.35, 0.85) |

[†]  There were 87 events in 85 patients.  Two patients had more than 1 event.
[‡]  Patient-years at risk.
[§]  Per 100 PYR.

/MK-0966/SUR/RW1968.DOC APPROVED--03-Oct-2000

MRK-N0520004210

Rofecoxib
Safety Update Report

38

## 2.1.4   <u>Supportive Analysis:   Incidence of Events Judged by Investigators to be Potential Thrombotic Cardiovascular Serious Adverse Experiences</u> (Cont.)

Table 23

Summary of Thrombotic Cardiovascular Serious Adverse Experiences
Referred for Adjudication
VIGOR Study in Patients With Rheumatoid Arthritis
Updated Application Data

| | Rofecoxib (N=4047)[†] | | Naproxen (N=4029)[‡] | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| Patients with one or more thrombotic cardiovascular serious adverse experiences | 64 | (1.6) | 32 | (0.8) |
| **Coronary Artery Disease Terms** | | | | |
| Cardiac Arrest | 1 | (0.0) | 0 | (0.0) |
| Ventricular Fibrillation | 1 | (0.0) | 0 | (0.0) |
| Acute Myocardial Infarction | 4 | (0.1) | 4 | (0.1) |
| Myocardial Infarction | 16 | (0.4) | 4 | (0.1) |
| Non-Q-Wave Myocardial Infarction | 1 | (0.0) | 0 | (0.0) |
| Non-Q-Wave Myocardial Infarction + Vent. Tachycardia | 1 | (0.0) | 0 | (0.0) |
| Coronary Artery Occlusion | 1 | (0.0) | 0 | (0.0) |
| Unstable Angina | 6 | (0.1) | 1 | (0.0) |
| Angina Pectoris | 2 | (0.0) | 6 | (0.1) |
| Ischemic Heart Disease | 2 | (0.0) | 1 | (0.0) |
| Coronary Artery Disease | 2 | (0.0) | 3 | (0.1) |
| **Cerebrovascular Disease Terms** | | | | |
| Carotid Artery Obstruction | 2 | (0.0) | 0 | (0.0) |
| Cerebral Infarction | 0 | (0.0) | 1 | (0.0) |
| Cerebrovascular Accident | 13 | (0.3) | 5 | (0.1) |
| Cerebrovascular Disorder | 1 | (0.0) | 0 | (0.0) |
| Intracranial Hemorrhage | 0 | (0.0) | 2 | (0.0) |
| Paresis | 1 | (0.0) | 0 | (0.0) |
| Transient Ischemic Attack | 2 | (0.0) | 3 | (0.1) |
| **Peripheral and Other Vascular Disease Terms** | | | | |
| Arterial Embolism | 1 | (0.0) | 0 | (0.0) |
| Arterial Occlusion | 1 | (0.0) | 0 | (0.0) |
| Deep Venous Thrombosis | 5 | (0.1) | 1 | (0.0) |

Rofecoxib                                                                                              39
Safety Update Report

**2.1.4**   **Supportive Analysis:  Incidence of Events Judged by Investigators to be Potential Thrombotic Cardiovascular Serious Adverse Experiences** (Cont.)

Table 23 (Cont.)

Summary of Thrombotic Cardiovascular Serious Adverse Experiences
Referred for Adjudication
VIGOR Study in Patients With Rheumatoid Arthritis
Updated Application Data

| | Rofecoxib (N=4047)[†] | | Naproxen (N=4029)[‡] | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Peripheral and Other Vascular Disease Terms (Cont.)** | | | | |
| Femoral Artery Occlusion | 0 | (0.0) | 1 | (0.0) |
| Peripheral Vascular Disorder | 1 | (0.0) | 0 | (0.0) |
| Venous Insufficiency | 0 | (0.0) | 1 | (0.0) |

[†]  These 4047 patients represented 2695 patient-years at risk.
[‡]  These 4029 patients represented 2696 patient-years at risk.
Although a patient may have had 2 or more clinical adverse experiences, the patient is counted only
once within a category.  The same patient may appear in different categories.

Data Source:  [Attachment 3]

Table 24

Summary of Thrombotic Cardiovascular Serious Adverse Experiences
Referred for Adjudication
VIGOR Study in Patients With Rheumatoid Arthritis
Original Application Data (*Table C-14*)

| | Rofecoxib (N=4047)[†] | | Naproxen (N=4029)[‡] | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| Patients with one or more thrombotic cardiovascular serious adverse experiences | 55 | (1.4) | 30 | (0.7) |
| **Coronary Artery Disease Terms** | | | | |
| Cardiac Arrest | 1 | (0.0) | 0 | (0.0) |
| Ventricular Fibrillation | 1 | (0.0) | 0 | (0.0) |
| Acute Myocardial Infarction | 4 | (0.1) | 4 | (0.1) |
| Myocardial Infarction | 14 | (0.3) | 4 | (0.1) |
| Non-Q-Wave Myocardial Infarction | 1 | (0.0) | 0 | (0.0) |
| Coronary Artery Occlusion | 1 | (0.0) | 0 | (0.0) |

/MK-0966/SUR/RW1968.DOC APPROVED                                    03-Oct-2000

MRK-N0520004212

Rofecoxib                                                                                            40
Safety Update Report

**2.1.4    Supportive Analysis:   Incidence of Events Judged by Investigators to be
Potential Thrombotic Cardiovascular Serious Adverse Experiences** (Cont.)

Table 24 (Cont.)

