UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This Document Relates to | * | |
| Cases Listed on Exhibit A | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| | * | |

* * * * * * * * * * * * * * * * * *

### [PROPOSED] ORDER GRANTING MERCK & CO., INC.'S MOTION FOR SUMMARY JUDGMENT IN VTE CASES

This matter is before the Court on the motion of Defendant Merck & Co., Inc., pursuant to Federal Rule of Civil Procedure 56, for the entry of summary judgment in Merck's favor on all claims in the cases listed on Exhibit A to the motion.  There is no genuine issue of material fact and Plaintiffs cannot prevail on their claims against Merck as a matter of law.  The Court being sufficiently advised, hereby **GRANTS** said motion and enters summary judgment in Merck's favor on all claims in each of the cases listed on Exhibit A to Merck's motion.

NEW ORLEANS, LOUISIANA, this ___ day of _____, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1074562v.1