## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: VIOXX** | § | **MDL NO. 1657** |
| | § | |
| **PRODUCTS LIABILITY** | § | **SECTION L** |
| **LITIGATION** | § | |
| | § | **JUDGE FALLON** |
| **This document relates to all cases** | § | **MAG. JUDGE KNOWLES** |
| | § | **SPECIAL MASTER** |
| **FILER:  JACK E. URQUHART** | § | **PATRICK A. JUNEAU** |
| | § | |
| | § | **November 2, 2011** |

### UNOPPOSED MOTION TO
### RETRACT STATEMENTS REGARDING BROWNGREER

Kathryn Snapka (Successor in Interest to Snapka, Turman & Waterhouse, referred to herein as "Snapka") and Escobedo, Tippit, & Cárdenas (referred to herein by the names of the real parties in interest José Escobedo, Jr. and David Hockema, or, collectively "Escobedo-Hockema") file this Unopposed Motion to Retract Statements Regarding BrownGreer.

Snapka and Escobedo-Hockema move to retract in full, from any of its previously-filed briefs regarding the Vioxx Common Benefit Fund, all accusations of any breach of fiduciary duty or any wrongdoing by BrownGreer PLC.

Respectfully submitted,

**BEIRNE, MAYNARD & PARSONS, L.L.P.**

 /s/ Jack E. Urquhart
Jack E. Urquhart
State Bar No. 20415600
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone:  (713) 871-6760
Facsimile:   (713) 960-1527

**ATTORNEYS FOR KATHRYN SNAPKA, JOSÉ
ESCOBEDO, JR. AND DAVID HOCKEMA**

Of Counsel:

Gary Alfred
Texas Bar No. 24011214
Terry Adams
Texas Bar No. 00874010
Charles T. Miers
Texas Bar No. 00784600
BEIRNE, MAYNARD & PARSONS, L.L.P.
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone:  (713) 871-6760
Facsimile:  (713) 960-1527

Paul M. Lavelle
Louisiana Bar Number is 08134
BEIRNE, MAYNARD & PARSONS, L.L.P.
110 Poydres Street, Suite 2900
New Orleans, LA 70163
Telephone: (504) 799-2223
Facsimile:  (504) 799-2224

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing document has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing, and that the forgoing was sent via email to:

Russ Herman, rherman@hhkc.com

Andy Birchfield, andy.birchfield@beasleyallen.com

Special Master Patrick Juneau, PAJ@juneaudavid.com

This 2nd day of November, 2011.

__/s/ Jack E. Urquhart_____
Jack E. Urquhart

3