UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | § | MDL NO. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| | § | |
| | § | JUDGE FALLON |
| This document relates to all cases | § | MAG. JUDGE KNOWLES |
| | § | SPECIAL MASTER |
| FILER:  JACK E. URQUHART | § | PATRICK A. JUNEAU |
| | § | |
| | § | November 2, 2011 |

## ORDER

Upon consideration of Kathryn Snapka ("Snapka") and Escobedo, Tippit & Cárdenas (referred to herein by the names of the real parties in interest José Escobedo and David Hockema, or, collectively "Escobedo-Hockema") Unopposed Motion to Retract Statements Regarding BrownGreer, the Court has determined that the Motion has merit.

THEREFORE, the Court finds this motion should be GRANTED.

IT IS HEREBY ORDERED that all Snapka and Escobedo-Hockema accusations of any breach of fiduciary duty or any wrongdoing by BrownGreer PLC in any of Snapka and Escobedo-Hockema's previously-filed briefs in the Vioxx Common Benefit Fund litigation are HEREBY RETRACTED.

New Orleans, Louisiana, this _____ day of _____ 2011

_____
**THE HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**