UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | ) | MDL NO. 1657 |
| | ) | |
| PRODUCTS LIABILITY | ) | SECTION L |
| LITIGATION | ) | |
| | ) | JUDGE FALLON |
| THIS DOCUMENT RELATES | ) | MAG. JUDGE KNOWLES |
| TO ALL CASES | ) | SPECIAL MASTER |
| | ) | PATRICK A. JUNEAU |
| FILER: Jack E. Urquhart | ) | |
| | ) | November 2, 2011 |

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Kathryn Snapka (Successor in Interest to Snapka, Turman & Waterhouse, referred to herein as "Snapka") and Escobedo, Tippit, & Cárdenas (referred to herein by the names of the real parties in interest José Escobedo, Jr. and David Hockema, or, collectively "Escobedo-Hockema") will file this Unopposed Motion to Retract Statements Regarding BrownGreer to the Honorable Eldon E. Fallon at 9:00 a.m. on Wednesday, November 30, 2011, or at an earlier date as ordered by the Court, at 500 Camp Street, New Orleans. LA.

Respectfully submitted,

**BEIRNE, MAYNARD & PARSONS, L.L.P.**

 /s/ Jack E. Urquhart
Jack E. Urquhart
State Bar No. 20415600
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone: (713) 871-6760
Facsimile: (713) 960-1527

**ATTORNEYS FOR KATHRYN SNAPKA, JOSÉ ESCOBEDO, JR. AND DAVID HOCKEMA**

Of Counsel:

Gary Alfred
Texas Bar No. 24011214
Terry Adams
Texas Bar No. 00874010
Charles T. Miers
Texas Bar No. 00784600
BEIRNE, MAYNARD & PARSONS, L.L.P.
1300 Post Oak Blvd., Suite 2400
Houston, Texas 77056
Telephone:  (713) 871-6760
Facsimile:   (713) 960-1527

Paul M. Lavelle
Louisiana Bar Number is 08134
BEIRNE, MAYNARD & PARSONS, L.L.P.
110 Poydres Street, Suite 2900
New Orleans, LA 70163
Telephone: (504) 799-2223
Facsimile:  (504) 799-2224

## CERTIFICATE OF SERVICE

      I hereby certify that the above and forgoing document has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing, and that the forgoing was sent via email to:

    Russ Herman, rherman@hhkc.com

    Andy Birchfield, andy.birchfield@beasleyallen.com

    Special Master Patrick Juneau, PAJ@juneaudavid.com

This 2nd day of November, 2011.

                                                         /s/ Jack E. Urquhart
                                                         Jack E. Urquhart