# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This Document Relates to | * | |
| Cases Listed on Exhibit A | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| | * | |

* * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Merck & Co., Inc.'s Motion for Leave to File Exhibit L to Motion for Summary Judgment on VTE Cases Under Seal,

IT IS ORDERED that Exhibit L be and it hereby is ordered to be filed under seal.

NEW ORLEANS, LOUISIANA, this ___ day of _____, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1074572v.1