**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re:  VIOXX** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| | * | **JUDGE FALLON** |
| **This document relates to All Cases** | * | |
| | * | **MAGISTRATE JUDGE KNOWLES** |
| * * * * * * * * * * * * * * * * * * | | |

**MONTHLY STATUS CONFERENCE
NOVEMBER 4, 2011
SUGGESTED AGENDA**

I.      The Settlement Program

II.     Special Master and Deputy Special Masters

III.    Class Actions

IV.     State/Federal Coordination -- State Liaison Committee

V.      *Pro Se* Claimants

VI.     Government Actions

VII.    Third Party Payor

VIII.   Pending Personal Injury Cases Subject to PTOs 28, 29 and 43

IX.     Fee Allocation Committee

X.      Other Pending Motions

XI.     Appeals

XII.    Other Matters

XIII.   Next Status Conference