UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| PRODUCTS LIABILITY | * | SECTION: L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES | * | MAG. JUDGE KNOWLES |
| TO ALL CASES | * | |
| | * | |
| FILER:  BECNEL LAW FIRM, LLC | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### BECNEL LAW FIRM'S UNOPPOSED MOTION TO RETRACT STATEMENTS REGARDING BROWN, GREER

Claimant and former Objector Becnel Law Firm hereby moves to retract in full, from any of its previously-filed briefs regarding the Vioxx Common Benefit Fund, all accusations of any breach of fiduciary duty or any wrongdoing by BrownGreer, PLC.

Respectfully submitted,

BECNEL LAW FIRM, LLC
106 West Seventh Street
P. O. Drawer H
Reserve, Louisiana  70084
Telephone No. (985) 536-1186
Fax No. (985) 536-6445


 /s/Daniel E. Becnel, Jr.
DANIEL E. BECNEL, JR. (#2926)
TRIAL ATTORNEY

1

## CERTIFICATION

I hereby certify that the above and foregoing document has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing.

                                            /s/ Daniel E. Becnel, Jr.
                                            DANIEL E. BECNEL, JR.