UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|  | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**This document relates to:**   *William Andrew Curl, et al. v. Merck & Co., Inc., et al.*, **Case No. 05-5295**

## ORDER OF DISMISSAL

The Court has received Defendant Dr. Charles Conley's motion for summary judgment. (Rec. Docs. 63323, 63468).  No opposition was filed.  Accordingly, this motion is deemed to be unopposed, and furthermore, it appearing to the Court that the motion is grounded in law and fact, IT IS ORDERED that Dr. Conley's motion for summary judgment is GRANTED and the claims against him are DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 3rd day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE

1