UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**This document relates to:**   *Rebecca Moore, et al. v. Merck & Co., Inc.*, Case No. 06-4296

## ORDER OF DISMISSAL

The Court has received Defendant Merck's motion for summary judgment, (Rec. Doc. 63405), which was served on Plaintiffs and filed under seal due to the personal identifying information and medical records contained therein.  No opposition to the motion was filed.  Accordingly, this motion is deemed to be unopposed.  Furthermore, based on the motion and exhibits there is no genuine dispute as to whether Plaintiff Moore used Vioxx and Merck is entitled to judgment as a matter of law.

Therefore, IT IS ORDERED that Merck's motion for summary judgment is GRANTED and the Plaintiffs' claims are DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 3rd day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE