MINUTE ENTRY
FALLON, J.
NOVEMBER 4, 2011

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | |
| | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | |
| | SECTION L |
| **THIS DOCUMENT RELATES TO:** | |
| ALL PENDING GOVERNMENT ACTION | JUDGE FALLON |
| CASES | MAG. JUDGE KNOWLES |

On this date, a telephone status conference was held with Judge Eldon E. Fallon. Counsel for Merck and representatives of the PSC participated, as well as Susan Winkler on behalf of the Department of Justice and representatives of NAMFCU. At the conference, the parties discussed the status of the Government Actions. The status conference was transcribed by Ms. Toni Tusa, Official Court Reporter. The transcript will disclose the contents of the discussion and those who attended. Additionally,

IT IS ORDERED that Merck and the remaining litigating states shall independently prepare lists of all remaining materials to be exchanged and all remaining discovery, whether they consider that to be common discovery or state-specific discovery, and shall exchange those lists on or before fourteen days from this minute entry. Counsel for Merck and the litigating states shall then meet and confer regarding what discovery remains to be done in the MDL and what should be done after remand. After meeting and conferring, the parties should contact the Court to schedule a status conference to discuss lifting the discovery stay.

JS10(00:27)