MINUTE ENTRY
FALLON, J.
NOVEMBER 4, 2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS  　　　　　　　CIVIL ACTION
　　　　LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　NO. 05-MDL-1657

　　　　　　　　　　　　　　　　　　　SECTION: L

**This document relates to: All Cases**


BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Toni Tusa

Appearances: Ann Oldfather, Esq., for Plaintiffs
　　　　　　　Dorothy Wimberly, Esq. & Elaine Horn, Esq. for Merck

1. Motion for Reconsideration re (17703) Order on Motion for Order to Show Cause by Plaintiff Emmanuel Iwobi (63006)
ARGUMENT - taken under submission.

2. Motion for Order to Show Cause Why Remaining Settlement Program Releases and Stipulations Should Not be Tendered to Merck by Merck & Co., Inc.  (63015)
ARGUMENT - Continued to be reset for hearing at the next monthly Status Conference

3. Motion for Order to Show Cause Why cases Should not be Dismissed with Prejudice for failure to Prosecute by Merck & Co., Inc. (63268)
ARGUMENT - GRANTED as to Lerene Campbell & Patricia Kelly, with Court's Order to follow.

4. Motion to Dismiss for Lack of Prosecution and Incorporated Memorandum by Merck & Co., Inc.  (63522)
ARGUMENT - Court's Order to follow.

JS10:　:20