UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**This document relates to:   ALL CASES**

## ORDER

    It has been brought to the attention of the Court that certain treating physicians whose depositions are being sought in connection with discovery in pending Vioxx personal injury actions are seeking excessive amounts to appear for those depositions. The Court recognizes that treating physicians are customarily entitled to compensation at a reasonable hourly rate for their time appearing for depositions. However, the Court will not allow exorbitant demands. If any party attempting to schedule the deposition of a treating physician is presented with an unreasonable demand for compensation, they should bring that demand to the Court's attention and the Court will take appropriate action.

    New Orleans, Louisiana, this 7th day of November, 2011.

                                                                                     _/s/ Eldon E. Fallon_
                                                                   UNITED STATES DISTRICT JUDGE