**Exhibit A: TPP Vioxx Litigation Timelines**

