**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In Re:VIOXX**<br>**PRODUCTS LIABILITY LITIGATION**<br><br>**This document relates to:**<br><br>**All Actions** | **MDL Docket No. 1657**<br><br>**SECTION L**<br><br>**JUDGE FALLON**<br>**MAG. JUDGE KNOWLES** |

**EXHIBIT "D" TO THE TPP FEE ALLOCATION**
**COMMITTEE'S RECOMMENDATION**

# FILED UNDER SEAL