UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**     ALL PENDING GOVERNMENT ACTION CASES

# ORDER

The Court's minute entry of November 4, 2011 pertaining to governmental actions is AMENDED to clarify that the Commonwealth of Kentucky is exempted from the discovery list exchange ordered therein.

New Orleans, Louisiana, this 8th day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE

1