UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Mary Banks, et al. v. Merck & Co., Inc.,* No. 2:06-cv-2214 | * | KNOWLES |
| (only as to plaintiff Diane Brown); | * | |
| | * | |
| and | * | |
| | * | |
| *Cheryl D. Gros v. Merck & Co., Inc.,* No. 2:08-cv-5128 | * | |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Defendant Merck & Co., Inc.'s Motion to Show Cause Why Cases Should Not Be Dismissed For Failure to Prosecute [Rec. Doc. 63268], came on for hearing on November 4, 2011. After reviewing the pleadings and considering the argument of counsel, and for the reasons orally assigned, the Court hereby enters judgment as follows:

**IT IS ORDERED** that the motion be and it hereby is withdrawn as moot as to plaintiffs Diane Brown and Cheryl Gros.

**NEW ORLEANS, LOUISIANA**, this __9th__ day of November, 2011.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**