UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE JUDGE |
| *Kenneth Novick v. Merck & Co., Inc.*, 2:07-cv-7756; and, | * | KNOWLES |
| | * | |
| *Don Chapman, et al. v. Merck & Co., Inc.*, 2:07-cv-0902 | * | |
| (only as to plaintiff Richard Garcia) | * | |
| | * | |

****************************************************************************

## ORDER

Defendant Merck & Co., Inc.'s Fifth Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 43 (R. Doc. 40199) came on for hearing on the 13th day of May, 2010.  At that time, the Court deferred the Motion as to the plaintiffs Kenneth Novick and Richard Garcia and ordered that they be rescheduled for hearing after the Court ruled on pending Motions to Withdraw as Counsel.  *See* R. Doc. 42758.  Those motions have now been resolved and Merck's Fifth Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 43 (R. Doc. 40199) is now ripe for hearing.  Accordingly,

**IT IS ORDERED** that the plaintiffs Kenneth Novick and Richard Garcia show cause on the 5th day of January, 2012, immediately following the monthly status conference that is scheduled for 9:00 a.m., why their cases should not be dismissed with prejudice for failure to comply with Pre-Trial Order 43.

**IT IS FURTHER ORDERED** that plaintiff file any opposition or response to the motion and serve it on counsel for Merck on or before the 28th day of December, 2011.

**IT IS FURTHER ORDERED** that Merck file any reply on or before the 3rd day of January, 2012.

**NEW ORLEANS, LOUISIANA**, this __9th__ day of November, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE