"Certification of Funds in the Registry"

PRINCIPAL: $ 103,959.34

Financial Deputy: _KRonge_  Date: 11-1-11

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657 |
| | SECTION: L |
| Re:  *Karen Moore and Richard Moore v.*<br>*Merck and Co., Inc.*, 2:06-cv-05783-EEF-DEK<br>(Claimant Karen S. Moore) | JUDGE FALLON |
| | MAGISTRATE<br>JUDGE KNOWLES |

## ORDER

Based upon Motion of counsel for deceased Claimant Karen S. Moore and Representative Claimant Richard B. Moore, Sr. seeking the release of funds attributable to Claimant Karen Moore from the registry of this Court,

IT IS ORDERED that the motion is GRANTED. The Clerk of the United States District Court, Eastern District of Louisiana, is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $103,959.37 plus all interest earned less the assessment fee for the administration of funds, payable to "Richard B. Moore, Sr. and Meshbesher & Spence, Ltd.", and mail or deliver the check to Claimants' attorneys, Meshbesher & Spence, Ltd., 1616 Park Avenue, Minneapolis, Minnesota 55404.

New Orleans, Louisiana, this 9th day of Nov., 2011.

_____
UNITED STATES DISTRICT JUDGE