**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In Re:  VIOXX** | **MDL Docket No. 1657** |
| **PRODUCTS LIABILITY LITIGATION** **SECTION L** | |
| **This document relates to:** | |
| *All Government Actions* | **JUDGE FALLON** **MAG. JUDGE KNOWLES** |

<u>**PROPOSED ORDER**</u>

Considering the Plaintiffs' Steering Committee's Emergency Motion for Order Establishing Escrow Fund for Common Benefit Fees,

IT IS ORDERED BY THE COURT that 6.5% of the recoveries to the States of Florida, New York, and South Carolina, and any other governmental entities that have not yet reached an agreement with the PSC be held in escrow until the Court's consideration of the PSC's Motion for an Order Imposing Common Benefit Obligation upon the Recovery of Government Action Participants.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
Honorable Eldon E. Fallon
U.S. District Judge