## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Lerene Campbell v. Merck & Co., Inc.,* No. 2:08-cv-0875; | * | KNOWLES |
| | * | |
| **and** | * | |
| | * | |
| *Isabelle C. Bryant, et al. v. Merck & Co., Inc.,* No. 2:06-cv-1203 (only as to plaintiffs Patricia A. and Raymond Kelly)* | * | |
| | * | |

**************************************************************************

### ORDER

       Defendant Merck & Co., Inc.'s Motion to Show Cause Why Cases Should Not Be Dismissed For Failure to Prosecute [Rec. Doc. 63268], came on for hearing on November 4, 2011.  After reviewing the pleadings and considering the argument of counsel, and for the reasons orally assigned, the Court hereby enters judgment as follows:

       **IT IS ORDERED** that all claims of plaintiffs Lerene Campbell and Patricia and Raymond Kelly be and they hereby are dismissed with prejudice for failure to prosecute.

       **NEW ORLEANS, LOUISIANA**, this __9th__ day of November, 2011.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**