UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Janet Avant, et al. v. Merck & Co., Inc.,* No. 2:08-cv-0882 | * | KNOWLES |
| (only as to plaintiff Louise Young) | * | |
| | * | |

**ORDER**

Defendant Merck & Co., Inc.'s Motion, Rule and Incorporated Memorandum to Show Cause Why Remaining Settlement Program Releases and Stipulations Should Not Be Tendered to Merck (R. Doc. 63015) came on for hearing on August 4, 2011. At the conclusion of the hearing, the motion was deferred until September 21, 2011, at which time it was deferred again until November 4, 2011. For the reasons orally assigned, the Court enters judgment as follows:

**IT IS ORDERED** that the motion is deferred as to plaintiff Louise Young until January 5, 2012 at 9:00 a.m.

**NEW ORLEANS, LOUISIANA**, this __9th__ day of November, 2011.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**