MINUTE ENTRY
FALLON, J.
NOVEMBER 10, 2011

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  VIOXX | : | |
| | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| **THIS DOCUMENT RELATES TO:** | : | |
| PENDING PERSONAL INJURY CASES | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| | : | |

On this date, a telephone status conference was held with Judge Eldon E. Fallon. Ronald Benjamin participated on behalf of his clients and Doug Marvin participated on behalf of Merck. The parties discussed which personal injury cases in Mr. Benjamin's inventory should be tried, where they should be tried, and the applicable law. The parties agreed to meet and confer with their clients and with each other and to contact the Court to schedule a subsequent conference regarding the results of those conferences.

JS10(00:13)