UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>All Actions | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

# ORDER

Considering The TPP Fee Allocation Committee's Motion for Leave of Court to File Exhibit Under Seal in connection with The TPP Fee Allocation Committee's Recommendation pursuant to Pre-Trial Order No. 57;

IT IS ORDERED that Exhibit D attached to The TPP Fee Allocation Committee's Recommendation be filed under seal.

New Orleans, Louisiana, this __10th__ day of _____November_____, 2011.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge