"Certification of Funds in the Registry"

PRINCIPAL: $ *103,959.34*

Financial Deputy: _____ Date: *11-14-11*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: VIOXX | : MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | : SECTION: L |
|  | : JUDGE FALLON |
|  | : MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:    ALL PENDING GOVERNMENT ACTION CASES

## ORDER

IT IS ORDERED that the Court's Order (Rec. Doc. 63559) ordering release of funds is hereby AMENDED to reflect that the Clerk of the United States District Court, Eastern District of Louisiana, is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of **$103,959.34** plus all interest earned less the assessment fee for the administration of funds, payable to "Richard B. Moore, Sr. and Meshbesher & Spence, Ltd.", and mail or deliver the check to Claimants' attorneys, Meshbesher & Spence, Ltd., 1616 Park Avenue, Minneapolis, Minnesota 55404.

New Orleans, Louisiana, this 10th day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE

1