To: Eldon E. Fallon
U.S. District Judge
500 Poydras Street
New Orleans, LA. 70130

RECEIVED
OCT 31 2011
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

Change of Address

05md1657
Ref: 10-873

OLD Address: 901 Boston Ave,
New Boston, TX. 75570

New Address: 2317 Pleasant Valley Rd.
apt. # 1022
Austin, Texas 78741

Thank you,
Dorothy A. Griffin