## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re:  VIOXX®PRODUCTS LIABILITY                     MDL 1657
LITIGATION                                           SECTION L
                                                     JUDGE FALLON
                                                     MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:                            **Case Number:  2:07-cv-01054**

**Dane Gasio**                                       PLAINTIFF
**v.**

**Merck & Co., Inc.**                                DEFENDANTS

* * * * * * *

### NOTICE OF ENTRY OF APPEARANCE

     Comes the Plaintiff and hereby notifies the Court and counsel that Ann B. Oldfather and

OLDFATHER LAW FIRM hereby enter their appearance as counsel for the Plaintiff, in the place and

stead of the STRONG, MARTIN & ASSOC. and FEDERMAN & SHERWOOD.  Pleadings related to this

matter should be served on Ms. Oldfather and OLDFATHER LAW FIRM at:

Ann B. Oldfather
OLDFATHER LAW FIRM
1330 South Third Street
Louisville, KY  40208
(502) 637-7200

Respectfully submitted,

/s/ Ann B. Oldfather
_____
Ann B. Oldfather
KBA Bar #52553
OLDFATHER LAW FIRM
1330 S. Third Street
Louisville, KY   40208
502.637.7200
502.637.3999  (fax)
aoldfather@oldfather.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Entry of Appearance has been served upon Liaison Counsel, Phillip Wittmann, and Russ Herman, by U.S. Mail, an upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 15th day of November, 2011.

/s/ Ann B. Oldfather

_____

Ann B. Oldfather