UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|    Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
|    COUNTY OF SANTA CLARA, on behalf | * | SECTION L |
|    of itself and all others similarly situated, | * | |
| | * | JUDGE ELDON E. FALLON |
|                         Plaintiff, | * | |
| | * | MAGISTRATE JUDGE |
|    versus | * | KNOWLES |
| | * | |
|    MERCK & CO., INC., | * | |
| | * | |
|                         Defendant. | * | |
| | * | |
|    Case No. 2:06-cv-09382 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>DEFENDANT'S MOTION AND INCORPORATED MEMORANDUM</u>**
**<u>FOR LEAVE TO FILE REPLY AND FOR ADDITIONAL PAGES</u>**

Defendant Merck Sharp & Dohme Corp. ("Merck") respectfully moves the Court for leave to file its reply to respond to the arguments of plaintiff in its opposition and further moves for permission to exceed the page limit for its Reply In Support Of Motion For Judgment On The Pleadings by eight pages (for a total of 18 pages). The complexity of the issues in this case warrants an extension of the page limit.

      For these reasons, Merck requests leave to file a reply and to exceed the applicable page limit for its Reply In Support Of Motion For Judgment On The Pleadings.

| | |
|---|---|
| Dated: November 18, 2011 | Respectfully submitted, |
| | |
| | */s/ Dorothy H. Wimberly* |
| | Phillip A. Wittmann, 13625 |
| | Dorothy H. Wimberly, 18509 |
| | STONE PIGMAN WALTHER WITTMANN L.L.C. |
| | 546 Carondelet Street |
| | New Orleans, LA 70130 |
| | |
| | Douglas R. Marvin |
| | WILLIAMS & CONNOLLY LLP |
| | 725 Twelfth St., N.W. |
| | Washington, DC 20005 |
| | |
| | John H. Beisner |
| | Jessica Davidson Miller |
| | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | 1440 New York Avenue, N.W. |
| | Washington, DC 20005 |
| | |
| | ATTORNEYS FOR MERCK SHARP & DOHME CORP. |

## **CERTIFICATE OF SERVICE**

        I hereby certify that the above and foregoing has been served on Liaison Counsel, Russ Herman, Phillip Wittmann and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 18th day of November, 2011.

        /s/ *Dorothy H. Wimberly*
        Dorothy H. Wimberly, 18509
        STONE PIGMAN WALTHER
        WITTMANN L.L.C.
        546 Carondelet Street
        New Orleans, Louisiana  70130
        Phone:  504-581-3200
        Fax:      504-581-3361
        dwimberly@stonepigman.com

        Defendants' Liaison Counsel