# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|    Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
| COUNTY OF SANTA CLARA, on behalf | * | SECTION L |
| of itself and all others similarly situated, | * | |
| | * | JUDGE ELDON E. FALLON |
|                Plaintiff, | * | |
| | * | MAGISTRATE JUDGE |
|    versus | * | KNOWLES |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
|               Defendant. | * | |
| | * | |
| Case No. 2:06-cv-09382 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER ON DEFENDANT'S MOTION FOR LEAVE
## TO FILE REPLY AND FOR ADDITIONAL PAGES

Considering the foregoing motion,

**IT IS ORDERED** that defendant Merck Sharp & Dohme Corp.'s motion be and it hereby is **GRANTED**, and Merck is granted leave to file its Reply and is allowed a total of eighteen (18) pages for its Reply.

**NEW ORLEANS, LOUISIANA**, this \_\_\_\_ day of _____, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE