# Exhibit A: TPP Vioxx Litigation Timelines

## MDL

2003

- February 2005 — TPPs file cases in SDNY & EDLA
- February 17, 2005 — MDL Created
- April 8, 2005 — PSC Appointed
- August 2, 2005 — TPPs & Consumers file Master Complaint re Class Action Cases Involving Purchase Claims
- September 12, 2005 — Merck moves to dismiss master complaint
- November 8, 2005 — PSC opposes mtn to dismiss
- April 14, 2009 — Bellwether TPP trials ordered
- September 14, 2009 — Private TPP & Common Benefit Settlement
- August 17, 2011 — August 17, 2011 PTO 57 Procedures & Deadlines for TPPs

## NJ

2003

- October 30, 2003 — Int'l Union of Operating Engineers Local No. 68 Welfare Fund filed Complaint
- September 30, 2004 — Merck announces voluntary worldwide withdraw of Vioxx
- Fall 2005 — Discovery
- March 31, 2006 — Class Cert Granted
- March 17, 2009 — Class Cert denied by Superior Court of NJ

## CA JCCP

2003

- November 12, 2004 — Anderson Complaint
- March 7, 2004 — Remand Order
- August 19, 2005 — HBSS Appointed Lead Counsel and Class Cases Consolidated as part of JCCP
- August 31, 2005 — Master Complaint
- November 10, 2005 — Remand Order
- February 17, 2006 — Motion for Judgment on Pleadings
- March 15, 2006 — Opposition to Mtn for Judgment on Pleadings
- July 18, 2006 — Mtn for Judgment on Pleadings Denied
- July 27, 2007 — Mtn for Class Certification
- May 27, 2008 — Amended Mtn for Class Cert
- December 23, 2008 — Opposition to Class Cert
- April 30, 2009 — Class Cert Denied
- December 15, 2009 — Decision on Appeal Affirming Denial of Class Cert
- March 30, 2010 — CA Supreme Court Order Denying Review

