## Exhibit C: Quantitative Summary of Vioxx TPP Common Benefit Submissions

| Firm | TPP Client | Litigation Location | Fees from TPP client(s) | Previously Submitted[@] | Previous Common Benefit Award[&] | Lodestar | Unreimbursed Costs | Total |
|---|---|---|---|---|---|---|---|---|
| Audet & Partners | Yes (2) | NJ | $5,669.31[H] | None | $1.45 million | $403,762.50 | $49,264.01 | $453,026.51 |
| Barrios Kingsdorf & Cateix LLP | No | MDL | No | $2,431.25 | $1.8 million | $7,618.75 | $14.24 | $7,632.99 |
| Bossier & Associates PLLC | Yes (2) | MDL | No | Not Answered | $20,000.00 | $6,625.00 | None | $6,625.00 |
| Cafferty Faucher LLP | Yes | MDL | No | $242,450.00 | $30,000.00 | $250,857.00 | $10,900.68 | $261,757.68 |
| Charfoos & Christensen PC | Yes (2) | MDL | No | None | None | $96,008.75 | None | $96,008.75 |
| Cohen Placitella & Roth PC | Yes (24) | NJ | $789,766.54 | Not Answered | $3.5 million | $69,750.00 | $52,382.28 | $122,132.28 |
| The Dugan Law Firm[#] | Yes (3) | MDL | No | Not Answered | None | $1,502,845.00 | $105,795.74 | $1,608,640.74 |
| Ewing McMillin & Willis PLLC | Yes (2) | NJ | $5,669.31[H] | None | Did not apply | $185,600.00 | $1,539.14 | $187,139.14 |
| Favre Law Office* | No | None | No | None | Did not apply | $5,005.00 | $366.00 | $5,371.00 |
| Gary L. Franke & Co. | Yes | NJ | $5,669.31[H] | None | Did not apply | $128,297.50 | $9,522.52 | $137,820.02 |
| Freese and Goss PLLC[S] | Yes (2) | MDL | $75,000 | $238,987.50 | $25,000 | $317,487.50 | $6,000.00 | $323,487.5 |
| Hagens Berman Sobol Shapiro LLP | Yes (3), 80 in PLRP | MDL, CA, PLRP | No | None | Did not apply | $2,823,586.50 | $491,316.07 | $3.314,902.57 |
| Herman Herman Katz & Cotlar | Yes (1) | MDL | No | $425,613.00 | $26 million | $981,100.00 | "Ledger available from Phil Garrett" | $981,100.00 |
| Hovede Dassow & Deets | Yes (2) | NJ | $5,669.31[H] | None | $1.45 million | $696,600.00 | $105,573.54 | $802,173.54 |

## Exhibit C: Quantitative Summary of Vioxx TPP Common Benefit Submissions

| Firm | TPP Client | Litigation Location | Fees from TPP client(s) | Previously Submitted[@] | Previous Common Benefit Award[&] | Lodestar | Unreimbursed Costs | Total |
|------|-----------|--------------------|-----------------------|----------------------|-------------------------------|----------|-------------------|-------|
| Keefe Bartels LLC | Yes (1) | NJ | No | $577,506.25 | Not mentioned | $577,506.25 | $15,327.77 | $592,834.02 |
| Kline & Specter P.C.[K] | No | MDL | No | Not Answered | $15 million | None given [K] | ? | Requests $1,836,591.20 [K] |
| Labaton Sucharow LLP | Yes (7) | MDL | No | None | None | $617,721.50 | $22,996.06 | $640,717.56 |
| Lanier Law Firm | Yes | NJ | $5,669.31[H] | None | $27 million | $157,615.00 | None | $157,615.00 |
| Levin Fishbein Sedran & Berman | Yes (1) | MDL | No | All | $19 million | $658,850.00 | "Ledger available from Phil Garrett" | $658,850.00 |
| Levy Phillips & Konigsberg | Yes (24) | NJ | $45,191.51 | None | Did not apply | $128,981.50 | None | $128.981.50 |
| Lieff Cabraser Heimann & Bernstein | Yes (1) | MDL | No | Not Answered | $6 million | $1,485,307.50 | None | $1,485,307.50 |
| Murray Law Firm[#] | Yes (7) | MDL | No | None | $850,000 | $222,537.50 | $88,377.02 | $374,243.78 |
| Price Waicukauski & Riley LLC | Yes (21) | MDL | No | None | $15,000 | $893,501.25 | $20,004.68 | $913,505.93 |
| Sadin Law Firm | Yes (1) | MDL | No | Not Answered | Did not apply | $117,725.00 | $2,035.38 | $119,760.38 |
| Scott Yung | Yes (2) | MDL | $281,591.00 | None | Did not apply | $139,042.50 | None | $139,042.50 |
| Seeger Weiss | Yes (3) | MDL, NJ | No | $4,202,858.75 | $36.6 million | $4,164,058.75 | $20,005.05 | $4,184,063.80 |
| Sheller PC | Yes (1) | NJ | *No supplemental form* | $325,000 | $2,131,247.65 | None | $2,131,247.65 |
| Slate Carter Comer PC | Yes (3) | MDL | $671,596.99 | None | Did not apply | $108,975.00 | None | $108,975.00 |

