## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | **Case Number:**<br>**2:07-cv-07756** |
| **Ken Novick** | PLAINTIFF |
| v. | |
| **Merck & Co., Inc.** | DEFENDANT |

\* \* \* \* \* \* \*

## PARTIAL COMPLIANCE WITH PTO 43 BY PLAINTIFF KEN NOVICK

Comes the Plaintiff, Ken Novick, by counsel, and provides the attached Case Specific Expert Report in Partial Compliance with this Court's PreTrial Order 43. Plaintiff has fully complied with this Court's Show Cause Order dated November 9, 2011.

Respectfully submitted,

s/ Ann B. Oldfather
Ann B. Oldfather
KBA Bar #52553
OLDFATHER LAW FIRM
1330 S. Third Street
Louisville, KY   40208
502.637.7200
502.637.3999
aoldfather@oldfather.com
*Counsel for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Partial Compliance With PTO 43 by Plaintiff Ken Novick has been served upon Liaison Counsel, Phillip Wittmann and Russ Herman, by U.S. Mail, an upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 18th day of November, 2011.

/s/ Ann B. Oldfather  
Ann B. Oldfather