

CHRISTOPHER J. BAKER, M.D. • DONALD L. BEHRMANN, M.D., PhD • ALI CHAHLAVI, M.D. • MELVIN FIELD, M.D. • WILLIAM Y. LU, M.D. • PAUL D. SAWIN, M.D.

March 23, 2007

RE: KENNETH NOVICK, M.D.

To Whom It May Concern:

At the time of Dr. Novick's January 22, 2007 appointment here in the office, he raised the issue of whether or not his right occipital hemorrhage could be related to his Vioxx use during this period of time. A number of studies have suggested that there is a slight increase in stroke incidence in Vioxx users. Dr. Novick's occipital hemorrhage was likely ischemic followed by a secondary hemorrhage into the right occipital area. It is possible that this may be related to medication he was taking, as I do not see an arteriovenous malformation or other right occipital intrinsic pathology to explain this event.

If I can be of further assistance, please do not hesitate to contact me.

Christopher J. Baker, M.D.

CJB/TC/1765230-000      Signed in Doctor's Absence
                        To Avoid Delay