UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX<br>        Products Liability Litigation<br><br>This Document Relates to:<br><br>*All Government Actions* | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## PROPOSED ORDER

Considering *New York, Florida, and South Carolina's Cross-Motion to Strike Plaintiffs' Steering Committee's Motion Denominated as an Emergency Motion for Order Establishing Escrow Fund*,

IT IS ORDERED that the *Plaintiffs' Steering Committee's Emergency Motion for Order Establishing Escrow fund for Common Benefit Fees* is stricken, because the PSC did not submit a supporting memorandum as required by Local Rule 7.4 and does not address the requirements imposed under Fed. R. Civ. P. 65 for a preliminary injunction to establish an escrow fund.

New Orleans, Louisiana, this _____ day of _____, 2011

Dated:  November __, 2011

                                                                             Honorable Eldon E. Fallon
                                                                             U.S. District Judge

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing document has been served on Liaison Counsel, Phillip Wittmann, and Ann B. Oldfather, by U.S. Mail and e-mail or by hand delivery and email, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL No. 1657, on this 18th day of November, 2011.

        /s/ Steve W. Berman
        STEVE W. BERMAN
        CRAIG R. SPIEGEL
        Hagens Berman Sobol Shapiro LLP
        1918 Eighth Ave., Suite 3300
        Seattle, WA 98101
        (206) 623-7292