UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL No. 1657 |
|     Products Liability Litigation | * | |
| | * | SECTION L |
| This Document Relates to: | * | |
| | * | JUDGE ELDON E. FALLON |
|     All Government Actions | * | |
| | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR LEAVE TO FILE UNDER SEAL MERCK SHARP & DOHME CORP.'S OPPOSITION TO PLAINTIFFS' STEERING COMMITTEE'S EMERGENCY MOTION FOR ORDER ESTABLISHING ESCROW FUND FOR COMMON BENEFIT FEES**

      Defendant Merck Sharp & Dohme Corp. hereby moves the Court for entry of an Order permitting it to file its Opposition to Plaintiffs' Steering Committee's Emergency Motion for Order Establishing Escrow Fund for Common Benefit Fees under seal. Because the filing contains confidential information, it should be protected by filing under seal.

Dated:  November 21, 2011                                     Respectfully submitted,

                                                                           */s/ Dorothy H. Wimberly*
                                                                           Phillip A. Wittmann, 13625
                                                                           Dorothy H. Wimberly, 18509
                                                                           STONE PIGMAN WALTHER
                                                                           WITTMANN L.L.C.
                                                                           546 Carondelet Street
                                                                           New Orleans, LA 70130

                                                                           Douglas R. Marvin
                                                                           WILLIAMS & CONNOLLY LLP
                                                                           725 Twelfth St., N.W.
                                                                           Washington, DC 20005

John H. Beisner
Jessica Davidson Miller
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005

ATTORNEYS FOR MERCK SHARP &
DOHME CORP.

**CERTIFICATE OF SERVICE**

        I hereby certify that the above and foregoing has been served on Liaison Counsel, Russ Herman, Phillip Wittmann and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 21st day of November, 2011.

                                                          */s/ Dorothy H. Wimberly*
                                                         Dorothy H. Wimberly, 18509
                                                         STONE PIGMAN WALTHER WITTMANN L.L.C.
                                                         546 Carondelet Street
                                                         New Orleans, Louisiana  70130
                                                         Phone:  504-581-3200
                                                         Fax:      504-581-3361
                                                         dwimberly@stonepigman.com

                                                         Defendants' Liaison Counsel