UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL No. 1657 |
|     Products Liability Litigation | * | |
| | * | SECTION L |
| This Document Relates to: | * | |
| | * | JUDGE ELDON E. FALLON |
|     All Government Actions | * | |
| | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MERCK SHARP & DOHME CORP.'S OPPOSITION TO PLAINTIFFS' STEERING COMMITTEE'S EMERGENCY MOTION FOR ORDER ESTABLISHING ESCROW FUND FOR COMMON BENEFIT FEES**

FILED UNDER SEAL