UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL No. 1657 |
|     Products Liability Litigation | * | |
| | * | SECTION L |
| This Document Relates to: | * | |
| | * | JUDGE ELDON E. FALLON |
|     All Government Actions | * | |
| | * | MAGISTRATE JUDGE |
| | * | KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing motion of Defendant Merck Sharp & Dohme Corp.,

**IT IS ORDERED** that the motion be and it hereby is granted and defendant Merck Sharp & Dohme Corp. is hereby granted leave to file its Opposition to Plaintiffs' Steering Committee's Emergency Motion for Order Establishing Escrow Fund for Common Benefit Fees under seal. Because the filing contains confidential information, it should be protected by filing under seal.

**NEW ORLEANS, LOUISIANA,** this ____ day of _____, 2011.

_____
ELDON E. FALLON
United States District Court Judge