UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX<br>           Products Liability Litigation<br><br>This Document Relates to:<br><br>*All Government Actions* | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## DECLARATION OF CRAIG R. SPIEGEL

1. I am a partner at Hagens Berman Sobol Shapiro LLP.  I am one of the attorneys for the State of New York and the City of New York in this MDL litigation.

2. Attached as Exhibit A is a true and correct copy of an email from Susan Winkler of the United State's Attorneys Office dated November 22, 2011.

3. Attached as Exhibit B is the declaration of Robert Patten.

4. Attached as Exhibit C is a true and correct copy of Merck's Form 10-Q for the third quarter of 2004.

5. Attached as Exhibit D is a true and correct copy of an article in the Wall Street Journal dated February 1, 2008.

6. Attached as Exhibit E is a true and correct copy of a Merck press release dated March 23, 2009.

7. Attached as Exhibit F is a true and correct copy of Merck's Form 10-Q for the first quarter of 2009.

8. Attached as Exhibit G is a true and correct copy of Merck's Form 10-Q for the third quarter of 2010.

9. Attached as Exhibit H is a true and correct copy of the complaint filed by the State of New York and the City of New York against Merck in New York state court.

10. Attached as Exhibit I are true and correct copies of the motion for remand filed by the State of New York and the City of New York, along with all other papers filed in support of and in opposition to that motion.

11. Attached as Exhibit J is a true and correct copy of the complaint filed by the State of Florida against Merck in Florida state court.

12. Attached as Exhibit K are true and correct copies of the motion for remand filed by the State of Florida, along with Merck's opposition to that motion.

13. Attached as Exhibit L is a true and correct copy of the complaint filed by the State of South Carolina against Merck in South Carolina state court.

14. Attached as Exhibit M are true and correct copies of the motion for remand filed by the State of South Carolina, along with Merck's opposition to that motion.

15. Attached as Exhibit N is a true and correct copy of *Texas v. Merck & Co.*, No. 06-232 (W.D. Tex. May 10, 2006), slip op.

16. Attached as Exhibit O is a true and correct copy of a New York Times Article titled "Cuomo Sees Budget Gaps This Year and Next" dated November 14, 2011.

17. Attached as Exhibit P is a true and correct copy of a DOJ press release dated November 22, 2011.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

- 3 -

Executed on November 22, 2011.

                                       */s/ Craig R. Spiegel*
                                       Craig R. Spiegel

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing document has been served on Liaison Counsel, Phillip Wittmann, and Ann B. Oldfather, by U.S. Mail and e-mail or by hand delivery and email, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL No. 1657, on this 22nd day of November, 2011.

    /s/ Steve W. Berman
    STEVE W. BERMAN
    CRAIG R. SPIEGEL
    Hagens Berman Sobol Shapiro LLP
    1918 Eighth Ave., Suite 3300
    Seattle, WA  98101
    (206) 623-7292