# Exhibit A

# Randall Fox

| | |
|---|---|
| **From:** | Susan (USAMA) Winkler [Susan.Winkler@usdoj.gov] |
| **Sent:** | Tuesday, November 22, 2011 2:58 PM |
| **To:** | Randall Fox; Elizabeth Arthur; Robert (AGO) Patten |
| **Cc:** | John Guthrie |
| **Subject:** | Federal Merck Settlement |
| **Attachments:** | 20111114024303194.pdf; 20111114024353852.pdf; 20111114025058057.pdf; Merck PR.pdf; 20111114024231128.pdf |

Attached please find the executed plea agreement, information, side letter, and civil settlement agreement that comprise the federal global settlement.

One of you asked me if the PSC was involved in the investigation or negotiation of this global resolution. The answer is no. The PSC had no involvement in the investigation or the negotiations that resulted in this resolution.

Thanks to NAMFCU, as always, for your expert work on the state Medicaid part of this deal.

Susan

11/22/2011