# Exhibit O

**The New York Times**  Reprints



This copy is for your personal, noncommercial use only. You can order presentation-ready copies for distribution to your colleagues, clients or customers here or use the "Reprints" tool that appears next to any article. Visit www.nytreprints.com for samples and additional information. Order a reprint of this article now.

November 14, 2011

# Cuomo Sees Budget Gaps This Year and Next

By THOMAS KAPLAN

Continued tumult in the financial markets and the prospect of a weak bonus season on Wall Street have significantly darkened the state's financial condition and could force legislators back to Albany to find additional spending cuts before the end of the year, officials in the state budget office said on Monday.

The state is now projecting that it will be short $350 million during the current fiscal year, which ends March 31, largely because tax receipts have been lower than anticipated. For the next fiscal year, the state is facing a budget deficit of $3 billion to $3.5 billion, up from the $2.4 billion previously projected.

"The news is grim," Gov. Andrew M. Cuomo said in a radio appearance on Monday. "The results over the past few months have not been good."

Mr. Cuomo's budget office had delayed releasing its latest update on the state's fiscal condition, which was due two weeks ago. The governor attributed the delay to the turmoil in the financial markets; speaking on "The Capitol Pressroom" on Monday, he said it remained difficult to get an accurate reading on the state's budget picture.

"It's been a little bit like watching a bouncing ball over these past few weeks," Mr. Cuomo said. He added: "There's been a lot of volatility. Some days we celebrate; some days we get depressed. So we'll see how it goes over the next few weeks."

The budget figures released on Monday were not particularly surprising; last week, the Democratic minority in the State Senate released projections that showed a $3 billion gap for the next fiscal year. But the new figures still pose a significant challenge in the coming months for Mr. Cuomo, a Democrat who is in his first term.

The governor, backed by Republicans in the Legislature, has declined to support the extension of

the state's so-called millionaires' tax, which is set to expire at the end of this year. Democrats point to the tax surcharge as a solution to the state's fiscal problems.

Mr. Cuomo said Monday that he hoped to manage this year's shortfall without "dramatic action," but that, if he could not, he would call the Legislature back to Albany for a special session this calendar year.

Budget officials have already asked state agencies to review discretionary payments and contracts and to avoid hiring, according to Morris Peters, a spokesman for the Division of the Budget.

The projected budget gap next year is significantly smaller than the $10 billion shortfall Mr. Cuomo and lawmakers closed in this year's budget by reducing spending on school aid and health care and by winning wage and benefits concessions from labor unions. This year's state budget is $131.4 billion.

To win approval for this year's budget, Mr. Cuomo agreed to increase spending on health care and education by 4 percent next year. Asked whether he might now have to reconsider those increases — a step that would anger Democrats and labor unions — Mr. Cuomo said he did not want to speculate.

Edmund J. McMahon, senior fellow at the Empire Center for New York State Policy, a research organization that favors reduced government spending, said the challenge Mr. Cuomo would face in closing the budget gap depended largely on whether he seeks to make up the difference entirely with spending cuts, or whether he finds other ways to generate new revenue.

But the governor has been adamant, in his campaign and since he took office in January, that he does not want to raise taxes.

"His job just got more difficult," Mr. McMahon said. "But it's not like panic time. It's not an intractable problem. But it's a bigger problem than it was."