# Exhibit 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX<br>         Products Liability Litigation | MDL NO. 1657<br>SECTION L |
| This Document Relates to:<br>   *All Government Actions* | JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE KNOWLES |

### DECLARATION OF RANDALL M. FOX

1.  I am an Assistant Attorney General in the Office of the New York State Attorney General and Bureau Chief of the Attorney General's Taxpayer Protection Bureau.  Prior to March 2011, I was a Special Assistant Attorney General in the New York Attorney General's Medicaid Fraud Control Unit.  I am the attorney in the Office of the New York State Attorney General responsible for the Office's action against Merck, Sharp & Dohme concerning Vioxx.  The action was filed in September 2007 in New York State court and subsequently removed to federal court and transferred to this MDL.

2.  I submit this declaration in support of *New York, Florida, And South Carolina's Memorandum In Opposition To Plaintiffs' Steering Committee's Motion Denominated As An Emergency Motion For Order Establishing Escrow Fund*.

3.  New York has agreed to settle with Merck by joining into the settlements negotiated by the United States Attorneys' Office in Boston (the "USAO") and the negotiating team from the National Association of Medicaid Fraud Control Units ("NAMFCU"), which settlements were negotiated in conjunction with the USAO's criminal plea agreement with Merck.

- 1 -

4. By joining in the USAO/NAMFCU settlements, New York agreed to resolve its claims by taking the same proportionate share of settlement money available to all states through that offer. My understanding is that the allocation among states under that offer, including the allocation to New York, was based upon each state's Medicaid utilization of Vioxx.

5. As a representative for New York, I sought to negotiate with counsel for Merck for more money than was being offered to New York through the USAO/NAMFCU resolution. No such increase, however, was available. New York agreed to take the amount offered through the USAO/NAMFCU resolution, without modification.

6. In the MDL, New York did not agree to any participation agreements.

7. New York has not agreed to purchase the trial package from the Plaintiffs' Steering Committee in the MDL.

Executed on November 23, 2011.

*/s/ Randall M. Fox*

Randall M. Fox