# Exhibit 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>    Products Liability Litigation<br><br>This Document Relates to:<br><br>*All Government Actions* | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

### DECLARATION OF JAMES D. YOUNG

1. I am Special Counsel in the Office of the Florida Attorney General. I am the attorney in the Office of the Florida Attorney General responsible for the Office's action against Merck, Sharp & Dohme concerning Vioxx. The action was filed in September 2008 in Florida State court and subsequently removed to federal court by the Defendants and transferred to this MDL.

2. I submit this declaration in support of *Florida, Florida, And South Carolina's Memorandum In Opposition To Plaintiffs' Steering Committee's Motion Denominated As An Emergency Motion For Order Establishing Escrow Fund*.

3. Florida has agreed to settle with Merck by joining into the settlements negotiated by the United States Attorneys' Office in Boston (the "USAO") and the negotiating team from the National Association of Medicaid Fraud Control Units ("NAMFCU"), which settlements were negotiated in conjunction with the USAO's criminal plea agreement with Merck.

4. By joining in the USAO/NAMFCU settlements, Florida agreed to resolve its claims by taking the same proportionate share of settlement money available to all states through

- 1 -

that offer. My understanding is that the allocation among states under that offer, including the allocation to Florida, was based upon each state's Medicaid utilization of Vioxx.

5. As a representative for Florida, I sought to negotiate with counsel for Merck for more money than was being offered to Florida through the USAO/NAMFCU resolution. No such increase, however, was available. Florida agreed to take the amount offered through the USAO/NAMFCU resolution, without modification.

6. As a representative for Florida, I informed the Plaintiffs' Steering Committee (PSC) that Florida had not intention of purchasing the trial package. Florida has not agreed to purchase the trial package or any similar materials from the PSC.

Executed on November 23, 2011.

/s/ James Young
James D. Young
Special Counsel,
Office of the Florida Attorney General