UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX<br>          Products Liability Litigation | MDL NO. 1657<br><br>SECTION L |
| This Document Relates to:<br><br>*All Government Actions* | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

**NEW YORK, FLORIDA, AND SOUTH CAROLINA'S EMERGENCY MOTION TO EXPEDITE DISPOSITION OF CROSS-MOTION TO STRIKE**

New York, Florida and South Carolina move this Court for an Order rescheduling the date for hearing on movant's Cross-Motion to Strike from December 14, 2011 to November 30, 2011, so it can be heard at the same time as the Plaintiffs' Steering Committee's Emergency Motion for Order Establishing Escrow Fund.  Alternatively, New York, Florida, and South Carolina move this Court to reschedule the hearing on Plaintiffs' Steering Committee's Emergency Motion for Order Establishing Escrow Fund to December 14, 2011, so it can be heard at the same time as New York, Florida, and South Carolina's Motion to Strike.  New York, Florida, and South Carolina's memorandum in support of the present emergency motion is submitted herewith.  The present motion is filed as an emergency motion because the motion to strike should be heard at the same time as the PSC's Emergency Motion.

Dated:  November 23, 2011

ERIC T. SCHNEIDERMAN
Attorney General of the State of New York
Attorney for the State of New York

 /s/ Randall M. Fox
RANDALL M. FOX
Bureau Chief, Taxpayer Protection Bureau
120 Broadway – 25th Floor
New York, New York  10271-0007
(212) 416-6199

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
Attorney for the City of New York

 /s/ John R. Low-Beer
JOHN R. LOW-BEER
New York City Senior Assistant Corporation Counsel
100 Church Street
New York, New York  10007
(212) 788-1007

 /s/ Steve W. Berman
STEVE W. BERMAN
CRAIG R. SPIEGEL
Hagens Berman Sobol Shapiro LLP
1918 Eighth Ave., Suite 3300
Seattle, WA  98101
(206) 623-7292
Attorneys for New York and the City of New York

-3-

**STATE OF SOUTH CAROLINA**
**OFFICE OF THE ATTORNEY GENERAL**

Alan M. Wilson
Attorney General
JOHN W. McINTOSH
Chief Deputy Attorney General
C. HAVIRD JONES, JR.
Senior Assistant Attorney General
Post Office Box 11549
Columbia, South Carolina 29211
(803) 734-3970
(803) 734-3677 Fax

**SCHULTZ LAW LLC**

 /s/ Mark C. Schultz
MARK C. SCHULTZ
161 Washington Street, Suite 400
Conshohocken, PA. 19428
(610) 828-0700
Attorneys for South Carolina

**COVINGTON, PATRICK, HAGINS,**
**STERN & LEWIS, P.A.**

 /s/ Eugene C. Covington, Jr.
EUGENE C. COVINGTON, JR.
State Bar No. 1422
Post Office Box 2343
Greenville, South Carolina 29602
(864) 240-5502
(864) 240-5533 Fax
Attorneys for South Carolina

**ROE, CASSIDY, COATES & PRICE, P.A.**

/s/ William A. Coates
WILLIAM A. COATES
State Bar No. 1289
Post Office Box 10529
Greenville, South Carolina 29603
(864) 349-2600
(864) 349-0303 Fax
Attorneys for South Carolina

**STATE OF FLORIDA
PAMELA JO BONDI
ATTORNEY GENERAL FOR FLORIDA**

/s/ James D. Young
JAMES D. YOUNG
Special Counsel
Florida Bar No. 567507
Office of the Attorney General
1300 Riverplace Blvd., Suite 405
Jacksonville, Florida  32207
(904) 348-2720

-5-

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on Liaison Counsel, Phillip Wittmann, and Ann B. Oldfather, by U.S. Mail and e-mail or by hand delivery and email, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL No. 1657, on this 23rd day of November, 2011.

/s/ Steve W. Berman
STEVE W. BERMAN
CRAIG R. SPIEGEL
Hagens Berman Sobol Shapiro LLP
1918 Eighth Ave., Suite 3300
Seattle, WA  98101
(206) 623-7292