UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX<br>          Products Liability Litigation<br><br>This Document Relates to:<br><br>*All Government Actions* | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

**NEW YORK, FLORIDA, AND SOUTH CAROLINA'S MEMORANDUM IN SUPPORT OF EMERGENCY MOTION TO EXPEDITE DISPOSITION OF CROSS-MOTION TO STRIKE**

Plaintiffs' Steering Committee has filed an "Emergency Motion for Order Establishing Escrow Fund" (the "Emergency Motion") which has been scheduled for hearing on November 30, 2011.  On November 18, 2011, well before any response to plaintiffs' motion was due, movants New York, Florida, and South Carolina filed a Cross-Motion to Strike Plaintiffs' Steering Committee's Emergency Motion for Order Establishing Escrow Fund (the "Cross-Motion to Strike") as procedurally improper.  The essence of the Cross-Motion to Strike is that plaintiffs' Emergency Motion cannot be heard because it does not meet the minimum requirements of Federal Rules of Civil Procedure 7(b)(1) and Local Rule 7.4, because it does not include a memorandum and it does not state any basis for the relief sought.  Although the Cross-Motion to Strike was noticed for hearing on November 30, 2011 – the same date as the hearing on the Emergency Motion – the Court on November 22 added a docket entry noting that the hearing on the Cross-Motion had been changed to December 14, 2011.

Before considering the merits of the Emergency Motion filed by the PSC, the Court must consider whether the motion meets the bare requirements of the Federal Rules of Civil Procedure and the Local Rules. At a minimum, the motions should be heard on the same date. Since the Emergency Motion filed by the PSC is scheduled for hearing on November 30, 2011, movant's Cross-Motion to Strike should also be heard on that date. In the alternative, both motions can be scheduled for the December 14, 2011 hearing.

Dated:  November 23, 2011

      ERIC T. SCHNEIDERMAN
      Attorney General of the State of New York
      Attorney for the State of New York

       /s/ Randall M. Fox
      RANDALL M. FOX
      Bureau Chief, Taxpayer Protection Bureau
      120 Broadway – 25th Floor
      New York, New York  10271-0007
      (212) 416-6199

      MICHAEL A. CARDOZO
      Corporation Counsel of the City of New York
      Attorney for the City of New York

       /s/ John R. Low-Beer
      JOHN R. LOW-BEER
      New York City Senior Assistant Corporation Counsel
      100 Church Street
      New York, New York  10007
      (212) 788-1007

/s/ Steve W. Berman
STEVE W. BERMAN
CRAIG R. SPIEGEL
Hagens Berman Sobol Shapiro LLP
1918 Eighth Ave., Suite 3300
Seattle, WA  98101
(206) 623-7292
Attorneys for New York and the City of New York

**STATE OF SOUTH CAROLINA**
**OFFICE OF THE ATTORNEY GENERAL**

Alan M. Wilson
Attorney General
JOHN W. McINTOSH
Chief Deputy Attorney General
C. HAVIRD JONES, JR.
Senior Assistant Attorney General
Post Office Box 11549
Columbia, South Carolina 29211
(803) 734-3970
(803) 734-3677 Fax
**SCHULTZ LAW LLC**

/s/ Mark C. Schultz
MARK C. SCHULTZ
161 Washington Street, Suite 400
Conshohocken, PA. 19428
(610) 828-0700
Attorneys for South Carolina

**COVINGTON, PATRICK, HAGINS,**
**STERN & LEWIS, P.A.**

/s/ Eugene C. Covington, Jr.
EUGENE C. COVINGTON, JR.
State Bar No. 1422
Post Office Box 2343
Greenville, South Carolina 29602
(864) 240-5502
(864) 240-5533 Fax
Attorneys for South Carolina

**ROE, CASSIDY, COATES & PRICE, P.A.**

 /s/ William A. Coates
WILLIAM A. COATES
State Bar No. 1289
Post Office Box 10529
Greenville, South Carolina 29603
(864) 349-2600
(864) 349-0303 Fax
Attorneys for South Carolina


**STATE OF FLORIDA
PAMELA JO BONDI
ATTORNEY GENERAL FOR FLORIDA**

 /s/ James D. Young
JAMES D. YOUNG
Special Counsel
Florida Bar No. 567507
Office of the Attorney General
1300 Riverplace Blvd., Suite 405
Jacksonville, Florida  32207
(904) 348-2720

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing document has been served on Liaison Counsel, Phillip Wittmann, and Ann B. Oldfather, by U.S. Mail and e-mail or by hand delivery and email, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL No. 1657, on this 23rd day of November, 2011.

/s/ Steve W. Berman
STEVE W. BERMAN
CRAIG R. SPIEGEL
Hagens Berman Sobol Shapiro LLP
1918 Eighth Ave., Suite 3300
Seattle, WA  98101
(206) 623-7292