UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX<br>          Products Liability Litigation | MDL NO. 1657<br><br>SECTION L |
| This Document Relates to:<br><br>*All Government Actions* | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

### NOTICE OF SUBMISSION

Please take notice that, upon the pleadings and other matters of record, the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana 70130, at 9:00 o'clock a.m. on November 30, 2011, or as soon as counsel can be heard, for an order on New York, Florida, and South Carolina's Emergency Motion To Expedite Disposition of Cross-Motion To Strike.

Dated:  November 23, 2011

                                                  ERIC T. SCHNEIDERMAN
                                                  Attorney General of the State of New York
                                                  Attorney for the State of New York

                                                  /s/ Randall M. Fox
                                                RANDALL M. FOX
                                                Bureau Chief, Taxpayer Protection Bureau
                                                120 Broadway – 25th Floor
                                                New York, New York  10271-0007
                                                (212) 416-6199

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
Attorney for the City of New York

 /s/ John R. Low-Beer
JOHN R. LOW-BEER
New York City Senior Assistant Corporation Counsel
100 Church Street
New York, New York  10007
(212) 788-1007

 /s/ Steve W. Berman
STEVE W. BERMAN
CRAIG R. SPIEGEL
Hagens Berman Sobol Shapiro LLP
1918 Eighth Ave., Suite 3300
Seattle, WA  98101
(206) 623-7292
Attorneys for New York and the City of New York

**STATE OF SOUTH CAROLINA**
**OFFICE OF THE ATTORNEY GENERAL**

Alan M. Wilson
Attorney General
JOHN W. McINTOSH
Chief Deputy Attorney General
C. HAVIRD JONES, JR.
Senior Assistant Attorney General
Post Office Box 11549
Columbia, South Carolina  29211
(803) 734-3970
(803) 734-3677 Fax

**SCHULTZ LAW LLC**

 /s/ Mark C. Schultz
MARK C. SCHULTZ
161 Washington Street, Suite 400
Conshohocken, PA  19428
(610) 828-0700
Attorneys for South Carolina

**COVINGTON, PATRICK, HAGINS, STERN & LEWIS, P.A.**

 /s/ Eugene C. Covington, Jr.
EUGENE C. COVINGTON, JR.
State Bar No. 1422
Post Office Box 2343
Greenville, South Carolina  29602
(864) 240-5502
(864) 240-5533 Fax
Attorneys for South Carolina

**ROE, CASSIDY, COATES & PRICE, P.A.**

 /s/ William A. Coates
WILLIAM A. COATES
State Bar No. 1289
Post Office Box 10529
Greenville, South Carolina  29603
(864) 349-2600
(864) 349-0303 Fax
Attorneys for South Carolina

**STATE OF FLORIDA**
**PAMELA JO BONDI**
**ATTORNEY GENERAL FOR FLORIDA**

 /s/ James D. Young
JAMES D. YOUNG
Special Counsel for Florida
Florida Bar No. 567507
Office of the Attorney General
1300 Riverplace Blvd., Suite 405
Jacksonville, Florida  32207
(904) 348-2720

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on Liaison Counsel, Phillip Wittmann, and Ann B. Oldfather, by U.S. Mail and e-mail or by hand delivery and email, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL No. 1657, on this 23rd day of November, 2011.

/s/ Steve W. Berman
STEVE W. BERMAN
Hagens Berman Sobol Shapiro LLP
1918 Eighth Ave., Suite 3300
Seattle, WA  98101
(206) 623-7292