UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX<br>         Products Liability Litigation<br><br>This Document Relates to:<br><br>*All Government Actions* | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

**PROPOSED ORDER**

Considering New York, Florida, and South Carolina's Emergency Motion To Expedite Disposition of Cross-Motion To Strike,

IT IS ORDERED that New York, Florida, and South Carolina's Cross-Motion To Strike Plaintiffs' Steering Committee's Motion Denominated as an Emergency Motion For Order Establishing Escrow Fund shall be heard on November 30, 2011, with Plaintiffs' Steering Committee's Emergency Motion for Order Establishing Escrow Fund.

New Orleans, Louisiana, this _____ day of _____, 2011

Dated:  November __, 2011

                                                                            Honorable Eldon E. Fallon
                                                                            U.S. District Judge