UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:   ALL PENDING GOVERNMENT ACTION CASES**

# ORDER

IT IS ORDERED that Merck's Motion to file under seal (Rec. Doc. 63572) is DENIED AS MOOT. Merck's Opposition shall be filed into the record.

New Orleans, Louisiana, this 23rd day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE

1