UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO: ALL PENDING GOVERNMENT ACTION CASES

# ORDER

IT IS ORDERED that New York, Florida, and South Carolina's Motion to Expedite (Rec. Doc. 63576) is GRANTED. The Court will take the motion to strike (Rec. Doc. 63571) under submission on November 30, 2011. Because no party has requested oral argument, there will be NO ORAL ARGUMENT on the motion to strike or on the PSC's Emergency Motion for Order Establishing Escrow Fund for Common Benefit Fees (Rec. Doc. 63560).

New Orleans, Louisiana, this 28th day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE