UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>All Actions | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

## THE TPP FEE ALLOCATION COMMITTEE'S SUPPLEMENTAL REPORT

Pursuant to Pretrial Order No. 57, the TPP Fee Allocation Committee submits this supplemental report to inform the Court about communications received in response to the Committee's November 8, 2011 Recommendation (Dkt. No. 63555-2).

### I. PROCEDURAL BACKGROUND

In PTO 57, this Court established procedures for allocating the $15 million TPP Common Benefit Fund and appointed a Fee Allocation Committee to review applicants' submissions and make a recommendation. The Fee Allocation Committee received submissions on behalf of 30 firms. The Committee extensively reviewed and discussed all applications.

The Committee submitted its recommendation to the Court on November 8, 2011. The Committee recommended that the Court look to applicants' qualitative contributions to determine appropriate awards. The Committee provided the Court with (i) the quantitative information provided by each applicant, (ii) qualitative information about each firm's TPP common benefit contributions, and (iii) full and complete copies of applicants' submissions

1

(both initial and supplemental), including all exhibits and back up documentation.[1]

## II. CORRESPONDENCE FROM APPLICANTS

PTO 57 contemplated that applicants would have ten days to object to the TPP Fee Allocation Committee's procedure. In the ten days since the Committee's Recommendation was filed, the Committee has received correspondence from four applicants. None is styled as an objection, but all request that the Court take notice of certain matters. Full and complete copies of all correspondence are attached.

### A. Hovde, Dassow, & Deets and Audet and Partners' Request for Clarification

On November 8, 2011, the Committee, via Liaison Russ Herman, received an email from Nickie Eisele of Hovde, Dassow, & Deets. Ms. Eisele requested that the Committee inform the Court that Audet and Partners had timely submitted a declaration by Ms. Susanne Scovern in support of her firm's application for common benefit fees. A copy of the email is attached as Exhibit A.

Ms. Eisele is correct: the Committee did receive a timely affidavit from Ms. Scovern. A copy of her affidavit was included in the materials provided to the Court as Exhibit D to the Committee's Recommendation (filed under seal). The committee's report mistakenly failed to mention the declaration.

While the Court should be aware of this clarification, it does not change the Committee's substantive recommendation.

### B. Cohen Placitella and Roth P.C.

Harry M. Roth of Cohen Placitella and Roth also wrote the committee, noting that his

---

[1] The Committee sought the Court's permission to file copies of the applications and supporting documentation *only*, not the recommendation itself, under seal. This was done solely out of consideration for the applicants, as it was determined that firms' hourly time records contained arguably confidential information about clients. The Committee's recommendation was docketed (Dkt. No. 63569) and distributed via Lexis File and Serve. The Court granted leave to file Exhibit D under seal (Dkt. No. 63564).

firm had received only $246,721.95 in fees from their TPP clients – not the $791,969.41 that had reported in their earlier submissions.[2]  A copy of the letter is attached as Exhibit B.

While the Court should be aware of this clarification, it does not change the Committee's substantive recommendation.

**C.     Yung LLP**

Yung LLP wrote the committee to clarify that while the firm did receive fees from TPP Vioxx clients, it did not receive any fee from its bellwether TPP client and has not been compensated for their claimed TPP common benefit lodestar.   A copy of the letter is attached as Exhibit C.

While the Court should be aware of this clarification, it does not change the Committee's substantive recommendation.

**D.     Seeger Weiss LLP**

The committee noted in its recommendation that "Seeger Weiss LLP reported a TPP common benefit lodestar of $4,164,058.75 and $20,005.05 in unreimbursed costs, for a total of $4,184,063.80.  They previously submitted $4,202,858.75 of this time in conjunction with the personal injury common benefit process, but the firms' TPP submission previously was not considered in the prior award of $36.6 million in common benefit fees."  These figures were taken from Seeger Weiss's supplemental submission.

Seeger Weiss LLP now asks the Court to consider that it had incurred a total of $9 million in TPP time and submitted less than half of this time in conjunction with the Court's previous common benefit proceedings.

---

[2] Cohen, Placitella, and Roth also objected to the Committee filing its report under seal.  But, as explained above, the committee only sought leave to file firm's submissions under seal, not the recommendation itself.

## III.    CONCLUSION

The TPP Fee Allocation Committee asks the Court to consider these clarifications in conjunction with the Committee's initial report.

Dated: November 28, 2011.

        Respectfully submitted,

        /s/ Russ M. Herman
        Russ M. Herman
        **Herman, Herman, Katz & Cotlar, LLP**
        820 O'Keefe Avenue
        New Orleans, Louisiana 70113
        Telephone: (504) 581-4892
        Fax: (504) 561-6024
        rherman@hhkc.com

        /s/ Elizabeth Cabraser
        Elizabeth Cabraser
        **Lieff Cabraser Heimann & Bernstein, LLP**
        275 Battery Street, 29th Floor
        San Francisco, CA 94111-3339
        Telephone: (415) 956-1000
        Fax: (415) 956-1008
        ecabraser@lchb.com

        /s/ Christopher A. Seeger
        Christopher A. Seeger
        **Seeger Weiss LLP**
        77 Water Street
        New York, NY 10005
        Telephone: (212) 584-0700
        cseeger@seegerweiss.com

/s/ Thomas M. Sobol
Thomas M. Sobol
**Hagens Berman Sobol Shapiro LLP**
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com


/s/ Andy D. Birchfield, Jr.
Andy D. Birchfield, Jr.
**Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.**
218 Commerce Street
Montgomery, AL 36104
Telephone: (800) 898-2034
Fax: (334) 954-7555
andy_birchfield@beasleyallen.com



/s/ James Dugan
James Dugan
**Dugan Law Firm**
One Canal Place
Suite 1000
365 Canal Street
New Orleans, LA 70130
Telephone: (504) 648-0180
Fax: (504) 648-0181

*The TPP Fee Allocation Committee*