**Lillian Flemming**

| | |
|---|---|
| **From:** | Thomas Sobol [Tom@hbsslaw.com] |
| **Sent:** | Wednesday, November 16, 2011 2:44 PM |
| **To:** | Kristen Johnson Parker |
| **Subject:** | FW: TPP Fee Allocation Committee's Recommendation |

How does this fit with what you wrote yesterday?

On 11/16/11 2:31 PM, "Robert Dassow" <rdassow@hovdelaw.com> wrote:

>Russ,
>
>Would you please confirm that the declaration has been submitted and
>corrected with the Court.
>
> Thank you Rob
>
>-----Original Message-----
>From: Russ Herman [mailto:RHERMAN@hhkc.com]
>Sent: Tuesday, November 08, 2011 10:20 PM
>To: Nickie Eisele
>Cc: Robert Dassow; Susanne Scovern; waudet@Audetlaw.com; Lenna Davis;
>Christopher Seeger (PSC); Elizabeth Cabraser (PSC); Andy D. Birchfield
>Jr. (PSC); James R. Dugan II; Thomas Sobol
>Subject: Re: TPP Fee Allocation Committee's Recommendation
>
>Will do
>
>Sent from my iPhone
>
>On Nov 8, 2011, at 9:10 PM, "Nickie Eisele" <Neisele@hovdelaw.com>
>wrote:
>
>> Mr. Herman-
>>
>> We have reviewed The TPP Fee Allocation Committee's Recommendation
>> that was filed with Court on November 8, 2011.  The Recommendation
>> stated that Audet & Partners did not provide information about their
>> contributions (See "A. Audet & Partners"- page 9).  Attached are the
>> emails confirming submission of Ms. Susanne Scovern's declaration as
>> well as confirmation of receipt from your office.  Per Mr. Dassow,
>> please correct this matter with the Court as Ms. Scovern timely
>> provided her declaration per our earlier submission.
>>
>>
>>
>> Please confirm receipt.  Thank you.
>>
>>
>>
>>
>>
>> Nickie Eisele, RP, BSLS
>>
>> Registered Paralegal

1

```
>>
>> HOVDE DASSOW + DEETS, LLC
>>
>> Meridian Tower| 201 W. 103rd Street
>>
>> Suite 500| Indianapolis, IN  46290
>>
>> Telephone:  (317) 818-3100| Facsimile:  (317) 818-3111
>>
>> Email:   neisele@hovdelaw.com <mailto:neisele@hovdelaw.com>
>>
>> Website:   www.hovdelaw.com
>>
>>
>>
>>
>>
>>
>>
>>
>>
>> <Vioxx Private TPP Common Benefit Fund.eml> <Vioxx Private TPP Common
>> Benefit Fund.eml>
>> <RE: Vioxx Private TPP Common Benefit Fund.eml> <image001.jpg>
>
>
>
>CONFIDENTIAL ATTORNEY WORK PRODUCT
>This e-mail message contains confidential, privileged information
>intended solely for the addressee.  Please do not read, copy, or
>disseminate it unless you are the addressee.  If you have received it
>in error, please call us
>(collect) immediately at (504) 581-4892 and ask to speak with the
>message sender.  Also, we would appreciate your forwarding the message
>back to us and deleting it from your system.  Thank you.
```