COHEN PLACITELLA & ROTH PC

ATTORNEYS AT LAW

HARRY M. ROTH
hroth@cprlaw.com

November 9, 2011

Via electronic mail
Russ M. Herman, Esquire
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, La 70113

Dear Mr Herman:

We are in receipt of the TPP Fee Allocation Committee's Recommendation to File Petition Under Seal as well as the accompanying papers. I write for three reasons. First, in the submission filed on behalf of Cohen, Placitella & Roth, contained a misstatement regarding the fees received by the firm through the Third Party Payor Litigation. On our application, we reported fees in the amount of $791,969.41. That number represented the net paid to our clients, C/P/R received $246,721.95 in fees (a copy of amended spreadsheet is attached). Second, in our original submission and the cover letter to the FAC accompanying in our second submission I noted that C/P/R submitted time for the common benefit of personal injury plaintiffs. You noted that the firm was allocated a fee for that common benefit work. As these were a matter of records and the basis of an allocation by the Court I did not appreciate the need to re-submit that time however, I would be pleased to do so if necessary.

Finally, I note that the Fee Allocation Committee's Motion to File Recommendations under seal. Throughout the common benefit process in the personal injury litigation, we understood Judge Fallon to express as a fundament of the common benefit fee allocation process transparency. Certainly, the request that the Fee Allocation Committee's recommendations be filed under seal without making those available to those with an interest in this allocation seems inconsistent with the court's expectation. Consequently, I request that a copy of the recommendation be circulated to interested counsel.

Very truly yours,

HARRY M. ROTH

HMR/lmh
Enclosure
cc: Joseph Escandon, Esquire
  Elizabeth Cabraser, Esquire
  Christopher A. Seeger, Esquire
  Thomas M. Sobol, Esquire
  Andy D. Birchfield, Jr., Esquire
  James Dugan, Esquire

PHILADELPHIA, PA   RED BANK, NJ   LEMOYNE, PA   BALA CYNWYD, PA   PITTSBURGH, PA   WASHINGTON, DC

TWO COMMERCE SQUARE   2001 MARKET STREET, SUITE 2900   PHILADELPHIA, PENNSYLVANIA 19103
215.567.3500 / 888.375.7600 / FAX 215.567.6019 / cprlaw.com