# SCOTT YUNG LLP

A Registered Limited Liability Partnership
208 N. Market Street, Suite 200
Dallas, Texas 75202
Phone: 214-220-0422

ANDREW W. YUNG
WRITER'S DIRECT DIAL: (214) 220-9955

EMAIL: ayung@scottyung.com
WRITER'S DIRECT FACSIMILE: (214) 220-9932

November 9, 2011

Hon. Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-456
New Orleans, LA 70130

*Via Facsimile Copier*
504 589-6966

Re: Clarification on Scott Yung LLP's ("SYLLP") TPP Allocation in Vioxx MDL No. 1657

Dear Judge Fallon,

The Vioxx TPP Allocation Committee filed Document Number 63555-2 with this Court on November 8, 2011. The Committee and Mr. Russ Herman have done a diligent and highly commendable job in making their recommendation.

I thank this Court for its tireless efforts in resolving the Vioxx disputes and the Committee for its assistance.

I respectfully write solely to make the point that my law firm's submission of $139,042.50 of non-reimbursed and bellwether trial and common benefit lodestar was in no way compensated by a payment by any other TPP. Paragraph Y may have inadvertently left the impression that SYLLP has been reimbursed for its common benefit lodestar from another TPP. That is not the case.

SYLLP received no fee from its bellwether TPP client, Health Plus of Louisiana, and has received no compensation from any source for the $139,042.50 of lodestar expended in achieving the common benefit.

Respectfully submitted,

Andrew W. Yung

cc: Russ M. Herman
Elizabeth Cabraser
Christopher A Seeger
Thomas M. Sobol
Andy D. Birchfield, Jr.
James Dugan