# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | * |
|     Products Liability Litigation | * |
| | * |
| This Document Relates to: | *  MDL No. 1657 |
| | * |
| COUNTY OF SANTA CLARA, on behalf | *  SECTION L |
| of itself and all others similarly situated, | * |
| | *  JUDGE ELDON E. FALLON |
|                 Plaintiff, | * |
| | *  MAGISTRATE JUDGE |
|    versus | *  KNOWLES |
| | * |
| MERCK & CO., INC., | * |
| | * |
|                 Defendant. | * |
| | * |
| Case No. 2:06-cv-09382 | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER ON DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY AND FOR ADDITIONAL PAGES

Considering the foregoing motion,

**IT IS ORDERED** that defendant Merck Sharp & Dohme Corp.'s motion be and it hereby is **GRANTED**, and Merck is granted leave to file its Reply and is allowed a total of eighteen (18) pages for its Reply.

**NEW ORLEANS, LOUISIANA**, this 28th day of November, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE