UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | § | |
| | § | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | § | |
| SECTION L | § | |
| | § | |
| This document relates to: | § | |
| | § | |
| All Cases | § | JUDGE FALLON |
| | § | MAG. JUDGE KNOWLES |

## MOTION TO AMEND
## PRE-TRIAL ORDER NO. 19

The Plaintiff's Steering Committee ("PSC") moves the Court to amend Pre-trial Order No. 19 to address the common benefit fee and cost assessment for the subset cases that are both subject to Pre-trial Order No. 29 and allege a heart attack or stroke injury, as is more fully shown in the attached memorandum in support.

WHEREFORE, the PSC prays that the Court amend Pre-Trial Order No. 19 as more fully set forth in the memorandum in support of this motion.

Respectfully submitted,

Date:  November 29, 2011         By: /s/ Russ M. Herman
                                 **Russ M. Herman (Bar No. 6819)**
                                 Leonard A. Davis (Bar No. 14190)
                                 Stephan J. Herman (Bar No. 23129)
                                 *Herman, Herman, Katz & Cotlar, L.L.P.*
                                 820 O'Keefe Avenue
                                 New Orleans, Louisiana 70113
                                 Telephone (504) 581-4892
                                 **Plaintiffs' Liaison Counsel**

**Andy D. Birchfield, Jr.**
*Beasley, Allen, Crow, Methvin,*
*Portis & Miles, P.C.*
P. O. Box 4160
Montgomery, AL 36103-4160
Telephone: (334) 269-2343

**Christopher A. Seeger**
**Seeger Weiss**
One William Street
New York, NY 10004
Telephone: (212) 584-0700

**PLAINTIFFS CO-LEAD COUNSEL**

Andy D. Birchfield, Jr., Esquire
Leigh O'Dell, Esquire
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
234 Commerce Street
Montgomery, AL 36103-4160
(800) 898-2034 (telephone)
(334) 954-7555 (telecopier)
**Co-Lead Counsel**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER &WARSHAUER, L.L.C.
Energy Centre
1100 Poydras Street, Ste. 2800
New Orleans, LA 70163
(504) 522-2304 (telephone)
(504) 528-9973 (fax)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO,
THOMAS,MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Thomas R. Kline, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W., Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

Arnold Levin, Esquire
Fred S. Longer, Esquire
LEVIN, FISHBEIN, SEDRAN &
BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Shelly A. Sanford, Esquire
Sanford Law Firm
16225 Park Ten Place, Suite 500
Houston, Texas 77008
(877) 447-6677 (telephone)
(713) 524-6611 (telecopier)

**PLAINTIFFS' STEERING COMMITTEE**

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Motion has been served on Liaison Counsel, Phillip Wittmann, and Ann B. Oldfather, by U.S. Mail and e-mail or by hand delivery and email, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL No. 1657, on this 29th day of November, 2011.

      /s/ Leonard A. Davis
Leonard A. Davis, #14190
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113
PH:  (504) 581-4892
Fax:  (504) 561-6024
ldavis@hhkc.com