UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | § | |
| | § | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | § | |
| SECTION L | § | |
| | § | |
| This document relates to: | § | |
| | § | |
| All Cases | § | JUDGE FALLON |
| | § | MAG. JUDGE KNOWLES |

**MEMORANDUM IN SUPPORT OF**
**MOTION TO AMEND PRE-TRIAL ORDER NO. 19**

**MAY IT PLEASE THE COURT:**

The Plaintiff's Steering Committee ("PSC") submits this memorandum in support of its motion to amend Pre-trial Order No. 19 to address the common benefit fee and cost assessment for the subset cases that are both subject to Pre-trial Order No. 29 and allege a heart attack or stroke injury. The PSC requests the Court to amend Pre-trial Order No. 19 to provide a 2% common benefit fee assessment and a 1% common benefit expense assessment for this subset of cases.

The PSC maintains responsibility for liaison duties regarding these cases, unlike the cases which allege other injuries or cases that were enrolled in the Vioxx settlement program but failed to meet the Gates criteria and for which the court has appointed Ms. Ann Oldfather to serve as Liaison Counsel. To be clear, the relief sought by the PSC does not apply to those cases for which Ms. Ann Oldfather serves as Court-appointed Liaison Counsel.

Further, the PSC asks the Court to amend Pre-trial Order No. 19 to impose the following procedure regarding the settlement of Pre-trial Order No. 29 cases that allege heart attack or stroke:

1. Merck & Co. will pay the settlement proceeds to be held in trust by Garretson Law Group.

2. Garretson Law Group will insure that all governmental liens are satisfied or an appropriate holdback for governmental liens is implemented before funds are disbursed.

3. From the settlement proceeds, the Garretson Law Group will pay to BrownGreer, to be held in escrow, 2% of the gross settlement amount for common benefit fees and 1% of the gross settlement amount for common benefit expenses.

4. BrownGreer will maintain an accounting of common benefit fees and common benefit expenses received from each case resolved outside the Master Settlement Agreement.

Respectfully submitted,

Date:  November 29, 2011            By: /s/ Russ M. Herman
**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephan J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, L.L.P.*
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone (504) 581-4892
**Plaintiffs' Liaison Counsel**

**Andy D. Birchfield, Jr.**
*Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.*
P. O. Box 4160
Montgomery, AL 36103-4160
Telephone: (334) 269-2343

**Christopher A. Seeger**
**Seeger Weiss**
One William Street
New York, NY 10004
Telephone: (212) 584-0700

**PLAINTIFFS CO-LEAD COUNSEL**

Andy D. Birchfield, Jr., Esquire
Leigh O'Dell, Esquire
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
234 Commerce Street
Montgomery, AL 36103-4160
(800) 898-2034 (telephone)
(334) 954-7555 (telecopier)
**Co-Lead Counsel**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER &WARSHAUER, L.L.C.
Energy Centre
1100 Poydras Street, Ste. 2800
New Orleans, LA 70163
(504) 522-2304 (telephone)
(504) 528-9973 (fax)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO,
THOMAS,MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Thomas R. Kline, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W., Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

Arnold Levin, Esquire
Fred S. Longer, Esquire
LEVIN, FISHBEIN, SEDRAN &
BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Shelly A. Sanford, Esquire
Sanford Law Firm
16225 Park Ten Place, Suite 500
Houston, Texas 77008
(877) 447-6677 (telephone)
(713) 524-6611 (telecopier)

**PLAINTIFFS' STEERING COMMITTEE**

# CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Memorandum has been served on Liaison Counsel, Phillip Wittmann, and Ann B. Oldfather, by U.S. Mail and e-mail or by hand delivery and email, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL No. 1657, on this 29th day of November, 2011.

      /s/ Leonard A. Davis  
      Leonard A. Davis, #14190  
      Herman, Herman, Katz & Cotlar, LLP  
      820 O'Keefe Avenue  
      New Orleans, LA  70113  
      PH:  (504) 581-4892  
      Fax:  (504) 561-6024  
      ldavis@hhkc.com