UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX § | |
| § | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION § | |
| SECTION L § | |
| § | |
| This document relates to: § | |
| § | |
| All Cases § | JUDGE FALLON |
| § | MAG. JUDGE KNOWLES |

### PRE-TRIAL ORDER NO. 19(A)

Considering the Motion to Amend Pre-Trial Order No. 19 filed by the Plaintiffs' Steering Committee;

IT IS ORDERED BY THE COURT that Pre-Trial Order No. 19 be and is hereby amended to address the common benefit fee and cost assessment for the subset cases that are both subject to Pre-trial Order No. 29 and allege a heart attack or stroke injury.

IT IS FURTHER ORDERED BY THE COURT that Pre-trial Order No. 19 is amended to provide a 2% common benefit fee assessment and a 1% common benefit expense assessment for this subset of cases.

IT IS FURTHER ORDERED BY THE COURT that Pre-trial Order No. 19 is amended to impose the following procedure regarding the settlement of Pre-trial Order No. 29 cases that allege heart attack or stroke:

1. Merck & Co. will pay the settlement proceeds to be held in trust by Garretson Law Group.

2. Garretson Law Group will insure that all governmental liens are satisfied or an appropriate holdback for governmental liens is implemented before funds are disbursed.

3. From the settlement proceeds, the Garretson Law Group will pay to BrownGreer, to be held in escrow, 2% of the gross settlement amount for common benefit fees and 1% of the gross settlement amount for common benefit expenses.

4. BrownGreer will maintain an accounting of common benefit fees and common benefit expenses received from each case resolved outside the Master Settlement Agreement.

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2011.

_____
Eldon E. Fallon
United States District Court Judge