UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *ALL CASES* | * | |
| | * | |
| | * | |

*************************************************************************

### MERCK'S RESPONSE THE PLAINTIFF STEERING COMMITTEE'S MOTION TO AMEND PRE-TRIAL ORDER NO. 19

Defendant Merck Sharp & Dohme Corp. ("Merck"), by undersigned counsel, submits this response to the motion of the Plaintiff Steering Committee ("PSC") to amend Pre-Trial Order ("PTO") 19.

1. Merck has no objection to the PSC's request that designated amounts for Common Benefit Fund Assessments (2% as set forth in the PSC's motion) and Common Benefit Fund Expenses (1% as set forth in the PSC's motion) be paid to a trustee or escrow agent of the PSC's choosing, or the Court's designation, in the event of future settlements of cases subject to PTO 29 that allege heart attack or stroke.

2. However, the motion specifically references The Garretson Law Firm as a trustee for all future settlement proceeds for such cases, and BrownGreer LLP as escrow agent to which that trustee will pay the Common Benefit Fund contributions.

3. Both of those firms have, of course, played important roles with respect to cases resolved by the Vioxx Resolution Program, with Brown Greer serving as the Claims

Administrator and The Garretson Law Group as Lien Administrator. Both of them contributed substantially to the success of the Vioxx Resolution Program.

4. Neither Brown Greer nor the Garretson Law Firm, however, has any pre-determined role with respect to the resolution of any case(s) outside of the Resolution Program.

5. To avoid any confusion, therefore, if they are to play a role with respect to handling of Common Benefit Fund Assessment and Expenses for cases outside the Resolution Program, provision will need to be made for their compensation.

6. In particular, although the Garretson Law Firm has been, and could be called upon again in the future, to play a role with respect to addressing governmental or other liens for some non-Resolution Program cases, and could perhaps additionally serve as a trustee for settlement proceeds in doing so in some cases, there is no existing arrangement for them to serve as a trustee for all settlement proceeds in all cases (which could include cases with no lien issues).

7. As to Brown Greer, they have not played a role with respect to any Vioxx cases other than Resolution Program cases, and Merck has not anticipated that they would in the future.

8. Merck submits, therefore, that to the extent escrow or trustee services from Brown Greer or the Garretson Law Firm are put in place with respect to Common Benefit Fund matters, fees for such services should be paid from the Common Benefit Fund.

9. To the extent they provide other services for any particular claim or claims resolved, such as lien resolution with respect to the Garretson Law Firm, their fees would be paid as provided for by the parties to that particular settlement.

Dated:  December 1, 2011             Respectfully submitted,

                                     By: */s/ Dorothy H. Wimberly*
                                         Phillip A. Wittmann, 13625
                                         Dorothy H. Wimberly, 18509
                                         STONE PIGMAN WALTHER
                                         WITTMANN L.L.C.
                                         546 Carondelet Street
                                         New Orleans, Louisiana 70130
                                         Phone: 504-581-3200
                                         Fax:    504-581-3361
                                     Defendants' Liaison Counsel


                                       —and—


                                         Douglas R. Marvin
                                         Eva Petko Esber
                                         M. Elaine Horn
                                         Emily Renshaw Pistilli
                                         WILLIAMS & CONNOLLY LLP
                                         725 Twelfth Street, N.W.
                                         Washington, D.C. 20005
                                         Phone: 202-434-5000
                                         Fax:    202-434-5029

                                     Attorneys for Merck Sharp & Dohme Corp.

3

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Merck's Response to Motion to Amend PTO 19 has been served on Liaison Counsel, Russ Herman, Phillip Wittmann, and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on December 1, 2011.

>    */s/ Dorothy H. Wimberly*
>    Dorothy H. Wimberly, 18509
>    STONE PIGMAN WALTHER
>    WITTMANN L.L.C.
>    546 Carondelet Street
>    New Orleans, Louisiana  70130
>    Phone:  504-581-3200
>    Fax:     504-581-3361
>    dwimberly@stonepigman.com
>    Defendants' Liaison Counsel

1077455v.1