UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
   PRODUCTS LIABILITY LITIGATION

: MDL NO. 1657
:
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
*District of Columbia ex rel. Kenneth Walker v. Merck & Co.*, No. 08-4148

## ORDER

The Court has received correspondence from counsel for Plaintiff in *District of Columbia ex rel. Kenneth Walker v. Merck* pertaining to the interaction between this case and a potential settlement of claims between Merck and the District of Columbia that has been reported in the news.

IT IS ORDERED that a telephone status conference will be held on Monday, December 12, 2011 at 3:30 p.m. CST to discuss the issues raised in the correspondence. Interested parties may attend by dialing 1-877-336-1839. The access code is 4227405. The security code is 121211.

New Orleans, Louisiana, this 7th day of December, 2011.

                                                     UNITED STATES DISTRICT JUDGE