UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  | | |
|---|---|---|
| | : | MDL NO. 1657 |
| IN RE: VIOXX | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**This document relates to:    06-9382, *County of Santa Clara v. Merck & Co., Inc.***

**<u>ORDER</u>**

At the request of the parties, IT IS ORDERED that the Court will hear ORAL

ARGUMENT on Merck's Motion for Judgment on the Pleadings (Rec. Doc. 63425) on

Thursday, January 5, 2012, following the scheduled Monthly Status Conference.

New Orleans, Louisiana, this 7th day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE

1