UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
*District of Columbia ex rel. Kenneth Walker v. Merck & Co.*, **No. 08-4148**

## ORDER

    The Court has received additional correspondence pertaining to the interaction between this case and the potential settlement of claims between Merck and the District of Columbia. Although the Court expresses no opinion as to whether any action is necessary or appropriate, it is appropriate to hold the status conference requested by Plaintiff's counsel. Additionally,

    IT IS ORDERED that the telephone status conference currently scheduled for Monday, December 12, 2011 at 3:30 p.m. CST is CONTINUED to Tuesday, December 13, 2011 at 9:30 CST. Interested parties may use the following **revised** conference call information to attend. The dial-in number is **1-877-336-1839**. The access code is **4227405**. The security code is **121311**.

    New Orleans, Louisiana, this 8th day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE