UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**     ALL CASES

## ORDER

The Court has received a number of motions and notices to retract statements regarding BrownGreer PLC made during the protracted fee allocation process. (Rec. Docs. 63538, 63540). The motions are GRANTED.

As the Court has stated on numerous occasions, the expedited resolution of approximately fifty thousand personal injury claims could not have been achieved without the extraordinary effort and outstanding work put forth by BrownGreer PLC in its role as Claims Administrator. The Court thanks them for their service.

New Orleans, Louisiana, this 9th day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE

1