UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: VIOXX** | § | **MDL DOCKET NO. 1657** |
| | § | |
| **PRODUCTS LIABILITY LITIGATION** | § | |
| | § | **SECTION "L"** |
| | § | |
| **THIS DOCUMENT RELATES TO:** | § | **JUDGE FALLON** |
| | § | **MAG. JUDGE KNOWLES** |
| *All Government Actions* | § | |

### STATE OF LOUISIANA'S MOTION FOR LEAVE TO INTERVENE FOR THE PURPOSE OF OPPOSING THE PSC'S ATTEMPT TO IMPOSE A COMMON BENEFIT OBLIGATION UPON THE GOVERNMENT PARTICIPANTS OF THE NAMFCU VIOXX SETTLEMENT

**NOW INTO COURT,** through undersigned counsel, comes Intervenor, State of Louisiana through Louisiana Attorney General James D. "Buddy" Caldwell ("Louisiana"), who, pursuant to FRCP 24(a)(2), respectfully requests that this Court grant leave to intervene in this matter for the purpose of opposing the Plaintiff Steering Committee's (PSC) attempts to impose a common benefit obligation upon government participants of the National Association of Medicaid Fraud Control Units (NAMFCU) Vioxx settlement (please see attached proposed pleading, Exhibit A), and in support of its motion shows the following:

1. Louisiana was previously a party to this MDL in a matter styled *State of Louisiana, ex rel. James D. Caldwell, Attorney General v. Merck & Co., Inc.*, 05-3700. By judgment dated June 30, 2010 this court dismissed Louisiana from this matter with prejudice.

2. Subsequent to Louisiana's dismissal from this action, Louisiana participated in a multi-state settlement that settled various allegations in regards to Vioxx. This settlement was

1

negotiated separate and apart from the Vioxx MDL proceedings through the Boston, Massachusetts U.S. Attorney's Office and NAMFCU.

3. By motion dated March 16, 2011, Document Number 62699, the PSC requested that this court issue an order "requiring the contribution to a Common Benefit Fund of the equivalent of 6.5% of gross proceeds gained by participating Government Action Third Party Payors in the settlement program, including any case now or pending or later filed, transferred to, or removed to, this court, as well as unfiled or tolled cases and treated as part of these coordinated MDL proceedings, and cases later remanded to a state court or any cases later remanded to a state court or any cases on tolling agreements filed in any state court." *See* Rec. Doc. 62699-1, p. 22.

4. By motion dated November 10, 2011, Document Number 63560, the PSC requested this court issue an order "holding in escrow 6.5% of the recoveries due to these [Florida, New York and South Carolina] states until the Court's consideration of the PSC's Motion for an Order Imposing Common Benefit Obligation upon the Recovery of Government Action participants." The PSC further requested that the Court "extend the escrow order to all government actions in which there is a settlement with Merck and the governmental entity has not reached an agreement with the PSC for the payment [of] common benefit fees." *See* Rec. Doc. 63560, p. 1-2.

5. The effect of such orders as requested by the PSC in both the March 16, 2011 motion and November 10, 2011 motion would be to alienate and/or obligate monies properly belonging to the sovereign State of Louisiana in a matter in which Louisiana is not a party.

2

6. As a result it is necessary that Louisiana intervene in this matter so that it may properly protect its interest in the monies due to Louisiana from the NAMFCU settlement.

**WHEREFORE**, the State of Louisiana requests that this court grant leave for Louisiana to intervene in the matter for the sole purpose of opposing the PSC's attempt to impose a common benefit obligation upon Louisiana and to file its proposed pleading attached hereto as Exhibit A.

Respectfully submitted,

**JAMES D. "BUDDY" CALDWELL**
**Attorney General**

By:     /s/Kathleen Petersen
        Kathleen Petersen, La. Bar #20324
        Assistant Attorney General
        Louisiana Department of Justice
        Medicaid Fraud Control Unit
        1885 N. 3rd Street
        Livingston Building, 2nd Floor
        Baton Rouge, Louisiana 70802
        Telephone: (225) 326-6210
        Facsimile: (225) 326-6295

## CERTIFICATE OF CONFERENCE

I hereby certify that December 9, 2011, opposing counsel was contacted in an attempt to obtain consent for the filing and granting of this motion pursuant to Local Rule 7.6. Opposing counsel opposes the filing of this motion.

By:     /s/Kathleen Petersen
        Kathleen Petersen
        Assistant Attorney General

3

## CERTIFICATE OF SERVICE

I further certify that on December 13, 2011, the foregoing Motion for Leave to Intervene

was electronically filed with the Clerk of the Court using the CM/ECF System, which will send

notification of such filing to all counsel of record via the CM/ECF System.

By:   /s/Kathleen Petersen
Kathleen Petersen
Assistant Attorney General

4