## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: VIOXX** | § | **MDL DOCKET NO. 1657** |
| | § | |
| **PRODUCTS LIABILITY LITIGATION** | § | |
| | § | **SECTION "L"** |
| | § | |
| **THIS DOCUMENT RELATES TO:** | § | **JUDGE FALLON** |
| | § | **MAG. JUDGE KNOWLES** |
| *All Government Actions* | § | |

## NOTICE OF HEARING

Please take notice, that upon the pleadings and other matters of record, the undersigned will move the court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana 70130, at 9:00 o'clock a.m. on January 18, 2012, or as soon as counsel can be heard, for an order on the State of Louisiana's Motion for Leave to Intervene for the Purpose of Opposing the PSC's Attempt to Impose a Common Benefit Obligation upon the Government Participants of the NAMFCU Vioxx Settlement.

Respectfully Submitted,

**James D. "Buddy" Caldwell**
Attorney General

By:    /s/Kathleen Petersen
Kathleen Petersen, La. Bar #20324
Assistant Attorney General
Louisiana Department of Justice
Medicaid Fraud Control Unit
1885 N. 3rd Street
Baton Rouge, Louisiana 70802
Tel:    (225) 326-6210
Fax:    (225) 326-6295

1