UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | § | MDL DOCKET NO. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | |
| | § | SECTION "L" |
| | § | |
| THIS DOCUMENT RELATES TO: | § | JUDGE FALLON |
| | § | MAG. JUDGE KNOWLES |
| *All Government Actions* | § | |

## [PROPOSED] ORDER

The foregoing considered, it is ORDERED that:

The State of Louisiana be granted leave to intervene in this matter for the purpose of asserting its opposition to the Plaintiff Steering Committee's attempt to assess a common benefit obligation upon the State of Louisiana.

It is further ordered that the attached proposed pleading, Exhibit A, is filed.

New Orleans, Louisiana, this ___ day of _____, 2011.

_____
Honorable Eldon E. Fallon
U.S. District Judge