**MINUTE ENTRY**
**FALLON, J.**
**DECEMBER 13, 2011**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | : | |
| | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| **THIS DOCUMENT RELATES TO:** | : | |
| *District of Columbia ex rel. Kenneth* | : | JUDGE FALLON |
| *Walker v. Merck & Co.*, **No. 08-4148**: | : | MAG. JUDGE KNOWLES |
| | : | |

On this date, a telephone status conference was held with Judge Eldon E. Fallon. Andy Birchfield and Leonard Davis participated on behalf of the PSC. Dawn Barrios participated as State-Federal Liaison Counsel. John Beisner and Tom Fox participated on behalf of Merck. Vince McKnight participated on behalf of Kenneth Walker. Jane Drummey participated on behalf of the District of Columbia. The status conference was transcribed by Ms. Jodi Simcox, Official Court Reporter. The transcript will disclose the contents of the discussion.

JS10(00:11)