UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:      ALL CASES**

## ORDER

At the request of Ms. Oldfather, Liaison Counsel for certain cases, the Court will hear oral argument on the Plaintiff's Steering Committee's Motion to Amend Pre-Trial Order 19 (Rec. Doc. 63585) following the Monthly Status Conference scheduled for January 5, 2012.

New Orleans, Louisiana, this 13th day of December, 2011.

*[signature: Eldon E. Fallon]*
UNITED STATES DISTRICT JUDGE