UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | Case Numbers:<br>2:05-cv-01011 |
| **Ulhas Sanjanwala, Individually, and as the Administrator of the Estate of Smita Sanjanwala** | PLAINTIFF |
| v. | |
| **Merck & Co., Inc.** | DEFENDANT |

## EX PARTE MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Smita Sanjanwala dies on January 1, 2011. Plaintiff desires to amend the Complaint to include his claim for loss of consortium and the Estate's claim for wrongful death. Pursuant to Local Rule 7.6 of this Court, the undersigned attempted to obtain consent from Merck & Co., Inc. to the proposed routine amendment of the Complaint. Counsel for Merck declined to provide consent. Due to the nature of the motion and the shortened time before the statute may be deemed to have run (January 1, 2012), the undersigned requests that the Court allow this *ex parte* Motion to file the First Amended Complaint tendered herewith.

Respectfully submitted,

/s/ Ann B. Oldfather

Ann B. Oldfather
KBA Bar #52553
OLDFATHER LAW FIRM
1330 S. Third Street
Louisville, KY   40208
502.637.7200
502.637.3999  (fax)
aoldfather@oldfather.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Ex Parte Motion For Leave to File First Amended Complaint has been served upon Liaison Counsel, Phillip Wittmann and Russ Herman by U.S. Mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 16th day of December, 2011.

/s/ Ann B. Oldfather

Ann B. Oldfather

2