UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | <u>Case Numbers:</u><br>2:05-cv-01011 |
| **Ulhas Sanjanwala, Individually, and as the Administrator of the Estate of Smita Sanjanwala** | PLAINTIFF |
| v. | |
| **Merck & Co., Inc.** | DEFENDANT |

## MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT<br>and<br>NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the undersigned counsel will bring this Motion For Leave to File First Amended Complaint before the Honorable Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, 70130, on the 5th day of January, 2012, at 9:00 am, or as soon thereafter as counsel may be heard. Counsel states that the date noticed for submission is reasonable under LR 7.2.

## MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Plaintiff, by Counsel, moves the Court for leave to file this First Amended Complaint tendered herewith, pursuant to F.R. Civ.P. 15(a)(2).

Respectfully submitted,

/s/
_____

Ann B. Oldfather
KBA Bar #52553
OLDFATHER LAW FIRM
1330 S. Third Street
Louisville, KY   40208
502.637.7200
502.637.3999  (fax)
aoldfather@oldfather.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion For Leave to File First Amended Complaint has been served upon Liaison Counsel, Phillip Wittmann and Russ Herman, by U.S. Mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 16th day of December, 2011.

/s/
_____
Ann B. Oldfather