# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | **Case Numbers:**<br>2:05-cv-01011 |
| **Ulhas Sanjanwala, Individually, and as the Administrator of the Estate of Smita Sanjanwala** | PLAINTIFF |
| v. | |
| **Merck & Co., Inc.** | DEFENDANT |

## **O R D E R**

Motion having been made by the Plaintiff,

IT IS HEREBY ORDERED BY THE COURT Plaintiff's Motion for Leave to File First Amended Complaint is GRANTED and the clerk is DIRECTED to file the First Amended Complaint.

So ordered.

New Orleans, Louisiana, this __ day of _____, 2011.

_____
Eldon E. Fallon
United State District Judge