# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

In Re:  VIOXX®PRODUCTS LIABILITY
LITIGATION

MDL 1657
SECTION L
JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

<u>Case Numbers:</u>
2:05-cv-01011

**Ulhas Sanjanwala, Individually, and as the
Administrator of the Estate of Smita
Sanjanwala**

PLAINTIFF

**v.**

**Merck & Co., Inc.**

DEFENDANT

## <u>MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT</u>

F.R. Civ.P. 15(a)(2) provides that leave of court to amend a pleading should be given "when justice so requires."  Plaintiff Smita Sanjanwala died on January 1, 2011.  The tendered First Amended Complaint adds allegations and claims due to Smita's death.   Justice requires that this amendment be allowed because otherwise there could be no recourse for Smita's death and the losses to her Estate and her surviving spouse.

Under F.R. Civ.P. Rule 15(a), "leave to amend shall be freely given when justice so requires, and should be granted absent some justification for refusal."  *U.S. ex rel. Willard v. Humana Health Plan of Texas Inc.*, 336 F.3d 375, 387 (5th Cir. 2003), quoting *Foman v. Davis*, 371 U.S. 178, 83 S.Ct. 227, 230, 9 L.Ed.2d 222 (1962).

For the foregoing reasons, the Court is respectfully requested, pursuant to F.R. Civ.P. 15(a)(2), to enter the tendered Order.

Respectfully submitted,


/s/

_____

Ann B. Oldfather
KBA Bar #52553
OLDFATHER LAW FIRM
1330 S. Third Street
Louisville, KY   40208
502.637.7200
502.637.3999  (fax)
aoldfather@oldfather.com
*Counsel for Plaintiff*


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion For Leave to File First Amended Complaint has been served upon Liaison Counsel, Phillip Wittmann and Russ Herman, by U.S. Mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 16th day of December, 2011.


/s/

_____

Ann B. Oldfather