UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657 SECTION L JUDGE FALLON MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | <u>Case Numbers:</u> 2:05-cv-01011 |
| **Ulhas Sanjanwala, Individually, and as the Administrator of the Estate of Smita Sanjanwala** | PLAINTIFF |
| v. | |
| **Merck & Co., Inc.** | DEFENDANT |

<u>**MOTION FOR EXPEDITED TELEPHONIC HEARING and NOTICE OF SUBMISSION**</u>

PLEASE TAKE NOTICE that the undersigned counsel will bring this Motion For Expedited Telephonic Hearing before the Honorable Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, 70130, as soon as the Court may hear the motion. Counsel states that the date noticed for submission is reasonable under LR 7.2.

<u>**MOTION FOR EXPEDITED TELEPHONIC HEARING**</u>

Plaintiff, by Counsel, moves the Court for an Expedited Telephonic Hearing on Plaintiff's Motion For Leave to File First Amended Complaint, to be scheduled some time before January 1, 2012, since the statute may run by that date,. As required by the local rules of this Court, Plaintiff sought Merck's consent for the filing of the proposed amended pleading. Merck's counsel refused to consent, without stating a reason. The local rules do not address

whether a motion for an amendment should or should not be submitted once the opposition has refused to consent.

An order scheduling an expedited telephonic hearing is tendered herewith.

Respectfully submitted,

/s/ Ann B. Oldfather
_____

Ann B. Oldfather
KBA Bar #52553
OLDFATHER LAW FIRM
1330 S. Third Street
Louisville, KY   40208
502.637.7200
502.637.3999  (fax)
aoldfather@oldfather.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion For Expedited Hearing has been served upon Liaison Counsel, Phillip Wittmann and Russ Herman, by U.S. Mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 16th day of December, 2011.

/s/ Ann B. Oldfather
_____
Ann B. Oldfather

2