UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | Case Numbers:<br>2:05-cv-01011 |
| Ulhas Sanjanwala, Individually, and as the Administrator of the Estate of Smita Sanjanwala | PLAINTIFF |
| v. | |
| Merck & Co., Inc. | DEFENDANT |

MEMORANDUM IN SUPPORT OF MOTION FOR
EXPEDITED TELEPHONIC HEARING

Plaintiff Smita Sanjanwala died on January 1, 2011. Her husband, Ulhas Sanjanwala, has substituted for her as her personal representative. He now seeks leave to amend the original complaint to add a wrongful death claim and to add a claim for loss of spousal consortium. Prior to amending any pleading, Local Rule 7.6 of the United States District Court for the Eastern District of Louisiana requires that the moving party must attempt to obtain consent for the filing of the amended pleading from all parties having an interest in opposition.

The undersigned attempted to obtain consent from Merck & Co., Inc. for the filing of this First Amended Complaint. Counsel for Merck declined to provide consent. Given that the motion is contested, and that the statute will be deemed to run on January 1, 2012, there is now insufficient time to allow a motion to file the First Amended

Complaint to be heard at the January 5, 2012 status conference.  For that reason , the undersigned respectfully asks that the Court set this motion for a telephonic hearing as soon as the Court is available for such a telephone conference.

                                  Respectfully submitted,

                                  /s/ Ann B. Oldfather

Ann B. Oldfather
KBA Bar #52553
OLDFATHER LAW FIRM
1330 S. Third Street
Louisville, KY   40208
502.637.7200
502.637.3999  (fax)
aoldfather@oldfather.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion For Leave to File First Amended Complaint has been served upon Liaison Counsel, Phillip Wittmann and Russ Herman, by U.S. Mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 16th day of December, 2011.

                                /s/

                                Ann B. Oldfather