UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| **This Document Relates to** | * | **JUDGE FALLON** |
| **Cases Listed on Exhibit A** | * | |
| | * | **MAG. JUDGE KNOWLES** |

* * * * * * * * * * * * * * * * * * *

## MOTION ON BEHALF OF CERTAIN PLAINTIFFS and NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the undersigned counsel will bring this Motion To Strike or In The Alternative To Remand Merck & Co., Inc.'s Motion For Summary Judgment In VTE Cases before the Honorable Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, 70130, on the 5th day of January, 2012, at 9:00 am, or as soon thereafter as counsel may be heard.  Counsel states that the date noticed for submission is reasonable under LR 7.2.

## MOTION TO STRIKE OR IN THE ALTERNATIVE TO REMAND MERCK & CO., INC's MOTION FOR SUMMARY JUDGMENT IN VTE CASES

Plaintiffs move the Court to strike Merck's Motion for Summary Judgment pursuant to F.R. Civ.P. 12(f), or, in the alternative, to remand this motion from the docket indefinitely with leave to re-file after discovery is complete.  A Memorandum in Support of this Motion is filed herewith and a requested Order is tendered.

Respectfully submitted,

/s/ Ann B. Oldfather

Ann B. Oldfather
KBA Bar #52553
Liaison Counsel/Lead Counsel
OLDFATHER LAW FIRM
1330 S. Third Street
Louisville, KY   40208
502.637.7200
502.637.3999  (fax)
aoldfather@oldfather.com
*Counsel for Certain Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion To Strike or In The Alternative To Remand Merck & Co., Inc.'s Motion for Summary Judgment in VTE Cases has been served upon Liaison Counsel, Phillip Wittmann and Russ Herman, by U.S. Mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 16th day of December, 2011.

/s/

Ann B. Oldfather

2