UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This Document Relates to | * | JUDGE FALLON |
| Cases Listed on Exhibit A | * | |
| | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

Motion having been made by Plaintiffs,

IT IS HEREBY ORDERED that Plaintiffs' Motion to Strike is GRANTED.

So ordered.

New Orleans, Louisiana, this __ day of _____, 2012.

_____
Eldon E. Fallon
United State District Judge