# EXHIBIT A

|   | Plaintiff | Derivative Plaintiff | State of Residence – Time of Injury | Plaintiff Counsel | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 1. | Amiss, Louise H | D'Angelo, Mary | NJ | Oldfather Law Firm | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-06236-EEF-DEK |
| 2. | Bland, Violet M | Popp, Jennifer: Bland, Anna | KY | Oldfather Law Firm | Popp, Jennifer M. v. Merck & Co., Inc. | 2:06-cv-01926-EEF-DEK |
| 3. | Carver, Gail F. | Carver, Wayne | MA | Oldfather Law Firm | Carver, Roger v. Merck & Co. Inc. | 2:05-cv-04981-EEF-DEK |
| 4. | Gasio, Dane B |  | SC | Oldfather Law Firm | Gasio, Dane v. Merck & Co., Inc. | 2:07-cv-01054-EEF-DEK |
| 5. | Heisey-DeWolf, Deborah A. | DeWolf, Wayne | PA | Oldfather Law Firm | Heisey DeWolf, Deborah v. Merck & Co., Inc. | 2:06-cv-09810-EEF-DEK |
| 6. | Hench, Edwin C. | Hench, Maureen | PA | Oldfather Law Firm | Hench, Edwin v. Merck & Co., Inc. | 2:06-cv-009811-EEF-DEK |
| 7. | Jelden, Todd | Jelden, Lynette | NE | Oldfather Law Firm | Jelden, Todd v. Merck & Co., Inc. | 2:05-cv-04130-EEF-DEK |
| 8. | Osiecki, Marilyn J | Osiecki, Scott | PA | Oldfather Law Firm | Osiecki, Marilyn J. v. Merck & Co., Inc. | 2:06-cv-09814-EEF-DEK |
| 9. | Painter, Gladys R | Gibson, Kathy | PA | Oldfather Law Firm | Gibson, Kathy v. Merck & Co., Inc. | 2:06-cv-09812-EEF-DEK |
| 10. | Reilly, James A. |  | NY | Oldfather Law Firm | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| 11. | Slembarski, John C. | Slembarski, Patricia | PA | Oldfather Law Firm | Slembarski, John C. v. Merck & Co., Inc. | 2:06-cv-09809-EEF-DEK |