**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Vioxx | * | **MDL Docket No. 1657** |
| | * | |
| PRODUCTS LIABILITY | * | **SECTION L** |
| LITIGATION | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| | * | **MAGISTRATE JUDGE** |
| ***Virginia Pickett v. Merck Sharp & Dohme*** | * | **DANIEL E. KNOWLES, III.** |
| ***Corp.*, Case No. 10-0043** | * | |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANT MERCK SHARPE & DOHME CORPORATION'S**
**ANSWER TO AMENDED COMPLAINT**

In answer to Plaintiff Virginia Pickett's Amended Complaint, Defendant Merck Sharp & Dohme Corp. ("Merck"), by its undersigned attorneys, hereby adopts its answer and affirmative defenses to the original complaint filed in this matter. Merck further answers the new allegations in the Amended Complaint as follows:

**RESPONSE TO ADDENDUM TO ORIGINAL COMPLAINT**

1. Denies each and every allegation contained in paragraph 1.

2. Denies each and every allegation contained in paragraph 2.

3. Denies each and every allegation contained in paragraph 3.

4. Denies each and every allegation contained in paragraph 4.

5. Denies each and every allegation contained in paragraph 5.

6. Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 6, and in the alternative denies same, except admits that a woman named Corinne Kaplan was, for a period of time, employed by Merck.

7.      Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 7 and in the alternative denies same.

8.      Denies each and every allegation contained in paragraph 8.

9.      Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 9 and in the alternative denies same.

10.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 10 and in the alternative denies same.

11.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 11 and in the alternative denies same.

12.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 12 and in the alternative denies same.

13.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 13 and in the alternative denies same.

14.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 14 and in the alternative denies same.

15.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 15 and in the alternative denies same.

16.     Denies each and every allegation contained in paragraph 16 except denies knowledge or information sufficient to form a belief as to the truth or falsity of plaintiff's allegation that, on May 20, 2010, she was admitted to St. Joseph's Medical Center and treated for serious neurological symptoms indicative of transient-ischemic stroke.

17.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 17 and in the alternative denies same.

18.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 18 and in the alternative denies same.

19.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 19 and in the alternative denies same.

20.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 20 and in the alternative denies same.

21.     Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in the first sentence of paragraph 21 and in the alternative denies same.  Denies each and every allegation contained in the second sentence of paragraph 21.

22.     The allegations contained in the unnumbered "Whereas" paragraph constitute a prayer for relief as to which no response is required.  Should a response be deemed required, Merck denies each and every allegation contained in the unnumbered "Whereas" paragraph.

23.     The allegations contained in the unnumbered "Wherefore" paragraph constitute a prayer for relief as to which no response is required.  Should a response be deemed required, Merck denies each and every allegation contained in the unnumbered "Whereas" paragraph, except admits that Plaintiff purports to seek economic relief, but denies that there is any legal or factual basis for such relief.

1079063v1

**JURY DEMAND**

Defendant demands a trial by jury as to all issues herein so triable.

Respectfully submitted,

/s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

—and—

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Attorneys for Merck, Sharp & Dohme Corp.

Dated:  December 19, 2011

1079063v1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Answer to Amended Complaint has been served on Liaison Counsel, Russ Herman, Phillip Wittmann, and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 19 day of December, 2011.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:      504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1079063v1