UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:** *No. 05-1011, Ulhas Sanjanwala ex rel. Estate of Smita Sanjanwala v. Merck & Co., Inc.*

## ORDER

The Court having been informed that Defendant Merck has no objection to the filing of an amended complaint in this matter, subject to preservation of all defenses and objections to that amended complaint,

IT IS ORDERED that the Motion for Leave to File First Amended Complaint (Rec. Doc. 63601) is GRANTED.

New Orleans, Louisiana, this 19th day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE

1