UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | Case Numbers:<br>2:05-cv-01011 |
| Ulhas Sanjanwala, Individually, and as the Administrator of the Estate of Smita Sanjanwala | PLAINTIFF |
| v. | |
| Merck & Co., Inc. | DEFENDANT |

### FIRST AMENDED COMPLAINT

Comes Plaintiff, Ulhas Sanjanwala, individually, and as the Administrator of the Estate of Smita Sanjanwala, and for his First Amended Complaint against the above named Defendant, states as follows:

1. The allegations of the previous Complaint are incorporated by reference as if fully set forth in this First Amended Complaint.

2. Decedent, Smita Sanjanwala, died on January 1, 2011. Plaintiff, Ulhas Sanjanwala, was appointed Administrator of the Estate of Smita Sanjanwala, deceased, pursuant to an Order of the District Court of Johnson County, Kansas entered on March 10, 2011, and was substituted as Plaintiff in this action by Order of this Court entered May 19, 2011.

3. At all times herein alleged, Plaintiff, Ulhas Sanjanwala, is and has been a resident of Johnson County, Kansas.

4. That as a direct and proximate result of the acts and omissions of Defendant, Plaintiff's decedent was caused to sustain severe injuries prior to her death and ultimately resulting in her death.

5. That, due to the acts and omissions of Defendant as alleged herein, Plaintiff's decedent sustained severe physical injuries, incurred medical expenses, lost wages and earning capacity, and suffered mental and emotional pain and suffering prior to her death, and lost her full enjoyment of life that she might otherwise have had.

6. That, due to the acts and omissions of Defendant as alleged herein, the Estate of Plaintiff's decedent has been monetarily damaged by reason of the destruction of Plaintiff's decedent's power to labor and earn money and has incurred medical and funeral expenses.

7. That, due to the acts and omissions of Defendant as alleged herein resulting in the death of his wife, Smita Sanjanwala, Plaintiff, Ulhas Sanjanwala has individually sustained damages, including mental anguish, suffering, bereavement, loss of love, attention, marital care, advice, protection, services, care, guidance, society, comfort and companionship in the past and future, of his wife, Smita Sanjanwala.

8. The losses alleged herein will continue throughout Ulhas Sanjanwala's life expectancy.

9. The specific value of the aforementioned losses and damages are properly left to the knowledge and experience of the trier of fact and are economic damages.

WHEREFORE, Plaintiff demands as in the original Complaint, and further

demands entry of judgment against the Defendant, Merck & Co., Inc., in such sums as will reasonably and fairly compensate the Estate for Smita Sanjanwala's physical, mental and emotional pain and suffering prior to her death, her loss of enjoyment of life, for the destruction of her power to labor and earn money, for medical and funeral expenses, and for such other compensatory damages as appropriate; and in such sums as will reasonably compensate Ulhas Sanjanwala for loss of the care, society, love, affection and companionship of his wife, Smita Sanjanwala; for punitive damages; for trial by jury, and for all other relief to which he may appear to be entitled.

/s/ Ann B. Oldfather

Ann B. Oldfather
KBA Bar #52553
OLDFATHER LAW FIRM
1330 S. Third Street
Louisville, KY   40208
502.637.7200
502.637.3999  (fax)
aoldfather@oldfather.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion For Leave to File First Amended Complaint has been served upon Liaison Counsel, Phillip Wittmann, Russ Herman, and Ann B. Oldfather, by U.S. Mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 16th day of December, 2011.

/s/

Ann B. Oldfather