"Certification of Funds in the Registry"

PRINCIPAL: $ 8421.81

Financial Deputy: Kdang  Date: 12-21-11

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO: 06-3138, *as to Eleanor Taylor ONLY*

## ORDER

Pursuant to the Court's Order directing disbursement of the settlement funds attributable to Eleanor Taylor held in the registry of the Court (Rec. Doc. 63359),

IT IS ORDERED that the funds in the registry of the Court will be distributed in the amount of $948.46, less the administration expense, to Brown & Crouppen, P.C., and in the amount of $7,473.35, plus accrued interest, to Ms. Eleanor Taylor.

New Orleans, Louisiana, this 20th day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:
Eleanor Taylor
10131 South Charles Street
1st Floor
Chicago, IL 60643

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130

1