UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**This document relates to:** 06-9382, *County of Santa Clara v. Merck & Co., Inc.*

## ORDER

At the request of the parties, IT IS ORDERED that the oral argument on Merck's Motion for Judgment on the Pleadings (Rec. Doc. 63425) currently scheduled for Thursday, January 5, 2012 following the Monthly Status Conference is CONTINUED to be heard on Wednesday, January 18, 2012, at 9:00 a.m CST.

New Orleans, Louisiana, this 22nd day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE

1