# Exhibit A

# **Exhibit A**

|    | **Plaintiff**       | **Derivative Plaintiff**                            | **State of Residence -Time of Injury** | **Plaintiff Counsel**                       | **Case Caption**                        | **Docket Number Current**    |
|----|---------------------|-----------------------------------------------------|----------------------------------------|---------------------------------------------|-----------------------------------------|------------------------------|
| 1. | Albertson, Beverly A | Person, Dennis                                     | MO                                     | Cory, Watson, Crowder & DeGaris             | Albertson, Beverly v. Merck & Co., Inc. | 2:06-cv-06236-EEF-DEK        |
| 2. | Amiss, Louise H     | D'Angelo, Mary                                     | NJ                                     | Pro Se                                      | D'Angelo, Mary v. Merck & Co., Inc.     | 2:06-cv-09755-EEF-DEK        |
| 3. | Bland, Violet M     | Popp, Jennifer; Bland, Anna                        | KY                                     | Oldfather Law Firm                          | Popp, Jennifer M. v. Merck & Co., Inc.  | 2:06-cv-01926-EEF-DEK        |
| 4. | Brown, Dianne       |                                                     | NY                                     | Pro Se                                      | Banks, Mary v. Merck & Co., Inc.        | 2:06-cv-02214-EEF-DEK        |
| 5. | Byrd, Deborah A     | Byrd, David                                         | OH                                     | Pro Se                                      | Banks, Mary v. Merck & Co., Inc.        | 2:06-cv-02214-EEF-DEK        |
| 6. | Carver, Gail F.     | Carver, Wayne                                       | MA                                     | Oldfather Law Firm                          | Carver, Roger v. Merck & Co., In        | 2:05-cv-04981-EEF-DEK        |
| 7. | Dumbell, Mabel C    |                                                     | MO                                     | Fibich, Hampton & Leebron                   | Barker, Rita B. v. Merck & Co., Inc.    | 2:05-cv-06535-EEF-DEK        |
| 8. | Eddy, Judith        |                                                     | PA                                     | Pro Se                                      | Albright, Ann M. G. v. Merck & Co., Inc.| 2:06-cv-02204-EEF-DEK        |
| 9. | Fulton, Rebeka K    | Fulton, Arthur; Fulton, Savanna; Highes, Shirley   | AR                                     | Cory, Watson, Crowder & DeGaris             | Fulton, Arthur v. Merck & Co., Inc.     | 2:05-cv-00436-EEF-DEK        |
| 10.| Garner, Elizabeth A |                                                     | LA                                     | Robert L. Salim                             | Black, Bill v. Merck & Co., Inc.        | 2:05-cv-04452-EEF-DEK        |
| 11.| Gasio, Dane B       |                                                     | SC                                     | Federman & Sherwood/Strong, Martin & Associates | Gasio, Dane v. Merck & Co., Inc.    | 2:07-cv-01054-EEF-DEK        |
| 12.| Graham, Larry N     |                                                     | OK                                     | Federman & Sherwood/Strong, Martin & Associates | Graham, Larry v. Merck & Co., Inc.  | 2:07-cv-01055-EEF-DEK        |
| 13.| Heisey-             | DeWolf,                                             | PA                                     | Oldfather Law Firm                          | Heisey DeWolf,                          | 2:06-cv-                     |

1

# Exhibit A

|  | Plaintiff | Derivative Plaintiff | State of Residence -Time of Injury | Plaintiff Counsel | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
|  | DeWolf, Deborah A | Wayne |  |  | Deborah v. Merck & Co., Inc. | 09810-EEF-DEK |
| 14. | Hench, Edwin C | Hench, Maureen | PA | Oldfather Law Firm | Hench, Edwin C. v. Merck & Co., Inc. | 2:06-cv-09811-EEF-DEK |
| 15. | Jelden, Todd | Jelden, Lynette | NE | Oldfather Law Firm | Atkinson, Allen v. Merck & Co., Inc. | 2:05-cv-04130-EEF-DEK |
| 16. | Kelly, Patricia A | Kelly, Raymond | NY | Pro Se | Bryant, Isabelle C. v. Merck & Co., Inc. | 2:06-cv-01203-EEF-DEK |
| 17. | Knifley, Thelma M | Knifely, Welby ray; Knifley, Gregory Allen; Christensen, Ella Ray | KY | Cory, Watson, Crowder & DeGaris | Knifley, Welby R. v. Merck & Co., Inc. | 2:05-cv-05635-EEF-DEK |
| 18. | Kollin, Jean M | Kollin, Robert | OH | Pro Se | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| 19. | Major, Lynell |  | LA | Robert L. Salim | Black, Bill v. Merck & Co., Inc. | 2:05-cv-04452-EEF-DEK |
| 20. | Martin, Kristen M |  | SC | Fibich, Hampton & Leebron | Martin, Khristen v. Merck & Co., Inc. | 2:06-cv-06808-EEF-DEK |
| 21. | Osiecki, Marilyn J | Osiecki, Scott | PA | Oldfather Law Firm | Osiecki, Marilyn J. v. Merck & Co., Inc. | 2:06-cv-09814-EEF-DEK |
| 22. | Painter, Gladys R | Gibson, Kathy | PA | Oldfather Law Firm | Gibson, Kathy v. Merck & Co., Inc. | 2:06-cv-09812-EEF-DEK |
| 23. | Reilly, James A |  | NY | Oldfather Law Firm | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| 24. | Silva, Valerie A |  | ID | James, Vernon & Weeks, P.A. | Silva, Valerie A. v. Merck & Co., Inc. | 2:05-cv-01768-EEF-DEK |
| 25. | Slembarski | Slembarski, | PA | Oldfather Law Firm | Slembarski, John C. | 2:06-cv- |

2

# Exhibit A

|  | **Plaintiff** | **Derivative Plaintiff** | **State of Residence -Time of Injury** | **Plaintiff Counsel** | **Case Caption** | **Docket Number Current** |
|---|---|---|---|---|---|---|
|  | , John C | Patricia |  |  | v. Merck & Co., Inc. | 09809-EEF-DEK |
| 26. | Vecchio, Teresa M |  | NY | Pro Se | Daluiso, Anna v. Merck & Co., Inc. | 2:06-cv-01197-EEF-DEK |
| 27. | Weese, Roxana |  | MN | Pro Se | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 28. | Woodcock, Christine D |  | NY | Pro Se | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |

3