UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX § | | MDL DOCKET NO. 1657 |
| §  | | |
| PRODUCTS LIABILITY LITIGATION § | | |
| § | | SECTION "L" |
| § | | |
| THIS DOCUMENT RELATES TO: § | | JUDGE FALLON |
| § | | MAG. JUDGE KNOWLES |
| *All Government Actions* § | | |

PLAINTIFF STATE OF LOUISIANA'S MOTION TO SUBSTITUTE COUNSEL

Plaintiff, the State of Louisiana, files this motion to substitute counsel:

A. New Counsel

1. The new lawyer for the State of Louisiana is NICHOLAS J. DIEZ, Assistant Attorney General in the Medicaid Fraud Control Unit for the State of Louisiana.

2. Nicholas J. Diez is admitted to practice law in the State of Louisiana, and his state bar number is 31701.

3. Nicholas J. Diez's business address, telephone number, and fax number are as follows:

   Louisiana Department of Justice
   1885 N. Third St.
   Baton Rouge, LA 70802
   Tel:    (225) 326-6204
   Fax:   (225) 326-6295
   Email: diezn@ag.state.la.us

B. Former Counsel

4. Nicholas J. Diez will be replacing Kathleen Petersen as counsel for the State of Louisiana.

5. The State of Louisiana has approved of this substitution.

6. The substitution is not being made for purposes of delay.

C. Conclusion

1

For these reasons, the State of Louisiana requests the Court to grant this motion to substitute counsel and allow Nicholas J. Diez to represent Louisiana until the conclusion of the matter for which Louisiana has sought to intervene.

            Respectfully Submitted,

            James D. Caldwell
            Attorney General
            State of Louisiana

By:    /s/Nicholas J. Diez
       Nicholas J. Diez
       Assistant Attorney General
       Louisiana Department of Justice
       Medicaid Fraud Control Unit
       La. Bar No. 31701
       1885 N. Third St.
       Baton Rouge, LA 70802
       Tel:   (225) 326-6204
       Fax:  (225) 326-6295
       Email: diezn@ag.state.la.us

CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2012, a true and correct copy of the forgoing was electronically filed with the Clerk of Court using the CM/ECF System, which will send notification of such filing to all counsel of record via the CM/ECF System.

/s/Nicholas J. Diez
Nicholas J. Diez
Assistant Attorney General