UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * *

MONTHLY STATUS CONFERENCE
NOVEMBER 4, 2011
<u>SUGGESTED AGENDA</u>

I. Special Master and Deputy Special Masters

II. Class Actions

III. State/Federal Coordination -- State Liaison Committee

IV. *Pro Se* Claimants

V. Government Actions

VI. Third Party Payor

VII. Pending Personal Injury Cases Subject to PTOs 28, 29 and 43

VIII. Fee Allocation Committee

IX. Appeals

X. Other Matters

XI. Next Status Conference

1

1080515v1