UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® | ) | MDL DOCKET NO: 1657 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE FALLON |
| | ) | |
| | ) | MAG. JUDGE KNOWLES |
| RE: Gerald Wagganer vs. Merck, et al | | MDL Case No. 2:05-cv-03125 |

## MOTION TO WITHDRAW

COMES NOW the undersigned, Richard D. Schuler, and moves this Honorable Court for an Order allowing him to withdraw as counsel for the Plaintiff, GERALD WAGGANER, and in support thereof would state as follows:

1.   The Plaintiff, GERALD WAGGANER, has not responded to efforts of the undersigned counsel at contact since the beginning of October, 2011.

WHEREFORE, Richard D. Schuler and the law firm of Schuler, Halvorson, Weisser & Zoeller, P.A., moves this Honorable Court for an Order allowing him to withdraw as counsel and to hereby relieve him of any further responsibility to the Plaintiff herein.

## CERTIFICATE OF SERVICE

A true copy of this Motion has been provided to the following persons via Lexis/Nexis File and Serve this _January 4th_, 2012.

1

Wilfred P. Coronato, Esquire
Hughes Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3918
Telephone: 201-536-9220
Facsimile: 201-563-0799

**Defendants' Liaison Counsel:** Phillip A. Wittmann, Esquire
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588
Telephone:    504-581-3200
Facsimile:    504-581-3368

Dimitrios Mavroudis, Esquire
Dechert LLP
Circa Centre
2929 Arch Street
Philadelphia, PA 19104-2808
Telephone: 215- 994-4000

Susan Giamportone, Esquire
Womble Carlyle Sandridge & Rice, PLLC
One West Fourth Street
Winston-Salem, NC 27101
Telephone: 919-316-4243

**ADDITIONAL RECIPIENTS:**

Patricia E. Lowry
Florida Bar No. 332569
PLowry@ssd.com
John B.T. Murray, Jr.
Florida Bar No. 962759
JBMurray@ssd.com
Dori Katrine Stibolt
Florida Bar No. 183611
dstibolt@ssd.com
SQUIRE, SANDERS & DEMPSEY, LLP
1900 Phillips Point
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone: 561-650-7200
Facsimile: 561-655-1509
**Attorneys for Defendant Merck & Co., Inc.**

2

Respectfully submitted,

Schuler, Halvorson, Weisser & Zoeller, P.A.
Barristers Building, Suite 4-D
1615 Forum Place
West Palm Beach, FL 33401
Telephone: (561) 689-8180
Facsimile: (561-684-9683)
Attorneys for Plaintiff

*RDSch*

RICHARD D. SCHULER
rschuler@shw-law.com
FLORIDA BAR NO: 158226

Copy via Regular and Certified Mail to:

Mr. Gerald Wagganer
1845 Cornerstone Point
Evansville, IN 47715

Certified Article Number
7160 3901 9848 9601 6783
SENDERS RECORD

3