UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® | ) | MDL DOCKET NO: 1657 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE FALLON |
| | ) | |
| | ) | MAG. JUDGE KNOWLES |

RE:  Gerald Wagganer vs. Merck, et al                    MDL Case No. 2:05-cv-03125

## ORDER ON PLAINTIFF'S MOTION TO WITHDRAW

**THIS CAUSE** came before the Court on Plaintiff counsel's Motion to Withdraw, and the Court being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that said Motion is hereby granted/denied.   All further communications in this matter shall be served upon the Plaintiff as follows:   Gerald Wagganer, 1845 Cornerstone Point, Evansville, IN 47715.

**DONE AND ORDERED** at New Orleans, Louisiana, this _____ day of _____, 2012.

_____
Honorable Edward Fallon
United States District Judge

Copies furnished:        Counsel of Record
                         Gerald Wagganer

1