UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                  :       MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION    :       SECTION: L
                                              :
                                              :       JUDGE FALLON
                                              :       MAG. JUDGE KNOWLES
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO: 07-7756,** *Kenneth Novick v. Merck & Co., Inc.*

## ORDER

It appearing to the Court that Mr. Novick has obtained additional counsel and that the motion to withdraw filed by his former counsel is substantially complete,

IT IS ORDERED that the motion to withdraw (Rec. Doc. 42450) is GRANTED and attorney Rachel Gilmer is withdrawn as counsel for Plaintiff Kenneth Novick.

New Orleans, Louisiana, this 3rd day of January, 2012.

                                                    UNITED STATES DISTRICT JUDGE