# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| **This Document Relates to** | * | **JUDGE FALLON** |
| **Cases Listed on Exhibit A** | * | |
| | * | **MAG. JUDGE KNOWLES** |

* * * * * * * * * * * * * * * * * *

## *EX PARTE* MOTION FOR LEAVE TO FILE AMENDED EXHIBIT A

Plaintiff Judith Eddy was unintentionally omitted from Exhibit A of the undersigned's Motion To Strike or In The Alternative To Remand Merck & Co., Inc.'s Motion for Summary Judgment in VTE Cases. Defendant Merck was apprised of the omission and consented to the filing of an Amended Exhibit A which includes Ms. Eddy. Accordingly, the undersigned requests that the Court enter this *ex parte* Motion For Leave To File Amended Exhibit A, tendered herewith.

Respectfully submitted,

/s/ Ann B. Oldfather

Ann B. Oldfather
KBA Bar #52553
OLDFATHER LAW FIRM
1330 S. Third Street
Louisville, KY 40208
502.637.7200
502.637.3999 (fax)
aoldfather@oldfather.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Ex Parte* Motion For Leave to File Amended Exhibit A has been served upon Liaison Counsel, Phillip Wittmann and Russ Herman by U.S. Mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 4th day of January, 2012.

/s/ Ann B. Oldfather
_____
Ann B. Oldfather