## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | |
| **This Document Relates to** | * | JUDGE FALLON |
| **Cases Listed on Exhibit A** | * | |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * *

### O R D E R

Motion having been made by the Plaintiff,

IT IS HEREBY ORDERED BY THE COURT Plaintiff's *Ex Parte* Motion for Leave to File Amended Exhibit A is GRANTED.

So ordered.

New Orleans, Louisiana, this __ day of _____, 2012.

_____
Eldon E. Fallon
United State District Judge