**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | **Case Number:**<br>**2:06-cv-09757** |
| **Jo Levitt** | PLAINTIFFS |
| v. | |
| **Merck & Co., Inc.** | DEFENDANT |

\* \* \* \* \* \* \*

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**
**PURSUANT TO PTO 36, §II**

Ann B. Oldfather of the Oldfather Law Firm moves the Court, pursuant to PTO 36, Section II, for entry of an order allowing her to withdraw as counsel of record for plaintiff Jo Levitt, in the above-captioned matter. Counsel avows that reasonable grounds exist for the Court to grant this motion.

The undersigned counsel declares that counsel has communicated with Jo Levitt on repeated occasions. Counsel and Plaintiff have a fundamental disagreement. Counsel has explained to Plaintiff the reasons that counsel seeks to withdraw from continued representation of the Plaintiff in this action. Ms. Levitt has not responded to counsel's latest communication stating her reasons for seeking to withdraw.

The undersigned counsel represents that, as of this same date, Plaintiff Jo Levitt has been sent a copy of PTO 36 and a copy of this Motion to Withdraw, both of which have been sent by certified mail and regular mail. In the same correspondence, Plaintiff has been advised of the items set forth in PTO 36, Section II.B.

Plaintiff Jo Levitt's last known address is:

    1247 W. 56th Street
    Kansas City, MO 64113
    (816) 444-1300

Plaintiff has not provided an alternate contact.

Wherefore, the undersigned counsel respectfully requests that the Court determine that counsel has complied with all of the requirements of PTO 36 and Local Rule 83.2.11, as a result of which she be allowed to withdraw as counsel of record for Plaintiff, and be relieved of all further liability on this matter.

    Respectfully submitted,

    /s/ Ann B. Oldfather
    Ann B. Oldfather
    KY Bar ID #52553
    OLDFATHER LAW FIRM
    1330 South Third Street
    Louisville, KY  40208
    (502) 637-7200
    *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Withdraw as Counsel of Record Pursuant to PTO 36, §II has been served upon Liaison Counsel, Phillip Wittmann and Russ Herman, by U.S. Mail, an upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 4th day of January, 2012.

/s/ Ann B. Oldfather
_____
Ann B. Oldfather