## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | **Case Number:**<br>**2:06-cv-09757** |
| **Jo Levitt** | PLAINTIFF |
| v. | |
| **Merck & Co., Inc.** | DEFENDANT |

### ORDER

Upon due consideration of Plaintiff's counsel's Motion to Withdraw as Counsel of Record, and for good cause shown, the Court finds the motion to be well-taken, and that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that attorney Ann B. Oldfather of the Oldfather Law Firm is withdrawn as counsel of record for Plaintiff Jo Levitt.

New Orleans, Louisiana, this _____ day of _____, 2012.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Prepared by:

Ann B. Oldfather
OLDFATHER LAW FIRM
1330 South Third Street
Louisville, KY  40208
(502) 637-7200
*Counsel for Plaintiff*