**MINUTE ENTRY**
**FALLON, J.**
**JANUARY 5, 2012**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  VIOXX :  | |
| : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION : | |
| : | SECTION L |
| **THIS DOCUMENT RELATES TO:** : | |
| ALL PENDING GOVERNMENT ACTION : | JUDGE FALLON |
| CASES : | MAG. JUDGE KNOWLES |
| : | |

    On this date, a telephone status conference was held with Judge Eldon E. Fallon. Counsel for Merck, representatives of the PSC participated, and representatives for various litigants participated. At the conference, the parties discussed the status of the Government Actions. The status conference was transcribed by Ms. Toni Tusa, Official Court Reporter. The transcript will disclose the contents of the discussion and those who attended. Additionally,

    Counsel for Merck indicated a draft statement regarding outstanding discovery issues will be circulated by approximately January 25, 2012. At that time, the parties indicated they will discuss a proposed joint scheduling order for remaining discovery in the MDL.

JS10(00:15)