UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO: 06-3138,** *as to Eleanor Taylor ONLY*

## AMENDED ORDER

Pursuant to the Court's Order directing disbursement of the settlement funds attributable to Eleanor Taylor held in the registry of the Court (Rec. Doc. 63359), and amending the Court's previous order of disbursement (Rec. Doc. 63607),

IT IS ORDERED that the funds in the registry of the Court will be distributed in the amount of $947.58 for principal only to Brown & Crouppen, P.C., and in the amount of $7,474.23, plus accrued interest, less administrative expenses, to Ms. Eleanor Taylor.

New Orleans, Louisiana, this 5th day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:
Eleanor Taylor
10131 South Charles Street
1st Floor
Chicago, IL 60643

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130

1