MINUTE ENTRY
FALLON, J.
JANUARY 5, 2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS        CIVIL ACTION
       LIABILITY LITIGATION

       NO. 05-MDL-1657

       SECTION: L

**This document relates to: All Cases**

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Toni Tusa

Appearances: Ann Oldfather Esq, for Plaintiffs
           Douglas Marvin, Esq., Dorothy Wimberly, Esq. & Elaine Horn Esq. for Merck

---

Fifth Motion for Order to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 43 by Defendant (40199)

Argument - Separate order to follow

Motion for Order to Show Cause Why Remaining Settlement Program Releases and Stipulations Should Not be Tendered to Merck by Defendant. (63015)

Argument - Separate order to follow

Motion to Strike Motion for Summary Judgment for VTE Cases and Alternative Motion to Remand, Motion for Summary Judgment by Plaintiff. (63603)

Argument - DENIED with written order to follow

MOTION to Amend/Correct Pre-Trial Order No. 19 by Plaintiff. (63585)

TAKEN UNDER SUBMISSION


JS10: :30