UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL 1657 |
| THIS DOCUMENT RELATES TO: | SECTION L |
| | JUDGE FALLON |
| **Bill Black, et al. v. Merck & Co., Inc. 2:05-cv-04452-EEF-DEK** | MAG. JUDGE KNOWLES |

## MOTION FOR JOINDER IN RELIEF FROM MERCK'S VTE MOTION AND NOTICE OF SUBMISSION

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the undersigned counsel, Robert L. Salim, for Plaintiffs, Elizabeth Garner and Lynell Major, will bring this Motion for Joinder In Relief From Merck's VTE Motion before the Honorable Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, on the 1st day of March 2012, at 9:00 am, or as soon thereafter as Counsel may be heard.

### MOTION

Plaintiff moves the Court to continue Merck's Motion for Summary Judgment as to Plaintiff. A Memorandum in Support of this Motion is filed herewith and a requested Order is tendered.

Respectfully Submitted,

/s/Robert L. Salim
Robert L. Salim (#11663)
ROBERT L. SALIM, APLC
1901 Texas Street
Natchitoches, Louisiana 71457
Phone: (318) 352-5999
Facsimile: (318) 354-1227
e-mail: robertsalim@cp-tel.net

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion For Joinder In Relief From Merck's VTE Motion has been served upon Liaison Counsel, Phillip Wittmann and Russ Herman, by U.S. Mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 9th Day of January, 2012.

                                                                       /s/Robert L. Salim

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX® PRODUCTS LIABILITY
LITIGATION

THIS DOCUMENT RELATES TO:

**Bill Black, et al. v. Merck & Co., Inc. 2:05-cv-04452-EEF-DEK**

MDL 1657

SECTION L

JUDGE FALLON

MAG. JUDGE KNOWLES

## ORDER

Motion having been made by the Plaintiff,

IT IS HEREBY ORDERED BY THE COURT that Merck's Motion for Summary Judgment be continued generally as to Plaintiffs, Elizabeth Garner and Lynell Major.

So ordered.

New Orleans, Louisiana, this ___ day of _____, 2012.

_____
Eldon E. Fallon
United States District Judge

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: VIOXX® PRODUCTS LIABILITY LITIGATION | **MDL 1657** |
| THIS DOCUMENT RELATES TO: | **SECTION L** |
| | **JUDGE FALLON** |
| ***Bill Black, et al. v. Merck & Co., Inc. 2:05-cv-04452-EEF-DEK*** | **MAG. JUDGE KNOWLES** |

## MEMORANDUM IN SUPPORT OF MOTION FOR JOINDER IN RELIEF FROM MERCK'S VTE MOTION

The undersigned represents claimants, Elizabeth Garner and Lynell Major, in the above captioned litigation who have been including as a listed Plaintiff in Merck's Exhibit A attached to its Motion for Summary Judgment on VTE cases [Record Doc. 63539-2]. Plaintiffs have already filed a *Lone Pine* report as required by prior orders of this Court. However, Merck now seeks summary judgment by filing reports from two previously undisclosed, and so far un-deposed, expert witnesses. Plaintiffs have been in compliance with all Court established deadlines regarding discovery and required disclosures. Plaintiffs were not aware of and had not been presented with a Court established deadline by which Plaintiff's trial ready and *Daubert*-level causation proof was to have been developed and presented.

Plaintiffs understand that the PSC for Ineligible Claims has a deadline to develop and present general causation expert witnesses in opposition to Merck's Motion, and that Merck's Motion has been continued generally as to cases where Ms. Oldfather is counsel so that testimony can be disclosed and tested by Merck's counsel.

Plaintiffs request that they be allowed to benefit from the common benefit work anticipated from the PSC for Ineligible Claims with regard to expert proof on general causation, and that Merck's Motion for Summary Judgment likewise be continued generally as to Plaintiffs.

For the foregoing reasons, the Court is respectfully requested to enter the tendered Order.

    Respectfully Submitted,

    /s/Robert L. Salim
    Robert L. Salim (#11663)
    ROBERT L. SALIM, APLC
    1901 Texas Street
    Natchitoches, Louisiana 71457
    Phone: (318) 352-5999
    Facsimile: (318) 354-1227
    e-mail: robertsalim@cp-tel.net