UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | * * * * * | MDL Docket No. 1657 |
| | * | SECTION  L |
| THIS RELATES TO: | * * | |
| Kristen Martin v. Merck & Co., Inc. Civil Action No.: 2:06-cv-06808 | * * * * | JUDGE FALLON MAG. JUDGE KNOWLES |
| * * * * * * * * * * * | * | |

**MOTION FOR JOINDER IN RELIEF FROM MERCK'S VTE MOTION
And NOTICE OF SUBMISSION**

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that Plaintiff Kristen Martin will bring this Motion for Joinder In Relief From Merck's VTE Motion for Summary Judgment before the Honorable Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, 70130, on the 1st day of March, 2012, at 9:00 a.m. or as soon thereafter as Plaintiff Kristen Martin may be heard.  Plaintiff Kristen Martin states that the date noticed for submission is reasonable under LR 7.2

**MOTION**

Plaintiff moves the Court to continue Merck's Motion for Summary Judgment as to Plaintiff as it has done for other plaintiffs in this litigation and on the grounds stated by Plaintiff's liaison counsel [1].  A Memorandum of Support of this Motion is filed herewith and a requested Order is tendered.

---

[1] To the extent applicable to this Motion, Plaintiff Kristen Martin adopts and incorporates Plaintiffs' Memorandum In Support Of Plaintiffs' Motion To Strike Or In The Alternative To Remand Merck & Co., Inc's Motion For Summary Judgment In VTE Cases, filed by The Oldfather Lawfirm, Transaction ID 41454718.

Respectfully submitted,

**FIBICH, HAMPTON, LEEBRON, BRIGGS & JOSEPHSON, LLP**

By:   /s/ *Kenneth T. Fibich*
KENNETH T. FIBICH
State Bar No. 06952600
W. MICHAEL LEEBRON II
State Bar No. 12149000
1401 McKinney, Suite 1800
Houston, Texas 77010
Telephone: (713) 751-0025
Telecopier: (713) 751-0030

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion For Joinder In Relief From Merck's VTE Motion has been served upon Liaison Counsel, Phillip Wittman and Russ Herman, by U. S. Mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/EMF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657, on this 6th day of January, 2012.

/s/ *Kenneth T. Fibich*
Kenneth T. Fibich

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | * * * * * | MDL Docket No. 1657 |
| | * | SECTION L |
| THIS RELATES TO: | * * | |
| *Kristen Martin v. Merck & Co., Inc.* | * | JUDGE FALLON |
| Civil Action No.: 2:06-cv-06808 | * * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Motion having been made by the Plaintiff,

IT IS HEREBY ORDERED BY THE COURT that Merck's Motion for Summary Judgment be continued generally as to Plaintiff Kristen Martin.

So ordered.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
Eldon E. Fallon
United States District Judge