UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | * * * * * | MDL Docket No. 1657 |
| | * | SECTION L |
| THIS RELATES TO: | * * | |
| Kristen Martin v. Merck & Co., Inc. Civil Action No.: 2:06-cv-06808 | * * * * | JUDGE FALLON MAG. JUDGE KNOWLES |
| * * * * * * * * * * * | * | |

## MEMORANDUM IN SUPPORT OF MOTION FOR JOINDER IN RELIEF FROM MERCK'S VTE MOTION

The undersigned represents a claimant in the above captioned litigation who has been included as a listed Plaintiff in Merck's Exhibit A attached to its Motion for Summary Judgment on VTE cases [Record Doc. 63539-2]. Plaintiff has already filed a *Lone Pine* report as required by prior orders of this Court. However, Merck now seeks summary judgment by filing reports from two previously undisclosed, and so far un-deposed, expert witnesses. Plaintiff has been in compliance with all Court established deadlines regarding discovery and required disclosures. Plaintiff was not aware of and had not been presented with a Court established deadline by which Plaintiffs' trial ready and *Daubert-level* causation proof was to have been developed and presented.

Plaintiff understands that the PSC for Ineligible Claims has a deadline to develop and present general causation expert witnesses in opposition to Merck's Motion, and that Merck's Motion has been continued generally as to cases where Ms. Oldfather is counsel so that testimony can be disclosed and tested by Merck's counsel.

Plaintiff requests that she be allowed to benefit from the common benefit work

1

anticipated from the PSC for Ineligible Claims with regard to expert proof on general causation, and that Merck's Motion for Summary Judgment likewise be continued generally as to Plaintiff. To this end, Plaintiff adopts and incorporates Plaintiffs' Memorandum In Support Of Plaintiffs' Motion To Strike Or In The Alternative To Remand Merck & Co., Inc.'s Motion For Summary Judgment In VTE Cases, filed by The Oldfather Lawfirm, Transaction ID 41454718 and all arguments and evidence presented in support thereof.

For the foregoing reasons, the Court is respectfully requested to enter the tendered Order.

Respectfully submitted,

**FIBICH, HAMPTON, LEEBRON, BRIGGS & JOSEPHSON, LLP**

By:    /s/ *Kenneth T. Fibich*
      KENNETH T. FIBICH
      State Bar No. 06952600
      W. MICHAEL LEEBRON II
      State Bar No. 12149000
      1401 McKinney, Suite 1800
      Houston, Texas 77010
      Telephone: (713) 751-0025
      Telecopier: (713) 751-0030

      **ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion For Joinder In Relief From Merck's VTE Motion has been served upon Liaison Counsel, Phillip Wittman and Russ Herman, by U. S. Mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/EMF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657, on this 6th day of January, 2012.

                                                            /s/ *Kenneth T. Fibich*
                                                              Kenneth T. Fibich