UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>    Products Liability Litigation | *<br>*<br>* |
| This Document Relates to: | *   MDL No. 1657<br>* |
| DISTRICT OF COLUMBIA, *ex rel*<br>    KENNETH WALKER, | *   SECTION L<br>*<br>*   JUDGE ELDON E. FALLON |
| Plaintiff, | *<br>*   MAGISTRATE JUDGE |
| versus | *   KNOWLES<br>* |
| MERCK SHARP & DOHME CORP., | *<br>* |
| Defendant. | *<br>* |
| Case No. 2:08-cv-4148 | *<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **DEFENDANT'S MOTION FOR RULE 54(b) CERTIFICATION**

Defendant Merck Sharp & Dohme Corp. ("Merck") respectfully moves the Court for an order granting it final judgment with respect to plaintiff's claim under the D.C. False Claims Act, D.C. Code § 2-308.14 et seq. ("FCA"), which was previously dismissed with prejudice.

As set forth more fully in the attached Memorandum of Law, certification under Rule 54(b) is proper because: (1) dismissal of the FCA claim was a final determination of a substantive claim on the merits; and (2) there is no just reason for delaying the entry of final judgment.

WHEREFORE, the Court should grant Merck final judgment with respect to plaintiff's FCA claim pursuant to Federal Rule of Civil Procedure 54(b).


Dated:                                                                                  Respectfully submitted,


1080977v1

2

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130

Douglas R. Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, DC 20005

John H. Beisner
Jessica Davidson Miller
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005

ATTORNEYS FOR MERCK SHARP &
DOHME CORP.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Motion for Rule 54(b) Certification* has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 9th day of January, 2011.

                                              */s/ Dorothy H. Wimberly*
                                              Dorothy H. Wimberly, 18509
                                              STONE PIGMAN WALTHER WITTMANN L.L.C.
                                              546 Carondelet Street
                                              New Orleans, Louisiana  70130
                                              Phone:  504-581-3200
                                              Fax:     504-581-3361
                                              dwimberly@stonepigman.com

                                              Defendants' Liaison Counsel

1080977v1