UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>　　Products Liability Litigation<br><br>This Document Relates to:<br><br>DISTRICT OF COLUMBIA, *ex rel*<br>　　KENNETH WALKER,<br><br>　　　　　　　　Plaintiff,<br><br>　versus<br><br>MERCK SHARP & DOHME CORP.,<br><br>　　　　　　　　Defendant.<br><br>Case No. 2:08-cv-4148 | \*<br>\*<br>\*<br>\*<br>\*<br>\*<br>\*<br>\*<br>\*<br>\*<br>\*<br>\*<br>\*<br>\*<br>\*<br>\*<br>\* | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## [PROPOSED] ORDER ON DEFENDANT'S MOTION FOR RULE 54(b) CERTIFICATION

**IT IS ORDERED** that defendant Merck Sharp & Dohme Corp.'s motion be and it hereby is **GRANTED**, and judgment is entered in favor of Merck with respect to plaintiff's claim under the D.C. False Claims Act, D.C. Code § 2-308.14 et seq.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2012.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ELDON E. FALLON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE