IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX PRODUCTS LIABILITY LITIGATION MDL No. 1657 | ) ) ) ) | SECTION L JUDGE ELDON E. FALLON |
| This document relates to: | ) ) | |
| ARTHUR FULTON AS ADMINISTRATOR OF THE ESTATE OF REBEKA KAYLA SCHULTZ FULTON, DECEASED, | ) ) ) ) ) | CASE NO.   2:05 CV 0436 |
| Plaintiff, v. | ) ) ) | |
| MERCK & CO., INC., | ) ) | |
| Defendant(s). | ) | |

### [PROPOSED] ORDER

Plaintiff has filed a Motion asking for the continuance of the Motion for Summary Judgment filed by Merck on all claims.

IT IS HEREBY ORDERED BY THE COURT that Merck's Motion for Summary Judgment is continued generally as to Plaintiff, Arthur Fulton.

So ordered.

New Orleans, Louisiana, this ___ day of _____, 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE