IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX PRODUCTS ) <br> LIABILITY LITIGATION ) <br> MDL No. 1657 ) <br> _____ ) <br> This document relates to: ) <br> ) <br> WELBY RAY KNIFLEY AS ) <br> ADMINISTRATOR OF THE ESTATE ) <br> OF THELMA B. KNIFLEY, ) <br> DECEASED, ) <br> ) <br>     Plaintiff, ) <br> v. ) <br> ) <br> MERCK & CO., INC., ) <br> ) <br>     Defendant(s). ) | SECTION L <br> JUDGE ELDON E. FALLON <br><br><br><br> CASE NO.   2:05 CV 5635 |

**PLAINTIFF'S MOTION FOR JOINDER IN RELIEF
FROM MERCK'S VTE MOTION and
NOTICE OF SUBMISSION**

**NOTICE OF SUBMISSION**

Now comes the Plaintiff, by and through his undersigned attorney, and gives notice that the Motion for Joinder in Relief from Merck's VTE Motion will be brought before the Honorable Eldon E. Fallon on the 1st day of March, 2012, at 9:00 a.m., or as soon thereafter as counsel for the Plaintiff may be heard.  Plaintiff's counsel states that the date noticed for submission is reasonable under LR 7.2.

**MOTION FOR JOINDER IN RELIEF**

Now comes the Plaintiff, by and through his undersigned attorney, and moves the Court to continue Merck's Motion for Summary Judgment on his claims. A separate Memorandum in Support of this Motion is filed simultaneously and a requested Order is tendered.

s/Leila H. Watson
Leila H. Watson (ASB-3023-S74L)
CORY, WATSON, CROWDER & DEGARIS, P.C.
Attorney for the Plaintiff
2131 Magnolia Avenue
Birmingham, AL  35205
Telephone No.:  205-328-2200
Fax No.:  205-324-7896
Email:  lwatson@cwcd.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Liaison Counsel, Russ Herman, Ann B. Oldfather, and Phillip Wittmann, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advance in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 9th day of January 2012.

**s/Leila H. Watson**