IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX PRODUCTS ) <br> LIABILITY LITIGATION ) <br> MDL No. 1657 ) <br> _____ ) <br> This document relates to: ) <br> ) <br> BEVERLY ALBERTSON, ) <br> DENNIS PERSON, ) <br> ) <br>     Plaintiffs, ) <br> v. ) <br> ) <br> MERCK & CO., INC., ) <br> ) <br>     Defendant(s). ) | SECTION L <br> JUDGE ELDON E. FALLON <br><br><br> CASE NO.   2:06 CV 6236 |

**PLAINTIFFS' MOTION FOR JOINDER IN RELIEF
FROM MERCK'S VTE MOTION and
NOTICE OF SUBMISSION**

**NOTICE OF SUBMISSION**

Now come the Plaintiffs, by and through their undersigned attorney, and give notice that the Motion for Joinder in Relief from Merck's VTE Motion will be brought before the Honorable Eldon E. Fallon on the 1st day of March, 2012, at 9:00 a.m., or as soon thereafter as counsel for the Plaintiffs may be heard.  Plaintiffs' counsel states that the date noticed for submission is reasonable under LR 7.2.

**MOTION FOR JOINDER IN RELIEF**

Now come the Plaintiffs, by and through their undersigned attorney, and move the Court to continue Merck's Motion for Summary Judgment on their claims.  A separate Memorandum in Support of this Motion is filed simultaneously and a requested Order is tendered.

        s/Leila H. Watson
        Leila H. Watson (ASB-3023-S74L)
        CORY, WATSON, CROWDER & DEGARIS, P.C.
        Attorney for the Plaintiffs
        2131 Magnolia Avenue
        Birmingham, AL  35205
        Telephone No.:  205-328-2200
        Fax No.:  205-324-7896
        Email:  lwatson@cwcd.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Shas been served on Liaison Counsel, Russ Herman, Ann B. Oldfather, and Phillip Wittmann, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advance in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 9th day of January 2012.

        **s/Leila H. Watson**