IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX PRODUCTS ) <br> LIABILITY LITIGATION ) <br> MDL No. 1657 ) <br> _____ ) <br> **This document relates to:** ) <br> ) <br> **BEVERLY ALBERTSON,** ) <br> **DENNIS PERSON,** ) <br> ) <br>    Plaintiffs, ) <br> v. ) <br> ) <br> **MERCK & CO., INC.,** ) <br> ) <br>    Defendant(s). ) | SECTION L <br> **JUDGE ELDON E. FALLON** <br><br><br> CASE NO.   2:06 CV 06236 |

### [PROPOSED] ORDER

Plaintiffs have filed a Motion asking for the continuance of the Motion for Summary Judgment filed by Merck on all claims.

IT IS HEREBY ORDERED BY THE COURT that Merck's Motion for Summary Judgment is continued generally as to Plaintiffs, Beverly Albertson and Dennis Person.

So ordered.

New Orleans, Louisiana, this ___ day of _____, 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE