UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Janet Avant, et al. v. Merck & Co., Inc.*, No. 2:08-cv-0882 (only as to plaintiff Louise Young) | * | |
| | * | |

*************************************************************************

## ORDER

Defendant Merck & Co., Inc.'s Motion, Rule and Incorporated Memorandum to Show Cause Why Remaining Settlement Program Releases and Stipulations Should Not Be Tendered to Merck (R. Doc. 63015) came on for hearing on January 5, 2012. For the reasons orally assigned and at the request of the parties,

**IT IS ORDERED** that the motion is deferred as to plaintiff Louise Young until March 1, 2012 at 9:00 a.m.

**NEW ORLEANS, LOUISIANA**, this __5th__ day of January, 2012.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**