## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | *   MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | *   SECTION L |
| | *   JUDGE FALLON |
| **This document relates to:** | * |
| | *   MAGISTRATE JUDGE KNOWLES |
| *Kenneth Novick v. Merck & Co., Inc.*, 2:07-cv-7756; and, | * |
| *Don Chapman, et al. v. Merck & Co., Inc.*, 2:07-cv-0902 (only as to plaintiff Richard Garcia) | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Matters deferred from Defendant Merck & Co., Inc.'s Fifth Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 43 (R. Doc. 40199) came on for hearing on the 5th day of January, 2012. After reviewing the pleadings and considering the argument of counsel, and for the reasons orally assigned, the Court hereby enters judgment as follows:

**IT IS ORDERED** that the motion is granted as to plaintiff Richard Garcia and all claims of Richard Garcia be and they hereby are DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that the motion is withdrawn as to plaintiff Kenneth Novick.

**NEW ORLEANS, LOUISIANA**, this __5th__ day of January, 2012.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE