UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
Product Liability Litigation

MDL NO. 1657

Gene Weeks,

SECTION: L

Plaintiff,

Case No. 2:05-cv-04578-EEF-DEK

v.

Judge Fallon

MERCK & CO., INC.,

Special Master Patrick A. Juneau

Defendant.

_____/

**PLAINTIFF'S COUNSEL, MARIA TEJEDOR'S,
MOTION FOR ENTRY OF ORDER REGARDING SPECIAL MASTER JUNEAU'S REPORT AND
RECOMMENDATIONS DATED OCTOBER 26, 2010**

COMES NOW, Plaintiff's Counsel, Maria Tejedor, Esq. and moves for entry of the order regarding the Special Master Juneau's Report and Recommendations dated October 26, 2010, and as good grounds would state as follows:

1. This matter was sent by the Honorable Court and assigned to Special Master Patrick Juneau for report and recommendation as it pertains to the fee dispute issue between counsel, Attorney Maria Tejedor and Ronald Benjamin. On October 26, 2010, Special Master Juneau issued his report and recommendation and accordingly filed a copy of the same with the Court. To date, the Court has yet to issue an order affirming or addressing the same which allows this issue to remain unresolved.

2. It should be noted that the Special Master not only issued the report in favor of counsel, Maria Tejedor but also recommend specific sanctions against Mr. Benjamin, who failed to show for the hearing or follow any of the guidelines set by Special Master Juneau for flagrant abuse and disregard of the judicial process. The Special Master awarded attorney Maria

Tejedor $2,000.00 for 8 hours plus expenses of 495.15 for Mr. Benjamin failing to appear at the in-person meeting set for September 13th. Additionally, the Special Master also awarded a payment to the Clerk, United States District Court from Mr. Benjamin for $5,000 for his abuse and disregard of the judicial process.

3. The Special Master also ruled that Ms. Tejedor should be paid the $67,556.63 in attorney's fees and $2,945.74 in litigation expenses. A copy of the Special Master's report and recommendations are attached hereto. Attorney Maria Tejedor currently holds in her possession the funds in trust for the initial settlement of Mr. Weeks case in awaiting for the Court's ruling.

4. Moreover, the Claims Administrator also forwarded to Mr. Benjamin the amount of $4,229.29 to Mr. Benjamin as counsel of record on this case for a 1.5% reimbursement of attorney's fees. The same should also be forwarded to Maria Tejedor, as she was awarded all attorney's fees in this matter which would include any additional fees to be reimbursed by the Claims administrator.

Accordingly, Attorney Maria Tejedor hereby requests that this Honorable Court issue an order affirming the ruling by Special Master Patrick Juneau and provide an order requiring the issuance of funds in Mr. Benjamin's possession of $4,229.29 be immediately submitted to Attorney Maria Tejedor, as well as order all sanctions be paid by Mr. Benjamin within 5 business days.

WHEREFORE, Plaintiff's Counsel, Maria Tejedor, Esq., respectfully requests that this Honorable Court enter an order allowing for disbursement of funds as outlined herein.

**Certificate of Service**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to Ronald R. Benjamin, Esq.,126 Riverside Dr., PO BOX 607, Binghamton, NY 13902-0607 and Special Master Patrick Juneau, The Harding Center, Suite 202 1018 Harding Street P.O. Drawer 51268

Lafayette, LA 70505-1268 by United States Mail on this \_\_\_ day of January 2012.

                                Maria D. Tejedor
                                Florida Bar No.: 95834
                                Diez-Arguelles & Tejedor, P.A.
                                505 N. Mills Ave.
                                Orlando, FL 32803
                                P: 407-705-2880
                                F: 888-611-7879