UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Cases identified on Exhibit A* | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**DEFENDANT MERCK'S MOTION AND INCORPORATED MEMORANDUM SEEKING ENTRY OF A COMPREHENSIVE SCHEDULING ORDER FOR "OTHER INJURY" AND "PTO 29" CASES**

Defendant Merck Sharp & Dohme Corp. ("Merck"), by undersigned counsel, moves the Court for entry of an order establishing a comprehensive schedule for nearly one-third of the remaining personal injury cases in this MDL, viz., those that (a) allege an injury ***other than*** myocardial infarction, stroke, sudden cardiac death, or a venous thrombotic event, or (b) were filed after  November 9, 2007 the date on which the Master Settlement Agreement was executed (hereinafter "PTO 29" cases).  A proposed comprehensive scheduling order is attached.

In support of this motion, Merck further states as follows:

1.     There are currently about 90 personal injury cases pending in this MDL that remain to be litigated.  This includes all of the personal injury actions (a) that were filed before the November, 2007 announcement of the Vioxx Resolution Program that were either eligible for the Program and chose not to enroll or were ineligible("PTO 28 Cases"), (b) that were filed after the announcement of the settlement ("PTO 29 Cases"), and (c) all of the cases that entered the Resolution Program but failed the Gates set up as requirements for participation in the Program and  that subsequently submitted Future Evidence Stipulations ("PTO 43 Cases").

1081453v1

2.      Through prior orders, this Court currently has plans in place to address certain large sub-groups of cases including cases alleging injuries of venous thrombotic events ("VTEs") and cases represented by Ronald Benjamin.[1]  The purpose of this Motion is to propose a plan to address cases alleging an injury other than myocardial infarctions, strokes and VTEs as well as the remaining PTO 29 cases, none of which are otherwise subject to a schedule.[2]

3.      Entry of the attached proposed order would establish a schedule for the expeditious completion of fact and expert discovery in these cases, and the prosecution of key dispositive and *Daubert* motions.  Such an order will also allow this Court to work towards wrapping up MDL 1657 in a timely and efficient manner.

## **CONCLUSION**

For the foregoing reasons, Merck's Motion should be GRANTED.

Dated:  January 12, 2012                    Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

---

[1]  On November 2, 2011, Merck filed a summary judgment motion as to twenty-eight cases in which the plaintiffs allege VTE injuries.  The Court has issued an order setting out a schedule and plan for expert discovery related to that motion.  As to cases represented by Ronald Benjamin, this Court has also issued an order establishing an exemplar trial plan.

[2]  The requested scheduling order would not apply to non-VTE cases currently represented by Ms. Oldfather (who has the largest number of VTE cases) or other cases represented by Mr. Benjamin.

1081453v1

—and—

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Attorneys for Merck Sharp & Dohme Corp.

3

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion for Scheduling Order has been served on Liaison Counsel, Russ Herman, Phillip Wittmann by U.S. Mail and e-mail or by hand delivery and e-mail, upon Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B) in accord with the procedures established in MDL 1657 on this 12th day of January, 2012.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

1081453v1