UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to the plaintiffs listed on attached Exhibit A. | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| | * | |

**********************************************************************

**[PROPOSED] PRETRIAL ORDER NO. [XX]**
**(Case Management Order for Designated "Other Injury" and "PTO 29" Cases)**

Whereas, this Court has pending before it about 90 personal injury cases that fall within various categories, some of which are subject to deadlines imposed by this court and some which are not.

Whereas there are 27 cases that allege an injury *other than* myocardial infarction, stroke, sudden cardiac death, or a venous thrombotic event (hereinafter "other injury" cases), and/or were filed after November 7, 2007 ("PTO 29" cases).

Whereas, the Court and the parties seek to advance the preparation of these claims for appropriate resolution and/or trial.

**IT IS HEREBY ORDERED:**

I.   **APPLICABILITY OF ORDER**

This Order shall govern only the cases identified on the attached Exhibit A.

1081455v1

## II.     SCHEDULE FOR DISCOVERY AND PRE-TRIAL PROCEEDINGS

### A.     Additional Fact Discovery

| | | |
|---|---|---|
| **March 15, 2012** | (1) | **Deadline for serving case-specific written discovery** |
| **July 14, 2012** | (2) | **Completion of all fact discovery*[1]** |

### B.     Expert Discovery

| | | |
|---|---|---|
| **June 22, 2012** | (1) | **Plaintiffs' expert reports served** |
| **July 20, 2012** | (2) | **Defendants' expert reports served** |
| **October 1, 2012** | (3) | **Completion of depositions of experts** |

**Each party shall have the right to depose the other party's experts within a reasonable time after their reports are delivered.**

### C.     Daubert Motions

| | | |
|---|---|---|
| **November 1, 2012** | (1) | **Any Daubert challenge to Expert Testimony must be filed by this date.** |
| **November 30, 2012** | (2) | **Any oppositions to Daubert and Dispositive Motions must be filed by this date.** |
| **December 17, 2012** | (3) | **Reply briefs** |

---

[1] So that parties would not need to incur the expense of taking the depositions of persons who could not be called at trial to testify, a party would be entitled to take a deposition of any person, previously not deposed, who subsequently appeared on a witness list for trial.

1081455v1

**D.     Dispositive Motions**

| | | |
|---|---|---|
| **November 16, 2012** | **(1)** | **Any Dispositive Motions must be filed by this date.** |
| **December 7, 2012** | **(2)** | **Any oppositions to Dispositive Motions must be filed by this date.** |
| **December 21, 2012** | **(3)** | **Reply briefs** |

NEW ORLEANS, LOUISIANA, this _____ day of February, 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1081455v1