# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | **MDL Docket No. 1657** |
| | * | |
| PRODUCTS LIABILITY | * | **SECTION L** |
| LITIGATION | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| | * | **MAGISTRATE JUDGE** |
| *Ulhas Sanjanwala, Individually, and as the* | * | **DANIEL E. KNOWLES, III.** |
| *Administrator of the Estate of Smita* | * | |
| *Sanjanwala v. Merck Sharp & Dohme* | * | |
| *Corp.*, **Case No. 2:05-cv-01011** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## DEFENDANT MERCK SHARPE & DOHME CORPORATION'S ANSWER AND DEFENSES TO AMENDED COMPLAINT

In answer to the Amended Complaint of Plaintiff Ulhas Sanjanwala, filing individually and as the Administrator of the Estate of Smita Sanjanwala, Defendant Merck Sharp & Dohme Corp. ("Merck"), by its undersigned attorneys, hereby adopts its answer and affirmative defenses to the original complaint filed in this matter to the extent applicable to all allegations of the Amended Complaint. Merck further answers the additional numbered and unnumbered allegations in the Amended Complaint as follows:

1.  To the extent that paragraph 1 attempts to incorporate each and every allegation made in Plaintiff's Original Complaint, Merck adopts and incorporates by reference its Answer and Affirmative Defense to the original Complaint as if fully set forth herein.

2.  Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 2, and in the alternative denies same, except admits upon information and belief that Plaintiff Ulhas Sanjanwala was appointed Administrator

1081521v1

of the Estate of Smita Sanjanwala pursuant to an Order of the District Court of Johnson County, Kansas on March 10, 2011, and was substituted as Plaintiff in this action by Order of this Court on May 19, 2011.

3. Denies knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 3, and in the alternative denies same.

4. Denies each and every allegation contained in paragraph 4.

5. Denies each and every allegation contained in paragraph 5.

6. Denies each and every allegation contained in paragraph 6.

7. Denies each and every allegation contained in paragraph 7.

8. Denies each and every allegation contained in paragraph 8.

9. The allegations contained in paragraph 9 are legal conclusions as to which no responsive pleading is required.  Should a response be deemed required, Merck denies each and every allegation contained in said paragraph.

10. The allegations contained in the unnumbered "Wherefore" paragraph constitute a prayer for relief as to which no response is required.  Should a response be deemed required, Merck denies each and every allegation contained in the unnumbered "Wherefore" paragraph, except admits that Plaintiff purports to seek economic relief, but denies that there is any legal or factual basis for such relief.

**ADDITIONAL DEFENSE**

As for an additional defense to the amended Complaint, and without assuming any burden of pleading or proof that would otherwise rest on Plaintiff, Merck alleges as follows:

The claims of Plaintiff may be time-barred, in whole or in part, under prescription, peremption, statutes of repose, applicable federal or state statute of limitations, or are otherwise untimely.

### JURY DEMAND

Defendant demands a trial by jury as to all issues herein so triable.

Respectfully submitted,

 /s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

  —and—

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Attorneys for Merck, Sharp & Dohme Corp.

**Dated:  January 13, 2012**

1081521v1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Answer to Amended Complaint has been served on Liaison Counsel, Russ Herman, Phillip Wittmann, and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 13th day of January , 2012.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1081521v1