UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx® <br> Product Liability Litigation | MDL Docket No. 1657 <br> SECTION L |
| This document relates to: | JUDGE FALLON |
| Charles Giles <br> v. <br> Merck & Co., Inc. | MAGISTRATE JUDGE KNOWLES |
| Docket No. 2:09-cv-03290 | |

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Charles Giles in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 12th day of January, 2012.

_____
DISTRICT JUDGE