MINUTE ENTRY
FALLON, J.
JANAURY 18, 2012

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS<br>LIABILITY LITIGATION | CIVIL ACTION<br><br>NO.  05-MD-1657<br><br>SECTION: L |

**This document relates to: 06-9382**

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Susan Zielie

Appearances:  Christopher Collins, Esq., Office of Santa Clara County
           Dawn Barrios, Esq., Plaintiffs
           Elizabeth Cabraser, Esq. Plaintiffs
           John Beisner, Esq., Merck

MOTION for Judgment on the Pleadings by Defendant Merck Sharp & Dohme Corp.  (63425)

Argument - TAKEN UNDER SUBMISSION

JS10:   :27