UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

**IN RE:  VIOXX**  MDL NO. 1657
**PRODUCTS LIABILITY LITIGATION:**

SECTION:  L

………………………………………………….. JUDGE FALLON
MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
**Robert Ruzicka, et. al. v. Merck & Co., Inc., No. 2:06-cv-1971 EEK-DEK**
**(previously  USDC EDMO 4:05-cv-01945-CEJ)**
**Plaintiff Dorothy Joiner**

## MOTION TO WITHDRAW AS COUNSEL OF RECORD
## FOR PLAINTIFF DOROTHY JOINER

Pursuant to LR 83.2.11, Seth S. Webb and the firm of Brown and Crouppen move the Court for an Order allowing them to withdraw as attorneys of record for Plaintiff, Dorothy Joiner, in this matter for the reason that Brown and Crouppen can no longer effectively represent Plaintiff due to a breakdown in the attorney-client relationship, the details of which are within the confines of the attorney-client privileges. Plaintiff has given her consent to this motion.

Written notice of the filing of this motion was sent this date via certified mail to Plaintiff's last known mailing address of 3931 Olive, Apartment B, St. Louis, Missouri 63108.

LexisNexis File & Serve will be notified of this change in party/counsel status by undersigned counsel's office as soon as the Order is entered.

1

Dated: January 23, 2012  RESPECTFULLY SUBMITTED,

BROWN AND CROUPPEN

/s/ Seth S. Webb  
Seth S. Webb, MO #51236  
Brown & Crouppen, P.C.  
211 North Broadway, Suite 1600  
St. Louis, MO 63102  
(314) 421-0216  
(314) 421-0359 fax  
Sethw@getbc.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion to Withdraw has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was filed electronically with the Clerk of Court, Eastern District of Louisiana on this 23rd day of January, 2012.

By:   /s/ Seth S. Webb  
      Seth S. Webb, MO #51236