UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  VIOXX<br>PRODUCTS LIABILITY LITIGATION: | MDL NO. 1657<br><br>SECTION:  L<br><br>JUDGE FALLON |
| ……………………………………………….. | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
Robert Ruzicka, et. al. v. Merck & Co., Inc., No. 2:06-cv-1971 EEK-DEK
(previously  USDC EDMO 4:05-cv-01945-CEJ)
**Plaintiff Dorothy Joiner**

## DECLARATION OF SETH S. WEBB

I, Seth S. Webb, declare that:

1. Counsel has communicated with plaintiff.

2. Counsel has explained to the plaintiff the reasons for seeking to withdraw from the representation of the plaintiff; and

3. Plaintiff has consented to the withdrawal.

| | |
|---|---|
| Dated: January 23, 2012 | RESPECTFULLY SUBMITTED,<br><br>BROWN AND CROUPPEN<br><br>/s/ Seth S. Webb<br>Seth S. Webb, MO #51236<br>Brown & Crouppen, P.C.<br>211 North Broadway, Suite 1600<br>St. Louis, MO 63102<br>(314) 421-0216<br>(314) 421-0359 fax<br>sethw@getbc.com |

1