UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:  VIOXX** | **MDL NO. 1657** |
| **PRODUCTS LIABILITY LITIGATION:** | |
| | **SECTION:  L** |
| | |
| | **JUDGE FALLON** |
| ……………………………………………….. | **MAG. JUDGE KNOWLES** |

**THIS DOCUMENT RELATES TO:**
Robert Ruzicka, et. al. v. Merck & Co., Inc., No. 2:06-cv-1971 EEK-DEK
(previously  USDC EDMO 4:05-cv-01945-CEJ)
**Plaintiff Dorothy Joiner**

# ORDER

Upon due consideration of Plaintiff's Counsel's Motion to Withdraw as Counsel of Record for Plaintiff Dorothy Joiner, and for good cause shown, the Court finds the motion to be well taken, and that same should be granted.

IT IS ORDERED, ADJUDGED AND DECREED that Seth S. Webb and the law firm of Brown and Crouppen are withdrawn as attorneys for Plaintiff Dorothy Joiner.

IT IS SO ORDERED.

DATED: _____, 2012.

_____
Honorable Eldon E. Fallon/Judge
United States District Court Judge
Eastern District of Louisiana