UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

**IN RE:  VIOXX**                                            MDL NO. 1657
**PRODUCTS LIABILITY LITIGATION:**

                                                            SECTION:  L


                                                            JUDGE FALLON
……………………………………………………..        MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
**Robert Ruzicka, et. al. v. Merck & Co., Inc., No. 2:06-cv-1971 EEK-DEK**
**(previously  USDC EDMO 4:05-cv-01945-CEJ)**
**Plaintiff Dorothy Joiner**

**<u>MOTION TO HAVE SETTLEMENT FUNDS PLACED INTO COURTS REGISTRY</u>**

        Seth S. Webb and the firm of Brown and Crouppen move the Court for an Order allowing them to have settlement funds received on behalf of Dorothy Joiner placed into the court's registry, for the reason that Brown and Crouppen no longer represents Plaintiff due to the attorney-client relationship being irretrievably broken, the details of which are within the confines of the attorney-client privileges. Plaintiff's heir gave her consent to Seth S. Webb and the firm of Brown and Crouppen's Motion to Withdraw.

        On October 20, 2004 the law office of Brown & Crouppen signed Dorothy Joiner up as a client to pursue any alleged injuries she may have had regarding a Vioxx claim.  After nearly six years the Plaintiff was offered a settlement.

        Plaintiff had complied with the settlement agreement and signed the Election to Participate in February, 2008.

        On March 29, 2010 Plaintiff was offered her final settlement as a result of her alleged injuries for ingesting Vioxx.  On April 8, 2010 Plaintiff indicated that she had fallen ill and was in a nursing home.  One June 21, 2010 Plaintiff's Medicaid lien was finalized and refund available to disburse, however Plaintiff passed away on August 31, 2010 prior to signing and

1

returning her disbursement statement.  On October 20, 2010 we were made aware of Plaintiff's passing and since then the heirs have been non-compliant in signing required paperwork.  On August 18, 2011, after months and multiple failed attempts of trying to obtain signed settlement documents, Ms. Johnson, plaintiff's sister, decided she no longer wanted to pursue.

On August 18, 2011 the law firm of Brown & Crouppen contacted the Plaintiff and she stated she wished for us to withdraw from her case.

The law firm of Brown & Crouppen would like to request Plaintiff's funds be placed in the court's registry until Plaintiff settles her claim.

Dated: January 23, 2012     RESPECTFULLY SUBMITTED,

           BROWN AND CROUPPEN

           /s/ Seth S. Webb_____
           Seth S. Webb, MO #51236
           Brown & Crouppen, P.C.
           211 North Broadway, Suite 1600
           St. Louis, MO 63102
           (314) 421-0216
           (314) 421-0359 fax
           swebb@brownandcrouppen.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was filed electronically with the Clerk of Court, Eastern District of Louisiana on this 23rd day of January, 2012.

     By:  /s/ Seth S. Webb_____
        Seth S. Webb, MO #51236