UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  VIOXX<br>PRODUCTS LIABILITY LITIGATION: | MDL NO. 1657<br><br>SECTION:  L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
Robert Ruzicka, et. al. v. Merck & Co., Inc., No. 2:06-cv-1971 EEK-DEK
(previously  USDC EDMO 4:05-cv-01945-CEJ)
**Plaintiff Dorothy Joiner**

## ORDER

Upon due consideration of Plaintiff's Counsel's Motion to Have Settlement Funds Placed Into Court's Registry for Plaintiff DorothyJoiner, and for good cause shown, the Court finds the motion to be well taken, and that same should be granted.

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff Dorothy Joiner's settlement funds be placed into the court's registry.

IT IS SO ORDERED.

DATED: _____, 2012.

_____
Honorable Eldon E. Fallon/Judge
United States District Court Judge
Eastern District of Louisiana