UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re VIOXX PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 1657 SECTION L |
| This Document Relates To: | ) ) ) | JUDGE ELDON E. FALLON MAG. JUDGE KNOWLES |
| *County of Santa Clara v. Merck & Co., Inc.*, Docket No. 06-09382 | ) ) ) ) | |

NOTICE OF APPEARANCE OF ASHLEY M. PRICE

TO:     ALL PARTIES AND THEIR ATTORNEYS OF RECORD

Please enter the appearance as counsel of record for Plaintiff County of Santa Clara in this consolidated action:

Ashley M. Price (CA Bar No. 281797)
aprice@rgrdlaw.com
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

All further notices and copies of pleadings should be directed to and served upon Ms. Price.

- 1 -

680024_1

DATED:  January 26, 2012                SETH R. LESSER


                                        _____
                                               s/ SETH R. LESSER
                                               SETH R. LESSER

                                        KLAFTER OLSEN & LESSER LLP
                                        Two International Drive, Suite 350
                                        Rye Brook, New York 10573
                                        Telephone: (914) 934-9200
                                        Fax: (914) 934-9220

                                        ROBBINS GELLER RUDMAN
                                           & DOWD LLP
                                        PATRICK J. COUGHLIN
                                        FRANK J. JANECEK, JR.
                                        CHRISTOPHER COLLINS
                                        ASHLEY M. PRICE
                                        655 West Broadway, Suite 1900
                                        San Diego, CA  92101
                                        Telephone:  619/231-1058
                                        619/231-7423 (fax)

                                        ROBBINS GELLER RUDMAN
                                           & DOWD LLP
                                        AELISH M. BAIG
                                        Post Montgomery Center
                                        One Montgomery Street, Suite 1800
                                        San Francisco, CA  94104
                                        Telephone:  415/288-4545
                                        415/288-4534 (fax)

                                        OFFICE OF SANTA CLARA COUNTY
                                           COUNSEL
                                        ANN MILLER RAVEL
                                        70 West Heading Street
                                        9th Floor East Wing
                                        San Jose, CA  95111
                                        Telephone:  408/299-5900
                                        408/292-7240 (fax)

                                        Attorneys for County of Santa Clara