UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Cases identified on Exhibit A* | * | KNOWLES |
| | * | |

**************************************************************************

**CORRECTED NOTICE OF SUBMISSION**

On January 12, 2012, Merck & Co., Inc. filed its Motion, and Incorporated Memorandum Seeking Entry of a Comprehensive Scheduling Order for "Other Injury" and "PTO 29" Cases (Rec. Doc. 63640). The Notice of Submission noticed the motion for February 15, 2012, but contained an incorrect caption, mistakenly referenced the next monthly status conference, and contained information from an unrelated filing. Even though the filed notice contained an incorrect caption, it was served in all cases identified on Exhibit A. This Corrected Notice of Submission is filed to correct those errors. It also reschedules the motion to March 1, 2012, immediately following the conclusion of the monthly status conference. Accordingly,

Please take notice that Defendant Merck & Co., Inc.'s Motion, and Incorporated Memorandum Seeking Entry of a Comprehensive Scheduling Order for "Other Injury" and "PTO 29" Cases will be brought on for hearing on March 1, 2012, at the conclusion of the monthly status conference scheduled for 9:00 a.m., before the Honorable Eldon E. Fallon, Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

1081461v.1

Dated:   January 27, 2012                              Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

  —and—

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Attorneys for Merck & Co., Inc.

1081461v.1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Corrected Notice of Submission has been served on Liaison Counsel, Russ Herman, Phillip Wittmann, and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 27th day of January, 2012.

/s/ *Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1081461v.1