UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | * * * * * | MDL Docket No. 1657 SECTION  L |
| THIS DOCUMENT RELATES TO: | * * | |
| *Rita B. Barker, et al v. Merck, & Co., Inc.*, 2:05-cv-06535-EEF-DEK | * * | JUDGE FALLON |
| *(Plaintiff Bobby Moxter)* | * | MAG. JUDGE KNOWLES |
| * * * * * * * * * * * | * | |

## ORDER

Motion having been made by the Plaintiff,

IT IS HEREBY ORDERED BY THE COURT that Merck's Motion Seeking Entry of A Comprehensive Scheduling Order for Certain "Other Injury" and "PTO 29" Cases be denied generally and specifically as to Plaintiff Bobby Moxter.

So ordered.

New Orleans, Louisiana, this _____ day of February, 2012.

_____
Eldon E. Fallon
United States District Judge