UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | § | |
| | § | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | § | |
| SECTION L | § | |
| | § | |
| This document relates to: | § | |
| | § | |
| All Cases on Exhibit A to | § | JUDGE FALLON |
| Rec. Doc. 63640 | § | MAG. JUDGE KNOWLES |

THE PLAINTIFFS' STEERING COMMITTEE'S
RESPONSE TO DEFENDANT MERCK & CO., INC.'S
MOTION SEEKING ENTRY OF A COMPREHENSIVE
SCHEDULING ORDER FOR CERTAIN "OTHER
INJURY" AND "PTO 29" CASES

Plaintiffs' Liaison Counsel has provided access to court appointed Liaison Counsel, Ann Oldfather, to the depository created and established by the Plaintiffs' Steering Committee ("PSC"). Further, Ms. Oldfather has been provided a copy of the PSC Trial Package. Ms. Oldfather has spent numerous days in the depository and has met with members of the PSC. A hard drive containing documents that were produced to the PSC has been delivered to Ms. Oldfather, and Plaintiffs' Liaison Counsel and the PSC have continuously offered to make themselves available, as well as offered ongoing access to materials contained in the PSC depository.

Respectfully submitted,

Date:  February 2, 2012            By: /s/ Russ M. Herman
                                    **Russ M. Herman (Bar No. 6819)**
                                    Leonard A. Davis (Bar No. 14190)
                                    Stephan J. Herman (Bar No. 23129)
                                    *Herman, Herman, Katz & Cotlar, L.L.P.*
                                    820 O'Keefe Avenue
                                    New Orleans, Louisiana 70113
                                    Telephone (504) 581-4892
                                    **Plaintiffs' Liaison Counsel**

**Andy D. Birchfield, Jr.**
*Beasley, Allen, Crow, Methvin,*
*Portis & Miles, P.C.*
P. O. Box 4160
Montgomery, AL 36103-4160
Telephone: (334) 269-2343

**Christopher A. Seeger**
**Seeger Weiss**
One William Street
New York, NY 10004
Telephone: (212) 584-0700

**PLAINTIFFS CO-LEAD COUNSEL**

Andy D. Birchfield, Jr., Esquire
Leigh O'Dell, Esquire
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
234 Commerce Street
Montgomery, AL 36103-4160
(800) 898-2034 (telephone)
(334) 954-7555 (telecopier)
**Co-Lead Counsel**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA 71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER &WARSHAUER, L.L.C.
Energy Centre
1100 Poydras Street, Ste. 2800
New Orleans, LA 70163
(504) 522-2304 (telephone)
(504) 528-9973 (fax)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO,
THOMAS,MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008 (telecopier)

Thomas R. Kline, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W., Suite 400
Washington, DC 20036-4914
(202) 783-6400 (telephone)
(307) 733-0028 (telecopier)

Arnold Levin, Esquire
Fred S. Longer, Esquire
LEVIN, FISHBEIN, SEDRAN &
BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Shelly A. Sanford, Esquire
Sanford Law Firm
16225 Park Ten Place, Suite 500
Houston, Texas 77008
(877) 447-6677 (telephone)
(713) 524-6611 (telecopier)

**PLAINTIFFS' STEERING COMMITTEE**

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Response has been served on Liaison Counsel, Phillip Wittmann, and Ann B. Oldfather, by U.S. Mail and e-mail or by hand delivery and email, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL No. 1657, on this 2nd day of February, 2012.

      /s/ Leonard A. Davis
Leonard A. Davis, #14190
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113
PH:  (504) 581-4892
Fax:  (504) 561-6024
ldavis@hhkc.com