UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX®PRODUCTS LIABILITY LITIGATION | * * * * * | MDL 1675 SECTION L JUDGE FALLON MAG. JUDGE KNOWLES |
| Jimmy Lockhart, Executor of the Estate of Dolena Lockhart Case No.: 2:08-cv-00876-EEF-DEK | * * * * | Case No.: 2:08-cv-00876-EEF-DEK |
| THIS DOCUMENT IS CASE SPECIFIC TO THE ABOVE CASE | * * * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MEMORANDUM IN OPPOSITION TO DEFENDANT MERCK & CO., INC'S MOTION SEEKING ENTRY OF A COMPREHENSIVE SCHEDULING ORDER FOR CERTAIN "OTHER INJURY" AND "PTO 29" CASES

Comes now, the plaintiff, Mr. Jimmy Lockhart, as Executor of the Estate of Dolena Lockhart, and hereby opposes the Merck & Company's Motion Seeking Entry of a Comprehensive Scheduling Order for Certain "Other Injury" and "PTO 29" Cases.

As this court is aware, lead counsel for plaintiffs in this case and many others, is Anne B Oldfather. Ms. Oldfather, in her capacity as lead counsel, has been actively procuring medical and causation evidence for claims related to venous thromboembolism ("VTE") damages.

As it currently stands, the plaintiffs are required to provide expert reports no later than May 7, 2012 on VTE causation issues. Ms. Oldfather's continuing procurement of evidence related to the causal connection between VTE and use of Vioxx are on-going. All plaintiffs,

including Mr. Lockhart, are relying, at least in part, on the efforts of Ms. Oldfather's expertise on causation issues and will likely use her causation evidence.

A benefit of an MDL for plaintiffs is the coordination of discovery and conducting of proof by PSC, and the plaintiffs' ability to benefit from those collective efforts.  For the same reasons and in the same manner that the heart attack and stroke cases were allowed to benefit from consolidation in the MDL and from the work of the original PSC, so too should the 26 plaintiffs identified on Merck's Exhibit A have the benefit of the MDL.  Those plaintiffs are entitled to the evidence procured by Ms. Oldfather.  Ms. Oldfather should, at a minimum, be allowed to complete this discovery for the benefit of _**all**_ plaintiffs, including Mr. Lockhart, before any other deadlines are set.

In essence, defendant's request for a scheduling order at this time is premature.  The deadlines proposed by Merck are simply too short given that this is the first time any scheduling order has been suggested for these particular plaintiffs or injuries.  Plaintiff respectfully requests that the court defer the Defendant's Motion until such time as plaintiffs provide general causation information/evidence set to be forwarded on May 7, 2012.

For the foregoing reasons, the Court is respectfully requested to deny the Defendant's Motion.

Respectfully submitted,

/s/ Paul A. Weykamp

Paul A. Weykamp
Law Offices of Paul A. Weykamp
16 Stenersen Lane,  Suite 2
Hunt Valley,  MD  21030

Tel: 410-584-0660  
Fax: 410-584-1005  
pweykamp@weykamplaw.net

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Memorandum In Opposition To Defendant Merck & Co., Inc's Motion Seeking Entry Of A Comprehensive Scheduling Order For Certain "Other Injury" and "PTO 29" Cases has been served upon Liaison Counsel, Phillip Wittmann and Russ Herman, by U.S. Mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 3rd day of February, 2012.

/s/ Paul A. Weykamp
Paul A. Weykamp
Law Offices of Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030
Tel 410-584-0660
Fax 410-584-1005
pweykamp@weykamplaw.net

CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Motion has been served upon Liaison Counsels, Phillip A. Wittmann, Russ Hernan and Ann B. Oldfather, by U.S. mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trail Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 3rd day of February, 2012.

/s/ Paul A. Weykamp
Paul A. Weykamp
Law Offices of Paul A. Weykamp
16 Stenersen Lane, Suite 2
Hunt Valley, MD 21030
Tel 410-584-0660
Fax 410-584-1005
pweykamp@weykamplaw.net