UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX <br>   Products Liability Litigation <br><br> This Document Relates to: <br><br> DISTRICT OF COLUMBIA, *ex rel* <br>   KENNETH WALKER, <br><br>                          Plaintiff, <br><br>      versus <br><br> MERCK & CO., INC., <br><br>                          Defendant. <br><br> Case No. 2:08-cv-04148 | MDL No. 1657 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS</u>**

Defendant Merck Sharp & Dohme Corp. ("Merck") respectfully moves the Court for judgment on the pleadings on plaintiff Kenneth Walker's claim under the D.C. Consumer Protection and Procedures Act ("CPPA").

As set forth more fully in the attached Memorandum of Law, Mr. Walker's claims all fail because he has not asserted an "injury" that could give him standing under Article III, and he has not alleged a "consumer transaction" that comes within the ambit of the CPPA.  Moreover, Mr. Walker cannot sue on behalf of other D.C. residents because he has not pursued class allegations, as required under both D.C. and federal law.  And finally, Mr. Walker cannot sue on behalf of the District of Columbia because the District has already settled its CPPA claims with Merck and released the Company from any future claims under the statute on its behalf.

2

WHEREFORE, the Court should grant Merck judgment on the pleadings with respect to plaintiff's CPPA claim.

Dated:  February 6, 2012                                    Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130

Douglas R. Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, DC 20005

John H. Beisner
Jessica Davidson Miller
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005

ATTORNEYS FOR MERCK SHARP &
DOHME CORP.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Defendant's Motion for Judgment on the Pleadings has been served on Liaison Counsel, Russ Herman, Phillip Wittmann, and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, on this 6th day of February, 2012.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel