UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|     Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
| DISTRICT OF COLUMBIA, *ex rel* | * | SECTION L |
|     KENNETH WALKER, | * | |
| | * | JUDGE ELDON E. FALLON |
|         Plaintiff, | * | |
| | * | MAGISTRATE JUDGE |
| versus | * | KNOWLES |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
|         Defendant. | * | |
| | * | |
| Case No. 2:08-cv-04148 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**[PROPOSED] ORDER ON DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**

    **IT IS ORDERED** that defendant Merck Sharp & Dohme Corp.'s motion be and it hereby is **GRANTED**, and judgment is entered in favor of Merck with respect to plaintiff's claim under the D.C. Consumer Protection and Procedures Act.

    **NEW ORLEANS, LOUISIANA**, this ____ day of _____, 2012.

                                                    _____
                                                  ELDON E. FALLON
                                                  UNITED STATES DISTRICT JUDGE

1083980v1