|  |  |
|---|---|
| J.C. BUNCH, | ) IN THE UNITED STATES |
| | ) DISTRICT COURT FOR THE |
| | ) EASTERN DISTRICT OF LOUISIANA |
| Plaintiff, | ) |
| | ) |
| | ) Case Code No. 1657 |
| v. | ) DOCKET NO. 2:06-cv-08827-EEF-DEK |
| | ) |
| PFIZER, INC., et al., | ) |
| | ) |
| | ) STIPULATION OF DISMISSAL |
| Defendants. | ) WITHOUT PREJUDICE AS TO |
| | ) MERCK & CO., INC. |

Pursuant to Fed. R. Civ. P. 41, the undersigned counsel hereby stipulate that

all claims of plaintiff **J.C. BUNCH**, against defendant Merck & Co., Inc., be dismissed in

their entirety, without prejudice, each party to bear its own costs.

_____
Grant L. Davis
Shawn Foster
Davis Bethune & Jones, LLC
1100 Main Street, Suite 2930
P.O. Box 26250
Kansas City, Missouri 64196
Telephone: (816) 421-1600
Facsimile: (816) 472-5972

_____
Stephen G. Strauss
Bryan Cave LLP
211 North Broadway, Suite 3600
St. Louis, MO 63102
Telephone: (314) 259-2000
Facsmile: (314) 259-2020

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200
Fax: (504) 581-3361

Attorneys for Plaintiff

Dated: __2/09/12__

Attorneys for Merck & Co., Inc.

Dated: __2/09/12__