# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | MDL No. 05-1657 |
| Products Liability Litigation | * | |
| | * | JUDGE FALLON |
| This Document Relates To: | * | |
| | * | MAGISTRATE JUDGE |
| *J. C. Bunch* | * | KNOWLES |
| | * | |
| *v.* | * | |
| | * | *No. 06-8827* |
| *Pfizer, Inc. et al.* | * | |
| | * | |
| | * | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Notice of Dismissal without Prejudice,

IT IS ORDERED that all claims of the Plaintiff J. C. Bunch  against Merck & Co., Inc., (now known as Merck Sharpe & Dohme Corp.) in the above styled lawsuit are hereby dismissed, without prejudice, with each party to bear its own costs, and subject to the terms and conditions of the parties' Stipulation.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2011.

_____
DISTRICT JUDGE

1084526v.1