LAW OFFICES OF
# CHAMBERS, NORONHA & KUBOTA
2070 NORTH TUSTIN AVENUE
SANTA ANA, CALIFORNIA 92705-7827

GARY L. CHAMBERS †*
PETER A. NORONHA*
YOSHIAKI C. KUBOTA*

JONATHAN DWORK

†Board - Certified Trial Advocate by
The National Board of Trial Advocacy
*American Board of Trial Advocates

TELEPHONE
(714) 558-1400

FAX
(714) 558-0885

December 29, 2008

*Overnight Delivery*

Eva Petko Esber, Esq.
WILLIAMS & CONNOLLY, LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901

> RE:  Vioxx Products Liability Litigation - MDL Docket No. 1657
> Our Clients: Rosie Escamilla, Carlos Escamilla, Adrian
> Escamilla and Daniel Escamilla

Dear Ms. Esber:

Enclosed herewith please plaintiffs' expert's original executed
Declaration of Swaminatha V. Gurudevan, M.D., F.A.C.C.

In the event you have any questions, please do not hesitate to
contact me at my office. Otherwise, thank you for your continued
courtesy and cooperation.

Very truly yours,

GARY L. CHAMBERS

GLC/clw
Enclosures: As Noted.
cc:  Wilfred P. Coronato, Esq.
     HUGHES, HUBBARD & REED, LLP
     101 Hudson Street, Suite 3601
     Jersey City, New Jersey 07302

Z:\DATA\USERS\CHRISI\CLIENTS\ESCAMILLA\attorney.esber.ltr.001.wpd

DECLARATION OF SWAMINATHA V. GURUDEVAN, M.D., FACC

Re: Robert Escamilla

I Swaminatha Gurudevan, M.D., FACC declare as follows:

1.      I am a physician licensed to practice medicine in the State of California since 1998. I have been board certified in Internal Medicine since 2001.  I received subspecialty certification in Cardiovascular Diseases in 2005. I also received certification in Cardiovascular CT in 2007 and Comprehensive Adult Echocardiography in 2008.

2.      I earned a Bachelor of Science degree in 1993 and a Master of Science degree in 1994 from Stanford University. I completed medical school at New York Medical College, earning a medical degree in 1998. Continuing my training, I completed an Internal Medicine Residency in 2001 AT University of California, San Diego (UCSD). In 2005, I completed a Cardiovascular Disease Fellowship at UCSD. I completed my formalized medical training from 2005 to 2006 with a Cardiac CT Mini-Fellowship at Harbor-UCLA Medical Center.

3.  I am currently an Assistant Professor of Clinical Medicine at the UCLA David Geffen School of Medicine and serve as a full-time staff cardiologist in the cardiac noninvasive laboratory at Cedars-Sinai Medical Center.

4.  My medical practice involves direct clinical care and treatment of patients suffering from cardiovascular diseases, including myocardial infarction (MI) and sudden cardiac death (SCD).

5.   I have multiple scientific publications in professional medical journals to my credit and I have served as the principal and sub-investigator on several research trials.

6.  I maintain memberships in many professional societies including the American College of Cardiology, American Heart Association, American Society of Echocardiography and Society for Cardiovascular CT.

DECLARATION OF SWAMINATHA V. GURUDEVAN, M.D., FACC

7.  For the purposes of forming my expert opinions regarding Robert Escamilla's medical condition on or about 3/1/07, I reviewed the salient portions of his medical chart including his prior medical records, prior laboratory records and the 911 summary report from the City of Alhambra. I also reviewed the sworn depositions from Alfonso Ahumada and Jeffrey Pickford, who were bystanders that performed CPR and witnessed the events leading up to his cardiac arrest.  I also reviewed the sworn deposition of Wen-Chen Chung, MD who is Mr. Escamilla's primary care physician.

Mr. Escamilla was a 50-year-old man with a past medical history of hypertension and hyperlipidemia who was employed as a troubleman with Southern California Edison. He had a longstanding history of lumbosacral disc disease and chronic low back pain for which he took rofecoxib (Vioxx). On the morning of 3/1/07, while working, he developed 2 episodes of prolonged chest pain lasting 45 to 60 minutes requiring him to stop work and sit down to rest. He had no prior episodes of chest pain on earlier days and his chest pain continued while he was resting. While his co-workers were making arrangements to take him to a hospital for medical attention, he suddenly lost consciousness and was found to be both pulseless and apneic. CPR was started by two of his co-workers (Jeffrey Brown and Alfonso Ahumada) and 911 was called. Upon arrival, the emergency medical services crew connected a defibrillator to Mr. Escamilla, which revealed ventricular fibrillation. Mr. Escamilla was then given a 360J countershock using the defibrillator as well as 2 mg of IV epinephrine and 1 mg of IV atropine. His rhythm then converted to asystole and despite prolonged attempts at CPR while en route to the hospital, he passed away and was pronounced dead at the Emergency Department at San Gabriel Valley Medical Center. In summary, Mr. Escamilla had two significant risk factors for coronary artery disease (hypertension and hyperlipidemia) and had two episode of chest discomfort followed by an acute cardiopulmonary arrest. Based upon my review of Mr. Ramsey's relevant medical records, as well as

**DECLARATION OF SWAMINATHA V. GURUDEVAN, M.D., FACC**

1  based upon my training, education and experience, I am of the opinion that Mr. Ramsey suffered an

2  acute myocardial infarction on 3/1/2007 that was complicated by ventricular fibrillation and sudden

3  cardiac death.

4          I declare under penalty of perjury under the laws of the State of California that the foregoing is

5

6  true and correct and that this Declaration was executed on this 26th of December at Irvine, California.

7

8

9  SWAMINATHA GURUDEVAN, M.D.

10  Declarant

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF SWAMINATHA V. GURUDEVAN, M.D., FACC

M012B25210

EscamillaR-LateCseSpExpRpt-      00004