**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Escamilla, Rosie v. Merck & Co., Inc.* | * | KNOWLES |
| **2:08-cv-03573-EEF-DEK** | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANT MERCK SHARP & DOHME'S LR56.1 STATEMENT OF**
**MATERIALS FACTS AS TO WHICH THERE IS NO DISPUTE**

Pursuant to LR56.1, Defendant Merck Sharp & Dohme, by undersigned counsel, hereby

submits the following statement of material facts as to which there is no genuine issue to

accompany its Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56:

1.      On November 9, 2007, this Court entered PTO 29, which required, *inter alia*,

plaintiffs to provide specified materials relating to their claims, including certain medical

records, signed authorization forms for the release of medical records, and a case specific expert

report from a medical expert attesting to a reasonable degree of medical probability that the

plaintiff suffered an injury and that Vioxx caused the injury.  *See* PTO 29 ¶¶ II.A.2, II.A.4,

II.A.7.

2.      Plaintiff Escamilla submitted an expert report on December 28, 2011.  *See* Exhibit

A (Declaration of Swaminatha Gurudevan, M.D.).

3.      The expert report states, *inter alia*, that:

- "Mr. Escamilla was a 50-year-old man with a past medical history of
  hypertension and hyperlipidemia who was employed as a troubleman with
  Sothern California Edison.  He had a longstanding history of lumbosacral disc

1085049v1

disease and chronic low back pain for which he took rofecoxib (Vioxx). Ex. A at ¶7, lines 9-12.

- "On the morning of 3/1/07, while working, he developed 2 episodes of prolonged chest pain lasting 45 to 60 minutes requiring him to stop work and sit down to rest.  He had no prior episodes of chest pain on earlier days and his chest pain continued while he was resting." Ex. A at ¶7, lines 12-16.

-  "In summary, Mr. Escamilla had two significant risk factors for coronary artery disease (hypertension and hyperlipidemia) and had two episode of chest discomfort followed by an acute cardiopulmonary arrest.  Based upon my review of Mr. Ramsey's [sic] relevant medical records, as well as based upon my training, education and experience, I am of the opinion that Mr. Ramsey [sic] suffered an acute myocardial infarction on 3/1/2007 that was complicated by ventricular fibrillation and sudden cardiac death." Ex. A at   Ex. A at ¶7.

4.      The sole reference to Vioxx made in the entire declaration is the one noted above at ¶7, lines 9-12.

5.      Vioxx was withdrawn from the market in September, 2004.

6.      The expert report does not state *any* causal link between Mr. Escamilla's 2007 cardiac event and his history of prior Vioxx usage.  Rather, the expert noted that Mr. Escamilla had two significant risk factors for coronary artery disease – hypertension and hyperlipidemia.


Dated:  February 15, 2012                         Respectfully submitted,


                                         /s/ Dorothy H. Wimberly
                                        Phillip A. Wittmann, 13625
                                        Dorothy H. Wimberly, 18509
                                        STONE PIGMAN WALTHER
                                        WITTMANN L.L.C.
                                        546 Carondelet Street
                                        New Orleans, Louisiana 70130
                                        Phone: 504-581-3200
                                        Fax:    504-581-3361

                                        Defendants' Liaison Counsel

                                        —and—

1085049v1

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Attorneys for  Merck Sharp & Dohme Corp.

1085049v1

## CERTIFICATE OF SERVICE

I also hereby certify that the above and foregoing L56.1 Statement in support of Merck's Motion for Summary Judgment has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 15th day of February, 2012.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

4

1085049v1