**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Escamilla, Rosie v. Merck & Co., Inc.* | * | KNOWLES |
| **2:08-cv-03573-EEF-DEK** | * | |
| | * | |

*********************************************************************************

**NOTICE OF SUBMISSION**

Please take notice that Defendant Merck Sharp & Dohme's Motion for Summary

Judgment and Incorporated Memorandum of Law will be brought on for hearing on March 14,

2012, at 9:00 a.m., before the Honorable Eldon E. Fallon, Judge, United States District Court,

Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Dated:  February 15, 2012                    Respectfully submitted,


                                   /s/ Dorothy H. Wimberly
                                   Phillip A. Wittmann, 13625
                                   Dorothy H. Wimberly, 18509
                                   STONE PIGMAN WALTHER
                                   WITTMANN L.L.C.
                                   546 Carondelet Street
                                   New Orleans, Louisiana 70130
                                   Phone: 504-581-3200
                                   Fax:    504-581-3361

                                   Defendants' Liaison Counsel

                                   —and—

2

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Attorneys for  Merck Sharp & Dohme Corp.

## CERTIFICATE OF SERVICE

I also hereby certify that the above and foregoing Notice of Submission of

Merck's Motion for Summary Judgment has been served on Liaison Counsel, Russ Herman and

Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel

Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to

LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the

foregoing was electronically filed with the Clerk of Court of the United States District Court for

the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of

Electronic Filing in accord with the procedures established in MDL 1657, on this 15th day of

February, 2012.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel