**MINUTE ENTRY**
**FALLON, J.**
**FEBRUARY 13, 2012**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | : | |
| | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| **THIS DOCUMENT RELATES TO:** | : | |
| ALL PENDING GOVERNMENT ACTION | : | JUDGE FALLON |
| CASES | : | MAG. JUDGE KNOWLES |
| | : | |

     On this date, a telephone status conference was held with Judge Eldon E. Fallon. Counsel for Merck and representatives of the PSC participated. At the conference, the parties discussed with the Court the status of various matters related to the remaining Government Actions. The parties will report further upon those matters at the next Monthly Status Conference, which is scheduled for Thursday, March 1, 2012 at 9:00 a.m. CST.

JS10(00:09)