UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:

*Cases identified on Exhibit A*

**MOTION FOR EXTENSION OF TIME**
**TO DISCLOSE GENERAL CAUSATION EXPERTS**
**and**
**MOTION TO COMPEL DELIVERY OF THE VIOXX CONCORDANCE DATABASE**
**and**
**NOTICE OF SUBMISSION**

\* \* \*

**NOTICE of SUBMISSION**

PLEASE TAKE NOTICE that the undersigned counsel will bring for a hearing this Motion For Extension of Time To Disclose General Causation Experts and Motion To Compel Delivery of the Vioxx Concordance Database before the Honorable Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, 70130, on the 1st day of March, 2012, at 9:00 am, or as soon thereafter as counsel may be heard. These motions shall be considered submitted thereafter. Counsel states that the date noticed for submission is reasonable under LR 7.2.

**MOTIONS**

Comes Ann B. Oldfather, Liaison Counsel for Certain Plaintiffs, and requests a reasonable extension of time to disclose general causation experts for these VTE Plaintiffs.

Plaintiffs' potential experts for the issue of general causation in the VTE cases have informed the undersigned that they would benefit from the review of extensive raw data and other materials presumably produced by Merck earlier in this litigation.  The undersigned has been unable to obtain access to materials maintained by the Plaintiffs' Steering Committee in its document Depository due to the absence of any usable indexes, and the fact of technical shortcomings experienced by the Plaintiffs' Steering Committee in its electronic archiving, coding and master database known as the Vioxx Concordance Database.  These shortcomings are more fully set forth in Plaintiffs' Memorandum in Support attached hereto.

These VTE Plaintiffs also request that the Court set a time certain to assure timely delivery by the PSC to the undersigned of the promised Vioxx Concordance Database, as more fully set forth in Plaintiffs' Memorandum in Support attached hereto.

Respectfully submitted,

/s/ Ann B. Oldfather
_____
Ann B. Oldfather
KBA Bar #52553
Liaison Counsel/Lead Counsel
OLDFATHER LAW FIRM
1330 S. Third Street
Louisville, KY   40208
502.637.7200
502.637.3999  (fax)
aoldfather@oldfather.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion For Extension of Time To Disclose General Causation Experts and Motion To Compel Delivery of the Vioxx Concordance Database has been served upon Liaison Counsel, Phillip Wittmann and Russ Herman, by U.S. Mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 16th day of February, 2012.

/s/ Ann B. Oldfather
_____
Ann B. Oldfather