**EXHIBIT B**

# Megan J. Hastings

| | |
|---|---|
| **From:** | Megan J. Hastings |
| **Sent:** | Friday, February 10, 2012 6:00 PM |
| **To:** | Isaacson, Patricia; Colleen Shields; Ann Oldfather |
| **Cc:** | Kibria, Somaiya; Buchanan, David; Michelle L. Chiavene |
| **Subject:** | RE: VIOXX docs |
| **Importance:** | High |

Dear Patricia et. al:

We visited the Vioxx depository in New Orleans from January 18-20, 2012. During that time, Russ Herman assured us we would be provided with a copy of the Seeger Weiss Concordance Database. On January 23, Penny Herman Grisamore asked us to communicate directly with your office in order to obtain the database of Vioxx materials. Since then, I have followed up nearly every day via phone or email to ascertain where your firm is in the process of sending us the materials and when we can expect to receive the database. The expected receipt date is continually pushed back and we have been given zero assurances of when (or if) we will receive the database. We last spoke on Wednesday and you assured me you would call back to see if the database had finished copying, but I never heard from you.

We would appreciate Seeger Weiss doing everything in its power to deliver the database to us as soon as possible. If there is some technical difficulty preventing this from happening, please advise as to when the problem will be resolved and when we can expect to receive the database. Ann has instructed me to proceed with a motion if this is not solved on Monday morning.


Regards,

Megan Hastings
Attorney

-----Original Message-----
From: Isaacson, Patricia [mailto:PIsaacson@seegerweiss.com]
Sent: Fri 2/3/2012 5:24 PM
To: Megan J. Hastings; Colleen Shields; Ann Oldfather
Cc: Kibria, Somaiya; Buchanan, David
Subject: VIOXX docs

The images have not finished copying and our IT guy now sees that it will take until late tonight to finish. I apologize but the hard drive won't be sent out until Monday. We will overnight it for delivery Tuesday am.


Patricia B Isaacson

Firm Administrator

Seeger Weiss LLP

77 Water St   26th floor

New York, NY 10005

main- 212-584-0700

fax- 212-584-0799

1

## Megan J. Hastings

| | |
|---|---|
| **From:** | Isaacson, Patricia [PIsaacson@seegerweiss.com] |
| **Sent:** | Friday, February 03, 2012 5:25 PM |
| **To:** | Megan J. Hastings; Colleen Shields; Ann Oldfather |
| **Cc:** | Kibria, Somaiya; Buchanan, David |
| **Subject:** | VIOXX docs |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |

The images have not finished copying and our IT guy now sees that it will take until late tonight to finish. I apologize but the hard drive won't be sent out until Monday. We will overnight it for delivery Tuesday am.

*Patricia B Isaacson*
Firm Administrator
**Seeger Weiss LLP**
**77 Water St  26th floor**
New York, NY 10005
main- 212-584-0700
fax- 212-584-0799

2/16/2012

**OLDFATHER LAW FIRM**
ATTORNEYS AT LAW
1330 SOUTH THIRD STREET
LOUISVILLE, KENTUCKY 40208

ANN B. OLDFATHER†
aoldfather@oldfather.com

VICKI L. BUBA*
vbuba@oldfather.com

R. SEAN DESKINS
sdeskins@oldfather.com

SHELDON L. HADEN
shaden@oldfather.com

MEGAN J. HASTINGS
mhastings@oldfather.com

* Also admitted in Indiana
† Board Certified in Civil Trial Advocacy

TELEPHONE 502.637.7200
FAX 502.637.3999
www.oldfather.com

February 1, 2012

**VIA E-MAIL**
Chris Seeger, Esq.
SEEGER WEISS, LLP
77 Water Street
New York, NY 10005

    RE: *Vioxx Litigation for Personal Injury Claimants: Seeger Weiss Concordance Database*

Dear Chris:

    As I believe you are aware, we visited the Vioxx Depository at Herman, Herman, Katz & Cotlar, LLP, in New Orleans from January 18-20, 2012. Mr. Herman and his staff were very gracious during our stay, which we appreciate.

    Our time at the Depository did not yield the results we hoped. Although the Depository does contain physical copies of third party productions, depositions, and binders of hot docs and super hot docs, it does not contain any hard copies of what was referred to as "Merck production," which we take to mean any and all documents produced by Merck in response to written discovery, court order, or deposition requests. Instead, these hundreds of thousands (presumably) of documents are stored on the hard drives on which Merck produced the same, many unmarked and not contained on the index prepared by Mr. Herman's staff. That index is the sole means of organization of the Merck production. The index is generally vague as to the contents – for example, an external hard drive which contains well over 10 GBs of information is described as "Custodial Files of ▮▮▮▮▮▮▮▮" without any further description. Since Penny Herman characterized the index as a filing tool rather than a search or organizational document, this is not surprising. The intended search and organizational method of the Concordance database was unusable by us.

    Upon our arrival, Mr. Herman informed us that his office did not maintain the Concordance database of documents, but had obtained them from Seeger Weiss. Because loading the database from Seeger Weiss onto the HHKC system was not complete, we could not

Chris Seeger, Esq.
February 1, 2012
Page 2 of 3

access *any of it* (the database was loading/indexing onto the HHKC system during the entire three days of our visit, and due to the voluminous size of the database, this process was less than halfway done when we left to come home). Mr. Herman informed us that we would receive a hard drive containing the entire Seeger Weiss Concordance Database of all Vioxx materials and discovery completed by the PSC, along with coding, OCR and images. Mr. Herman's IT personnel attempted to copy the database for us, but were unfamiliar with the database and provided us with proprietary Concordance software files, as opposed to load files (.DAT file) and OCR text (.log file). They were also unable to provide us with any images from the database. Without the index, we were unable to use the materials provided to us by Mr. Herman's office. Without the images, there is nothing to see.

