UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:

*Cases identified on Exhibit A*

# ORDER

Motion having been made by certain Plaintiffs,

IT IS HEREBY ORDERED BY THE COURT that Ann B. Oldfather, Liaison Counsel for Certain Plaintiffs, shall have an extension of the due date to disclose general causation experts for the VTE claimants in response to Merck's Motion for Summary Judgment, such new due date to be computed as four (4) months subsequent to the date of receipt by her from the Plaintiff's Steering Committee, of a fully usable Concordance Database (as described below).

IT IS FURTHER ORDERED that the Plaintiff's Steering Committee shall provide a complete copy of the Vioxx Concordance Database, with images (in .tif format), load files (.DAT files), and OCR files (.log files) to Ann B. Oldfather on or before March ____, 2012.

So ordered.