UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                    :     MDL NO. 1657
       PRODUCTS LIABILITY LITIGATION            :     SECTION: L
                                                :
                                                :     JUDGE FALLON
                                                :     MAG. JUDGE KNOWLES
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**This document relates to:   Case No. 07-2070,** *Lloyd Bell v. Merck*

## ORDER

The Court is in receipt of correspondence and documents from Lloyd Bell.  The Court does not understand the import of these documents or why Mr. Bell has forwarded them. Accordingly the Court will not enter them into the record and will return them to Mr. Bell.

New Orleans, Louisiana, this 15th day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE

Clerk to serve:
  Mr. Lloyd Bell
  P.O. Box 152861
  San Diego, CA 92195

1