UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | : <br> : <br> : <br> : <br> : <br> : <br> : | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**This document relates to:** *Antonio Denson*

## ORDER

The Court has received another letter from Vioxx claimant Antonio Denson. Mr. Denson has persisted in his mistaken belief that he is entitled to $47.5 million, an amount apparently based on a jury award to a different, unrelated individual with a different Vioxx injury after that individual's case was tried to verdict in state court in New Jersey. Mr. Denson's claim was resolved through his voluntary participation in the Settlement Program. His claim is concluded and the Court is not able to award him any amount of money because there is no basis for such an award. The Court has attempted to explain this on numerous occasions. (*See* Rec. Docs. 51200, 54507, 62697).

In the most recent letter, Mr. Denson apparently requests that the Court transfer to him some or all of the amounts involved in the private third-party payor settlement in the Vioxx litigation. The correspondence is entered into the record, with the exception of Mr. Denson's bank account information and social security number, which he included to "facilitate" $65 million being "sent via wire to [his] account." Mr. Denson's request is denied as frivolous.

In addition, the Court has been apprised that Mr. Denson has repeatedly called members

1

of the Court staff pursuing these matters. IT IS ORDERED that Mr. Denson shall communicate with the Court and its staff solely through written correspondence.

New Orleans, Louisiana, this 15th day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE

Clerk to serve:
    Antonio Denson
    804 Lyons Street
    New Orleans, LA 70115

    Vioxx Pro Se Curator
    400 Poydras Street
    Suite 2450
    New Orleans, LA 70130