1

1     UNITED STATES DISTRICT COURT

2     EASTERN DISTRICT OF LOUISIANA

3

4

5   IN RE:  VIOXX PRODUCTS          *        Docket MDL 1657-L
        LIABILITY LITIGATION         *
6                                    *        April 1, 2011
                                     *
7   This case relates to All Cases  *        9:00 a.m.
        * * * * * * * * * * * * * * * *
8

9

10              STATUS CONFERENCE BEFORE THE
                 HONORABLE ELDON E. FALLON
11              UNITED STATES DISTRICT JUDGE

12

    Appearances:
13

14  For the Plaintiffs:         Herman Herman Katz & Cotlar, LLP
                                BY:  RUSS M. HERMAN, ESQ.
15                              820 O'Keefe Avenue
                                New Orleans, Louisiana 70113
16

17  For the Defendant:          Williams & Connolly, LLP
                                BY:  DOUGLAS R. MARVIN, ESQ.
18                              725 Twelfth Street N.W.
                                Washington, D.C. 20005
19

20  Also Participating:         Thomas Juneau, Esq.
                                Elizabeth Cabraser, Esq.
21                              John Beisner, Esq.
                                Dawn Barrios, Esq.
22                              Robert Johnston, Esq.
                                Ann Oldfather, Esq.
23                              Jack Urquhart, Esq.
                                Dorothy Wimberly, Esq.
24                              Leonard Davis, Esq.

25

M014C17301

1    Official Court Reporter:        Toni Doyle Tusa, CCR, FCRR
                                     500 Poydras Street, Room B-406
2                                    New Orleans, Louisiana 70130
                                     (504) 589-7778
3

4

5
     Proceedings recorded by mechanical stenography, transcript
6    produced by computer.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

M014C17302

<u>**PROCEEDINGS**</u>

**(April 1, 2011)**

1

2

3    **THE DEPUTY CLERK:**  Everyone rise.

4         Be seated, please.

5    **THE COURT:**  Good morning, ladies and gentlemen.

6         Call the case.

7    **THE DEPUTY CLERK:**  MDL 1657, *In Re: Vioxx.*

8    **THE COURT:**  Counsel make their appearance for the

9    record, please.

10   **MR. MARVIN:**  Good morning, Your Honor.  May it please

11   the Court.  Douglas Marvin for Merck.

12   **MR. HERMAN:**  Good morning, Judge Fallon.  Russ Herman

13   for plaintiffs.

14   **THE COURT:**  We are here today for our monthly status

15   conference.  I received a proposed agenda from the parties.  I

16   met in advance with the lead and liaison counsel and discussed

17   it with them.  I will take it in the order in which they have

18   presented it.

19        Anything on the Settlement Program?

20   **MR. MARVIN:**  Your Honor, all the claims have been

21   processed.  There are some payments that still need to be made,

22   but those are pending appointments of representatives and

23   resolution of lien issues.  Everything is proceeding apace.

24   **THE COURT:**  There are cases outside of the Settlement

25   Program, though, aren't there?

4

1        **MR. MARVIN:**  There are, Your Honor.

2        **THE COURT:**  How many are there, about?  I know

3   there's the attorney general claims.  What other claims are

4   still on?

5        **MR. MARVIN:**  There are personal injury claims that

6   still remain.  There are about 175 of those cases that fall

7   into three categories.  The first category are the PTO 28

8   cases, the cases that were pending at the time of the

9   settlement and were either ineligible to enroll or chose not to

10  enroll.  The second category are the PTO 43 cases.  Those are

11  the cases that entered the program but did not pass through the

12  gates.  Then there are the PTO 29 cases that were filed after

13  the settlement.  So when you total all three categories, it's

14  approximately 175 cases.

15            At the last conference that we had with the

16  Court, Ms. Oldfather, Mr. Birchfield, and myself, an agreement

17  was reached to lift the stay on the PTO 43 cases and the PTO 29

18  cases.  The stay had already been lifted as to the PTO 28

19  cases.  So all those cases are now subject to discovery, and we

20  will be talking to Ms. Oldfather and to the PSC about a plan

21  forward on those cases.

22        **THE COURT:**  That's my concern because I do want to

23  move forward in the cases.  We just had a conference with the

24  respective parties.  I need to put some structure into the

25  remaining cases, so I have asked the parties to get together

1   and give me some sort of a breakdown on how many fall into each

2   category.  We will see where we are, and then I'm going to deal

3   with putting some structure into it so that we can proceed to

4   trial in those particular cases.  There's resource problems,

5   there's "person power" problems, and a lot of other things that

6   have to be resolved, but I will be on that quickly.

7                    Anything from the lien administrator?

8            **MR. HERMAN:**  Nothing new, Your Honor.

9            **THE COURT:**  What about the special master?

10           **MR. HERMAN:**  Tom Juneau is here.

11           **MR. JUNEAU:**  Good morning, Your Honor.  Thomas

12   Juneau.  I'm here for the special master, Patrick Juneau.  I

13   will just report very briefly on the four tasks, as I

14   appreciate, that he is working on, Judge.  One is the basic

15   Vioxx litigation, two is the lien dispute matter, three is the

16   attorney general matters, and four is the attorney fee

17   disputes.  I will address each of those individually very

18   briefly, Judge.

19                    First, with regard to the basic Vioxx

20   litigation, those tasks have essentially been completed.  All

21   the work has been completed in that matter.

22                    Second, with regard to the lien disputes, the

23   work is completed in that matter as well and the report has

24   been submitted.

25                    Third, with regard to the attorney general

1    matters, Your Honor, the special master, Mr. Juneau, spoke on

2    Wednesday with a representative of the U.S. Department of

3    Justice.  By next week, we expect the Department of Justice to

4    have a final determination with regard to what they will

5    require, what language in the settlement release.  Once that

6    determination is made, Judge, the special master should be in a

7    position to reinstitute the discussions between Merck and the

8    attorney general.

9                   The fourth and final matter, Judge, is with

10   regard to the attorney fee disputes.  Yesterday, the special

11   master filed his formal report with the Court.  All parties

12   have been so notified.  The report contains the special

13   master's recommendations and rulings on discovery issues and

14   the allocation process.  The report also sets forth a

15   scheduling order with deadlines with regard to the fee

16   allocation disputes.  The report also did set a hearing date,

17   Judge, and that hearing is set for May 9, 2011.

18            THE COURT:  Fine.  With regard to that, as I

19   announced on a number of occasions, what I'm doing is

20   collecting facts, collecting information, collecting data,

21   collecting opinions from various sources.

22                   I received fee applications from all of the

23   individuals.  The first thing I did was to create a fee

24   allocation committee and empowered them to discuss with the

25   parties who submitted fee applications their position, put it

1  on the record, take whatever testimony or record their
2  discussions, then come up with a proposed allocation, discuss
3  it further with the individuals to get their input, and then
4  give me a final proposed allocation according to their vantage
5  point.
6          I felt that having people who had done the work
7  both on the committee and not on the committee was valuable
8  input.  I wanted to tap that input, so that's the way I tapped
9  that input.  When I got their proposal, which is only a
10  proposal, I then posted it on the Web site for everybody to
11  see.
12          There were some 17 out of 100, or thereabouts,
13  applications that objected.  I gave them an opportunity to
14  object, express their objection, and then I appointed a special
15  master, somebody who had not worked on the case, a fresh pair
16  of eyes, as it were, to look at the matter, take whatever
17  testimony he felt was appropriate, still necessary, and allow
18  some discovery to the extent he felt was necessary, and then
19  for him to give me a proposal.
20          That way I have suggestions from people who have
21  done the work, have been familiar with the case for a number of
22  years; another person who hasn't done the work, looked at it
23  fresh; and then I'm going to take all of that information and
24  apply what knowledge I have of this particular case and the
25  work done, and then I will come out with a final fee

M014C17307

1   allocation.  That's what I'm doing in this process.  Thank you

2   very much for your help.

3           **MR. JUNEAU:**  Thank you, Judge.

4           **THE COURT:**  Class actions, anything?

5           **MR. HERMAN:**  Nothing new, Your Honor.

6           **THE COURT:**  State/federal coordination?

7           **MR. HERMAN:**  Ms. Barrios is here.

8           **THE COURT:**  Wait.  You said nothing new.

9           **MR. HERMAN:**  I'm sorry.  Excuse me, Elizabeth.

10           **MS. CABRASER:**  Your Honor, Elizabeth Cabraser from

11   the PSC, just to report in on the status of the consumer cases.

12   Your Honor has under submission Merck's motion to strike and

13   the plaintiffs' opposition to that.  We submitted recently

14   supplemental authority from the Eleventh Circuit upholding

15   class certification under the Florida consumer statute, which

16   is one of the statutes at issue in this case.

17           I'm also informed that last week the Kentucky

18   Supreme Court issued an order upholding the *Ratliff v. Merck*

19   state court Vioxx class action under Kentucky Rule 23 and

20   affirming the denial of summary judgment in that case.  We'll

21   submit that decision to Your Honor in due course.

22           Other than that, we understand that we are in

23   line after the AG cases in terms of further action by this

24   Court.  We recommended to the Court, if we ever get to that

25   point, consideration of the Florida statewide claim as a

1   potential bellwether claim for a common fact trial when we

2   submitted the Eleventh Circuit authority.

3          **THE COURT:**  How do you see that unfolding, Elizabeth,

4   from that standpoint?  It would be tried here, in Florida, or

5   what?

6          **MS. CABRASER:**  It could be tried here, Your Honor, or

7   it could be tried in Florida.  Frankly, we would need a

8   substantial meet-and-confer with Merck to fully develop their

9   opinion on it.  We would submit some sort of plan to this

10  Court, assuming the claims survive the motion to strike class

11  allegations, and we would take it from there.

12         **THE COURT:**  Thank you very much.

13         **MS. CABRASER:**  Thank you.

14         **THE COURT:**  John, do you have anything?

15         **MR. BEISNER:**  Your Honor, if I may, first of all, let

16  me address the Kentucky order because the order from the

17  Kentucky Supreme Court is different than my esteemed counsel

18  indicated.

19         We had filed in Kentucky a petition for writ of

20  mandamus, which at the time we filed it was the only appellate

21  mechanism available in Kentucky for review of a class

22  certification order.  Since that time, the state has adopted a

23  rule comparable to Rule 23(f) that permits interlocutory

24  appellate review.  The trial court there, after it issued its

25  initial order, issued a second class certification order from

1   which we have taken an appeal under that new Kentucky

2   procedure.

