UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:

Cases identified on Exhibit A

## NOTICE OF CONVENTIONAL FILING

The Administratrix of the Estate of Velma Dunn hereby gives notice of the conventional filing with the Clerk's Office of the memorandum in opposition to Defendant Merck & Co. Inc's Motion Seeking Entry of A Comprehensive Scheduling Order for certain "Other Injury" and "PTO 29" cases. This document is not being filed electronically because counsel's office presently is not set up to do electronic filings in the United States District Court for the Eastern District of Louisiana. We are in process of setting up ecf filing with the US. District Court for the Eastern District of Louisiana.

The document is being conventionally served on all parties.

This the 21st day of February, 2012.

Respectfully submitted,

S/Bennie L Jones, Jr
BENNIE L JONES, JR
MSB# 3185

OF COUNSEL:
BENNIE L JONES, JR, ESQ.,
B.L. JONES., JR & ASSOCIATES
P O BOX 357
206 COURT STREET
WEST POINT, MS 39773
662.494.1024

ahjputer-NoticeofConventionalFiling-Bcy

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing Notice of Conventional Filing has been served upon the following by U.S. mail, postage prepaid and via facsimile and/or email:

Hon Phillip Wittman
Stone Pigman Walther & Wittmann, LlC
546 Carondelet Street
New Orleans, LA 70130

Hon. Douglas R. Marvin
Williams & Connolly, LLP
725 Twelfth Street, NW
Washington, DC 20005

Hon. Ann B. Oldfather
Oldfather Law Firm
1330 S. Third Street
Louisville, KY 40208

Hon. Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

This the 21st day of February, 2012.

/s/ Bennie L Jones, Jr
Bennie L Jones, Jr

## EXHIBIT A
### (Designated "Other Injury" and "PTO 29" Cases)

| 1. | Dunn, Velma | Bennie L Jones, Jr & Associates | Singleton v. Merck | 2:09-cv-02413-EEF-DEK |
|---|---|---|---|---|