UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | Judge Eldon E. Fallon<br>Magistrate Judge Knowles |

THIS DOCUMENT RELATES TO:

*See Attached Exhibit A*

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the annexed Affirmation of Ronald R. Benjamin, and upon all prior proceedings herein, the undersigned will move this Court, at the United States District Courthouse, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana before the Honorable Eldon E. Fallon on the 14th day of March at 9:30 A.M., or as soon thereafter as counsel may be heard, for an Order as follows:

(1)   excluding settling plaintiffs on Exhibit A from the requirements of PTO 19, and

for such other and further relief as this Court deems just and proper.

Dated: February 17, 2012
    Binghamton, New York

                    Respectfully submitted,

                        /s/
                    RONALD R. BENJAMIN Fed Bar Roll No.: 101131
                    LAW OFFICE OF RONALD R. BENJAMIN
                    126 Riverside Drive, P.O. Box 607
                    Binghamton, New York 13902-0607
                    (607) 772-1442 (Telephone)
                    (607)   772-1678 (Facsimile)
                    ronbenjaminlaw@stny.rr.comary 16, 2012
                    Attorneys for Plaintiffs in Above-Captioned Actions

**EXHIBIT A**

| | |
|---|---|
| **David Agard, et al., v. Merck & Co.** | **Case No.: 2:05-cv-01089 (Agard, Henderson)** |
| **Adnan Aljibory, et al., v. Merck & Co.** | **Case No.: 2:05-cv-01090 (Santacrose, Bozich)** |
| **Matthew Cavallo, et al., v. Merck & Co.** | **Case No.: 2:05-cv-01513** |
| **Lori Dufresne v. Merck & Co.** | **Case No.: 2:08-cv-3220** |
| **Marjorie Connolly, et al., v. Merck & Co.** | **Case No.: 2:06-cv-02708 (Curtis) (Hia)(Hoyt)** |
| **Marilyn F. Core, et al. v. Merck & Co.** | **Case No.: 2:05-cv-02583** |
| **Carlo Devincentiis, et al., v. Merck & Co.** | **Case No.: 2:05-cv-02297 (Pratt)** |
| **Robert D. Gates, et al., v. Merck & Co.** | **Case No.: 2:05-cv-06221 (Berthel)** |
| **James Spencer Oakley v. Merck & Co.** | **Case No.: 05-cv-5912** |
| **Anthony Orioles et al., v. Merck & Co.** | **Case No.: 2:09-cv-3612** |
| **Ronald Quackenbush, Sr., v. Merck & Co.** | **Case No.: 2:10-cv-04506** |
| **Mary Kurtz v. Merck & Co.** | **Case No.: 2:06-cv-05779** |