UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | § | MDL DOCKET NO. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | |
| | § | SECTION "L" |
| | § | |
| THIS DOCUMENT RELATES TO: | § | JUDGE FALLON |
| | § | MAG. JUDGE KNOWLES |
| *All Government Actions* | § | |

ORDER TO APPLICATION TO SUBSTITUTE COUNSEL

The foregoing motion considered:

It is ordered that Nicholas J. Diez be substituted as counsel of record for the State of Louisiana.

DONE AND ORDERED this 23rd day of February, 2012.

_____
U.S. DISTRICT JUDGE