UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE:  VIOXX  
PRODUCTS LIABILITY LITIGATION:

MDL NO. 1657

SECTION: L

JUDGE FALLON  
MAG. JUDGE KNOWLES

……………………………………………………..

**THIS DOCUMENT RELATES TO:**  
Robert Ruzicka, et. al. v. Merck & Co., Inc., No. 2:06-cv-1971 EEK-DEK  
(previously  USDC EDMO 4:05-cv-01945-CEJ)  
Plaintiff Dorothy Joiner

## ORDER

Upon due consideration of Plaintiff's Counsel's Motion to Withdraw as Counsel of Record for Plaintiff Dorothy Joiner, and for good cause shown, the Court finds the motion to be well taken, and that same should be granted.

IT IS ORDERED, ADJUDGED AND DECREED that Seth S. Webb and the law firm of Brown and Crouppen are withdrawn as attorneys for Plaintiff Dorothy Joiner.

IT IS SO ORDERED.

New Orleans, Louisiana, this 23rd day of February, 2012.

_____  
Honorable Eldon E. Fallon/Judge  
United States District Court Judge  
Eastern District of Louisiana