**Exhibit B**
*(Designated "Other Injury" and "PTO 29" cases)*

|  | **Plaintiff** | **Plaintiff's Counsel** | **Case Caption** | **Case Number** |
|---|---|---|---|---|
| 1. | Akyaamaa, Akosua | Pro Se | Akyaamaa, Akosua v. Merck | 2:07-cv-08080-EEF-DEK |
| 2. | Ballantyne, Arthur W | Pro se | Ballantyne v. Merck | 2:06-cv-02195-EEF-DEK |
| 3. | Baum, Janice M | Pro Se | Van Jelgerhuis v. Merck | 2:05-cv-0458-EEF-DEK |
| 4. | Dunn, Velma | Bennie L Jones, Jr. & Associates | Singleton v. Merck | 2:09-cv-02413-EEF-DEK |
| 5. | Escamilla, Robert | Law Offices of Chambers, Noronha & Kubota | Escamilla, Rosie v. Merck | 2:08-cv-03573-EEF-DEK |
| 6. | Gros, Cheryl D | Law Offices of Donald J. Melancon | Gros, Cheryl D. v. Merck | 2:08-cv-05128-EEF-DEK |
| 7. | Harrison, Dennis R | Pro Se | Harrison. v. Merck | 2:07-cv-00905-EEF-DEK |
| 8. | Hudnut, Lynn D | Pro Se | Jenkins, Ruth v. Merck | 2:05-cv-04054-EEF-DEK |
| 9. | Knotts, Jerrlyn Kay S | Tommy Fibich | Black, Bill v. Merck | 2:05-cv-04452-EEF-DEK |
| 10. | Kuykendall, Cheryl T | Tommy Fibich | Cormier, Melvin v. Merck | 2:05-cv-04991-EEF-DEK |
| 11. | Laviner, Rebecca | Federman & Sherwood | Laviner, Rebecca v. Merck | 2:06-cv-06932-EEF-DEK |
| 12. | Lewis, Barbara J | Pro Se | Lewis, Barbara v. Merck | 2:08-cv-04925-EEF-DEK |
| 13. | Lockhart, Dolena | Paul A. Weykamp Law | Lockhart, Jimmy v. Merck | 2:08-cv-00876-EEF-DEK |
| 14. | Long, Stanley | Getty & Childers | Long, Stanley v. Merck | 2:05-cv-06510-EEF-DEK |
| 15. | Moxter, Bobby L | Tommy Fibich | Barker, Rita B. v. Merck | 2:05-cv-06535-EEF-DEK |
| 16. | Nestor, James | Law Offices of Douglas T. Sachse | Nestor, James v. Merck | 2:09-cv-07648-EEF-DEK |
| 17. | Nolan, Maryann G | Getty & Childers | Nolan, Mary A. v. Merck. | 2:05-cv-06146-EEF-DEK |
| 18. | Roach, Joanne I | Emmanuel Guyon | Roach v. Merck | 2:10-cv-00868-EEF-DEK |
| 19. | Schnepf, James K | Harding & Moore | Schnepf v. Merck. | 2:06-cv-00321-EEF-DEK |
| 20. | Smith, Larry L | Trenam, Kemker, Scharf, Barkin, Frye | Smith, Larry L. v. Merck | 2:08-cv-04639-EEF-DEK |
| 21. | Strujan, Elena | Pro Se | Strujan, Elena v. Merck | 2:07-cv-00906-EEF-DEK |
| 22. | Wagganer, Gerald L | Schuler Halvorson & Weisser | Wagganer, Gerald v. Merck | 2:05-cv-03125-EEF-DEK |
| 23. | Wodowski, Michael | The Miserendino Law Firm | Wodowski v. Merck, et al. | 2:08-cv-04559-EEF-DEK |