**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: VIOXX® PRODUCTS LIABILITY LITIGATION | **MDL 1657** |
| | **SECTION L** |
| THIS DOCUMENT RELATES TO: | |
| *Melvin Cormier, et al. v. Merck & Co., Inc.* 2:05-cv-04991-EEF-DEK | **JUDGE FALLON** |
| **Only with regard to: Cheryl Kuykendall** | **MAG. JUDGE KNOWLES** |

**OPPOSITION TO DEFENDANT MERCK & CO., INC.'S**
**MOTION FOR SUMMARY JUDGMENT**

COMES NOW Plaintiff, Cheryl Kuykendall, who, through undersigned counsel, files this Opposition to Defendant Merck & Co., Inc.'s Motion for Summary Judgment, and states as follows:

Plaintiff, Cheryl Kuykendall, joins in all arguments made by Plaintiff's Liaison Counsel, Ann Oldfather, in her Opposition to Defendant Merck & Co., Inc.'s Use of *Lone Pine* Reports as a Basis for Summary Judgment filed with LexisNexis on February 22, 2012 (ECF No. 42643749). To accomplish this, Plaintiff, Cheryl Kuykendall, adopts and incorporates Ms. Oldfather's Opposition as if fully set forth herein.

For the foregoing reasons, the Court is respectfully requested to deny the Defendant's Motion.

Respectfully Submitted,

/s/Robert L. Salim
Robert L. Salim (#11663)
ROBERT L. SALIM, APLC
1901 Texas Street
Natchitoches, Louisiana 71457
Phone: (318) 352-5999
Facsimile: (318) 354-1227
e-mail: robertsalim@cp-tel.net

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Opposition to Defendant Merck & Co., Inc.'s Motion for Summary Judgment has been served upon Liaison Counsel, Phillip Wittmann, Russ Herman, and Ann B. Oldfather by U.S. Mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 24th day of February, 2012.

                                                        /s/Robert L. Salim