UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL 1657 |
| THIS DOCUMENT RELATES TO: | SECTION L |
| *Melvin Cormier, et al. v. Merck & Co., Inc.* 2:05-cv-04991-EEF-DEK | JUDGE FALLON |
| **Only with regard to: Cheryl Kuykendall** | MAG. JUDGE KNOWLES |

<u>**ORDER**</u>

  Motion having been made by the Plaintiff,

  IT IS HEREBY ORDERED BY THE COURT that Merck's Motion for Summary Judgment be denied generally and specifically as to Plaintiff, Cheryl Kuykendall.

  So ordered.

  New Orleans, Louisiana, this ___ day of _____, 2012.

                  _____
                  Eldon E. Fallon
                  United States District Judge