UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| Product Liability Litigation | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | |
| *Debbie Cavender, et al.* | * | JUDGE FALLON |
| *v.* | * | |
| *Merck & Co., Inc.* | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| *Only with regard to:* | * | |
| *Darrel Sangster, Jr., individually and* | * | |
| *as personal representative for the* | * | |
| *Estate of Delisa Sangster* | * | |
| | * | |
| | * | |
| Docket No. 2:05-cv-06533 | * | |

*********************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulated Amended Notice of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Darrel Sangster, Jr., individually and as personal representative for the Estate of Delisa Sangster, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 23rd day of February, 2012.

_____
DISTRICT JUDGE