UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|     Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
| DISTRICT OF COLUMBIA, *ex rel* | * | SECTION L |
|     KENNETH WALKER, | * | |
| | * | JUDGE ELDON E. FALLON |
|         Plaintiff, | * | |
| | * | MAGISTRATE JUDGE |
|   versus | * | KNOWLES |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
|         Defendant. | * | |
| | * | |
| Case No. 2:08-cv-04148 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**JOINT MOTION TO EXTEND BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Pursuant to L.R. 7.8, the parties to the above-captioned case hereby stipulate to the extension of the deadline for plaintiff's response to Merck's Motion for Judgment on the Pleadings on plaintiff Kenneth Walker's claim under the D.C. Consumer Protection and Procedures Act [Rec. Doc. 63656]. The parties affirm that no previous extension has been granted in this matter.

Plaintiff's response to Merck's motion was due February 22, 2012. The parties hereby stipulate that plaintiff's response shall be due on or before February 27, 2012, and that Merck's reply in support of its motion shall be due on or before March 5, 2012. The parties have requested that the Court re-set the hearing on Merck's motion for March 14, 2012.

1086061v1

2

WHEREFORE, the parties request that the Court alter the briefing schedule on Merck's motion as set forth herein.

Respectfully submitted,

| | |
|---|---|
| */s/ H. Vincent McKnight* | */s/ Dorothy H. Wimberly* |
| H. Vincent McKnight | Phillip A. Wittmann, 13625 |
| McKnight & Kennedy, LLC | Dorothy H. Wimberly, 18509 |
| 8601 Georgia Avenue | STONE PIGMAN WALTHER |
| Suite 1010 | WITTMANN L.L.C. |
| Silver Spring, MD 20910 | 546 Carondelet Street |
| | New Orleans, LA 70130 |
| Attorney for Plaintiff | |
| | Douglas R. Marvin |
| | WILLIAMS & CONNOLLY LLP |
| | 725 Twelfth St., N.W. |
| | Washington, DC 20005 |
| | |
| | John H. Beisner |
| | Jessica Davidson Miller |
| | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | 1440 New York Avenue, N.W. |
| | Washington, DC 20005 |
| | |
| | ATTORNEYS FOR MERCK SHARP & DOHME CORP. |

1086061v1

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Joint Motion has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 27th day of February, 2012.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1086061v1