Summary of Thrombotic Cardiovascular Serious Adverse Experiences
Referred for Adjudication
VIGOR Study in Patients With Rheumatoid Arthritis
Original Application Data (*Table C-14*)

|  | Rofecoxib (N=4047)[†] | | Naproxen (N=4029)[‡] | |
|---|---|---|---|---|
| **Coronary Artery Disease Terms (Cont.)** | | | | |
| Unstable Angina | 5 | (0.1) | 1 | (0.0) |
| Angina Pectoris | 0 | (0.0) | 6 | (0.1) |
| Ischemic Heart Disease | 1 | (0.0) | 1 | (0.0) |
| Coronary Artery Disease | 2 | (0.0) | 2 | (0.0) |
| **Cerebrovascular Disease Terms** | | | | |
| Carotid Artery Obstruction | 2 | (0.0) | 0 | (0.0) |
| Cerebral Infarction | 0 | (0.0) | 1 | (0.0) |
| Cerebrovascular Accident | 12 | (0.3) | 4 | (0.1) |
| Cerebrovascular Disorder | 1 | (0.0) | 0 | (0.0) |
| Intracranial Hemorrhage | 0 | (0.0) | 2 | (0.0) |
| Paresis | 1 | (0.0) | 0 | (0.0) |
| Transient Ischemic Attack | 2 | (0.0) | 3 | (0.1) |
| **Peripheral and Other Vascular Disease Terms** | | | | |
| Arterial Embolism | 1 | (0.0) | 0 | (0.0) |
| Arterial Occlusion | 1 | (0.0) | 0 | (0.0) |
| Deep Venous Thrombosis | 4 | (0.1) | 1 | (0.0) |
| Femoral Artery Occlusion | 0 | (0.0) | 1 | (0.0) |
| Peripheral Vascular Disorder | 1 | (0.0) | 0 | (0.0) |
| Venous Insufficiency | 0 | (0.0) | 1 | (0.0) |

[†] These 4047 patients represented 2695 patient-years at risk.
[‡] These 4029 patients represented 2696 patient-years at risk.
Although a patient may have had 2 or more clinical adverse experiences, the patient is counted only
once within a category.  The same patient may appear in different categories.

MRK-N0520004213

Rofecoxib
Safety Update Report

41

**2.1.4** **Supportive Analysis:   Incidence of Events Judged by Investigators to be Potential Thrombotic Cardiovascular Serious Adverse Experiences** (Cont.)

Figure 3

Thrombotic Cardiovascular Serious Adverse Experiences Referred for
Adjudication in Rheumatoid Arthritis Patients in the VIGOR Study
Time-to-Event Plot (All Patients Randomized)
Updated Application Data



| # at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib | n=4047 | 3642 | 3403 | 3175 | 2804 | 1066 | 530 |
| Naproxen | n=4029 | 3646 | 3393 | 3169 | 2794 | 1071 | 513 |

Data Source:  [P088C], [Attachment 3]

/MK-0966/SUR/RW1968.DOC APPROVED

03-Oct-2000

MRK-N0520004214

Rofecoxib                                                                              42
Safety Update Report

### 2.1.4   Supportive Analysis:   Incidence of Events Judged by Investigators to be Potential Thrombotic Cardiovascular Serious Adverse Experiences (Cont.)

Figure 4

Thrombotic Cardiovascular Serious Adverse Experiences Referred for
Adjudication in Rheumatoid Arthritis Patients in the VIGOR Study
Time-to-Event Plot (All Patients Randomized)
Original Application Data (*Figure C-3*)



| # at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib | n=4047 | 3642 | 3403 | 3175 | 2804 | 1066 | 532 |
| Naproxen | n=4029 | 3646 | 3393 | 3169 | 2795 | 1072 | 514 |

/MK-0966/SUR/RW1968.DOC APPROVED                                          03-Oct-2000

MRK-N0520004215

Rofecoxib                                                                                    43
Safety Update Report

### 3.  <u>Summary of Cardiovascular Findings in the VIGOR Study</u>

This updated report provides analyses including the 11 additional patients with serious adverse experiences that met criteria for referral to adjudication but were reported after the 10-Feb-2000 cutoff date.  These analyses are consistent with the analyses presented in the original VIGOR supplemental marketing application.  Of these 11 patients, 5 had events which were confirmed by the adjudication committee to be thrombotic cardiovascular serious adverse experiences.  The addition of these cases resulted in small numerical changes in the results without changing the overall conclusions as stated in the original VIGOR supplemental application: i.e., in the VIGOR study, therapy with naproxen was associated with a reduction in the incidence of thrombotic cardiovascular serious adverse experience.  This difference was primarily due to a reduction in the incidence of myocardial infarctions and is consistent with the known antiplatelet effects of naproxen.

MRK-N0520004216

Rofecoxib
Safety Update Report

44

ATTACHMENT 1

Initial Serious Thromboembolic Cardiovascular Terms
Eligible for Case Adjudication

Rofecoxib
Safety Update Report

45

## ATTACHMENT 1

### Initial Serious Thromboembolic Cardiovascular Terms
### Eligible for Case Adjudication

Acute myocardial infarction
Angina pectoris
Anterior spinal artery obstruction
Aortic atherosclerosis
Aortic disorder
Aortoiliac obstruction
Arterial embolism
Arterial occlusion
Arterial thrombosis
Asystole
Atherosclerosis
Atrial fibrillation
Atrial flutter
Basilar artery obstruction
Brachial artery occlusion
Bundle branch block
Cardiac aneurysm
Cardiac arrest
Cardiac catheter complication
Cardiac dyskinesia
Cardiac output low
Cardiac stress test abnormality
Cardiac thrombosis
Cardiogenic shock
Cardiomyopathy
Cardiovascular disorder
Cardiovascular hemodynamics abnormality
Carotid artery disorder
Carotid artery obstruction
Cerebellar artery obstruction
Cerebellar hemorrhage
Cerebral artery obstruction
Cerebral atherosclerosis
Cerebral hypoxia
Cerebral infarction
Cerebral ischemia
Cerebral thrombosis
Cerebrovascular accident
Cerebrovascular disorder
Congestive heart failure
Cor pulmonale
Coronary artery disease
Coronary artery occlusion
Coronary artery stenosis
Coronary vasospasm
Coronary vessel surgery complication
Cyanosis
Deep venous thrombosis
Electrocardiographic abnormality
Electromechanical dissociation