**Exhibit C: Quantitative Summary of Vioxx TPP Common Benefit Submissions**

| Firm | TPP Client | Litigation Location | Fees from TPP client(s) | Previously Submitted[@] | Previous Common Benefit Award[&] | Lodestar | Unreimbursed Costs | Total |
|---|---|---|---|---|---|---|---|---|
| Sommers & Schwartz PC and Jason Thompson & Associates | Yes (2) | MDL | No | None | Did not apply | $120,017.50 | $1,226.12 | $121,243.62 |
| Sulzer Law Firm | ? | MDL | *No supplemental form* | | Did not apply | ? | $8.00 | $8.00 |
| Wallace Jordan Ratliff & Brandt LLC | Yes (3) | MDL | $671,596.99 | None | Did not apply | $133,137.50 | None | $133,137.50 |
| Law Offices of Eric Weinberg | Yes (4) | MDL, NJ | No | None | $3.5 million | $1,138,500.00 | $27,392.61 | $1,165,892.61 |
| Young Law Group (f/k/a Kenney Egan McCaffert & Young) | Yes (1) | MDL | No | None | Did not apply | $20,635.00 | $318.69 | $20,953.69 |
| | | | | | | | **Total all Applicants:** | **$23,091,807.46** |

@   Reflects the portion of the TPP common benefit lodestar that was previously submitted in conjunction with the Court's personal injury common benefit awards.
&   Figures taken from the Court's August 9, 2011 Order and Reasons, Dkt. No. 63195.
*   Firm did not provide backup
#   Submissions by Murray Law Firm and Dugan Law Firm are duplicative; Murray Law Firm requests that no money be paid to either without agreement of both firms.
S   Firm provided a supplemental form only
H   Hovde Dassow and Deets, Lanier Law Firm, Audet & Partners, Gary Franke LPA, and Ewing McMillin & Willis PLLC submitted a single application, with separate lodestar and cost information.  Collectively reported a $5,669.31 fee.
K   Kline Specter requests $1,836,591.20 based on overall contributions and need to punish the FAC for "overpaying themselves" and the "secret Stratton deal;" reported lodestar ($12,080690.00) is for work performed for the benefit of all Vioxx claimants, not TPP specific.

## Exhibit C: Quantitative Summary of Vioxx TPP Common Benefit Submissions

**Firms that submitted both a timely initial application and supplemental form but did NOT appear on our earlier chart:**
1. Audet and Partners,
2. Ewing McMillin & Willis,
3. Gary L. Franke & Co., and
4. Lanier Law Firm

**Firms that submitted a LATE application and timely supplemental form:**
1. Kline Specter (due Sept. 16, dated Oct. 3)


**Firms that submitted only a supplemental form:**
1. Young Law Group (f/k/a Kenney Egan McCafferty & Young)
2. Freese and Goss, Kline & Specter P.C., (NOTE: supplement refers to attachments to their initial submission, do not have a copy)

> Eric Young did not receive notice of the initial fee application deadline.  Eric Young and Ellen Merriwether were both counsel for the same TPP plaintiff, Eric was occasionally inadvertently dropped from email lists during TPP MDL discovery, plausible that he did not have received our initial letter re PTO 57.

> Rich Freese's submission refer to "hours previously submitted," unclear whether referring to an initial fee submission or hours otherwise reported in context of MDL.

**Firms that submitted only an initial application:**
1. Sheller P.C.
2. Sulzer Law Firm