The Manager of the Vioxx Depository was unavailable and we did not want to disturb her personal family time, and we were told to deal directly with Seeger Weiss. Yesterday we were informed by your staff that because Seeger Weiss was running out of room on its server, and because Vioxx was no longer an "active case," the Vioxx database was backed up and removed from the Seeger Weiss server by an outsourced contractor. During this backup, there was concern that the documents were not going to "fit," and so all images were excluded from the database backup.

We have been informed that your IT personnel are now in the process of copying all the images back onto the Seeger Weiss database and that the last folder was copied onto your servers as of yesterday. Subsequent to this, your IT personnel are going to generate a new complete Concordance database, with images in .TIF format, load files (.DAT file), and OCR (.log file), so we can view them. We were told the files are expected to be copied by 5:30 PM yesterday; that the remainder of the work is very CPU intensive and can only be completed at night; that your staff hopes to complete the copying by the end of the week; and that it was uncertain when we could expect a copy.

As you are aware, we are continuing to marshal proof on general causation in VTE cases, and our deadline to file an expert report is now just over three months away. It has been two weeks since our visit to the Depository, and we have yet to receive the promised database. Nearly a month has passed since Mr. Herman represented in court that the materials in the Depository were ready and available for our review "now, and 24/7." Time is of the essence, and we request you do everything in your power to supply us with a copy of the Seeger Weiss Concordance materials as soon as possible. Given that there are no hard copies of the Merck production available at the Vioxx Depository, and that the index of said materials is vague, incomplete and outdated at best, the Concordance Database is the only means of comprehensively accessing and reviewing the Merck production.

Thank you for your cooperation as we continue our discovery against Merck. Please do not hesitate to call if you have any questions.

Chris Seeger, Esq.
February 1, 2012
Page 3 of 3

Sincerely,

*Ann B. Oldfather/MJH*

Ann B. Oldfather

MJH:mlc

**Megan J. Hastings**

| | |
|---|---|
| From: | Penny Grisamore [pennyhg14@gmail.com] |
| Sent: | Monday, January 23, 2012 12:03 PM |
| To: | Jason Simckowitz |
| Cc: | Megan J. Hastings; Colleen Shields; Ann Oldfather; Christopher Seeger; Russ Herman; LennyDavis; Andy Birchfield; rvalenti@hhkc.com |
| Subject: | Vioxx database |
| Follow Up Flag: | Follow up |
| Flag Status: | Red |

Hello Jason,

Ann old father with some other members of her firm, megan and colleen (see their email addresses above) came to visit the Nola vioxx depository last week. As you know, prior to their visit you were working with your software it person on how to access the images from the external hard drive you sent to us. I have not yet heard anything back.

We gave Ms. Oldfather a copy of the database, we copied from the external hard drive your office sent to us. They have the complete database so they can load it into concordance in their office and then they can index it so that searches can be run. However, the problem remains that they cannot access the images.

I am currently out of town for my daughters surgery and am not able to follow up with them this week. I would like to ask that you follow up with Megan and / or Colleen directly. I have placed everyone on this email so that you all have contact information.

Thank you
Penny



Sent from my iPad

1

## Megan J. Hastings

| | |
|---|---|
| **From:** | Penny Herman Grisamore [pennyhg14@gmail.com] |
| **Sent:** | Thursday, January 12, 2012 10:33 AM |
| **To:** | Megan J. Hastings |
| **Cc:** | Russ Herman; Ann Oldfather; Colleen Shields; Michelle L. Chiavene; Lenny Davis; Nicole Becker; Andy Birchfield; Christopher Seeger |
| **Subject:** | Re: Vioxx repository |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Good Morning Ms. Hastings,

My name is Penny Herman Grisamore. I am the manager of the Vioxx MDL Depository. I will not be able to be in the depository during your visit on January 18 and 19. My assistant, Nicole, knows where everything is and will be there to show you where the documents can be found, both hard copies and on the Vioxx Computer we have in the depository. We only have 1 computer in the depository, so bring laptops if you want others to be looking at CD's and /or external hard drives.

Please send me a list of all of the people who will be visiting the depository with you, so Nicole can check everyone in. Nicole will provide you with a complete index of all of the documents received by the MDL depository to assist you (also attached). All of the documents produced by Merck, as well as most third parties, have been loaded into a "Concordance" database on our Vioxx Computer; so, please make sure to have whatever IT person necessary that knows Concordance and will be able to run your searches for you. There is also a Concordance User Guide next to the computer.

Nicole will provide you with sticky notes, so that you can tag whatever hard copy documents you would like copied. After your visit, if you have tagged less than 100 pages, not documents, Nicole will make the copies for you at no charge; however, if you have tagged more than 100 pages, we will send out the documents to be copied at your cost. I recommend we send them to Digital Legal.

Please create a complete list of all documents and testimony you would like electronically, including bates numbers and / or exhibit numbers. It is important to include the complete bates number range for all documents you would like. The depository can burn the CD's for you at cost + $20 per CD.

If you have any further questions regarding your visit, please do not hesitate to ask.

Thank You
Penny