3                   All that the Supreme Court did was to say, "We

4   are denying the writ of mandamus," but they were explicit that

5   they were not addressing the merits of the class certification

6   order issued by the trial court and explicitly acknowledged

7   that that would be considered by the Kentucky Court of Appeals

8   through the new process that's been invoked.  So, in short,

9   there's been no determination made by the Kentucky

10  Supreme Court as to the appropriateness of class certification

11  in that case.

12                  Your Honor, with respect to the road ahead in

13  this proceeding -- and I'm not sure counsel is disagreeing with

14  this -- I think the first step is resolving the threshold

15  motions that we have made here.  I'm not sure that much purpose

16  is served, in terms of talking about trials and other things,

17  until we know if there's to be a class of any sort.

18                  Of course, this was a motion to strike, so there

19  would still need to be an affirmative motion for class

20  certification the Court would need to grant before we can talk

21  about trial, so just note that.  Thank you, Your Honor.

22          **THE COURT:**  Thank you.

23          **MR. HERMAN:**  Your Honor, Ms. Barrios is here on

24  Item V.

25          **MS. BARRIOS:**  Thank you, Mr. Herman.

 1              Good morning, Your Honor.  Dawn Barrios for the

 2    federal/state committee.  We continue to whittle down the cases

 3    before you that have remand motions.  I have some statistics

 4    that would be a subset of what Mr. Marvin had reported.  There

 5    are 114 cases open with pending remands, which is a reduction

 6    from last month.  Of those 114 cases, we have 171 plaintiffs in

 7    those.  Again, that would be a subset of Mr. Marvin's.

 8              With regard to attempting to help clean up the

 9    docket, I have a chart that I provided to both Ms. Wimberly and

10    Mr. Birchfield yesterday that needs attention.  There are six

11    cases, four of which deal with estate issues and two of which

12    deal with derivative claimants.  The case is closed, but one

13    party is still hanging there.  With your permission, I will

14    give that to your law clerk for administrative dismissal.

15    Thank you, Your Honor.

16              **THE COURT:**  Thank you.

17              What about *pro se* claimants?  Anything on *pro se*

18    claimants?

19              **MR. HERMAN:**  I saw Mr. Johnston earlier.

20              **MR. JOHNSTON:**  Your Honor, Bob Johnston, curator for

21    the *pro se* claimants.  As I have reported to the Court in the

22    most recent status conferences, we continue to see the expected

23    decline in the number of calls.  We continue to get calls, but

24    I really think the only thing I have to communicate to the

25    Court is, as has happened over the last several months, things

1   are going very smoothly.

2            THE COURT:  Good.

3            MR. JOHNSTON:  We assist the individuals, trying to

4   explain the circumstances of their particular situation, and I

5   think we generally get through to them.  Thank you.

6            THE COURT:  Thank you very much.

7                 For those on the phone who may be *pro se*

8   claimants, please check the Web site.  You'll get

9   Mr. Johnston's name and telephone number.  If you need to call

10  him, he is available to answer questions that you might have.

11                Governmental actions, anything?

12           MR. HERMAN:  Thank you, Bob.

13                May it please the Court.  Judge Fallon, with

14  regard to the Louisiana attorney general action, the PSC papers

15  are of record.  I do want to clarify one issue, and that is

16  that the PSC does not request in any way that the Justice

17  Department and its representatives are subject to common

18  benefit in this forum.  I want to make that clear.  Our

19  position as to attorneys general, however, remains the same.

20                I do want to thank Ms. Barrios, who continues to

21  monitor this matter for the PSC; Mr. Dugan, who tried the

22  Louisiana AG case and who has been involved in this issue for

23  some time; Mr. Seeger for his advice; and Ms. Cabraser for her

24  interests and advices.

25           THE COURT:  Pending personal injury cases, we talked

M014C17312

1   about that already.  Ann, anything from you?

2          **MS. OLDFATHER:**  No, Your Honor.  Mr. Marvin

3   summarized where we were.

4          **THE COURT:**  Thank you.

5              The fee allocation committee, we talked about

6   that.  Do you need to discuss it?

7          **MR. HERMAN:**  Your Honor, Ms. Snapka's attorney has

8   requested that he be allowed to address the Court.

9          **MR. URQUHART:**  Let me introduce myself, Your Honor.

10  My name is Jack Urquhart and I represent Kathryn Snapka.  We

11  have filed as recently as yesterday a motion that addresses the

12  transfer of funds from BrownGreer to Michael Stratton and have

13  raised an issue specific to Ms. Snapka.  It's not my intention

14  to take the Court's time to deal with that except to draw the

15  Court's attention to the fact that we have asked for an

16  expedited submission date because of the circumstances that we

17  have described in our motion.

18         **THE COURT:**  Any comments on that?

19         **MR. HERMAN:**  Yes, Your Honor.  We should be able to

20  respond to those papers by next Friday, which I believe would

21  be the 8th.

22         **THE COURT:**  Is that okay with you?  I can do it on

23  the phone.  I don't want you to fly in or be imposed upon.  My

24  thinking on it is that the way to do it may well be to deposit

25  the funds in the registry of the Court.  I will rule that you

1  don't have possession of them, the Court has possession of

2  them, and we'll deal with that later on.

3             Let's just cut through that right now.  I will

4  put out that order that allows you to deposit the money into

5  the registry of the Court.  That will indicate that you don't

6  have possession of it and that will take off the slack from the

7  income tax.  It will be in the registry of the Court, and I

8  will just deal with that when it's appropriate.

9        MR. HERMAN:  Your Honor, in light of those comments,

10 if counsel agrees, it won't be necessary for us to file papers.

11       THE COURT:  I understand the issues and I think you

12 have a valid point.  I don't want you to have to worry about

13 what to do with the money or what to do with the income tax or

14 anything of that sort, so I'll put out an order to that effect.

15       MR. URQUHART:  Thank you very much, Your Honor.

16       MR. HERMAN:  Your Honor, as a matter of professional

17 courtesy, I don't think Mr. Becnel is here today, Daniel

18 Becnel.  He may have the same problem.  He is represented by

19 other counsel.

20       THE COURT:  Communicate what my feeling is to

21 Mr. Becnel.  If he wishes to do the same thing, I will do the

22 same thing for him.  Thank you very much for bringing it to my

23 attention.

24             Merck's motions, anything on that?

25       MR. HERMAN:  Ms. Wimberly is here, Your Honor.

1    **THE COURT:**  We will do that afterwards.  Anything on
2    appeals?

3          **MR. HERMAN:**  No, Your Honor.

4          **THE COURT:**  I have a meeting with the attorneys
5    general.  That's next, Jim.

6                The next status conference is June 1.  I'll meet
7    with the lead and liaison counsel at 8:30, and I'll have an
8    open court and telephone availability at 9:00.

9                Anything that I haven't covered?

10         **MS. WIMBERLY:**  Your Honor, Mr. Davis just requested,
11   because of their meeting that they have immediately after this,
12   if we could just go ahead and take up the motions now.  It will
13   just take a couple minutes.

14         **THE COURT:**  Sure.  That's fine.

15         **MR. HERMAN:**  Your Honor, while that's going on, I
16   would like to speak with Mr. Juneau one moment regarding the AG
17   matter.

18         **THE COURT:**  Okay.

19         **MS. WIMBERLY:**  Your Honor, we have three motions on
20   the docket today, all of which were continued from the status
21   conference and hearing date of February 24.  Let me take them
22   up in the order which will be the easiest to resolve.

23                The first is the motion to dismiss the claims of
24   *pro se* plaintiff Mark Henrichs under Rule 25(a)(1) for failure
25   to substitute a proper party.  That is Record Document 61281.

1          As the Court may recall, at the February 24

2    hearing, we were instructed to attempt to contact the heirs of

3    Mr. Henrichs and to advertise to do that.  We subsequently

4    obtained, with the assistance of the *pro se* curator's office,

5    the addresses of the four heirs and received the Court's

6    permission to contact them at those addresses.

7          On March 9, we sent via FedEx correspondence to

8    each of the four heirs:  Scott Henrichs, who is the brother of

9    the decedent, Mr. Henrichs; John Henrichs, another brother;

10   Margaret Henrichs, the mother of the deceased; and Martha

11   Henrichs Head, the sister of the deceased.

12         We received signed confirmations of delivery to

13   all four of these heirs and we have received nothing further;

14   no contact whatsoever, no indication that anyone desires to

15   substitute and carry on the litigation.  We would ask that the

16   Court grant our motion and dismiss the claims of Mr. Henrichs

17   with prejudice.

18         **THE COURT:**  Anything?

19         **MR. DAVIS:**  Your Honor, Leonard Davis on behalf of

20   the plaintiffs' steering committee.  We reurge our same

21   objection that this not be dismissed with prejudice if there's

22   to be a dismissal.

23         **THE COURT:**  Anything from you, Ann?

24         **MS. OLDFATHER:**  No, Your Honor.

25         **THE COURT:**  As I mentioned, I don't do these matters

1   willy-nilly.  I do everything I can to notify everybody

2   concerned.  I think we have done that in this case.  It's over

3   five years now.  There are people who move on with their lives.

4   There are people who have changed their mind.  They don't wish

5   to pursue the case.  If they don't wish to pursue the case,

6   they have that right.  They have by their silence indicated

7   they do not wish to pursue the case.  I will grant the motion.

8   I overrule the opposition of the plaintiffs' committee and

9   grant the motion with prejudice.

10            **MS. WIMBERLY:**  The second motion that was also

11   continued from February 24 is the motion to dismiss the claims

12   of Pedro Gonzalez with prejudice pursuant to Rule 25(a)(1).

13   That is Record Document 61280.

14            We have received nothing from anyone related to

15   Mr. Gonzalez' estate.  The only contact has come from his

16   counsel, one of whom is Ms. Oldfather, who indicated that they

17   have not been able to get any sort of response from

18   Mr. Gonzalez' heirs and they intend to move to withdraw.

19            Your Honor, while we certainly can understand

20   their desire to withdraw, we don't want to be left hanging,

21   having to try to search and find this plaintiff.  I don't know

22   whether Ms. Oldfather knows whether, in fact, her address is a

23   good address or have they had any problems with deliveries, but

24   we don't want to be on the hook to have to search this

25   plaintiff down whose family is not even communicating with

1   their own counsel.