Embolic stroke
Embolism
Endocardial disorder
Endocardial thrombus
Extracranial artery obstruction
Extradural hemorrhage
Femoral artery occlusion
Gangrene
Idioventricular rhythm
Iliac artery occlusion
Incomplete left bundle branch block
Intermittent claudication
Intracranial hemorrhage
Intracranial venous sinus phlebitis
Ischemic heart disease
Lacunar infarction
Left bundle branch block
Lower extremity arterial occlusion
Lower extremity ischemia
Myocardial infarction
Myocardial infarction complication
Myocardial reinfarction
Myocardial rupture
Non-Q-wave myocardial infarction
Nonspecific ST-T change
Old myocardial infarction
Papillary muscle disorder
Peripheral atherosclerosis
Peripheral ischemia
Peripheral pulse absent
Peripheral pulse decreased
Peripheral vascular disorder
Popliteal artery occlusion
Pulmonary edema
Pulmonary embolism
Pulmonary infarction
Pulmonary thrombosis
Pulmonary vascular disease
Pulmonary veno-occlusive disease
Pulse absent
Q-wave abnormality
Q-wave myocardial infarction
QRS complex abnormality
Shock
Sinus thrombosis
Small vessel disease
ST segment abnormality
ST segment depression
ST segment elevation
ST-T change compatible with ischemia

/MK-0966/SUR/RW1968.DOC APPROVED                    03-Oct-2000

MRK-N0520004218

Rofecoxib                                                                                          46
Safety Update Report

## ATTACHMENT 1 (CONT.)

### Initial Serious Thromboembolic Cardiovascular Terms
### Eligible for Case Adjudication

Subclavian steal syndrome
Sudden death
Superior vena cava thrombosis
T-wave abnormality
T-wave flat
T-wave inversion
Thromboembolic stroke
Thromboembolism
Thrombolysis
Thrombophlebitis
Thrombophlebitis migrans
Thrombosis
Thromboembolic microangiopathy
Transient ischemic attack
Ulnar artery occlusion
Unstable angina
Upper extremity arterial occlusion
Upper extremity ischemia
Varicosity
Vascular disorder
Vascular graft occlusion
Vascular insufficiency
Vascular occlusion
Vasospasm
Venous compression
Venous disorder
Venous insufficiency
Venous occlusion
Venous thrombosis
Ventricular fibrillation
Ventricular flutter
Ventricular tachycardia
Ventricular thrombus
Vertebral artery obstruction
Vertebrobasilar insufficiency

MRK-N0520004219

Rofecoxib
Safety Update Report

47

ATTACHMENT 2

Final Serious Thromboembolic Cardiovascular Terms
Eligible for Case Adjudication

MRK-N0520004220

Rofecoxib                                                                                     48
Safety Update Report

## ATTACHMENT 2

Final Serious Thromboembolic Cardiovascular Terms
Eligible for Case Adjudication

Acute myocardial infarction
Angina pectoris
Anterior spinal artery obstruction
Aortoiliac obstruction
Arterial embolism
Arterial occlusion
Arterial thrombosis
Basilar artery obstruction
Brachial artery occlusion
Cardiac arrest
Cardiac catheter complication
Cardiac stress test abnormality
Cardiac thrombosis
Cardiogenic shock
Cardiovascular disorder
Cardiovascular hemodynamics abnormality
Carotid artery disorder
Carotid artery obstruction
Cerebellar artery obstruction
Cerebellar hemorrhage
Cerebral artery obstruction
Cerebral atherosclerosis
Cerebral hypoxia
Cerebral infarction
Cerebral ischemia
Cerebral thrombosis
Cerebrovascular accident
Cerebrovascular disorder
Coronary artery disease
Coronary artery occlusion
Coronary artery stenosis
Coronary vasospasm
Coronary vessel surgery complication
Cyanosis
Deep venous thrombosis
Electrocardiographic abnormality
Embolic stroke
Embolism
Endocardial disorder
Endocardial thrombus
Extracranial artery obstruction
Extradural hemorrhage
Femoral artery occlusion
Gangrene
Iliac artery occlusion
Intermittent claudication
Intracranial hemorrhage
Intracranial venous sinus phlebitis
Ischemic heart disease
Lacunar infarction

Lower extremity arterial occlusion
Lower extremity ischemia
Myocardial infarction
Myocardial infarction complication
Myocardial reinfarction
Myocardial rupture
Non-Q-wave myocardial infarction
Nonspecific ST-T change
Old myocardial infarction
Papillary muscle disorder
Peripheral ischemia
Peripheral pulse absent
Peripheral pulse decreased
Peripheral vascular disorder
Popliteal artery occlusion
Pulmonary embolism
Pulmonary infarction
Pulmonary thrombosis
Pulmonary vascular disease
Pulmonary veno-occlusive disease
Pulse absent
Q-wave abnormality
Q-wave myocardial infarction
QRS complex abnormality
Shock
Sinus thrombosis
Small vessel disease
ST segment abnormality
ST segment depression
ST segment elevation
ST-T change compatible with ischemia
Subclavian steal syndrome
Sudden death
Superior vena cava thrombosis t-wave abnormality
T-wave flat
T-wave inversion
Thromboembolic stroke
Thromboembolism
Thrombolysis
Thrombophlebitis
Thrombophlebitis migrans
Thrombosis
Thromboembolic microangiopathy
Transient ischemic attack
Ulnar artery occlusion
Unstable angina
Upper extremity arterial occlusion
Upper extremity ischemia
Vascular disorder
Vascular graft occlusion