2        **MS. OLDFATHER:**  I apologize, Your Honor, for having

3   to discuss this now.  I think it's a victim of Dorothy's

4   traveling yesterday because usually we would have sorted this

5   out.

6             Mr. Gonzalez is in a completely different

7   situation than Mr. Henrichs, who is *pro se*, which is why the

8   Court required Merck to make an effort to find his heirs.

9   Mr. Gonzalez was represented by Mr. Feathers and I am

10  co-counsel in that case.  We are in direct contact with his

11  wife.  It's just that she is not responding to our advice that

12  she go ahead and open up the estate.  For that reason, we are

13  going to withdraw as counsel.

14            I had thought we had agreed that this motion

15  would be passed to give us time to file that withdrawal within

16  the next week or two and give the Court time to rule, but maybe

17  I misunderstood our conversation.

18       **MS. WIMBERLY:**  No, we don't have any objection to

19  that, Your Honor, but we would like the matter to be reset for

20  the June 1 conference.

21       **THE COURT:**  Let's do that.  I will pass it until the

22  June conference.

23       **MS. OLDFATHER:**  I have no objection to that.

24       **MS. WIMBERLY:**  But also to require that any motion to

25  withdraw be filed within the next 10 days.

1      **MS. OLDFATHER:**  Agreed.

2      **THE COURT:**  That's fine.

3      **MS. WIMBERLY:**  That brings us to the last motion,

4  Your Honor, which is the motion relating to Mr. Harrison.  We

5  did discuss this briefly in chambers.  This is the motion to

6  dismiss his case for failure to comply with the discovery

7  requirements of Pretrial Order 28.

8           This motion is somewhat unusual in that

9  Mr. Harrison did, after several hearings and the Court's order,

10  finally provide his case-specific expert report a year and a

11  half or so ago, but what he has flat-out refused to do until

12  this time is to provide his signed authorizations and medical

13  records and list of providers.

14           We had reached an agreement with Mr. Harrison to

15  continue our motion to this hearing date and he had agreed that

16  he would either comply or provide an opposition by March 14.

17  That date came and he indicated he was going to comply.  We did

18  not receive anything.

19           I was contacted by Ms. Oldfather Wednesday

20  evening.  She indicated that Mr. Harrison had contacted her and

21  indicated that he was hospitalized due to complications from an

22  infection with a knee replacement, and she asked that we agree

23  to pass the motion for 60 days.

24           While ordinarily we would agree, what we are

25  asking for, as we indicated in chambers, is signed

1  authorizations.  We have reached an agreement whereby I am

2  going to FedEx those authorizations to Mr. Harrison at his

3  hospital location, where he has agreed to execute them within

4  48 hours.  Included in my FedEx to him, which I am going to

5  have for Saturday delivery, tomorrow, will be a return FedEx

6  envelope and label so that he can send those back to us.  So

7  what we had previously agreed is that we would like to have

8  these executed within -- was it 10 days?

9          MS. OLDFATHER:  48 hours.

10          MS. WIMBERLY:  He has agreed to do so within 48

11  hours.

12          Your Honor, what was brought to my attention

13  this morning is that while that's going to be great, it's also

14  going to be somewhat worthless because he has never told us who

15  his providers are.  I realize that he may not have access to

16  all of his records at this point in time since he is

17  hospitalized.  We would ask that within 30 days, sooner if

18  possible, that he also be required to provide us with the names

19  of his providers, and that within 30 days after his release

20  from the hospital that he complete the plaintiff profile form

21  that would have that information in more detail so that we can

22  act on those records.

23          THE COURT:  Let's take it a step at a time, Ann.

24  Let's get the signed documentation first and coordinate getting

25  this information --

1          **MS. OLDFATHER:**  Yes, Your Honor.

2          **THE COURT:**  -- and we'll see where we are.

3          **MS. OLDFATHER:**  Your Honor, just for Mr. Harrison's

4    benefit, I will repeat what I told the Court in chambers, which

5    is Mr. Harrison's refusal to sign the authorizations was not

6    arbitrary.  As an attorney, I can say it was misinformed.  But

7    at least from his perspective, it was a principled but

8    misinformed stand on what he thought was his need to insist on

9    reciprocal discovery from Merck.  He has assured me that he

10   will comply promptly with all the requirements of the pretrial

11   orders that apply to him.

12          So at this point, Your Honor, if I understand

13   the Court's ruling, we are going to get the authorizations.  I

14   will facilitate the back-and-forth between Ms. Wimberly and

15   Mr. Harrison, to the extent that it's necessary, to get as

16   prompt compliance as we can with the providers and the

17   plaintiff profile form, but I'm not in a position to agree to

18   the time limits because I don't know -- we didn't think about

19   that to discuss it is the problem.

20          **THE COURT:**  I understand.  At this point, let's focus

21   on getting the material.

22          Mr. Harrison, I need you to cooperate.  I'm

23   trying to focus on your case, but I need the information

24   distributed so that I can properly focus on your case.  I am

25   urging and instructing you to comply with that and to provide

```
 1    that information.  If you don't comply, I'm going to entertain
 2    a motion to dismiss your case, so you need to know that.
 3             MS. WIMBERLY:  So, Your Honor, could we reset this
 4    for the June 1 hearing?
 5             THE COURT:  Okay.  I'll reset it.
 6             MR. HERMAN:  May it please the Court.  Your Honor,
 7    Ms. Barrios will be the PSC's designated representative at the
 8    attorneys general conference.
 9             THE COURT:  Anything else on this other than the
10    attorneys general?  Thank you very much.  We will meet in a
11    moment on the attorneys general.  The Court will stand in
12    recess.
13             THE DEPUTY CLERK:  Everyone rise.
14             (WHEREUPON the Court was in recess.)
15                              * * *
16                           CERTIFICATE
17             I, Toni Doyle Tusa, CCR, FCRR, Official Court
18    Reporter for the United States District Court, Eastern District
19    of Louisiana, do hereby certify that the foregoing is a true
20    and correct transcript, to the best of my ability and
21    understanding, from the record of the proceedings in the
22    above-entitled and numbered matter.
23
24                              s/ Toni Doyle Tusa
                                Toni Doyle Tusa, CCR, FCRR
25                              Official Court Reporter
```

**A**

ability 22:20
able 13:19 17:17
above-entitled 22:22
access 20:15
acknowledged 10:6
act 20:22
action 8:19,23 12:14
actions 8:4 12:11
address 5:17 9:16 13:8 17:22,23
addresses 13:11 16:5,6
addressing 10:5
administrative 11:14
administrator 5:7
adopted 9:22
advance 3:16
advertise 16:3
advice 12:23 18:11
advices 12:24
affirmative 10:19
affirming 8:20
AG 8:23 12:22 15:16
agenda 3:15
ago 19:11
agree 19:22,24 21:17
agreed 18:14 19:1,15 20:3,7,10
agreement 4:16 19:14 20:1
agrees 14:10
ahead 10:12 15:12 18:12
allegations 9:11
allocation 6:14,16,24 7:2,4 8:1 13:5
allow 7:17
allowed 13:8
allows 14:4
Ann 1:22 13:1 16:23 20:23
announced 6:19
answer 12:10
apace 3:23
apologize 18:2
appeal 10:1
appeals 10:7 15:2
appearance 3:8
Appearances 1:12
appellate 9:20,24
applications 6:22,25 7:13
apply 7:24 21:11
appointed 7:14
appointments 3:22
appreciate 5:14
appropriate 7:17 14:8
appropriateness 10:10
approximately 4:14
April 1:6 3:2

**B**

arbitrary 21:6
asked 4:25 13:15 19:22
asking 19:25
assist 12:3
assistance 16:4
assuming 9:10
assured 21:9
attempt 16:2
attempting 11:8
attention 11:10 13:15 14:23 20:12
attorney 4:3 5:16,16,25 6:8,10 12:14 13:7 21:6
attorneys 12:19 15:4 22:8,10,11
authority 8:14 9:2
authorizations 19:12 20:1,2 21:5,13
availability 15:8
available 9:21 12:10
Avenue 1:15
a.m 1:7

**B**

back 20:6
back-and-forth 21:14
Barrios 1:21 8:7 10:23 10:25 11:1 12:20 22:7
basic 5:14,19
Becnel 14:17,18,21
behalf 16:19
Beisner 1:21 9:15
believe 13:20
bellwether 9:1
benefit 12:18 21:4
best 22:20
Birchfield 4:16 11:10
Bob 11:20 12:12
breakdown 5:1
briefly 5:13,18 19:5
bringing 14:22
brings 19:3
brother 16:8,9
brought 20:12
BrownGreer 13:12
B-406 2:1

**C**

Cabraser 1:20 8:10,10 9:6,13 12:23
call 3:6 12:9
calls 11:23,23
carry 16:15
case 1:7 3:6 7:15,21,24 8:16,20 10:11 11:12 12:22 17:2,5,5,7 18:10 19:6 21:23,24 22:2

cases 1:7 3:24 4:6,8,8 4:10,11,12,14,17,18 4:19,19,21,23,25 5:4 8:11,23 11:2,5,6,11 12:25
case-specific 19:10
categories 4:7,13
category 4:7,10 5:2
CCR 2:1 22:17,24
certainly 17:19
CERTIFICATE 22:16
certification 8:15 9:22 9:25 10:5,10,20
certify 22:19
chambers 19:5,25 21:4
changed 17:4
chart 11:9
check 12:8
chose 4:9
Circuit 8:14 9:2
circumstances 12:4 13:16
claim 8:25 9:1
claimants 11:12,17,18 11:21 12:8
claims 20:4 3,3,5 9:10 15:23 16:16 17:11
clarify 12:15
class 8:4,15,19 9:10,21 9:25 10:5,10,17,19
clean 11:8
clear 12:18
clerk 3:3,7 11:14 22:13
closed 11:12
collecting 6:20,20,20 6:21
come 7:2,25 17:15
comments 13:18 14:9
committee 6:24 7:7,7 11:2 13:5 16:20 17:8
common 9:1 12:17
communicate 11:24 14:20
communicating 17:25
comparable 9:23
complete 20:20
completed 5:20,21,23
completely 18:6
compliance 21:16
complications 19:21
comply 19:6,16,17 21:10,25 22:1
computer 2:6
concern 4:22
concerned 15:7
conference 1:10 3:15 4:15,23 15:6,21 18:20,22 22:8
conferences 11:22

confirmations 16:12
Connolly 1:17
consideration 8:25
considered 10:7
consumer 8:11,15
contact 16:2,6,14 17:15 18:10
contacted 19:19,20
contains 6:12
continue 11:2,22,23 19:15
continued 15:20 17:11
continues 12:20
conversation 18:17
cooperate 21:22
coordinate 20:24
coordination 8:6
correct 22:20
correspondence 16:7
Cotlar 1:14
couple 15:13
course 8:21 10:18
court 1:1 2:1 3:5,8,11 3:14,24 4:2,16,22 5:9 6:11,18 8:4,6,8,18,19 8:24,24 9:3,10,12,14 9:17,24 10:3,6,7,10 10:20,22 11:16,21,25 12:2,6,13,25 13:4,8 13:18,22,25 14:1,5,7 14:11,20 15:1,4,8,14 15:18 16:1,16,18,23 16:25 18:8,16,21 19:2 20:23 21:2,4,20 22:5,6,9,11,14,17,18 22:25
courtesy 14:17
Court's 13:14,15 16:5 19:9 21:13
covered 15:9
co-counsel 18:10
create 6:23
curator 11:20
curator's 16:4
cut 14:3