/MK-0966/SUR/RW1968.DOC APPROVED                          03-Oct-2000

MRK-N0520004221

Rofecoxib
Safety Update Report

49

## ATTACHMENT 2 (CONT.)

### Final Serious Thromboembolic Cardiovascular Terms
### Eligible for Case Adjudication

Vascular insufficiency
Vascular occlusion
Vasospasm
Venous compression
Venous disorder
Venous occlusion
Venous thrombosis
Ventricular fibrillation
Ventricular flutter
Ventricular tachycardia
Ventricular thrombus
Vertebral artery obstruction
Vertebrobasilar insufficiency

03-Oct-2000

MRK-N0520004222

Rofecoxib
Safety Update Report

50

ATTACHMENT 3

Listing of Unadjudicated Thrombotic Cardiovascular Serious Adverse
Experiences and Their Disposition

Rofecoxib
Safety Update Report

51

## ATTACHMENT 3

## Listing of Unadjudicated Thrombotic Cardiovascular Serious Adverse
## Experiences and Their Disposition

| TREATMEN | TRIAL _ NU | SITE _ NUM | ALLOCATI | ONSET _ DA | RESTL_DAY | CRISP R | RESULT |
|---|---|---|---|---|---|---|---|
| MK-0966 50 mg | 088 | 007 | 1692 | 12/09/99 | 260 | Unstable angina | NON THROMBO-EMBOLIC EVENT |
| MK-0966 50 mg | 088 | 009 | 1257 | 04/06/99 | 30 | Acute myocardial infarction | ACUTE MI |
| MK-0966 50 mg | 088 | 009 | 699 | 12/19/99 | 294 | Cerebrovascular accident | ISCHEMIC CVA STROKE W/O DOC |
| MK-0966 50 mg | 088 | 013 | 1870 | 12/21/99 | 258 | Arterial embolism | PERIPHERAL ARTERIAL THROMBOSIS |
| MK-0966 50 mg | 088 | 014 | 3062 | 06/20/99 | 32 | Unstable angina | UNSTABLE ANGINA PECTORIS |
| MK-0966 50 mg | 088 | 015 | 2331 | 05/25/99 | 28 | Deep venous thrombosis | PERIPHERAL VENOUS THROMBOSIS |
| MK-0966 50 mg | 088 | 015 | 2336 | 08/01/99 | 67 | Cerebrovascular accident | HEMORRHAGIC CVA STROKE |
| MK-0966 50 mg | 088 | 016 | 1312 | 06/15/99 | 97 | Coronary artery occlusion | NON THROMBO-EMBOLIC EVENT |
| MK-0966 50 mg | 088 | 022 | 324 | 09/20/99 | 174 | Ventricular fibrillation | SUDDEN AND/OR UNEXPLAINED DEATH |
| MK-0966 50 mg | 088 | 023 | 2310 | 10/28/99 | 179 | Myocardial infarction | ACUTE MI |
| MK-0966 50 mg | 088 | 032 | 1997 | 01/23/00 | 305 | Myocardial infarction | ACUTE MI |
| MK-0966 50 mg | 088 | 036 | 1449 | 01/15/00 | 279 | Cerebrovascular accident | ISCHEMIC CVA STROKE WITH DOC |
| MK-0966 50 mg | 088 | 040 | 2214 | 02/07/00 | 262 | Deep venous thrombosis | PERIPHERAL VENOUS THROMBOSIS |
| MK-0966 50 mg | 088 | 041 | 1913 | 08/02/99 | 42 | Cerebrovascular accident | ISCHEMIC CVA STROKE W/O DOC |
| MK-0966 50 mg | 088 | 052 | 38 | 10/30/99 | 257 | Myocardial infarction | ACUTE MI |
| MK-0966 50 mg | 088 | 058 | 518 | 12/22/99 | 294 | Deep venous thrombosis | PERIPHERAL VENOUS THROMBOSIS |
| MK-0966 50 mg | 088 | 057 | 303 | 02/20/00 | 350 | Cerebrovascular accident | INSUFFICIENT DATA |
| MK-0966 50 mg | 088 | 059 | 2044 | 12/30/99 | 254 | Cerebrovascular accident | ISCHEMIC CVA STROKE WITH DOC |
| MK-0966 50 mg | 088 | 060 | 1746 | 07/17/99 | 65 | Myocardial infarction | ACUTE MI |
| MK-0966 50 mg | 088 | 064 | 2653 | 10/19/99 | 152 | Myocardial infarction | UNSTABLE ANGINA PECTORIS |
| MK-0966 50 mg | 088 | 078 | 3957 | 01/08/00 | 203 | Unstable angina | NON THROMBO-EMBOLIC EVENT |
| MK-0966 50 mg | 088 | 081 | 406 | 04/10/99 | 54 | Acute myocardial infarction | ACUTE MI |
| MK-0966 50 mg | 088 | 084 | 194 | 04/21/99 | 73 | Carotid artery obstruction | TRANSIENT ISCHEMIC ATTACK |
| MK-0966 50 mg | 088 | 084 | 628 | 01/31/00 | 323 | Angina pectoris | NON THROMBO-EMBOLIC EVENT |
| MK-0966 50 mg | 088 | 088 | 70 | 09/18/99 | 193 | Myocardial infarction | ACUTE MI |
| MK-0966 50 mg | 088 | 100 | 1657 | 02/16/00 | 322 | non-Q-wave myocardial infarction + ventricular tachycardia | ACUTE MI |
| MK-0966 50 mg | 088 | 105 | 867 | 05/09/99 | 67 | Myocardial Infarction | UNSTABLE ANGINA PECTORIS |
| MK-0966 50 mg | 088 | 105 | 165 | 05/27/99 | 101 | unstable angina | ACUTE MI |
| MK-0966 50 mg | 088 | 107 | 2319 | 09/12/99 | 123 | Cerebrovascular accident | ISCHEMIC CVA STROKE W/O DOC |
| MK-0966 50 mg | 088 | 114 | 536 | 12/16/99 | 257 | non-Q- wave Myocardial infarction | ACUTE MI |
| MK-0966 50 mg | 088 | 116 | 1729 | 12/06/99 | 247 | Carotid artery obstruction | INSUFFICIENT DATA |
| MK-0966 50 mg | 088 | 130 | 296 | 03/10/99 | 22 | cerebrovascular accident | INSUFFICIENT DATA |
| MK-0966 50 mg | 088 | 136 | 2715 | 07/09/99 | 72 | Peripheral vascular disorder | NON THROMBO-EMBOLIC EVENT |
| MK-0966 50 mg | 088 | 140 | 1224 | 05/01/99 | 41 | Acute myocardial infarction | ACUTE MI |
| MK-0966 50 mg | 088 | 142 | 2664 | 01/07/00 | 220 | Deep venous thrombosis | PERIPHERAL VENOUS THROMBOSIS |
| MK-0966 50 mg | 088 | 142 | 911 | 11/05/99 | 227 | Arterial occlusion | NON THROMBO-EMBOLIC EVENT |
| MK-0966 50 mg | 088 | 144 | 797 | 11/30/99 | 264 | Myocardial infarction | ACUTE MI |