**D**

Daniel 14:17
data 6:20
date 6:16 13:16 15:21 19:15,17
Davis 1:24 15:10 16:19 16:19
Dawn 1:21 11:1
days 18:25 19:23 20:8 20:17,19
deadlines 6:15

deal 5:2 11:11,12 13:14 14:2,8
deceased 16:10,11
decedent 16:9
decision 8:21
decline 11:23
Defendant 1:17
deliveries 17:23
delivery 16:12 20:5
denial 8:20
denying 10:4
Department 6:2,3 12:17
deposit 13:24 14:4
DEPUTY 3:3,7 22:13
derivative 11:12
described 13:17
designated 22:7
desire 17:20
desires 16:14
detail 20:21
determination 6:4,6 10:9
develop 9:8
different 9:17 18:6
direct 18:10
disagreeing 10:13
discovery 4:19 6:13 7:18 19:6 21:19
discuss 6:24 7:2 13:6 18:3 19:5 21:19
discussed 3:16
discussions 6:7 7:2
dismiss 15:23 16:16 17:11 19:6 22:2
dismissal 11:14 16:22
dismissed 16:21
dispute 5:15
disputes 5:17,22 6:10 6:16
distributed 21:24
District 1:1,2,11 22:18 22:18
docket 1:5 11:9 15:20
Document 15:25 17:13
documentation 20:24
doing 6:19 8:1
Dorothy 1:23
Dorothy's 18:3
Douglas 1:17 3:11
Doyle 2:1 22:17,24,24
draw 13:14
due 8:21 19:21
Dugan 12:21
D.C 1:18

**E**

E 1:10
earlier 11:19
easiest 15:22

**Eastern** 1:2 22:18
**effect** 14:14
**effort** 18:8
**either** 4:9 19:16
**ELDON** 1:10
**Eleventh** 8:14 9:2
**Elizabeth** 1:20 8:9,10
   9:3
**empowered** 6:24
**enroll** 4:9,10
**entered** 4:11
**entertain** 22:1
**envelope** 20:6
**Esq** 1:14,17,20,20,21
   1:21,22,22,23,23,24
**essentially** 5:20
**estate** 11:11 17:15
   18:12
**esteemed** 9:17
**evening** 19:20
**everybody** 7:10 17:1
**Excuse** 8:9
**execute** 20:3
**executed** 20:8
**expect** 6:3
**expected** 11:22
**expedited** 13:16
**expert** 19:10
**explain** 12:4
**explicit** 10:4
**explicitly** 10:6
**express** 7:14
**extent** 7:18 21:15
**eyes** 7:16

**F**

**facilitate** 21:14
**fact** 9:1 13:15 17:22
**facts** 6:20
**failure** 15:24 19:6
**fall** 4:6 5:1
**Fallon** 1:10 3:12 12:13
**familiar** 7:21
**family** 17:25
**FCRR** 2:1 22:17,24
**Feathers** 18:9
**February** 15:21 16:1
   17:11
**federal/state** 11:2
**FedEx** 16:7 20:2,4,5
**fee** 5:16 6:10,15,22,23
   6:25 7:25 13:5
**feeling** 14:20
**felt** 7:6,17,18
**file** 14:10 18:15
**filed** 4:12 6:11 9:19,20
   13:11 18:25
**final** 6:4,9 7:4,25
**finally** 19:10
**find** 17:21 18:8

**fine** 6:18 15:14 19:2
**first** 4:7 5:19 6:23 9:15
   10:14 15:23 20:24
**five** 17:3
**flat-out** 19:11
**Florida** 8:15,25 9:4,7
**fly** 13:23
**focus** 21:20,23,24
**foregoing** 22:19
**form** 20:20 21:17
**formal** 6:11
**forth** 6:14
**forum** 12:18
**forward** 4:21,23
**four** 5:13,16 11:11 16:5
   16:8,13
**fourth** 6:9
**Frankly** 9:7
**fresh** 7:15,23
**Friday** 13:20
**fully** 9:8
**funds** 13:12,25
**further** 7:3 8:23 16:13

**G**

**gates** 4:12
**general** 4:3 5:16,25 6:8
   12:14,19 15:5 22:8
   22:10,11
**generally** 12:5
**gentlemen** 3:5
**getting** 20:24 21:21
**give** 5:1 7:4,19 11:14
   18:15,16
**go** 15:12 18:12
**going** 5:2 7:23 12:1
   15:15 18:13 19:17
   20:2,4,13,14 21:13
   22:1
**Gonzalez** 17:12,15,18
   18:6,9
**good** 3:5,10,12 5:11
   11:1 12:2 17:23
**Governmental** 12:11
**grant** 10:20 16:16 17:7
   17:9
**great** 20:13

**H**

**half** 19:11
**hanging** 11:13 17:20
**happened** 11:25
**Harrison** 19:4,9,14,20
   20:2 21:15,22
**Harrison's** 21:3,5
**Head** 16:11
**hearing** 6:16,17 15:21
   16:2 19:15 22:4
**hearings** 19:9
**heirs** 16:2,5,8,13 17:18

18:8
**help** 8:2 11:8
**Henrichs** 15:24 16:3,8
   16:9,9,10,11,16 18:7
**Herman** 1:14,14,14
   3:12,12 5:8,10 8:5,7
   8:9 10:23,25 11:19
   12:12 13:7,19 14:9
   14:16,25 15:3,15
   22:6
**Honor** 3:10,20 4:1 5:8
   5:11 6:1 8:5,10,12,21
   9:6,15 10:12,21,23
   11:1,15,20 13:2,7,9
   13:19 14:9,15,16,25
   15:3,10,15,19 16:19
   16:24 17:19 18:2,19
   19:4 20:12 21:1,3,12
   22:3,6
**HONORABLE** 1:10
**hook** 17:24
**hospital** 20:3,20
**hospitalized** 19:21
   20:17
**hours** 20:4,9,11

**I**

**immediately** 15:11
**imposed** 13:23
**Included** 20:4
**income** 14:7,13
**indicate** 14:5
**indicated** 9:18 17:6,16
   19:17,20,21,25
**indication** 16:14
**individually** 5:17
**individuals** 6:23 7:3
   12:3
**ineligible** 4:9
**infection** 19:22
**information** 6:20 7:23
   20:21,25 21:23 22:1
**informed** 8:17
**initial** 9:25
**injury** 4:5 12:25
**input** 7:3,8,8,9
**insist** 21:8
**instructed** 16:2
**instructing** 21:25
**intend** 17:18
**intention** 13:13
**interests** 12:24
**interlocutory** 9:23
**introduce** 13:9
**invoked** 10:8
**involved** 12:22
**issue** 8:16 12:15,22
   13:13
**issued** 8:18 9:24,25
   10:6

**issues** 3:23 6:13 11:11
   14:11
**Item** 10:24

**J**

**Jack** 1:23 13:10
**Jim** 15:5
**John** 1:21 9:14 16:9
**Johnston** 1:22 11:19,20
   11:20 12:3
**Johnston's** 12:9
**Judge** 1:11 3:12 5:14
   5:18 6:6,9,17 8:3
   12:13
**judgment** 8:20
**June** 15:6 18:20,22
   22:4
**Juneau** 1:20 5:10,11,12
   5:12 6:1 8:3 15:16
**Justice** 6:3,3 12:16

**K**

**Kathryn** 13:10
**Katz** 1:14
**Kentucky** 8:17,19 9:16
   9:17,19,21 10:1,7,9
**knee** 19:22
**know** 4:2 10:17 17:21
   21:18 22:2
**knowledge** 7:24
**knows** 17:22

**L**

**label** 20:6
**ladies** 3:5
**language** 6:5
**law** 11:14
**lead** 3:16 15:7
**left** 17:20
**Leonard** 1:24 16:19
**let's** 14:3 18:21 20:23
   20:24 21:20
**LIABILITY** 1:5
**liaison** 3:16 15:7
**lien** 3:23 5:7,15,22
**lift** 4:17
**lifted** 4:18
**light** 14:9
**limits** 21:18
**line** 8:23
**list** 19:13
**litigation** 1:5 5:15,20
   16:15
**lives** 17:3
**LLP** 1:14,17
**location** 20:3
**look** 7:16
**looked** 7:22
**lot** 5:5
**Louisiana** 1:2,15 2:2