/MK-0966/SUR/RW1968.DOC APPROVED--03-Oct-2000

MRK-N0520004224

Rofecoxib
Safety Update Report

52

## ATTACHMENT 3 (CONT.)

### Listing of Unadjudicated Thrombotic Cardiovascular Serious Adverse Experiences and Their Disposition

| TREATMEN | TRIAL_NU | SITE_NUM | ALLOCATI | ONSET_DA | RELDAY | CRISP_PR | RESULT |
|---|---|---|---|---|---|---|---|
| MK-0966 50 mg | 088 | 149 | 2759 | 08/20/99 | 94 | Myocardial infarction | SUDDEN AND/OR UNEXPLAINED DEATH |
| MK-0966 50 mg | 088 | 158 | 955 | 12/08/99 | 272 | Transient ischemic attack | TRANSIENT ISCHEMIC ATTACK |
| MK-0966 50 mg | 088 | 163 | 1428 | 12/10/99 | 264 | Myocardial infarction | ACUTE MI |
| MK-0966 50 mg | 088 | 190 | 3247 | 02/08/00 | 250 | Angina pectoris | NON THROMBO-EMBOLIC EVENT |
| MK-0966 50 mg | 089 | 005 | 7277 | 07/25/99 | 96 | coronary artery disease | UNSTABLE ANGINA PECTORIS |
| MK-0966 50 mg | 089 | 006 | 7293 | 05/03/99 | 12 | Cerebrovascular accident | NON THROMBO-EMBOLIC EVENT |
| MK-0966 50 mg | 089 | 013 | 5305 | 01/17/00 | 309 | Cardiac arrest | SUDDEN AND/OR UNEXPLAINED DEATH |
| MK-0966 50 mg | 089 | 022 | 5591 | 10/22/99 | 208 | Cerebrovascular accident | HEMORRHAGIC CVA STROKE |
| MK-0966 50 mg | 089 | 036 | 7471 | 09/17/99 | 156 | Unstable angina | NON THROMBO-EMBOLIC EVENT |
| MK-0966 50 mg | 089 | 040 | 6476 | 08/12/99 | 44 | Cerebrovascular disorder | INSUFFICIENT DATA |
| MK-0966 50 mg | 089 | 044 | 6507 | 08/09/99 | 88 | Coronary artery disease | NON THROMBO-EMBOLIC EVENT |
| MK-0966 50 mg | 089 | 050 | 8668 | 10/30/99 | 132 | Cerebrovascular accident | ISCHEMIC CVA STROKE WITH DOC |
| MK-0966 50 mg | 089 | 051 | 6070 | 08/22/99 | 63 | Ischemic heart disease | NON THROMBO-EMBOLIC EVENT |
| MK-0966 50 mg | 089 | 054 | 6051 | 09/18/99 | 100 | Ischemic heart disease | NON THROMBO-EMBOLIC EVENT |
| MK-0966 50 mg | 089 | 062 | 8895 | 11/11/99 | 163 | Myocardial infarction | ACUTE MI |
| MK-0966 50 mg | 089 | 067 | 5915 | 09/11/99 | 145 | Acute myocardial infarction | ACUTE MI |
| MK-0966 50 mg | 089 | 070 | 10466 | 06/21/99 | 19 | Cerebrovascular accident | ISCHEMIC CVA STROKE W/O DOC |
| MK-0966 50 mg | 089 | 072 | 7670 | 02/10/00 | 283 | Myocardial infarction | ACUTE MI |
| MK-0966 50 mg | 089 | 082 | 8891 | 08/17/99 | 90 | Myocardial infarction | ACUTE MI |
| MK-0966 50 mg | 089 | 090 | 10274 | 08/18/99 | 63 | Transient ischemic attack | INSUFFICIENT DATA |
| MK-0966 50 mg | 089 | 092 | 6006 | 09/05/99 | 160 | Paresis | ISCHEMIC CVA STROKE W/O DOC |
| MK-0966 50 mg | 089 | 098 | 5101 | 11/08/99 | 288 | Myocardial infarction | ACUTE MI |