12:14,22 22:19

**M**

**M** 1:14
**mandamus** 9:20 10:4
**March** 16:7 19:16
**Margaret** 16:10
**Mark** 15:24
**Martha** 16:10
**Marvin** 1:17 3:10,11
   3:20 4:1,5 11:4 13:2
**Marvin's** 11:7
**master** 5:9,12 6:1,6,11
   7:15
**master's** 6:13
**material** 21:21
**matter** 5:15,21,23 6:9
   7:16 12:21 14:16
   15:17 18:19 22:22
**matters** 5:16 6:1 16:25
**MDL** 1:5 3:7
**mechanical** 2:5
**mechanism** 9:21
**medical** 19:12
**meet** 15:6 22:10
**meeting** 15:4,11
**meet-and-confer** 9:8
**mentioned** 16:25
**Merck** 3:11 6:7 8:18
   9:8 18:8 21:9
**Merck's** 8:12 14:24
**merits** 10:5
**met** 3:16
**Michael** 13:12
**mind** 17:4
**minutes** 15:13
**misinformed** 21:6,8
**misunderstood** 18:17
**moment** 15:16 22:11
**money** 14:21
**monitor** 12:21
**month** 11:6
**monthly** 3:14
**months** 11:25
**morning** 3:5,10,12 5:11
   11:1 20:13
**mother** 16:10
**motion** 8:12 9:10 10:18
   10:19 13:11,17 15:23
   16:16 17:7,9,10,11
   18:14,24 19:3,4,5,8
   19:15,23 22:2
**motions** 10:15 11:3
   14:24 15:12,19
**move** 4:23 17:3,18

**N**

**name** 12:9 13:10
**names** 20:18
**necessary** 7:17,18

14:10 21:15
**need** 3:21 4:24 9:7
  10:19,20 12:9 13:6
  21:8,22,23 22:2
**needs** 11:10
**never** 20:14
**new** 1:15 2:2 5:8 8:5,8
  10:1,8
**note** 10:21
**notified** 6:12
**notify** 17:1
**number** 6:19 7:21
  11:23 12:9
**numbered** 22:22
**N.W** 1:18

**O**

**object** 7:14
**objected** 7:13
**objection** 7:14 16:21
  18:18,23
**obtained** 16:4
**occasions** 6:19
**office** 16:4
**Official** 2:1 22:17,25
**okay** 13:22 15:18 22:5
**Oldfather** 1:22 4:16,20
  13:2 16:24 17:16,22
  18:2,23 19:1,19 20:9
  21:1,3
**Once** 6:5
**open** 11:15 15:8 18:12
**opinion** 9:9
**opinions** 6:21
**opportunity** 7:13
**opposition** 8:13 17:8
  19:16
**order** 3:17 6:15 8:18
  9:16,16,22,25,25
  10:6 14:4,14 15:22
  19:7,9
**orders** 21:11
**ordinarily** 19:24
**Orleans** 1:15 2:2
**outside** 3:24
**overrule** 17:8
**O'Keefe** 1:15

**P**

**pair** 7:15
**papers** 12:14 13:20
  14:10
**Participating** 1:20
**particular** 5:4 7:24
  12:4
**parties** 3:15 4:24,25
  6:11,25
**party** 11:13 15:25
**pass** 4:11 18:21 19:23
**passed** 18:15

**Patrick** 5:12
**payments** 3:21
**Pedro** 17:12
**pending** 3:22 4:8 11:5
  12:25
**people** 7:6,20 17:3,4
**permission** 11:13 16:6
**permits** 9:23
**person** 5:5 7:22
**personal** 4:5 12:25
**perspective** 21:7
**petition** 9:19
**phone** 12:7 13:23
**plaintiff** 15:24 17:21
  17:25 20:20 21:17
**plaintiffs** 1:14 3:13
  8:13 11:6 16:20 17:8
**plan** 4:20 9:9
**please** 3:4,9,10 12:8,13
  22:6
**point** 7:5 8:25 14:12
  20:16 21:12,20
**position** 6:7,25 12:19
  21:17
**possession** 14:1,1,6
**possible** 20:18
**posted** 7:10
**potential** 9:1
**power** 5:5
**Poydras** 2:1
**prejudice** 16:17,21
  17:9,12
**presented** 3:18
**pretrial** 19:7 21:10
**previously** 20:7
**principled** 21:7
**pro** 11:17,17,21 12:7
  15:24 16:4 18:7
**problem** 14:18 21:19
**problems** 5:4,5 17:23
**procedure** 10:2
**proceed** 5:3
**proceeding** 3:23 10:13
**proceedings** 2:5 3:1
  22:21
**process** 6:14 8:1 10:8
**processed** 3:21
**produced** 2:6
**PRODUCTS** 1:5
**professional** 14:16
**profile** 20:20 21:17
**program** 3:19,25 4:11
**prompt** 21:16
**promptly** 21:10
**proper** 15:25
**properly** 21:24
**proposal** 7:9,10,19
**proposed** 3:15 7:2,4
**provide** 19:10,12,16
  20:18 21:25

**provided** 11:9
**providers** 19:13 20:15
  20:19 21:16
**PSC** 4:20 8:11 12:14,16
  12:21
**PSC's** 22:7
**PTO** 4:7,10,12,17,17
  4:18
**purpose** 10:15
**pursuant** 17:12
**pursue** 17:5,5,7
**put** 4:24 6:25 14:4,14
**putting** 5:3

**Q**

**questions** 12:10
**quickly** 5:6

**R**

**R** 1:17
**raised** 13:13
**Ratliff** 8:18
**reached** 4:17 19:14
  20:1
**realize** 20:15
**really** 11:24
**reason** 18:12
**recall** 16:1
**receive** 19:18
**received** 3:15 6:22 16:5
  16:12,13 17:14
**recess** 22:12,14
**reciprocal** 21:9
**recommendations** 6:13
**recommended** 8:24
**record** 3:9 7:1,1 12:15
  15:25 17:13 22:21
**recorded** 2:5
**records** 19:13 20:16,22
**reduction** 11:5
**refusal** 21:5
**refused** 19:11
**regard** 5:19,22,25 6:4
  6:10,15,18 11:8
  12:14
**regarding** 15:16
**registry** 13:25 14:5,7
**reinstitute** 6:7
**related** 17:14
**relates** 1:7
**relating** 19:4
**release** 6:5 20:19
**remain** 4:6
**remaining** 4:25
**remains** 12:19
**remand** 11:3
**remands** 11:5
**repeat** 21:4
**replacement** 19:22
**report** 5:13,23 6:11,12

6:14,16 8:11 19:10
**reported** 11:4,21
**Reporter** 2:1 22:18,25
**represent** 13:10
**representative** 6:2 22:7
**representatives** 3:22
  12:17
**represented** 14:18 18:9
**request** 12:16
**requested** 3:18 15:10
**require** 6:5 18:24
**required** 18:8 20:18
**requirements** 19:7
  21:10
**reset** 18:19 22:3,5
**resolution** 3:23
**resolve** 15:22
**resolved** 5:6
**resolving** 10:14
**resource** 5:4
**respect** 10:12
**respective** 4:24
**respond** 13:20
**responding** 18:11
**response** 17:17
**return** 20:5
**reurge** 16:20
**review** 9:21,24
**right** 14:3 17:6
**rise** 3:3 22:13
**road** 10:12
**Robert** 1:22
**Room** 2:1
**rule** 8:19 9:23,23 13:25
  15:24 17:12 18:16
**ruling** 21:13
**rulings** 6:13
**Russ** 1:14 3:12

**S**

**s** 22:24
**Saturday** 20:5
**saw** 11:19
**scheduling** 6:15
**Scott** 16:8
**se** 11:17,17,21 12:7
  15:24 16:4 18:7
**search** 17:21,24
**seated** 3:4
**second** 4:10 5:22 9:25
  17:10
**see** 5:2 7:11 9:3 11:22
  21:2
**Seeger** 12:23
**send** 20:6
**sent** 16:7
**served** 10:16
**set** 6:16,17
**sets** 6:14
**settlement** 3:19,24 4:9

4:13 6:5
**short** 10:8
**sign** 21:5
**signed** 16:12 19:12,25
  20:24
**silence** 17:6
**sister** 16:11
**site** 7:10 12:8
**situation** 12:4 18:7
**six** 11:10
**slack** 14:6
**smoothly** 12:1
**Snapka** 13:10,13
**Snapka's** 13:7
**somebody** 7:15
**somewhat** 19:8 20:14
**sooner** 20:17
**sorry** 8:9
**sort** 5:1 9:9 10:17
  14:14 17:17
**sorted** 18:4
**sources** 6:21
**speak** 15:16
**special** 5:9,12 6:1,6,10
  6:12 7:14
**specific** 13:13
**spoke** 6:1
**stand** 21:8 22:11
**standpoint** 9:4
**state** 8:19 9:22
**States** 1:1,11 22:18
**statewide** 8:1
**State/federal** 8:6
**statistics** 11:3
**status** 1:10 3:14 8:11
  11:22 15:6,20
**statute** 8:15
**statutes** 8:16
**stay** 4:17,18
**steering** 16:20
**stenography** 2:5
**step** 10:14 20:23
**Stratton** 13:12
**Street** 1:18 2:1
**strike** 8:12 9:10 10:18
**structure** 4:24 5:3
**subject** 4:19 12:17
**submission** 8:12 13:16
**submit** 8:21 9:9
**submitted** 5:24 6:25
  8:13 9:2
**subsequently** 16:3
**subset** 11:4,7
**substantial** 9:8
**substitute** 15:25 16:15
**suggestions** 7:20
**summarized** 13:3
**summary** 8:20
**supplemental** 8:14
**Supreme** 8:18 9:17

10:3,10
**sure** 10:13,15 15:14
**survive** 9:10

---

**T**

**take** 3:17 7:1,16,23
    9:11 13:14 14:6
    15:12,13,21 20:23
**taken** 10:1
**talk** 10:20
**talked** 12:25 13:5
**talking** 4:20 10:16
**tap** 7:8
**tapped** 7:8
**tasks** 5:13,20
**tax** 14:7,13
**telephone** 12:9 15:8
**terms** 8:23 10:16
**testimony** 7:1,17
**thank** 8:1,3 9:12,13
    10:21,22,25 11:15,16
    12:5,6,12,20 13:4
    14:15,22 22:10
**thereabouts** 7:12
**thing** 6:23 11:24 14:21
    14:22
**things** 5:5 10:16 11:25
**think** 10:14 11:24 12:5
    14:11,17 17:2 18:3
    21:18
**thinking** 13:24
**Third** 5:25
**Thomas** 1:20 5:11
**thought** 18:14 21:8
**three** 4:7,13 5:15 15:19
**threshold** 10:14
**time** 4:8 9:20,22 12:23
    13:14 18:15,16 19:12
    20:16,23 21:18
**today** 3:14 14:17 15:20
**told** 20:14 21:4
**Tom** 5:10
**tomorrow** 20:5
**Toni** 2:1 22:17,24,24
**total** 4:13
**transcript** 2:5 22:20
**transfer** 13:12
**traveling** 18:4
**trial** 5:4 9:1,24 10:6,21
**trials** 10:16
**tried** 9:4,6,7 12:21
**true** 22:19
**try** 17:21
**trying** 12:3 21:23
**Tusa** 2:1 22:17,24,24
**Twelfth** 1:18
**two** 5:15 11:11 18:16