| MK-0966 50 mg | 089 | 100 | 7973 | 10/14/99 | 147 | Myocardial infarction | ACUTE MI |
| MK-0966 50 mg | 089 | 111 | 8589 | 11/11/99 | 155 | Deep venous thrombosis | PERIPHERAL VENOUS THROMBOSIS |
| MK-0966 50 mg | 089 | 116 | 6229 | 04/29/99 | 8 | Unstable angina | UNSTABLE ANGINA PECTORIS |
| MK-0966 50 mg | 089 | 123 | 10677 | 09/14/99 | 91 | Cerebrovascular accident | ISCHEMIC CVA STROKE W/O DOC |
| MK-0966 50 mg | 089 | 123 | 10677 | 10/26/99 | 133 | Cerebrovascular accident | ISCHEMIC CVA STROKE WITH DOC |
| MK-0966 50 mg | 089 | 126 | 7961 | 07/10/99 | 17 | Myocardial infarction | ACUTE MI |
| Naproxen 1000 mg | 088 | 003 | 2923 | 10/26/99 | 165 | Cerebrovascular accident | ISCHEMIC CVA STROKE WITH DOC |
| Naproxen 1000 mg | 088 | 016 | 1311 | 08/30/99 | 167 | Acute myocardial infarction | ACUTE MI |
| Naproxen 1000 mg | 088 | 016 | 862 | 04/01/99 | 25 | Transient ischemic attack | ISCHEMIC CVA STROKE W/O DOC |
| Naproxen 1000 mg | 088 | 028 | 1688 | 12/21/99 | 216 | Transient ischemic attack | ISCHEMIC CVA STROKE WITH DOC |
| Naproxen 1000 mg | 088 | 068 | 1278 | 10/11/99 | 196 | Femoral artery occlusion | NON THROMBO-EMBOLIC EVENT |
| Naproxen 1000 mg | 088 | 069 | 3885 | 02/03/00 | 239 | Cerebrovascular accident | ISCHEMIC CVA STROKE W/O DOC |
| Naproxen 1000 mg | 088 | 074 | 1535 | 12/22/99 | 282 | Cerebrovascular accident | ISCHEMIC CVA STROKE W/O DOC |
| Naproxen 1000 mg | 088 | 088 | 1352 | 12/29/99 | 253 | Coronary artery disease | NON THROMBO-EMBOLIC EVENT |
| Naproxen 1000 mg | 088 | 092 | 807 | 12/01/99 | 253 | Coronary artery disease | UNSTABLE ANGINA PECTORIS |
| Naproxen 1000 mg | 088 | 096 | 459 | 11/22/99 | 257 | Coronary artery disease | NON THROMBO-EMBOLIC EVENT |
| Naproxen 1000 mg | 088 | 115 | 1764 | 09/01/99 | 109 | angina pectoris | NON THROMBO-EMBOLIC EVENT |
| Naproxen 1000 mg | 088 | 118 | 560 | 05/05/99 | 38 | Angina pectoris | UNSTABLE ANGINA PECTORIS |
| Naproxen 1000 mg | 088 | 118 | 560 | 05/12/99 | 42 | Acute myocardial infarction | ACUTE MI |
| Naproxen 1000 mg | 088 | 119 | 3312 | 09/07/99 | 79 | Deep venous thrombosis | PERIPHERAL VENOUS THROMBOSIS |
| Naproxen 1000 mg | 088 | 139 | 3770 | 11/01/99 | 147 | Unstable angina | INSUFFICIENT DATA |
| Naproxen 1000 mg | 088 | 142 | 2473 | 05/03/99 | 16 | Angina pectoris | UNSTABLE ANGINA PECTORIS |

/MK-0966/SUR/RW1968.DOC APPROVED--03-Oct-2000

MRK-N0520004225

Rofecoxib
Safety Update Report

53

## ATTACHMENT 3 (CONT.)

Listing of Unadjudicated Thrombotic Cardiovascular Serious Adverse
Experiences and Their Disposition