---

**U**

**understand** 8:22 14:11

17:19 21:12,20
**understanding** 22:21
**unfolding** 9:3
**United** 1:1,11 22:18
**unusual** 19:8
**upholding** 8:14,18
**urging** 21:25
**Urquhart** 1:23 13:9,10
    14:15
**usually** 18:4
**U.S** 6:2

---

**V**

**v** 8:18 10:24
**valid** 14:12
**valuable** 7:7
**vantage** 7:4
**various** 6:21
**victim** 18:3
**Vioxx** 1:5 3:7 5:15,19
    8:19

---

**W**

**Wait** 8:8
**want** 4:22 12:15,18,20
    13:23 14:12 17:20,24
**wanted** 7:8
**Washington** 1:18
**way** 7:8,20 12:16 13:24
**Web** 7:10 12:8
**Wednesday** 6:2 19:19
**week** 6:3 8:17 18:16
**we'll** 8:20 14:2 21:2
**whatsoever** 16:14
**whittle** 11:2
**wife** 18:11
**Williams** 1:17
**willy-nilly** 17:1
**Wimberly** 1:23 11:9
    14:25 15:10,19 17:10
    18:18,24 19:3 20:10
    21:14 22:3
**wish** 17:4,5,7
**wishes** 14:21
**withdraw** 17:18,20
    18:13,25
**withdrawal** 18:15
**work** 5:21,23 7:6,21,22
    7:25
**worked** 7:15
**working** 5:14
**worry** 14:12
**worthless** 20:14
**writ** 9:19 10:4

---

**Y**

**year** 19:10
**years** 7:22 17:3
**yesterday** 6:10 11:10
    13:11 18:4

---

**1**

**1** 1:6 3:2 15:6 18:20
    22:4
**10** 18:25 20:8
**100** 7:12
**114** 11:5,6
**14** 19:16
**1657** 3:7
**1657-L** 1:5
**17** 7:12
**171** 11:6
**175** 4:6,14

---

**2**

**20005** 1:18
**2011** 1:6 3:2 6:17
**23** 8:19
**23(f)** 9:23
**24** 15:21 16:1 17:11
**25(a)(1)** 15:24 17:12
**28** 4:7,18 19:7
**29** 4:12,17

---

**3**

**30** 20:17,19

---

**4**

**43** 4:10,17
**48** 20:4,9,10

---

**5**

**500** 2:1
**504** 2:2
**589-7778** 2:2

---

**6**

**60** 19:23
**61280** 17:13
**61281** 15:25

---

**7**

**70113** 1:15
**70130** 2:2
**725** 1:18

---

**8**

**8th** 13:21
**8:30** 15:7
**820** 1:15

---

**9**

**9** 6:17 16:7
**9:00** 1:7 15:8

M014C17326

**A**

ability 22:20
able 13:19 17:17
above-entitled 22:22
access 20:15
acknowledged 10:6
act 20:22
action 8:19,23 12:14
actions 8:4 12:11
address 5:17 9:16 13:8
  17:22,23
addresses 13:11 16:5,6
addressing 10:5
administrative 11:14
administrator 5:7
adopted 9:22
advance 3:16
advertise 16:3
advice 12:23 18:11
advices 12:24
affirmative 10:19
affirming 8:20
AG 8:23 12:22 15:16
agenda 3:15
ago 19:11
agree 19:22,24 21:17
agreed 18:14 19:1,15
  20:3,7,10
agreement 4:16 19:14
  20:1
agrees 14:10
ahead 10:12 15:12
  18:12
allegations 9:11
allocation 6:14,16,24
  7:2,4 8:1 13:5
allow 7:17
allowed 13:8
allows 14:4
Ann 1:22 13:1 16:23
  20:23
announced 6:19
answer 12:10
apace 3:23
apologize 18:2
appeal 10:1
appeals 10:7 15:2
appearance 3:8
Appearances 1:12
appellate 9:20,24
applications 6:22,25
  7:13
apply 7:24 21:11
appointed 7:14
appointments 3:22
appreciate 5:14
appropriate 7:17 14:8
appropriateness 10:10
approximately 4:14
April 1:6 3:2

**B**

back 20:6
back-and-forth 21:14
Barrios 1:21 8:7 10:23
  10:25 11:1 12:20
  22:7
basic 5:14,19
Becnel 14:17,18,21
behalf 16:19
Beisner 1:21 9:15
believe 13:20
bellwether 9:1
benefit 12:18 21:4
best 22:20
Birchfield 4:16 11:10
Bob 11:20 12:12
breakdown 5:1
briefly 5:13,18 19:5
bringing 14:22
brings 19:3
brother 16:8,9
brought 20:12
BrownGreer 13:12
B-406 2:1

**C**

Cabraser 1:20 8:10,10
  9:6,13 12:23
call 3:6 12:9
calls 11:23,23
carry 16:15
case 1:7 3:6 7:15,21,24
  8:16,20 10:11 11:12
  12:22 17:2,5,5,7
  18:10 19:6 21:23,24
  22:2

arbitrary 21:6
asked 4:25 13:15 19:22
asking 19:25
assist 12:3
assistance 16:4
assuming 9:10
assured 21:9
attempt 16:2
attempting 11:8
attention 11:10 13:15
  14:23 20:12
attorney 4:3 5:16,16,25
  6:8,10 12:14 13:7
  21:6
attorneys 12:19 15:4
  22:8,10,11
authority 8:14 9:2
authorizations 19:12
  20:1,2 21:5,13
availability 15:8
available 9:21 12:10
Avenue 1:15
a.m 1:7

cases 1:7 3:24 4:6,8,8
  4:10,11,12,14,17,18
  4:19,19,21,23,25 5:4
  8:11,23 11:2,5,6,11
  12:25
case-specific 19:10
categories 4:7,13
category 4:7,10 5:2
CCR 2:1 22:17,24
certainly 17:19
CERTIFICATE 22:16
certification 8:15 9:22
  9:25 10:5,10,20
certify 22:19
chambers 19:5,25 21:4
changed 17:4
chart 11:9
check 12:8
chose 4:9
Circuit 8:14 9:2
circumstances 12:4
  13:16
claim 8:25 9:1
claimants 11:12,17,18
  11:21 12:8
claims 20:4 3,3,5
  9:10 15:23 16:16
  17:11
clarify 12:15
class 8:4,15,19 9:10,21
  9:25 10:5,10,17,19
clean 11:8
clear 12:18
clerk 3:3,7 11:14 22:13
closed 11:12
collecting 6:20,20,20
  6:21
come 7:2,25 17:15
comments 13:18 14:9
committee 6:24 7:7,7
  11:2 13:5 16:20 17:8
common 9:1 12:17
communicate 11:24
  14:20
communicating 17:25
comparable 9:23
complete 20:20
completed 5:20,21,23
completely 18:6
compliance 21:16
complications 19:21
comply 19:6,16,17
  21:10,25 22:1
computer 2:6
concern 4:22
concerned 17:2
conference 1:10 3:15
  4:15,23 15:6,21
  18:20,22 22:8
conferences 11:22

confirmations 16:12
Connolly 1:17
consideration 8:25
considered 10:7
consumer 8:11,15
contact 16:2,6,14 17:15
  18:10
contacted 19:19,20
contains 6:12
continue 11:2,22,23
  19:15
continued 15:20 17:11
continues 12:20
conversation 18:17
cooperate 21:22
coordinate 20:24
coordination 8:6
correct 22:20
correspondence 16:7
Cotlar 1:14
couple 15:13
course 8:21 10:18
court 1:1 2:1 3:5,8,11
  3:14,24 4:2,16,22 5:9
  6:11,18 8:4,6,8,18,19
  8:24,24 9:3,10,12,14
  9:17,24 10:3,6,7,10
  10:20,22 11:16,21,25
  12:2,6,13,25 13:4,8
  13:18,22,25 14:1,5,7
  14:11,20 15:1,4,8,14
  15:18 16:1,16,18,23
  16:25 18:8,16,21
  19:2 20:23 21:2,4,20
  22:5,6,9,11,14,17,18
  22:25
courtesy 14:17
Court's 13:14,15 16:5
  19:9 21:13
covered 15:9
co-counsel 18:10
create 6:23
curator 11:20
curator's 16:4
cut 14:3

**D**

Daniel 14:17
data 6:20
date 6:16 13:16 15:21
  19:15,17
Davis 1:24 15:10 16:19
  16:19
Dawn 1:21 11:1
days 18:25 19:23 20:8
  20:17,19
deadlines 6:15

deal 5:2 11:11,12 13:14
  14:2,8
deceased 16:10,11
decedent 16:9
decision 8:21
decline 11:23
Defendant 1:17
deliveries 17:23
delivery 16:12 20:5
denial 8:20
denying 10:4
Department 6:2,3
  12:17
deposit 13:24 14:4
DEPUTY 3:3,3,7 22:13
derivative 11:12
described 13:17
designated 22:7
desire 17:20
desires 16:14
detail 20:21
determination 6:4,6
  10:9
develop 9:8
different 9:17 18:6
direct 18:10
disagreeing 10:13
discovery 4:19 6:13
  7:18 19:6 21:19
discuss 6:24 7:2 13:6
  18:3 19:5 21:19
discussed 3:16
discussions 6:7 7:2
dismiss 15:23 16:16
  17:11 19:6 22:2
dismissal 11:14 16:22
dismissed 16:21
dispute 5:15
disputes 5:17,22 6:10
  6:16
distributed 21:24
District 1:1,2,11 22:18
  22:18
docket 1:5 11:9 15:20
Document 15:25 17:13
documentation 20:24
doing 6:19 8:1
Dorothy 1:23
Dorothy's 18:3
Douglas 1:17 3:11
Doyle 2:1 22:17,24,24
draw 13:14
due 8:21 19:21
Dugan 12:21
D.C 1:18