| TREATMEN | TRIAL_NU | SITE_NUM | ALLOCATI | ONSET_DA | RELDAY | CRISP_PR | RESULT |
|---|---|---|---|---|---|---|---|
| Naproxen 1000 mg | 088 | 145 | 1480 | 09/03/99 | 166 | Angina pectoris | NON THROMBO-EMBOLIC EVENT |
| Naproxen 1000 mg | 088 | 149 | 2760 | 12/08/99 | 201 | Cerebrovascular accident | ISCHEMIC CVA STROKE W/O DOC |
| Naproxen 1000 mg | 088 | 163 | 2832 | 08/03/99 | 17 | Acute myocardial infarction | SUDDEN AND/OR UNEXPLAINED DEATH |
| Naproxen 1000 mg | 088 | 175 | 2229 | 01/28/00 | 247 | Intracranial hemorrhage | SUDDEN AND/OR UNEXPLAINED DEATH |
| Naproxen 1000 mg | 088 | 181 | 3215 | 06/19/99 | 30 | Cerebrovascular accident | ISCHEMIC CVA STROKE WITH DOC |
| Naproxen 1000 mg | 089 | 008 | 10163 | 08/27/99 | 79 | Acute myocardial infarction | ACUTE MI |
| Naproxen 1000 mg | 089 | 008 | 10170 | 07/27/99 | 42 | Myocardial infarction | INSUFFICIENT DATA |
| Naproxen 1000 mg | 089 | 014 | 8249 | 08/18/99 | 61 | Cerebral infarction | ISCHEMIC CVA STROKE W/O DOC |
| Naproxen 1000 mg | 089 | 020 | 7619 | 06/18/99 | 39 | Venous insufficiency | NON THROMBO-EMBOLIC EVENT |
| Naproxen 1000 mg | 089 | 021 | 7769 | 02/07/00 | 266 | Myocardial infarction | SUDDEN AND/OR UNEXPLAINED DEATH |
| Naproxen 1000 mg | 089 | 029 | 9189 | 11/19/99 | 155 | Angina pectoris | INSUFFICIENT DATA |
| Naproxen 1000 mg | 089 | 050 | 8672 | 06/14/99 | 7 | Myocardial infarction | ACUTE MI |
| Naproxen 1000 mg | 089 | 054 | 6057 | 11/01/99 | 200 | Myocardial infarction | SUDDEN AND/OR UNEXPLAINED DEATH |
| Naproxen 1000 mg | 089 | 076 | 6703 | 11/17/99 | 205 | Intracranial hemorrhage | HEMORRHAGIC CVA STROKE |
| Naproxen 1000 mg | 089 | 082 | 6914 | 06/29/99 | 93 | Ischemic heart disease | NON THROMBO-EMBOLIC EVENT |
| Naproxen 1000 mg | 089 | 087 | 8311 | 05/01/99 | 3 | Transient ischemic attack | NON THROMBO-EMBOLIC EVENT |
| Naproxen 1000 mg | 089 | 089 | 5969 | 09/21/99 | 196 | Angina pectoris | NON THROMBO-EMBOLIC EVENT |

/MK-0966/SUR/RW1968.DOC APPROVED--03-Oct-2000

MRK-N0520004226

Rofecoxib
Safety Update Report                                                                54

ATTACHMENT 4

Summary of Adjudicated Thromboembolic Serious AEs in Selected Subgroups
of Patients With Rheumatoid Arthritis in VIGOR
Safety Update Report

MRK-N0520004227

Rofecoxib
Safety Update Report

55

## ATTACHMENT 4

### Summary of Adjudicated Thromboembolic Serious AEs in Selected Subgroups
of Patients With Rheumatoid Arthritis in VIGOR
Safety Update Report

| Subgroup | Treatment | N | Patients With Events | PYR[†] | Rates[‡] | Relative Risk[§] | |
|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI |
| Males | Rofecoxib | 824 | 20 | 548 | 3.65 | | |
| | Naproxen | 814 | 7 | 556 | 1.26 | 0.34 | (0.15, 0.81) |
| Females | Rofecoxib | 3223 | 25 | 2149 | 1.16 | | |
| | Naproxen | 3215 | 12 | 2142 | 0.56 | 0.48 | (0.24, 0.96) |
| 65+ years old | Rofecoxib | 997 | 28 | 621 | 4.51 | | |
| | Naproxen | 1070 | 13 | 662 | 1.97 | 0.43 | (0.22, 0.84) |
| <65 years old | Rofecoxib | 3050 | 17 | 2076 | 0.82 | | |
| | Naproxen | 2959 | 6 | 2037 | 0.29 | 0.36 | (0.14, 0.91) |
| Current smoker | Rofecoxib | 790 | 17 | 516 | 3.29 | | |
| | Naproxen | 779 | 5 | 533 | 0.94 | 0.28 | (0.10, 0.76) |
| Ex/never smoker | Rofecoxib | 3256 | 28 | 2180 | 1.28 | | |
| | Naproxen | 3250 | 14 | 2165 | 0.65 | 0.50 | (0.26, 0.96) |
| Cardiovascular history | Rofecoxib | 238 | 16 | 147 | 10.92 | | |
| | Naproxen | 216 | 5 | 139 | 3.60 | 0.33 | (0.12, 0.90) |
| No cardiovascular history | Rofecoxib | 3809 | 29 | 2550 | 1.14 | | |
| | Naproxen | 3813 | 14 | 2559 | 0.55 | 0.48 | (0.25, 0.91) |
| Hypertensive | Rofecoxib | 1217 | 20 | 790 | 2.53 | | |
| | Naproxen | 1168 | 12 | 762 | 1.58 | 0.62 | (0.30, 1.27) |

/MK-0966/SUR/RW1968.DOC APPROVED--03-Oct-2000

MRK-N0520004228

Rofecoxib
Safety Update Report

56

ATTACHMENT 4 (CONT.)