**E**

E 1:10
earlier 11:19
easiest 15:22

M014C17327

**Eastern** 1:2 22:18
**effect** 14:14
**effort** 18:8
**either** 4:9 19:16
**ELDON** 1:10
**Eleventh** 8:14 9:2
**Elizabeth** 1:20 8:9,10 9:3
**empowered** 6:24
**enroll** 4:9,10
**entered** 4:11
**entertain** 22:1
**envelope** 20:6
**Esq** 1:14,17,20,20,21 1:21,22,22,23,23,24
**essentially** 5:20
**estate** 11:11 17:15 18:12
**esteemed** 9:17
**evening** 19:20
**everybody** 9:7 10:17:1
**Excuse** 8:9
**execute** 20:3
**executed** 20:8
**expect** 6:3
**expected** 11:22
**expedited** 13:16
**expert** 19:10
**explain** 12:4
**explicit** 10:4
**explicitly** 10:6
**express** 7:14
**extent** 7:18 21:15
**eyes** 7:16

**F**
**facilitate** 21:14
**fact** 9:1 13:15 17:22
**facts** 6:20
**failure** 15:24 19:6
**fall** 4:6 5:1
**Fallon** 1:10 3:12 12:13
**familiar** 7:21
**family** 17:25
**FCRR** 2:1 22:17,24
**Feathers** 18:9
**February** 15:21 16:1 17:11
**federal/state** 11:2
**FedEx** 16:7 20:2,4,5
**fee** 5:16 6:10,15,22,23 6:25 7:25 13:5
**feeling** 14:20
**felt** 7:6,17,18
**file** 14:10 18:15
**filed** 4:12 6:11 9:19,20 13:11 18:25
**final** 6:4,9 7:4,25
**finally** 19:10
**find** 17:21 18:8

**fine** 6:18 15:14 19:2
**first** 4:7 5:19 6:23 9:15 10:14 15:23 20:24
**five** 17:3
**flat-out** 19:11
**Florida** 8:15,25 9:4,7
**fly** 13:23
**focus** 21:20,23,24
**foregoing** 22:19
**form** 20:20 21:17
**formal** 6:11
**forth** 6:14
**forum** 12:18
**forward** 4:21,23
**four** 5:13,16 11:11 16:5 16:8,13
**fourth** 6:9
**Frankly** 9:7
**fresh** 7:15,23
**Friday** 13:20
**fully** 9:8
**funds** 13:12,25
**further** 7:3 8:23 16:13

**G**
**gates** 4:12
**general** 4:3 5:16,25 6:8 12:14,19 15:5 22:8 22:10,11
**generally** 12:5
**gentlemen** 3:5
**getting** 20:24 21:21
**give** 5:1 7:4,19 11:14 18:15,16
**go** 15:12 18:12
**going** 5:2 7:23 12:1 15:15 18:13 19:17 20:2,4,13,14 21:13 22:1
**Gonzalez** 17:12,15,18 18:6,9
**good** 3:5,10,12 5:11 11:1 12:2 17:23
**Governmental** 12:11
**grant** 10:20 16:16 17:7 17:9
**great** 20:13

**H**
**half** 19:11
**hanging** 11:13 17:20
**happened** 11:25
**Harrison** 19:4,9,14,20 20:2 21:15,22
**Harrison's** 21:3,5
**Head** 16:11
**hearing** 6:16,17 15:21 16:2 19:15 22:4
**hearings** 19:9
**heirs** 16:2,5,8,13 17:18

18:8
**help** 8:2 11:8
**Henrichs** 15:24 16:3,8 16:9,9,10,11,16 18:7
**Herman** 1:14,14,14 3:12,12 5:8,10 8:5,7 8:9 10:23,25 11:19 12:12 13:7,19 14:9 14:16,25 15:3,15 22:6
**Honor** 3:10,20 4:1 5:8 5:11 6:1 8:5,10,12,21 9:6,15 10:12,21,23 11:1,15,20 13:2,7,9 13:19 14:9,15,16,25 15:3,10,15,19 16:19 16:24 17:19 18:2,19 19:4 20:12 21:1,3,12 22:3,6
**HONORABLE** 1:10
**hook** 17:24
**hospital** 20:3,20
**hospitalized** 19:21 20:17
**hours** 20:4,9,11

**I**
**immediately** 15:11
**imposed** 13:23
**Included** 20:4
**income** 14:7,13
**indicate** 14:5
**indicated** 9:18 17:6,16 19:17,20,21,25
**indication** 16:14
**individually** 5:17
**individuals** 6:23 7:3 12:3
**ineligible** 4:9
**infection** 19:22
**information** 6:20 7:23 20:21,25 21:23 22:1
**informed** 8:17
**initial** 9:25
**injury** 4:5 12:25
**input** 7:3,8,8,9
**insist** 21:8
**instructed** 16:2
**instructing** 21:25
**intend** 17:18
**intention** 13:13
**interests** 12:24
**interlocutory** 9:23
**introduce** 13:9
**invoked** 10:8
**involved** 12:22
**issue** 8:16 12:15,22 13:13
**issued** 8:18 9:24,25 10:6

**issues** 3:23 6:13 11:11 14:11
**Item** 10:24

**J**
**Jack** 1:23 13:10
**Jim** 15:5
**John** 1:21 9:14 16:9
**Johnston** 1:22 11:19,20 11:20 12:3
**Johnston's** 12:9
**Judge** 1:11 3:12 5:14 5:18 6:6,9,17 8:3 12:13
**judgment** 8:20
**June** 15:6 18:20,22 22:4
**Juneau** 1:20 5:10,11,12 5:12 6:1 8:3 15:16
**Justice** 6:3,3 12:16

**K**
**Kathryn** 13:10
**Katz** 1:14
**Kentucky** 8:17,19 9:16 9:17,19,21 10:1,7,9
**knee** 19:22
**know** 4:2 10:17 17:21 21:18 22:2
**knowledge** 7:24
**knows** 17:22

**L**
**label** 20:6
**ladies** 3:5
**language** 6:5
**law** 11:14
**lead** 3:16 15:7
**left** 17:20
**Leonard** 1:24 16:19
**let's** 14:3 18:21 20:23 20:24 21:20
**LIABILITY** 1:5
**liaison** 3:16 15:7
**lien** 3:23 5:7,15,22
**lift** 4:17
**lifted** 4:18
**light** 14:9
**limits** 21:18
**line** 8:23
**list** 19:13
**litigation** 1:5 5:15,20 16:15
**lives** 17:3
**LLP** 1:14,17
**location** 20:3
**look** 7:16
**looked** 7:22
**lot** 5:5
**Louisiana** 1:2,15 2:2

12:14,22 22:19

**M**
**M** 1:14
**mandamus** 9:20 10:4
**March** 16:7 19:16
**Margaret** 16:10
**Mark** 15:24
**Martha** 16:10
**Marvin** 1:17 3:10,11 3:20 4:1,5 11:4 13:2
**Marvin's** 11:7
**master** 5:9,12 6:1,6,11 7:15
**master's** 6:13
**material** 21:21
**matter** 5:15,21,23 6:9 7:16 12:21 14:16 15:17 18:19 22:22
**matters** 5:16 6:1 16:25
**MDL** 1:5 3:7
**mechanical** 2:5
**mechanism** 9:21
**medical** 19:12
**meet** 15:6 22:10
**meeting** 15:4,11
**meet-and-confer** 9:8
**mentioned** 16:25
**Merck** 3:11 6:7 8:18 9:8 18:3 21:9
**Merck's** 8:12 14:24
**merits** 10:5
**met** 3:16
**Michael** 13:12
**mind** 17:4
**minutes** 15:13
**misinformed** 21:6,8
**misunderstood** 18:17
**moment** 15:16 22:11
**money** 14:2,13
**monitor** 12:21
**month** 11:6
**monthly** 3:14
**months** 11:25
**morning** 3:5,10,12 5:11 11:1 20:13
**mother** 16:10
**motion** 8:12 9:10 10:18 10:19 13:11,17 15:23 16:16 17:7,9,10,11 18:14,24 19:3,4,5,8 19:15,23 22:2
**motions** 10:15 11:3 14:24 15:12,19
**move** 4:23 17:3,18

**N**
**name** 12:9 13:10
**names** 20:18
**necessary** 7:17,18

14:10 21:15
need 3:21 4:24 9:7
  10:19,20 12:9 13:6
  21:8,22,23 22:2
needs 11:10
never 20:14
new 1:15 2:2 5:8 8:5,8
  10:1,8
note 10:21
notified 6:12
notify 17:1
number 6:19 7:21
  11:23 12:9
numbered 22:22
N.W 1:18

**O**

object 7:14
objected 7:13
objection 7:14 16:21
  18:18,23
obtained 16:4
occasions 6:19
office 16:4
Official 2:1 22:17,25
okay 3:22 15:18 22:5
Oldfather 1:22 4:16,20
  13:2 16:24 17:16,22
  18:2,23 19:1,19 20:9
  21:1,3
Once 6:5
open 11:5 15:8 18:12
opinion 9:9
opinions 6:21
opportunity 7:13
opposition 8:13 17:8
  19:16
order 3:17 6:15 8:18
  9:16,16,22,25,25
  10:6 14:4,14 15:22
  19:7,9
orders 21:11
ordinarily 19:24
Orleans 1:15 2:2
outside 3:24
overrule 17:8
O'Keefe 1:15

**P**

pair 7:15
papers 12:14 13:20
  14:10
Participating 1:20
particular 5:4 7:24
  12:4
parties 3:15 4:24,25
  6:11,25
party 11:13 15:25
pass 4:11 18:21 19:23
passed 18:15