Summary of Adjudicated Thromboembolic Serious AEs in Selected Subgroups
of Patients With Rheumatoid Arthritis in VIGOR
Safety Update Report

| Subgroup | Treatment | N | Patients With Events | PYR[†] | Rates[‡] | Relative Risk[§] | |
|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI |
| Not hypertensive | Rofecoxib | 2830 | 25 | 1907 | 1.31 | | |
| | Naproxen | 2861 | 7 | 1936 | 0.36 | 0.28 | (0.12, 0.64) |
| Hypercholesterolemic | Rofecoxib | 343 | 9 | 215 | 4.18 | | |
| | Naproxen | 293 | 2 | 183 | 1.09 | 0.26 | (0.06, 1.18) |
| Not hypercholesterolemic | Rofecoxib | 3704 | 36 | 2482 | 1.45 | | |
| | Naproxen | 3736 | 17 | 2515 | 0.68 | 0.47 | (0.26, 0.83) |
| Diabetic | Rofecoxib | 240 | 2 | 153 | 1.31 | | |
| | Naproxen | 254 | 1 | 164 | 0.61 | 0.47 | (0.01, 8.96) |
| Not diabetic | Rofecoxib | 3807 | 43 | 2544 | 1.69 | | |
| | Naproxen | 3775 | 18 | 2534 | 0.71 | 0.42 | (0.24, 0.73) |

[†] Patient-years at risk.
[‡] Per 100 PYR.
[§] Relative risk of naproxen with respect to rofecoxib from unstratified Cox model where the number of cases is at least 11, otherwise relative risk is ratio of rates.

/MK-0966/SUR/RW1968.DOC APPROVED--03-Oct-2000

MRK-N0520004229

Rofecoxib                                                                                    57
Safety Update Report


ATTACHMENT 5

Baseline Cardiovascular Demographics in Rheumatoid Arthritis Patients
Enrolled in the VIGOR Study

MRK-N0520004230

Rofecoxib
Safety Update Report

58

## ATTACHMENT 5

Baseline Cardiovascular Demographics in Rheumatoid Arthritis Patients
Enrolled in the VIGOR Study

United States Cohort

| Demographic | Rofecoxib (N=1748) | | Naproxen (N=1750) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Age** | | | | |
| Percent <65 years old | 1199 | (68.6) | 1173 | (67.0) |
| Percent ≥65 years old | 549 | (31.4) | 577 | (33.0) |
| **Gender** | | | | |
| Female | 1306 | (74.7) | 1294 | (73.9) |
| Male | 442 | (25.3) | 456 | (26.1) |
| **Past Cardiovascular History** | | | | |
| Past History of Atherosclerotic Cardiovascular Disease | 102 | (5.8) | 90 | (5.1) |
| Coronary Artery Disease | 74 | (4.2) | 67 | (3.8) |
| Myocardial Infarction | 32 | (1.8) | 31 | (1.8) |
| Cerebrovascular Disease | 13 | (0.7) | 8 | (0.5) |
| Cerebrovascular Accident | 8 | (0.5) | 8 | (0.5) |
| Peripheral Arterial Disease | 24 | (1.4) | 21 | (1.2) |
| **Cardiovascular Risk Factors** | | | | |
| Any Cardiovascular Risk Factor | 994 | (56.9) | 966 | (55.2) |
| Hypertension | 616 | (35.2) | 576 | (32.9) |
| Diabetes Mellitus | 131 | (7.5) | 131 | (7.5) |
| Hypercholesterolemia | 232 | (13.3) | 206 | (11.8) |
| Current Smoker | 353 | (20.2) | 360 | (20.6) |
| **Indication for Aspirin Therapy** | | | | |
| Aspirin Therapy Indicated[†] | 77 | (4.4) | 66 | (3.8) |

[†] Patients with past medical histories that met criteria for chronic vascular-protective aspirin therapy (past history of either cerebrovascular accident, transient ischemic attack, myocardial infarction, unstable or stable angina, coronary artery bypass graft surgery, or percutaneous coronary interventions).

Data Source: [P088C]

MRK-N0520004231

Rofecoxib                                                                                    59
Safety Update Report

## ATTACHMENT 5 (CONT.)

Baseline Cardiovascular Demographics in Rheumatoid Arthritis Patients
Enrolled in the VIGOR Study

Multinational Cohort

| Demographic | Rofecoxib (N=2299) | | Naproxen (N=2279) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Age** | | | | |
| Percent <65 years old | 1851 | (80.5) | 1786 | (78.4) |
| Percent ≥65 years old | 448 | (19.5) | 493 | (21.6) |
| **Gender** | | | | |
| Female | 1917 | (83.4) | 1921 | (84.3) |
| Male | 382 | (16.6) | 358 | (15.7) |
| **Past Cardiovascular History** | | | | |
| Past History of Atherosclerotic Cardiovascular Disease | 136 | (5.9) | 126 | (5.5) |
| Coronary Artery Disease | 97 | (4.2) | 86 | (3.8) |
| Myocardial Infarction | 25 | (1.1) | 19 | (0.8) |
| Cerebrovascular Disease | 13 | (0.6) | 17 | (0.7) |
| Cerebrovascular Accident | 4 | (0.2) | 8 | (0.4) |
| Peripheral Arterial Disease | 32 | (1.4) | 28 | (1.2) |
| **Cardiovascular Risk Factors** | | | | |
| Any Cardiovascular Risk Factor | 1053 | (45.8) | 1022 | (44.8) |
| Hypertension | 601 | (26.1) | 592 | (26.0) |
| Diabetes Mellitus | 109 | (4.7) | 123 | (5.4) |
| Hypercholesterolemia | 111 | (4.8) | 87 | (3.8) |
| Current Smoker | 437 | (19.0) | 419 | (18.4) |
| **Indication for Aspirin Therapy** | | | | |
| Aspirin Therapy Indicated[†] | 93 | (4.1) | 85 | (3.7) |

[†] Patients with past medical histories that met criteria for chronic vascular-protective aspirin therapy (past history of either cerebrovascular accident, transient ischemic attack, myocardial infarction, unstable or stable angina, coronary artery bypass graft surgery, or percutaneous coronary interventions).

Data Source: [P088C]

MRK-N0520004232