Patrick 5:12
payments 3:21
Pedro 17:12
pending 3:22 4:8 11:5
  12:25
people 7:6,20 17:3,4
permission 11:13 16:6
permits 9:23
person 5:5 7:22
personal 4:5 12:25
perspective 21:7
petition 9:19
phone 12:7 13:23
plaintiff 15:24 17:21
  17:25 20:20 21:17
plaintiffs 1:14 3:13
  8:13 11:6 16:20 17:8
plan 4:20 9:9
please 3:4,9,10 12:8,13
  22:6
point 7:5 8:25 14:12
  20:16 21:12,20
position 6:7,25 12:19
  21:17
possession 14:1,1,6
possible 20:18
posted 7:10
potential 9:1
power 5:5
Poydras 2:1
prejudice 16:17,21
  17:9,12
presented 3:18
pretrial 19:7 21:10
previously 20:7
principled 21:7
pro 11:17,17,21 12:7
  15:24 16:4 18:7
problem 14:18 21:19
problems 5:4,5 17:23
procedure 10:2
proceed 5:3
proceeding 3:23 10:13
proceedings 2:5 3:1
  22:21
process 6:14 8:1 10:8
processed 3:21
produced 2:6
PRODUCTS 1:5
professional 14:16
profile 20:20 21:17
program 3:19,25 4:11
prompt 21:16
promptly 21:10
proper 15:25
properly 21:24
proposal 7:9,10,19
proposed 3:15 7:2,4
provide 19:10,12,16
  20:18 21:25

provided 11:9
providers 19:13 20:15
  20:19 21:16
PSC 4:20 8:11 12:14,16
  12:21
PSC's 22:7
PTO 4:7,10,12,17,17
  4:18
purpose 10:15
pursuant 17:12
pursue 17:5,5,7
put 4:24 6:25 14:4,14
putting 5:3

**Q**

questions 12:10
quickly 5:6

**R**

R 1:17
raised 13:13
Ratliff 8:18
reached 4:17 19:14
  20:1
realize 20:15
really 11:24
reason 18:12
recall 16:1
receive 19:18
received 3:15 6:22 16:5
  16:12,13 17:14
recess 22:12,14
reciprocal 21:9
recommendations 6:13
recommended 8:24
record 3:9 7:1,1 12:15
  15:25 17:13 22:21
recorded 2:5
records 19:13 20:16,22
reduction 11:5
refusal 21:5
refused 19:11
regard 5:19,22,25 6:4
  6:10,15,18 11:8
  12:14
regarding 15:16
registry 13:25 14:5,7
reinstitute 6:7
related 17:14
relates 1:7
relating 19:4
release 6:5 20:19
remain 4:6
remaining 4:25
remains 12:19
remand 11:3
remands 11:5
repeat 21:4
replacement 19:22
report 5:13,23 6:11,12

6:14,16 8:11 19:10
reported 11:4,21
Reporter 2:1 22:18,25
represent 13:10
representative 6:2 22:7
representatives 3:22
  12:17
represented 14:18 18:9
request 12:16
requested 3:8 15:10
require 6:5 18:24
required 18:8 20:18
requirements 19:7
  21:10
reset 18:19 22:3,5
resolution 3:23
resolve 15:22
resolved 5:6
resolving 10:14
resource 5:4
respect 10:12
respective 4:24
respond 13:20
responding 18:11
response 17:17
return 20:5
reurge 16:20
review 9:21,24
right 14:3 17:6
rise 3:3 22:13
road 10:12
Robert 1:22
Room 2:1
rule 8:19 9:23,23 13:25
  15:24 17:12 18:16
ruling 21:13
rulings 6:13
Russ 1:14 3:12

**S**

s 22:24
Saturday 20:5
saw 11:19
scheduling 6:15
Scott 16:8
se 11:17,17,21 12:7
  15:24 16:4 18:7
search 17:21,24
seated 3:4
second 4:10 5:22 9:25
  17:10
see 5:2 7:11 9:3 11:22
  21:2
Seeger 12:23
send 20:6
sent 16:7
served 10:16
set 6:16,17
sets 6:14
settlement 3:19,24 4:9

4:13 6:5
short 10:8
sign 21:5
signed 16:12 19:12,25
  20:24
silence 17:6
sister 16:11
site 7:10 12:8
situation 12:4 18:7
six 11:10
slack 14:6
smoothly 12:1
Snapka 13:10,13
Snapka's 13:7
somebody 7:15
somewhat 19:8 20:14
sooner 20:17
sorry 8:9
sort 5:1 9:9 10:17
  14:14 17:17
sorted 18:4
sources 6:21
speak 15:16
special 5:9,12 6:1,6,10
  6:12 7:14
specific 13:13
spoke 6:1
stand 21:8 22:11
standpoint 9:4
state 8:19 9:22
States 1:1,11 22:18
statewide 4:1
State/federal 8:6
statistics 11:3
status 1:10 3:14 8:11
  11:22 15:6,20
statute 8:15
statutes 8:16
stay 4:17,18
steering 16:20
stenography 2:5
step 10:14 20:23
Stratton 13:12
Street 1:18 2:1
strike 8:12 9:10 10:18
structure 4:24 5:3
subject 4:19 12:17
submission 8:12 13:16
submit 8:21 9:9
submitted 5:24 6:25
  8:13 9:2
subsequently 16:3
subset 11:4,7
substantial 9:8
substitute 15:25 16:15
suggestions 7:20
summarized 13:3
summary 8:20
supplemental 8:14
Supreme 8:18 9:17

M014C17329

10:3,10
**sure** 10:13,15 15:14
**survive** 9:10

**T**

**take** 3:17 7:1,16,23
   9:11 13:14 14:6
   15:12,13,21 20:23
**taken** 10:1
**talk** 10:20
**talked** 12:25 13:5
**talking** 4:20 10:16
**tap** 7:8
**tapped** 7:8
**tasks** 5:13,20
**tax** 14:7,13
**telephone** 12:9 15:8
**terms** 8:23 10:16
**testimony** 7:1,17
**thank** 8:1,3 9:12,13
   10:21,22,25 11:15,16
   12:5,6,12,20 13:4
   14:15,22 22:10
**thereabouts** 7:12
**thing** 6:23 11:24 14:21
   14:22
**things** 5:5 10:16 11:25
**think** 10:14 11:24 12:5
   14:11,17 17:2 18:3
   21:18
**thinking** 13:24
**Third** 5:25
**Thomas** 1:20 5:11
**thought** 18:14 21:8
**three** 4:7,13 5:15 15:19
**threshold** 10:14
**time** 4:8 9:20,22 12:23
   13:14 18:15,16 19:12
   20:16,23 21:18
**today** 3:14 14:17 15:20
**told** 20:14 21:4
**Tom** 5:10
**tomorrow** 20:5
**Toni** 2:1 22:17,24,24
**total** 4:13
**transcript** 2:5 22:20
**transfer** 13:12
**traveling** 18:4
**trial** 5:4 9:1,24 10:6,21
**trials** 10:16
**tried** 9:4,6,7 12:21
**true** 22:19
**try** 17:21
**trying** 12:3 21:23
**Tusa** 2:1 22:17,24,24
**Twelfth** 1:18
**two** 5:15 11:11 18:16

**U**

**understand** 8:22 14:11

17:19 21:12,20
**understanding** 22:21
**unfolding** 9:3
**United** 1:1,11 22:18
**unusual** 19:8
**upholding** 8:14,18
**urging** 21:25
**Urquhart** 1:23 13:9,10
   14:15
**usually** 18:4
**U.S** 6:2

**V**

**v** 8:18 10:24
**valid** 14:12
**valuable** 7:7
**vantage** 7:4
**various** 6:21
**victim** 18:3
**Vioxx** 1:5 3:7 5:15,19
   8:19

**W**

**Wait** 8:8
**want** 4:22 12:15,18,20
   13:23 14:12 17:20,24
**wanted** 7:8
**Washington** 1:18
**way** 7:8,20 12:16 13:24
**Web** 7:10 12:8
**Wednesday** 6:2 19:19
**week** 6:3 8:17 18:16
**we'll** 8:20 14:2 21:2
**whatsoever** 16:14
**whittle** 11:2
**wife** 18:11
**Williams** 1:17
**willy-nilly** 17:1
**Wimberly** 1:23 11:9
   14:25 15:10,19 17:10
   18:18,24 19:3 20:10
   21:14 22:3
**wish** 17:4,5,7
**wishes** 14:21
**withdraw** 17:18,20
   18:13,25
**withdrawal** 18:15
**work** 5:21,23 7:6,21,22
   7:25
**worked** 7:15
**working** 5:14
**worry** 14:12
**worthless** 20:14
**writ** 9:19 10:4

**Y**

**year** 19:10
**years** 7:22 17:3
**yesterday** 6:10 11:10
   13:11 18:4

**1**

**1** 1:6 3:2 15:6 18:20
   22:4
**10** 18:25 20:8
**100** 7:12
**114** 11:5,6
**14** 19:16
**1657** 3:7
**1657-L** 1:5
**17** 7:12
**171** 11:6
**175** 4:6,14

**2**

**20005** 1:18
**2011** 1:6 3:2 6:17
**23** 8:19
**23(f)** 9:23
**24** 15:21 16:1 17:11
**25(a)(1)** 15:24 17:12
**28** 4:7,18 19:7
**29** 4:12,17

**3**

**30** 20:17,19

**4**

**43** 4:10,17
**48** 20:4,9,10

**5**

**500** 2:1
**504** 2:2
**589-7778** 2:2

**6**

**60** 19:23
**61280** 17:13
**61281** 15:25

**7**

**70113** 1:15
**70130** 2:2
**725** 1:18

**8**

**8th** 13:21
**8:30** 15:7
**820** 1:15

**9**

**9** 6:17 16:7
**9:00** 1:7 15:8

M014C17330

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

INVOICE NO:  20110036

## MAKE CHECKS PAYABLE TO:

Dorothy H. Wimberly
Stone Pigman Walther
  Wittmann, LLC
545 Carondelet Street
New Orleans, LA 70130

Phone:   (504) 581-3200

dwimberly@stonepigman.com

Toni Doyle Tusa, CCR, FCRR
Official Court Reporter
500 Poydras Street, HB-406
New Orleans, LA 70130

Phone:      (504) 589-7778
FAX         (504) 589-7726

tdtusa1@aol.com

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| [ ] CRIMINAL | [x] CIVIL | 04-01-2011 | 04-14-2011 |

Case Style:  MDL 1657-L, IN RE:
Status Conference held 4-1-11 before Judge Fallon.
Cost of original split between the parties; transcript provided in pdf
and E-Tran formats via e-mail

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | 11 | 4.25 | 46.75 | 22 | 0.90 | 19.80 | | 0.60 | | 66.55 |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 66.55 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $66.55 |

## ADDITIONAL INFORMATION
   Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

## CERTIFICATION
   I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | DATE | |
|---|---|---|
| *Toni Doyle Tusa, CCR, FCRR* | | 04-14-2011 |

*(All previous editions of this form are
cancelled and should be destroyed)*

M014C17331